UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

GERVIL ST. LOUIS,

          Plaintiff,

    vs.

DOUGLAS PERLITZ, et al.

        Defendants.

Civ. A. No. 3:13-cv-01132 (RNC)

# FATHER CARRIER'S MOTION TO
# DISMISS COUNTS 2 AND 7 AS TO ALL CASES
# <u>AND TO DISMISS COUNT 5 AS TO SOME CASES</u>

Timothy P. O'Neill (phv04968)
Theodore J. Folkman (phv04969)
Amanda Moger Rettig (phv04967)
MURPHY & KING, P.C.
One Beacon St.
Boston, Mass. 02108
(617) 423-0400
tpo@murphyking.com
tjf@murphyking.com
amr@murphyking.com

Gene S. Winter (ct05137)
Benjamin C. White (ct27211)
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford St.
Stamford, Conn. 06905
(203) 324-6155
gwinter@ssjr.com
bwhite@ssjr.com

Pursuant to Fed. R. Civ. P. 12(b)(6), the defendant, Father Paul E. Carrier, S.J., moves for dismissal of Counts 2 and 7 for failure to state a claim on which relief can be granted in all consolidated actions, and for dismissal of Count 5 in the Alibert, Audate, Bernadin, Emile, Faustin, Fils-Aime, Guillaume, Dorat Jean, Frisnel Jean, Ilguens Jean, Dmitry Joseph, Jasmin Joseph, Gesner Lecenat, Odilbert, Felix Pierre, Robens Pierre, and St. Louis actions for failure to state a claim on which relief can be granted. A memorandum of law is being submitted with this motion.

Respectfully submitted,

PAUL E. CARRIER, S.J.

By his attorneys:

/s/ Theodore J. Folkman
Timothy P. O'Neill (phv04968)
Theodore J. Folkman (phv04969)
Amanda Moger Rettig (phv04967)
MURPHY & KING, P.C.
One Beacon St., 21st Fl.
Boston, Mass. 02108
(617) 423-0400
tpo@murphyking.com
tjf@murphyking.com
amr@murphyking.com

Gene S. Winter (ct05137)
Benjamin C. White (ct27211)
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford St.
Stamford, Conn. 06905
(203) 324-6155
gwinter@ssjr.com
bwhite@ssjr.com

Dated: February 4, 2014

<u>CERTIFICATE OF SERVICE</u>

I certify that on February 4, 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

I further certify that on February 4, 2014, I caused a copy of the foregoing document to be served by first-class mail, postage prepaid, on counsel for the defendant, Douglas Perlitz, who is unable to accept electronic service:

> David T. Grudberg, Esq.
> Carmody & Torrance, LLP
> 195 Church St.
> PO Box 1950
> New Haven, Conn. 06509-1950

/s/ Theodore J. Folkman

664049