Civil- (Dec-2008)

HONORABLE: Chatigny, Robert
DEPUTY CLERK Glynn, T.      RPTR/ECRO/TAPE Warner, Darlene
TOTAL TIME: 1 hours 45 minutes
DATE: 9/23/14      START TIME: 11:40      END TIME: 1:25
LUNCH RECESS   FROM:        TO:
RECESS (if more than ½ hr)   FROM:        TO:

CIVIL NO. 13cv1132 RNC

Gervil St. Louis                             Garabedian/Gordon/Bierstein/Errante
                                             Plaintiff's Counsel
               vs
Douglas Perlitz, et al                       O'Neill/Kerrigan/Babbitt/Wanat
                                             Defendant's Counsel
                                             Folkman/Baskiewicz/Cerreta

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing            [ ] Show Cause Hearing
[ ] Evidentiary Hearing       [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] ....# 130 Motion to dismiss pltfs. Breach of Fiduciary Duty Claims   [ ] granted [✓] denied [ ] advisement
[✓] ....# 132 Motion to dismiss Counts 2 & 7 all cases/t 5 to some cases [ ] granted [✓] denied [ ] advisement
[✓] ....# 235 Motion to dismiss pursuant to 12(b)(6) by Hope Carter       [ ] granted [✓] denied [ ] advisement
[✓] ....# 264 Motion to dismiss pltfs. Breach of Fiduciary Duty Claims   [ ] granted [✓] denied [ ] advisement
[✓] ....# 265 Motion to dismiss pursuant to 12(b)(6) by Hope Carter       [ ] granted [✓] denied [ ] advisement
[✓] ....# 268 Motion to dismiss pltfs. Breach of Fiduciary Duty Claims   [ ] granted [✓] denied [ ] advisement
[✓] ....# 269 Motion to dismiss pursuant to 12(b)(6) by Hope Carter       [ ] granted [✓] denied [ ] advisement
[ ] ....      Oral Motion                                                 [ ] granted [ ] denied [ ] advisement
[ ] ....      Oral Motion                                                 [ ] granted [ ] denied [ ] advisement
[ ] ....      Oral Motion                                                 [ ] granted [ ] denied [ ] advisement
[ ] ....      Oral Motion                                                 [ ] granted [ ] denied [ ] advisement
[ ] ....      [ ] Briefs(s) due ____  [ ] Proposed Findings due ____   Response due ____
[ ] ..........                                                            [ ] filed [ ] docketed
[ ] ..........                                                            [ ] filed [ ] docketed
[ ] ..........                                                            [ ] filed [ ] docketed
[ ] ..........                                                            [ ] filed [ ] docketed
[ ] ..........                                                            [ ] filed [ ] docketed
[ ] ..........                                                            [ ] filed [ ] docketed
[ ] ..........   Hearing continued until _____ at _____

Civil- (Dec-2008)

HONORABLE: Chatigny, Robert
DEPUTY CLERK Glynn, T.
RPTR/ECRO/TAPE Warner, Darlene
TOTAL TIME: _____ hours _____ minutes
DATE: 9/23/14    START TIME: _____    END TIME: _____
LUNCH RECESS    FROM: _____    TO: _____
RECESS (if more than ½ hr)    FROM: _____    TO: _____

CIVIL NO. 13cv1132

Gervil St. Louis    Garabedian/Gordon/Bierstein/Errante
Plaintiff's Counsel

vs
Douglas Perlitz, et al    O'Neill/Kerrigan/Babbitt/Wanat/
Defendant's Counsel
Folkman/Baskiewicz/Cerreta

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing    [ ] Show Cause Hearing
[ ] Evidentiary Hearing    [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] #271 Motion to dismiss pltfs. Breach of Fiduciay Duty Claims    [ ] granted [✓] denied [ ] advisement
[✓] #272 Motion to dismiss by Hope Carter    [ ] granted [✓] denied [ ] advisement
[✓] #274 Motion to dismiss pltfs. Breach of Fiduciary Duty Claims    [ ] granted [✓] denied [ ] advisement
[✓] #275 Motion to dismiss by Hope Carter    [ ] granted [✓] denied [ ] advisement
[✓] #277 Motion to dismiss by Hope Carter    [ ] granted [✓] denied [ ] advisement
[✓] #340 Motion to dismiss pltfs. Breach of Fiduciary Claims    [ ] granted [✓] denied [ ] advisement
[✓] #341 Motion to dismiss pltfs. Breach of Fiduciary Claims    [ ] granted [✓] denied [ ] advisement
[ ] Oral Motion    [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion    [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion    [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion    [ ] granted [ ] denied [ ] advisement
[ ] Briefs(s) due _____  Proposed Findings due _____  Response due _____
[✓] #342 - Motion to dismiss pltfs. Breach of Fiduciary Claims - DENIED    [ ] filed [ ] docketed
[✓] #347 - Motion to dismiss - DENIED    [ ] filed [ ] docketed
[✓] #348 - Motion to dismiss - DENIED    [ ] filed [ ] docketed
[ ] _____    [ ] filed [ ] docketed
[ ] _____    [ ] filed [ ] docketed
[ ] _____    [ ] filed [ ] docketed
[ ] Hearing continued until _____ at _____