UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS, a/k/a ST. LOUIS GERVIL<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS OF NEW ENGLAND; SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICAN ASSOCIATION, U.S.A., a/k/a ORDER OF MALTA, AMERICAN ASSOCIATION, USA JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; JOHN DOE FOUR; JOHN DOE FIVE; JOHN DOE SIX; and JOHN DOE SEVEN,<br><br>Defendants. | Lead Civil Action No.:<br>3:13-cv-01132-RNC<br><br>Consolidated with:<br>3:13-cv-1225    3:13-cv-1640<br>3:13-cv-1269    3:13-cv-1641<br>3:13-cv-1437    3:13-cv-1642<br>3:13-cv-1480    3:13-cv-1644<br>3:13-cv-1626    3:13-cv-1645<br>3:13-cv-1627    3:13-cv-1647<br>3:13-cv-1628    3:13-cv-1648<br>3:13-cv-1629    3:13-cv-1701<br>3:13-cv-1630    3:13-cv-1767<br>3:13-cv-1631    3:13-cv-1768<br>3:13-cv-1632    3:13-cv-1769<br>3:13-cv-1633    3:13-cv-1881<br>3:13-cv-1634    3:13-cv-1904<br>3:13-cv-1635    3:13-cv-1906<br>3:13-cv-1636    3:13-cv-1907<br>3:13-cv-1637    3:14-cv-0125<br>3:13-cv-1638    3:14-cv-0668<br>3:13-cv-1639    3:14-cv-0815 |
| *This document applies to*:<br>All cases | July 11, 2014 |

## PLAINTIFF EMMANUEL CLERVIL'S RESPONSE TO CERTAIN DEFENDANTS' FIRST SET OF INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Emmanuel Clervil hereby responds to the First Set of Interrogatories served by Hope E. Carter, Fr. Paul E. Carrier, Fairfield University, The Society of Jesus of New England, and the Sovereign Military Hospitaller Order of St. John of Jerusalem of Rhodes and of Malta, American Association, U.S.A. (collectively, "Certain Defendants"), and incorporates herein by reference the General Objections and Objections to Individual Interrogatories contained in Plaintiffs' Master Objections to First Set of Interrogatories Propounded by Certain Defendants to All Plaintiffs.

*Answer to Interrogatory No. 19*

I was sexually abused by Perlitz in or around 2005 to 2007. I do not know exact dates, times, or duration. I can identify two times that this happened to me. The abuse included fondling and sodomy. Both times were while I was attending the Village. The first time happened at Bel Air. Douglas told me I had to go to Bel Air. He called me downstairs and had me sit on him. He fondled me and told me he wanted to insert his penis in me. He tried to insert his penis in me but couldn't do it. He had me suck on his penis. The gatekeeper was at Bel Air that day and a mechanic was in the yard fixing the white Tacoma. The second time happened at House 3. It was not even a month later. He touched my penis and put his hand all over my body. He was in a hurry so he did not have a chance to have sex with me that day.

**INTERROGATORY NO. 20**

State whether you have ever denied that you were a victim of the abuse alleged in your Complaint. If the answer is yes, please identify each person to whom you denied the alleged abuse, the date when you denied the alleged abuse, and the circumstances by which you denied the alleged abuse.

*Answer to Interrogatory No. 20*

Not that I can recall.

**INTERROGATORY NO. 21**

Identify any person, other than Perlitz, who you allege ever sexually molested, sexually abused or sexually exploited you, including the date of abuse, relationship of the abuser to you, location of abuse, identity of any person or entity to whom you reported the abuse, the date you reported the abuse, and, if you denied the abuse, state the date and to whom you denied the abuse.

*Answer to Interrogatory No. 21*

No one.

**INTERROGATORY NO. 22**

Please state whether you were ever threatened or coerced at any time by any individual (including but not limited to Perlitz) not to report any claim of sexual abuse, and/or whether you were threatened or coerced at any time by any individual to claim that you were sexually abused by Perlitz.

*Answer to Interrogatory No. 22*

Douglas told me that I would get kicked out of the Village if I told anyone.

**INTERROGATORY NO. 23**

Identify all persons who you believe were sexually abused by Perlitz from 1998 to 2008, and for each person so identified, state the basis for your belief.

*Answer to Interrogatory No. 30*

None.

### INTERROGATORY NO. 31

Identify each physician, psychiatrist, therapist or other person who treated you for the injuries or conditions alleged in the Complaint, and set forth the dates and treatment with each person and whether you continue to receive treatment from that person.

*Answer to Interrogatory No. 31*

None.

### INTERROGATORY NO. 32

If you are claiming medical expenses, mental health related expenses, or any other expenses or damages due to the events alleged in your most recent Complaint, please give an itemized statement of all such expenses as a result of the events alleged in your most recent Complaint and identify each such expense which has been or may be paid or indemnified by an person, firm, institution, government, or otherwise.

*Answer to Interrogatory No. 32*

No such expenses have yet been incurred.

### INTERROGATORY NO. 33

Identify each doctor or health care professional, including but not limited to, your primary care provider, who has treated you from January 1, 1995 to the present, and for each, state the date(s) of treatment and the nature of each visit to each doctor or health care professional.

*Answer to Interrogatory No. 33*

On June 11th, 2006 I broke my arm.

### INTERROGATORY NO. 34

Please state the names and addresses of any hospitals, clinics, physicians, physician's assistants, nurse practitioners, nurses, psychologists, psychiatrists, mental health providers, physical or psychological therapists, social workers, other health care providers, or other professionals including psychiatric facilities, from which you received consultation, evaluation or treatment or to which you were admitted from January 1, 1995 to the present, and state as accurately as you can the reason for each admission, evaluation, or treatment.

## VERIFICATION

I, _____, have read the foregoing answers and they are true and accurate to the best of my abilities.

Signed under the pains and penalties of perjury this ___ day of July, 2014.

_____

## VERIFIKASYON

Mwen, _Emmanuel Clervil_, te li repons anvan yo e yo kòrèk ak egzat nan pi bon kapasite mwen.

Siyen anba pinisyon ak penalite pou fo temwayaj __11__ jou nan mwa Jiyè, 2014.

_Emmanuel Clervil_