# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS, a/k/a ST. LOUIS GERVIL<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS OF NEW ENGLAND; SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICAN ASSOCIATION, U.S.A., a/k/a ORDER OF MALTA, AMERICAN ASSOCIATION, USA JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; JOHN DOE FOUR; JOHN DOE FIVE; JOHN DOE SIX; and JOHN DOE SEVEN,<br><br>Defendants. | Lead Civil Action No.:<br>3:13-cv-01132-RNC<br><br>Consolidated with:<br>3:13-cv-1225      3:13-cv-1640<br>3:13-cv-1269      3:13-cv-1641<br>3:13-cv-1437      3:13-cv-1642<br>3:13-cv-1480      3:13-cv-1644<br>3:13-cv-1626      3:13-cv-1645<br>3:13-cv-1627      3:13-cv-1647<br>3:13-cv-1628      3:13-cv-1648<br>3:13-cv-1629      3:13-cv-1701<br>3:13-cv-1630      3:13-cv-1767<br>3:13-cv-1631      3:13-cv-1768<br>3:13-cv-1632      3:13-cv-1769<br>3:13-cv-1633      3:13-cv-1881<br>3:13-cv-1634      3:13-cv-1904<br>3:13-cv-1635      3:13-cv-1906<br>3:13-cv-1636      3:13-cv-1907<br>3:13-cv-1637      3:14-cv-0125<br>3:13-cv-1638      3:14-cv-0668<br>3:13-cv-1639      3:14-cv-0815 |
| *This document applies to*:<br>All cases | September 20, 2014 |

## PLAINTIFF EMMANUEL CLERVIL'S FIRST SUPPLEMENTAL RESPONSE TO CERTAIN DEFENDANTS' FIRST SET OF INTERROGATORIES

Pursuant to Rule 33 and Rule 26(e) of the Federal Rules of Civil Procedure, Plaintiff Emmanuel Clervil hereby supplements his response to the First Set of Interrogatories served by Hope E. Carter, Fr. Paul E. Carrier, Fairfield University, The Society of Jesus of New England, and the Sovereign Military Hospitaller Order of St. John of Jerusalem of Rhodes and of Malta, American Association, U.S.A. (collectively, "Certain Defendants"), as follows, and incorporates herein by reference the General Objections and Objections to Individual Interrogatories contained in the previously served Plaintiffs' Master Objections to First Set of Interrogatories Propounded by Certain Defendants to All Plaintiffs.

## SUPPLEMENTAL RESPONSES TO SPECIFIC INTERROGATORIES

### INTERROGATORY NO. 21

Identify any person, other than Perlitz, who you allege ever sexually molested, sexually abused or sexually exploited you, including the date of abuse, relationship of the abuser to you, location of abuse, identity of any person or entity to whom you reported the abuse, the date you reported the abuse, and, if you denied the abuse, state the date and to whom you denied the abuse.

*Answer to Interrogatory No. 21*

I was sexually abused by Pere Paul in or around 2006 and 2007. I do not know exact dates, times, or duration. I can recall two times that this happened to me. The abuse included fondling and sodomy. The first time happened at Bel Air. I was watching porn with Douglas, Joel Albert, and Pere Paul in Douglas' bedroom. After we finished watching porn, Pere Paul made me put my mouth on his penis. The second time, I was watching porn with Douglas, Joel Albert, and Pere Paul. When we finished watching, Pere Paul put his penis inside my buttocks.

### INTERROGATORY NO. 28

Describe each injury or condition that you claim to have sustained as a result of the incident alleged in the Complaint.

*Answer to Interrogatory No. 28*

My body was violated and my mind was injured because of what Perlitz and Carrier did to me. I suffered pain and mental suffering, which continues to this day. This includes low self-esteem, worthlessness, feeling shameful, isolated, guilty, hopeless, helpless, anxious, sad, and angry. I have problems concentrating, sleeping, I have been depressed, I have had problems trusting people, and I sometimes have suicidal thoughts. People make fun of me. I have lost everything. I sleep on the street.

### INTERROGATORY NO. 48

If you contend that Father Carrier had a sexual relationship with any person from 1987 to the present, state the basis for your contention.

*Answer to Interrogatory No. 48*

See Answer No. 21. I heard from Peter, who is now in the Dominican Republic, that Pere Paul and Douglas were lovers. I believe my attorneys have made further allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim

### INTERROGATORY NO. 50

If you contend that Father Carrier saw Perlitz show any person a pornographic video, state the basis for your contention.

