# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS, a/k/a ST. LOUIS GERVIL, | Civil Action No.: 3:13-cv-01132 (RNC) |
| Plaintiff, | Consolidated with: |
| v. | 3:13-cv-1225-RNC; 3:13-cv-1269-RNC; |
| | 3:13-cv-1437-RNC; 3:13-cv-1480-RNC; |
| DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, | 3:13-cv-1626-RNC; 3:13-cv-1627-RNC; |
| S.J.; HOPE E. CARTER; HAITI FUND, INC.; | 3:13-cv-1628-RNC; 3:13-cv-1629-RNC; |
| FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS | 3:13-cv-1630-RNC; 3:13-cv-1631-RNC; |
| OF NEW ENGLAND; SOVEREIGN MILITARY | 3:13-cv-1632-RNC; 3:13-cv-1633-RNC; |
| HOSPITALLER ORDER OF ST. JOHN OF | 3:13-cv-1634-RNC; 3:13-cv-1635-RNC; |
| JERUSALEM OF RHODES AND OF MALTA, | 3:13-cv-1636-RNC; 3:13-cv-1637-RNC; |
| AMERICAN ASSOCIATION, U.S.A., a/k/a | 3:13-cv-1638-RNC; 3:13-cv-1639-RNC; |
| ORDER OF MALTA, AMERICAN ASSOCIATION, | 3:13-cv-1640-RNC; 3:13-cv-1641-RNC; |
| USA; JOHN DOE ONE; JOHN DOE TWO; JOHN | 3:13-cv-1642-RNC; 3:13-cv-1644-RNC; |
| DOE THREE; JOHN DOE FOUR; JOHN DOE FIVE; | 3:13-cv-1645-RNC; 3:13-cv-1647-RNC; |
| JOHN DOE SIX; and JOHN DOE SEVEN, | 3:13-cv-1648-RNC; 3:13-cv-1701-RNC; |
| | 3:13-cv-1767-RNC; 3:13-cv-1768-RNC; |
| Defendants. | 3:13-cv-1769-RNC; 3:13-cv-1881-RNC; |
| | 3:13-cv-1904-RNC; 3:13-cv-1906-RNC; |
| | 3:13-cv-1907-RNC; 3:14-cv-0125-RNC |
| *This document applies to:* | November __, 2014 |
| *Emmanuel Clervil v. Perlitz, et al.,* 3:13-cv- | |
| 01904-RNC | |

## DECLARATION OF EMMANUEL CLERVIL IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Emmanuel Clervil, a/k/a Clervil Emmanuel, declares under penalty of perjury:

1.      I am the plaintiff in the above-referenced action. I live in Haiti.

2.      After Project Pierre Toussaint closed in about 2008, for a while Americans were arranging for us to get food.  I was told Father Paul Carrier arranged for us to get this food.

3.      At the time I first reported how Douglas Perlitz abused me, I thought I could have papers filed by American lawyers in a court in the United States because of the harm Douglas Perlitz caused me.

1

.

4.      Before I answered questions in writing in July 2014, I had been told that Father Paul Carrier had arranged for Attorney Mitchell Garabedian, and the lawyers working with Mitchell Garabedian, to represent the young men who had been harmed by Douglas Perlitz. Since I believed that Father Paul had sent the lawyers bringing the cases against Douglas Perlitz, in July 2014 I did not believe I could tell the truth about what Father Paul did to me. I have since learned that Father Paul is not working with Attorney Mitchell Garabedian on my case.

5.      In the meantime, the pain Father Paul caused me kept bothering me and I felt in September 2014, I had to report that Father Paul sexually abused me in or around 2006 and 2007 when I was about 13 or 14 years of age. The pain from Father Paul using me as his wife has not gone away. If anything, this pain has gotten worse. This is why I supplemented my written answers to questions in September 2014 and in those September 2014 answers described how Father Paul sexually abused me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November _16_, 2014

