UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS,<br><br>        Plaintiff,<br><br>vs.<br><br>DOUGLAS PERLITZ, et al.,<br><br>        Defendants | Civ. A. No. 3:13-cv-01132-RNC<br><br>Dated: January 20, 2015 |
| *This document relates to:*<br><br>*Michel v. Perlitz, No. 14-1530* | |

**FATHER CARRIER'S MOTION TO DISMISS COUNTS 8 AND 12[1]**

The defendant, Father Paul E. Carrier, S.J., moves under Fed. R. Civ. P. 12(b)(6) to dismiss Counts 8 and 12 on the grounds that they fail to state a claim on which relief can be granted. Count 8 is barred by the statute of limitations on the face of the complaint, and Count 12 does not allege a violation of 18 U.S.C. § 1591(a). A memorandum of law is being submitted with this motion.

---

[1] Pursuant to Local Rule 7(a)(1), Father Carrier requests oral argument on this motion.

Respectfully submitted,

PAUL E. CARRIER, S.J.

By his attorneys:

/s/ Theodore J. Folkman
Timothy P. O'Neill (phv04968)
Theodore J. Folkman (phv04969)
Amanda Moger Rettig (phv04967)
MURPHY & KING, P.C.
One Beacon Street
Boston, Mass. 02108
(617) 423-0400
toneill@murphyking.com
tfolkman@murphyking.com
arettig@murphyking.com

Gene S. Winter (ct05137)
Benjamin C. White (ct27211)
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford St.
Stamford, Conn. 06905
(203) 324-6155
gwinter@ssjr.com
bwhite@ssjr.com

Dated: January 20, 2015

2

CERTIFICATE OF SERVICE

I certify that on January 20, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

I further certify that on January 20, 2015, I caused a copy of the foregoing document to be served by first-class mail, postage prepaid, on counsel for the defendants, Douglas Perlitz, and on the Haiti Fund, Inc., who are unable to accept electronic service:

David T. Grudberg, Esq.
Carmody & Torrance, LLP
195 Church St.
PO Box 1950
New Haven, Conn. 06509-1950

Michael McCooey
Chairman, Haiti Fund, Inc.
475 Polly Park Road
Rye, N.Y. 10580

/s/ Theodore J. Folkman

682224