**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GERVIL ST. LOUIS, a/k/a ST. LOUIS GERVIL,<br><br>                    Plaintiff,<br>      v.<br><br>DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS OF NEW ENGLAND; SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICAN ASSOCIATION, U.S.A., a/k/a ORDER OF MALTA, AMERICAN ASSOCIATION, USA; JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; JOHN DOE FOUR; JOHN DOE FIVE; JOHN DOE SIX; and JOHN DOE SEVEN,<br><br>                    Defendants.<br><br>*This document applies to:*<br>*Emmanuel Clervil v. Perlitz, et al.*, 3:13-cv-01904-RNC | Civil Action No.: 3:13-cv-01132 (RNC)<br><br>Consolidated with:<br>3:13-cv-1225-RNC; 3:13-cv-1269-RNC;<br>3:13-cv-1437-RNC; 3:13-cv-1480-RNC;<br>3:13-cv-1626-RNC; 3:13-cv-1627-RNC;<br>3:13-cv-1628-RNC; 3:13-cv-1629-RNC;<br>3:13-cv-1630-RNC; 3:13-cv-1631-RNC;<br>3:13-cv-1632-RNC; 3:13-cv-1633-RNC;<br>3:13-cv-1634-RNC; 3:13-cv-1635-RNC;<br>3:13-cv-1636-RNC; 3:13-cv-1637-RNC;<br>3:13-cv-1638-RNC; 3:13-cv-1639-RNC;<br>3:13-cv-1640-RNC; 3:13-cv-1641-RNC;<br>3:13-cv-1642-RNC; 3:13-cv-1644-RNC;<br>3:13-cv-1645-RNC; 3:13-cv-1647-RNC;<br>3:13-cv-1648-RNC; 3:13-cv-1701-RNC;<br>3:13-cv-1767-RNC; 3:13-cv-1768-RNC;<br>3:13-cv-1769-RNC; 3:13-cv-1881-RNC;<br>3:13-cv-1904-RNC; 3:13-cv-1906-RNC;<br>3:13-cv-1907-RNC; 3:14-cv-0125-RNC;<br>3:14-cv-0668-RNC; 3:14-cv-0815-RNC |

**WITHDRAWAL OF EMMANUEL CLERVIL'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (DOC. 363)**

   Plaintiff Emmanuel Clervil hereby withdraws his Motion for Leave to File Amended Complaint (Document 363).

Dated: January 26, 2015          /s/    Mitchell Garabedian
                                 Mitchell Garabedian (phv04676)
                                 garabedianlaw@msn.com
                                 William H. Gordon (phv04677)
                                 wgordon@garabedianlaw.com
                                 LAW OFFICES OF MITCHELL GARABEDIAN
                                 100 State Street, 6th Floor
                                 Boston, MA 02109
                                 Phone:  (617) 523-6250

>Paul J. Hanly, Jr. (phv04680)
>phanly@simmonsfirm.com
>Jayne Conroy (phv04679)
>jconroy@simmonsfirm.com
>Andrea Bierstein (phv04678)
>abierstein@simmonsfirm.com
>SIMMONS HANLY CONROY
>112 Madison Ave., 7th floor
>New York, New York 10016
>Phone:  (212) 784-6400
>
>Steven J. Errante (ct04292)
>SErrante@ltke.com
>Marisa A. Bellair (ct23802)
>Mbellair@ltke.com
>LYNCH, TRAUB, KEEFE, & ERRANTE, P.C.
>P.O. Box 1612
>52 Trumbull Street
>New Haven, CT 06510
>Phone:  (203) 787-0275
>Fax:  (203) 782-0278
>
>Counsel for Plaintiffs

### CERTIFICATE OF SERVICE

I certify that on January 26, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

I further certify that on January 26, 2015, the foregoing document was sent by first-class mail, postage prepaid, to:

>(1) Counsel for Defendant Douglas Perlitz at the below address:
>>David T. Grudberg, Esq.
>>Carmody & Torrance, LLP
>>195 Church St.
>>PO Box 1950
>>New Haven, Conn. 06509-1950

(2) Defendant Haiti Fund, Inc. at the below address:
        Haiti Fund, Inc.
        c/o Mr. Michael McCooey
        Chairman
        475 Polly Park Road
        Rye, NY 10580

    /s/    William H. Gordon
        William H. Gordon (phv04677)