# Exhibit A

```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF CONNECTICUT


- - - - - - - - - - - - - - - - x

GERVIL ST. LOUIS,               :    No. 3:13CV1132(RNC)
            Plaintiff,          :
                                :
        vs                      :
                                :
DOUGLAS PERLITZ, ET AL,         :    September 23, 2014
            Defendants.         :
- - - - - - - - - - - - - - - - x




                          ORAL ARGUMENT



BEFORE:

    HON. ROBERT N. CHATIGNY, U.S.D.J.




                              Darlene A. Warner, RMR, CRR
                              Official Court Reporter
```

```
                                                              2

 1    APPEARANCES:

 2
          FOR GERVIL ST. LOUIS:
 3
              SIMMONS HANLY CONROY, LLP
 4                112 Madison Avenue
                  New York, New York 10016
 5            BY: ANDREA BIERSTEIN, ESQ.

 6            LAW OFFICES OF MITCHELL GARABEDIAN
                  100 State Street
 7                6th Floor
                  Boston, Massachusetts 02109
 8            BY: MITCHELL GARABEDIAN, ESQ.
                  WILLIAM H. GORDON, ESQ.
 9
              LYNCH, TRAUB, KEEFE AND ERRANTE
10                52 Trumbull Street
                  New Haven, Connecticut 06506
11            BY: STEVEN J. ERRANTE, ESQ

12
          FOR FAIRFIELD UNIVERSITY:
13
              DAY PITNEY LLP-STMFD
14                242 Trumbull Street
                  Hartford, Connecticut 06103-1212
15            BY: JOHN W. CERRETA, ESQ.

16
          FOR HOPE E. CARTER:
17
              MILANO & WANAT
18                471 East Main Street
                  Branford, Connecticut 06405
19            BY: CHRISTOPHER F. WANAT, ESQ.

20

21        FOR PAUL E. CARRIER:

22            MURPHY & KING, PC
                  One Beacon Street
23                21st Floor
                  Boston, Massachusetts 02108
24            BY: THEODORE J. FOLKMAN, ESQ.
                  TIMOTHY P. O'NEILL, ESQ.
25
```

```
 1

 2         FOR SOVEREIGN MILITARY HOSPITALLER ORDER OF
              ST. JOHN OF JERUSALEM OF RHODES AND OF
 3            MALTA, AMERICAN ASSOCIATION, U.S.A.:

 4              ROBINSON & COLE
                    280 Trumbull Street
 5                  Hartford, Connecticut 06103
                BY: BRADFORD S. BABBITT, ESQ.
 6                  BRETT J. BOSKIEWICZ, ESQ.

 7
           FOR SOCIETY OF JESUS OF NEW ENGLAND:
 8
                SLOANE & WALSH, LLP
 9                  Three Center Plaza
                    Boston, Massachusetts 02108
10              BY: MICHAEL J. KERRIGAN, ESQ.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 3:13-cv-01132-RNC    Document 500-1    Filed 02/13/15    Page 5 of 7

56

1 clarification.

2     MS. BIERSTEIN: Which I think would give us an
3 inference that he was raising money so he could do his
4 trips to Haiti. Which, again, I think you can infer he
5 had an additional motive to go to Haiti beyond the project
6 in terms of Perlitz being there, and that he was doing
7 fund raising to -- so he could then have the expense money
8 to go down there and join him.

9     THE COURT: Thank you.

10     MR. GORDON: I don't know if this would -- this
11 is in the new -- since you've specifically asked about
12 Father Carrier. In this round where we just -- our team
13 just returned from Haiti this past weekend, we're putting
14 the interrogatories, serving the other side -- but there
15 will be clear reports of some of I think two of the
16 current plaintiffs that Father Carrier directly sexually
17 abused them.

18     I'm not sure that applies to this claim, but the
19 Court's asked and we don't want to leave that out, that we
20 probably are going to ask for permission to amend with
21 regard to those two plaintiffs.

22     We've now learned this, because we weren't
23 asking if Father Carrier done this, we were asking about
24 Douglas Perlitz. There was an interrogatory that asked
25 did anyone else ever sexually abuse you.

1     MR. GARABEDIAN:  Your Honor, there is also a
2  third claim with another boy, but we have not filed a
3  complaint on his behalf, in Haiti and he's also come
4  forward to claim that Father Carrier sexually abused him.
5     MR. FOLKMAN:  May I be heard on that, Your
6  Honor?
7     THE COURT:  Yes.
8     MR. FOLKMAN:  Your Honor, those are outrageous
9  allegations as far as we're concerned.  Of course, they're
10 entitled to make whatever allegations they want, but we're
11 very far along in this.  We strongly oppose any additional
12 amendments to the pleadings.  This case has been going on,
13 if you consider the whole course of the litigation, for a
14 very, very long time.  And it's shocking that we're only
15 just hearing now that there's even any allegation, because
16 there's never been until today, that Father Carrier ever
17 sexually abused anybody.  And it's baffling that counsel
18 might have sued everybody that they've sued without
19 discovering that fact until now.  And we certainly have
20 not received any interrogatories to that effect.  I
21 understand we're about to.
22     I think it's very late in the day.  It may be
23 that the deadline that was agreed for amendment has
24 passed, and if that's the case, I would suggest that the
25 deadline be enforced.

70

1  C E R T I F I C A T E

2

3  In Re: ST. LOUIS vs. PERLITZ

4

5

6  I, Darlene A. Warner, RDR-CRR, Official Court

7  Reporter for the United States District Court for the

8  District of Connecticut, do hereby certify that the

9  foregoing pages are a true and accurate transcription of

10 my shorthand notes taken in the aforementioned matter to

11 the best of my skill and ability.

12

13

14

15
                            /s/_____
16
                            DARLENE A. WARNER, RDR-CRR
17                          Official Court Reporter
                            450 Main Street, Room #223
18                          Hartford, Connecticut 06103
                            (860) 547-0580
19

20

21

22

23

24

25