# Exhibit B

Page 1

```
 1                 UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF CONNECTICUT
 3
 4   - - - - - - - - - - - - - - - - x
                                      :
 5   GERVIL ST. LOUIS,                :  No. 3:13CV1132(RNC)
                     Plaintiff,       :
 6                                    :
              vs                      :
 7                                    :
     DOUGLAS PERLITZ, ET AL,          :
 8                   Defendants.      :  DECEMBER 16, 2014
     - - - - - - - - - - - - - - - - x
 9
10
11                     TELEPHONE CONFERENCE
12
13
14      BEFORE:  HON. ROBERT N. CHATIGNY, U.S.D.J.
15
16
17
18
19                                  Darlene A. Warner, RDR-CRR
                                    Official Court Reporter
20
21
22
23
24
25
```

1   APPEARANCES:

2       FOR GERVIL ST. LOUIS:

3           SIMMONS HANLY CONROY, LLP
                112 Madison Avenue; 7th Floor
4               New York, New York 10016
            BY: PAUL J. HANLY, JR., ESQ.
5               JAYNE CONROY, ESQ.
                ANDREA BIERSTEIN, ESQ.
6               ELLYN HURD, ESQ.

7           LAW OFFICES OF MITCHELL GARABEDIAN
                100 State Street
8               6th Floor
                Boston, Massachusetts 02109
9           BY: MITCHELL GARABEDIAN, ESQ.
                WILLIAM H. GORDON, ESQ.
10
            LYNCH, TRAUB, KEEFE & ERRANTE
11              52 Trumbull Street
                P.O. Box 1612
12              New Haven, Connecticut 06506
            BY: STEVEN J. ERRANTE, ESQ.
13              MARISA A. BELLAIR, ESQ.

14      FOR FAIRFIELD UNIVERSITY:

15          DAY PITNEY LLP-STMFD
                One Canterbury Green
16              Stamford, Connecticut 06901
            BY: THOMAS D. GOLDBERG, ESQ.
17              KATHRYN GLORIA NEWMAN, ESQ.

18      FOR PAUL E. CARRIER:

19          MURPHY & KING, PC
                One Beacon Street
20              21st Floor
                Boston, Massachusetts 02108
21          BY: THEODORE J. FOLKMAN, ESQ.
                TIMOTHY P. O'NEILL, ESQ.

22

23

24

25

```
 1    FOR SOVEREIGN MILITARY HOSPITALLER ORDER OF
          ST. JOHN OF JERUSALEM OF RHODES AND OF
 2        MALTA, AMERICAN ASSOCIATION, U.S.A.:

 3        ROBINSON & COLE
              280 Trumbull Street
 4            Hartford, Connecticut 06103
          BY: BRADFORD S. BABBITT, ESQ.
 5            BRETT BOSKIEWICZ, ESQ.

 6    FOR SOCIETY OF JESUS OF NEW ENGLAND:

 7        SLOANE & WALSH, LLP
              Three Center Plaza
 8            Boston, Massachusetts 02108
          BY: MICHAEL J. KERRIGAN, ESQ.
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        2:00 P.M.
 2
 3           THE COURT REPORTER:  Good afternoon, Judge
 4   Chatigny has joined the conference.  Please state your
 5   appearances.
 6           MR. GARABEDIAN:  Mitchell Garabedian for the
 7   plaintiffs.
 8           MR. GORDON:  Attorney William H. Gordon for
 9   plaintiffs.
10           MR. ERRANTE:  Steven Errante and Marisa Bellair
11   for the plaintiffs.
12           MR. HANLY:  Paul Hanly, plaintiffs.
13           MS. BIERSTEIN:  Andrea Bierstein for the
14   plaintiffs.
15           MS. CONROY:  Jayne Conroy, plaintiffs.
16           MS. HURD:  Ellyn Hurd, plaintiffs.
17           MR. FOLKMAN:  Ted Folkman and Tim O'Neill for
18   Father Carrier.
19           MS. GOLDBERG:  Tom Goldberg and Kathy Newman for
20   Fairfield University.
21           MR KERRIGAN:  Michael Kerrigan on behalf of the
22   Society of Jesus of New England.
23           MR. BABBITT:  Bradford Babbitt and Brett
24   Boskiewicz on behalf of the order of Malta, Your Honor.
25           THE COURT:  Is that everybody?
```

