# Exhibit C

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS, a/k/a ST. LOUIS GERVIL<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS OF NEW ENGLAND; SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICAN ASSOCIATION, U.S.A., a/k/a ORDER OF MALTA, AMERICAN ASSOCIATION, USA JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; JOHN DOE FOUR; JOHN DOE FIVE; JOHN DOE SIX; and JOHN DOE SEVEN,<br><br>Defendants. | Lead Civil Action No.:<br>3:13-cv-01132-RNC<br><br>Consolidated with: |

| | |
|---|---|
| 3:13-cv-1225 | 3:13-cv-1640 |
| 3:13-cv-1269 | 3:13-cv-1641 |
| 3:13-cv-1437 | 3:13-cv-1642 |
| 3:13-cv-1480 | 3:13-cv-1644 |
| 3:13-cv-1626 | 3:13-cv-1645 |
| 3:13-cv-1627 | 3:13-cv-1647 |
| 3:13-cv-1628 | 3:13-cv-1648 |
| 3:13-cv-1629 | 3:13-cv-1701 |
| 3:13-cv-1630 | 3:13-cv-1767 |
| 3:13-cv-1631 | 3:13-cv-1768 |
| 3:13-cv-1632 | 3:13-cv-1769 |
| 3:13-cv-1633 | 3:13-cv-1881 |
| 3:13-cv-1634 | 3:13-cv-1904 |
| 3:13-cv-1635 | 3:13-cv-1906 |
| 3:13-cv-1636 | 3:13-cv-1907 |
| 3:13-cv-1637 | 3:14-cv-0125 |
| 3:13-cv-1638 | 3:14-cv-0668 |
| 3:13-cv-1639 | 3:14-cv-0815 |

*This document applies to:*
All cases

September 20, 2014

## PLAINTIFF JOEL ALBERT'S RESPONSE TO
## CERTAIN DEFENDANTS' FIRST SET OF INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Joel Albert hereby responds to the First Set of Interrogatories served by Hope E. Carter, Fr. Paul E. Carrier, Fairfield University, The Society of Jesus of New England, and the Sovereign Military Hospitaller Order of St. John of Jerusalem of Rhodes and of Malta, American Association, U.S.A. (collectively, "Certain Defendants"), and incorporates herein by reference the General Objections and Objections to Individual Interrogatories contained in the previously served Plaintiffs' Master Objections to First Set of Interrogatories Propounded by Certain Defendants to All Plaintiffs.

## INTERROGATORIES

## INTERROGATORY NO. 1

Please state your full name (and any other name(s) by which you have been known), your date of birth, and the address of your residence or location where you live. If you cannot state your date

of birth, please state your best approximation and the basis for that approximation.

*Answer To Interrogatory No. 1*

My name is Joël Albert, A.K.A Lepere. I was born on June 3rd, 1989. I live in Ste Philomene.

## INTERROGATORY NO. 2

Please state each residence address or location where you have lived from birth to present date, identifying each person with whom you lived at each location.

*Answer To Interrogatory No. 2*

My first address was in Blue Hills, the house had no number. I lived with a girl. Now I live in Ste Philomene. I have five people in the house, they are: Lovely, Christine, Emmanuel, Makli, and a baby.

## INTERROGATORY NO. 3

Identify each current and former spouse, and for each one, state the date and location of your marriage to each, and if any marriage ended in divorce, the date and location (court) of each divorce.

*Answer To Interrogatory No. 3*

I am not married.

## INTERROGATORY NO. 4

With regard to your family, please identify your parents, all of your siblings (including biological, step, adopted, and/or foster siblings), and all of your children (including biological, adopted, step, and/or foster children).

*Answer To Interrogatory No. 4*

My mom is Lisita, my dad is Elibè Albert. I have four brothers: Eliphète Albert, Jonel Albert, Walky Albert, and Joclyne Albert. I have one sister, Ana Rose Albert. I have one step brother, I can't remember his name. I have some step sisters: Rose Marta, Anne, Mago, Titit, there are others I can't remember their names. I have a son, his name is Steeve and a daughter, her name is Djenika.

.

## INTERROGATORY NO. 5

Please identify all schools that you attended as a student, starting with elementary school, and for each such school state: (i) the dates you attended; (ii) the grade level(s) or year(s) you completed;

I received sneakers, clothes, money for chores like washing dishes, sweeping. I would get about $150 to 200 Haitian Dollars every Friday. I also worked at Bel Air on Sundays at the gate. I received $500 - $800 every 15 days every Sunday when I finished working. Pere Paul also gave me money. He would give me about $50 to $100 American Dollars. Madame Carter also gave me gifts and money. She has given me $300 Haitian Dollars. Douglas gave me money after he had sex with me. He would give me about $100 - $700 Haitian Dollars.

**INTERROGATORY NO. 18**

Have you received any money, gift or item of value from any defendant, and, if so, please state what was received, from whom, and the date(s) of receipt.

*Answer To Interrogatory No. 18*

See Answer No. 17

**INTERROGATORY NO. 19**

With regard to the allegations of sexual abuse, sexual misconduct, or sexual exploitation committed against you ("abuse") by Perlitz which you allege in your Complaint:

a.   state every date in chronological order on which you claim that Perlitz abused you and if you cannot, state your best approximation of those dates and state the basis for that approximation;

b.   state the number of occasions on which you allege you were abused by Perlitz;

c.   state exactly what you allege occurred during each alleged instance of abuse by Perlitz including the location, date, time, and duration of the abuse, and;

d.   identify each person known to you who observed or witnessed the abuse alleged in your Complaint.

