# Exhibit D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Gervil St. Louis, a/k/a St. Louis Gervil,<br><br>Plaintiff,<br>v.<br><br>Douglas Perlitz; Father Paul E. Carrier, S.J.; Hope E. Carter; Haiti Fund, Inc.; Fairfield University; The Society Of Jesus Of New England; Sovereign Military Hospitaller Order of St. John of Jerusalem of Rhodes and of Malta, American Association, U.S.A., a/k/a Order Of Malta, American Association, USA; John Doe One; John Doe Two; John Doe Three; John Doe Four; John Doe Five; John Doe Six; and John Doe Seven,<br><br>Defendants. | Civil Action No.: 3:13-cv-01132 (RNC)<br><br>Consolidated with:<br>3:13-cv-1225-RNC, 3:13-cv-1269-RNC<br>3:13-cv-1437-RNC, 3:13-cv-1480-RNC<br>3:13-cv-1626-RNC, 3:13-cv-1627-RNC<br>3:13-cv-1628-RNC, 3:13-cv-1629-RNC<br>3:13-cv-1630-RNC, 3:13-cv-1631-RNC<br>3:13-cv-1632-RNC, 3:13-cv-1633-RNC<br>3:13-cv-1634-RNC, 3:13-cv-1635-RNC<br>3:13-cv-1636-RNC, 3:13-cv-1637-RNC<br>3:13-cv-1638-RNC, 3:13-cv-1639-RNC<br>3:13-cv-1640-RNC, 3:13-cv-1641-RNC<br>3:13-cv-1642-RNC, 3:13-cv-1644-RNC<br>3:13-cv-1645-RNC, 3:13-cv-1647-RNC<br>3:13-cv-1648-RNC, 3:13-cv-1701-RNC<br>3:13-cv-1767-RNC, 3:13-cv-1768-RNC<br>3:13-cv-1769-RNC, 3:13-cv-1881-RNC<br>3:13-cv-1904-RNC, 3:13-cv-1906-RNC<br>3:13-cv-1907-RNC, 3:14-cv-0125-RNC |
| *This document applies to:*<br>*All of the above referenced cases* | April 11, 2014 |

**PLAINTIFFS' RESPONSES TO FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS PROPOUNDED BY CERTAIN DEFENDANTS TO ALL PLAINTIFFS**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiff Gervil St. Louis and all Plaintiffs in the cases consolidated herein hereby provide responses to the Defendants' First Set of Requests for the Production of Documents and Things Propounded to all Plaintiffs ("First RFP") served by Hope E. Carter, Fr. Paul E. Carrier, Fairfield University, the Society of Jesus of New England, and the Sovereign Military Hospitaller Order of St. John of Jerusalem of Rhodes and of Malta, American Association,

1

control, if any.

**RFP 74:**

All documents concerning communications between you and any officer, employee, attorney, investigator, student volunteer, or other person associated with Fairfield University concerning Perlitz, Father Carrier, Project Pierre Toussaint, the Haiti Fund, Inc., Fairfield University, the Society of Jesus, Hope Carter, or the American Association.

*Response to RFP No. 74:*

Without waiver of, and subject to, the General Objections set forth above, each Plaintiff will produce documents responsive to RFP No. 74 in his possession, custody or control, if any.

**RFP 75:**

All documents concerning interviews you or your lawyers have conducted of persons whom you may call as witnesses at trial.

*Response to RFP No. 75:*

Plaintiffs object to this RFP on the grounds that it is overbroad and premature, as Plaintiffs are not required to identify, and do not know, prior to completion of discovery, witnesses they may call at trial. Plaintiffs further object to this interrogatory to the extent it seeks attorney client communications or work product protected information. To the extent any Plaintiffs may be called to testify at trial, the communications between Plaintiffs and their attorneys would remain privileged communications. A Plaintiff's testimony at trial does not waive the attorney client privilege. To the extent this request seeks attorneys' notes about attorney understandings, impressions or perceptions of potential witnesses such request seeks protected attorney work product. To the extent this request seeks attorneys' notes about witnesses not called to testify, this request seeks work product protected information. Without waiver of, and subject to, the foregoing

objection and the General Objections set forth above, each Plaintiff will produce documents responsive to RFP No. 75 in his possession, custody or control, if any, to the extent that such witnesses have been identified at this time.

