UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS,<br><br>             Plaintiff,<br><br>     vs.<br><br>DOUGLAS PERLITZ, et al.,<br><br>             Defendants | Lead Civil Action No.<br>Civ. A. No. 3:13-cv-01132-RNC<br><br>Dated: January 23, 2015 |
| *This document relates to:*<br><br>All Cases. | |

**JOINDER OF FATHER CARRIER TO THE SOCIETY OF JESUS OF
NEW ENGLAND'S OPPOSITION TO THE PLAINTIFFS'
MOTION TO COMPEL PRODUCTION OF DOCUMENTS
AND CROSS-MOTION FOR A PROTECTIVE ORDER**

The defendant, Father Paul E. Carrier, S.J. ("Father Carrier") joins in the Society of Jesus of New England's (the "Society") Opposition to the Plaintiffs' Motion to Compel Production of Documents and Cross-Motion for a Protective Order served by the Society on January 23, 2015 (the "Opposition"). In support, Father Carrier incorporates by reference the arguments set forth in the Opposition. Father Carrier emphasizes in particular the irrelevance of the documents the Plaintiffs seek. Since the evaluation took place after the abuse the Plaintiffs claim occurred, it cannot be relevant to what the Society knew about Father Carrier's suitability as an alleged supervisor of Mr. Perlitz. Nor can the results of the evaluation be used to show Father Carrier's character or character traits for the purpose of proving that he acted in conformity with them on any particular occasion. Fed. R. Evid. 404(a).

Respectfully submitted,

PAUL E. CARRIER, S.J.

By his attorneys:

/s/ Theodore J. Folkman
Timothy P. O'Neill (phv04968)
Theodore J. Folkman (phv04969)
Amanda Moger Rettig (phv04967)
MURPHY & KING, P.C.
One Beacon Street
Boston, Mass. 02108
(617) 423-0400
toneill@murphyking.com
tfolkman@murphyking.com
arettig@murphyking.com

Gene S. Winter (ct05137)
Benjamin C. White (ct27211)
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford St.
Stamford, Conn. 06905
(203) 324-6155
gwinter@ssjr.com
bwhite@ssjr.com

Dated: January 23, 2015

CERTIFICATE OF SERVICE

I certify that on January 23, 2015, a copy of the foregoing document was sent by e-mail to all parties and by first-class mail to all parties who are unable to accept electronic filing.

I further certify that on January 23, 2015, I caused a copy of the foregoing document to be served by first-class mail, postage prepaid, on counsel for the defendants, Douglas Perlitz, and on the Haiti Fund, Inc., who are unable to accept electronic service:

> David T. Grudberg, Esq.
> Carmody & Torrance, LLP
> 195 Church St.
> PO Box 1950
> New Haven, Conn. 06509-1950
>
> Michael McCooey
> Chairman, Haiti Fund, Inc.
> 475 Polly Park Road
> Rye, N.Y. 10580

/s/ Theodore J. Folkman

682752