**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GERVIL ST. LOUIS, A/K/A ST. LOUIS GERVIL,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS OF NEW ENGLAND; SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICAN ASSOCIATION, U.S.A., A/K/A ORDER OF MALTA, AMERICAN ASSOCIATION, USA; JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; JOHN DOE FOUR; JOHN DOE FIVE; JOHN DOE SIX; AND JOHN DOE SEVEN,<br><br>Defendants. | LEAD CIVIL ACTION NO.:<br><br>3:13-cv-01132 (RNC)<br><br>JULY 24, 2015 |
| This document applies to:<br>*Clervil v. Perlitz et al.*, 3:13-cv-1904 (RNC) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared hereby stipulate and agree to the dismissal with prejudice of this action brought by plaintiff Emmanuel Clervil, and as grounds therefor state as follows:

WHEREAS, plaintiff Clervil filed his original complaint in this action on December 23, 2013;

WHEREAS, defendants Paul Carrier, Hope Carter, Fairfield University, the Society of Jesus of New England, and the Sovereign Military Hospitaller Order of St. John of Jerusalem of Rhodes and of Malta, American Association (collectively, the "appearing defendants") all subsequently filed answers to plaintiff Clervil's complaint;

WHEREAS, on October 27, 2014, plaintiff Clervil moved for leave to amend his complaint to add new allegations and claims, which motion was opposed by defendants Paul Carrier, Fairfield University, and the Society of Jesus of New England;

WHEREAS, plaintiff Clervil subsequently withdrew his motion for leave to amend, and, on January 29, 2015, filed a motion to voluntarily dismiss his complaint pursuant to Federal Rule of Civil Procedure 41(a)(2);

WHEREAS, the appearing defendants opposed plaintiff Clervil's motion for voluntary dismissal and argued that any dismissal should be with prejudice and subject to certain conditions;

WHEREAS, plaintiff Clervil's motion for voluntary dismissal has been fully briefed and argued, but has not yet been decided; and

WHEREAS, both plaintiff Clervil and the appearing defendants wish to fully and finally resolve plaintiff Clervil's claims and the pending motion for voluntary dismissal;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree as follows:

(1) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be and hereby is dismissed with prejudice, with each party to bear its own attorneys' fees and costs incurred in connection with this action;

(2) Plaintiffs' counsel shall not seek to introduce the testimony of plaintiff Clervil in any of the other related cases brought against the appearing defendants except in

the event and to the extent that any defendant in any related case successfully introduces into evidence alleged inconsistencies in Clervil's prior sworn statements as part of a claim of systemic or other fraud in connection with the consolidated cases generally or any individual case specifically, in which event plaintiffs' counsel may do so to rebut such claims; and

(3)     The appearing defendants shall not seek to depose plaintiff Clervil in any of the other related cases brought against the appearing defendants.

Dated: July 24, 2015

Respectfully submitted,

PLAINTIFF,
EMMANUEL CLERVIL,

By: __________/s/__________________________

Mitchell Garabedian (phv04676)
garabedianlaw@msn.com
William H. Gordon (phv04677)
wgordon@garabedianlaw.com
LAW OFFICES OF MITCHELL GARABEDIAN
100 State Street, 6th Floor
Boston, MA 02109
Phone: (617) 523-6250

Paul J. Hanly, Jr. (phv04680)
phanly@simmonsfirm.com
Jayne Conroy (phv04679)
jconroy@simmonsfirm.com
Andrea Bierstein (phv04678)
abierstein@simmonsfirm.com
SIMMONS HANLY CONROY
112 Madison Ave., 7th floor
New York, New York 10016
Phone: (212) 784-6400

Steven J. Errante (ct04292)
SErrante@ltke.com
Marisa A. Bellair (ct23802)
Mbellair@ltke.com
LYNCH, TRAUB, KEEFE & ERRANTE, P.C..
P.O. Box 1612
52 Trumbull Street
New Haven, CT 06510
Phone: (203) 787-0275
Fax: (203) 782-0278

*His Attorneys*

DEFENDANT,
FAIRFIELD UNIVERSITY,

By: __________/s/__________________________

Stanley A. Twardy, Jr. (ct 05096)
Thomas D. Goldberg (ct 04386)
Paul D. Williams (ct 05244)
John W. Cerreta (ct 28919)
DAY PITNEY LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901
Tel: (203) 977-7300
Fax: (203) 977-7301
E-mail: satwardy@daypitney.com
E-mail: tgoldberg@daypitney.com
E-mail: pdwilliams@daypitney.com
E-mail: jcerreta@daypitney.com

*Its Attorneys*

DEFENDANT,
THE SOCIETY OF JESUS
OF NEW ENGLAND,

By: ___________/s/______________________

William J. Dailey (phv05018)
Michael J. Kerrigan (phv05175)
Lydia C. Knight (phv07399)
Rebecca A. Cobbs (phv07399)
SLOANE & WALSH, LLP
3 Center Plaza, 8th Floor
Boston, MA 02108
Phone: (617) 523-6010
Fax: (617) 227-0927
wdaileyjr@sloanewalsh.com
mekerrigan@sloanewalsh.com
lknight@sloanewalsh.com

Stephen M. Cowherd (ct19093)
Jeffers Cowherd PC
55 Walls Drive
Fairfield, CT 06824
Phone: (203) 259-7900
Fax: (203) 259-1070
scowherd@jeffers-law.com

*Its Attorneys*

DEFENDANT,
PAUL CARRIER,

By: _________/s/_________________________

Timothy P. O'Neill (phv04968)
Theodore J. Folkman (phv04969)
Amanda Moger Rettig (phv04967)
Aaron D. Rosenberg (ct29518)
MURPHY & KING, P.C.
One Beacon St., 21st Fl.
Boston, Mass. 02108
(617) 423-0400
tpo@murphyking.com
tjf@murphyking.com
amr@murphyking.com

Gene S. Winter (ct05137)
Benjamin C. White (ct27211)
ST. ONGE STEWARD JOHNSTON & REEN LLC
986 Bedford St.
Stamford, Conn. 06905
(203) 324-6155
gwinter@ssjr.com
bwhite@ssjr.com

*His Attorneys*

DEFENDANT,
THE SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICA ASSOCIATION, U.S.A.,

By: ________/s/________________________
Bradford S. Babbitt (ct13938)
E-mail: bbabbitt@rc.com
Elizabeth R. Leong (ct24453)
E-mail: eleong@rc.com
ROBINSON & COLE LLP
280 Trumbull Street.
Hartford, CT 06103-3597
Phone: (860 275-8214
Fax: (860) 275-8299

*Its Attorneys*

DEFENDANT,
HOPE CARTER,

By: ________/s/________________________
Jeffrey W. Kennedy (ct16419)
Christopher F. Wanat
MILANO & WANAT LLC
471 East Main Street
Branford, Connecticut 06405
(P) – (203) 315-7000
(F) – (203) 315-7007
cwanat@mwllc.us
jkennedy@mwllc.us

*Her Attorneys*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

I further certify that on July 24, 2015, a copy of the foregoing document was provided by Regular U.S. Mail, as follows:

Douglas Perlitz c/o David T. Grudberg, Esq.
Carmody & Torrance, LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

and

Haiti Fund, Inc. c/o Michael McCooey
Chairman, Haiti Fund, Inc.
475 Polly Park Road
Rye, NY 10580

/s/
John W. Cerreta