UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS,<br><br>           Plaintiff,<br><br>      vs.<br><br>DOUGLAS PERLITZ, et al.,<br><br>           Defendants.<br><br>*This document relates to:*<br><br>*All Cases* | Civ. A. No. 3:13-cv-01132-RNC<br><br>Dated: November 17, 2015 |

**DEFENDANTS' MOTION FOR RELIEF
CONCERNING IMPROPER PAYMENTS TO PLAINTIFFS**

In order to attempt to remedy the grave risks to the integrity of these proceedings caused by payments made to the plaintiffs by Cyrus Sibert, the agent of the plaintiffs' counsel, and by counsel's employment of Mr. Sibert as a runner, the defendants move for entry of the following orders:

1.      An order to the plaintiffs' counsel and their agents, servants, and employees requiring them to cease making payments in cash or in kind to the plaintiffs without leave of court (with the exceptions stated above).

2.      An order requiring an accounting of all payments or benefits in cash or kind that Mr. Sibert or anyone else working on counsel's behalf have made to any plaintiff or potential plaintiff.

3.     An order compelling plaintiffs' counsel to produce copies of all contracts or agreements between counsel and Mr. Sibert.

4.     An order requiring plaintiffs' counsel to inform the Court promptly of their intentions with regard to continued use of Mr. Sibert as their agent. If counsel do intend to continue working with Mr. Sibert, the Court should order Mr. Sibert to submit a declaration showing that he understands he is forbidden to make any payments in cash or in kind to the plaintiffs with the exceptions noted above.

5.     An order requiring plaintiffs' counsel to inform their clients promptly that neither they nor their agents, including Mr. Sibert, can pay the plaintiffs' expenses, except for expenses of the litigation, unless approved by the Court.

6.     An order compelling further answers from Mr. Dorcine and Mr. Joseph regarding whether they received payments from their lawyers or from Mr. Sibert and declaring that the response to these questions does not implicate the attorney-client privilege.

7.     An order forbidding plaintiffs' counsel, directly or through their agents, from employing runners or acting as runners or solicitors in violation of Connecticut law.

8.     An order requiring the plaintiffs to produce Mr. Sibert for a deposition in the United States and to produce the documents in his possession, custody, or control, that are responsive to the subpoena *duces tecum.*

9.     Other relief that the court deems appropriate in the circumstances.

A memorandum of law and a declaration are being filed with this motion.

*[signature page follows]*

Respectfully submitted,

| | |
|---|---|
| PAUL E. CARRIER, S.J.<br><br>By his attorneys:<br><br>/s/ Theodore J. Folkman<br>Timothy P. O'Neill (phv04968)<br>Theodore J. Folkman (phv04969)<br>Amanda Moger Rettig (phv04967)<br>MURPHY & KING, P.C.<br>One Beacon Street<br>Boston, Mass. 02108<br>Tel. (617) 423-0400<br>Fax (617) 423-0498<br>toneill@murphyking.com<br>tfolkman@murphyking.com<br>arettig@murphyking.com | THE SOCIETY OF JESUS OF NEW ENGLAND<br><br>By its attorneys:<br><br>/s/ Michael J. Kerrigan<br>William J. Dailey, Jr. (phv05018)<br>Michael J. Kerrigan (phv05175)<br>SLOANE & WALSH, LLP<br>3 Center Plaza, 8th Floor<br>Boston, Mass. 02108<br>Tel. (617) 523-6010<br>Fax (617) 227-0927<br>wdaileyjr@sloanewalsh.com<br>mkerrigan@sloanewalsh.com |
| THE SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND MALTA, AMERICAN ASSOCIATION, U.S.A.<br><br>By its attorney:<br><br>/s/ Bradford S. Babbitt<br>Bradford S. Babbitt (ct13938)<br>ROBINSON & COLE, LLP<br>280 Trumbull Street<br>Hartford, Conn. 06103<br>Tel. (860) 275-8214<br>Fax (860) 275-8299<br>bbabbitt@rc.com | FAIRFIELD UNIVERSITY<br><br>By its attorneys:<br><br>/s/ John W. Cerreta<br>Stanley A. Twardy, Jr. (ct05096)<br>Thomas D. Goldberg (ct04386)<br>Paul D. Williams (ct05244)<br>John W. Cerreta (ct28919)<br>DAY PITNEY LLP<br>One Canterbury Green<br>201 Broad Street<br>Stamford, Conn. 06901<br>Tel. (203) 977-7300<br>Fax (203) 977-7301<br>satwardy@daypitney.com<br>tgoldberg@daypitney.com<br>pdwilliams@daypitney.com<br>jcerreta@daypitney.com |

HOPE CARTER

By her attorneys:

/s/ Jeffrey W. Kennedy
Christopher F. Wanat (ct02164)
Jeffrey W. Kennedy (ct16419)
MILANO & WANAT LLC
471 East Main Street
Branford, Conn. 06405
Tel. (203) 315-7000
Fax (203) 315-7007
cwanat@mwllc.us
jkennedy@mwllc.us

Dated: November 17, 2015

CERTIFICATE OF SERVICE

I certify that on November 17, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

I further certify that on November 17, 2015, I caused a copy of the foregoing document to be served by first-class mail, postage prepaid, on counsel for the defendant, Douglas Perlitz, who is unable to accept electronic service, and Haiti Fund, Inc.:

| | |
|---|---|
| David T. Grudberg, Esq. | Michael McCooey |
| Carmody & Torrance, LLP | Chairman, Haiti Fund, Inc. |
| 195 Church St. | 475 Polly Park Road |
| PO Box 1950 | Rye, N.Y. 10580 |
| New Haven, Conn. 06509-1950 | |

/s/ Theodore J. Folkman

698408