```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
   ***************************
   GERVIL ST. LOUIS, a/k/a ST.      Consolidated with:
   LOUIS GERVIL,                    3:13-cv-1225-RNC
                                    3:13-cv-1269-RNC
                    Plaintiff,      3:13-cv-1437-RNC
                                    3:13-cv-1480-RNC
        v.                          3:13-cv-1626-RNC
                                    3:13-cv-1627-RNC
   DOUGLAS PERLITZ, FATHER          3:13-cv-1628-RNC
   PAUL E. CARRIER, S.J.; HOPE      3:13-cv-1629-RNC
   E. CARTER; HAITI FUND,           3:13-cv-1630-RNC
   INC.; FAIRFIELD UNIVERSITY;      3:13-cv-1631-RNC
   THE SOCIETY OF JESUS OF NEW      3:13-cv-1632-RNC
   ENGLAND; SOVEREIGN MILITARY      3:13-cv-1633-RNC
   HOSPITALLER ORDER OF ST.         3:13-cv-1634-RNC
   JOHN OF JERUSALEM OF RHODES      3:13-cv-1635-RNC
   AND OF MALTA, AMERICAN           3:13-cv-1636-RNC
   ASSOCIATION, U.S.A.; a/k/a       3:13-cv-1637-RNC
   ORDER OF MALTA, AMERICAN         3:13-cv-1638-RNC
   ASSOCIATION, U.S.A.; JOHN        3:13-cv-1639-RNC
   DOE ONE; JOHN DOE TWO; JOHN      3:13-cv-1640-RNC
   DOE THREE; JOHN DOE FOUR;        3:13-cv-1641-RNC
   JOHN DOE FIVE; JOHN DOE SIX      3:13-cv-1642-RNC
   and JOHN DOE SEVEN,              3:13-cv-1644-RNC
                                    3:13-cv-1645-RNC
                    Defendants.     3:13-cv-1647-RNC
                                    3:13-cv-1648-RNC
                                    3:13-cv-1701-RNC
                                    3:13-cv-1767-RNC
                                    3:13-cv-1768-RNC
                                    3:13-cv-1769-RNC
                                    3:13-cv-1881-RNC
                                    3:13-cv-1904-RNC
                                    3:13-cv-1906-RNC
                                    3:13-cv-1907-RNC
   *****************************
   This document applies to:
   All of the above referenced cases
   And those to be filed
   *****************************
   CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
       VIDEOTAPED DEPOSITION OF JOSE BERNARDIN

             Friday, March 27th, 2015
                  9:04 a.m.
```

```
 1         VIDEOTAPED DEPOSITION OF JOSE BERNARDIN
 2
 3
 4    Held At:
 5
 6         Barcelo Puerto Plata
 7         Carretera Lupersn, km 5, Puerto Plata 547
 8         Dominican Republic
 9
10
11    REPORTED BY:
12    Maureen O'Connor Pollard, RMR, CLR, LSR #473
13    Realtime Systems Administrator
14
15
16
17
18
19
20
21
22
23
24
25
26
```

1      Q.    Did you once spend a month doing a
2  construction job on Rue 13?
3      A.    That's another job, yes.
4      Q.    Okay. And you were paid about 3,000
5  gourdes every two weeks while you were doing
6  that job?
7      A.    Yes.
8      Q.    And that job lasted about a month?
9      A.    Yes.
10     Q.    Aside from those two jobs, the jobs at
11 the Village that you've talked about and the
12 month of construction work, have you ever had
13 another job where you had a boss?
14     A.    I don't understand.
15     Q.    Sure. Did you ever work for somebody
16 else, other than the times you worked at the
17 Village that you just told me about, and other
18 than the job at the construction site that you
19 told me about?
20           MR. GARABEDIAN:  Objection.
21     A.    No.
22 BY MR. FOLKMAN:
23     Q.    You do -- or you have washed cars to
24 earn some money, right?
25     A.    Yes.

1        Q.    And when you did that, you were
2    working for yourself?
3        A.    Yes.
4        Q.    And you would earn about 50 to 100
5    gourdes per car?
6        A.    Yes.
7        Q.    And over what period of time did you
8    wash cars?
9              MR. FOLKMAN:  Do you want me to ask it
10   again?
11             THE INTERPRETER:  Yes.
12   BY MR. FOLKMAN:
13       Q.    Is that a job that you're doing these
14   days?
15       A.    Yes.
16       Q.    And have you always done that while
17   you've been living on the street?
18       A.    No.  When the Village stopped, was
19   crushed, that I started doing that.
20       Q.    Okay.  So aside from the jobs that
21   you've told me about, washing a car, doing the
22   construction work for a month, and the odd jobs
23   at the Village, have you ever had any other work
24   or employment?
25       A.    13th Street also?