```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
*****************************
GERVIL ST. LOUIS, a/k/a ST.         Consolidated with:
LOUIS GERVIL,                       3:13-cv-1225-RNC
                                    3:13-cv-1269-RNC
              Plaintiff,            3:13-cv-1437-RNC
                                    3:13-cv-1480-RNC
       v.                           3:13-cv-1626-RNC
                                    3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER             3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE         3:13-cv-1629-RNC
E. CARTER; HAITI FUND,              3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;         3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW         3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY         3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.            3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES         3:13-cv-1635-RNC
AND OF MALTA, AMERICAN              3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a          3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN            3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN           3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN         3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;           3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX         3:13-cv-1642-RNC
and JOHN DOE SEVEN,                 3:13-cv-1644-RNC
                                    3:13-cv-1645-RNC
              Defendants.           3:13-cv-1647-RNC
                                    3:13-cv-1648-RNC
                                    3:13-cv-1701-RNC
                                    3:13-cv-1767-RNC
                                    3:13-cv-1768-RNC
                                    3:13-cv-1769-RNC
                                    3:13-cv-1881-RNC
                                    3:13-cv-1904-RNC
                                    3:13-cv-1906-RNC
                                    3:13-cv-1907-RNC
*****************************
This document applies to:
All of the above referenced cases
And those to be filed
*****************************
    CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
         VIDEOTAPED DEPOSITION OF WISKY JEROME

              Monday, March 23, 2015
                    9:16 a.m.
```

```
 1         VIDEOTAPED DEPOSITION OF WISKY JEROME
 2
 3    Held At:
 4
 5         Barcelo Puerto Plata
 6         Carretera Lupersn, km 5, Puerto Plata 547
 7         Domincan Republic
 8
 9
10    REPORTED BY:
11    Maureen O'Connor Pollard
12    RMR, CLR, Realtime Systems Administrator
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```

1   only two years ago -- one year ago.
2        A.   I don't remember.
3        Q.   Well, in 2005 you were 17, right,
4   December of 2005?
5             MR. GARABEDIAN:  Objection.
6        A.   I don't remember.
7   BY MR. O'NEILL:
8        Q.   The Village closed somewhere -- what
9   year did the Village close?
10       A.   Douglas left, and then Robinson took
11  over for him, and then the Village closed from
12  around 2008, 2009.
13       Q.   And so in 2008 or '9, you would have
14  been in your twenties, right?
15       A.   I don't remember how old I was.
16       Q.   How old are you now?
17       A.   26.
18       Q.   Okay.  And you're still living in the
19  streets?
20       A.   Yes.
21       Q.   Where are you sleeping?
22       A.   In the street.
23       Q.   How do you eat?
24       A.   I throw away trash for people, I find
25  -- sometimes I wash cars, but it's hard.

1      Q.   Is there no work in Cap-Haotian?
2      A.   No.
3      Q.   For most people?
4      A.   Sometimes they need masons.
5      Q.   Sometimes what?
6      A.   They need construction workers.
7   Sometimes I help, and sometimes they say no,
8   they're not -- they're not giving work to gays.
9   I'm -- I feel ashamed, and I leave.
10     Q.   And what?  Sorry.  I feel ashamed and
11  I what?
12     A.   Leave.
13     Q.   Leave.  Okay.
14          After you lived for six months in
15  Saint Philomine with this person that you forget
16  his name, did you then go to the streets?
17     A.   Yes, in the streets.
18     Q.   Let's go now to Interrogatory 19.
19          Now, these are your written answers to
20  questions, and I want you to take your time,
21  carefully listen to the question and answer that
22  is being read.  The answer is your written
23  answer that you signed, as we showed you on your
24  signature page.  Your written answer to
25  Interrogatory 19, listen carefully, and then