```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                  Civil Action No.
                                  3:13-cv-01132(RNC)
***************************
GERVIL ST. LOUIS, a/k/a ST.       Consolidated with:
LOUIS GERVIL,                     3:13-cv-1225-RNC
                                  3:13-cv-1269-RNC
              Plaintiff,          3:13-cv-1437-RNC
                                  3:13-cv-1480-RNC
     v.                           3:13-cv-1626-RNC
                                  3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER           3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE       3:13-cv-1629-RNC
E. CARTER; HAITI FUND,            3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;       3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW       3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY       3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.          3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES       3:13-cv-1635-RNC
AND OF MALTA, AMERICAN            3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a        3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN          3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN         3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN       3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;         3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX       3:13-cv-1642-RNC
and JOHN DOE SEVEN,               3:13-cv-1644-RNC
                                  3:13-cv-1645-RNC
              Defendants.         3:13-cv-1647-RNC
                                  3:13-cv-1648-RNC
                                  3:13-cv-1701-RNC
                                  3:13-cv-1767-RNC
                                  3:13-cv-1768-RNC
                                  3:13-cv-1769-RNC
                                  3:13-cv-1881-RNC
                                  3:13-cv-1904-RNC
                                  3:13-cv-1906-RNC
                                  3:13-cv-1907-RNC
*****************************
This document applies to:
All of the above referenced cases
And those to be filed
*****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
     VIDEOTAPED DEPOSITION OF GESNER LECENAT

             Wednesday, July 29, 2015
                   9:02 a.m.
```

1        VIDEOTAPED DEPOSITION OF GESNER LECENAT

2

3

4

5    Held At:

6         Barcelo Puerto Plata

7         Carretera Lupersn, km 5, Puerto Plata 547

8         Dominican Republic

9

10

11   REPORTED BY:

12   Maureen O'Connor Pollard, RMR, CLR, LSR #473

13   Realtime Systems Administrator

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   some shows on radio, that's why I know who he
 2   is.
 3       Q.   Is Cyrus Sibert a journalist in
 4   Cap-Haotien?
 5       A.   Yes.
 6       Q.   Is Cyrus Sibert a politician in
 7   Cap-Haotien?
 8       A.   Of course.
 9       Q.   Has Cyrus Sibert ever given you any
10   money?
11       A.   He has given me money.
12       Q.   How much money has he given you?
13       A.   I've gotten 300 US dollars from Cyrus
14   Sibert.
15       Q.   When did he give you the money?
16       A.   I don't remember exactly.  It's when I
17   go to see him when I have problems, he's helped
18   me.
19       Q.   When did you first meet Cyrus Sibert?
20       A.   I don't remember.
21       Q.   Was it before or after PPT closed?
22       A.   What?  Excuse me?
23       Q.   Did you meet Cyrus Sibert before or
24   after PPT closed down?
25       A.   After PPT closed.
```

1  with Cyrus Sibert?
2      A.   Because, because it's Cyrus who could
3  help me find someone to do this, to find justice
4  for what had happened to me.
5      Q.   When did -- after you met with -- when
6  you met with Cyrus and Jean Gary, is that when
7  Cyrus Sibert gave you the money?
8           MR. STEWART:  Objection.
9      A.   No.
10 BY MR. CERRETA:
11     Q.   When did you get money from Cyrus
12 Sibert?
13     A.   I don't remember.
14     Q.   Was it all -- was it a lump sum
15 payment of 300 US dollars that you received?
16     A.   No.  When I called him he would give
17 me $100.  In all he gave me $300.
18     Q.   So after the initial meeting between
19 you and Jean Gary and Cyrus, at some point you
20 called Cyrus up, am I right about that?
21     A.   Yes.
22     Q.   What did you say to Cyrus?
23     A.   I don't remember.
24     Q.   Did you ask him for money?
25     A.   No.

```
 1       Q.    As a result of this conversation,
 2   though, he gave you some money, is that right?
 3             MR. STEWART:  Objection.
 4       A.    No.  When I had a problem, he helped
 5   me.  He helped me as much as he could.
 6   BY MR. CERRETA:
 7       Q.    What was --
 8       A.    In the manner he could.
 9       Q.    What was the problem you were having
10   that led him to give you the first $100?
11       A.    Sometimes I'm hungry, sometimes I
12   don't feel well, and when I go to see him then
13   he helps me as much as he -- the way he can.
14       Q.    How many times has he given you some
15   money?
16       A.    Three times.
17       Q.    Was it $100 each time?
18       A.    Yes.
19       Q.    How long ago was the last $100
20   payment?
21       A.    I don't remember.
22       Q.    What have you done with this $300?
23       A.    It's problems like when I'm hungry and
24   I don't feel well, then I call him and he gives
25   me, and then it solves the problem.
```

1      Q.    So do you use the money for food?

2      A.    Yes.

3      Q.    Anything else?  Is there anything else

4  that you use the money to buy?

5      A.    Well, I don't feel well, then I go to

6  the clinic for consultation.  And the rest of

7  the money, I eat it.

8      Q.    So do you use some of the money for

9  doctors' visits?

10     A.    Yes.  Sometimes I feel that my head is

11 hurting, so I go to the doctors.

12     Q.    What doctor do you go to?

13     A.    I don't remember.

14     Q.    Is it a doctor in Cap-Haotien?

15     A.    Yes.

16     Q.    Is that Justinien Hospital?

17     A.    No.

18     Q.    Do you ever -- do you have any papers

19 or documents related to your treatment with this

20 doctor?

21     A.    No.

22     Q.    Do you have -- so you mentioned food

23 and medicine or doctors' visits.  Is there

24 anything else that you've used with the $300 you

25 received -- I'm sorry.  Strike that.

```
 1              Besides the food and the doctors'
 2   visits, have you used the money from Cyrus for
 3   anything else?
 4       A.   No.  It's for me to eat and to go to
 5   the doctors.
 6       Q.   Do you still have some of the 300
 7   left?
 8       A.   No.
 9       Q.   Has your brother Geffrard also
10   received some money from Cyrus?
11            MR. STEWART:  Objection.
12       A.   I don't know.
13   BY MR. CERRETA:
14       Q.   Do you know if your brother Geffrard
15   got an apartment?
16            THE TRANSLATOR:  We don't have
17   apartments.
18       Q.   Let me repeat the question.  Just -- I
19   think there were some confusion with the word
20   apartment and the interpreter.
21            Do you know if your brother Geffrard
22   used some of -- strike that.
23            Do you know if your brother Geffrard
24   got a place to live different from the house in
25   Blue Hills?
```

```
 1      A.      Yes.
 2      Q.      And aside from that time, have you
 3   ever worked for anybody else for money?
 4      A.      No.  I can't find -- I've never found
 5   work besides that, because everybody is calling
 6   me Douglas's wife everywhere in the street.
 7      Q.      What have you done to find work?
 8              THE TRANSLATOR:  I'm sorry?
 9      Q.      What have you done to find work?
10      A.      I didn't do anything.
11      Q.      Do you wash cars in the street?
12      A.      Yes.
13      Q.      And you get paid for that?
14      A.      Yeah, I wash cars, sometimes they give
15   you 50 gourdes for that, but that won't even buy
16   you food.  But since this is all I have for the
17   time being, that's what I do.
18      Q.      And aside from washing cars, is there
19   anything else that you do for money?
20      A.      No.  It's just when I mix the cement,
21   I make the cement, but besides that there's
22   nothing else.
23      Q.      So I want to make sure I understand.
24              When you mix the cement, is that
25   something you've done more than once?
```