```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
***************************
GERVIL ST. LOUIS, a/k/a ST.         Consolidated with:
LOUIS GERVIL,                       3:13-cv-1225-RNC
                                    3:13-cv-1269-RNC
              Plaintiff,            3:13-cv-1437-RNC
                                    3:13-cv-1480-RNC
     v.                             3:13-cv-1626-RNC
                                    3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER             3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE         3:13-cv-1629-RNC
E. CARTER; HAITI FUND,              3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;         3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW         3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY         3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.            3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES         3:13-cv-1635-RNC
AND OF MALTA, AMERICAN              3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a          3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN            3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN           3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN         3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;           3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX         3:13-cv-1642-RNC
and JOHN DOE SEVEN,                 3:13-cv-1644-RNC
                                    3:13-cv-1645-RNC
              Defendants.           3:13-cv-1647-RNC
                                    3:13-cv-1648-RNC
                                    3:13-cv-1701-RNC
                                    3:13-cv-1767-RNC
                                    3:13-cv-1768-RNC
                                    3:13-cv-1769-RNC
                                    3:13-cv-1881-RNC
                                    3:13-cv-1904-RNC
                                    3:13-cv-1906-RNC
                                    3:13-cv-1907-RNC
*****************************
This document applies to:
All of the above referenced cases
And those to be filed
*****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
     VIDEOTAPED DEPOSITION OF JEAN DORAT

         Tuesday, March 24, 2015
              1:08 p.m.
```

```
 1        VIDEOTAPED DEPOSITION OF JEAN DORAT
 2
 3   Held At:
 4        Barcelo Puerto Plata
 5        Carretera Lupersn, km 5, Puerto Plata 547
 6        Dominican Republic
 7
 8
 9
10   REPORTED BY:
11   Maureen O'Connor Pollard, RMR, CLR, LSR #473
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1   when anybody asked you to give answers to
2   questions that the defendants, Paul Carrier,
3   Hope Carter, the institutions represented by
4   these other lawyers, wanted you to answer?
5           MR. GARABEDIAN:  Objection.
6       A.  Can you repeat, please?  Explain,
7   please?
8   BY MR. FOLKMAN:
9       Q.  Sure.
10          Do you remember being asked to answer
11  these questions?  And if you look -- let me
12  start again.  Strike that.
13          Do you read Creole?
14      A.  No, not read.
15      Q.  Do you remember anybody asking you
16  questions that they wanted you to answer about
17  this lawsuit?
18      A.  What is a lawsuit?
19      Q.  Okay.  Did you ever meet with Cyrus
20  Sibert?
21      A.  Today?
22      Q.  No, not today.  Do you know who he is?
23      A.  Yes, I know.
24      Q.  And have you ever met him?
25      A.  If I already met him?

```
 1        Q.   Yes.
 2        A.   Yes, I've met him.
 3        Q.   Have you met him many times, or one
 4   time?
 5        A.   Twice.  He needs me to sign a paper.
 6        Q.   Is this the paper he needed you to
 7   sign?
 8             MR. GARABEDIAN:  Objection.
 9        A.   Yes, I remember it.
10   BY MR. FOLKMAN:
11        Q.   Okay.  So I understand, Cyrus Sibert
12   gave you this paper to sign?
13             MR. GARABEDIAN:  Objection.
14        A.   Yes.
15   BY MR. FOLKMAN:
16        Q.   And did he say anything to you?
17        A.   No, he didn't tell me anything.  He
18   said all the truth that I said, I'm signing them
19   here.
20        Q.   Okay.  Did anybody read the document
21   to you before you signed it?
22        A.   No.
23        Q.   Do you know -- well, let me start
24   again.
25             Did you meet with him alone, or were
```

