```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                      Civil Action No.
                                      3:13-cv-01132(RNC)
*****************************
GERVIL ST. LOUIS, a/k/a ST.           Consolidated with:
LOUIS GERVIL,                         3:13-cv-1225-RNC
                                      3:13-cv-1269-RNC
              Plaintiff,              3:13-cv-1437-RNC
                                      3:13-cv-1480-RNC
     v.                               3:13-cv-1626-RNC
                                      3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER               3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE           3:13-cv-1629-RNC
E. CARTER; HAITI FUND,                3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;           3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW           3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY           3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.              3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES           3:13-cv-1635-RNC
AND OF MALTA, AMERICAN                3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a            3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN              3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN             3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN           3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;             3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX           3:13-cv-1642-RNC
and JOHN DOE SEVEN,                   3:13-cv-1644-RNC
                                      3:13-cv-1645-RNC
              Defendants.             3:13-cv-1647-RNC
                                      3:13-cv-1648-RNC
                                      3:13-cv-1701-RNC
                                      3:13-cv-1767-RNC
                                      3:13-cv-1768-RNC
                                      3:13-cv-1769-RNC
                                      3:13-cv-1881-RNC
                                      3:13-cv-1904-RNC
                                      3:13-cv-1906-RNC
                                      3:13-cv-1907-RNC
*****************************
This document applies to:
All of the above referenced cases
And those to be filed
*****************************
     CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
           VIDEOTAPED DEPOSITION OF GEFFRARD LECENAT

                   Wednesday, May 20, 2015
                         9:35 a.m.
```

```
 1        VIDEOTAPED DEPOSITION OF GEFFRARD LECENAT
 2
 3
 4   Held At:
 5
 6        Barcelo Puerto Plata
 7        Carretera Lupersn, km 5, Puerto Plata 547
 8        Dominican Republic
 9
10
11   REPORTED BY:
12   Maureen O'Connor Pollard, RMR, CLR, LSR #473
13   Realtime Systems Administrator
14
15
16
17
18
19
20
21
22
23
24
25
26
```

1      A.    It's a person who has a good heart,
2   he's very sensitive, and he -- if he can help
3   you, he will find a way to help you out.
4      Q.    Had you ever gone to Cyrus Sibert
5   before this with any problems?
6            MR. GARABEDIAN:  Objection.
7      A.    I had spoken to him already.
8   BY MR. KERRIGAN:
9      Q.    Did you go to Cyrus Sibert because you
10  heard that he would help people who were abused
11  by Doug Perlitz?
12           MR. GARABEDIAN:  Objection.
13     A.    Yes, I met him because of that,
14  because I was abused.
15  BY MR. KERRIGAN:
16     Q.    Where did you hear that?
17           MR. GARABEDIAN:  Objection.
18     A.    I didn't hear that.  I don't remember.
19  BY MR. KERRIGAN:
20     Q.    Did you hear it on Sibert's radio
21  program?
22     A.    Just there was a guy at the Village,
23  and he was looking for people, for names, he had
24  a list, I had put my name on that list, and we
25  brought it to Cyrus.

1      Q.   Who was the person that had the list
2   at the Village?
3      A.   One of the guys from the Village.
4      Q.   What was his name?
5      A.   I don't remember his name.  Jean-Gary,
6   Jean-Gary.
7      Q.   You put your name on the list?
8      A.   Yes, I put my name on the list.
9      Q.   Did you see, were there other names on
10  the list?
11     A.   I wasn't looking.  I just put my name.
12     Q.   Do you know how many other names were
13  on the list?
14     A.   I just put my name on the list.  I
15  wasn't checking.
16     Q.   What did Jean-Gary tell you about the
17  list?
18          MR. GARABEDIAN:  Objection.
19     A.   The kids who were in the Village, all
20  the kids in the Village should put their name on
21  it.
22  BY MR. KERRIGAN:
23     Q.   All the kids in the Village?
24     A.   Yes, if you were in the Village, he
25  didn't need to know anything else, you just put

1   your name on it.
2       Q.   When you put your name on the list,
3   Mr. Lecenat, was that before or after PPT
4   closed?
5           MR. GARABEDIAN:  Objection.
6       A.   It had already shut down.  It wasn't
7   open anymore.
8   BY MR. KERRIGAN:
9       Q.   When you put your name on the list,
10  Mr. Lecenat, was that before or after the
11  Haitian earthquake?
12      A.   I don't remember.
13      Q.   You said that Cyrus Sibert gave you
14  money.  How much?
15      A.   $300.
16      Q.   United States dollars?
17      A.   Yes.
18      Q.   Can you remember when you got that
19  money from Cyrus Sibert?
20      A.   I just went to get it, just to get it.
21  I asked and he gave it to me.
22      Q.   Other than the 300 US dollars, did you
23  get any more money from Cyrus Sibert at any
24  time?
25          MR. GARABEDIAN:  Objection.

