# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS, a/k/a ST. LOUIS GERVIL<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS OF NEW ENGLAND; SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICAN ASSOCIATION, U.S.A., a/k/a ORDER OF MALTA, AMERICAN ASSOCIATION, USA JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; JOHN DOE FOUR; JOHN DOE FIVE; JOHN DOE SIX; and JOHN DOE SEVEN,<br><br>Defendants. | Lead Civil Action No.:<br>3:13-cv-01132-RNC<br><br>Consolidated with: |

Consolidated with:

| | |
|---|---|
| 3:13-cv-1225 | 3:13-cv-1640 |
| 3:13-cv-1269 | 3:13-cv-1641 |
| 3:13-cv-1437 | 3:13-cv-1642 |
| 3:13-cv-1480 | 3:13-cv-1644 |
| 3:13-cv-1626 | 3:13-cv-1645 |
| 3:13-cv-1627 | 3:13-cv-1647 |
| 3:13-cv-1628 | 3:13-cv-1648 |
| 3:13-cv-1629 | 3:13-cv-1701 |
| 3:13-cv-1630 | 3:13-cv-1767 |
| 3:13-cv-1631 | 3:13-cv-1768 |
| 3:13-cv-1632 | 3:13-cv-1769 |
| 3:13-cv-1633 | 3:13-cv-1881 |
| 3:13-cv-1634 | 3:13-cv-1904 |
| 3:13-cv-1635 | 3:13-cv-1906 |
| 3:13-cv-1636 | 3:13-cv-1907 |
| 3:13-cv-1637 | 3:14-cv-0125 |
| 3:13-cv-1638 | 3:14-cv-0668 |
| 3:13-cv-1639 | 3:14-cv-0815 |

*This document applies to*:
All cases

July 11, 2014

## PLAINTIFF GEFFRARD LECENAT'S RESPONSE TO
## CERTAIN DEFENDANTS' FIRST SET OF INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Geffrard Lecenat hereby responds to the First Set of Interrogatories served by Hope E. Carter, Fr. Paul E. Carrier, Fairfield University, The Society of Jesus of New England, and the Sovereign Military Hospitaller Order of St. John of Jerusalem of Rhodes and of Malta, American Association, U.S.A. (collectively, "Certain Defendants"), and incorporates herein by reference the General Objections and Objections to Individual Interrogatories contained in Plaintiffs' Master Objections to First Set of Interrogatories Propounded by Certain Defendants to All Plaintiffs.

## INTERROGATORIES

### INTERROGATORY NO. 1

Please state your full name (and any other name(s) by which you have been known), your date of birth, and the address of your residence or location where you live. If you cannot state your date of birth, please state your best approximation and the basis for that approximation.

*Answer to Interrogatory No. 1*

My name is Geffrard Lecenat, I was born on August 26th 1990. I live in Blue Hills.

### INTERROGATORY NO. 2

Please state each residence address or location where you have lived from birth to present date, identifying each person with whom you lived at each location.

*Answer to Interrogatory No. 2*

I was born in Champin where I lived with my parents. I moved to Blue Hills to live at my grandmother's house and I am still living there.

### INTERROGATORY NO. 3

Identify each current and former spouse, and for each one, state the date and location of your marriage to each, and if any marriage ended in divorce, the date and location (court) of each divorce.

*Answer to Interrogatory No. 3*

I'm not married.

### INTERROGATORY NO. 4

With regard to your family, please identify your parents, all of your siblings (including biological, step, adopted, and/or foster siblings), and all of your children (including biological, adopted, step, and/or foster children).

*Answer to Interrogatory No. 4*

My mother: Irene Lamour
My father: Lefranc Lecenat
I have 4 brothers: Frandy Lecenat, Gesner Lecenat, Emmanuel Lecenat, and Flancoly Lecenat.
I have 2 sisters: Ginia Lecenat, Djulie Lecenat. I don't have any step siblings.

**INTERROGATORY NO. 5**

Please identify all schools that you attended as a student, starting with elementary school, and for each such school state: (i) the dates you attended; (ii) the grade level(s) or year(s) you completed; and (iii) the nature of any certificate(s) or degree(s) you obtained.

*Answer to Interrogatory No. 5*

The first school I went to was at the Center on Rue 13 in 2002 -2003. After that I went to Pierre Toussaint in 2004 or 2005. I repeated 1st grade and remained until it closed about 2008 or 2009 and through 6th grade.

**INTERROGATORY NO. 6**

For every school grade or year completed, identify your teacher(s) and/or instructor(s), and state the subject area(s) he and/or she taught.

*Answer to Interrogatory No. 6*

On Rue 13 Madam Merline was the 1st grade teacher. For 2nd grade Madam Magalita taught all subjects. At Pierre Toussaint village Daniel taught French B, Madam Nelta taught grammar, Meme taught Creole, Patrice taught social studies and Judex taught science.

**INTERROGATORY NO. 7**

Please identify all employers with whom you worked from January 1, 1995 to the present, the nature of your duties and responsibilities at each place of employment, the amount of compensation received each of the last three years spent at each place of employment, and the name of your immediate supervisor at each place of employment.

*Answer to Interrogatory No. 7*

I've never been employed, but I used to clean dishes at the Village for a little money about 50 gourdes.

**INTERROGATORY NO. 8**

If you are answering these interrogatories with the assistance of any individual (beyond the attorneys representing you), please state the name and address of the individual(s) that are assisting you in responding to these interrogatories.

*Answer to Interrogatory No. 8*

I have not been assisted in answering these interrogatories by anyone beyond my attorneys or their agents.

### INTERROGATORY NO. 9

List any and all other lawsuits in which you have been a party, including the names of the case, the docket number, the jurisdiction where the case was filed, the names of all attorneys involved in such cases and a description of the grounds for the claims in each such case.

*Answer to Interrogatory No. 9*

None that I am aware of.

### INTERROGATORY NO. 10

Identify any covenant not to sue, release, settlement agreement, or discharge of any claim that you had, have or may have against any person for physical or mental injuries or conditions, including but not limited to the injuries or conditions alleged in the Complaint, and for each such document identify the person in whose favor it was given, the date thereof, and the consideration paid to you for giving it.

*Answer to Interrogatory No. 10*

None that I am aware of.

### INTERROGATORY NO. 11

If you have been arrested, please state for each arrest the date of the arrest, the charge against you as a result of the arrest, the location of the courthouse where the charges were brought, and the disposition of the charges.

*Answer to Interrogatory No. 11*

I remember that I got arrested for no reason in 2012 but I didn't go to court. I spent 26 days to jail in 2012. I was arrested because of my hair cut.

### INTERROGATORY NO. 12

Please state when you first retained counsel in this matter and who referred you to counsel.

*Answer to Interrogatory No. 12*

I do not know exactly when.  I was referred to counsel in or around July 2013 by Cyrus Sibert, who I believe now resides in Florida, but used to reside in Cap Haitien, Haiti.

### INTERROGATORY NO. 13

State whether you ever attended PPT as a student.  If the answer is yes, please state the dates that you attended PPT.

*Answer to Interrogatory No. 13*

I went to Rue 13 first, and then to the Village.  I do not remember exactly when I went to Rue 13, but I think it was in 2002.  I was at the Village until it closed. See also Answer No. 6.

### **INTERROGATORY NO. 14**

If you ever participated in any program that was part of PPT, please state the specific program(s) at PPT in which you participated (e.g., the 13th Street Intake Center, the Village, etc.) and the time periods during which you participated in each program.

*Answer to Interrogatory No. 14*

See Answer to Interrogatory 13.

### **INTERROGATORY NO. 15**

State whether you ever resided at housing provided or arranged by PPT. If the answer is yes, please state (i) the location of the housing; (ii) the dates that you resided at this housing; and (iii) whether this housing was your exclusive housing during this period or whether you had other housing during this period at which you at least occasionally resided.

*Answer to Interrogatory No. 15*

I slept at my grandmother's house.  I only slept at the Village two times, once for my first communion and once for a party in the Village in 2007.  I slept in House 2.

### **INTERROGATORY NO. 16**

State whether you ever attended a school that you contend was affiliated or associated with PPT. If the answer is yes, please (i) identify the school; (ii) state the dates that you attended the school; and (iii) the grade level(s) or year(s) you completed.

*Answer to Interrogatory No. 16*

See Answer to Interrogatory 13.

### **INTERROGATORY NO. 17**

For each year from the time you became associated with PPT to the present, state all earned or unearned income or gifts, in cash or in kind, you have received from any source, and state the source and amount of each gift or item of income included in your answer.

*Answer to Interrogatory No. 17*

I received sneakers and t-shirts.     I also did chores, like dishes and mopping and would get about 50 Gourdes.

### INTERROGATORY NO. 18

Have you received any money, gift or item of value from any defendant, and, if so, please state what was received, from whom, and the date(s) of receipt.

*Answer to Interrogatory No. 18*

See Answer to Interrogatory no. 17.

### INTERROGATORY NO. 19

With regard to the allegations of sexual abuse, sexual misconduct, or sexual exploitation committed against you ("abuse") by Perlitz which you allege in your Complaint:

      a.      state every date in chronological order on which you claim that Perlitz abused you and if you cannot, state your best approximation of those dates and state the basis for that approximation;

      b.      state the number of occasions on which you allege you were abused by Perlitz;

      c.      state exactly what you allege occurred during each alleged instance of abuse by Perlitz including the location, date, time, and duration of the abuse, and;

      d.      identify each person known to you who observed or witnessed the abuse alleged in your Complaint.

*Answer to Interrogatory No. 19*

I was sexually abused by Perlitz in or around 2006 and 2007.  The abuse included fondling and sodomy.  I do not know exact dates, times, or duration.  I can identify two times that Perlitz did this to me. The first time was during a retreat around the time of my first communion.  He told me not to close my door at night.  He made the approach at night without a shirt on and asked me to scratch his back.  He told me to lay down and take off my pants to have sex with me.  He put his penis in my buttocks.  This happened the first night of the retreat.  There was another lady at the retreat who taught CCD.  We were not at the same place as the nuns, they were downstairs.  The second time was at Bel Air. It was a while later.  Douglas told me he was going to give me something at Bel Air.  When I got there, he told me to take off my clothes.  I said no, and he told me that if I don't agree, he will kick me out.  He had me lay down and he put his penis in my buttocks.

### INTERROGATORY NO. 20

State whether you have ever denied that you were a victim of the abuse alleged in your Complaint. If the answer is yes, please identify each person to whom you denied the alleged abuse, the date when you denied the alleged abuse, and the circumstances by which you denied the alleged abuse.

*Answer to Interrogatory No. 20*

Not that I can recall.

## INTERROGATORY NO. 21

Identify any person, other than Perlitz, who you allege ever sexually molested, sexually abused or sexually exploited you, including the date of abuse, relationship of the abuser to you, location of abuse, identity of any person or entity to whom you reported the abuse, the date you reported the abuse, and, if you denied the abuse, state the date and to whom you denied the abuse.

*Answer to Interrogatory No. 21*

No one.

