```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
****************************
GERVIL ST. LOUIS, a/k/a ST.         Consolidated with:
LOUIS GERVIL,                       3:13-cv-1225-RNC
                                    3:13-cv-1269-RNC
              Plaintiff,            3:13-cv-1437-RNC
                                    3:13-cv-1480-RNC
     v.                             3:13-cv-1626-RNC
                                    3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER             3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE         3:13-cv-1629-RNC
E. CARTER; HAITI FUND,              3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;         3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW         3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY         3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.            3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES         3:13-cv-1635-RNC
AND OF MALTA, AMERICAN              3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a          3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN            3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN           3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN         3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;           3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX         3:13-cv-1642-RNC
and JOHN DOE SEVEN,                 3:13-cv-1644-RNC
                                    3:13-cv-1645-RNC
              Defendants.           3:13-cv-1647-RNC
                                    3:13-cv-1648-RNC
                                    3:13-cv-1701-RNC
                                    3:13-cv-1767-RNC
                                    3:13-cv-1768-RNC
                                    3:13-cv-1769-RNC
                                    3:13-cv-1881-RNC
                                    3:13-cv-1904-RNC
                                    3:13-cv-1906-RNC
                                    3:13-cv-1907-RNC
****************************
This document applies to:
All of the above referenced cases
And those to be filed
****************************
       CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
            VIDEOTAPED DEPOSITION OF LOUIS SAINCIRIN

                    Thursday, October 1, 2015
                           9:10 a.m.
```

```
 1        VIDEOTAPED DEPOSITION OF LOUIS SAINCIRIN
 2
 3
 4   Held At:
 5
 6        Barcelo Puerto Plata
 7        Carretera Lupersn, km 5, Puerto Plata 547
 8        Dominican Republic
 9
10
11   REPORTED BY:
12   Maureen O'Connor Pollard, RMR, CLR, LSR #473
13   Realtime Systems Administrator
14
15
16
17
18
19
20
21
22
23
24
25
26
```

1               MR. GARABEDIAN:  Yes.
2               MR. KERRIGAN:  That's fine.
3               THE VIDEOGRAPHER:  Going off the
4       record.  The time is 5:12.
5               (Whereupon, a recess was taken.)
6               THE VIDEOGRAPHER:  Back on the record.
7       The time is 5:21.
8               MR. KERRIGAN:  Mitchell, we took a
9       little bit of a break at your request so you
10      could confer with your colleague on the
11      privilege issue that we have here.  If you'd
12      like to elaborate on the position that you
13      mentioned to me off the record a moment or two
14      ago on the record, that's fine, and then I'd
15      like to put my position on the record.  Okay.
16              MR. GARABEDIAN:  It is Plaintiffs'
17      counsel's position that Cyrus has always been
18      counsel's agent, but it's really case-specific.
19      The privilege doesn't extend to the client until
20      the client retains Plaintiffs' counsel.  So we
21      have to look at each case to determine those
22      facts.
23              MR. KERRIGAN:  And, Mitchell, I had
24      asked you a little bit earlier to elaborate on
25      what type of agency you're claiming.  The reason

1   why I did that was not to put you on the spot,
2   but it's because, as I'm sure you understand,
3   there are different types of agency.  Agency is
4   often a fact contingent legal construction, and
5   the privilege oftentimes, I think maybe all the
6   time, extends only insofar as the scope of the
7   agency.  So that's why I asked you to elaborate
8   on it, to allow us to get to the contours of the
9   privilege.
10              Do you still decline to elaborate on
11  what type of agency you're claiming here?
12              MR. GARABEDIAN:  Yes, at this point in
13  time I do.
14              MR. KERRIGAN:  So that hamstrings me,
15  of course, in trying to get around to what you
16  believe would be permissible interrogation of
17  the witness.
18              MR. GARABEDIAN:  First of all, we
19  believe it's a broad definition.
20              MR. KERRIGAN:  Of agency?
21              MR. GARABEDIAN:  Yes.
22              MR. KERRIGAN:  Would you take the
23  position, Mitchell, that Cyrus Sibert is the
24  Plaintiffs' counsel agent for all purposes
25  relating to these consolidated cases in Haiti?

1           MR. GARABEDIAN:  Yes.  Again, he was
2    counsel's agent, Plaintiffs' counsel's agent
3    before Mr. Saincirin, for instance, retained
4    Plaintiffs' counsel.
5           MR. KERRIGAN:  I understand your
6    position.
7           MR. GARABEDIAN:  We've been doing this
8    for years, as you well know, with regard to
9    clients retaining Plaintiffs' counsels.
10          MR. KERRIGAN:  That much of your
11   position is clear, though I disagree with it.
12          And the other portion that I just want
13   to confirm with you is that you deem Cyrus
14   Sibert to be the Plaintiffs' counsel's agent for
15   all purposes in Haiti in connection with the
16   consolidated cases?
17          MR. GARABEDIAN:  Yes, that's accurate.
18          MR. KERRIGAN:  Again, I disagree with
19   it, and I'll reserve all rights on that issue,
20   and take it up if desired and necessary at the
21   appropriate time in the future.
22          MR. GARABEDIAN:  That's fine.
23          MR. KERRIGAN:  Thanks.
24   BY MR. KERRIGAN:
25      Q.   Mr. Saincirin, your attorneys and I