```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
***************************
GERVIL ST. LOUIS, a/k/a ST.         Consolidated with:
LOUIS GERVIL,                       3:13-cv-1225-RNC
                                    3:13-cv-1269-RNC
                  Plaintiff,        3:13-cv-1437-RNC
                                    3:13-cv-1480-RNC
     v.                             3:13-cv-1626-RNC
                                    3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER             3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE         3:13-cv-1629-RNC
E. CARTER; HAITI FUND,              3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;         3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW         3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY         3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.            3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES         3:13-cv-1635-RNC
AND OF MALTA, AMERICAN              3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a          3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN            3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN           3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN         3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;           3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX         3:13-cv-1642-RNC
and JOHN DOE SEVEN,                 3:13-cv-1644-RNC
                                    3:13-cv-1645-RNC
                  Defendants.       3:13-cv-1647-RNC
                                    3:13-cv-1648-RNC
                                    3:13-cv-1701-RNC
                                    3:13-cv-1767-RNC
                                    3:13-cv-1768-RNC
                                    3:13-cv-1769-RNC
                                    3:13-cv-1881-RNC
                                    3:13-cv-1904-RNC
                                    3:13-cv-1906-RNC
                                    3:13-cv-1907-RNC
*****************************
This document applies to:
All of the above referenced cases
And those to be filed
*****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
     VIDEOTAPED DEPOSITION OF JASMIN JOSEPH

             Tuesday, May 19, 2015
                 9:36 a.m.
```

1        VIDEOTAPED DEPOSITION OF JASMIN JOSEPH

2

3

4    Held At:

5

6         Barcelo Puerto Plata

7         Carretera Lupersn, km 5, Puerto Plata 547

8         Dominican Republic

9

10

11   REPORTED BY:

12   Maureen O'Connor Pollard, RMR, CLR, LSR #473

13   Realtime Systems Administrator

14

15

16

17

18

19

20

21

22

23

24

25

26

1    Q.    Was there enough to eat?
2    A.    No.
3    Q.    Were there days when you went hungry,
4    didn't have any food?
5    A.    Yes.
6    Q.    Prior to your wife, did you have any
7    relationships with any other women?
8    A.    No.
9    Q.    And you don't have any other children
10   besides Jasmine?
11   A.    Just her.
12   Q.    Are you currently employed?
13   A.    No.
14   Q.    Have you ever been employed?
15   A.    No.  But when I look for work they
16   don't give me work, because they said they don't
17   hire homosexuals.
18   Q.    Did you ever do masonry work in the
19   past?
20   A.    I used to find day jobs as a mason.
21   Q.    When was the last time you did masonry
22   work?
23   A.    I don't remember.
24   Q.    What was the pay for a mason?
25   A.    They would give me 100 Haitian

1  gourdes, 150 Haitian gourdes per day.
2      Q.    Are you actively looking for work
3  right now?
4           MR. GARABEDIAN:  Objection.
5      A.    No.  When I look for work they don't
6  give me the job, they send me away.
7  BY MR. CERRETA:
8      Q.    So you stopped looking?
9      A.    Yes, because -- I stop because they
10 give me nothing, they calling me names.
11     Q.    Were you ever a tailor?
12     A.    Yes.
13     Q.    When did you do tailoring work?
14     A.    After I left to stay with my friend
15 named Dadou.
16     Q.    Does Dadou work for a tailor?
17     A.    Yeah, that's what he was, I used to
18 work with him as a tailor.
19     Q.    And was that when you were working for
20 a man named Boss Gary?  Is that right?
21     A.    Yes, in masonry.
22     Q.    Oh, Boss Gary is a mason?
23     A.    Yes.
24     Q.    Did you receive masonry training from
25 Boss Gary?

