```
         UNITED STATES DISTRICT COURT
         DISTRICT OF CONNECTICUT
                                  Civil Action No.
                                  3:13-cv-01132(RNC)
***************************
GERVIL ST. LOUIS, a/k/a ST.       Consolidated with:
LOUIS GERVIL,                     3:13-cv-1225-RNC
                                  3:13-cv-1269-RNC
              Plaintiff,          3:13-cv-1437-RNC
                                  3:13-cv-1480-RNC
     v.                           3:13-cv-1626-RNC
                                  3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER           3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE       3:13-cv-1629-RNC
E. CARTER; HAITI FUND,            3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;       3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW       3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY       3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.          3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES       3:13-cv-1635-RNC
AND OF MALTA, AMERICAN            3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a        3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN          3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN         3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN       3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;         3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX       3:13-cv-1642-RNC
and JOHN DOE SEVEN,               3:13-cv-1644-RNC
                                  3:13-cv-1645-RNC
              Defendants.         3:13-cv-1647-RNC
                                  3:13-cv-1648-RNC
                                  3:13-cv-1701-RNC
                                  3:13-cv-1767-RNC
                                  3:13-cv-1768-RNC
                                  3:13-cv-1769-RNC
                                  3:13-cv-1881-RNC
                                  3:13-cv-1904-RNC
                                  3:13-cv-1906-RNC
                                  3:13-cv-1907-RNC
*****************************
This document applies to:
All of the above referenced cases
And those to be filed
*****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
     VIDEOTAPED DEPOSITION OF EMILE JEAN PIERRE

         Thursday, July 30, 2015
              9:05 a.m.
```

1        VIDEOTAPED DEPOSITION OF EMILE JEAN PIERRE

2

3

4   Held At:

5

6        Barcelo Puerto Plata

7        Carretera Lupersn, km 5, Puerto Plata 547

8        Dominican Republic

9

10

11  REPORTED BY:

12  Maureen O'Connor Pollard, RMR, CLR, LSR #473

13  Realtime Systems Administrator

14

15

16

17

18

19

20

21

22

23

24

25

26

```
 1              MR. STEWART:  Objection.
 2       A.     I don't know.
 3  BY MR. KENNEDY:
 4       Q.     Had you ever met Mathieu before?
 5       A.     Yes, when I drive my motorcycle I see
 6  him, and one says hello to the other, we say
 7  hello to each other.
 8       Q.     Does he live in Cap-Haotien, sir?
 9       A.     Yes.
10       Q.     Did he go to PPT, sir?
11              MR. STEWART:  Objection.
12       A.     No.
13  BY MR. KENNEDY:
14       Q.     Does he work with Cyrus, sir?
15              MR. STEWART:  Objection.
16       A.     No.
17  BY MR. KENNEDY:
18       Q.     Sir, who paid for your bus ticket?
19              MR. STEWART:  Objection.
20       A.     Mathieu paid.
21  BY MR. KENNEDY:
22       Q.     Has Mathieu ever given you any money,
23  sir?
24       A.     Yes.
25       Q.     How much money has he given you, sir?
```

1    A.    In total?

2    Q.    Yes, sir.

3    A.    480.

4    Q.    What about Cyrus, sir, has Cyrus ever
5  given you any money, sir?

6    A.    He has given me money. He gives it
7  through Mathieu, and Mathieu gives it to me.

8    Q.    So was the $480 that Mathieu gave you,
9  was that from Cyrus, sir?

10         MR. STEWART: Objection.

11   A.    No, it's him who gives it to Mathieu
12  to give, so he gives it to me.

13  BY MR. KENNEDY:

14   Q.    So Cyrus gave the money to Mathieu,
15  and Mathieu gave the money to you, sir?

16   A.    He called me on the phone.

17   Q.    Who calls you on the phone?

18   A.    Mathieu.

19   Q.    Okay. Why does he call you, sir?

20   A.    Just because he called me so I could
21  come to see him. He gave me money because I had
22  to come do the deposition so I could buy clothes
23  and things.

