```
           UNITED STATES DISTRICT COURT
           DISTRICT OF CONNECTICUT
                                 Civil Action No.
                                 3:13-cv-01132(RNC)
****************************
GERVIL ST. LOUIS, a/k/a ST.      Consolidated with:
LOUIS GERVIL,                    3:13-cv-1225-RNC
                                 3:13-cv-1269-RNC
               Plaintiff,        3:13-cv-1437-RNC
                                 3:13-cv-1480-RNC
      v.                         3:13-cv-1626-RNC
                                 3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER          3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE      3:13-cv-1629-RNC
E. CARTER; HAITI FUND,           3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;      3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW      3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY      3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.         3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES      3:13-cv-1635-RNC
AND OF MALTA, AMERICAN           3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a       3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN         3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN        3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN      3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;        3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX      3:13-cv-1642-RNC
and JOHN DOE SEVEN,              3:13-cv-1644-RNC
                                 3:13-cv-1645-RNC
               Defendants.       3:13-cv-1647-RNC
                                 3:13-cv-1648-RNC
                                 3:13-cv-1701-RNC
                                 3:13-cv-1767-RNC
                                 3:13-cv-1768-RNC
                                 3:13-cv-1769-RNC
                                 3:13-cv-1881-RNC
                                 3:13-cv-1904-RNC
                                 3:13-cv-1906-RNC
                                 3:13-cv-1907-RNC
****************************
This document applies to:
All of the above referenced cases
And those to be filed
****************************
```

CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
       VIDEOTAPED DEPOSITION OF PAUL T. KENDRICK
             Friday, April 24, 2015
                 10:36 a.m.

Page 2

1      VIDEOTAPED DEPOSITION OF PAUL T. KENDRICK

2

3      Held At:

4           Murphy & King

5           One Beacon Street

6           Boston, Massachusetts

7

8   REPORTED BY:

9   Maureen O'Connor Pollard, RMR, CLR, CSR #149108

1    representative, Father Paul Carrier, had
2    authored, with 11 other people, a letter to
3    donors calling the victims liars in September,
4    '08. So we had a two year trail of everybody I
5    knew, of Malta, and the Jesuits, and Fairfield
6    University, instead of running towards the
7    hurting victims had gone the other way.
8             Now, so let me be clear here. When I
9    call an attorney, as I did Mr. Garabedian, I
10   didn't know Mr. Garabedian except by reputation
11   as a skilled attorney who had previous, I
12   thought, experience with the Jesuits, etcetera,
13   on abuse, and said to him in so many words "can
14   you help these children, can you help these
15   children. The powers that be, the great
16   Catholic institutions and Jesuit institutions
17   who preach, who preach a social gospel are
18   neglecting and calling these kids liars. So,
19   sir, they need somebody to stand up for them to
20   give them -- no -- gravitas."
21            And so I would assume in my head that
22   during that time I'm talking to Mr. Garabedian
23   about the situation, yes, that I had established
24   a relationship with him as I understand
25   attorney/client relationship.

1  were abused physically or just part of the group
2  that -- thanks to your client, Father Carrier,
3  your client, Father Carrier put these kids back
4  on the street with nothing to eat in an unsafe
5  environment.
6      Q.  And in your view, those kids were
7  victims of Douglas Perlitz, too, in a way?
8      A.  Wouldn't you think?
9      Q.  Well, do you know whether any of them
10 are Plaintiffs in these actions?
11     A.  I don't, no.
12     Q.  Okay.  Let me ask you to look at the
13 next document, which we'll mark as Number 17.
14     A.  Does Father Carrier call you later and
15 say "how did it go, Ted?  How did it go?  Did
16 you get him?"  Jesus.
17          (Whereupon, Kendrick Exhibit Number
18          17, E-mail chain, Bates RBC005825 and
19          5826, was marked for identification.)
20 BY MR. FOLKMAN:
21     Q.  So Exhibit 17, sir, is e-mails between
22 you and Cyrus Sibert, right?
23     A.  Yes.
24     Q.  And you were sending money that you
25 had raised, maybe it was your own money, you

1  were sending money down to him to provide food

2  for kids who said they were abused by

3  Mr. Perlitz, right?

4       A.    I'd have to read this.

5       Q.    Sure. Take a minute.

6       A.    Is that what you're telling me I did?

7             (Witness reviewing document.)

8       A.    So what's your point?

9  BY MR. FOLKMAN:

10      Q.    So you were sending money down to

11 Mr. Sibert to --

12      A.    I didn't send. That 2,300 had to be

13 money we raised.

14      Q.    Yes, it's money you sent down to him,

15 right?

16      A.    Yes.

17      Q.    Okay. And you may have sent other

18 money down to him at other times that's not

19 reflected in this e-mail, right?

20      A.    Right.

21      Q.    And you write to him that it's

22 "important to keep paper records of the

23 disbursements so that nothing can be

24 questioned"?

25      A.    Yes.

1   sort of problem with the sound.

