```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
***************************
GERVIL ST. LOUIS, a/k/a ST.    Consolidated with:
LOUIS GERVIL,                  3:13-cv-1225-RNC
                               3:13-cv-1269-RNC
              Plaintiff,       3:13-cv-1437-RNC
                               3:13-cv-1480-RNC
     v.                        3:13-cv-1626-RNC
                               3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER        3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE    3:13-cv-1629-RNC
E. CARTER; HAITI FUND,         3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;    3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW    3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY    3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.       3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES    3:13-cv-1635-RNC
AND OF MALTA, AMERICAN         3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a     3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN       3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN      3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN    3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;      3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX    3:13-cv-1642-RNC
and JOHN DOE SEVEN,            3:13-cv-1644-RNC
                               3:13-cv-1645-RNC
              Defendants.      3:13-cv-1647-RNC
                               3:13-cv-1648-RNC
                               3:13-cv-1701-RNC
                               3:13-cv-1767-RNC
                               3:13-cv-1768-RNC
                               3:13-cv-1769-RNC
                               3:13-cv-1881-RNC
                               3:13-cv-1904-RNC
                               3:13-cv-1906-RNC
                               3:13-cv-1907-RNC
******************************
This document applies to:
All of the above referenced cases
And those to be filed
******************************
     CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
              VIDEOTAPED DEPOSITION OF
              JHEEMPSON BRISMAC JOSEPH
          Tuesday, September 29, 2015
```

```
 1
 2            VIDEOTAPED DEPOSITION OF
 3            JHEEMPSON BRISMAC JOSEPH
 4
 5
 6
 7
 8   Held At:
 9        Barcelo Puerto Plata
10        Carretera Luperón, km 5, Puerto Plata 547
11        Dominican Republic
12
13
14   REPORTED BY:
15   Maureen O'Connor Pollard, RMR, CLR, LSR #473
16   Realtime Systems Administrator
17
18
19
20
21
22
23
24
25
```

1     A.    Society of Jesus, I don't recall that.

2     Q.    Have you ever heard that name before,
3  Society of Jesus of New England?

4     A.    I don't know.  If we're talking about
5  Jesuits, yes.  But if not, no.

6     Q.    Have you heard of the Jesuits before?

7     A.    Yeah, because Father Paul is a Jesuit,
8  and Sylvester also is a part of that.

9     Q.    Other than the fact that Father
10 Carrier is a Jesuit and Sylvester Tan is a
11 Jesuit, do you know anything else about the
12 Jesuits?

13    A.    No, I don't know anything.

14    Q.    Now, Mr. Joseph, you had started to
15 tell me earlier about a meeting that you had
16 with some former PPT students at -- I believe,
17 was it Carenage Square?

18    A.    Yes.

19    Q.    And you don't recall when that meeting
20 was?

21    A.    I don't remember.

22    Q.    Was it after you passed the sixth
23 grade exam, or before you passed the sixth grade
24 exam?

25    A.    At that time I failed the exam.

1   Q.  So it was before you passed the exam?

2   A.  Yes.

3   Q.  And why was it you met with the former
4   PPT students at Carenage Square?

5   A.  Well, I was looking for work, small
6   jobs, you know, like washing cars.  That's the
7   place where I found majority of my jobs, get a
8   little bit of money to eat.  I found my friends,
9   I came up to them, I recognized them, I said
10  "how are you doing?"  And they told me that
11  something is happening here about the Village.
12  Since I was a child of the Village, I sat down.
13  That's why I met them, I met people.

14  Q.  Who was at that meeting?

15  A.  Children of the Village.  I don't
16  remember their names.  Not all of them, just
17  some of them.

18  Q.  How many?

19  A.  I don't remember how many.

20  Q.  You said earlier that one by one these
21  former students went to go see Cyrus Sibert?

22  A.  They were forming a line.  Cyrus might
23  be where Mitch was.  And the children, the line
24  started from there all the way here.  Oh, he put
25  them aside at a certain distance so they

