# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GERVIL ST. LOUIS, a/k/a ST. LOUIS GERVIL

      Plaintiff,


      v.


DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS OF NEW ENGLAND; SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICAN ASSOCIATION, U.S.A., a/k/a ORDER OF MALTA, AMERICAN ASSOCIATION, USA JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; JOHN DOE FOUR; JOHN DOE FIVE; JOHN DOE SIX; and JOHN DOE SEVEN,

      Defendants.

---

*This document applies to*:
All cases

---

Lead Civil Action No.:
3:13-cv-01132-RNC

Consolidated with:

| | |
|---|---|
| 3:13-cv-1225 | 3:13-cv-1640 |
| 3:13-cv-1269 | 3:13-cv-1641 |
| 3:13-cv-1437 | 3:13-cv-1642 |
| 3:13-cv-1480 | 3:13-cv-1644 |
| 3:13-cv-1626 | 3:13-cv-1645 |
| 3:13-cv-1627 | 3:13-cv-1647 |
| 3:13-cv-1628 | 3:13-cv-1648 |
| 3:13-cv-1629 | 3:13-cv-1701 |
| 3:13-cv-1630 | 3:13-cv-1767 |
| 3:13-cv-1631 | 3:13-cv-1768 |
| 3:13-cv-1632 | 3:13-cv-1769 |
| 3:13-cv-1633 | 3:13-cv-1881 |
| 3:13-cv-1634 | 3:13-cv-1904 |
| 3:13-cv-1635 | 3:13-cv-1906 |
| 3:13-cv-1636 | 3:13-cv-1907 |
| 3:13-cv-1637 | 3:14-cv-0125 |
| 3:13-cv-1638 | 3:14-cv-0668 |
| 3:13-cv-1639 | 3:14-cv-0815 |

September 19, 2014

## PLAINTIFF GESNER LECENAT'S RESPONSE TO CERTAIN DEFENDANTS' FIRST SET OF INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Gesner Lecenat hereby responds to the First Set of Interrogatories served by Hope E. Carter, Fr. Paul E. Carrier, Fairfield University, The Society of Jesus of New England, and the Sovereign Military Hospitaller Order of St. John of Jerusalem of Rhodes and of Malta, American Association, U.S.A. (collectively, "Certain Defendants"), and incorporates herein by reference the General Objections and Objections to Individual Interrogatories contained in the previously served Plaintiffs' Master Objections to First Set of Interrogatories Propounded by Certain Defendants to All Plaintiffs.

## INTERROGATORIES

### INTERROGATORY NO. 1

Please state your full name (and any other name(s) by which you have been known), your date of birth, and the address of your residence or location where you live. If you cannot state your date of birth, please state your best approximation and the basis for that approximation.

*Answer To Interrogatory No. 1*

My name is Gesner Lecenat, I am also known as Tije. I was born on October 9, 1991. I live in Blue Hills, Cap Haitien.

### INTERROGATORY NO. 2

Please state each residence address or location where you have lived from birth to present date, identifying each person with whom you lived at each location.

*Answer To Interrogatory No. 2*

I was born in Champin, Cap Haitien, and then we moved to Blue Hills and that is where we are living now. I live with my grandfather, Amos Lamour. My grandfather used to be a farmer, but now he cannot work anymore.

### INTERROGATORY NO. 3

Identify each current and former spouse, and for each one, state the date and location of your marriage to each, and if any marriage ended in divorce, the date and location (court) of each divorce.

*Answer To Interrogatory No. 3*

I am not married.

### INTERROGATORY NO. 4

With regard to your family, please identify your parents, all of your siblings (including biological, step, adopted, and/or foster siblings), and all of your children (including biological, adopted, step, and/or foster children).

*Answer To Interrogatory No. 4*

My mother's name is Irène Lamour (deceased). My father's name is Lefran Lecenat. He lives in the Dominican Republic and works as an electrician. I have four brothers: Frantzdy Lecenat, who lives in the Dominican Republic and works as an electrician, Geffrard Lecenat, who lives

in Blue Hills, Cap Haitien and does not have a job, Emmanuel Lecenat, who lives in Blue Hills, Cap Haitien and does not have a job, and Francoly Lecenat, who lives in Blue Hills, Cap Haitien and does not have a job. I have five sisters: Ingly Lecenat, who lives in the Dominican Republic and does not have a job, Ginia Lecenat, who lives in the Dominican Republic and does not have a job, Djoulie Lecenat, who lives in Blue Hills, Cap Haitien and does not have a job, Carline Lecenat, who lives in the Dominican Republic and does not have a job, and Caroline Lecenat, who lives in the Blue Hills, Cap Haitien and does not have a job. I do not have any children.

### INTERROGATORY NO. 5

Please identify all schools that you attended as a student, starting with elementary school, and for each such school state: (i) the dates you attended; (ii) the grade level(s) or year(s) you completed;  and (iii) the nature of any certificate(s) or degree(s) you obtained.

*Answer To Interrogatory No. 5*

The first school I went to was St. Vincent de Paul. I was around 8 or 9 years old but I cannot remember exactly. I attended first and second grade there. Then I went to the Rue 13 Center in third grade, and because I had good behavior I was transferred to the Village, where I started third grade again. I also did fourth, fifth, and sixth grade at the Village but I do not remember the years. Then I went to Institut Sacré Coeur to continue my secondary studies. I started in seventh grade but I did not get to complete eighth grade because Project Pierre Toussaint closed. I was successful in the sixth grade state's exam but I do not have the paper showing that.

### INTERROGATORY NO. 6

For every school grade or year completed, identify your teacher(s) and/or instructor(s), and state the subject area(s) he and/or she taught.

*Answer To Interrogatory No. 6*

In St. Vincent de Paul's school teacher Vermont used to cover all the subjects. At the Village teacher Ronel used to teach Creole, teacher Edrice taught Mathematics, teacher Daniel taught French, teacher Mémé taught Arts, teacher Patrice taught Social Sciences, teacher Judex taught Science, and Madam Nelta taught French. I do not remember the name of my teachers when I was at Institut Sacré Coeur.

### INTERROGATORY NO. 7

Please identify all employers with whom you worked from January 1, 1995 to the present, the nature of your duties and responsibilities at each place of employment, the amount of compensation received each of the last three years spent at each place of employment, and the name of your immediate supervisor at each place of employment.

*Answer To Interrogatory No. 7*

I do not have an employer. However, I have done some mason jobs, such as mixing gravel and making cement, where I have been paid approximately 200 gourdes per day for approximately two days at a time. I have done this work for different people at different times.

Before going on vacation at the Village, I did groundwork at the Village for about a week. When I went on vacation Douglas paid me about 250 gourdes.

### INTERROGATORY NO. 8

If you are answering these interrogatories with the assistance of any individual (beyond the attorneys representing you), please state the name and address of the individual(s) that are assisting you in responding to these interrogatories.

*Answer To Interrogatory No. 8*

I have not been assisted in answering these interrogatories by anyone beyond my attorneys or their agents.

### INTERROGATORY NO. 9

List any and all other lawsuits in which you have been a party, including the names of the case, the docket number, the jurisdiction where the case was filed, the names of all attorneys involved in such cases and a description of the grounds for the claims in each such case.

*Answer To Interrogatory No. 9*

None that I am aware of.

### INTERROGATORY NO. 10

Identify any covenant not to sue, release, settlement agreement, or discharge of any claim that you had, have or may have against any person for physical or mental injuries or conditions, including but not limited to the injuries or conditions alleged in the Complaint, and for each such document identify the person in whose favor it was given, the date thereof, and the consideration paid to you for giving it.

*Answer To Interrogatory No. 10*

None that I am aware of.

### INTERROGATORY NO. 11

If you have been arrested, please state for each arrest the date of the arrest, the charge against you as a result of the arrest, the location of the courthouse where the charges were brought, and the disposition of the charges.

*Answer To Interrogatory No. 11*

Not applicable.

## INTERROGATORY NO. 12

Please state when you first retained counsel in this matter and who referred you to counsel.

*Answer To Interrogatory No. 12*

I was referred to counsel by Cyrus Sibert, who used to reside in Cap Haitien, Haiti. I retained counsel in or around August of 2013.

## INTERROGATORY NO. 13

State whether you ever attended PPT as a student.  If the answer is yes, please state the dates that you attended PPT.

*Answer To Interrogatory No. 13*

I started attending the Project Pierre Toussaint  Rue 13 Center when I was approximately 10 years old. Then I participated in the Project Pierre Toussaint Village until it closed. I participated in the Kids Alive program for about a month, then they sent us to Holy Spirit (Sentespri) in Carenage to learn a profession, but they closed it before we finished learning a profession. The profession I was studying would have taken 3 years to learn. I spent 1 year studying construction, but they could not pay for the second year, so I could not go.

## INTERROGATORY NO. 14

If you ever participated in any program that was part of PPT, please state the specific program(s) at PPT in which you participated (e.g., the 13th Street Intake Center, the Village, etc.) and the time periods during which you participated in each program.

*Answer To Interrogatory No. 14*

See Answer Nos. 5 and 13.

## INTERROGATORY NO. 15

State whether you ever resided at housing provided or arranged by PPT. If the answer is yes, please state (i) the location of the housing; (ii) the dates that you resided at this housing; and (iii) whether this housing was your exclusive housing during this period or whether you had other housing during this period at which you at least occasionally resided.

*Answer To Interrogatory No. 15*

No.

### INTERROGATORY NO. 16

State whether you ever attended a school that you contend was affiliated or associated with PPT. If the answer is yes, please (i) identify the school; (ii) state the dates that you attended the school; and (iii) the grade level(s) or year(s) you completed.

*Answer To Interrogatory No. 16*

See Answer Nos. 5 and 13.

### INTERROGATORY NO. 17

For each year from the time you became associated with PPT to the present, state all earned or unearned income or gifts, in cash or in kind, you have received from any source, and state the source and amount of each gift or item of income included in your answer.

*Answer To Interrogatory No. 17*

See Answer No. 7.

Every year in December Project Pierre Toussaint gave us sneakers. Project Pierre Toussaint gave me a t-shirt during the 10 year anniversary celebration. Another time Madame Carter came and gave us t-shirts to play basketball in. One time Douglas told me he would give me an mp3 player, but I had to go to Bel Air to get it. However, I did not go to Bel Air, because I believed that if I went to Bel Air it would be bad for me. At that time I believed Douglas would abuse me. Douglas also gave all the boys t-shirts with Fairfield University's logo on the t-shirts.

### INTERROGATORY NO. 18

Have you received any money, gift or item of value from any defendant, and, if so, please state what was received, from whom, and the date(s) of receipt.

*Answer To Interrogatory No. 18*

See Answer Nos. 7 and 17.

### INTERROGATORY NO. 19

With regard to the allegations of sexual abuse, sexual misconduct, or sexual exploitation committed against you ("abuse") by Perlitz which you allege in your Complaint:

      a.      state every date in chronological order on which you claim that Perlitz abused

you and if you cannot, state your best approximation of those dates and state the basis for that approximation;

b.    state the number of occasions on which you allege you were abused by Perlitz;

c.    state exactly what you allege occurred during each alleged instance of abuse by Perlitz including the location, date, time, and duration of the abuse, and;

d.    identify each person known to you who observed or witnessed the abuse alleged in your Complaint.

*Answer To Interrogatory No. 19*

At the end of May in approximately 2006 when I was about 14 to 15 years old and about to receive my first Communion, Douglas took us to a house of nuns in Rival. In Rival everyone got a room to sleep in.  I went to my room to sleep. Later that night, after I had gone to sleep, I felt a hand squeeze my butt so hard that I woke up. When I woke up I felt a hand pressing into my anus. It was Douglas who had come into my room while I was sleeping. I felt Douglas's hand press into my anus. Douglas told me not to be afraid and not to tell anyone what Douglas was doing. Douglas told me if I ever told anyone he would kick me out of the Village.

