```
          UNITED STATES DISTRICT COURT
          DISTRICT OF CONNECTICUT
                               Civil Action No.
                               3:13-cv-01132(RNC)
***************************
GERVIL ST. LOUIS, a/k/a ST.    Consolidated with:
LOUIS GERVIL,                  3:13-cv-1225-RNC
                               3:13-cv-1269-RNC
            Plaintiff,         3:13-cv-1437-RNC
                               3:13-cv-1480-RNC
    v.                         3:13-cv-1626-RNC
                               3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER        3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE    3:13-cv-1629-RNC
E. CARTER; HAITI FUND,         3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;    3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW    3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY    3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.       3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES    3:13-cv-1635-RNC
AND OF MALTA, AMERICAN         3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a     3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN       3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN      3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN    3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;      3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX    3:13-cv-1642-RNC
and JOHN DOE SEVEN,            3:13-cv-1644-RNC
                               3:13-cv-1645-RNC
            Defendants.        3:13-cv-1647-RNC
                               3:13-cv-1648-RNC
                               3:13-cv-1701-RNC
                               3:13-cv-1767-RNC
                               3:13-cv-1768-RNC
                               3:13-cv-1769-RNC
                               3:13-cv-1881-RNC
                               3:13-cv-1904-RNC
                               3:13-cv-1906-RNC
                               3:13-cv-1907-RNC
*****************************
This document applies to:
All of the above referenced cases
And those to be filed
*****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
     VIDEOTAPED DEPOSITION OF KENSLEY PREVIL

          Saturday, August 1, 2015
               8:59 a.m.
```

 1          VIDEOTAPED DEPOSITION OF KENSLEY PREVIL

 2

 3

 4   Held At:

 5

 6       Barcelo Puerto Plata

 7       Carretera Lupersn, km 5, Puerto Plata 547

 8       Dominican Republic

 9

10

11   REPORTED BY:

12   Maureen O'Connor Pollard, RMR, CLR, LSR #473

13   Realtime Systems Administrator

14

15

16

17

18

19

20

21

22

23

24

25

26

1   your phone number?

2       A.   I gave it to him.  Someone who was
3   helping me, he doesn't really know me, so he
4   should have my number if he's going to help me.

5       Q.   Okay.  After you gave him his number
6   -- after you gave him your number, was there any
7   other conversation between you and him?

8       A.   No.

9       Q.   Did you ever speak with him again?

10      A.   No.

11      Q.   Have you ever received money from him?

12      A.   Yes.

13      Q.   Okay.  What else have you ever spoken
14  with him about?

15           THE TRANSLATOR:  I'm sorry, did you
16  talk about money?

17           MR. STEWART:  No.

18           THE TRANSLATOR:  Can you repeat the
19  last question, please?

20  BY MR. FOLKMAN:

21      Q.   Have you ever received money from him?

22           THE TRANSLATOR:  He said yes.

23      Q.   Oh.  How much have you received from
24  him?

25      A.   $200.

1    Q.    And when did you receive that?

2    A.    I don't remember.  It was a long time
3 ago.

4    Q.    What was the money for?

5    A.    For to eat, for clothes.  I asked him
6 for the money.  He didn't give it to me like
7 that.

8    Q.    You went and asked him for the money?

9    A.    Yeah, I talked to him and he gave me
10 the money.  He didn't do this as someone who had
11 an obligation to me, he just did it as a person
12 to person.

13    Q.    Had you heard from anybody else that
14 you could go to Cyrus and get money?

15    A.    No.

16    Q.    Do you know anybody else who has
17 received money from Cyrus?

18    A.    No.

19    Q.    On days when you're working at the car
20 wash and you're washing cars, how much might you
21 make in a day?

22    MR. STEWART:  Objection.

23    A.    Very -- it's something that is very
24 hard to say because you don't make the same
25 amount every day, because one day you can go and

```
 1    find work, and other days you don't find
 2    anything.
 3    BY MR. FOLKMAN:
 4         Q.    What's the most you've ever made in a
 5    day washing cars?
 6              MR. GARABEDIAN:   Objection.
 7         A.    300 gourdes.
 8    BY MR. FOLKMAN:
 9         Q.    When Cyrus gave you $200, that's 200
10    American dollars?
11         A.    Yes.  Not at once, two times.
12         Q.    Each of $100?
13         A.    Yes.  Twice.
14         Q.    When was the last time?
15         A.    I don't remember that.
16         Q.    Was it recently?
17         A.    I don't remember.
18         Q.    Do you know someone named Mathieu?
19         A.    Yes.
20         Q.    Is Mathieu's other name Walter?
21              MR. STEWART:   Objection.
22         A.    I don't know.
23    BY MR. FOLKMAN:
24         Q.    Have you ever received money from
25    Mathieu?
```

1  us to Fairfield University.

2      Q.   Okay. And she said this during the
3  conversation that Nicholas interpreted, is that
4  what your testimony is, sir?

5           MR. STEWART: Objection.

6      A.   Yes.

7  BY MR. KENNEDY:

8      Q.   And this was a one-time conversation,
9  sir?

10          MR. STEWART: Objection.

11     A.   Yes.

12          MR. KENNEDY: I think that's all I
13 have. Thank you, sir.

14          MR. STEWART: Can we go off? We need
15 to look at something for one minute before we
16 wrap it up.

17          THE VIDEOGRAPHER: Going off the
18 record. The time is 4:33.

19          (Pause.)

20          THE VIDEOGRAPHER: Back on the record.
21 The time is 4:37.

22          CROSS EXAMINATION
23 BY MR. STEWART:

24     Q.   This morning, Mr. Folkman asked you if
25 you'd ever received any money from Mathieu. Do

1   you remember that?
2        A.    Yes, I remembered he gave me money.
3        Q.    Okay.  This morning you said to
4   Mr. Folkman that Mathieu did not give you money.
5   Can you explain -- is that true?
6        A.    Well, the money didn't come really
7   from Mathieu, it came directly from Cyrus, so
8   that's why I considered the money came from
9   Cyrus, not from Mathieu.
10       Q.    Okay.  So Cyrus gave you $200
11  previously directly, correct, from Cyrus to you?
12       A.    Yes.
13       Q.    And then there was a third time where
14  Cyrus gave you $100, but it was actually Mathieu
15  that handed you the money?
16       A.    Yes.  That money was for me to come
17  here.
18       Q.    Okay.  When did Mathieu give you that
19  money?
20       A.    One week prior to coming here.
21       Q.    So is that total, three times, 100
22  each, the total amount of money that you have
23  gotten from Cyrus -- received from Cyrus or from
24  Mathieu?
25       A.    Yes, 200 directly from Cyrus and 100

Page 186

1 from Mathieu, through Mathieu.

2 Q. The 100 you got from Mathieu one week
3 ago, what did you use it for?

4 A. Well, I bought sandals and clothes and
5 things to eat because I didn't have clothes and
6 shoes to come here.

7 MR. STEWART: Okay. That's all we
8 have.

9 Do you have any follow-up based on
10 that?

11 MR. FOLKMAN: Just check the group.

12 MR. CERRETA: No.

13 MR. FOLKMAN: No.

14 MR. STEWART: Okay. Thank you.

15 60 to read and sign.

16 MR. FOLKMAN: Yes.

17 MR. STEWART: Okay.

18 THE VIDEOGRAPHER: This concludes the
19 August 1, 2015 deposition of Kensley Previl.
20 Going off the record. The time is 4:41.

21 (Whereupon, the deposition was
22 concluded.)

23

24

25