```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
***************************
GERVIL ST. LOUIS, a/k/a ST.         Consolidated with:
LOUIS GERVIL,                       3:13-cv-1225-RNC
                                    3:13-cv-1269-RNC
                    Plaintiff,      3:13-cv-1437-RNC
                                    3:13-cv-1480-RNC
     v.                             3:13-cv-1626-RNC
                                    3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER             3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE         3:13-cv-1629-RNC
E. CARTER; HAITI FUND,              3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;         3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW         3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY         3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.            3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES         3:13-cv-1635-RNC
AND OF MALTA, AMERICAN              3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a          3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN            3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN           3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN         3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;           3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX         3:13-cv-1642-RNC
and JOHN DOE SEVEN,                 3:13-cv-1644-RNC
                                    3:13-cv-1645-RNC
                    Defendants.     3:13-cv-1647-RNC
                                    3:13-cv-1648-RNC
                                    3:13-cv-1701-RNC
                                    3:13-cv-1767-RNC
                                    3:13-cv-1768-RNC
                                    3:13-cv-1769-RNC
                                    3:13-cv-1881-RNC
                                    3:13-cv-1904-RNC
                                    3:13-cv-1906-RNC
                                    3:13-cv-1907-RNC
*****************************
This document applies to:
All of the above referenced cases
And those to be filed
*****************************
       CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
            VIDEOTAPED DEPOSITION OF ILGUENS JEAN

                    Friday, July 31, 2015
                          9:04 a.m.
```

1      VIDEOTAPED DEPOSITION OF ILGUENS JEAN

2

3

4  Held At:

5

6     Barcelo Puerto Plata

7     Carretera Lupersn, km 5, Puerto Plata 547

8     Dominican Republic

9

10

11  REPORTED BY:

12  Maureen O'Connor Pollard, RMR, CLR, LSR #473

13  Realtime Systems Administrator

14

15

16

17

18

19

20

21

22

23

24

25

26

1   what Douglas did to you?
2       A.   Yeah, it's through Cyrus that I found
3   a lawyer, my lawyers.
4       Q.   What did you tell Cyrus?
5       A.   I told him I was a victim, that
6   Douglas raped me.
7       Q.   How did you -- why did you tell Cyrus?
8       A.   Because I had found child, and he
9   explained to me that Cyrus could help in that
10  situation to find justice, so I went to Cyrus,
11  and he helped me find a lawyer.
12      Q.   What child told you that?
13      A.   I don't remember.
14      Q.   When did you go talk to Cyrus the
15  first time?
16      A.   I met him at the Carenage. I told him
17  how Douglas had raped me.
18      Q.   When did you meet him at the Carenage?
19      A.   I don't recall, but I met him at
20  Carenage.
21      Q.   Before or after PPT closed?
22      A.   Afterwards.
23      Q.   Before or after the earthquake?
24      A.   After the earthquake.
25      Q.   Has Cyrus Sibert given you any money?

1    A.    Yes.
2    Q.    How many times has he given you money?
3    A.    He gave me money for two times, during
4  two times.
5    Q.    And in the first time that he gave you
6  money, how much did he give you?
7    A.    $100.
8    Q.    When did he give you this money?
9    A.    First time, first day I met him.
10   Q.    He gave you this money when you met
11 him at Carenage?
12   A.    Yes.
13   Q.    Did he tell you why he was giving you
14 this money?
15   A.    No, he just gave me money.  I went.
16   Q.    Did you ask him for the money?
17   A.    No.
18   Q.    What did you use the money for?
19   A.    I bought food, I bought food that
20 could help me pay, you know, my debts.
21   Q.    The $100 that Cyrus gave you, was that
22 US dollars?
23   A.    Yes.
24         THE TRANSLATOR:  Could we have a break
25 in five minutes, please?

1        MR. BABBITT: Sure. You can break
2  now, if you like.
3        THE VIDEOGRAPHER: Going off the
4  record. The time is 2:18.
5        (Whereupon, a recess was taken.)
6        THE VIDEOGRAPHER: Back on the record.
7  The time is 2:27.
8  BY MR. BABBITT:
9    Q.  When was the second time that Cyrus
10  gave you money?
11    A.  I don't remember, but Cyrus gave me
12  money a second time also.
13    Q.  Was it this year, 2015?
14    A.  I don't remember. Just simply that it
15  was to come here. Cyrus wasn't in Haiti there,
16  so Mathieu gave me $100 so I could buy food,
17  clothes, and a suitcase so I could come here.
18    Q.  Did Mathieu get the money from Cyrus?
19        MR. STEWART: Objection.
20    A.  I don't know where Mathieu got the
21  money. Cyrus wasn't there. I don't know if he
22  got it from Cyrus. Just that Mathieu gave me
23  $100 so I could buy clothes, a suitcase, and
24  food so I could come here.
25    Q.  Did you ask Mathieu for the money?

1      A.    No.  It's just Mathieu who gave me
2   money so I could buy clothes, suitcase, things
3   for the feet, shoes, and food so I could come
4   here.
5      Q.    How did Mathieu know that you were
6   coming here?
7            MR. STEWART:  Objection.
8      A.    They have a relationship with Cyrus.
9   When Cyrus isn't there, Mathieu replaces him.
10  BY MR. BABBITT:
11     Q.    What is Mathieu's full name?
12     A.    I don't know.  I just know his name is
13  Mathieu.
14     Q.    Was that second time that you got
15  money, the time you got money from Mathieu, was
16  that in US dollars?
17     A.    Yes.
18     Q.    Do you know anybody else who got money
19  from Cyrus Sibert?
20           MR. STEWART:  Objection.
21     A.    I don't know.
22  BY MR. BABBITT:
23     Q.    Do you know anybody else who got money
24  from Mathieu?
25           MR. STEWART:  Objection.