11/16/2015 — Attorney Files Dozens More Conn Lawsuits in Haiti Sex Abuse Case | Connecticut Law Tribune

**Connecticut Law Tribune**

NOT FOR REPRINT

🖨 Click to Print or Select '**Print**' in your browser menu to print this document.

Page printed from: Connecticut Law Tribune

# Attorney Files Dozens More Conn. Lawsuits in Haiti Sex Abuse Case

MEGAN SPICER, The Connecticut Law Tribune

November 12, 2015

Two years ago, it appeared the sordid saga of Douglas Perlitz was winding down. The founder of an orphanage in Haiti had been sentenced to nearly 20 years in prison for molesting children who were under his care, and a civil suit filed on behalf of 24 boys and naming some of Perlitz's institutional backers as defendants — including Fairfield University — had settled for $12 million.

"Right now the victims are very happy," the plaintiffs attorney, Mitchell Garabedian, said at the time. "They're satisfied they can buy food, medicine, clothing and shelter for themselves and their loved ones."

But now it appears the Perlitz case may once again explode in the legal arena. Since the time of the settlement, Garabedian said he's had an "advocate" working in Haiti to try to find additional sex abuse victims. The Boston-based attorney said he has identified 147 additional possible plaintiffs.

Already, Garabedian said he has filed 50 new claims in Connecticut courts, with the latest coming Oct. 30. He anticipates filing dozens more. Each makes the same claim, demanding $20 million in damages against each defendant for each claim made. So far, Perlitz said he's taken 15 depositions and he expects to complete 20 more. He said he's still conducting investigations and making determinations about exactly how many more cases to file.

Garabedian said most of the alleged victims are now in their 20s. He said some were "abused over the course of years and some were abused only one time."

"It's not uncommon with sexual abuse cases that there be multiple victims coming forward. I have seen in my experience that one sexual abuser [may] abuse hundreds of children," said Garabedian, whose practice focuses on sexual abuse cases, including plaintiffs who allege they were victimized by priests.

As an example, he cited the case of Brother Stephen Baker, a Franciscan friar who was accused of abusing more than 100 teens in Minnesota, Ohio and Pennsylvania before committing suicide in 2013.

**Fairfield Connection**

Perlitz co-founded the Project Pierre Toussaint school in 1997 to provide services to children including meals, sports activities, basic classroom instruction, and access to running water for baths. The project continued to expand and, in 1999, a residential facility, Village Pierre Toussaint was added. The Village was staffed primarily by Haitians, but Perlitz was directly involved.

For nearly a decade, from 1999 to 2008, Perlitz victimized the young boys. After the crimes were reported to authorities, Perlitz was eventually charged and convicted of sexual abuse. Garabedian filed a lawsuit in 2011 against Perlitz; the Rev. Paul Carrier; Fairfield University; Hope E. Carter, a volunteer at the Haiti facility; The Society of Jesus of New England; and the Haiti Fund Inc. Carrier and the others were sued for negligent supervision because they allegedly failed to adequately oversee Perlitz's involvement in the day-to-day operations of the school.

The primary means of funding for the programs was the Haiti Fund Inc. which was incorporated in 1999 as a charitable organization in Connecticut, and operated as the fund-raising arm of Project Pierre Toussaint. Carrier, a former chaplain at Fairfield University, served as a director of the Haiti Fund. The university raised $600,000 for the Haiti Fund and sent student volunteers to Haiti to help with the program, all under Carrier's supervision.

The 2013 settlement provided $500,000 for each plaintiff, though the defendants did not admit liability. The latest round of lawsuits name the same defendants, who are alleged to have known about the abuse and did nothing to stop it.

"We're looking to obtain information that would indicate that the supervisors of Doug Perlitz knew or should have known he was sexually abusing children," said Garabedian. "It's very difficult for victims in society to comprehend why supervisors do not do their jobs correctly to prevent such sexual abuse."

Stanley Twardy, the managing partner at Day Pitney who is representing Fairfield University, said there are "very valid" defenses for each of the new claims. The firm intends to defend the private university in the same manner as it did in the first set of lawsuits, Twardy said.

Hope Carter, a former volunteer with the Haiti school, has filed a motion asking that she be removed as a defendant. She sad she was not involved with the school for long enough to have known about the abuse of the boys.

"There is no allegation of any personal interaction," according to her motion to dismiss. "Rather, these plaintiffs merely claim that Carter, at some time, happened to visit the place where they state Perlitz committed abuse. By this logic, a person who visits a church where an individual has been abused should somehow know that abuse has taken place there."

According to court documents, Perlitz would fly to Haiti from New York or Florida, often after attending fundraising events in Connecticut. Until about 2008, Perlitz repeatedly molested the boys, ranging in age from 9 to 21 years old. Perlitz would promise the boys food and shelter and other benefits—including cash, cell phones, electronics, shoes, and clothes—to entice them to take part in the sex acts. Those who didn't comply were not given even basic necessities, authorities said.

The lawsuits claim that other Project Pierre Toussaint staffers and volunteers—including Carrier

—would stay at Perlitz's home in Haiti and that they knew that many of the boys would spend the night and sleep in Perlitz's bedroom.

"Because sexual abuse enablers are not conducting appropriate supervision, sexual predators are allowed to sexually abuse children over the course of decades," Garabedien said. "The sexual abuse crisis is worldwide and includes third world countries and is not limited to a few countries."

The Boston attorney added: "My clients should be proud of themselves for coming forward. By doing so, they are empowering themselves and other sexual abuse victims and making the world safer for children."

Copyright 2015. ALM Media Properties, LLC. All rights reserved.