```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
***************************
GERVIL ST. LOUIS, a/k/a ST.         Consolidated with:
LOUIS GERVIL,                       3:13-cv-1225-RNC
                                    3:13-cv-1269-RNC
              Plaintiff,            3:13-cv-1437-RNC
                                    3:13-cv-1480-RNC
      v.                            3:13-cv-1626-RNC
                                    3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER             3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE         3:13-cv-1629-RNC
E. CARTER; HAITI FUND,              3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;         3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW         3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY         3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.            3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES         3:13-cv-1635-RNC
AND OF MALTA, AMERICAN              3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a          3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN            3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN           3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN         3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;           3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX         3:13-cv-1642-RNC
and JOHN DOE SEVEN,                 3:13-cv-1644-RNC
                                    3:13-cv-1645-RNC
              Defendants.           3:13-cv-1647-RNC
                                    3:13-cv-1648-RNC
                                    3:13-cv-1701-RNC
                                    3:13-cv-1767-RNC
                                    3:13-cv-1768-RNC
                                    3:13-cv-1769-RNC
                                    3:13-cv-1881-RNC
                                    3:13-cv-1904-RNC
                                    3:13-cv-1906-RNC
                                    3:13-cv-1907-RNC
*****************************
This document applies to:
All of the above referenced cases
And those to be filed
*****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
      VIDEOTAPED DEPOSITION OF JAMESLY GUILLAUME

              Monday, May 18, 2015
                   9:09 a.m.
```

1    VIDEOTAPED DEPOSITION OF JAMESLY GUILLAUME
2
3
4  Held At:
5
6       Barcelo Puerto Plata
7       Carretera Lupersn, km 5, Puerto Plata 547
8       Dominican Republic
9
10
11 REPORTED BY:
12 Maureen O'Connor Pollard, RMR, CLR, LSR #473
13 Realtime Systems Administrator
14
15
16
17
18
19
20
21
22
23
24
25
26

1  to Cyrus's radio station.  Do you remember that?

2      A.    So the last question you asked me, how

3  did I know to go to Cyrus's radio station?

4      Q.    That's not the last question I asked

5  you, but I just want to make sure that we go

6  back and get the story right, get the truth.

7      A.    Okay.

8      Q.    Do you understand, when I ask you how

9  did you know to go to Cyrus's radio station to

10 report the fact that you had been sexually

11 abused, do you understand what I'm asking?

12     A.    How did I know to go to Cyrus's radio

13 station?

14     Q.    Yes.  How did you know to go to

15 Cyrus's radio station?

16     A.    Because I know that Cyrus is a

17 journalist, he can help me on that subject.

18     Q.    But you never -- it's true, isn't it,

19 that you never heard any broadcast or any of his

20 shows that talked about Douglas Perlitz and

21 sexual abuse?

22          MR. GARABEDIAN:  Objection.

23     A.    Yes, I have heard that in one of his

24 programs.

25 BY MR. FOLKMAN:

1    Q.   You did hear that in one of his
2  programs?
3    A.   Yes.  Cyrus does broadcast that, talks
4  about that on his station.
5    Q.   Okay.  And you didn't understand when
6  I asked you that before, but you now you
7  understand the question.
8         MR. GARABEDIAN:  Objection.
9  BY MR. FOLKMAN:
10   Q.   And you know that he does broadcast
11 that?
12        MR. GARABEDIAN:  Objection.
13   A.   Now I understand.
14 BY MR. FOLKMAN:
15   Q.   Now you understand.  Okay.
16        So did you ever hear Cyrus talk on the
17 radio about kids who had gotten money?
18   A.   Has Cyrus ever broadcast that some of
19 the children have gotten money?
20   Q.   Yes.
21   A.   Yes, he did broadcast, it was
22 broadcast, that he said that some of the
23 children have gotten that kind of justice.
24   Q.   And you knew that?
25   A.   Yes, I did hear that on his radio

Page 168

1  program.

2      Q.    And when I asked you that before you
3  didn't understand, but now you understand?

4          MR. GARABEDIAN:  Objection.

5      A.    Yes, now I understand that that's what
6  you were talking about.

7  BY MR. FOLKMAN:

8      Q.    Okay.  Good.

9            And let's go through some of these
10 names.  Francilien Jean-Charles.

11     A.    Are we going to talk about Francilien?

12     Q.    I'm going to ask, do you know whether
13 he got money?

14         MR. GARABEDIAN:  Objection.

15     A.    I've seen him in public
16 transportation, because I've seen him, I did
17 know.

18 BY MR. FOLKMAN:

19     Q.    And you knew that Joseph Jean-Charles
20 got money?

21     A.    I've seen all of them in cars.

22     Q.    New cars?

23     A.    Yes.

24     Q.    And do you know where the money came
25 from to buy the cars?