## SCHEDULE A

## DEFINITIONS

For the purposes of this subpoena:

1. The words "you", "your", and similar words refer to Cyrus Sibert.

2. "Perlitz" means the defendant, Douglas Perlitz.

3. "Father Carrier" means the defendant, Father Paul E. Carrier, S.J.

4. "Carter" means the defendant, Hope E. Carter.

5. "The Society of Jesus" means the defendant, The Society of Jesus of New England.

6. The "University" means the defendant, Fairfield University

7. "American Association" means the defendant, Sovereign Military Hospitaller Order of St. John of Jerusalem of Rhodes and of Malta, American Association, U.S.A., a/k/a Order of Malta, American Association, USA.

8. "The Haiti Fund" means the defendant, Haiti Fund, Inc.

9. "Kendrick" means Paul T. Kendrick.

10. "Gedeus" means Robenson Gedeus.

11. The "*St. Louis* Plaintiffs" means the plaintiffs Gervil St. Louis, a/k/a St. Louis Gervil; Ilguens Jean, a/k/a Jean Ilguens; Felix Pierre, a/k/a Pierre Felix, a/k/a Wilnaud, a/k/a Wilnot; Wisky Jerome, a/k/a Jerome Wisky; Jose Bernardin, a/k/a Bernardin Jose; Jheempson Brismac Joseph, a/k/a Joseph Brismac Jheempson, a/k/a Joseph Jheempson Brismac, a/k/a Brismac Jheempson Joseph; Eliphete Alibert, a/k/a Alibert Eliphete, a/k/a Eliphete Albert, a/k/a Albert Eliphete; Cristophe Faustin, a/k/a Faustin Christophe; Dimitry Joseph, a/k/a Joseph Dimitry; Dorat Jean, a/k/a Jean Dorat; Eliodor Fleuridor, a/k/a Fleuridor Eliodor; Frisnel Jean,

a/k/a Jean Frisnel; Gesner Lecenat, a/k/a Lecenat Gesner; Jamesly Guillaume, a/k/a Guillaume Jamesly, a/k/a Jamesly Guillame, a/k/a Guillame Jamesly; Jasmin Joseph, a/k/a Joseph Jasmin; Jean Moise Emile, a/k/a Emile Moise Jean, a/k/a Emile Jean Moise, a/k/a Moise Jean Emile, a/k/a Moise Jean, a/k/a Jean Moise, a/k/a Emile Janneose, a/k/a Janneose Emile; Johnson Audate, a/k/a Audate Johnson; Papouche Fils-Aime, a/k/a Fils-Aime Papouche; Raynel Odilbert, a/k/a Odilbert Raynel; Joel Albert, a/k/a Albert Joel; Emile Jean-Pierre, a/k/a Jean-Pierre Emile; Geffrard Lecenat, a/k/a Lecenat Geffrard; Kensley Previl, a/k/a Previl Kensley; Erlick Benjamin, a/k/a Benjamin Erlick; Dieu-Dabel Bernard, a/k/a Bernard Dieu-Dabel, a/k/a Dieudabel Bernard, a/k/a Bernard Dieudabel; Emmanuel Pierre, a/k/a Pierre Emmanuel; Wadson Dorcine, a/k/a Dorcine Wadson; Lucce Calixte, a/k/a Calixte Lucce; Robens Pierre, a/k/a Pierre Robens; Mackenson Bien-Aime, a/k/a Bien-Aime Mackenson; Daphelus Baptise, a/k/a Baptiste Daphelus; Emmanuel Clervil, a/k/a Clervil Emmanuel; Louis Saint Cirin, a/k/a Saint Cirin Louis; Johny Alcy, a/k/a Alcy Johny; Angelo Compere, a/k/a Compere Angelo; Nickenson Alcinord, a/k/a Alcinord Nickenson; Bien Aime Robenson, a/k/a Robenson Bien Aime; Mickenson Cameus, a/k/a Cameus Mickenson; Jason Maxwel Deriza, a/k/a Deriza Jason Maxwel, a/k/a Jason Maxwel Derizard, a/k/a Derizard Jason Maxwel; Gary Francois, a/k/a Francois Gary; Herby Francois, a/k/a Francois Herby, a/k/a Herbi Francois, a/k/a Francois Herbi; Jacques Mackenson, a/k/a Mackenson Jacques; Bernard Michel, a/k/a Michel Bernard; Philodin Telmir, a/k/a Telmir Philodin, a/k/a Philodin Telmy, a/k/a Telmy Philodin, a/k/a Philoden Telmy, a/k/a Telmy Philoden; Fritzson Pierre, a/k/a Pierre Fritzson, a/k/a Frickson Pierre, a/k/a Pierre Frickson; Guisman Pierre, a/k/a Pierre Guisman, Jocelyn Frezin, a/k/a Frezin Jocelyn and Wendy Derice, a/k/a Derice Wendy, a/k/a Wendy Deruce, a/k/a Deruce Wendy.

