UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS,<br><br>   Plaintiff,<br><br>vs.<br><br>DOUGLAS PERLITZ, et al.,<br><br>   Defendants. | Civ. A. No. 3:13-cv-01132-RNC<br><br>Dated: November 17, 2015 |
| *This document relates to:*<br><br>*All Cases* | |

### DECLARATION OF THEODORE J. FOLKMAN

I, Theodore J. Folkman, make the following declaration.

1. I represent Fr. Paul E. Carrier, S.J., in connection with the above-captioned case. I make this declaration on personal knowledge.

2. Attached to this Declaration as Exhibit 1 is a true copy of an email exchange between me and counsel for the plaintiffs on June 12, 2015.

3. Attached to this Declaration as Exhibit 2 is a true copy of a document numbered RBC005519-5521, which Mr. Kendrick's employer, the Royal Bank of Canada, produced in response to a subpoena.

4. Attached to this Declaration as Exhibits 3, 4 and 5 are true copies of the documents numbered RBC005498, RBC005323, and RBC005571, which RBC produced in response to a subpoena.

2

     5.     Attached to this Declaration as <u>Exhibit 6</u> is a true copy of an email sent to me on April 15, 2014 by Paul Kendrick.

     I declare that the foregoing is true and correct. Executed on November 17, 2015.

                                  /s/ Theodore J. Folkman
                                  Theodore J. Folkman

697823