# Theodore J. Folkman

**From:** Theodore J. Folkman
**Sent:** Friday, June 12, 2015 11:08 AM
**To:** 'William Gordon'; 'Jayne Conroy'
**Subject:** Cyrus Sibert

Dear Bill and Jayne,

On behalf of the defense group, I am writing to ask if you are willing to make Mr. Sibert available to be deposed, either in Connecticut, in Florida, or in the Dominican Republic. Please let us know.

Thank you,

Ted Folkman

Theodore J. Folkman
Murphy & King, P.C.
One Beacon St.
Boston, Mass. 02108
tel. (617) 226-3451
fax (617) 305-0651

1