| | |
|---|---|
| **From:** | Mitchell Garabedian <garabedianlaw@msn.com> |
| **Sent:** | Friday, April 16, 2010 2:37 PM |
| **To:** | reseaucitadelle@yahoo.fr |
| **Cc:** | Kendrick, Paul (RBC Wealth Mgmt) <paul.kendrick@rbc.com> |
| **Subject:** | RE: Re : Interview |

Cyrus,

I will wait for the call.

Thank you.

Mitchell Garabedian
6127.523.6250

---

Date: Fri, 16 Apr 2010 18:26:47 +0000
From: reseaucitadelle@yahoo.fr
Subject: RE: Re : Interview
To: garabedianlaw@msn.com

Ok
--- En date de : **Ven 16.4.10, Mitchell Garabedian <garabedianlaw@msn.com>** a écrit :

> De: Mitchell Garabedian <garabedianlaw@msn.com>
> Objet: RE: Re : Interview
> À: kendrickpt@aol.com
> Cc: reseaucitadelle@yahoo.fr
> Date: Vendredi 16 avril 2010, 20h13
>
> Cyrus,
>
> Can I interview the child this coming Monday morning at 9:00 or 10:00?
>
> Please let me know.
>
> Mitchell Garabedian
> 617.523.6250
>
> From: kendrickpt@aol.com
> To: garabedianlaw@msn.com
> Subject: Fwd: Re : Update
> Date: Fri, 16 Apr 2010 13:42:18 -0400
> CC: reseaucitadelle@yahoo.fr

Cyrus, I am forwarding your heartbreaking message to Mitch. Please feel free to contact him
directly at any time.

McCooey won't answer my
questions about what is going on regarding support for the victims and the rebuilding of the school.

I am beside myself.

Good work on getting another victim to speak with Mitch. Have you had a chance to speak to the Cap Haitian lawyer you mentioned?

Finally, would it be OK if I sent Mayko
(Conn. Post) a portion of your letter; i.e. about Margarette and lack of help by Haiti board.

Thanks for your fortitude.

My Best,
Paul



Begin forwarded message:

> **From:** Reseau Citadelle - Cyrus Sibert
> <reseaucitadelle@yahoo.fr>
> **Date:** April 16, 2010 12:54:20 PM EDT
> **To:** Paul Kendrick <kendrickpt@aol.com>
> **Subject: Re : Update**
>
> Paul,
> Magarette decides to move to Port-au-Prince Thursday. Too much pressure! Victims suffer a lot. She is the only one available to help the victims. They are many. She spent the little money she earns at the hospital. All the victims consult her for food, health, school and even house. She spent he personal money to keep the victims together. Now, many victims are losing confidence in the Board, the investigators because they take too much to do something for them.
> She doesn't understand why Michael doesn't think that it's important for the victims to be available for trial. They are moving to Dominican Republic or other places to survive. With her little

personal money she helps them survive at Cap-Haitian with the hope that something will start soon and a program will start to support victims. She thinks that it's no good for her mental to see those suffer all the time. Victims are surfer a lot. More then you could imagine.
She thinks that Robenson always come to Cap-Haitian when visitors are here. After he is at Port-au-Prince and live the victims. The money the broad spent for Andy's team to make evaluation could help do many things for the victims: pay their school, make food, and send them to hospital…
It seems that the broad doesn't understand the necessity to hurry. She doesn't believe anymore in a support program for the victims. Also, she cannot continue to destroy herself in that way.
We are losing a good and very important person in the battle field.
Bay the way I need a rendez-vous with Micth. One of the victims is ready to talk to him next week.
Cyrus Sibert