| | |
|---|---|
| **From:** | Mitchell Garabedian <garabedianlaw@msn.com> |
| **Sent:** | Thursday, January 13, 2011 9:27 AM |
| **To:** | Cyrus Sibert <reseaucitadelle@yahoo.fr> |
| **Cc:** | Kendrick, Paul (RBC Wealth Mgmt) <paul.kendrick@rbc.com> |
| **Subject:** | RE: Interviews |

Cyrus, I am trying to obtain interview dates from the interpreter. I will let you know when I receive the dates. I am asking for the interpreter to be available on Friday, January 21, 2011 at 10:00 a.m. Friday, Boston time. Would this time be ok for you and the two boys? Mitch

---

Subject: Re: Contingent Fee agreements of Fredelyn and James
To: garabedianlaw@msn.com
From: reseaucitadelle@yahoo.fr
Date: Thu, 13 Jan 2011 04:34:55 +0000

Mathieu's uncle have signed the paper with him last week. I waiting to sign the other paper with Fredlyn's parent. The most important: you should make two interviews with 2 other victim. Please tell me know when and I will schedule with them.

I am planning to travel to the States next month. Also, I will need a formal letter about my contribution as volunteer in this civil action for reparation to go to the Embassy.

Cyrus Sibert Envoyé par mon BlackBerry de Digicel

**From:** Mitchell Garabedian <garabedianlaw@msn.com>
**Date:** Wed, 12 Jan 2011 15:46:45 -0500
**To:** Cyrus Sibert<reseaucitadelle@yahoo.fr>
**Cc:** <paul.kendrick@rbc.com>
**Subject:** RE: Contingent Fee agreements of Fredelyn and James

Cyrus,

I am preparing lawsuits to be filed. Were you able to have
a parent for Fredlyn and a a parent for James sign the
Contingent Fee Agreements?

Once again, it was a pleasure meeting you.

Thank you.

Mitch