| | |
|---|---|
| **From:** | Kendrick, Paul (RBC Wealth Mgmt) <paul.kendrick@rbc.com> |
| **Sent:** | Wednesday, March 9, 2011 9:01 AM |
| **To:** | cyrussibert@aol.com |
| **Subject:** | FW: Contingency Fee Agreements; Francklyn Pierre and Peterson Gedeus |

-----Original Message-----
From: Mitchell Garabedian [mailto:garabedianlaw@msn.com]
Sent: Monday, March 07, 2011 12:26 PM
To: Kendrick, Paul (RBC Wealth Mgmt)
Subject: FW: Contingency Fee Agreements; Francklyn Pierre and Peterson Gedeus

FYI

_____

From: garabedianlaw@msn.com
To: reseaucitadelle@yahoo.fr
Subject: RE: Contingency Fee Agreements; Francklyn Pierre and Peterson Gedeus
Date: Mon, 7 Mar 2011 11:18:10 -0500


Cyrus,

Do you have the completed Contingency Fee Agreements for Francklyn Pierre and Peterson Gedeus?

I need them to be mailed to me right after completion.

Once again, thank you.

Mitchell Garabedian
617.523.6250