| | |
|---|---|
| **From:** | Kendrick, Paul (RBC Wealth Mgmt) <paul.kendrick@rbc.com> |
| **Sent:** | Tuesday, March 29, 2011 3:56 PM |
| **To:** | Mitchell Garabedian <garabedianlaw@msn.com> |
| **Subject:** | RE: Peterson Gedeus |

Mitch, I just spoke with Cyrus. Peterson will sign the agreement this weekend in Cap Haitien. He will travel from PAP.

---

**From:** Mitchell Garabedian [mailto:garabedianlaw@msn.com]
**Sent:** Tuesday, March 29, 2011 9:25 AM
**To:** Cyrus Sibert
**Cc:** Kendrick, Paul (RBC Wealth Mgmt)
**Subject:** RE: Peterson Gedeus

Cyrus,

When do you think I will receive Peterson's Contingent Fee Agreement?

Thank you.

Mitchell Garabedian
617.523.6250