| | |
|---|---|
| From: | PAUL KENDRICK <kendrickpt@aol.com> |
| Sent: | Tuesday, April 15, 2014 9:19 PM |
| To: | Theodore J. Folkman <tjf@murphyking.com> |
| Subject: | Fwd: CAUTION |

Begin forwarded message:

**From:** PAUL KENDRICK <kendrickpt@aol.com>
**Date:** August 9, 2013 at 9:29:41 AM EDT
**To:** Cyrus Sibert <reseaucitadelle@gmail.com>
**Cc:** Mitchell Garabedian <garabedianlaw@msn.com>, garabedianlaw@earthlink.net
**Subject: CAUTION**

PRIVATE & CONFIDENTIAL

ONE VICTIM IS ALL THEY NEED

Dear Cyrus,

Thirty two new Perlitz victims is a big number.

Please don't let Garabedian push you too fast on this.

Each and every testimony must be scrutinized as never before.

One, just one, false testimony will permanently stain the credibility of these victims, including the first 24 who have already been to court.

My advice is to tread very, very carefully.

You are the *only* person who is truly able to assess the credibility of each victim's story. Behind the scenes, the defense will push harder than before to break down just one boy's testimony.

Why? Because all they need to win against this group of victims is to demonstrate that just one of them is lying.

Just one!

Thanks for all your courageous work on behalf of these victims.

Best Regards,
Paul

cc: Garabedian Law



PK000026