*Answer to Interrogatory No. 50*

One Friday at Bel Air I was watching a sex movie on Douglas' laptop in Douglas' bedroom with Douglas, Joel and other boys. Pere Paul was also in the bedroom watching the movie. I recall that there were other times that I watched porn with Pere Paul.

Dated: September 20, 2014

    Signed as to incorporated objections,


By:   /s/ Mitchell Garabedian
Mitchell Garabedian (phv04676)
garabedianlaw@msn.com
William H. Gordon (phv04677)
wgordon@garabedianlaw.com
LAW OFFICES OF MITCHELL GARABEDIAN
100 State Street, 6th Floor
Boston, MA 02109
Phone: (617) 523-6250

Paul J. Hanly, Jr. (phv04680)
phanly@simmonsfirm.com
Andrea Bierstein (phv04678)
abierstein@simmonsfirm.com
Jayne Conroy (phv04679)
jconroy@simmonsfirm.com
SIMMONS HANLY CONROY
112 Madison Ave., 7th floor
New York, New York 10016
Phone: (212) 784-6400

Steven J. Errante (ct04292)
SErrante@ltke.com
Marisa A. Bellair (ct23802)
LYNCH, TRAUB, KEEFE, & ERRANTE, P.C.
P.O. Box 1612
52 Trumbull Street
New Haven, CT 06510
Phone: (203) 787-0275
Fax: (203) 782-0278

## **VERIFICATION**

I, _____, have read the foregoing answers and they are true and accurate to the best of my abilities.

Signed under the pains and penalties of perjury this ___ day of September, 2014.

_____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
TRIBINAL DISTRI ETAZINI
DISTRI CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS, a/k/a ST. LOUIS GERVIL<br><br>Pleyan,<br><br>v.<br><br>DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.; HOPE E. CARTER; HAITIFUND, INC.; FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS OF NEW ENGLAND; SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICAN ASSOCIATION, U.S.A., A/K/A ORDER OF MALTA, AMERICAN ASSOCIATION, USA JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; JOHN DOE FOUR; JOHN DOE FIVE; JOHN DOE SIX; AND JOHN DOE SEVEN,<br><br>Defandè.<br><br>*Dokiman sa aplike a tout ka yo* | Aksyon Sivil No.:<br>3:13-cv-01132-RNC<br><br>Konsolide avèk:<br>3:13-cv-1225   3:13-cv-1640<br>3:13-cv-1269   3:13-cv-1641<br>3:13-cv-1437   3:13-cv-1642<br>3:13-cv-1480   3:13-cv-1644<br>3:13-cv-1626   3:13-cv-1645<br>3:13-cv-1627   3:13-cv-1647<br>3:13-cv-1628   3:13-cv-1648<br>3:13-cv-1629   3:13-cv-1701<br>3:13-cv-1630   3:13-cv-1767<br>3:13-cv-1631   3:13-cv-1768<br>3:13-cv-1632   3:13-cv-1769<br>3:13-cv-1633   3:13-cv-1881<br>3:13-cv-1634   3:13-cv-1904<br>3:13-cv-1635   3:13-cv-1906<br>3:13-cv-1636   3:13-cv-1907<br>3:13-cv-1637   3:14-cv-0125<br>3:13-cv-1638   3:14-cv-0668<br>3:13-cv-1639   3:14-cv-0815 |

20 Septanm, 2014

**REPONS PLEYAN EMMANUEL CLERVIL BAY POU PREMYE SERI ENTÈWOGASYON LADEFANS LAN.**

Selon Règleman 33 ak règleman 26(e) nan Règleman Federal Pwosedi Sivil, Pleyan Emmanuel Clervil nan dokiman sa ap bay repons siplemantè a premye gwoup entèwogasyon ki sèvi pa Hope E. Carter, Fr. Paul E. Carrier, Fairfield University, The Society of Jesus of New England, ak the Sovereign Military Hospitaller Order of St. John of Jerusalem of Rhodes and of Malta, American Association, U.S.A. (kolektivman, "Kèk Defandan") epi mete anndan dokiman sa kòm referans Opozisyon Jeneral yo ak Opozisyon a Entèwogatwa Endividyèl yo ki ekri anndan Opozisyon Prensipal Plentif yo a Premye Gwoup Entèwogatwa yo ke yo te sèvi anvan e ke Kèk Defandan te Prezante bay Tout Plentif yo.