_Clervil Emmanuel_

Emmanuel Clervil

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS, a/k/a ST. LOUIS GERVIL, | Civil Action No.: 3:13-cv-01132 (RNC) |
| | |
| Plaintiff, | Consolidated with: |
| | 3:13-cv-1225-RNC; 3:13-cv-1269-RNC; |
| v. | 3:13-cv-1437-RNC; 3:13-cv-1480-RNC; |
| | 3:13-cv-1626-RNC; 3:13-cv-1627-RNC; |
| | 3:13-cv-1628-RNC; 3:13-cv-1629-RNC; |
| DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.; HOPE | 3:13-cv-1630-RNC; 3:13-cv-1631-RNC; |
| E. CARTER; HAITI FUND, INC.; FAIRFIELD UNIVERSITY; THE | 3:13-cv-1632-RNC; 3:13-cv-1633-RNC; |
| SOCIETY OF JESUS OF NEW ENGLAND; SOVEREIGN | 3:13-cv-1634-RNC; 3:13-cv-1635-RNC; |
| MILITARY HOSPITALLER ORDER OF ST. JOHN OF | 3:13-cv-1636-RNC; 3:13-cv-1637-RNC; |
| JERUSALEM OF RHODES AND OF MALTA, AMERICAN | 3:13-cv-1638-RNC; 3:13-cv-1639-RNC; |
| ASSOCIATION, U.S.A., a/k/a ORDER OF MALTA, | 3:13-cv-1640-RNC; 3:13-cv-1641-RNC; |
| AMERICAN ASSOCIATION, USA; JOHN DOE ONE; JOHN | 3:13-cv-1642-RNC; 3:13-cv-1644-RNC; |
| DOE TWO; JOHN DOE THREE; JOHN DOE FOUR; JOHN | 3:13-cv-1645-RNC; 3:13-cv-1647-RNC; |
| DOE FIVE; JOHN DOE SIX; and JOHN DOE SEVEN, | 3:13-cv-1648-RNC; 3:13-cv-1701-RNC; |
| | 3:13-cv-1767-RNC; 3:13-cv-1768-RNC; |
| | |
| Defendants. | 3:13-cv-1769-RNC; 3:13-cv-1881-RNC; |
| | 3:13-cv-1904-RNC; 3:13-cv-1906-RNC; |
| | |
| | 3:13-cv-1907-RNC; 3:14-cv-0125-RNC |
| This document applies to: | November ___, 2014 |
| | |
| *Emmanuel Clervil v. Perlitz, et al.*, 3:13-cv-01904-RNC | |

## DEKLARASYON EMMANUEL CLERVIL POU DEMANN OTORIZASYON POU

## DEPOZE PLENT

Emmanuel Clervil/ Clervil Emmanuel,  deklare anba penalite ki ka genyen pou fo deklarasyon :

1. Mwen se plentif ki nan aksyon anjistis yo refere anlè a. Mwen ap viv Ayiti.

2. Lè Pwojè Pyè Tousen te fèmen nan zòn lane 2008, kèk ameriken te aranje pou nou jwenn manje pandan yon ti tan. Yo te di m se Pè Paul Carrier ki te fè aranjman pou nou jwenn manje sa a.

3. Nan lè mwen te premye bay rapò sou jan Douglas Perlitz t ap abize m nan, mwen panse te ka gen avoka ameriken ki te ka prezante dosye mwen devan lajistis akoz mal Douglas Perlitz te fè m nan.

4. Avan mwen te reponn kesyonn alekri nan mwa jiyè 2014, yo te di m se Pè Paul Carrier ki te fè aranjman pou avoka Mitchell Garabedian, ak lòt avoka k ap travay ak Mitchell Garabedian pou reprezante ti mesye Douglas Perlitz te fè mal yo. Kòm mwen te kwè Pè Paul te voye avoka yo pou plede ka kont Douglas Perlitz la nan mwa jiyè 2014, mwen pat panse mwen te ka bay verite so sa pè Paul te fè m nan. Mwen vin aprann pè Paul pap travay ak avoka Mitchell Garabedian sou ka pa m nan.

5. Annatandan, mal Pè Paul fè m nan kontinye ap ban m pwoblèm epi nan mwa Septanm 2014 mwen te oblije di Pè Pòl te abize m seksyelman nan peryòd swa 2006 oubyen 2007 yo lè m te gen 13 oubyen 14 an yo. Doulè sa pa janm ale, lè m sonje Pè Pòl te itilize m tankou madanm li. Doulè a se mal l ap vin pi mal. Se sa k fè mwen konplete repons mwen te bay alekri yo pou kesyon nan mwa Septanm 2014 e nan repons Septanm 2014 yo mwen dekri kòman Pè Paul te abize m seksyèlman.

Mwen deklare anba penalite ki ka genyen pou fo deklarasyon anba lalwa peyi Etazini, deklarasyon sa yo vrè e yo kòrèk.

Fèt nan mwa Novanm, 16 2014

Clervil Emmanwel

**Emmanuel Clervil**