1     SPEAKER: I think so, Judge.
2     THE COURT: Yes, all right. As I recall, we set
3  this telephone conference to keep abreast of the status of
4  the litigation and not for any more specific purpose. If
5  I'm mistaken about that, I apologize.
6     But in any case, as we convene the conference
7  today, we have on the docket a motion to amend filed by
8  the plaintiff, Emmanuel Clervil, as well as motions to
9  seal. Do counsel want to take up those motions at this
10 time?
11    MR. GORDON: Yes.
12    THE COURT: Who was speaking, please?
13    MR. GORDON: This is Attorney William Gordon. I
14 represent plaintiffs.
15    THE COURT: All right.
16    MR. FOLKMAN: Your Honor, this is Ted Folkman
17 for Father Carrier. We've requested oral argument on the
18 motion for leave to amend. We didn't prepare to argue it
19 today and our preference in any event would be that the
20 Court set a date for argument on that motion.
21    THE COURT: Well, I'll defer to you. I --
22    MS. BIERSTEIN: Your Honor, this is Andrea
23 Beirstein.
24    On the motion to amend, I don't know that that
25 requires oral argument. If the Court has questions, I

1  mean, we would be prepared to answer questions on that
2  today.
3              I know Mr. Folkman has asked for argument, but I
4  don't know whether it's necessary to set a special day and
5  set aside a day to come argue it.  Obviously it's up to
6  Your Honor, but we're prepared to answer questions now or
7  at a later date if that's easier for the Court.
8              MR. FOLKMAN:  Your Honor, I certainly am
9  prepared to discuss it.  I think it's a weighty and
10 significant motion.  So I leave it to Your Honor what you
11 wish to do.
12             THE COURT:  I've read your papers and I'm
13 prepared to discuss it with you.  I'm not going to insist
14 on that.  If you want to come in and have a formal
15 argument, it's okay with me.  My own view is that we can
16 proceed today, but again, I'm not going to insist on that
17 if you feel strongly about it.
18             MR. FOLKMAN:  Your Honor, it's Ted Folkman.
19 I -- as long as the Court is open to the possibility of
20 setting aside some time to discuss it, that would be my
21 preference simply because, you know, I think it is a big
22 motion and we haven't -- while I can certainly discuss it
23 today and answer questions, you know, I think it's worthy
24 of an actual hearing and I'd prefer to have the
25 opportunity to present the arguments in full.

1      Perhaps we could combine it with the next court
2 appearance so as not to drag everybody down for a special
3 visit.
4      MS. BIERSTEIN: Your Honor, Andrea Beirstein.
5 Obviously if Mr. Folkman wants argument and the Court is
6 prepared to grant it, that's fine with us. The only
7 request I would have in that context, this is our motion
8 and we'd rather it not sit for a period of weeks or
9 months.
10     So I appreciate Mr. Folkman's willingness to
11 combine it with the next appearance we would otherwise
12 have, but we would request that if there is to be
13 argument, that it be sooner rather than later because I
14 think we need to know. And Mr. Folkman in fact seems to
15 want to know whether these claims are in the case or not.
16 So I would ask that we not let it hang out there for
17 months without knowing where they are.
18     MR. FOLKMAN: And that's fine with me too, Your
19 Honor. As soon as the Court wants to notice it, any time
20 is fine.
21     THE COURT: Okay. Well, our schedule is very
22 full here with trials and sentencings and evidentiary
23 hearings and so on. I'll need to check and see when we
24 can get to this if you want oral argument in court. I'm
25 not in a position to give you a date now.

1       I will refrain from commenting further on it
2  except to say that I'm concerned that the record reflects
3  contradictory answers to interrogatories and the proffered
4  explanation is that the plaintiff was under a
5  misapprehension that it was okay to conceal information,
6  and I take seriously the statement by defense counsel that
7  the Court should not countenance this.  So in that
8  context, I'll look forward to discussing it with you in
9  court.
10       What about the motions to seal?  Do you want to
11  take those up today or would you like me to hold off on
12  those as well?
13       MS. BIERSTEIN:  Your Honor, we'd be happy to
14  take up the motion to seal today if the defendants are
15  prepared to do that.
16       I do want to mention a related -- point, and I
17  know it's not exactly the question you asked but I think
18  it's a good time maybe to mention it -- which is, I think
19  Your Honor probably is aware from looking at the papers
20  that the motion to seal relates to another motion that is
21  the plaintiffs' motion to compel, which at the moment is
22  an unfiled motion.  And it's unfiled because until we have
23  a ruling on the motion to seal, we don't know whether that
24  can be publicly filed or needs to be filed under seal.
25       And I wanted to alert the Court on that motion