*Answer To Interrogatory No. 19*

I was sexually abused by Perlitz at a time when I was at the Village. I do not know exact dates, times, or duration. The abuse included fondling, fellatio, and sodomy. I can recall six times that this happened to me. I believe Jessica and Brittany were in Haiti for all six times. The first time that I can recall, he made me put his penis in my mouth. He also put his mouth on my penis. This happened at Bel Air. I was working at the gate, and he called me into the house. When he was finished, he gave me $100 Haitian Dollars. The second time, he did the same thing to me. He gave me $200 Haitian Dollars. The third time, he had sex with me. It was in the afternoon at Bel Air. He inserted his penis in my buttocks. That day, he gave me $700 Haitian Dollars. The fourth time, he made me put my mouth on his penis, and he put his mouth on my penis. He first took me out to eat and we drank alcohol. He was forcing me. We were in his bedroom and we closed the door, but I believe Jessica and Brittany were upstairs, and the security people were at the portal. He gave me no money that day. The fifth time, he had sex with me again at Bel Air. It was in his bedroom. We first watched pornographic movies on his laptop. After, he inserted his penis in my buttocks. He gave me $500 Haitian Dollars. Madame Carter saw me in Douglas' bedroom just after we had

sex. She opened the door to Douglas' bedroom just as I was getting dressed and saw us. I had boxers on about to put on my pants. Douglas was only wearing boxers and was still sitting on the bed. Madame Carter turned and went outside and then I went outside. Madame Carter put her hand on my hand and said some English words to me. Madame Carter then went to talk to Douglas in his room. The sixth time, Douglas had sex with me. Douglas, Pere Paul, Emmanuel and I watched pornographic movies in Douglas' bedroom. While we were watching, we were all on Douglas' bed, and Douglas was touching me on my chest. I believe that Pere Paul was touching Emmanuel. When we finished watching, I stayed with Douglas in his bedroom. Pere Paul and Emmanuel left the room. Douglas inserted his penis in my buttocks. Jessica was aware we went out. She knew we were sleeping there. Jessica and Brittany slept at Bel Air that night. The next morning, Jessica gave me $300 Haitian Dollars. Pere Paul saw me again in the morning. Emmanuel told me that Pere Paul had sex with him.

## **INTERROGATORY NO. 20**

State whether you have ever denied that you were a victim of the abuse alleged in your Complaint. If the answer is yes, please identify each person to whom you denied the alleged abuse, the date when you denied the alleged abuse, and the circumstances by which you denied the alleged abuse.

*Answer To Interrogatory No. 20*

I have told people on the street that I was not abused because they were making fun of me. People would see me and say that I was doing faggot things and I said I did not do such things. I did not want people that I didn't know talking about me and calling me a faggot.

## **INTERROGATORY NO. 21**

Identify any person, other than Perlitz, who you allege ever sexually molested, sexually abused or sexually exploited you, including the date of abuse, relationship of the abuser to you, location of abuse, identity of any person or entity to whom you reported the abuse, the date you reported the abuse, and, if you denied the abuse, state the date and to whom you denied the abuse.

*Answer To Interrogatory No. 21*

I can recall one time that Pere Paul squeezed my buttocks and anus when I was sleeping on a couch at Bel Air. I believed it was intended to be sexual. I was sleeping on the couch and Pere Paul sat down on the couch close to me. This happened about two weeks after the last time Douglas had sex with me. It happened before Christmas and Jessica and Brittany were in Haiti. Pere Paul did not give me money that night, but he gave me money from time to time after that. I saw Jessica and Nicholas the next morning at Bel Air. See also Answer No. 19.

## **INTERROGATORY NO. 22**

Please state whether you were ever threatened or coerced at any time by any individual (including but not limited to Perlitz) not to report any claim of sexual abuse, and/or whether you were

Dated: September 20, 2014                     Signed as to incorporated objections,

                                 By:     /s/ Mitchell Garabedian
                                         Mitchell Garabedian (phv04676)
                                         garabedianlaw@msn.com
                                         William H. Gordon (phv04677)
                                         wgordon@garabedianlaw.com
                                         Law Offices of Mitchell Garabedian
                                         100 State Street, 6th Floor
                                         Boston, MA 02109
                                         Phone: (617) 523-6250

                                         Paul J. Hanly, Jr. (phv04680)
                                         phanly@simmonsfirm.com
                                         Andrea Bierstein (phv04678)
                                         abierstein@ simmonsfirm.com
                                         Jayne Conroy (phv04679)
                                         jconroy@ simmonsfirm.com
                                         SIMMONS HANLY CONROY
                                         112 Madison Ave., 7th floor
                                         New York, New York 10016
                                         Phone: (212) 784-6400

                                         Steven J. Errante (ct04292)
                                         SErrante@ltke.com
                                         Marisa A. Bellair (ct23802)
                                         Lynch, Traub, Keefe, & Errante, P.C.
                                         P.O. Box 1612
                                         52 Trumbull Street
                                         New Haven, CT 06510
                                         Phone: (203) 787-0275
                                         Fax: (203) 782-0278

## **VERIFIKASYON**

Mwen, _Joël Albert_ , te li repons anvan yo e yo kòrèk ak egzat nan pi bon kapasite mwen.

Siyen annba pinisyon ak penalite pou fo temwayaj 20 jou nan mwa Septanm, 2014.

_Joël Albert_