**RFP 76:**

All documents concerning the preservation of documents that are reasonably likely to be the subject of discovery related to the claims and defenses at issue in the consolidated actions.

*Response to RFP No. 76:*

Without waiver of, and subject to, the General Objections set forth above, each Plaintiff will produce documents responsive to RFP No. 76 in his possession, custody or control, if any.

**RFP 77:**

Any other documents which you submitted to or received from any third parties concerning your claims in the related actions, consolidated for pre-trial purposes, which have not been produced in response to these requests for production.

*Response to RFP No. 77:*

Plaintiffs object to this RFP on the grounds that it is vague and ambiguous. Without waiver of, and subject to, the foregoing objection and the General Objections set forth above, each Plaintiff will produce documents responsive to RFP No. 77 in his possession, custody or control, if any.

**RFP 78:**

Any other documents concerning any claims or allegations in your Complaint which have not been produced in response to these requests for production of documents.

*Response to RFP No. 78:*

Plaintiffs object to this RFP on the grounds that it is vague and ambiguous.

28

*al.*, 3:11-cv-00614-RNC, including communications with claimant Michael Saintelus, concerning compensation for the victims of Perlitz's criminal actions, as ordered by the U.S. District Court for the District of Connecticut as part of Perlitz's criminal sentence or otherwise.

*Response to RFP No. 90:*

Without waiver of, and subject to, the General Objections set forth above, each Plaintiff will produce documents responsive to RFP No. 90 in his possession, custody or control, if any.

**RFP 91:**

Copies of all communications between you and any of the plaintiffs in any of the civil actions that were consolidated under the lead case of *Joseph Jean-Charles v. Perlitz, et al.*, 3:11-cv-00614-RNC, including communications with claimant Michael Saintelus, concerning any compensation received by any of those plaintiffs and/or claimant as a result of the settlement in *Joseph Jean-Charles v. Perlitz, et al.*, 3:11-cv-00614-RNC.

*Response to RFP No. 91:*

Without waiver of, and subject to, the General Objections set forth above, each Plaintiff will produce documents responsive to RFP No. 91 in his possession, custody or control, if any.

Dated: April 11, 2014

LAW OFFICES OF MITCHELL GARABEDIAN

By: _____
Mitchell Garabedian (phv04676)
garabedianlaw@msn.com (phv04677)
William H. Gordon
garabedianlaw@earthlink.net
100 State Street, 6th Floor
Boston, MA 02109
Phone: (617) 523-6250

33

> Paul J. Hanly, Jr. (phv04680)
> phanly@hanlyconroy.com
> Andrea Bierstein (phv04678)
> abierstein@hanlyconroy.com
> Jayne Conroy (phv04679)
> jconroy@hanlyconroy.com
> HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP
> 112 Madison Ave., 7th floor
> New York, New York 10016
> Phone: (212) 784-6400
>
> Steven J. Errante (ct04292)
> SErrante@ltke.com
> Marisa A. Bellair (ct23802)
> LYNCH, TRAUB, KEEFE, & ERRANTE, P.C.
> P.O. Box 1612
> 52 Trumbull Street
> New Haven, CT 06510
> Phone: (203) 787-0275
> Fax: (203) 782-0278
>
> Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

This is to certify that on April 11, 2014, the above document was served by e-mail on counsel of record. The undersigned further certifies that on the April 11, 2014, a copy the above document was sent by United States Mail to the following:

> 1. Counsel for Defendant Douglas Perlitz listed below:
>> David T. Grudberg, Esq.
>> Carmody & Torrance LLP
>> 195 Church Street
>> P.O. Box 1950
>> New Haven, CT 06509-1950
>> dgrudberg@carmodylaw.com
>
> 2. Defendant Haiti Fund, Inc. at the below address:
>> Haiti Fund, Inc.
>> c/o Mr. Michael McCooey

Chairman
475 Polly Park Road
Rye, NY 10580

RESPECTFULLY SUBMITTED,

By Plaintiffs' Attorney,

_____
Mitchell Garabedian (phv04676)