```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
***************************
GERVIL ST. LOUIS, a/k/a ST.         Consolidated with:
LOUIS GERVIL,                       3:13-cv-1225-RNC
                                    3:13-cv-1269-RNC
              Plaintiff,            3:13-cv-1437-RNC
                                    3:13-cv-1480-RNC
     v.                             3:13-cv-1626-RNC
                                    3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER             3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE         3:13-cv-1629-RNC
E. CARTER; HAITI FUND,              3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;         3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW         3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY         3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.            3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES         3:13-cv-1635-RNC
AND OF MALTA, AMERICAN              3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a          3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN            3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN           3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN         3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;           3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX         3:13-cv-1642-RNC
and JOHN DOE SEVEN,                 3:13-cv-1644-RNC
                                    3:13-cv-1645-RNC
              Defendants.           3:13-cv-1647-RNC
                                    3:13-cv-1648-RNC
                                    3:13-cv-1701-RNC
                                    3:13-cv-1767-RNC
                                    3:13-cv-1768-RNC
                                    3:13-cv-1769-RNC
                                    3:13-cv-1881-RNC
                                    3:13-cv-1904-RNC
                                    3:13-cv-1906-RNC
                                    3:13-cv-1907-RNC
*****************************
This document applies to:
All of the above referenced cases
And those to be filed
*****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
   VOLUME II - VIDEOTAPED DEPOSITION OF JEAN DORAT

           Wednesday, March 25, 2015
                 9:09 a.m.
```

```
 1            VOLUME II of the

 2     VIDEOTAPED DEPOSITION OF JEAN DORAT

 3

 4

 5

 6

 7  Held At:

 8       Barcelo Puerto Plata

 9       Carretera Lupersn, km 5, Puerto Plata 547

10       Dominican Republic

11

12

13  REPORTED BY:

14  Maureen O'Connor Pollard, RMR, CLR, LSR #473

15  Realtime Systems Administrator

16

17

18

19

20

21

22

23

24

25
```

1    A.   Justice, I can say I'm looking for
2    justice, and to tell the truth about what this
3    criminal did to me.  The justice will decide
4    what is due to me.  My lawyer, my lawyer --
5            MR. GARABEDIAN:  Objection.  I
6    instruct him not to answer as to any
7    attorney/client conversations.
8    A.   Okay.
9    BY MR. DAILEY:
10   Q.   You indicated that you went and signed
11   a list at some point in time, and I think you
12   said someone by the name of Walky brought the
13   list.
14           MR. GARABEDIAN:  Objection.
15   BY MR. DAILEY:
16   Q.   Is that right?
17   A.   They came with the list where I was
18   working.  They came with the list, several of
19   them, I don't remember them.  I gave a few,
20   several names.
21   Q.   When you say they came with lists, did
22   people come with more than one list?
23   A.   They came with a list, and there were
24   already children's names on it.  I don't know
25   where they got them.

```
 1       Q.   Who is the "they" that came?
 2       A.   Several, but I don't remember them
 3  all.
 4       Q.   Tell us the names that you remember.
 5       A.   The ones I remember, there was Walky,
 6  Blaise, Wisky Jerome, Jose Barnardin was there,
 7  too.  But I don't remember the names of the
 8  other kids.
 9       Q.   Did you walk with Wisky Jerome?  I'm
10  just asking did you talk with him.
11       A.   If I talked to him?
12       Q.   Yes.
13       A.   In what -- why?
14       Q.   Let me put a new question.
15       A.   Why would I have talked to him?
16       Q.   Did you talk with Wisky Jerome about
17  the purpose of the list?
18            MR. GARABEDIAN:  Objection.
19       A.   I asked.
20  BY MR. DAILEY:
21       Q.   All right.  And what did Wisky Jerome
22  tell you the purpose of the list was?
23       A.   He can't say Wisky Jerome directly.
24  There were several people there.
25       Q.   What did they say?
```

1      A.   I asked questions to all of them.

2      Q.   All right.  What did they say was the
3  purpose of the list?

4      A.   The kids that Douglas Perlitz, if he
5  was -- if you were a victim of his, they said --
6  they don't ask you any explanation about being a
7  victim, but with your own heart and your truth,
8  then put your name.

9      Q.   Did you understand that the purpose of
10 the list was to put you in a position where you
11 might get money damages?

12          MR. GARABEDIAN:  Objection.

13     A.   First time when they were making the
14 list, they were not talking about money, they
15 were talking about the victims, if you're a
16 victim.

17 BY MR. DAILEY:

18     Q.   And there was no talk at that time
19 about money?

20          MR. GARABEDIAN:  Objection.

21     A.   They didn't talk about money.

22 BY MR. DAILEY:

23     Q.   Where were you when these people came
24 to see you?

25     A.   I had just entered SOIL organization,