Case 3:13-cv-01132-RNC    Document 680-6    Filed 11/17/15    Page 6 of 13

Page 61

```
 1       A.    Because up to now it still hurts.
 2       Q.    And we'll come back to that,
 3   Mr. Lecenat.  For now, I just want to see if you
 4   had any other hospital visits apart from the
 5   visit you just told us all about --
 6             MR. GARABEDIAN:  Objection.
 7   BY MR. KERRIGAN:
 8       Q.    -- after PPT closed.
 9       A.    That's the only time I went to the
10   hospital.
11       Q.    Mr. Lecenat, when you went to the
12   Justinian Hospital, was that after the Haitian
13   earthquake?
14             MR. GARABEDIAN:  Objection.
15       A.    The month that just went by.
16   BY MR. KERRIGAN:
17       Q.    Okay.
18       A.    Last month.
19       Q.    So you went to the Justinian Hospital
20   and talked to the nurse last month, is that
21   correct?
22       A.    Yes.
23       Q.    Does that mean that Cyrus Sibert gave
24   you the money for the hospital last month as
25   well?
```

```
 1             MR. GARABEDIAN:  Objection.
 2       A.    I explained to him the problem and he
 3   helped me, for everything, so I could eat, find
 4   a place I could sleep, and I could go to the
 5   hospital, I could buy a shirt to put on,
 6   T-shirt.
 7   BY MR. KERRIGAN:
 8       Q.    Did you get the money from Cyrus
 9   Sibert last month?
10             MR. GARABEDIAN:  Objection.
11       A.    That's what I just said.
12   BY MR. KERRIGAN:
13       Q.    Okay.  Is the shirt that you're
14   wearing today a shirt that you bought with money
15   from Cyrus Sibert?
16       A.    No.
17       Q.    Are any of the clothes you're wearing
18   today bought with money you received from Cyrus
19   Sibert?
20             MR. GARABEDIAN:  Objection.
21       A.    Yes, the tennis shoes.
22   BY MR. KERRIGAN:
23       Q.    What brand are the tennis shoes?
24             MR. GARABEDIAN:  Objection.
25       A.    When I buy I don't look at the brands,
```

1    I just try them on, and then I buy them.
2    BY MR. KERRIGAN:
3        Q.    Whatever feels comfortable?
4        A.    Yeah, I buy it.  It's good for me, so
5    I buy it.
6        Q.    Okay.  Mr. Lecenat, does Jean-Gary
7    also use the name Schoubert Hedouville?
8              MR. KERRIGAN:  I'm handing a spelling
9    to the translator to help her translate.
10       A.    They call him Schoubert also.
11             MR. KERRIGAN:  For the record and for
12   counsel, the little sticky I handed is spelled
13   S-C-H-O-U-B-E-R-T, H-E-D-O-U-V-I-L-L-E.
14             MR. GARABEDIAN:  Whose handwriting is
15   that?
16             MR. FOLKMAN:  It's my handwriting.
17             MR. GARABEDIAN:  Attorney Folkman's?
18             MR. FOLKMAN:  Yes.
19   BY MR. KERRIGAN:
20       Q.    Mr. Lecenat, have you ever been
21   arrested?
22       A.    Just once.
23       Q.    When was that?
24             MR. GARABEDIAN:  Objection.
25       A.    I had just done my hair, I was playing

```
 1   would not have any education anymore, and this
 2   gave me problems, and I didn't tell anyone.
 3        Q.   Is there anything more that you
 4   remember, Mr. Lecenat?
 5        A.   The second time when he abused me?
 6        Q.   First time.
 7        A.   That's it.
 8        Q.   You've told us everything you remember
 9   about the first time?
10        A.   Yeah, he forced me.  He held me.  I
11   couldn't run away.  He put his hand on my butt
12   and he put his penis in my butt.
13        Q.   Is there anything else you remember,
14   Mr. Lecenat, about the first instance of abuse?
15        A.   I don't remember.
16        Q.   I'm going to ask you a few questions
17   about it, okay?
18        A.   I'm waiting.  I'm listening.
19        Q.   Where was the retreat house?
20        A.   It was in Cap-Haotien somewhere,
21   inside the city, some street.
22        Q.   What year would this have been?
23        A.   2006.
24        Q.   What month?
25        A.   I don't remember.
```

1    BY MR. KERRIGAN:

2        Q.    When was the next time that

3    Mr. Perlitz abused you, Mr. Lecenat?  What year?

4        A.    Douglas put his penis in my butt for a

5    second time in 2007.