## INTERROGATORY NO. 22

Please state whether you were ever threatened or coerced at any time by any individual (including but not limited to Perlitz) not to report any claim of sexual abuse, and/or whether you were threatened or coerced at any time by any individual to claim that you were sexually abused by Perlitz.

*Answer to Interrogatory No. 22*

Perlitz threatened to kick me out of the Village if I told anyone.

## INTERROGATORY NO. 23

Identify all persons who you believe were sexually abused by Perlitz from 1998 to 2008, and for each person so identified, state the basis for your belief.

*Answer to Interrogatory No. 23*

I personally don't know.

## INTERROGATORY NO. 24

Identify all persons who you believe actually knew that Perlitz was sexually abusing you at any time prior to September 15, 2009, and for each such person, state the basis for your belief.

*Answer to Interrogatory No. 24*

I personally do not know.

## INTERROGATORY NO. 25

Identify all persons whom you told, at any time prior to September 15, 2009, that Perlitz was abusing you.

*Answer to Interrogatory No. 25*

I do not recall telling anyone.

## INTERROGATORY NO. 26

Identify all persons (including, if applicable, any of the defendants) who you believe actually knew that Perlitz posed a risk to children or was otherwise unsuitable to serve as director of Project Pierre Toussaint at any time prior to September 15, 2009, and for each such person, state the basis for your belief.

*Answer to Interrogatory No. 26*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 27

Identify all persons (including, if applicable, any of the defendants) who you believe should have known that Perlitz posed a risk to children or was otherwise unsuitable to serve as director of Project Pierre Toussaint at any time prior to September 15, 2009, and for each such person, state the basis for your belief.

*Answer to Interrogatory No. 27*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 28

Describe each injury or condition that you claim to have sustained as a result of the incident alleged in the Complaint.

*Answer to Interrogatory No. 28*

My body was violated and my mind was injured because of what Perlitz did to me. I suffered pain and mental suffering, which continues to this day. This includes trouble sleeping, loss of concentration, feeling isolated, hopeless, and helpless. I have lost my self-confidence, and fear I have broken God's law. I have trouble trusting people. Young woman do not approach me because they do not want to be called Mrs. Faggot. It is painful to think about. I feel I lost my possibility to eat regularly and go to school.

### INTERROGATORY NO. 29

If you have received any medical, physical, psychiatric, psychological, mental health, emotional, or similar counseling, examination, testing, treatment, or evaluation for the damages alleged in your most recent Complaint, please describe as accurately as possible:

      a.  the reason or purpose for the treatments;

      b.  the name and address of the individuals who treated you;

      c.  the dates of such treatment;

      d.  the identity of any medications which were prescribed as part of your treatment; and

      e.  whether a report of the examination, test results or treatment was prepared; and

      f.  the name and address of each person or organization to whom a report was submitted.

*Answer to Interrogatory No. 29*

None.

### INTERROGATORY NO. 30

Identify each hospital or other health care facility where you received treatment or were treated, evaluated or examined, whether as an out-patient or inpatient, for the injuries described in your Complaint, specifying each instance the nature and dates of each such treatment, test, evaluation or examination.

*Answer to Interrogatory No. 30*

None.

### INTERROGATORY NO. 31

Identify each physician, psychiatrist, therapist or other person who treated you for the injuries or conditions alleged in the Complaint, and set forth the dates and treatment with each person and whether you continue to receive treatment from that person.

*Answer to Interrogatory No. 31*

None.

### INTERROGATORY NO. 32

If you are claiming medical expenses, mental health related expenses, or any other expenses or damages due to the events alleged in your most recent Complaint, please give an itemized statement of all such expenses as a result of the events alleged in your most recent Complaint

and identify each such expense which has been or may be paid or indemnified by an person, firm, institution, government, or otherwise.

*Answer to Interrogatory No. 32*

No such expenses have yet been incurred.

### INTERROGATORY NO. 33

Identify each doctor or health care professional, including but not limited to, your primary care provider, who has treated you from January 1, 1995 to the present, and for each, state the date(s) of treatment and the nature of each visit to each doctor or health care professional.

*Answer to Interrogatory No. 33*

I've never received any healthcare from anybody.

### INTERROGATORY NO. 34

Please state the names and addresses of any hospitals, clinics, physicians, physician's assistants, nurse practitioners, nurses, psychologists, psychiatrists, mental health providers, physical or psychological therapists, social workers, other health care providers, or other professionals including psychiatric facilities, from which you received consultation, evaluation or treatment or to which you were admitted from January 1, 1995 to the present, and state as accurately as you can the reason for each admission, evaluation, or treatment.

*Answer to Interrogatory No. 34*

I've never been to hospital that I can recall.

### INTERROGATORY NO. 35

Please state the names of any medications which you have been prescribed and/or taken during the period from January 1, 1995 to the present, and identify each person who prescribed each medication and the reason(s) why you took, or are taking, each medication.

*Answer to Interrogatory No. 35*

I've never received any medications or prescriptions that I can recall.

### INTERROGATORY NO. 36

If you are claiming that you lost work or wages due to the events alleged in your most recent Complaint, please give an itemized statement of all work and/or wages lost as a result of the alleged events and identify each such loss which has been or may be paid or indemnified by any

person, firm, institution, government, or otherwise.

*Answer to Interrogatory No. 36*

I do not have a job.  I have lost respect in society.  Where they could use me, they cannot because what Douglas did to me is the first thing they refer to.

## **INTERROGATORY NO. 37**

If you are claiming that your earning capacity has been diminished as a result of the events alleged in your most recent Complaint, please state all facts on which you base your claim and what usual duties, tasks, and/or occupations you are unable to attend to because of the alleged events.

*Answer to Interrogatory No. 37*

I do not know whether my earning capacity has been diminished as I have not yet been examined by an expert who could determine this for me.

## **INTERROGATORY NO. 38**

If you are claiming that you are prevented from engaging in any activity due to the events alleged in your most recent Complaint, please state, as completely as possible, how you are prevented from engaging in each activity, how long you have been prevented, and how this affects you on a daily basis.

*Answer to Interrogatory No. 38*

See Answer no. 28, 36, and 37.

## **INTERROGATORY NO. 39**

If, prior to or subsequent to the date of the incidents alleged in your most recent Complaint you suffered from any accident, injury, or illness which limited your ability to attend school, work or to otherwise carry out the usual functions of everyday life, please describe the nature of the injury or conditions suffered, the date and duration, the treatment you have received, including a list of health care providers, and any present limitation and how long you expect said limitation to continue.

*Answer to Interrogatory No. 39*

Not applicable.

## **INTERROGATORY NO. 40**

Please identify each person known to you or to your attorneys who has knowledge regarding the

facts and circumstances surrounding the happening of the events alleged in your most recent Complaint, including, but not limited to, eyewitnesses to such events and other persons having knowledge thereof.

*Answer to Interrogatory No. 40*

See Answers to Interrogatories no. 26 and 27. In addition, I believe that all of the other plaintiffs in these cases have knowledge concerning these events. Also, I understand that my attorneys have included information in my complaint that responds to this question.

## INTERROGATORY NO. 41

Please identify all communications you had with any of the defendants, or those you believe to be agents, servants, representatives, or employees of any of the defendants, concerning the matters alleged in your most recent Complaint.

*Answer to Interrogatory No. 41*

I spoke to Perlitz about the matters alleged in the Complaint while he was still in Haiti. I am not aware of any communication with the other Defendants.

## INTERROGATORY NO. 42

Please identify all communications you had with any law enforcement agency, entity, organization, government officials, and/or agents or employees of non-governmental organizations, or those you believe to be its agents, servants, representatives, or employees, concerning the matters alleged in your most recent Complaint.

*Answer to Interrogatory No. 42*

None that I am aware of.

## INTERROGATORY NO. 43

Please identify all communications you had with any other person not referenced above, apart from attorneys representing you, concerning the matters alleged in your most recent Complaint.

*Answer to Interrogatory No. 43*

None of which I am aware.

## INTERROGATORY NO. 44

Please identify each person to whom you reported, described, or discussed the incidents of alleged abuse and/or incidents relating to such abuse that are alleged in your most recent

Complaint, the date(s) you reported such incidents to each person, and the manner in which you reported, described, or discussed such incidents.

*Answer to Interrogatory No. 44*

None of which I am aware.

### INTERROGATORY NO. 45

Please identify all electronic addresses and accounts you have had or used in any way from 1998 to the present relating to any electronic mail, blogs, or social networking websites and media, including but not limited to Facebook, MySpace, Twitter, Google+, Friendster, Skype, GoToMyPC, and any other social networking sites.

*Answer to Interrogatory No. 45*

I have never used the internet that I can recall.

### INTERROGATORY NO. 46

Please identify all of the phone numbers, account numbers, and service providers for all cellular phones or other hand-held devices you have had or used from 1998 to the present.

*Answer to Interrogatory No. 46*

Only one, Digicel: (509) 3180-8983.

### INTERROGATORY NO. 47

List all student identification cards, badges and/or numbers given, assigned and/or issued to you by any school at which you attended, participated and/or resided.

*Answer to Interrogatory No. 47*

I have never received any identification card from anyone that I can recall.

### INTERROGATORY NO. 48

If you contend that Father Carrier had a sexual relationship with any person from 1987 to the present, state the basis for your contention.

*Answer to Interrogatory No. 48*

I personally know nothing about this matter but believe my attorneys have made allegations

concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 49

If you contend that Father Carrier saw minor boys from Project Pierre Toussaint in Perlitz's bedroom at Bel Air or knew that minor boys from Project Pierre Toussaint were sleeping in that bedroom, state the basis for your contention.

*Answer to Interrogatory No. 49*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 50

If you contend that Father Carrier saw Perlitz show any person a pornographic video, state the basis for your contention.

*Answer to Interrogatory No. 50*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 51

If you contend that Father Carrier knew that a boy was living at Perlitz's Bel Air house, state the basis for your contention.

*Answer to Interrogatory No. 51*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 52

If you contend that Father Carrier was present when Perlitz arranged a rendezvous at Perlitz's Bel Air house with a boy for late in the evening, state the basis of your contention.

*Answer to Interrogatory No. 52*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or

becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 53

If you contend that Father Carrier was present when Perlitz hugged a Project Pierre Toussaint student so that the front of Perlitz's body was pressed against the back of the minor's body, state the basis for your contention.

*Answer to Interrogatory No. 53*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 54

If you contend that Father Carrier hindered, delayed, or prevented any person from communicating with any law enforcement officer concerning Perlitz, state the basis for your contention.

*Answer to Interrogatory No. 54*

I personally know nothing about this matter, but I believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 55

Please state every fact you are relying upon to support any claim that Hope Carter knew or should have known that Perlitz was abusing you.

*Answer to Interrogatory No. 55*

Madame Carter and Pere Paul were Douglas' bosses.  See also Answer no. 27.

### INTERROGATORY NO. 56

Please state every fact you are relying upon to support your claim that Hope Carter saw minor boys from PPT in Perlitz's bedroom in Perlitz's Bel Air house as alleged in your Complaint including the dates Carter allegedly saw these boys and the names of the boys.