1    right?
2             MR. GARABEDIAN:  Objection.
3        A.   Yes.
4    BY MR. FOLKMAN:
5        Q.   How did Cyrus Sibert know that you
6    were somebody who needed a lawyer?
7        A.   How did he know?
8        Q.   Yes.
9        A.   He was saying on the radio that there
10   was this white guy who was helping kids, and he
11   raped them.  If there were children who were
12   victims to come to see him, he would help them
13   find justice.
14       Q.   Okay.  So you heard him say that on
15   the radio, and then you went to see him?
16       A.   Yes.  I tried to look for him.
17       Q.   Now, did you go by yourself, or did
18   you go with others?
19       A.   I was alone.
20       Q.   And what happened when you went to see
21   him?
22       A.   Yeah, I said "I'm victim, since I was
23   in the Village I'm a victim."
24       Q.   And what did he say?
25       A.   He said that he would put me in

1   A.   Yes.
2   Q.   Tell me the ways in which you're
3   active in Jasmine's life?
4   A.   What I do for her?
5   Q.   Correct.
6   A.   I haven't done anything for her yet.
7   Q.   Why not?
8   A.   I'm not prepared for that.
9   Q.   Why are you not prepared?
10       MR. GARABEDIAN:  Objection.
11  A.   Why I'm not prepared?
12  BY MR. KERRIGAN:
13  Q.   Correct.
14  A.   Because God doesn't want me to be
15  prepared for it yet, because everything that's
16  being done is God's will.
17  Q.   Why doesn't God want you to be
18  prepared for your daughter?
19       MR. GARABEDIAN:  Objection.
20  A.   God knows.
21  BY MR. KERRIGAN:
22  Q.   Do you provide any kind of money
23  support for your daughter?
24  A.   What is assistance?
25  Q.   Do you give any money to help feed

1   your daughter, clothe your daughter, keep her
2   housed?
3           MR. GARABEDIAN:  Objection.
4       A.   Yes, I've given money to buy clothes
5   and food for her.
6   BY MR. KERRIGAN:
7       Q.   Where do you get the money?
8       A.   Cyrus gives it to me.
9       Q.   Who?
10      A.   Cyrus.
11      Q.   Cyrus Sibert?
12      A.   Cyrus Sibert.
13      Q.   And how much money does Cyrus Sibert
14  give you?
15      A.   $100.
16      Q.   How often does Cyrus Sibert give you
17  $100?
18      A.   Four times he give me money, four
19  times.
20      Q.   Four times.  Name the four times.  Was
21  it during a particular month that he gave you
22  the money?
23      A.   I don't remember if it was a
24  particular month.
25      Q.   When was the last time you got $100

1    from Cyrus Sibert?
2       A.    I don't remember.
3       Q.    Why did you get $100 from Cyrus
4    Sibert?
5       A.    Why?
6       Q.    Correct.
7       A.    So I could buy food and clothes that I
8    put on my back, so I could buy food and clothes.
9       Q.    The money that you got from Cyrus
10   Sibert, Mr. Joseph, is it in US dollars?
11      A.    Yes.
12      Q.    How much in total have you received
13   from Cyrus Sibert, in total?
14            MR. GARABEDIAN:  Objection.
15      A.    $350.
16   BY MR. KERRIGAN:
17      Q.    When did you start getting money from
18   Cyrus Sibert?
19      A.    I don't remember.
20      Q.    Was it after PPT closed?
21      A.    Yes.
22      Q.    Was it after you first met Mr. Sibert
23   about a lawsuit?
24      A.    I don't remember.
25      Q.    If you win this lawsuit and you get

1           MR. GARABEDIAN:  Objection.  I
2    instruct him not to answer as to any
3    attorney/client conversation, communications.
4           You can answer the question.
5      A.   No.
6    BY MR. KERRIGAN:
7      Q.   Apart from Cyrus Sibert, do you earn
8    money, or do you get money from any other
9    source, Mr. Joseph?
10          MR. GARABEDIAN:  Objection.
11     A.   No.
12   BY MR. KERRIGAN:
13     Q.   Why do you think Cyrus Sibert gives
14   you the money for clothes and for food?
15     A.   I don't know.
16     Q.   Does Cyrus Sibert give money to anyone
17   else that you know about?
18     A.   I don't know.
19     Q.   How long have you been in your
20   relationship with your wife or girlfriend,
21   Jasmine?
22          MR. GARABEDIAN:  Objection.
23          MR. FOLKMAN:  Jasmine is the daughter.
24          MR. KERRIGAN:  I think they're both
25   named after each other.