24   Q.    Sir, was that $480 US?

25   A.    Yes.

1    Q.   And did you receive all that money at
2    once, sir?
3    A.   No, every time they call me, not all
4    at once.
5    Q.   I know you testified you received a
6    total of $480.  How many times did they give you
7    money, sir?
8    A.   I don't remember.
9         MR. STEWART:  Object.
10        I think he can do it better in
11   amounts, if you ask him it that way.  It's your
12   deposition, but --
13        MR. KENNEDY:  I appreciate it.
14        MR. STEWART:  But I think if you do it
15   that way, maybe he'll get it to you, I think.  I
16   think the numbers he has trouble with, but the
17   amounts, he can break it down for you.
18        MR. KENNEDY:  Okay.
19        MR. STEWART:  You can choose.
20        MR. KENNEDY:  I'll see what I can do.
21   BY MR. KENNEDY:
22   Q.   Sir, the first time you received money
23   from Mathieu, what amount did you receive, sir?
24   A.   $100.
25   Q.   Okay.  And when was that, sir, the

```
 1   first time?
 2        A.    I don't remember the day.
 3        Q.    In the second time, sir, that you
 4   received money, what amount did you receive,
 5   sir?
 6        A.    $100 US.
 7        Q.    Okay.  And the third time, sir -- I
 8   apologize, strike that.  I'm sorry.
 9             Sir, do you remember when you received
10   money the second time?
11        A.    Yes.
12        Q.    When was that, sir?
13        A.    I don't remember the day.
14        Q.    Well, tell me everything you do
15   remember about that time.
16        A.    When he gave me the money?
17        Q.    Yes, sir, for the second time.
18        A.    Well, he just gave me, you know, so I
19   could buy what I needed.  You know, when I was a
20   young boy, young man, I needed clothes, and I
21   bought food, and the rest I brought to my
22   mother's house, and I gave some of that money to
23   my mother, and the rest I saved.
24        Q.    And the third time, sir, what amount
25   did you receive?
```

```
 1      A.    Third time, 100 US dollars.
 2      Q.    And when did you receive that money,
 3   sir?
 4      A.    I don't remember the day.
 5      Q.    Sir, did you receive this money before
 6   you brought a lawsuit, sir?
 7      A.    No, after I brought the lawsuit.
 8      Q.    Okay.  So after you brought the
 9   lawsuit you got money from Cyrus?
10      A.    Yes, just so I could buy, you know,
11   clothes and shoes, and I could -- so I could buy
12   food to put in my house.
13      Q.    Okay.  And, sir, the fourth time that
14   you received money, do you remember what amount
15   you received?
16      A.    Yes.
17      Q.    How much was that, sir?
18      A.    180.
19      Q.    When did you receive that money, sir?
20      A.    I don't remember the day, but just
21   because, you know, I have to come do this
22   deposition, I bought clothes, shoes, and food.
23   I gave to my mother, and to my little sister,
24   and I saved the rest.
25      Q.    Of the $480 that you were provided,
```

1  sir, how much do you have left?
2      A.   Maybe $50 Haitian.
3      Q.   $50 Haitian.  Okay.
4           Sir, on each of those four occasions,
5  was Mathieu the one that handed you the money,
6  sir?
7      A.   Yes.
8      Q.   And each time did you receive the
9  money in Cap-Haotien, sir?
10     A.   Yes.
11     Q.   Do you know if any other PPT students
12 have received money from Mathieu?
13          MR. STEWART:  Objection.
14     A.   I don't know.
15 BY MR. KENNEDY:
16     Q.   Do you know if Kensley has received
17 money from Mathieu, sir?
18          MR. STEWART:  Objection.
19     A.   Yes.
20 BY MR. KENNEDY:
21     Q.   You know that he has received money,
22 sir?
23     A.   Yes.
24     Q.   How do you know that, sir?
25     A.   Because we knew we have to come to do

1  I'm not doing the motorcycle job I go look for
2  some masonry jobs.
3       Q.   How often do you look for masonry
4  jobs, sir?
5       A.   I can't -- how many times, how often I
6  perform that job, but when I'm not doing the
7  motorcycle job I look around near where I live,
8  like looking for something, hustling as they say
9  in this country.
10      Q.   Let me ask you something.  We're here
11 in the year 2015.  In the year 2015, how many
12 times have you worked masonry jobs?
13           MR. STEWART:  Objection.
14      A.   Once.
15 BY MR. KENNEDY:
16      Q.   Okay.  And who did you work for, sir?
17      A.   For who I work?
18      Q.   Do you know the name of the person you
19 worked for, sir?
20      A.   No.
21      Q.   Okay. How many days did you work at
22 that masonry job?
23      A.   One day only.
24      Q.   Okay. And how much were you paid,
25 sir?

1      A.     I got paid $30.

2      Q.     Haitian dollars, sir?

3      A.     150 gourdes.

4      Q.     In the year 2015, sir, if you know,
5  how many times did you work on a masonry job?

6             MR. STEWART:  Objection.

7      A.     That I can't control, I don't know.

8  BY MR. KENNEDY:

9      Q.     Okay.  Have you ever applied for a
10 masonry job and been not hired, sir?

11     A.     Yes.  They used to tease me, saying
12 "here are the Douglas homosexual guys, they're
13 the one that's going to be in control.  They are
14 not going to be rich very soon."

15     Q.     Okay.  But they said you're going to
16 be rich very soon?

17     A.     Yes, because we're not going to let
18 them work between us because they are
19 homosexual.

20     Q.     Okay.  Do you know the people that
21 said this, sir?

22     A.     I don't know them, but I don't live in
23 the area.

24     Q.     Okay.  Where did this -- where did --
25 in what town did these people say these words,