2           What I was about to ask you was, do
3   you know whether Mr. Sibert ever received any
4   sort of salary or other compensation from
5   lawyers in the United States, or from anybody
6   else, for the work that he was doing on behalf
7   of these boys?
8       A.   I don't know any exact amounts, no.
9       Q.   But do you know that he received some
10  money?
11      A.   I stayed out of that.  I don't know.
12      Q.   You don't know.
13           Okay.  Do you know where Mr. Sibert
14  can be found?
15      A.   Let me just say something about that.
16  Mr. Sibert worked extremely hard.  And I like
17  the way you didn't mention that he says in the
18  e-mail at the end "we have a big battle"
19  against, and he's talking about the likes of you
20  and Dow and everybody, and "let's do it with
21  honor."  That's the Cyrus Sibert I know.
22      Q.   Okay.  Do you know, does Mr. Sibert
23  have an address in the United States that you
24  know of?
25      A.   Yes.

```
 1        Q.   And is it in Florida?
 2        A.   Yes.
 3        Q.   Do you know that address?
 4        A.   Yes, I do.
 5        Q.   Can you tell it to me?  Do you have it
 6   in your phone there?
 7        A.   I think you can ask Mr. Sibert for his
 8   address.
 9        Q.   Well, do you know his address?
10        A.   I do.
11        Q.   Can you tell us?
12        A.   No, I'm not going to divulge his
13   private address.  You can look it up on
14   WhitePages.
15        Q.   Do you know what city he lives in in
16   Florida?
17        A.   He lives in Orlando, Florida.
18        Q.   Orlando, Florida.
19             And is it a house that he owns?
20        A.   I believe so.
21        Q.   Is he an American citizen, as far as
22   you know?
23        A.   No.
24        Q.   Just so that the record is clear on
25   this, you have his address available now, you're
```

1    just not going to tell me?
2         A.   I'm not giving somebody's personal
3    address out.  That's just plain unethical.  You
4    can find the address.  You can go to WhitePages.
5         Q.   Okay.  Do you know where Robinson
6    Gedeus can be found?
7         A.   No.
8         Q.   Do you know where Margarette can be
9    found?
10        A.   Somewhere in Haiti.
11        Q.   But you don't know an address for her?
12        A.   No.
13        Q.   Are you in touch with Cyrus regularly
14   now?
15        A.   Yes.
16        Q.   Have you spoken with any of the kids,
17   the young men now, who are Plaintiffs in the
18   second round of cases?
19        A.   I don't believe so, no.
20        Q.   Do you know whether -- so you know who
21   Mr. -- I'm not sure if it's Mr. or doctor -- but
22   Bossous is?
23        A.   Yes.
24        Q.   Do you know whether he went down to
25   visit after the settlement of the first cases?

1    Q.  You say to Cyrus "Please don't let
2  Garabedian push you too fast on this."
3    A.  Yes.
4    Q.  And you were concerned, weren't you,
5  that Mr. Garabedian --
6    A.  Every --
7    Q.  Let me finish my --
8    A.  No, I'm not going to let you finish.
9        Every case I've ever been involved in,
10 we move forward with caution.  Once the
11 settlements had been announced, Mr. Folkman, I
12 would be a fool, Mr. Garabedian would be a fool,
13 Mr. Gordon would be a fool, and Cyrus would be a
14 fool not to be extra vigilant.  What you're
15 getting at is, is there a victim who came
16 forward who wasn't abused and is just in it for
17 the money.  That's their job to screen each and
18 every victim.
19       So I'm saying to Cyrus Sibert who is
20 in Haiti that take your time, go slow, make sure
21 you have a say in this, too, whether the
22 credibility in screening the victim is of -- how
23 can I put this, is acceptable to you.
24   Q.  What you're saying in this e-mail,
25 sir, is that you can't rely on Mr. Garabedian to

Page 193

1  vet these people, you have to do it yourself,
2  Cyrus, right?
3        A.   That's not what I'm saying.  Where do
4  you put your words into my mouth?
5        Q.   Can you read the paragraph, sir, that
6  begins "You are the only person"?  Can you read
7  that out loud, please?
8        A.   But he's not the only person.  He's
9  the only person -- listen, listen.
10       Q.   Sir, are you going to answer my
11 question or not?
12       A.   I'm going to answer your question, and
13 then just listen to me, and the jury can listen
14 to me, too.  I hope you call me for the jury.
15            Because, Mr. Folkman, Mr. Sibert is
16 Haitian, he is on the ground, he knows the
17 situation there, and yes, as a first responder,
18 the victims coming to him, he is the only person
19 in Haiti to bring the cases to Mr. Garabedian.
20       Q.   And you're concerned that Garabedian
21 was pushing Cyrus, weren't you?
22       A.   I'm concerned, as I always am, that
23 interviews happen too quickly, that Mr. Sibert
24 set the schedule, Mr. Sibert work at his pace,
25 Mr. Sibert take his time to interview the

1   victims.
2           Let me ask you, Mr. Folkman, aren't
3   you glad that I was so careful and responsible
4   in my advice to Mr. Sibert?
5       Q.   Mr. Kendrick, what qualifications --
6       A.   Because maybe you'd have 300 victims
7   you're dealing with right now.
8       Q.   Do you mean because the temptation of
9   the money is overwhelming given the poverty that
10  these children live in?
11          MR. GORDON:  Objection.
12      A.   Let me take back my apology to you.
13  How dare you on behalf of Fairfield University,
14  the Order of Malta, and the Society of Jesus
15  insinuate, yes, that these poor homeless street
16  kids are lying.  How many are lying,
17  Mr. Folkman?  How many of the new 47 victims are
18  lying?  What do you think?
19  BY MR. FOLKMAN:
20      Q.   Mr. Kendrick --
21      A.   Do you think they all are?
22      Q.   I'd like to keep asking you some
23  questions.  Are you prepared to answer my
24  questions?
25      A.   I don't know.  We'll see.