1  wouldn't hear.
2      Q.  So there was a line of former PPT
3  students, and they were lining up to talk to
4  Cyrus Sibert?
5      A.  Until the time we got to Cyrus.
6      Q.  Did anyone tell you that you should
7  put in your name so that you could bring a case
8  against Douglas?
9      A.  No, I didn't talk to anyone about
10 that.
11     Q.  Did anyone ever ask you to put your
12 name on a list?
13     A.  Except for my lawyers, I didn't
14 speak -- tell anybody about it.
15     Q.  About the abuse?
16     A.  No, I didn't find anyone for that.
17     Q.  Did you speak to Cyrus after waiting
18 in line to speak with him?
19     A.  Yeah, I spoke to him.
20     Q.  And what did you tell him?
21     A.  When I came up to him, I said "hello."
22 He said "what do you want?"  I said "I'm just
23 sitting here, I saw all my friends sitting here,
24 and I just sat here to see what was being said."
25 He said there was something being done about the

1  Village, "if you have -- you want to tell your
2  truth, you can tell your truth.  Don't lie, just
3  tell the truth."  You have to tell him what
4  went -- what happened.
5      Q.   Did Sibert mention Douglas?
6      A.   No, he didn't talk to me about
7  Douglas.  He asked me one question about him,
8  "as a child in the Village, did you know about
9  Douglas?  Do you recognize Douglas?"  I said
10 "yes."  When I said that, "did he do sex with
11 you, sexual relations with you?  If that
12 happened, say the truth, don't lie.  If he
13 didn't do that to you, just leave."
14     Q.   What did you tell Sibert?
15     A.   "I have to tell you, it was hard for
16 me to tell this to you if I don't really know
17 you."  He said "I'm a journalist," now I can
18 talk to him.  Although I didn't feel good
19 telling him, I still told him, I took it upon
20 myself to tell him and tell him the truth.
21 That's how I met him.  That's how he knew that
22 something like that happened to me.
23     Q.   What did you think that Cyrus was
24 going to do for you?
25     A.   I don't understand.  He said to give

```
 1   him his phone number and he will call me.  But
 2   he didn't tell me anything.
 3        Q.   And you told Cyrus about the abuse
 4   right there?
 5        A.   Yes.
 6        Q.   Mr. Joseph, before you were abused by
 7   Douglas, had you ever heard of Cyrus Sibert?
 8        A.   I don't know him.  I had never heard
 9   of him.
10        Q.   You never heard him on the radio
11   before you were abused?
12        A.   No.  I don't have a radio.
13        Q.   Before you were abused, did you ever
14   see writing on the wall at the Village?
15        A.   My eyes never saw that.
16        Q.   Did you ever see any writing on the
17   wall about Douglas?
18        A.   No.
19        Q.   Did you ever see any kind of writing
20   or graffiti about Douglas and his abuse of PPT
21   boys at any time?
22             THE INTERPRETER:  Can you repeat the
23   question, please?
24   BY MR. KERRIGAN:
25        Q.   Did you ever see any writings or
```

1  graffiti about Douglas abusing PPT boys at any
2  time?
3       A.   I never saw that.
4       Q.   After you spoke with Cyrus Sibert
5  about the abuse, did anyone contact you about
6  your discussion with Cyrus?
7            MS. POLLOCK:  I'm going to object and
8  instruct the witness not to disclose any
9  conversations that you had with your attorneys.
10           Interpreter, can you please interpret
11 that?
12           THE INTERPRETER:  I'm sorry, can you
13 repeat your objection?
14           MS. POLLOCK:  I'm objecting, and
15 instructing the witness not to disclose any
16 conversations that he's had with his attorneys.
17      A.   Okay.
18           THE INTERPRETER:  Can you repeat the
19 question?
20           MR. KERRIGAN:  Sure.
21           THE INTERPRETER:  I have it.
22      A.   I gave him my phone number.  It was my
23 little aunt's phone number.  Cyrus did call.
24 And Cyrus said "Brisma, you will get a phone
25 call."  I said "who is it going to be?"  He said

1  "just let the person call you, talk, tell the
2  truth, and you will know who it is."  And really
3  indeed, I received an international phone call.
4         MR. KERRIGAN:  Is that the end?
5         THE INTERPRETER:  Yes.
6  BY MR. KERRIGAN:
7      Q.  Was the international phone call from
8  a lawyer?
9      A.  Yes.
10     Q.  What was the lawyer's name?
11     A.  He presented himself as Mitch's --
12 Mitch -- lawyer Mitch.
13     Q.  In your answer to the questions that
14 we looked at earlier, Mr. Joseph, on answer
15 Number 12, it says that you retained counsel in
16 approximately August of 2013.  Is that correct?
17     A.  I can't recall the date.
18     Q.  Do you have any reason to doubt your
19 answer to Number 12?
20     A.  No, I don't have doubts.  But I might
21 not recall in which year that happened.
22     Q.  Did you hire the attorney, Mitch, as
23 your attorney?
24         MS. POLLOCK:  I'm going to instruct
25 the witness this answer should only be answered