Douglas touched me another time in the Village. It was less than a year after the first time. This happened in Douglas's private office in the Village. At that time I was in school and my shoes were worn out, so I went to Douglas to ask for some money to buy a pair of shoes. Douglas did not want to give me the money to buy shoes. Douglas said he could not give me the money because I did not want to do what Douglas wanted me to do with him. Douglas started touching me. Douglas was sitting in a chair and I was near him. While I was standing up, Douglas started touching my body. Douglas put his hand on my butt and rubbed my butt. I felt Douglas's hand press into my anus. Douglas asked me to have sex with him for the money. I told him I could not. Douglas said he could not give me the money for the shoes because I would not have sex with him. I told him I would rather go to school with the shoes the way they were. I left.

Douglas asked me to go to Bel Air many times, but I did not go. I recall only once going to Bel Air, but that time was with a lot of other kids. We went to get shoes for our early communion. Julie, the lady who did the catechisms with us, was present as well.

## INTERROGATORY NO. 20

State whether you have ever denied that you were a victim of the abuse alleged in your Complaint. If the answer is yes, please identify each person to whom you denied the alleged abuse, the date when you denied the alleged abuse, and the circumstances by which you denied the alleged abuse.

*Answer To Interrogatory No. 20*

I do not remember ever denying being abused by Douglas.

## INTERROGATORY NO. 21

Identify any person, other than Perlitz, who you allege ever sexually molested, sexually abused

or sexually exploited you, including the date of abuse, relationship of the abuser to you, location of abuse, identity of any person or entity to whom you reported the abuse, the date you reported the abuse, and, if you denied the abuse, state the date and to whom you denied the abuse.

*Answer To Interrogatory No. 21*

No one.

## INTERROGATORY NO. 22

Please state whether you were ever threatened or coerced at any time by any individual (including but not limited to Perlitz) not to report any claim of sexual abuse, and/or whether you were threatened or coerced at any time by any individual to claim that you were sexually abused by Perlitz.

*Answer To Interrogatory No. 22*

Douglas said if I ever told anyone about what he did, he would kick me out of the Village.

## INTERROGATORY NO. 23

Identify all persons who you believe were sexually abused by Perlitz from 1998 to 2008, and for each person so identified, state the basis for your belief.

*Answer To Interrogatory No. 23*

Douglas grabbed my friend's butt at Project Pierre Toussaint and said "Oh man you have a big butt." My friend's name is Joseph Jean-Pierre.

I believe Douglas abused Luckni Joisil (also known as Tidou), another kid in the Village, because I heard Luckni bled a lot from his anus and they took him to the hospital. Before Luckni was bleeding I heard that he was with Douglas.

## INTERROGATORY NO. 24

Identify all persons who you believe actually knew that Perlitz was sexually abusing you at any time prior to September 15, 2009, and for each such person, state the basis for your belief.

*Answer To Interrogatory No. 24*

I do not know who knew before September 15, 2009 that Douglas sexually abused me.

## INTERROGATORY NO. 25

Identify all persons whom you told, at any time prior to September 15, 2009, that Perlitz was abusing you.

*Answer To Interrogatory No. 25*

I do not recall telling anyone prior to September 15, 2009 that Douglas abused me.

## INTERROGATORY NO. 26

Identify all persons (including, if applicable, any of the defendants) who you believe actually knew that Perlitz posed a risk to children or was otherwise unsuitable to serve as director of Project Pierre Toussaint at any time prior to September 15, 2009, and for each such person, state the basis for your belief.

*Answer To Interrogatory No. 26*

I believe Robenson, Margarette Joseph, and all the staff at Project Pierre Toussaint knew. The staff knew because people wrote "Douglas is a faggot" on the walls before Douglas left. I believe Robenson and Margarette Joseph knew before people wrote on the wall. I believe Andy knew and he left Haiti because he did not agree with what Douglas did. There was a student named Capita who slept at Bel Air in Douglas's room who Andy saw in the morning. I heard Andy was so upset when Andy saw that. Capita told us that Andy saw him with Douglas. Capita said Andy was coming from the Center in Rue 13 to the Bel Air house and Andy saw Capita and Douglas together in Douglas's bedroom. Capita did not hide anything from Andy.

Further, I believe my attorneys have made allegations concerning this matter. Plaintiff reserves the right to supplement this answer to the extent he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 27

Identify all persons (including, if applicable, any of the defendants) who you believe should have known that Perlitz posed a risk to children or was otherwise unsuitable to serve as director of Project Pierre Toussaint at any time prior to September 15, 2009, and for each such person, state the basis for your belief.

*Answer To Interrogatory No. 27*

See Answer No. 26. Madame Carter and Pere Paul should have known because they were Douglas' bosses. Jessica, Brittany, and Nicholas should have known because they lived at Bel Air.

Further, I believe my attorneys have made allegations concerning this matter. Plaintiff reserves the right to supplement this answer to the extent he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 28

Describe each injury or condition that you claim to have sustained as a result of the incident alleged in the Complaint.

*Answer To Interrogatory No. 28*

I have suffered emotional pain, problems sleeping, concentration problems, guilt, shame, alcohol abuse, anger, control issues, bad dreams, fear, problems with people who are gay or homosexual, panic attacks, diminished energy, no joy in life, flashbacks, reminders, and crying. I have suffered the losses of Project Pierre Toussaint, food, and educational opportunities.

The abuse affected my self-esteem. I have been troubled by people calling me "Madame Douglas." I am overprotective of children.

I feel worthless, isolated and alone, hopeless, helpless, fear that I broke God's law, anxious, nervous, sad, irritable, confused, empty, dirty and used, and depressed. The abuse sent me down the wrong road in life and stole my childhood. The abuse ruined my life.

## INTERROGATORY NO. 29

If you have received any medical, physical, psychiatric, psychological, mental health, emotional, or similar counseling, examination, testing, treatment, or evaluation for the damages alleged in your most recent Complaint, please describe as accurately as possible:

   a.  the reason or purpose for the treatments;
   b.  the name and address of the individuals who treated you;
   c.  the dates of such treatment;
   d.  the identity of any medications which were prescribed as part of your treatment; and
   e.  whether a report of the examination, test results or treatment was prepared; and
   f.  the name and address of each person or organization to whom a report was submitted.

*Answer To Interrogatory No. 29*

Not applicable.

## INTERROGATORY NO. 30

Identify each hospital or other health care facility where you received treatment or were treated, evaluated or examined, whether as an out-patient or inpatient, for the injuries described in your Complaint, specifying each instance the nature and dates of each such treatment, test, evaluation or examination.

*Answer To Interrogatory No. 30*

Not applicable.

## INTERROGATORY NO. 31

Identify each physician, psychiatrist, therapist or other person who treated you for the injuries or conditions alleged in the Complaint, and set forth the dates and treatment with each person and whether you continue to receive treatment from that person.

*Answer To Interrogatory No. 31*

Not applicable.

## INTERROGATORY NO. 32

If you are claiming medical expenses, mental health related expenses, or any other expenses or damages due to the events alleged in your most recent Complaint, please give an itemized statement of all such expenses as a result of the events alleged in your most recent Complaint and identify each such expense which has been or may be paid or indemnified by an person, firm, institution, government, or otherwise.

*Answer To Interrogatory No. 32*

Not applicable.

## INTERROGATORY NO. 33

Identify each doctor or health care professional, including but not limited to, your primary care provider, who has treated you from January 1, 1995 to the present, and for each, state the date(s) of treatment and the nature of each visit to each doctor or health care professional.

*Answer To Interrogatory No. 33*

While I was at the Village a doctor came to do a medical check-ups for all of the children at the Village. I had bumps on my head and the doctor gave me a gel ointment to put on my head. I do not recall the doctor's name.

## INTERROGATORY NO. 34

Please state the names and addresses of any hospitals, clinics, physicians, physician's assistants, nurse practitioners, nurses, psychologists, psychiatrists, mental health providers, physical or psychological therapists, social workers, other health care providers, or other professionals including psychiatric facilities, from which you received consultation, evaluation or treatment or to which you were admitted from January 1, 1995 to the present, and state as accurately as you can the reason for each admission, evaluation, or treatment.

*Answer To Interrogatory No. 34*

I do not recall the name of the doctor who did the medical check-ups in the Village.

**INTERROGATORY NO. 35**

Please state the names of any medications which you have been prescribed and/or taken during the period from January 1, 1995 to the present, and identify each person who prescribed each medication and the reason(s) why you took, or are taking, each medication.

*Answer To Interrogatory No. 35*

I do not remember the name of the ointment, but the doctor gave it to me because of the pimples that I had on my head.

**INTERROGATORY NO. 36**

If you are claiming that you lost work or wages due to the events alleged in your most recent Complaint, please give an itemized statement of all work and/or wages lost as a result of the alleged events and identify each such loss which has been or may be paid or indemnified by any person, firm, institution, government, or otherwise.

*Answer To Interrogatory No. 36*

I have not been able to get a full time job. I do not know how much work or wages were lost because of Douglas's bad behavior, as I have not yet been examined by an expert who could determine this.

**INTERROGATORY NO. 37**

If you are claiming that your earning capacity has been diminished as a result of the events alleged in your most recent Complaint, please state all facts on which you base your claim and what usual duties, tasks, and/or occupations you are unable to attend to because of the alleged events.

*Answer To Interrogatory No. 37*

I do not yet know whether my earning capacity has been diminished as I have not yet been examined by an expert who could determine this for me.

**INTERROGATORY NO. 38**

If you are claiming that you are prevented from engaging in any activity due to the events alleged in your most recent Complaint, please state, as completely as possible, how you are prevented from engaging in each activity, how long you have been prevented, and how this affects you on a daily basis.

*Answer To Interrogatory No. 38*

See Answer No. 28.

**INTERROGATORY NO. 39**

If, prior to or subsequent to the date of the incidents alleged in your most recent Complaint you suffered from any accident, injury, or illness which limited your ability to attend school, work or to otherwise carry out the usual functions of everyday life, please describe the nature of the injury or conditions suffered, the date and duration, the treatment you have received, including a list of health care providers, and any present limitation and how long you expect said limitation to continue.

*Answer To Interrogatory No. 39*

I have occasionally had week long fevers.

**INTERROGATORY NO. 40**

Please identify each person known to you or to your attorneys who has knowledge regarding the facts and circumstances surrounding the happening of the events alleged in your most recent Complaint, including, but not limited to, eyewitnesses to such events and other persons having knowledge thereof.

*Answer To Interrogatory No. 40*

See Answers No. 26 and 27. Further, I believe that the plaintiffs in the current cases against Douglas Perlitz and the plaintiffs in the earlier settled cases against Douglas Perlitz have knowledge concerning these events. Also, I understand my attorneys have included information in my complaint that responds to this question. Plaintiff reserves the right to supplement this answer to the extent he recalls or becomes aware of additional facts supporting this claim.

**INTERROGATORY NO. 41**

Please identify all communications you had with any of the defendants, or those you believe to be agents, servants, representatives, or employees of any of the defendants, concerning the matters alleged in your most recent Complaint.

*Answer To Interrogatory No. 41*

Other than my communications with Douglas described above, none of which I am aware.

**INTERROGATORY NO. 42**

Please identify all communications you had with any law enforcement agency, entity, organization, government officials, and/or agents or employees of non-governmental organizations, or those you believe to be its agents, servants, representatives, or employees, concerning the matters alleged in your most recent Complaint.

*Answer To Interrogatory No. 42*

Not applicable.