12. The "*Jean-Charles* Plaintiffs" means Benson Alcime, Kenson Baptiste, Jean Ronald Belonne, Donald Cadet, Edier Dorsainvil, Emmanuel Dorvil, Peterson Eugene, Fredlin Fils-Aime, Peterson Gedeus, Schoubert Hedouville, Francilien Jean-Charles, Joseph Jean-Charles, Jimmy Jesula, Fredelin Legrand, James Mathieu, Denis Mesamour, Luckson Mesidor, Mackenson Michel, Robens Pierre, Francklyn Pierre, Romeus Rodlin Rosanne, Noel Smith, Michael Saintelus, and Thony Vall.

13. The "Plaintiffs" means the *St. Louis* Plaintiffs and the *Jean-Charles* Plaintiffs.

14. The "Actions" means the civil actions filed in the United States District Court of the District of Connecticut by the *St. Louis* Plaintiffs and the *Jean-Charles* Plaintiffs, collectively.

15. "Project Pierre Toussaint" means the school in Cap Haitien, Haiti known as Project Pierre Toussaint referred to, inter alia, in paragraph 2 of each Plaintiffs' Complaint.

16. "ESI" means electronically stored information, including writings, drawings, graphs, charts, photographs, sound recordings, images, video recordings, and other data or data compilations, stored in any medium from which information can be obtained either directly or, if necessary, after translation into a reasonably usable form. ESI must be produced in native format, with all metadata associated with the ESI. "ESI" includes but is not limited to analog or digital recordings of radio broadcasts, word processing documents or other text files, images, audio recordings, or video recordings, and emails, and it includes information stored on your personal computers or stored (for example, by an internet service provider or by the provider of your email accounts) on a server to which you have access.

17. "Documents" includes both documents and ESI and is defined to be equal in scope to the usage of the terms "documents" and "electronically stored information" in Fed. R.

3

Civ. P. 45(d). It includes both documents in their original language and documents translated into another language. A draft or non-identical copy of a document is a separate document.

18. "Concerning" means referring to, describing, evidencing, or constituting.

19. "Communication" means the transmittal of information, in the form of facts, ideas, inquiries, or otherwise.

20. "Person" means any natural person, juridical person, or moral person, and any business, legal, or governmental entity or association, incorporated or unincorporated.

## DOCUMENTS TO BE PRODUCED

1. All documents concerning statements made by any one or more of the Plaintiffs, including but not limited to written, transcribed, videotaped or audiotaped statements of any one or more of the Plaintiffs.

2. All documents concerning communications between you and any one or more of the Plaintiffs.

3. All documents concerning communications between you and anyone else about the Plaintiffs, including but not limited to any communications concerning the Actions.

4. All documents concerning the abuse, injury or damages of any former Project Pierre Toussaint program participants, including but not limited to any documents about the investigation of such abuse, injury or damages.

5. All documents concerning the identity of any person claiming to have been sexually abused by Perlitz, including but not limited to any documents about the investigation of such claims.

6. All documents concerning communications between you and any of the Plaintiffs' attorneys.

7. All documents concerning Father Carrier, including but not limited to communications between you and any other person concerning Father Carrier.

8. All documents concerning Project Pierre Toussaint.

9. All documents concerning Perlitz.

10. All documents concerning the Haiti Fund.

11. All documents concerning the Society of Jesus of New England, Inc.

12. All documents concerning the University that are relevant to the subject matter of the Actions.

13. All documents concerning Carter.

14. All documents concerning the American Association.

15. All documents concerning injuries any one or more of the Plaintiffs claims to have suffered because of sexual abuse committed by Perlitz.

16. All documents concerning communications between you and any journalist or reporter, including but not limited to Michael P. Mayko, concerning Project Pierre Toussaint, any one or more of the Plaintiffs, any former Project Pierre Toussaint student or such students generally, Perlitz, Father Carrier, the Haiti Fund, the Society of Jesus, the University, Carter, or the American Association.

17. All documents concerning communications between you and Paul Kendrick concerning Project Pierre Toussaint, any one or more of the Plaintiffs, any former Project Pierre Toussaint student or such students generally, Perlitz, Father Carrier, the Haiti Fund, the Society of Jesus, the University, Carter, or the American Association.

18. All documents concerning communications between you and any prosecutor, investigator, or other government agent in the United States or Haiti concerning Project Pierre

5

Toussaint or its former students or employees, including but not limited to Gedeus, any one or more of the Plaintiffs, Perlitz, Father Carrier, the Haiti Fund, the Society of Jesus, the University, Carter, or the American Association.

19. All documents concerning communications between you and any physician, nurse, psychiatrist, psychologist, social worker, therapist, or other professional who has examined, spoken with, or treated any of the Plaintiffs.

20. All documents concerning money you received for any purpose from Paul Kendrick or the Plaintiffs' attorneys, including but not limited to bank statements and wire transfer confirmations.

21. All documents concerning money you received from any person for the benefit of any one or more of the Plaintiffs, including but not limited to bank statements and wire transfer confirmations.

22. All documents concerning money you paid or gave to any one or more of the Plaintiffs, including but not limited to bank statements, wire transfer confirmations, and cancelled checks."

626818 v1A