## REPONS SIPLEMANTÈ A ENTÈWOGATWA SPESIFIK

### ENTÈWOGATWA NO.21

Idantifye nenpòt moun ot ke Perlitz, ke w akize ki te janm moleste ou seksyèlman, abize oswa eksplwate seksyèlman, enkli dat abi a, relasyon w avèk abizè a, lokasyon abi a, idantifye nenpòt moun oswa antite ke w te rapòte ki te abize ou, dat ou te rapòte abi a, e, si w te nye abi a, endike dat kote ou te nye abi a.

*Repons a Entèwogatwa No. 21*

Pè Paul te abize m seksyèlman nan oswa apeprè nan ane 2006 ak 2007. Mwen pa konnen dat egzat yo, lè, oswa kantite tan li te dire. Mwen ka sonje sa te rive m de fwa. Abi a te gen ladan karès ak sodomi. Premye fwa sa te rive se te nan Bel Air. Mwen tap gade pònografi avèk Douglas, Joel Albert, ak Pè Paul nan chanm Douglas la. Apre nou te fin gade pònografi a, Pè Paul te fè m mete bouch mwen nan peni l. Dezyèm fwa, mwen tap gade pònografi avèk Douglas, Joel Albert, ak Pè Paul. Lè nou te fin gade pònografi a Pè Paul te mete peni l nan dèyè m.

### ENTÈWOGATWA NO.28

Dekri chak blesi oswa kondisyon ou te deklare ke w te souteni kòm yon rezilta de swadizan ensidan nan plent lan.

*Repons a Entèwogatwa No. 28*

Kò mwen te vyole e lespri m te blese akoz de sa Perlitz ak Carrier te fè mwen an. Mwen te soufri soufrans mantal ak doulè, sa ki kontinye jis jodia. Sa enkli pwoblèm fèb estim de tèt mwen, mwen santi mwen pa vo anyen, santi m wont, izole, koupab pèdi espwa, enpwisan, angwase, tris, ak fache. Mwen gen pwoblèm konsantrasyon, dòmi, mwen te deprime, mwen gen pwoblèm pou m fè moun konfyans e pafwa mwen gen panse pou m touye tèt mwen. Moun ap moke m. Mwen te pèdi tout bagay. Map dòmi nan lari a.

### ENTÈWOGATWA NO.48

Si w afime ke Pè Carrier te gen yon relasyon seksyèl avèk nenpòt moun de 1987 a kounye a, endike baz pou afimasyon w lan.

*Repons a Entèwogatwa No. 48*

Ale nan Repons No. 21. Mwen te tande pale de sa pa Peter, ki kounye a nan Repiblik Dominiken, ke Pè Paul ak Douglas te nan yon relasyon entim. Mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

**ENTÈWOGATWA NO.50**

Si w afime ke Pè Carrier te wè Perlitz montre nenpòt moun yon videyo pònografik, endike baz pou afimasyon w lan.

*Repons a Entèwogatwa No. 50*

Yon vandredi nan Bel Air mwen tap gade yon fim sou sèks nan òdinatè pòtab Douglas nan chanm Douglas avèk Douglas, Joel ansanm avèk lòt ti mesye yo. Pè Paul te nan chanm lan tou ap gade fim lan. Mwen sonje ke te gen lòt fwa mwen tap gade pònografi avèk Pè Paul.

Dat: 20 Septanm 2014

                                                    Siyen kòm objeksyon enkòpore,

By:    /s/Mitchell Garabedian
Mitchell Garabedian (phv04676)
garabedianlaw@msn.com
William H. Gordon (phv04677)
wgordon@garabedianlaw.com
LAW OFFICES OF MITCHELL GARABEDIAN
100 State Street, 6th Floor
Boston, MA 02109
Phone: (617) 523-6250

Paul J. Hanly, Jr. (phv04680)
phanly@simmonsfirm.com
Andrea Bierstein (phv04678)
abierstein@simmonsfirm.com
Jayne Conroy (phv04679)
jconroy@simmonsfirm.com
SIMMONS HANLY CONROY
112 Madison Ave., 7th floor
New York, New York 10016
Phone: (212) 784-6400

Steven J. Errante (ct04292)
SErrante@ltke.com
Marisa A. Bellair (ct23802)
LYNCH, TRAUB, KEEFE, &ERRANTE, P.C.
P.O. Box 1612
52 Trumbull Street
New Haven, CT 06510
Phone: (203) 787-0275
Fax: (203) 782-0278

## **VERIFIKASYON**

Mwen *Clervil Emmanuel* te li repons anvan yo e yo kòrèk ak egzat nan pi bon kapasite mwen.

Siyen annba pinisyon ak penalite pou fo temwayaj 20 jou nan mwa Septanm, 2014.

*Clervil Emmanuel*