6        Q.    What month in 2007?

7        A.    I don't remember.

8        Q.    Between the first abuse in 2006 and

9    the second instance of abuse in 2007, did you

10   ever talk to Douglas Perlitz about it?

11           MR. GARABEDIAN:  Objection.

12       A.    On the abuse?

13   BY MR. KERRIGAN:

14       Q.    Yes.

15       A.    No.  I got scared.  I was scared of

16   him.  I never talked.

17       Q.    Now, Mr. Lecenat, again I'll ask you

18   to tell us all about the second time that you

19   were abused by Mr. Perlitz.  Tell us everything

20   that you remember, and just go slowly so our

21   translator can get everything.  Can you do that?

22       A.    Yes.  The second time Douglas put his

23   penis in my butt, it was a day I said I needed

24   something, shoes, I don't remember.  He told me

25   to go see him in Bel Air.  He explain me the way

1                MR. GARABEDIAN:  Objection.

2        A.    I just felt that my butt was sweating,

3   and he let me go, and I put back -- put my

4   clothes back on, and I went back home.

5   BY MR. KERRIGAN:

6        Q.    You went back home to Blue Hills?

7        A.    Yes.

8        Q.    After that, did you tell anyone about

9   the second time that Mr. Perlitz abused you,

10  apart from your lawyers?

11               MR. GARABEDIAN:  Objection.  I

12  instruct the witness not to violate any

13  attorney/client conversations -- discuss any

14  attorney/client conversations.  Don't tell

15  anyone -- I'm sorry, go ahead.

16       A.    I never told anyone.  I was afraid

17  that he would throw me out.

18  BY MR. KERRIGAN:

19       Q.    Now, did you talk to Mr. Perlitz at

20  any time after the second abuse about the abuse?

21       A.    No.  On the contrary, if I -- no, on

22  the contrary, if I saw him come I would go away

23  in the other direction.  I would sit very far

24  from him and pretend not to see him.

25       Q.    After the second time Mr. Perlitz

1   really there.

2       Q.   Mr. Lecenat, the second time
3   Mr. Perlitz abused you, did he ever touch your
4   penis or your testicles?

5            MR. GARABEDIAN:  Objection.

6       A.   He put his hand on my butt, and he put
7   his penis in my butt.

8   BY MR. KERRIGAN:

9       Q.   Did he put his hands on your penis or
10  testicles?

11      A.   He put his hand on my butt, and he put
12  his penis in my butt.

13      Q.   But did he touch your penis or your
14  testicles, Mr. Lecenat?

15           MR. GARABEDIAN:  Objection.

16      A.   No, he didn't touch my front parts.

17  BY MR. KERRIGAN:

18      Q.   Did Mr. Perlitz ever give you money or
19  any kind of a gift or clothes or shoes in
20  exchange for the abuse that he gave you?

21           MR. GARABEDIAN:  Objection.

22      A.   No.

23  BY MR. KERRIGAN:

24      Q.   Did Mr. Perlitz ever give you anything
25  valuable in exchange for sex?

```
 1              MR. GARABEDIAN:  Objection.
 2      A.   No.
 3   BY MR. KERRIGAN:
 4      Q.   Did Mr. Perlitz ever give you anything
 5   in exchange for sex?
 6              MR. GARABEDIAN:  Objection.
 7      A.   No.
 8   BY MR. KERRIGAN:
 9      Q.   Now, Mr. Lecenat, do you believe that
10   you have suffered injury or harm as a result of
11   the abuse that Mr. Perlitz gave to you?
12      A.   Yes, because he put his penis in my
13   butt twice.
14      Q.   Tell us all the ways in which you
15   believe you were harmed because of Doug
16   Perlitz's abuse.
17              MR. GARABEDIAN:  Objection.
18      A.   I am a victim, of course.  This thing
19   made me lose my girlfriend.  I lost my
20   girlfriend.  We were walking together and
21   someone told her, "look, you're with this fag.
22   That's Douglas's fag girlfriend."  She dropped
23   me as soon as -- she dropped me right away after
24   that.  She doesn't want to talk to me anymore.
25   She doesn't want to be the girlfriend of a fag.
```