*Answer to Interrogatory No. 56*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 57

Please state any and all facts that the plaintiff claims supports his claim of a fiduciary relationship with Hope Carter.

*Answer to Interrogatory No. 57*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 58

Please state whether the plaintiff has ever personally met Hope Carter.

*Answer to Interrogatory No. 58*

I have not spoken to her, but she would come with people, play basketball, spend time with us, and then leave.  Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 59

Please provide a detailed description of any and all conversations and/or communications between you and Hope Carter, including the date(s) of said conversation(s) and/or communication(s) and the content(s) of said conversation(s) and communication(s).

*Answer to Interrogatory No. 59*

See Answer no. 58.

### INTERROGATORY NO. 60

Please state whether the plaintiff was ever taught or counseled by Hope Carter.

*Answer to Interrogatory No. 60*

See Answer no. 58.

### INTERROGATORY NO. 61

If the answer to Interrogatory No. 60 is affirmative, please state any and all facts to support any claim by the plaintiff that Hope Carter taught or counseled the plaintiff, including the date(s) and content(s) of any such teaching and counseling.

*Answer to Interrogatory No. 61.*

See Answer no. 58.

### INTERROGATORY NO. 62

Please state every fact you are relying upon to support the allegation in your Complaint that you have a special relationship with Hope Carter.

*Answer to Interrogatory No. 62*

See Answer no. 58.

### INTERROGATORY NO. 63

Please state in detail every interaction you have ever had with Hope Carter including the nature of said interaction and the dates thereof.

*Answer to Interrogatory No. 63*

See Answer no. 58.

### INTERROGATORY NO. 64

Please state whether the plaintiff ever received mentoring, guidance or advice from Hope Carter. If so, please state the date(s) and content(s) of any such mentoring, guidance or advice.

*Answer to Interrogatory No. 64*

See Answer no. 58.

### INTERROGATORY NO. 65

Please state the factual basis for the plaintiff's claim that Hope Carter negligently hired, retained, directed and supervised Perlitz.

*Answer to Interrogatory No. 65*

I understood that Pere Paul and Madame Carter were Douglas' bosses.  I believe my attorneys have made further allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 66

Please state the exact dates you claim Hope Carter was present at Perlitz's home when you and Perlitz were there.

*Answer to Interrogatory No. 66*

I do not recall seeing Madame Carter at Bel Air.

## INTERROGATORY NO. 67

Please state any witnesses and addresses known to you that support your claim that Hope Carter was present at Perltiz's home when you and Perlitz were there.

*Answer to Interrogatory No. 67*

See Answer no. 66.

## INTERROGATORY NO. 68

Please state whether you have made any statements, as defined in the Connecticut Practice Book § 13-1, to any person regarding any of the incidents alleged in your Complaint?

*Answer to Interrogatory No. 68*

Not that I am aware of.

## INTERROGATORY NO. 69

State whether you allege that Fairfield University knew or should have known that Perlitz was engaging in any of the conduct you allege in your Complaint. If so, please provide the basis for such allegation and the evidence and/or documents that support such allegation. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

*Answer to Interrogatory No. 69*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 70

For each act or omission of Fairfield University that you allege directly or indirectly caused or contributed to your injuries, please provide the following information:

     a.    the specific act or omission;

     b.    the date and time of the act or omission;

     c.    identify each person you believe is responsible for each act or omission;

     d.    identify each person then and now having knowledge of the alleged conduct of Fairfield University and when and how that person acquired the knowledge; and

    e.    identify all communications between you and any person concerning such alleged conduct.

*Answer to Interrogatory No. 70*

I personally do not know these things, but I believe my attorneys have made allegations in the Complaint to support these claims.  Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 71

Identify each volunteer from Fairfield University who you allege (a) saw minor boys in Perlitz's Bel Air house in Haiti or (b) saw minor boys in Perlitz's bedroom at that house.

*Answer to Interrogatory No. 71*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 72

Describe the factual basis for your allegation in Paragraph 13 of the Complaint that "Fairfield University hired Perlitz in connection with PPT and retained him during the relevant time period."

*Answer to Interrogatory No. 72*

I understood that Fairfield was one of the companies that was helping the Village.  Douglas was always talking about it.  I received a t-shirt that said Fairfield.  I believe my attorneys have made further allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 73

Describe the factual basis for the allegation in your Complaint that Fairfield University was "operated by the New England Jesuit Order."

*Answer to Interrogatory No. 73*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 74

Please state whether you allege that Fairfield University was aware at any time before 2008 of any inappropriate relationship, in or about 1988, between Father Paul E. Carrier, S.J. and a student at Fairfield University, as referred to in Paragraph 26 of your Complaint. If so, describe the factual basis for that allegation.

*Answer to Interrogatory No. 74*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 75

Please state the factual basis for your allegation in Paragraph 34 of the Complaint that Father Carrier and Hope Carter each travelled frequently to Haiti to check up on and supervise the activities of PPT on  behalf of Fairfield University…"

*Answer to Interrogatory No. 75*

See Answer no. 59 and 69.  Pere Paul and Madame Carter were Douglas' bosses.  They both came to Haiti.

## INTERROGATORY NO. 76

Describe the factual basis for the allegation in your Complaint that Fairfield University knew that Perlitz was travelling to Haiti to engage in illicit sexual conduct with minors in Haiti.

*Answer to Interrogatory No. 76*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 77

Please state any and all facts that the plaintiff claims supports his claim of a fiduciary relationship with Fairfield University.

*Answer to Interrogatory No. 77*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 78

Please identify by name each "Jesuit in training" or other Jesuits who you allege in your Complaint was at Project Pierre Toussaint at any time, and for each person identified, please state each date he was present at PPT and at which PPT building, residence, or location.

*Answer to Interrogatory No. 78*

I do not know what Jesuit is. I knew that Pere Paul was a priest. I knew Sylvester Tan. He came to the chapel and prayed with us. He seemed to be a priest.

## INTERROGATORY NO. 79

Describe the factual basis for your allegation in Paragraph 18 of the Complaint that "The Order of Malta hired Perlitz in connection with PPT and retained him during the relevant time period."

*Answer to Interrogatory No. 79*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 80

Describe the factual basis for your allegation in Paragraph 18 of the Complaint that "During the relevant time period, the Order of Malta placed several of its Knights and Dames on the Board of Directors of the Haiti Fund."

*Answer to Interrogatory No. 80*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 81

Describe the factual basis for your allegation in Paragraph 29 of the Complaint that "The original funding for PPT came from the Order of Malta."

*Answer to Interrogatory No. 81*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 82

Describe the factual basis for your allegation in Paragraph 29 of the Complaint that "[T]he Haiti Fund was little more than an extension of Fairfield University and the Order of Malta."

*Answer to Interrogatory No. 82*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 83

For each act or omission of the American Association that you allege directly or indirectly caused or contributed to your injuries, please provide the following information:

- a. the specific act or omission;
- b. the date and time of the act or omission;
- c. identify each person you believe is responsible for each act or omission;
- d. identify each person then and now having knowledge of the alleged conduct of the American Association and when and how that person acquired the knowledge; and
- e. identify all communications between you and any person concerning such alleged conduct.

*Answer to Interrogatory No. 83*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 84

Please state the basis for, and state all facts and evidence supporting, your allegation that the plaintiff had a fiduciary relationship with the Society of Jesus.

*Answer to Interrogatory No. 84*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 85

State whether you allege that the Society of Jesus knew or should have known that Perlitz was engaging in any of the conduct you allege in your Complaint. If so, please provide the basis for such allegation and the evidence and/or documents that support such allegation.

*Answer to Interrogatory No. 85*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## **INTERROGATORY NO. 86**

Please state the basis for, and state all facts and evidence supporting, your allegation that the Society of Jesus negligently hired, retained, directed, and/or supervised Father Carrier.

*Answer to Interrogatory No. 86*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## **INTERROGATORY NO. 87**

Please state the basis for, and state all facts and evidence supporting, your allegation that the Society of Jesus negligently hired, retained, directed, and/or supervised Perlitz.

*Answer to Interrogatory No. 87*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## **INTERROGATORY NO. 88**

For each act or omission of the Society of Jesus that you allege directly or indirectly caused or contributed to your injuries, please provide the following information:

     a.     the specific act or omission;

     b.     the date and time of the act or omission;

     c.     identify each person you believe is responsible for each act or omission;

     d.     identify each person then and now having knowledge of the alleged conduct of the Society of Jesus and when and how that person acquired the knowledge; and

     e.     identify all communications between you and any person concerning such alleged conduct.

*Answer to Interrogatory No. 88*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

Dated: July 11, 2014

Signed as to incorporated objections,

_____

By:        /s/ Mitchell Garabedian
Mitchell Garabedian (phv04676)
garabedianlaw@msn.com
William H. Gordon (phv04677)
wgordon@garabedianlaw.com
LAW OFFICES OF MITCHELL GARABEDIAN
100 State Street, 6th Floor
Boston, MA 02109
Phone: (617) 523-6250

Paul J. Hanly, Jr. (phv04680)
phanly@hanlyconroy.com
Andrea Bierstein (phv04678)
abierstein@hanlyconroy.com
Jayne Conroy (phv04679)
jconroy@hanlyconroy.com
HANLY CONROY BIERSTEIN SHERIDAN
 FISHER & HAYES LLP
112 Madison Ave., 7th floor
New York, New York 10016
Phone: (212) 784-6400

Steven J. Errante (ct04292)
SErrante@ltke.com
Marisa A. Bellair (ct23802)
LYNCH, TRAUB, KEEFE, & ERRANTE, P.C.
P.O. Box 1612
52 Trumbull Street
New Haven, CT 06510
Phone: (203) 787-0275
Fax: (203) 782-0278

## **<u>VERIFICATION</u>**

I, _____, have read the foregoing answers and they are true and

accurate to the best of my abilities.

Signed under the pains and penalties of perjury this ____ day of July, 2014.