1   1,000 gourdes so I could sign the paper and go
2   back, so I could pay the car to go back home, to
3   go back.
4        Q.   Okay.  Was this Exhibit 2 the document
5   you signed when you came to Cap-Haïtien?
6        A.   I don't remember.  I signed several
7   documents.
8        Q.   At any other time did Cyrus Sibert
9   give you any money?
10       A.   Yes, especially when I come from
11  Port-au-Prince -- I come to Port-au-Prince, when
12  I go back he always gives me 1,000 gourdes.
13       Q.   How many times has he given you 1,000
14  gourdes?
15       A.   I don't remember how often.
16       Q.   Did Cyrus give you any money to have
17  you come here today?
18       A.   Yes.
19       Q.   How much?
20       A.   In total, I was sick in my head, I
21  told him that, and he gave me $400, then $2,000
22  for clothes, so a total of 2,400 Haitian
23  dollars, not other types of dollars.
24       Q.   Are those gourdes or dollars, or is it
25  the same thing?

1       A.   Haitian dollars.
2       Q.   What did you use that money for?
3       A.   I bought a shirt, jeans, tennis shoes,
4    a little perfume, and I also bought food, all of
5    that.
6       Q.   Did you use that money for anything
7    else?
8       A.   No, it wasn't even enough for
9    everything I wanted to do.  It's done.  It's
10   finished.  It's gone.
11      Q.   Are the clothes that you're wearing
12   today bought with money that Cyrus gave you?
13      A.   Yeah.  This, jeans, these shoes, the
14   majority of things I came with here.
15      Q.   Why did Cyrus give you the money for
16   that?
17      A.   He said he was going to go somewhere
18   for my complaint, that's why he gave me the
19   money, so I could buy everything I needed,
20   suitcase, so I could come here.
21      Q.   Did you get any other money from Cyrus
22   Sibert at any time?
23      A.   Before that he gave me 100 US dollars.
24      Q.   When did he give you that?
25      A.   I don't recall.  When I came to sign a

1  paper.
2      Q.  What was that money for?
3      A.  So I could find food.  And I told him
4  I didn't have shoes, so he gave me shoes,
5  sandals, as a gift.
6      Q.  When Cyrus gave you the gift of
7  sandals and money, that didn't make him the boss
8  of you, did it?
9      A.  No.  He didn't give me the sandals.
10     Q.  When Cyrus gave you the money that you
11 told us about --
12     A.  Money to buy sandals.
13     Q.  When Cyrus gave you that money, that
14 didn't mean he was the boss of you, correct?
15     A.  Yeah, he was sort of my boss, because
16 he was helping me.  When somebody is helping
17 you, he's sort of your boss.
18     Q.  Did you receive anything else from
19 Cyrus, whether it be money or gifts or clothes,
20 or anything at all?
21     A.  Clothes, never.  After these two
22 there, I don't think so.  Just money he gave me.
23 He just gave me money.
24     Q.  Have you told us all the money that
25 Cyrus has ever given you?

1  to you about their cases against Douglas?
2      A.  Are you talking about -- are those the
3  people you're asking me, are they the one who
4  won their cases against Douglas?
5      Q.  Them, or anybody else.
6      A.  No, they didn't tell me anything.  I
7  don't talk to them.
8      Q.  Have you received any money from any
9  of your lawyers for this case?
10         MS. POLLOCK:  I'm going to object and
11 instruct the witness not to answer the question.
12         MR. KERRIGAN:  And your objection is
13 based on the fact that this could get into
14 communications?
15         MS. POLLOCK:  I think you're there.
16         MR. KERRIGAN:  You think the transfer
17 of money from a lawyer to a client is a
18 communication?
19         MS. POLLOCK:  Yes.  I think you're
20 there.
21         MR. KERRIGAN:  I disagree with you.
22         MS. POLLOCK:  That's fine.  I'm still
23 instructing him not to answer.
24         MR. KERRIGAN:  So I'll reserve my
25 right.