### INTERROGATORY NO. 43

Please identify all communications you had with any other person not referenced above, apart from attorneys representing you, concerning the matters alleged in your most recent Complaint.

*Answer To Interrogatory No. 43*

Not applicable.

### INTERROGATORY NO. 44

Please identify each person to whom you reported, described, or discussed the incidents of alleged abuse and/or incidents relating to such abuse that are alleged in your most recent Complaint, the date(s) you reported such incidents to each person, and the manner in which you reported, described, or discussed such incidents.

*Answer To Interrogatory No. 44*

Other than my attorneys or their agents, none of which I am aware.

### INTERROGATORY NO. 45

Please identify all electronic addresses and accounts you have had or used in any way from 1998 to the present relating to any electronic mail, blogs, or social networking websites and media, including but not limited to Facebook, MySpace, Twitter, Google+, Friendster, Skype, GoToMyPC, and any other social networking sites.

*Answer To Interrogatory No. 45*

I do not have any.

### INTERROGATORY NO. 46

Please identify all of the phone numbers, account numbers, and service providers for all cellular phones or other hand-held devices you have had or used from 1998 to the present.

*Answer To Interrogatory No. 46*

My telephone number is 3788-2035 and the provider is Digicel. I did not have any other number before that.

### INTERROGATORY NO. 47

- 14 -

List all student identification cards, badges and/or numbers given, assigned and/or issued to you by any school at which you attended, participated and/or resided.

*Answer To Interrogatory No. 47*

I had a Kids Alive Boys Center ID card.

## **INTERROGATORY NO. 48**

If you contend that Father Carrier had a sexual relationship with any person from 1987 to the present, state the basis for your contention.

*Answer To Interrogatory No. 48*

I believe Father Paul had a sexual relationship with Douglas, because I understood Father Paul taught Douglas. Further, I believe my attorneys have made allegations concerning this matter. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## **INTERROGATORY NO. 49**

If you contend that Father Carrier saw minor boys from Project Pierre Toussaint in Perlitz's bedroom at Bel Air or knew that minor boys from Project Pierre Toussaint were sleeping in that bedroom, state the basis for your contention.

*Answer To Interrogatory No. 49*

I personally know nothing about this matter, but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## **INTERROGATORY NO. 50**

If you contend that Father Carrier saw Perlitz show any person a pornographic video, state the basis for your contention.

*Answer To Interrogatory No. 50*

I personally know nothing about this matter, but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## **INTERROGATORY NO. 51**

If you contend that Father Carrier knew that a boy was living at Perlitz's Bel Air house, state the basis for your contention.

- 15 -

*Answer To Interrogatory No. 51*

I personally know nothing about this matter, but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### **INTERROGATORY NO. 52**

If you contend that Father Carrier was present when Perlitz arranged a rendezvous at Perlitz's Bel Air house with a boy for late in the evening, state the basis of your contention.

*Answer To Interrogatory No. 52*

I personally know nothing about this matter, but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### **INTERROGATORY NO. 53**

If you contend that Father Carrier was present when Perlitz hugged a Project Pierre Toussaint student so that the front of Perlitz's body was pressed against the back of the minor's body, state the basis for your contention.

*Answer To Interrogatory No. 53*

I saw Douglas hug a student named Richmond face to face in front of Father Paul. Further, I believe my attorneys have made allegations concerning this matter. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### **INTERROGATORY NO. 54**

If you contend that Father Carrier hindered, delayed, or prevented any person from communicating with any law enforcement officer concerning Perlitz, state the basis for your contention.

*Answer To Interrogatory No. 54*

I personally know nothing about this matter, but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### **INTERROGATORY NO. 55**

Please state every fact you are relying upon to support any claim that Hope Carter knew or should have known that Perlitz was abusing you.

- 16 -

*Answer To Interrogatory No. 55*

I personally know nothing about this matter, but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 56

Please state every fact you are relying upon to support your claim that Hope Carter saw minor boys from PPT in Perlitz's bedroom in Perlitz's Bel Air house as alleged in your Complaint including the dates Carter allegedly saw these boys and the names of the boys.

*Answer To Interrogatory No. 56*

I personally know nothing about this matter, but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 57

Please state any and all facts that the plaintiff claims supports his claim of a fiduciary relationship with Hope Carter.

*Answer To Interrogatory No. 57*

Douglas told us that Madame Carter was a "big chief" and one of the important people who supported Project Pierre Toussaint. Douglas told us Madame Carter was the person who gave the biggest help to Project Pierre Toussaint. When Madame Carter came to Project Pierre Toussaint, she greeted us when she saw us and said "Bonjour." Madame Carter also gave me a soccer ball at the Village. Further, I believe my attorneys have made allegations concerning this matter. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 58

Please state whether the plaintiff has ever personally met Hope Carter.

*Answer To Interrogatory No. 58*

When Madame Carter came to Project Pierre Toussaint, she greeted us when she saw us and said "Bonjour." Madame Carter also gave me a soccer ball at the Village. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 59

- 17 -

Please provide a detailed description of any and all conversations and/or communications between you and Hope Carter, including the date(s) of said conversation(s) and/or communication(s) and the content(s) of said conversation(s) and communication(s).

*Answer To Interrogatory No. 59*

See Answer No. 58.

## INTERROGATORY NO. 60

Please state whether the plaintiff was ever taught or counseled by Hope Carter.

*Answer To Interrogatory No. 60*

Not that I recall.

## INTERROGATORY NO. 61

If the answer to Interrogatory No. 60 is affirmative, please state any and all facts to support any claim by the plaintiff that Hope Carter taught or counseled the plaintiff, including the date(s) and content(s) of any such teaching and counseling.

*Answer To Interrogatory No. 61*

Not applicable.

## INTERROGATORY NO. 62

Please state every fact you are relying upon to support the allegation in your Complaint that you have a special relationship with Hope Carter.

See Answer Nos. 57 and 58.

## INTERROGATORY NO. 63

Please state in detail every interaction you have ever had with Hope Carter including the nature of said interaction and the dates thereof.

*Answer To Interrogatory No. 63*

See Answer No. 58. I do not recall the exact dates.

## INTERROGATORY NO. 64

Please state whether the plaintiff ever received mentoring, guidance or advice from Hope Carter. If so, please state the date(s) and content(s) of any such mentoring, guidance or advice.

- 18 -

*Answer To Interrogatory No. 64*

Not that I recall.

## INTERROGATORY NO. 65

Please state the factual basis for the plaintiff's claim that Hope Carter negligently hired, retained, directed and supervised Perlitz.

*Answer To Interrogatory No. 65*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 66

Please state the exact dates you claim Hope Carter was present at Perlitz's home when you and Perlitz were there.

*Answer To Interrogatory No. 66*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 67

Please state any witnesses and addresses known to you that support your claim that Hope Carter was present at Perltiz's home when you and Perlitz were there.

*Answer To Interrogatory No. 67*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 68

Please state whether you have made any statements, as defined in the Connecticut Practice Book § 13-1, to any person regarding any of the incidents alleged in your Complaint?

*Answer To Interrogatory No. 68*

I do not believe I have made such statements to anyone beyond my attorneys or their agents.

### INTERROGATORY NO. 69

State whether you allege that Fairfield University knew or should have known that Perlitz was engaging in any of the conduct you allege in your Complaint. If so, please provide the basis for such allegation and the evidence and/or documents that support such allegation.

*Answer To Interrogatory No. 69*

I heard that Father Paul and Madame Carter were from Fairfield University. Father Paul and Madame Carter often visited Project Pierre Toussaint on behalf of Fairfield University. Father Paul and Douglas were close and good friends. I saw them hugging each other in front of me. I saw Douglas hugging a student, Richmond, in front of Father Paul. Further, I believe my attorneys have made allegations concerning this matter. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 70

For each act or omission of Fairfield University that you allege directly or indirectly caused or contributed to your injuries, please provide the following information:

      a.      the specific act or omission;
      b.      the date and time of the act or omission;
      c.      identify each person you believe is responsible for each act or omission;
      d.      identify each person then and now having knowledge of the alleged conduct of Fairfield University and when and how that person acquired the knowledge; and
      e.      identify all communications between you and any person concerning such alleged conduct.

*Answer To Interrogatory No. 70*

I heard that Father Paul and Madame Carter were from Fairfield University. Father Paul and Madame Carter often visited Project Pierre Toussaint on behalf of Fairfield University. Father Paul and Douglas were close and good friends. I saw them hugging each other in front of me. I saw Douglas hugging a student, Richmond, in front of Father Paul. Further, I believe my attorneys have made allegations concerning this matter. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 71

Identify each volunteer from Fairfield University who you allege (a) saw minor boys in Perlitz's Bel Air house in Haiti or (b) saw minor boys in Perlitz's bedroom at that house.

*Answer To Interrogatory No. 71*

I personally know nothing about this matter but believe my attorneys have made allegations

concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 72

Describe the factual basis for your allegation in Paragraph 13 of the Complaint that "Fairfield University hired Perlitz in connection with PPT and retained him during the relevant time period."

*Answer To Interrogatory No. 72*

Douglas gave all the boys t-shirts with Fairfield University's logo on the t-shirt. He told us that Fairfield University was one of the important companies that gave the Village help. Douglas told us that Father Paul worked at Fairfield University. Further, I believe my attorneys have made allegations concerning this matter. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 73

Describe the factual basis for the allegation in your Complaint that Fairfield University was "operated by the New England Jesuit Order."

*Answer To Interrogatory No. 73*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 74

Please state whether you allege that Fairfield University was aware at any time before 2008 of any inappropriate relationship, in or about 1988, between Father Paul E. Carrier, S.J. and a student at Fairfield University, as referred to in Paragraph 26 of your Complaint. If so, describe the factual basis for that allegation.

*Answer To Interrogatory No. 74*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 75

Please state the factual basis for your allegation in Paragraph 34 of the Complaint that Father Carrier and Hope Carter each travelled frequently to Haiti to check up on and supervise the activities of PPT on behalf of Fairfield University…"

*Answer To Interrogatory No. 75*

Father Paul and Madame Carter often visited Project Pierre Toussaint on behalf of Fairfield University. Douglas had told us that Father Paul worked at Fairfield University. I heard from others at PPT that Madame Carter was from Fairfield University. Further, I believe my attorneys have made allegations concerning this matter. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 76

Describe the factual basis for the allegation in your Complaint that Fairfield University knew that Perlitz was travelling to Haiti to engage in illicit sexual conduct with minors in Haiti.

*Answer To Interrogatory No. 76*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 77

Please state any and all facts that the plaintiff claims supports his claim of a fiduciary relationship with Fairfield University.

*Answer To Interrogatory No. 77*

I was told by Douglas that Fairfield University was one of the important companies supporting Project Pierre Toussaint. Father Paul and Madame Carter often visited Project Pierre Toussaint on behalf of Fairfield University. Douglas had told us that Father Paul worked at Fairfield University. I heard from others at PPT that Madame Carter was from Fairfield University. Further, I believe my attorneys have made allegations concerning this matter. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 78

Please identify by name each "Jesuit in training" or other Jesuits who you allege in your Complaint was at Project Pierre Toussaint at any time, and for each person identified, please state each date he was present at PPT and at which PPT building, residence, or location.

*Answer To Interrogatory No. 78*

Sylvester Tan used to teach us the bible and pray with us. He used to take us to the house where there were handicapped people and we helped them with their needs. We fed them and helped them put on their clothes. The first time he came to the Village, we met him in the chapel where we were all praying together. I saw him in the Village.

I saw Father Paul at the Village. I do not recall the dates Father Paul was at the Village.

### INTERROGATORY NO. 79

Describe the factual basis for your allegation in Paragraph 18 of the Complaint that "The Order of Malta hired Perlitz in connection with PPT and retained him during the relevant time period."