_____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
TRIBINAL DISTRI ETAZINI
DISTRI CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS, a/k/a ST. LOUIS GERVIL<br><br>Pleyan,<br><br><br>v.<br><br>DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS OF NEW ENGLAND; SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICAN ASSOCIATION, U.S.A., A/K/A ORDER OF MALTA, AMERICAN ASSOCIATION, USA JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; JOHN DOE FOUR; JOHN DOE FIVE; JOHN DOE SIX; AND JOHN DOE SEVEN,<br><br>Defandè. | Aksyon Sivil No.:<br>3:13-cv-01132-RNC<br><br>Konsolide avèk:<br>3:13-cv-1225   3:13-cv-1640<br>3:13-cv-1269   3:13-cv-1641<br>3:13-cv-1437   3:13-cv-1642<br>3:13-cv-1480   3:13-cv-1644<br>3:13-cv-1626   3:13-cv-1645<br>3:13-cv-1627   3:13-cv-1647<br>3:13-cv-1628   3:13-cv-1648<br>3:13-cv-1629   3:13-cv-1701<br>3:13-cv-1630   3:13-cv-1767<br>3:13-cv-1631   3:13-cv-1768<br>3:13-cv-1632   3:13-cv-1769<br>3:13-cv-1633   3:13-cv-1881<br>3:13-cv-1634   3:13-cv-1904<br>3:13-cv-1635   3:13-cv-1906<br>3:13-cv-1636   3:13-cv-1907<br>3:13-cv-1637   3:14-cv-0125<br>3:13-cv-1638   3:14-cv-0668<br>3:13-cv-1639   3:14-cv-0815 |
| *Dokiman sa aplike a tout ka yo* | |

Jiyè 11, 2014

**REPONS PLEYAN GEFFRARD LECENAT BAY POU PREMYE SERI ENTÈWOGASYON LADEFANS LAN.**

Selon Règleman 33 nan Règleman Federal Pwosedi Sivil, Pleyan Geffrard Lecenat reponn nan dokiman sa a premye gwoup entèwogasyon ki sèvi pa Hope E. Carter, Fr. Paul E. Carrier, Fairfield University, The Society of Jesus of New England, ak the Sovereign Military Hospitaller Order of St. John of Jerusalem of Rhodes and of Malta, American Association, U.S.A. (kolektivman, "Kèk Defandan") e enkòpore an referans nan dokiman sa Objeksyon Jeneral ak Objeksyon Endividyèl ki andedan Objeksyon Prensipal Pleyan yo a Premye Gwoup Entèwogasyon kèk Defandan te Pwopose bay Tout Pleyan yo.

# ENTÈWOGATWA YO

## ENTÈWOGATWA NO.1

Tanpri endike non konplè w (ak nenpòt lòt non (yo) ke yo te konnen w), dat nesans ou, ak adrès rezidans ou oswa kote ou abite. Si w pa ka bay dat egzat nesans ou, tanpri endike dat ki pi pwòch la ak baz pou apwoksimasyon sa.

*Repons a Entèwogatwa No. 1*

Non mwen se Geffrard Lecenat, mwen te fèt nan dat 26 Out 1990. Map viv nan Blue Hills.

## ENTÈWOGATWA NO. 2

Tanpri endike chak adrès rezidans oswa kote ou te abite depi lè w te fèt jiska kounye a, idantifye chak moun ki te abite avèk ou nan chak lokasyon.

*Repons a Entèwogatwa No. 2*

Mwen te fèt nan Champin kote mwen te abite avèk paran mwen yo. Mwen te demenaje nan Blue Hills pou m al viv lakay grann mwen e mwen toujou rete la.

## ENTÈWOGATWA NO.3

Idantifye chak konjwen aktyèl ak ansyen, e pou chak, endike dat ak lokasyon maryaj ou avèk chak moun, e si nenpòt maryaj te fini an divòs, dat ak lokasyon (tribinal) chak divòs.

*Repons a Entèwogatwa No. 3*

Mwen pa marye.

## ENTÈWOGATWA NO.4

Konsènan fanmi w, tanpri idantifye paran w yo, tout frè ak sè (sa ki gen ladan frè ak sè biyolojik, bofrè, bèlsè, adopsyon ak/oswa frè ak sè fostè), ak tout pitit ou yo (sa ki gen ladan biyolojik, bofrè, bèlsè, adopsyon ak/oswa frè ak sè fostè).

*Repons a Entèwogatwa No. 4*

Manman: Irene Lamour
Papa m: Lefranc Lecenat
Mwen gen 4 frè: Frandy Lecenat, Gesner Lecenat, Emmanuel Lecenat, ak Flancoly Lecenat.
Mwen gen 2 sè: Ginia Lecenat, Djulie Lecenat. Mwen pa gen okenn frè ak sè ki se pitit bèlmè ak bopè.

## ENTÈWOGATWA NO.5

Tanpri idantifye tout lekòl ou te pase antan ke elèv, kòmanse avèk lekòl primè, e pou chak kalite lekòl endike: (i) dat ou te enskri ladan yo; (ii) nan ki nivo klas (yo) ou te rive oswa ane (yo) ou te konplete a; ak (iii) nati nenpòt kalite sètifika (yo) oswa degre (yo) ou te resevwa.

*Repons a Entèwogatwa No. 5*

Premye lekòl mwen te ale a se te nan Center 13 nan 2002 -2003. Apresa mwen te ale nan Pierre Toussaint nan 2004 oswa 2005. Mwen te refè klas $1^{ye}$ ane epi mwen te rete la jiskaske li te fèmen nan apeprè ane 2008 oswa 2009 e jiska klas $6^{yèm}$ ane.

## ENTÈWOGATWA NO.6

Pou chak lekòl oswa klas ou te konplete, idantifye pwofesè w (yo) ak/oswa enstriktè (yo) epi endike domèn sijè a (yo) li ak /oswa te anseye.

*Repons a Entèwogatwa No. 6*

Nan Rue 13 Madam. Merline se te pwofesè klas $1^{ye}$ ane a. Pou $2^{yèm}$ ane a Madam Magalita te anseye tout matyè yo. Nan vilaj Pierre Toussaint Daniel li te anseye Fransè B, Madam Nelta te anseye gramè, Meme te anseye Creole, Patrice te anseye etid sosyal e Judex te anseye syans.

## ENTÈWOGATWA NO.7

Tanpri idantifye tout travay ou te pase depi $1^{ye}$ janvye 1995 jiska jodia, kalite travay ak responsabilite ou te genyen nan chak kote ou te travay, konpansasyon ou te resevwa nan chak travay nan twa dènye ane ou te pase yo, ak non sipèvizè imedyat ou nan chak plas travay yo.

*Repons a Entèwogatwa No. 7*

Mwen pa t janm anplwaye men mwen te abitye lave veso nan vilaj la pou yon ti monnen apeprè 50 goud.

## ENTÈWOGATWA NO.8

Si wap reponn entèwogatwa sa yo avèk èd nenpòt moun (ot ke avoka yo kap reprezante w la), tanpri bay non ak adrès moun (yo) kap ede nan reponn a entèwogatwa sa yo.

*Repons a Entèwogatwa No. 8*

Pèson pa ede m reponn entewogatwa sa yo, apa avoka mwen yo ak ajan yo.

## ENTÈWOGATWA NO.9

Endike nenpòt ak tout pwosè kote ou te yon pati, enkli non dosye a, nimewo docket, jiridiksyon kote ou te depoze dosye a, non tout avoka yo ki te patisipe nan kalite dosye sa yo ak yon deskripsyon sou kontni reklamasyon yo nan chak ka.

*Repons a Entèwogatwa No. 9*

Okenn ke mwen okouran.

## ENTÈWOGATWA NO.10

Idantifye nenpòt kontra pou pa rele nan leta, antant, akò, oswa rejè tout reklamasyon ou te genyen, oswa ka genyen kont nenpòt moun pou blesi oswa kondisyon ormantal fizik, enkli men ki pa limite a blesi oswa swadizan kondisyon nan plent lan, ak pou chak kalite dokiman sa yo idantifye moun yo te favorize, dat la, ak konsiderasyon yo te ba ou paske ou te kite sa a.

*Repons a Entèwogatwa No. 10*

Okenn ke mwen konnen.

## ENTÈWOGATWA NO.11

Si yo te arete w, tanpri endike dat chak arestasyon, chaj ki te genyen kont ou kòm yon rezilta de arestasyon an, lokasyon tribinal kote yo te pote chaj yo, ak dispozisyon chaj yo.

*Repons a Entèwogatwa No. 11*

Mwen sonje yo te arete m pou okenn rezon nan ane 2012 men mwen pat ale nan tribinal. Mwen te pase 26 jou nan prizon nan lane 2012. Yo te arete m akoz de koup ki te nan tèt mwen an.

## ENTÈWOGATWA NO.12

Tanpri endike lè ou te premye pran avoka sou zafè sa.

*Repons a Entèwogatwa No. 12*

Mwen pa konnen egzakteman kilè. Cyrus Sibert ki te refere m bay yon avoka nan ane 2013, mwen kwè kounye a l ap viv Orlando, Florida, men li te konn viv Cap Haitien.

## ENTÈWOGATWA NO.13

Endike si w te janm patisipe nan yon PPT kòm yon elèv. Si repons la wi, tanpri endike dat ou te rantre nan PPT.

*Repons a Entèwogatwa No. 13*

Mwen te ale nan Rue 13 premyèman, e apresa nan Vilaj la. Mwen pa sonje egzakteman kilè mwen te ale nan Rue 13, men mwen panse se te nan ane 2002. Mwen te nan vilaj la jiskaske li te fèmen. Ale tou nan Repons No. 6.

## ENTÈWOGATWA NO.14

If you ever participated in any program that was part of PPT, please state the specific program (s) at PPT in which you participated (e.g., the 13th Street Intake Center, the Village,etc.) and the time periods during which you participated in each program

*Repons a Entèwogatwa No. 14*

Ale nan repons entèwogatwa No. 13.

## ENTÈWOGATWA NO.15

Endike si wi oswa non ou te janm abite nan yon kay ki te bay oswa aranje pa PPT. Si repons lan wi, tanpri endike (i) adrès kay la; (ii) dat ou te abite nan lojman sa a; e (iii) si wi ou non kay sa se te lojman prensipal ou pandan peryòd sa oswa si ou te genyen lòt lojman pandan peryòd sa a kote ou te abite okazyonèlman.

*Repons a Entèwogatwa No. 15*

Mwen te dòmi lakay grann mwen. Mwen te dòmi nan Vilaj la defwa, premye fwa se te nan premye kominyon m ak yon lòt fwa pou yon fèt nan vilaj la nan 2007. Mwen te dòmi nan Kay # 2.

## ENTÈWOGATWA NO.16

Endike wi oswa non ou te janm ale nan yon lekòl ou te afime ki te afilye oswa asosye avèk PPT. Si repons lan wi, tanpri (i) idantifye lekòl la; (ii) endike nan ki dat ou te nan lekòl la; ak (iii) ki nivo klas (yo) oswa ane (yo) ou te konplete.

*Repons a Entèwogatwa No. 16*

Ale nan Repons No. 13.

## ENTÈWOGATWA NO.17

Pou chak ane nan peryòd ou te asosye avèk PPT a kounye, endike tout revni ou te touche ak sa ou pat touche oswa kado nan nenpòt kalite, ou te resevwa de nenpòt sous, ak endike kantite lajan chak kado oswa atik revni ki enkli nan repons ou.

*Repons a Entèwogatwa No. 17*

Mwen te resevwa tenis ak mayo. Mwen te fè kèk travay tou tankou lave veso ak pase mòp e mwen te konn resevwa 50 goud.

### ENTÈWOGATWA NO.18

Èske w te janm resevwa nenpòt lajan, gado oswa atik de valè nan men nenpòt akize, e si repons lan se wi, tanpri endike sa ou te resevwa, nam men kimoun, ak dat (yo) ou te resevwa li a.

*Repons a  Entèwogatwa No. 18*

Ale nanRepons No. 17.