*Answer To Interrogatory No. 79*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 80

Describe the factual basis for your allegation in Paragraph 18 of the Complaint that "During the  relevant time period, the Order of Malta placed several of its Knights and Dames on the Board of Directors of the Haiti Fund."

*Answer To Interrogatory No. 80*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 81

Describe the factual basis for your allegation in Paragraph 29 of the Complaint that "The original funding for PPT came from the Order of Malta."

*Answer To Interrogatory No. 81*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 82

Describe the factual basis for your allegation in Paragraph 29 of the Complaint that "[T]he Haiti Fund was little more than an extension of Fairfield University and the Order of Malta."

*Answer To Interrogatory No. 82*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls

or becomes aware of additional facts supporting this claim.

## **INTERROGATORY NO. 83**

For each act or omission of the American Association that you allege directly or indirectly caused or contributed to your injuries, please provide the following information:

    a.       the specific act or omission;
    b.       the date and time of the act or omission;
    c.       identify each person you believe is responsible for each act or omission;
    d.       identify each person then and now having knowledge of the alleged conduct of the American Association and when and how that person acquired the knowledge; and
    e.       identify all communications between you and any person concerning such alleged conduct.

*Answer To Interrogatory No. 83*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## **INTERROGATORY NO. 84**

Please state the basis for, and state all facts and evidence supporting, your allegation that the plaintiff had a fiduciary relationship with the Society of Jesus.

*Answer To Interrogatory No. 84*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## **INTERROGATORY NO. 85**

State whether you allege that the Society of Jesus knew or should have known that Perlitz was engaging in any of the conduct you allege in your Complaint. If so, please provide the basis for such allegation and the evidence and/or documents that support such allegation.

*Answer To Interrogatory No. 85*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 86

Please state the basis for, and state all facts and evidence supporting, your allegation that the Society of Jesus negligently hired, retained, directed, and/or supervised Father Carrier.

*Answer To Interrogatory No. 86*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 87

Please state the basis for, and state all facts and evidence supporting, your allegation that the Society of Jesus negligently hired, retained, directed, and/or supervised Perlitz.

*Answer To Interrogatory No. 87*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 88

For each act or omission of the Society of Jesus that you allege directly or indirectly caused or contributed to your injuries, please provide the following information:

      a.     the specific act or omission;
      b.     the date and time of the act or omission;
      c.     identify each person you believe is responsible for each act or omission;
      d.     identify each person then and now having knowledge of the alleged conduct of the Society of Jesus and when and how that person acquired the knowledge; and
      e.     identify all communications between you and any person concerning such alleged conduct.

*Answer To Interrogatory No. 88*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

Dated: September 19, 2014

                                              Signed as to incorporated objections,

By:    /s/ Mitchell Garabedian
         Mitchell Garabedian (phv04676)
         garabedianlaw@msn.com
         William H. Gordon (phv04677)
         wgordon@garabedianlaw.com
         Law Offices of Mitchell Garabedian
         100 State Street, 6th Floor
         Boston, MA 02109
         Phone: (617) 523-6250

         Paul J. Hanly, Jr. (phv04680)
         phanly@simmonsfirm.com
         Andrea Bierstein (phv04678)
         abierstein@simmonsfirm.com
         Jayne Conroy (phv04679)
         jconroy@simmonsfirm.com
         SIMMONS HANLY CONROY
         112 Madison Ave., 7th floor
         New York, New York 10016
         Phone: (212) 784-6400

         Steven J. Errante (ct04292)
         SErrante@ltke.com
         Marisa A. Bellair (ct23802)
         Lynch, Traub, Keefe, & Errante, P.C.
         P.O. Box 1612
         52 Trumbull Street
         New Haven, CT 06510
         Phone: (203) 787-0275
         Fax: (203) 782-0278

## <u>VERIFICATION</u>

       I, _____, have read the foregoing answers and they are true and accurate to the best of my abilities.

       Signed under the pains and penalties of perjury this ____ day of September, 2014.

 

                                             _____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
TRIBINAL DISTRI ETAZINI
DISTRI CONNECTICUT

| | |
|---|---|
| GERVIL ST.LOUIS, a/k/a ST. LOUIS GERVIL | Aksyon  Sivil |
| Pleyan, | 3:13-cv-01132-RNC |
| | Konsolide avèk: |
| v. | 3:13-cv-1225  3:13-cv-1640 |
| | 3:13-cv-1269  3:13-cv-1641 |
| DOUGLAS PERLITZ;  FATHER PAUL E. CARRIER, | 3:13-cv-1437  3:13-cv-1642 |
| S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD | 3:13-cv-1480  3:13-cv-1644 |
| UNIVERSITY; THE SOCIETY OF JESUS OF NEW | 3:13-cv-1626  3:13-cv-1645 |
| ENGLAND;  SOVEREIGN MILITARY HOSPITALLER | 3:13-cv-1627  3:13-cv-1647 |
| ORDER OF ST. JOHN OF JERUSALEM OF RHODES  AND | 3:13-cv-1628  3:13-cv-1648 |
| OF MALTA, AMERICAN ASSOCIATION, U.S.A., a/k/a | 3:13-cv-1629  3:13-cv-1701 |
| ORDER OF MALTA, AMERICAN ASSOCIATION, USA | 3:13-cv-1630  3:13-cv-1767 |
| JOHN DOE ONE;  JOHN DOE TWO;  JOHN  DOE THREE; | 3:13-cv-1631  3:13-cv-1768 |
| JOHN DOE FOUR;  JOHN DOE FIVE;  JOHN DOE SIX; | 3:13-cv-1632  3:13-cv-1769 |
| and  JOHN DOE SEVEN, | 3:13-cv-1633  3:13-cv-1881 |
| | 3:13-cv-1634  3:13-cv-1904 |
| Defandè. | 3:13-cv-1635  3:13-cv-1906 |
| | 3:13-cv-1636  3:13-cv-1907 |
| | 3:13-cv-1637  3:14-cv-0125 |
| | 3:13-cv-1638  3:14-cv-0668 |
| | 3:13-cv-1639  3:14-cv-0815 |
| *Dokiman sa a aplike a tout ka yo*: | |

Septanm 19, 2014

**REPONS PLEYAN GESNER LECENAT  BAY POU PREMYE SERI ENTÈWOGASYON LADEFANS LAN.**

Selon Règleman 33 nan Règleman Federal Pwosedi Sivil, Pleyan Gesner Lecenat reponn nan dokiman sa a premye gwoup entèwogasyon ki sèvi pa Hope E. Carter, Fr. Paul E. Carrier, Fairfield University, The Society of Jesus of New England, ak the Sovereign Military Hospitaller Order of St. John of Jerusalem of Rhodes and of Malta, American Association, U.S.A. (kolektivman, "Kèk Defandan") epi mete anndan dokiman sa kòm referans Opozisyon Jeneral yo ak Opozisyon a Entèwogatwa Endividyèl yo ki ekri anndan Opozisyon Prensipal Plentif yo a Premye Gwoup Entèwogatwa yo ke yo te sèvi anvan e ke Kèk Defandan te Prezante bay Tout Plentif yo.

# ENTÈWOGATWA YO

## ENTÈWOGATWA NO.1

Tanpri endike non konplè w (ak nenpòt lòt non (yo) ke yo te konnen w), dat nesans ou, ak adrès rezidans ou oswa kote ou abite. Si w pa ka bay dat egzat nesansou,tanpri endike dat ki pi pwòch la ak baz pou apwoksimasyon sa.

*Repons a Entèwogatwa  No. 1*

Non mwen se Gesner Lecenat, yo konnen m tou sou non Tije. Mwen te fèt nan dat 9 Oktòb 1991. Mwen abite nan Blue Hills, Cap Haitien.

## ENTÈWOGATWA NO.2

Tanpri endike chak adrès rezidans oswa kote ou te abite depi lè w te fèt jiska kounye a, identifye chak moun ki te abite avèk ou nan chak lokasyon.

*Reponsa Entèwogatwa No. 2*

Mwen te fèt nan Champin, Cap Haitien, e apresa nou te demenaje pou ale nan  Blue Hills e se la nap viv kounye a. Map viv avèk granpè m, Amos Lamour. Granpè m se te yon kiltivatè, men kounye a li pa ka travay ankò.

## ENTÈWOGATWA NO.3

Idantifye chak konjwen aktyèl ak ansyen, e pou chak, endike dat ak lokasyon maryaj ou avèk chak moun, e si nenpòt maryaj te fini an divòs, dat ak lokasyon (tribinal) chak divòs.

*Repons a Entèwogatwa No. 3*

Mwen pa marye

## ENTÈWOGATWA NO.4

Konsènan fanmi w, tanpri idantifye paran w yo, tout frè ak sè (sa ki gen ladan frè ak sè biyolojik, bofrè, bèlsè, adopsyon ak/oswa frè ak sè fostè), ak tout pitit ou yo (sa ki gen ladan biyolojik, bofrè, bèlsè, adopsyon ak/oswa frè ak sè fostè).

*Repons a Entèwogatwa No. 4*

Non manman m se te Irène Lamour (mouri). Non papa m se Lefran Lecenat. Li abite nan Dominican Republic e lap travay kòm yon elektrisyen. Mwen gen kat frè: Frantzdy Lecenat, ki abite nan Dominican Republic e lap travay  kòm yon elektrisyen, GeffrardLecenat, ki abite nan Blue Hills, Cap Haitien li pap travay,  Emmanuel Lecenat, ki abite nan  Blue Hills, Cap Haitien li pap travay, ak Francoly Lecenat, ki abite nan Blue Hills, Cap Haitien li pap travay. Mwen gen senk sè: Ingly Lecenat, ki abite nan Dominican Republic li pap travay, Ginia Lecenat, ki abite nan

Dominican Republic li pap travay, Djoulie Lecenat, ki abite nan Blue Hills, Cap Haitien li pap travay, Carline Lecenat, ki abite nan Dominican Republic li pap travay, ak Caroline Lecenat, ki abite nan Blue Hills, Cap Haitien e li pap travay. Mwen pa gen pitit.

## ENTÈWOGATWA NO.5

Tanpri idantifye tout lekòl ou te pase antan ke elèv, kòmanse avèk lekòl primè, e pou chak kalite lekòl endike: (i)dat ou te enskri ladan yo; (ii)nan ki nivo klas (yo) ou te rive oswa ane(yo)ou te konplete a; ak  (iii)nati nenpòt kalite sètifika (yo) oswa degre (yo) ou te resevwa.

*Repons a Entèwogatwa No. 5*

Premye lekòl mwen te ale a se te St. Vincent de Paul. Mwen te genyen apeprè laj  8 oswa 9 ane men mwen pa ka sonje egzakteman. Mwen te fè klas premye ak dezyèm ane la. Apresa mwen  te ale nan Sant Rue 13 la pou klas twazyèm ane, e akoz mwen te gen bon konpòtman yo te transfere m nan vilaj la kote mwen te refè klas twazyèm ane a ankò. Mwen te fè tou klas katriyèm, senkyèm ak sizyèm ane men mwen pa sonje ane yo. Apresa mwen te ale nan enstiti Sacré Coeur pou m kontinye etid segondè yo. Mwen te kòmanse nan klas setyèm ane men mwen pat konplete klas wityèm ane paske pwojè Pwojè Pierre Toussaint an te fèmen. Mwen te gen siksè nan egzamen klas sizyèm ane men mwen pa gen papye pou montre sa.

## ENTÈWOGATWA NO.6

 Pou chak lekòl oswa klas ou te konplete, idantifye pwofesè w (yo) ak/oswa enstriktè (yo) epi endike  domèn sijè a (yo) li ak /oswa te anseye.