### ENTÈWOGATWA NO.19

Konsènan akizasyon abi seksyèl, move kondwit seksyèl, oswa eksplwatasyon seksyèl ki te fèt kont ou ("abize") paPerlitz ke w pretann nan plent ou a:

    a.    endike chak dat nan lòd kwonolojik kote ou te afime ke Perlitz te abize w e si ou pa kapab, endike dat ki pi pwòch la ak endike baz pou apwoksimasyon sa;

    b.    endike kantite fwa kote ou te afime ke Perlitz te abize w;

    c.    endike egzakteman sa ou kwè ki te fèt pandan chak swadizan enstans abi pa Perlitz enkli lokasyon, dat, lè, ak dire abi, ak;

    d.    idantifye chak moun ou konnen ki te obsève oswa temwen swadizan abi a nan plent ou a.

*Repons a  Entèwogatwa No. 19*

Perlitz te abize m sekyèlman nan oswa ozanviwon ane 2006 jiska 2007. Abi a te gen ladan karès ak sodomi. Mwen pa konn dat egzak yo, tan, oswa  kantite tan. Mwen ka idantifye de fwa ke Perlitz te fè m sa. Premye fwa se te pandan yon retrèt pandan peryòd premye kominyon mwen an. Li te di m pou m pa fèmen pòt la lannwit. Li te apwòch m pandan nwit lan, li te vini do toutouni li te di poum grate do l pou li epi li dim kouche, desann pantalonm pou li ka fè sèks avèm epi li mete peni l nan dèyè m. Sa a te pase pandan premye nwit retrèt la. Te gen yon lòt dam nan retrèt la ki te anseye CCD. Nou pat menm kote avèk mè yo, yo te anba.  Dezyèm fwa se te nan Bel Air. Se te nan yon tan apre. Douglas te di m li ta pral ban mwen yon bagay nan Bel Air. Lè mwen te rive la, li te dim retire rad sou mwen epi mwen di mwen pa dakò, e li te di m si mwen pa dakò, li tap mete m deyò. Li te fè m kouche epi mete peni l nan dèyè m.

### ENTÈWOGATWA NO. 20

Endike wi ou non ke w te janm nye ou te yon viktim de swadizan abi nan plent ou a. Si repons lan se wi, tanpri idantifye chak moun ou te nye swadizan abi a, dat kote ou te nye swadizan abi a, ak sikonstans yo kote ou te nye swadizan abi a.

*Repons a  Entèwogatwa No. 20*

.

Okenn ke m sonje.

### ENTÈWOGATWA NO.21

Idantifye nenpòt moun ot ke Perlitz, ke w akize ki te janm moleste ou seksyèlman, abize oswa eksplwate seksyèlman, enkli dat abi a, relasyon w avèk abizè a, lokasyon abi a, idantifye nenpòt moun oswa antite ke w te rapòte ki te abize ou, dat ou te rapòte abi a, e, si w te nye abi a, endike dat kote ou te nye abi a.

*Repons a  Entèwogatwa No. 21*

Okenn moun.

### ENTÈWOGATWA NO.22

Tanpri endike si wi ou non yo te janm menase oswa fòse w a nenpòt kilè pa yon moun (enkli men pa limite a  Perlitz) pou pa rapòte nenpòt plent abi seksyèl, ak /oswa si wi ou non yo te menase oswa fòse w a nenpòt kilè pa nenpòt moun pou pretann ke Perlitz te abize ou seksyèlman.

*Repons a  Entèwogatwa No. 22*

Perlitz te menase pou mete m deyò nan vilaj la si m te di moun sa.

### ENTÈWOGATWA NO. 23

Idantifye tout moun ou kwè Perlitz te abize seksyèlman de 1988 a 2008, e pou chak moun ki idantifye, endike baz pou kwayans ou.

*Repons a  Entèwogatwa No. 23*

Pèsonèlman mwen pa konnen.

### ENTÈWOGATWA NO.24

Idantifye tout moun ou kwè ki te konnen ke Perlitz tap abize w seksyèlman a nenpòt kilè anvan 15 Septanm 2009, e pou chak moun sa yo, endike baz pou kwayans ou.

*Repons a  Entèwogatwa No. 24*

Pèsonèlman mwen pa konnen.

### ENTÈWOGATWA NO.25

Idantifye tout moun ou te rakonte, a nenpòt ki peryòd anvan 15 septanm 2009, ke Perlitz tap abize

w.

*Repons a  Entèwogatwa No. 25*

Mwen pa sonje mwen te di okenn moun.


### ENTÈWOGATWA NO.26

Idantifye tout moun (enkli, si aplikab, nenpòt nan akize yo) ou kwè aktyèlman ki te konnen Perlitz te poze yon risk pou timoun oswa li otreman pat adapte pou travay kòm direktè pwojè Pierre Toussaint a nenpòt kilè anvan 15 Septanm  2009, e pou chak moun, endike baz pou kwayans ou.

*Repons a  Entèwogatwa No. 26*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.27

Idantifye tout moun (enkli, si aplikab, nenpòt nan akize yo) ou kwè ki ta dwe konnen ke Perlitz te poze yon risk pou timoun oswa li otreman pat adapte pou travay kòm direktè pwojè Pierre Toussaint a nenpòt kilè anvan 15 Septanm  2009, e pou chak moun, endike baz pou kwayans ou.

*Repons a  Entèwogatwa No. 27*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.28

Dekri chak blesi oswa kondisyon ou te deklare ke w te souteni kòm yon rezilta de swadizan ensidan nan plent lan.

*Repons a  Entèwogatwa No. 28*

Kò mwen te vyole e lespri m te blese akoz de sa Perlitz te fè m lan. Mwen te soufri soufrans mantal ak doulè, sa ki kontinye jis jodia. Sa enkli pwoblèm pou m dòmi, pèdi konsantrasyon, santi m izole, pèdi espwa, enpwisan. Mwen pèdi konfyans nan tèt mwen, mwen te pè paske m te vyole lwa Bondye. Mwen te gen pwoblèm pou m fè moun konfyans, e jèn fi yo pa apwoche m paske yo pat vle ke yo te rele yo Madam. Pede. Li fè mal lè wap panse a bagay sa yo.  Mwen santi ke mwen te pèdi posibilite pou m manje regilyèman ak pou m ale lekòl.

## ENTÈWOGATWA NO.29

Si w te resevwa nenpòt konsèy medikal, fizik, sikyatrik, sikolojik, sante mantal, emosyonèl, oswa ki menm jan, egzaminasyon, tès, tretman, oswa evalyasyon pou swadizan domaj yo nan pi resan plent ou a, tanpri dekri yo avèk presizyon otan ke posib:

    a.   te genyen nan oswa nan bi pou tretman;

    b.   non ak adrès moun ki te trete w yo;

    c.   dat kalite tretman sa yo;

    d.   idantite nenpòt medikaman ki te preskri kòm yon pati nan tretman w lan; ak

    e.   keseswa yon rapò egzaminasyon, rezilta tès oswa tretman ki te prepare pou; ak  non ak adrès chak moun oswa òganizasyon kote ou te soumèt yon rapò.

*Repons a  Entèwogatwa No. 29*

Okenn.

## ENTÈWOGATWA NO.30

Idantifye chak lopital oswa lòt establisman swen sante kote ou resevwa tretman oswa trete, evalye oswa egzamine, keseswa antan ke pasyan ki andeyò lopital oswa nan lopital, pou blesi yo ki dekri nan plent ou an, spesifye nati chak enstans ak dat chak kalite tretman, tès, evalyasyon oswa egzaminasyon.

*Repons a  Entèwogatwa No. 30*

Okenn.

## ENTÈWOGATWA NO.31

Idantifye chak doktè, sikyat, terapis oswa lòt moun ki te trete w pou blesi oswa swadizan kondisyon ki te prezize nan plent lan, ak etabli dat ak tretman avèk chak moun e keseswa ou kontinye ap resevwa tretman nan men moun sa.

*Repons a  Entèwogatwa No. 31*

Okenn.

## ENTÈWOGATWA NO.32

Si w reklame depans medikal, sante mantal ki gen rapò a depans, oswa nenpòt lòt depans oswa domaj akoz de swadizan evènman yo nan pi resan plent ou a, tanpri bay yon deklarasyon detaye de tout kalite depans sa yo kòm yon rezilta de swadizan evènman yo nan pi resan plent ou an ak idantifye chak kalite depans ki te oswa ki te kapab peye oswa endamnifye pa yon moun, antrepriz, enstitisyon, gouvènman, oswa otreman.

*Repons a  Entèwogatwa No. 32*

Yo pat fè kalite depans sa yo.

### ENTÈWOGATWA NO.33

Idantifye chak doktè oswa pwofesyonèl swen sante, enkli men ki pa limite a founisè swen prensipal ou, ki te trete w nan dat janvye 1995 a kounye a, e pou chak endike dat (yo) tretman ak nati chak vizit lakay chak doktè oswa pwofesyonèl swen sante.

*Repons  a  Entèwogatwa No. 33*

Mwen pat resevwa okenn swen sante nan men okenn moun.

### ENTÈWOGATWA NO.34

Tanpri endike non ak adrès nenpòt lopital, klinik, doktè, asistan doktè, enfimyè pratisyonè, sikolojis, sikyatri, founisè sante mantal, terapis oswa sikolojik, travayè sosyal, lòt founisè swen sante, oswa lòt pwofesyonèl yo sa ki gen ladan etablisman sikyatri, kote ou te jwenn konsiltasyon, evalyasyon oswa tretman oswa kote ou te admèt soti nan dat 1ye janvye 1995 a jodia, e endike avèk presizyon  ke ou kapab la pou chak admisyon, evalyasyon, oswa tretman.

*Repons a  Entèwogatwa No. 34*

Mwen pa sonje mwen te ale nan okenn lopital.

### ENTÈWOGATWA NO.35

Tanpri endike non nenpòt medikaman yo te preskri w ak/oswa ou tap pran pandan peryòd 1ye Janvye 1995 a kounye a, ak idantifye chak moun ki te preskri w medikaman ak rezon (yo) poukisa ou te pran, oswa wap pran chak medikaman.

*Repons a  Entèwogatwa No. 35*

Mwen pa sonje ke mwen te resevwa okenn medikaman oswa preskripsyon.

### ENTÈWOGATWA NO. 36

Si w te pretann ke ou te pèdi travay oswa salè akoz de swadizan evènman nan resan plent ou an, tanpri bay yon deklarasyon detaye de tout travay ak/oswa salè ou te pèdi kòm yon rezilta de swadizan evènman yo ak idantifye chak kalite pèt ki peye oswa ki te ka peye oswa endamnize pa nenpòt moun, antrepriz, enstitisyon, gouvènman, oswa otreman.

*Repons a  Entèwogatwa No. 36*

Mwen pa gen travay.  Mwen te pèdi respè m nan sosyete a. Kote yo te ka itilize m, yo pa kapab akoz sa Douglas te fè mwen an se premye bagay yo refere a li.

### ENTÈWOGATWA NO.37

Si w pretann ke kapasite pou travay ou te diminye kòm yon rezilta de swadizan evènman nan pi resan plent ou, tanpri endike tout fè yo baze sou reklamasyon w lan ak responsabilite nòmal, devwa, ak/oswa preyokipasyon ou pa anmezi pou patisipe akoz de swadizan evènman yo.