*Repons a Entèwogatwa No. 6*

Nan lekòl  St. Vincent de Paul pwofesè Vermont te konn abitye kouvri tout matyè yo. Nan vilaj la pwofesè Ronel te abitye anseye kreyòl, pwfesè Edrice te anseye mateamtik, pwofesè Daniel te anseye fransè, pwofesè Mémé te anseye art, pwofesè Patrice te anseye syans sosyal, pwofesè Judex te anseye syans eksperimantal, e Madam Nelta te anseye Fransè. Mwen pa sonje non pwofesè mwen yo lè m te nan Enstiti Sacré Coeur.

## ENTÈWOGATWA NO.7

 Tanpri idantifye tout travay ou te pasedepi1$^{ye}$ janvye 1995 jiska jodia, kalite travay ak responsabilite ou te genyen nan chak kote ou te travay,konpansasyon  ou te resevwa nan chak travay nan twa dènye ane ou te pase yo, ak non sipèvizè imedyat ou nan chak plas travay yo.

*Repons a Entèwogatwa No. 7*

Mwen pa gen yon anplwayè. Toutfwa, mwen te konn fè kèk travay mason, tankou melanje gravye, kote yo te peye m apeprè 200 goud pa jou pou apeprè de jou alafwa. Mwen te fè travay sa pou diferan moun nan diferan peryòd.

Anvan m te konn ale an vakans nan vilaj la, mwen te konn fè travay lakou pou apeprè yon semèn.

Lè m te ale an vakans  Douglas te peye m apeprè 250 goud.

### ENTÈWOGATWA NO.8

Si wap reponn entèwogatwa sa yo avèk èd nenpòt moun (ot ke avoka yo kap reprezante w la), tanpri bay non ak adrès moun (yo) kap ede nan reponn a entèwogatwa sa yo.

*Repons a Entèwogatwa No. 8*

Pèson pa ede m reponn  entewogatwa sa yo, apa avoka mwen yo ak ajan yo.

### ENTÈWOGATWA NO.9

Endike nenpòt ak tout pwosè kote ou te yon pati, enkli non dosye a, nimewo docket, jiridiksyon kote ou te depoze dosye a, non tout avoka yo ki te patisipe nan kalite dosye sa yo ak yon deskripsyon sou kontni reklamasyon yo nan chak ka.

*Repons a Entèwogatwa No. 9*

Okenn ke mwen konnen.

### ENTÈWOGATWA NO.10

Idantifye nenpòt kontra pou pa rele nan leta, antant, akò, oswa rejè tout reklamasyon ou te genyen, oswa ka genyen kont nenpòt moun pou blesi oswa kondisyon ormantal fizik, enkli men ki pa limite a blesi oswa swadizan kondisyon nan plent lan, ak pou chak kalite dokiman sa yo idantifye moun yo te favorize, dat la, ak konsiderasyon yo te ba ou paske ou te kite sa a.

*Repons a Entèwogatwa No. 10*

Okenn ke mwen konnen.

### ENTÈWOGATWA NO.11

Si yo te arete w, tanpri endike dat chak arestasyon, chaj ki te genyen kont ou kòm yon rezilta de arestasyon an, lokasyon tribinal kote yo te pote chaj yo, ak dispozisyon chaj yo.

*Repons  a Entèwogatwa No. 11*

Pa aplikab.

## ENTÈWOGATWA NO.12

Tanpri endike lè ou te premye pran avoka sou zafè sa.

*Repons a EntèwogatwaNo. 12*

Se Cyrus Sibert ki te refere m bay yon avoka. ki abitye rete nan Cap Haitien, Haiti. Mwen te angaje avoka a apeprè nan mwa out yo konsa an 2013.

## ENTÈWOGATWA NO.13

Endike si w te janm patisipe nan yon PPTkòm yon elèv. Si repons la wi, tanpri endike dat ou te rantre nan PPT.

Repons a Entèwogatwa No. 13

Mwen te kòmanse ale nan Pwojè Pierre Toussaint nan Sant Rue 13 lè m te gen apeprè laj 10 ane. Apresa mwen te patisipe nan Pwojè Vilaj Pierre Toussaint jiskaske li te fèmen. Mwen te patisipe nan pwogram  Kids Alive pou apeprè yon mwa, apresa yo te voye nou nan Holy Spirit (Sentespri) nan Carenage pou n aprann yon metye,  men yo te fèmen l anvan nou te fin aprann  metye a. Sa mwen tap etidye a tap pran m 3 ane pou m aprann li. Mwen te pase yon lane ap etidye konstriksyon, kidonk yo pat kapab peye pou dezyèm ane a, kidonk mwen pat kapab ale.

## ENTÈWOGATWA NO.14

Si w te janm patisipe nan nenpòt pwogram ki te fè pati de yon PPT,tanpri endike pwogram spesifik (yo) nan PPTkote ou te patisipe a(egzanp.,13th Street IntakeCenter,theVillage,etc.)ak peryòd tan kote ou te patisipe nan chak pwogram.

*Repons a EntèwogatwaNo. 14*

Ale nan repons  No. 5 ak 13

## ENTÈWOGATWA NO.15

Endike si wi oswa non ou te janm abite nan yon kay ki te bay oswa aranje pa  PPT.Si repons lan wi, tanpri endike (i)adrès kay la;(ii)dat ou te abite nan lojman sa a; e (iii) si wi ou non kay sa se te lojman prensipal ou pandan peryòd sa oswa si ou te genyen lòt lojman pandan peryòd sa a kote ou te abite okazyonèlman.

*Repons a EntèwogatwaNo. 15*

Non.

## ENTÈWOGATWA NO.16

Endike wi oswa non ou te janm ale nan yon lekòl ou te afime ki te afilye oswa asosye avèk PPT. Si repons lan wi, tanpri (i) idantifye lekòl la;(ii) endike nan ki dat ou te nan lekòl la; ak (iii)ki nivo klas (yo) oswa ane (yo) ou te konplete.

*Repons a Entèwogatwa No. 16*

Ale nan Repons No. 5 ak 13.

## ENTÈWOGATWA NO.17

Pou chak ane nan peryòd ou te asosye avèk PPT a kounye, endike tout revni ou te touche ak sa ou pat touche oswa kado nan nenpòt kalite, ou te resevwa de nenpòt sous, ak endike kantite lajan chak kado oswa atik revni ki enkli nan repons ou.

*Repons a EntèwogatwaNo. 17*

Ale nan repons No. 7.

Chak ane nan mwa desanm Pwojè Pierre Toussaint te ba nou tenis. Pwojè Pierre Toussaint te ban mwen yon mayo pandan selebrasyon 10$^{\text{yèm}}$ ane a. Yon lòt fwa Madam Carter te ba nou mayo pou nou jwe baskètbòl. Yon fwa Douglas te di m li tap ban mwen yon aparèy mp3, men mwen te dwe al chèche l nan Bel Air. Toutfwa, mwen pat ale nan Bel Air, paske mwen te panse si m te ale nan Bel Air li pa tap bon pou mwen. Nan moman sa Douglas ta pral abize m. Douglas egalman te bay tout ti gason yo mayo ki gen logo Inivèsite Fairfield ladan.

## ENTÈWOGATWA NO.18

Èske w te janm resevwa nenpòt lajan, gado oswa atik de valè nan men nenpòt akize, e si repons lan se wi, tanpriendike sa ou te resevwa, nam men kimoun, ak dat (yo) ou te resevwa li a.

*Repons a EntèwogatwaNo. 18*

Ale nan Repons No. 7 ak 17.

## ENTÈWOGATWA NO.19

Konsènan akizasyon abi seksyèl, move kondwit seksyèl, oswa eksplwatasyon seksyèl ki te fèt kont ou ("abize") paPerlitzke w pretann nan plent ou a:

    a.      endike chak dat nan lòd kwonolojik kote ou te afime ke Perlitzte abize w e si ou pa kapab, endike dat ki pi pwòch la ak endike baz pou apwoksimasyon sa;

    b.      endike kantite fwa kote ou te afime ke Perlitz te abize w;

    c.      endike egzakteman sa ou kwè ki te fèt pandan chak swadizan enstans abi pa

Perlitz enkli lokasyon, dat, lè, ak dire abi, ak;

d.      idantifye chak moun ou konnen ki te obsève oswa temwen swadizan abi a nan plent ou a.

*Repons a Entèwogatwa No. 19*

Nan fen mwa Me apeprè nan ane 2006 mwen te gen laj 14 a 15 ane se te nan peryòd premye kominyon m, Douglas te mennen nou lakay mè yo nan Rival. Nan Rival tout moun te gen yon chanm pou yo dòmi. Mwen te ale nan chanm mwen pou m dòmi. Nan lannwit lan, apre mwen tal dòmi, mwen te santi yon men kap peze dèyè m sitèlman di ke mwen te reveye. Lè m te reveye mwen te santi yon men kap peze dèyè m. Se te Douglas ki te vini nan chanm mwen pandan m tap dòmi. Mwen te santi men Douglas li te di m pa pè epi pa rakonte okenn moun sa li te fè.  Douglas te di m si m te rakonte nenpòt moun sa li tap mete m deyò nan Vilaj la.

Douglas te manyen m yon lòt fwa nan vilaj la. Se te mwens pase yon lane apre premye fwa. Sa a te rive nan biwo prive Douglas nan vilaj la. Nan moman sa mwen te lekòl e soulye m te fini, kidonk mwen te ale bò kote Douglas pou m mande lajan pou m achte yon pè soulye. Douglas pat vle ban m lajan pou m achte soulye a. Douglas te di li pa ka ban m lajan paske mwen pa vle fè sa li mande m fè a. Douglas te kòmanse manyen m, li te chita sou yon chèz e mwen te toupre l. Pandan mwen te kanpe, Douglas te kòmanse manyen kò m. Li te mete men nan dèyè m e li te tap fwote dèyè m. Mwen te santi men Douglas tap peze nan dèyè m. Douglas te mande m pou m fè sèks avè l pou lajan. Mwen te di l mwen pa kapab. Douglas di m li pa ka ban mwen lajan pou soulye a paske mwen pa vle fè sèks avèk li. Mwen te di mwen ta pito ale lekòl avèk soulye a konsa. Apresa mwen te kite sal la.

Douglas te mande m pou l ale Bel Air plizyè fwa, men mwen pat ale. Mwen sonje yonsèl fwa mwen te ale Bel Air, men lè sa te gen anpil lòt timoun la. Nou tal chèche soulye pou premye kominyon nou. Dam ki te fè katechis la Julie te la egalman.

## __ENTÈWOGATWA NO.20__

Endike wi ou non ke w te janm nye ou te yon viktim de swadizan abi nan plent ou a. Si repons lan se wi, tanpri idantifye chak moun ou te nye swadizan abi a, dat kote ou te nye swadizan abi a, ak sikonstans yo kote ou te nye swadizan abi a.

*Repons a Entèwogatwa No. 20*

Mwen pa sonje ke m te nye ke Douglas te abize m.

## __ENTÈWOGATWA NO.21__

Idantifye nenpòt moun ot kePerlitz,ke w akizeki te janm moleste ou seksyèlman, abize oswa eksplwate seksyèlman, enkli dat abi a, relasyon w avèk abizè a, lokasyon abi a, idantifye nenpòt moun oswa antite ke w te rapòte ki te abize ou, dat ou te rapòte abi a, e, si w te nye abi a, endike dat kote ou te nye abi a.

*Repons a Entèwogatwa No. 21*

Pèson.

### ENTÈWOGATWA NO.22

Tanpri endike si wi ou non yo te janm menase oswa fòse w a nenpòt kilè pa yon moun (enkli men pa limite a  Perlitz)pou pa rapòte nenpòt plent abi seksyèl, ak /oswa si wi ou non yo te menase oswa fòse w a nenpòt kilè pa nenpòt moun pou pretann ke Perlitz te abize ou seksyèlman.