*Repons a  Entèwogatwa No. 37*

Mwen pa konnen si wi ou non kapasite m pou travay diminye kòm mwen poko konsilte pa yon ekspè ki te kapab detèmine sa.

### ENTÈWOGATWA NO.38

Si w pretann ke w te anpeche pou angaje nan nenpòt aktivite akoz de swadizan evènman yo nan pi resan plent ou a, tanpri endike, osi konplètman ke posib, fason ou te anpeche pou angaje nan chak aktivite, pandan konbyen tan ou te anpeche, ak kijan sa a afekte w sou bon baz chak jou.

*Repons a  Entèwogatwa No. 38*

Ale nan Repons Nos. 26, 36, ak 37.

### ENTÈWOGATWA NO.39

Si anvan, oswa apre dat swadizan ensidan yo nan pi resan plent ou a ou te soufri de nenpòt aksidan, blesi, oswa maladi ki limite kapasite w pou ale lekòl, travay oswa otreman pou fè fonksyon regilye chak jou yo, tanpri dekri nati blesi oswa kondisyon ou te soufri a, dat ak kantite tan, tretman ou te resevwa, enkli yon lis founisè swen sante, ak nenpòt limitasyon prezan ak pou konbyen tan ou espere limitasyon sa kontinye.

*Repons a  Entèwogatwa No. 39*

Pa aplikab.

### ENTÈWOGATWA NO.40

Tanpri idantifye chak moun ou konnen oswa avoka w la konnen ki genyen konesans osijè fè ak sikonstans ki anviwone swadizan evènman ki te rive yo nan pi resan plent ou, enkli men pa limite a temwen okilè nan kalite evènman sa yo ak lòt moun ki gen konesans de sa.

*Repons a  Entèwogatwa No. 40*

Ale nan repons entèwogatwa  No. 26 ak 27. Anplis, mwen kwè tout lòt pleyan yo nan ka anvan yo ki te regle kont Douglas Perlitz te okouran osijè evènman sa yo. Anplis,  mwen konprann ke avoka mwen yo te enkli enfòmasyon sa nan plent mwen an ki reponn a kesyon sa a.

### ENTÈWOGATWA NO.41

Tanpri idantifye tout kominikasyon ou te genyen avèk nenpòt nan akize yo, oswa moun ou kwè ki se ajan, sèvant, reprezantan, oswa anplwaye nenpòt akize, osijè swadizan pwoblèm lan nan pi resan plent ou an.

*Repons a  Entèwogatwa No. 41*

Mwen te pale avèk Perlitz osijè bagay yo te akize nan plent lan pandan ke li te toujou an Ayiti. Mwen pa okouran de okenn kominikasyon avèk lòt defandè yo.

### ENTÈWOGATWA NO.42

Tanpri idantifye tout kominikasyon ou te genyen avèk nenpòt ajans kap fè respekte lalwa, antite, òganizasyon, ofisyèl gouvènman, ak/oswa ajan oswa anplwaye òganizasyon non-gouvènmantal, oswa sa yo ou kwè ki se ajan l, sèvant, reprezantan, oswa anplwaye, osijè swadizan pwoblèm lan nan pi resan plent ou an.

*Repons a  Entèwogatwa No. 42*

Okenn ke mwen konnen

### ENTÈWOGATWA NO.43

Tanpri idantifye tout kominikasyon ou te genyen avèk nenpòt lòt moun ki pa refere anwo a, eksepte avoka ki reprezante w, osijè swadizan pwoblèm lan nan pi resan plent ou an.

*Repons a  Entèwogatwa No. 43*

Okenn ke mwen konnen

### ENTÈWOGATWA NO.44

Tanpri idantifye chak moun ke w te bay rapò, dekri, oswa diskite ensidan swadizan abi a ak/oswa ensidan ki gen rapò a kalite abi ki te pretann nan pi resan plent ou an, dat (yo) ou te rapòte, dekri, oswa diskite ensidan swadizan abi a ak/oswa ensidan ki gen rapò a kalite abi ki pretann nan pi resan plent ou, dat (yo) ou te rapòte kalite ensidan yo a chak moun, ak fason kote ou te rapòte, dekri, oswa diskite kalite ensidan yo.

*Repons a  Entèwogatwa No. 44*

Okenn moun ke mwen konnen.

## ENTÈWOGATWA NO.45

Tanpri idantifye tout kont adrès elektwonik ou te genyen oswa itilize nan nenpòt fason de 1998 a kounye a sou nenpòt kourye elektwonik, blòg, oswa sit entènèt rezo sosyal ak medya, enkli men ki pa limite a Facebook, MySpace, Twitter, Google+, Friendster, Skype, GoToMyPC, ak nenpòt lòt sit rezo sosyal.

*Repons a  Entèwogatwa No. 45*

Mwen pa sonje ke mwen te janm itilize entènèt la.

## ENTÈWOGATWA NO.46

Tanpri idantifye tout nimewo telefòn, nimewo kont, ak founisè sèvis yo pou tout telefòn selilè oswa lòt aparèy alamen ou te genyen oswa itilize de 1998 a kounye a.

*Repons a  Entèwogatwa No. 46*

Sèlman, Digicel: (509) 3180-8983.

## ENTÈWOGATWA NO.47

Enimere tout kat idantifikasyon elèv yo, badj, ak/oswa nimewo yo te ba yo ak/oswa pibliye ba w pa nenpòt lekòl kote ou te enskri, patisipe ak/oswa rezide.

*Repons a  Entèwogatwa No. 47*

Mwen pat janm resevwa okenn kat idantifikasyon nan men okenn moun.

## ENTÈWOGATWA NO.48

Si w afime ke Pè Carrier te gen yon relasyon seksyèl avèk nenpòt moun de 1987 a kounye a, endike baz pou afimasyon w lan.

*Repons  a  Entèwogatwa No. 48*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.49

Si w afime ke Pè Carrier te wè ti gason minè yo nan Pwojè Pierre Toussaint nan chanm akouche Perlitz nan kay Bel Air a oswa li te konnen ke ti gason minè yo nan Pwojè Pierre Toussaint te dòmi nan chanm akouche sa, endike baz pou afimasyon w lan.

*Repons a  Entèwogatwa No. 49*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.50

Si w afime ke Pè Carrier te wè Perlitz montre nenpòt moun yon videyo pònografik, endike baz pou afimasyon w lan.

*Repons a  Entèwogatwa No. 50*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.51

Si w afime ke Pè Carrier te konnen ke yon ti gason tap viv nan kay Perlitz nan  Bel Air, endike baz pou afimasyon w lan.

*Repons a  Entèwogatwa No. 51*

Ale nan repons No. 49.  Pèsonèlman pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.52

Si w afime ke Pè Carrier te prezan lè Perlitz te ranje yon randevou lakay Perlitz nan  Bel Air avèk yon ti gason ta nan aswè, deklare baz pou afimasyon an.

*Repons a  Entèwogatwa No. 52*

Pèsonèlman pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.53

Si w afime ke Pè Carrier te prezan lè Perlitz te peze devan kò yon elèv ti gason minè nan pwojè Pierre nan  dèye l, deklare baz pou afimasyon w lan.

*Repons a  Entèwogatwa No. 53*

Pèsonèlman mwen pa konnen anyen sou zafè sa a, men mwen kwè avoka mwen yo te fè

deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.54

Si w afime ke Pè Carrier te antrave, retade, oswa anpeche tout moun kominike avèk ofisye lapolis konsènan Perlitz, endike baz afimasyon w lan.

*Repons a  Entèwogatwa No. 54*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.55

Tanpri endike chak fè ou apiye sou li pou sipòte nenpòt plent ke Hope Carter te konnen oswa ta dwe konnen ke Perlitz tap abize w.

*Repons a  Entèwogatwa No. 55*

Madam. Carter ak Pè Paul se te patwon Douglas.  Ale tou nan repons no. 27.

### ENTÈWOGATWA NO.56

Tanpri endike chak fè ou apiye sou li pou sipòte nenpòt plent ke Hope Carter te wè yon ti gason minè nan PPT nan chanm akouche Perlitz nan kay Bel Air a jan li pretann nan plent ou a enkli dat swadizan Carter te wè ti gason yo epi bay non ti gason yo.

*Repons a  Entèwogatwa No. 56*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.57

Tanpri endike nenpòt ak tout fè ke Pleyan la reklame pou sipòte demann ou pou yon relasyon fidisyè avèk  Hope Carter.

*Repons a  Entèwogatwa No. 57*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.58

Tanpri endike si wi ou non Pleyan la te janm pèsonèlman rankontre Hope Carter.

*Repons a  Entèwogatwa No. 58*

Mwen pat pale avèk li, men li te konn vini avèk moun, jwe baskètbòl, pase tan avèk nou, e apresa ale.   Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO. 59

Tanpri bay yon deskripsyon detaye de nenpòt aktout konvèsasyon ak/oswa kominikasyon ant oumenm ak Hope Carter, enkli dat (yo) konvèsasyon sa (yo) ak/oswa kominikasyon (yo) ak kontni (yo) konvèsasyon sa (yo) ak kominikasyon (yo).

*Repons a  Entèwogatwa No. 59*

Ale nan repons No. 58.

### ENTÈWOGATWA NO.60

Tanpri endike si pleyan te janm anseye oswa konseye pa Hope Carter.

*Repons a  Entèwogatwa No. 60*

Ale nan repons Nos. 58.

### ENTÈWOGATWA NO.61

Si repons a ENTÈWOGATWA No.60 lan afimatif, tanpri endike nenpòt ak tout fè yo pou sipòte nenpòt reklamasyon pa pleyan ke Hope Carter te anseye oswa konseye pleyan an, enkli dat la (yo) ak kontni (yo) de nenpòt kalite ansèyman ak konsèy.

*Repons a  Entèwogatwa No. 61*

Ale nan repons Nos. 58.

### ENTÈWOGATWA NO.62

Tanpri endike chak fè ou konte sou li pou sipòte akizasyon nan plent ou an ke ou te genyen yon relasyon spesyal avèk Hope Carter.

*Repons a  Entèwogatwa No. 62*

Ale nan repons No. 58.

### ENTÈWOGATWA NO.63

Tanpri endike anteday chak entèaksyon ke w te janm genyen avèk Hope Carter enkli nati entèaksyon sa ak dat yo la.

*Repons a  Entèwogatwa No. 63*

Ale nan repons No. 58.

### ENTÈWOGATWA NO.64

Tanpri endike si pleyan te janm resevwa konsèy, oryantasyon oswa konsèy de Hope Carter. Si se sa, tanpri endike dat (yo) ak kontni (yo) de nenpòt kalite konsèy, oryantasyon oswa konsèy.

*Repons a  Entèwogatwa No. 64*

Ale nan repons No. 58.

### ENTÈWOGATWA NO.65

Tanpri endike baz reyèl pou reklamasyon pleyan ke Hope Carter te de fason neglijan anboche, kenbe, dirije ak sipèvize Perlitz.