*Repons a Entèwogatwa No. 22*

Douglas te  di m si rakonte nenpòt moun ke li te abize m seksyèlman, li tap mete m deyò nan vilaj PPT.

### ENTÈWOGATWA NO.23

Idantifye tout moun ou kwè Perlitz te abize seksyèlman de 1988 a 2008, e pou chak moun ki idantifye, endike baz pou kwayans ou.

*Repons a Entèwogatwa  No. 23*

Douglas te rale dèyè zanmi m lan nan Pwojè Pierre Toussaint e li de di "O Mesye ou gen yon gwo dèyè." Non zanmi mwen an se Joseph Jean-Pierre.

Mwen kwè Douglas te abize Luckni Joisil (ki konnen tankou Tidou),  yon lòt timoun nan vilaj la, paske m te tande Luckni te senyen anpil nan dèyè e yo te mennen l lopital. Anvan Luckni tap senyen mwen te tande li te avèk  Douglas.

### ENTÈWOGATWA NO.24

Idantifye tout moun ou kwè ki te konnen ke Perlitz tap abize w seksyèlman a nenpòt kilè anvan 15 Septanm 2009, e pou chak moun sa yo, endike baz pou kwayans ou.

*Repons a Entèwogatwa  No. 24*

Mwen pa konnen pèsonèlman ki moun ki te konnen anvan 15 septanm 2009 ke Douglas te abize m seksyèlman.

### ENTÈWOGATWA NO.25

Idantifye tout moun ou te rakonte, a nenpòt ki peryòd anvan 15 septanm 2009, ke Perlitz tap abize w.

*Repons a Entèwogatwa  No. 25*

Mwen pa sonje ke mwen te di okenn moun anvan 15 septanm 2009 ke Douglas  te abize m.

## ENTÈWOGATWA NO.26

Idantifye tout moun (enkli, si aplikab, nenpòt nan akize yo) ou kwè aktyèlman ki te konnen Perlitzte poze yon risk pou timoun oswa li otreman pat adapte pou travay kòm direktè pwojè PierreToussainta nenpòt kilè anvan 15 Septanm 2009,e pou chak moun, endike baz pou kwayans ou.

*Repons a Entèwogatwa No. 26*

Mwen kwè Robenson, Margarette Joseph, ansanm avèk tout anplwaye yo nan Pwojè Pierre Toussaint te konnen. Moun ki ap travay anndan te konnen paske gen moun ki te konn ap ekri "Douglas se yon pede" sou miray yo anvan Douglas te kite. Mwen kwè Robenson ak Margaret Joseph te konnen avan moun yo te ekri sou mi yo. Andy te konnen e li te kite Haiti paske li pat dakò avèk sa Douglas te fè a. Te gen yon elèv ki te rele Capita ki te dòmi nan chanm Douglas nan Bel Air epi Andy te wè l nan maten. Mwen te tande Andy te sitèlman fache akoz sa. Capita te di nou ke Andy te wè l avèk  Douglas. Capita te di ke Andy tap vini nan Sant nan Rue 13 pou l ale nan kay Bel Air a Andy te wè Capita avèk Douglas ansanm nan chanm lan. Capita pat kache Andy anyen.

Anplis,  mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.27

Idantifye tout moun (enkli, si aplikab, nenpòt nan akize yo) ou kwè ki ta dwe konnen ke Perlitzte poze yon risk pou timoun oswa li otreman pat adapte pou travay kòm direktè pwojè Pierre Toussaint a nenpòt kilè anvan 15 Septanm  2009, e pou chak moun, endike baz pou kwayans ou.

*Repons a Entèwogatwa No. 27*
Ale nan repons 26. Madam Carter ak Pè Paul te dwe konnen paske yo se patwon Douglas. Jessica, Britany ak Nicolas te dwe konnen paske yo te abite Bel-Air.

Anplis,  mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.28

Dekri chak blesi oswa kondisyon ou te deklare ke w te souteni kòm yon rezilta de swadizan ensidan nan plent lan.

*Repons a Entèwogatwa No.28*

Mwen te soufri doulè emosyonèl, pwoblèm dòmi, pwoblèm konsantrasyon, remò, lanmò, abi alkòl, kolè, pwoblèm kontwòl, move rèv, laperèz, pwoblèm avèk moun ki masisi oswa omoseksyèl, atak panik, enèji m te diminye, mwen pa gen jwa nan lavi a, refè vizyon evènman yo, rapèl, ak kriye. Mwen te soufri  pèt pwojè Pierre Toussaint, manje , ak opòtinite edikasyon.

Abi a te afekte estim nan tèt mwen. Mwen te twouble pa moun ki tap rele m "Madam Douglas." Mwen renmen pwoteje timoun.

Mwen santi m pa vo anyen, izole ak solitè, enpwisan, pè paske m te vyola lalwa Bondye, angwase, enève, tris, chimerik, konfizyon, vid, sal ak itilize ak deprime. Abi a te voye m nan move direksyon nan wout lavi a e mwen te pèdi enfans mwen. Abi a te wine lavi m.

### ENTÈWOGATWA NO.29

Si w te resevwa nenpòt konsèy medikal, fizik, sikyatrik, sikolojik, sante mantal, emosyonèl, oswa ki menm jan, egzaminasyon, tès, tretman, oswa evalyasyon pou swadizan domaj yo nan pi resan plent ou a, tanpri dekri yo avèk presizyon otan ke posib:

a.  te genyen nan oswa nan bi pou tretman;

b.  non ak adrès moun ki te trete w yo;

c.  dat kalite tretman sa yo;

d.  idantite nenpòt medikaman ki te preskri kòm yon pati nan tretman w lan; ak

e.  keseswa yon rapò egzaminasyon, rezilta tès oswa tretman ki te prepare pou; ak non ak adrès chak moun oswa òganizasyon kote ou te soumèt yon rapò.

*Repons a Entèwogatwa No. 29*

Pa aplikab.

### ENTÈWOGATWA NO.30

Idantifye chak lopital oswa lòt etablismanswen sante kote ou resevwa tretman oswa trete, evalye oswa egzamine, keseswa antan ke pasyan ki andeyò lopital oswa nan lopital, pou blesi yo ki dekri nan plent ou an, spesifye nati chak enstansak dat chak kalite tretman, tès, evalyasyon oswa egzaminasyon.

*Repons a Entèwogatwa No. 30*

Pa aplikab.

### ENTÈWOGATWA NO.31

Idantifye chak doktè, sikyat, terapis oswa lòt moun ki te trete w pou blesi oswa swadizan kondisyon ki te prezise nan plent lan, ak etabli dat ak tretman avèk chak moun e keseswa ou kontinye ap resevwa tretman nan men moun sa.

*Repons a Entèwogatwa No. 31*

Pa aplikab.

### ENTÈWOGATWA NO.32

Si w reklame depans medikal, sante mantal ki gen rapò a depans, oswa nenpòt lòt depans oswa domaj akoz de swadizanevènman yo nan pi resan plent ou a, tanpri bay yon deklarasyon detaye de tout kalite depans sa yo kòm yon rezilta de swadizan evènman yo nan pi resan plent ou an ak

idantifye chak kalite depans ki te oswa ki te kapab peye oswa endamnifye pa yon moun, antrepriz, enstitisyon, gouvènman, oswa otreman.

*Repons a Entèwogatwa No. 32*

Pa aplikab.

## ENTÈWOGATWA NO.33

Idantifye chak doktè oswa pwofesyonèl swen sante, enkli men ki pa limite a founisè swen prensipal ou, ki te trete w nan dat janvye 1995 a kounye a, e pou chak endike dat (yo) tretman ak nati chak vizit lakay chak doktè oswa pwofesyonèl swen sante.

*Repons a Entèwogatwa No. 33*

Pandan m te nan vilaj la yon doktè te vin fè tchekòp medikal pou tout timoun yo nan vilaj la. Mwen te gen boul nan tèt mwen e doktè a te ban m pomad jèl pou m pase nan tèt mwen. Mwen pa sonje non doktè a.

## ENTÈWOGATWA NO.34

Tanpri endike non ak adrès nenpòt lopital, klinik, doktè, asistan doktè, enfimyè pratisyonè, sikolojis, sikyatri, founisè sante mantal, terapis oswa sikolojik, travayè sosyal, lòt founisè swen sante, oswa lòt pwofesyonèl yo sa ki gen ladan etablisman sikyatri, kote ou te jwenn konsiltasyon, evalyasyon oswa tretman oswa kote ou te admèt soti nan dat 1ye janvye 1995a jodia,e endike avèk presizyon ke ou kapab la pou chak admisyon, evalyasyon, oswa tretman.

*Repons a Entèwogatwa No. 34*

Mwen pa sonje non doktè ki te fè tchekòp medikal la nan vilaj la.

## ENTÈWOGATWA NO.35

Tanpri endike non nenpòt medikaman yo te preskri w ak/oswa ou tap pran pandan peryòd 1ye Janvye 1995 a kounye a, ak idantifye chak moun ki te preskri w medikaman ak rezon (yo) poukisa ou te pran, oswa wap pran chak medikaman.

*Repons a Entèwogatwa No. 35*

Mwen pa sonje non pomad la, men doktè a te ban mwen l akoz de boul ke m te gen nan tèt mwen an.

## ENTÈWOGATWA NO.36

Si w te pretann ke ou te pèdi travay oswa salè akoz de swadizan evènman nan resan plent ou an, tanpri bay yon deklarasyon detaye de tout travay ak/oswa salè ou te pèdi kòm yon rezilta de swadizan evènman yo ak idantifye chak kalite pèt ki peye oswa ki te ka peye oswa endamnize pa

nenpòt moun, antrepriz, enstitisyon, gouvènman, oswa otreman.

*Repons a Entèwogatwa No. 36*

Mwen pat kapab jwenn yon travay aplentan. Mwen pa konnen konbyen travay ak lajan ki te pèdi akòz move konpòtman Douglas la paske poko gen yon ekspè ki egzamine m ki ka detèmine sa.

### ENTÈWOGATWA NO.37

Si w pretann ke kapasite pou travay ou te diminye kòm yon rezilta de swadizan evènman nan pi resan plent ou, tanpri endike tout fè yo baze sou reklamasyon w lan ak responsabilite nòmal, devwa, ak/oswa preyokipasyon ou pa anmezi pou patisipe akoz de swadizan evènman yo.

*Repons a Entèwogatwa No. 37*

Mwen poko konnen si kapasite pou m travay diminye paske poko gen yon ekspè ki egzamine m ki ka detèmine sa.

### ENTÈWOGATWA NO.38

Si w pretann ke w te anpeche pou angaje nan nenpòt aktivite akoz de swadizan evènman yo nan pi resan plent ou a, tanpri endike, osi konplètman ke posib, fason ou te anpeche pou angaje nan chak aktivite, pandan konbyen tan ou te anpeche, ak kijan sa a afekte w sou bon baz chak jou.

*Repons a Entèwogatwa No. 38*

Ale nan Repons No. 28.

### ENTÈWOGATWA NO.39

Si anvan, oswa apre dat swadizan ensidan yo nan pi resan plent ou a ou te soufri de nenpòt aksidan, blesi, oswa maladi ki limite kapasite w pou ale lekòl, travay oswa otreman pou fè fonksyon regilye chak jou yo, tanpri dekri nati blesi oswa kondisyon ou te soufri a, dat ak kantite tan, tretman ou te resevwa, enkli yon lis founisè swen sante, ak nenpòt limitasyon prezan ak pou konbyen tan ou espere limitasyon sa kontinye.