*Repons a  Entèwogatwa No. 65*

Mwen konprann ke Pè Paul ak Madam. Carter se te patwon Douglas yo te ye. Mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.66

Tanpri endike dat egzat ou te pretann ke Hope Carter te prezan lakay Perlitz lè oumenm ak Perlitz te la.

*Repons a  Entèwogatwa No. 66*

Mwen pa sonje mwen te konn wè Madam Carter nan Bel Air

### ENTÈWOGATWA NO.67

Tanpri endike nenpòt temwen ak adrès ou konnen ki sipòte demann alokasyon w lan ke Hope Carter te lakay Perltiz lè oumenm ak Perlitz te la.

*Repons a  Entèwogatwa No. 67*

Ale nan repons  no. 66.

### ENTÈWOGATWA NO.68

Tanpri endike si wi ou non ou te fè okenn deklarasyon , jan yo defini nan Liv Pratik Connecticut la § 13-1, bay nenpòt moun konsènan nenpòt nan ensidan ki mansyone nan Plent ou a?

*Repons a  Entèwogatwa No. 68*

Okenn ke mwen okouran.

### ENTÈWOGATWA NO.69

Endike si wi ou non ou pretann ke Fairfield University te konnen oswa ta dwe konnen ke Perlitz te angaje nan nenpòt nan konpòtman ou pretann nan Plent ou a.  Si se konsa, tanpri bay baz pou akizasyon sa yo ak prèv ak/oswa dokiman ki sipòte akizasyon sa yo.

*Repons a E Entèwogatwa No. 69*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.70

Pou chak zak oswa omisyon ou akize Fairfield University dirèkteman oswa endirèkteman ki te lakòz oswa kontribye nan domaj ou yo, tanpri, founi enfòmasyon ananpre yo:

a.    zak espesifik la oswa omisyon an;

b.    dat ak lè zak la oswa omission an;

c.    idantifye chak moun ou panse ki responsab pou chak zak oswa omisyon;

d.    idantifye chak moun lè sa a ak kounye a ki gen konesans akizasyon konpòtman Fairfield University a ak ki lè e kijan moun sa a te akeri konesans la; ak

e.    idantifye tout kominikasyon ant oumenm ak nenpòt moun konsènan swadizan konpòtman an.

*Repons a Entèwogatwa No. 70*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.71

Idantifye chak volontè nan Fairfield University ou akize ki te wè (a) ti gason minè lakay Perlitz nan  Bel Air an Ayiti oswa (b) te wè ti gason minè nan chanm Perlitz nan kay sa a.

*Repons a Entèwogatwa No. 71*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.72

Dekri baz reyèl pou akizasyon ou an nan Paragraf 13 nan Plent la kote "Fairfield University te anplwaye Perlitz an koneksyon avèk PPT e te kenbe l pandan peryòd tan enpòtan an."

*Repons a Entèwogatwa No. 72*

Mwen konprann ke Fairfield se te youn pami konpayi yo ki tap ede Vilaj la. Douglas te toujou konn ap pale de sa. Mwen te resevwa yon mayo ki te make Fairfield.  Men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.73

Dekri baz reyèl pou akizasyon an nan Plent ou a koteFairfield University tap "opere anba Lòd Jezwit New England."

*Repons a Entèwogatwa No. 73*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.74

Tanpri endike si wi ou non ou pretann ke Fairfield University te okouran nenpòt lè avan 2008 de tout relasyon ki pa t apwoprye, nan oswa konsènan 1988, ant Pè Paul E.Carrier, S.J.ak yon elèv nanFairfield University, jan li refere nan Paragraf 26 nan Plent ou a.  Si se konsa, dekri baz reyèl pou akizasyon sa a.

*Repons a Entèwogatwa No. 74*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran

plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.75

Tanpri endike baz reyèl pou akizasyon ou an nan Paragraf 34 nan Plent la kote Pè Carrier akHope Carter yo chak te vwayaje souvan ale an Ayiti pou tcheke ak sipèvize aktivite PPT yo sou non Fairfield University…"

*Repons a Entèwogatwa No. 75*

Ale nan repons no. 59 ak 60.  Pè Paul ak Madam Carter se te patwon Douglas. Yo toulède te vini an Ayiti.

## ENTÈWOGATWA NO.76

Dekri baz reyèl pou akizasyon nan Plent ou a kote Fairfield University te konnen ke Perlitz ta p vwayaje an Ayiti pou l angaje nan konpòtman seksyèl ilegal avèk minè an Ayiti.

*Repons a  Entèwogatwa No. 76*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.77

Tanpri endike nenpòt ak tout enfòmasyon kote reklamasyon pleyan an apiye yon relasyon konfyans avèk Fairfield University.

*Repons a Entèwogatwa No. 77*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.78

Tanpri idantifye pa non yo chak"Jezwit ki nan fòmasyon"oswa lòt jezwit ou akize nan Plent ou a ki te nan Project PierreToussaint an nenpòt lè, ak pou chak moun ki idantifye, tanpri endike chak dat lè li te prezan nan PPT ak nan ki bilding, rezidans, oswa lokasyon.

*Repons a Entèwogatwa No. 78*

Mwen pa konnen kisa Jesuit ye.  Mwen te konnen ke Pè Paul se te yon prèt.  Mwen te konnen Sylvester Tan.  Li te vini nan chapèl la epi priye avèk nou. Li te sanble yon prèt.

## ENTÈWOGATWA NO.79

Endike baz reyèl pou akizasyon ou an nan Paragraf 18 nan Plent ou a kote "The Order of Malta te anplwaye Perlitz nan koneksyon avèk PPTe te kenbe l pandan yon peryòd tan enpòtan."

*Repons a Entèwogatwa No. 79*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.80

Endike baz reyèl pou akizasyon w lan nan Paragraf 18 nan Plent ou a kote "Pandan peryòd enpòtan sa a, the Order of Malta te plase plizyè Sòlda ak Dam li yo nan Konsèy Administrasyon Fon an an Ayiti."

*Repons a Entèwogatwa No. 80*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.81

Endike baz reyèl pou akizasyon ou an nan Paragraf  29 nan Plent ou a kote "Finansman orijinal pou  PPT te soti nan the Order of Malta."

*Repons a Entèwogatwa No. 81*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.82

Endike baz reyèl pou akizasyon ou an nan Paragraf 29 nan Plent ou a kote "[T] Fon Ayiti a te yon ti kras plis pase yon ekstansyon nan Fairfield University ak the Order of Malta."

*Repons a Entèwogatwa No. 82*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.83

Pou chak zak oswa  omisyon ou akize American Association an dirèkteman oswa endirèkteman ki lakòz oswa kontribye nan domaj ou yo, tanpri bay enfòmasyon ki annapre yo:

a.      zak espesifik la oswa omisyon an;

b.      dat ak lè zak la oswa omisyon an;

c.      idantifye chak moun ou panse ki responsab pou chak zak oswa omisyon;

d.      idantifye chak moun lè sa a ak kounye a ki gen konesans konpòtman American Asociation an ak ki lè e kijan moun sa a te akeri konesans la; ak

e.      idantifye tout kominikasyon ant oumenm ak nenpòt moun konsènan swadizan konpòtman an.

*Repons a Entèwogatwa No. 83*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## __ENTÈWOGATWA NO.84__

Tanpri endike baz pou, ak deklare tout enfòmasyon ak prèv ki sipòte, akizasyon ou an ke pleyan an te genyen yon relasyon de konfyans avèk Society of Jesus.

*Repons a Entèwogatwa No. 84*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li rive sonje plis detay oswa li vinn okouran plis detay pou kore reklamasyon sa.

## __ENTÈWOGATWA NO.85__

Endike si wi ou non ou pretann ke Society of Jesus te konnen oswa te dwe konnen ke Perlitz te angaje nan nenpòt nan konpòtman ou akize l yo nan Plent ou a.  Si se konsa, tanpri bay baz pou akizasyon sa yo ak prèv ak/oswa dokiman ki sipòte chak akizasyon.

*Repons a Entèwogatwa No. 85*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## __ENTÈWOGATWA NO.86__

Tanpri endike baz pou, ak deklare tout enfòmasyon ak prèv ki sipòte akizasyon ou an kote Society of Jesus te pote neglijans nan anplwaye, kenbe, dirije, ak/oswa sipèvize Pè Carrier.

*Repons a Entèwogatwa No. 86*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.87

Tanpri endike baz pou, ak endike tout enfòmasyon ak prèv ki sipòte akizasyon ou an kote Society of Jesus te pote neglijans nan anplwaye, kenbe, dirije, ak/oswa sipèvize Perlitz.

*Repons a Entèwogatwa No. 87*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.88

Pou chak zak oswa omisyon ou akize Society of Jesus dirèkteman oswa endirèkteman ki te lakòz oswa kontribye nan domaj ou yo, tanpri, founi enfòmasyon annapre yo:

    a.    zak espesifik la oswa omisyon an;

    b.    dat ak lè zak la oswa omisyon an;

    c.    idantifye chak moun ou panse ki responsab pou chak zak oswa omisyon;

    d.    idantifye chak moun lè sa a ak kounye a ki gen konesans konpòtman society of Jesus a ak ki lè e kijan moun sa a te akeri konesans la; ak

    e.    idantifye tout kominikasyon ant oumenm ak nenpòt moun konsènan swadizan konpòtman an.

*Repons a Entèwogatwa No. 88*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa si li vin okouran plis detay pou kore reklamasyon sa.

Dat: Jiyè 11, 2014

Siyen kòm objeksyon enkòpore,


Pa:    /s/ Mitchell Garabedian
Mitchell Garabedian (phv04676)
garabedianlaw@msn.com
William H. Gordon (phv04677)
wgordon@garabedianlaw.com
Law Offices of Mitchell Garabedian
100 State Street, 6th Floor
Boston, MA 02109
Phone: (617) 523-6250

Paul J. Hanly, Jr. (phv04680)
phanly@hanlyconroy.com
Andrea Bierstein (phv04678)
abierstein@hanlyconroy.com
Jayne Conroy (phv04679)
jconroy@hanlyconroy.com
HANLY CONROY BIERSTEIN SHERIDAN
  FISHER & HAYES LLP
112 Madison Ave., 7th floor
New York, New York 10016
Phone: (212) 784-6400

Steven J. Errante (ct04292)
SErrante@ltke.com
Marisa A. Bellair (ct23802)
Lynch, Traub, Keefe, &Errante, P.C.
P.O. Box 1612
52 Trumbull Street
New Haven, CT 06510
Phone: (203) 787-0275
Fax: (203) 782-0278

## VERIFIKASYON

Mwen, *Geffrard Lecenat* te li repons anvan yo e yo kòrèk ak egzat nan pi bon

kapasite mwen.

Siyen anba pinisyon ak penalite pou fo temwayaj _41_ jou nan mwa Jiyè, 2014.

*Geffrard Lecenat*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GERVIL ST. LOUIS, a/k/a ST. LOUIS GERVIL

　　　　Plaintiff,

　　　　　　v.

DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS OF NEW ENGLAND; SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICAN ASSOCIATION, U.S.A., a/k/a ORDER OF MALTA, AMERICAN ASSOCIATION, USA JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; JOHN DOE FOUR; JOHN DOE FIVE; JOHN DOE SIX; and JOHN DOE SEVEN,

　　　　Defendants.

Lead Civil Action No.:
3:13-cv-01132-RNC

Consolidated with:

| | |
|---|---|
| 3:13-cv-1225 | 3:13-cv-1640 |
| 3:13-cv-1269 | 3:13-cv-1641 |
| 3:13-cv-1437 | 3:13-cv-1642 |
| 3:13-cv-1480 | 3:13-cv-1644 |
| 3:13-cv-1626 | 3:13-cv-1645 |
| 3:13-cv-1627 | 3:13-cv-1647 |
| 3:13-cv-1628 | 3:13-cv-1648 |
| 3:13-cv-1629 | 3:13-cv-1701 |
| 3:13-cv-1630 | 3:13-cv-1767 |
| 3:13-cv-1631 | 3:13-cv-1768 |
| 3:13-cv-1632 | 3:13-cv-1769 |
| 3:13-cv-1633 | 3:13-cv-1881 |
| 3:13-cv-1634 | 3:13-cv-1904 |
| 3:13-cv-1635 | 3:13-cv-1906 |
| 3:13-cv-1636 | 3:13-cv-1907 |
| 3:13-cv-1637 | 3:14-cv-0125 |
| 3:13-cv-1638 | 3:14-cv-0668 |
| 3:13-cv-1639 | 3:14-cv-0815 |

*This document applies to*:
All cases

September 20, 2014

## PLAINTIFF GEFFRARD LECENAT'S FIRST SUPPLEMENTAL RESPONSE TO CERTAIN DEFENDANTS' FIRST SET OF INTERROGATORIES

　　　　Pursuant to Rule 33 and Rule 26(e) of the Federal Rules of Civil Procedure, Plaintiff Geffrard Lecenat hereby supplements his response to the First Set of Interrogatories served by Hope E. Carter, Fr. Paul E. Carrier, Fairfield University, The Society of Jesus of New England, and the Sovereign Military Hospitaller Order of St. John of Jerusalem of Rhodes and of Malta, American Association, U.S.A. (collectively, "Certain Defendants"), as follows, and incorporates herein by reference the General Objections and Objections to Individual Interrogatories contained in the previously served Plaintiffs' Master Objections to First Set of Interrogatories Propounded by Certain Defendants to All Plaintiffs.

**SUPPLEMENTAL RESPONSES TO SPECIFIC INTERROGATORIES**

**<u>INTERROGATORY NO. 4</u>**

With regard to your family, please identify your parents, all of your siblings (including biological, step, adopted, and/or foster siblings), and all of your children (including biological, adopted, step, and/or foster children).

*Answer To Interrogatory No. 4*

My mother's name is Irène Lamour (deceased). My father's name is Lefran Lecenat. He lives in the Dominican Republic and works as an electrician. I have four brothers: Frantzdy Lecenat, who lives in the Dominican Republic and works as an electrician, Gesner Lecenat, who lives in Blue Hills, Cap Haitien and does not have a job, Emmanuel Lecenat, who lives in Blue Hills, Cap Haitien and does not have a job, and Francoly Lecenat, who lives in Blue Hills, Cap Haitien and does not have a job. I have five sisters: Ingly Lecenat, who lives in the Dominican Republic and does not have a job, Ginia Lecenat, who lives in the Dominican Republic and does not have a job, Djoulie Lecenat, who lives in Blue Hills, Cap Haitien and does not have a job, Carline Lecenat, who lives in the Dominican Republic and does not have a job, and Caroline Lecenat, who lives in the Blue Hills, Cap Haitien and does not have a job. I do not have any children.

Dated: September 20, 2014

Signed as to incorporated objections,

_____

By:      /s/ Mitchell Garabedian
Mitchell Garabedian (phv04676)
garabedianlaw@msn.com
William H. Gordon (phv04677)
wgordon@garabedianlaw.com
LAW OFFICES OF MITCHELL GARABEDIAN
100 State Street, 6th Floor
Boston, MA 02109
Phone: (617) 523-6250

Paul J. Hanly, Jr. (phv04680)
phanly@simmonsfirm.com
Andrea Bierstein (phv04678)
abierstein@simmonsfirm.com
Jayne Conroy (phv04679)
jconroy@simmonsfirm.com
SIMMONS HANLY CONROY
112 Madison Ave., 7th floor
New York, New York 10016
Phone: (212) 784-6400

Steven J. Errante (ct04292)
SErrante@ltke.com
Marisa A. Bellair (ct23802)
LYNCH, TRAUB, KEEFE, & ERRANTE, P.C.
P.O. Box 1612
52 Trumbull Street
New Haven, CT 06510
Phone: (203) 787-0275
Fax: (203) 782-0278

## **<u>VERIFICATION</u>**

I, _____, have read the foregoing answers and they are true and

accurate to the best of my abilities.

Signed under the pains and penalties of perjury this ___ day of September, 2014.

_____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
TRIBINAL DISTRI ETAZINI
DISTRI CONNECTICUT

| | |
|---|---|
| GERVIL ST.LOUIS, a/k/a ST. LOUIS GERVIL | Aksyon Sivil |
| | 3:13-cv-01132-RNC |
| Pleyan, | |
| | Konsolide avèk: |
| v. | 3:13-cv-1225    3:13-cv-1640 |
| | 3:13-cv-1269    3:13-cv-1641 |
| DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, | 3:13-cv-1437    3:13-cv-1642 |
| S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD | 3:13-cv-1480    3:13-cv-1644 |
| UNIVERSITY; THE SOCIETY OF JESUS OF NEW | 3:13-cv-1626    3:13-cv-1645 |
| ENGLAND; SOVEREIGN MILITARY HOSPITALLER | 3:13-cv-1627    3:13-cv-1647 |
| ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND | 3:13-cv-1628    3:13-cv-1648 |
| OF MALTA, AMERICAN ASSOCIATION, U.S.A., a/k/a | 3:13-cv-1629    3:13-cv-1701 |
| ORDER OF MALTA, AMERICAN ASSOCIATION, USA | 3:13-cv-1630    3:13-cv-1767 |
| JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; | 3:13-cv-1631    3:13-cv-1768 |
| JOHN DOE FOUR; JOHN DOE FIVE; JOHN DOE SIX; | 3:13-cv-1632    3:13-cv-1769 |
| and JOHN DOE SEVEN, | 3:13-cv-1633    3:13-cv-1881 |
| | 3:13-cv-1634    3:13-cv-1904 |
| Defandè. | 3:13-cv-1635    3:13-cv-1906 |
| | 3:13-cv-1636    3:13-cv-1907 |
| | 3:13-cv-1637    3:14-cv-0125 |
| | 3:13-cv-1638    3:14-cv-0668 |
| *Dokiman sa a aplike a* | 3:13-cv-1639    3:14-cv-0815 |
| *tout ka yo*: | |

Septanm 20, 2014

**REPONS PLEYAN GEFFRARD LECENAT BAY POU PREMYE SERI ENTÈWOGASYON
LADEFANS LAN.**

Selon Règleman 33 ak règleman 26(e) nan Règleman Federal Pwosedi Sivil, Pleyan Geffrard
Lecenat nan dokiman sa ap bay bay repons siplemantè a premye gwoup entèwogasyon ki sèvi pa
Hope E. Carter, Fr. Paul E. Carrier, Fairfield University, The Society of Jesus of New England, ak
the Sovereign Military Hospitaller Order of St. John of Jerusalem of Rhodes and of Malta, American
Association, U.S.A. (kolektivman, "Kèk Defandan") epi mete anndan dokiman sa kòm referans
Opozisyon Jeneral yo ak Opozisyon a Entèwogatwa Endividyèl yo ki ekri anndan Opozisyon
Prensipal Plentif yo a Premye Gwoup Entèwogatwa yo ke yo te sèvi anvan e ke Kèk Defandan te
Prezante bay Tout Plentif yo.

## REPONS SIPLEMANTÈ A ENTÈWOGATWA SPESIFIK

### ENTÈWOGATWA NO.4

Konsènan fanmi w, tanpri idantifye paran w yo, tout frè ak sè (sa ki gen ladan frè ak sè biyolojik, bofrè, bèlsè, adopsyon ak/oswa frè ak sè fostè), ak tout pitit ou yo (sa ki gen ladan biyolojik, bofrè, bèlsè, adopsyon ak/oswa frè ak sè fostè).

*Repons a Entèwogatwa No. 4*

Non manman m se te Irène Lamour (mouri). Non papa m se Lefran Lecenat. Li abite nan Dominican Republic e lap travay kòm yon elektrisyen. Mwen gen kat frè: Frantzdy Lecenat, ki abite nan Dominican Republic e lap travay kòm yon elektrisyen, Gesner Lecenat, ki abite nan Blue Hills, Cap Haitien li pap travay, Emmanuel Lecenat, ki abite nan Blue Hills, Cap Haitien li pap travay, ak Francoly Lecenat, ki abite nan Blue Hills, Cap Haitien li pap travay. Mwen gen senk sè: Ingly Lecenat, ki abite nan Dominican Republic li pap travay, Ginia Lecenat, ki abite nan Dominican Republic li pap travay, Djoulie Lecenat, ki abite nan Blue Hills, Cap Haitien li pap travay, Carline Lecenat, ki abite nan Dominican Republic li pap travay, ak Caroline Lecenat, ki abite nan Blue Hills, Cap Haitien e li pap travay. Mwen pa gen pitit.


Dat: Septanm 20, 2014                          Siyen kòm objeksyon enkòpore,


                                    Pa:    /s/ Mitchell Garabedian
                                           Mitchell Garabedian (phv04676)
                                           garabedianlaw@msn.com
                                           William H. Gordon (phv04677)
                                           wgordon@garabedianlaw.com
                                           Law Offices of Mitchell Garabedian
                                           100 State Street, 6th Floor
                                           Boston, MA 02109
                                           Phone: (617) 523-6250

                                           Paul J. Hanly, Jr. (phv04680)
                                           phanly@simmonsfirm.com
                                           Andrea Bierstein (phv04678)
                                           abierstein@simmonsfirm.com
                                           Jayne Conroy (phv04679)
                                           jconroy@simmonsfirm.com
                                           SIMMONS HANLY CONROY
                                           112 Madison Ave., 7th floor
                                           New York, New York 10016
                                           Phone: (212) 784-6400

Steven J. Errante (ct04292)
SErrante@ltke.com
Marisa A. Bellair (ct23802)
Lynch, Traub, Keefe, &Errante, P.C.
P.O. Box 1612
52 Trumbull Street
New Haven, CT 06510
Phone: (203) 787-0275
Fax: (203) 782-0278

## **VERIFIKASYON**

Mwen, *Geffrard Secanet* repons anvan yo e yo kòrèk ak egzat nan pi bon kapasite mwen.

Siyen annba pinisyon ak penalite pou fo temwayaj 20 jou nan mwa Septanm, 2014.

*Geffrard Secanet*