*Repons a Entèwogatwa No. 39*

Yon lè konsa mwen konn gen lafyèv ki dire tout yon semèn.

### ENTÈWOGATWA NO.40

Tanpri idantifye chak moun ou konnen oswa avoka w la konnen ki genyen konesans osijè fè ak sikonstans ki anviwone swadizan evènman ki te rive yo nan pi resan plent ou, enkli men pa limite a temwen okilè nan kalite evènman sa yo ak lòt moun ki gen konesans de sa.

*Repons a Entèwogatwa No. 40*

Ale nan repons 26 ak 27. Anplis, mwen kwè ke pleyan yo nan ka aktyèl la kont Douglas Perlitz e pleyan yo nan ka ki te regle anvan kont Douglas Perlitz te gen konesans sou bagay sa yo. Egalman, mwen konprann ke avoka mwen yo te fè deklarasyon sou sa nan plent mwen an ki reponn a kesyon sa a. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.41

Tanpri idantifye tout kominikasyon ou te genyen avèk nenpòt nan akize yo, oswa moun ou kwè ki se ajan, sèvant, reprezantan, oswa anplwaye nenpòt akize, osijè swadizan pwoblèm lan nan pi resan plent ou an.

*Repons a Entèwogatwa No. 41*

Ot ke kominikasyon m avèk Douglas ki dekri anwo a, okenn ke mwen okouran.

## ENTÈWOGATWA NO.42

Tanpri idantifye tout kominikasyon ou te genyen avèk nenpòt ajans kap fè respekte lalwa, antite, òganizasyon, ofisyèl gouvènman, ak/oswa ajan oswa anplwaye òganizasyon non-gouvènmantal, oswa sa yo ou kwè ki se ajan l, sèvant, reprezantan, oswa anplwaye, osijè swadizan pwoblèm lan nan pi resan plent ou an.

*Repons a Entèwogatwa No. 42*

Pa aplikab.

## ENTÈWOGATWA NO.43

Tanpri idantifye tout kominikasyon ou te genyen avèk nenpòt lòt moun ki pa refere anwo a, eksepte avoka ki reprezante w, osijè swadizan pwoblèm lan nan pi resan plent ou an.

*Repons a Entèwogatwa No. 43*

Pa aplikab.

## ENTÈWOGATWA NO.44

Tanpri idantifye chak moun ke w te bay rapò, dekri, oswa diskite ensidan swadizan abi a ak/oswa ensidan ki gen rapò a kalite abi ki te pretann nan pi resan plent ou an, dat (yo) ou te rapòte, dekri, oswa diskite ensidan swadizan abi a ak/oswa ensidan ki gen rapò a kalite abi ki pretann nan pi resan plent ou, dat (yo) ou te rapòte kalite ensidan yo a chak moun, ak fason kote ou te rapòte, dekri, oswa diskite kalite ensidan yo.

*Repons a Entèwogatwa No. 44*

Apa de avoka mwen yo oswa ajan yo, okenn ke mwen okouran.

## ENTÈWOGATWA NO.45

Tanpri idantifye tout kont adrès elektwonik ou te genyen oswa itilize nan nenpòt fason de 1998 a kounye a sou nenpòt kourye elektwonik, blòg, oswa sit entènèt rezo sosyal ak medya, enkli men ki pa limite a Facebook,MySpace,Twitter,Google+,Friendster,Skype, GoToMyPC,ak nenpòt lòt sit rezo sosyal.

*Repons a Entèwogatwa No. 45*

 Mwen pa gen okenn.

## ENTÈWOGATWA NO.46

Tanpri idantifye tout nimewo telefòn, nimewo kont, ak founisè sèvis yo pou tout telefòn selilè oswa lòt aparèy alamen ou te genyen oswa itilize de 1998 a kounye a.

*Repons a Entèwogatwa No. 46*

Nimewo telefòn mwen se 3788-2035 e konpayi an se Digicel. Mwen pa t gen lòt nimewo anvan sa.

## ENTÈWOGATWA NO.47

Enimere tout kat idantifikasyon elèv yo, badj, ak/oswa nimewo yo te ba yo ak/oswa pibliye ba w pa nenpòt lekòl kote ou te enskri, patisipeak/oswa rezide.

*Repons a Entèwogatwa No. 47*

Mwen te gen yon kat Idantite nan Kids Alive Boys Center.

## ENTÈWOGATWA NO. 48

Si w afime ke Pè Carrierte gen yon relasyon seksyèl avèk nenpòt moun de 1987 a kounye a, endike baz pou afimasyon w lan.

*Repons  a Entèwogatwa No. 48*

Mwen kwè Pè Paul te gen yon relasyon seksyèl avèk Douglas, paske mwen konprann ke Pè Paul te anseye Douglas. Anplis mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.49

Si w afime ke Pè Carrier te wè ti gason minè yo nan Pwojè PierreToussaintnan chanm akouchePerlitz nan kay BelAira oswa li te konnen ke ti gason minè yo nan Pwojè PierreToussaintte dòmi nan chanm akouche sa, endike baz pou afimasyon w lan.

*Repons a Entèwogatwa No. 49*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.50

Si w afime ke Pè Carrierte wè Perlitzmontre nenpòt moun yon videyo pònografik, endike baz pou afimasyon w lan.

*Repons a Entèwogatwa No. 50*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

## ENTÈWOGATWA NO.51

Si w afime ke Pè Carrier te konnen ke yon ti gason tap viv nan kay Perlitz nan BelAir,endike baz pou afimasyon w lan.

*Repons a Entèwogatwa No. 51*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

## ENTÈWOGATWA NO.52

Si w afime ke Pè Carrier te prezan lè Perlitzte ranje yon randevou lakay Perlitz nan  Bel Airavèk yon ti gason ta nan aswè, deklare baz pou afimasyon an.

*Repons a Entèwogatwa No. 52*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

## ENTÈWOGATWA NO.53

Si w afime ke Pè Carrierte prezan lèPerlitzte peze devan kò yon elèv ti gason minè nan pwojè Pierrenan dèyel, deklare baz pou afimasyon w lan.

*Repons a Entèwogatwa No. 53*

Mwen te wè Douglas bay yon elèv ki rele Richmond yon akolad fasafas devan Pè Paul. Anplis, mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

### ENTÈWOGATWA NO.54

Si w afime ke Pè Carrier te antrave, retade, oswa anpeche tout moun kominike avèk ofisye lapolis konsènan Perlitz,endike baz afimasyon w lan.

*Repons a Entèwogatwa No. 54*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

### ENTÈWOGATWA NO.55

Tanpri endike chak fè ou apiye sou li pou sipòte nenpòt plent ke Hope Carter te konnen oswa ta dwe konnen ke Perlitz tap abize w.

*Repons a Entèwogatwa No. 55*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

### ENTÈWOGATWA NO.56

Tanpri endike chak fè ou apiye sou li pou sipòte nenpòt plent ke Hope Carter te wè yon ti gason minè nanPPTnan chanm akoucherPerlitz nan kay BelAira jan li pretann nan plent ou a enkli dat swadizan Carter te wè ti gason yo epi bay non ti gason yo.

*Repons a Entèwogatwa No. 56*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

### ENTÈWOGATWA NO.57

Tanpri endike nenpòt ak tout fè ke plentif la reklame pou sipòte demann ou pou yon relasyon fidisyè avèk Hope Carter.

*Repons a Entèwogatwa No. 57*

Douglas te di nou ke Madam Carter te yon "gwo chèf" e li se te youn nan moun enpòtan ki te sipòte Pwojè Pierre Toussaint an. Douglas te di nou ke Madam Carter se te moun ki te bay pi gwo asistans a Pwojè Pierre Toussaint.  Lè Madam Carter te konn vini nan Pwojè Pierre Toussaint, li te konn salye nou ak di "Bonjou." Madam Carter te ban mwen egalman yon boul foutbòl nan vilaj la. Anplis, mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a

### ENTÈWOGATWA NO.58

Tanpri endike si wi ou non plentif la te janm pèsonèlman rankontre Hope Carter.

*Repons a Entèwogatwa No. 58*

Lè Madam Carter te konn vini nan Pwojè Pierre Toussaint, li te konn salye nou ak di "Bonjou." Madam Carter te ban mwen egalman yon boul foutbòl nan vilaj la.  Anplis, mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

### ENTÈWOGATWA NO.59

Tanpri bay yon deskripsyon detaye de nenpòt aktout konvèsasyon ak/oswa kominikasyon ant oumenm ak Hope Carter, enkli dat (yo) konvèsasyon sa (yo) ak/oswa kominikasyon (yo) ak kontni (yo) konvèsasyon sa (yo) ak kominikasyon (yo).

*Repons a Entèwogatwa No. 59*

Ale nan repons  No. 58.

### ENTÈWOGATWA NO.60

Tanpri endike si pleyan te janm anseye oswa konseye pa Hope Carter.

*Repons a Entèwogatwa No. 60*

 Okenn ke mwen sonje.

### ENTÈWOGATWA NO.61

Si repons aEntèwogatwa No.60lan afimatif, tanpri endike nenpòt ak tout fè yo pou sipòte nenpòt reklamasyon pa pleyan ke Hope Carter te anseye oswa konseye pleyan an, enkli dat la (yo) ak kontni (yo) de nenpòt kalite ansèyman ak konsèy.

*Repons a Entèwogatwa No. 61*

Pa aplikab.


### ENTÈWOGATWA NO.62

Tanpri endike chak fè ou konte sou li pou sipòte akizasyon nan plent ou an ke ou te genyen yon relasyon spesyal avèk Hope Carter.

*Repons a Entèwogatwa No. 62*

Ale nan repons No. 57 ak 58.

### ENTÈWOGATWA NO.63

Tanpri endike anteday chak entèaksyon ke w te janm genyen avèk HopeCarterenkli nati entèaksyon sa ak dat yo la.

*Repons a Entèwogatwa No. 63*

Ale nan repons No. 58 mwen pa sonje dat sa yo.

### ENTÈWOGATWA NO.64

Tanpri endike si pleyan te janm resevwa konsèy, oryantasyon oswa konsèy de HopeCarter. Si se sa, tanpri endike dat (yo) ak kontni (yo) de nenpòt kalite konsèy, oryantasyon oswa konsèy.

*Repons a Entèwogatwa No. 64*

Okenn ke mwen sonje.

### ENTÈWOGATWA NO. 65

Tanpri endike baz reyèl pou reklamasyon pleyan ke HopeCarter te de fason neglijan anboche, kenbe, dirije ak sipèvize Perlitz.

*Repons a Entèwogatwa No. 65*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

## ENTÈWOGATWA NO.66

Tanpri endike dat egzat ou te pretann ke Hope Carter te prezan lakay Perlitz lè oumenm ak Perlitz te la.

*Repons a Entèwogatwa No. 66*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

## ENTÈWOGATWA NO.67

Tanpri endike nenpòt temwen ak adrès ou konnen ki sipòte demann alokasyon w lan ke Hope Carter te lakay Perltiz lè oumenm ak Perlitz te la.

*Repons a  Entèwogatwa No. 67*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

## ENTÈWOGATWA NO.68

Tanpri endike si wi ou non ou te fè okenn deklarasyon , jan yo defini nan Liv Pratik Connecticut la § 13-1, bay nenpòt moun konsènan nenpòt nan ensidan ki mansyone nan Plent ou a?

*Repons a  Entèwogatwa No. 68*

Mwen pa kwè ke mwen te janm fè kalite deklarasyon sa bay pèson apa avoka mwen yo ak ajan li yo.

## ENTÈWOGATWA NO.69

Endike si wi ou non ou pretann ke Fairfield University te konnen oswa ta dwe konnen ke Perlitz te angaje nan nenpòt nan konpòtman ou pretann nan Plent ou a.  Si se konsa, tanpri bay baz pou akizasyon sa yo ak prèv ak/oswa dokiman ki sipòte akizasyon sa yo.

*Repons a Entèwogatwa No. 69*

Mwen te tande ke Pè Paul ak Madam Carter te soti nan Inivèsite Fairfield. Pè Paul ak Madam Carter souvan te konn vin vizite Pwojè Pierre Toussaint nan non Fairfield University. Pè Paul ak Douglas se te de bon zanmi. Mwen te wè yo ap bay akolad devan m. Mwen te wè Douglas ap bay yon elèv ki rele Richmond akolad, devan Pè Paul. Anplis, men mwen kwè avoka mwen yo te fè deklarasyon sou sa.  Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li

vin okouran plis detay pou kore reklamasyon sa a.

## ENTÈWOGATWA NO.70

Pou chak zak oswa omisyon ou akize Fairfield University dirèkteman oswa endirèkteman ki te lakòz oswa kontribye nan domaj ou yo, tanpri, founi enfòmasyon ananpre yo:

a.    zak espesifik la oswa omisyon an;

b.    dat ak lè zak la oswa omission an;

c.    idantifye chak moun ou panse ki responsab pou chak zak oswa omisyon;

d.    idantifye chak moun lè sa a ak kounye a ki gen konesans akizasyon konpòtman Fairfield University a ak ki lè e kijan moun sa a te akeri konesans la; ak

e.    idantifye tout kominikasyon ant oumenm ak nenpòt moun konsènan swadizan konpòtman an.

*Repons a Entèwogatwa No. 70*

Mwen te tande ke Pè Paul ak Madam Carter te soti nan Inivèsite Fairfield. Pè Paul ak Madam Carter souvan te konn vin vizite Pwojè Pierre Toussaint nan non Fairfield University. Pè Paul ak Douglas se te de bon zanmi. Mwen te wè yo ap bay akolad devan m. Mwen te wè Douglas ap bay yon elèv ki rele Richmond akolad, devan Pè Paul. Anplis, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

## ENTÈWOGATWA NO.71

Idantifye chak volontè nan Fairfield University ou akize ki te wè (a) ti gason minè lakay Perlitz nan  Bel Air an Ayiti oswa (b) te wè ti gason minè nan chanm Perlitz nan kay sa a.

*Repons a Entèwogatwa No. 71*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.72

Dekri baz reyèl pou akizasyon ou an nan Paragraf 13 nan Plent la kote "Fairfield University te anplwaye Perlitz an koneksyon avèk PPT e te kenbe l pandan peryòd tan enpòtan an."

*Repons a Entèwogatwa No. 72*

Douglas te bay tout ti mesye yo mayo ki gen logo Fairfield University. Li te di nou ke Fairfield University se te youn nan konpayi enpòtan ki te bay vilaj la èd. Douglas te di nou ke Pè Paul te travay nan Fairfield University. Anplis, mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

**ENTÈWOGATWA NO.73**

Dekri baz reyèl pou akizasyon an nan Plent ou a koteFairfield University tap "opere anba Lòd Jezwit New England."

*Repons a Entèwogatwa No. 73*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

**ENTÈWOGATWA NO.74**

Tanpri endike si wi ou non ou pretann ke Fairfield University te okouran nenpòt lè avan 2008 de tout relasyon ki pa t apwoprye, nan oswa konsènan 1988, ant Pè Paul E.Carrier, S.J.ak yon elèv nanFairfield University, jan li refere nan Paragraf 26 nan Plent ou a.  Si se konsa, dekri baz reyèl pou akizasyon sa a.

*Repons a Entèwogatwa No. 74*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

**ENTÈWOGATWA NO.75**

Tanpri endike baz reyèl pou akizasyon ou an nan Paragraf 34 nan Plent la kote Pè Carrier akHope Carter yo chak te vwayaje souvan ale an Ayiti pou tcheke ak sipèvize aktivite PPT yo sou non Fairfield University…"

*Repons a Entèwogatwa No. 75*

Pè Paul ak Madam Carter souvan te konn vin vizite Pwojè Pierre Toussaint nan non Fairfield University. Douglas te di nou ke Pè Paul te travay nan Fairfield University. Mwen te tande nan bouch lòt moun nan PPT ke Madam Carter te soti nan Fairfield University. Anplis, mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

**ENTÈWOGATWA NO.76**

Dekri baz reyèl pou akizasyon nan Plent ou a kote Fairfield University te konnen ke Perlitz ta p vwayaje an Ayiti pou l angaje nan konpòtman seksyèl ilegal avèk minè an Ayiti.

*Repons a  Entèwogatwa No. 76*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.77

Tanpri endike nenpòt ak tout enfòmasyon kote reklamasyon pleyan an apiye yon relasyon konfyans avèk Fairfield University.

*Answer to Entèwogatwa No. 77*

Douglas te di m ke Fairfield University se te youn nan konpayi enpòtan ki tap sipòte Pwojè Pierre Toussaint. Pè Paul ak Madam Carter souvan te konn vin vizite Pwojè Pierre Toussaint nan non Fairfield University. Douglas te di nou ke Pè Paul te travay nan Fairfield University. Mwen te tande nan bouch lòt moun nan PPT ke Madam Carter te soti nan Fairfield University. Anplis, mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.78

Tanpri idantifye pa non yo chak"Jezwit ki nan fòmasyon"oswa lòt jezwit ou akize nan Plent ou a ki te nan Project PierreToussaint an nenpòt lè, ak pou chak moun ki idantifye, tanpri endike chak dat lè li te prezan nan PPT ak nan ki bilding, rezidans, oswa lokasyon.

*Repons a Entèwogatwa No. 78*

Sylvester Tan te konn anseye nou labib epi priye avèk nou. Li te konn mennen nou nan kay kote moun andikape yo te ye e nou te konn ede yo avèk bezwen yo. Nou te konn ba yo manje, epi ede yo mete rad sou yo. Premye fwa li te vini nan vilaj la, nou te rankontre l nan chapèl la nou tout tap priye ansanm. Mwen te wè l nan vilaj la.

Mwen te wè Pè Paul nan vilaj la. Mwen pa sonje dat Pè Paul te vini nan Vilaj la.

### ENTÈWOGATWA NO.79

Endike baz reyèl pou akizasyon ou an nan Paragraf 18 nan Plent ou a kote "The Order of Malta te anplwaye Perlitz nan koneksyon avèk PPTe te kenbe l pandan yon peryòd tan enpòtan."

*Repons a Entèwogatwa No. 79*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran

plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.80

Endike baz reyèl pou akizasyon w lan nan Paragraf 18 nan Plent ou a kote "Pandan peryòd enpòtan sa a, the Order of Malta te plase plizyè Sòlda ak Dam li yo nan Konsèy Administrasyon Fon an an Ayiti."

*Repons a Entèwogatwa No. 80*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.81

Endike baz reyèl pou akizasyon ou an nan Paragraf  29 nan Plent ou a kote "Finansman orijinal pou  PPT te soti nan the Order of Malta."

*Repons a Entèwogatwa No. 81*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.82

Endike baz reyèl pou akizasyon ou an nan Paragraf 29 nan Plent ou a kote "[T] Fon Ayiti a te yon ti kras plis pase yon ekstansyon nan Fairfield University ak the Order of Malta."

*Repons a Entèwogatwa No. 82*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.83

Pou chak zak oswa  omisyon ou akize American Association an dirèkteman oswa endirèkteman ki lakòz oswa kontribye nan domaj ou yo, tanpri bay enfòmasyon ki annapre yo:

a.      zak espesifik la oswa omisyon an;

b.      dat ak lè zak la oswa omisyon an;

c.      idantifye chak moun ou panse ki responsab pou chak zak oswa omisyon;

d.      idantifye chak moun lè sa a ak kounye a ki gen konesans konpòtman American Asociation an ak

ki lè e kijan moun sa a te akeri konesans la; ak

e.    idantifye tout kominikasyon ant oumenm ak nenpòt moun konsènan swadizan konpòtman an.

*Repons a Entèwogatwa No. 83*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.84

Tanpri endike baz pou, ak deklare tout enfòmasyon ak prèv ki sipòte, akizasyon ou an ke pleyan an te genyen yon relasyon de konfyans avèk Society of Jesus.

*Repons a Entèwogatwa No. 84*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.85

Endike si wi ou non ou pretann ke Society of Jesus te konnen oswa te dwe konnen ke Perlitz te angaje nan nenpòt nan konpòtman ou akize l yo nan Plent ou a.  Si se konsa, tanpri bay baz pou akizasyon sa yo ak prèv ak/oswa dokiman ki sipòte chak akizasyon.

*Repons a Entèwogatwa No. 85*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.86

Tanpri endike baz pou, ak deklare tout enfòmasyon ak prèv ki sipòte akizasyon ou an kote Society of Jesus te pote neglijans nan anplwaye, kenbe, dirije, ak/oswa sipèvize Pè Carrier.

*Repons a Entèwogatwa No. 86*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.87

Tanpri endike baz pou, ak endike tout enfòmasyon ak prèv ki sipòte akizasyon ou an kote Society of Jesus te pote neglijans nan anplwaye, kenbe, dirije, ak/oswa sipèvize Perlitz.

*Repons a Entèwogatwa No. 87*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.88

Pou chak zak oswa omisyon ou akize Society of Jesus dirèkteman oswa endirèkteman ki te lakòz oswa kontribye nan domaj ou yo, tanpri, founi enfòmasyon annapre yo:

a.     zak espesifik la oswa omisyon an;

b.     dat ak lè zak la oswa omisyon an;

c.     idantifye chak moun ou panse ki responsab pou chak zak oswa omisyon;

d.     idantifye chak moun lè sa a ak kounye a ki gen konesans konpòtman society of Jesus a ak ki lè e kijan moun sa a te akeri konesans la; ak

e.     idantifye tout kominikasyon ant oumenm ak nenpòt moun konsènan swadizan konpòtman an.

*Repons a Entèwogatwa No. 88*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

Dat: Septanm 19, 2014                              Siyen kòm objeksyon enkòpore,


                                          Pa:     /s/ Mitchell Garabedian
                                                  Mitchell Garabedian (phv04676)
                                                  garabedianlaw@msn.com
                                                  William H. Gordon (phv04677)
                                                  wgordon@garabedianlaw.com
                                                  Law Offices of Mitchell Garabedian
                                                  100 State Street, 6th Floor
                                                  Boston, MA 02109
                                                  Phone: (617) 523-6250

                                                  Paul J. Hanly, Jr. (phv04680)
                                                  phanly@simmonsfirm.com
                                                  Andrea Bierstein (phv04678)
                                                  abierstein@simmonsfirm.com
                                                  Jayne Conroy (phv04679)
                                                  jconroy@simmonsfirm.com
                                                  SIMMONS HANLY CONROY
                                                  112 Madison Ave., 7th floor
                                                  New York, New York 10016
                                                  Phone: (212) 784-6400

                                                  Steven J. Errante (ct04292)
                                                  SErrante@ltke.com
                                                  Marisa A. Bellair (ct23802)
                                                  Lynch, Traub, Keefe, &Errante, P.C.
                                                  P.O. Box 1612
                                                  52 Trumbull Street
                                                  New Haven, CT 06510
                                                  Phone: (203) 787-0275
                                                  Fax: (203) 782-0278

## **VERIFIKASYON**

Mwen, Gesner Lecenat , te li repons anvan yo e yo kòrèk ak egzat nan pi bon kapasite mwen.

Siyen annba pinisyon ak penalite pou fo temwayaj 19 jou nan mwa Septanm, 2014.

Gesner Lecenat