# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS, a/k/a ST. LOUIS GERVIL, | Civil Action No.: 3:13-cv-01132 (RNC) |
| Plaintiff, | |
| v. | |
| DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS OF NEW ENGLAND; SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICAN ASSOCIATION, U.S.A., a/k/a ORDER OF MALTA, AMERICAN ASSOCIATION, USA; JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; JOHN DOE FOUR; JOHN DOE FIVE; JOHN DOE SIX; and JOHN DOE SEVEN, | Consolidated with: 3:13-cv-1225-RNC; 3:13-cv-1269-RNC; 3:13-cv-1437-RNC; 3:13-cv-1480-RNC; 3:13-cv-1626-RNC; 3:13-cv-1627-RNC; 3:13-cv-1628-RNC; 3:13-cv-1629-RNC; 3:13-cv-1630-RNC; 3:13-cv-1631-RNC; 3:13-cv-1632-RNC; 3:13-cv-1633-RNC; 3:13-cv-1634-RNC; 3:13-cv-1635-RNC; 3:13-cv-1636-RNC; 3:13-cv-1637-RNC; 3:13-cv-1638-RNC; 3:13-cv-1639-RNC; 3:13-cv-1640-RNC; 3:13-cv-1641-RNC; 3:13-cv-1642-RNC; 3:13-cv-1644-RNC; 3:13-cv-1645-RNC; 3:13-cv-1647-RNC; 3:13-cv-1648-RNC; 3:13-cv-1701-RNC; 3:13-cv-1767-RNC; 3:13-cv-1768-RNC; 3:13-cv-1769-RNC |
| Defendants. | |
| *This document applies to:* *Jerome v. Perlitz et al., 3:13-CV-01437,* *Bernardin v. Perlitz et al., 3:13-CV-01480,* *Jean v. Perlitz et al., 3:13-CV- 01630,* *Guillaume v. Perlitz et al., 3:13-CV- 01634,* *Bien-Aime v. Perlitz et al., 3:13-CV- 01769* | March 27, 2014 |

## MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

The undersigned, counsel for defendant Father Paul E. Carrier, S.J., respectfully submits this memorandum of law in opposition to plaintiffs' motion for a protective order. The other appearing defendants join in this opposition.

Courts in this district have long recognized that plaintiffs who bring suit in this forum must submit to depositions in their chosen forum, unless they can show that some compelling circumstance effectively prevents travel to Connecticut.  *E.g., Sykes Int'l, Ltd. v. Pilch's Poultry Breeding Farms, Inc.,* 55 F.R.D. 138, 139 (D. Conn. 1972).  Here, the plaintiffs ask the Court to excuse them from in-forum depositions based on various claims of burden and hardship.  *See* Pl. Mem. at 6-9, 9-11.  The plaintiffs' claims, however, do not warrant entry of a protective order, because none of them has the practical effect of preventing plaintiffs' travel to the forum.

For example, the plaintiffs contend that they cannot travel from Haiti to Connecticut because they cannot secure the needed permission from immigration authorities.  *See* Pl. Mem. at 7-8.  But the plaintiffs' supposed inability to travel is based on little more than speculation.  The plaintiffs have not even attempted to secure the necessary permission from immigration officials to appear at depositions in Connecticut.  Instead, they rely exclusively on an  immigration lawyer's untested predictions that hypothetical visa applications by plaintiffs are likely to fail.  Those predictions are no substitute for authoritative decisions from the relevant officials.  *E.g., Olympic Sports Data Servs. Ltd. v. Maselli*, No. 07-117, 2010 U.S. Dist. LEXIS 5206, at *3-4 (E.D. Pa. 2010) (protective order denied absent showing that plaintiff "attempted and failed" to obtain visa).  And that is particularly true here, where the "expert" analysis provided by the plaintiffs' immigration lawyer is also deeply flawed on the merits.  *See infra*, 6-10.

Similarly, the plaintiffs' assertion that they are too "poor" and "destitute" to travel for their depositions, *see* Pl. Mem. at 7-8,  is equally meritless.  The plaintiffs may be poor.  But it is clear on this record that all of their litigation expenses—from their filing fees to their immigration-law expert—are almost certainly being advanced by their attorneys, who will undoubtedly advance plaintiffs' "travel and lodging" expenses to facilitate their appearance at

depositions,  Conn. Ethics Op. 00-21 (Sept. 25, 2000) (approving this practice for "indigent clients").  *See infra*, 10-12.

The plaintiffs also have not even attempted to show that there was no alternative forum where they could have brought their claims.  *See infra*, 12-14.  Further, the plaintiffs' claims that conducting depositions in Haiti would be "practical" and "economical" is simply incorrect— conducting 35 depositions of 35 plaintiffs in Haiti would be extremely burdensome and would also raise serious complications under Haitian law.  *See infra*, 14-15.

The Court should deny the motion.

## ARGUMENT

**A.    Absent extreme hardship, a litigant who chooses to file suit in this district must submit to a deposition in this district.**

A plaintiff's "choice of forum" is entitled to substantial "deference," *see Iragorri v. United Techs. Corp.*, 274 F.3d 65, 70-71 (2d Cir. 2001) (en banc), but with this deference comes a cost—the plaintiff must be prepared to litigate his suit in the place where he has chosen to file it.  *See generally* 8A Wright & Miller, *Federal Practice & Procedure* § 2112 (3d ed.) (courts generally mandate that a plaintiff "make himself … available for examination" within his chosen forum).  This means that a plaintiff who brings suit in this Court must ordinarily "appear in Connecticut for his deposition," or else face dismissal of his claims.  *Chiu v. Au*, No. 3:03-CV-1150, 2005 U.S. Dist. LEXIS 22783, at *11-13 (D. Conn. 2005) (Chatigny, J.) (case dismissed where plaintiff "fail[ed] to come to Connecticut as ordered by the court").  Exceptions to this rule are narrow, and require proof of "extreme hardship" and "compelling circumstances" that effectively prevent the plaintiff from appearing in the forum.  *E.g., Clem v. Allied Van Lines Int'l*

*Corp.*, 102 F.R.D. 938, 939-40 (S.D.N.Y. 1984).[1]  Absent some showing that requiring an in-forum deposition would be tantamount to "'denial of jurisdiction,'" a plaintiff who files suit in this district must "come to [this district] … for the taking of [his] deposition[]."  *See Sykes Int'l, Ltd. v. Pilch's Poultry Breeding Farms, Inc.*, 55 F.R.D. 138, 139 (D. Conn. 1972) (quoting *Hyam v. Am. Export Lines, Inc.*, 213 F.2d 221, 223 (2d Cir. 1954)).

Consistent with these principles, "conclusory" or untested assertions that a plaintiff is unable to appear in the forum have repeatedly been found insufficient to justify a protective order.  *E.g.*, *Price v. Priority Transp.,*, No. 07-CV-6627, 2008 U.S. Dist. LEXIS 77326, at *3 (W.D.N.Y. 2008).  The required showing must instead consist of "specific" testimony and "documentary evidence" establishing that mandatory attendance in the forum would work an "extreme hardship."  *Dieng v. Hilton Grand Vacations Co.,* No. 2:10-cv-01723,  2011 U.S. Dist. LEXIS 27206, at *2-4 (D. Nev. 2011); *see MPD Accessories B.V. v. Target Corp.,* No. 12 Civ. 7259, 2013 U.S. Dist. LEXIS 46622, at *1-2 (S.D.N.Y. 2013).

So for example, courts have repeatedly concluded that no "'compelling circumstances'" are present where (as here) foreign plaintiffs rely on untested predictions that they will have trouble "obtaining visas" authorizing travel to the forum.  *Id.* at *1-2(quoting *Clem*, 102 F.R.D. at 939); *see also Xavier v. Belfor USA Grp., Inc.*, No 06-0491, 2009 U.S. Dist. LEXIS 92179, at *17-18, 21-23 (E.D. La. 2009) (requiring in-forum depositions notwithstanding lawyer's predictions that "Brazilian[], Ecuadorian[], Mexican[], [and] Peruvan[]" plaintiffs would have problems obtaining visas based on "financial status, property holdings, and family ties");

---

[1]  *See also MPD Accessories B.V. v. Target Corp.*, No. 12 Civ. 7259, 2013 U.S. Dist. LEXIS 46622, at *1-2 (S.D.N.Y. 2013) (same); *Price v. Priority Transp.*, No. 07-CV-6627, 2008 U.S. Dist. LEXIS 77326, at *2-4 (W.D.N.Y. 2008); *Alvin Schwartz, M.D., P.A., Emp'r/Emp. Profit Sharing Plan v. O'Grady*, No. 86 Civ. 4243, 1988 U.S. Dist. LEXIS 15566, *3-5 (S.D.N.Y. 1988) (same).

-4-

*compare* Declaration of Attorney Graves ("Graves Decl.") (similar predictions).  Rather, a

plaintiff who claims that he cannot enter the United States for his deposition must demonstrate

his inability to travel with affirmative proof:  He must show "that [he] had attempted and failed

to obtain a visa," and that he "w[ill] continue to be so denied" in the future. *Olympic Sports Data*

*Servs. Ltd. v. Maselli*, No. 07-117, 2010 U.S. Dist. LEXIS 5206, at *3-4 (E.D. Pa. 2010)

(denying "motion for a protective order" but granting leave to refile in the event that plaintiff

"attempted and failed" to obtain permission to travel).

 Similarly, mere "claims of financial hardship" are also insufficient to show "compelling

circumstances" excusing the plaintiff from appearing at an in-forum deposition. *MPD*

*Accessories*, 2013 U.S. Dist. LEXIS 46622, at *1-2.  Granted, evidence of the plaintiff's

financial condition—including wages, savings, and other financial resources—may be relevant to

the analysis. But the ultimate question for the Court is *not* whether the plaintiff has limited

financial means; the ultimate question is whether those limited means have the "'practical

effect'" of preventing travel to the forum.  *See Sykes Int'l*, 55 F.R.D. at 139 (citation omitted).

If, despite plaintiff's "financial" limitations, "travel to the forum … for [a] deposition" is neither

"practically impossible" nor "fundamentally unfair," then the plaintiffs must submit to

examination in the forum.  *Viasphere Int'l, Inc. v. Vardanyan*, Nos. C12-01536, -05645, 2013

U.S. Dist. LEXIS 25611, at *2-3 (N.D. Cal. 2013) (internal quotation marks and citations

omitted); *see also Sykes Int'l,* 55 F.R.D. at 139 ("'practical effect'" of proffered difficulties must

be tantamount to "'denial of jurisdiction'") (citation omitted).[2]

---

 [2] The plaintiffs briefly suggest that, under *Brockway v. VA Connecticut Healthcare*
*System*, No. 3:10-CV-719, 2011 U.S. Dist. LEXIS 41193 (D. Conn. 2011), they need not
demonstrate any extreme hardship or compelling circumstances, and that the Court should
simply determine the location of the depositions under a generalized balancing test.  Pl. Mem. at

**B.    Plaintiffs have presented no compelling circumstances excusing their failure to appear in the forum where they chose to sue.**

In this case, none of the three grounds raised in the plaintiffs' motion—their purported inability to obtain visas, their limited financial means, and the supposed unavailability of an alternative forum—provides any "compelling circumstance[]" warranting out-of-forum depositions.  *See* Pl. Mem. at 7-9.

1.    *Plaintiffs' claims of potential visa issues are insufficient to demonstrate extreme hardship or compelling circumstances.*

      a.    <u>Hypothetical, never-tested difficulties in obtaining visas do not amount to compelling circumstances.</u>

The plaintiffs seek to compel depositions in Haiti because they are pessimistic about their chances of obtaining visas (*see* Pl. Mem. at 2, 7-8, Graves Decl. ¶¶ 3-8), but as it stands now, plaintiffs' untested speculation on this issue is just that—untested speculation.  *MPD Accessories*, 2013 U.S. Dist. LEXIS 46622, at *1-2 (predictions of potential problems "obtaining visas" insufficient to warrant protective orders).  Both the plaintiffs' memorandum of law and the declaration of their  immigration lawyer offer nothing more than predictions about how immigration officials might exercise their discretion when confronted with hypothetical visa applications that plaintiffs have never filed and (apparently) have no intention of ever filing.  Pl. Mem. at 7-8; Graves Decl. ¶¶ 3-5.  At no point has any plaintiff sought permission to enter the

---

3, 9; *see Brockway*, 2011 U.S. Dist. LEXIS 41193, at *15 (noting court's general "discretion to alter the place of a noticed deposition" after weighing burdens and conveniences).  *Brockway*, however, had nothing to do with a plaintiff's attempt to avoid being deposed within the forum; the question in *Brockway* arose out of a *pro se* plaintiff's attempt to take the depositions of "three [of the defendant's] witnesses" at the plaintiff's own apartment.  *Id.* at *14.  Where, as here, a plaintiff seeks to avoid a deposition in his chosen forum, a different standard applies:  The plaintiff must show compelling or "special circumstances" that effectively prevent travel to the forum.  *See Aztec Energy Partners, Inc. v. Sensor Switch, Inc.*, No. 3:07CV775, 2008 U.S. Dist. LEXIS 20970, at *6-7 (D. Conn. 2008); *Sykes*, 55 F.R.D. at 139.

United States in order to testify in these proceedings. Nor have plaintiffs provided any "documentation" of "failed" attempts "to obtain … visa[s]." *Olympic Sports*, 2010 U.S. Dist. LEXIS 5206, at *1-2. In the absence of such evidence, the plaintiffs' speculative predictions about their inability to appear in the forum provide no basis for a protective order.

Indeed, obtaining authoritative determinations on the plaintiffs' ability to travel now, at the early stages of this litigation, is particularly appropriate in a case like this one. As this case progresses, the plaintiffs' ability to travel to Connecticut—not just for their depositions, but also for their independent medical examinations, and for trial—will likely be an important and recurring issue. Finding out in the early going whether plaintiffs can secure permission to travel to this country will allow the parties to plan accordingly and, if necessary, "preserv[e] trial testimony through … videotaped deposition[s]." *See Kodak Polychrome Graphics, LLC v. Southwest Precision Printers, Inc.*, No. 3:05cv330, 2005 U.S. Dist. LEXIS 23359, at *9 (D. Conn. 2005). Before any of that, however, some clarity on this issue is needed.

In order to provide that clarity, the plaintiffs and their immigration lawyer should stop prognosticating about hypothetical visa applications (*see* Pl. Mem. at 2, 7-8; Graves Decl. ¶¶ 3-8), and start submitting *actual* visa applications (*see Olympic Sports*, 2010 U.S. Dist. LEXIS 5206, at *1-2). Until they do, the plaintiffs' untested claims that traveling to Connecticut is infeasible or legally impermissible are premature and too speculative to warrant entry of a protective order.[3]

---

[3] In light of the plaintiffs' continuing failure to even seek permission to travel, the plaintiffs should not be heard to complain that obtaining visas is "inefficient" because it will take substantial "time" and require "several steps." *See* Pl. Mem. at 8, 9. Obtaining the necessary approvals could well take some time. It would have taken a lot less time, however, if the plaintiffs had hired an expert immigration lawyer to help them apply for visas, instead of hiring one to help them avoid applying for visas. *See generally* Graves Decl.

b.     Plaintiffs' legal predictions about their inability to travel to the U.S. are also dubious on the merits.

In addition to being speculative and premature, the plaintiffs' claims that they will be unable to "come to the United States" for depositions, *see* Pl. Mem. at 2, are also highly suspect on the merits.

Plaintiffs' argument on this point relies exclusively on the  opinions of William Graves, a Boston immigration lawyer who believes that plaintiffs will not be permitted to "travel to the United States lawfully … to participate in depositions."  Graves Decl. ¶¶ 1, 8.  In his declaration, Mr. Graves surveys pertinent provisions of the Immigration and Nationality Act and the State Department's Foreign Affairs Manual.  *Id*. ¶¶ 4-5.  He then offers an analysis of how U.S. officials in Haiti might apply these provisions in hypothetical visa applications brought by the plaintiffs.  *See id.* ¶¶ 6-8.  As an initial matter, the Court should treat Mr. Graves's arguments as what they are—legal arguments, not admissible expert opinions. Arguments like these "belong[] in [a] brief[], not in [an] experts' report[]." *RLJCS Enters, Inc.. v. Prof'l Ben. Trust Multiple Emplr. Welfare Ben. Plan & Trust*, 487 F.3d 494, 498 (7th Cir. 2007); *see also Nichols v. Universal Pictures Corp*., 45 F.2d 119, 123 (2d Cir. 1930) (L. Hand, J.) ("Argument is argument whether in the box or at the bar, and its proper place is the last.").  Even on its own terms, however, there is nothing particularly expert  about Mr. Graves's analysis.

The most significant problem with the analysis is that it is incomplete.  For example, Mr. Graves concludes that plaintiffs cannot "travel lawfully to the United States" because they cannot obtain "B-1/B2 visitor visas."  *See* Graves Decl. ¶ 5-8.  He also flags and notes the inapplicability of a variety of other "non-immigrant and immigrant visas," including visas based on "extraordinary athletic" ability, sponsorship by "religious groups," and other categories.  *Id*. ¶ 7.  Based on this analysis, Mr. Graves concludes that the plaintiffs are unlikely to obtain the visas

-8-

they need to travel to their depositions.  *Id.* ¶ 8.  Missing from all of this, however, is a crucial

point:  Visas are *not* the only potential means for plaintiffs to gain entry into the United States.

Although one would never know it from reading Mr. Graves' declaration, federal

immigration law also provides for "parole into the United States temporarily."  8 U.S.C. §

1182(d)(5)(A).  And the statute's implementing regulations specifically state that parole may be

appropriate for "[a]liens who will be witnesses in proceedings being, or to be, conducted by

judicial … bodies in the United States."  8 C.F.R. § 212.5(b)(4).  The requirements for parole are

strict and narrow, to be sure.  *Id.* at § 212.5(b) ("humanitarian reasons" or "significant public

benefit").  But in past cases, plaintiffs' lawyers have reported some success applying for parole

"to have their clients come to the United States to be deposed or to testify at trial."  *See* Global

Workers Justice Alliance, *Challenges in Transnational Litigation: Representing Migrant

Workers in U.S. Courts* 7 (2008).[4]  Given this history, Mr. Graves' failure to so much as mention

parole in his declaration casts doubt on the reliability of all his opinions. If, testimony by legal

experts is to be permitted on this issue, then the expert lawyer should at least provide the Court

with a full and complete analysis of the relevant legal issues.

Nor is parole the only material omission in Mr. Graves' declaration.  Mr. Graves'

assessment of plaintiffs' chances for obtaining entry into the United States relies on the personal

circumstances and history of the plaintiffs, including their financial hardships and the fact that

they are Haitian nationals who attended a "residential school for destitute children in Haiti."

Graves Decl. ¶¶ 2, 6.  In light of Mr. Graves' particular focus on these personal circumstances,

---

[4] *See also* Karen Lee Ziner, *Injured worker seeks more time to pursue case*, PROVIDENCE
JOURNAL, Sept. 29, 2007, at A3 (reporting on case of undocumented Mexican worker who
secured "humanitarian parole" for five days to attend a pre-trial hearing and have his deposition
taken in his workers' compensation action).

Mr. Graves should have acknowledged that, in the past, identically situated individuals *have* been granted permission to enter the United States in order to provide testimony. *See* Press Statement, U.S. Department of Justice, *Douglas Perlitz Sentenced to 235 Months in Federal Prison* (Dec. 21, 2010). ("Six victims traveled from Haiti to offer testimony at today's sentencing.").[5]  If six victims were granted entry to testify against Mr. Perlitz at sentencing, then these plaintiffs should at least be put to the burden of *requesting* entry to testify against Mr. Perlitz here.

Similarly, in discussing the factors pertinent to plaintiffs' hypothetical visa applications, Mr. Graves refers to several provisions in the State Department's Foreign Affairs Manual. *See* Graves Decl. ¶ 5.  But once again, Mr. Graves fails to mention at least one particularly pertinent provision on the facts of this case—the provision instructing consular officials that eligible aliens may qualify as "B-1 visitors for business" when "they are traveling to the United States to … [l]itigate." U.S. Department of State Foreign Affairs Manual, 9 FAM 41.31 N8(4).[6]

Taken together, these errors and omissions cast substantial doubt on the reliability of Mr. Graves' opinions.  They thus serve to reinforce the conclusion that the plaintiffs' untested predictions about their ability to travel are no substitute for authoritative determinations by immigration authorities.

2.      *The Plaintiffs' financial hardships do not amount to compelling circumstances here*.

The plaintiffs also claim that traveling to the United States for an in-forum deposition will be "burdensome" because plaintiffs are "destitute," with "no assets and no money." *See* Pl. Mem. at 7-8.  The plaintiffs may well be destitute.  But as the record in these cases undeniably shows,

---

[5] Available at http://www.state.gov/m/ds/rls/153638.htm.

[6] Available at http://www.state.gov/documents/organization/87206.pdf.

the plaintiffs' extreme personal poverty has nothing at all to do with their ability to bear the expense of this litigation.

Take, for example, plaintiff Wisky Jerome.  Mr. Jerome has "no money," he does "not own anything," and he earns less than $3 per day.  Jerome Decl. ¶¶ 2, 3, 5; *see* Pl. Mem. at 8.  In his everyday life, the prospect of Mr. Jerome buying a plane ticket or "staying in any sort of hotel" is, as plaintiffs accurately point out, nothing short of absurd.  Pl. Mem. at 8.  Yet when Mr. Jerome filed his complaint in this case, he promptly paid the $400 filing fee, as did all of his co-plaintiffs.  *See* 13-cv-01437, dkt. entry no. 1 ("Filing Fee $400 receipt").  And when Mr. Jerome wanted to avoid being deposed in this forum, he had no problem procuring the services of an immigration lawyer to bolster his arguments.  *See* Graves Decl.  When it comes to this litigation, at least, Mr. Jerome spares no expense.

What this shows, of course, is that Mr. Jerome and his co-plaintiffs are not paying their litigation expenses.  Their attorneys are advancing costs in anticipation of what they hope will be multi-million dollar judgments.  When and if plaintiffs come to the forum, then, counsel will pay the costs so that their "indigent client[s]" can "attend [the] depositions."  *See* Conn. Ethics Op. 00-21 (Sept. 25, 2000) (approving this practice); *see also* Conn. Rules of Prof'l Conduct R. 1.8(e).  Requiring plaintiffs to appear for depositions in the forum where they have brought their sizable claims works no hardship at all.  *See Sykes Int'l, Ltd. v. Pilch's Poultry Breeding Farms, Inc.*, 55 F.R.D. 138, 139 (D. Conn. 1972) (requiring foreign plaintiff to appear for deposition in the forum where he sought "to recover $1,000,000, 'an amount sufficient to justify the expenses of … journey to this district'") (citation omitted); *Daly v. Delta Airlines, Inc*., No. 90 Civ. 5700, 1991 U.S. Dist. LEXIS, at *4-5 (S.D.N.Y. 1991) ("hardly unreasonable to expect that [foreign plaintiff] make himself available in the district where he is litigating his million dollar claim").

-11-

Indeed, from the plaintiffs' perspective, the net financial burden of being deposed in Connecticut should be minimal, if not nonexistent. If plaintiffs come to Connecticut, their attorneys will have to advance the costs of plaintiffs' travel expenses and lodging. If, on the other hand, the depositions are held in Haiti, then plaintiffs' counsel will have to advance the costs of their own travel expenses and lodging. *Cf.* Hanly Decl. ¶¶ 5-6 (noting that Mr. Hanly's preferred Cap Haitien hotel offers "rates … competitive with hotel rates in the United States"). The net cost to the plaintiffs—which they might eventually pay back out of any judgment they obtain—should be minimal, and certainly does not amount to an extreme hardship warranting an out-of-forum deposition.[7]

3. *The plaintiffs have not even attempted to show that they lacked an alternative forum.*

The plaintiffs' suggestion that they should be excused from appearing in Connecticut because they had no "genuine choice of forum," *see* Pl. Mem. at 6-7, is equally unavailing. True enough, the rule requiring in-forum depositions does "lose[] some weight" in cases where the

---

[7] As the foregoing discussion demonstrates, the fact that the plaintiffs are obviously not paying their litigation expenses up-front readily distinguishes this case from the decisions that the plaintiffs cite for the proposition that "financial or other hardship" can excuse an in-forum appearance. Pl. Mem. at 5-6 (quoting *Normande v. Grippo*, No. 01 Civ. 7441, 2002 U.S. Dist. LEXIS 501, at *4-5 (S.D.N.Y. 2002) and citing additional cases). For example, in both *Normande* and *Connell v. City of N.Y.*, 230 F. Supp. 2d 432 (S.D.N.Y. 2002), the plaintiffs were "proceeding *pro se*" and thus could not look to counsel to pay their litigation expenses. *Normande,* 2002 U.S. Dist. LEXIS 501, at *1-2; *Connell*, 230 F. Supp. 2d at 432. Similarly, in *Abdullah v. Sheridan Square Press*, 154 F.R.D. 591 (S.D.N.Y. 1994), traveling to the United States would have worked a true and substantial hardship—it would have barred the plaintiff's "return to the United Kingdom to pursue his asylum application." *Id.* at 593. The other cases cited by plaintiffs on this point are also distinguishable. *See Estate of Gerasimenko v. Cape Wind Trading Co*., 272 F.R.D. 385, 388-89 (S.D.N.Y. 2011) (finding that travel to the forum would constitute actual financial hardship to plaintiff); *Anguile v. Gerhart*, No. 93-934, 1993 U.S. Dist. LEXIS 21408, at *9 (D. N.J. 1993) (ordering plaintiff to submit to two depositions, one by telephone and one in the forum "before commencement of trial"); *Rehau, Inc. v. Colortech, Inc*., 145 F.R.D. 444 (W.D. Mich. 1993) (deposition of plaintiff's employees, rather than the plaintiff

-12-

plaintiff had no other forum to choose. *E.g.*, *Abdullah v. Sheridan Square Press*, 154 F.R.D. 591, 592 (S.D.N.Y. 1994). But in this case, the plaintiffs do not claim—much less attempt to show—that they were compelled to file suit in Connecticut. *See* Pl. Mem. at 6-7 (unelaborated assertion that it is "unclear" whether the defendants could have been sued in Haiti).

If the plaintiffs had elected to sue in Haiti, then their attempt to "obtain jurisdiction over the Defendants," *see* Pl. Mem. at 7, would have been a question for Haitian courts. And Haitian law on personal jurisdiction has (at least traditionally) tracked the expansive approach of the French Civil Code. *See generally* Clermont & Palmer, *Exorbitant Jurisdiction*, 58 Me. L. Rev. 473, 482 (2006) ("courts have read the Civil Code's Article 14 as authorizing territorial jurisdiction over virtually any action brought by a plaintiff of French nationality").[8] To be clear, neither Father Carrier nor any of the other defendants who join in this opposition concede that they would have been subject to a Haitian court's jurisdiction or that any judgment by a Haitian court in a case brought against them would be entitled to recognition and enforcement under the law of Connecticut or, for that matter, the law of any other state or country. Nor have the defendants sought to have the case in this Court dismissed under the doctrine of *forum non conveniens*. But the burden is not on the defendants to show the availability of another forum; it is on the plaintiffs to show the unavailability of another forum. They have failed to do so.

Moreover, it is highly likely that plaintiffs' decision to sue in this forum—and not in Haiti—was the product of an informed and strategic choice. By filing suit in this Court,

---

itself); *Jahr v. IU Int'l Corp.*, 109 F.R.D. 429 (M.D.N.C. 1986) (telephonic deposition of third-party witness).

[8] *See also id.* at 483 & n.45 ("Jurisdiction in the style of Article 14 emigrated with French law to a number of other countries, such as Belgium, Gabon, Greece, Haiti, Luxembourg, the Netherlands, Romania, and Senegal.").

plaintiffs have been able to avail themselves of a number of critical procedural advantages that are virtually unique to the American judicial system. *Cf. Smith Kline & French Labs. Ltd. v. Bloch*, 1 W.L.R. 730, 733 (Eng. C.A. 1982) (Lord Denning) ("As a moth is drawn to the light, so is a litigant drawn to the United States."). "American courts," for example, "allow contingent attorney's fees" in cases like this one. *Piper Aircraft Co. v. Reyno*, 454 U.S. 235, 252 n.18 (1981). Courts in this country also generally do not "tax losing parties with their opponents' attorney's fees." *Id.* These advantages are particularly beneficial to litigants, like the plaintiffs here, of limited financial means. With the benefit of these crucial tools, the plaintiffs can hardly claim that there is any other forum where they would rather be.

The Court should deny the plaintiffs' motion and direct them to appear in their forum of choice.

## C. Plaintiffs have not shown that it would be "practical" or "economical" to conduct their depositions in Haiti.

The plaintiffs have failed to demonstrate any "compelling circumstances" or "extreme hardship" that would warrant out-of-forum depositions, *see Clem v. Allied Van Lines Int'l Corp.*, 102 F.R.D. 938, 939-40 (S.D.N.Y. 1984), and that failure is reason enough to deny their motion. Even leaving that aside, however, plaintiffs are also incorrect in their claim that deposing the plaintiffs in Haiti "would be practical and economical." Pl. Mem. at 9-11.

There are, at this writing, 35 complaints, brought by 35 plaintiffs, pending in the related cases before this Court.[9] The prospect of scheduling depositions in Haiti for all of those plaintiffs, and then traveling back and forth to Haiti to complete them, is bound to be both

---

[9] Thirty cases have been consolidated by order of this Court. 13-cv-01132, doc. no. 122. In addition, five other related cases are also pending before the Court, but have not yet been consolidated. *See* 13-cv-01881, 13-cv-01904, 13-cv-01906, 13-cv-01907, and 14-cv-00125.

onerous and extremely costly, even if (as the plaintiffs' attorney states) the hotels are "comfortable" and the flights run from Miami a few times a week. *See* Hanly Decl. ¶ 3, 5. If depositions were to go forward in Haiti, multiple parties represented by multiple attorneys would have to shuttle back and forth from the United States to attend those depositions, and counsel might also be required to fly in both court reporters and videographers on these trips. Clearly, the more efficient and practical course would be to have each plaintiff make a single trip to Connecticut, rather than having plaintiffs' counsel, counsel for each of the defendants, and support personnel make repeated trips to Haiti to conduct more than a full month's worth of depositions.

Moreover, there may well be other logistical or even legal barriers to completing these depositions in Haiti, over and above the expense of travel. The declaration submitted by plaintiffs' counsel suggests that the parties' attorneys and staff could easily conduct all of plaintiffs' depositions from a hotel conference center in Haiti. *See* Hanly Decl. ¶ 2. But neither counsel's declaration nor plaintiffs' memorandum provides any discussion of limitations that *Haitian* law may place on the taking of sworn, American-style depositions within the country's borders. "As a general rule … depositions can be conducted abroad only if the law of the foreign situs permits the deposition. Many foreign countries prohibit or restrict U.S. deposition on their territory." Gary B. Born & Peter B. Rutledge, *International Civil Litigation in United States Courts* 980 (5th ed. 2011). The plaintiffs have not even attempted to show that Haitian law permits the parties to take US-style depositions in Haiti, as they propose.[10]

---

[10] It also bears mentioning that having a large party of U.S. nationals conduct weeks of depositions in Haiti could be dangerous in a country where (according to the State Department) "U.S. citizens have been victims of violent crime, including homicide and kidnapping." U.S. Department of State, Bureau of Consular Affairs, *Haiti Travel Warning* (March 12, 2014),

**D.**   **In the alternative, the Court should bar plaintiffs from offering live testimony at trial and should require the plaintiffs to pay defendants' travel expenses for any depositions held in Haiti.**

For the reasons given above, this Court should deny the plaintiffs' motion.  If, however, the Court is inclined to grant a protective order, then the Court should include within that order two forms of alternative relief.  First, the Court should include within any protective order a further directive barring plaintiffs from testifying live and in person at trial.  If this Court is willing to accept plaintiffs' untested claims that travel to Connecticut is "actually impossible," *see* Pl. Mem. at 8-9, then plaintiffs should at the very least be estopped from traveling to Connecticut for testimony at a time when it may be more convenient or desirable for them to do so.

Second, the Court should also order the plaintiffs to "cover the cost of Defendant[s'] reasonably necessary travel expenses" for any depositions conducted in Haiti.  *See, e.g., Vanmoor v. Univ. Sur. Corp.*, No. 08-21384, 2010 U.S. Dist. LEXIS 144772, at *6-7 (S.D. Fla. 2010) (ordering payment of travel expenses where plaintiff's inability to enter United States prevented in-forum deposition).  The plaintiffs have "chose[n] th[is] forum" for their suit, and the defendants "should not be forced to shoulder a substantial financial burden" as a result of plaintiffs' purported inability to appear here.  *Id.* at *5.

## CONCLUSION

The Court should deny the motion.

---

*available at* http://travel.state.gov/content/passports/english/alertswarnings/haiti-travel-warning.html.

-16-

Respectfully submitted,

PAUL E. CARRIER, S.J.

By his attorneys:

/s/ Theodore J. Folkman
Timothy P. O'Neill (phv04968)
Theodore J. Folkman (phv04969)
Amanda Moger Rettig (phv04967)
MURPHY & KING, P.C.
One Beacon St.
Boston, Mass. 02108
(617) 423-0400
tpo@murphyking.com
tjf@murphyking.com
amr@murphyking.com

Gene S. Winter (ct05137)
Benjamin C. White (ct27211)
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford St.
Stamford, Conn. 06905
(203) 324-6155
gwinter@ssjr.com
bwhite@ssjr.com

Dated: March 27, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2014, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

The undersigned further certifies that on March 27, 2014, a copy of the foregoing document was sent by Regular U.S. Mail to counsel for defendants, who are unable to accept electronic service, as follows:

> David T. Grudberg, Esq.
> Carmody & Torrance, LLP
> 195 Church Street
> P.O. Box 1950
> New Haven, CT 06509-1950
>
> Haiti Fund, Inc. c/o Michael McCooey:
> Chairman, Haiti Fund, Inc.
> 475 Polly Park Road
> Rye, NY 10580

/s/ Amanda Moger Rettig

666883

-18-

# Exhibit B

Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Civil Action No.
3:13-cv-01132(RNC)

****************************

GERVIL ST. LOUIS, a/k/a ST.    Consolidated with:
LOUIS GERVIL,    3:13-cv-1225-RNC
    3:13-cv-1269-RNC
       Plaintiff,    3:13-cv-1437-RNC
    3:13-cv-1480-RNC
    v.    3:13-cv-1626-RNC
    3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER    3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE    3:13-cv-1629-RNC
E. CARTER; HAITI FUND,    3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;    3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW    3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY    3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.    3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES    3:13-cv-1635-RNC
AND OF MALTA, AMERICAN    3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a    3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN    3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN    3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN    3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;    3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX    3:13-cv-1642-RNC
and JOHN DOE SEVEN,    3:13-cv-1644-RNC
    3:13-cv-1645-RNC
       Defendants.    3:13-cv-1647-RNC
    3:13-cv-1648-RNC
    3:13-cv-1701-RNC
    3:13-cv-1767-RNC
    3:13-cv-1768-RNC
    3:13-cv-1769-RNC
    3:13-cv-1881-RNC
    3:13-cv-1904-RNC
    3:13-cv-1906-RNC
    3:13-cv-1907-RNC

****************************

This document applies to:
All of the above referenced cases
And those to be filed

****************************

CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
  SCHEDULED DEPOSITION OF JACQUES MACKENSON

Monday, January 11, 2016
9:30 a.m.

Confidential - Subject to Further Confidentiality Review

## Page 2

1    SCHEDULED DEPOSITION OF JACQUES MACKENSON
2
3
     Held At:
4       Iberostar Costa Dorada
5       Carretera Luperón, km 4
6       Puerto Plata, Dominican Republic
7
8
9    REPORTED BY:
10   Maureen O'Connor Pollard
11   Realtime Systems Administrator
12   RMR, CLR, LSR #473, CSR #149108
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 3

1    APPEARANCES:
2    FOR THE PLAINTIFFS:
3       LU XIA, ESQ.
4          LAW OFFICES OF MITCHELL GARABEDIAN
5          100 State Street
6          Boston, Massachusetts 02109
7          617-523-6250
8          lxia@garabedianlaw.com
9          -and-
10      ELLYN H. HURD, ESQ.
11         SIMMONS HANLY CONROY
12         112 Madison Avenue
13         New York, New York 10016
14         212-784-6400
15         ehurd@simmonsfirm.com
16         -and-
17      JO ANNA POLLOCK, ESQ.
18         SIMMONS HANLY CONROY
19         One Court Street
20         Alton, Illinois 62002
21         jpollock@simmonsfirm.com
22
23
24
25

## Page 4

1    APPEARANCES (Continued):
2
3    FOR THE DEFENDANT PAUL E. CARRIER, S.J.:
4       TIMOTHY P. O'NEILL, ESQ.
5          MURPHY & KING
6          One Beacon Street, 21st Floor
7          Boston, Massachusetts 02108
8          617-423-0400
9          tpo@murphyking.com
10
11   FOR THE DEFENDANT ORDER OF MALTA AMERICAN
12   ASSOCIATION, U.S.A.:
13      BRADFORD S. BABBITT, ESQ.
14         ROBINSON & COLE LLP
15         280 Trumbull Street
16         Hartford, Connecticut 06103
17         860-275-8200
18         bbabbitt@rc.com
19
20
21
22
23
24
25

## Page 5

1    APPEARANCES (Continued):
2
3    FOR THE DEFENDANT FAIRFIELD UNIVERSITY:
4       JOHN W. CERRETA, ESQ.
5          DAY PITNEY LLP
6          242 Trumbull Street
7          Hartford, Connecticut 06103
8          860-275-0100
9          jcerreta@daypitney.com
10
11   FOR THE DEFENDANT THE SOCIETY OF JESUS OF
12   NEW ENGLAND:
13      LYDIA C. KNIGHT, ESQ.
14         SLOANE AND WALSH, LLP
15         Three Center Plaza, Suite 830
16         Boston, Massachusetts 02108
17         617-523-6010
18         lknight@sloanewalsh.com
19
20   Interpreter:  Nathalie Coupet
21
22
23
24
25

2 (Pages 2 to 5)

Confidential - Subject to Further Confidentiality Review

Page 6

PROCEEDINGS

1
2
3          MR. O'NEILL:  I'll identify myself.
4    Tim O'Neill for the Paul Carrier.
5          MR. CERRETA:  John Cerreta, Day
6    Pitney, for Fairfield University.
7          MR. BRADFORD:  Brad Babbitt for the
8    American Association of the Order of Malta.
9          MS. KNIGHT:  Lydia Knight for the
10   Society of Jesus.
11         MS. XIA:  Lu Xia for Plaintiffs.
12         MS. POLLOCK:  Jo Anna Pollock for
13   Plaintiff.
14         MS. HURD:  Ellyn Hurd for the
15   Plaintiffs.
16         MR. O'NEILL:  We are assembled today
17   for what was to be the deposition of Jacques
18   Mackenson.  And last night we were approached by
19   defense counsel, who are here --
20         MS. POLLOCK:  Plaintiffs' counsel.
21         MR. O'NEILL:  Plaintiff counsel,
22   sorry.
23         -- and they told us certain
24   circumstances which I'll ask to put on the
25   record, and then we can address it.

Page 7

1          MS. POLLOCK:  You want us to proceed,
2    put on the record?
3          MR. O'NEILL:  Yes.
4          MS. POLLOCK:  So Jacques Mackenson was
5    diagnosed and treated for tuberculosis a year
6    ago, in 2014.  He has recently began presenting
7    with symptoms consistent with an active case of
8    tuberculosis.  None of us are medical providers.
9    We realized this yesterday in the preparation of
10   Jacques Mackenson that he still had an active
11   cough and he has fever, so we raised our
12   concerns to defense counsel and all of the
13   people that would be in the room with him for
14   his deposition, and have explored potential ways
15   in which to accomplish his deposition.
16         MR. O'NEILL:  Okay.  We have, is
17   that --
18         MS. POLLOCK:  Go ahead.
19         MR. O'NEILL:  This is again Timothy
20   O'Neill for Paul Carrier.
21         We have asked and inquired about the
22   possibility of doing it in the open air.  It
23   seems, number one, it's still unclear that it
24   would ever be safe.  It seems that a person with
25   active symptoms of infectious tuberculosis

Page 8

1    should not be in a crowded resort to begin with.
2          The interpreter, as I understand it,
3    would have to be within a very close distance of
4    the witness in order to perform the
5    interpretation, and she is unwilling, as far as
6    I can tell, to do that.  That interpreter is
7    nodding in agreement with that.
8          I think it's basically unsafe.  We're
9    unclear how we could do it in the open air.
10         And so for Paul Carrier, we would ask
11   that we get some proof that this person is
12   actively infectious with tuberculosis at some
13   point.  We accept the representations of
14   counsel, we believe we have to, and take that to
15   be the truth, and that it's not safe to go
16   forward with this deposition today under the
17   circumstances.
18         That's all I have to say.
19         MR. CERRETA:  John Cerreta for
20   Fairfield University.
21         I agree it's not safe to the lawyers,
22   to the court reporter, to the interpreter to go
23   forward, and the better decision is to not go
24   forward with this deposition.
25         MR. BRADFORD:  This is Brad Babbitt.

Page 9

1          I guess there's nothing more to be
2    said.  I agree we don't seem to have a logical
3    solution to this issue, and given the
4    representation by the witness, on which we have
5    no way to disprove it or anything, we take this
6    witness with what was said.
7          I don't think we can reasonably ask
8    for the interpreter, who would have to sit next
9    to or in close proximity to the witness, or the
10   court reporter or videographer -- the lawyers, I
11   think, theoretically we'd be far enough away --
12   I don't think we can ask that of our
13   interpreters and the court reporter.
14         MS. KNIGHT:  Lydia Knight for the
15   Society of Jesus.
16         I agree, I don't think that we found a
17   safe or logistical way to conduct the deposition
18   today, so therefore I don't think we should go
19   forward today.
20         MS. POLLOCK:  Is it Defendants'
21   position that the deposition should be
22   cancelled, or postponed so that appropriate
23   arrangements can be made in the future.
24         MR. CERRETA:  Speaking only for
25   myself, I think maybe we can defer that

3 (Pages 6 to 9)

Confidential - Subject to Further Confidentiality Review

Page 10

1   decision, perhaps can have a follow-up
2   discussion about whether it's confirmed that he
3   does have an active case of tuberculosis, and we
4   can go forward from there.
5      MS. POLLOCK: Sure.
6      MR. O'NEILL: We're all basically
7   unfamiliar with the medicine involved.
8   Accepting that he's now active, how long will he
9   be active, how long will he be treated, is he
10  being treated even, are all questions we have to
11  know.
12     MS. POLLOCK: He is not being treated
13  currently.
14     MR. O'NEILL: He's not being treated.
15  Well, that's even --
16     MS. POLLOCK: We don't know that he
17  has it.
18     MR. CERRETA: I think it's probably
19  best just to defer that discussion.
20     MR. BRADFORD: I would concur. I
21  think we can't -- there's too many unknowns
22  right at the moment. A big one is I don't think
23  anybody around the table currently knows what
24  kind of distance makes -- would be safe, or what
25  kind of -- I agree there's too many things about

Page 11

1   it that I certainly don't know, and I don't
2   think we have that knowledge, any of us, to know
3   whether we would have -- this is something we
4   should do at a great remove or, gee, at the next
5   group it will be fine.
6      MR. O'NEILL: Lydia?
7      MS. KNIGHT: I agree with everybody.
8      MR. O'NEILL: So we'll postpone the
9   decision. And we know that an attempt is being
10  made to do four depositions in -- no, five
11  depositions in February, I believe, so this
12  would make it that we would have six more
13  depositions to complete. But our job is to do
14  23. And perhaps we could work an arrangement in
15  late February and figure out what to do with
16  Mackenson.
17     MS. POLLOCK: All right. I mean just
18  for the record, the Plaintiffs do object to any
19  type of a cancellation of his deposition. There
20  are ways to make appropriate arrangements in the
21  future, we believe, and we appreciate that
22  defense counsel is willing to explore those
23  opportunities. And I think that's why we just
24  need to --
25     MR. O'NEILL: We're not saying it

Page 12

1   should be cancelled.
2      MR. BRADFORD: We proposed dates
3   starting travelling on the 29th.
4      MR. CERRETA: I think the first day
5   would be Monday the 29th.
6      MR. BRADFORD: And into March, that
7   first week of March. I don't remember if
8   there's a response from Plaintiffs'
9   counsel, but maybe there has and I just missed
10  it.
11     MR. O'NEILL: So we look for the
12  cooperation from Plaintiffs' counsel to line up
13  and then make the decision on Mackenson as part
14  of the next group of depositions in late
15  February. That should give us time.
16     MS. POLLOCK: Sure. We will endeavor
17  to try to get proof as to what is going on with
18  his health condition, understanding that we may
19  not have that answer, you know, any time in the
20  immediately foreseeable future. But we will put
21  forth effort.
22     MR. O'NEILL: We're going forward with
23  the depositions of Deriza, and who else?
24     MR. BRADFORD: Johnson Audate is
25  Wednesday.

Page 13

1      MS. XIA: Johnson is Tuesday.
2      MR. O'NEILL: There are two more for
3   this week.
4      MR. BRADFORD: I have that for
5   Wednesday.
6      MS. POLLOCK: Does it matter?
7      MR. BRADFORD: It doesn't matter to
8   me.
9      MS. POLLOCK: So for the record,
10  tomorrow we'd proceed with Johnson's deposition,
11  if it's okay with defense counsel?
12     MR. BRADFORD: That's fine.
13     MR. O'NEILL: Okay.
14     MS. POLLOCK: Thank you.
15     MR. O'NEILL: Thank you.
16     (Whereupon, the statements were
17  concluded at 9:37 a.m.)
18
19
20
21
22
23
24
25

4 (Pages 10 to 13)

Confidential - Subject to Further Confidentiality Review

Page 14

```
1            C E R T I F I C A T E
2
3            I, MAUREEN O'CONNOR POLLARD, RMR, CLR,
4    do hereby certify that the foregoing transcript
5    is a true and accurate transcription of my
6    stenographic notes taken on January 11th, 2016.
7
8
9
10
11
12            _____
13            MAUREEN O'CONNOR POLLARD, RMR, CLR
14            Realtime Systems Administrator
15
16
17
18
19
20
21
22
23
24
25
```

Golkow Technologies, Inc. - 1.877.370.DEPS

**A**

**a.m** 1:25 13:17
**a/k/a** 1:3,11
**accept** 8:13
**Accepting** 10:8
**accomplish** 7:15
**accurate** 14:5
**Action** 1:2
**active** 7:7,10,25
  10:3,8,9
**actively** 8:12
**address** 6:25
**Administrator**
  2:11 14:14
**ago** 7:6
**agree** 8:21 9:2,16
  10:25 11:7
**agreement** 8:7
**ahead** 7:18
**air** 7:22 8:9
**Alton** 3:20
**American** 1:11,12
  4:11 6:8
**and-** 3:9,16
**Anna** 3:17 6:12
**answer** 12:19
**anybody** 10:23
**APPEARANCES**
  3:1 4:1 5:1
**applies** 1:21
**appreciate** 11:21
**approached** 6:18
**appropriate** 9:22
  11:20
**arrangement** 11:14
**arrangements** 9:23
  11:20
**asked** 7:21
**assembled** 6:16
**Association** 1:11
  1:12 4:12 6:8
**attempt** 11:9
**Audate** 12:24
**Avenue** 3:12

**B**

**Babbitt** 4:13 6:7

8:25
**basically** 8:8 10:6
**bbabbitt@rc.com**
  4:18
**Beacon** 4:6
**began** 7:6
**believe** 8:14 11:11
  11:21
**best** 10:19
**better** 8:23
**big** 10:22
**Boston** 3:6 4:7 5:16
**Brad** 6:7 8:25
**BRADFORD** 4:13
  6:7 8:25 10:20
  12:2,6,24 13:4,7
  13:12

**C**

**C** 5:13 6:1 14:1,1
**cancellation** 11:19
**cancelled** 9:22 12:1
**Carretera** 2:5
**Carrier** 1:7 4:3 6:4
  7:20 8:10
**CARTER** 1:8
**case** 7:7 10:3
**cases** 1:21
**Center** 5:15
**Cerreta** 5:4 6:5,5
  8:19,19 9:24
  10:18 12:4
**certain** 6:23
**certainly** 11:1
**certify** 14:4
**circumstances** 6:24
  8:17
**Civil** 1:2
**close** 8:3 9:9
**CLR** 2:12 14:3,13
**COLE** 4:14
**complete** 11:13
**concerns** 7:12
**concluded** 13:17
**concur** 10:20
**condition** 12:18
**conduct** 9:17

**CONFIDENTIAL**
  1:23
**CONFIDENTIA...**
  1:23
**confirmed** 10:2
**Connecticut** 1:1
  4:16 5:7
**CONROY** 3:11,18
**consistent** 7:7
**Consolidated** 1:3
**Continued** 4:1 5:1
**cooperation** 12:12
**Costa** 2:4
**cough** 7:11
**counsel** 6:19,20,21
  7:12 8:14 11:22
  12:9,12 13:11
**Coupet** 5:20
**court** 1:1 3:19 8:22
  9:10,13
**crowded** 8:1
**CSR** 2:12
**currently** 10:13,23

**D**

**D** 6:1
**dates** 12:2
**day** 5:5 6:5 12:4
**decision** 8:23 10:1
  11:9 12:13
**DEFENDANT** 4:3
  4:11 5:3,11
**Defendants** 1:15
**Defendants'** 9:20
**defense** 6:19 7:12
  11:22 13:11
**defer** 9:25 10:19
**deposition** 1:23 2:1
  6:17 7:14,15 8:16
  8:24 9:17,21
  11:19 13:10
**depositions** 11:10
  11:11,13 12:14,23
**Deriza** 12:23
**diagnosed** 7:5
**discussion** 10:2,19
**disprove** 9:5

**distance** 8:3 10:24
**DISTRICT** 1:1,1
**document** 1:21
**DOE** 1:13,13,13,13
  1:14,14,14
**doing** 7:22
**Dominican** 2:6
**Dorada** 2:4
**DOUGLAS** 1:7

**E**

**E** 1:7,8 4:3 6:1,1
  14:1,1
**effort** 12:21
**ehurd@simmons...**
  3:15
**Ellyn** 3:10 6:14
**endeavor** 12:16
**ENGLAND** 1:9
  5:12
**ESQ** 3:3,10,17 4:4
  4:13 5:4,13
**everybody** 11:7
**explore** 11:22
**explored** 7:14

**F**

**F** 14:1
**Fairfield** 1:8 5:3
  6:6 8:20
**far** 8:5 9:11
**FATHER** 1:7
**February** 11:11,15
  12:15
**fever** 7:11
**figure** 11:15
**filed** 1:22
**fine** 11:5 13:12
**first** 12:4,7
**five** 1:14 11:10
**Floor** 4:6
**follow-up** 10:1
**foregoing** 14:4
**foreseeable** 12:20
**forth** 12:21
**forward** 8:16,23,24
  9:19 10:4 12:22

**found** 9:16
**four** 1:13 11:10
**FUND** 1:8
**FURTHER** 1:23
**future** 9:23 11:21
  12:20

**G**

**G** 6:1
**GARABEDIAN**
  3:4
**gee** 11:4
**GERVIL** 1:3,4
**give** 12:15
**given** 9:3
**go** 7:18 8:15,22,23
  9:18 10:4
**going** 12:17,22
**great** 11:4
**group** 11:5 12:14
**guess** 9:1

**H**

**H** 3:10
**HAITI** 1:8
**HANLY** 3:11,18
**Hartford** 4:16 5:7
**health** 12:18
**Held** 2:3
**HOPE** 1:7
**HOSPITALLER**
  1:10
**Hurd** 3:10 6:14,14

**I**

**Iberostar** 2:4
**identify** 6:3
**Illinois** 3:20
**immediately** 12:20
**infectious** 7:25
  8:12
**inquired** 7:21
**interpretation** 8:5
**interpreter** 5:20
  8:2,6,22 9:8
**interpreters** 9:13
**involved** 10:7

**issue** 9:3

**J**

**Jacques** 1:23 2:1
  6:17 7:4,10
**January** 1:24 14:6
**jcerreta@daypit...**
  5:9
**JERUSALEM**
  1:10
**Jesus** 1:9 5:11 6:10
  9:15
**Jo** 3:17 6:12
**job** 11:13
**John** 1:10,12,13,13
  1:13,14,14,14 5:4
  6:5 8:19
**Johnson** 12:24 13:1
**Johnson's** 13:10
**jpollock@simmo...**
  3:21

**K**

**kind** 10:24,25
**KING** 4:5
**km** 2:5
**Knight** 5:13 6:9,9
  9:14,14 11:7
**know** 10:11,16 11:1
  11:2,9 12:19
**knowledge** 11:2
**knows** 10:23

**L**

**late** 11:15 12:14
**LAW** 3:4
**lawyers** 8:21 9:10
**line** 12:12
**lknight@sloane...**
  5:18
**LLP** 4:14 5:5,14
**logical** 9:2
**logistical** 9:17
**long** 10:8,9
**look** 12:11
**LOUIS** 1:3,4
**LSR** 2:12

**Lu** 3:3 6:11
**Luperón** 2:5
**lxia@garabedian...**
  3:8
**Lydia** 5:13 6:9 9:14
  11:6

**M**

**Mackenson** 1:23
  2:1 6:18 7:4,10
  11:16 12:13
**Madison** 3:12
**Malta** 1:11,12 4:11
  6:8
**March** 12:6,7
**Massachusetts** 3:6
  4:7 5:16
**matter** 13:6,7
**Maureen** 2:10 14:3
  14:13
**mean** 11:17
**medical** 7:8
**medicine** 10:7
**MILITARY** 1:9
**missed** 12:9
**MITCHELL** 3:4
**moment** 10:22
**Monday** 1:24 12:5
**MURPHY** 4:5

**N**

**N** 6:1
**Nathalie** 5:20
**need** 11:24
**New** 1:9 3:13,13
  5:12
**night** 6:18
**nodding** 8:7
**notes** 14:6
**number** 7:23

**O**

**O** 6:1
**O'Connor** 2:10
  14:3,13
**O'Neill** 4:4 6:3,4,16
  6:21 7:3,16,19,20

10:6,14 11:6,8,25
  12:11,22 13:2,13
  13:15
**object** 11:18
**OFFICES** 3:4
**okay** 7:16 13:11,13
**open** 7:22 8:9
**opportunities**
  11:23
**order** 1:10,12 4:11
  6:8 8:4

**P**

**P** 4:4 6:1
**part** 12:13
**Paul** 1:7 4:3 6:4
  7:20 8:10
**people** 7:13
**perform** 8:4
**PERLITZ** 1:7
**person** 7:24 8:11
**Pitney** 5:5 6:6
**Plaintiff** 1:5 6:13
  6:21
**Plaintiffs** 3:2 6:11
  6:15 11:18
**Plaintiffs'** 6:20
  12:8,12
**Plata** 2:6
**Plaza** 5:15
**point** 8:13
**Pollard** 2:10 14:3
  14:13
**Pollock** 3:17 6:12
  6:12,20 7:1,4,18
  9:20 10:5,12,16
  11:17 12:16 13:6
  13:9,14
**position** 9:21
**possibility** 7:22
**postpone** 11:8
**postponed** 9:22
**potential** 7:14
**preparation** 7:9
**presenting** 7:6
**probably** 10:18
**proceed** 7:1 13:10

**proof** 8:11 12:17
**proposed** 12:2
**providers** 7:8
**proximity** 9:9
**Puerto** 2:6
**put** 6:24 7:2 12:20

**Q**

**questions** 10:10

**R**

**R** 6:1 14:1
**raised** 7:11
**realized** 7:9
**Realtime** 2:11
  14:14
**reasonably** 9:7
**record** 6:25 7:2
  11:18 13:9
**referenced** 1:21
**remember** 12:7
**remove** 11:4
**REPORTED** 2:9
**reporter** 8:22 9:10
  9:13
**representation** 9:4
**representations**
  8:13
**Republic** 2:6
**resort** 8:1
**response** 12:8
**REVIEW** 1:23
**RHODES** 1:10
**right** 10:22 11:17
**RMR** 2:12 14:3,13
**ROBINSON** 4:14
**room** 7:13

**S**

**S** 4:13 6:1
**S.J** 1:7 4:3
**safe** 7:24 8:15,21
  9:17 10:24
**saying** 11:25
**SCHEDULED**
  1:23 2:1
**SEVEN** 1:14

**SIMMONS** 3:11
  3:18
**sit** 9:8
**six** 1:14 11:12
**SLOANE** 5:14
**Society** 1:9 5:11
  6:10 9:15
**solution** 9:3
**sorry** 6:22
**SOVEREIGN** 1:9
**Speaking** 9:24
**ST** 1:3,3,10
**starting** 12:3
**State** 3:5
**statements** 13:16
**STATES** 1:1
**stenographic** 14:6
**Street** 3:5,19 4:6,15
  5:6
**SUBJECT** 1:23
**Suite** 5:15
**Sure** 10:5 12:16
**symptoms** 7:7,25
**Systems** 2:11 14:14

**T**

**T** 14:1,1
**table** 10:23
**take** 8:14 9:5
**taken** 14:6
**tell** 8:6
**Thank** 13:14,15
**theoretically** 9:11
**things** 10:25
**think** 8:8 9:7,11,12
  9:16,18,25 10:18
  10:21,22 11:2,23
  12:4
**Three** 1:13 5:15
**Tim** 6:4
**time** 12:15,19
**Timothy** 4:4 7:19
**today** 6:16 8:16
  9:18,19
**told** 6:23
**tomorrow** 13:10
**tpo@murphykin...**

Confidential - Subject to Further Confidentiality Review

4:9
transcript 14:4
transcription 14:5
travelling 12:3
treated 7:5 10:9,10
    10:12,14
true 14:5
Trumbull 4:15 5:6
truth 8:15
try 12:17
tuberculosis 7:5,8
    7:25 8:12 10:3
Tuesday 13:1
two 1:13 13:2
type 11:19

**U**

U.S.A 1:11,12 4:12
unclear 7:23 8:9
understand 8:2
understanding
    12:18
unfamiliar 10:7
UNITED 1:1
University 1:8 5:3
    6:6 8:20
unknowns 10:21
unsafe 8:8
unwilling 8:5

**V**

v 1:6
videographer 9:10

**W**

W 5:4
WALSH 5:14
want 7:1
way 9:5,17
ways 7:14 11:20
we'll 11:8
We're 8:8 10:6
    11:25 12:22
Wednesday 12:25
    13:5
week 12:7 13:3
willing 11:22

witness 8:4 9:4,6,9
work 11:14

**X**

Xia 3:3 6:11,11
    13:1

**Y**

year 7:5
yesterday 7:9
York 3:13,13

**Z**

**0**

02108 4:7 5:16
02109 3:6
06103 4:16 5:7

**1**

100 3:5
10016 3:13
11 1:24
112 3:12
11th 14:6
149108 2:12

**2**

2014 7:6
2016 1:24 14:6
212-784-6400 3:14
21st 4:6
23 11:14
242 5:6
280 4:15
29th 12:3,5

**3**

3:13-cv-01132(R...
    1:2
3:13-cv-1225-RNC
    1:4
3:13-cv-1269-RNC
    1:4
3:13-cv-1437-RNC
    1:5
3:13-cv-1480-RNC
    1:5

3:13-cv-1626-RNC
    1:6
3:13-cv-1627-RNC
    1:6
3:13-cv-1628-RNC
    1:7
3:13-cv-1629-RNC
    1:7
3:13-cv-1630-RNC
    1:8
3:13-cv-1631-RNC
    1:8
3:13-cv-1632-RNC
    1:9
3:13-cv-1633-RNC
    1:9
3:13-cv-1634-RNC
    1:10
3:13-cv-1635-RNC
    1:10
3:13-cv-1636-RNC
    1:11
3:13-cv-1637-RNC
    1:11
3:13-cv-1638-RNC
    1:12
3:13-cv-1639-RNC
    1:12
3:13-cv-1640-RNC
    1:13
3:13-cv-1641-RNC
    1:13
3:13-cv-1642-RNC
    1:14
3:13-cv-1644-RNC
    1:14
3:13-cv-1645-RNC
    1:15
3:13-cv-1647-RNC
    1:15
3:13-cv-1648-RNC
    1:16
3:13-cv-1701-RNC
    1:16
3:13-cv-1767-RNC
    1:17
3:13-cv-1768-RNC

1:17
3:13-cv-1769-RNC
    1:18
3:13-cv-1881-RNC
    1:18
3:13-cv-1904-RNC
    1:19
3:13-cv-1906-RNC
    1:19
3:13-cv-1907-RNC
    1:20

**4**

4 2:5
473 2:12

**5**

**6**

617-423-0400 4:8
617-523-6010 5:17
617-523-6250 3:7
62002 3:20

**7**

**8**

830 5:15
860-275-0100 5:8
860-275-8200 4:17

**9**

9:30 1:25
9:37 13:17

# Exhibit C

Confidential - Subject to Further Confidentiality Review

Page 1

                    UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
                              Civil Action No.
                              3:13-cv-01132(RNC)
        *****************************
GERVIL ST. LOUIS, a/k/a ST.     Consolidated with:
LOUIS GERVIL,                   3:13-cv-1225-RNC
                                3:13-cv-1269-RNC
                 Plaintiff,     3:13-cv-1437-RNC
                                3:13-cv-1480-RNC
        v.                      3:13-cv-1626-RNC
                                3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER         3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE     3:13-cv-1629-RNC
E. CARTER; HAITI FUND,          3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;     3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW     3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY     3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.        3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES     3:13-cv-1635-RNC
AND OF MALTA, AMERICAN          3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a      3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN        3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN       3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN     3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;       3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX     3:13-cv-1642-RNC
and JOHN DOE SEVEN,             3:13-cv-1644-RNC
                                3:13-cv-1645-RNC
                 Defendants.    3:13-cv-1647-RNC
                                3:13-cv-1648-RNC
                                3:13-cv-1701-RNC
                                3:13-cv-1767-RNC
                                3:13-cv-1768-RNC
                                3:13-cv-1769-RNC
                                3:13-cv-1881-RNC
                                3:13-cv-1904-RNC
                                3:13-cv-1906-RNC
                                3:13-cv-1907-RNC
        *****************************
This document applies to:
All of the above referenced cases
And those to be filed
        *****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
        VIDEOTAPED DEPOSITION OF KENSLEY PREVIL

              Saturday, August 1, 2015
                    8:59 a.m.

Confidential - Subject to Further Confidentiality Review

| Page 2 | |
|---|---|
| 1 | VIDEOTAPED DEPOSITION OF KENSLEY PREVIL |
| 2 | |
| 3 | |
| | Held At: |
| 4 | |
| 5 | Barcelo Puerto Plata |
| 6 | Carretera Luperón, km 5, Puerto Plata 547 |
| 7 | Dominican Republic |
| 8 | |
| 9 | |
| 10 | REPORTED BY: |
| 11 | Maureen O'Connor Pollard, RMR, CLR, LSR #473 |
| 12 | Realtime Systems Administrator |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

| Page 4 | |
|---|---|
| 1 | APPEARANCES (Continued): |
| 2 | FOR THE DEFENDANT PAUL E. CARRIER, S.J.: |
| 3 | THEODORE J. FOLKMAN, ESQ. |
| 4 | MURPHY & KING |
| 5 | One Beacon Street, 21st Floor |
| 6 | Boston, Massachusetts 02108 |
| 7 | 617-423-0400 |
| 8 | tjf@murphyking.com |
| 9 | |
| 10 | FOR THE DEFENDANT HOPE E. CARTER: |
| 11 | JEFFREY W. KENNEDY, ESQ. |
| 12 | MILANO & WANAT LLC |
| 13 | 471 East Main Street |
| 14 | Branford, Connecticut 06405 |
| 15 | 203-315-7000 |
| 16 | jkennedy@mwllc.us |
| 17 | |
| 18 | FOR THE DEFENDANT ORDER OF MALTA AMERICAN |
| 19 | ASSOCIATION, U.S.A.: |
| 20 | BRADFORD S. BABBITT, ESQ. |
| 21 | ROBINSON & COLE LLP |
| 22 | 280 Trumbull Street |
| 23 | Hartford, Connecticut 06103 |
| 24 | 860-275-8200 |
| 25 | bbabbitt@rc.com |

| Page 3 | |
|---|---|
| 1 | APPEARANCES: |
| 2 | FOR THE PLAINTIFF: |
| 3 | MITCHELL GARABEDIAN, ESQ. |
| 4 | LU XIA, ESQ. |
| 5 | LAW OFFICES OF MITCHELL GARABEDIAN |
| 6 | 100 State Street, Sixth Floor |
| 7 | Boston, Massachusetts 02109 |
| 8 | 617-523-6250 |
| 9 | garabedianlaw@earthlink.com |
| 10 | lxia@garabedianlaw.com |
| 11 | -and- |
| 12 | ELLYN H. HURD, ESQ. |
| 13 | SIMMONS HANLY CONROY |
| 14 | 112 Madison Avenue |
| 15 | New York, New York 10016 |
| 16 | 212-784-6400 |
| 17 | ehurd@simmonsfirm.com |
| 18 | -and- |
| 19 | G. MICHAEL STEWART, ESQ. |
| 20 | SIMMONS HANLY CONROY |
| 21 | One Court Street |
| 22 | Alton, Illinois 62002 |
| 23 | mstewart@simmonsfirm.com |
| 24 | |
| 25 | |

| Page 5 | |
|---|---|
| 1 | APPEARANCES (Continued): |
| 2 | |
| 3 | FOR THE DEFENDANT FAIRFIELD UNIVERSITY: |
| 4 | JOHN W. CERRETA, ESQ. |
| 5 | DAY PITNEY LLP |
| 6 | 242 Trumbull Street |
| 7 | Hartford, Connecticut 06103 |
| 8 | 860-275-0100 |
| 9 | jcerreta@daypitney.com |
| 10 | |
| 11 | FOR THE DEFENDANT THE SOCIETY OF JESUS |
| 12 | NEW ENGLAND: |
| 13 | LYDIA C. KNIGHT, ESQ. |
| 14 | SLOANE AND WALSH, LLP |
| 15 | Three Center Plaza, Suite 830 |
| 16 | Boston, Massachusetts 02108 |
| 17 | 617-523-6010 |
| 18 | lknight@sloanewalsh.com |
| 19 | |
| 20 | Videographer: Christopher Coughlin |
| 21 | |
| 22 | Interpreter: Nathalie Coupet |
| 23 | |
| 24 | Also Present: |
| 25 | Jean Elysée Pierre-Louis |

2 (Pages 2 to 5)

Confidential - Subject to Further Confidentiality Review

Page 6

```
1              INDEX
2    EXAMINATION                    PAGE
3    KENSLEY PREVIL
4      BY MR. FOLKMAN                 8
5      BY MR. BABBITT                63
6      BY MR. FOLKMAN                64
7      BY MS. KNIGHT                159
8      BY MR. CERRETA               164
9      BY MR. KENNEDY               174
10     BY MR. STEWART               184
11
12
13            E X H I B I T S
14   NO.    DESCRIPTION             PAGE
15    1   Plaintiff Previl Kensley's
          Response to Certain Defendants'
16        First Set of Interrogatories......... 16
17    2   Plaintiff Previl Kensley's
          Response to Certain Defendants'
18        First Set of Interrogatories......... 20
19    3   Printout of Stronger Pou-laria
          Facebook pages......................147
20
      4   Printout of Kensley Previl's
21        Facebook page.......................157
22
23
24
25
```

Page 7

```
1            P R O C E E D I N G S
2
3           THE VIDEOGRAPHER:  We are now on the
4    record.  My name is Chris Coughlin, I'm a
5    videographer for Golkow Technologies.
6           Today's date is August 1, 2015, and
7    the time is 8:59 a.m..
8           This video deposition is being held in
9    Puerto Plata, Dominican Republic in the matter
10   of Gervil, St. Louis, Plaintiff versus Douglas
11   Perlitz, et al, Defendants, in the United States
12   District Court for the District of Connecticut,
13   Civil Action Number 3:13-cv-01132-RNC.
14          The deponent is Kensley Previl.
15          Will counsel please identify
16   yourselves for the record.
17          MR. FOLKMAN:  Good morning.  My name
18   is Ted Folkman, I'm the lawyer for Father Paul
19   Carrier, Pere Paul.
20          MS. KNIGHT:  Good morning.  Lydia
21   Knight on behalf of the Society of Jesus of New
22   England.
23          MR. CERRETA:  Good morning.  John
24   Cerreta for Fairfield University.
25          MR. BABBITT:  I'm Bradford Babbitt, I
```

Page 8

```
1    represent the American Association of the Order
2    of Malta.
3           MR. KENNEDY:  Good morning.  Jeff
4    Kennedy for Hope Carter.
5           MR. GARABEDIAN:  Good morning.
6    Mitchell Garabedian for Plaintiff.
7           MR. STEWART:  Michael Stewart on
8    behalf of Plaintiff.
9           MS. HURD:  Ellyn Hurd on behalf of the
10   Plaintiff.
11          THE VIDEOGRAPHER:  The court reporter
12   is Maureen Pollard, and she will now swear in
13   the interpreter and the witness.
14
15          NATHALIE COUPET, Translator,
16   having been duly sworn to translate the
17   questions and the answers to the best of her
18   ability, translated as follows:
19
20          KENSLEY PREVIL,
21   having been first duly sworn, was examined and
22   testified as follows through the translator:
23          DIRECT EXAMINATION
24   BY MR. FOLKMAN:
25       Q.  Good morning.  Could you state your
```

Page 9

```
1    name, please?
2           MR. GARABEDIAN:  Excuse me.  Before we
3    go any further, I want to raise a housekeeping
4    question.
5           Will defense counsel agree to give
6    Plaintiffs' counsel five days advance notice
7    before the first deposition that you confirm
8    that you have a videographer, a stenographer,
9    interpreters, and conference rooms set up for
10   the depositions?  We appeared here,
11   everybody's -- we'll work with you on this, but
12   on the 28th we appeared, there wasn't an
13   interpreter.  On the 30th we had an interpreter
14   recuse himself who apparently wasn't adequate.
15   And now we're sitting in, because of the
16   graciousness of the stenographer, we're sitting
17   in her hotel suite, hotel room.  Now, who knows
18   where the men's room is, and who knows if it's a
19   10 or 15 minute walk from here.  But these are
20   avoidable issues.
21          And we'd like to just confirm -- we'd
22   like to receive confirmation from you that we
23   have those individuals in place.  And if there's
24   an issue with a conference room, we can agree to
25   use a different location.  It's just
```

Confidential - Subject to Further Confidentiality Review

Page 10

1  inconvenience.  What are we going to do when we
2  have unavoidable issues?  I mean they're all
3  avoidable.
4        So I'd like that fore-notice before we
5  start these depositions.  Will you agree to
6  contact me, or the Plaintiffs?
7        MR. FOLKMAN:  Well, of course we'll
8  agree to work with you on this kind of thing.
9  We're using the firm that I believe you used to
10 arrange for the translations.  If there's
11 another firm that you think is better, we'd be
12 happy to talk with you about that.
13       MR. GARABEDIAN:  You're the moving
14 party.  We want these depositions to go forward
15 just as you do, but the burden is on you to make
16 sure everything is in place.  And as I said, and
17 I say this respectfully, we'll work with you,
18 and if there's a problem with an interpreter
19 five days beforehand or six days before, just
20 call me, we'll try to work it out so that we're
21 not here -- everyone here has -- almost everyone
22 here has travelled internationally to be here,
23 my clients have come in from Haiti, I've come in
24 from the United States, many people have come in
25 from the United States.  So I mean let's just

Page 11

1  try to work this out so that we don't have this
2  again.
3        These are avoidable issues, if we work
4  together.  And if you can look -- if you can
5  make calls confirming that you have these
6  individuals in place.  What are we going to do
7  when we have unavoidable issues?
8        MR. FOLKMAN:  I understand.  We'll
9  certainly -- if we're aware of any problems with
10 people not showing up in advance, we'll let you
11 know.  That wasn't the case this --
12       MR. GARABEDIAN:  The burden is on you
13 to confirm with these individuals, the
14 videographer, the stenographer, the
15 interpreters, the hotel, that this is in place.
16       MR. FOLKMAN:  Okay.  I understand what
17 you're saying.  We'll work together.
18       MR. GARABEDIAN:  Beforehand please
19 give me a call, and we'll work together.  We
20 want these to go forward, too.
21       MR. FOLKMAN:  Good.  Okay.
22       MR. GARABEDIAN:  It's great
23 inconvenience for everyone, you, me, especially
24 my clients.  Okay?
25       MR. FOLKMAN:  Okay.

Page 12

1        MR. GARABEDIAN:  Thank you.  I want
2  written notice.
3        MR. FOLKMAN:  You want five days
4  written notice that we've arranged for
5  translators?
6        MR. GARABEDIAN:  That you've confirmed
7  that you have translators in place, that you
8  have the videographer in place, that you
9  have the stenographer in place, and that you've got
10 the conference room in place.
11       MR. FOLKMAN:  Sure, I'd be happy to do
12 that.
13       MR. GARABEDIAN:  For instance, you did
14 not book the conference room for today even
15 though you're supposed to.  And that's just an
16 oversight.  Fine.  We'll work with you.  We're
17 working with you right now.
18       MR. FOLKMAN:  For the witness's
19 benefit, the bathroom is right across the way.
20       MR. GARABEDIAN:  How about the other
21 14 people in the room?  We all have to go to the
22 bathroom.
23       MR. FOLKMAN:  For your benefit also,
24 the bathroom is right across the way.
25       MR. GARABEDIAN:  We're supposed to

Page 13

1  stand in line?
2        MR. FOLKMAN:  Okay.  Is there anything
3  else you want to put on the record?
4        MR. GARABEDIAN:  I want to stress I'll
5  work with you, but we can work this stuff out,
6  we don't have to do it like this.  What happens
7  when we have an unavoidable problem?
8        MR. FOLKMAN:  Okay.
9        MR. GARABEDIAN:  I want written notice
10 five days beforehand.
11       MR. FOLKMAN:  Okay.  I'd be happy to
12 give you written notice we've arranged for
13 videographers, stenographers, interpreters, and
14 rooms.
15       MR. GARABEDIAN:  That you've confirmed
16 with them that they will be here and that you
17 have the room reserved.
18       MR. FOLKMAN:  Yes.
19       MR. GARABEDIAN:  Okay.
20 BY MR. FOLKMAN:
21    Q.   Sorry about that, Mr. Previl.
22         Is Previl your family name?
23    A.   Yes.
24    Q.   And Kensley is your given name?
25    A.   Yes.

4 (Pages 10 to 13)

Confidential - Subject to Further Confidentiality Review

Page 14

```
1        Q.   Mr. Previl, do you understand that you
2    took an oath just now to tell the truth today in
3    your testimony?
4        A.   Yes.
5        Q.   At some point during the day today,
6    your lawyer, Mr. Stewart, may instruct you not
7    to answer a question, and if he does that you
8    should listen to what he says, okay, and not
9    answer the question?
10            THE WITNESS:  Oui.
11       Q.   Other times he may say the word
12   "objection," and if he says the word objection
13   you should still answer my question, if you can,
14   unless he tells you not to answer it.  Okay?
15       A.   Yes.
16       Q.   If you need to take any breaks today,
17   just let me know and we'll take a break, as long
18   as I haven't asked you a question.  If I ask you
19   a question, I'm going to want you to answer it
20   first, but other than that we'll take a break
21   whenever you need.  Okay?
22       A.   No problem.
23       Q.   It's really important that you try to
24   keep your voice up so that you can be heard on
25   the videotape, okay?
```

Page 15

```
1        A.   Yes.
2        Q.   And it's also really important that
3    you let me know if you don't understand a
4    question I ask you so that I can try to rephrase
5    it.  Okay?
6        A.   Yes.
7        Q.   Will you do that?
8        A.   Yes.
9             MR. FOLKMAN:  Mike, can we have the
10   same stipulations we've had until now?
11            MR. STEWART:  Yes.
12            MR. FOLKMAN:  Thank you.
13   BY MR. FOLKMAN:
14       Q.   Have you taken any medicines today,
15   sir?
16       A.   No.  I'm not sick.
17       Q.   Have you taken any drugs or alcohol
18   today?
19       A.   No.
20       Q.   Is there any reason you know of that
21   it would be difficult for you to answer my
22   questions truthfully today?
23       A.   No, I don't know.
24       Q.   Okay.  Sir, do you read Creole?
25       A.   I don't read very well.
```

Page 16

```
1        Q.   You read a little bit?
2        A.   Maybe.
3        Q.   Do you write Creole?
4        A.   Not very well.
5        Q.   But a little bit?
6        A.   Yes.
7        Q.   Can you type in Creole?
8        A.   No.
9        Q.   Do you understand any English?
10       A.   No.
11       Q.   Do you understand any French?
12       A.   No.
13       Q.   I've asked the reporter to put a
14   sticker on marking this as Exhibit 1, and I'm
15   going to put it in front of you.
16            (Whereupon, Exhibit Number 1,
17            Plaintiff Previl Kensley's Response to
18            Certain Defendants' First Set of
19            Interrogatories, was marked for
20            identification.)
21            MR. STEWART:  You don't have to do
22   anything, just leave it there.  He's got a
23   sticker on it.  I don't know why he said it that
24   way, but he's already marked it, you don't need
25   to do anything.
```

Page 17

```
1    BY MR. FOLKMAN:
2        Q.   Okay.  Have you ever seen this
3    document before?
4        A.   Yes.
5        Q.   And your counsel is directing you to
6    the last page there.  Is that your signature?
7        A.   Yes.
8        Q.   And did you sign it yourself, or did
9    someone sign it for you?
10       A.   Somebody wrote it on a paper, piece of
11   paper for me, and I copied it.
12       Q.   Somebody wrote your name down and you
13   copied your name?
14       A.   Yes.
15       Q.   Okay.  And who was the person who
16   wrote your name down?
17            MR. STEWART:  Objection.
18            To the extent that you're asking him
19   about attorney/client privilege or conversation,
20   instructing him not to answer.
21            Go ahead.  So if it was with your
22   attorneys or someone who works for your
23   attorneys, you don't answer the question, he'll
24   ask you a new question.
25            Okay.  Next question.
```

Confidential - Subject to Further Confidentiality Review

Page 18

1    BY MR. FOLKMAN:
2        Q.   Did you sign the document on July 10,
3    2014?
4        A.   Yes.
5        Q.   You see that the first half of the
6    document is written in English and the second
7    half is a translation into Creole.  Was the
8    Creole read to you before you signed it?
9        A.   Yes.
10       Q.   Did you understand everything that was
11   read to you?
12       A.   Yes.
13       Q.   Was everything that was read to you
14   correct?
15       A.   Yeah, but there could be mistakes,
16   too.
17       Q.   Do you know if there are any mistakes?
18       A.   If you read to me I will tell you
19   whether there are mistakes, because I know
20   everything I said.
21       Q.   Okay.  When the Creole was read to
22   you, did someone read to you the questions and
23   then the answers?
24       A.   Yes.
25       Q.   And did you understand that the

Page 19

1    answers were your answers?
2        A.   Yeah, but there might be mistakes.
3        Q.   Okay.  Do you have any nicknames, sir?
4        A.   Yes.
5        Q.   What are they?
6        A.   Reginald.
7        Q.   Aside from Reginald, do you have any
8    other nicknames?
9        A.   No.
10       Q.   What's your birth date?
11       A.   December 20, 1993 -- 21st.
12       Q.   What's your mother's name?
13       A.   Micheline Etienne.
14       Q.   And what's your father's name?
15       A.   Henry Claude Previl.
16       Q.   Are both of your parents alive today?
17       A.   Yes.
18       Q.   Are your parents married?
19       A.   No.
20       Q.   Have they ever been married?
21       A.   No.
22       Q.   Let me ask you about your brothers and
23   sisters.
24            How many brothers do you have?
25       A.   I have two brothers.

Page 20

1        Q.   And what are their names?
2        A.   Alexandra Ambroise, and Jovenel
3    Previl.
4            MR. FOLKMAN:  May we go off the record
5    for a moment, please?
6            THE VIDEOGRAPHER:  Going off the
7    record.  The time is 9:15.
8            (Off the record discussion.)
9            THE VIDEOGRAPHER:  Back on the record.
10   The time is 9:19.
11   BY MR. FOLKMAN:
12       Q.   Mr. Previl, I'm sorry that we had to
13   go off the record.  It was my mistake, I had a
14   copy of Exhibit 1 that I had gotten from my
15   office that didn't have all the pages.  So
16   please excuse me for the mistake.
17            And I've put in front of you what is
18   the complete document, and we've marked it as
19   Number 2.
20            (Whereupon, Exhibit Number 2,
21            Plaintiff Previl Kensley's Response to
22            Certain Defendants' First Set of
23            Interrogatories, was marked for
24            identification.)
25   BY MR. FOLKMAN:

Page 21

1        Q.   And I'd like you just to look at the
2    last page.  Can you tell me whether that's the
3    signature that someone -- that wrote down for
4    you and you copied onto the page?
5        A.   It's Madame Calixte who showed me how
6    to write my name.
7        Q.   Okay.  So you have two brothers,
8    Jovenel Previl and Alexandra Ambroise, is that
9    right?
10       A.   Yes.
11       Q.   Jovenel, is he the son of your mother
12   and your father?
13       A.   No.  He's my father's son.
14       Q.   And Alexandra Ambroise, is he the son
15   of your mother but not your father?
16       A.   He's my mother's son.
17       Q.   Okay.  Are your parents married -- is
18   your father married to someone other than your
19   mother?
20       A.   Yes.
21       Q.   And what is the name of his wife?
22       A.   Mimose, M-I-M-O-S-E, Orvil, O-R-V-I-L.
23       Q.   And is your mother married to someone
24   other than your father?
25       A.   No, she's not married to anyone else.

6 (Pages 18 to 21)

Confidential - Subject to Further Confidentiality Review

Page 22

1     She just has children with other people, or
2     somebody else.
3         Q.   Okay.  How many sisters do you have?
4         A.   Four.
5         Q.   And what are their names?
6         A.   Stephanie Previl, Schnaidine, three,
7     no, sorry, three.  Oh, no, it's four.
8         Q.   Okay.
9         A.   Schnaidine Previl, Stephanie Previl,
10    Taïsha Previl, Alexandra Ambroise.
11        Q.   Okay.  And just so that I understand,
12    you have a brother named Alexandro Ambroise, and
13    a sister named Alexandra Ambroise?
14        A.   Yes.
15        Q.   The three sisters whose last name is
16    Previl, are they the daughters of your father?
17        A.   Yes.
18        Q.   Your sister Alexandra, she's the
19    daughter of your mother?
20        A.   Yes, but Stephanie Previl is the
21    daughter of my father and mother together.
22        Q.   Okay.  Are you the oldest of all your
23    brothers and sisters?
24        A.   No.
25        Q.   Which ones are older than you are?

Page 23

1         A.   Stephanie Previl.
2         Q.   And are the others all younger than
3     you?
4         A.   Yes.
5         Q.   How old is Stephanie?
6         A.   23 years old.
7         Q.   Is she married?
8         A.   No.
9         Q.   Do you have any living grandparents?
10        A.   Yes, I have a grandmother.
11        Q.   And what is her name?
12        A.   Dieudonne Marcellin.
13            THE TRANSLATOR:  D-I-E-U-D-O-N-N-E,
14    last name M-A-R-C-E-L-L-I-N.
15        Q.   And whose mother is she, your mother's
16    or your father's?
17        A.   My father's mother.
18        Q.   Have you had any children?
19        A.   No.
20        Q.   Have you ever been married?
21        A.   No.
22        Q.   Have you ever been in a relationship
23    with a woman?
24            MR. STEWART:  Objection.
25        A.   Yes, I had a girlfriend.

Page 24

1     BY MR. FOLKMAN:
2         Q.   Have you ever had a girlfriend that
3     you lived with?
4         A.   No.
5         Q.   Do you have a girlfriend now?
6         A.   No.
7         Q.   I want to ask you about where you've
8     lived, the places that you've lived in your
9     life.
10            Until 2002, did you live with your
11    mother?
12        A.   No.  When I was growing up, I was
13    growing up at my grandmother's.
14        Q.   Okay.  You never lived with -- did you
15    ever live in your mom's house?
16        A.   When I was a baby only.
17        Q.   Okay.  Did your parents live together?
18            MR. STEWART:  Objection.
19        A.   Yes, when I was a baby.
20    BY MR. FOLKMAN:
21        Q.   And where did they live?
22        A.   In a place called Cité Lescot,
23    C-I-T-E, and then L-E-S-C-O-T, at the place of
24    my mother's mother.
25        Q.   Okay.  You say you lived with them

Page 25

1     only when you were a baby?
2         A.   Yes.
3         Q.   And where did you live after you lived
4     with your parents as a baby?
5             THE TRANSLATOR:  Where else --
6         Q.   Where did you live next after you
7     lived with your parents as a baby?
8         A.   Fort St. Michel, M-I-C-H-E-L, with my
9     father's mother.
10        Q.   That's Dieudonne Mercellin?
11        A.   Yes.
12        Q.   How long did you live with her for?
13        A.   Up to now.
14        Q.   Where is Cité Lescot?
15        A.   Cap-Haïtien.
16        Q.   It's a neighborhood of Cap-Haïtien?
17        A.   Yes.
18        Q.   And where was Fort St. Michel?
19        A.   It's an area in Cap-Haïtien also.
20        Q.   A different neighborhood?
21        A.   Yes.
22        Q.   Is Cité Lescot near Blue Hills?
23        A.   No.
24        Q.   Is it near Bel Air?
25        A.   Yes.

7 (Pages 22 to 25)

Confidential - Subject to Further Confidentiality Review

Page 26

1    Q.   Is Fort St. Michel near Bel Air?
2    A.   No.
3    Q.   Is it near Blue Hills?
4    A.   No.
5    Q.   Is it near Carenage?
6    A.   No.
7    Q.   Did you move to the streets at some
8    point?
9    A.   Yes.
10   Q.   And when was that?
11   A.   I remember it in 2004.
12   Q.   And how long did you live on the
13   street?
14   A.   A long time in the streets, until
15   2011.
16   Q.   Let me ask you to describe the places
17   you lived.
18        Do you remember at all your parents'
19   home in Cité Lescot?
20   A.   Yeah, I remember my grandmother, and
21   also my uncle.
22   Q.   From when you were a baby?
23   A.   Yes.  Yes, all the way up to when I
24   was three years old.
25   Q.   Okay.  Do you remember what the house

Page 27

1    looked like?
2    A.   Yeah.  Up to now I still go visit my
3    grandmother.
4    Q.   At the same house in Cité Lescot?
5    A.   Yes, because it belongs to my mother's
6    mother.
7    Q.   Okay.  Your mother's mother?
8    A.   Yes.
9    Q.   So that's not Dieudonne Mercellin?
10   A.   No.
11   Q.   Okay.  How big is the house?  How many
12   rooms does it have?
13   A.   Three bedrooms.
14   Q.   Three bedrooms?
15   A.   Three bedrooms.
16   Q.   Are there any other rooms in the
17   house?
18   A.   Yes, there are other rooms, but it's
19   the neighbor who lives in them.  It's cut.
20   Q.   Does your grandmother rent out part of
21   the house to the neighbor?
22   A.   No.  The three rooms are only for my
23   grandmother, it's not rent out to anyone.  The
24   part that is cut out is for their owner.
25   Q.   Okay.  Is your mother's mother still

Page 28

1    alive?
2    A.   Yes.
3    Q.   And what is her name?
4    A.   Saintilia.
5        THE TRANSLATOR:  S-A-I-N-T-I-L-I-A.
6    Q.   Is that her first name?
7    A.   No, since I was a child that's how I
8    knew her name was.
9    Q.   That's the only name you know her by?
10   A.   No.
11   Q.   You know her by other names?
12   A.   No, since I was a child, I've always
13   heard people call her like that.
14   Q.   Okay.  Who lived in the house with you
15   when you were living at that house until the age
16   of three in Cité Lescot?
17   A.   Me, my grandmother, my mother, my
18   father, my older sister, two uncles whose names
19   are Barnardin, B-E-R-N-A-R-D-I-N, and Alonse,
20   A-L-O-N-S-E.
21   Q.   Are you related to Jose Barnardin?
22   A.   No.
23   Q.   When you moved to Fort St. Michel,
24   tell me about that house.
25   A.   There was one parking space, one

Page 29

1    gallery, one well to take -- to get water, four
2    bedrooms.  My grandmother was living in one, and
3    the neighbors were living in the other three.
4    Q.   And you lived in the bedroom with your
5    grandmother?
6    A.   Yes.
7    Q.   And who else was living as part of
8    your family in that house?
9    A.   My older sister Stephanie.
10   Q.   But neither of your parents?
11   A.   No.
12   Q.   And why at that point weren't you
13   living with your parents?
14        MR. STEWART:  Objection.
15        I'm sorry, go ahead.
16   A.   I don't know.
17   BY MR. FOLKMAN:
18   Q.   You told me that after -- you told me
19   that you moved to the street, right?
20   A.   Yes.
21   Q.   And you had left -- the last place you
22   lived before you lived in the street was Fort
23   St. Michel, right?
24        MR. STEWART:  Objection.
25   A.   Yes.

8  (Pages 26 to 29)

Confidential - Subject to Further Confidentiality Review

Page 30

1 BY MR. FOLKMAN:
2    Q.   Why did you leave that house at Fort
3 St. Michel to live in the street?
4        MR. STEWART:  Objection.
5    A.   My grandmother didn't have any more --
6 didn't have the means to pay for the house where
7 we could sleep anymore, so she didn't have any
8 more money, so I took to the street.  She
9 explained to me that my father and mother never
10 really cared about me since I was a child, that
11 my grandmother told me that they didn't really
12 take care of me, they would just leave me to be
13 in the courtyard with dogs playing with me, so
14 she took me.
15        And I went to the street because I
16 have my own mind.  I went -- took to the street
17 for my -- to be able to have a life.
18 BY MR. FOLKMAN:
19    Q.   When your grandmother couldn't -- or
20 didn't have the means to pay for the house
21 anymore, where did she go?
22    A.   She went to sleep at people's house
23 with my sister.
24    Q.   And what is people's house?
25        MR. STEWART:  Objection.

Page 31

1    A.   I don't know.
2 BY MR. FOLKMAN:
3    Q.   Do you know where it is?
4        MR. STEWART:  Objection.
5    A.   Yes.
6 BY MR. FOLKMAN:
7    Q.   Why did you not go to people's house
8 with them?
9    A.   There was not enough space for all
10 three of us.  My grandmother said "since there's
11 no -- not enough space for all of us, why don't
12 you go to your other grandmother," but they said
13 no.  Since that grandmother had taken us, they
14 wouldn't accept us back anymore, since I would
15 be in the street for good.
16    Q.   When was the last time you saw --
17 well, start again.
18        Is your father alive today?
19    A.   Yes.
20    Q.   And when was the last time you saw
21 him?
22    A.   I don't know.  I don't remember.
23    Q.   Has it been years?
24    A.   About one year since I've seen my
25 father.

Page 32

1    Q.   And is your mother living today?
2    A.   Yes.
3    Q.   And when was the last time you saw
4 her?
5    A.   For Mother's Day, last Sunday of the
6 month of May.
7    Q.   You went to visit her for Mother's
8 Day?
9    A.   Yes.
10    Q.   Where is she living now?
11    A.   Kite-O.
12        THE TRANSLATOR:  K-I-T-E-Y-O.
13    Q.   Is that a neighborhood of Cap-Haïtien?
14    A.   Yes.
15    Q.   And where is your father living now?
16    A.   Cité, C-I-T-E, Shovel, S-H-O-V-E-L.
17    Q.   And is that a neighborhood of
18 Cap-Haïtien also?
19    A.   Yes.
20    Q.   Before you moved to the street, did
21 you know any boys who lived in the street?
22        MR. STEWART:  Objection.
23    A.   No.
24 BY MR. FOLKMAN:
25    Q.   When you moved to the street, did you

Page 33

1 meet any boys that you would hang out with?
2        MR. STEWART:  Objection.
3    A.   No.  I started sleeping in the streets
4 by myself.  After that I started throwing trash
5 for people, and that's when I found some
6 friends, I made some friends.
7 BY MR. FOLKMAN:
8    Q.   What were the names of your group of
9 friends?
10        Do you need to take a break?  Let's go
11 off the record.
12        THE VIDEOGRAPHER:  Going off the
13 record.  The time is 9:43.
14        (Whereupon, a recess was taken.)
15        THE VIDEOGRAPHER:  Back on the record.
16 The time is 9:54.
17 BY MR. FOLKMAN:
18    Q.   Mr. Previl, are you okay to go ahead?
19    A.   Yes.
20    Q.   I just want to reiterate, really, if
21 you need a break, please let me know.  Don't
22 feel you have to try to keep going.  I know it's
23 not comfortable to be here.  And we'll take as
24 many breaks as you need.  Okay?
25    A.   Yes.

9 (Pages 30 to 33)

Confidential - Subject to Further Confidentiality Review

Page 34

1    Q.   So before we took a break, I had asked
2  you to give me the names of the group of friends
3  that you made in the street.
4        MR. STEWART:  Objection.
5    A.   Alain Pierre, Emile Watson, Mackenson
6  Jacques, Gerry McKenzie, James, Sipap.
7  BY MR. FOLKMAN:
8    Q.   Okay.  Were these boys around your
9  age?
10   A.   No, some of them were older, some were
11 younger.
12   Q.   Are you still friends with any of them
13 today?
14   A.   Yes, some of them are in
15 Port-au-Price, some of them are in other areas.
16 When we see each other, we say hello.
17   Q.   Did any of these boys attend PPT?
18       MR. STEWART:  Objection.
19   A.   Yes.  Alain brought me to PPT.
20   Q.   Alain Pierre?
21   A.   Yes.
22   Q.   And he attended himself?
23   A.   Yes.
24   Q.   Any of the other boys?
25   A.   All the guys whose name I mentioned,

Page 35

1  they all went to PPT.
2    Q.   Okay.  Were all the ones whose name
3  you mentioned, do you know whether any of them
4  -- let me start again.
5        Were any of the boys whose names you
6  mentioned also victims of Douglas Perlitz?
7    A.   I don't know about the others, but
8  just Mackenson Jacques told me about that.
9    Q.   The others never told you that they
10 were sexually abused?
11       MR. STEWART:  Objection.
12   A.   No, they never said things like that
13 at all.  They never talked about things like
14 that at all.
15 BY MR. FOLKMAN:
16   Q.   Okay.  When this group of friends was
17 living in the street, what would you do for
18 food?
19   A.   We used to clean cars, throw away
20 trash for people, and to clean cooking vessels
21 for people.
22   Q.   And you made a little money doing
23 these things?
24   A.   Yeah.  Even if I didn't do much, I
25 didn't make a lot of money, but I had enough to

Page 36

1  buy food for the day.
2    Q.   Did you ever go hungry when you were
3  living on the street?
4    A.   Yes, especially on Sundays.
5    Q.   Why especially on Sundays?
6    A.   Where we used to clean cars and sweep
7  and throw away trash for people, and wash cars,
8  it wasn't -- there wasn't so much of that on
9  Sundays.  Things were closed on Sundays.  They
10 weren't working days.
11   Q.   Did you ever experience any violence
12 when you were living in the street?
13   A.   Yeah, when I used to sleep in Rue 17
14 near the bank, the police used to beat us for
15 nothing.
16   Q.   And when you say "they used to beat
17 us," did they beat you particularly, or just
18 others in your group?
19       MR. STEWART:  Objection.
20   A.   All of us.  The police would just show
21 up and block one end of the street, and then
22 they would show up at the other end also, and
23 they would beat us, all of us together.
24 BY MR. FOLKMAN:
25   Q.   Did the police ever tell you why they

Page 37

1  were beating you?
2    A.   No, they just would shoot us when --
3  kick us when we were on the ground, and they --
4  I took a blow in my arm and my arm was not good
5  for a while.
6    Q.   Did they ever arrest you?
7    A.   No.
8    Q.   Have you ever been arrested?
9    A.   No, I never did anything to be
10 arrested.
11   Q.   Did you go to see a doctor for your
12 arm?
13   A.   No, because I was a child, and a
14 street child with no value.  And besides that, I
15 don't -- I didn't have money, and no doctor
16 would even receive me.  As a street child I'm
17 always dirty, and I didn't have some -- anyone
18 to talk for me.  I don't have anyone to talk for
19 me.
20   Q.   Did you go to see a nurse or a miss?
21       MR. STEWART:  Hold on.  What do you
22 mean, "a miss"?
23       MR. FOLKMAN:  Some of the other
24 deponents have known the word miss and not
25 nurse.

Confidential - Subject to Further Confidentiality Review

Page 38

1        MR. STEWART: Let's not use words
2  assuming that he knows what that word means.
3  BY MR. FOLKMAN:
4    Q.   Do you know what a miss means?
5    A.   Yes.
6    Q.   Did you go to see -- is a miss a
7  medical -- someone who does something with
8  helping people medically?
9    A.   Yes.
10   Q.   Did you go to see a nurse or a miss
11 about your arm?
12   A.   No.  My friends and I, we would take
13 sour oranges, we would cook -- we would put them
14 on, grill them, and before I went to sleep they
15 would take my arm and put the -- and wrap it
16 with a cloth and the oranges.  But up to now my
17 arm still hurt.
18   Q.   When you say "up to now," do you mean
19 until this very day?
20   A.   Every year, whenever the date of when
21 I got -- I received the blow, whenever that date
22 arrives, I feel the pain.
23   Q.   Do you feel the pain on other days of
24 the year?
25   A.   No, just on the day of -- the day of

Page 39

1  the anniversary of when I got the blow, I feel
2  pain from morning until night.
3    Q.   Are you able to use your arm well?
4    A.   Yes.
5    Q.   Aside from the time with the police
6  that you told me about, was there ever any other
7  violence that you experienced in the street?
8        MR. STEWART:  Objection.
9    A.   No.
10 BY MR. FOLKMAN:
11   Q.   Was there a particular neighborhood in
12 the city where you would sleep?
13   A.   Since they beat me up in Rue 17, I
14 never went to sleep there anymore.  I looked for
15 another place where I could sleep.
16       MR. FOLKMAN:  And dix-sept, what is
17 that, 17?
18       THE TRANSLATOR:  17.
19   Q.   What neighborhood of the city is Rue
20 17 in?
21   A.   There's a big bank, BRH, it's on the
22 floor where people are changing -- exchanging US
23 dollars, there's a hotel across from it, we
24 sleep on the floor at the corner of that bank.
25   Q.   When you were living on the street,

Page 40

1  were people in your group using paint thinner?
2        MR. STEWART:  Objection.
3    A.   No, we didn't take paint thinners,
4  because we can't stand the smell.
5  BY MR. FOLKMAN:
6    Q.   Was anybody in your group using other
7  drugs when you were living in the street?
8        MR. STEWART:  Objection.
9    A.   No, just some of them used to smoke
10 cigarettes.  When it's cold at night, they used
11 to smoke cigarettes.
12 BY MR. FOLKMAN:
13   Q.   And did anybody in your group when you
14 were living in the street drink?
15       MR. STEWART:  Objection.
16       Be more specific.  What do you mean
17 "drink"?
18       MR. FOLKMAN:  Are you asking me or
19 him?
20       MR. STEWART:  I'm asking you.
21 BY MR. FOLKMAN:
22   Q.   Did anybody in your group when you
23 were living on the street drink alcohol?
24       MR. STEWART:  Objection.
25       Go ahead and translate.

Page 41

1    A.   I don't know.  In my presence I've
2  never seen that.  I don't know if they drink.
3  BY MR. FOLKMAN:
4    Q.   And you didn't drink alcohol?
5    A.   No, I don't drink alcohol up to now.
6    Q.   You lived in the street until when?
7    A.   Up to 2011.
8    Q.   And you never lived in the Village?
9        MR. STEWART:  Objection.
10   A.   No.  I used to go to Carenage, but
11 never let children sleep at Carenage.
12 BY MR. FOLKMAN:
13   Q.   And in 2011, where did you move to?
14   A.   My grandmother found someone who
15 loaned her some money, and she rented a house in
16 Cité du Peuple.
17       THE TRANSLATOR:  C-I-T-E, another word
18 D-U, another word P-E-U-P-L-E.
19   A.   I went to live with my grandmother at
20 Cité du Peuple.
21   Q.   And is that still where you're living
22 today?
23   A.   Yes.
24   Q.   Okay.  And is it just you and your
25 grandmother living together?

11 (Pages 38 to 41)

Confidential - Subject to Further Confidentiality Review

Page 42

1          MR. STEWART:  Objection.
2     A.   Me, my grandmother, and my sister.
3   BY MR. FOLKMAN:
4     Q.   Your sister Stephanie?
5     A.   Yes.
6          MR. STEWART:  Objection.
7   BY MR. FOLKMAN:
8     Q.   Let me ask you about jobs that people
9   in your family have had.
10         Did your mom have a job?
11    A.   Yes.
12    Q.   And what was her job?
13    A.   She used to sort out coffee and cocoa
14  in a hanger in Nazon, N-A-Z-O-N.
15    Q.   And do you know how much money she
16  made from her job?
17    A.   No.
18    Q.   Did your father have a job?
19    A.   Yes.
20    Q.   And what was his job?
21    A.   He used to drive public transportation
22  vans for people.
23    Q.   And do you happen to know how much he
24  would make at his job?
25    A.   No.

Page 43

1     Q.   Your sister Stephanie, does she work?
2     A.   No.
3     Q.   Your brother Jovenel, does he work?
4     A.   No.
5     Q.   Has Stephanie ever worked?
6     A.   She's going to university.
7     Q.   What university does she attend?
8     A.   University called UPNCH.
9     Q.   Is that in Cap-Haïtien?
10    A.   Yes.
11    Q.   And what is she studying?
12    A.   I don't know what she's studying.  We
13  never converse.
14    Q.   Has Jovenel ever had a job?
15    A.   No.
16    Q.   Your brother Alexandro, has he ever
17  had a job?
18    A.   No.
19    Q.   How old is he?
20    A.   I don't know, but he hasn't reached --
21  he's not old enough to work.
22    Q.   Which of your siblings are old enough
23  to work?
24         MR. STEWART:  Objection.
25    A.   Just my sister, but there's no work.

Page 44

1   Just Stephanie.
2   BY MR. FOLKMAN:
3     Q.   The others are still little?
4     A.   Yes.
5     Q.   Okay.  Let me ask about you.  Have you
6   ever had a job?
7     A.   I've tried to look, I've tried to
8   look, but I don't have any diplomas.
9     Q.   You told us a few minutes ago that on
10  the street you had done some odd jobs like
11  cleaning out cooking pans and that sort of thing
12  to get money for food, right?
13    A.   Yeah, like cleaning pots and washing
14  cars, but I don't consider this to be a job.
15  Anybody can come and do it, and they give it to
16  anyone.
17    Q.   And aside from those things that you
18  mentioned, you haven't had another job, right?
19    A.   No.
20    Q.   Were you trained as a welder?
21    A.   Yes.
22    Q.   Have you ever looked for a job as a
23  welder?
24         MR. STEWART:  Objection.
25    A.   Yeah, I've tried to look for work, but

Page 45

1   the workers don't want to take me because I
2   don't have a diploma.
3   BY MR. FOLKMAN:
4     Q.   Because you don't have a welding
5   diploma?
6     A.   The time I needed to be -- to stay at
7   the Village to get the diploma, that time
8   passed.  There was not enough time.  The Village
9   closed before.
10    Q.   Oh, okay.  So people have refused to
11  hire you as a welder because you did not finish
12  the program of school at the Village?
13         MR. STEWART:  Objection.
14    A.   Yes.  Yeah, they won't just take your
15  word for it, you can't just come up to people
16  and say I can do this, to help my family out.
17  They will ask you to show your diploma.
18  BY MR. FOLKMAN:
19    Q.   You don't have the paperwork, the
20  papers you would need to get a job as a welder?
21         MR. STEWART:  Objection.
22    A.   They didn't give it to me at the
23  Village.
24  BY MR. FOLKMAN:
25    Q.   Okay.  Aside from welding, what other

12 (Pages 42 to 45)

Confidential - Subject to Further Confidentiality Review

Page 46

1    kind of work have you looked for?
2        A.   Well, I tried to do that, but then I
3    couldn't find work in welding, so I went to
4    Lakou New York, which is the New York Courtyard.
5        Q.   What is the New York Courtyard?
6        A.   It's a place where we wash cars.
7        Q.   Did you get a job there?
8            MR. STEWART:  Objection.
9        A.   It's not really a job, because you can
10   spend the entire day there and you don't find
11   anything.
12   BY MR. FOLKMAN:
13       Q.   So they don't pay you a salary, they
14   pay you -- you get paid whenever you wash a car?
15           MR. STEWART:  Objection.
16       A.   Yeah.  It's not that I'm employed with
17   anybody, it's just that somebody comes up and
18   she will pay me.
19   BY MR. FOLKMAN:
20       Q.   And is that still what you're doing
21   today for work?
22       A.   Well, it's been two months, I haven't
23   done anything, because I have a stomachache, my
24   stomach hurts, and even I haven't gone to the
25   hospital yet.

Page 47

1        Q.   Have you looked for other work aside
2    from the New York Courtyard and work as a
3    welder?
4            THE TRANSLATOR:  Besides the New York
5    Courtyard?
6            MR. FOLKMAN:  Mm-hmm.
7        A.   I don't know how to do anything else.
8    I don't have any trade formation, training.
9        Q.   Do you believe that you're qualified
10   to do a job other than welding or washing cars?
11       A.   That's the only thing I can do, as I
12   told you, is welding and washing cars, because
13   I'm not going to ask someone to give me a job
14   and I'm not able to do the job and I spoil that
15   person's business, mess up.
16       Q.   Is there a place -- start over.
17           Is there a business called Real N
18   Swag?  R-E-A-L, second word N, Swag, S-W-A-G?
19           THE TRANSLATOR:  Real N -- again,
20   please?
21           MR. FOLKMAN:  Is there a business
22   called Real N Swag.
23           THE TRANSLATOR:  S-W-A-G?
24           MR. FOLKMAN:  Yes.
25       A.   No, it's not a business.  It's the

Page 48

1    four of us.  It's a little group.  Because I can
2    sing, so they put me as a vice-president.  It
3    was just among us.
4        Q.   You sing with three other guys?
5        A.   Yes.
6        Q.   And do you sing in front of audiences?
7        A.   No, never in front of a public.  We
8    try to do this to see if we -- in our area, if
9    we could have -- find people to give us some
10   assistance, some help, but we didn't find
11   anyone, so the group disbanded.
12       Q.   The other three young men who were in
13   the group, were they at PPT?
14       A.   No, it's just the children at the --
15   the guys at Cité du Peuple, they knew I knew how
16   to sing, so they said "why don't you sing?  Why
17   don't we put our heads together, and you be the
18   maestro."  I said "oh, you want me to be the
19   maestro, no problem."  So there were elections.
20   And there was this guy who was even more popular
21   than I was, so he became the president, and I
22   became the vice-president.
23       Q.   What kind of music do you sing?
24       A.   So I sing everything, Konpa, Haitian
25   music, Justin Bieber, Chris Brown, Jason Derulo.

Page 49

1        Q.   Even though the group has broken up,
2    are you still singing today?
3            MR. STEWART:  Objection.
4            What do you mean "singing," like
5    professionally?
6            MR. FOLKMAN:  For a hobby.
7        A.   When I don't feel good, I don't feel
8    well, music puts me in another style, another
9    mood.
10   BY MR. FOLKMAN:
11       Q.   Let me ask you about your schooling.
12   I want to ask, how many grades are there in
13   Haitian school?  How many years do you have to
14   go to school to get your diploma?
15       A.   14 years.
16       Q.   Okay.  When did you first go to
17   school?
18       A.   1999.
19       Q.   And where did you go?
20       A.   National School for Boys, Félix Box.
21       Q.   What grades did you do that?
22       A.   I did preschool until sixth grade,
23   sixth class, then I stopped, and when I went
24   back home I went back to that school again.
25       Q.   So you did six years from 1999 to --

13  (Pages 46 to 49)

Confidential - Subject to Further Confidentiality Review

Page 50

1  or six classes from 1999 to 2004, is that true?
2      A.  No, until 2006, because I was in the
3  street, and I went back home.
4      Q.  Were you living on the street at any
5  time that you were attending school at Félix
6  Box?
7      A.  I don't remember.
8      Q.  Did someone have to pay money for you
9  to attend Félix Box?
10     A.  100 gourdes.
11     Q.  And who paid that?
12     A.  My grandmother.
13     Q.  And that was 100 gourdes for a year?
14     A.  Yes.
15     Q.  Did you learn how to -- what did you
16  learn how to do in school at Félix Box?
17     A.  Maybe for each one has its own in
18  life, I guess, and in my life maybe music is for
19  me in my life.  I wasn't very good in school.
20     Q.  Did they teach music at the school?
21     A.  No.  Music, it's from birth.  It's
22  when I was growing up I've always liked it.
23     Q.  Did they teach reading and writing at
24  the school?
25     A.  Yes.

Page 51

1      Q.  And did they teach math at the school?
2      A.  Yes.
3      Q.  Did they teach history at the school?
4      A.  Yes.
5      Q.  Was there any religious instruction at
6  the school?
7      A.  No.
8      Q.  Why did you stop attending the school
9  at Félix Box?
10     A.  Well, I stopped because Félix Box
11  doesn't go -- have more classes beyond sixth
12  grade, the sixth year.  I didn't go to school
13  anymore.  I didn't go to Félix Box anymore.
14  They destroyed the school.  They did it again,
15  they rebuilt it, and they added more classes
16  now.
17     Q.  There were -- you went to Félix Box
18  for a few years, then you stopped, then you went
19  back, is that true?
20     A.  Yes.
21     Q.  Why did you stop going to Félix Box
22  the first time?
23     A.  In 1999?
24     Q.  Well, you tell me, did you stop going
25  to Félix Box in 1999?

Page 52

1      A.  No.  It's a school report that I found
2  at home that has the year 1999 on it, that's how
3  I knew I was doing preschool at Félix Box in
4  1999.
5      Q.  Did you ever give that school report
6  to your lawyers?
7      A.  No.
8      Q.  Do you still have papers at home like
9  that report about your schooling?
10     A.  No, it's been a while, you know, since
11  2000.  I remember it, I saw the report card, but
12  a lot of things happened and have happened since
13  then.  Water has been inundation, flooding, and
14  a lot of -- and a lot of things happen and you
15  lose a lot of things, you take out things and
16  you lose a lot of things.
17     Q.  You started preschool in 1999.  When
18  did you first -- when did you stop attending
19  Félix Box the first time?
20         MR. STEWART:  Objection.
21     A.  I don't remember.
22  BY MR. FOLKMAN:
23     Q.  Okay.  Do you remember what grade you
24  were in when you stopped attending the first
25  time?

Page 53

1         MR. STEWART:  Objection.
2      A.  Fourth class.  Fourth year.
3  BY MR. FOLKMAN:
4      Q.  And why did you stop attending?
5      A.  Because 100 gourde for the school
6  didn't cover everything, you still had the
7  uniform, shoes, and food.  My grandmother didn't
8  have money for all of that.
9      Q.  So what did you do for school after
10  you left the Félix Box school in the fourth
11  class?
12     A.  I went back to Félix Box again to do
13  the fifth and sixth year.
14     Q.  And that was in 2011, is that right?
15     A.  I don't remember.
16     Q.  Well, did you ever attend school at
17  Carenage?
18     A.  Yes, there's a school at Carenage, but
19  it's like I could tell you that all the classes
20  are first grade.
21     Q.  You didn't think it was a very good
22  school?
23         MR. STEWART:  Objection.
24     A.  No, it's a good school for people who
25  don't know anything.  It's a good school if you

Confidential - Subject to Further Confidentiality Review

Page 54

1    want to learn how to write your name, but a
2    really good school is to go to the Village.
3    Q.  And did you go to the Village school?
4    A.  No.  I went to training, trade
5    training at the Village.
6    Q.  Tell me about the trade training.
7    What was that?
8    A.  There were several trades classes.  I
9    went to welding.
10    Q.  And did you do any academic subjects
11    in the Village also, or just the trades?
12    A.  Just welding.
13    Q.  Okay.  And then you went back to the
14    Félix Box school, right?
15    A.  No.
16    Q.  You never went back to the Félix Box
17    school after the Village?
18    A.  I did first -- from first to fourth
19    year at Félix Box, then I went back to the fifth
20    and sixth year.  I don't remember in which year.
21    Q.  Was it before or after the Village
22    closed?
23    A.  I don't recall.  I don't remember.
24    Q.  I think you told me that at the time
25    Félix Box school ended after the sixth class?

Page 55

1        MR. STEWART:  Objection.
2        I'm going to instruct him not to
3    answer that.
4        Redo that question.  I don't --
5    there's two things that I don't understand.  At
6    that time, I don't know what you mean by that.
7    And the sixth class, I don't think it's been
8    referred to as the sixth class.  It's a very
9    confusing question, Mr. Folkman.  I'd ask that
10    you rephrase that, please.
11        MR. FOLKMAN:  Okay.
12        MR. STEWART:  Thank you.
13    BY MR. FOLKMAN:
14    Q.  When you attended the Félix Box school
15    for the second time, it only had six grades, is
16    that true?
17    A.  When I say six class, it's not that
18    there were six rooms, it's just that it was six
19    grades.
20    Q.  I understand.
21        How many grades were there at the
22    Village school?
23    A.  I was at the Village until the day it
24    closed.
25    Q.  I understand.

Page 56

1        How many grades could you do if you
2    were a student in the Village school?
3        MR. STEWART:  Objection.
4    A.  I don't know.  I was never a student
5    at the Village.
6    BY MR. FOLKMAN:
7    Q.  Did you ever attend the Institute
8    Nelson Mandella?
9    A.  Yeah, but there's a mistake.
10    Q.  What's the mistake?
11    A.  They didn't put it in that document.
12    Q.  Okay.  So you did attend that school,
13    but it's not in your interrogatory answer?
14    A.  My lawyer can say, because I was at
15    the Nelson Mandella school.
16    Q.  Okay.  Let's take a look at Exhibit 2,
17    and I'm going to ask your lawyer to put in front
18    of you Question 5, okay?  And I'm going to read
19    to you the question and the answer.  All right?
20        The question was "Please identify all
21    schools that you attended as a student."  And
22    your answer was, "The first school I went to was
23    Ecole Nationale des Garçons Félix Box on Rue
24    17-0 in 1999."
25        Is that true?

Page 57

1    A.  Yes.
2    Q.  Then you said, "I attended first grade
3    until sixth grade, but I quit for a while when I
4    was in fourth grade in 2004."  Is that true?
5    A.  Yes, yes.
6    Q.  Then you said, "In 2006 I went to
7    Carenage."  Is that true?
8    A.  Yes.
9    Q.  "I was not there very long," you said,
10    "and then I went to the vocational school at the
11    Village until it closed."  Is that true?
12    A.  Yes.
13    Q.  Then you said, "I went back to Ecole
14    Nationale des Garçons Félix Box in 2011 for
15    fifth and sixth grades."  Is that true?
16    A.  Yes.
17    Q.  Now, you say you also went to the
18    Institute Nelson Mandella?
19    A.  Yes, I did, but I never got -- I
20    didn't get a report card because there was a
21    person was going to pay for me, but that person
22    died, so I never got a report card.
23    Q.  How many grades did you finish at the
24    Institute Nelson Mandella?
25    A.  Just one.

15 (Pages 54 to 57)

Confidential - Subject to Further Confidentiality Review

Page 58

1    Q.   And what class was that?
2    A.   Seventh grade.  Seventh grade.
3  Seventh year, so that's --
4        THE TRANSLATOR:  He says 7ème, so
5  seventh year.
6    Q.   Seventh year.  How many -- were there
7  more years that you could have stayed at the
8  Institute Nelson Mandella?
9        MR. STEWART:  Objection.
10   A.   Yes, from seventh until twelfth, until
11  the last class.
12  BY MR. FOLKMAN:
13   Q.   Okay.
14       MR. FOLKMAN:  Mike, do you want to --
15  is it a break time?  I saw you looking.
16       MR. STEWART:  I'm just checking him.
17  We'll go until 11:00 o'clock.  Can you go
18  15 minutes?
19       MR. JEAN-PIERRE:  Yes.
20       MR. FOLKMAN:  He's okay.
21       MR. STEWART:  We'll go 15 more
22  minutes.
23       MR. FOLKMAN:  Just let me know.
24  BY MR. FOLKMAN:
25   Q.   Why did you leave the Institute Nelson

Page 59

1  Mandella?
2    A.   I just said the person that was going
3  to pay for me died.  It's a guy called Joseph at
4  hotel, Rue 17, he died.
5    Q.   Who is Joseph?
6    A.   I can't tell you -- I can't give you
7  too many details about who he was.  I can just
8  tell you he was the brother of the owner of the
9  hotel at Rue 17.
10   Q.   Did you know him?
11       MR. STEWART:  Objection.
12   A.   No, it's just that I was sleeping on
13  the floor in front of the hotel, and when he was
14  sitting alone I used to sing for him, he asked
15  me "to what class did you get to?"  And I told
16  him.  And he said "I will help you."
17  BY MR. FOLKMAN:
18   Q.   Okay.  You were living with your
19  grandmother in City of the People in 2011,
20  right?
21   A.   Yes.
22   Q.   So why were you sleeping on the --
23  well, you just told us a minute ago that you
24  went back to the Félix Box school in 2011 for
25  fifth and sixth grades, right?

Page 60

1    A.   Yes.
2    Q.   And you attended the Nelson Mandella
3  school after that, right?
4    A.   Yes, in 2012.
5    Q.   Okay.  And you were living with your
6  grandmother in 2012?
7    A.   Up to now, yes.
8    Q.   Okay.  So why is it that you were
9  sleeping on the floor of the hotel when Joseph
10  saw you?
11       MR. STEWART:  Objection.
12   A.   In 2012 I wasn't sleeping on the
13  floor.  It's that when he was sitting on the
14  floor, I used to sing for him.  I used to know
15  him from the time when I was sleeping on the
16  floor.
17  BY MR. FOLKMAN:
18   Q.   So you knew him a long time ago when
19  you were on the street, is that true?
20   A.   Yes.
21   Q.   Okay.  And then in 2012 or
22  thereabouts, he offered to pay for to you go to
23  the Institute Nelson Mandella?
24   A.   Yes.
25   Q.   And then you said he passed away, and

Page 61

1  so he wasn't able to pay for you anymore?
2    A.   No.
3    Q.   Let me -- sometimes I ask a question,
4  and I know what you're saying, but it doesn't
5  come right on the transcript because of the
6  double negative, so let me ask it one more time
7  so it's not confusing.  Okay?
8        Okay.  So Joseph died, right?
9    A.   Yes.
10   Q.   And, therefore, you couldn't continue
11  to attend the Institute Nelson Mandella, right?
12   A.   No.
13       MR. FOLKMAN:  Mike, do you want to --
14       MR. STEWART:  When Joseph died, you
15  had no ability to pay for the school, is that
16  correct?
17   A.   Yes.
18       MR. STEWART:  So when Joseph died, you
19  could not afford to go to that school anymore,
20  correct?
21   A.   No.
22       MR. STEWART:  Am I correct?
23   A.   Yes.
24       MR. STEWART:  Okay.
25  BY MR. FOLKMAN:

16 (Pages 58 to 61)

Confidential - Subject to Further Confidentiality Review

Page 62

1    Q.   Thank you.
2         Have you attended any other schools?
3    A.   No.
4    Q.   Do you know why the Institute Nelson
5    Mandella isn't mentioned in your answer to the
6    question?
7    A.   Just a mistake.
8    Q.   Okay.
9    A.   Can I go pee, please?
10        MR. FOLKMAN:  Yes.  Let's take a
11   break.
12        THE VIDEOGRAPHER:  Going off the
13   record.  The time is 10:50.
14        (Whereupon, a recess was taken.)
15        THE VIDEOGRAPHER:  Back on the record.
16   The time is 11:01.
17        MR. STEWART:  The parties have agreed
18   to go out of order for a moment due to some
19   travel constraints, so Mr. Babbitt is going to
20   ask a few questions and then tender back to
21   Mr. Folkman to finish his group direct.  True?
22        MR. BABBITT:  Absolutely.  I
23   appreciate the accommodation.
24        MR. STEWART:  Happy to.
25

Page 63

1    BY MR. BABBITT:
2    Q.   Good morning.  My name is Bradford
3    Babbitt, I represent the American Association of
4    the Order of Malta.
5         At any time before you attended the
6    Village, did you hear of the name the American
7    Association of the Order of Malta?
8    A.   No.
9    Q.   At any time before you attended the
10   Village, did you hear of the name Haiti Fund?
11   A.   No, I don't know.
12   Q.   At any time before PPT closed, did you
13   hear the name the American Association of the
14   Order of Malta?
15   A.   No, I don't know.
16   Q.   And at any time before PPT closed, did
17   you hear the name Haiti Fund?
18   A.   No.
19   Q.   In my question -- my last couple of
20   questions I used the initials PPT.  Are you
21   familiar with the name Project Pierre Toussaint?
22   A.   PPT is Project Pierre Toussaint.
23   Q.   Okay.  Just wanted to verify that.
24        Those are all the questions I have.
25   Thank you very much.

Page 64

1         MR. STEWART:  Thank you.
2    A.   No, PPT used to be written on our
3    school T-shirts, I know that PPT is Project
4    Pierre Toussaint.
5         MR. BABBITT:  Okay.  Thank you very
6    much.
7         MR. STEWART:  They'll switch back now.
8    He's going to ask you more questions.
9    BY MR. FOLKMAN:
10   Q.   Mr. Previl, thanks for bearing with us
11   for that scheduling issue.
12        Have you wanted to attend school since
13   you stopped attending the Nelson Mandella
14   Institute?
15   A.   Yes.  I wanted to continue school,
16   yes.
17   Q.   Can you afford to continue school?
18   A.   No.
19   Q.   Is there any school you know of in
20   Cap-Haïtien where you can continue your
21   schooling for free?
22   A.   It's just primary school.  I finished
23   primary school.
24   Q.   There's no school at your level that
25   you could attend for free, is that true?

Page 65

1    A.   No.
2    Q.   No, there is no such school, is that
3    correct?
4    A.   No, just the high schools, the high
5    schools are not for free.
6    Q.   Okay.  Who paid for -- Stephanie
7    graduated high school, is that true?
8    A.   Yes.
9    Q.   And who paid for Stephanie to graduate
10   from high school?
11        MR. STEWART:  Objection.
12   A.   I don't know, but it wasn't my
13   grandmother.
14   BY MR. FOLKMAN:
15   Q.   And do you know who is paying for her
16   to attend the university?
17   A.   No.
18   Q.   Okay.  Let me ask you about visits
19   that you've made to doctors and clinics and
20   hospitals.
21        You've been to a hospital one time and
22   only one time, is that right?
23   A.   When I was at the project, yes.  I
24   went to the hospital when I was at the project,
25   that was the first time.  And then recently,

17 (Pages 62 to 65)

Confidential - Subject to Further Confidentiality Review

Page 66

1  last year, I went to the hospital because of the
2  problem with my stomach, when I cough I cough
3  blood, but I didn't have a gourde to buy
4  medicine.
5      Q.   Is the problem that you have with your
6  stomach where you're coughing up blood, is that
7  related to the sexual abuse that you suffered --
8          MR. STEWART:  Objection.
9  BY MR. FOLKMAN:
10     Q.   -- from Douglas Perlitz?
11         MR. STEWART:  Excuse me.
12         Objection.
13     A.   No.
14 BY MR. FOLKMAN:
15     Q.   Why did you go to the hospital the
16 first time?
17     A.   I had a fever and I was shivering at
18 the same time.  It was called a cold, inside I
19 was cold.  When I was feeling hot outside, when
20 it was hot outside -- when it's hot outside I
21 feel cold inside.  Master Nixon brought me there
22 to the hospital.
23         Besides that, I went to the hospital
24 recently.
25     Q.   What hospital was it that you went to

Page 67

1  when you had the chill?
2      A.   Justinien.
3      Q.   When you had the stomach problem, was
4  that Justinien also?
5      A.   Yes.
6      Q.   When you went the first time with
7  Nixon, Master Nixon, was that when you were at
8  the project, at PPT?
9      A.   Yes.
10     Q.   And did anybody have to pay for for you
11 go to the hospital?
12         MR. STEWART:  Objection.
13     A.   Just a card for 50 gourdes.
14 BY MR. FOLKMAN:
15     Q.   Do you know who paid that 50 gourdes?
16     A.   Master Nixon.
17     Q.   Was Master Nixon someone who worked at
18 PPT?
19     A.   Yes.
20     Q.   What did he do at PPT?
21     A.   He was a teacher.
22     Q.   At the Village, or at Carenage?
23     A.   Carenage.
24     Q.   Was he your teacher?
25     A.   Yes.  And when I finished, I left his

Page 68

1  class and I went down to Madame Calixte's class.
2      Q.   Did the Justinien Hospital give you
3  medicine when you went with Master Nixon?
4      A.   No, they don't give you medicine
5  directly, they give you a piece of paper with
6  prescription on it, and you go to buy medicine
7  outside.
8      Q.   And is that what happened?
9      A.   Yes.
10     Q.   And did Master Nixon pay for the
11 medicine?
12         MR. STEWART:  Objection.
13     A.   For the medicine?
14 BY MR. FOLKMAN:
15     Q.   Yes.
16     A.   I don't know.  I just had the
17 medicine.  I don't know.
18     Q.   Okay.  When you were at the Justinien
19 Hospital with Master Nixon, did you see anybody
20 writing on documents, doctors or nurses or
21 misses writing on documents?
22         MR. STEWART:  Objection.
23     A.   When I entered the hospital, they
24 asked me for my name and my age, name of the
25 patient and my age, and they wrote it down on a

Page 69

1  piece of paper, just my name.
2  BY MR. FOLKMAN:
3      Q.   And when you told somebody about your
4  fever, did that person write anything down?
5          MR. STEWART:  Objection.
6      A.   Yeah, the doctor was writing it down.
7  I don't know what it was, but he put something
8  under here, under my arm, to measure my
9  temperature.  He asked me everything that was
10 hurting me, and I told him, and he wrote it down
11 on a notebook.
12 BY MR. FOLKMAN:
13     Q.   Did the hospital give you a number, a
14 patient number, or anything like that?
15         MR. STEWART:  Objection.
16     A.   No.
17 BY MR. FOLKMAN:
18     Q.   Did they give you some sort of card or
19 identification?
20     A.   The card is just when you enter the
21 hospital for the first time you pay 50 gourdes,
22 and the person who gets -- who takes it asks you
23 for your name and age, and writes it down on a
24 piece of paper, and then you go in and you go
25 find the doctor.

18 (Pages 66 to 69)

Confidential - Subject to Further Confidentiality Review

Page 70

1    Q.   Since the time that you filed this
2  lawsuit, have you done anything to try to get
3  your medical records from the Justinien
4  Hospital?
5        MR. STEWART:  Objection.
6    A.   Can you repeat the question, please?
7  BY MR. FOLKMAN:
8    Q.   Sure.
9        Have you done anything to try to get
10  copies of your medical records from the
11  Justinien Hospital?
12        MR. STEWART:  Objection.
13    A.   No, it just stayed with the doctors at
14  the hospital.
15  BY MR. FOLKMAN:
16    Q.   The second time you went to the
17  hospital when you had the stomach problem that
18  you were telling me about, was that recently?
19    A.   Yes.
20    Q.   How recently?
21    A.   One year.
22    Q.   When you were there, did you see a
23  doctor writing things down about your stomach?
24        MR. STEWART:  Objection.
25    A.   He asked me questions, he asked me if

Page 71

1  I smoked, if I always stay around people who
2  smoke.  He gave me a piece of paper.  He gave me
3  a first piece of paper with prescription from
4  medicine, and another prescription for lab
5  tests.  But I never had any money, but he just
6  gave me the piece of paper, but I don't know
7  where the piece of paper is.
8  BY MR. FOLKMAN:
9    Q.   Okay.  Did you ever have the lab tests
10  done?
11    A.   I don't have any money.  I never did
12  them.
13    Q.   Okay.  Do you know what a medical
14  history is?
15        MR. STEWART:  Objection.
16    A.   No.
17  BY MR. FOLKMAN:
18    Q.   When you went to the hospital, did the
19  doctor ever ask you to describe for him medical
20  problems or other problems that you had had in
21  the past?
22        MR. GARABEDIAN:  Objection.
23    A.   Well, the doctor just asked me what do
24  I feel, what hurts.
25  BY MR. FOLKMAN:

Page 72

1    Q.   Did you ever tell anybody at the
2  Justinien Hospital that you had been sexually
3  abused?
4    A.   No.
5    Q.   When Douglas sexually abused you, did
6  you go to visit a doctor or a clinic or a
7  hospital?
8    A.   No, you don't need to go.  In Haiti
9  there's something -- there's a misconception,
10  the mentality in Haiti that they will tell you
11  if you did that you did that for money.  They
12  won't even take care of you.  They won't give
13  you time of day.
14    Q.   Okay.  Do you mean that if you tell
15  someone that you've been a victim of sexual
16  abuse, they will assume that you weren't a
17  victim, but that you had been prostituting
18  yourself?
19        MR. STEWART:  Objection.
20    A.   Yes.
21  BY MR. FOLKMAN:
22    Q.   As far as you know, is that a common
23  attitude in Haiti?
24    A.   I don't know, but I was just scared.
25  I've seen what they do to people who are

Page 73

1  homosexual, how they despise them.
2    Q.   So tell me what you've seen about how
3  they despise people who are homosexual.
4        MR. STEWART:  Objection.
5    A.   Well, if they say that person is
6  homosexual, they're always afraid to sit next to
7  you or to talk to you, so that they're afraid to
8  have their reputation also dirtied.  If they
9  stay next to you, people will say that they're
10  with you.
11  BY MR. FOLKMAN:
12    Q.   Are people that you're talking about
13  afraid that if they are seen with a homosexual
14  that other people might think that they also are
15  homosexuals?
16        MR. STEWART:  Objection.
17    A.   Yeah.  If your friend with someone
18  like that, then people will say you're birds of
19  a -- two birds of a feather.
20  BY MR. FOLKMAN:
21    Q.   Aside from what you've been telling me
22  about what you thought the reaction of people at
23  the hospital might be, is there any other reason
24  that you didn't go to the doctor or nurse or
25  clinic or hospital after you were sexually

19 (Pages 70 to 73)

Confidential - Subject to Further Confidentiality Review

Page 74

1 abused?
2 A. Yeah, because I didn't go -- I didn't
3 say that to anyone else, and I didn't say that
4 at the hospital, because Douglas told me that if
5 I said that to anyone he would throw me out.
6 Q. When he said that to you, you believed
7 him?
8 A. Yeah, I was forced to believe him,
9 because he was managing the project.
10 Q. And if he had thrown you out, would
11 you have had to go live back in the street?
12 MR. STEWART: Objection.
13 A. Yes.
14 BY MR. FOLKMAN:
15 Q. I want to ask you about how much
16 things cost.
17 How much would it cost for you to
18 attend a year of high school?
19 MR. STEWART: Objection.
20 A. I don't know because I've never went.
21 BY MR. FOLKMAN:
22 Q. Okay. You began to go to Carenage in
23 2006, is that right?
24 A. Yes.
25 Q. How did you come to begin attending

Page 75

1 Carenage?
2 MR. STEWART: Objection.
3 A. It's in the morning you would go in at
4 8:00 o'clock, and I would leave at 3:00 p.m..
5 BY MR. FOLKMAN:
6 Q. I asked you a bad question. Let me
7 try it again.
8 Why did you start to attend Carenage?
9 A. Because my parents didn't have any
10 money, my grandmother didn't have any money, I
11 was in the streets, and then I found this friend
12 called Alain, and he said "I know a place where
13 you can have a better life." That's why I went.
14 Q. When you went to Carenage, did you go
15 every day?
16 A. I went every day except for Saturday
17 and Sunday.
18 Q. And when you went, you would arrive at
19 8:00 o'clock?
20 A. No, at 8:00 o'clock we went in. But
21 at 7:00 o'clock I was already sitting there,
22 because where I used to sleep was close to
23 Carenage.
24 Q. Okay. And at 8:00 o'clock the gate
25 would open?

Page 76

1 A. Yes.
2 Q. Okay. And what did you do when you
3 got into Carenage?
4 A. While entering, or after entering?
5 Q. After entering, once you've gotten in,
6 what sort of things would you do in a day?
7 A. At 8:00 o'clock in the morning they
8 give you a brush to clean your teeth. Then you
9 have a shower. Then you have to raise the flag.
10 Then you go to cafeteria to eat. Then you enter
11 the classroom. At 10, there's a recess. You go
12 back to classroom after that. At noon they --
13 although the school is out, they give you a
14 ball, you can play, then also dominos and cards,
15 and there are also movies you can watch. And at
16 3:00 p.m. you eat, and you leave.
17 Q. Were there Haitian grownups or adults
18 who were working at Carenage?
19 A. Yes.
20 Q. And who do you remember who was a
21 Haitian adult who was working at Carenage?
22 A. I don't remember the names of the
23 people, but I remember Aston who worked at the
24 gate. The other people, I don't remember their
25 names.

Page 77

1 Are you asking also about the
2 teachers?
3 Q. Is Aston the only Haitian adult who
4 was not a teacher that you remember?
5 A. There's Lillian also working at the
6 kitchen, in the kitchen. Master Roro, there was
7 Master Roro, he wasn't in classrooms, he would
8 come every three hours. And then there was also
9 Andy.
10 Q. Was Andy a Haitian man?
11 A. Yes.
12 Q. Okay. What did Andy do?
13 A. He used to tell us -- he would make
14 the roll call and said -- and would say "today
15 you go play this, today soccer," he would say
16 "Kensley, now today you will play soccer," and
17 then "Kensley, today you will play cards."
18 And there was also another coach
19 called Koulou, and he used to show us how to
20 play football -- soccer.
21 Q. And what did Roro do?
22 A. His work was similar to what Andy used
23 to do. He used to tell us when it was time to
24 eat. He used to watch to see if people would
25 put food -- hands in other people's food. And

20 (Pages 74 to 77)

Confidential - Subject to Further Confidentiality Review

Page 78

1  he would also put cups of juice in front of us.
2  And he also used to show us how to do Judo in
3  the gymnasium.
4      Q.  Did you become particularly friendly
5  with any of these Haitian adults?
6          MR. STEWART:  Objection.
7      A.  Everybody working there were my
8  friends.
9  BY MR. FOLKMAN:
10     Q.  Do you remember any foreigners who
11 were working at Carenage?
12     A.  Yes.
13     Q.  Who do you remember?
14     A.  Nicholas, Jessica.
15     Q.  Anybody else?
16     A.  No, I don't remember.  There were not
17 -- there was no one else.
18     Q.  You know who Pere Paul is?
19     A.  He was a Catholic priest.  He used to
20 come also in Madame Calixte's class, and he
21 would always tell us we should behave well and
22 live as brothers.  He would -- they told us he
23 would be -- he's a boss in the project.  He used
24 to come visit us in the project to see how we
25 shower and how we work, and how we work inside

Page 79

1  the project, and then after that he would leave.
2  And he said he was Douglas's father, and we
3  should live all like brothers.
4      Q.  Was Madame Calixte a teacher at
5  Carenage?
6      A.  Yes.
7      Q.  Who were the other teachers at
8  Carenage?
9      A.  There was Ms. Merline, Madame Merline,
10 Master Nixon.  And there is another teacher
11 also, but his name was difficult to pronounce, I
12 don't remember.
13     Q.  Okay.  When Father Carrier spoke, did
14 someone translate for him?
15     A.  No, he doesn't really speak Creole.
16 As a Haitian, I can understand what he's saying
17 more or less, but he doesn't really speak Creole
18 well.  It's like a baby learning.  The day he
19 was talking, Nicholas was standing behind him
20 and he was laughing because he knew he wasn't
21 speaking very well.
22     Q.  Nicholas is Nicholas Preneta?
23     A.  I don't remember his last name.
24     Q.  Father Carrier spoke to you one time,
25 or more than one time at Carenage?

Page 80

1      A.  Well, I saw him once in Madame
2  Calixte's class, but then I saw him another
3  time, but he didn't talk to us.
4      Q.  And are you saying that he was
5  speaking in a bad kind of Creole?
6          MR. STEWART:  Objection.
7      A.  Yes.  Yeah, as a Haitian, when he was
8  speaking Creole I did sort of understand what he
9  was saying.  The day he was talking to us in
10 Creole we stayed very quiet so we could
11 understand.  It's just Nicholas who was
12 laughing.
13 BY MR. FOLKMAN:
14     Q.  And he told you you should always
15 behave well and live as brothers?
16     A.  Yes.
17     Q.  And you said they told us he would --
18 that he was a boss in the project.  Who told you
19 that?
20     A.  It's not them.  It's he said that he
21 was a boss in the project.
22     Q.  You're telling me that Pere Paul told
23 you that he was a boss in the project?
24     A.  Yeah, he said that when we were in a
25 group in Madame Calixte's class.

Page 81

1      Q.  Do you know what he meant when he said
2  that he was a boss in the project?
3          MR. STEWART:  Objection.
4      A.  I didn't know what he meant.  But with
5  his eyes I knew, I felt that he was important.
6  I felt that he was a boss.
7  BY MR. FOLKMAN:
8      Q.  Do you remember the names of any of
9  the other boys who were in the room when he said
10 that?
11     A.  I don't remember, but there were a lot
12 of children in the classroom.
13     Q.  Can you remember any of them?
14     A.  I remember Dorat was in that class.
15 Barnardin was in the class, I remember, because
16 he was punished from the Village and he was in
17 -- he came to Carenage and Madame Calixte's
18 house.
19     Q.  Is that Jean Dorat?
20     A.  Yes.
21     Q.  And is that Jose Barnardin?
22     A.  Yes.
23     Q.  Do you remember any other kids who
24 were in the class that day?
25     A.  No.  I have many things to do, I don't

21 (Pages 78 to 81)

Confidential - Subject to Further Confidentiality Review

Page 82

1  remember the name of the children in that class.
2      Q.   Madame Calixte was in the room?
3      A.   Yes.
4      Q.   Do you remember if there were any
5  other adults in the room aside from Nicholas,
6  Madame Calixte, and Pere Paul?
7      A.   No, just the children from the class,
8  Madame Calixte, and Father Paul.
9      Q.   And Nicholas, right?
10      A.   I said Nicholas also.
11      Q.   You said that he came to the project
12  to see how you shower?
13      A.   Yeah.  He comes to see everything, to
14  visit -- to see, visit to see everything.  He
15  comes to see the kitchen, the classroom, he
16  visits, but he doesn't stay.
17      Q.   Were there showers in Carenage?
18      A.   Yes, behind the kitchen.
19      Q.   And Father Carrier visited the
20  showers?
21      A.   Yes.
22      Q.   Did you see him visit the showers?
23      A.   Yeah, he went to see everything, even
24  Nicholas's office.
25      Q.   When he visited the showers, was

Page 83

1  anybody showering?
2      A.   No.  It was around 3:00 p.m., we were
3  all sitting in the yard, and he just came and
4  took pictures.
5      Q.   Did others walk around with him?
6      A.   He's never alone.
7      Q.   So who was with him when he visited
8  the showers?
9      A.   Well, he walked with Douglas, and
10  times he would walk with Nicholas.  It's been
11  more than one time when he's come for visits.
12      Q.   But he would always walk around with
13  somebody else as he was looking at the various
14  areas at Carenage, right?
15          MR. STEWART:  Objection.
16      A.   I don't remember.
17  BY MR. FOLKMAN:
18      Q.   You said he would also see how you
19  work inside the project.  What did you mean by
20  that?
21      A.   If I have a business and I would have
22  someone working there, I would come from time to
23  time to see if the people would do his work
24  well.
25      Q.   Did he come to see the classrooms

Page 84

1  while class was going on?
2      A.   Yes.  Yeah, he used to go -- and it
3  was in the morning when we were in Madame
4  Calixte's class, he came and said that he was a
5  boss in the project.  We were just about to
6  start working.
7      Q.   You said that he said that he was
8  Douglas's father?
9      A.   Yes.  He said if we want him to act
10  the same way towards us, we have to all behave
11  as brothers.
12      Q.   I want to make sure I understand that.
13  Pere Paul said that if you, the children, wanted
14  who to act the same way towards you?  I just
15  didn't understand what you meant.
16      A.   He said that if we wanted him to be
17  our -- if we wanted him to be our father the
18  same way he was Douglas's father, we have to all
19  act as brothers and not fight.
20      Q.   I see.
21      A.   I want to go pee, please.
22          MR. FOLKMAN:  Sure.  Let's take a
23  break.
24          THE VIDEOGRAPHER:  Going off the
25  record.  The time is 11:50.

Page 85

1          (Whereupon, a recess was taken.)
2          (Attorney Babbitt no longer present.)
3          THE VIDEOGRAPHER:  Back on the record.
4  The time is noon.
5  BY MR. FOLKMAN:
6      Q.   Mr. Previl, did you ever hear that
7  anybody else aside from Pere Paul was a boss of
8  the project?
9      A.   Yes.
10      Q.   Who else was a boss of the project
11  that you heard?
12      A.   Yeah, Madame Carter, she comes -- she
13  has come several times to take pictures, and
14  she's also come with students from the
15  University of Fairfield, and they -- the
16  students come and they sit with us.
17      Q.   Who told you that Madame Carter was a
18  boss of the project?
19      A.   Nobody told me exactly that she was a
20  boss, but she used to come to take pictures, and
21  she would talk to us as a group.  And she would
22  always give us advice, to tell us to live as
23  brothers, and that the education that we found
24  in the school, to take it well, to take it in
25  well, and to stay -- have a good behavior at

22 (Pages 82 to 85)

Confidential - Subject to Further Confidentiality Review

Page 86

```
1   Carenage so that we could go on to other classes
2   at the Village.  And she would promise us, the
3   guys, once our -- we had -- if we worked well in
4   school she would find a way to get us to
5   continue at the University of Fairfield.
6       Q.   Aside from Pere Paul himself, did
7   anybody else ever tell you that Pere Paul was a
8   boss of the project?
9       A.   No.
10      Q.   Aside from Pere Paul and Madame
11  Carter, did you ever hear that anybody else was
12  a boss of the project?
13      A.   No.
14      Q.   Was Douglas Perlitz a boss of the
15  project?
16      A.   Well, I could say a boss and a
17  director.
18      Q.   Was Met Robinson a boss of the
19  project?
20      A.   I can say that Robinson was a
21  director, too.  And his superior was Douglas,
22  because every time he wanted to do something he
23  would talk to Douglas first before he would
24  execute it.
25      Q.   How long did you stay at Carenage?
```

Page 87

```
1       A.   Until it closed.
2       Q.   You never went on to the vocational
3   school at the Village?
4       A.   Yes, but I always went to Carenage
5   every morning.
6       Q.   Okay.  So you never went to live at
7   the Village, right?
8       A.   No.
9       Q.   And at a certain point in time you
10  stopped going to school at Carenage and started
11  going to school in the vocational program at the
12  Village, right?
13          MR. GARABEDIAN:  Objection.
14      A.   Yes.
15  BY MR. FOLKMAN:
16      Q.   Do you remember what year that was?
17      A.   No, I don't remember it.
18      Q.   Do you remember how long you were in
19  school at Carenage?
20      A.   I didn't spend a lot of time in
21  Carenage.  I didn't even do one year, because
22  when I got there I went on to the Village to
23  learn a profession.
24      Q.   Did you ask someone to be allowed to
25  go to the Village for school?
```

Page 88

```
1       A.   Margarette Joseph was the one who sent
2   me to the Village.
3       Q.   Was Margarette Joseph working at
4   Carenage?
5       A.   Yes, she used to come every three
6   hours.
7       Q.   What was she doing at Carenage?
8          MR. STEWART:  Objection.
9       A.   She used to pick children to go to the
10  Village.  Yes.
11  BY MR. FOLKMAN:
12      Q.   And did you ask her if you could go to
13  the Village?
14      A.   Yeah, she gave me the authorization.
15  She even came to my house to get my birth
16  certificate.  And my birth certificate even got
17  lost at the project when it closed.
18      Q.   What house did she go to?
19      A.   Cité du Peuple where my grandmother
20  was.
21      Q.   You weren't living with your
22  grandmother at that time, were you?
23      A.   No, my grandmother was at Cité du
24  Peuple at that time.
25      Q.   So she went to your grandmother's
```

Page 89

```
1   house and got your birth certificate?
2       A.   Yes.
3       Q.   Okay.  Do you know whether she had to
4   ask someone if it was okay for you to go to the
5   Village?
6          MR. STEWART:  Objection.
7       A.   No, I don't know this.
8   BY MR. FOLKMAN:
9       Q.   Okay.  When you got to the Village,
10  you would spend the morning there, is that
11  right?
12      A.   Yeah, I would go to professional
13  vocational class, and then I would come back
14  around 3:00 p.m., that's when the theory would
15  end.
16      Q.   And how did you get back and forth
17  from Carenage to the Village?
18      A.   It's Boss Mo, he would come with the
19  Land Cruiser and take us from Carenage to the
20  Village.  After that, the theory would be over,
21  vocational, in his cruiser he would bring us
22  back to the city.
23      Q.   Were there other kids who made that
24  trip each day with you?
25      A.   Yes.
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 90

1    Q.    Who were they?
2    A.    Maxen, Junior, Dorat.  There were
3  other ones, other children, I don't remember
4  them.
5    Q.    And were they doing the vocational
6  program also?
7    A.    Yes.
8    Q.    Did you see Douglas Perlitz at
9  Carenage?
10    A.    He would always visit the Carenage.
11    Q.    You saw him there a lot?
12    A.    Yes.
13    Q.    And what was he doing typically when
14  you saw him at Carenage?
15        MR. STEWART:  Objection.
16    A.    He would come to visit and to see how
17  work was going.  But where he would really
18  start, his office was at the Village.
19  BY MR. FOLKMAN:
20    Q.    And you saw him a lot at the Village,
21  too?
22    A.    Yeah, when I would go inside the
23  Village I would always see him.  When I didn't
24  -- when I didn't see him it's because he wasn't
25  in Haiti.

Page 91

1    Q.    Did you ever see Pere Paul at the
2  Village?
3    A.    Yeah, I have seen him, but not -- I
4  haven't seen him very often at the Village.  I
5  have seen the same amount of time I've seen him
6  at Carenage.
7    Q.    When you saw him, was he there with a
8  group from the United States?
9        MR. STEWART:  Objection.
10    A.    No, I don't remember things like that.
11  BY MR. FOLKMAN:
12    Q.    Okay.  Did he ever speak to you either
13  alone or in a group at the Village?
14    A.    No.  Because I used to go every
15  morning.
16    Q.    Aside from the times at Carenage that
17  you told me about earlier where Father Carrier
18  told you to act like brothers and said he was
19  the boss, have you ever spoken to Father Carrier
20  at any other time?
21        THE TRANSLATOR:  I'm sorry, can you
22  repeat the question, please?
23        MR. FOLKMAN:  Sure.
24    Q.    Aside from the times at Carenage that
25  you told me about earlier where Pere Paul told

Page 92

1  you to act like brothers and said that he was
2  the boss of the project, have you ever spoken to
3  Pere Paul at any other time?
4    A.    No.
5    Q.    Have you ever seen Pere Paul speaking
6  with Douglas Perlitz?
7    A.    He's always talking to Douglas.
8    Q.    And were they speaking in English?
9        MR. STEWART:  Objection.
10    A.    I never listened to what they were
11  saying, but they were talking.
12  BY MR. FOLKMAN:
13    Q.    So you don't know what they ever said
14  to each other?
15    A.    No, I don't know.
16    Q.    Okay.  How long were you in the
17  vocational program at the Village?
18    A.    Until everything closed completely.
19    Q.    Okay.  Did you ever visit Douglas
20  Perlitz's house?
21        MR. STEWART:  Objection.
22    A.    No, just that I went to his -- just
23  the time that we were all sleeping in a group in
24  Bel Air, because the police was going crazy,
25  they were beating people up, so they put us to

Page 93

1  sleep at Bel Air.  That was the only time.
2  BY MR. FOLKMAN:
3    Q.    When was that?
4    A.    I don't remember when.
5    Q.    Was it -- were you already at the
6  Village at that time?
7    A.    No, I wasn't at the Village then.
8    Q.    So it was while you were still at
9  school at Carenage?
10    A.    Yes.
11    Q.    And you said the police were going
12  crazy.  What happened?
13        MR. STEWART:  Objection.
14    A.    No, the things were heating up in the
15  street.
16  BY MR. FOLKMAN:
17    Q.    The streets of the city were unsafe
18  for a time?
19        MR. STEWART:  Objection.
20    A.    Yes.
21  BY MR. FOLKMAN:
22    Q.    And so is it true that all the kids at
23  Carenage went to sleep at Bel Air?
24        MR. STEWART:  Objection.
25        MR. GARABEDIAN:  Objection.

24  (Pages 90 to 93)

Confidential - Subject to Further Confidentiality Review

Page 94

1      A.  Not all, but the ones they found, they
2  put them to sleep at Bel Air.
3  BY MR. FOLKMAN:
4      Q.  Okay.  That's the only time you've
5  ever been at that house?
6      A.  Yes.  I go by in the street, but I
7  never went in.
8      Q.  Douglas Perlitz did not sexually abuse
9  you at his house at Bel Air, did he?
10     A.  No.
11     Q.  Where in the house were you sleeping?
12     A.  In the parking area.
13     Q.  And other boys were with you?
14     A.  Yeah, they would give us sheets to
15  sleep on the ground, and with a little sponge
16  type of mattress so we could sleep on the
17  ground.
18     Q.  Were there any boys who were sleeping
19  inside the house?
20         MR. STEWART:  Objection.
21     A.  I don't know.
22  BY MR. FOLKMAN:
23     Q.  Was Douglas Perlitz in Haiti at that
24  time?
25         MR. STEWART:  Objection.

Page 95

1      A.  Yeah.
2  BY MR. FOLKMAN:
3      Q.  And he was sleeping at Bel Air at that
4  time?
5         MR. STEWART:  Objection.
6      A.  Yes, he slept at Bel Air, but he came
7  back very late.
8  BY MR. FOLKMAN:
9      Q.  Was Pere Paul there?
10     A.  No.
11     Q.  Okay.  I want to turn to the times
12  when Douglas Perlitz abused you.
13         Have you ever claimed that he abused
14  you in 2008?
15         MR. STEWART:  Objection.
16     A.  No, in 2008 Douglas was not in Haiti.
17  BY MR. FOLKMAN:
18     Q.  He abused you sometime in 2006 or
19  2007, right?
20     A.  In 2007, Douglas was not in Haiti.
21         MR. STEWART:  Objection.
22  BY MR. FOLKMAN:
23     Q.  I want to make sure, did you just say
24  in 2006 Douglas was not in Haiti?
25     A.  2007.

Page 96

1      Q.  In 2007, Douglas was not in Haiti?
2      A.  No.
3      Q.  I want to have you look, please, back
4  at Exhibit Number 2, and I'm going to look at
5  Question Number 19.  And the first sentence of
6  your answer says, "I was sexually abused by
7  Perlitz in or around 2006 and 2007."  Is that
8  true?
9      A.  I don't -- I didn't remember directly,
10  but it was 2006.
11     Q.  So you were not abused in 2007, right?
12     A.  No.
13     Q.  No, you were not, is that correct?
14         MR. STEWART:  You can't ask a double
15  negative.  It gets confusing.
16  BY MR. FOLKMAN:
17     Q.  Were you abused in 2007?
18     A.  In 2006.
19     Q.  And not in 2007?
20     A.  No, I don't remember for 2007.
21     Q.  Okay.  And you weren't abused in 2008?
22     A.  No.
23     Q.  How many times did Douglas Perlitz
24  abuse you?
25     A.  Twice.  The first time, in the shower

Page 97

1  for the first time.  Second time in the Village.
2         The first time he came to check if
3  Boss Astron was working at the gate.  The time I
4  was sick inside the project, I was going to take
5  a shower.  When I was in the shower, he made
6  me -- forced me to put his -- my mouth to his
7  penis twice, and he put his penis in my butt
8  twice.  I said "I don't agree.  I'm a guy.  I
9  don't agree."  He said if you don't agree, he
10  will throw me out of the project.  He said it's
11  because he likes me a lot that he's doing this
12  with me, he's doing this with me, only with me.
13     Q.  The first time happened in Carenage?
14     A.  Yes.
15     Q.  And did you tell me that it happened
16  in the shower?
17         MR. STEWART:  Objection.
18     A.  Yes.
19  BY MR. FOLKMAN:
20     Q.  Did he ever abuse you in the office at
21  Carenage?
22     A.  No.  I don't know.  In the shower is
23  only.
24     Q.  Were you ill at the time?
25     A.  Yes.

25 (Pages 94 to 97)

Confidential - Subject to Further Confidentiality Review

Page 98

1    Q.  And what illness did you have?
2        MR. STEWART:  Objection.
3        A.  That's the time when Master Nixon
4    brought me to the hospital.
5    BY MR. FOLKMAN:
6        Q.  Okay.  You okay?  Do you need to take
7    a break?  Okay.  You let me know, okay?
8        A.  It's okay.
9        Q.  Tell me how the showers are arranged
10   at Carenage.  Is there more than one shower?
11       MR. STEWART:  Objection.
12       A.  Two.
13   BY MR. FOLKMAN:
14       Q.  And is each shower separate with
15   walls?
16       A.  Yeah, there's the kitchen wall, and
17   each shower has its own room.
18       Q.  And does each shower have a curtain?
19       MR. STEWART:  Objection.
20       A.  No, there's no curtain.  Once you open
21   the door, you go straight to the shower.
22   BY MR. FOLKMAN:
23       Q.  Does each shower have its own door?
24       MR. STEWART:  Objection.
25       A.  Yeah, it has a door, you can shut it

Page 99

1    from the outside.  But the thing you should use
2    from the inside was broken.  You can pull it,
3    when you're inside you can pull it, it's going
4    to stay locked.  If you're from the outside, you
5    open it, it's going to open.
6    BY MR. FOLKMAN:
7        Q.  And are the showers -- you walk
8    through the kitchen to get to the showers, is
9    that right?
10       A.  No.  You go in front of the kitchen,
11   to continue behind you you go to the showers.
12       MR. STEWART:  Can I interrupt?
13       MR. FOLKMAN:  Yes.
14       MR. STEWART:  I don't know if it
15   matters.  For the purpose of this deposition,
16   when you're talking present tense, can we agree
17   it's at the time that he was there?
18       MR. FOLKMAN:  Yes, of course.
19       MR. STEWART:  I don't know if it
20   matters, but it's a little confusing.  Thank
21   you.  I appreciate that courtesy.
22   BY MR. FOLKMAN:
23       Q.  Just so you know what was just said,
24   your lawyer wanted to make sure that when I'm
25   talking in the present tense, when I say are

Page 100

1    there the showers here or are the showers there,
2    that I'm talking in the past when you were at
3    the Carenage.  Do you understand that?
4        MR. STEWART:  Just tell him what you
5    know when you were there.  That's all he wants
6    to know.
7        A.  Yes, at the Carenage, the showers were
8    behind the kitchen.
9    BY MR. FOLKMAN:
10       Q.  Okay.  What time of day did Douglas
11   Perlitz abuse you in the shower?
12       MR. STEWART:  Objection.
13       A.  It was around 7:00 p.m..
14   BY MR. FOLKMAN:
15       Q.  Were there other people around?
16       A.  Boss Astron and Junior only, because
17   Junior used to sleep inside the project.  Junior
18   used to sweep the yard and the classroom floors.
19   Boss Astron was there only to take care of the
20   gate.
21       Q.  Do you know where in Carenage either
22   of them was at the time that you were abused?
23       MR. STEWART:  Objection.
24       A.  I don't know where Junior was, but
25   Boss Astron was at the gate, he was turning his

Page 101

1    back to the yard.
2    BY MR. FOLKMAN:
3        Q.  Could you see him?
4        A.  No.
5        Q.  How far is it from the shower to the
6    gate?
7        MR. STEWART:  Objection.
8        A.  I can't say exactly, but there's quite
9    a distance.
10   BY MR. FOLKMAN:
11       Q.  You were in the middle of your shower
12   when Douglas came in?
13       MR. GARABEDIAN:  Objection.
14       A.  No, I was about to start my shower.  I
15   had my shorts and my boxer, and I took off my
16   T-shirt.  I had taken off my shorts, and I still
17   had my boxer on.  And then I was about to turn
18   on the water, and then he, Douglas, came in and
19   he said "oh, Kensley, you know I like you a
20   lot," and he made me -- he said there's
21   something he's going to do with me and he's
22   going to do it only with me.  I didn't know what
23   it was.  He unzipped his pants.  He made me go
24   down on my knees, and he was putting his hands
25   on my head, and he made me suck his penis.  I

26 (Pages 98 to 101)

Confidential - Subject to Further Confidentiality Review

Page 102

1　said "no." He made me turn around, he took down
2　my boxer shorts. He had something in his
3　pocket, I don't know what it was, he put it in
4　his hand, he put it in my butt. And he put his
5　penis in my butt. I told him "it hurts." He
6　said he's going to make it not hurt me. And I
7　felt something warm dripping on my feet, and I
8　started crying. When I put my hand, it was
9　blood.
10　　Q. You okay?
11　　A. No.
12　　　　MR. FOLKMAN: Should we take a break?
13　　　　MR. STEWART: Why don't we stop for
14　lunch.
15　　　　THE VIDEOGRAPHER: Going off the
16　record. The time is 12:33.
17　　　　(Whereupon, a luncheon recess was
18　　　　taken.)
19
20
21
22
23
24
25

Page 103

1　　　　AFTERNOON SESSION
2
3　　　　THE VIDEOGRAPHER: Back on the record.
4　The time is 1:30.
5　BY MR. FOLKMAN:
6　　Q. Mr. Previl, before the break we were
7　talking about the first time Doug Perlitz abused
8　you, and you ended by saying that you had felt
9　with your hand that there was blood.
10　　A. Yes.
11　　Q. Was the blood coming out of your butt?
12　　A. Yes.
13　　Q. During this first time that Doug
14　Perlitz was abusing you, did you cry out?
15　　A. Yes. It hurts, it hurt.
16　　Q. Did you cry out loudly?
17　　A. Yeah, I did yell, but not so that
18　people who were far away would hear me.
19　　Q. As far as you know, no one could hear
20　you?
21　　A. No. As far as I know, nobody heard
22　me, but I don't know really if somebody heard me
23　or not.
24　　Q. Okay. Did Douglas say anything else
25　to you during this first time of abuse that you

Page 104

1　haven't already told me?
2　　A. No. Just that he said he would throw
3　me out of the project if I didn't agree with it.
4　　Q. The abuse didn't -- the abuse took
5　place outside of the shower stall?
6　　A. Inside the shower.
7　　Q. Inside the shower stall?
8　　A. Yes.
9　　Q. Was the water on?
10　　A. I was about to turn on the water, and
11　he said "no, don't take a shower yet. There's
12　something I need to tell you."
13　　Q. Was the door open or closed?
14　　A. I remember I told you that the door
15　cannot be locked from the inside.
16　　Q. I understand it wasn't locked. I'm
17　sorry if I misunderstood you. My question
18　wasn't whether it was locked or not. Was it
19　open or closed?
20　　A. I had pulled it.
21　　Q. You had pulled it closed?
22　　A. Yes.
23　　Q. And it stayed closed during the abuse?
24　　A. Yeah. When he entered, he closed the
25　door behind him.

Page 105

1　　Q. Okay. Do you know whether
2　Mr. Perlitz, Doug Perlitz, put his finger in
3　your butt?
4　　A. No, no, no, I don't know that.
5　　Q. You said that he made you suck his
6　penis, right?
7　　A. Yes.
8　　Q. Did he make you let him suck your
9　penis?
10　　　　MR. STEWART: Object to the form of
11　the question.
12　　A. No.
13　BY MR. FOLKMAN:
14　　Q. So he never sucked your penis?
15　　A. No.
16　　Q. And as far as you know, he never put
17　his finger in your butt?
18　　A. No.
19　　Q. Did he ever fondle your genitals?
20　　　　MR. STEWART: Objection.
21　　A. Yeah, he put his hand over -- all over
22　my body.
23　BY MR. FOLKMAN:
24　　Q. Including on your penis?
25　　A. No, he put his hand all over my body,

27 (Pages 102 to 105)

Confidential - Subject to Further Confidentiality Review

Page 106

1   he touched my breast, he put his hand in my
2   neck, on my neck.
3       Q.   Okay.  Did he touch your penis with
4   his hand?  Yes or no.
5           MR. STEWART:  Objection.
6       A.   I don't remember that.
7   BY MR. FOLKMAN:
8       Q.   Okay.
9       A.   This is not something I really wanted.
10      Q.   I understand.
11           Did he tell you that if you didn't let
12  him abuse you, you would suffer some sort of
13  financial harm?
14          MR. STEWART:  Objection.
15      A.   No, I don't know.  He didn't tell me
16  that.
17  BY MR. FOLKMAN:
18      Q.   Okay.  After the first abuse was over,
19  what did you do?
20      A.   After that I left.  I didn't sleep
21  again -- I was so mad, I didn't want to sleep in
22  there again.  But that night I did sleep there,
23  but after that I left.  I would only during the
24  daytime, and I never slept again -- there again.
25      Q.   You were the only student who was

Page 107

1   sleeping at Carenage at the time that you were
2   abused that first time, right?
3           MR. GARABEDIAN:  Objection.
4           THE TRANSLATOR:  Can you repeat the
5   question, please?
6           MR. FOLKMAN:  Sure.
7   BY MR. FOLKMAN:
8       Q.   At the time that you were abused the
9   first time, you were the only student who was
10  sleeping at Carenage at the time, correct?
11          MR. STEWART:  Objection.
12          MR. GARABEDIAN:  Objection.
13          MR. STEWART:  Go ahead.  Go ahead,
14  Nathalie.
15      A.   Junior is a student, Junior also.
16  BY MR. FOLKMAN:
17      Q.   Oh, Junior is a student.  Okay.
18      A.   Yes, but he stays in there just to
19  clean inside.
20      Q.   Okay.  Did you do anything to stop the
21  bleeding in your butt?
22      A.   No, I didn't do anything.  I just took
23  a shower.  And from time to time when the blood
24  was, there was blood, I would wipe it with a
25  shirt.

Page 108

1       Q.   How long did the bleeding last?
2       A.   It bled until that evening.  And the
3   next morning I went to take a shower, it wasn't
4   bleeding anymore, but there were traces of blood
5   that had stayed there.
6       Q.   Aside from Douglas Perlitz, did
7   anybody else see that your butt was bleeding?
8       A.   No.
9       Q.   And did you tell anybody that your
10  butt was bleeding?
11      A.   No.  Douglas told me if I told anyone
12  he would put me -- throw me out.
13      Q.   Okay.  How long was it before the
14  first time he abused you and the second time he
15  abused you?
16      A.   I don't remember, but not too long.
17      Q.   Was it less than a year?
18      A.   I don't remember.
19      Q.   Sometime less than one year, but you
20  can't say how long?
21      A.   Yes.
22      Q.   Where did the second abuse happen?
23      A.   In House Number 1 at the Village.
24      Q.   What is House Number 1?
25      A.   That's the house where children sleep.

Page 109

1   There are beds there, and a lot of children can
2   sleep there.
3       Q.   Is it just one room with a bunch of
4   beds?
5       A.   There's, you know, House 1, House 2,
6   House 3, but I've never slept -- I don't sleep
7   there, so I don't know how many people can sleep
8   there, but a lot of people, ten at the least --
9   at least.
10      Q.   Is there a bathroom in House 1?
11      A.   I don't remember things like that.
12      Q.   Were there windows in House 1?
13      A.   Yes.
14      Q.   Did the windows have glass in them?
15      A.   No.
16      Q.   Were they open at the time you were
17  abused?
18          MR. STEWART:  Objection.
19      A.   I don't remember things like that.
20  BY MR. FOLKMAN:
21      Q.   Was there a door on House 1?
22      A.   Yeah, there must -- there must be a
23  door so you can come in.
24      Q.   When you were abused that second time,
25  was anybody in House 1 except you and Doug

28 (Pages 106 to 109)

Confidential - Subject to Further Confidentiality Review

Page 110

1  Perlitz?
2      A.  No, there was no one else.
3      Q.  At the time that Douglas Perlitz
4  abused you in House 1, were there other people
5  in the Village?
6      MR. STEWART:  Objection.
7      A.  They were inside the school, because
8  there are two houses in there that are schools.
9  BY MR. FOLKMAN:
10     Q.  How far is House 1 from the buildings
11 where the schools are?
12     A.  I don't know.  I don't know the
13 distance.
14     Q.  Is it a short distance, or a long
15 distance?
16     MR. STEWART:  Objection.
17     A.  I don't know the distance.  I don't
18 know if it's very long.  I can't measure the
19 distance.  I can't tell you.
20 BY MR. FOLKMAN:
21     Q.  Why were you in House 1?
22     A.  Because it was going to rain, and
23 since I work with welding, I didn't want to
24 catch a fever, so I was just standing there so I
25 wouldn't be wet -- get wet.

Page 111

1      Q.  Was anybody else studying welding with
2  you that day?
3      A.  Yes, there were other people.  They
4  were at the same place that I was.
5      Q.  In House 1?
6      A.  Yes.
7      Q.  And who were they?
8      A.  I don't remember the people's names.
9  There were a lot of people in the welding class.
10 I don't remember.  There are a lot of people
11 that were taking welding.  If I see their face I
12 will remember, but I don't remember the name.
13     Q.  Well, you gave me a few names before
14 of people who were doing the vocational program
15 with you, Maxen, Junior, and Dorat, right?
16     A.  Yes.
17     Q.  Was Maxen in House 1 when you were in
18 House 1?
19     A.  No.  All the other little boys were in
20 the cafeteria.  There was a person who came with
21 me, but that person left, and he had said "I'm
22 not made out of powder or of salt, so I'm not
23 afraid of the rain," so he left.
24     Q.  Okay.  Was Dorat in House 1 with you?
25     A.  No.  Dorat was in the cafeteria.

Page 112

1      Q.  Was Junior also in the cafeteria?
2      A.  All the other boys were there.
3      Q.  Okay.  So who was in the house with
4  you, if anybody?
5      A.  I don't remember.  I don't remember
6  the name.  I remember there was someone, but I
7  don't remember his name.  I'm here only to say
8  what I know.
9      Q.  I understand.
10         And you only remember one other person
11 in the house with you?
12     A.  Yes.
13     Q.  And he left?
14     A.  Yes.
15     Q.  Okay.  And what happened then?
16     A.  Douglas appeared.  He was in a white
17 Isuzu, a pickup truck he had just bought.  He
18 came down and directly went to House Number 1.
19 He said "how are you?"  I said "fine."  "How is
20 work?"  I said "fine."  He said "do you remember
21 what we did at Carenage, what happened at
22 Carenage?"  I said "yes."  He said "did you tell
23 anyone?"  I said "no."  He said "I'm going to do
24 the same thing to you again, but don't say to
25 anyone."

Page 113

1      He put his hand on my face and he
2  raised his shirt, and he asked me to put my
3  mouth on his breast.  And then he unzipped my
4  pants, and then he made me suck his penis.  I
5  said -- I didn't agree with that, I said "I'm a
6  guy."  And I tried to make him feel sensitive,
7  to be sensitive, I said "if you really like me
8  you wouldn't do that."  He said "it's because I
9  like you that I do this," and then he put his
10 penis in my butt.  It didn't hurt me as much as
11 the first time, and there was no blood this
12 time.
13     Q.  Do you need to take a break?  Are you
14 okay?  I saw you put your head down.
15     A.  Yes, a little pause, please.
16     Q.  Sure.
17     THE VIDEOGRAPHER:  Going off the
18 record.  The time is 1:52.
19     (Whereupon, a recess was taken.)
20     THE VIDEOGRAPHER:  Back on the record.
21 The time is 2:01.
22 BY MR. FOLKMAN:
23     Q.  Mr. Previl, what time of day was this
24 abuse that happened to you in House 1?
25     A.  I don't remember the time.

29 (Pages 110 to 113)

Confidential - Subject to Further Confidentiality Review

Page 114

1    Q.   Was it the daytime or the nighttime?
2    A.   The daytime.
3    Q.   Was it in the morning, or in the
4  afternoon?
5    A.   Afternoon.
6    Q.   Was school in session?  Were other
7  kids at school?
8        MR. STEWART:  Objection.
9    A.   No, there's school in the afternoon at
10 that school.
11 BY MR. FOLKMAN:
12   Q.   Right.  So kids were at school at the
13 time that you were abused?
14       MR. STEWART:  Objection.
15   A.   I think so.
16 BY MR. FOLKMAN:
17   Q.   Do you know whether anybody was
18 walking around the grounds of the Village
19 outside of the buildings at the time that you
20 were abused?
21       MR. STEWART:  Objection.
22   A.   No, I don't know.
23 BY MR. FOLKMAN:
24   Q.   When you were abused the second time,
25 did you cry out?

Page 115

1    A.   Yes, this is a bruise.
2    Q.   Is that what you cried out, "this is
3  abuse"?
4    A.   It's a bruise.
5    Q.   Oh, a bruise.
6        MR. STEWART:  It hurts?  It hurts, or
7  it's a bruise?
8    A.   It's a bruise.
9    Q.   Did you cry out loudly?
10   A.   No.
11   Q.   Do you know whether anybody heard you?
12       MR. STEWART:  Objection.
13   A.   No, I don't know.
14 BY MR. FOLKMAN:
15   Q.   Did Douglas say anything to you during
16 the abuse, other than what you've already told
17 me?
18   A.   Yes, if I tell anyone about that, he's
19 going to throw me out.
20   Q.   After he abused you the second time,
21 did Douglas give you anything?
22   A.   No, he didn't give me anything.
23   Q.   After Douglas abused you the first
24 time, did he give you anything?
25   A.   He just said he was going to bring me

Page 116

1  some juice.
2    Q.   Did he bring you some juice?
3    A.   No, I never saw him.
4    Q.   The second time that Douglas abused
5  you, do you know whether he put his finger into
6  your butt?
7    A.   No, I don't know.
8    Q.   The second time that he abused you, do
9  you know whether Mr. Perlitz put your penis in
10 his mouth?
11   A.   No, he never did that.
12   Q.   The second time that he abused you,
13 did Mr. Perlitz touch your genitals?
14   A.   He always touches all my body.
15   Q.   Does that include your penis?
16   A.   I don't remember this.  This is not
17 something that is of interest to me.
18   Q.   You don't know whether he did or not?
19   A.   No, I don't know.
20   Q.   Okay.  You said that the first time he
21 abused you, Mr. Perlitz put something else into
22 your butt that he had taken out of his pocket.
23 Did he do that the second time also?
24   A.   No.
25   Q.   After he was done abusing you, what

Page 117

1  did you do?
2    A.   Boss Mo, you know, he drives for the
3  entire Village, he came with the Land Cruiser,
4  he took us.  And I was at the Carenage, I was
5  just thinking at the beach, at the beach I was
6  thinking, and I thought -- he said this would
7  only happen to me, so I felt like killing
8  myself.
9    Q.   Boss Mo took you and some others to
10 Carenage?
11   A.   Yes, he put us in a car and brought us
12 to Carenage.
13   Q.   Was your butt hurting?
14   A.   Yes.
15   Q.   Did your butt ever stop hurting?
16       MR. STEWART:  Objection.
17   A.   When?
18 BY MR. FOLKMAN:
19   Q.   Well, does your butt still hurt today
20 because of the abuse that Douglas Perlitz
21 committed?
22   A.   No.
23   Q.   When did it stop hurting?
24       MR. STEWART:  Objection.
25   A.   It was a long time ago.  I don't

30 (Pages 114 to 117)

Confidential - Subject to Further Confidentiality Review

Page 118

1  remember when.
2  BY MR. FOLKMAN:
3  Q.  Who else did Boss Mo take back to
4  Carenage with you?
5  A.  All the kids that were doing the
6  trade, the welding class with me.  There are
7  some of them I don't know.  Not that I don't
8  know them, but some of them live at Blue Hills.
9  Q.  Do you know the names of any of the
10  kids that went on that car ride with you and
11  Boss Mo?
12  A.  Yeah.  Dorat, Junior, Maxen.  We were
13  at the Carenage, that's where they came to pick
14  us up in the morning.
15  Q.  You said you went to the beach?
16  A.  I was standing in front of the beach.
17  It's not a beach, it's Boulevard 90 in front of
18  the Carenage.
19  Q.  There's a boulevard called Boulevard
20  90 in front of Carenage that is called the
21  beach, is that right?
22  A.  Yeah, but the last -- Carenage ends at
23  90, that's the last, where it ends.
24  Q.  And then there's the water?
25  A.  Yes, there's a boulevard, at the

Page 119

1  boulevard there's a beach.
2  Q.  Okay.  And that's where you were --
3  A.  There's a beach.
4  Q.  And that's where you were when you
5  felt like killing yourself?
6  A.  Yes.
7  Q.  Did you ever try to kill yourself?
8  A.  No.  I wanted to at that point, but I
9  said I was not going to give up.  If God wanted
10  me -- if that was written for me to live this,
11  then so be it.
12  Q.  Have you ever tried to kill yourself?
13  A.  No.  I did go to the boulevard, but I
14  said I was not going to give up.  If God wants
15  me to live that way, so be it.
16  Q.  Do you still feel sometimes like you
17  want to kill yourself?
18  A.  Yes.
19  Q.  And is that because of the abuse?
20  A.  Yes, if there's a person who is
21  homosexual, I see that, how people that do --
22  someone who does these things, I see how they
23  can humiliate him.  If people knew that I did
24  that, then it would be terrible for me, too, in
25  the city.  And there's something, hearsay, and I

Page 120

1  don't want this to happen to me.
2  Q.  Did you and Douglas ever talk about
3  the abuse after it happened?
4  MR. STEWART:  Objection.
5  A.  Douglas just told me that if I told
6  anyone he would throw me out of the project.
7  That's the only thing he said.
8  BY MR. FOLKMAN:
9  Q.  And is that a threat he made more than
10  once?
11  A.  Both times when he did that, every
12  time, the second time after he saw me -- after
13  that when he used to see me he would say "don't
14  tell anyone what we did.  If you tell anyone, I
15  will throw you out of the project."
16  Q.  Let me ask you to look, please, in the
17  exhibit that you have in front of you, Number 2,
18  at Question 41.  The question had asked you
19  to --
20  MR. STEWART:  Wait, wait, wait.  Slow
21  down.
22  MR. FOLKMAN:  Sorry, Mike.
23  BY MR. FOLKMAN:
24  Q.  Okay.  The question had asked you to
25  identify communications that you had with the

Page 121

1  Defendants concerning the matters that you
2  allege in your complaint.  And the first part of
3  your answer says "I spoke to Perlitz about the
4  matters alleged in the complaint while he was
5  still in Haiti."  Is that true?
6  A.  Yes.  He said if I told anyone he
7  would throw me out of the project.
8  Q.  Okay.  And that's the only thing you
9  meant by this answer, is that true?
10  A.  Yes.
11  Q.  Okay.  You said that Douglas told you
12  not to tell anybody, right?
13  A.  Yes.
14  Q.  And you believed if you did tell
15  someone he was going to kick you out, right?
16  A.  Yes.
17  Q.  But you did tell your friend Jacques
18  Mackenson?
19  MR. STEWART:  Objection.
20  A.  After the project closed.
21  BY MR. FOLKMAN:
22  Q.  Okay.  Do you remember approximately
23  when you told Jacques Mackenson that you had
24  been abused?
25  A.  No, I don't remember when, but I just

31 (Pages 118 to 121)

Confidential - Subject to Further Confidentiality Review

Page 122

1    remember that the project was closed.
2        Q.   What did you tell him?
3        A.   No, he just told me that when he was
4    in the project this happened to him, and he
5    wasn't ashamed to tell me, so I wasn't ashamed
6    to tell him also.
7        Q.   And you told him the same story of the
8    abuse that you've told us today?
9            MR. STEWART:  Objection.
10       A.   I didn't give him any details.  I just
11   told him I was a victim of abuse.
12   BY MR. FOLKMAN:
13       Q.   Do you remember anything else that you
14   said to him?
15       A.   Just that I was the victim of abuse.
16   That's all.  I didn't say anything else.
17       Q.   Do you remember anything that he said
18   to you?
19       A.   He just said that he was -- he had
20   suffered a sexual abuse.
21       Q.   Did you tell him not to tell anybody
22   else?
23           MR. STEWART:  Objection.
24       A.   No, I didn't.  I didn't tell him that.
25   BY MR. FOLKMAN:

Page 123

1        Q.   Do you know whether he told anybody
2    else that you had been abused?
3            MR. STEWART:  Objection.
4        A.   I don't know.
5    BY MR. FOLKMAN:
6        Q.   Did you tell anybody else that he had
7    been abused?
8            MR. STEWART:  Objection.
9        A.   No, I didn't say that.
10   BY MR. FOLKMAN:
11       Q.   Why didn't you?
12           MR. STEWART:  Objection.
13       A.   I didn't say to anyone else.  The
14   people I remember I told that to were my
15   lawyers.
16   BY MR. FOLKMAN:
17       Q.   I don't want you to tell me anything
18   you told your lawyers, okay?
19       A.   Okay.
20       Q.   Is there a different Mackenson named
21   Mackenson Bien-Aime?
22       A.   Yes.
23       Q.   Are you friends with him?
24       A.   Yes.
25       Q.   Did he tell you that Pere Paul saw --

Page 124

1    or that he saw Pere Paul at Bel Air at
2    nighttime?
3            MR. STEWART:  Who?
4            MR. FOLKMAN:  Mackenson Bien-Aime.
5            MR. STEWART:  Do you understand what
6    he's asking you?
7            MR. FOLKMAN:  Do you want me to start
8    again?
9            MR. STEWART:  Yes.
10   BY MR. FOLKMAN:
11       Q.   Did Mackenson Bien-Aime tell you that
12   he saw Pere Paul at nighttime at Bel Air?
13           MR. STEWART:  Objection.
14       A.   Yes, he told me he saw Father Paul
15   sleeping at Bel Air one night.
16   BY MR. FOLKMAN:
17       Q.   Do you know about when that was?
18       A.   No, I don't remember when.
19       Q.   Aside from what Mackenson Bien-Aime
20   told you, do you have any other reason to think
21   that Pere Paul ever slept at Bel Air?
22       A.   No, I don't know.
23       Q.   Do you know the word Jesuit?
24           MR. STEWART:  Objection.
25       A.   No.  Maybe I just don't remember.

Page 125

1            MR. STEWART:  That's okay.  He'll ask
2    you another question.  Just wait for it.
3    BY MR. FOLKMAN:
4        Q.   Do you know whether Pere Paul was a
5    Jesuit?
6            MR. STEWART:  Objection.
7        A.   I don't know.
8    BY MR. FOLKMAN:
9        Q.   Are you a Roman Catholic?
10           MR. STEWART:  Objection.
11       A.   I believe in God, but I have no
12   religion.
13   BY MR. FOLKMAN:
14       Q.   Have you ever said that you belong to
15   a Protestant church?
16           MR. STEWART:  Objection.
17       A.   I can -- I've been to a Protestant
18   church, but I can go to any church.  I don't
19   have a religion.
20   BY MR. FOLKMAN:
21       Q.   Were you baptized?
22           MR. STEWART:  Objection.
23       A.   No.
24   BY MR. FOLKMAN:
25       Q.   When you were at PPT, did you ever

32 (Pages 122 to 125)

Confidential - Subject to Further Confidentiality Review

Page 126

1  take Communion?
2       MR. STEWART:  Objection.
3    A.  No.
4  BY MR. FOLKMAN:
5    Q.  Have you ever taken Communion?
6       MR. STEWART:  Objection.
7    A.  No.
8       What are you talking?  What Communion
9  are you talking about?
10      MR. STEWART:  It's okay.  He'll ask
11  you questions.  Just wait for a question.  Don't
12  worry.
13  BY MR. FOLKMAN:
14   Q.  Do you understand what I mean when I
15  say "Communion"?
16   A.  Catholic Communion?
17   Q.  Have you ever taken Catholic
18  Communion?
19   A.  Yes, but I don't remember in which
20  year.
21   Q.  Do you remember if you took Catholic
22  Communion when you were at PPT?
23   A.  No, I don't remember that.
24   Q.  Do you know a person named Cyrus
25  Sibert?

Page 127

1    A.  Yes.
2    Q.  Who is Cyrus Sibert?
3    A.  A Haitian.  A journalist.
4    Q.  How did you meet him?
5    A.  Because of Jose Barnardin.
6    Q.  Did Jose Barnardin introduce you to
7  Cyrus?
8    A.  No.
9    Q.  So what do you mean when you say that
10  you know Cyrus because of Jose Barnardin?
11   A.  Because I was talking with Jose
12  Barnardin, he said that there was a Haitian who
13  helped people get justice.
14   Q.  Did Jose Barnardin know that you had
15  been sexually abused?
16      MR. STEWART:  Objection.
17   A.  No.
18      MR. STEWART:  One moment off the
19  record.
20      Elysée, will you come here for a
21  minute?
22      MR. FOLKMAN:  Do you need a minute,
23  Mike?
24      (Pause.)
25      MR. STEWART:  Okay.  Thank you.

Page 128

1       THE VIDEOGRAPHER:  We're still on the
2  record.  I've unmuted the microphones.
3       MR. STEWART:  Thank you.
4  BY MR. FOLKMAN:
5    Q.  What did you think Jose Barnardin
6  meant when he said there was a Haitian who
7  helped people get justice?
8       MR. STEWART:  Objection.
9    A.  I didn't know what he meant, but since
10  I had a case, I was a victim of abuse, I went to
11  talk to Cyrus.
12  BY MR. FOLKMAN:
13   Q.  Did you understand that he was -- that
14  Jose Barnardin was telling you that Cyrus would
15  help people who had been sexually abused by
16  Douglas Perlitz get justice?
17   A.  No, he didn't tell me that.  I went
18  myself to see Cyrus.
19   Q.  How did you know where to find Cyrus?
20   A.  Well, I live in Cap-Haïtien, I knew
21  that Cyrus was working in a radio station in Rue
22  24.
23   Q.  Did you go by yourself?
24   A.  Yes.
25   Q.  Had you ever heard his radio show

Page 129

1  before?
2    A.  Yes.
3    Q.  Had you heard him talk on his radio
4  show about Douglas Perlitz?
5    A.  No.
6    Q.  Had you heard him talk on his radio
7  show about victims of Douglas Perlitz getting
8  money?
9    A.  No.
10   Q.  Do you remember what year you went to
11  see Cyrus?
12   A.  I don't remember the year.  I remember
13  that I went to see him.
14   Q.  Did you go by yourself?
15   A.  Yes.
16   Q.  And did you talk with him?
17   A.  Yes.
18   Q.  And what did you say to him?
19   A.  Just that I told him that I had
20  suffered sexual abuse.
21   Q.  Did you tell him you had suffered
22  sexual abuse at the hands of Douglas Perlitz?
23   A.  No.  I told him I suffered abuse while
24  I was at the project.
25   Q.  And did he ask you any questions?

33 (Pages 126 to 129)

Confidential - Subject to Further Confidentiality Review

Page 130

1      A.   No, he didn't ask any questions.  He
2  said he was going to see how he could help me.
3      Q.   And did he say anything else to you?
4      A.   No, I don't remember him saying
5  anything else.
6      Q.   And did you leave then?
7      A.   Yes.
8      Q.   Did he give you any money?
9      A.   No.
10     Q.   Did you hear from him again?
11     A.   No, I don't recall having heard about
12  him -- from him.
13     Q.   Did you ever speak with him again?
14     A.   Yes, I talked to him again.
15     Q.   When did you talk to him again?
16         MR. STEWART:  Objection.
17     A.   I don't know, but I talked to him
18  again so I could give him my phone number.
19  BY MR. FOLKMAN:
20     Q.   Did you go to see him again to do
21  that?
22     A.   Yeah.
23     Q.   And why did you give him your phone
24  number?
25         MR. STEWART:  Objection.  To the

Page 131

1  extent that you're asking about conversations
2  that he may have had concerning his attorney --
3  conversations with his attorney, I'm instructing
4  him not to answer.
5  BY MR. FOLKMAN:
6      Q.   At the time when you went to see him
7  to give him your phone number, did you already
8  have a lawyer?
9          MR. STEWART:  Objection.
10     A.   No.
11  BY MR. FOLKMAN:
12     Q.   Okay.  So what did you say to him at
13  that meeting?
14         MR. STEWART:  Same objection.
15     A.   I just give him the number.
16  BY MR. FOLKMAN:
17     Q.   How did you know that he wanted you to
18  give him his number?  Why did you go to see him?
19  I'll start again.
20         Why did you go to see him?
21         MR. STEWART:  Objection.
22         He's answered that, to give the phone
23  number.
24  BY MR. FOLKMAN:
25     Q.   Well, how did you know that he wanted

Page 132

1  your phone number?
2      A.   I gave it to him.  Someone who was
3  helping me, he doesn't really know me, so he
4  should have my number if he's going to help me.
5      Q.   Okay.  After you gave him his number
6  -- after you gave him your number, was there any
7  other conversation between you and him?
8      A.   No.
9      Q.   Did you ever speak with him again?
10     A.   No.
11     Q.   Have you ever received money from him?
12     A.   Yes.
13     Q.   Okay.  What else have you ever spoken
14  with him about?
15         THE TRANSLATOR:  I'm sorry, did you
16  talk about money?
17         MR. STEWART:  No.
18         THE TRANSLATOR:  Can you repeat the
19  last question, please?
20  BY MR. FOLKMAN:
21     Q.   Have you ever received money from him?
22         THE TRANSLATOR:  He said yes.
23     Q.   Oh.  How much have you received from
24  him?
25     A.   $200.

Page 133

1      Q.   And when did you receive that?
2      A.   I don't remember.  It was a long time
3  ago.
4      Q.   What was the money for?
5      A.   For to eat, for clothes.  I asked him
6  for the money.  He didn't give it to me like
7  that.
8      Q.   You went and asked him for the money?
9      A.   Yeah, I talked to him and he gave me
10  the money.  He didn't do this as someone who had
11  an obligation to me, he just did it as a person
12  to person.
13     Q.   Had you heard from anybody else that
14  you could go to Cyrus and get money?
15     A.   No.
16     Q.   Do you know anybody else who has
17  received money from Cyrus?
18     A.   No.
19     Q.   On days when you're working at the car
20  wash and you're washing cars, how much might you
21  make in a day?
22         MR. STEWART:  Objection.
23     A.   Very -- it's something that is very
24  hard to say because you don't make the same
25  amount every day, because one day you can go and

34 (Pages 130 to 133)

Confidential - Subject to Further Confidentiality Review

Page 134

1  find work, and other days you don't find
2  anything.
3  BY MR. FOLKMAN:
4      Q.  What's the most you've ever made in a
5  day washing cars?
6          MR. GARABEDIAN:  Objection.
7      A.  300 gourdes.
8  BY MR. FOLKMAN:
9      Q.  When Cyrus gave you $200, that's 200
10  American dollars?
11     A.  Yes.  Not at once, two times.
12     Q.  Each of $100?
13     A.  Yes.  Twice.
14     Q.  When was the last time?
15     A.  I don't remember that.
16     Q.  Was it recently?
17     A.  I don't remember.
18     Q.  Do you know someone named Mathieu?
19     A.  Yes.
20     Q.  Is Mathieu's other name Walter?
21         MR. STEWART:  Objection.
22     A.  I don't know.
23  BY MR. FOLKMAN:
24     Q.  Have you ever received money from
25  Mathieu?

Page 135

1      A.  No.
2      Q.  Do you know whether Mathieu knows
3  Cyrus?
4          MR. STEWART:  Objection.
5      A.  I know Mathieu.
6  BY MR. FOLKMAN:
7      Q.  How do you know Mathieu?
8      A.  Well, Mathieu would always come by,
9  walk by my door to go see his girlfriend.  And
10  at Carenage, when I was going to Carenage he
11  would always be sitting there, but I didn't have
12  a conversation with Mathieu.
13         MR. STEWART:  Let's take a break.
14         MR. FOLKMAN:  Okay.
15         THE VIDEOGRAPHER:  Going off the
16  record.  The time is 2:37.
17         (Whereupon, a recess was taken.)
18         THE VIDEOGRAPHER:  Back on the record.
19  The time is 2:47.
20  BY MR. FOLKMAN:
21     Q.  Mr. Previl, did Mathieu come with you
22  to the Dominican Republic for this deposition?
23         MR. STEWART:  Objection.
24     A.  Yes.
25  BY MR. FOLKMAN:

Page 136

1      Q.  Do you know Mathieu's other name?
2          MR. STEWART:  Objection.
3      A.  No.
4  BY MR. FOLKMAN:
5      Q.  Does he have a nickname?
6      A.  No, I don't know.
7      Q.  Do you know why he came with you to
8  this deposition?
9          MR. STEWART:  Objection.
10     A.  No.
11  BY MR. FOLKMAN:
12     Q.  Have you ever spoken with Mathieu?
13         MR. STEWART:  Objection.
14     A.  Yes.
15  BY MR. FOLKMAN:
16     Q.  Have you ever spoken with Mathieu
17  about the abuse you suffered?
18     A.  No.
19     Q.  Was Mathieu a student at Carenage?
20     A.  No.
21     Q.  You said earlier that when you were at
22  Carenage he would always be sitting there.  Was
23  he in Carenage?
24         MR. STEWART:  Objection.
25     A.  No, in a square.

Page 137

1  BY MR. FOLKMAN:
2      Q.  He would just be sitting in the
3  square?
4      A.  Yes.
5      Q.  Do you know what he was doing?
6          MR. STEWART:  Objection.
7      A.  No.
8  BY MR. FOLKMAN:
9      Q.  Do you know someone named Jean Gary?
10     A.  Yes, I've seen him.
11     Q.  Do you know whether he's also called
12  Schoubert?
13     A.  Yes, nickname.
14     Q.  Did he ever ask you to put your name
15  on a list?
16     A.  No.
17     Q.  Have you ever put your name on a list
18  of victims?
19     A.  No.
20     Q.  Has anybody ever asked you to put your
21  name on a list of victims?
22     A.  No.
23     Q.  Have you ever attended a meeting of
24  victims?
25         MR. STEWART:  Objection.

35 (Pages 134 to 137)

Confidential - Subject to Further Confidentiality Review

Page 138

1    To the extent that that includes
2  conversations or meetings with his attorneys,
3  I'm instructing him not to answer.  If he
4  attended some other meeting of victims, then he
5  can answer that.  So don't talk about any
6  meetings with your attorneys.
7    A.  No, I never put my name on a list of
8  victims.
9  BY MR. FOLKMAN:
10   Q.  And aside from meetings with your
11 attorneys, you never attended a meeting of
12 victims?
13   A.  No.
14   Q.  Did you know that other people who
15 said they were victims of Doug Perlitz filed
16 lawsuits a few years before you did?
17   A.  No, I don't know.
18   Q.  Do you know that some of the people
19 who said they were victims of Doug Perlitz
20 received money because they filed lawsuits?
21     MR. STEWART:  Objection.
22     I'm going to instruct him not to
23 answer that.  You can rephrase that.  They
24 didn't receive money because they filed
25 lawsuits.  That's not why they received money.

Page 139

1  You can rephrase that.
2  BY MR. FOLKMAN:
3    Q.  Okay.  Did you know that there was a
4  group of kids who had reached a settlement with
5  the Defendants as a result of which they
6  received money?
7    A.  I've seen them in the city.  I don't
8  know if it's Douglas.  I have seen them.  I've
9  seen them in the city.
10   Q.  You understand a little bit of
11 English?
12   A.  No.
13   Q.  Okay.
14     THE TRANSLATOR:  I just repeated, he
15 heard me say Douglas and he hadn't finished his
16 sentence.
17     MR. FOLKMAN:  Okay.
18 BY MR. FOLKMAN:
19   Q.  Do you know any of those boys who did
20 receive money?
21     MR. STEWART:  Objection.
22   A.  I know them.
23 BY MR. FOLKMAN:
24   Q.  Do you know how much money they
25 received?

Page 140

1    A.  No.
2    Q.  How long before you filed your lawsuit
3  did you go to see Cyrus for the first time?
4     MR. STEWART:  Objection.
5    A.  I've never -- I've never been to seek
6  justice, to file lawsuit.
7     MR. STEWART:  Mr. Kennedy, would you
8  let Lui in?  She went to grab some Kleenex for
9  us.  Thank you.
10     MR. KENNEDY:  Do you want me to leave
11 the door open?
12     MR. STEWART:  It's okay.  Thank you.
13 BY MR. FOLKMAN:
14   Q.  I want to go through the items that
15 you've listed in your answers as ways in which
16 you've been injured by Mr. Perlitz and talk
17 about those a little bit.
18     You say -- and this is Question Number
19 28 in Exhibit 2.  You say -- I'll wait for your
20 lawyer to flip to it.  You see that you said
21 that you suffered pain and mental suffering
22 which continues to this day.
23     Are you still suffering physical pain
24 today because of what Douglas Perlitz did to you
25 in 2006?

Page 141

1    A.  I don't have pain anymore, but mental
2  problems, yes.
3    Q.  How long did the pain last after the
4  abuse was over?
5    A.  What pain are you talking about?
6    Q.  Well, what pain did you suffer?
7    A.  After he did that to me I felt pain in
8  my butt.
9    Q.  And how long did that pain in your
10 butt last?
11   A.  I don't remember.
12   Q.  You have problems sleeping?
13   A.  Yes.
14   Q.  Can you describe your problems with
15 sleeping, please?
16   A.  Every time when I lie to bed I think
17 about it, what happened, and it give me problem.
18 I forget it, but now that we've talked about it
19 today, I might have problems at night to sleep.
20   Q.  So when you have a day where you talk
21 about it, it's difficult for you to get to sleep
22 on that day?
23     MR. STEWART:  Objection.
24   A.  I didn't need to talk about it really,
25 but I think about it.  Every time I see

36 (Pages 138 to 141)

Confidential - Subject to Further Confidentiality Review

Page 142

1  something happen in front of me, like a gay
2  homosexual person pass in front of me, and I
3  remember the people despise him, and that
4  affects me mentally.
5      Q.  When a gay person walks in front of
6  you, how do you know that that person is gay?
7      A.  He has feminine style.
8      Q.  You say you have problems eating?
9      A.  Yes.
10     Q.  Can you describe those for me, please?
11     A.  Well, recently at the hotel I see --
12  all the people I see are here to have fun, to
13  spend vacation time, but me, I'm here for
14  problem, and it's different because I suffered
15  abuse, that's why I'm here.
16     Q.  Do you have problems eating when
17  you're at home in Cap-Haïtien?
18     A.  Yes.
19     Q.  Can you describe those for me?
20     A.  That's exactly what I just told you.
21  Sometimes just stand like that, and I think this
22  happened directly to me.  I'm sitting with
23  friends, I have friends, they say, oh, I have a
24  friend who was doing fag -- who is a fag, they
25  don't want to hang out with him anymore, they

Page 143

1  don't even want to say hello to him.  You know,
2  you can throw water, it doesn't wet anyone, but
3  for me it does wet me.
4      Q.  Do you mean that when you hear people
5  making fun of or talking down to homosexuals,
6  that makes you feel bad?
7      A.  It doesn't touch me because of what
8  that person is doing, it touches me because I
9  suffered from it, I suffered because of that,
10  and now to see that someone chooses to do this.
11     Q.  Your problem with eating, does it mean
12  you can't eat enough, or does it mean you eat
13  too much?  What exactly is the problem?
14         MR. STEWART:  Objection.
15     A.  No, it's not that.
16  BY MR. FOLKMAN:
17     Q.  Okay.  I'm just trying to understand.
18  What is the problem that you have with eating
19  now?
20     A.  The problem I have with food is the
21  food is in front of me and I'm thinking about
22  what happened to me, and that's something that
23  -- bad that happened, that spoils my day, my
24  appetite is gone.
25     Q.  So when you think about what happened,

Page 144

1  you lose your appetite?
2         MR. STEWART:  Objection.
3      A.  Yes.
4  BY MR. FOLKMAN:
5      Q.  Thank you.
6         You say that you are depressed, right?
7      A.  Yes.
8      Q.  Has any doctor or therapist or any
9  medical person told you that you have a disease
10  or a problem called depression?
11         MR. STEWART:  Objection.
12     A.  No, nobody has told me that.
13  BY MR. FOLKMAN:
14     Q.  Have you ever been to see a therapist
15  or someone else to help you with the problems
16  that you're having because of the abuse?
17         MR. STEWART:  Objection.
18     A.  No.
19  BY MR. FOLKMAN:
20     Q.  Do you have any other problems because
21  of the abuse that you suffered, other than the
22  problems that we've already talked about?
23         MR. GARABEDIAN:  Objection.
24     A.  Yes.
25  BY MR. FOLKMAN:

Page 145

1      Q.  What are they?
2      A.  I have problems with my soul.
3      Q.  Can you say what you mean?
4      A.  When I'm looking at in the past time,
5  times of old, God destroyed two cities because
6  of this, Sodom and Gomorrah, I wasn't abuse of
7  this, but God destroy me, too, because of that.
8      Q.  You feel that you've violated God's
9  law?
10     A.  Yes.
11     Q.  Has anybody ever told you that you've
12  violated God's law?
13     A.  No, I can't -- nobody told me that.  I
14  can't talk about that to people in the street
15  like that, but when I read the bible I see I
16  committed a mistake, a serious mistake.
17     Q.  Aside from the things you've already
18  told me about, including your feeling that you
19  had violated God's law, is there any other way
20  in which you have suffered because of what
21  Douglas Perlitz did to you?
22     A.  No, I'm just sick in my stomach,
23  that's all.
24     Q.  Are you able to form healthy
25  relationships with women?

37 (Pages 142 to 145)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 146

1           MR. STEWART:  Objection.
2       A.   I had a girlfriend, but it was not
3   serious.
4   BY MR. FOLKMAN:
5       Q.   Do you feel that because of what
6   Douglas did to you, you have trouble finding a
7   girlfriend?
8       A.   No.
9       Q.   Are you able to have a healthy sex
10  life?
11          MR. STEWART:  Objection.
12      A.   Yes.
13  BY MR. FOLKMAN:
14      Q.   Do you feel that because of what
15  Douglas did to you, your ability to have a
16  healthy sex life is affected?
17          MR. STEWART:  Objection.
18      A.   It's been a long time, since I'm not
19  in these things.
20  BY MR. FOLKMAN:
21      Q.   It's been a long time since you've had
22  sex, you mean?
23          MR. STEWART:  Objection.
24      A.   Yes.  No, I had a girlfriend, but it
25  wasn't serious, so to be involved sexually with

Page 147

1   girls.
2   BY MR. FOLKMAN:
3       Q.   I want to talk a little bit about
4   Facebook.
5           You have a Facebook account, right?
6       A.   Yes.
7       Q.   And on Facebook your name that you use
8   is Stronger Pou-laria, is that right?
9           THE TRANSLATOR:  Excuse me?
10      A.   Stronger Pou, P-O-U, L-A-R-I-A.
11      A.   Yes, but somebody pirated my account.
12      Q.   Okay.  When did that happen?
13      A.   I don't know.  The person is using my
14  account along with me.
15      Q.   Is it someone you know?
16      A.   No.
17          MR. STEWART:  Objection.
18  BY MR. FOLKMAN:
19      Q.   Okay.  I'm going to put in front of
20  you what's marked as Number 3.
21          (Whereupon, Exhibit Number 3, Printout
22          of Stronger Pou-laria Facebook pages,
23          was marked for identification.)
24  BY MR. FOLKMAN:
25      Q.   So is that a photograph of you on the

Page 148

1   first page of Exhibit 3?
2       A.   Yes.
3       Q.   And do you see it talks about Real N
4   Swag on the first page there?  Can you see that?
5       A.   Yes.
6       Q.   And that's something you wrote, not
7   something someone who pirated your account
8   wrote, right?
9       A.   I wrote this.
10      Q.   And do you see it says Institute
11  Nelson Mandela?
12      A.   Yes.
13      Q.   And that's something you wrote, not
14  something a pirate wrote, right?
15      A.   No.
16      Q.   You didn't write that?
17      A.   Yes.
18      Q.   Just so the transcript is clear,
19  because that got reversed, you wrote Institute
20  Nelson Mandela, right?
21      A.   There were people next to me that were
22  helping me set up the account.
23      Q.   Okay.  And they helped you write that?
24      A.   But the name of the school is in
25  letters in front of the school, so I can write

Page 149

1   that because it's in front of the school.
2       Q.   All I'm asking is, it isn't something
3   a pirate put on your account, it's something you
4   put on your account, right?
5       A.   I did it.
6       Q.   Okay.  And you see it says "In a
7   Relationship" there.  Can you see that?
8           MR. STEWART:  Objection.
9       A.   No, I don't see that.
10  BY MR. FOLKMAN:
11      Q.   Okay.  I'm going to point to you.  Let
12  me know if you can read the words I'm pointing
13  out or not.
14          MR. STEWART:  In English there you
15  mean?
16          MR. FOLKMAN:  Yeah.  It's his.
17      A.   No.
18  BY MR. FOLKMAN:
19      Q.   You didn't put that there?
20      A.   No.
21      Q.   Okay.  Where do you go when you use
22  Facebook?
23          THE TRANSLATOR:  He's asking if he can
24  turn the page.
25      Q.   You can if you like, but you don't

38 (Pages 146 to 149)

Confidential - Subject to Further Confidentiality Review

Page 150

1  have to right now.
2        When you use Facebook, where do you
3  go?
4      A.  On my phone.
5      Q.  Okay.  And have you used it recently?
6      A.  No, it's been a while, because my
7  account was pirated, and the person changed the
8  code, I can't go back.
9      Q.  You can't use it now?
10     A.  No.
11     Q.  You have an e-mail address?
12     A.  Yes.
13     Q.  And that's Previl Kensley@Yahoo.fr?
14     A.  Yes.
15     Q.  And when was the last time you used
16  that address?
17     A.  Well, I don't know, I don't know when
18  I use it for the last time, because I can't go
19  on my account because a person changed the
20  password.
21     Q.  Okay.  Flip to the second page,
22  please.  Actually I'm looking at the front of
23  the second page, this sheet here.  Do you see
24  it?
25        THE WITNESS:  Oui.

Page 151

1      Q.  Do you see the photo there that says
2  "Real TJB"?
3      A.  Yes.
4      Q.  Is that a photo you put there?
5      A.  My friend who put it there.
6      Q.  But it was you or your friend, not the
7  pirate, right?
8      A.  No, both of us who were there and he
9  was helping me.  I'm not very good with
10  Facebook.
11     Q.  And that was in December of 2013?
12     A.  Yes, I think so.  It wasn't in
13  December.
14     Q.  Do you know when it was?
15     A.  No.
16     Q.  Did anybody -- do you have family in
17  the United States?
18     A.  No.
19     Q.  Flip to the sixth sheet, please.
20        MR. STEWART:  What does it say at the
21  bottom?
22        MR. FOLKMAN:  It says 1 of 10.
23        MR. STEWART:  Hold on one moment.
24        MR. GARABEDIAN:  Are you on Page 6 of
25  8, is that what you're referring to?

Page 152

1        MR. FOLKMAN:  Page 1 of 10, the sixth
2  sheet.
3  BY MR. FOLKMAN:
4      Q.  Do you see someone named Dialine
5  Previl?
6      A.  The majority of people on my account
7  are just people with the same last name, and
8  they just sent a request, and I accepted it.
9      Q.  Okay.  So you don't actually know
10  these people?
11     A.  No.
12     Q.  Okay.  Have you ever sent e-mails to
13  anybody about what happened to you at PPT?
14        MR. STEWART:  Objection.
15     A.  No.
16  BY MR. FOLKMAN:
17     Q.  Have you ever sent e-mails to Cyrus
18  Sibert, or received e-mails from him?
19     A.  I'm not a friend of Cyrus's.
20     Q.  So no, you haven't sent him e-mails?
21     A.  Well, if we're not friends on
22  Facebook, how could I send him an e-mail?
23     Q.  Okay.  On your phone, do you ever do
24  SMS or texting?
25     A.  This is not something I do often.

Page 153

1      Q.  Have you ever texted or done SMS with
2  other kids who were at PPT?
3      A.  No, I never talk about -- with them
4  about things like that.  I don't think I have
5  numbers of children who were at PPT.
6      Q.  Have you texted or done SMS with
7  Mathieu?
8      A.  Yes.
9      Q.  And what do you text or SMS about?
10     A.  Just that maybe Cyrus might need me,
11  he said that -- oh, now I remember.  When I was
12  coming here he said to take -- go to Caribbean
13  Tour at the Carenage.
14     Q.  Have you ever texted or done SMS with
15  Cyrus?
16     A.  Yes.
17     Q.  And what do you and Cyrus text or SMS
18  about?
19     A.  I talk to him, tell him that I would
20  like to go to school, but I would like for my
21  life if he could make me find a school, because
22  he's a journalist, he could make me find a
23  school more easily.  Sometimes I just write to
24  him and ask him how he's doing.
25     Q.  When was the last time you spoke with

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 154

1    Margarette Joseph?
2        A.   I don't remember.
3        Q.   Was it a long time ago?
4            MR. STEWART:  Objection.
5        A.   Yes.
6    BY MR. FOLKMAN:
7        Q.   When was the last time you spoke with
8    Cyrus?
9            MR. STEWART:  Objection.
10       A.   When I was coming here.
11   BY MR. FOLKMAN:
12       Q.   And what did you talk about with Cyrus
13   when you were coming here?
14           MR. STEWART:  Objection.
15       A.   I just tell him that I was happy to
16   see him.  I thought he was the one who was going
17   to leave Cap-Haïtien with me to bring me here.
18   BY MR. FOLKMAN:
19       Q.   When was the last time you spoke with
20   Boss Mo?
21           MR. STEWART:  Objection.
22       A.   I've never seen Boss Mo at all since
23   the project closed.
24   BY MR. FOLKMAN:
25       Q.   How about Met Robinson?

Page 155

1            MR. STEWART:  Objection.
2        A.   Also, neither.
3    BY MR. FOLKMAN:
4        Q.   Did you ever participate in the Kids
5    Alive program?
6        A.   No.
7        Q.   Do you know what that program is?
8        A.   No.
9        Q.   Do you know someone named Cassandra
10   Sibert?
11           MR. STEWART:  Objection.
12       A.   No.
13           MR. FOLKMAN:  Let's go off the record,
14   please.
15           THE VIDEOGRAPHER:  Going off the
16   record.  The time is 3:24.
17           (Whereupon, a recess was taken.)
18           THE VIDEOGRAPHER:  Back on the record.
19   The time is 3:33.
20   BY MR. FOLKMAN:
21       Q.   Sir, just a couple last things.
22           If you look on Number 3 at the very
23   second to the last sheet, at the front.  Do you
24   have Exhibit 3 there?  Second to the last sheet
25   of paper, the front of it, it says 1 of 3 at the

Page 156

1    bottom.
2            MR. STEWART:  No, it doesn't.  It says
3    1 of 1.  Is this some Massachusetts way of
4    saying next to the last --
5            MR. STEWART:  Hand it to me.  In the
6    back, second to the last sheet of paper.
7    BY MR. FOLKMAN:
8        Q.   Are you with me?
9        A.   Yes.
10       Q.   Do you see the name there, Cyrus
11   Sibert?
12           MR. STEWART:  Wait a minute.  Hold on.
13       A.   Yes.
14   BY MR. FOLKMAN:
15       Q.   Okay.  Are you Facebook friends with
16   Cyrus Sibert?
17       A.   I see him there, but I never made a
18   request for a friendship on Facebook.  I never
19   sent it to Cyrus.
20       Q.   Okay.  Have you ever sent messages
21   back and forth to him on Facebook?
22       A.   No.
23       Q.   And you don't know why he appears on
24   that page?
25       A.   No, I don't know.

Page 157

1        Q.   Okay.  Last thing I have for you.
2            Take a look at that, please, which
3    I've marked as Number 4.
4            (Whereupon, Exhibit Number 4, Printout
5            of Kensley Previl's Facebook page, was
6            marked for identification.)
7    BY MR. FOLKMAN:
8        Q.   So my question, Mr. Previl, is, is
9    this a Facebook account that you have also?
10       A.   Talking about?
11       Q.   Well, you see that Exhibit 3 is a
12   Facebook account called Stronger Pou-laria?
13       A.   Yes.
14       Q.   You see Exhibit 4 is a Facebook
15   account called Kensley Previl?
16       A.   Yes.
17       Q.   And is that you?
18       A.   Yes.
19       Q.   So you have two Facebook accounts?
20       A.   Yes.
21       Q.   And do you use the second account, the
22   one on Exhibit 4?
23       A.   No, I have never used this one.
24       Q.   Okay.  And you've never sent messages
25   to anybody using this second Facebook account?

40 (Pages 154 to 157)

Confidential - Subject to Further Confidentiality Review

Page 158

1    A.   No, it was like that before.
2    Q.   Have you ever sent messages to anybody
3  using the second Facebook account, Exhibit 4?
4    A.   Yes, I think so.
5    Q.   And when did you last do that?
6    A.   It was all the way back in 2011.
7    Q.   Okay.  What is CFC?
8    A.   It was something close to my house.
9  It's a lot of friends, when we are always
10  sitting on the ground, we're making jokes and we
11  say -- and they say "these kids from CFC, they
12  never sit on the ground."  It has a
13  significance.  There's a school called like
14  that, CFC.
15    Q.   Is that a school that you've gone to?
16    A.   These -- it was just me and my
17  friends, and we were sitting on the floor and
18  said "these children, these kids are always
19  sitting on the floor," and so we just gave them
20  the name CFC.
21    Q.   So it's a joke amongst your friends?
22    A.   Yes.
23    Q.   Okay.  Thank you.  I have no other
24  questions.  I really appreciate your testimony.
25    A.   Thank you.

Page 159

1       MR. FOLKMAN:  Oh, before I turn it
2  over, I do want to make a note on the record,
3  which is that we received yesterday shortly
4  before 8:00 p.m. additional documents produced
5  on Mr. Previl's behalf.  We haven't been able to
6  print them, we haven't been able to send them to
7  the translator.  We're going to look at them
8  after we get back to the States.  I don't have
9  any expectation that we're going to want to have
10  Mr. Previl back, but I am going to reserve my
11  rights just on account of the late production.
12       MR. STEWART:  We can discuss it if
13  there's any --
14       THE VIDEOGRAPHER:  Going off the
15  record.  The time is 3:40.
16       (Pause.)
17       THE VIDEOGRAPHER:  We're back on the
18  record.  The time is 3:42.
19  BY MS. KNIGHT:
20    Q.   Mr. Previl, my name is Lydia Knight.
21  I just have a few questions for you, okay?
22    A.   Yes.
23    Q.   You understand that you're still under
24  oath to tell the truth?
25    A.   Yes.

Page 160

1    Q.   I just -- while we're looking at
2  Exhibit 3, if you have that before you, that
3  would be helpful.
4       MR. STEWART:  What page, Madame?
5       MS. KNIGHT:  I'm not going to turn to
6  a page quite yet.  I'll get to it in a minute.
7       MR. STEWART:  Okay.
8  BY MS. KNIGHT:
9    Q.   What sort of activities do you like to
10  do?
11    A.   I can wash cars, I can sing, I play
12  soccer, play with a ball, and I tell jokes with
13  my friends.
14    Q.   Do you still sing with the same group
15  of friends that you told us about earlier, I
16  believe it was called --
17       THE TRANSLATOR:  Real N Swag.
18  BY MS. KNIGHT:
19    Q.   -- Real N Swag?
20       Thank you.
21    A.   No.  It's disbanded.
22    Q.   Do you sing with a different group
23  now?
24    A.   No, I don't sing anymore.
25    Q.   Do you sing by yourself?

Page 161

1    A.   Yeah.  It's just myself, it's not a
2  program.  It's not a program.
3    Q.   And where do you play soccer?
4    A.   Cité du Peuple, People's City, there's
5  a cemented surface near my house.
6    Q.   Do you play with friends there?
7    A.   Yes.
8    Q.   Is it a team, or is it somewhere where
9  you just go and find other friends to play with?
10    A.   No, it's in the neighborhood, the
11  neighborhood thing.  Today with friends I can
12  build a team, and the next day with other people
13  another team.
14    Q.   Do you play soccer every day?
15    A.   No, sometimes I don't play soccer.
16    Q.   Do you play a couple times during the
17  week?
18    A.   No.
19    Q.   Do you play once during a week?
20    A.   Twice a week I play on Saturdays, and
21  I might play also on Sunday.
22    Q.   Do you like to watch movies?
23    A.   Not really.
24    Q.   Are there some movies that you like?
25    A.   Yeah.

41 (Pages 158 to 161)

Confidential - Subject to Further Confidentiality Review

Page 162

1    Q.   What movies do you like to watch?
2    A.   Comics.
3    Q.   Do you watch movies with your friends
4  sometimes?
5    A.   I just watch soccer matches with them.
6    Q.   Where do you watch the soccer matches?
7    A.   At the Cité du Peuple when Barcelona
8  and Madrid are playing.
9    Q.   What's your favorite team?
10   A.   Barcelona.
11   Q.   Did they do well this year?
12   A.   Really nice.
13   Q.   Good.
14        Do you like to watch basketball, too?
15   A.   Yes.
16   Q.   Do you have a favorite basketball
17  team?
18   A.   Yes.
19   Q.   What's your favorite basketball team?
20   A.   Orlando.
21   Q.   And how did they do this year?
22   A.   They didn't do anything really, but I
23  fell back on Golden State.
24   Q.   I'm going to switch to talking about a
25  little bit when you came to the hotel that we're

Page 163

1  at now, okay?
2    A.   Okay.
3    Q.   You came with the other people who
4  have given their deposition, right?
5        MR. GARABEDIAN:  Objection.
6    A.   Yes.
7  BY MS. KNIGHT:
8    Q.   And are you staying at the hotel?
9    A.   Yeah, I'm staying at the hotel.
10   Q.   Are you sharing a room with someone?
11   A.   Yes.
12   Q.   Who are you sharing a room with?
13   A.   Gesner.
14   Q.   And are you aware that he already had
15  his deposition taken?
16   A.   Yeah, I'm in the same room, we're
17  sleeping in the same room together, I know he
18  gave his deposition.
19   Q.   Did he tell you about his deposition?
20   A.   No, we just watched television and
21  then we were listening to music, we didn't talk
22  about that at all.
23   Q.   Did you talk to anyone about your
24  deposition, other than any of your attorneys and
25  any of their agents or representatives?

Page 164

1    A.   No.
2    Q.   While you were at Carenage or -- and
3  the Village, you said you saw Father Carrier, is
4  that right, Pere Paul?
5    A.   Yes.
6    Q.   Did you ever see any other priests at
7  Carenage or at the Village?
8    A.   No.  My friends were telling me about
9  a white guy called Sylvester who was supposed to
10  become a priest, but I've never seen him, his
11  face.  They told me if I had seen him I would
12  see right away that he's a wise person.
13   Q.   But you never saw the person that was
14  supposed to become a priest?
15   A.   No.
16   Q.   Who told you about him?
17   A.   A friend, my friend at the project.
18   Q.   And this was while you were at the
19  project?
20   A.   Yes.
21        MS. KNIGHT:  I don't have any other
22  questions.
23        MR. STEWART:  Thank you.
24        MS. KNIGHT:  Thank you, Mr. Previl.
25  BY MR. CERRETA:

Page 165

1    Q.   Good afternoon, Mr. Previl.
2    A.   Hello.
3    Q.   I just have a few questions for you.
4        You testified earlier that you were a
5  student at a school called Félix Box?
6    A.   Yes.
7    Q.   Until what year were you a student
8  there?
9    A.   Up to 2011.
10   Q.   Were there -- am I remembering it
11  right that there were two periods of time in
12  which you attended the Félix Box school?
13   A.   Yes.
14   Q.   And was one period of time before you
15  started attending Carenage?
16   A.   Yes.
17   Q.   So did you stop attending Félix Box
18  for a time in the year 2006?
19   A.   Yes.
20        THE TRANSLATOR:  In 2006?
21        MR. CERRETA:  Yes.
22   A.   Yes.
23   Q.   Do you remember what time of year it
24  was when you stopped attending Félix Box in
25  2006?

42 (Pages 162 to 165)

Confidential - Subject to Further Confidentiality Review

Page 166

1    A.   No, I don't remember which period it
2  was.
3    Q.   Do you know when the school year ends
4  typically in the Haitian schools?
5    A.   Yes.
6    Q.   When does it typically end?
7    A.   The first shift goes out at 1:00 p.m.,
8  and the second shift, because it has school in
9  the afternoon, at 5:00 p.m..
10    Q.   Is there -- during the calendar year,
11  is there a period of time when school is out for
12  Haitian schools?
13    A.   Yes.
14    Q.   What time during the calendar year is
15  there a break for Haitian schools?
16    A.   May to June.
17    Q.   Did you stop attending Félix Box at
18  the end of the school year in 2006?
19    A.   I don't remember.
20         Can we do a little pause?  I need to
21  pee.
22    Q.   Sure.
23         THE VIDEOGRAPHER:  Going off the
24  record.  The time is 3:55 p.m..
25         (Whereupon, a recess was taken.)

Page 167

1         THE VIDEOGRAPHER:  Back on the record.
2  The time is 3:59.
3  BY MR. CERRETA:
4    Q.   So sometime in 2006 you left the
5  school called Félix Box, right?
6    A.   Yes.
7    Q.   And am I right that you can't recall
8  as you sit here today whether that was at the
9  end of the regular school year that would have
10  ended in May, 2006?
11    A.   No, I don't remember at all.
12    Q.   Okay.  And then at some point after
13  you left Félix Box, did you subsequently start
14  to go to Carenage for school?
15    A.   Yes, I went to Carenage.
16    Q.   Do you remember how much time passed
17  between when you left Félix Box and when you
18  started to go to Carenage?
19    A.   No.
20    Q.   Was it in 2006 that you started to go
21  to Carenage?
22         MR. STEWART:  Objection.
23    A.   Yes.
24  BY MR. CERRETA:
25    Q.   Do you remember what time of year it

Page 168

1  was in 2006 when you started to go to Carenage?
2    A.   No.
3    Q.   Mr. Previl, can I direct your
4  attention back to Exhibit 2, and particularly
5  your answer to Interrogatory Number 72?
6         THE TRANSLATOR:  72?
7    Q.   I'm just looking at the first two
8  sentences of your answer, which say in the
9  English version "I understood that Fairfield
10  financed the project.  Mr. Douglas would always
11  speak about it."
12    A.   Yes.
13    Q.   Did Douglas Perlitz tell you that
14  Fairfield financed the project?
15    A.   He said that "today if we are able to
16  find some food and we're able to find some
17  things here, University of Fairfield has a lot
18  to do in this, in this service to us."  He said
19  that when there were students there, students
20  who came to visit, and I play soccer with the
21  T-shirt that has Fairfield University written on
22  it.
23    Q.   Do you remember where you were when
24  Douglas told you this about Fairfield financing
25  the project?

Page 169

1    A.   Yes.
2    Q.   Where were you?
3    A.   Carenage.  I wasn't the only one he
4  said this to, he said that to everyone.
5    Q.   Was there a group of children gathered
6  around when Douglas said this?
7    A.   Yes, we were at the cafeteria.  We
8  were about to eat.
9    Q.   Was anybody else there besides Douglas
10  and the students?
11         MR. STEWART:  Objection.
12         THE TRANSLATOR:  And whom?
13         MR. CERRETA:  And the students.
14         MR. STEWART:  Objection.
15    A.   Yes, there were other foreigners.  I
16  told you they were the visitors there.
17  BY MR. CERRETA:
18    Q.   Was this the time that you testified
19  about earlier when some students from Fairfield
20  University came to the project?
21    A.   What are you talking about, what
22  testimony?
23    Q.   Well, earlier today I remember -- my
24  recollection of it anyway was that you had said
25  that Hope Carter came to the project with some

43 (Pages 166 to 169)

Confidential - Subject to Further Confidentiality Review

Page 170

1   students from Fairfield University, is that
2   right?
3       A.  Yes.  Young people, she said they were
4   students.
5       Q.  I was just wondering if they were
6   there when Douglas said these things about
7   Fairfield financing the project.
8           MR. STEWART:  Objection.
9       A.  Well, they were there.  They were not
10  in the kitchen.  At that time Madame Carter had
11  promised us that children who kept on going to
12  school would go on to study at University of
13  Fairfield.
14  BY MR. CERRETA:
15      Q.  Madame Carter told you this when the
16  students from the University of Fairfield were
17  there visiting the project?
18      A.  Yes, she told this to us as a group.
19      Q.  And when Douglas told you that
20  Fairfield University was financing the project,
21  was that this time, or was that a different
22  time?
23          MR. STEWART:  Objection.
24      A.  I don't remember.  But I remember that
25  Madame Carter had talked to us before that,

Page 171

1   prior to that.
2   BY MR. CERRETA:
3       Q.  Okay.  Did Douglas Perlitz tell you
4   anything else about Fairfield University?
5       A.  No.
6       Q.  You just mentioned that there were
7   some T-shirts that said Fairfield University on
8   them.  Where were those?
9           MR. STEWART:  Objection.
10      A.  At the project, at the Carenage, they
11  would give it to us when we needed -- when we
12  wanted to play football.  Not talking about
13  championships, when we would play among
14  ourselves.
15  BY MR. CERRETA:
16      Q.  Were the Fairfield University T-shirts
17  used as uniforms for one of the teams in the
18  football game, in the soccer game?
19      A.  Yes.
20      Q.  Do you know if those had been donated
21  by someone from Fairfield University?
22          MR. STEWART:  Objection.
23      A.  I don't know that, about that.
24  BY MR. CERRETA:
25      Q.  While you were a student at the

Page 172

1   project, did anybody else tell you anything else
2   about Fairfield University?
3       A.  No.  Madame Carter told us that if we
4   worked, if we finished school, she would make us
5   study there.
6       Q.  Right.
7           Aside from those things that you've
8   already spoken about, did anybody else, while
9   you were a student at the project, say anything
10  about Fairfield University?
11      A.  I don't know.
12      Q.  Aside from what you've told me
13  already, and also leaving aside anything that
14  you might have talked about with your lawyers,
15  have you heard anything else about Fairfield
16  University as it relates to the project?
17      A.  No.
18      Q.  Okay.  I just want to go briefly back
19  to Exhibit 3.  I'm looking at the third sheet,
20  but it's double-sided, so it's actually --
21          MR. STEWART:  Does it say on the back
22  of it 3 of 8, or on the corner 3 of 8?
23          MR. CERRETA:  Yes.
24          MR. STEWART:  Okay.  Perfect.
25  BY MR. CERRETA:

Page 173

1       Q.  Do you play video games?
2       A.  Yes.
3       Q.  Do you like Grand Theft Auto?
4           MR. STEWART:  Objection.
5       A.  Yes.
6   BY MR. CERRETA:
7       Q.  Have you ever seen a movie called Love
8   in Basketball?
9       A.  Yes.
10      Q.  Was that the English version, or did
11  it have Creole subtitles?
12      A.  It was just in French.
13      Q.  Were you able to understand it?
14      A.  Some words.
15      Q.  Do you speak French?
16      A.  No.
17      Q.  Do you understand some French?
18      A.  If somebody tells me a bad word in
19  French, I'll understand.
20      Q.  On that same page, there's an entry,
21  it's near the top of the page, May 12, 2012 at
22  1:40 p.m., "Stronger Pou-laria is black Mafia."
23          Do you see that?
24          THE TRANSLATOR:  Is what, is black
25  Mafia?

44 (Pages 170 to 173)

Confidential - Subject to Further Confidentiality Review

Page 174

1           MR. CERRETA:  Is black Mafia.
2      A.   I never wrote this.
3      Q.   You didn't write that entry there,
4  "Stronger Pou-laria is black Mafia"?
5      A.   No.  No, I didn't.  I remember telling
6  you somebody pirated my account and was using
7  it.
8      Q.   And this is one of the entries that
9  was put in by the person who pirated your
10 account?
11         MR. GARABEDIAN:  Objection.
12     A.   Maybe.
13 BY MR. CERRETA:
14     Q.   But in any event, you didn't put that
15 entry in, did you?
16     A.   No.
17         MR. CERRETA:  That's all I have.
18 Thank you very much, sir.
19         MR. STEWART:  Thank you.
20     A.   Thank you.
21         THE VIDEOGRAPHER:  We're still on the
22 record at 4:16.
23 BY MR. KENNEDY:
24     Q.   Good afternoon, Mr. Previl.  We
25 introduced ourselves much earlier this morning.

Page 175

1  I'm Jeff Kennedy, I represent Hope Carter.
2      A.   Okay.
3      Q.   Have you ever met Hope Carter, Madame
4  Carter?
5      A.   Yes, she was in the schoolyard at
6  Carenage.  She came to take pictures and she
7  told us to live as brothers, not to take what
8  wasn't yours, and she was very important for the
9  project.
10     Q.   How do you know she was very important
11 for the project?
12     A.   When she would come she would tell us
13 to live as brothers, not to take what is not
14 ours.  And she would take pictures, and she
15 promised us she would make us study at the
16 University of Fairfield.
17     Q.   Okay.  Sir, can you speak English?
18     A.   No.
19     Q.   Can you understand spoken English?
20     A.   No.
21     Q.   Did you yourself ever speak to Madame
22 Carter?
23     A.   No, I don't speak English.
24     Q.   Okay.  So it's fair to say you never
25 spoke to Madame Carter?

Page 176

1      A.   Yeah, she talked to us as a group.
2  But I wasn't alone, there was someone
3  translating for us.
4      Q.   Okay.  So when you say she talked to
5  you in a group, was it through an interpreter?
6  Did she speak through an interpreter?
7      A.   Yes.
8      Q.   Who was the interpreter, sir?
9      A.   Nicholas.
10     Q.   Okay.  And is Nicholas Nicholas
11 Preneta?
12     A.   I don't know his last name.
13     Q.   Okay.  Where did Nicholas work?
14         MR. STEWART:  Objection.
15     A.   At Carenage.
16 BY MR. KENNEDY:
17     Q.   At Carenage.
18         Okay.  What did Nicholas do at
19 Carenage?
20     A.   He was a director at Carenage.
21     Q.   Okay.  And how many times did Nicholas
22 act as an interpreter for Madame Carter --
23         MR. STEWART:  Objection.
24 BY MR. KENNEDY:
25     Q.   -- when you were there and you heard

Page 177

1  her?
2          MR. STEWART:  Withdrawn.
3      A.   Just one time when she was -- when he
4  was talking to all of us in the yard.
5  BY MR. KENNEDY:
6      Q.   Okay.  And who else was there, sir,
7  which other students?  Do you remember some of
8  the names?
9      A.   No.  The entire school was there.
10     Q.   The entire school of Carenage?
11     A.   Yes.
12     Q.   Okay.  So this occurred at Carenage
13 and not at the Village?
14     A.   I don't know if it happened at the
15 Village or not, but I was at the Carenage then.
16     Q.   Okay.  Do you remember what year this
17 conversation took place, sir?
18     A.   No, I don't remember, but I hadn't
19 been at the Carenage for a long time.
20     Q.   Okay.  I just want to be clear, sir.
21         Did you ever speak to Madame Carter
22 through an interpreter?
23     A.   No.  We were all together in a group
24 where Nicholas had translated for us.
25     Q.   Did you see Nicholas speaking to

45 (Pages 174 to 177)

Confidential - Subject to Further Confidentiality Review

Page 178

1    Madame Carter?
2         MR. STEWART:  Objection.
3         A.   No, I don't know about that.
4    BY MR. KENNEDY:
5         Q.   And -- strike that.
6         Sir, do you know if Jean Ilguens was
7    at Carenage during this conversation we're
8    discussing?
9         A.   No.
10        Q.   I'm sorry, no, you don't know, or no,
11   he was not, sir?
12        A.   He wasn't there.
13        Q.   Okay.  How do you know he wasn't
14   there, sir?
15        A.   Because I was at the Carenage.
16        Q.   Okay.  Did he not go to Carenage?
17        MR. STEWART:  Objection.
18        A.   I don't know if he went to Carenage,
19   but when I was there he wasn't.
20   BY MR. KENNEDY:
21        Q.   Okay.  How long have you known Jean
22   Ilguens?
23        A.   When I was going to vocational class
24   at the Village, he was there.
25        Q.   Was he in the same class with you,

Page 179

1    sir?
2         A.   No.
3         Q.   Sir, are you aware that Jean Ilguens
4    had his deposition taken yesterday?
5         A.   Yes, I know.
6         Q.   Did you have dinner with Jean Ilguens
7    last night?
8         A.   Yes, I ate with him last night.
9         Q.   Okay.  Did he discuss with you his
10   deposition, sir?
11        A.   No.  That's personal.
12        Q.   What about Emile Jean Pierre, are you
13   aware that he had his deposition taken, sir?
14        A.   Yes.
15        Q.   And did you discuss with Emile Jean
16   Pierre his deposition?
17        A.   No.  It's not a joke, I don't see why
18   I would have talked to him about it.
19        Q.   Sir, going back to the conversation
20   that you testified that Nicholas interpreted,
21   how long did that -- how long was that
22   conversation?
23        A.   That I don't know.  But it didn't last
24   long.  I didn't have a watch to check.
25        Q.   Sir, how many times have you met

Page 180

1    Madame Carter -- strike that.  I'm sorry.
2         Sir, how many times have you seen
3    Madame Carter at Carenage?
4         MR. STEWART:  Objection.
5         A.   Several times.  I saw her several
6    times.
7    BY MR. KENNEDY:
8         Q.   When you saw her at Carenage, besides
9    what you've already told me, what did you see
10   Madame Carter doing?
11        A.   She was taking pictures.
12        Q.   What was she taking pictures of, sir?
13        MR. STEWART:  Objection.
14        A.   She was taking pictures of the kids,
15   all of us, all the kids, and sometimes she asked
16   us to stand next to other white people and to
17   take pictures.
18   BY MR. KENNEDY:
19        Q.   And did you ever see Madame Carter at
20   the Village?
21        A.   No, I don't know this.
22        Q.   Now, sir, earlier today you discussed
23   your study as a welder.  Do you remember that?
24        A.   Yes, at the Village.
25        Q.   I believe you indicated earlier that

Page 181

1    in order to get a job you needed a certification
2    as a welder, is that correct?
3         MR. STEWART:  Objection.
4         A.   Yes.
5    BY MR. KENNEDY:
6         Q.   Sir, if you were able to get a diploma
7    as a welder, would you be able to get a job as a
8    welder?
9         MR. STEWART:  Objection.
10        A.   Yes.
11   BY MR. KENNEDY:
12        Q.   Sir, can you describe Madame Carter
13   for me physically?
14        A.   Yes.  She's a little old lady with
15   sort of a hump in her back.  She has little
16   glasses, and little suitcase in the front of
17   her, and her pants always under her belly, and
18   all her hands and feet are full of veins.  I
19   have touched her veins before, there's like big
20   veins there.
21        Q.   How many times have you touched her
22   veins?
23        A.   Every time I see her.  Every time she
24   comes, I always touch them.
25        Q.   Okay.

46 (Pages 178 to 181)

Confidential - Subject to Further Confidentiality Review

Page 182

1     A.   Sometimes she makes a noise like she's
2  going to eat us, and Nicholas says -- Nicholas
3  says that she says she's going to eat me, if I
4  touch her veins she's going to eat me.
5     MR. STEWART:  Hold on.  So your
6  description -- off the record for a moment.
7     THE VIDEOGRAPHER:  Going off the
8  record.  The time is 4:29.
9     (Pause.)
10    THE VIDEOGRAPHER:  Back on the record.
11 The time is 4:30.
12    A.   She teases me that she's going to eat
13 me.
14 BY MR. KENNEDY:
15    Q.   So she was having fun with you, is
16 that fair?
17    A.   Yeah, we're playing.
18    Q.   Right.
19         And she was nice to you, sir?
20    A.   Yes, she was nice to all the children.
21    Q.   Okay.  Sir, just one issue of
22 clarification.
23         The second time that Mr. Perlitz
24 abused you, you indicated that was in House
25 Number 1 at the Village, is that correct, sir?

Page 183

1     A.   Yes.
2     Q.   Okay.  Where in the house did the
3  abuse take place, sir?
4     MR. STEWART:  Objection.
5     A.   The series of beds on two floors, it
6  happened on the space beneath, the bed that
7  looks like prisoner beds.
8  BY MR. KENNEDY:
9     Q.   Like bunk beds, sir?
10    A.   Yes, there's a bed here, and then
11 there's another place to sleep above.
12    Q.   Sir, Madame Carter was not a teacher
13 at Carenage, was she?
14    A.   No.
15    Q.   So Madame Carter never taught you, did
16 she, sir?
17    MR. STEWART:  Objection.
18    A.   No.  Just that she gave us advice when
19 she would come.
20 BY MR. KENNEDY:
21    Q.   Okay.  And what advice was that, sir?
22    A.   She just said that "take whatever the
23 project is giving you, take it, don't fight
24 among yourselves, don't take what is not yours,"
25 and when we would finish school she would bring

Page 184

1  us to Fairfield University.
2     Q.   Okay.  And she said this during the
3  conversation that Nicholas interpreted, is that
4  what your testimony is, sir?
5     MR. STEWART:  Objection.
6     A.   Yes.
7  BY MR. KENNEDY:
8     Q.   And this was a one-time conversation,
9  sir?
10    MR. STEWART:  Objection.
11    A.   Yes.
12    MR. KENNEDY:  I think that's all I
13 have.  Thank you, sir.
14    MR. STEWART:  Can we go off?  We need
15 to look at something for one minute before we
16 wrap it up.
17    THE VIDEOGRAPHER:  Going off the
18 record.  The time is 4:33.
19    (Pause.)
20    THE VIDEOGRAPHER:  Back on the record.
21 The time is 4:37.
22    CROSS EXAMINATION
23 BY MR. STEWART:
24    Q.   This morning, Mr. Folkman asked you if
25 you'd ever received any money from Mathieu.  Do

Page 185

1  you remember that?
2     A.   Yes, I remembered he gave me money.
3     Q.   Okay.  This morning you said to
4  Mr. Folkman that Mathieu did not give you money.
5  Can you explain -- is that true?
6     A.   Well, the money didn't come really
7  from Mathieu, it came directly from Cyrus, so
8  that's why I considered the money came from
9  Cyrus, not from Mathieu.
10    Q.   Okay.  So Cyrus gave you $200
11 previously directly, correct, from Cyrus to you?
12    A.   Yes.
13    Q.   And then there was a third time where
14 Cyrus gave you $100, but it was actually Mathieu
15 that handed you the money?
16    A.   Yes.  That money was for me to come
17 here.
18    Q.   Okay.  When did Mathieu give you that
19 money?
20    A.   One week prior to coming here.
21    Q.   So is that total, three times, 100
22 each, the total amount of money that you have
23 gotten from Cyrus -- received from Cyrus or from
24 Mathieu?
25    A.   Yes, 200 directly from Cyrus and 100

47 (Pages 182 to 185)

Confidential - Subject to Further Confidentiality Review

Page 186

```
 1    from Mathieu, through Mathieu.
 2        Q.   The 100 you got from Mathieu one week
 3    ago, what did you use it for?
 4        A.   Well, I bought sandals and clothes and
 5    things to eat because I didn't have clothes and
 6    shoes to come here.
 7            MR. STEWART:  Okay.  That's all we
 8    have.
 9            Do you have any follow-up based on
10    that?
11            MR. FOLKMAN:  Just check the group.
12            MR. CERRETA:  No.
13            MR. FOLKMAN:  No.
14            MR. STEWART:  Okay.  Thank you.
15    60 to read and sign.
16            MR. FOLKMAN:  Yes.
17            MR. STEWART:  Okay.
18            THE VIDEOGRAPHER:  This concludes the
19    August 1, 2015 deposition of Kensley Previl.
20    Going off the record.  The time is 4:41.
21            (Whereupon, the deposition was
22            concluded.)
23
24
25
```

Page 188

```
 1            INSTRUCTIONS TO WITNESS
 2
 3            Please read your deposition over
 4    carefully and make any necessary corrections.
 5    You should state the reason in the appropriate
 6    space on the errata sheet for any corrections
 7    that are made.
 8            After doing so, please sign the
 9    errata sheet and date it.  It will be attached
10    to your deposition.
11            It is imperative that you return
12    the original errata sheet to the deposing
13    attorney within thirty (30) days of receipt of
14    the deposition transcript by you.  If you fail
15    to do so, the deposition transcript may be
16    deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25
```

Page 187

```
 1        C E R T I F I C A T E
 2            I, MAUREEN O'CONNOR POLLARD, LSR #473,
 3    RMR, CLR, and Notary Public in and for the State
 4    of Connecticut, do hereby certify that there
 5    came before me on the 1st day of August, 2015,
 6    the person hereinbefore named, who was duly
 7    sworn to testify to the truth of their knowledge
 8    concerning the matters in this cause, and their
 9    examination reduced to typewriting under my
10    direction and is a true record of the testimony.
11            I further certify that I am neither
12    attorney for or related or employed by any of
13    the parties to the action, and that I am not a
14    relative or employee of any attorney or counsel
15    employed by the parties hereto or financially
16    interested in the action.
17            In witness whereof, I have hereunto
18    set my hand and seal this 8th day of August,
19    2015.
20
21    _____
22    MAUREEN O'CONNOR POLLARD, License #473
23    Realtime Systems Administrator, RMR
24    Notary Commission Expires:  10/31/2017
25
```

Page 189

```
 1    ------
 2        E R R A T A
 3    ------
 3    PAGE  LINE  CHANGE
 4    _____
 5    ___ ____  REASON: _____
 6    _____
 7    ___ ____  REASON: _____
 8    _____
 9    ___ ____  REASON: _____
10    _____
11    ___ ____  REASON: _____
12    _____
13    ___ ____  REASON: _____
14    _____
15    ___ ____  REASON: _____
16    _____
17    ___ ____  REASON: _____
18    _____
19    ___ ____  REASON: _____
20    _____
21    ___ ____  REASON: _____
22    _____
23    ___ ____  REASON: _____
24    _____
25
```

48 (Pages 186 to 189)

Confidential - Subject to Further Confidentiality Review

Page 190

1          ACKNOWLEDGMENT OF DEPONENT
2
3          I,_____, do
       Hereby certify that I have read the foregoing
4      pages, and that the same is a correct
       transcription of the answers given by me to the
5      questions therein propounded, except for the
       corrections or changes in form or substance, if
6      any, noted in the attached Errata Sheet.
7
8      _____
       KENSLEY PREVIL          DATE
9
10
11
12
13
14
15     Subscribed and sworn
       To before me this
16     _____ day of _____, 20_____.
17     My commission expires: _____
18
       _____
19     Notary Public
20
21
22
23
24
25

Page 191

1          LAWYER'S NOTES
2      PAGE  LINE
3      ____  ____  _____
4      ____  ____  _____
5      ____  ____  _____
6      ____  ____  _____
7      ____  ____  _____
8      ____  ____  _____
9      ____  ____  _____
10     ____  ____  _____
11     ____  ____  _____
12     ____  ____  _____
13     ____  ____  _____
14     ____  ____  _____
15     ____  ____  _____
16     ____  ____  _____
17     ____  ____  _____
18     ____  ____  _____
19     ____  ____  _____
20     ____  ____  _____
21     ____  ____  _____
22     ____  ____  _____
23     ____  ____  _____
24     ____  ____  _____
25

49 (Pages 190 to 191)

Confidential - Subject to Further Confidentiality Review

**A**

**A-L-O-N-S-E**
28:20
**a.m** 1:25 7:7
**a/k/a** 1:3,11
**ability** 8:18 61:15
146:15
**able** 30:17 39:3
47:14 61:1 145:24
146:9 159:5,6
168:15,16 173:13
181:6,7
**Absolutely** 62:22
**abuse** 66:7 72:16
94:8 96:24 97:20
100:11 103:25
104:4,4,23 106:12
106:18 108:22
113:24 115:3,16
117:20 119:19
120:3 122:8,11,15
122:20 128:10
129:20,22,23
136:17 141:4
142:15 144:16,21
145:6 183:3
**abused** 35:10 72:3
72:5 74:1 95:12
95:13,18 96:6,11
96:17,21 100:22
103:7 107:2,8
108:14,15 109:17
109:24 110:4
114:13,20,24
115:20,23 116:4,8
116:12,21 121:24
123:2,7 127:15
128:15 182:24
**abusing** 103:14
116:25
**academic** 54:10
**accept** 31:14
**accepted** 152:8
**accommodation**
62:23
**account** 147:5,11

147:14 148:7,22
149:3,4 150:7,19
152:6 157:9,12,15
157:21,25 158:3
159:11 174:6,10
**accounts** 157:19
**accurate** 188:16
**ACKNOWLED...**
190:1
**act** 84:9,14,19
91:18 92:1 176:22
**action** 1:2 7:13
187:13,16
**activities** 160:9
**added** 51:15
**additional** 159:4
**address** 150:11,16
**adequate** 9:14
**Administrator**
2:12 187:23
**adult** 76:21 77:3
**adults** 76:17 78:5
82:5
**advance** 9:6 11:10
**advice** 85:22
183:18,21
**afford** 61:19 64:17
**afraid** 73:6,7,13
111:23
**afternoon** 103:1
114:4,5,9 165:1
166:9 174:24
**age** 28:15 34:9
68:24,25 69:23
**agents** 163:25
**ago** 44:9 59:23
60:18 117:25
133:3 154:3 186:3
**agree** 9:5,24 10:5,8
97:8,9,9 99:16
104:3 113:5
**agreed** 62:17
**ahead** 17:21 29:15
33:18 40:25
107:13,13
**Air** 25:24 26:1
92:24 93:1,23

94:2,9 95:3,6
124:1,12,15,21
**al** 7:11
**Alain** 34:5,19,20
75:12
**alcohol** 15:17 40:23
41:4,5
**Alexandra** 20:2
21:8,14 22:10,13
22:18
**Alexandro** 22:12
43:16
**alive** 19:16 28:1
31:18 155:5
**allege** 121:2
**alleged** 121:4
**allowed** 87:24
**Alonse** 28:19
**Alton** 3:22
**Ambroise** 20:2
21:8,14 22:10,12
22:13
**American** 1:11,12
4:18 8:1 63:3,6,13
134:10
**amount** 91:5
133:25 185:22
**and-** 3:11,18
**Andy** 77:9,10,12,22
**anniversary** 39:1
**answer** 14:7,9,13
14:14,19 15:21
17:20,23 55:3
56:13,19,22 62:5
96:6 121:3,9
131:4 138:3,5,23
168:5,8
**answered** 131:22
**answers** 8:17 18:23
19:1,1 140:15
190:4
**anybody** 40:6,13
40:22 44:15 46:17
67:10 68:19 72:1
78:15 83:1 85:7
86:7,11 108:7,9
109:25 111:1

112:4 114:17
115:11 121:12
122:21 123:1,6
133:13,16 137:20
145:11 151:16
152:13 157:25
158:2 169:9 172:1
172:8
**anymore** 30:7,21
31:14 39:14 51:13
51:13 61:1,19
108:4 141:1
142:25 160:24
**anyway** 169:24
**apparently** 9:14
**APPEARANCES**
3:1 4:1 5:1
**appeared** 9:10,12
112:16
**appears** 156:23
**appetite** 143:24
144:1
**applies** 1:21
**appreciate** 62:23
99:21 158:24
**appropriate** 188:5
**approximately**
121:22
**area** 25:19 48:8
94:12
**areas** 34:15 83:14
**arm** 37:4,4,12
38:11,15,17 39:3
69:8
**arrange** 10:10
**arranged** 12:4
13:12 98:9
**arrest** 37:6
**arrested** 37:8,10
**arrive** 75:18
**arrives** 38:22
**ashamed** 122:5,5
**aside** 19:7 39:5
44:17 45:25 47:1
73:21 82:5 85:7
86:6,10 91:16,24
108:6 124:19

138:10 145:17
172:7,12,13
**asked** 14:18 16:13
34:1 59:14 68:24
69:9 70:25,25
71:23 75:6 113:2
120:18,24 133:5,8
137:20 180:15
184:24
**asking** 17:18 40:18
40:20 77:1 124:6
131:1 149:2,23
**asks** 69:22
**assistance** 48:10
**Association** 1:11
1:12 4:19 8:1
63:3,7,13
**assume** 72:16
**assuming** 38:2
**Aston** 76:23 77:3
**Astron** 97:3 100:16
100:19,25
**ate** 179:8
**attached** 188:9
190:6
**attend** 34:17 43:7
50:9 53:16 56:7
56:12 61:11 64:12
64:25 65:16 74:18
75:8
**attended** 34:22
55:14 56:21 57:2
60:2 62:2 63:5,9
137:23 138:4,11
165:12
**attending** 50:5 51:8
52:18,24 53:4
64:13 74:25
165:15,17,24
166:17
**attention** 168:4
**attitude** 72:23
**attorney** 85:2
131:2,3 187:12,14
188:13
**attorney/client**
17:19

attorneys 17:22,23
138:2,6,11 163:24
audiences 48:6
August 1:24 7:6
186:19 187:5,18
authorization
88:14
Auto 173:3
Avenue 3:14
avoidable 9:20
10:3 11:3
aware 11:9 163:14
179:3,13

**B**

B 6:13
B-E-R-N-A-R-D-...
28:19
Babbitt 4:20 6:5
7:25,25 62:19,22
63:1,3 64:5 85:2
baby 24:16,19 25:1
25:4,7 26:22
79:18
back 20:9 31:14
33:15 49:24,24
50:3 51:19 53:12
54:13,16,19 57:13
59:24 62:15,20
64:7 74:11 76:12
85:3 89:13,16,22
95:7 96:3 101:1
103:3 113:20
118:3 135:18
150:8 155:18
156:6,21 158:6
159:8,10,17
162:23 167:1
168:4 172:18,21
179:19 181:15
182:10 184:20
bad 75:6 80:5
143:6,23 173:18
ball 76:14 160:12
bank 36:14 39:21
39:24
baptized 125:21

Barcelo 2:5
Barcelona 162:7,10
Barnardin 28:19
28:21 81:15,21
127:5,6,10,12,14
128:5,14
based 186:9
basketball 162:14
162:16,19 173:8
bathroom 12:19,22
12:24 109:10
bbabbitt@rc.com
4:25
beach 117:5,5
118:15,16,17,21
119:1,3
Beacon 4:5
bearing 64:10
beat 36:14,16,17,23
39:13
beating 37:1 92:25
bed 141:16 183:6
183:10
bedroom 29:4
bedrooms 27:13,14
27:15 29:2
beds 109:1,4 183:5
183:7,9
began 74:22
behalf 7:21 8:8,9
159:5
behave 78:21 80:15
84:10
behavior 85:25
Bel 25:24 26:1
92:24 93:1,23
94:2,9 95:3,6
124:1,12,15,21
believe 10:9 47:9
74:8 125:11
160:16 180:25
believed 74:6
121:14
belly 181:17
belong 125:14
belongs 27:5
beneath 183:6

benefit 12:19,23
best 8:17
better 10:11 75:13
beyond 51:11
bible 145:15
Bieber 48:25
Bien-Aime 123:21
124:4,11,19
big 27:11 39:21
181:19
birds 73:18,19
birth 19:10 50:21
88:15,16 89:1
bit 16:1,5 139:10
140:17 147:3
162:25
black 173:22,24
174:1,4
bled 108:2
bleeding 107:21
108:1,4,7,10
block 36:21
blood 66:3,6 102:9
103:9,11 107:23
107:24 108:4
113:11
blow 37:4 38:21
39:1
Blue 25:22 26:3
118:8
body 105:22,25
116:14
book 12:14
boss 78:23 80:18,21
80:23 81:2,6 84:5
85:7,10,18,20
86:8,12,14,16,18
89:18 91:19 92:2
97:3 100:16,19,25
117:2,9 118:3,11
154:20,22
Boston 3:7 4:6 5:16
bottom 151:21
156:1
bought 112:17
186:4
boulevard 118:17

118:19,19,25
119:1,13
Box 49:20 50:6,9
50:16 51:9,10,13
51:17,21,25 52:3
52:19 53:10,12
54:14,16,19,25
55:14 56:23 57:14
59:24 165:5,12,17
165:24 166:17
167:5,13,17
boxer 101:15,17
102:2
boys 32:21 33:1
34:8,17,24 35:5
49:20 81:9 94:13
94:18 111:19
112:2 139:19
Bradford 4:20 7:25
63:2
Branford 4:14
break 14:17,20
33:10,21 34:1
58:15 62:11 84:23
98:7 102:12 103:6
113:13 135:13
166:15
breaks 14:16 33:24
breast 106:1 113:3
BRH 39:21
briefly 172:18
bring 89:21 115:25
116:2 154:17
183:25
broken 49:1 99:2
brother 22:12 43:3
43:16 59:8
brothers 19:22,24
19:25 21:7 22:23
78:22 79:3 80:15
84:11,19 85:23
91:18 92:1 175:7
175:13
brought 34:19
66:21 98:4 117:11
Brown 48:25
bruise 115:1,4,5,7

115:8
brush 76:8
build 161:12
buildings 110:10
114:19
bunch 109:3
bunk 183:9
burden 10:15
11:12
business 47:15,17
47:21,25 83:21
butt 97:7 102:4,5
103:11 105:3,17
107:21 108:7,10
113:10 116:6,22
117:13,15,19
141:8,10
buy 36:1 66:3 68:6

**C**

C 5:13 7:1 187:1,1
C-I-T-E 24:23
32:16 41:17
cafeteria 76:10
111:20,25 112:1
169:7
calendar 166:10,14
Calixte 21:5 79:4
82:2,6,8
Calixte's 68:1
78:20 80:2,25
81:17 84:4
call 10:20 11:19
28:13 77:14
called 24:22 43:8
47:17,22 59:3
66:18 75:12 77:19
118:19,20 137:11
144:10 157:12,15
158:13 160:16
164:9 165:5 167:5
173:7
calls 11:5
Cap-Haïtien 25:15
25:16,19 32:13,18
43:9 64:20 128:20
142:17 154:17

car 46:14 117:11
  118:10 133:19
card 52:11 57:20
  57:22 67:13 69:18
  69:20
cards 76:14 77:17
care 30:12 72:12
  100:19
cared 30:10
carefully 188:4
Carenage 26:5
  41:10,11 53:17,18
  57:7 67:22,23
  74:22 75:1,8,14
  75:23 76:3,18,21
  78:11 79:5,8,25
  81:17 82:17 83:14
  86:1,25 87:4,10
  87:19,21 88:4,7
  89:17,19 90:9,10
  90:14 91:6,16,24
  93:9,23 97:13,21
  98:10 100:3,7,21
  107:1,10 112:21
  112:22 117:4,10
  117:12 118:4,13
  118:18,20,22
  135:10,10 136:19
  136:22,23 153:13
  164:2,7 165:15
  167:14,15,18,21
  168:1 169:3
  171:10 175:6
  176:15,17,19,20
  177:10,12,15,19
  178:7,15,16,18
  180:3,8 183:13
Caribbean 153:12
Carretera 2:6
Carrier 1:7 4:2
  7:19 79:13,24
  82:19 91:17,19
  164:3
cars 35:19 36:6,7
  44:14 46:6 47:10
  47:12 133:20
  134:5 160:11

Carter 1:8 4:10 8:4
  85:12,17 86:11
  169:25 170:10,15
  170:25 172:3
  175:1,3,4,22,25
  176:22 177:21
  178:1 180:1,3,10
  180:19 181:12
  183:12,15
case 11:11 128:10
cases 1:21
Cassandra 155:9
catch 110:24
Catholic 78:19
  125:9 126:16,17
  126:21
cause 187:8
cemented 161:5
Center 5:15
Cerreta 5:4 6:8
  7:23,24 164:25
  165:21 167:3,24
  169:13,17 170:14
  171:2,15,24
  172:23,25 173:6
  174:1,13,17
  186:12
certain 6:15,17
  16:18 20:22 87:9
certainly 11:9
certificate 88:16,16
  89:1
certification 181:1
certify 187:4,11
  190:3
CFC 158:7,11,14
  158:20
championships
  171:13
CHANGE 189:3
changed 150:7,19
changes 190:5
changing 39:22
check 97:2 179:24
  186:11
checking 58:16
child 28:7,12 30:10

37:13,14,16
children 22:1 23:18
  41:11 48:14 81:12
  82:1,7 84:13 88:9
  90:3 108:25 109:1
  153:5 158:18
  169:5 170:11
  182:20
chill 67:1
chooses 143:10
Chris 7:4 48:25
Christopher 5:20
church 125:15,18
  125:18
cigarettes 40:10,11
Cité 24:22 25:14,22
  26:19 27:4 28:16
  32:16 41:16,20
  48:15 88:19,23
  161:4 162:7
cities 145:5
city 39:12,19 59:19
  89:22 93:17
  119:25 139:7,9
  161:4
Civil 1:2 7:13
claimed 95:13
clarification
  182:22
class 49:23 53:2,11
  54:25 55:7,8,17
  58:1,11 59:15
  68:1,1 78:20 80:2
  80:25 81:14,15,24
  82:1,7 84:1,4
  89:13 111:9 118:6
  178:23,25
classes 50:1 51:11
  51:15 53:19 54:8
  86:1
classroom 76:11,12
  81:12 82:15
  100:18
classrooms 77:7
  83:25
Claude 19:15
clean 35:19,20 36:6

76:8 107:19
cleaning 44:11,13
clear 148:18
  177:20
clients 10:23 11:24
clinic 72:6 73:25
clinics 65:19
close 75:22 158:8
closed 36:9 45:9
  54:22 55:24 57:11
  63:12,16 87:1
  88:17 92:18
  104:13,19,21,23
  104:24 121:20
  122:1 154:23
cloth 38:16
clothes 133:5 186:4
  186:5
CLR 2:11 187:3
coach 77:18
cocoa 42:13
code 150:8
coffee 42:13
cold 40:10 66:18,19
  66:21
COLE 4:21
come 10:23,23,24
  44:15 45:15 61:5
  74:25 77:8 78:20
  78:24 83:11,22,25
  85:13,14,16,20
  88:5 89:13,18
  90:16 109:23
  127:20 135:8,21
  175:12 183:19
  185:6,16 186:6
comes 46:17 82:13
  82:15 85:12
  181:24
comfortable 33:23
Comics 162:2
coming 103:11
  153:12 154:10,13
  185:20
commission 187:24
  190:17
committed 117:21

145:16
common 72:22
communications
  120:25
Communion 126:1
  126:5,8,15,16,18
  126:22
complaint 121:2,4
complete 20:18
completely 92:18
concerning 121:1
  131:2 187:8
concluded 186:22
concludes 186:18
conference 9:9,24
  12:10,14
CONFIDENTIAL
  1:23
CONFIDENTIA...
  1:23
confirm 9:7,21
  11:13
confirmation 9:22
confirmed 12:6
  13:15
confirming 11:5
confusing 55:9
  61:7 96:15 99:20
Connecticut 1:1
  4:14,23 5:7 7:12
  187:4
CONROY 3:13,20
consider 44:14
considered 185:8
Consolidated 1:3
constraints 62:19
contact 10:6
continue 61:10
  64:15,17,20 86:5
  99:11
Continued 4:1 5:1
continues 140:22
conversation 17:19
  132:7 135:12
  177:17 178:7
  179:19,22 184:3,8
conversations

131:1,3 138:2
converse 43:13
cook 38:13
cooking 35:20
  44:11
copied 17:11,13
  21:4
copies 70:10
copy 20:14
corner 39:24
  172:22
correct 18:14 61:16
  61:20,22 65:3
  96:13 107:10
  181:2 182:25
  185:11 190:4
corrections 188:4,6
  190:5
cost 74:16,17
cough 66:2,2
coughing 66:6
Coughlin 5:20 7:4
counsel 7:15 9:5,6
  17:5 187:14
Coupet 5:22 8:15
couple 63:19
  155:21 161:16
course 10:7 99:18
court 1:1 3:21 7:12
  8:11 188:16
courtesy 99:21
courtyard 30:13
  46:4,5 47:2,5
cover 53:6
crazy 92:24 93:12
Creole 15:24 16:3,7
  18:7,8,21 79:15
  79:17 80:5,8,10
  173:11
cried 115:2
CROSS 184:22
cruiser 89:19,21
  117:3
cry 103:14,16
  114:25 115:9
crying 102:8
cups 78:1

curtain 98:18,20
cut 27:19,24
Cyrus 126:24
  127:2,7,10 128:11
  128:14,18,19,21
  129:11 133:14,17
  134:9 135:3 140:3
  152:17 153:10,15
  153:17 154:8,12
  156:10,16,19
  185:7,9,10,11,14
  185:23,23,25
Cyrus's 152:19

**D**

D 7:1
D-I-E-U-D-O-N--
  23:13
D-U 41:18
date 7:6 19:10
  38:20,21 188:9
  190:8
daughter 22:19,21
daughters 22:16
day 5:5 14:5 32:5,8
  36:1 38:19,25,25
  46:10 55:23 72:13
  75:15,16 76:6
  79:18 80:9 81:24
  89:24 100:10
  111:2 113:23
  133:21,25,25
  134:5 140:22
  141:20,22 143:23
  161:12,14 187:5
  187:18 190:16
days 9:6 10:19,19
  12:3 13:10 36:10
  38:23 133:19
  134:1 188:13
daytime 106:24
  114:1,2
December 19:11
  151:11,13
deemed 188:16
DEFENDANT 4:2
  4:10,18 5:3,11

Defendants 1:15
  7:11 121:1 139:5
Defendants' 6:15
  6:17 16:18 20:22
defense 9:5
deponent 7:14
  190:1
deponents 37:24
deposing 188:12
deposition 1:23 2:1
  7:8 9:7 99:15
  135:22 136:8
  163:4,15,18,19,24
  179:4,10,13,16
  186:19,21 188:3
  188:10,14,15
depositions 9:10
  10:5,14
depressed 144:6
depression 144:10
Derulo 48:25
des 56:23 57:14
describe 26:16
  71:19 141:14
  142:10,19 181:12
description 6:14
  182:6
despise 73:1,3
  142:3
destroy 145:7
destroyed 51:14
  145:5
details 59:7 122:10
Dialine 152:4
died 57:22 59:3,4
  61:8,14,18
Dieudonne 23:12
  25:10 27:9
different 9:25
  25:20 123:20
  142:14 160:22
  170:21
difficult 15:21
  79:11 141:21
dinner 179:6
diploma 45:2,5,7
  45:17 49:14 181:6

diplomas 44:8
direct 8:23 62:21
  168:3
directing 17:5
direction 187:10
directly 68:5 96:9
  112:18 142:22
  185:7,11,25
director 86:17,21
  176:20
dirtied 73:8
dirty 37:17
disbanded 48:11
  160:21
discuss 159:12
  179:9,15
discussed 180:22
discussing 178:8
discussion 20:8
disease 144:9
distance 101:9
  110:13,14,15,17
  110:19
District 1:1,1 7:12
  7:12
dix-sept 39:16
doctor 37:11,15
  69:6,25 70:23
  71:19,23 72:6
  73:24 144:8
doctors 65:19
  68:20 70:13
document 1:21
  17:3 18:2,6 20:18
  56:11
documents 68:20
  68:21 159:4
DOE 1:13,13,13,13
  1:14,14,14
dogs 30:13
doing 35:22 46:20
  52:3 88:7 90:5,13
  97:11,12 111:14
  118:5 137:5
  142:24 143:8
  153:24 180:10
  188:8

dollars 39:23
  134:10
Dominican 2:7 7:9
  135:22
dominos 76:14
donated 171:20
door 98:21,23,25
  104:13,14,25
  109:21,23 135:9
  140:11
Dorat 81:14,19
  90:2 111:15,24,25
  118:12
double 61:6 96:14
double-sided
  172:20
Doug 103:7,13
  105:2 109:25
  138:15,19
Douglas 1:7 7:10
  35:6 66:10 72:5
  74:4 83:9 86:14
  86:21,23 90:8
  92:6,7,19 94:8,23
  95:12,16,20,24
  96:1,23 100:10
  101:12,18 103:24
  108:6,11 110:3
  112:16 115:15,21
  115:23 116:4
  117:20 120:2,5
  121:11 128:16
  129:4,7,22 139:8
  139:15 140:24
  145:21 146:6,15
  168:10,13,24
  169:6,9 170:6,19
  171:3
Douglas's 79:2
  84:8,18
drink 40:14,17,23
  41:2,4,5
dripping 102:7
drive 42:21
drives 117:2
drugs 15:17 40:7
du 41:16,20 48:15

88:19,23 161:4
162:7
**due** 62:18
**duly** 8:16,21 187:6

**E**

**E** 1:7,8 4:2,10 6:13
7:1,1 187:1,1
189:1
**e-mail** 150:11
152:22
**e-mails** 152:12,17
152:18,20
**earlier** 91:17,25
136:21 160:15
165:4 169:19,23
174:25 180:22,25
**easily** 153:23
**East** 4:13
**eat** 76:10,16 77:24
133:5 143:12,12
169:8 182:2,3,4
182:12 186:5
**eating** 142:8,16
143:11,18
**Ecole** 56:23 57:13
**education** 85:23
**ehurd@simmons...**
3:17
**either** 91:12 100:21
**elections** 48:19
**Ellyn** 3:12 8:9
**Elysée** 5:25 127:20
**Emile** 34:5 179:12
179:15
**employed** 46:16
187:12,15
**employee** 187:14
**ended** 54:25 103:8
167:10
**ends** 118:22,23
166:3
**England** 1:9 5:12
7:22
**English** 16:9 18:6
92:8 139:11
149:14 168:9

173:10 175:17,19
175:23
**enter** 69:20 76:10
**entered** 68:23
104:24
**entering** 76:4,4,5
**entire** 46:10 117:3
177:9,10
**entries** 174:8
**entry** 173:20 174:3
174:15
**errata** 188:6,9,12
190:6
**especially** 11:23
36:4,5
**ESQ** 3:3,4,12,19
4:3,11,20 5:4,13
**et** 7:11
**Etienne** 19:13
**evening** 108:2
**event** 174:14
**Everybody** 78:7
**everybody's** 9:11
**exactly** 85:19 101:8
142:20 143:13
**examination** 6:2
8:23 184:22 187:9
**examined** 8:21
**exchanging** 39:22
**excuse** 9:2 20:16
66:11 147:9
**execute** 86:24
**exhibit** 16:14,16
20:14,20 56:16
96:4 120:17
140:19 147:21
148:1 155:24
157:4,11,14,22
158:3 160:2 168:4
172:19
**expectation** 159:9
**experience** 36:11
**experienced** 39:7
**expires** 187:24
190:17
**explain** 185:5
**explained** 30:9

**extent** 17:18 131:1
138:1
**eyes** 81:5

**F**

**F** 187:1
**face** 111:11 113:1
164:11
**Facebook** 6:19,21
147:4,5,7,22
149:22 150:2
151:10 152:22
156:15,18,21
157:5,9,12,14,19
157:25 158:3
**fag** 142:24,24
**fail** 188:14
**fair** 175:24 182:16
**Fairfield** 1:8 5:3
7:24 85:15 86:5
168:9,14,17,21,24
169:19 170:1,7,13
170:16,20 171:4,7
171:16,21 172:2
172:10,15 175:16
184:1
**familiar** 63:21
**family** 13:22 29:8
42:9 45:16 151:16
**far** 72:22 101:5
103:18,19,21
105:16 110:10
**father** 1:7 7:18
21:12,15,18,24
22:16,21 28:18
30:9 31:18,25
32:15 42:18 79:2
79:13,24 82:8,19
84:8,17,18 91:17
91:19 124:14
164:3
**father's** 19:14
21:13 23:16,17
25:9
**favorite** 162:9,16
162:19
**feather** 73:19

**feel** 33:22 38:22,23
39:1 49:7,7 66:21
71:24 113:6
119:16 143:6
145:8 146:5,14
**feeling** 66:19
145:18
**feet** 102:7 181:18
**Félix** 49:20 50:5,9
50:16 51:9,10,13
51:17,21,25 52:3
52:19 53:10,12
54:14,16,19,25
55:14 56:23 57:14
59:24 165:5,12,17
165:24 166:17
167:5,13,17
**fell** 162:23
**felt** 81:5,6 102:7
103:8 117:7 119:5
141:7
**feminine** 142:7
**fever** 66:17 69:4
110:24
**fifth** 53:13 54:19
57:15 59:25
**fight** 84:19 183:23
**file** 140:6
**filed** 1:22 70:1
138:15,20,24
140:2
**financed** 168:10,14
**financial** 106:13
**financially** 187:15
**financing** 168:24
170:7,20
**find** 46:3,10 48:9
48:10 69:25 86:4
128:19 134:1,1
153:21,22 161:9
168:16,16
**finding** 146:6
**fine** 12:16 112:19
112:20
**finger** 105:2,17
116:5
**finish** 45:11 57:23

62:21 183:25
**finished** 64:22
67:25 139:15
172:4
**firm** 10:9,11
**first** 6:16,18 8:21
9:7 14:20 16:18
18:5 20:22 28:6
49:16 51:22 52:18
52:19,24 53:20
54:18,18 56:22
57:2 65:25 66:16
67:6 69:21 71:3
86:23 96:5,25
97:1,2,13 103:7
103:13,25 106:18
107:2,9 108:14
113:11 115:23
116:20 121:2
140:3 148:1,4
166:7 168:7
**five** 1:14 9:6 10:19
12:3 13:10
**flag** 76:9
**flip** 140:20 150:21
151:19
**flooding** 52:13
**floor** 3:6 4:5 39:22
39:24 59:13 60:9
60:13,14,16
158:17,19
**floors** 100:18 183:5
**Folkman** 4:3 6:4,6
7:17,18 8:24 10:7
11:8,16,21,25
12:3,11,18,23
13:2,8,11,18,20
15:9,12,13 17:1
18:1 20:4,11,25
24:1,20 29:17
30:1,18 31:2,6
32:24 33:7,17
34:7 35:15 36:24
37:23 38:3 39:10
39:16 40:5,12,18
40:21 41:3,12
42:3,7 44:2 45:3

45:18,24 46:12,19
47:6,21,24 49:6
49:10 52:22 53:3
55:9,11,13 56:6
58:12,14,20,23,24
59:17 60:17 61:13
61:25 62:10,21
64:9 65:14 66:9
66:14 67:14 68:14
69:2,12,17 70:7
70:15 71:8,17,25
72:21 73:11,20
74:14,21 75:5
78:9 80:13 81:7
83:17 84:22 85:5
87:15 88:11 89:8
90:19 91:11,23
92:12 93:2,16,21
94:3,22 95:2,8,17
95:22 96:16 97:19
98:5,13,22 99:6
99:13,18,22 100:9
100:14 101:2,10
102:12 103:5
105:13,23 106:7
106:17 107:6,7,16
109:20 110:9,20
113:22 114:11,16
114:23 115:14
117:18 118:2
120:8,22,23
121:21 122:12,25
123:5,10,16 124:4
124:7,10,16 125:3
125:8,13,20,24
126:4,13 127:22
128:4,12 130:19
131:5,11,16,24
132:20 134:3,8,23
135:6,14,20,25
136:4,11,15 137:1
137:8 138:9 139:2
139:17,18,23
140:13 143:16
144:4,13,19,25
146:4,13,20 147:2
147:18,24 149:10

149:16,18 151:22
152:1,3,16 154:6
154:11,18,24
155:3,13,20 156:5
156:7,14 157:7
159:1 184:24
185:4 186:11,13
186:16
**follow-up** 186:9
**follows** 8:18,22
**fondle** 105:19
**food** 35:18 36:1
44:12 53:7 77:25
77:25 143:20,21
168:16
**football** 77:20
171:12,18
**forced** 74:8 97:6
**fore-notice** 10:4
**foregoing** 190:3
**foreigners** 78:10
169:15
**forget** 141:18
**form** 105:10
145:24 190:5
**formation** 47:8
**Fort** 25:8,18 26:1
28:23 29:22 30:2
**forth** 89:16 156:21
**forward** 10:14
11:20
**found** 33:5 41:14
52:1 75:11 85:23
94:1
**four** 1:13 22:4,7
29:1 48:1
**fourth** 53:2,2,10
54:18 57:4
**free** 64:21,25 65:5
**French** 16:11
173:12,15,17,19
**friend** 73:17 75:11
121:17 142:24
151:5,6 152:19
164:17,17
**friendly** 78:4
**friends** 33:6,6,9

34:2,12 35:16
38:12 78:8 123:23
142:23,23 152:21
156:15 158:9,17
158:21 160:13,15
161:6,9,11 162:3
164:8
**friendship** 156:18
**front** 16:15 20:17
48:6,7 56:17
59:13 78:1 99:10
118:16,17,20
120:17 142:1,2,5
143:21 147:19
148:25 149:1
150:22 155:23,25
181:16
**full** 181:18
**fun** 142:12 143:5
182:15
**Fund** 1:8 63:10,17
**further** 1:23 9:3
187:11

————————————
### G
**G** 3:19 7:1
**gallery** 29:1
**game** 171:18,18
**games** 173:1
**Garabedian** 3:3,5
8:5,6 9:2 10:13
11:12,18,22 12:1
12:6,13,20,25
13:4,9,15,19
71:22 87:13 93:25
101:13 107:3,12
134:6 144:23
151:24 163:5
174:11
**garabedianlaw@...**
3:9
**Garçons** 56:23
57:14
**Gary** 137:9
**gate** 75:24 76:24
97:3 100:20,25
101:6

**gathered** 169:5
**gay** 142:1,5,6
**genitals** 105:19
116:13
**Gerry** 34:6
**Gervil** 1:3,4 7:10
**Gesner** 163:13
**getting** 129:7
**girlfriend** 23:25
24:2,5 135:9
146:2,7,24
**girls** 147:1
**give** 9:5 11:19
13:12 34:2 44:15
45:22 47:13 48:9
52:5 59:6 68:2,4,5
69:13,18 72:12
76:8,13 85:22
94:14 115:21,22
115:24 119:9,14
122:10 130:8,18
130:23 131:7,15
131:18,22 133:6
141:17 171:11
185:4,18
**given** 13:24 163:4
190:4
**giving** 183:23
**glass** 109:14
**glasses** 181:16
**go** 9:3 10:14 11:20
12:21 17:21 20:4
20:13 27:2 29:15
30:21 31:7,12
33:10,18 36:2
37:11,20 38:6,10
40:25 41:10 49:14
49:16,19 51:11,12
51:13 54:2,3
58:17,17,21 60:22
61:19 62:9,18
66:15 67:11 68:6
69:24,24 72:6,8
73:24 74:2,11,22
75:3,14 76:10,11
77:15 84:2,21
86:1 87:25 88:9

88:12,18 89:4,12
90:22 91:14 94:6
98:21 99:10,11
101:23 107:13,13
119:13 125:18
128:23 129:14
130:20 131:18,20
133:14,25 135:9
140:3,14 149:21
150:3,8,18 153:12
153:20 155:13
161:9 167:14,18
167:20 168:1
170:12 172:18
178:16 184:14
**God** 119:9,14
125:11 145:5,7
**God's** 145:8,12,19
**goes** 166:7
**going** 10:1 11:6
14:19 16:15 20:6
33:12,22 43:6
47:13 51:21,24
55:2 56:17,18
57:21 59:2 62:12
62:19 64:8 84:1
84:24 87:10,11
90:17 92:24 93:11
96:4 97:4 99:3,5
101:21,22 102:6
102:15 110:22
112:23 113:17
115:19,25 119:9
119:14 121:15
130:2 132:4
135:10,15 138:22
147:19 149:11
154:16 155:15
159:7,9,10,14
160:5 162:24
166:23 170:11
178:23 179:19
182:2,3,4,7,12
184:17 186:20
**Golden** 162:23
**Golkow** 7:5
**Gomorrah** 145:6

**good** 7:17,20,23 8:3
8:5,25 11:21
31:15 37:4 49:7
50:19 53:21,24,25
54:2 63:2 85:25
151:9 162:13
165:1 174:24
**gotten** 20:14 76:5
185:23
**gourde** 53:5 66:3
**gourdes** 50:10,13
67:13,15 69:21
134:7
**grab** 140:8
**graciousness** 9:16
**grade** 49:22 51:12
52:23 53:20 57:2
57:3,4 58:2,2
**grades** 49:12,21
55:15,19,21 56:1
57:15,23 59:25
**graduate** 65:9
**graduated** 65:7
**Grand** 173:3
**grandmother**
23:10 26:20 27:3
27:20,23 28:17
29:2,5 30:5,11,19
31:10,12,13 41:14
41:19,25 42:2
50:12 53:7 59:19
60:6 65:13 75:10
88:19,22,23
**grandmother's**
24:13 88:25
**grandparents** 23:9
**great** 11:22
**grill** 38:14
**ground** 37:3 94:15
94:17 158:10,12
**grounds** 114:18
**group** 33:8 34:2
35:16 36:18 40:1
40:6,13,22 48:1
48:11,13 49:1
62:21 80:25 85:21
91:8,13 92:23

139:4 160:14,22
169:5 170:18
176:1,5 177:23
186:11
**growing** 24:12,13
50:22
**grownups** 76:17
**guess** 50:18
**guy** 48:20 59:3 97:8
113:6 164:9
**guys** 34:25 48:4,15
86:3
**gymnasium** 78:3

---

**H**

**H** 3:12 6:13
**Haiti** 1:8 10:23
63:10,17 72:8,10
72:23 90:25 94:23
95:16,20,24 96:1
121:5
**Haitian** 48:24
49:13 76:17,21
77:3,10 78:5
79:16 80:7 127:3
127:12 128:6
166:4,12,15
**half** 18:5,7
**hand** 102:4,8 103:9
105:21,25 106:1,4
113:1 156:5
187:18
**handed** 185:15
**hands** 77:25 101:24
129:22 181:18
**hang** 33:1 142:25
**hanger** 42:14
**HANLY** 3:13,20
**happen** 42:23
52:14 108:22
117:7 120:1 142:1
147:12
**happened** 52:12,12
68:8 93:12 97:13
97:15 112:15,21
113:24 120:3
122:4 141:17

142:22 143:22,23
143:25 152:13
177:14 183:6
**happens** 13:6
**happy** 10:12 12:11
13:11 62:24
154:15
**hard** 133:24
**harm** 106:13
**Hartford** 4:23 5:7
**he'll** 17:23 125:1
126:10
**head** 101:25 113:14
**heads** 48:17
**healthy** 145:24
146:9,16
**hear** 63:6,10,13,17
85:6 86:11 103:18
103:19 130:10
143:4
**heard** 14:24 28:13
85:11 103:21,22
115:11 128:25
129:3,6 130:11
133:13 139:15
172:15 176:25
**hearsay** 119:25
**heating** 93:14
**held** 2:3 7:8
**hello** 34:16 143:1
165:2
**help** 45:16 48:10
59:16 128:15
130:2 132:4
144:15
**helped** 127:13
128:7 148:23
**helpful** 160:3
**helping** 38:8 132:3
148:22 151:9
**Henry** 19:15
**hereinbefore** 187:6
**hereto** 187:15
**hereunto** 187:17
**high** 65:4,4,7,10
74:18
**Hills** 25:22 26:3

118:8
**hire** 45:11
**history** 51:3 71:14
**hobby** 49:6
**Hold** 37:21 151:23
156:12 182:5
**home** 26:19 49:24
50:3 52:2,8
142:17
**homosexual** 73:1,3
73:6,13 119:21
142:2
**homosexuals** 73:15
143:5
**Hope** 1:7 4:10 8:4
169:25 175:1,3
**hospital** 46:25
65:21,24 66:1,15
66:22,23,25 67:11
68:2,19,23 69:13
69:21 70:4,11,14
70:17 71:18 72:2
72:7 73:23,25
74:4 98:4
**HOSPITALLER**
1:10
**hospitals** 65:20
**hot** 66:19,20,20
**hotel** 9:17,17 11:15
39:23 59:4,9,13
60:9 142:11
162:25 163:8,9
**hours** 77:8 88:6
**house** 24:15 26:25
27:4,11,17,21
28:14,15,24 29:8
30:2,6,20,22,24
31:7 41:15 81:18
88:15,18 89:1
92:20 94:5,9,11
94:19 108:23,24
108:25 109:5,5,6
109:10,12,21,25
110:4,10,21 111:5
111:17,18,24
112:3,11,18
113:24 158:8

161:5 182:24
183:2
**housekeeping** 9:3
**houses** 110:8
**humiliate** 119:23
**hump** 181:15
**hungry** 36:2
**Hurd** 3:12 8:9,9
**hurt** 38:17 102:6
103:15 113:10
117:19
**hurting** 69:10
117:13,15,23
**hurts** 46:24 71:24
102:5 103:15
115:6,6

---

**I**

**identification**
16:20 20:24 69:19
147:23 157:6
**identify** 7:15 56:20
120:25
**Ilguens** 178:6,22
179:3,6
**ill** 97:24
**Illinois** 3:22
**illness** 98:1
**imperative** 188:11
**important** 14:23
15:2 81:5 175:8
175:10
**include** 116:15
**includes** 138:1
**including** 105:24
145:18
**inconvenience** 10:1
11:23
**INDEX** 6:1
**indicated** 180:25
182:24
**individuals** 9:23
11:6,13
**initials** 63:20
**injured** 140:16
**inside** 66:18,21
78:25 83:19 90:22

94:19 97:4 99:2,3
100:17 104:6,7,15
107:19 110:7
**instance** 12:13
**Institute** 56:7
57:18,24 58:8,25
60:23 61:11 62:4
64:14 148:10,19
**instruct** 14:6 55:2
138:22
**instructing** 17:20
131:3 138:3
**instruction** 51:5
**INSTRUCTIONS**
188:1
**interest** 116:17
**interested** 187:16
**internationally**
10:22
**interpreted** 179:20
184:3
**interpreter** 5:22
8:13 9:13,13
10:18 176:5,6,8
176:22 177:22
**interpreters** 9:9
11:15 13:13
**Interrogatories**
6:16,18 16:19
20:23
**interrogatory**
56:13 168:5
**interrupt** 99:12
**introduce** 127:6
**introduced** 174:25
**inundation** 51:7
**involved** 146:25
**issue** 9:24 64:11
182:21
**issues** 9:20 10:2
11:3,7
**Isuzu** 112:17
**items** 140:14

**J**

**J** 4:3
**Jacques** 34:6 35:8

121:17,23
**James** 34:6
**Jason** 48:25
**jcerreta@daypit...**
5:9
**Jean** 5:25 81:19
137:9 178:6,21
179:3,6,12,15
**JEAN-PIERRE**
58:19
**Jeff** 8:3 175:1
**JEFFREY** 4:11
**JERUSALEM**
1:10
**Jessica** 78:14
**Jesuit** 124:23 125:5
**Jesus** 1:9 5:11 7:21
**jkennedy@mwll...**
4:16
**job** 42:10,12,16,18
42:20,24 43:14,17
44:6,14,18,22
45:20 46:7,9
47:10,13,14 181:1
181:7
**jobs** 42:8 44:10
**John** 1:10,12,13,13
1:13,14,14,14 5:4
7:23
**joke** 158:21 179:17
**jokes** 158:10
160:12
**Jose** 28:21 81:21
127:5,6,10,11,14
128:5,14
**Joseph** 59:3,5 60:9
61:8,14,18 88:1,3
154:1
**journalist** 127:3
153:22
**Jovenel** 20:2 21:8
21:11 43:3,14
**Judo** 78:2
**juice** 78:1 116:1,2
**July** 18:2
**June** 166:16
**Junior** 90:2 100:16

100:17,17,24
107:15,15,17
111:15 112:1
118:12
**justice** 127:13
128:7,16 140:6
**Justin** 48:25
**Justinien** 67:2,4
68:2,18 70:3,11
72:2

**K**

**K-I-T-E-Y-O**
32:12
**keep** 14:24 33:22
**Kennedy** 4:11 6:9
8:3,4 140:7,10
174:23 175:1
176:16,24 177:5
178:4,20 180:7,18
181:5,11 182:14
183:8,20 184:7,12
**Kensley** 1:23 2:1
6:3,20 7:14 8:20
13:24 77:16,17
101:19 157:5,15
186:19 190:8
**Kensley's** 6:15,17
16:17 20:21
**Kensley@Yahoo....**
150:13
**kept** 170:11
**kick** 37:3 121:15
**kids** 81:23 89:23
93:22 114:7,12
118:5,10 139:4
153:2 155:4
158:11,18 180:14
180:15
**kill** 119:7,12,17
**killing** 117:7 119:5
**kind** 10:8 46:1
48:23 80:5
**KING** 4:4
**kitchen** 77:6,6
82:15,18 98:16
99:8,10 100:8

170:10
**Kite-O** 32:11
**Kleenex** 140:8
**km** 2:6
**knees** 101:24
**knew** 28:8 48:15,15
52:3 60:18 79:20
81:5 119:23
128:20
**Knight** 5:13 6:7
7:20,21 159:19,20
160:5,8,18 163:7
164:21,24
**know** 11:11 14:17
15:3,20,23 16:23
18:17,19 28:9,11
29:16 31:1,3,22
32:21 33:21,22
35:3,7 38:4 41:1,2
42:15,23 43:12,20
47:7 52:10 53:25
55:6 56:4 58:23
59:10 60:14 61:4
62:4 63:11,15
64:3,19 65:12,15
67:15 68:16,17
69:7 71:6,13
72:22,24 74:20
75:12 78:18 81:1
81:4 89:3,7 92:13
92:15 94:21 97:22
98:7 99:14,19,23
100:5,6,21,24
101:19,22 102:3
103:19,21,22
105:1,4,16 106:15
109:5,7 110:12,12
110:17,18 112:8
114:17,22 115:11
115:13 116:5,7,9
116:18,19 117:2
118:7,8,9 123:1,4
124:17,22,23
125:4,7 126:24
127:10,14 128:9
128:19 130:17
131:17,25 132:3

133:16 134:18,22
135:2,5,7 136:1,6
136:7 137:5,9,11
138:14,17,18
139:3,8,19,22,24
142:6 143:1
147:13,15 149:12
150:17,17 151:14
152:9 155:7,9
156:23,25 163:17
166:3 171:20,23
172:11 175:10
176:12 177:14
178:3,6,10,13,18
179:5,23 180:21
**knowledge** 187:7
**known** 37:24
178:21
**knows** 9:17,18 38:2
135:2
**Konpa** 48:24
**Koulou** 77:19

**L**

**L-A-R-I-A** 147:10
**L-E-S-C-O-T**
24:23
**lab** 71:4,9
**lady** 181:14
**Lakou** 46:4
**Land** 89:19 117:3
**late** 95:7 159:11
**laughing** 79:20
80:12
**law** 3:5 145:9,12,19
**lawsuit** 70:2 140:2
140:6
**lawsuits** 138:16,20
138:25
**lawyer** 7:18 14:6
56:14,17 99:24
131:8 140:20
**LAWYER'S** 191:1
**lawyers** 52:6
123:15,18 172:14
**learn** 50:15,16 54:1
87:23

**learning** 79:18
**leave** 16:22 30:2,12
  58:25 75:4 76:16
  79:1 130:6 140:10
  154:17
**leaving** 172:13
**left** 29:21 53:10
  67:25 106:20,23
  111:21,23 112:13
  167:4,13,17
**Lescot** 24:22 25:14
  25:22 26:19 27:4
  28:16
**let's** 10:25 33:10
  38:1 56:16 62:10
  84:22 135:13
  155:13
**letters** 148:25
**level** 64:24
**License** 187:22
**lie** 141:16
**life** 24:9 30:17
  50:18,18,19 75:13
  146:10,16 153:21
**liked** 50:22
**likes** 97:11
**Lillian** 77:5
**line** 13:1 189:3
  191:2
**list** 137:15,17,21
  138:7
**listed** 140:15
**listen** 14:8
**listened** 92:10
**listening** 163:21
**little** 16:1,5 35:22
  44:3 48:1 94:15
  99:20 111:19
  113:15 139:10
  140:17 147:3
  162:25 166:20
  181:14,15,16
**live** 24:10,15,17,21
  25:3,6,12 26:12
  30:3 41:19 74:11
  78:22 79:3 80:15
  85:22 87:6 118:8

119:10,15 128:20
  175:7,13
**lived** 24:3,8,8,14,25
  25:3,7 26:17
  28:14 29:4,22,22
  32:21 41:6,8
**lives** 27:19
**living** 23:9 28:15
  29:2,3,7,13 32:1
  32:10,15 35:17
  36:3,12 39:25
  40:7,14,23 41:21
  41:25 50:4 59:18
  60:5 88:21
lknight@sloane...
  5:18
**LLC** 4:12
**LLP** 4:21 5:5,14
**loaned** 41:15
**location** 9:25
**locked** 99:4 104:15
  104:16,18
**long** 14:17 25:12
  26:12,14 57:9
  60:18 86:25 87:18
  92:16 108:1,13,16
  108:20 110:14,18
  117:25 133:2
  140:2 141:3,9
  146:18,21 154:3
  177:19 178:21
  179:21,21,24
**longer** 85:2
**look** 11:4 21:1 44:7
  44:8,25 56:16
  96:3,4 120:16
  155:22 157:2
  159:7 184:15
**looked** 27:1 39:14
  44:22 46:1 47:1
**looking** 58:15
  83:13 145:4
  150:22 160:1
  168:7 172:19
**looks** 183:7
**lose** 52:15,16 144:1
**lost** 88:17

**lot** 35:25 52:12,14
  52:14,15,16 81:11
  87:20 90:11,20
  97:11 101:20
  109:1,8 111:9,10
  158:9 168:17
**loudly** 103:16
  115:9
**Louis** 1:3,4 7:10
**Love** 173:7
**LSR** 2:11 187:2
**LU** 3:4
**Lui** 140:8
**lunch** 102:14
**luncheon** 102:17
**Luperón** 2:6
lxia@garabedian...
  3:10
**Lydia** 5:13 7:20
  159:20

───────────
**M**
M-A-R-C-E-L-L...
  23:14
M-I-C-H-E-L 25:8
M-I-M-O-S-E
  21:22
**Mackenson** 34:5
  35:8 121:18,23
  123:20,21 124:4
  124:11,19
**mad** 106:21
**Madame** 21:5 68:1
  78:20 79:4,9 80:1
  80:25 81:17 82:2
  82:6,8 84:3 85:12
  85:17 86:10 160:4
  170:10,15,25
  172:3 175:3,21,25
  176:22 177:21
  178:1 180:1,3,10
  180:19 181:12
  183:12,15
**Madison** 3:14
**Madrid** 162:8
**maestro** 48:18,19
**Mafia** 173:22,25

174:1,4
**Main** 4:13
**majority** 152:6
**making** 143:5
  158:10
**Malta** 1:11,12 4:18
  8:2 63:4,7,14
**man** 77:10
**managing** 74:9
**Mandella** 56:8,15
  57:18,24 58:8
  59:1 60:2,23
  61:11 62:5 64:13
  148:11,20
**Marcellin** 23:12
**Margarette** 88:1,3
  154:1
**marked** 16:19,24
  20:18,23 147:20
  147:23 157:3,6
**marking** 16:14
**married** 19:18,20
  21:17,18,23,25
  23:7,20
**Massachusetts** 3:7
  4:6 5:16 156:3
**Master** 66:21 67:7
  67:16,17 68:3,10
  68:19 77:6,7
  79:10 98:3
**matches** 162:5,6
**math** 51:1
**Mathieu** 134:18,25
  135:2,5,7,8,12,21
  136:12,16,19
  153:7 184:25
  185:4,7,9,14,18
  185:24 186:1,1,2
**Mathieu's** 134:20
  136:1
**matter** 7:9
**matters** 99:15,20
  121:1,4 187:8
**mattress** 94:16
**Maureen** 2:11 8:12
  187:2,22
**Maxen** 90:2 111:15

111:17 118:12
**McKenzie** 34:6
**mean** 10:2,25 37:22
  38:18 40:16 49:4
  55:6 72:14 83:19
  126:14 127:9
  143:4,11,12 145:3
  146:22 149:15
**means** 30:6,20 38:2
  38:4
**meant** 81:1,4 84:15
  121:9 128:6,9
**measure** 69:8
  110:18
**medical** 38:7 70:3
  70:10 71:13,19
  144:9
**medically** 38:8
**medicine** 66:4 68:3
  68:4,6,11,13,17
  71:4
**medicines** 15:14
**meet** 33:1 127:4
**meeting** 131:13
  137:23 138:4,11
**meetings** 138:2,6
  138:10
**men** 48:12
**men's** 9:18
**mental** 140:21
  141:1
**mentality** 72:10
**mentally** 142:4
**mentioned** 34:25
  35:3,6 44:18 62:5
  171:6
**Mercellin** 25:10
  27:9
**Merline** 79:9,9
**mess** 47:15
**messages** 156:20
  157:24 158:2
**met** 86:18 154:25
  175:3 179:25
**Michael** 3:19 8:7
**Michel** 25:8,18
  26:1 28:23 29:23

30:3
**Micheline** 19:13
**microphones** 128:2
**middle** 101:11
**Mike** 15:9 58:14
61:13 120:22
127:23
**MILANO** 4:12
**MILITARY** 1:9
**Mimose** 21:22
**mind** 30:16
**minute** 9:19 59:23
127:21,22 156:12
160:6 184:15
**minutes** 44:9 58:18
58:22
**misconception** 72:9
**misses** 68:21
**mistake** 20:13,16
56:9,10 62:7
145:16,16
**mistakes** 18:15,17
18:19 19:2
**misunderstood**
104:17
**Mitchell** 3:3,5 8:6
**Mm-hmm** 47:6
**Mo** 89:18 117:2,9
118:3,11 154:20
154:22
**mom** 42:10
**mom's** 24:15
**moment** 20:5 62:18
127:18 151:23
182:6
**money** 30:8 35:22
35:25 37:15 41:15
42:15 44:12 50:8
53:8 71:5,11
72:11 75:10,10
129:8 130:8
132:11,16,21
133:4,6,8,10,14
133:17 134:24
138:20,24,25
139:6,20,24
184:25 185:2,4,6

**185:**8,15,16,19,22
**month** 32:6
**months** 46:22
**mood** 49:9
**morning** 7:17,20
7:23 8:3,5,25 39:2
63:2 75:3 76:7
84:3 87:5 89:10
91:15 108:3 114:3
118:14 174:25
184:24 185:3
**mother** 21:11,15,19
21:23 22:19,21
23:15,17 24:11,24
25:9 27:6,7,25
28:17 30:9 32:1
**mother's** 19:12
21:16 23:15 24:24
27:5,7,25 32:5,7
**mouth** 97:6 113:3
116:10
**move** 26:7 41:13
**moved** 28:23 29:19
32:20,25
**movie** 173:7
**movies** 76:15
161:22,24 162:1,3
**moving** 10:13
**mstewart@simm...**
3:23
**MURPHY** 4:4
**music** 48:23,25
49:8 50:18,20,21
163:21

**N**

**N** 7:1 47:17,18,19
47:22 148:3
160:17,19
**N-A-Z-O-N** 42:14
**name** 7:4,17 9:1
13:22,24 17:12,13
17:16 19:12,14
21:6,21 22:15
23:11,14 28:3,6,8
28:9 34:25 35:2
54:1 63:2,6,10,13

63:17,21 68:24,24
69:1,23 79:11,23
82:1 111:12 112:6
112:7 134:20
136:1 137:14,17
137:21 138:7
147:7 148:24
152:7 156:10
158:20 159:20
176:12
**named** 22:12,13
123:20 126:24
134:18 137:9
152:4 155:9 187:6
**names** 20:1 22:5
28:11,18 33:8
34:2 35:5 76:22
76:25 81:8 111:8
111:13 118:9
177:8
**Nathalie** 5:22 8:15
107:14
**National** 49:20
**Nationale** 56:23
57:14
**Nazon** 42:14
**near** 25:22,24 26:1
26:3,5 36:14
161:5 173:21
**necessary** 188:4
**neck** 106:2,2
**need** 14:16,21
16:24 33:10,21,24
45:20 72:8 98:6
104:12 113:13
127:22 141:24
153:10 166:20
184:14
**needed** 45:6 171:11
181:1
**negative** 61:6 96:15
**neighbor** 27:19,21
**neighborhood**
25:16,20 32:13,17
39:11,19 161:10
161:11
**neighbors** 29:3

**neither** 29:10 155:2
187:11
**Nelson** 56:8,15
57:18,24 58:8,25
60:2,23 61:11
62:4 64:13 148:11
148:20
**never** 24:14 30:9
35:9,12,13 37:9
39:14 41:2,8,11
43:13 48:7 54:16
56:4 57:19,22
71:5,11 74:20
83:6 87:2,6 92:10
94:7 105:14,16
106:24 109:6
116:3,11 138:7,11
140:5,5 153:3
154:22 156:17,18
157:23,24 158:12
164:10,13 174:2
175:24 183:15
**new** 1:9 3:15,15
5:12 7:21 17:24
46:4,4,5 47:2,4
**nice** 162:12 182:19
182:20
**Nicholas** 78:14
79:19,22,22 80:11
82:5,9,10 83:10
176:9,10,10,13,18
176:21 177:24,25
179:20 182:2,2
184:3
**Nicholas's** 82:24
**nickname** 136:5
137:13
**nicknames** 19:3,8
**night** 39:2 40:10
106:22 124:15
141:19 179:7,8
**nighttime** 114:1
124:2,12
**Nixon** 66:21 67:7,7
67:16,17 68:3,10
68:19 79:10 98:3
**noise** 182:1

**noon** 76:12 85:4
**Notary** 187:3,24
190:19
**note** 159:2
**notebook** 69:11
**noted** 190:6
**NOTES** 191:1
**notice** 9:6 12:2,4
13:9,12
**number** 7:13 16:16
20:19,20 69:13,14
96:4,5 108:23,24
112:18 120:17
130:18,24 131:7
131:15,18,23
132:1,4,5,6
140:18 147:20,21
155:22 157:3,4
168:5 182:25
**numbers** 153:5
**nurse** 37:20,25
38:10 73:24
**nurses** 68:20

**O**

**O** 7:1
**o'clock** 58:17 75:4
75:19,20,21,24
76:7
**O'Connor** 2:11
187:2,22
**O-R-V-I-L** 21:22
**oath** 14:2 159:24
**Object** 105:10
**objection** 14:12,12
17:17 23:24 24:18
29:14,24 30:4,25
31:4 32:22 33:2
34:4,18 35:11
36:19 39:8 40:2,8
40:15,24 41:9
42:1,6 43:24
44:24 45:13,21
46:8,15 49:3
52:20 53:1,23
55:1 56:3 58:9
59:11 60:11 65:11

66:8,12 67:12
68:12,22 69:5,15
70:5,12,24 71:15
71:22 72:19 73:4
73:16 74:12,19
75:2 78:6 80:6
81:3 83:15 87:13
88:8 89:6 90:15
91:9 92:9,21
93:13,19,24,25
94:20,25 95:5,15
95:21 97:17 98:2
98:11,19,24
100:12,23 101:7
101:13 105:20
106:5,14 107:3,11
107:12 109:18
110:6,16 114:8,14
114:21 115:12
117:16,24 120:4
121:19 122:9,23
123:3,8,12 124:13
124:24 125:6,10
125:16,22 126:2,6
127:16 128:8
130:16,25 131:9
131:14,21 133:22
134:6,21 135:4,23
136:2,9,13,24
137:6,25 138:21
139:21 140:4
141:23 143:14
144:2,11,17,23
146:1,11,17,23
147:17 149:8
152:14 154:4,9,14
154:21 155:1,11
163:5 167:22
169:11,14 170:8
170:23 171:9,22
173:4 174:11
176:14,23 178:2
178:17 180:4,13
181:3,9 183:4,17
184:5,10
obligation 133:11
occurred 177:12

odd 44:10
offered 60:22
office 20:15 82:24
90:18 97:20
OFFICES 3:5
oh 22:7 45:10 48:18
101:19 107:17
115:5 132:23
142:23 153:11
159:1
okay 11:16,21,24
11:25 13:2,8,11
13:19 14:8,14,21
14:25 15:5,24
17:2,15,25 18:21
19:3 21:7,17 22:3
22:8,11,22 24:14
24:17,25 26:25
27:7,11,25 28:14
33:18,24 34:8
35:2,16 41:24
44:5 45:10,25
49:16 52:23 54:13
55:11 56:12,16,18
58:13,20 59:18
60:5,8,21 61:7,8
61:24 62:8 63:23
64:5 65:6,18
68:18 71:9,13
72:14 74:22 75:24
76:2 77:12 79:13
87:6 89:3,4,9
91:12 92:16,19
94:4 95:11 96:21
98:6,6,7,7,8
100:10 102:10
103:24 105:1
106:3,8,18 107:17
107:20 108:13
111:24 112:3,15
113:14 116:20
119:2 120:24
121:8,11,22
123:18,19 125:1
126:10 127:25
131:12 132:5,13
135:14 139:3,13

139:17 140:12
143:17 147:12,19
148:23 149:6,11
149:21 150:5,21
152:9,12,23
156:15,20 157:1
157:24 158:7,23
159:21 160:7
163:1,2 167:12
171:3 172:18,24
175:2,17,24 176:4
176:10,13,18,21
177:6,12,16,20
178:13,16,21
179:9 181:25
182:21 183:2,21
184:2 185:3,10,18
186:7,14,17
old 23:5,6 26:24
43:19,21,22 145:5
181:14
older 22:25 28:18
29:9 34:10
oldest 22:22
once 76:5 80:1 86:3
98:20 120:10
134:11 161:19
one-time 184:8
ones 22:25 35:2
90:3 94:1
open 75:25 98:20
99:5,5 104:13,19
109:16 140:11
oranges 38:13,16
order 1:10,12 4:18
8:1 62:18 63:4,7
63:14 181:1
original 188:12
Orlando 162:20
Orvil 21:22
Oui 14:10 150:25
outside 66:19,20,20
68:7 99:1,4 104:5
114:19
oversight 12:16
owner 27:24 59:8

P

P 7:1
P-E-U-P-L-E 41:18
P-O-U 147:10
p.m 75:4 76:16
83:2 89:14 100:13
159:4 166:7,9,24
173:22
page 6:2,14,21 17:6
21:2,4 148:1,4
149:24 150:21,23
151:24 152:1
156:24 157:5
160:4,6 173:20,21
189:3 191:2
pages 6:19 20:15
147:22 190:4
paid 46:14 50:11
65:6,9 67:15
pain 38:22,23 39:2
140:21,23 141:1,3
141:5,6,7,9
paint 40:1,3
pans 44:11
pants 101:23 113:4
181:17
paper 17:10,11
68:5 69:1,24 71:2
71:3,6,7 155:25
156:6
papers 45:20 52:8
paperwork 45:19
parents 19:16,18
21:17 24:17 25:4
25:7 29:10,13
75:9
parents' 26:18
parking 28:25
94:12
part 27:20,24 29:7
121:2
participate 155:4
particular 39:11
particularly 36:17
78:4 168:4
parties 62:17

187:13,15
party 10:14
pass 142:2
passed 45:8 60:25
167:16
password 150:20
patient 68:25 69:14
Paul 1:7 4:2 7:18
7:19 78:18 80:22
82:6,8 84:13 85:7
86:6,7,10 91:1,25
92:3,5 95:9
123:25 124:1,12
124:14,21 125:4
164:4
pause 113:15
127:24 159:16
166:20 182:9
184:19
pay 30:6,20 46:13
46:14,18 50:8
57:21 59:3 60:22
61:1,15 67:10
68:10 69:21
paying 65:15
pee 62:9 84:21
166:21
penis 97:7,7 101:25
102:5 105:6,9,14
105:24 106:3
113:4,10 116:9,15
people 10:24 11:10
12:21 22:1 28:13
33:5 35:20,21
36:7 38:8 39:22
40:1 42:8,22
45:10,15 48:9
53:24 59:19 71:1
72:25 73:3,9,12
73:14,18,22 76:23
76:24 77:24 83:23
92:25 100:15
103:18 109:7,8
110:4 111:3,9,10
111:14 119:21,23
123:14 127:13
128:7,15 138:14

Confidential - Subject to Further Confidentiality Review

138:18 142:3,12
143:4 145:14
148:21 152:6,7,10
161:12 163:3
170:3 180:16
people's 30:22,24
31:7 77:25 111:8
161:4
Pere 7:19 78:18
80:22 82:6 84:13
85:7 86:6,7,10
91:1,25 92:3,5
95:9 123:25 124:1
124:12,21 125:4
164:4
Perfect 172:24
period 165:14
166:1,11
periods 165:11
Perlitz 1:7 7:11
35:6 66:10 86:14
90:8 92:6 94:8,23
95:12 96:7,23
100:11 103:7,14
105:2,2 108:6
110:1,3 116:9,13
116:21 117:20
121:3 128:16
129:4,7,22 138:15
138:19 140:16,24
145:21 168:13
171:3 182:23
Perlitz's 92:20
person 17:15 57:21
57:21 59:2 69:4
69:22 73:5 111:20
111:21 112:10
119:20 126:24
133:11,12 142:2,5
142:6 143:8 144:9
147:13 150:7,19
164:12,13 174:9
187:6
person's 47:15
personal 179:11
Peuple 41:16,20
48:15 88:19,24

161:4 162:7
phone 130:18,23
131:7,22 132:1
150:4 152:23
photo 151:1,4
photograph 147:25
physical 140:23
physically 181:13
pick 88:9 118:13
pickup 112:17
pictures 83:4 85:13
85:20 175:6,14
180:11,12,14,17
piece 17:10 68:5
69:1,24 71:2,3,6,7
Pierre 34:5,20
63:21,22 64:4
179:12,16
Pierre-Louis 5:25
pirate 148:14 149:3
151:7
pirated 147:11
148:7 150:7 174:6
174:9
PITNEY 5:5
place 9:23 10:16
11:6,15 12:7,8,9
12:10 24:22,23
29:21 39:15 46:6
47:16 75:12 104:5
111:4 177:17
183:3,11
places 24:8 26:16
Plaintiff 1:5 3:2
6:15,17 7:10 8:6,8
8:10 16:17 20:21
Plaintiffs 10:6
Plaintiffs' 9:6
Plata 2:5,6 7:9
play 76:14 77:15,16
77:17,20 160:11
160:12 161:3,6,9
161:14,15,16,19
161:20,21 168:20
171:12,13 173:1
playing 30:13
162:8 182:17

Plaza 5:15
please 7:15 9:1
11:18 20:5,16
33:21 47:20 55:10
56:20 62:9 70:6
84:21 91:22 96:3
107:5 113:15
120:16 132:19
141:15 142:10
150:22 151:19
155:14 157:2
188:3,8
pocket 102:3
116:22
point 14:5 26:8
29:12 87:9 119:8
149:11 167:12
pointing 149:12
police 36:14,20,25
39:5 92:24 93:11
Pollard 2:11 8:12
187:2,22
popular 48:20
Port-au-Price
34:15
pots 44:13
Pou 147:10
Pou-laria 6:19
147:8,22 157:12
173:22 174:4
powder 111:22
PPT 34:17,19 35:1
48:13 63:12,16,20
63:22 64:2,3 67:8
67:18,20 125:25
126:22 152:13
153:2,5
Preneta 79:22
176:11
preschool 49:22
52:3,17
prescription 68:6
71:3,4
presence 41:1
present 5:24 85:2
99:16,25
president 48:21

Previl 1:23 2:1 6:3
6:15,17 7:14 8:20
13:21,22 14:1
16:17 19:15 20:3
20:12,21 21:8
22:6,9,9,10,16,20
23:1 33:18 64:10
85:6 103:6 113:23
135:21 150:13
152:5 157:8,15
159:10,20 164:24
165:1 168:3
174:24 186:19
190:8
Previl's 6:20 157:5
159:5
previously 185:11
priest 78:19 164:10
164:14
priests 164:6
primary 64:22,23
print 159:6
Printout 6:19,20
147:21 157:4
prior 171:1 185:20
prisoner 183:7
privilege 17:19
problem 10:18
13:7 14:22 48:19
66:2,5 67:3 70:17
141:17 142:14
143:11,13,18,20
144:10
problems 11:9
71:20,20 141:2,12
141:14,19 142:8
142:16 144:15,20
144:22 145:2
produced 159:4
production 159:11
profession 87:23
professional 89:12
professionally 49:5
program 45:12
87:11 90:6 92:17
111:14 155:5,7
161:2,2

project 63:21,22
64:3 65:23,24
67:8 74:9 78:23
78:24 79:1 80:18
80:21,23 81:2
82:11 83:19 84:5
85:8,10,18 86:8
86:12,15,19 88:17
92:2 97:4,10
100:17 104:3
120:6,15 121:7,20
122:1,4 129:24
154:23 164:17,19
168:10,14,25
169:20,25 170:7
170:17,20 171:10
172:1,9,16 175:9
175:11 183:23
promise 86:2
promised 170:11
175:15
pronounce 79:11
propounded 190:5
prostituting 72:17
Protestant 125:15
125:17
public 42:21 48:7
187:3 190:19
Puerto 2:5,6 7:9
pull 99:2,3
pulled 104:20,21
punished 81:16
purpose 99:15
put 13:3 16:13,15
20:17 38:13,15
48:2,17 56:11,17
69:7 77:25 78:1
92:25 94:2 97:6,7
102:3,4,4,8 105:2
105:16,21,25
106:1 108:12
113:1,2,9,14
116:5,9,21 117:11
137:14,17,20
138:7 147:19
149:3,4,19 151:4
151:5 174:9,14

Confidential - Subject to Further Confidentiality Review

**puts** 49:8
**putting** 101:24

**Q**

**qualified** 47:9
**question** 9:4 14:7,9
14:13,18,19 15:4
17:23,24,25 55:4
55:9 56:18,19,20
61:3 62:6 63:19
70:6 75:6 91:22
96:5 104:17
105:11 107:5
120:18,18,24
125:2 126:11
132:19 140:18
157:8
**questions** 8:17
15:22 18:22 62:20
63:20,24 64:8
70:25 126:11
129:25 130:1
158:24 159:21
164:22 165:3
190:5
**quiet** 80:10
**quit** 57:3
**quite** 101:8 160:6

**R**

**R** 7:1 187:1 189:1,1
**R-E-A-L** 47:18
**radio** 128:21,25
129:3,6
**rain** 110:22 111:23
**raise** 9:3 76:9
**raised** 113:2
**reached** 43:20
139:4
**reaction** 73:22
**read** 15:24,25 16:1
18:8,11,13,18,21
18:22 56:18
145:15 149:12
186:15 188:3
190:3
**reading** 50:23

**Real** 47:17,19,22
148:3 151:2
160:17,19
**really** 14:23 15:2
30:10,11 33:20
46:9 54:2 79:15
79:17 90:17
103:22 106:9
113:7 132:3
141:24 158:24
161:23 162:12,22
185:6
**Realtime** 2:12
187:23
**reason** 15:20 73:23
124:20 188:5
189:5,7,9,11,13
189:15,17,19,21
189:23
**rebuilt** 51:15
**recall** 54:23 130:11
167:7
**receipt** 188:13
**receive** 9:22 37:16
133:1 138:24
139:20
**received** 38:21
132:11,21,23
133:17 134:24
138:20,25 139:6
139:25 152:18
159:3 184:25
185:23
**recess** 33:14 62:14
76:11 85:1 102:17
113:19 135:17
155:17 166:25
**recollection** 169:24
**record** 7:4,16 13:3
20:4,7,8,9,13
33:11,13,15 62:13
62:15 84:25 85:3
102:16 103:3
113:18,20 127:19
128:2 135:16,18
155:13,16,18
159:2,15,18

166:24 167:1
174:22 182:6,8,10
184:18,20 186:20
187:10
**records** 70:3,10
**recuse** 9:14
**Redo** 55:4
**reduced** 187:9
**referenced** 1:21
**referred** 55:8
**referring** 151:25
**refused** 45:10
**Reginald** 19:6,7
**regular** 167:9
**reiterate** 33:20
**related** 28:21 66:7
187:12
**relates** 172:16
**relationship** 23:22
149:7
**relationships**
145:25
**relative** 187:14
**religion** 125:12,19
**religious** 51:5
**remember** 26:11
26:18,20,25 31:22
50:7 52:11,21,23
53:15 54:20,23
76:20,22,23,24
77:4 78:10,13,16
79:12,23 81:8,11
81:13,14,15,23
82:1,4 83:16
87:16,17,18 90:3
91:10 93:4 96:9
96:20 104:14
106:6 108:16,18
109:11,19 111:8
111:10,12,12
112:5,5,6,7,10,20
113:25 116:16
118:1 121:22,25
122:1,13,17
123:14 124:18,25
126:19,21,23
129:10,12,12

130:4 133:2
134:15,17 141:11
142:3 153:11
154:2 165:23
166:1,19 167:11
167:16,25 168:23
169:23 170:24,24
174:5 177:7,16,18
180:23 185:1
**remembered** 185:2
**remembering**
165:10
**rent** 27:20,23
**rented** 41:15
**repeat** 70:6 91:22
107:4 132:18
**repeated** 139:14
**rephrase** 15:4
55:10 138:23
139:1
**report** 52:1,5,9,11
57:20,22
**REPORTED** 2:10
**reporter** 8:11
16:13
**represent** 8:1 63:3
175:1
**representatives**
163:25
**Republic** 2:7 7:9
135:22
**reputation** 73:8
**request** 152:8
156:18
**reserve** 159:10
**reserved** 13:17
**respectfully** 10:17
**Response** 6:15,17
16:17 20:21
**result** 139:5
**return** 188:11
**reversed** 148:19
**REVIEW** 1:23
**RHODES** 1:10
**ride** 118:10
**right** 12:17,19,24
21:9 29:19,23

44:12,18 53:14
54:14 56:19 59:20
59:25 60:3 61:5,8
61:11 65:22 74:23
82:9 83:14 87:7
87:12 89:11 95:19
96:11 99:9 105:6
107:2 111:15
114:12 118:21
121:12,15 144:6
147:5,8 148:8,14
148:20 149:4
150:1 151:7 163:4
164:4,12 165:11
167:5,7 170:2
172:6 182:18
**rights** 159:11
**RMR** 2:11 187:3
187:23
**Robinson** 4:21
86:18,20 154:25
**roll** 77:14
**Roman** 125:9
**room** 9:17,18,24
12:10,14,21 13:17
81:9 82:2,5 98:17
109:3 163:10,12
163:16,17
**rooms** 9:9 13:14
27:12,16,18,22
55:18
**Roro** 77:6,7,21
**Rue** 36:13 39:13,19
56:23 59:4,9
128:21

**S**

**S** 4:20 6:13 7:1
**S-A-I-N-T-I-L-I-A**
28:5
**S-H-O-V-E-L**
32:16
**S-W-A-G** 47:18,23
**S.J** 1:7 4:2
**Saintilia** 28:4
**salary** 46:13
**salt** 111:22

Confidential - Subject to Further Confidentiality Review

**sandals** 186:4
**Saturday** 1:24
    75:16
**Saturdays** 161:20
**saw** 31:16,20 32:3
    52:11 58:15 60:10
    80:1,2 90:11,14
    90:20 91:7 113:14
    116:3 120:12
    123:25 124:1,12
    124:14 164:3,13
    180:5,8
**saying** 11:17 61:4
    79:16 80:4,9
    92:11 103:8 130:4
    156:4
**says** 14:8,12 58:4
    96:6 121:3 148:10
    149:6 151:1,22
    155:25 156:2
    182:2,3,3
**scared** 72:24
**scheduling** 64:11
**Schnaidine** 22:6,9
**school** 45:12 49:13
    49:14,17,20,24
    50:5,16,19,20,24
    51:1,3,6,8,12,14
    52:1,5 53:5,9,10
    53:16,18,22,24,25
    54:2,3,14,17,25
    55:14,22 56:2,12
    56:15,22 57:10
    59:24 60:3 61:15
    61:19 64:3,12,15
    64:17,19,22,23,24
    65:2,7,10 74:18
    76:13 85:24 86:4
    87:3,10,11,19,25
    93:9 110:7 114:6
    114:7,9,10,12
    148:24,25 149:1
    153:20,21,23
    158:13,15 165:5
    165:12 166:3,8,11
    166:18 167:5,9,14
    170:12 172:4

177:9,10 183:25
**schooling** 49:11
    52:9 64:21
**schools** 56:21 62:2
    65:4,5 110:8,11
    166:4,12,15
**schoolyard** 175:5
**Schoubert** 137:12
**seal** 187:18
**second** 18:6 47:18
    55:15 70:16 97:1
    108:14,22 109:24
    114:24 115:20
    116:4,8,12,23
    120:12 150:21,23
    155:23,24 156:6
    157:21,25 158:3
    166:8 182:23
**see** 18:5 34:16
    37:11,20 38:6,10
    48:8 68:19 70:22
    77:24 78:24 82:12
    82:13,14,14,15,22
    82:23 83:18,23,25
    84:20 90:8,16,23
    90:24 91:1 101:3
    108:7 111:11
    119:21,22 120:13
    128:18 129:11,13
    130:2,20 131:6,18
    131:20 135:9
    140:3,20 141:25
    142:11,12 143:10
    144:14 145:15
    148:3,4,10 149:6
    149:7,9 150:23
    151:1 152:4
    154:16 156:10,17
    157:11,14 164:6
    164:12 173:23
    177:25 179:17
    180:9,19 181:23
**seek** 140:5
**seen** 17:2 31:24
    41:2 72:25 73:2
    73:13 91:3,4,5,5
    92:5 137:10 139:7

139:8,9 154:22
    164:10,11 173:7
    180:2
**send** 152:22 159:6
**sensitive** 113:6,7
**sent** 88:1 152:8,12
    152:17,20 156:19
    156:20 157:24
    158:2
**sentence** 96:5
    139:16
**sentences** 168:8
**separate** 98:14
**series** 183:5
**serious** 145:16
    146:3,25
**service** 168:18
**session** 103:1 114:6
**set** 6:16,18 9:9
    16:18 20:22
    148:22 187:18
**settlement** 139:4
**SEVEN** 1:14
**seventh** 58:2,2,3,5
    58:6,10
**sex** 146:9,16,22
**sexual** 66:7 72:15
    122:20 129:20,22
**sexually** 35:10 72:2
    72:5 73:25 94:8
    96:6 127:15
    128:15 146:25
**sharing** 163:10,12
**sheet** 150:23
    151:19 152:2
    155:23,24 156:6
    172:19 188:6,9,12
    190:6
**sheets** 94:14
**shift** 166:7,8
**shirt** 107:25 113:2
**shivering** 66:17
**shoes** 53:7 186:6
**shoot** 37:2
**short** 110:14
**shortly** 159:3
**shorts** 101:15,16

102:2
**Shovel** 32:16
**show** 36:20,22
    45:17 77:19 78:2
    128:25 129:4,7
**showed** 21:5
**shower** 76:9 78:25
    82:12 96:25 97:5
    97:5,16,22 98:10
    98:14,17,18,21,23
    100:11 101:5,11
    101:14 104:5,6,7
    104:11 107:23
    108:3
**showering** 83:1
**showers** 82:17,20
    82:22,25 83:8
    98:9 99:7,8,11
    100:1,1,7
**showing** 11:10
**shut** 98:25
**Sibert** 126:25
    127:2 152:18
    155:10 156:11,16
**siblings** 43:22
**sick** 15:16 97:4
    145:22
**sign** 17:8,9 18:2
    186:15 188:8
**signature** 17:6 21:3
**signed** 18:8
**significance** 158:13
**similar** 77:22
**SIMMONS** 3:13
    3:20
**sing** 48:2,4,6,16,16
    48:23,24 59:14
    60:14 160:11,14
    160:22,24,25
**singing** 49:2,4
**Sipap** 34:6
**sir** 15:15,24 19:3
    155:21 174:18
    175:17 176:8
    177:6,17,20 178:6
    178:11,14 179:1,3
    179:10,13,19,25

180:2,12,22 181:6
    181:12 182:19,21
    182:25 183:3,9,12
    183:16,21 184:4,9
    184:13
**sister** 22:13,18
    28:18 29:9 30:23
    42:2,4 43:1,25
**sisters** 19:23 22:3
    22:15,23
**sit** 73:6 85:16
    158:12 167:8
**sitting** 9:15,16
    59:14 60:13 75:21
    83:3 135:11
    136:22 137:2
    142:22 158:10,17
    158:19
**six** 1:14 10:19
    49:25 50:1 55:15
    55:17,18,18
**sixth** 3:6 49:22,23
    51:11,12 53:13
    54:20,25 55:7,8
    57:3,15 59:25
    151:19 152:1
**sleep** 30:7,22 36:13
    38:14 39:12,14,15
    39:24 41:11 75:22
    93:1,23 94:2,15
    94:16 100:17
    106:20,21,22
    108:25 109:2,6,7
    141:19,21 183:11
**sleeping** 33:3 59:12
    59:22 60:9,12,15
    92:23 94:11,18
    95:3 107:1,10
    124:15 141:12,15
    163:17
**slept** 95:6 106:24
    109:6 124:21
**SLOANE** 5:14
**Slow** 120:20
**smell** 40:4
**smoke** 40:9,11 71:2
**smoked** 71:1

**SMS** 152:24 153:1
  153:6,9,14,17
**soccer** 77:15,16,20
  160:12 161:3,14
  161:15 162:5,6
  168:20 171:18
**Society** 1:9 5:11
  7:21
**Sodom** 145:6
**somebody** 17:10,12
  22:2 46:17 69:3
  83:13 103:22
  147:11 173:18
  174:6
**son** 21:11,13,14,16
**sorry** 13:21 20:12
  22:7 29:15 91:21
  104:17 120:22
  132:15 178:10
  180:1
**sort** 42:13 44:11
  69:18 76:6 80:8
  106:12 160:9
  181:15
**soul** 145:2
**sour** 38:13
**SOVEREIGN** 1:9
**space** 28:25 31:9,11
  183:6 188:6
**speak** 79:15,17
  91:12 130:13
  132:9 168:11
  173:15 175:17,21
  175:23 176:6
  177:21
**speaking** 79:21
  80:5,8 92:5,8
  177:25
**specific** 40:16
**spend** 46:10 87:20
  89:10 142:13
**spoil** 47:14
**spoils** 143:23
**spoke** 79:13,24
  121:3 153:25
  154:7,19 175:25
**spoken** 91:19 92:2

132:13 136:12,16
  172:8 175:19
**sponge** 94:15
**square** 136:25
  137:3
**St** 1:3,3,10 7:10
  25:8,18 26:1
  28:23 29:23 30:3
**stall** 104:5,7
**stand** 13:1 40:4
  142:21 180:16
**standing** 79:19
  110:24 118:16
**start** 10:5 31:17
  35:4 47:16 75:8
  84:6 90:18 101:14
  124:7 131:19
  167:13
**started** 33:3,4
  52:17 87:10 102:8
  165:15 167:18,20
  168:1
**state** 3:6 8:25
  162:23 187:3
  188:5
**States** 1:1 7:11
  10:24,25 91:8
  151:17 159:8
**station** 128:21
**stay** 45:6 71:1 73:9
  82:16 85:25 86:25
  99:4
**stayed** 58:7 70:13
  80:10 104:23
  108:5
**staying** 163:8,9
**stays** 107:18
**stenographer** 9:8
  9:16 11:14 12:9
**stenographers**
  13:13
**Stephanie** 22:6,9
  22:20 23:1,5 29:9
  42:4 43:1,5 44:1
  65:6,9
**Stewart** 3:19 6:10
  8:7,7 14:6 15:11

16:21 17:17 23:24
  24:18 29:14,24
  30:4,25 31:4
  32:22 33:2 34:4
  34:18 35:11 36:19
  37:21 38:1 39:8
  40:2,8,15,20,24
  41:9 42:1,6 43:24
  44:24 45:13,21
  46:8,15 49:3
  52:20 53:1,23
  55:1,12 56:3 58:9
  58:16,21 59:11
  60:11 61:14,18,22
  61:24 62:17,24
  64:1,7 65:11 66:8
  66:11 67:12 68:12
  68:22 69:5,15
  70:5,12,24 71:15
  72:19 73:4,16
  74:12,19 75:2
  78:6 80:6 81:3
  83:15 88:8 89:6
  90:15 91:9 92:9
  92:21 93:13,19,24
  94:20,25 95:5,15
  95:21 96:14 97:17
  98:2,11,19,24
  99:12,14,19 100:4
  100:12,23 101:7
  102:13 105:10,20
  106:5,14 107:11
  107:13 109:18
  110:6,16 114:8,14
  114:21 115:6,12
  117:16,24 120:4
  120:20 121:19
  122:9,23 123:3,8
  123:12 124:3,5,9
  124:13,24 125:1,6
  125:10,16,22
  126:2,6,10 127:16
  127:18,25 128:3,8
  130:16,25 131:9
  131:14,21 132:17
  133:22 134:21
  135:4,13,23 136:2

136:9,13,24 137:6
  137:25 138:21
  139:21 140:4,7,12
  141:23 143:14
  144:2,11,17 146:1
  146:11,17,23
  147:17 149:8,14
  151:20,23 152:14
  154:4,9,14,21
  155:1,11 156:2,12
  159:12 160:4,7
  164:23 167:22
  169:11,14 170:8
  170:23 171:9,22
  172:21,24 173:4
  174:19 176:14,23
  177:2 178:2,17
  180:4,13 181:3,9
  182:5 183:4,17
  184:5,10,14,23
  186:7,14,17
**sticker** 16:14,23
**stipulations** 15:10
**stomach** 46:24 66:2
  66:6 67:3 70:17
  70:23 145:22
**stomachache** 46:23
**stop** 51:8,21,24
  52:18 53:4 102:13
  107:20 117:15,23
  165:17 166:17
**stopped** 49:23
  51:10,18 52:24
  64:13 87:10
  165:24
**story** 122:7
**straight** 98:21
**street** 3:6,21 4:5,13
  4:22 5:6 26:13
  29:19,22 30:3,8
  30:15,16 31:15
  32:20,21,25 34:3
  35:17 36:3,12,21
  37:14,16 39:7,25
  40:7,14,23 41:6
  44:10 50:3,4
  60:19 74:11 93:15

94:6 145:14
**streets** 26:7,14 33:3
  75:11 93:17
**stress** 13:4
**strike** 178:5 180:1
**Stronger** 6:19
  147:8,10,22
  157:12 173:22
  174:4
**student** 56:2,4,21
  106:25 107:9,15
  107:17 136:19
  165:5,7 171:25
  172:9
**students** 85:14,16
  168:19,19 169:10
  169:13,19 170:1,4
  170:16 177:7
**study** 170:12 172:5
  175:15 180:23
**studying** 43:11,12
  111:1
**stuff** 13:5
**style** 49:8 142:7
**SUBJECT** 1:23
**subjects** 54:10
**Subscribed** 190:15
**subsequently**
  167:13
**substance** 190:5
**subtitles** 173:11
**suck** 101:25 105:5
  105:8 113:4
**sucked** 105:14
**suffer** 106:12 141:6
**suffered** 66:7
  122:20 129:20,21
  129:23 136:17
  140:21 142:14
  143:9,9 144:21
  145:20
**suffering** 140:21,23
**suitcase** 181:16
**suite** 5:15 9:17
**Sunday** 32:5 75:17
  161:21
**Sundays** 36:4,5,9,9

Confidential - Subject to Further Confidentiality Review

**superior** 86:21
**supposed** 12:15,25
    164:9,14
**sure** 10:16 12:11
    70:8 84:12,22
    91:23 95:23 99:24
    107:6 113:16
    166:22
**surface** 161:5
**Swag** 47:18,18,22
    148:4 160:17,19
**swear** 8:12
**sweep** 36:6 100:18
**switch** 64:7 162:24
**sworn** 8:16,21
    187:7 190:15
**Sylvester** 164:9
**Systems** 2:12
    187:23

**T**

**T** 6:13 187:1,1
    189:1
**T-shirt** 101:16
    168:21
**T-shirts** 64:3 171:7
    171:16
**Taïsha** 22:10
**take** 14:16,17,20
    29:1 30:12 33:10
    33:23 38:12,15
    40:3 45:1,14
    52:15 56:16 62:10
    72:12 84:22 85:13
    85:20,24,24 89:19
    97:4 98:6 100:19
    102:12 104:11
    108:3 113:13
    118:3 126:1
    135:13 153:12
    157:2 175:6,7,13
    175:14 180:17
    183:3,22,23,24
**taken** 15:14,17
    31:13 33:14 62:14
    85:1 101:16
    102:18 113:19

116:22 126:5,17
    135:17 155:17
    163:15 166:25
    179:4,13
**takes** 69:22
**talk** 10:12 37:18,18
    73:7 80:3 85:21
    86:23 120:2
    128:11 129:3,6,16
    130:15 132:16
    138:5 140:16
    141:20,24 145:14
    147:3 153:3,19
    154:12 163:21,23
**talked** 35:13
    130:14,17 133:9
    141:18 144:22
    170:25 172:14
    176:1,4 179:18
**talking** 73:12 79:19
    80:9 92:7,11
    99:16,25 100:2
    103:7 126:8,9
    127:11 141:5
    143:5 157:10
    162:24 169:21
    171:12 177:4
**talks** 148:3
**taught** 183:15
**teach** 50:20,23 51:1
    51:3
**teacher** 67:21,24
    77:4 79:4,10
    183:12
**teachers** 77:2 79:7
**team** 161:8,12,13
    162:9,17,19
**teams** 171:17
**teases** 182:12
**Technologies** 7:5
**Ted** 7:18
**teeth** 76:8
**television** 163:20
**tell** 14:2 18:18 21:2
    28:24 36:25 51:24
    53:19 54:6 59:6,8
    72:1,10,14 73:2

77:13,23 78:21
    85:22 86:7 97:15
    98:9 100:4 104:12
    106:11,15 108:9
    110:19 112:22
    115:18 120:14,14
    121:12,14,17
    122:2,5,6,21,21
    122:24 123:6,17
    123:25 124:11
    128:17 129:21
    153:19 154:15
    159:24 160:12
    163:19 168:13
    171:3 172:1
    175:12
**telling** 70:18 73:21
    80:22 128:14
    164:8 174:5
**tells** 14:14 173:18
**temperature** 69:9
**ten** 109:8
**tender** 62:20
**tense** 99:16,25
**terrible** 119:24
**testified** 8:22 165:4
    169:18 179:20
**testify** 187:7
**testimony** 14:3
    158:24 169:22
    184:4 187:10
**tests** 71:5,9
**text** 153:9,17
**texted** 153:1,6,14
**texting** 152:24
**Thank** 12:1 15:12
    55:12 62:1 63:25
    64:1,5 99:20
    127:25 128:3
    140:9,12 144:5
    158:23,25 160:20
    164:23,24 174:18
    174:19,20 184:13
    186:14
**thanks** 64:10
**Theft** 173:3
**THEODORE** 4:3

**theory** 89:14,20
**therapist** 144:8,14
**thereabouts** 60:22
**thing** 10:8 44:11
    47:11 99:1 112:24
    120:7 121:8 157:1
    161:11
**things** 35:12,13,23
    36:9 44:17 52:12
    52:14,15,15,16
    55:5 70:23 74:16
    76:6 81:25 91:10
    93:14 109:11,19
    119:22 145:17
    146:19 153:4
    155:21 168:17
    170:6 172:7 186:5
**think** 10:11 53:21
    54:24 55:7 73:14
    114:15 124:20
    128:5 141:16,25
    142:21 143:25
    151:12 153:4
    158:4 184:12
**thinking** 117:5,6
    143:21
**thinner** 40:1
**thinners** 40:3
**third** 172:19
    185:13
**thirty** 188:13
**thought** 73:22
    117:6 154:16
**threat** 120:9
**three** 1:13 5:15
    22:6,7,15 26:24
    27:13,14,15,22
    28:16 29:3 31:10
    48:4,12 77:8 88:5
    185:21
**throw** 35:19 36:7
    74:5 97:10 104:2
    108:12 115:19
    120:6,15 121:7
    143:2
**throwing** 33:4
**thrown** 74:10

**time** 7:7 20:7,10
    26:14 31:16,20
    32:3 33:13,16
    39:5 45:6,7,8 50:5
    51:22 52:19,25
    54:24 55:6,15
    58:15 60:15,18
    61:6 62:13,16
    63:5,9,12,16
    65:21,22,25 66:16
    66:18 67:6 69:21
    70:1,16 72:13
    77:23 79:24,25
    80:3 83:11,22,23
    84:25 85:4 86:22
    87:9,20 88:22,24
    91:5,20 92:3,23
    93:1,6,18 94:4,24
    95:4 96:25 97:1,1
    97:2,3,13,24 98:3
    99:17 100:10,22
    102:16 103:4,7,13
    103:25 107:1,2,8
    107:9,10,23,23
    108:14,14 109:16
    109:24 110:3
    113:11,12,18,21
    113:23,25 114:13
    114:19,24 115:20
    115:24 116:4,8,12
    116:20,23 117:25
    120:12,12 131:6
    133:2 134:14
    135:16,19 140:3
    141:16,25 142:13
    145:4 146:18,21
    150:15,18 153:25
    154:3,7,19 155:16
    155:19 159:15,18
    165:11,14,18,23
    166:11,14,24
    167:2,16,25
    169:18 170:10,21
    170:22 177:3,19
    181:23,23 182:8
    182:11,23 184:18
    184:21 185:13

Confidential - Subject to Further Confidentiality Review

186:20
**times** 14:11 83:10
85:13 91:16,24
95:11 96:23
120:11 134:11
145:5 161:16
176:21 179:25
180:2,5,6 181:21
185:21
**TJB** 151:2
**tjf@murphyking...**
4:8
**today** 12:14 14:2,5
14:16 15:14,18,22
19:16 31:18 32:1
34:13 41:22 46:21
49:2 77:14,15,16
77:17 117:19
122:8 140:24
141:19 161:11
167:8 168:15
169:23 180:22
**Today's** 7:6
**told** 29:18,18 30:11
35:8,9 39:6 44:9
47:12 54:24 59:15
59:23 69:3,10
74:4 78:22 80:14
80:17,18,22 85:17
85:19 91:17,18,25
91:25 102:5 104:1
104:14 108:11,11
115:16 120:5,5
121:6,11,23 122:3
122:7,8,11 123:1
123:14,18 124:14
124:20 129:19,23
142:20 144:9,12
145:11,13,18
160:15 164:11,16
168:24 169:16
170:15,18,19
172:3,12 175:7
180:9
**top** 173:21
**total** 185:21,22
**touch** 106:3 116:13

143:7 181:24
182:4
**touched** 106:1
181:19,21
**touches** 116:14
143:8
**Tour** 153:13
**Toussaint** 63:21,22
64:4
**traces** 108:4
**trade** 47:8 54:4,6
118:6
**trades** 54:8,11
**trained** 44:20
**training** 47:8 54:4
54:5,6
**transcript** 61:5
148:18 188:14,15
**transcription** 190:4
**translate** 8:16
40:25 79:14
**translated** 8:18
177:24
**translating** 176:3
**translation** 18:7
**translations** 10:10
**translator** 8:15,22
23:13 25:5 28:5
32:12 39:18 41:17
47:4,19,23 58:4
91:21 107:4
132:15,18,22
139:14 147:9
149:23 159:7
160:17 165:20
168:6 169:12
173:24
**translators** 12:5,7
**transportation**
42:21
**trash** 33:4 35:20
36:7
**travel** 62:19
**travelled** 10:22
**tried** 44:7,7,25 46:2
113:6 119:12
**trip** 89:24

**trouble** 146:6
**truck** 112:17
**true** 50:1 51:19
55:16 56:25 57:4
57:7,11,15 60:19
62:21 64:25 65:7
93:22 96:8 121:5
121:9 185:5
187:10
**Trumbull** 4:22 5:6
**truth** 14:2 159:24
187:7
**truthfully** 15:22
**try** 10:20 11:1
14:23 15:4 33:22
48:8 70:2,9 75:7
119:7
**trying** 143:1
**turn** 95:11 101:17
102:1 104:10
149:24 159:1
160:5
**turning** 100:25
**twelfth** 58:10
**twice** 96:25 97:7,8
134:13 161:20
**two** 1:13 19:25 21:7
28:18 46:22 55:5
73:19 98:12 110:8
134:11 145:5
157:19 165:11
168:7 183:5
**type** 16:7 94:16
**typewriting** 187:9
**typically** 90:13
166:4,6

**U**

**U.S.A** 1:11,12 4:19
**unavoidable** 10:2
11:7 13:7
**uncle** 26:21
**uncles** 28:18
**understand** 11:8
11:16 14:1 15:3
16:9,11 18:10,25
22:11 55:5,20,25

79:16 80:8,11
84:12,15 100:3
104:16 106:10
112:9 124:5
126:14 128:13
139:10 143:17
159:23 173:13,17
173:19 175:19
**understood** 168:9
**uniform** 53:7
**uniforms** 171:17
**United** 1:1 7:11
10:24,25 91:8
151:17
**university** 1:8 5:3
7:24 43:6,7,8
65:16 85:15 86:5
168:17,21 169:20
170:1,12,16,20
171:4,7,16,21
172:2,10,16
175:16 184:1
**unmuted** 128:2
**unsafe** 93:17
**unzipped** 101:23
113:3
**UPNCH** 43:8
**use** 9:25 38:1 39:3
99:1 147:7 149:21
150:2,9,18 157:21
186:3

**V**

**v** 1:6
**vacation** 142:13
**value** 37:14
**vans** 42:22
**various** 83:13
**veins** 181:18,19,20
181:22 182:4
**verify** 63:23
**version** 168:9
173:10
**versus** 7:10
**vessels** 35:20
**vice-president** 48:2
48:22

**victim** 72:15,17
122:11,15 128:10
**victims** 35:6 129:7
137:18,21,24
138:4,8,12,15,19
**video** 7:8 173:1
**videographer** 5:20
7:3,5 8:11 9:8
11:14 12:8 20:6,9
33:12,15 62:12,15
84:24 85:3 102:15
103:3 113:17,20
128:1 135:15,18
155:15,18 159:14
159:17 166:23
167:1 174:21
182:7,10 184:17
184:20 186:18
**videographers**
13:13
**videotape** 14:25
**VIDEOTAPED**
1:23 2:1
**Village** 41:8 45:7,8
45:12,23 54:2,3,5
54:11,17,21 55:22
55:23 56:2,5
57:11 63:6,10
67:22 81:16 86:2
87:3,7,12,22,25
88:2,10,13 89:5,9
89:17,20 90:18,20
90:23 91:2,4,13
92:17 93:6,7 97:1
108:23 110:5
114:18 117:3
164:3,7 177:13,15
178:24 180:20,24
182:25
**violated** 145:8,12
145:19
**violence** 36:11 39:7
**visit** 27:2 32:7 72:6
78:24 82:14,14,22
90:10,16 92:19
168:20
**visited** 82:19,25

Confidential - Subject to Further Confidentiality Review

83:7
**visiting** 170:17
**visitors** 169:16
**visits** 65:18 82:16
  83:11
**vocational** 57:10
  87:2,11 89:13,21
  90:5 92:17 111:14
  178:23
**voice** 14:24

**W**

**W** 4:11 5:4
**wait** 120:20,20,20
  125:2 126:11
  140:19 156:12
**walk** 9:19 83:5,10
  83:12 99:7 135:9
**walked** 83:9
**walking** 114:18
**walks** 142:5
**wall** 98:16
**walls** 98:15
**WALSH** 5:14
**Walter** 134:20
**WANAT** 4:12
**want** 9:3 10:14
  11:20 12:1,3 13:3
  13:4,9 14:19 24:7
  33:20 45:1 48:18
  49:12 54:1 58:14
  61:13 74:15 84:9
  84:12,21 95:11,23
  96:3 106:21
  110:23 119:17
  120:1 123:17
  124:7 140:10,14
  142:25 143:1
  147:3 159:2,9
  172:18 177:20
**wanted** 63:23 64:12
  64:15 84:13,16,17
  86:22 99:24 106:9
  119:8,9 131:17,25
  171:12
**wants** 100:5 119:14
**warm** 102:7

**wash** 36:7 46:6,14
  133:20 160:11
**washing** 44:13
  47:10,12 133:20
  134:5
**wasn't** 9:12,14
  11:11 36:8,8
  50:19 60:12 61:1
  65:12 77:7 79:20
  90:24 93:7 104:16
  104:18 108:3
  122:5,5 145:6
  146:25 151:12
  169:3 175:8 176:2
  178:12,13,19
**watch** 76:15 77:24
  161:22 162:1,3,5
  162:6,14 179:24
**watched** 163:20
**water** 29:1 52:13
  101:18 104:9,10
  118:24 143:2
**Watson** 34:5
**way** 12:19,24 16:24
  26:23 84:10,14,18
  86:4 119:15
  145:19 156:3
  158:6
**ways** 140:15
**we'll** 9:11 10:7,17
  10:20 11:8,10,17
  11:19 12:16 14:17
  14:20 33:23 58:17
  58:21
**we're** 9:15,16 10:9
  10:20 11:9 12:16
  12:25 128:1
  152:21 158:10
  159:7,9,17 160:1
  162:25 163:16
  168:16 174:21
  178:7 182:17
**we've** 12:4 13:12
  15:10 20:18
  141:18 144:22
**week** 161:17,19,20
  185:20 186:2

**welder** 44:20,23
  45:11,20 47:3
  180:23 181:2,7,8
**welding** 45:4,25
  46:3 47:10,12
  54:9,12 110:23
  111:1,9,11 118:6
**went** 30:15,16,22
  32:7 35:1 38:14
  39:14 41:19 46:3
  49:23,24 50:3
  51:17,18 53:12
  54:4,9,13,16,19
  56:22 57:6,10,13
  57:17 59:24 65:24
  66:1,23,25 67:6
  68:1,3 70:16
  71:18 74:20 75:13
  75:14,16,18,20
  82:23 87:2,4,6,22
  88:25 92:22 93:23
  94:7 108:3 112:18
  118:10,15 128:10
  128:17 129:10,13
  131:6 133:8 140:8
  167:15 178:18
**weren't** 29:12
  36:10 72:16 88:21
  96:21
**wet** 110:25,25
  143:2,3
**whereof** 187:17
**white** 112:16 164:9
  180:16
**wife** 21:21
**windows** 109:12,14
**wipe** 107:24
**wise** 164:12
**Withdrawn** 177:2
**witness** 8:13 14:10
  150:25 187:17
  188:1
**witness's** 12:18
**woman** 23:23
**women** 145:25
**wondering** 170:5
**word** 14:11,12

37:24 38:2 41:17
  41:18 45:15 47:18
  124:23 173:18
**words** 38:1 149:12
  173:14
**work** 9:11 10:8,17
  10:20 11:1,3,17
  11:19 12:16 13:5
  13:5 43:1,3,21,23
  43:25 44:25 46:1
  46:3,21 47:1,2
  77:22 78:25,25
  83:19,23 90:17
  110:23 112:20
  134:1 176:13
**worked** 43:5 67:17
  76:23 86:3 172:4
**workers** 45:1
**working** 12:17
  36:10 76:18,21
  77:5 78:7,11
  83:22 84:6 88:3
  97:3 128:21
  133:19
**works** 17:22
**worry** 126:12
**wouldn't** 31:14
  110:25 113:8
**wrap** 38:15 184:16
**write** 16:3 21:6
  54:1 69:4 148:16
  148:23,25 153:23
  174:3
**writes** 69:23
**writing** 50:23
  68:20,21 69:6
  70:23
**written** 12:2,4 13:9
  13:12 18:6 64:2
  119:10 168:21
**wrote** 17:10,12,16
  21:3 68:25 69:10
  148:6,8,9,13,14
  148:19 174:2

**X**

**X** 6:13

**XIA** 3:4

**Y**

**yard** 83:3 100:18
  101:1 177:4
**Yeah** 18:15 19:2
  26:20 27:2 35:24
  36:13 44:13,25
  45:14 46:16 56:9
  69:6 73:17 74:2,8
  80:7,24 82:13,23
  84:2 85:12 88:14
  89:12 90:22 91:3
  94:14 95:1 98:16
  98:25 103:17
  104:24 105:21
  109:22 118:12,22
  130:22 133:9
  149:16 161:1,25
  163:9,16 176:1
  182:17
**year** 31:24 38:20
  38:24 50:13 51:12
  52:2 53:2,13
  54:19,20,20 58:3
  58:5,6 66:1 70:21
  74:18 87:16,21
  108:17,19 126:20
  129:10,12 162:11
  162:21 165:7,18
  165:23 166:3,10
  166:14,18 167:9
  167:25 177:16
**years** 23:6 26:24
  31:23 49:13,15,25
  51:18 58:7 138:16
**yell** 103:17
**yesterday** 159:3
  179:4
**York** 3:15,15 46:4
  46:4,5 47:2,4
**young** 48:12 170:3
**younger** 23:2 34:11

**Z**

**0**

Confidential - Subject to Further Confidentiality Review

**02108** 4:6 5:16
**02109** 3:7
**06103** 4:23 5:7
**06405** 4:14

**1**

**1** 1:24 6:15 7:6
    16:14,16 20:14
    108:23,24 109:5
    109:10,12,21,25
    110:4,10,21 111:5
    111:17,18,24
    112:18 113:24
    151:22 152:1
    155:25 156:3,3
    182:25 186:19
**1:00** 166:7
**1:30** 103:4
**1:40** 173:22
**1:52** 113:18
**10** 9:19 18:2 76:11
    151:22 152:1
**10/31/2017** 187:24
**10:50** 62:13
**100** 3:6 50:10,13
    53:5 134:12
    185:14,21,25
    186:2
**10016** 3:15
**11:00** 58:17
**11:01** 62:16
**11:50** 84:25
**112** 3:14
**12** 173:21
**12:33** 102:16
**14** 12:21 49:15
**147** 6:19
**15** 9:19 58:18,21
**157** 6:21
**159** 6:7
**16** 6:16
**164** 6:8
**17** 36:13 39:13,17
    39:18,20 59:4,9
**17-0** 56:24
**174** 6:9
**184** 6:10

**19** 96:5
**1993** 19:11
**1999** 49:18,25 50:1
    51:23,25 52:2,4
    52:17 56:24
**1st** 187:5

**2**

**2** 6:17 20:19,20
    56:16 96:4 109:5
    120:17 140:19
    168:4
**2:01** 113:21
**2:37** 135:16
**2:47** 135:19
**20** 6:18 19:11
    190:16
**200** 132:25 134:9,9
    185:10,25
**2000** 52:11
**2002** 24:10
**2004** 26:11 50:1
    57:4
**2006** 50:2 57:6
    74:23 95:18,24
    96:7,10,18 140:25
    165:18,20,25
    166:18 167:4,10
    167:20 168:1
**2007** 95:19,20,25
    96:1,7,11,17,19
    96:20
**2008** 95:14,16
    96:21
**2011** 26:15 41:7,13
    53:14 57:14 59:19
    59:24 158:6 165:9
**2012** 60:4,6,12,21
    173:21
**2013** 151:11
**2014** 18:3
**2015** 1:24 7:6
    186:19 187:5,19
**203-315-7000** 4:15
**212-784-6400** 3:16
**21st** 4:5 19:11
**23** 23:6

**24** 128:22
**242** 5:6
**28** 140:19
**280** 4:22
**28th** 9:12

**3**

**3** 6:19 109:6 147:20
    147:21 148:1
    155:22,24,25
    157:11 160:2
    172:19,22,22
**3:00** 75:4 76:16
    83:2 89:14
**3:13-cv-01132-R...**
    7:13
**3:13-cv-01132(R...**
    1:2
**3:13-cv-1225-RNC**
    1:4
**3:13-cv-1269-RNC**
    1:4
**3:13-cv-1437-RNC**
    1:5
**3:13-cv-1480-RNC**
    1:5
**3:13-cv-1626-RNC**
    1:6
**3:13-cv-1627-RNC**
    1:6
**3:13-cv-1628-RNC**
    1:7
**3:13-cv-1629-RNC**
    1:7
**3:13-cv-1630-RNC**
    1:8
**3:13-cv-1631-RNC**
    1:8
**3:13-cv-1632-RNC**
    1:9
**3:13-cv-1633-RNC**
    1:9
**3:13-cv-1634-RNC**
    1:10
**3:13-cv-1635-RNC**
    1:10
**3:13-cv-1636-RNC**

**1:11
3:13-cv-1637-RNC**
    1:11
**3:13-cv-1638-RNC**
    1:12
**3:13-cv-1639-RNC**
    1:12
**3:13-cv-1640-RNC**
    1:13
**3:13-cv-1641-RNC**
    1:13
**3:13-cv-1642-RNC**
    1:14
**3:13-cv-1644-RNC**
    1:14
**3:13-cv-1645-RNC**
    1:15
**3:13-cv-1647-RNC**
    1:15
**3:13-cv-1648-RNC**
    1:16
**3:13-cv-1701-RNC**
    1:16
**3:13-cv-1767-RNC**
    1:17
**3:13-cv-1768-RNC**
    1:17
**3:13-cv-1769-RNC**
    1:18
**3:13-cv-1881-RNC**
    1:18
**3:13-cv-1904-RNC**
    1:19
**3:13-cv-1906-RNC**
    1:19
**3:13-cv-1907-RNC**
    1:20
**3:24** 155:16
**3:33** 155:19
**3:40** 159:15
**3:42** 159:18
**3:55** 166:24
**3:59** 167:2
**30** 188:13
**300** 134:7
**30th** 9:13

**4**

**4** 6:20 157:3,4,14
    157:22 158:3
**4:16** 174:22
**4:29** 182:8
**4:30** 182:11
**4:33** 184:18
**4:37** 184:21
**4:41** 186:20
**41** 120:18
**471** 4:13
**473** 2:11 187:2,22

**5**

**5** 2:6 56:18
**5:00** 166:9
**50** 67:13,15 69:21
**547** 2:6

**6**

**6** 151:24
**60** 186:15
**617-423-0400** 4:7
**617-523-6010** 5:17
**617-523-6250** 3:8
**62002** 3:22
**63** 6:5
**64** 6:6

**7**

**7:00** 75:21 100:13
**72** 168:5,6
**7ème** 58:4

**8**

**8** 6:4 151:25 172:22
    172:22
**8:00** 75:4,19,20,24
    76:7 159:4
**8:59** 1:25 7:7
**830** 5:15
**860-275-0100** 5:8
**860-275-8200** 4:24
**8th** 187:18

**9**

**9:15** 20:7

**9:19** 20:10
**9:43** 33:13
**9:54** 33:16
**90** 118:17,20,23

# **Exhibit** D

Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
Civil Action No.
3:13-cv-01132(RNC)

*****************************

GERVIL ST. LOUIS, a/k/a ST.    Consolidated with:
LOUIS GERVIL,                  3:13-cv-1225-RNC
                               3:13-cv-1269-RNC
                Plaintiff,     3:13-cv-1437-RNC
                               3:13-cv-1480-RNC
        v.                     3:13-cv-1626-RNC
                               3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER        3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE    3:13-cv-1629-RNC
E. CARTER; HAITI FUND,         3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;    3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW    3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY    3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.       3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES    3:13-cv-1635-RNC
AND OF MALTA, AMERICAN         3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a     3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN       3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN      3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN    3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;      3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX    3:13-cv-1642-RNC
and JOHN DOE SEVEN,            3:13-cv-1644-RNC
                               3:13-cv-1645-RNC
                Defendants.    3:13-cv-1647-RNC
                               3:13-cv-1648-RNC
                               3:13-cv-1701-RNC
                               3:13-cv-1767-RNC
                               3:13-cv-1768-RNC
                               3:13-cv-1769-RNC
                               3:13-cv-1881-RNC
                               3:13-cv-1904-RNC
                               3:13-cv-1906-RNC
                               3:13-cv-1907-RNC
*****************************
This document applies to:
All of the above referenced cases
And those to be filed
*****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
    VIDEOTAPED DEPOSITION OF LOUIS SAINCIRIN

            Thursday, October 1, 2015
                  9:10 a.m.

Confidential - Subject to Further Confidentiality Review

Page 2

```
1    VIDEOTAPED DEPOSITION OF LOUIS SAINCIRIN
2
3
     Held At:
4
5    Barcelo Puerto Plata
6    Carretera Luperón, km 5, Puerto Plata 547
7    Dominican Republic
8
9
10   REPORTED BY:
11   Maureen O'Connor Pollard, RMR, CLR, LSR #473
12   Realtime Systems Administrator
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1    APPEARANCES (Continued):
2
3    FOR THE DEFENDANT HOPE E. CARTER:
4       JEFFREY W. KENNEDY, ESQ.
5         MILANO & WANAT LLC
6         471 East Main Street
7         Branford, Connecticut 06405
8         203-315-7000
9         jkennedy@mwllc.us
10
11   FOR THE DEFENDANT ORDER OF MALTA AMERICAN
12   ASSOCIATION, U.S.A.:
13      BRADFORD S. BABBITT, ESQ.
14         ROBINSON & COLE LLP
15         280 Trumbull Street
16         Hartford, Connecticut 06103
17         860-275-8200
18         bbabbitt@rc.com
19
20
21
22
23
24
25
```

Page 3

```
1    APPEARANCES:
2    FOR THE PLAINTIFF:
3       MITCHELL GARABEDIAN, ESQ.
4       LU XIA, ESQ.
5         LAW OFFICES OF MITCHELL GARABEDIAN
6         100 State Street, Sixth Floor
7         Boston, Massachusetts 02109
8         617-523-6250
9         garabedianlaw@earthlink.com
10        lxia@garabedianlaw.com
11        -and-
12      ELLYN H. HURD, ESQ.
13        SIMMONS HANLY CONROY
14        112 Madison Avenue
15        New York, New York 10016
16        212-784-6400
17        ehurd@simmonsfirm.com
18
19   FOR THE DEFENDANT PAUL E. CARRIER, S.J.:
20      AARON D. ROSENBERG, ESQ.
21        MURPHY & KING
22        One Beacon Street, Twenty First Floor
23        Boston, Massachusetts 02108
24        617-423-0400
25        adr@murphyking.com
```

Page 5

```
1    APPEARANCES (Continued):
2
3    FOR THE DEFENDANT FAIRFIELD UNIVERSITY:
4       PAUL D. WILLIAMS, ESQ.
5         DAY PITNEY LLP
6         One Canterbury Green
7         Stamford, Connecticut 06901
8         860-275-0223
9         pwilliams@daypitney.com
10
11      JOHN W. CERRETA, ESQ.
12        DAY PITNEY LLP
13        242 Trumbull Street
14        Hartford, Connecticut 06103
15        860-275-0100
16        jcerreta@daypitney.com
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 to 5)

Confidential - Subject to Further Confidentiality Review

Page 6

```
1    APPEARANCES (Continued):
2
3    FOR THE DEFENDANT THE SOCIETY OF JESUS OF
4    NEW ENGLAND:
5        MICHAEL KERRIGAN, ESQ.
6        SLOANE AND WALSH, LLP
7        Three Center Plaza, Suite 830
8        Boston, Massachusetts 02108
9        617-523-6010
10       mkerrigan@sloanewalsh.com
11
12   Videographer:  Christopher Coughlin
13
14   Interpreter:  Philippe Chamy
15
16   Also Present:
17   Jean Elyseé Pierre Louis, Interpreter
18
19
20
21
22
23
24
25
```

Page 7

```
1                INDEX
2    EXAMINATION                      PAGE
3    LOUIS SAINCIRIN
4    BY MR. CERRETA                   10
5    BY MR. ROSENBERG                 168
6    BY MR. KERRIGAN                  174
7    BY MR. KENNEDY                   220
8    BY MR. BABBITT                   232
9
10
11       E X H I B I T S
12   NO.      DESCRIPTION             PAGE
13   1    Complaint and Jury Trial Demand...... 13
14   2    Plaintiff Louis Saint Cirin's
          Response to Certain Defendants'
15        First Set of Interrogatories......... 15
16   3    One page handwritten document........ 25
17   4    Two page document, Declaration of
          the kids of Project Pierre
18        Toussaint, Bates PEC001034 and
          1035.................................156
19
     5    Copy of Badge from St. Vincent
20        Foundation...........................210
21   6    Sixth Grade Paper....................211
22   7    Grades from Saint-Esprit.............213
23   8    Documents for Saint Esprit...........212
24   9    Document from Institution Mixte
          Jean Renel...........................217
25
```

Page 8

```
1          P R O C E E D I N G S
2
3          THE VIDEOGRAPHER:  We are now on the
4    record.  My name is Chris Coughlin, I'm a
5    videographer for Golkow Technologies.
6          Today's date is October 1, 2015, and
7    the time is 9:10 a.m..
8          This video deposition is being held in
9    Puerto Plata, Dominican Republic in the matter
10   of Gervil, St. Louis versus Douglas Perlitz, et
11   al, United States District Court, District of
12   Connecticut.
13         The deponent is Louis Saincirin.
14         Will counsel please identify
15   yourselves for the record.
16         MR. CERRETA:  Good morning.  My name
17   is John Cerreta, I represent Fairfield
18   University.
19         A.  Good morning.
20         MR. ROSENBERG:  Aaron Rosenberg, I
21   represent Father Paul Carrier.
22         MR. KERRIGAN:  Good morning,
23   Mr. Saincirin.  My name is Michael Kerrigan, I
24   represent the Society of Jesus of New England.
25         MR. KENNEDY:  Good morning.  My name
```

Page 9

```
1    is Jeffrey Kennedy, I represent Hope Carter.
2          MR. BABBITT:  I'm Bradford Babbitt, I
3    represent the American Association of the Order
4    of Malta.
5          MS. XIA:  Good morning.  Lu Xia
6    representing Plaintiffs.
7          MR. GARABEDIAN:  Good morning.
8    Mitchell Garabedian, I represent all Plaintiffs
9    in the St. Louis matter and the deponent, Louis
10   Saincirin.
11         MS. HURD:  Good morning.  Ellyn Hurd
12   from Simmons Hanly Conroy representing the
13   Plaintiffs.
14         THE VIDEOGRAPHER:  The court reporter
15   is Maureen Pollard, and she will now swear in
16   the witness and the interpreter.
17
18         PHILIPPE CHAMY,
19   having been duly sworn to translate the
20   testimony to the best of his ability, translated
21   as follows:
22
23         LOUIS SAINCIRIN,
24   having been first duly sworn, was examined and
25   testified as follows through the interpreter:
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 10

```
 1        A.  Yes, I swear.  Yes, I swear, but there
 2   might be some mistakes.
 3            DIRECT EXAMINATION
 4   BY MR. CERRETA:
 5        Q.  Good morning, sir.  Would you just
 6   state your name for the record?
 7        A.  My name is Louis Saincirin.
 8        Q.  Do you have any other names that you
 9   go by?
10        A.  Yes.  They call me Claude sometimes.
11        Q.  Who calls you Claude?  Is that
12   something you go by generally?
13        A.  Very often I'm called that.
14        Q.  You were a student at PPT, right?
15        A.  Yes.
16        Q.  Did you often go by Claude when you
17   were a student at PPT?
18        A.  Yes.
19        Q.  A moment ago when you were sworn in
20   you said that you swear but there might be some
21   mistakes, is that right?
22        A.  Maybe there might be some small
23   mistakes.
24        Q.  But are you going to do your best to
25   tell the truth today?
```

Page 11

```
 1        A.  Yes, I will do every effort.  That is
 2   dependent on my abilities.
 3        Q.  What's your date of birth?
 4        A.  July 22, 1986.
 5        Q.  Are you taking any medication that
 6   would prevent you from testifying truthfully
 7   today?
 8        A.  No.
 9        Q.  Have you taken any medication today?
10        A.  No.
11        Q.  Have you taken any drugs today?
12        A.  No.
13        Q.  Have you had any alcohol to drink
14   today?
15        A.  No.
16        Q.  Are you understanding the interpreter
17   so far when he is speaking to you?
18        A.  Yes.
19        Q.  Do you speak any English,
20   Mr. Saincirin?
21        A.  I don't speak, but I understand a few
22   words.
23        Q.  Do you read any English?
24        A.  Not really.
25        Q.  How about Creole, do you read any
```

Page 12

```
 1   Creole?
 2        A.  Not really.
 3        Q.  Are you able to read some Creole?
 4        A.  Not really.
 5        Q.  Do you speak any other languages?
 6        A.  I'm okay in French, yes.
 7        Q.  Are you able to read French?
 8        A.  I do my best, yes.
 9        Q.  How about writing, are you able to
10   write in Creole?
11        A.  Not really.
12        Q.  Do you write some Creole?
13        A.  Not really.
14        Q.  How about in French, are you able to
15   write in French?
16        A.  Yes, I can get by.
17        Q.  Do you read books?
18        A.  Yes.
19        Q.  What language do you usually read
20   books in?
21        A.  For example, the bible.
22        Q.  What language is the bible that you
23   read from?
24        A.  In French.
25        Q.  This has been premarked as Exhibit 1.
```

Page 13

```
 1            (Whereupon, Saincirin Exhibit
 2            Number 1, Complaint and Jury Trial
 3            Demand, was marked for
 4            identification.)
 5   BY MR. CERRETA:
 6        Q.  I'm going to hand it to you,
 7   Mr. Saincirin.  Do you see your name at the top
 8   of this document here?
 9        A.  Yes.
10        Q.  For the record, this is the Complaint
11   of Louis Saincirin.
12            Have you ever seen this document
13   before, Mr. Saincirin?
14        A.  Maybe so.
15        Q.  Okay.  I'm just going to tell you,
16   this is the document that was filed on your
17   behalf in the court up in Connecticut.  It's the
18   Complaint that was filed to start your case
19   against Douglas Perlitz and the other
20   Defendants.
21        A.  Yes.
22        Q.  And you remember seeing that document
23   before?
24        A.  Yes.
25        Q.  Have you gone through that document
```

4 (Pages 10 to 13)

Confidential - Subject to Further Confidentiality Review

Page 14

```
1    before?
2         MR. GARABEDIAN:  Excuse me, ask if he
3    needs to take a break.  Can you agree we can
4    take a break?  But answer the question.  I don't
5    know what the confusion is.
6         MR. CERRETA:  I'm sorry, did he have
7    a --
8         A.  I don't remember if I did read it,
9    because it's in English as I see it in front of
10   me now, so I don't know what's inside it.
11   BY MR. CERRETA:
12        Q.  Are you okay to keep going?  Do you
13   want to take a break for a minute?
14        A.  No, I'm good.  Thank you.  You can go.
15        Q.  Okay.  So this document is only in
16   English.  So it's your testimony, right, that
17   you're not able to read any English?
18        A.  What do you mean?
19        Q.  Am I right that you're not able to
20   read English?
21        A.  I'm not comfortable with English, but
22   if I'm provided with a translation I will be
23   able to tell you if it's really me.
24        Q.  Did anybody translate this complaint
25   for you?
```

Page 15

```
1         A.  Yes.
2         Q.  And when it was translated for you,
3    was everything in there correct and accurate?
4         A.  Yes, it was accurate, because it was
5    as I had myself wrote it.
6         Q.  Thank you.
7             Mr. Saincirin, now I'm going to hand
8    you what's been marked as Exhibit 2.
9             (Whereupon, Saincirin Exhibit
10            Number 2, Plaintiff Louis Saint
11            Cirin's Response to Certain
12            Defendants' First Set of
13            Interrogatories, was marked for
14            identification.)
15   BY MR. CERRETA:
16        Q.  Which are the Plaintiff, Louis Saint
17   Cirin's Response to Certain Defendants' First
18   Set of Interrogatories.
19            Mr. Saincirin, this document starts
20   off in English, and then about halfway through
21   it switches to the Creole version, the original
22   Creole of the same document.
23            Do you remember seeing this document
24   before?
25        A.  Yes.
```

Page 16

```
1         Q.  Do you recognize what this document
2    is?
3         A.  Yes.
4         Q.  What is this document?
5         A.  It's what I declared.
6         Q.  Would you mind turning to the last
7    page of the document?
8         A.  Yes.  No problem.
9         Q.  Is that your name there written in
10   pen?
11        A.  It's my name.
12        Q.  Did you write your name there?
13        A.  Yes, it's my name.
14        Q.  And is that your signature on the
15   verification page?
16        A.  Yes.
17        Q.  And did you write the Number 20 there
18   in pen also?
19        A.  I don't remember.
20        Q.  Before you signed your name to this
21   document, did you read through your responses to
22   the questions?
23        A.  Yes.
24        Q.  Were you able to understand all the
25   questions and answers?
```

Page 17

```
1         A.  Yes.
2         Q.  And when you signed your name, did you
3    understand you were certifying that all of your
4    answers were correct and truthful?
5         A.  Yes.
6         Q.  And were all of your answers correct
7    and truthful?
8         A.  Yes.
9         Q.  Where were you when you read and
10   signed this document?
11        A.  I don't remember where I was.
12        Q.  Was anyone with you?
13        A.  Yes.
14        Q.  Who was with you?
15        A.  I was with Cyrus.
16        Q.  Is that Cyrus Sibert?
17        A.  Yes, he had taken me to a hotel.
18        Q.  Was there anyone else there?
19        A.  Yes.
20        Q.  Who else was there?
21        A.  Mitchell Garabedian.  A few other
22   people, but I don't remember their names now.
23        Q.  Were those other people attorneys?
24        A.  Yes, they were attorneys.
25        Q.  Besides your attorneys and Cyrus
```

Confidential - Subject to Further Confidentiality Review

Page 18

1   Sibert, was anyone else there with you when you
2   read and signed these documents?
3       A.  No, there weren't other people.  When
4   I actually signed the document --
5           THE INTERPRETER:  The interpreter
6   requests a clarification.
7       A.  When I signed the documents, only the
8   lawyers were present.
9       Q.  Okay.  Cyrus Sibert wasn't in the room
10  with you and your lawyers when you read and
11  signed this document?
12      A.  No.
13      Q.  But he was at the hotel that day when
14  you had this meeting?
15      A.  No, he had simply dropped me off and
16  had left.
17      Q.  And was this on -- was this in
18  September of 2014?
19      A.  Possibly, yes.
20      Q.  Thank you.  I'm done with this
21  document for now.
22      A.  Thank you as well.
23      Q.  Did you read any documents in order to
24  get ready for your deposition today?
25      A.  I don't understand.

Page 20

1   for the interpretation before he answers.
2   BY MR. CERRETA:
3       Q.  So is it your testimony that you did
4   nothing to help you prepare for today's
5   deposition?
6       A.  No.
7       Q.  I'm sorry, did you do nothing, or did
8   you do anything to prepare?
9           MR. GARABEDIAN:  Objection.
10      A.  I did nothing, but I don't quite
11  understand the meaning of your question.
12  BY MR. CERRETA:
13      Q.  I'm just -- I was just wondering if
14  you looked at any documents or videos or
15  photographs or anything just to help you get
16  ready for the testimony you were going to give
17  today.
18          MR. GARABEDIAN:  Objection.  I
19  instruct him not to answer as to any information
20  that would violate the attorney/client
21  privilege.
22  BY MR. CERRETA:
23      Q.  Are you able to answer my question?
24      A.  No.
25      Q.  Did you speak with your attorneys to

Page 19

1       Q.  Did you do anything to prepare for
2   today's testimony?
3           MR. GARABEDIAN:  Objection.  I
4   instruct him not to answer to the extent it
5   would be violative of the attorney/client
6   privilege.
7       A.  Okay.
8   BY MR. CERRETA:
9       Q.  Without getting into anything you
10  might have said between you and your lawyers,
11  did you do anything to prepare for today's
12  deposition?
13      A.  Nothing.
14      Q.  You didn't read any documents to
15  prepare for today's deposition?
16      A.  No.
17      Q.  Did you watch any videos?
18      A.  Which videos?
19      Q.  Any videos to help you prepare for
20  today's deposition.
21      A.  No.
22          THE INTERPRETER:  The interpreter
23  would like to give instructions to the deponent,
24  please?
25          I asked the deponent to please wait

Page 21

1   get ready for today's deposition?  And you can
2   answer that question just yes or no.
3       A.  Yes.
4       Q.  Did you do -- did you speak with
5   anyone else, other than your attorneys, to help
6   you get ready for today's deposition?
7       A.  No.
8       Q.  And did you look at any documents or
9   pictures or videos to help you get ready for
10  today's deposition?
11      A.  No.
12      Q.  Thank you.
13          Have you ever been married,
14  Mr. Saincirin?
15      A.  No.
16      Q.  Do you have a significant other?
17          MR. GARABEDIAN:  Objection.
18      A.  Yes.
19  BY MR. CERRETA:
20      Q.  Who is that?
21      A.  Tanet Joseph, T-A-N-E-T, Joseph.
22      Q.  How long have you been together with
23  Tanet?
24      A.  I don't remember.
25      Q.  Have you been together for more than a

6 (Pages 18 to 21)

Confidential - Subject to Further Confidentiality Review

Page 22

1    year?
2      A.  I don't remember.
3      Q.  Did you get together with Tanet before
4    or after PPT closed?
5      A.  After PPT closed.
6      Q.  Did your relationship with Tanet
7    Joseph start before or after the earthquake in
8    Haiti in 2010?
9      A.  I don't remember, because it's been
10   quite a while, so I don't remember.
11     Q.  Were you already together with Tanet
12   Joseph when you brought your case in this
13   matter?
14     A.  Yes.
15     Q.  Prior to your current relationship
16   with Tanet Joseph, did you have any other prior
17   relationships?
18     A.  I don't remember.
19     Q.  You don't remember if you had any
20   other romantic relationships prior to the one
21   with Tanet?
22     A.  I don't remember such things.  I don't
23   remember.  It's been a long time.
24     Q.  Do you have any children?
25     A.  No.

Page 23

1      Q.  Do you live with Tanet Joseph?
2      A.  No.
3      Q.  Where does Tanet live?
4      A.  In the countryside.
5      Q.  Any particular name of the town or
6    place in the countryside?
7      A.  In Plaisance Pilate, P-L-A-I-N --
8    P-L-A-I-S-A-N-C-E, Pilate, this is a separate
9    word, P-I-L-A-T-E.
10         THE INTERPRETER:  The deponent is
11   explaining it's between the Town of Plaisance
12   and Pilate, another town.
13     Q.  And where do you live?
14     A.  I live in St. Philoméne.  I live in
15   St. Philoméne, but now I am in Santo Domingo.  I
16   live in Santo Domingo now.
17     Q.  When did you move to Santo Domingo?
18     A.  I don't remember.
19     Q.  Did you move to Santo Domingo before
20   or after you filled out your responses to these
21   questions?
22     A.  It was after that I filled out these
23   questions.
24     Q.  Have you been living in Santo Domingo
25   for more than six months?

Page 24

1      A.  I don't remember.
2      Q.  When was the last time you saw Tanet
3    Joseph?
4      A.  I don't remember.
5      Q.  Have you seen Tanet since you moved to
6    Santo Domingo?
7      A.  I don't understand.
8      Q.  You're now living in Santo Domingo,
9    right?
10     A.  Yes.
11     Q.  In the time that you've been living in
12   Santo Domingo, have you been able to see Tanet?
13     A.  Sometimes I see her.
14     Q.  Do you go back to visit?
15     A.  Yes.
16     Q.  Has she been to visit you in Santo
17   Domingo?
18     A.  No.
19     Q.  How often do you get back to visit?
20     A.  I don't remember.
21     Q.  Have you been back to Haiti more than
22   one time since you've been living in Santo
23   Domingo?
24     A.  Yes.
25     Q.  Would you say it's more than five

Page 25

1    times?
2      A.  Well, I don't remember.
3      Q.  Where do you live in Santo Domingo?
4      A.  I live in Constanza Fior Tireo Arriba.
5          THE INTERPRETER:  C-O-N-S-T-A-N-Z,
6    F-I-O-R, T-I-R-E-O, and then it is written
7    A-R-R-I-B-A.
8      Q.  I notice you just wrote your address
9    in Santo Domingo for the interpreter, is that
10   right?
11     A.  Yes.
12     Q.  Would you mind just writing it again
13   on this paper for me (handing)?
14     A.  (Witness complies).
15     Q.  Thank you, sir.  Maybe we can mark
16   this as Exhibit 3.
17         (Whereupon, Saincirin Exhibit
18         Number 3, One page handwritten
19         document, was marked for
20         identification.)
21   BY MR. CERRETA:
22     Q.  Does anyone live with you at your
23   place in Santo Domingo?
24     A.  Who do you mean?
25     Q.  Anyone.  Do you live with anyone in

7 (Pages 22 to 25)

Confidential - Subject to Further Confidentiality Review

Page 26

```
 1   Santo Domingo?
 2       A.  Yes.
 3       Q.  Who do you live with?
 4       A.  I live in Dieu, D-I-E-U, Fet, F-E-T,
 5   last name R-E-N-A-U-D, Renaud.  R-E-N-A-U-D,
 6   Renaud.
 7       Q.  Just to clarify, are the spellings the
 8   interpreter's spellings?
 9       THE INTERPRETER:  The interpreter
10   answers that he's not sure about the spelling.
11       MR. CERRETA:  Mitch, in one of the
12   previous depositions we kind of agreed that when
13   Nathalie was here that the spellings are not the
14   witness's, just so the record is clear.  The
15   spellings are something the interpreter is doing
16   to help out the court reporter.
17       MR. GARABEDIAN:  Agreed.
18   BY MR. CERRETA:
19       Q.  Do you live in a house in Santo
20   Domingo?
21       A.  What do you mean Santo Domingo?
22   Because I live in Constanza.
23       Q.  You live in Constanza.  Is that part
24   of Santo Domingo?
25       A.  Yes, it is part of Santo Domingo.
```

Page 27

```
 1       Q.  And is that a private house that you
 2   live in?
 3       A.  No, I pay rent.
 4       Q.  Do you and Renaud split the rent?
 5       A.  But there are other people as well
 6   living there, and I haven't given all the names.
 7       Q.  Could you give all the names of the
 8   others who live there?
 9       A.  I can give some, yes.
10       Q.  Please give the ones you can.
11       A.  Mico, his name is Mico, like M-I-C-O.
12   Edner, E-D-N-E-R.  Dji, D-G-I -- D-J-I, I'm
13   sorry.
14       Q.  All the names that you just mentioned,
15   are they all men living at the place in
16   Constanza?
17       A.  Yes.
18       Q.  Are all of the gentlemen who were
19   living with from Haiti?
20       A.  Yes.
21       Q.  Did you all travel from Haiti to Santo
22   Domingo together to settle there?
23       A.  Who do you mean by "all"?
24       Q.  The gentlemen that you're living with.
25       A.  No.
```

Page 28

```
 1       Q.  Did you come with any of them from
 2   Cap-Haïtien when you moved to Santo Domingo?
 3       A.  No.
 4       Q.  You met all those gentlemen after you
 5   got to Santo Domingo?
 6       A.  We knew each other before.
 7       Q.  Why did you leave Cap-Haïtien to move
 8   to Santo Domingo?
 9       A.  It's because my situation is
10   difficult.
11       Q.  How so?
12       A.  First of all, I was one of the people
13   that was being helped, and when I was no longer
14   receiving help it became difficult for me.  And
15   he was continuing.
16       THE INTERPRETER:  The interpreter
17   would ask for clarification.
18       A.  I wasn't -- I didn't have any kind of
19   training allowing me to stay in the city where I
20   was to find work, and I had to come to Santo
21   Domingo to work the fields.  And even though I
22   have to work with the white owners, I have to do
23   that in order to make a living.
24       Q.  So did you come to Santo Domingo in
25   search of work?
```

Page 29

```
 1       A.  Yes.  But all I can do here is use a
 2   sickle to work the fields.  Look at my hand, do
 3   you see?  That's all I'm qualified for.  You can
 4   see that's all that I'm doing.
 5       Q.  How long have you been working the
 6   fields outside of Santo Domingo?
 7       A.  I don't know.  And also I don't find
 8   that work very often, because it's not a
 9   permanent job.
10       Q.  How many days a week on average do you
11   work the fields?
12       A.  It's not very stable, because
13   sometimes it can be 15 days, even a month
14   without having anything in terms of work.
15       Q.  On the days that you are able to get
16   work, how much are you paid?
17       A.  Sometimes they give me 300 gourdes,
18   sometimes they give me 250 gourdes, sometimes I
19   work and they don't even pay me.
20       Q.  Are those Haitian gourdes?
21       A.  I said gourdes, but what I meant is
22   pesos.
23       Q.  In the last, say, two months working
24   the fields in the Dominican Republic, how much
25   have you made total?
```

8 (Pages 26 to 29)

Confidential - Subject to Further Confidentiality Review

Page 30

1     A.  I don't remember, but I know I worked
2  a few days, just enough so that I could prevent
3  from starving to death.
4     Q.  What's your mother's name, sir?
5     A.  Marie Estanis, M-A-R-I-E,
6  E-S-T-A-N-I-S, Nereste, N-E-R-E-S-T-E.
7     Q.  Does she sometimes go by the name
8  Fenelia?
9     A.  Yes.
10    Q.  And is she living?
11    A.  Yes.
12    Q.  Where does she live?
13    A.  In the countryside.  La Cul du Nord,
14 L-A, C-U-L, D-U, N-O-R-D.
15    Q.  Is that part of Cap-Haïtien?
16    A.  No.
17    Q.  Where is that in relation to
18 Cap-Haïtien?
19    A.  I couldn't tell you exactly, but it's
20 outside, outside of Cap-Haïtien.
21    Q.  Does your mother work?
22    A.  No.
23    Q.  How about your father, is your father
24 still living?
25    A.  My father died.

Page 31

1     Q.  What was his name?
2     A.  Zephirin Louis, Louis Zephirin.
3        THE INTERPRETER:  Z-E-P-H-Y-R-E-N, I
4  think.
5     Q.  When did your father pass away?
6     A.  I don't remember.
7     Q.  Was it before or after PPT closed?
8     A.  Before PPT closed.
9     Q.  Was it before you started attending
10 school at PPT?
11    A.  It was while I was in PPT, but I don't
12 remember the exact year.
13    Q.  Has your mother remarried after the
14 death of your father?
15    A.  No.  And she wasn't married to my
16 father either.
17    Q.  Okay.  When you were a child growing
18 up, did your father live with you?
19    A.  Yes.
20    Q.  Did your mother live with you?
21    A.  Yes.
22    Q.  You have one brother, is that right?
23    A.  Yes.
24    Q.  Is his name Louis?
25    A.  Louis Moise, M-O-I-S-E.

Page 32

1     Q.  Where does Louis live?
2     A.  You mean Louis Moise?
3     Q.  Yes, your brother.
4     A.  He was in the countryside.  Now he's
5  in Santo Domingo.
6     Q.  Is he also working the fields?
7     A.  Yes.
8     Q.  Does he live with you in Constanza?
9     A.  Sometimes he's there, but he's not
10 there now.  He's somewhere else.
11    Q.  Do you know where he is now?
12    A.  Yes.
13    Q.  Where?
14    A.  Anminan.  He's in Anminan,
15 A-N-M-I-N-A-N.
16    Q.  Is that in the Dominican Republic?
17    A.  Yes.
18    Q.  When you were -- before your father
19 passed away, what did he do for work?
20    A.  He was -- he worked in construction
21 with cement.
22    Q.  How did your father die?
23    A.  I don't remember.  And actually I
24 don't have any information relating to his
25 death.

Page 33

1     Q.  Were you living with your father at
2  the time of his death?
3     A.  No.
4     Q.  Where was he living at the time of his
5  death?
6     A.  He was living in the countryside.
7     Q.  At some point before his death, did he
8  leave the family home and no longer live with
9  you and your mother?
10    A.  We were separated, yes.
11    Q.  How old were you when your father
12 separated from you?
13    A.  I don't remember.
14    Q.  You have three sisters, is that
15 correct?
16    A.  Yes.
17    Q.  What are their names?
18    A.  Marie Junie, J-U-N-I-E.  There's also
19 Alicia, and Dieula.
20    Q.  How old is Marie Junie?
21    A.  I don't know her age.
22    Q.  Is she older or younger than you?
23    A.  She's older, but we don't have the
24 same father.
25    Q.  Does she live with your mother?

9 (Pages 30 to 33)

Confidential - Subject to Further Confidentiality Review

Page 34

1     A.  No.
2     Q.  Where does she live?
3     A.  She's in Santo Domingo.
4     Q.  Does she live in Constanza?
5     A.  No.
6     Q.  What part of Santo Domingo does she
7  live in?
8     A.  She's in an area called Licey,
9  L-I-C-E-Y.
10    Q.  Does she work?
11    A.  No.
12    Q.  Is she married?
13    A.  Yes.
14    Q.  Does she live with her husband?
15    A.  Yes.
16    Q.  Does he work?
17    A.  Sometimes he finds odd jobs.
18    Q.  Do you have another sister Alicia?
19    A.  Yes.
20    Q.  How old is she?
21    A.  I don't know her age, and I know she
22  comes after me, but I don't know exactly when.
23    Q.  When you say she comes after you, do
24  you mean she was born after you?
25    A.  Yes.

Page 35

1     Q.  Is she a small child, or a grown
2  woman?
3     A.  She's an adult, since I'm also an
4  adult.
5     Q.  Does she work?
6     A.  No.
7     Q.  Where does she live?
8     A.  She's living in the countryside.
9     Q.  In the countryside in Haiti?
10    A.  Yes.  She lives in a place called
11  Makaty, M-A-K-A-T-Y.
12    Q.  Is she married?
13    A.  No.
14    Q.  Does she have any children?
15    A.  Yes.
16    Q.  How many children does she have?
17    A.  She has many.  I don't remember.
18    Q.  What was the name of your third
19  sister?
20    A.  Yes, her name an Alicia.
21    Q.  Alicia is the sister we were just
22  talking about, right?
23    A.  Yes, we were just talking about
24  Alicia.  Because there were originally four; one
25  of them died.

Page 36

1     Q.  Do you have a third sister living
2  called Dieula?
3     A.  Yes, I do.
4     Q.  Where does she live?
5     A.  She used to stay in the countryside,
6  but now she's in town.
7     Q.  In the countryside in Haiti?
8     A.  Yes.
9     Q.  The countryside outside of
10  Cap-Haïtien?
11    A.  Yes.
12    Q.  And does she now live in Cap-Haïtien
13  proper?
14    A.  Yes.
15    Q.  Is she married?
16    A.  No.
17    Q.  Does she have any children?
18    A.  Yes.
19    Q.  How many children does she have?
20    A.  Only one.
21    Q.  Does she work?
22    A.  No.
23    Q.  How old is she?
24    A.  I don't know her age.
25    Q.  Is she younger or older than you?

Page 37

1     A.  She's the last one.
2     Q.  And you had a fourth sister who passed
3  away?
4     A.  Yes.  There's one who is deceased, the
5  one that came right before me.  So she could be
6  called the third one, but in terms of living
7  she's the second one.
8     Q.  How old were you when your sister
9  passed away?
10    A.  I don't remember.
11    Q.  Was it before or after your father
12  died?  Was it before your father died?
13    A.  Before my father died, yes.
14    Q.  Your sister who passed away, was she
15  the child of both your mother and your father?
16    A.  No.
17    Q.  She was your mother's daughter?
18    A.  Yes.
19    Q.  How did she pass away?
20    A.  I don't know.
21    Q.  Were you living with her at the time
22  of her death?
23    A.  No.
24    Q.  Where were you living?
25    A.  Labory.

10 (Pages 34 to 37)

Confidential - Subject to Further Confidentiality Review

Page 38

1  Q.  Do you know anything about how your
2  sister died?
3  A.  No, I don't know.
4  Q.  When was the last time you spoke with
5  your mother?
6  A.  I don't remember.
7  Q.  Are you in regular contact with your
8  mother?
9  A.  No.
10  Q.  Have you had any contact with your
11  mother since the PPT closed?
12  A.  I was in contact with her before it
13  closed, but we are not in close contact.
14  Q.  How many times a year on average do
15  you see your mother?
16  A.  I don't remember.
17  MR. CERRETA:  Do you want to take a
18  break?
19  MR. GARABEDIAN:  Sure.
20  THE VIDEOGRAPHER:  Going off the
21  record.  The time is 10:13.
22  (Whereupon, a recess was taken.)
23  THE VIDEOGRAPHER:  Back on the record.
24  The time is 10:29.
25  BY MR. CERRETA:

Page 39

1  Q.  Mr. Saincirin, were you born in an
2  area called Acul du Nord?
3  A.  Yes.
4  Q.  And did you live at a place called
5  Coupe David?
6  A.  Yes.
7  Q.  Is that where your mother is living
8  now, in Acul du Nord?
9  A.  That's where she lives, yes.
10  Q.  And does she still live at that same
11  address that you lived when you were first born?
12  A.  No.
13  Q.  She lives in a different place in Acul
14  du Nord?
15  A.  Yes.
16  Q.  When you were a small child living in
17  Acul du Nord, did you live with both of your
18  parents at that time?
19  A.  My father would often be there to get
20  food.
21  Q.  Would he sleep over nights at the
22  place in Acul du Nord?
23  A.  Sometimes, yes.
24  Q.  And did your siblings live there with
25  you in Acul du Nord?

Page 40

1  A.  Yes.
2  Q.  Did your parents own that house in
3  Acul du Nord?
4  A.  Yes.
5  Q.  How many rooms were there in that
6  house?
7  A.  Two rooms.
8  Q.  And would you sleep with your siblings
9  in one of those rooms?
10  A.  Yes.
11  Q.  And where would your mother sleep in
12  the house?
13  A.  In the other room with my dad when he
14  was there.
15  Q.  There were no other rooms other than
16  the two rooms where people slept?
17  A.  There was a porch.  That's it.
18  Q.  At some point did the family leave
19  Acul du Nord when you were a child?
20  A.  Yes.
21  Q.  In your interrogatories, and I'm
22  looking at Interrogatory No. 2 just for your
23  counsel, it says you were six years old when you
24  left Acul du Nord.  Is that right?
25  A.  I don't remember, but that might be

Page 41

1  correct, because I was very young when we did
2  move.
3  Q.  Where did you move to?
4  A.  Labory.
5  Q.  Is Labory a city in Haiti?
6  A.  It's not a city.  It's an area.
7  Q.  Is it near Cap-Haïtien?
8  A.  A small area.
9  Yes, it's in Cap-Haïtien, but next to
10  Cap-Haïtien.
11  Q.  And did the whole family move from
12  Acul du Nord to Labory?
13  A.  Yes.  The family on my father's side,
14  yes.
15  Q.  Did your mother move to Labory with
16  you?
17  A.  Yes.
18  Q.  And all of your siblings, did they
19  move to Labory also?
20  A.  Yes.
21  Q.  And in Labory, did you live in a
22  house?
23  A.  You mean by myself, or with other
24  people?
25  Q.  Well, the whole family moved from Acul

11 (Pages 38 to 41)

Confidential - Subject to Further Confidentiality Review

Page 42

1    du Nord to Labory, right?
2        A.  Yes.
3        Q.  And back in Acul du Nord, you had been
4    living in a private home, right?
5        A.  No.
6        Q.  Was it your testimony earlier that
7    when you were living in Acul du Nord you all had
8    been living in a house, right?
9        A.  Yes, I was with my family.
10       Q.  And then when the family moved to
11   Labory, did you move into a different house?
12       A.  No.  We were together.
13       Q.  Were you living together in a house in
14   Labory?
15           THE INTERPRETER:  The interpreter
16   would like to make a clarification for the
17   deponent.
18       A.  Yes, we all went together.  We left
19   Acul du Nord to go to another house in Labory.
20       Q.  How many rooms did the house in Labory
21   have?
22       A.  It was only one room, but they divided
23   it in two.
24       Q.  How was it divided in two?
25       A.  They just put a curtain.

Page 43

1        Q.  Did the children sleep on one side of
2    the curtain?
3        A.  Yes, in the room, yes.
4        Q.  And then on the other side of the
5    curtain, was that where your parents would
6    sleep?
7        A.  Yes.
8        Q.  Was your father working at the time
9    when you were living in Labory?
10       A.  Yes.
11       Q.  What sort of work was he doing in
12   Labory?
13       A.  The same type of work.  Working in
14   cement construction.
15       Q.  Did his wages help to support the
16   family?
17       A.  Sometimes, yes.
18       Q.  Was anybody else in the family working
19   at that time?
20       A.  No.
21       Q.  At some point did you leave the family
22   home in Labory and move somewhere else?
23       A.  Yes.
24       Q.  Was that a place called Konasa?
25       A.  Yes.

Page 44

1        Q.  How old were you when you moved to
2    Konasa?
3        A.  I don't remember.
4        Q.  Am I right that you were six years old
5    when you moved from Acul du Nord to Labory?
6        A.  I had answered yes to that question,
7    so I'm not sure exactly, because I was very
8    young.
9        Q.  Sure.
10           Can you estimate about how old were
11   you when you left Labory?
12       A.  No, I don't remember.  I don't
13   remember.
14       Q.  When you left Labory, had you already
15   started attending any schools affiliated with
16   PPT?
17       A.  Could you repeat the question, please?
18       Q.  Sure.
19           When you moved to Konasa, had you
20   already started going to PPT?
21       A.  No.
22       Q.  Where is Konasa?
23       A.  It's a little area to the side, but in
24   the town.
25       Q.  In the Town of Cap-Haïtien?

Page 45

1        A.  It's not inside the city, it's next to
2    the city.
3        Q.  Did anyone else from your family go
4    with you when you moved to Konasa?
5        A.  No.
6        Q.  Who did you move in with in Konasa?
7        A.  With my father's brother.
8        Q.  What was your father's brother's name?
9        A.  Dorecues Louis.  D-O-R-E-C-I-U-S --
10   C-U-E-S.
11       Q.  Why did you move from the family home
12   in Labory to your uncle's home in Konasa?
13       A.  I wasn't able to get any kind of help
14   from my parents, so I went to my uncle's house
15   to see if he would send me to school.
16       Q.  Did your uncle have a job?
17       A.  He was doing the same job as my dad.
18       Q.  Was he married?
19       A.  No.
20       Q.  Did he have any children?
21       A.  Yes.
22       Q.  How many children did he have?
23       A.  He had several, but I don't remember
24   how many.
25       Q.  Were they -- were any of them living

12 (Pages 42 to 45)

Confidential - Subject to Further Confidentiality Review

Page 46

1    with him in Konasa when you arrived?
2        A.  Yes.
3        Q.  How many children were living there
4    when you arrived?
5        A.  I don't remember.
6        Q.  Do you remember any of their names?
7        A.  I don't remember.
8        Q.  Was your uncle able to send you to
9    school?
10       A.  I wanted this.  He could have, but he
11   didn't do it.
12       Q.  How long did you live with your uncle
13   in Konasa?
14       A.  I don't remember.
15       Q.  In your Interrogatory No. 2 you say
16   "After two years I went back to my mom's house
17   in Labory."  Does that sound about right?
18       A.  Yes, approximately two years.  But
19   like I said before, I was very young, and so I
20   don't remember the exact dates.
21       Q.  When you were living in Konasa with
22   your uncle, for any of that time were you a
23   student at PPT?
24       A.  No.
25       Q.  After you moved back in with your

Page 47

1    mother in Labory, were you -- is that when you
2    started as a student at PPT?
3        A.  No.
4        Q.  When you had moved back to Labory for
5    the second time, do you remember how long you
6    lived there on that second stay at the family
7    home in Labory?
8        A.  No, I don't know.  I don't remember.
9        Q.  What was the first school you ever
10   attended?
11       A.  I was at Eben-Ezer.  Before I went to
12   Cap-Haïtien in the countryside I had gone to a
13   school in the countryside, but I don't remember
14   its name.
15       Q.  Was that back in Acul du Nord?
16       A.  Yes, in Acul du Nord, not far from an
17   area called Desmangles, D-E-S-M-A-N-G-L-E-S.
18       Q.  And then after you moved out of Acul
19   du Nord, there was another school you attended?
20   I believe you just said the name of it.
21       A.  Yes.  When I went to town, the first
22   school I went to when I went to town for the
23   first time was that school Eben-Ezer.
24       Q.  After you were living in Labory for
25   that second time, at some point did you move

Page 48

1    somewhere else?
2        A.  Can you repeat the question for me?
3        Q.  You moved from your uncle's house in
4    Konasa back to Labory, right?
5        A.  Yes.
6        Q.  And it was your testimony earlier that
7    you can't remember exactly how long you stayed
8    in Labory that second time, right?
9        A.  Yes.  I wasn't able to testify because
10   I didn't remember.
11       Q.  Were you a student at Eben-Ezer while
12   you were living in Labory for that second time?
13       A.  Yes.
14       Q.  What grade did you go up to in
15   Eben-Ezer?
16       A.  I spent two years there.
17       Q.  Did it cost money to go to Eben-Ezer?
18       A.  Yes, had you to pay.
19       Q.  Did your parents pay your tuition
20   there?
21       A.  No.  PPT paid.
22       Q.  Okay.  After Eben-Ezer, what was the
23   next school you attended after that?
24       A.  Pierre Toussaint.
25       Q.  And did you live at the Village at the

Page 49

1    Pierre Toussaint school?
2        A.  Yes.  But you have to ask the question
3    more clearly, because we have to talk about
4    whether it was before St. Georges or after
5    St. Georges.
6        Q.  What is St. Georges?
7        A.  It's a school.  Yes, that's right,
8    it's a school.
9        Q.  Where were you living when you
10   attended St. Georges?
11       A.  When I was at St. Georges, I was
12   living in Labory.
13       Q.  And then after St. Georges, did you go
14   to the Village?
15       A.  Yes.
16       Q.  Did you ever live in a place called
17   Baryè Boutèy?
18       A.  Yes.
19       Q.  Was that before or after you came back
20   to Labory for the second time?
21       A.  Can you repeat for me again?
22       Q.  When did you move to Baryè Boutèy?
23       A.  While the project was paying for me, I
24   had a problem.  My parents were no longer there,
25   they left me by myself, so I was in great

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 50

1  difficulty.  So I went to speak to Andy, who
2  spoke about it with Margarette, and she talked
3  about it in the Village, and they gave me a
4  place to stay.  I stayed there a few days, and
5  then Margarette did the following.  They found a
6  way of giving me a place to stay.  And then some
7  of the kids let me stay at their homes.  But I
8  was still with the project.
9      Q.  What was the first school you went to
10  that was part of PPT?
11      A.  You mean that PPT was sponsoring?
12      A.  Yes.
13      A.  Street 13, Rue 13.
14      Q.  And where were you living when you
15  first started going to Rue 13?
16      A.  I was in Labory.
17      Q.  And was this when you had the problem
18  when your parents had moved away?
19      A.  Yes.
20      Q.  Where did they go?
21      A.  They had gone back to the countryside,
22  and my father was sick.
23      Q.  And so this is when you had spoken to
24  Andy at the time that your father got sick?
25      A.  He had fallen sick, he had gone to the

Page 51

1  countryside, a bit of time elapsed, quite a bit
2  of time elapsed, and then I spoke to him.
3      Q.  Where were you living between the time
4  you spoke to Andy and -- I'm sorry, strike that.
5          Where were you living between the time
6  when your father fell ill and went to the
7  countryside and the time you spoke to Andy about
8  it?
9      A.  Where I was living?
10      Q.  Yes.  Did you have anywhere to stay?
11      A.  I had stayed back in the same house.
12      Q.  But your parents were no longer living
13  there?
14      A.  Yes, and that's why I ended up in the
15  street.
16      Q.  When did you end up in the street?
17      A.  It was at that same period where my
18  parents were ill, and I was -- didn't have
19  anyone to care for me.
20      Q.  When did you first hear about the
21  center at Rue 13?
22      A.  I used to hear about it from the
23  street kids.  And I tried to look for the place
24  myself, too.
25      Q.  Was this at the time when you were

Page 52

1  living in the streets?
2      A.  Yes.  I was already in that situation.
3      Q.  And what did you hear about the center
4  at Rue 13?
5      A.  That it was a center that was there to
6  help kids that weren't able to fend for
7  themselves that were in the street.
8      Q.  And when you heard that, is that what
9  made you want to go there?
10      A.  It wasn't only that, it was also that
11  I wanted to learn, and I wanted to meet somebody
12  in the society that could help me.
13      Q.  Do you remember how old you were the
14  first time you went to Rue 13?
15      A.  No.  I don't remember.
16      Q.  What was the day like as a student at
17  Rue 13?
18          MR. GARABEDIAN:  Objection.
19  BY MR. CERRETA:
20      Q.  Could you describe for me a typical
21  day at Rue 13?
22      A.  I don't remember everything, but when
23  you got there you would take a shower, and you
24  would eat.  They would show you how to write.
25  Sometimes they would give us advice, counseling,

Page 53

1  and they would follow your behavior to see
2  whether you were a child that was capable of
3  learning.  I don't remember anything else.
4      Q.  What sorts of things did you learn at
5  Rue 13?
6      A.  They taught me how to write.  They
7  would teach us some math exercises, and other
8  things that I don't remember.
9      Q.  Do you remember any of your teachers'
10  names at Rue 13?
11      A.  I can give you some names, yes.
12      Q.  Please do.
13      A.  There was Andy.  There was Mémé.
14  There was Margarette.  There was Romere.  There
15  was Madame Calixte.  I don't remember the
16  others.  I'm sorry, I remember now two others,
17  Emilie and John, who was there for quite a bit.
18  John, he's a foreigner.
19      Q.  Do you remember what subject Mémé
20  taught?
21      A.  I don't remember.
22      Q.  How about Margarette?
23      A.  She was a councillor.
24      Q.  Madame Calixte?
25      A.  She was a teacher.  She was showing us

14 (Pages 50 to 53)

Confidential - Subject to Further Confidentiality Review

Page 54

1  how to write and all those things.
2      Q.  What did Emilie teach?
3      A.  She was always teaching us how to
4  write.  And they didn't have fixed teaching
5  assignments, they would be rotated, and they
6  would be replacing one another when some didn't
7  show up.
8      Q.  How about Andy, was he a white person?
9      A.  Yes.  He was one of the people in
10 charge of Rue 13.
11     Q.  And you also mentioned John.  Was he
12 also a white person?
13     A.  Yes, he was a white person.
14     Q.  Were there any other white people that
15 you remember who worked at PPT?  I'm sorry.
16         Were there any other white people that
17 worked at Rue 13?
18     A.  I don't remember.
19     Q.  Did you ever see Douglas Perlitz at
20 Rue 13?
21     A.  Yes, he would be there, but I didn't
22 listen, because he wasn't working there.  He was
23 somebody who was in charge.
24     Q.  How often would you see Douglas
25 Perlitz at Rue 13?

Page 55

1      A.  I don't remember, but many times.
2      Q.  What would he do when he came to
3  Rue 13?
4      A.  I don't remember.
5      Q.  Did you ever speak to Douglas at the
6  time you were attending Rue 13?
7      A.  Yes, sometimes I did.
8      Q.  When was the first time you met
9  Douglas Perlitz; was it while you were at
10 Rue 13?
11     A.  While I was at Rue 13, yes.  No, I'm
12 sorry.  Can you repeat again the question?  You
13 mean the first time?
14     Q.  Yes.  When did you first meet Douglas
15 Perlitz?
16     A.  I also used to meet him in Rue 3, a
17 center called Center 3, behind the Sacred Heart.
18     Q.  Was that before you started to go to
19 Rue 13?
20     A.  Yes.
21     Q.  Was there any other place before
22 Rue 13 that you would go as part of PPT?
23     A.  I don't remember.
24     Q.  Was there ever a place at Rue 15 that
25 was part of PPT?

Page 56

1      A.  Yes, it existed.  I remember people
2  talking about it, but I don't remember all the
3  details.
4      Q.  Did you ever go to Rue 15?
5      A.  I don't remember.  It's been a long
6  time.
7      Q.  We were talking earlier about the
8  problems you were having with your living
9  situation while you were a student at Rue 13.
10     A.  Yes.
11     Q.  Did you go to your teachers and tell
12 them about this difficulty you were having?
13     A.  I didn't speak to them in that manner.
14 But after a while when I was already part of the
15 project, I went to speak to Andy.
16     Q.  Did you tell Andy about this problem
17 you had with your parents leaving?
18     A.  Yes.
19     Q.  Do you remember what Andy said when
20 you told him about your problem?
21     A.  I don't remember.
22     Q.  But he was able to find you a place to
23 stay?
24     A.  Yes, he let me stay at his house.
25     Q.  How long did you stay at his house?

Page 57

1      A.  I don't remember, but it wasn't a lot
2  of time.  Maybe about a week, almost a week.
3      Q.  Where was Andy's house?
4      A.  In Bel Air.
5      Q.  Did Douglas Perlitz live there, too?
6      A.  Yes.
7      Q.  The time when you stayed over at Bel
8  Air, was that the first time you had ever been
9  to that house?
10     A.  Yes.
11     Q.  Where did you sleep when you -- where
12 did you sleep in the house in Bel Air when you
13 stayed there for a few days?
14     A.  In the living room on the couch.
15     Q.  Did you talk to Douglas Perlitz while
16 you were staying there?
17     A.  I don't remember.
18     Q.  Did Douglas Perlitz do anything to
19 hurt you while you were there for that time
20 staying over?
21     A.  No.
22     Q.  Did you see any other children there
23 while you were there?
24     A.  Inside the house, or do you mean
25 outside?

Confidential - Subject to Further Confidentiality Review

Page 58

```
 1      Q.  Inside the house.
 2      A.  No.
 3      Q.  Did Andy sleep there at the house
 4  while you were sleeping there?
 5      A.  Yes.
 6      Q.  Did he stay in his room?
 7      A.  Yes.
 8      Q.  And did Douglas Perlitz sleep there,
 9  too?
10          MR. GARABEDIAN:  Objection.
11      A.  Below.  Because the house was split in
12  two, he was below.
13  BY MR. CERRETA:
14      Q.  Was there anyone else staying there?
15      A.  I don't remember.
16      Q.  So after a few days, where did you
17  move?
18      A.  After a few days, I went to live in
19  Baryè Boutèy.
20      Q.  And did PPT pay for you to stay in
21  Baryè Boutèy?
22      A.  No.  I was staying in the homes of
23  some of the kids that were part of the project.
24      Q.  Who did you stay with in Baryè Boutèy?
25      A.  With Jackson, with Joseph, with
```

Page 59

```
 1  Francilien.  I said Jackson, Francilien, Joseph.
 2  There were others.  I don't remember.  There was
 3  Joseph's mom, too.
 4      Q.  Is that Jackson Jean-Charles,
 5  Francilien Jean-Charles, and Joseph
 6  Jean-Charles?
 7      A.  Yes.  And Jackson's mom was there,
 8  too.
 9      Q.  Are they all brothers, Jackson,
10  Francilien, and Joseph?
11      A.  Yes.
12      Q.  And was Jackson's mother also
13  Francilien and Joseph's mother?
14      A.  Yes.
15      Q.  Was there anyone else living in the
16  home?
17      A.  Yes.
18      Q.  But it was your testimony, right, you
19  just can't remember their names?
20      A.  Yes, that's right.
21      Q.  Were they part of the Jean-Charles
22  family, these other people?
23      A.  Maybe so.
24      Q.  How long did you stay with the
25  Jean-Charleses in Baryè Boutèy?
```

Page 60

```
 1      A.  I don't remember.
 2      Q.  Was it more than a month?
 3      A.  I don't remember.
 4      Q.  Was it more than a few days?
 5      A.  More than a few days, yes, but I don't
 6  remember.
 7      Q.  And while you were living with the
 8  Jean-Charleses, were you still attending 13th
 9  Street?
10      A.  No.  I wasn't in Rue 13 so much as I
11  was in St. Georges.  I was already part of the
12  project, but I wasn't inside the project
13  sleeping.
14      Q.  While you were at 13th Street, did you
15  ever see any other white people who would come
16  to visit?
17      A.  Yes.
18      Q.  Do you remember any of their names?
19      A.  I don't remember their names.
20      Q.  How often would visitors come to 13th
21  Street?
22      A.  Many times I saw foreigners come, but
23  I don't remember how many times.
24      Q.  Do you know a person named Father Paul
25  Carrier?
```

Page 61

```
 1      A.  Yes.
 2      Q.  Did you ever see Father Paul Carrier
 3  at 13th Street?
 4      A.  No, I don't remember.
 5      Q.  Do you know a person named Hope
 6  Carter?
 7      A.  Say it in Creole for me, please.
 8      Q.  Hope Carter.
 9      A.  No.  I know Madame Carter.
10      Q.  Did you ever see Madame Carter at the
11  time you were attending 13th Street?
12      A.  No, I saw her at the project.
13      Q.  At the Village you mean?
14      A.  Yes.
15      Q.  Did you ever see her anywhere outside
16  of the Village?
17      A.  What do you mean?
18      Q.  Was it only at the Village that you
19  saw Hope Carter?
20      A.  I used to see her in Bel Air, too.
21      Q.  How many times did you see Hope Carter
22  in Bel Air?
23      A.  Many times, but I don't know how many.
24      Q.  What was Mrs. Carter doing at Bel Air?
25      A.  I don't know, but I used to see her
```

16 (Pages 58 to 61)

Confidential - Subject to Further Confidentiality Review

Page 62

1    there.
2        Q.  Have you ever spoken to Hope Carter?
3        A.  Yes, I used to speak to her.
4        Q.  How many times have you spoken with
5    her?
6        A.  She would speak to us sometimes as a
7    group, but sometimes I would also speak with her
8    individually.  Even though I didn't speak
9    English, I would take a person with me to
10   translate for me.  And I was also making the
11   effort to learn English.  She would always wish
12   me that one day I would understand.
13       Q.  Did you ever speak to Hope Carter at
14   Bel Air?
15       A.  In Bel Air, no.
16       Q.  How often would you go to Bel Air?
17       A.  Many times, but I don't know, I don't
18   remember how many times.
19       Q.  Why would you go to Bel Air?
20       A.  Sometimes I would go because they
21   would give us some change, a little bit of money
22   so that we could afford to take public
23   transportation.  And Bel Air was also the place
24   where you would find public transportation that
25   would transport us to the project.  This would

Page 63

1    happen sometimes.
2        Q.  Other than the time that Andy brought
3    you there to sleep over a few days, did you ever
4    spend the night at Bel Air?
5        A.  No.
6        Q.  Do you remember how old you were when
7    you started to attend St. Georges?
8        A.  No, I don't remember.
9        Q.  What grades did you go to at
10   St. Georges?
11       A.  I remember I did two grades in
12   St. Georges.
13       Q.  Was it the second and the third grade?
14       A.  Second year and third year.
15       Q.  And was it your testimony earlier that
16   PPT sponsored your attendance at St. Georges?
17       A.  Yes.
18       Q.  When you were attending St. Georges,
19   were you living at the Jean-Charles residence?
20       A.  Can you repeat for me, please?
21       Q.  When you were attending St. Georges,
22   were you living at the home of the
23   Jean-Charleses?
24       A.  Yes.
25       Q.  Do you remember any of your teachers'

Page 64

1    names at the St. Georges school?
2        A.  No, I don't remember.
3        Q.  What was the next school you attended
4    after St. Georges?
5        A.  PPT, the Village, Project Pierre
6    Toussaint.
7        Q.  What grades did you go to at the
8    Village?
9        A.  I did the fourth and the fifth, fourth
10   and fifth year together, and sixth year outside.
11   They had me take my test outside.
12       Q.  So you attended -- what do you mean
13   when you say "fourth and fifth year together"?
14       A.  It means that those two grades were
15   held simultaneously together, because we had --
16   we were behind, so that means they prepared us
17   for both fourth and fifth grades at the same
18   time, simultaneously.
19       Q.  And did you attend the sixth year at
20   PPT?
21       A.  Yes, I did it at PPT, but the exam was
22   taken outside the school.
23       MR. CERRETA:  Why don't we go off the
24   record for a second for a technical problem.
25       THE VIDEOGRAPHER:  Going off the

Page 65

1    record.  The time is 11:24.
2        (Whereupon, a recess was taken.)
3        THE VIDEOGRAPHER:  Back on the record.
4    The time is 11:37.
5    BY MR. CERRETA:
6        Q.  Sir, you were testifying earlier about
7    how you stayed for a time at the Jean-Charles'
8    house, is that right?
9        A.  Yes.
10       Q.  Is Jackson Jean-Charles a friend of
11   yours?
12       A.  Yes, he's my friend.
13       Q.  Are you still in touch with him?
14       A.  Yes.
15       Q.  When was the last time you spoke with
16   him?
17       A.  I don't quite remember.
18       Q.  Have you spoken to Jackson about your
19   case?
20       A.  Maybe so, but I don't remember.
21       Q.  You don't know if you spoke to Jackson
22   about your case?
23       A.  You're speaking about my own case, the
24   abuse?  What is it that you're speaking of?
25       Q.  Well, first about your case, about the

Confidential - Subject to Further Confidentiality Review

Page 66

1    lawsuit you've brought.
2        A.  Maybe so, but I don't remember.
3        Q.  Have you spoken to Jackson about the
4    abuse that Douglas Perlitz committed?
5        A.  No.
6        Q.  Has Jackson ever told you anything
7    about the abuse that Douglas Perlitz committed?
8        A.  No.
9        Q.  How about Joseph Jean-Charles, is he a
10    friend of yours?
11        A.  Yes, he's my friend.  They are three
12    brothers, and we were all at the Village
13    together.
14        Q.  Do you still keep in touch with Joseph
15    Jean-Charles?
16        A.  Yes.
17        Q.  Did Joseph Jean-Charles bring a case
18    against Douglas Perlitz and other Defendants?
19        A.  Can you repeat for me?
20        Q.  Did Joseph Jean-Charles bring a case
21    against Douglas Perlitz and other people and
22    organizations?
23        A.  I don't know.
24        Q.  How about Francilien Jean-Charles, do
25    you know if he is one of the Plaintiffs who

Page 67

1    filed a lawsuit against Douglas Perlitz?
2        A.  Yes.
3        Q.  Did Francilien Jean-Charles receive
4    money as a result of his lawsuit against Douglas
5    Perlitz?
6        A.  I don't know.
7        Q.  Did Joseph Jean-Charles receive money
8    as a result of his case against Douglas Perlitz?
9        A.  I don't know.
10        Q.  Before you started school at the
11    Village, had you ever heard any rumors about
12    Douglas Perlitz abusing children?
13        A.  Can you repeat for me?
14        Q.  Before you started school at the
15    Village, had you ever heard anything about
16    Douglas Perlitz abusing children?
17        A.  No.
18        Q.  When you went to school at the
19    Village, did you sleep over there?
20        A.  Where?
21        Q.  At the Village.
22        A.  At the beginning, no.  After a certain
23    time, yes.
24        Q.  Who decided that you were going to
25    move from St. Georges to the Village?

Page 68

1        A.  Well, that's the way the program was
2    structured.  They chose me to go to the school
3    inside.
4        Q.  Do you know who chose you?
5        A.  I saw my name written down somewhere,
6    and that meant that I was going to be part of
7    the project.
8        Q.  Why were you chosen to be one of the
9    students to move to the Village?
10        A.  I don't know.
11        Q.  Where was the Village located?
12        A.  In Blue Hills.  It's a little area way
13    to the side.
14        Q.  Would you describe for me a typical
15    day at school at the Village?
16        A.  You mean when we're inside with the
17    project?
18        Q.  Yes.  Just for me, you know, what a
19    typical day would be like from the time you
20    arrived to the time you went home at the end of
21    the day.
22        MR. GARABEDIAN:  Objection.
23        A.  I don't remember things like that,
24    because it's been a long time.
25    BY MR. CERRETA:

Page 69

1        Q.  When you first started at the Village,
2    how would you get there in the morning?
3        A.  Sometimes I would sleep there.  I
4    would go to the school outside when I was first
5    inside.
6        THE INTERPRETER:  I want to ask the
7    witness to repeat.  I didn't quite understand.
8        MR. GARABEDIAN:  Objection.
9        A.  Well, when I was first at the Village,
10    I wasn't at school at the Village, I was at
11    school in St. Georges, I was doing the second
12    year.  And then during the course of the second
13    year they put me at school inside the Village,
14    and it's at that time that the Pierre Toussaint
15    school was created, because it didn't exist
16    previously.
17    BY MR. CERRETA:
18        Q.  When you were attending the
19    St. Georges school, part of that time were you
20    living with the Jean-Charles family at their
21    house?
22        A.  Yes.
23        Q.  And then at some point did you move
24    into the Village?
25        A.  Yes, and that's where I ate, and I

18 (Pages 66 to 69)

Confidential - Subject to Further Confidentiality Review

Page 70

1  returned to.
2      Q.  But at the beginning of that time
3  living at the Village, were you still attending
4  school at St. Georges?
5      A.  Yes.
6      Q.  Do I have it right that when you were
7  first living at the Village, it had not yet
8  opened up as a school?
9          MR. GARABEDIAN:  Objection.
10     A.  Yes.  That's right.  At the beginning
11  it was the Village, and then they figured that
12  they were spending too much money for schooling
13  outside the Village, so they decided to make a
14  school inside the Village.
15  BY MR. CERRETA:
16     Q.  So at that beginning time when you
17  lived at the Village before it became a school,
18  do you remember any of the staff that worked
19  there?
20     A.  Yes.  But allow me to make a comment,
21  please.
22     Q.  Please do.
23     A.  So there's the school, but they kept
24  the name Village because it was also a village
25  previously.  That's what I wanted to say.

Page 71

1      Q.  So it was known as the Village when it
2  was kind of a dormitory where people lived and
3  went to school elsewhere, is that right?
4      A.  Yes.  It was called the Village, and
5  it remained the Village after they built the
6  school, and they gave the school the name
7  Village because that village existed previously.
8  That's what I think anyway.
9      Q.  So on a typical day, would someone
10  transport you from the Village to the school at
11  St. Georges?
12         MR. GARABEDIAN:  Objection.
13     A.  Sometimes they would give us money to
14  pay for transportation, and sometimes there
15  would be their own vehicles that would be used
16  to drop us off.
17  BY MR. CERRETA:
18     Q.  Would you eat in the morning at the
19  Village before going to St. Georges?
20     A.  Sometimes, yes.
21     Q.  Before the school opened, about how
22  many children were living at the Village?
23         MR. GARABEDIAN:  Objection.
24     A.  I don't know.  I really don't know.
25  BY MR. CERRETA:

Page 72

1      Q.  Where would the children sleep at
2  night?
3          MR. GARABEDIAN:  Objection.
4      A.  You mean the kids who were staying
5  inside?  Because not all of them slept inside.
6  BY MR. CERRETA:
7      Q.  The ones who were sleeping -- who were
8  staying inside, where would they sleep?
9          MR. GARABEDIAN:  Objection.
10     A.  There were three buildings that was
11  used for those -- as dormitories; Number 1,
12  Number 2, Number 3.
13  BY MR. CERRETA:
14     Q.  Were there other people besides you
15  who were going to school at St. Georges?
16     A.  Yes.  There was one other kid, but his
17  name escapes me.  It's been a long time.
18     Q.  Before the school opened, would other
19  children go to different schools besides
20  St. Georges?
21         MR. GARABEDIAN:  Objection.
22     A.  Yes.
23  BY MR. CERRETA:
24     Q.  Do you remember the names of some of
25  those other schools?

Page 73

1      A.  No.
2      Q.  Do you remember any of the names of
3  the people who were staying at the Village with
4  you before the Village school opened?
5      A.  No.
6      Q.  Before the Village school opened, who
7  would watch over the children that were staying
8  there?
9      A.  Can you repeat for me?
10     Q.  Do you remember any of the staff that
11  worked there before the Village school opened?
12         MR. GARABEDIAN:  Objection.
13     A.  I remember some of them.  Which ones
14  would you like to know?  Each one had a
15  different position.
16  BY MR. CERRETA:
17     Q.  How about the people who would stay
18  over with the children overnight.
19     A.  There was Big Mano.  Sometimes there
20  would be Daniel.  Sometimes Alex, Alex or Jack
21  Caswell.  And among the students that would be
22  sleeping there, some of them would be assigned
23  tasks, like they would be part of the staff.
24     Q.  Were you assigned any tasks like part
25  of the staff?

19 (Pages 70 to 73)

Confidential - Subject to Further Confidentiality Review

Page 74

1      A.  No.
2      Q.  Would a member of the staff sleep in
3  the same room as the children at the Village?
4          MR. GARABEDIAN:  Objection.
5      A.  Not in the same bed, but in the same
6  room, yes, sometimes.
7  BY MR. CERRETA:
8      Q.  Do you remember which house you were
9  staying in at the Village?
10     A.  I was in all three.
11     Q.  Which was the first one that you
12 stayed in?
13     A.  The first house I stayed in was House
14 Number 2.
15     Q.  Were you staying in House 2 before the
16 Village school opened?
17     A.  Yes.
18     Q.  How long were you staying at the
19 Village before the school on the premises
20 opened?
21     A.  That I don't remember.
22     Q.  The abuse that you allege Douglas
23 Perlitz committed against you, did any of that
24 abuse happen before the Village school opened?
25         MR. GARABEDIAN:  Objection.

Page 75

1      A.  The PPT school, you mean?
2  BY MR. CERRETA:
3      Q.  Yes.
4          Did Douglas Perlitz ever abuse you
5  before the PPT school opened at the Village?
6      A.  The school existed already.
7      Q.  When the Village school opened, was
8  there construction done at the Village in order
9  to expand it?
10     A.  Yes.
11     Q.  Were you staying there at the time of
12 the construction?
13     A.  Yes.  And I also worked, I also worked
14 on the site so I could have some money to live.
15     Q.  What sort of work did you do on the
16 site?
17     A.  Sometimes I would carry cinder blocks,
18 I would mix the mortar, I would dig so that they
19 could build the foundations.
20     Q.  Were you paid for that work?
21     A.  Yes.  I was working with engineer
22 Mack.
23     Q.  Did engineer Mack pay you for the
24 work?
25     A.  Yes, they paid -- he paid the Haitian

Page 76

1  that was responsible, and they paid me.
2      Q.  How much were you paid?
3      A.  Not a lot of money.  Like 200 gourdes,
4  250 gourdes.  It wasn't a fixed amount.  It
5  depended on what you did.
6      Q.  After the Village school opened, is
7  that when you transferred from St. Georges to
8  the Village for school?
9      A.  Yes.
10     Q.  What were your teachers' names at the
11 Village?
12     A.  I remember some of the names, but I
13 won't be able to remember all of them.
14     Q.  Okay.  Can you tell me the ones you
15 remember?
16     A.  There was Mémé, Mrs. Nelta, sometimes
17 Robinson, sometimes Daniel, and there was
18 Gideon, and also Master Edrice.  I don't
19 remember the others.
20     Q.  Robinson, what was his job at the
21 Village?
22     A.  He was one of the people that was in
23 charge, but sometimes for the school he would
24 teach certain classes.
25     Q.  What classes did he each?

Page 77

1      A.  He would teach us French for the sixth
2  year students, but he would also be sort of a
3  general substitute teacher.  Whenever a teacher
4  was not around, he would replace.
5      Q.  Once the school opened, would you
6  describe for me a typical school day at the
7  Village?
8      A.  Can you clarify your question, please?
9  Maybe I should --
10     Q.  I'll just try again.
11         Would you describe for me from the
12 beginning of the school day to the end what a
13 regular day at the Village school would be like?
14         MR. GARABEDIAN:  Objection.
15     A.  When we were in Project Pierre
16 Toussaint?
17 BY MR. CERRETA:
18     Q.  Yes.
19     A.  So sometimes you would finish bathing,
20 and finish eating, and we would try to play
21 soccer amongst ourselves.  And some of them,
22 sometimes we would go back to bed.  And also
23 some of them would go into town, and they would
24 come back in the afternoon.  And after we
25 finished eating, those who were supposed to

20 (Pages 74 to 77)

Confidential - Subject to Further Confidentiality Review

Page 78

1    study also studied.  And that was it.
2        Q.  Did you ever see Douglas Perlitz at
3    the Village?
4        A.  Yes, I saw him.
5        Q.  What would he be doing at the Village?
6        A.  He was one of the people in charge.  I
7    can't say that he worked on a specific thing.
8        Q.  Was he the person who was in charge of
9    the Village?
10       A.  Yes, he was the head of the Village,
11   and sometimes he would go to the town, or he
12   would go to Bel Air, and then he would come
13   back.  And then sometimes he would spend a bit
14   of time in the Village speaking to people.
15   Sometimes he would come and he would rest and he
16   would not see anyone.  And then if anyone wanted
17   to speak to him he was -- he made himself
18   available and people would come and speak to
19   him.
20       Q.  Did you ever see Douglas Perlitz at
21   the Village at night?
22       A.  Many times, yes.
23       Q.  What would he do when he came to the
24   Village at night?
25       A.  Sometimes he would have his own

Page 79

1    personal activities.  Sometimes --
2        THE INTERPRETER:  I'm sorry, I'm going
3    to have him repeat more slowly.  I don't want to
4    mess this up.
5        A.  I used to see him, sometimes he would
6    come for his own personal matters, and sometimes
7    he would come to speak to some of us.  And
8    sometimes he would enter into the dormitories
9    where we would be sleeping, where I would be
10   sleeping, and he would call one of the students
11   to go down with him.  Or he would not say
12   anything at all, but he would hit his feet or
13   make some kind of a sound signal with his feet,
14   and that would be a signal for that child to go
15   down and meet him, and that child would go down
16   and meet him, and come back.
17       Q.  Did he ever come and take you out of
18   the room when you were sleeping in the
19   dormitory?
20       A.  No.
21       Q.  What children would he take out of the
22   dormitory?
23       A.  Little Peterson.  Wismond as well.  A
24   bunch of others I don't remember.
25       Q.  Do you remember any of the other names

Page 80

1    besides Little Peterson and Wismond?
2        A.  I don't remember the names, but there
3    were other kids as well.
4        Q.  Did Little Peterson ever tell you why
5    Douglas would take him out of the dormitory?
6        A.  One time he spoke about it, but at
7    that time the project was nearly closed.  And
8    that's it.
9        Q.  When you say "the project was nearly
10   closed," do you remember what year it was when
11   he spoke about it?
12       A.  The year the project was closed?
13       Q.  Yes.  Do you know what year that was?
14       A.  Yes, I remember because I was in my
15   ninth year.
16       Q.  Was it 2008?
17       THE INTERPRETER:  Excuse me one
18   second.
19       A.  And I was at the school called
20   Christophien.
21       Q.  Was there ever a time when graffiti
22   was written about Douglas Perlitz's abuse?
23       A.  Yes.  And I was one of them, too.
24       Q.  You were one of the people who wrote
25   the graffiti?

Page 81

1        A.  Yes, I was one.
2        Q.  What graffiti did you write?
3        A.  We wrote that we were tired of that
4    guy and things of the like, and we wanted to
5    reveal this, we wanted this no longer to be a
6    secret.
7        Q.  Who did this with you?
8        A.  We were several, but I don't remember
9    the names.
10       Q.  Do you remember any of their names?
11       A.  I remember the people, but I don't
12   remember their names.
13       Q.  Did you do anything else to reveal
14   what Douglas was doing besides graffiti?
15       A.  Oh, I bore witness to my own
16   experience.  And I also wrote, I wrote about the
17   others, too.
18       Q.  When did you write about your
19   experience and the experiences of others?
20       A.  I don't understand the question.
21       Q.  Had the Village -- at the time that
22   you bore witness to your experience for the
23   first time, had the Village already closed?
24       MR. GARABEDIAN:  Objection.
25       A.  When I did my own testimony, aside

21 (Pages 78 to 81)

Confidential - Subject to Further Confidentiality Review

Page 82

1  from what was written on the walls?
2  BY MR. CERRETA:
3      Q.  Aside from what you had written on the
4  walls, did you do anything else to reveal
5  Douglas's abuse before the Village closed?
6      A.  We went to the radio, and we started
7  revealing.  But the leaders who were inside
8  stopped us.
9      Q.  Who went to the radio with you?
10     A.  There was Wilnik Mesidor.
11     Q.  Anyone else?
12     A.  There were others, but I don't
13  remember.  Myself, I was standing, I was there
14  right outside, he's the one that did the
15  speaking.  And after this was done on the radio,
16  Wilnik had to become a runaway, a fugitive, a
17  maroon, because it was very serious, it was very
18  serious business, and it was very dangerous.
19     Q.  Who did you go see to speak on the
20  radio?
21     A.  I wanted to see Cyrus.
22     Q.  Were you able to see Cyrus?
23     A.  Yes.  I had come from Santo Domingo to
24  see him, but this had already passed.
25     Q.  Before the Village closed when you

Page 83

1  went to the radio to reveal what Douglas was
2  doing, did you see Cyrus then?
3      A.  No, I didn't see him at that time.
4      Q.  Did someone bar you from going in to
5  see Cyrus?
6      A.  I knew he was a journalist, but I
7  didn't know whether or not he was a serious
8  person and what he could do.
9      Q.  You testified a moment ago that "the
10  leaders who were inside stopped us."  Were these
11  people inside the radio station?
12     A.  I'm talking about Jack Caswell, Alex,
13  the people that were working inside, inside that
14  were working.  And when that issue was raised,
15  he went to the radio and said that it was
16  untrue, and that was a way of blocking us.
17     Q.  Did you yourself go to the radio to
18  reveal what Douglas was doing?
19     A.  You mean after the Village closed, or
20  what do you mean?
21     Q.  I mean before the Village closed, at
22  the time when you were writing the graffiti, did
23  you go to the radio station to reveal what
24  Douglas was doing?
25     A.  I had accompanied Willy, but I had not

Page 84

1  spoken.
2      Q.  Did you go inside the radio station
3  with Willy?
4      A.  Yes.  We were inside, but I don't
5  remember which radio station exactly, because I
6  left Haiti a long time ago and a lot of time has
7  passed.
8      Q.  Was it the radio station where Cyrus
9  Sibert worked?
10     MR. GARABEDIAN:  Objection.
11     A.  I don't remember.  It's been a long
12  time.
13  BY MR. CERRETA:
14     Q.  Did you yourself say anything on the
15  radio?
16     A.  I did give my testimony, but that was
17  after the project closed and I had gone back to
18  Haiti.
19     Q.  The first time before the project
20  closed, Willy gave his testimony on the radio?
21     A.  It's not Willy, it's Wilnik Mesidor,
22  Wilnik Mesidor.
23     Q.  Were you with him as he was giving his
24  testimony on the radio?
25     A.  When he gave his testimony, it wasn't

Page 85

1  the testimony about what happened, it was
2  testimony about the situation.  Okay.
3      Q.  What was his testimony on the radio?
4      A.  He was saying with everything that is
5  happening to us, we are asking to have people
6  who are in positions of authority, serious
7  people, to open an investigation into what is
8  going on, all of the bad things should be
9  addressed and corrected, because this isn't a
10  good thing.
11     Q.  Did Wilnik make any allegations on the
12  radio that Douglas was sexually abusing
13  children?
14     A.  Yes, that's what it was.  We said
15  that, but we didn't mention any names.
16     Q.  Did you want to go on the radio to
17  give your testimony at that time?
18     A.  I wanted to give my opinion, but I
19  wanted to have somebody who was in a position of
20  authority to whom I could give my opinion.
21     Q.  Who did you want to -- was there a
22  particular person that you wanted to give your
23  opinion to?
24     A.  What do you mean?
25     Q.  This person in a position of

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 86

1   authority, was it someone with the police that
2   you wanted to give your opinion to?
3        MR. GARABEDIAN: Objection.
4        A. All of the people who were responsible
5   for the project should have been made aware, and
6   those who have the ability to render justice who
7   do not accept corruption should have been made
8   aware.
9   BY MR. CERRETA:
10       Q. Did you go to the police to tell them
11  about the abuse?
12       A. No.
13       Q. Why not?
14       A. It's just that it was a very delicate
15  situation, and my life was in danger.
16       Q. Why was your life in danger?
17       A. That was my personal opinion, so I
18  didn't want to reveal this to just anyone, I had
19  to make sure that it was a trustworthy person.
20       Q. Before the Village closed, did you do
21  anything else to reveal what Douglas was doing?
22       A. What do you mean?
23       Q. You've testified that you wrote some
24  graffiti in order to reveal what Douglas was
25  doing. Is that right?

Page 87

1        A. Yes, I said that.
2        Q. And you also accompanied Wilnik to the
3   radio station?
4        A. Yes.
5        Q. Was there anything else before the
6   Village closed that you did in order to reveal
7   the abuse that Douglas was committing?
8        A. We asked for people, Cyrus -- no, I
9   don't mean Cyrus, I mean other people to come
10  and start an investigation. But Daniel ended up
11  finding a newspaper for us, Daniel inside the
12  Village found a newspaper for us that we could
13  talk to, and they spoke about Douglas.
14       Q. Was Daniel an employee at PPT?
15       A. Yes.
16       Q. Did you go to the newspaper?
17       A. Did I have the newspaper in my hand?
18  What do you mean?
19       Q. I mean after Daniel made the
20  arrangements, did you speak with anyone at the
21  newspaper?
22       A. I'm sorry, it's not Daniel that found
23  the newspaper. He took the newspaper from our
24  hands, from my and Peterson's hands, Big
25  Peterson. And they made us clean out the fields

Page 88

1   that day. And they said we shouldn't be
2   carrying around these such documents, that's
3   sensitive information.
4        THE INTERPRETER: The interpreter
5   would like to request a clarification from the
6   deponent.
7        A. What happened -- the witness is saying
8   what happened was that Peterson and myself had a
9   newspaper in our hands, and we were -- we had
10  this newspaper at the school, and we were
11  discovered with this newspaper which was taken
12  away from us, and we were punished by having to
13  clean out the yard because we had such sensitive
14  information in our hands.
15       Q. What was the sensitive information in
16  the newspaper?
17       A. It spoke about Douglas Perlitz, about
18  pedophilia, about men with men, business with
19  boys rather. And it was signed above "To
20  Douglas."
21       Q. Was it a document that had been
22  written to Douglas?
23       A. It was written to Douglas, for
24  Douglas. That's what we saw.
25       Q. And what did it say?

Page 89

1        A. It was -- it had pornography. But I
2   didn't speak English, so I didn't understand,
3   but it had pictures with pornography. When
4   Daniel found that we had this newspaper or
5   magazine in our hands, they had us use a sickle
6   to clean out the yard as a punishment.
7        Q. Did you find this magazine before or
8   after you had written the graffiti?
9        A. Before. Because we wanted to start an
10  uprising.
11       Q. Did receiving the magazine make you
12  want to start an uprising -- strike that.
13       Was it seeing the magazine that had
14  prompted you to start the uprising?
15       A. No, it wasn't because of the magazine.
16  It was because of other reasons. The magazine
17  was one of the reasons. But we were starting to
18  suffer, and we were suffering a lot.
19       Q. What were the other reasons that you
20  wanted to start the uprising?
21       A. The fact that he was abusing us, I
22  wanted justice, because that wasn't a good
23  thing.
24       Q. Where did you find this magazine?
25       A. I had -- I was accompanying Peterson.

23 (Pages 86 to 89)

Confidential - Subject to Further Confidentiality Review

Page 90

1  Peterson had found this magazine, and I don't
2  know where he found this magazine, but I was
3  there when he had the magazine.
4      Q.  And was it after -- strike that.
5          So what was it that Daniel said to you
6  when he found you with the magazine?
7      A.  He said "where did you get it?"  He
8  said "this is very sensitive," and he quickly
9  took it away from us.  I don't know where he put
10 it, but he punished us.
11     Q.  Did you tell him it was Douglas's
12 magazine?
13     A.  It's because he opened it, and he saw
14 that it was written to Douglas that he realized
15 that it was sensitive.
16     Q.  When Daniel asked you where you got
17 it, did you respond?
18     A.  No, we weren't able to answer.
19     Q.  Why weren't you able to answer?
20     A.  Me personally, I wasn't able to give
21 an answer.
22     Q.  Was Peterson able to give an answer?
23         MR. GARABEDIAN:  Objection.
24     A.  He didn't give an answer, and we
25 didn't want to give an answer either.

Page 91

1  BY MR. CERRETA:
2      Q.  Why didn't you want to give an answer?
3      A.  It's just that we didn't want to give
4  any answer.
5      Q.  But what was the reason for your not
6  wanting to give an answer?
7      A.  It's that we wanted to start an
8  uprising, but we didn't want to involve the
9  staff in this uprising, because a lot of them
10 were afraid -- would be afraid of losing their
11 jobs.
12     Q.  So at the time when Daniel found you
13 with the magazine, were you already planning to
14 reveal what Douglas was doing through the
15 graffiti and other means?
16     A.  Yes.  We were going to do it anyway.
17 Even though we had not yet done so fully, we
18 were going to do it for sure.
19     Q.  And do you remember how much time
20 passed after this incident when you began
21 writing the graffiti?
22     A.  I don't remember.
23         MR. GARABEDIAN:  Do you want to break
24 for lunch at some point?
25         MR. CERRETA:  Yes, why don't we do

Page 92

1  that now.
2          THE VIDEOGRAPHER:  Going off the
3  record.  The time is 12:37.
4          (Whereupon, a luncheon recess was
5      taken.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 93

1          AFTERNOON SESSION
2
3          THE VIDEOGRAPHER:  Back on the record.
4  The time is 1:46.
5  BY MR. CERRETA:
6      Q.  Good afternoon, Mr. Saincirin.
7      A.  To you, too.
8      Q.  Earlier today you were saying that
9  when you were sleeping at the Village, Douglas
10 would sometimes come in and take children out at
11 nighttime, is that right?
12     A.  Yes.
13     Q.  At the time this was happening, did
14 you know why Douglas was taking the children out
15 at night?
16     A.  No, I didn't know.
17     Q.  Did you ever ask any of the children
18 that left why Douglas would come to take them
19 out of the room?
20     A.  Sometimes one of them would talk about
21 it.
22     Q.  Do you remember who talked about it?
23     A.  No, I don't remember.
24     Q.  Well, what would this person or
25 persons say about it?

24 (Pages 90 to 93)

Confidential - Subject to Further Confidentiality Review

Page 94

1      A.  He would say "I went to sleep with
2   him," but I don't remember exactly what else was
3   said.
4      Q.  Did any of the children who were taken
5   out ever say that Douglas was sexually abusing
6   them?
7      A.  What is that?
8      Q.  Did any of the children whom Douglas
9   would take out of the room at the Village
10  disclose to you that Douglas would sexually
11  abuse them after taking them out of the room?
12     A.  I don't remember.
13     Q.  Do you remember them saying anything
14  else, other than that they would sleep with
15  Douglas?
16     A.  I don't remember.
17     Q.  At the time this was happening, did
18  you suspect that Douglas was sexually abusing
19  them?
20     A.  Could you repeat for me, please?
21     Q.  At the time when Douglas would take
22  these children out of the room, did you have any
23  suspicions that Douglas was sexually abusing
24  them?
25     A.  I don't know.  I don't remember.

Page 95

1      Q.  Were there any -- strike that.
2          Aside from Douglas, were there any
3   white people that worked at the Village?
4      A.  I don't remember.
5      Q.  Do you remember a person named
6   Nicholas Preneta?
7      A.  I don't remember that name.  I
8   remember that there was a Nicholas, and that was
9   for Rue 13.
10     Q.  Was Nicholas ever at Rue 13 when you
11  were at Rue 13?
12     A.  No.  Me, I was at the project, that's
13  where I was living.
14     Q.  Did you know Nicholas?
15     A.  Yes.
16     Q.  Have you ever spoken to him?
17     A.  Yes.
18     Q.  Did you ever see him at the Village?
19     A.  Yes.
20     Q.  Did you ever talk to him at the
21  Village?
22     A.  Yes.
23     Q.  Did you ever tell him that Douglas had
24  sexually abused you?
25     A.  No.

Page 96

1      Q.  Did you ever tell him that Douglas had
2   sexually abused any of the children?
3      A.  No.
4      Q.  Was Nicholas in Haiti when you wrote
5   the graffiti?
6      A.  I don't remember.
7          But I just wanted to make a
8   rectification.  I'm not saying that they were
9   abusing children, I'm saying that I suffered.
10  Because the way in which the meaning seems to --
11  the meanings that seem to be implied, I wanted
12  to make that rectification.
13     Q.  Okay.  You're not saying that they
14  were abusing children?  Who do you mean?  Who do
15  you say was not abusing children?
16         MR. GARABEDIAN:  Objection.
17     A.  I'm not saying that they abused
18  children.
19         THE INTERPRETER:  The interpreter does
20  not understand.  I'm going to ask the deponent
21  to repeat.
22     A.  The way I'm speaking, it seems as
23  though that you think that I've spoken about
24  other children that are victims, but that's not
25  what I said.  I spoke of my own case, my

Page 97

1   situation.  Do you understand?
2      Q.  I understand.  I was just asking if
3   you had spoken about other children.  If you
4   haven't, that's okay, you can just answer the
5   question.
6      A.  So no.
7      Q.  Do you know Jessica Lozier?
8      A.  I know Jessica, but I don't know her
9   titles.
10     Q.  You're not sure what her last name is?
11     A.  No.
12     Q.  Was Jessica Lozier someone who worked
13  at the Village?
14     A.  Yes.
15     Q.  Have you ever spoken to Jessica
16  Lozier?
17     A.  Yes.
18     Q.  Was Jessica Lozier in Haiti when you
19  wrote the graffiti?
20     A.  I don't remember.
21     Q.  Did you ever tell Jessica Lozier about
22  the abuse by Douglas Perlitz?
23     A.  No.
24     Q.  Why not?
25     A.  Because it's my private business.

25 (Pages 94 to 97)

Confidential - Subject to Further Confidentiality Review

Page 98

1    Q.  At the time you wrote the graffiti,
2  you wanted to make public the fact that Douglas
3  Perlitz was abusing children, right?
4         MR. GARABEDIAN:  Objection.
5    A.  No.
6  BY MR. CERRETA:
7    Q.  Was it your testimony earlier today
8  that you wrote graffiti and went to the radio
9  station because you did not want it to be a
10  secret anymore?
11         MR. GARABEDIAN:  Objection.
12    A.  Could you repeat the question, please?
13  BY MR. CERRETA:
14    Q.  Was it your testimony earlier today
15  that at the time you wrote the graffiti you
16  wanted to reveal the abuse, and you wanted it no
17  longer to be a secret?
18    A.  I still don't understand the way --
19  the way that you're speaking that I don't
20  understand.
21         THE INTERPRETER:  The interpreter will
22  simply restate the question from the record.
23    A.  Yes, but what type of abuse, that's
24  the question.  Because I never put my own
25  personal testimony on the wall.

Page 99

1    Q.  So what did you want to reveal?
2    A.  I wanted people to feel that the
3  situation that I was living was not good.
4    Q.  Why wasn't it good?
5    A.  The treatments we were subjected to
6  inside were not good.
7    Q.  What treatment were you subjected to
8  that was not good?
9    A.  For example, when we had to eat, there
10  were difficulties.  When we had to be dressed,
11  there were difficulties.  And some other things
12  that I no longer remember.
13    Q.  What difficulties were there when you
14  would get dressed?
15    A.  I had to go and tend the fields and
16  use a hoe to clean out the fields, and sometimes
17  when I would do so I still would not have
18  clothes.
19         And sometimes there would be no food
20  for us inside.
21    Q.  So was that what you were intending to
22  reveal when you wrote the graffiti?
23    A.  When I wrote the graffiti?
24    Q.  Yes, when you wrote the graffiti that
25  we were talking about earlier.

Page 100

1    A.  Yes, but there was also my personal
2  life, that was also a point that I wanted to
3  disclose.
4    Q.  What about your personal life did you
5  want to disclose?
6    A.  What is that?
7    Q.  What personal -- what information
8  about your personal life did you want to
9  disclose?
10    A.  Well, I've already told you.  It's
11  something secret that I have about what happened
12  to me, but it's not for that, in fact.
13    Q.  What is the secret about you?
14    A.  My own abuse.
15    Q.  Okay.  Was that something that you
16  wanted to disclose at the time you wrote the
17  graffiti?
18    A.  When I wrote the graffiti, I wanted
19  people to come and do an investigation on what
20  was going on inside, people that were
21  responsible.
22    Q.  Did you ever disclose that desire to
23  Jessica Lozier?
24    A.  No.
25    Q.  Did you ever disclose that to Nicholas

Page 101

1  Preneta?
2    A.  No.
3    Q.  Did you disclose that to any of the
4  staff at the Village?
5    A.  No.
6    Q.  Did you disclose that to any person
7  that came to visit you at the Village?
8    A.  No.
9    Q.  Did you ever see Father Paul Carrier
10  at the Village?
11    A.  Yes, I saw him.
12    Q.  How many times did you see Paul
13  Carrier at the Village?
14    A.  Many times.
15    Q.  Can you estimate how many times you
16  saw him?
17    A.  No, I can't give you estimation.
18    Q.  Would Father Carrier ever be with
19  Douglas Perlitz at the Village?
20    A.  Yes.
21    Q.  Did you ever hear Father Carrier
22  speaking at the Village?
23    A.  Yes.
24    Q.  Did he ever address a group of
25  students at the Village?

26 (Pages 98 to 101)

Confidential - Subject to Further Confidentiality Review

Page 102

```
1          MR. GARABEDIAN:  Objection.
2     A.  Yes.
3  BY MR. CERRETA:
4     Q.  And would someone be interpreting for
5  him into Creole when he was speaking?
6     A.  Yes.
7     Q.  Do you remember anything that he said
8  when he was addressing the group?
9     A.  I don't remember.
10    Q.  Did you ever hear about Fairfield
11 University when you were at the Village?
12    A.  Yes.
13    Q.  What did you hear about Fairfield
14 University?
15    A.  That it was one of the universities
16 that was sponsoring the Pierre Toussaint
17 Village, and that Father Paul himself was one of
18 the major representatives.
19    Q.  Who told you this?
20    A.  Him when he was speaking, and Douglas
21 was interpreting for him.
22    Q.  Father Paul told you he was one of the
23 major representatives of what?
24    A.  That he had a role to play, he was in
25 charge, one of the people in charge at
```

Page 103

```
1  Fairfield.
2     Q.  Did you ever see Hope Carter at the
3  Village?  I'm sorry, let me repeat the question.
4          Did you ever see Madame Carter at the
5  Village?
6     A.  Madame Carter, yes.
7     Q.  How many times did you see Madame
8  Carter at the Village?
9     A.  I don't remember.  Many times.
10    Q.  Did Madame Carter ever address a group
11 of students through an interpreter?
12    A.  Yes.
13    Q.  Do you remember what she said?
14    A.  I don't remember.
15    Q.  Did you ever speak to Father Carrier
16 just one-on-one, or was it always in a group
17 setting?
18    A.  In a group.
19    Q.  And how about Hope Carter?
20    A.  Mrs. Carter, I would speak to her
21 one-on-one.  But there was one person,
22 interpreter for us, so we were three.
23    Q.  Who was interpreting?
24    A.  Sometimes Tidou, one of the kids.
25 T-I-D-O-U.
```

Page 104

```
1     Q.  Tidou spoke English?
2     A.  He did his best.
3     Q.  Do you remember what Hope Carter said
4  through the interpreter when you were
5  one-on-one, Madame Carter?
6     A.  No, I don't remember.
7     Q.  After you finished the sixth grade at
8  the Village, did you take an exam?
9     A.  Yes.
10    Q.  Did you pass that exam?
11    A.  Yes.
12    Q.  And then after you passed the exam,
13 did you go to another school?
14    A.  Yes.
15    Q.  What school was that?
16    A.  Vincent Foundation.  Fondation Vincent
17 in French.
18    Q.  What grade did you attend at the
19 Vincent Foundation?
20    A.  I spent two years there.  Seventh and
21 eighth years.
22    Q.  What did you learn at the Vincent
23 Foundation?
24    A.  I was taking the courses, plus I was
25 taking sewing lessons.
```

Page 105

```
1     Q.  In your interrogatories you say that
2  you attended the Vincent Foundation from 2006 to
3  2008, is that right?
4     A.  Well, I don't quite remember, because
5  I'm not able to calculate time.
6     Q.  What grade did the Village go up to?
7     A.  Can you repeat the question, please?
8     Q.  Did they have seventh grade at the
9  Village, or did you have to go out to another
10 school in order to go on to seventh grade?
11    A.  I had to go elsewhere outside to do
12 the seventh grade.
13    Q.  Who decided that you would do seventh
14 grade at the Vincent Foundation?
15    A.  Douglas.
16    Q.  Did it cost money to attend the
17 Vincent Foundation?
18    A.  Yes, we had to pay.
19    Q.  Who paid for your tuition at the
20 Vincent Foundation?
21    A.  Douglas.
22    Q.  After -- did you complete eighth grade
23 at the Vincent Foundation?
24    A.  Yes.
25    Q.  And then did you move on to another
```

Confidential - Subject to Further Confidentiality Review

Page 106

1  school after that?
2      A.  Yes.
3      Q.  And was that the College Christophien
4  that you mentioned earlier today?
5      A.  Yes.
6      Q.  Did you attend that school before or
7  after PPT closed?
8      A.  Before PPT closed.
9      Q.  Did you have to pay tuition to go to
10  that school?
11      A.  Yes.
12      Q.  Who paid for your tuition at that
13  school?
14      A.  Douglas.
15      Q.  Have you had any other schooling --
16  well, what grade did you go up through at the
17  College Christophien?
18      A.  I did the ninth year there.
19      Q.  Did PPT close while you were at the
20  College Christophien?
21      A.  Yes.
22      Q.  And did someone or some other
23  organization make any tuition payments for you
24  after that?
25      A.  No.

Page 107

1      Q.  Did you attend any school after the
2  College Christophien?
3      A.  Yes, but it was vocational school.
4      Q.  Was that the Institution Du
5  Saint-Esprit?
6      A.  Yes.
7      Q.  And when did you attend that school?
8      A.  When I left Santo Domingo and I went
9  back to Haiti, Kids Alive.
10      Q.  Kids Alive paid for you to go to the
11  Institution Saint-Esprit?
12      A.  Yes.  But I didn't finish.  I only
13  spent a year there.
14      Q.  After you finished sixth grade at the
15  Village, where did you live?
16      A.  When I finished the sixth year?
17      Q.  Right.  When you finished the sixth
18  year, did you continue living at the Village?
19      A.  Yes, I was living there, yes.
20      Q.  Did you live at the Village all the
21  way up through the time that PPT closed?
22      A.  No, they had thrown me out.
23      Q.  Who threw you out?
24      A.  Douglas.
25      Q.  When were you thrown out?

Page 108

1      A.  I don't remember when.
2      Q.  Why were you thrown out?
3      A.  Because he was trying to have sex with
4  me and I didn't want to, and that became a
5  problem.
6      Q.  Where did you go after he threw you
7  out?
8      A.  I went to Bel Air.
9      Q.  Did you go to the house in Bel Air
10  where Douglas Perlitz lives?
11      A.  No.  Bel Air is an area, but I was
12  near Peterson.
13      Q.  Did you live with Eugene Peterson
14  after you were thrown out of the Village?
15      A.  Yes.
16      Q.  After you were thrown out of the
17  Village, were you still allowed to come back
18  during the day onto the grounds?
19      A.  Sometimes, but not always.  There had
20  to be a good reason for that.
21      Q.  The incident you were telling us
22  earlier about today with the magazine, was that
23  before or after you had been thrown out?
24      A.  Before they had thrown me out.
25      Q.  So that incident with the magazine,

Page 109

1  was that before Douglas Perlitz tried to have
2  sex with you?
3      A.  What do you mean?
4      Q.  The time that you found the magazine
5  and Daniel confronted you about it, was that
6  before or after Douglas Perlitz tried to have
7  sex with you?
8      A.  I don't remember.
9      Q.  How long after Douglas Perlitz tried
10  to have sex with you were you thrown out of the
11  Village?
12      A.  I don't remember.
13      Q.  Was it the next day?
14      A.  No, I don't remember.
15      Q.  Did Douglas tell you why he was
16  throwing you out of the Village?
17      A.  I don't remember.  Simply that action
18  was taken.
19      Q.  Did you ever ask him for an
20  explanation of why you were being thrown out?
21      A.  No.
22      Q.  Why do you think that your being
23  thrown out was because Douglas had tried to have
24  sex with you?
25          MR. GARABEDIAN:  Objection.

28 (Pages 106 to 109)

Confidential - Subject to Further Confidentiality Review

Page 110

1    A.  Can you repeat for me, please?
2  BY MR. CERRETA:
3    Q.  Do you think the reason that you were
4  thrown out of the Village was because Douglas
5  had tried to have sex with you?
6    A.  Yes, because he knew that I knew his
7  story, and I was not in agreement with this, so
8  he looked for an excuse.
9    Q.  Why do you think that?
10    A.  Why do I think that?
11    Q.  Yes.  What makes you think that he was
12  just looking for an excuse to throw you out?
13    A.  Since I knew his story, since I knew
14  his story, and the attacks I was also subjected
15  to, that put me in an un -- that put him in an
16  uncomfortable situation, Douglas.
17    Q.  Did he ever tell you that?
18    A.  What do you mean?
19    Q.  I'm just wondering what the basis is
20  for your thinking that this was the reason why
21  Douglas threw you out.
22    A.  If I had been in his shoes, if it had
23  been me that had tried to do these things, I
24  wouldn't have been comfortable either.  Okay?
25    Q.  Okay.  Fair enough.

Page 111

1    So were you still -- were you living
2  with Eugene Peterson before PPT closed?
3    A.  Yes.
4    Q.  How long did you live with Eugene
5  Peterson?
6    A.  I don't remember.
7    Q.  Did you continue living with him even
8  after PPT had closed?
9    A.  Yes.  And then I went to Santo
10  Domingo.
11    Q.  Do you remember when you went to Santo
12  Domingo?
13    A.  No, I don't remember.
14    Q.  Was it before or after the earthquake
15  in Haiti, 2010?
16    MR. GARABEDIAN:  Objection.
17    A.  If it was before?
18  BY MR. CERRETA:
19    Q.  Yes.  When you left Eugene Peterson's
20  and went to Santo Domingo, was that before or
21  after the earthquake?
22    A.  No.
23    Q.  Are you related to Eugene Peterson?
24    THE INTERPRETER:  I'm sorry, let me
25  answer that question again.

Page 112

1    A.  The earthquake had not yet occurred,
2  for the answer no.  The earthquake had not yet
3  occurred.
4    Q.  Okay.
5    THE INTERPRETER:  Go ahead.  I'm
6  sorry.
7    Q.  Are you related to Eugene Peterson?
8    A.  We're not related.
9    Q.  Did Eugene Peterson ever bring a
10  lawsuit against Douglas Perlitz?
11    A.  I'm not aware of this.
12    Q.  Do you know if Eugene Peterson ever
13  received any money as a result of a case he
14  brought against Douglas Perlitz?
15    A.  No, I'm not aware.
16    Q.  When you went to the Dominican
17  Republic before the earthquake, did you at some
18  point come back to live in Cap-Haïtien?
19    A.  I don't remember.
20    Q.  Did you ever come back and live in
21  Champin?
22    A.  Yes, I was in Champin, but I don't
23  remember at what point in time.
24    Q.  Do you remember how old you were when
25  you came back from the Dominican Republic to

Page 113

1  live in Champin?
2    A.  No.
3    Q.  And then from Champin, at some point
4  did you move back into your mom's house in Acul
5  du Nord?
6    A.  Yes.
7    Q.  I'm sorry.  When you were in Champin,
8  were you living with anyone?
9    A.  Yes.
10    Q.  Who were you living with?
11    A.  With Eugene Peterson.
12    Q.  Anyone else?
13    A.  No.
14    Q.  At the time when you were living with
15  Eugene Peterson, do you know if he was
16  represented by Mitchell Garabedian?
17    A.  No.
18    Q.  After you were living back in your
19  mom's house in Acul du Nord, did you move out at
20  some point?
21    A.  Yes.
22    Q.  Where did you go?
23    A.  I went to Blue Hills.
24    Q.  Did you go to a house?
25    A.  Yes.

29 (Pages 110 to 113)

Confidential - Subject to Further Confidentiality Review

Page 114

1    Q.   Did you live with anyone there?
2    A.   Yes.
3    Q.   Who did you live with?
4    A.   I was living with one of the kids that
5    was also part of the project whose name is
6    Modire, or his other name is Ludre.
7    Q.   Is his name Ludre Milvois?
8    A.   Yes, that's his last name.
9    Q.   Was he someone who attended school at
10   the Village?
11   A.   Yes.
12   Q.   Was he at the Village when you were a
13   student there?
14   A.   Yes.
15   Q.   Do you know if Douglas Perlitz abused
16   him?
17   A.   I don't know.
18   Q.   Have you ever talked to him about the
19   abuse that Douglas Perlitz committed?
20   A.   No.
21   Q.   And at some point did you leave -- did
22   you stop living with Modire Milvois?
23   A.   Yes.
24   Q.   Do you remember when that was?
25   A.   I don't remember when that was.

Page 115

1    Q.   Do you remember if it was before or
2    after the earthquake in Haiti?
3    A.   I don't remember.
4    Q.   Where did you move after you left
5    Modire Milvois's home?
6    A.   In St. Philoméne.
7    Q.   Were you once again living with Eugene
8    Peterson in St. Philoméne?
9    A.   Yes.
10   Q.   At the time when you were living with
11   him in Saint Philoméne, do you know if Eugene
12   Peterson had a case that he had brought against
13   Douglas Perlitz?
14   A.   Truthfully, I don't remember.
15   Q.   Have you ever talked to Eugene
16   Peterson about the abuse that Douglas Perlitz
17   committed?
18   A.   No.
19   Q.   Has Eugene Peterson ever told you
20   anything about the abuse that Douglas Perlitz
21   committed?
22   A.   I don't remember such things, no.
23   Q.   And then was there anywhere -- well,
24   at some point did you move out of house in
25   St. Philoméne with Eugene Peterson?

Page 116

1    A.   How do you mean?
2    Q.   Did you ever leave the house in
3    St. Philoméne to move somewhere else?
4    A.   I went back to Santo Domingo.
5    Q.   When was the first time that Douglas
6    Perlitz abused you?
7    A.   I don't remember the time, but I
8    remember that a key had been lost, so the key
9    was lost, he gave the order to everyone not to
10   leave.  He asked that everyone be searched.  He
11   was also searching the kids.  And he said if
12   they don't find the key in his pockets, pull
13   down his pants, and he made me pull down my
14   pants.  And he had me strip down, and he opened
15   my butt cheeks to look for the key.
16   Q.   Were you a student at the Village when
17   this happened?
18   A.   I don't remember.
19   Q.   Do you remember if this was before or
20   after the Village school had opened?
21   A.   I don't remember.
22   Q.   Was this before or after you had
23   finished your sixth grade exam?
24   A.   I don't even remember that.  I was at
25   St. Georges, that's where I was at school.  But

Page 117

1    I don't remember what year exactly.
2    Q.   Okay.  If you were at St. Georges,
3    would that have been before the Village school
4    opened?  Right?  Do I have that right?
5    A.   I'm not saying that, because I don't
6    remember.  I just remember that when I was in
7    the fourth and the fifth year, I was inside, I
8    was at Pierre Toussaint, because it's my fourth
9    year that the school opened.
10   Q.   And you were at St. Georges before you
11   started the fourth year at Pierre Toussaint,
12   right?
13   A.   Yes.
14   Q.   Do you remember, what was the time of
15   day when the key had been lost?
16   A.   No, I don't remember, except it was
17   the afternoon.
18   Q.   Do you know if you had been to -- if
19   you had gone to school at St. Georges that day?
20   A.   Yes.
21   Q.   And was this after you had returned
22   from St. Georges?
23   A.   Yes.
24   Q.   Where were you when you heard Douglas
25   give the order to everyone not to leave?

30 (Pages 114 to 117)

Confidential - Subject to Further Confidentiality Review

Page 118

1     A.  I was in the yard close to his office.
2     Q.  Was anyone else with you?
3     A.  I don't remember.
4     Q.  And you say that next he asked that
5  everyone be searched, is that right?
6     A.  Yes.
7     Q.  Who did he ask -- who did he say that
8  -- I'm sorry.  Strike that.
9         Were there any other staff there when
10  he asked that everyone be searched?
11     A.  Yes, for example Robinson.
12     Q.  And did they do anything after he had
13  given the order for everyone not to leave and
14  asked that everyone be searched?
15         MR. GARABEDIAN:  Objection.
16         THE INTERPRETER:  I'm going to repeat
17  the question for the interpreter.
18     A.  He had the gates closed and
19  everything, and he gave the order that nobody
20  was to be -- was to leave.
21  BY MR. CERRETA:
22     Q.  And then did Douglas say "if they
23  don't find the key in his pockets, pull down his
24  pants"?  Is that right?
25     A.  Yes.

Page 119

1     Q.  Who did he say that to?  Who did
2  Douglas say that to?
3     A.  His people in charge were there.
4     Q.  Which people?
5     A.  Robinson.
6     Q.  And was all of this taking place in
7  the yard outside of his office?
8     A.  That was inside his office, not in the
9  yard.
10     Q.  So after he gave -- well, when he
11  first gave the order, was that when you were in
12  the yard?
13     A.  Yes, I was in the yard.  Yes, they
14  searched me, too, and they had me spread out my
15  butt cheeks to look for the key.
16     Q.  Did that search take place in the
17  yard, or in the office?
18     A.  In the office.
19         THE INTERPRETER:  The interpreter
20  needs a clarification.
21         Okay.  Go ahead.
22     Q.  Did anybody tell you to move from the
23  yard into the office?
24     A.  Yes.
25     Q.  Who directed you to go into the

Page 120

1  office?
2     A.  Douglas told Robinson "have him come
3  in so he can be searched."
4     Q.  Who was inside the office at the time
5  you were searched?
6     A.  Only me and them.
7     Q.  You, Robinson, and Douglas?
8     A.  There were two offices, one office for
9  Douglas, one office for the Haitians.  Douglas
10  was sitting in his office, they took me to the
11  Haitian office, and they searched me.  But he
12  gave the order for me to be searched.
13     Q.  So Robinson searched you, is that
14  correct?
15     A.  Yes.
16     Q.  Did anybody else search you?
17     A.  No.
18     Q.  What happened after Robinson finished
19  searching you?
20     A.  They didn't find a key, so they had me
21  leave.
22     Q.  What did Robinson do when he was
23  searching you?
24     A.  He searched me, he turned my pockets
25  inside out and things like that.  And he tried

Page 121

1  to excuse himself saying it's not his choice,
2  it's the boss that gave the order.
3         I gave him my back and I pulled down
4  my pants, I pulled down my pants, and I showed
5  him all the inside of my butt cheeks, because
6  that's the order that had been given.
7     Q.  Was there anyone else present besides
8  you and Robinson when you had to show him your
9  butt cheeks?
10     A.  Douglas was in his office.  There was
11  also the Haitian office, and the other office,
12  but it was inside the same building.
13     Q.  When Robinson was searching you, was
14  the door to Robinson's Haitian office closed?
15     A.  Yes.
16     Q.  Did Robinson say anything else while
17  he was searching you?
18     A.  No, nothing else.  He only said
19  "excuse me, I'm sorry, it's not" -- "this isn't
20  coming from me, it's an order that was given."
21         MR. GARABEDIAN:  When you're finished
22  with this line, do you want to take a break?
23         MR. CERRETA:  Why don't we take a
24  break now.
25         THE VIDEOGRAPHER:  Going off the

31 (Pages 118 to 121)

Confidential - Subject to Further Confidentiality Review

Page 122

1  record. The time is 2:45.
2      (Whereupon, a recess was taken.)
3      THE VIDEOGRAPHER: Back on the record.
4  The time is 3:01.
5  BY MR. CERRETA:
6      Q. Mr. Saincirin, before we left off you
7  had said that Robinson didn't find the key, and
8  then he let you leave, is that right?
9      A. Yes.
10     Q. Was there anybody outside after you
11  left?
12     A. I don't remember.
13     Q. Did you see Douglas at all again after
14  you had left Robinson's Haitian office?
15     A. No.
16     Q. Do you know if anyone else was
17  searched that day when they were looking for the
18  key?
19     A. I don't remember.
20     Q. Do you know if they eventually found
21  the key?
22     A. No, I don't remember.
23     Q. Are there any other incidents of abuse
24  that you suffered while you were a student at
25  PPT?

Page 123

1      A. That happened to me?
2      Q. That happened to you.
3      A. Yes.
4      Q. What was the second incident?
5      A. In the second incident I was on
6  vacation from St. Georges, and I went to see
7  Douglas in his office because I had an
8  infection. When I got to his office, I
9  explained to him my situation. He didn't give
10  any kind of answer to my situation. He tried to
11  have sex with me. He grabbed my penis, he
12  touched me where he should not have touched me.
13  I didn't want this at all.
14     Q. Did this incident happen before or
15  after the time we were just talking about when
16  the key was missing?
17     A. It happened after. But what made me
18  sad was that not only did he try to have sex
19  with me, but he showed me his penis erect in
20  front of me.
21     Q. What sort of infection did you have?
22     A. My penis was itching, and when I peed
23  it burned.
24     Q. Did you go to Douglas's office to ask
25  him for some help with the infection?

Page 124

1      A. Yes.
2      Q. So what happened after you explained
3  the situation with your infection to Douglas?
4  What was the next thing that happened right
5  after that?
6      A. He was fondling me to see if I would
7  get an erect penis, but I didn't want this.
8      THE INTERPRETER: I want to ask him to
9  repeat his testimony.
10     A. He wanted me to take out my penis so
11  he could see it, and I didn't want that, but he
12  was forcing me. When he was forcing me and I
13  didn't want, he took the attitude, "well, it's
14  nothing, anyone can be sick," and he showed an
15  example with himself.
16     (Interpreters conferring.)
17     THE INTERPRETER: The interpreter
18  requests a clarification. I'm sorry. I'm going
19  to ask him to repeat again.
20     A. Can you repeat the question, please?
21     Q. Okay. After you explained to Douglas
22  about how you were having this infection, did he
23  say anything to you?
24     A. Yes.
25     Q. What did he say?

Page 125

1      A. He said "show your penis."
2      Q. And did you show your penis?
3      A. No, I didn't show it.
4      Q. Did he say that he wanted to check on
5  the status of your infection?
6      A. That's not what he said.
7      Q. He just said what exactly?
8      A. He said "put your penis out, let me
9  see it."
10     Q. And you said no?
11     A. I said no.
12     Q. And then what did he do?
13     A. He forced me. He forced me again. He
14  forced me. And I didn't want.
15     Q. How did he force you?
16     A. He said "let me see your penis, man,"
17  and he was raising his voice.
18     Q. So then did you show him your penis?
19     A. No. And that's when he then started,
20  he approached me. When he approached me he put
21  his hand on me, I didn't -- at that point I was
22  not -- I wasn't bothered. He put his hand on my
23  breast, he put -- now he put on a pair of
24  glasses, he adjusted the pair of glasses, and
25  water came out of his eyes. When he said it's

32 (Pages 122 to 125)

Confidential - Subject to Further Confidentiality Review

Page 126

1  not a problem, he put his penis erect in front
2  of me. When I went to stand, he put his hand on
3  my penis.
4      Q.  When he showed you his erect penis,
5  were you still fully closed?
6      A.  I had a pair of shorts on. I had been
7  playing basketball. It was an old pair of
8  shorts.
9      Q.  And was Douglas crying when he was
10  showing you his erect penis?
11      A.  When he said "it's not a problem,
12  anyone can be sick, if I'm sick won't you come
13  see me?", he put his penis out erect, and he had
14  already been fondling me. When I went to stand,
15  he forced his hand on my penis, but I had
16  already stood up and I was leaving, making
17  noise, because I didn't feel comfortable.
18      Q.  Did Douglas say anything about why he
19  was tearing up?
20      A.  He didn't say anything.
21      Q.  When he showed you his erect penis,
22  did you say anything?
23      A.  Yes, I thought about something
24  nonetheless.
25      Q.  Did you verbalize those thoughts?

Page 127

1      A.  Yes. I said in my heart "what is this
2  going on."
3      Q.  Did you say that out loud?
4      A.  Yes, I let out that I wasn't
5  comfortable with these things, that I didn't
6  want it.
7      Q.  You said that to Douglas?
8      A.  Yes, because when I left the room and
9  I banged the door, that gesture signified this
10  meaning.
11      Q.  But did you actually say in words
12  anything to Douglas as he was doing this to you?
13      A.  That I said to him, how do you mean?
14      Q.  Well, I understand that in your heart
15  you were thinking -- or in your brain you were
16  thinking what's going on, I believe that was
17  your testimony. Am I right?
18      A.  In my head, yes.
19      Q.  And also when you left and slammed the
20  door, that also sent a message of sorts, is that
21  your testimony?
22      A.  When I left and I banged the door and
23  I went out.
24      Q.  But did you actually --
25      THE INTERPRETER: He's not finished.

Page 128

1      A.  Ask your question again, because I've
2  already lost it.
3      Q.  I'm just wondering if during this time
4  when Douglas was doing this to you, if you spoke
5  out loud in words anything to Douglas.
6      A.  I said "I'm not comfortable with this.
7  I'm not comfortable with this."
8      Q.  Did he respond?
9      A.  I only -- I simply said that and I
10  left. I didn't even wait for the answer.
11      Q.  What did you do when you left?
12      A.  That had hurt me, so I left him by
13  himself, and I went to the place where I was
14  living.
15      Q.  Do you remember where you were living
16  at that time?
17      A.  I was living in Building Number 2.
18      Q.  And this was during a vacation from
19  St. Georges?
20      A.  Yes, it was at the beginning of the
21  vacation that St. Georges had given me before I
22  had gone to the PPT.
23      Q.  So were you completed with your
24  schooling at St. Georges at this time?
25      A.  Yes. I was about to start PPT, that

Page 129

1  was the beginning.
2      Q.  Do you remember what time of day it
3  was when you went to see Douglas in the office
4  this time?
5      A.  No.
6      Q.  Did you see anyone after you left
7  Douglas's office?
8      A.  Inside or in the yard?
9      Q.  After you slammed the door, did you
10  see anyone as you were walking back to House 2,
11  I believe you said?
12      A.  I don't remember.
13      Q.  How about when you got back to House
14  2, do you remember seeing anybody?
15      A.  I don't remember. I had simply gone
16  and went to bed by myself.
17      Q.  Is there any other time that Douglas
18  Perlitz abused you?
19      A.  Yes.
20      Q.  Was this after the incident you just
21  told me about?
22      A.  Yes, it's after.
23      Q.  Would you describe for me the third
24  time?
25      A.  Sometimes I'm walking inside the

33 (Pages 126 to 129)

Confidential - Subject to Further Confidentiality Review

Page 130

1  Village, and he would pinch me or squeeze my
2  butt. And he would give me slaps on the butt
3  saying "you're a big boy." And he would often
4  approach me to ask me to come sleep with him.
5  But I was never comfortable with those things.
6      Q. Do you know how many times he pinched
7  you?
8      A. No, I don't remember.
9      Q. Was it something that happened more
10  than once?
11     A. More than one time, yes.
12     Q. Do you think it happened more than
13  five times?
14     A. I don't remember.
15     Q. How about squeezing your butt, do you
16  know how many times he did that?
17     A. I don't remember.
18     Q. Did he squeeze your butt more than one
19  time?
20     A. Yes.
21     Q. Did he squeeze your butt more than
22  five times?
23     A. I don't remember.
24     Q. He also slapped your butt and said
25  "you're a big boy"?

Page 131

1      A. Yes.
2      Q. Do you remember when he did that?
3      A. I don't remember, but it was after
4  that incident, and a few years had gone by.
5      Q. Did you ever see Douglas pinch or
6  squeeze any other children at the Village?
7      A. No, I had never seen that.
8      Q. Do you remember where in the Village
9  you were when he slapped you on the butt and
10  said that you were a big boy?
11     A. He said -- big boy and fat are two
12  different things. He squeezed my butt and he
13  said "you're fat."
14     Q. He squeezed your butt and said you
15  were fat?
16     A. Yes. He squeezed my butt and he said
17  "you're fat, you're fat, guy."
18     Q. Was that something he did a few years
19  after the second incident you told me about?
20     A. Yes, a few years.
21     Q. Okay. And apart from the squeezing
22  your butt and saying you were fat, was there
23  also another time where he slapped your butt and
24  said you were a big boy?
25     A. Well, I don't remember.

Page 132

1      Q. Douglas would often approach you and
2  ask you to come sleep with him?
3      A. Yes. This is how I would answer. He
4  would say "why is it, guy, that sometimes there
5  are kids that come and sleep with me and you
6  don't want to come and sleep with me?"
7      Q. What would you say?
8      A. "I don't want. I don't want." And
9  then that was it.
10     Q. Would he have any response to that?
11     A. No.
12     Q. Did Douglas ever try to get you to
13  come with him at night when he would come to the
14  Village?
15     A. For me to go sleep with him?
16     Q. Yes.
17     A. No.
18     Q. Do you remember how many times Douglas
19  asked you why you don't want to come sleep with
20  him?
21     A. No.
22     Q. While you were a student at PPT, did
23  you ever tell anyone about what Douglas had done
24  to you?
25     A. No.

Page 133

1      Q. While you were a student at PPT, did
2  anyone tell you about abuse that they had
3  suffered?
4      A. Can you repeat for me?
5      Q. While you were a student at PPT, did
6  anyone tell you that they had been sexually
7  abused by Douglas?
8      A. I don't remember that.
9      Q. Has anyone ever told you about sexual
10  abuse that they suffered at PPT?
11     A. I don't remember that.
12     Q. Has Eugene Peterson ever told you
13  anything about sexual abuse at PPT?
14     A. I don't remember that either.
15     Q. At the time you wrote the graffiti
16  before PPT closed, did you think that Douglas
17  Perlitz had been sexually abusing children other
18  than you?
19     A. If I thought?
20     Q. Yes. Did you think that there were
21  other victims of Douglas Perlitz other than you?
22     A. I didn't know that, but I only knew
23  about myself.
24     Q. Did you ever speak with the Haitian
25  National Police about what Douglas Perlitz had

34 (Pages 130 to 133)

Page 134

1  done?
2      A.  Had done to me?
3      Q.  Had done to anyone.
4      A.  No.
5      Q.  Did you ever talk to the United States
6  Government about what Douglas Perlitz had done?
7      A.  Can you repeat for me, please?
8      Q.  Did you ever talk to any law
9  enforcement officials from the United States
10  about what Douglas Perlitz did at PPT?
11      A.  I testified, but I don't know if I
12  testified in front of the people that you're
13  referring to here, that body.
14      Q.  Who did you testify to?
15          MR. GARABEDIAN:  Objection.  Instruct
16  him not to answer to the extent it involves
17  attorney/client privilege.
18          MR. CERRETA:  Mitch, I'll ask the
19  question a different way.
20  BY MR. CERRETA:
21      Q.  I'm wondering if you ever told any
22  police officers.  I don't want to know about any
23  communications you had with Mitch or the other
24  lawyers.  Did you ever tell anyone with the
25  police or the government from the United States?

Page 135

1      A.  I don't remember.
2      Q.  Do you remember if Eugene Peterson
3  ever spoke to the police about what Douglas
4  Perlitz did?
5          MR. GARABEDIAN:  Objection.
6      A.  No, I don't know.
7  BY MR. CERRETA:
8      Q.  Do you know if Francilien Jean-Charles
9  ever spoke with the government about what
10  Douglas Perlitz did?
11      A.  No, I don't know.  I don't remember.
12      Q.  Did any of your friends from PPT ever
13  make a trip to the United States to tell a judge
14  what Douglas Perlitz had done to them?
15      A.  Well, I don't know, because I mostly
16  live in Santo Domingo.
17      Q.  So you don't know if anybody ever made
18  a trip to the United States to talk to a judge?
19          MR. GARABEDIAN:  Objection.
20      A.  Well, I don't remember.  And I don't
21  remember because I live more in Santo Domingo,
22  so I don't remember those things.  I don't
23  remember.
24  BY MR. CERRETA:
25      Q.  Other than what you've told me about,

Page 136

1  is there any other sexual abuse that you
2  suffered at PPT?
3      A.  I don't remember.
4      Q.  You testified earlier today about the
5  work that you do in Santo Domingo, right?
6      A.  How do you mean?
7      Q.  Do you remember when we were talking
8  about that towards the beginning of the day,
9  your work in the fields in Santo Domingo?
10      A.  Yes.
11      Q.  Have you ever had any other jobs other
12  than working in the fields in Santo Domingo?
13      A.  Sometimes I mix mortar.
14      Q.  Where do you mix mortar?
15      A.  In the streets, you know, you might
16  find some jobs.  But it's not fixed, you go
17  around asking people.  It's not a fixed job.
18      Q.  Do you do this work in Santo Domingo?
19      A.  Sometimes, yes.
20      Q.  Have you ever done this work mixing
21  mortar in Haiti?
22      A.  No.  And that's why I ex-patriated
23  myself.
24      Q.  Because you were unable to find work
25  in Haiti?

Page 137

1      A.  Because it's not very easy.  It's not
2  as easy.
3      Q.  Did you -- have you ever looked for
4  work in Haiti?
5      A.  Sometimes I have tried to look, but I
6  wasn't able to find any.
7      Q.  What sorts of jobs have you applied
8  for?
9      A.  Jobs based on my level of education,
10  because in Haiti you have to have qualifications
11  in order to work.
12      Q.  So what sorts of jobs do you apply for
13  based on your qualifications?
14      A.  Since -- with having the obligation of
15  having to live and just not avoiding having to
16  steal, I just try to be grateful for anything
17  God sends my way in terms of whatever odd jobs.
18      Q.  What sorts of odd jobs would you do
19  when you were living in Haiti?
20      A.  I've never worked in Haiti so far.
21      Q.  Have you ever received money for any
22  odd jobs in Haiti?
23      A.  No, no.  And it freaks me out, I feel
24  panicked when I'm in that situation, that's why
25  I'm more comfortable in Santo Domingo.

35 (Pages 134 to 137)

Confidential - Subject to Further Confidentiality Review

Page 138

1       Q.  Why are you freaked out and panicked
2   when you're in Haiti?
3       A.  Because of my former classmates, and
4   they all knew where I was living, in which
5   project.  I was also in the street.  And it
6   makes me uncomfortable being there, so that's
7   why I prefer being in Santo Domingo.
8       Q.  Did you have to get a visa or a work
9   permit to go to Santo Domingo?
10      A.  No, I didn't need that.
11      Q.  How did you get from Haiti to Santo
12  Domingo?
13      A.  I walked on foot.  I went through the
14  bushes.  I spent many days walking.  And then
15  they put me in an area, a place, and now I'm
16  comfortable, I go where I want, I have a place
17  where I can stay.
18      Q.  Who was it that put you in an area?
19      A.  A friend of mine.
20      Q.  What was his name?
21      A.  Dieufet.  D-I-E-U-F-E-T.
22      Q.  Now, are there two separate times that
23  you have lived in Santo Domingo?
24      A.  Yes.  And sometimes I go to Haiti, I
25  spend some time and I come back.  But it's here

Page 139

1   that I live.
2       Q.  And do you plan to stay in Santo
3   Domingo for the foreseeable future?
4       A.  No.
5       Q.  Do you have plans to move somewhere
6   else?
7       A.  Yes.  If God willing, yes.
8       Q.  Where are you planning to move?
9       A.  It depends upon God.  I don't have any
10  specific idea in mind.  Wherever God puts me.
11      Q.  Do you pray?
12      A.  Yes.
13      Q.  Have you prayed to God regarding your
14  living situation?
15      A.  Yes.
16      Q.  Is there any particular petition that
17  you've offered with respect to your living
18  situation?
19          MR. GARABEDIAN:  Objection.
20      A.  Yes, I always say that it's his will,
21  yes.
22  BY MR. CERRETA:
23      Q.  But you don't have any concrete plans
24  to move anywhere in particular?
25      A.  No, I don't have any plans, because

Page 140

1   I'm not able to choose for myself since I don't
2   have the power to do so.
3       Q.  Is it that you don't have the funds to
4   move somewhere else?
5       A.  Not only money, but there's a number
6   of experiences also that I'm lacking.
7       Q.  What sorts of experiences are you
8   lacking?
9       A.  For example, in order to travel I
10  would have to know how you go about doing that,
11  and I would have to find someone that would be
12  willing to explain and help me do it.
13      Q.  Do you know a man named Cyrus Sibert?
14      A.  Yes.
15      Q.  Who is Cyrus Sibert?
16      A.  He's a journalist.
17      Q.  When was the first time you met Cyrus
18  Sibert?
19      A.  When I left Santo Domingo to go back
20  to Haiti.
21      Q.  Do you remember what year it was?
22      A.  No, I don't remember.
23      Q.  Was it when you left Santo Domingo
24  after living there for the first time?
25      A.  I don't remember.

Page 141

1       Q.  Was it before or after the earthquake
2   in Haiti in 2010?
3       A.  That I went to speak to Cyrus, no, I
4   don't remember.  I don't remember.
5       Q.  Do you remember where you were the
6   first time you met Cyrus Sibert?
7       A.  Where he was, or where?
8       Q.  I'm just wondering if you can remember
9   the place of your first meeting the first time
10  you met Cyrus Sibert.
11      A.  I was in Santo Domingo, and I went to
12  Haiti.
13      Q.  Did you go to Haiti for the specific
14  purpose of meeting with Cyrus Sibert?
15      A.  No, it wasn't about that, in fact.
16      Q.  How did you come to meet Cyrus Sibert?
17      A.  I asked for information about him.
18      Q.  Who did you ask for information about
19  him?
20      A.  With some people that used to hear him
21  doing programs.
22      Q.  Do you know who these people were that
23  heard him doing programs?
24      A.  I don't know those people, but they
25  used to hear him.

36 (Pages 138 to 141)

Confidential - Subject to Further Confidentiality Review

Page 142

1    Q.  And did they tell you about Cyrus
2  Sibert?
3    A.  Yes, they told me if I wanted to meet
4  him, they sent me to Carenage.
5    Q.  Did they tell you anything else about
6  why you should go to Carenage to see Cyrus
7  Sibert?
8    A.  Yes, because that's where they gather,
9  that's where the headquarters of the school is,
10 where he is.
11   Q.  These people who told you about Cyrus
12 Sibert, were they students at PPT?
13   A.  No.
14   Q.  Why did you want to go see Cyrus
15 Sibert?
16   A.  Just so I could give testimony to my
17 own life.
18   Q.  Was it to tell Cyrus about the abuse
19 that Douglas Perlitz committed against you?
20   A.  It was so that I could talk with him
21 so he could help me find a person who would be
22 responsible, and who would be willing to hear
23 me, and also to do an investigation on my case.
24   Q.  Were you aware that other students at
25 PPT had brought cases and received money as a

Page 143

1  result of having brought their cases?
2    A.  Can you repeat for me, please?
3    Q.  Do you know that other students at PPT
4  brought lawsuits before your lawsuit, and that
5  they received money as a result of having
6  brought their lawsuits?
7        MR. GARABEDIAN:  Objection.
8    A.  Well, I don't remember.  I don't
9  remember.
10 BY MR. CERRETA:
11   Q.  Is this the first you're hearing of
12 that?
13   A.  No, it's because the way you asked the
14 question, it confuses me.  I don't understand.
15   Q.  Okay.  I'll try to ask a better
16 question.
17       I'm just going to -- I'm just going to
18 tell you, I'm going to represent to you that
19 some other students at PPT brought lawsuits in
20 the United States against Douglas Perlitz and my
21 client, Fairfield University, and the clients of
22 these other lawyers, and after they brought
23 those lawsuits they received money.  Did you
24 know that?
25       MR. GARABEDIAN:  Objection.

Page 144

1    A.  I have heard that.
2  BY MR. CERRETA:
3    Q.  Do you remember when you heard that?
4    A.  I don't remember.
5    Q.  Do you know if you had ever heard that
6  before the first time you met Cyrus Sibert?
7    A.  No.
8    Q.  You'd never heard that before when you
9  met Cyrus for the first time?
10   A.  What do you mean?
11   Q.  When you met Cyrus Sibert, had you
12 heard about the other PPT students receiving
13 money?
14       MR. GARABEDIAN:  Objection.
15   A.  Yes, I had already heard that.
16 BY MR. CERRETA:
17   Q.  Is that why you went to see Cyrus
18 Sibert?
19   A.  No, that's not the reason.  But I'm a
20 victim.
21   Q.  Did you want Cyrus Sibert's help to
22 find a lawyer?
23   A.  Yes.
24   Q.  Did you tell Cyrus Sibert about what
25 happened to you at PPT?

Page 145

1        MR. GARABEDIAN:  Objection.  I
2  instruct him not to answer as to any portion of
3  the answer that would violate the
4  attorney/client privilege.
5        MR. CERRETA:  Maybe I'll just ask a
6  different question.
7  BY MR. CERRETA:
8    Q.  The first time you met Cyrus Sibert,
9  did you tell him what happened to you at PPT?
10   A.  No.
11   Q.  Where did you meet Cyrus Sibert the
12 first time; was it at Carenage?
13   A.  Yes.
14   Q.  What did you tell him?
15   A.  That I would like to talk to him.
16   Q.  What did he say?
17   A.  That he was busy now, that it's
18 something serious that I was going to tell him,
19 he said "come find me at the radio station."
20   Q.  And did you subsequently go and find
21 him at the radio station?
22   A.  After a while, yes.
23   Q.  And what did you say to him that time?
24   A.  I told him to help me find someone who
25 has -- who is a responsible person to broach

37 (Pages 142 to 145)

Confidential - Subject to Further Confidentiality Review

Page 146

1    this subject with me, because I'm a victim.
2        Q.  Did you tell him anything else?
3        A.  No, I only told him that I wanted to
4    testify.
5        Q.  What did he say?
6        A.  He said "no problem."
7        Q.  And did he contact you after that?
8        A.  He told me to come back and see him.
9        Q.  And did you go back and see him again?
10       A.  Yes.
11       Q.  And what did you two talk about that
12   time?
13       A.  When I went back I told him, I
14   explained to him that "I'm a victim, please, I
15   would like very much to have someone who is very
16   serious listen to what I have to say."
17       Q.  Did he put you in touch with someone?
18       A.  Yes.
19       Q.  Was that person your lawyer?
20       A.  Yes.
21       Q.  Before you had told Cyrus Sibert you
22   were a victim, had you ever told anyone about
23   that before?
24       MR. GARABEDIAN:  Objection.
25       A.  No.

Page 147

1    BY MR. CERRETA:
2        Q.  Cyrus was the first person you ever
3    told?
4        A.  Yes.
5        Q.  Have you received any money from Cyrus
6    Sibert?
7        MR. GARABEDIAN:  Objection.  Instruct
8    him not to answer to the portion that involves
9    violation of attorney/client privilege.
10       A.  Are you going to ask the question
11   again, or no?
12   BY MR. CERRETA:
13       Q.  Yes.
14       Have you received any money from Cyrus
15   Sibert?
16       MR. GARABEDIAN:  Objection.
17   Objection.  Instruct him not to answer as to any
18   portion of his answer which would violate the
19   attorney/client privilege.
20   BY MR. CERRETA:
21       Q.  Can you answer the question?
22       A.  What question is it again?
23       Q.  The question is whether you've
24   received any money from Cyrus Sibert.
25       MR. GARABEDIAN:  Objection.  Instruct

Page 148

1    him not to answer as to any portion of his
2    answer which would violate the attorney/client
3    privilege.
4        MR. CERRETA:  I'm a little confused,
5    Mitch, because I don't think any portion of his
6    answer would violate the attorney/client
7    privilege.  But do you have a different view?
8        MR. GARABEDIAN:  Yes.  Why don't you
9    ask him at what point in time -- ask him at what
10   point in time -- if he received any money -- why
11   don't you ask about a certain point in time
12   and when he -- and then ask him if he received
13   any money at that point in time.
14       THE INTERPRETER:  Can we take a break,
15   please?
16       MR. KERRIGAN:  You keep going with
17   your question, John.
18       MR. CERRETA:  Let's take a break.
19       THE VIDEOGRAPHER:  Going off the
20   record.  The time is 3:54.
21       (Whereupon, a recess was taken.)
22       THE VIDEOGRAPHER:  Back on the record.
23   The time is 4:11.
24   BY MR. CERRETA:
25       Q.  Mr. Saincirin, before you ever spoke

Page 149

1    with any of your lawyers, did you receive any
2    money from Cyrus Sibert?
3        A.  No.
4        Q.  And after you met with your lawyers,
5    did you receive any money from Cyrus Sibert?
6        A.  Yes, I received some.
7        Q.  How much money did you receive?
8        A.  $200.
9        Q.  200 US?
10       A.  Yes, US, and also 20 Haitian dollars.
11   But it was given to me in two installments.
12       Q.  The first time you received money from
13   Cyrus Sibert, how much did you receive?
14       A.  $100.
15       Q.  Do you remember when you received that
16   first payment of $100?
17       A.  No.
18       Q.  Was it before or after you brought
19   your lawsuit?
20       MR. GARABEDIAN:  Objection.
21       A.  What was that again?
22   BY MR. CERRETA:
23       Q.  Do you know if it was before or after
24   the complaint was filed on your behalf in the
25   court up in the United States?

38 (Pages 146 to 149)

Confidential - Subject to Further Confidentiality Review

Page 150

1    A.  I don't know.  I don't remember,
2  rather.  Sorry.  Simply he had given me the
3  money, and I didn't know where that money came
4  from.
5    Q.  Do you know if that first time he gave
6  you $100, was it before or after the time you
7  went to the hotel and signed your
8  interrogatories?
9         MR. GARABEDIAN:  Objection.
10    A.  Can you repeat for me, please?
11  BY MR. CERRETA:
12    Q.  Do you remember earlier today we were
13  talking about a document that you signed that
14  was questions from the Defendants in this case?
15    A.  Yes, I remember.  Yes.
16    Q.  This Exhibit 2, do you remember?
17    A.  Yes.  Okay.
18    Q.  And was it your testimony earlier
19  today that you had signed that document at a
20  hotel?
21    A.  If it was my testimony of the
22  document, what do you mean?
23    Q.  Do you remember, do you remember on
24  the last page of Exhibit 2 your signature here?
25    A.  Yes, I remember.  I'm the one that

Page 151

1  signed it, yes.  It's my signature.
2    Q.  When you signed this document, had you
3  already received $100 from Cyrus Sibert?
4    A.  I don't remember.
5    Q.  Did you go to ask Cyrus Sibert for the
6  $100?
7    A.  I don't remember.
8         MR. GARABEDIAN:  Objection.  Instruct
9  him not to answer.  Attorney/client privilege.
10  BY MR. CERRETA:
11    Q.  Why did Cyrus Sibert give you $100?
12    A.  I didn't have clothes, I was also
13  hungry, so I bought clothes and I bought some
14  food.
15    Q.  Did you tell Cyrus that you needed
16  clothes and food?
17         MR. GARABEDIAN:  Objection.  Instruct
18  him not to answer.  Attorney/client privilege.
19    A.  Can you repeat the question for me?
20  BY MR. CERRETA:
21    Q.  Is Cyrus Sibert your lawyer?
22    A.  He's the one that took my complaint.
23  He's a journalist.  Sorry.  He's the one that I
24  saw first.
25    Q.  What did do you with $100 that Cyrus

Page 152

1  Sibert gave you the first time?
2    A.  What I did with it?
3    Q.  Yes.  What did you do with that 100
4  the first time?
5    A.  I bought food, I bought clothes,
6  things like that.
7    Q.  When was the second time that you
8  received money from Cyrus Sibert?
9    A.  I don't remember when the second time
10  was.
11    Q.  How much did you receive the second
12  time?
13    A.  $100 American, $20 Haitian.
14    Q.  Did you ask Cyrus Sibert for that
15  money?
16         MR. GARABEDIAN:  Objection.  Instruct
17  him not to answer.  Attorney/client privilege.
18    A.  Can you repeat, please?
19  BY MR. CERRETA:
20    Q.  Your counsel has instructed you not to
21  answer that question.
22         When was the last time you talked to
23  Cyrus Sibert?
24    A.  I spoke to him Saturday.
25    Q.  What did you guys talk about?

Page 153

1         MR. GARABEDIAN:  Objection.  Instruct
2  him not to answer.  Attorney/client privilege.
3         MR. CERRETA:  Just so the record is
4  clear, Mitch, are you going to object to any
5  discussions about Cyrus Sibert -- any
6  discussions between the witness and Cyrus
7  Sibert?
8         MR. GARABEDIAN:  Cyrus Sibert is
9  counsel's agent, and the deponent is counsel's
10  client, so any conversations running through the
11  agent to the client or back to the attorney are
12  protected.  That's my position.
13         MR. KERRIGAN:  How is Cyrus Sibert an
14  agent, Mitch?
15         MR. GARABEDIAN:  He is an agent.
16         MR. KERRIGAN:  How is he an agent?
17         MR. GARABEDIAN:  That's our position.
18         MR. KERRIGAN:  Can you elaborate as to
19  what kind of agent he is?
20         MR. GARABEDIAN:  No, I'm not
21  elaborating.  He's our agent.  You've known that
22  for months.
23         MR. KERRIGAN:  Can you elaborate why
24  other clients have talked about conversations
25  with Cyrus Sibert?

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 154

1       MR. GARABEDIAN: I'm not elaborating
2  at this point in time.
3       MR. KERRIGAN: Thank you.
4  BY MR. CERRETA:
5       Q. Have you received any other money from
6  Cyrus Sibert?
7       A. Aside from the first ones that I
8  described?
9       Q. Right, besides the two payments you've
10  already described.
11      A. Yes.
12      Q. What was the -- what other payments
13  have you received?
14      A. Nothing.
15      Q. So it was just the two payments?
16      A. Aside from two that I told you?
17      Q. Right. Any other aside from the two
18  you already told me about?
19      A. Yes, I also got another $100.
20      Q. When did you receive the additional
21  $100?
22      A. While I was here, because I was coming
23  here, I needed to prepare, because I couldn't be
24  dressed any old way to come here.
25      Q. So the most recent $100 you used for

Page 155

1  clothes?
2       A. Yes, I bought clothes.
3       Q. Clothes for today's deposition?
4       A. Yes. Not just for that, but the ones
5  that are on me, yes. Also to pay for
6  transportation so I can go back home.
7       Q. Anything else that you used the most
8  recent $100 for?
9       A. Nothing else.
10      Q. How about the earlier payments, what
11  did you do with that money?
12      A. I bought clothes, I bought food so I
13  could eat.
14      Q. Anything else?
15      A. No.
16      Q. Have you spent all that money, or has
17  some been saved?
18      A. When I was in Haiti, or do you mean
19  the last payment here?
20      Q. All three payments combined, is there
21  any left that you've received?
22      A. The two first installments, those have
23  already been spent. And I still have money to
24  pay for my transportation back, and a little bit
25  left over.

Page 156

1       Q. This document has been marked as
2  Exhibit 4.
3           (Whereupon, Saincirin Exhibit
4           Number 4, Two page document,
5           Declaration of the kids of Project
6           Pierre Toussaint, Bates PEC001034 and
7           1035, was marked for identification.)
8  BY MR. CERRETA:
9       Q. This document is in English,
10  Mr. Saincirin. Unfortunately I don't have the
11  original to show you. But I just wanted to ask
12  you about the translated version. I understand
13  you won't be able to read it.
14          Did you ever sign a declaration saying
15  that you wanted Doug Perlitz to return to Haiti
16  so he can work with the children?
17      A. What do you mean?
18      Q. After Doug Perlitz --
19          MR. GARABEDIAN: For the record,
20  you've given him an exhibit that's in English.
21          MR. CERRETA: I understand. I'm not
22  asking him to read it. He doesn't have to refer
23  to it. I'm just going to ask him questions
24  about it.
25          MR. GARABEDIAN: When we go back on, I

Page 157

1  want that on the record.
2           THE VIDEOGRAPHER: We're still on the
3  record.
4           MR. CERRETA: I've already said that.
5           MR. GARABEDIAN: It's on the record.
6           THE VIDEOGRAPHER: Can we go off
7  record just one moment, please?
8           Going off the record. The time is
9  4:25.
10          (Pause.)
11          THE VIDEOGRAPHER: Back on the record.
12  The time is 4:26.
13          MR. GARABEDIAN: For the record, this
14  Exhibit Number 4 is in English. Counsel has
15  given it to my client to read. I don't know why
16  he's given it to my client, quite frankly, it's
17  in English.
18          MR. CERRETA: I'm not going to ask him
19  to refer to it. I just wanted to mark it as an
20  exhibit for the record.
21          MR. GARABEDIAN: Thank you.
22  BY MR. CERRETA:
23      Q. After Douglas Perlitz left Haiti, did
24  anybody ever ask you to sign a statement
25  supporting him?

40 (Pages 154 to 157)

Confidential - Subject to Further Confidentiality Review

Page 158

1    A. Can you repeat? Because I didn't
2  understand. Say it another way that will be
3  more clear for me, please.
4    Q. Did you ever hear about a statement
5  that some of the children at PPT signed saying
6  that the allegations against Douglas Perlitz
7  were lies?
8    A. No, I'm not aware of that.
9    Q. Did anybody ever ask you to sign a
10  statement saying that the allegations against
11  Douglas Perlitz were lies?
12    A. No, I haven't heard of such a thing.
13    Q. Do you remember signing any statement
14  about the allegations against Douglas Perlitz?
15    MR. GARABEDIAN: Objection.
16    A. If I'm aware?
17  BY MR. CERRETA:
18    Q. Yes. Before PPT closed, were you --
19  did you ever hear about a statement that some of
20  the children from PPT signed about the
21  allegations against Doug Perlitz?
22    A. I don't know.
23    Q. Okay. In this case, are you alleging
24  that the abuse you suffered caused injuries to
25  you?

Page 159

1    A. Yes. A lot of damage, yes.
2    Q. What sort of damage?
3    A. My life became more difficult, and I'm
4  suffering so I can remain alive, too. And I was
5  already sad, and now my sadness has increased.
6  Look at my hand, all of this is the result from
7  using the sickle. I'm injured, but I have to do
8  this. And there's no reason that I should do
9  it.
10    Q. Were you sad before Douglas Perlitz
11  abused you?
12    A. Yes, I was sad. But now my situation
13  has made it that I'm even sadder.
14    Q. The abuse that you suffered from
15  Douglas Perlitz has made you sadder?
16    A. Yes. It left marks, it left injuries,
17  it left me in a lot of pain, and I will never
18  forget this.
19    Q. Did it leave any physical marks or
20  injuries on your body?
21    A. No.
22    Q. So the marks or injuries have been
23  emotional, or mental?
24    A. Yes, emotional.
25    Q. What in particular have you

Page 160

1  experienced as a result of the abuse?
2    MR. GARABEDIAN: Objection.
3    A. Can you repeat for me, please? I
4  don't understand the way that you said it.
5    THE INTERPRETER: He might be
6  referring to me.
7  BY MR. CERRETA:
8    Q. How has the abuse affected your life?
9    A. I feel sad. I feel strange. I don't
10  feel well at all. And not only that, I am going
11  to be 29 and I'm not able to do anything for
12  myself. People are paying for me in Haiti, for
13  my housing. My situation is a sad one.
14    Q. People were paying for you in Haiti
15  for your housing before the abuse by Douglas
16  Perlitz?
17    A. No. After that.
18    Q. After that they were paying for your
19  housing?
20    A. When I left Santo Domingo to go live
21  in Haiti, Peterson that I had mentioned before,
22  he's married, and sometimes he pays for me.
23    Q. And you also mentioned that you have
24  to use the sickle in Santo Domingo?
25    A. Yes, I have to use a hoe or a sickle

Page 161

1  to do the job, and it's a very rough thing to
2  do.
3    Q. If Douglas Perlitz hadn't abused you,
4  you wouldn't have to be doing this work in Santo
5  Domingo?
6    MR. GARABEDIAN: Objection.
7    A. Maybe that would be the case, I would
8  have had some schooling and I would have been
9  able to do something else.
10    THE INTERPRETER: Excuse me one
11  second.
12  BY MR. CERRETA:
13    Q. If Douglas Perlitz hadn't abused you,
14  you would have been able to continue with your
15  schooling?
16    A. If I had found help, yes.
17    Q. If PPT hadn't closed, you would have
18  been able to continue on with more schooling?
19    A. Yes. And I think I would have become
20  a useful member of society, a productive member.
21    Q. What job do you think you could have
22  done if you had the opportunity to get more
23  schooling?
24    A. What do you mean?
25    Q. Well, you said that if PPT hadn't

41 (Pages 158 to 161)

Confidential - Subject to Further Confidentiality Review

Page 162

1  closed, you would have been able to get more
2  schooling, you could have become a productive
3  member of society, is that right?
4       MR. GARABEDIAN:  Objection.
5       A.  But the damage has already been done,
6  and this damage is such that even if I would
7  want -- would be able to find an opportunity to
8  go to school, it would be difficult for me to do
9  so, because it's become a problem.  So can you
10  see, I'm 29 years old now, and I have nothing to
11  show for it.
12  BY MR. CERRETA:
13       Q.  What job do you think you would have
14  been able to get if Douglas Perlitz hadn't
15  abused you and you had completed your schooling?
16       A.  Well, I don't know.  I don't know.
17       Q.  Earlier today we had talked about
18  Fairfield University and the things Douglas had
19  said about Fairfield.
20       A.  Yes.
21       Q.  And do you recall, what did Douglas
22  tell you about Fairfield University?
23       A.  It was one of the universities that
24  was sponsoring this project in a big way.
25       Q.  Do you know how it was sponsoring the

Page 163

1  project in a big way?
2       A.  I don't know.  No, I don't.
3       Q.  Am I right, your testimony earlier,
4  you had said that Father Paul was someone who
5  came from Fairfield University?
6       MR. GARABEDIAN:  Objection.
7       A.  Yes, I said that.
8  BY MR. CERRETA:
9       Q.  Do you remember if Douglas told you
10  anything else about Fairfield University?
11       A.  No, I don't remember.
12       Q.  Before PPT closed, did anybody tell
13  you anything else about Fairfield University?
14       A.  I don't remember.
15       MR. CERRETA:  Do you mind if we go off
16  the record for just a few minutes?
17       MR. GARABEDIAN:  Sure.
18       THE VIDEOGRAPHER:  Going off the
19  record.  The time is 4:39.
20       (Whereupon, a recess was taken.)
21       THE VIDEOGRAPHER:  Back on the record.
22  The time is 4:47.
23  BY MR. CERRETA:
24       Q.  Mr. Saincirin, in your
25  interrogatories, and I'm looking at

Page 164

1  Interrogatory No. 24, we asked you to identify
2  all persons who you believe actually knew that
3  Perlitz was sexually abusing you at any time
4  prior to September 15, 2009.
5       A.  At what page is it?  Let me look, I'm
6  not sure.  I don't know.
7       Q.  If you look at the Creole, it's
8  Interrogatory No. 24.
9       (Witness reviewing document.)
10       A.  Can you ask me the question again,
11  please?
12  BY MR. CERRETA:
13       Q.  I was just reading it, so if you're
14  able to read it there, I just wanted to refer to
15  that question and answer.
16       Are you able to read the question and
17  your answer to No. 24 there?
18       A.  Okay.  Go ahead and ask me questions.
19       Q.  Do you see there where you say "I
20  believe Robinson actually knew"?
21       A.  Yes.
22       Q.  Why do you think Robinson actually
23  knew?
24       A.  The fact that he's an employee, it was
25  his duty to conduct an investigation, and they

Page 165

1  found a magazine that talked about that
2  gentleman, and they punished me.  Why did they
3  punish me?
4       Q.  So Robinson knew about the magazine
5  that you had found that was taken away from you
6  by Daniel?
7       A.  Yes, he was aware.
8       Q.  Is there any other reason why you
9  think Robinson actually knew?
10       A.  No, I'm not aware.
11       Q.  You also say, and I'm quoting the
12  English version, not the Creole, "I also believe
13  the whole staff knew."  Do you see that there in
14  the Creole version, "I also believe the whole
15  staff knew"?
16       A.  Yes, I had said that.
17       Q.  Why do you think the whole staff knew?
18       A.  They found the magazine in my hand,
19  they punished me.
20       And in terms of punishment, when
21  somebody was punished, there was a list of who
22  was punished and why that person was punished.
23       Q.  And were you put on this list?
24       A.  Yes.
25       Q.  And was an explanation of why you were

42 (Pages 162 to 165)

Confidential - Subject to Further Confidentiality Review

Page 166

1    put on the list added?
2        A.  Yes.  There was an office, and inside
3    the office they would write the reason.  But it
4    was in private between themselves.
5        Q.  Did you see what the explanation was
6    for this incident?
7        A.  I didn't see with my eyes, but it was
8    their duty to report it.
9        Q.  Is there any other reason why you
10   think the whole staff actually knew?
11       A.  No, I don't know.  I don't remember.
12       Q.  Do you think any of the foreigners who
13   worked there actually knew?
14           MR. GARABEDIAN:  Objection.
15           THE INTERPRETER:  I'm going to repeat
16   it.
17       A.  I don't know.
18   BY MR. CERRETA:
19       Q.  Did any of the white people who worked
20   at the Village know about Doug Perlitz's abuse
21   while PPT was still open?
22       A.  I don't know.
23       Q.  Do you know Wadson Dorciné?
24       A.  I know Wadson, but I don't know his
25   last name.

Page 167

1        Q.  Is Wadson here at the Barcelo Hotel?
2        A.  Yes.
3        Q.  Did his father work at PPT?
4        A.  Yes.
5        Q.  Do you think he actually knew that
6    Doug Perlitz was abusing children prior to
7    September 15, 2009?
8            MR. GARABEDIAN:  Objection.
9        A.  I don't know.
10   BY MR. CERRETA:
11       Q.  So you don't know whether the whole
12   staff knew, do you?
13       A.  No, I don't know if they were all
14   aware, but they should have been, with what had
15   been going on.
16       Q.  Do you know a white person named Brian
17   who came to PPT?
18       A.  Yes.  I've heard people speak about
19   him, and I have seen him as well.
20       Q.  When did you see him?
21       A.  Inside the project.
22       Q.  Have you ever spoken to him?
23       A.  Sometimes he says hello to us when we
24   are in a group together.
25       Q.  Do you know what connection he had to

Page 168

1    the project?
2        A.  No, I don't know.
3        Q.  Do you remember how many times you saw
4    him?
5        A.  I remember the ten year anniversary of
6    the project when we had a party to celebrate.
7        Q.  Any other times that you remember
8    seeing Brian?
9        A.  No.  I don't remember.
10       Q.  Was Brian's last name Brian Russell?
11       A.  I don't know his last name.
12       Q.  Did you ever meet a white person named
13   Michael who visited the project?
14       A.  Michael?  I don't remember.
15           MR. CERRETA:  That's all I have.
16   Thank you, sir.
17       A.  Thank you.
18           THE VIDEOGRAPHER:  Going off the
19   record.  The time is 4:57.
20           (Pause.)
21           THE VIDEOGRAPHER:  Back on the record.
22   The time is 4:58.
23   BY MR. ROSENBERG:
24       Q.  Good afternoon, Mr. Saincirin.
25       A.  Good afternoon.

Page 169

1        Q.  Like I said earlier, my name is Aaron
2    Rosenberg, and I represent Father Paul Carrier.
3    I just have a few questions for you.
4        A.  Go ahead.
5        Q.  Are you a religious person?
6        A.  Yes.
7        Q.  Do you believe in God?
8        A.  A lot.
9        Q.  Do you follow a specific religion?
10       A.  What do you mean by "specific"?  What
11   do you mean?
12           THE INTERPRETER:  The interpreter will
13   go ahead and give it another word in Creole.
14       A.  I'm part of an assembly.
15       Q.  And is that associated with a larger
16   religion?
17       A.  Adventist.
18       Q.  And have you always followed that
19   religion?
20       A.  Since when?
21       Q.  Well, how long have you followed that
22   religion?
23       A.  It's been a while, but I don't
24   remember exactly.  It's been a few years.
25       Q.  Before that time, did you follow a

43 (Pages 166 to 169)

Confidential - Subject to Further Confidentiality Review

Page 170

1  different specific religion?
2      A.  I used to be -- or we used to be with
3  the Catholic Church.
4      Q.  And do you go to a particular church
5  now?
6      A.  While I'm in Santo Domingo, you mean?
7      Q.  Yes.
8      A.  I don't have specific location,
9  because I don't stay for a long time in one
10 specific location myself, so I go to different
11 churches.
12     Q.  How often would you say you go to
13 church?
14     A.  I go several times.  I don't know
15 exactly how many.  I go once a week.  Sometimes
16 I pray at home.
17     Q.  When you were at PPT, was there a
18 church outside of the Village or the project
19 that you went to regularly?
20     A.  Yes.
21     Q.  Where was that church?
22     A.  A church that was in Blue Hills.  It
23 was called Sacred Heart as well.  It was a
24 Catholic Church.
25     Q.  Now, earlier you talked about a

Page 171

1  magazine that you found that had Douglas's name
2  on it and had homosexual images.
3      A.  Yes.
4      Q.  Is it bad to be a homosexual in Haiti?
5          MR. GARABEDIAN:  Objection.
6      A.  Yes.
7  BY MR. ROSENBERG:
8      Q.  What happens if you are a homosexual
9  in Haiti?
10     A.  Give me the word in Creole, please.
11         MR. GARABEDIAN:  Objection.
12     A.  Give me a good word in Creole.  Yes,
13 it's a bad thing.
14 BY MR. ROSENBERG:
15     Q.  Would people call someone names if
16 they knew that they were a homosexual?
17     A.  Yes.
18     Q.  When you saw the magazine with the
19 homosexual pictures on it and Douglas's name on
20 it, what did you think?
21     A.  I felt not well.  I felt unwell.  I
22 had to get a grip of myself in a certain way.
23     Q.  Did it make you feel any emotions
24 towards Douglas?
25     A.  He became for me someone to whom --

Page 172

1  someone I could no longer trust completely.
2      Q.  Did it make you angry at him?
3      A.  I didn't like it.
4      Q.  And did it make it -- were you angry
5  at Douglas because of it?
6      A.  I didn't like it, because it made an
7  impression on me.
8      Q.  Now, earlier obviously we talked about
9  instances where you say that Douglas tried to
10 have sex with you.  I'm going to ask you a
11 couple questions about the period before that
12 time.
13     A.  Okay.
14     Q.  Did you have a good relationship with
15 Douglas before he ever tried to have sex with
16 you?
17     A.  When you speak of relationship, you
18 mean something like friendship?
19     Q.  Yes.
20     A.  We didn't have a good relationship.
21 It's just that he was paying for my school, and
22 if I had a problem I could go to him.
23     Q.  Why do you say you did not have a good
24 relationship?
25     A.  Because the way I understand the

Page 173

1  words, or the term good relationship, is more
2  like in the sense of a friendship where you're
3  always together.
4      Q.  Did you respect Douglas?
5          MR. GARABEDIAN:  Objection.
6      A.  Yes, I respected him.
7  BY MR. ROSENBERG:
8      Q.  Did you -- other than the time where
9  you were punished for having the magazine, did
10 you get in trouble at PPT?
11     A.  Yes.
12     Q.  Were you punished before, other than
13 for having the magazine?
14     A.  Yes.  Sometimes they would punish us
15 for other reasons.
16     Q.  What types of things were you punished
17 for, other than the magazine?
18     A.  If we misbehave, some type of
19 misbehavior, for example.  And there was also a
20 principle, if you didn't do your chores such as
21 washing out a pot or a pan, then at the end of
22 the week you would get a punishment.
23     Q.  How many times were you punished?
24     A.  Many times.
25     Q.  Did Douglas punish you himself?

44 (Pages 170 to 173)

Page 174

1    A.  I was under his orders.  He's the one
2  that established the principles, and those that
3  were under him, that's what they were doing.
4    Q.  Were you angry about how much you were
5  punished?
6    A.  Yes, I wasn't happy.
7    Q.  Do you know anyone else that goes by
8  the name Claude?
9    A.  I don't know.  I don't remember.
10   Q.  Right now, do you know anyone, whether
11  PPT people or anyone, named Claude?
12     MR. GARABEDIAN:  Objection.
13   A.  No.
14     MR. ROSENBERG:  I have nothing else.
15  Thank you.
16   A.  Thank you, too.
17     THE VIDEOGRAPHER:  Going off the
18  record.  The time is 5:08.
19     (Pause.)
20     THE VIDEOGRAPHER:  Back on the record.
21  The time is 5:09.
22  BY MR. KERRIGAN:
23   Q.  Mr. Saincirin, my name is Michael
24  Kerrigan, and I represent the Society of Jesus
25  of New England.  Good afternoon.

Page 175

1    A.  Greetings.
2    Q.  You understand, Mr. Saincirin, that
3  you're still under oath?
4    A.  Yes.
5    Q.  And you're required to tell the truth,
6  you understand that?
7    A.  Yes.
8    Q.  Mr. Saincirin, have you ever heard of
9  the Society of Jesus of New England?
10   A.  No, I don't remember that.
11   Q.  How about Jesuits, have you ever heard
12  of Jesuits?
13   A.  I don't remember that.
14   Q.  Mr. Saincirin, tell me every
15  conversation that you ever had with Cyrus Sibert
16  at any time, please.
17     MR. GARABEDIAN:  Objection.  Instruct
18  him not to answer, attorney/client privilege.
19     MR. KERRIGAN:  Just so that we're
20  clear, Mitchell, so we have a clean record,
21  you've instructed the witness not to answer,
22  correct?
23     MR. GARABEDIAN:  Yes.
24     MR. KERRIGAN:  What basis, please?
25     MR. GARABEDIAN:  Once again, as I

Page 176

1  explained before, Cyrus is counsel's agent, the
2  witness is counsel's client, conversations
3  running through our agent to the client and back
4  are confidential, protected.  If you want to ask
5  him about conversations he had before he
6  retained counsel, you should do so.
7     MR. KERRIGAN:  Is it your position,
8  Mitch, that after counsel was retained by
9  Mr. Saincirin that Cyrus Sibert then became an
10  agent of counsel?
11     MR. GARABEDIAN:  Yes.  No.  My
12  position is that Cyrus Sibert was our agent, but
13  the witness did not become my client until he
14  retained us.
15     MR. KERRIGAN:  So your position is
16  even before Mr. Saincirin retained you as his
17  attorney, that Cyrus Sibert was still your
18  agent?
19     MR. GARABEDIAN:  Yes.
20     Give us one second.
21     MR. KERRIGAN:  But I do want to clean
22  this up.  It has some implications for what we
23  do going forward, you understand.
24     Did you two want to go off the record
25  with Ellyn?

Page 177

1     MR. GARABEDIAN:  Yes.
2     MR. KERRIGAN:  That's fine.
3     THE VIDEOGRAPHER:  Going off the
4  record.  The time is 5:12.
5     (Whereupon, a recess was taken.)
6     THE VIDEOGRAPHER:  Back on the record.
7  The time is 5:21.
8     MR. KERRIGAN:  Mitchell, we took a
9  little bit of a break at your request so you
10  could confer with your colleague on the
11  privilege issue that we have here.  If you'd
12  like to elaborate on the position that you
13  mentioned to me off the record a moment or two
14  ago on the record, that's fine, and then I'd
15  like to put my position on the record.  Okay.
16     MR. GARABEDIAN:  It is Plaintiffs'
17  counsel's position that Cyrus has always been
18  counsel's agent, but it's really case-specific.
19  The privilege doesn't extend to the client until
20  the client retains Plaintiffs' counsel.  So we
21  have to look at each case to determine those
22  facts.
23     MR. KERRIGAN:  And, Mitchell, I had
24  asked you a little bit earlier to elaborate on
25  what type of agency you're claiming.  The reason

45 (Pages 174 to 177)

Confidential - Subject to Further Confidentiality Review

Page 178

1   why I did that was not to put you on the spot,
2   but it's because, as I'm sure you understand,
3   there are different types of agency.  Agency is
4   often a fact contingent legal construction, and
5   the privilege oftentimes, I think maybe all the
6   time, extends only insofar as the scope of the
7   agency.  So that's why I asked you to elaborate
8   on it, to allow us to get to the contours of the
9   privilege.
10          Do you still decline to elaborate on
11  what type of agency you're claiming here?
12          MR. GARABEDIAN:  Yes, at this point in
13  time I do.
14          MR. KERRIGAN:  So that hamstrings me,
15  of course, in trying to get around to what you
16  believe would be permissible interrogation of
17  the witness.
18          MR. GARABEDIAN:  First of all, we
19  believe it's a broad definition.
20          MR. KERRIGAN:  Of agency?
21          MR. GARABEDIAN:  Yes.
22          MR. KERRIGAN:  Would you take the
23  position, Mitchell, that Cyrus Sibert is the
24  Plaintiffs' counsel agent for all purposes
25  relating to these consolidated cases in Haiti?

Page 179

1           MR. GARABEDIAN:  Yes.  Again, he was
2   counsel's agent, Plaintiffs' counsel's agent
3   before Mr. Saincirin, for instance, retained
4   Plaintiffs' counsel.
5           MR. KERRIGAN:  I understand your
6   position.
7           MR. GARABEDIAN:  We've been doing this
8   for years, as you well know, with regard to
9   clients retaining Plaintiffs' counsels.
10          MR. KERRIGAN:  That much of your
11  position is clear, though I disagree with it.
12          And the other portion that I just want
13  to confirm with you is that you deem Cyrus
14  Sibert to be the Plaintiffs' counsel's agent for
15  all purposes in Haiti in connection with the
16  consolidated cases?
17          MR. GARABEDIAN:  Yes, that's accurate.
18          MR. KERRIGAN:  Again, I disagree with
19  it, and I'll reserve all rights on that issue,
20  and take it up if desired and necessary at the
21  appropriate time in the future.
22          MR. GARABEDIAN:  That's fine.
23          MR. KERRIGAN:  Thanks.
24  BY MR. KERRIGAN:
25      Q.  Mr. Saincirin, your attorneys and I

Page 180

1   have had a little discussion, but now we'll go
2   back to the questioning.  Okay?
3       A.  Okay.
4       Q.  You testified earlier that Cyrus
5   Sibert gave you money on at least three
6   occasions, is that correct?
7       A.  Yes.
8       Q.  When did you hire Mitchell Garabedian
9   as your attorney?
10      A.  When I received his call.
11      Q.  When was that?
12      A.  I don't remember.
13      Q.  Do you remember the year,
14  Mr. Saincirin?
15      A.  No, I don't remember.
16      Q.  Do you remember the month,
17  Mr. Saincirin?
18      A.  No, I don't remember.
19      Q.  Do you remember the season?
20      A.  No, I don't remember.
21      Q.  Is there anything that you can tell us
22  to help us understand when you retained Mitchell
23  Garabedian as your attorney for this case?
24          MR. GARABEDIAN:  Objection.
25  Attorney/client privilege.  Instruct him not to

Page 181

1   answer.
2       A.  Can you repeat the question, please?
3   BY MR. KERRIGAN:
4       Q.  Can you tell us anything that will
5   help us understand when you retained Mitchell
6   Garabedian as your lawyer?
7           MR. GARABEDIAN:  Objection.
8   Attorney/client privilege.  Instruct him not to
9   answer.
10          MR. KERRIGAN:  Let him give the
11  instruction.
12  BY MR. KERRIGAN:
13      Q.  Mr. Saincirin, I'm going to ask you
14  the question one more time, but I don't want to
15  know any conversations you had with any of your
16  attorneys.  Do you understand?
17      A.  Go ahead and ask me again.
18      Q.  Okay.  Can you tell us anything that
19  will help us understand when you hired Mitchell
20  Garabedian as your lawyer for this case?
21          MR. GARABEDIAN:  Objection.  Instruct
22  him not to answer as to any conversations he's
23  had with his attorney based on attorney/client
24  privilege.
25      A.  I don't remember.

46 (Pages 178 to 181)

Confidential - Subject to Further Confidentiality Review

Page 182

1  BY MR. KERRIGAN:
2     Q.  Okay.  Thank you.
3        Back to Cyrus Sibert, Mr. Saincirin.
4  Cyrus Sibert gave you 100 US dollars on three
5  separate occasions, correct?
6     A.  Yes.
7     Q.  Was Mitchell Garabedian your lawyer at
8  any time when you received $100 from Cyrus
9  Sibert on these three occasions?
10    A.  I don't remember.
11    Q.  Now, Cyrus Sibert also gave you some
12 Haitian dollars, isn't that correct?
13    A.  Yes.
14    Q.  How much was that again?  I'm sorry,
15 I've forgotten.
16    A.  20 Haitien dollars.
17    Q.  Do you know how much that is in
18 American dollars?
19    A.  I don't know.
20    Q.  When did you receive the Haitian
21 dollars from Cyrus Sibert?
22       MR. GARABEDIAN:  My continuing
23 objection as to attorney/client privilege.  I'm
24 instructing him not to answer.
25       MR. KERRIGAN:  I'm sorry, that was an

Page 183

1  instruction not to answer the question of when
2  he received the money?
3        MR. GARABEDIAN:  What's the last
4  question?
5        MR. KERRIGAN:  The last question was a
6  question that's temporal, it was when, Mitch.  I
7  want to know when he received the 20 Haitian
8  dollars from Cyrus.
9        MR. GARABEDIAN:  I'm just protecting
10 his rights, that's why I'm objecting and
11 instructing not to answer if he has to answer by
12 revealing any attorney/client communication.
13 That's where we are.
14       MR. KERRIGAN:  Okay.  Let me then ask,
15 Mitch, if we can instruct the client -- I
16 shouldn't say we.  If you can instruct the
17 client, rather than telling him don't violate
18 the attorney/client privilege, because I'm not
19 sure Mr. Saincirin is in a position to know what
20 would be violating the attorney/client
21 privilege, if you could keep it factual and just
22 instruct him not to reveal any communications
23 with you and his other attorneys.  Would that be
24 a fair way to do it?  I'm not sure that
25 Mr. Saincirin can understand when you say don't

Page 184

1  violate the attorney/client privilege as opposed
2  to an instruction which is don't reveal any
3  communications with your attorneys.  Do you know
4  what I'm getting at?
5        MR. GARABEDIAN:  I understand what
6  you're getting at.  At the same time I have to
7  protect his rights.  I can take a break and
8  explain it to him.
9        MR. KERRIGAN:  I'd rather keep moving
10 ahead.
11       MR. GARABEDIAN:  Okay.
12       MR. KERRIGAN:  It's a temporal
13 question, Mitch.
14       MR. GARABEDIAN:  We've gone through
15 this already.  If he cannot answer your question
16 without revealing confidential communications
17 with his attorneys, Cyrus Sibert, then he can't
18 answer your question.
19       MR. KERRIGAN:  That's a different
20 instruction from the one you gave before.
21       MR. GARABEDIAN:  Well, I'm giving both
22 instructions.
23       MR. KERRIGAN:  Let me ask the
24 question.  You can make your objection.
25 BY MR. KERRIGAN:

Page 185

1     Q.  Mr. Saincirin, when did Cyrus Sibert
2  give you the 20 Haitian dollars?
3        MR. GARABEDIAN:  Objection.  Instruct
4  him not to answer based on attorney/client
5  privilege.
6        If you can answer without revealing
7  conversations with your attorney or your agent,
8  Cyrus Sibert, answer.  Otherwise don't answer.
9        Now I gave him both.
10    A.  I don't remember.
11 BY MR. KERRIGAN:
12    Q.  Did you get 20 Haitian dollars from
13 Cyrus Sibert before or after you hired Mitchell
14 Garabedian as your attorney?
15       MR. GARABEDIAN:  Note my continuing
16 objection.
17 BY MR. KERRIGAN:
18    Q.  Can you answer the question?
19    A.  No, I don't remember.
20    Q.  Did you ever get any money from
21 Mitchell Garabedian?
22       MR. GARABEDIAN:  Objection.  Instruct
23 him not to answer.  Attorney/client privilege.
24       MR. KERRIGAN:  It's your position,
25 Mitchell, that the transfer of funds constitutes

47 (Pages 182 to 185)

Confidential - Subject to Further Confidentiality Review

Page 186

1  a communication that's protected from discovery
2  by the attorney/client privilege?
3          MR. GARABEDIAN:  One minute.
4          MR. KERRIGAN:  Do you want to take a
5  break?
6          MR. GARABEDIAN:  Just for a second.
7          MR. KERRIGAN:  We'll go off the record
8  so Ellyn and Mitchell can talk for a minute.
9          THE VIDEOGRAPHER:  Going off the
10  record.  The time is 5:34.
11         (Pause.)
12         THE VIDEOGRAPHER:  Back on the record.
13  The time is 5:47.
14         MR. GARABEDIAN:  To answer your
15  question, Mike -- may I?
16         MR. KERRIGAN:  Please go ahead.
17         MR. GARABEDIAN:  It's my position that
18  the transfer of funds from Plaintiffs' counsel
19  to Mr. Saincirin does not constitute a
20  communication that's protected from discovery by
21  the attorney/client privilege.
22         MR. KERRIGAN:  Okay.
23         MR. GARABEDIAN:  The act of it.  I'm
24  sorry.  The act of transfer of funds.
25         MR. KERRIGAN:  Does your instruction

Page 187

1  still stand then not to answer?
2          MR. GARABEDIAN:  No, he may answer if
3  your question relates only to the act.
4          MR. KERRIGAN:  Okay.
5  BY MR. KERRIGAN:
6      Q.  Mr. Saincirin, did you ever receive
7  from Mitchell Garabedian any money at any time?
8      A.  No.
9      Q.  Mr. Saincirin, did you ever receive
10  any money from any of your attorneys in this
11  case at any time?
12     A.  No.
13     Q.  Mr. Saincirin, did you ever receive
14  any money from your attorneys through the hands
15  of another person?
16     A.  Can you repeat for me, please?
17     Q.  Certainly.
18         Did you ever receive any money that
19  came from your attorneys that you received from
20  someone other than your attorneys?
21     A.  I received, but I don't know from who.
22  I simply received, but I don't know from who.
23     Q.  Did the money you received from Cyrus
24  Sibert come from any of your attorneys?  To the
25         MR. GARABEDIAN:  Objection.  To the

Page 188

1  extent you're relating to the act, he may
2  answer.
3  BY MR. KERRIGAN:
4      Q.  Can you answer the question,
5  Mr. Saincirin?
6      A.  No, I won't say anything.
7      Q.  Okay.  Let me ask the question again.
8          Did the money that you received from
9  Cyrus Sibert come from any of your attorneys?
10         MR. GARABEDIAN:  Objection.  He may
11  answer as it relates to only the act.
12     A.  I don't know.  I simply know that I
13  received, I received, but I don't know.
14  BY MR. KERRIGAN:
15     Q.  You don't know where the money came
16  from, is that what you're saying?
17     A.  No, it's just simply that I received
18  it from --
19         MR. GARABEDIAN:  Objection.
20     A.  -- Cyrus's hands.  I don't know
21  anything else.
22         MR. GARABEDIAN:  Again, I object, but
23  he may answer only as to the act.
24  BY MR. KERRIGAN:
25     Q.  The money that you received came from

Page 189

1  Cyrus Sibert, who is an agent of your attorneys
2  in this case, correct?
3      A.  The money came from his hands, yes.
4  But I don't know where this money came from.
5          MR. KERRIGAN:  Mitchell, I'll just
6  object, a standing objection, or a reservation
7  on the issue of the assertion of the
8  attorney/client privilege with respect to any of
9  the questions about the finances.  I'll just
10  reserve on those.
11         MR. GARABEDIAN:  I understand.
12  BY MR. KERRIGAN:
13     Q.  Mr. Saincirin, when you received the
14  money from Cyrus Sibert on the first occasion,
15  was anybody present other than Cyrus Sibert and
16  you?
17     A.  No, I don't remember.
18     Q.  On the second time you received money
19  from Cyrus Sibert, was anyone present other than
20  you and Mr. Sibert?
21     A.  He was in the streets, and I took a
22  car to go meet him, and I took the money from
23  his hands, and I left.
24     Q.  Was there anyone else present with you
25  and Cyrus Sibert when you took the money from

48 (Pages 186 to 189)

Confidential - Subject to Further Confidentiality Review

Page 190

```
 1    his hands?
 2         A.  I don't remember.
 3         Q.  Now, the third time you received money
 4    from Cyrus Sibert, was there anyone else present
 5    besides you and Mr. Sibert?
 6         A.  The third time I received the money --
 7    can you repeat?
 8         Q.  Certainly.
 9              The third time you received 100 US
10    dollars from Cyrus Sibert, was there anyone else
11    present besides you and Mr. Sibert?
12         A.  There was just him and myself.
13         Q.  On the time when Mr. Sibert gave you
14    20 Haitian dollars, was there anyone present
15    other than you and Mr. Sibert?
16         A.  I was alone.
17         Q.  And that's all the times that Cyrus
18    Sibert, who is your attorney's agent, gave you
19    money, is that correct?
20              MR. GARABEDIAN:  Objection.
21              Are you stating he's currently the
22    agent, or are you talking about a time period
23    when you don't know if he was the agent or
24    whether Saincirin, Mr. Saincirin, was my client?
25              MR. KERRIGAN:  Mitchell, you said
```

Page 191

```
 1    Cyrus Sibert was your agent for all the
 2    litigation in Haiti.  Mr. Saincirin has
 3    testified that he received money from Cyrus
 4    Sibert in Haiti, and does not know the time.
 5              MR. GARABEDIAN:  Okay.  But my point
 6    is, you do not know the time, correct, when
 7    Mr. Saincirin became a client, correct?
 8              MR. KERRIGAN:  Mr. Saincirin has said
 9    what he has said on the record, and he has said
10    what he said in interrogatories, and we have no
11    other information from that.
12              MR. GARABEDIAN:  Your position is you
13    don't know when Mr. Saincirin became a client.
14              MR. KERRIGAN:  I think that's fair to
15    say based on his testimony.
16              MR. GARABEDIAN:  Okay.  Thank you.
17              MR. KERRIGAN:  But there are also
18    answers to interrogatories.  I've asked him the
19    question, he's answered it.
20              MR. GARABEDIAN:  Thank you.
21              MR. KERRIGAN:  Is there an answer to
22    my question on the record now?  And if there
23    isn't, I would ask Philippe if he'd be good
24    enough to repeat the question to the witness.
25              THE INTERPRETER:  I can't even find it
```

Page 192

```
 1    anymore, it's been so long.  Where is it?  The
 2    $20.  I was alone.  No, that was another
 3    question.
 4              MR. KERRIGAN:  Page 183, line 6.
 5              THE INTERPRETER:  Okay.
 6         A.  What is that again?
 7              MR. GARABEDIAN:  Can you re-ask the
 8    question?
 9    BY MR. KERRIGAN:
10         Q.  Mr. Saincirin, you've told us about
11    several times that Mr. Sibert gave you money, is
12    that correct?
13         A.  Yes.
14         Q.  Have you told us all the times when
15    you got money from Cyrus Sibert?
16         A.  Yes.
17         Q.  You testified earlier that you went to
18    see Mr. Sibert because you thought that he was
19    someone who could put you in touch with
20    responsible people who could help you with your
21    case, is that correct?
22         A.  Yes.
23         Q.  Before that time, you didn't know
24    Cyrus Sibert, did you?
25         A.  He was a journalist.
```

Page 193

```
 1         Q.  You had never met him before then,
 2    though, isn't that correct?
 3         A.  No.
 4         Q.  Just so that we're clear, you had
 5    never met Cyrus Sibert before you went to him
 6    looking for someone who could help you with your
 7    case, is that correct?
 8         A.  I had never gone to speak to him, but
 9    I used to see him.  But I don't remember very
10    much, because, you know, because --
11         Q.  Mr. Saincirin, have you ever sought
12    help for what you described earlier today as
13    your emotional troubles that you have that you
14    believe were caused by Doug's behavior?
15         A.  No.
16         Q.  Why not?
17         A.  I don't know.  It doesn't depend on
18    me.
19         Q.  What do you mean by that?
20         A.  Can you repeat it one more time so I
21    can understand it better, what you mean by the
22    question?
23         Q.  I can, sure.
24              You had indicated that you have never
25    tried to get help for your emotional problems
```

49 (Pages 190 to 193)

Confidential - Subject to Further Confidentiality Review

Page 194

1    that you believe were caused by Douglas's
2    misconduct, correct?
3        A.  Yes, I said that.  That's my -- I'm
4    looking for in this case, that's what I'm
5    looking for with this litigation, this is what
6    I'm hoping for.
7        Q.  And up until now, you have not got any
8    help for your emotional problems, is that
9    correct?
10       A.  No.
11       Q.  Is there anyone in Haiti that can help
12   you with those problems, say a doctor or a
13   counsellor?
14       A.  I don't know.  Because even now as I'm
15   speaking with you, I don't feel well.
16       Q.  How do you not feel well?
17       A.  I have had a problem in my throat for
18   two years now making me suffer.
19       Q.  You don't believe that the problem in
20   your throat was caused by Douglas's conduct, do
21   you?
22       A.  No.  It's stress, it's also stress.
23   You understand?
24       Q.  Stress from life?
25       A.  Yes.  While I'm stressing, it's

Page 195

1    causing me a lot of things.
2        Q.  Is there anyone in Haiti that you can
3    go to for advice or counseling to help you with
4    your emotional problems?
5        A.  Well, I don't know.  I don't know.  I
6    gave you the answer.
7        Q.  And what is it that you hope to get
8    out of this case?
9        A.  I'd like to find justice for myself.
10       Q.  What does that mean to you, justice?
11       A.  The judge will know.  The judge will
12   have the time to decide.  I don't know anything
13   about it.
14       Q.  Do you know that Douglas is in jail?
15       A.  Yes.
16       Q.  Is that enough justice --
17           MR. GARABEDIAN:  Objection.
18   BY MR. KERRIGAN:
19       Q.  -- for what he did?
20       A.  That doesn't depend on myself.  It
21   depends on the judge.  I'm a victim.
22       Q.  Do you expect to get money from this
23   case?
24       A.  Well, the judge knows.  I don't know
25   anything about that.  But the only thing I know

Page 196

1    is that I want to get justice.
2        Q.  Mr. Saincirin, how do you spend an
3    average day?  What do you do?
4        A.  How I spend my day?
5        Q.  Correct.  Please tell us.
6        A.  Here when I'm in Santo Domingo?
7        Q.  No, here.  When you're home, how do
8    you spend your time?
9            MR. GARABEDIAN:  Objection.
10           You mean home in Santo Domingo, or in
11   Haiti?
12   BY MR. KERRIGAN:
13       Q.  Wherever you lay your hat, at home.
14       A.  If I'm not working, I just very simply
15   stay -- if I find something to eat I eat, if I
16   don't find anything to eat I lie down.
17       Q.  What time do you usually get up in the
18   morning?
19       A.  Sometimes I get up at 6.
20       Q.  And what do you do?
21       A.  When I get up, I go look for work in
22   the streets.
23       Q.  Do you do that every day?
24       A.  Not all the time.
25       Q.  How often do you go look for work in

Page 197

1    the streets?
2        A.  Many times, because that's what I do
3    when I'm here.  I can't stay lying down.
4        Q.  Can you remind me, please,
5    Mr. Saincirin, where is your home now?
6        A.  I live in Constanza.
7        Q.  When you're in Constanza, how many
8    days of the week do you look for work?
9        A.  I don't know.  But sometimes I get up,
10   and I try to look for work.  On Saturday I don't
11   look for work because I'm an Adventist.  So
12   sometimes I don't go look for work, but
13   sometimes I go look for work, and sometimes I
14   try to find work and I don't find any, so I go
15   back and lie down.
16       Q.  When you go out to try to find work,
17   what are the types of things that you do?
18           MR. GARABEDIAN:  Objection.
19       A.  I go out, I take my hoe or whatever it
20   is, whatever tool I can get my hands on, because
21   here the work to be done is work in the fields,
22   so I just try to find something in that domain.
23   BY MR. KERRIGAN:
24       Q.  How many times have you worked in the
25   month of September?

Confidential - Subject to Further Confidentiality Review

Page 198

1    A.  I don't remember.
2    Q.  Are you able to go out and walk the
3   streets and look for work?  Nothing is stopping
4   you physically from going out and looking for
5   work, correct?
6    A.  I don't have difficulties to go out
7   and look, but I have difficulties to find.
8    Q.  And you told us earlier that you work
9   hard in the fields with your hands with the
10  sickle, correct?
11   A.  Yes.  Here's my hand.  Look.  Both my
12  hands have injuries.  Look.  It would have been
13  good if I could have gone to school like all the
14  other kids go to school, but my life has been
15  ruined.
16   Q.  And you're also, Mr. Saincirin, able
17  to do some of the masonry work that you
18  described for us earlier today, is that correct?
19   A.  Yes.
20   Q.  Is unemployment high in Santo Domingo?
21   A.  Very high.
22   Q.  Do you know what percentage of people
23  in Santo Domingo are unemployed?
24   A.  I don't know what the percentage is.
25   Q.  Do you have friends that you spend

Page 199

1   time with in Constanza or Santo Domingo?
2    A.  The friends that I'm close with.
3    Q.  Correct.
4    A.  Yes.
5    Q.  How many would you say you have?
6    A.  Several.
7    Q.  What are their names?
8    A.  There's Renaud.
9    Q.  Who else?
10   A.  Sometimes Eric, I hang out with him.
11   Q.  Who else?
12   A.  Others as well, but I don't remember
13  their names.
14   Q.  They're good friends?
15      MR. GARABEDIAN:  Objection.
16   A.  Yes.
17  BY MR. KERRIGAN:
18   Q.  You're able to spend time with them
19  and enjoy their company?
20   A.  Sometimes I don't have anything to do,
21  and they don't have anything to do, so we get
22  together.  Hopefully that removes some of the
23  stress if we sit together and talk.
24   Q.  And does it help you to relieve some
25  of the stress to get together and talk with your

Page 200

1   friends?
2    A.  The answer is no, but I still try to
3   go out and talk to my friends, because in
4   talking to my friends I feel less sad.
5    Q.  And you're able to keep up your
6   relationships and your friendships with your
7   friends?
8    A.  Yes.  Yet I don't know what will
9   happen in the future, because I have no trust in
10  humanity anymore.
11   Q.  But you trust your friends?
12   A.  I don't trust -- I don't trust anyone
13  anymore.  Even though they're my friends, in my
14  heart I no longer trust anyone.
15   Q.  But you still hang around with them,
16  and it still makes you less sad to hang around
17  with your friends, correct?
18   A.  So we spend moments together, yes,
19  that's the case.  But it's not -- that doesn't
20  remove all of the sadness, because my life is
21  wounded, I am wounded.
22   Q.  Does Renaud, your friend, have a job?
23   A.  No.  He's out in the streets looking
24  for a job.
25   Q.  What kind of work would Renaud do if

Page 201

1   he got a job?
2    A.  Both of us, we work with the sickle,
3   or the hoe.  When it's time to use sickles to do
4   the work we use the sickles, or the hoe.  And
5   sometimes when it's time to pick carrots, we
6   pick carrots.  But I don't know other stuff that
7   he does.
8    Q.  Does Eric have a job?
9    A.  Same type.
10   Q.  Is he working?  Does he have a job
11  now?
12   A.  I don't know.
13   Q.  Do any of your other friends have
14  jobs, Mr. Saincirin?
15   A.  No.
16   Q.  Mr. Saincirin, do you know what
17  Facebook is?
18   A.  Yes.
19   Q.  What is Facebook?
20   A.  It's an electronic system.
21   Q.  Are you on Facebook?
22   A.  Yes.
23   Q.  How long have you been on Facebook?
24   A.  I don't remember.
25   Q.  Do you currently have a handle or a

Confidential - Subject to Further Confidentiality Review

Page 202

1    name that you use on Facebook?
2        A.  Yes.
3        Q.  What is that name?
4        A.  Saincirin.
5        Q.  Can you spell it, please?
6        A.  S-A-I-N-C-I-A-N.
7            THE INTERPRETER:  He's going to write
8    it for me.  I'm not sure about the spelling.
9            MR. GARABEDIAN:  I'll give you a piece
10   of paper.
11       A.  S-A-I-N-C-I-R-I-N.
12   BY MR. KERRIGAN:
13       Q.  And, Mr. Saincirin, do you have a
14   computer?
15       A.  No.
16       Q.  Do you have access to a computer?
17       A.  There are centers, sometimes we go to
18   a center.
19       Q.  Where are the centers that you would
20   go to to use a computer?
21       A.  There are many of them.  Sometimes you
22   find them in Haiti, you find them here,
23   sometimes I use them here as well.  Sometimes I
24   have a friend that might have a connection and I
25   might get a little bit of his time on his

Page 203

1    connection.
2        Q.  Are these like cafes, what we might
3    call in America internet cafes?
4        A.  Yes.  Cyber.
5        Q.  How often do you visit cyber cafes?
6        A.  Many times.  I don't know how many.
7        Q.  How many times during the week will
8    you visit a cyber cafe?
9        A.  In this week here, or in weeks in
10   general?
11       Q.  How about weeks in general.
12       A.  There's no specific frequency.
13   Sometimes I don't go at all.
14       Q.  What's the most you would visit a
15   cyber cafe during an average week?
16           MR. GARABEDIAN:  Objection.
17       A.  I don't remember.
18   BY MR. KERRIGAN:
19       Q.  Would you visit a cyber cafe three
20   times a week on any given week?
21       A.  I don't remember.
22       Q.  Does it cost money to go to a cyber
23   cafe?
24       A.  Yes.
25       Q.  How much does it cost?

Page 204

1        A.  Sometimes I pay 25 pesos.
2        Q.  For how much time?
3        A.  One hour.
4        Q.  That's 25 Dominican pesos,
5    Mr. Saincirin?
6        A.  Yes.
7        Q.  Do you have a cell phone?
8        A.  Yes.
9        Q.  What brand of cell phone is it?
10       A.  I don't remember the brand.
11       Q.  Is it Digicel?
12       A.  For here, I have Viva.
13       Q.  How do you spell Viva?
14       A.  V-I-V-A.
15       Q.  How long have you had that phone?
16       A.  I don't remember.
17       Q.  Who gave you that phone?
18       A.  I got it through working in the
19   fields.
20       Q.  You bought it yourself?
21       A.  Yes.
22       Q.  How much was it?
23       A.  I don't remember how much.
24       Q.  What is the number?
25       A.  80994232204.  Yes, that's right.

Page 205

1        Q.  Did you have a cell phone before the
2    Viva phone, Mr. Saincirin?
3        A.  Yes.
4        Q.  What brand was that?
5        A.  Digicel.
6        Q.  What was the number of that phone?
7        A.  I don't remember it.
8        Q.  What years did you have that phone?
9        A.  I don't remember.
10       Q.  Before the Digicel phone, did you have
11   another phone?
12       A.  No.
13       Q.  When you were at PPT, did have you a
14   cell phone?
15       A.  I don't remember.
16       Q.  When you went to see Cyrus Sibert for
17   the first time, did you have a cell phone?
18       A.  Yes.
19       Q.  Which phone did you have the first
20   time you met Cyrus Sibert?
21       A.  I had a Haitian phone number,
22   44962082.
23       Q.  Was that a cell phone, Mr. Saincirin?
24       A.  Yes.
25       Q.  Was that a Digicel phone?

52 (Pages 202 to 205)

Confidential - Subject to Further Confidentiality Review

Page 206

1    A.  Yes.
2    Q.  Was that phone in the name of Louis
3  Saincirin?
4    A.  I don't remember.
5    Q.  Have your other phones been in the
6  name of Louis Saincirin?
7    A.  No, I don't remember.
8    Q.  How much does it cost a month to have
9  a cell phone?
10    A.  I didn't have it every month.
11    Q.  How much did it cost you to have a
12  cell phone?
13       MR. GARABEDIAN:  Objection.
14    A.  I don't remember, but it wasn't a lot
15  of money.
16  BY MR. KERRIGAN:
17    Q.  Are you friends with Cyrus Sibert on
18  Facebook?
19    A.  Yes.
20    Q.  How long have you been Facebook
21  friends?
22    A.  I don't remember.
23    Q.  Are you friends, Facebook friends that
24  is, with Mitchell Garabedian?
25    A.  I asked him to be my friend, but he

Page 207

1  never answered.
2    Q.  Are you Facebook friends with any of
3  your lawyers in this case?
4    A.  No.
5    Q.  Do you communicate with any of your
6  attorneys using Facebook, Mr. Saincirin?  That's
7  a yes or no question.
8    A.  Yes.
9    Q.  Do you use any other electronic media
10  other than Facebook?
11    A.  Can you explain to me what you mean?
12    Q.  Yes.
13       Do you have, for example, a Twitter
14  account, Instagram account, something like that?
15    A.  I don't remember.
16    Q.  Now, Mr. Saincirin, other than using
17  Facebook on the computer and your cell phone,
18  are there any other ways that you communicate
19  electronically?
20    A.  I don't remember.
21    Q.  Now, Mr. Saincirin, did you bring some
22  documents with you today?
23    A.  For today?  I have those documents
24  here.
25    Q.  We're going to take a look at those

Page 208

1  now, okay?
2       First, let me ask you, did you give
3  these documents to your attorneys?
4    A.  I showed them to my lawyers, yes.
5    Q.  Did you give your attorneys any other
6  documents for this case?
7    A.  Yes.
8    Q.  What other documents, and I just want
9  to know the documents, did you give to your
10  attorneys for this case?
11    A.  I gave a CD.
12    Q.  Okay.  What else?
13    A.  I don't remember the others.
14    Q.  Did you give any Facebook pages to
15  your attorneys for this case?
16    A.  If I did what?
17    Q.  Did you give your attorneys any
18  Facebook pages?
19    A.  I don't remember.
20    Q.  Did you give your attorneys anything
21  from your Facebook account?
22    A.  Yes.
23    Q.  What did you give the attorneys from
24  your Facebook account?
25       MR. GARABEDIAN:  Object.  And instruct

Page 209

1  him not to answer.  Attorney/client
2  communication.  Privilege.
3       MR. KERRIGAN:  You're instructing him
4  not to answer?
5       MR. GARABEDIAN:  Yes.
6       MR. KERRIGAN:  I disagree.  I'll
7  reserve the action on that.
8  BY MR. KERRIGAN:
9    Q.  Mr. Saincirin, we're going to take a
10  look at the documents you've brought.
11       MR. KERRIGAN:  And for the record,
12  I'll just note that Ellyn showed us these
13  documents this morning, they're originals, so
14  we're being careful not to put stickers on them,
15  that is exhibit stickers.  So what we're going
16  to do is just mark them with stickies, we've all
17  agreed, and then we're going to have copies of
18  the originals made, and they'll be marked
19  correspondingly with the proper exhibit numbers.
20       Is that fair, Mitchell?
21       MR. GARABEDIAN:  Yes.
22    A.  Okay.
23  BY MR. KERRIGAN:
24    Q.  Mr. Saincirin, I'm going to hand you
25  what we've marked as Exhibit 5.

53 (Pages 206 to 209)

Confidential - Subject to Further Confidentiality Review

Page 210

1    (Whereupon, Saincirin Exhibit
2    Number 5, Copy of Badge from St.
3    Vincent Foundation, was marked for
4    identification.)
5  BY MR. KERRIGAN:
6    Q.  If you'd be good enough, I'm going to
7  ask you to please show it to the camera and then
8  take a look at it, okay?  Thank you.  Just for
9  the moment, then you can put it down.
10    Can you tell us, please, what this
11  document is?
12    A.  That is my badge from the time when I
13  was at the Vincent Foundation.  I was learning
14  how to sew.  That was 2006, 2007.
15    Q.  Okay.  Is that what it says on the
16  card?
17    A.  Yes.
18    Q.  Is that an identification card for
19  St. Vincent Foundation?
20    A.  Yes, they had given it to me.
21    Q.  Okay.  You can put that to the side,
22  please, Mr. Saincirin.
23    I'm going to hand you what we've
24  marked as Exhibit 6.
25

Page 211

1    (Whereupon, Saincirin Exhibit
2    Number 6, Sixth Grade Paper, was
3    marked for identification.)
4  BY MR. KERRIGAN:
5    Q.  If you'd please, again, show it to the
6  camera briefly, and then take a look at it.  Can
7  you tell us, please, Mr. Saincirin, what that
8  document is?
9    A.  This is the sixth year paper that
10  shows that I was at Project Pierre Toussaint.
11    Q.  Could I see that just for a moment,
12  please?  Thank you.
13    And this is a document that is issued
14  by the government of Haiti, is that correct?
15    A.  It was given to me at the school.
16  They simply gave me this piece of paper.  I
17  think it might be, yes.
18    Q.  Can you please tell us what it says on
19  the top line?
20    A.  It's written "Minister for National
21  Education for Youth and for Sports" in French.
22  This is my translation.  It says sixth year of
23  the fundamental schooling.  Again, my
24  translation.  It's written in French.
25    Q.  Thank you.

Page 212

1    A.  And an identification number.
2    Q.  Mr. Saincirin, that document certifies
3  that you made it through the sixth year, is that
4  correct?
5    A.  Yes.
6    Q.  And does it say that you graduated
7  from College Pierre Toussaint down there?
8    A.  No.  It says that Pierre Toussaint,
9  the school Pierre Toussaint, sent me to the
10  exams.
11    Q.  Thank you.
12    The next document, Mr. Saincirin, is
13  Exhibit 8.
14    (Whereupon, Saincirin Exhibit
15    Number 8, Documents for Saint Esprit,
16    was marked for identification.)
17  BY MR. KERRIGAN:
18    Q.  Could you please again show that to
19  the camera and then take a look?  I'll represent
20  that it's two pages, one seems to be a slip of
21  paper stapled to a larger piece of paper.
22    What is that document, Mr. Saincirin?
23    A.  This goes together with that other
24  one.
25    Q.  What is that document?

Page 213

1    A.  Those are documents from Saint-Esprit.
2    Q.  What is the document in front of you
3  marked as Exhibit 6, please?  Do you recognize
4  that?
5    A.  This was a document allowing me to
6  reregister as a student after I had finished the
7  sixth year.  But I wasn't able to do so
8  financially, so never came through.
9    Q.  Okay.  And then we'll look at what you
10  described as the related document, Exhibit 7.
11    (Whereupon, Saincirin Exhibit
12    Number 7, Grades from Saint-Esprit,
13    was marked for identification.)
14  BY MR. KERRIGAN:
15    Q.  Mr. Saincirin, could you please open
16  it and show the camera, too?  Thank you.
17    What is that document, please?
18    A.  This is my -- these are my grades when
19  I was in Saint-Esprit.
20    Q.  And that's for the year 2010 to 2011,
21  correct?
22    A.  Well, I don't remember.  Yes, it's
23  written.  Yes, it's written here.
24    Q.  Can you open that document, please,
25  and tell us what your grades are in there?

54 (Pages 210 to 213)

Confidential - Subject to Further Confidentiality Review

Page 214

1  First let me ask you one question.
2       What is the highest grade that
3  somebody can get on a report card like that?
4       A.  I don't know, but all I know is that
5  you had to work hard in order to be able to
6  pass.
7       Q.  What is the lowest grade that somebody
8  could get on a report card like that?
9       A.  The number 5 would be the lowest one.
10      Q.  Okay.  And could you tell us what your
11  grades are for the various subjects?  How about
12  if you do it like this.
13      Could you just say that in this
14  subject for this semester, my grade was this,
15  and then just go across.
16      A.  Second semester, in practice I got a
17  7.
18      Q.  And you don't have to show the camera
19  each time, you can just read it.  Thank you.
20      A.  In technology, and I don't remember
21  what that abbreviation next to it stands for, I
22  got 6.5.
23      In workshop exams, I got a 6.
24      In -- for drawing, I got a 5.
25      For English, I got either 5 or 6, I

Page 215

1  can't quite make it out.
2       For math I got 7.5.
3       Q.  And is that all the subjects?
4       A.  Yes, that's all the subjects.
5       Q.  I think we get the idea, so I don't
6  think you have to go on to the next trimester.
7       But can you explain to us on the far
8  right, the bottom numbers there, what do those
9  mean?
10      A.  This -- in order to complete this
11  grade book you have to get what they call
12  habilitation points, that's what they called it.
13      Q.  What did those points mean?
14      A.  It's based on that that they determine
15  whether you can continue or not, or you're held
16  back.
17      Q.  Based on the numbers in that report
18  card, did you continue, or were you held back?
19      A.  Yes, I was able to -- I was admitted.
20      Q.  So you continued?
21      A.  I wasn't able to continue because I
22  didn't have any help.
23      Q.  It was a monetary problem, a problem
24  with finances?
25      A.  Yes, it was a financial issue.  Kids

Page 216

1  Alive had been paying for me, but then it
2  stopped.
3       Q.  If you had the money, what would be
4  the next grade after this grade?
5       THE VIDEOGRAPHER:  I have to go off
6  the record.  Going off the record.  The time is
7  6:45.
8       (Pause.)
9       THE VIDEOGRAPHER:  We're back on the
10  record.  The time is 6:47.
11  BY MR. KERRIGAN:
12      Q.  Mr. Saincirin, just before we took a
13  break to replace the video, I asked you if you
14  had the money, what would be the next year or
15  grade that you would go on to in school after
16  this report card in 2010, 2011.
17      A.  I would have gone to the second year.
18      Q.  Second year of?
19      A.  That's how they call the years,
20  because this is a technical vocational school.
21      Q.  I see.
22      So it would have been the second year
23  of the Ecole Professional Saint-Esprit?
24      A.  Yes.
25      Q.  Thank you.

Page 217

1       Mr. Saincirin, the last document you
2  brought today is a two-page document stapled
3  together, and we've marked it as Exhibit 9.
4       (Whereupon, Saincirin Exhibit
5       Number 9, Document from Institution
6       Mixte Jean Renel, was marked for
7       identification.)
8  BY MR. KERRIGAN:
9       Q.  Can you please show both pages to the
10  camera.  I think you have to turn it the other
11  way.  There you go.  Thank you.
12      Can you tell us what that document is,
13  please?
14      A.  This was a school I was supposed to go
15  back to again.  I had asked for help.  They had
16  given me a half scholarship, but I wasn't able
17  to pay for the other half.
18      Q.  What's the name of that school,
19  please?
20      A.  It was Mixte Jean Renel.
21      Q.  When was the scholarship offered to
22  you?
23      A.  When I registered.
24      Q.  What year?
25      THE INTERPRETER:  Mixte is co-ed, for

55 (Pages 214 to 217)

Confidential - Subject to Further Confidentiality Review

Page 218

1    the record.
2        A.  I don't remember.  I don't see if it's
3    written here.
4        Q.  If you can't find it, that's okay.
5        Mr. Saincirin, how much does it cost
6    to rent the place where you live?
7        A.  Haiti, or here?
8        Q.  Here.
9        A.  It doesn't cost a lot, but sometimes
10   we're not able to make the rent, because here
11   Haitians are not given any value.
12       Q.  How much does it cost here in the
13   Dominican to rent your place?
14       A.  Sometimes we pay 300 gourdes for the
15   month, sometimes we pay 1,000 pesos.  We get
16   together.
17       Q.  And how much is the rent at your place
18   in Haiti per month?
19       A.  In Haiti it's expensive.  The person
20   that takes care of the rent says he pays $2,500,
21   but I don't know whether that's true or not,
22   because I'm not the one that pays it.  That's
23   what he claims.
24       Q.  That's Haitian dollars?
25       A.  Yes, Haitian dollars.

Page 219

1        Q.  And is that per month?
2        A.  No.  It's per year.
3        Q.  Mr. Saincirin, have you understood all
4    my questions today?
5        A.  Yes, I tried my best to understand.
6        Q.  And when you didn't understand any of
7    my questions, you told me, is that correct?
8        A.  Yes.
9        MR. KERRIGAN:  Thank you very much.
10       MR. GARABEDIAN:  Mike, while we're on
11   the record, if you'd like to revisit the
12   question concerning the Facebook page, rephrase
13   it.
14       MR. KERRIGAN:  I'll leave that to you
15   if you'd like.  There is one thing I'd like to
16   do administratively.
17       MR. GARABEDIAN:  What do you mean you
18   leave that to me if you like.
19       MR. KERRIGAN:  I don't think I have
20   any more Facebook page questions.
21       MR. GARABEDIAN:  The one I objected
22   to, if you want to re-ask it.
23       MR. KERRIGAN:  I quite frankly don't
24   recall what the issue was.  You feel free if
25   there's something you need to clean up.

Page 220

1        But I will note that, for my part
2    anyway, I would suspend the deposition based
3    upon discussions that we had with you and Ellyn
4    yesterday, there was a comment made about that
5    yesterday on the record, and it's -- the basis
6    for the suspension are the Facebook pages you're
7    going to review for privilege and review.
8        MR. GARABEDIAN:  I believe John
9    Cerreta cited the stipulations.
10       MS. HURD:  Those are specific to the
11   Facebook messages.
12       MR. GARABEDIAN:  The social media.
13       MS. HURD:  You have the previous
14   Facebook pages, you've already been produced
15   Facebook pages, postings.
16       MR. KERRIGAN:  Thank you.
17       Thank you, Mr. Saincirin.
18       THE VIDEOGRAPHER:  Going off the
19   record.  The time is 6:54.
20       (Whereupon, a recess was taken.)
21       THE VIDEOGRAPHER:  Back on the record.
22   The time is 7:03.
23   BY MR. KENNEDY:
24       Q.  Good evening, Mr. Saincirin.  My name
25   is Jeff Kennedy, we met very early this morning.

Page 221

1    I represent Hope Carter, and I have some
2    questions for you.
3        You understand you're still under
4    oath?
5        A.  Yes.
6        Q.  Did Douglas ever tell you anything
7    about Madame Carter?
8        A.  He used to present her to us.
9        Q.  What do you mean by that, sir?
10       A.  So he would say, yes, she's one of the
11   people that is there, that is with us.  I don't
12   remember exactly what he said.  He used to
13   introduce her.
14       Q.  Okay.  He'd introduce her and say that
15   she's there, that she's with us, is that
16   correct?
17       A.  No, I don't remember.
18       Q.  You don't remember what Douglas said
19   about Mrs. Carter, correct?
20       A.  No, I don't remember.
21       Q.  And, sir, I apologize, you've been
22   asked a lot of questions today so I'm just going
23   to jump around quickly.
24       A.  No problem.
25       Q.  Thank you.

56 (Pages 218 to 221)

Confidential - Subject to Further Confidentiality Review

Page 222

1          Do you remember Andy Schultheis, sir?
2      A.  Andy?
3      Q.  Andy.
4      A.  Is it the same Andy that was in
5   Bel Air?  Because I don't know his last name.
6      Q.  Okay.  Was that Andy a foreigner, a
7   white man?
8      A.  Yes.
9      Q.  Do you remember if that Andy had a
10  Haitian girlfriend, sir?
11     A.  Yes.
12     Q.  Okay.  And do you remember her name?
13     A.  The Haitian, no.
14     Q.  Did you ever speak to her, sir?
15     A.  With who?
16     Q.  With Andy's Haitian girlfriend.
17     A.  No.
18     Q.  Sir, you went to the Kids Alive
19  program, is that correct?
20     A.  Yes.
21     Q.  And how long was that program, sir?
22     A.  I don't remember.
23     Q.  And did that program eventually close,
24  sir?
25     A.  Yes, eventually it closed.

Page 223

1      Q.  Do you know why it closed, sir?
2      A.  No, I don't know.
3      Q.  Sir, do you believe that Andy should
4   have known that Douglas abused you, sir?
5      A.  Yes, he should have known, because he
6   was one of the people in charge.  But I didn't
7   choose to do this.
8      Q.  And do you believe that Brian should
9   have known that Douglas abused you, sir?
10     A.  Yes.
11     Q.  Why is that, sir?
12     A.  Because he was one of the people in
13  charge.
14     Q.  Do you believe Michael should have
15  known that Douglas abused, sir?
16     A.  Yes.
17     Q.  Why is that, sir?
18     A.  Because he's a higher-up.
19     Q.  How do you know Michael is a
20  higher-up, sir?
21     A.  How is it that I know that Michael was
22  a higher-up?
23     Q.  Yes, sir.
24     A.  Sometimes they present him as being
25  one of the members of the board.

Page 224

1      Q.  Which board, sir?
2      A.  I don't know.  They just say board,
3   like that.
4      Q.  Have you ever heard of the Haiti Fund,
5   sir?
6      A.  I've never heard of it the way you say
7   it, but I've heard of Fund Haiti.
8      Q.  Is that the same board that you were
9   just referring to, sir?
10     A.  No.  It's just that from people's --
11  from people talking, I have heard of it, but I
12  don't have information about it.
13     Q.  Who presented Michael, sir?
14     A.  Who is it that presented him?
15     Q.  Yes, sir.  I believe you testified
16  that -- you just testified, sir, that sometimes
17  they present him as being one of the members of
18  the board.  And I'm just wondering, who
19  presented Michael?
20     A.  Douglas Perlitz, he always presented
21  him that way.
22     Q.  Douglas Perlitz presented Michael as a
23  higher-up, sir?
24     A.  How is it that you said the word?  You
25  referred to something else, I don't remember

Page 225

1   what it was.
2          MR. GARABEDIAN:  Let him ask a
3   question.
4      A.  Because I don't mean the fund, that's
5   not what I mean.
6   BY MR. KENNEDY:
7      Q.  What do you mean, sir?
8      A.  Ask the question, I'll be able to
9   answer again.
10     Q.  Okay.  Did Douglas present Michael as
11  a higher-up?
12     A.  Yes.
13     Q.  How many times did he do that, sir?
14     A.  I don't remember.
15     Q.  And what were Douglas's exact words?
16     A.  Exact words for what?
17     Q.  When he presented Michael.
18     A.  He said he was one of the people that
19  were in charge, that were higher up, but I don't
20  remember all the details.  I don't remember what
21  title he had exactly.
22     Q.  Did Douglas ever present Brian to the
23  group?
24     A.  I don't remember.
25     Q.  Sir, do you believe that Margarette

57 (Pages 222 to 225)

Confidential - Subject to Further Confidentiality Review

Page 226

1    Joseph should have known that Douglas was
2    abusing her, sir?
3        A.  Yes, she should have known.
4        Q.  Why is that?
5        A.  Because she was working there.
6        Q.  On any occasion when you met with
7    Michael as a group, did he ever ask you to sign
8    any document, sir?
9        A.  Document, you mean inside the Village?
10       Q.  Yes, sir.
11       A.  I don't remember.
12       Q.  Sir, when Douglas touched you for the
13   second time -- strike that.  I'm sorry.
14           Concerning the incident with your
15   infection, sir, did Douglas put his hands in
16   your pants, or did he touch over your shorts,
17   sir?
18       A.  He put his hands inside, and he
19   grabbed my penis.
20       Q.  Sir, did you receive food at the
21   Village?
22       A.  Yes, we would get some food.  Yes.
23       Q.  And did you ever receive clothing at
24   the Village, sir?
25       A.  Sometimes, but not often.

Page 227

1        Q.  And did you receive an education at
2    the Village, sir?
3        A.  I got a bit of education, yes.
4        Q.  And these were good things, weren't
5    they, sir?
6        A.  Yes.
7        Q.  Before you found the magazine that you
8    spoke of earlier today, sir, did you trust Doug
9    Perlitz?
10       A.  Can you repeat again for me, please?
11       Q.  Sure.  Sure.
12           Before you found the magazine that you
13   told us about earlier today, did you trust Doug
14   Perlitz, Douglas?
15       A.  I trusted him a little bit, but not a
16   lot, because I don't have any trust in man.  I
17   don't have any trust in man.
18       Q.  And did you not have any trust in man
19   before you found the magazine, sir?
20       A.  Yes.  Ever since I was born, I don't
21   trust man, and this made me distrust man even
22   more.
23       Q.  Sir, earlier today you indicated that
24   Douglas was paying for your school, and that if
25   you had a problem you could go see him.  Do you

Page 228

1    remember saying that, sir?
2        A.  If I had a problem, yes.
3        Q.  Before Douglas acted inappropriate
4    with you, had you gone to see him with problems,
5    sir?
6        A.  With problems that I had already had?
7        Q.  Yes, sir.
8        A.  Yes, but I don't remember what they
9    were.
10       Q.  And did Douglas help you at those
11   times, sir?
12       A.  Sometimes yes, sometimes no.
13       Q.  During those times, did he ever try to
14   touch you, sir?
15       A.  Those times, no.  I don't recall.
16       Q.  Sir, if you win your lawsuit, will you
17   be giving any of your money to Cyrus Sibert?
18       A.  I don't know what myself, my ideals of
19   justice will be or what conditions I will set on
20   myself, and it's a conversation that I haven't
21   had.
22       Q.  Conversation with who, sir?
23       A.  It's because you said whether or not I
24   would be giving any money to Cyrus that I'm
25   mentioning this.

Page 229

1        Q.  Right.
2            And I'm trying to understand, sir,
3    will you be giving any money to Cyrus if you win
4    your lawsuit?
5        A.  I don't know what the result of the --
6    of justice will be for me.  The judge will be
7    the one to know what the decision is or what my
8    damages are.  And I didn't establish any
9    conditions with Cyrus on this topic, on this
10   subject.
11       Q.  Okay.
12           MR. GARABEDIAN:  Objection.  I
13   instruct him not to answer as to any
14   conversations with Cyrus.  Privileged, attorney.
15   BY MR. KENNEDY:
16       Q.  Sir --
17           MR. GARABEDIAN:  Excuse me.  Do you
18   have much longer?  We're running into now seven
19   and a half hours.  There's five attorneys.
20   BY MR. KENNEDY:
21       Q.  Sir, do you know an individual named
22   Jean Gary?
23       A.  In the project?
24       Q.  Yes, sir.
25       A.  I don't remember.

Confidential - Subject to Further Confidentiality Review

Page 230

1      Q.  Do you know an individual named
2  Schoubert Hedouville?
3      A.  I remember a Schoubert, but I don't
4  remember the name Hedouville.
5      Q.  What do you remember about Schoubert,
6  sir?
7      A.  I don't remember anything, aside from
8  the fact that he was a kid inside, that's -- I
9  didn't have any information about him.
10      Q.  Have you seen him since you've left
11  the Village, sir?
12      A.  No, I don't remember.  Because I
13  almost never -- I'm never in Haiti.
14      Q.  Do you know an individual named Paul
15  Kendrick, sir?
16      A.  I've heard people speak about him, but
17  I don't know who he is.  I don't have any
18  information about him.
19      Q.  What have you heard people say about
20  him, sir?
21      A.  I've heard Douglas speak about Paul
22  Kendrick.
23      Q.  Do you remember what Douglas said
24  about Paul Kendrick?
25      A.  No, I don't remember.

Page 231

1      Q.  I'm sorry, sir, you may have already
2  been asked this question, but do you have an
3  e-mail account?
4      A.  Yes, I do.
5      Q.  Okay.  What is -- who is the carrier
6  for that account, sir?
7      A.  On Facebook.
8      Q.  Okay.  It's on Facebook?
9      A.  You asked me if I have an e-mail
10  address, right?
11      Q.  Yes, sir.
12      A.  Yes, I have an e-mail and all of that
13  in an electronic box.
14      Q.  What's your e-mail address, sir?
15      A.  LouisSaincirin.
16      MR. KENNEDY:  Can the interpreter
17  spell that?
18      THE INTERPRETER:  L-O-U-I-S,
19  Saincirin, S-A-I-N-C-I-R-I-N.
20      Q.  Is it @ something, sir?
21      A.  I forgot.  So it's only now that I
22  understand.  It's Louisboys@hotmail.fr.  And the
23  profile is Louis Saincirin, Louisboys,
24  L-O-U-I-S-B-O-Y-S, @hotmail.fr.
25      MR. KENNEDY:  Thank you very much,

Page 232

1  sir.  Sir, those are all the questions I have
2  for you.  Thank you very much for your time.
3      A.  Thank you as well.
4  BY MR. BABBITT:
5      Q.  Good evening.  My name is Bradford
6  Babbitt, I represent the Order of Malta American
7  Association.
8      At any time before you attended
9  Rue 13, had you heard the name Haiti Fund?
10      A.  No.
11      Q.  At any time before you attended the
12  Village as a student, had you heard the name
13  Haiti Fund?
14      A.  Before I was in the Village, no.
15      Q.  At any time before the Village closed,
16  did you hear the name Haiti Fund?
17      A.  Before the Village closed?  No.
18      You said before the Village closed?
19      Q.  Yes.
20      A.  No.
21      Q.  At any time before you attended
22  Rue 13, did you ever hear the name Order of
23  Malta?
24      A.  I don't remember.
25      Q.  At any time before you attended the

Page 233

1  Village as a student, did you hear the name
2  Order of Malta?
3      A.  I don't remember.
4      Q.  At any time before the Village closed,
5  did you hear the name Order of Malta?
6      A.  I don't remember.
7      MR. BABBITT:  Thank you.  That's all
8  the questions I have.
9      THE VIDEOGRAPHER:  This concludes the
10  October 1st deposition.  Going off the record.
11  The time is 7:28.
12      (Whereupon, the deposition was
13      concluded.)
14
15
16
17
18
19
20
21
22
23
24
25

59 (Pages 230 to 233)

Page 234

```
 1        C E R T I F I C A T E
 2        I, MAUREEN O'CONNOR POLLARD, LSR #473,
 3   RMR, CLR, and Notary Public in and for the State
 4   of Connecticut, do hereby certify that there
 5   came before me on the 1st day of October, 2015,
 6   the person hereinbefore named, who was duly
 7   sworn to testify to the truth of their knowledge
 8   concerning the matters in this cause, and their
 9   examination reduced to typewriting under my
10   direction and is a true record of the testimony.
11        I further certify that I am neither
12   attorney for or related or employed by any of
13   the parties to the action, and that I am not a
14   relative or employee of any attorney or counsel
15   employed by the parties hereto or financially
16   interested in the action.
17        In witness whereof, I have hereunto
18   set my hand and seal this 6th day of October,
19   2015.
20
21   _____
22        MAUREEN O'CONNOR POLLARD, License #473
23        Realtime Systems Administrator, RMR
24        Notary Commission Expires:  10/31/2017
25
```

Page 235

```
 1            INSTRUCTIONS TO WITNESS
 2
 3            Please read your deposition over
 4   carefully and make any necessary corrections.
 5   You should state the reason in the appropriate
 6   space on the errata sheet for any corrections
 7   that are made.
 8            After doing so, please sign the
 9   errata sheet and date it.  It will be attached
10   to your deposition.
11            It is imperative that you return
12   the original errata sheet to the deposing
13   attorney within thirty (30) days of receipt of
14   the deposition transcript by you.  If you fail
15   to do so, the deposition transcript may be
16   deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25
```

Page 236

```
 1        ------
 2        E R R A T A
 3        ------
 3   PAGE  LINE  CHANGE
 4   ____  ____ _____
 5        REASON: _____
 6   ____  ____ _____
 7        REASON: _____
 8   ____  ____ _____
 9        REASON: _____
10   ____  ____ _____
11        REASON: _____
12   ____  ____ _____
13        REASON: _____
14   ____  ____ _____
15        REASON: _____
16   ____  ____ _____
17        REASON: _____
18   ____  ____ _____
19        REASON: _____
20   ____  ____ _____
21        REASON: _____
22   ____  ____ _____
23        REASON: _____
24   ____  ____ _____
25
```

Page 237

```
 1        ACKNOWLEDGMENT OF DEPONENT
 2
 3        I, _____, do
     Hereby certify that I have read the foregoing
 4   pages, and that the same is a correct
     transcription of the answers given by me to the
 5   questions therein propounded, except for the
     corrections or changes in form or substance, if
 6   any, noted in the attached Errata Sheet.
 7
 8   _____
     LOUIS SAINCIRIN          DATE
 9
10
11
12
13
14
15   Subscribed and sworn
     To before me this
16   _____ day of _____, 20_____.
17   My commission expires: _____
18
19   _____
     Notary Public
20
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

Page 238

```
 1          LAWYER'S NOTES
 2     PAGE LINE
 3     ____ ____ _____
 4     ____ ____ _____
 5     ____ ____ _____
 6     ____ ____ _____
 7     ____ ____ _____
 8     ____ ____ _____
 9     ____ ____ _____
10     ____ ____ _____
11     ____ ____ _____
12     ____ ____ _____
13     ____ ____ _____
14     ____ ____ _____
15     ____ ____ _____
16     ____ ____ _____
17     ____ ____ _____
18     ____ ____ _____
19     ____ ____ _____
20     ____ ____ _____
21     ____ ____ _____
22     ____ ____ _____
23     ____ ____ _____
24     ____ ____ _____
25
```

61 (Page 238)

Confidential - Subject to Further Confidentiality Review

**A**

**A-N-M-I-N-A-N**
32:15
**A-R-R-I-B-A** 25:7
**a.m** 1:25 8:7
**a/k/a** 1:3,11
**Aaron** 3:20 8:20
169:1
abbreviation
214:21
**abilities** 11:2
**ability** 9:20 86:6
**able** 12:3,7,9,14
14:17,19,23 16:24
20:23 24:12 29:15
45:13 46:8 48:9
52:6 56:22 76:13
82:22 90:18,19,20
90:22 105:5 137:6
140:1 156:13
160:11 161:9,14
161:18 162:1,7,14
164:14,16 198:2
198:16 199:18
200:5 213:7 214:5
215:19,21 217:16
218:10 225:8
**abuse** 65:24 66:4,7
74:22,24 75:4
80:22 82:5 86:11
87:7 94:11 97:22
98:16,23 100:14
114:19 115:16,20
122:23 133:2,10
133:13 136:1
142:18 158:24
159:14 160:1,8,15
166:20
**abused** 95:24 96:2
96:17 114:15
116:6 129:18
133:7 159:11
161:3,13 162:15
223:4,9,15
**abusing** 67:12,16
85:12 89:21 94:5

94:18,23 96:9,14
96:15 98:3 133:17
164:3 167:6 226:2
**accept** 86:7
**access** 202:16
**accompanied** 83:25
87:2
accompanying
89:25
**account** 207:14,14
208:21,24 231:3,6
**accurate** 15:3,4
179:17 235:16
**ACKNOWLED...**
237:1
**act** 186:23,24 187:3
188:1,11,23
**acted** 228:3
**action** 1:2 109:17
209:7 234:13,16
**activities** 79:1
**Acul** 39:2,8,13,17
39:22,25 40:3,19
40:24 41:12,25
42:3,7,19 44:5
47:15,16,18 113:4
113:19
**added** 166:1
**additional** 154:20
**address** 25:8 39:11
101:24 103:10
231:10,14
**addressed** 85:9
**addressing** 102:8
**adjusted** 125:24
administratively
219:16
**Administrator**
2:12 234:23
**admitted** 215:19
**adr@murphykin...**
3:25
**adult** 35:3,4
**Adventist** 169:17
197:11
**advice** 52:25 195:3
**affiliated** 44:15

**afford** 62:22
**afraid** 91:10,10
**afternoon** 77:24
93:1,6 117:17
168:24,25 174:25
**age** 33:21 34:21
36:24
**agency** 177:25
178:3,3,7,11,20
**agent** 153:9,11,14
153:15,16,19,21
176:1,3,10,12,18
177:18 178:24
179:2,2,14 185:7
189:1 190:18,22
190:23 191:1
**ago** 10:19 83:9 84:6
177:14
**agree** 14:3
**agreed** 26:12,17
209:17
**agreement** 110:7
**ahead** 112:5 119:21
164:18 169:4,13
181:17 184:10
186:16
**Air** 57:4,8,12 61:20
61:22,24 62:14,15
62:16,19,23 63:4
78:12 108:8,9,11
222:5
**al** 8:11
**alcohol** 11:13
**Alex** 73:20,20
83:12
**Alicia** 33:19 34:18
35:20,21,24
**alive** 107:9,10
159:4 216:1
222:18
**allegations** 85:11
158:6,10,14,21
**allege** 74:22
**alleging** 158:23
**allow** 70:20 178:8
**allowed** 108:17
**allowing** 28:19

213:5
**America** 203:3
**American** 1:11,12
4:11 9:3 152:13
182:18 232:6
**amount** 76:4
**and-** 3:11
**Andy** 50:1,24 51:4
51:7 53:13 54:8
56:15,16,19 58:3
63:2 222:1,2,3,4,6
222:9 223:3
**Andy's** 57:3 222:16
**angry** 172:2,4
174:4
**Anminan** 32:14,14
**anniversary** 168:5
**answer** 14:4 19:4
20:19,23 21:2
90:18,19,21,22,24
90:25 91:2,4,6
97:4 111:25 112:2
123:10 128:10
132:3 134:16
145:2,3 147:8,17
147:18,21 148:1,2
148:6 151:9,18
152:17,21 153:2
164:15,17 175:18
175:21 181:1,9,22
182:24 183:1,11
183:11 184:15,18
185:4,6,8,8,18,23
186:14 187:1,2
188:2,4,11,23
191:21 195:6
200:2 209:1,4
225:9 229:13
**answered** 44:6
191:19 207:1
**answers** 16:25 17:4
17:6 20:1 26:10
191:18 237:4
**anybody** 14:24
43:18 119:22
120:16 122:10
129:14 135:17

157:24 158:9
163:12 189:15
**anymore** 98:10
192:1 200:10,13
**anyway** 71:8 91:16
220:2
**apart** 131:21
**apologize** 221:21
**APPEARANCES**
3:1 4:1 5:1 6:1
**applied** 137:7
**applies** 1:21
**apply** 137:12
**approach** 130:4
132:1
**approached** 125:20
125:20
**appropriate** 179:21
235:5
**approximately**
46:18
**area** 34:8 39:2 41:6
41:8 44:23 47:17
68:12 108:11
138:15,18
arrangements
87:20
**Arriba** 25:4
**arrived** 46:1,4
68:20
**aside** 81:25 82:3
95:2 154:7,16,17
230:7
**asked** 19:25 87:8
90:16 116:10
118:4,10,14
132:19 141:17
143:13 164:1
177:24 178:7
191:18 206:25
216:13 217:15
221:22 231:2,9
**asking** 85:5 97:2
136:17 156:22
**assembly** 169:14
**assertion** 189:7
**assigned** 73:22,24

assignments 54:5
associated 169:15
Association 1:11
  1:12 4:12 9:3
  232:7
ate 69:25
attached 235:9
  237:6
attacks 110:14
attend 63:7 64:19
  104:18 105:16
  106:6 107:1,7
attendance 63:16
attended 47:10,19
  48:23 49:10 64:3
  64:12 105:2 114:9
  232:8,11,21,25
attending 31:9
  44:15 55:6 60:8
  61:11 63:18,21
  69:18 70:3
attitude 124:13
attorney 153:11
  176:17 180:9,23
  181:23 185:7,14
  229:14 234:12,14
  235:13
attorney's 190:18
attorney/client
  19:5 20:20 134:17
  145:4 147:9,19
  148:2,6 151:9,18
  152:17 153:2
  175:18 180:25
  181:8,23 182:23
  183:12,18,20
  184:1 185:4,23
  186:2,21 189:8
  209:1
attorneys 17:23,24
  17:25 20:25 21:5
  179:25 181:16
  183:23 184:3,17
  187:10,14,19,20
  187:24 188:9
  189:1 207:6 208:3
  208:5,10,15,17,20

208:23 229:19
authority 85:6,20
  86:1
available 78:18
Avenue 3:14
average 29:10
  38:14 196:3
  203:15
avoiding 137:15
aware 86:5,8
  112:11,15 142:24
  158:8,16 165:7,10
  167:14

B

B 7:11
Babbitt 4:13 7:8
  9:2,2 232:4,6
  233:7
back 24:14,19,21
  38:23 42:3 46:16
  46:25 47:4,15
  48:4 49:19 50:21
  51:11 65:3 77:22
  77:24 78:13 79:16
  84:17 93:3 107:9
  108:17 112:18,20
  112:25 113:4,18
  116:4 121:3 122:3
  129:10,13 138:25
  140:19 146:8,9,13
  148:22 153:11
  155:6,24 156:25
  157:11 163:21
  168:21 174:20
  176:3 177:6 180:2
  182:3 186:12
  197:15 215:16,18
  216:9 217:15
  220:21
bad 85:8 171:4,13
badge 7:19 210:2
  210:12
banged 127:9,22
bar 83:4
Barcelo 2:5 167:1
Baryè 49:17,22

58:19,21,24 59:25
based 137:9,13
  181:23 185:4
  191:15 215:14,17
  220:2
basis 110:19
  175:24 220:5
basketball 126:7
Bates 7:18 156:6
bathing 77:19
bbabbitt@rc.com
  4:18
Beacon 3:22
bed 74:5 77:22
  129:16
began 91:20
beginning 67:22
  70:2,10,16 77:12
  128:20 129:1
  136:8
behalf 13:17
  149:24
behavior 53:1
  193:14
Bel 57:4,7,12 61:20
  61:22,24 62:14,15
  62:16,19,23 63:4
  78:12 108:8,9,11
  222:5
believe 47:20
  127:16 129:11
  164:2,20 165:12
  165:14 169:7
  178:16,19 193:14
  194:1,19 220:8
  223:3,8,14 224:15
  225:25
best 9:20 10:24
  12:8 104:2 219:5
better 143:15
  193:21
bible 12:21,22
big 73:19 87:24
  130:3,25 131:10
  131:11,24 162:24
  163:1
birth 11:3

bit 51:1,1 53:17
  62:21 78:13
  155:24 177:9,24
  202:25 227:3,15
blocking 83:16
blocks 75:17
Blue 68:12 113:23
  170:22
board 223:25 224:1
  224:2,8,18
body 134:13
  159:20
book 215:11
books 12:17,20
bore 81:15,22
born 34:24 39:1,11
  227:20
boss 121:2
Boston 3:7,23 6:8
bothered 125:22
bottom 215:8
bought 151:13,13
  152:5,5 155:2,12
  155:12 204:20
Boutèy 49:17,22
  58:19,21,24 59:25
box 231:13
boy 130:3,25
  131:10,11,24
boys 88:19
Bradford 4:13 9:2
  232:5
brain 127:15
brand 204:9,10
  205:4
Branford 4:7
break 14:3,4,13
  38:18 91:23
  121:22,24 148:14
  148:18 177:9
  184:7 186:5
  216:13
breast 125:23
Brian 167:16 168:8
  168:10 223:8
  225:22
Brian's 168:10

briefly 211:6
bring 66:17,20
  112:9 207:21
broach 145:25
broad 178:19
brother 31:22 32:3
  45:7
brother's 45:8
brothers 59:9
  66:12
brought 22:12 63:2
  66:1 112:14
  115:12 142:25
  143:1,4,6,19,22
  149:18 209:10
  217:2
build 75:19
building 121:12
  128:17
buildings 72:10
built 71:5
bunch 79:24
burned 123:23
bushes 138:14
business 82:18
  88:18 97:25
busy 145:17
butt 116:15 119:15
  121:5,9 130:2,2
  130:15,18,21,24
  131:9,12,14,16,22
  131:23

C

C 8:1 234:1,1
C-O-N-S-T-A-N-Z
  25:5
C-U-E-S 45:10
C-U-L 30:14
cafe 203:8,15,19,23
cafes 203:2,3,5
calculate 105:5
Calixte 53:15,24
call 10:10 79:10
  171:15 180:10
  203:3 215:11
  216:19

**called** 10:13 34:8
35:10 36:2 37:6
39:2,4 43:24
47:17 49:16 55:17
71:4 80:19 170:23
215:12
**calls** 10:11
**camera** 210:7
211:6 212:19
213:16 214:18
217:10
**Canterbury** 5:6
**Cap-Haïtien** 28:2,7
30:15,18,20 36:10
36:12 41:7,9,10
44:25 47:12
112:18
**capable** 53:2
**car** 189:22
**card** 210:16,18
214:3,8 215:18
216:16
**care** 51:19 218:20
**careful** 209:14
**carefully** 235:4
**Carenage** 142:4,6
145:12
**Carretera** 2:6
**carrier** 1:7 3:19
8:21 60:25 61:2
101:9,13,18,21
103:15 169:2
231:5
**carrots** 201:5,6
**carry** 75:17
**carrying** 88:2
**Carter** 1:8 4:3 9:1
61:6,8,9,10,19,21
61:24 62:2,13
103:2,4,6,8,10,19
103:20 104:3,5
221:1,7,19
**case** 13:18 22:12
65:19,22,23,25
66:17,20 67:8
96:25 112:13
115:12 142:23

150:14 158:23
161:7 177:21
180:23 181:20
187:11 189:2
192:21 193:7
194:4 195:8,23
200:19 207:3
208:6,10,15
**case-specific**
177:18
**cases** 1:21 142:25
143:1 178:25
179:16
**Caswell** 73:21
83:12
**Catholic** 170:3,24
**cause** 234:8
**caused** 158:24
193:14 194:1,20
**causing** 195:1
**CD** 208:11
**celebrate** 168:6
**cell** 204:7,9 205:1
205:14,17,23
206:9,12 207:17
**cement** 32:21 43:14
**center** 6:7 51:21
52:3,5 55:17,17
202:18
**centers** 202:17,19
**Cerreta** 5:11 7:4
8:16,17 10:4 13:5
14:6,11 15:15
19:8 20:2,12,22
21:19 25:21 26:11
26:18 38:17,25
52:19 58:13 64:23
65:5 68:25 69:17
70:15 71:17,25
72:6,13,23 73:16
74:7 75:2 77:17
82:2 84:13 86:9
91:1,25 93:5 98:6
98:13 102:3 110:2
111:18 118:21
121:23 122:5
134:18,20 135:7

135:24 139:22
143:10 144:2,16
145:5,7 147:1,12
147:20 148:4,18
148:24 149:22
150:11 151:10,20
152:19 153:3
154:4 156:8,21
157:4,18,22
158:17 160:7
161:12 162:12
163:8,15,23
164:12 166:18
167:10 168:15
220:9
**certain** 7:14 15:11
15:17 67:22 76:24
148:11 171:22
**Certainly** 187:17
190:8
**certifies** 212:2
**certify** 234:4,11
237:3
**certifying** 17:3
**Champin** 112:21
112:22 113:1,3,7
**Chamy** 6:14 9:18
**change** 62:21 236:3
**changes** 237:5
**charge** 54:10,23
76:23 78:6,8
102:25,25 119:3
223:6,13 225:19
**check** 125:4
**cheeks** 116:15
119:15 121:5,9
**child** 31:17 35:1
37:15 39:16 40:19
53:2 79:14,15
**children** 22:24
35:14,16 36:17,19
43:1 45:20,22
46:3 57:22 67:12
67:16 71:22 72:1
72:19 73:7,18
74:3 79:21 85:13
93:10,14,17 94:4

94:8,22 96:2,9,14
96:15,18,24 97:3
98:3 131:6 133:17
156:16 158:5,20
167:6
**choice** 121:1
**choose** 140:1 223:7
**chores** 173:20
**chose** 68:2,4
**chosen** 68:8
**Chris** 8:4
**Christopher** 6:12
**Christophien** 80:20
106:3,17,20 107:2
**church** 170:3,4,13
170:18,21,22,24
**churches** 170:11
**cinder** 75:17
**Cirin's** 7:14 15:11
15:17
**cited** 220:9
**city** 28:19 41:5,6
45:1,2
**Civil** 1:2
**claiming** 177:25
178:11
**claims** 218:23
**clarification** 18:6
28:17 42:16 88:5
119:20 124:18
**clarify** 26:7 77:8
**classes** 76:24,25
**classmates** 138:3
**Claude** 10:10,11,16
174:8,11
**clean** 87:25 88:13
89:6 99:16 175:20
176:21 219:25
**clear** 26:14 153:4
158:3 175:20
179:11 193:4
**clearly** 49:3
**client** 143:21
153:10,11 157:15
157:16 176:2,3,13
177:19,20 183:15
183:17 190:24

191:7,13
**clients** 143:21
153:24 179:9
**close** 38:13 106:19
118:1 199:2
222:23
**closed** 22:4,5 31:7
31:8 38:11,13
80:7,10,12 81:23
82:5,25 83:19,21
84:17,20 86:20
87:6 106:7,8
107:21 111:2,8
118:18 121:14
126:5 133:16
158:18 161:17
162:1 163:12
222:25 223:1
232:15,17,18
233:4
**clothes** 99:18
151:12,13,16
152:5 155:1,2,3
155:12
**clothing** 226:23
**CLR** 2:11 234:3
**co-ed** 217:25
**COLE** 4:14
**colleague** 177:10
**College** 106:3,17
106:20 107:2
212:7
**combined** 155:20
**come** 28:1,20,24
60:15,20,22 77:24
78:12,15,18 79:6
79:7,16,17 82:23
87:9 93:10,18
100:19 108:17
112:18,20 120:2
126:12 130:4
132:2,5,6,13,13
132:19 138:25
141:16 145:19
146:8 154:24
187:24 188:9
**comes** 34:22,23

comfortable 14:21
110:24 126:17
127:5 128:6,7
130:5 137:25
138:16
coming 121:20
154:22
comment 70:20
220:4
commission 234:24
237:17
committed 66:4,7
74:23 114:19
115:17,21 142:19
committing 87:7
communicate
207:5,18
communication
183:12 186:1,20
209:2
communications
134:23 183:22
184:3,16
company 199:19
complaint 7:13
13:2,10,18 14:24
149:24 151:22
complete 105:22
215:10
completed 128:23
162:15
completely 172:1
complies 25:14
computer 202:14
202:16,20 207:17
concerning 219:12
226:14 234:8
concluded 233:13
concludes 233:9
concrete 139:23
conditions 228:19
229:9
conduct 164:25
194:20
confer 177:10
conferring 124:16
confidential 1:23

176:4 184:16
CONFIDENTIA...
1:23
confirm 179:13
confronted 109:5
confused 148:4
confuses 143:14
confusion 14:5
Connecticut 1:1
4:7,16 5:7,14 8:12
13:17 234:4
connection 167:25
179:15 202:24
203:1
Conroy 3:13 9:12
consolidated 1:3
178:25 179:16
Constanza 25:4
26:22,23 27:16
32:8 34:4 197:6,7
199:1
constitute 186:19
constitutes 185:25
construction 32:20
43:14 75:8,12
178:4
contact 38:7,10,12
38:13 146:7
contingent 178:4
continue 107:18
111:7 161:14,18
215:15,18,21
continued 4:1 5:1
6:1 215:20
continuing 28:15
182:22 185:15
contours 178:8
conversation
175:15 228:20,22
conversations
153:10,24 176:2,5
181:15,22 185:7
229:14
copies 209:17
Copy 7:19 210:2
correct 15:3 17:4,6
33:15 41:1 120:14

175:22 180:6
182:5,12 189:2
190:19 191:6,7
192:12,21 193:2,7
194:2,9 196:5
198:5,10,18 199:3
200:17 211:14
212:4 213:21
219:7 221:16,19
222:19 237:4
corrected 85:9
corrections 235:4,6
237:5
correspondingly
209:19
corruption 86:7
cost 48:17 105:16
203:22,25 206:8
206:11 218:5,9,12
couch 57:14
Coughlin 6:12 8:4
councillor 53:23
counsel 8:14 40:23
152:20 157:14
176:6,8,10 177:20
178:24 179:4
186:18 234:14
counsel's 153:9,9
176:1,2 177:17,18
179:2,2,14
counseling 52:25
195:3
counsellor 194:13
counsels 179:9
countryside 23:4,6
30:13 32:4 33:6
35:8,9 36:5,7,9
47:12,13 50:21
51:1,7
Coupe 39:5
couple 172:11
course 69:12
178:15
courses 104:24
court 1:1 8:11 9:14
13:17 26:16
149:25 235:16

created 69:15
Creole 11:25 12:1,3
12:10,12 15:21,22
61:7 102:5 164:7
165:12,14 169:13
171:10,12
crying 126:9
Cul 30:13
current 22:15
currently 190:21
201:25
curtain 42:25 43:2
43:5
cyber 203:4,5,8,15
203:19,22
Cyrus 17:15,16,25
18:9 82:21,22
83:2,5 84:8 87:8,9
140:13,15,17
141:3,6,10,14,16
142:1,6,11,14,18
144:6,9,11,17,21
144:24 145:8,11
146:21 147:2,5,14
147:24 149:2,5,13
151:3,5,11,15,21
151:25 152:8,14
152:23 153:5,6,8
153:13,25 154:6
175:15 176:1,9,12
176:17 177:17
178:23 179:13
180:4 182:3,4,8
182:11,21 183:8
184:17 185:1,8,13
187:23 188:9
189:1,14,15,19,25
190:4,10,17 191:1
191:3 192:15,24
193:5 205:16,20
206:17 228:17,24
229:3,9,14
Cyrus's 188:20

D

D 3:20 5:4 8:1
D-E-S-M-A-N-G...

47:17
D-G-I 27:12
D-I-E-U 26:4
D-I-E-U-F-E-T
138:21
D-J-I 27:12
D-O-R-E-C-I-U-S
45:9
D-U 30:14
dad 40:13 45:17
damage 159:1,2
162:5,6
damages 229:8
danger 86:15,16
dangerous 82:18
Daniel 73:20 76:17
87:10,11,14,19,22
89:4 90:5,16
91:12 109:5 165:6
date 8:6 11:3 235:9
237:8
dates 46:20
daughter 37:17
David 39:5
day 5:5,12 18:13
52:16,21 62:12
68:15,19,21 71:9
77:6,12,13 88:1
108:18 109:13
117:15,19 122:17
129:2 136:8 196:3
196:4,23 234:5,18
237:16
days 29:10,13,15
30:2 50:4 57:13
58:16,18 60:4,5
63:3 138:14 197:8
235:13
death 30:3 31:14
32:25 33:2,5,7
37:22
deceased 37:4
decide 195:12
decided 67:24
70:13 105:13
decision 229:7
declaration 7:17

Confidential - Subject to Further Confidentiality Review

156:5,14
**declared** 16:5
**decline** 178:10
**deem** 179:13
**deemed** 235:16
**DEFENDANT**
3:19 4:3,11 5:3
6:3
**Defendants** 1:15
13:20 66:18
150:14
**Defendants'** 7:14
15:12,17
**definition** 178:19
**delicate** 86:14
**Demand** 7:13 13:3
**depend** 193:17
195:20
**depended** 76:5
**dependent** 11:2
**depends** 139:9
195:21
**deponent** 8:13 9:9
19:23,25 23:10
42:17 88:6 96:20
153:9 237:1
**deposing** 235:12
**deposition** 1:23 2:1
8:8 18:24 19:12
19:15,20 20:5
21:1,6,10 155:3
220:2 233:10,12
235:3,10,14,15
**depositions** 26:12
**describe** 52:20
68:14 77:6,11
129:23
**described** 154:8,10
193:12 198:18
213:10
**DESCRIPTION**
7:12
**desire** 100:22
**desired** 179:20
**Desmangles** 47:17
**details** 56:3 225:20
**determine** 177:21

215:14
**die** 32:22
**died** 30:25 35:25
37:12,12,13 38:2
**Dieu** 26:4
**Dieufet** 138:21
**Dieula** 33:19 36:2
**different** 39:13
42:11 72:19 73:15
131:12 134:19
145:6 148:7 170:1
170:10 178:3
184:19
**difficult** 28:10,14
159:3 162:8
**difficulties** 99:10
99:11,13 198:6,7
**difficulty** 50:1
56:12
**dig** 75:18
**Digicel** 204:11
205:5,10,25
**DIRECT** 10:3
**directed** 119:25
**direction** 234:10
**disagree** 179:11,18
209:6
**disclose** 94:10
100:3,5,9,16,22
100:25 101:3,6
**discovered** 88:11
**discovery** 186:1,20
**discussion** 180:1
**discussions** 153:5,6
220:3
**District** 1:1,1 8:11
8:11
**distrust** 227:21
**divided** 42:22,24
**Dji** 27:12
**doctor** 194:12
**document** 1:21
7:16,17,24 13:8
13:12,16,22,25
14:15 15:19,22,23
16:1,4,7,21 17:10
18:4,11,21 25:19

88:21 150:13,19
150:22 151:2
156:1,4,9 164:9
210:11 211:8,13
212:2,12,22,25
213:2,5,10,17,24
217:1,2,5,12
226:8,9
**documents** 7:23
18:2,7,23 19:14
20:14 21:8 88:2
207:22,23 208:3,6
208:8,9 209:10,13
212:15 213:1
**DOE** 1:13,13,13,13
1:14,14,14
**doing** 26:15 29:4
43:11 45:17 61:24
69:11 78:5 81:14
83:2,18,24 86:21
86:25 91:14
127:12 128:4
140:10 141:21,23
161:4 174:3 179:7
235:8
**dollars** 149:10
182:4,12,16,18,21
183:8 185:2,12
190:10,14 218:24
218:25
**domain** 197:22
**Domingo** 23:15,16
23:17,19,24 24:6
24:8,12,17,23
25:3,9,23 26:1,20
26:21,24,25 27:22
28:2,5,8,21,24
29:6 32:5 34:3,6
82:23 107:8
111:10,12,20
116:4 135:16,21
136:5,9,12,18
137:25 138:7,9,12
138:23 139:3
140:19,23 141:11
160:20,24 161:5
170:6 196:6,10

198:20,23 199:1
**Dominican** 2:7 8:9
29:24 32:16
112:16,25 204:4
218:13
**door** 121:14 127:9
127:20,22 129:9
**Dorciné** 166:23
**Dorecues** 45:9
**dormitories** 72:11
79:8
**dormitory** 71:2
79:19,22 80:5
**Doug** 156:15,18
158:21 166:20
167:6 227:8,13
**Doug's** 193:14
**Douglas** 1:7 8:10
13:19 54:19,24
55:5,9,14 57:5,15
57:18 58:8 66:4,7
66:18,21 67:1,4,8
67:12,16 74:22
75:4 78:2,20 80:5
80:22 81:14 83:1
83:18,24 85:12
86:21,24 87:7,13
88:17,20,22,23,24
90:14 91:14 93:9
93:14,18 94:5,8
94:10,15,18,21,23
95:2,23 96:1
97:22 98:2 101:19
102:20 105:15,21
106:14 107:24
108:10 109:1,6,9
109:15,23 110:4
110:16,21 112:10
112:14 114:15,19
115:13,16,20
116:5 117:24
118:22 119:2
120:2,7,9,9
121:10 122:13
123:7 124:3,21
126:9,18 127:7,12
128:4,5 129:3,17

131:5 132:1,12,18
132:23 133:7,16
133:21,25 134:6
134:10 135:3,10
135:14 142:19
143:20 157:23
158:6,11,14
159:10,15 160:15
161:3,13 162:14
162:18,21 163:9
171:24 172:5,9,15
173:4,25 195:14
221:6,18 223:4,9
223:15 224:20,22
225:10,22 226:1
226:12,15 227:14
227:24 228:3,10
230:21,23
**Douglas's** 82:5
90:11 123:24
129:7 171:1,19
194:1,20 225:15
**drawing** 214:24
**dressed** 99:10,14
154:24
**drink** 11:13
**drop** 71:16
**dropped** 18:15
**drugs** 11:11
**du** 30:13 39:2,8,14
39:17,22,25 40:3
40:19,24 41:12
42:1,3,7,19 44:5
47:15,16,19 107:4
113:5,19
**duly** 9:19,24 234:6
**duty** 164:25 166:8

────────────
**E**

**E** 1:7,8 3:19 4:3
7:11 8:1,1 234:1,1
236:1
**E-D-N-E-R** 27:12
**e-mail** 231:3,9,12
231:14
**E-S-T-A-N-I-S**
30:6

Confidential - Subject to Further Confidentiality Review

**earlier** 42:6 48:6
  56:7 63:15 65:6
  93:8 98:7,14
  99:25 106:4
  108:22 136:4
  150:12,18 155:10
  162:17 163:3
  169:1 170:25
  172:8 177:24
  180:4 192:17
  193:12 198:8,18
  227:8,13,23
**early** 220:25
**earthquake** 22:7
  111:14,21 112:1,2
  112:17 115:2
  141:1
**East** 4:6
**easy** 137:1,2
**eat** 52:24 71:18
  99:9 155:13
  196:15,15,16
**eating** 77:20,25
**Eben-Ezer** 47:11
  47:23 48:11,15,17
  48:22
**Ecole** 216:23
**Edner** 27:12
**Edrice** 76:18
**education** 137:9
  211:21 227:1,3
**effort** 11:1 62:11
**ehurd@simmons...**
  3:17
**eighth** 104:21
  105:22
**either** 31:16 90:25
  110:24 133:14
  214:25
**elaborate** 153:18
  153:23 177:12,24
  178:7,10
**elaborating** 153:21
  154:1
**elapsed** 51:1,2
**electronic** 201:20
  207:9 231:13

**electronically**
  207:19
**Ellyn** 3:12 9:11
  176:25 186:8
  209:12 220:3
**Elyseé** 6:17
**Emilie** 53:17 54:2
**emotional** 159:23
  159:24 193:13,25
  194:8 195:4
**emotions** 171:23
**employed** 234:12
  234:15
**employee** 87:14
  164:24 234:14
**ended** 51:14 87:10
**enforcement** 134:9
**engineer** 75:21,23
**England** 1:9 6:4
  8:24 174:25 175:9
**English** 11:19,23
  14:9,16,17,20,21
  15:20 62:9,11
  89:2 104:1 156:9
  156:20 157:14,17
  165:12 214:25
**enjoy** 199:19
**enter** 79:8
**erect** 123:19 124:7
  126:1,4,10,13,21
**Eric** 199:10 201:8
**errata** 235:6,9,12
  237:6
**escapes** 72:17
**Esprit** 7:23 212:15
**ESQ** 3:3,4,12,20
  4:4,13 5:4,11 6:5
**establish** 229:8
**established** 174:2
**Estanis** 30:5
**estimate** 44:10
  101:15
**estimation** 101:17
**et** 8:10
**Eugene** 108:13
  111:2,4,19,23
  112:7,9,12 113:11

  113:15 115:7,11
  115:15,19,25
  133:12 135:2
**evening** 220:24
  232:5
**eventually** 122:20
  222:23,25
**ex-patriated**
  136:22
**exact** 31:12 46:20
  225:15,16
**exactly** 30:19 34:22
  44:7 48:7 84:5
  94:2 117:1 125:7
  169:24 170:15
  221:12 225:21
**exam** 64:21 104:8
  104:10,12 116:23
**examination** 7:2
  10:3 234:9
**examined** 9:24
**example** 12:21 99:9
  118:11 124:15
  140:9 173:19
  207:13
**exams** 212:10
  214:23
**excuse** 14:2 80:17
  110:8,12 121:1,19
  161:10 229:17
**exercises** 53:7
**exhibit** 12:25 13:1
  15:8,9 25:16,17
  150:16,24 156:2,3
  156:20 157:14,20
  209:15,19,25
  210:1,24 211:1
  212:13,14 213:3
  213:10,11 217:3,4
**exist** 69:15
**existed** 56:1 71:7
  75:6
**expand** 75:9
**expect** 195:22
**expensive** 218:19
**experience** 81:16
  81:19,22

**experienced** 160:1
**experiences** 81:19
  140:6,7
**expires** 234:24
  237:17
**explain** 140:12
  184:8 207:11
  215:7
**explained** 123:9
  124:2,21 146:14
  176:1
**explaining** 23:11
**explanation** 109:20
  165:25 166:5
**extend** 177:19
**extends** 178:6
**extent** 19:4 134:16
  188:1
**eyes** 125:25 166:7

---
**F**

**F** 234:1
**F-E-T** 26:4
**F-I-O-R** 25:6
**Facebook** 201:17
  201:19,21,23
  202:1 206:18,20
  206:23 207:2,6,10
  207:17 208:14,18
  208:21,24 219:12
  219:20 220:6,11
  220:14,15 231:7,8
**fact** 89:21 98:2
  100:12 141:15
  164:24 178:4
  230:8
**facts** 177:22
**factual** 183:21
**fail** 235:14
**fair** 110:25 183:24
  191:14 209:20
**Fairfield** 1:8 5:3
  8:17 102:10,13
  103:1 143:21
  162:18,19,22
  163:5,10,13
**fallen** 50:25

**family** 33:8 40:18
  41:11,13,25 42:9
  42:10 43:16,18,21
  45:3,11 47:6
  59:22 69:20
**far** 11:17 47:16
  137:20 215:7
**fat** 131:11,13,15,17
  131:17,22
**father** 1:7 8:21
  30:23,23,25 31:5
  31:14,16,18 32:18
  32:22 33:1,11,24
  37:11,12,13,15
  39:19 43:8 50:22
  50:24 51:6 60:24
  61:2 101:9,18,21
  102:17,22 103:15
  163:4 167:3 169:2
**father's** 41:13 45:7
  45:8
**feel** 99:2 126:17
  137:23 160:9,9,10
  171:23 194:15,16
  200:4 219:24
**feet** 79:12,13
**fell** 51:6
**felt** 171:21,21
**fend** 52:6
**Fenelia** 30:8
**Fet** 26:4
**fields** 28:21 29:2,6
  29:11,24 32:6
  87:25 99:15,16
  136:9,12 197:21
  198:9 204:19
**fifth** 64:9,10,13,17
  117:7
**figured** 70:11
**filed** 1:22 13:16,18
  67:1 149:24
**filled** 23:20,22
**finances** 189:9
  215:24
**financial** 215:25
**financially** 213:8
  234:15

**find** 28:20 29:7
56:22 62:24 89:7
89:24 116:12
118:23 120:20
122:7 136:16,24
137:6 140:11
142:21 144:22
145:19,20,24
162:7 191:25
195:9 196:15,16
197:14,14,16,22
198:7 202:22,22
218:4
**finding** 87:11
**finds** 34:17
**fine** 177:2,14
179:22
**finish** 77:19,20
107:12
**finished** 77:25
104:7 107:14,16
107:17 116:23
120:18 121:21
127:25 213:6
**Fior** 25:4
**first** 3:22 7:15 9:24
15:12,17 28:12
39:11 47:9,21,23
50:9,15 51:20
52:14 55:8,13,14
57:8 65:25 69:1,4
69:9 70:7 74:11
74:13 81:23 84:19
116:5 119:11
140:17,24 141:6,9
141:9 143:11
144:6,9 145:8,12
147:2 149:12,16
150:5 151:24
152:1,4 154:7
155:22 178:18
189:14 205:17,19
208:2 214:1
**five** 1:14 24:25
130:13,22 229:19
**fixed** 54:4 76:4
136:16,17

**Floor** 3:6,22
**follow** 53:1 169:9
169:25
**followed** 169:18,21
**following** 50:5
**follows** 9:21,25
**Fondation** 104:16
**fondling** 124:6
126:14
**food** 39:20 99:19
151:14,16 152:5
155:12 226:20,22
**foot** 138:13
**force** 125:15
**forced** 125:13,13
125:14 126:15
**forcing** 124:12,12
**foregoing** 237:3
**foreigner** 53:18
222:6
**foreigners** 60:22
166:12
**foreseeable** 139:3
**forget** 159:18
**forgot** 231:21
**forgotten** 182:15
**form** 237:5
**former** 138:3
**forward** 176:23
**found** 50:5 87:12
87:22 89:4 90:1,2
90:6 91:12 109:4
122:20 161:16
165:1,5,18 171:1
227:7,12,19
**Foundation** 7:20
104:16,19,23
105:2,14,17,20,23
210:3,13,19
**foundations** 75:19
**four** 1:13 35:24
**fourth** 37:2 64:9,9
64:13,17 117:7,8
117:11
**Francilien** 59:1,1,5
59:10,13 66:24
67:3 135:8

**frankly** 157:16
219:23
**freaked** 138:1
**freaks** 137:23
**free** 219:24
**French** 12:6,7,14
12:15,24 77:1
104:17 211:21,24
**frequency** 203:12
**friend** 65:10,12
66:10,11 138:19
200:22 202:24
206:25
**friends** 135:12
198:25 199:2,14
200:1,3,4,7,11,13
200:17 201:13
206:17,21,23,23
207:2
**friendship** 172:18
173:2
**friendships** 200:6
**front** 14:9 123:20
126:1 134:12
213:2
**fugitive** 82:16
**fully** 91:17 126:5
**fund** 1:8 224:4,7
225:4 232:9,13,16
**fundamental**
211:23
**funds** 140:3 185:25
186:18,24
**further** 1:23
234:11
**future** 139:3
179:21 200:9

──────────────
**G**
──────────────
**G** 8:1
**Garabedian** 3:3,5
9:7,8 14:2 17:21
19:3 20:9,18
21:17 26:17 38:19
52:18 58:10 68:22
69:8 70:9 71:12
71:23 72:3,9,21

73:12 74:4,25
77:14 81:24 84:10
86:3 90:23 91:23
96:16 98:4,11
102:1 109:25
111:16 113:16
118:15 121:21
134:15 135:5,19
139:19 143:7,25
144:14 145:1
146:24 147:7,16
147:25 148:8
149:20 150:9
151:8,17 152:16
153:1,8,15,17,20
154:1 156:19,25
157:5,13,21
158:15 160:2
161:6 162:4 163:6
163:17 166:14
167:8 171:5,11
173:5 174:12
175:17,23,25
176:11,19 177:1
177:16 178:12,18
178:21 179:1,7,17
179:22 180:8,23
180:24 181:6,7,20
181:21 182:7,22
183:3,9 184:5,11
184:14,21 185:3
185:14,15,21,22
186:3,6,14,17,23
187:2,7,25 188:10
188:19,22 189:11
190:20 191:5,12
191:16,20 192:7
195:17 196:9
197:18 199:15
202:9 203:16
206:13,24 208:25
209:5,21 219:10
219:17,21 220:8
220:12 225:2
229:12,17
**garabedianlaw@...**
3:9

**Gary** 229:22
**gates** 118:18
**gather** 142:8
**general** 77:3
203:10,11
**generally** 10:12
**gentleman** 165:2
**gentlemen** 27:18
27:24 28:4
**Georges** 49:4,5,6
49:10,11,13 60:11
63:7,10,12,16,18
63:21 64:1,4
67:25 69:11,19
70:4 71:11,19
72:15,20 76:7
116:25 117:2,10
117:19,22 123:6
128:19,21,24
**Gervil** 1:3,4 8:10
**gesture** 127:9
**getting** 19:9 184:4
184:6
**Gideon** 76:18
**girlfriend** 222:10
222:16
**give** 19:23 20:16
27:7,9,10 29:17
29:18 52:25 53:11
62:21 71:13 84:16
85:17,18,20,22
86:2 90:20,22,24
90:25 91:2,3,6
101:17 117:25
123:9 130:2
142:16 151:11
169:13 171:10,12
176:20 181:10
185:2 202:9 208:2
208:5,9,14,17,20
208:23
**given** 27:6 118:13
121:6,20 128:21
149:11 150:2
156:20 157:15,16
203:20 210:20
211:15 217:16

218:11 237:4
**giving** 50:6 84:23
 184:21 228:17,24
 229:3
**glasses** 125:24,24
**go** 10:9,12,16 14:14
 24:14 30:7 42:19
 45:3 48:14,17
 49:13 50:20 52:9
 55:18,22 56:4,11
 62:16,19,20 63:9
 64:7,23 68:2 69:4
 72:19 77:22,23
 78:11,12 79:11,14
 79:15 82:19 83:17
 83:23 84:2 85:16
 86:10 87:16 99:15
 104:13 105:6,9,10
 105:11 106:9,16
 107:10 108:6,9
 112:5 113:22,24
 119:21,25 123:24
 132:15 136:16
 138:9,16,24
 140:10,19 141:13
 142:6,14 145:20
 146:9 151:5 155:6
 156:25 157:6
 160:20 162:8
 163:15 164:18
 169:4,13 170:4,10
 170:12,14,15
 172:22 176:24
 180:1 181:17
 186:7,16 189:22
 195:3 196:21,25
 197:12,13,14,16
 197:19 198:2,6,14
 200:3 202:17,20
 203:13,22 214:15
 215:6 216:5,15
 217:11,14 227:25
**God** 137:17 139:7,9
 139:10,13 169:7
**goes** 174:7 212:23
**going** 10:24 13:6,15
 14:12 15:7 20:16

38:20 44:20 50:15
 64:25 67:24 68:6
 71:19 72:15 79:2
 83:4 85:8 91:16
 91:18 92:2 96:20
 100:20 118:16
 121:25 124:18
 127:2,16 143:17
 143:17,18 145:18
 147:10 148:16,19
 153:4 156:23
 157:8,18 160:10
 163:18 166:15
 167:15 168:18
 172:10 174:17
 176:23 177:3
 181:13 186:9
 198:4 202:7
 207:25 209:9,15
 209:17,24 210:6
 210:23 216:6
 220:7,18 221:22
 233:10
**Golkow** 8:5
**good** 8:16,19,22,25
 9:5,7,11 10:5
 14:14 85:10 89:22
 93:6 99:3,4,6,8
 108:20 168:24,25
 171:12 172:14,20
 172:23 173:1
 174:25 191:23
 198:13 199:14
 210:6 220:24
 227:4 232:5
**gourdes** 29:17,18
 29:20,21 76:3,4
 218:14
**government** 134:6
 134:25 135:9
 211:14
**grabbed** 123:11
 226:19
**grade** 7:21 48:14
 63:13 104:7,18
 105:6,8,10,12,14
 105:22 106:16

107:14 116:23
 211:2 214:2,7,14
 215:11 216:4,4,15
**grades** 7:22 63:9,11
 64:7,14,17 213:12
 213:18,25 214:11
**graduated** 212:6
**graffiti** 80:21,25
 81:2,14 83:22
 86:24 89:8 91:15
 91:21 96:5 97:19
 98:1,8,15 99:22
 99:23,24 100:17
 100:18 133:15
**grateful** 137:16
**great** 49:25
**Green** 5:6
**Greetings** 175:1
**grip** 171:22
**grounds** 108:18
**group** 62:7 101:24
 102:8 103:10,16
 103:18 167:24
 225:23 226:7
**growing** 31:17
**grown** 35:1
**guy** 81:4 131:17
 132:4
**guys** 152:25

---
**H**
---
**H** 3:12 7:11
**habilitation** 215:12
**Haiti** 1:8 22:8
 24:21 27:19,21
 35:9 36:7 41:5
 84:6,18 96:4
 97:18 107:9
 111:15 115:2
 136:21,25 137:4
 137:10,19,20,22
 138:2,11,24
 140:20 141:2,12
 141:13 155:18
 156:15 157:23
 160:12,14,21
 171:4,9 178:25

179:15 191:2,4
 194:11 195:2
 196:11 202:22
 211:14 218:7,18
 218:19 224:4,7
 230:13 232:9,13
 232:16
**Haitian** 29:20
 75:25 120:11
 121:11,14 122:14
 133:24 149:10
 152:13 182:12,20
 183:7 185:2,12
 190:14 205:21
 218:24,25 222:10
 222:13,16
**Haitians** 120:9
 218:11
**Haitien** 182:16
**half** 217:16,17
 229:19
**halfway** 15:20
**hamstrings** 178:14
**hand** 13:6 15:7
 29:2 87:17 125:21
 125:22 126:2,15
 159:6 165:18
 198:11 209:24
 210:23 234:18
**handing** 25:13
**handle** 201:25
**hands** 87:24,24
 88:9,14 89:5
 187:14 188:20
 189:3,23 190:1
 197:20 198:9,12
 226:15,18
**handwritten** 7:16
 25:18
**hang** 199:10
 200:15,16
**Hanly** 3:13 9:12
**happen** 63:1 74:24
 123:14 200:9
**happened** 85:1
 88:7,8 100:11
 116:17 120:18

123:1,2,17 124:2
 124:4 130:9,12
 144:25 145:9
**happening** 85:5
 93:13 94:17
**happens** 171:8
**happy** 174:6
**hard** 198:9 214:5
**Hartford** 4:16 5:14
**hat** 196:13
**head** 78:10 127:18
**headquarters**
 142:9
**hear** 51:20,22 52:3
 101:21 102:10,13
 141:20,25 142:22
 158:4,19 232:16
 232:22 233:1,5
**heard** 52:8 67:11
 67:15 117:24
 141:23 144:1,3,5
 144:8,12,15
 158:12 167:18
 175:8,11 224:4,6
 224:7,11 230:16
 230:19,21 232:9
 232:12
**hearing** 143:11
**heart** 55:17 127:1
 127:14 170:23
 200:14
**Hedouville** 230:2,4
**held** 2:3 8:8 64:15
 215:15,18
**hello** 167:23
**help** 19:19 20:4,15
 21:5,9 26:16
 28:14 43:15 45:13
 52:6,12 123:25
 140:12 142:21
 144:21 145:24
 161:16 180:22
 181:5,19 192:20
 193:6,12,25 194:8
 194:11 195:3
 199:24 215:22
 217:15 228:10

helped 28:13
hereinbefore 234:6
hereto 234:15
hereunto 234:17
high 198:20,21
higher 225:19
higher-up 223:18
  223:20,22 224:23
  225:11
highest 214:2
Hills 68:12 113:23
  170:22
hire 180:8
hired 181:19
  185:13
hit 79:12
hoe 99:16 160:25
  197:19 201:3,4
home 33:8 42:4
  43:22 45:11,12
  47:7 59:16 63:22
  68:20 115:5 155:6
  170:16 196:7,10
  196:13 197:5
homes 50:7 58:22
homosexual 171:2
  171:4,8,16,19
hope 1:7 4:3 9:1
  61:5,8,19,21 62:2
  62:13 103:2,19
  104:3 195:7 221:1
Hopefully 199:22
hoping 194:6
HOSPITALLER
  1:10
hotel 17:17 18:13
  150:7,20 167:1
hotmail.fr 231:24
hour 204:3
hours 229:19
house 26:19 27:1
  40:2,6,12 41:22
  42:8,11,13,19,20
  45:14 46:16 48:3
  51:11 56:24,25
  57:3,9,12,24 58:1
  58:3,11 65:8

69:21 74:8,13,13
  74:15 108:9 113:4
  113:19,24 115:24
  116:2 129:10,13
housing 160:13,15
  160:19
humanity 200:10
hungry 151:13
Hurd 3:12 9:11,11
  220:10,13
hurt 57:19 128:12
husband 34:14

                I
idea 139:10 215:5
ideals 228:18
identification 13:4
  15:14 25:20 156:7
  210:4,18 211:3
  212:1,16 213:13
  217:7
identify 8:14 164:1
ill 51:6,18
images 171:2
imperative 235:11
implications
  176:22
implied 96:11
impression 172:7
inappropriate
  228:3
incident 91:20
  108:21,25 123:4,5
  123:14 129:20
  131:4,19 166:6
  226:14
incidents 122:23
increased 159:5
INDEX 7:1
indicated 193:24
  227:23
individual 229:21
  230:1,14
individually 62:8
infection 123:8,21
  123:25 124:3,22
  125:5 226:15

information 20:19
  32:24 88:3,14,15
  100:7 141:17,18
  191:11 224:12
  230:9,18
injured 159:7
injuries 158:24
  159:16,20,22
  198:12
inside 14:10 45:1
  57:24 58:1 60:12
  68:3,16 69:5,13
  70:14 72:5,5,8
  82:7 83:10,11,13
  83:13 84:2,4
  87:11 99:6,20
  100:20 117:7
  119:8 120:4,25
  121:5,12 129:8,25
  166:2 167:21
  226:9,18 230:8
insofar 178:6
Instagram 207:14
installments
  149:11 155:22
instance 179:3
instances 172:9
Institution 7:24
  107:4,11 217:5
instruct 19:4 20:19
  134:15 145:2
  147:7,17,25 151:8
  151:17 152:16
  153:1 175:17
  180:25 181:8,21
  183:15,16,22
  185:3,22 208:25
  229:13
instructed 152:20
  175:21
instructing 182:24
  183:11 209:3
instruction 181:11
  183:1 184:2,20
  186:25
instructions 19:23
  184:22 235:1

intending 99:21
interested 234:16
internet 203:3
interpretation 20:1
interpreter 6:14,17
  9:16,25 11:16
  18:5,5 19:22,22
  23:10 25:5,9 26:9
  26:9,15 28:16,16
  31:3 42:15,15
  69:6 79:2 80:17
  88:4,4 96:19,19
  98:21,21 103:11
  103:22 104:4
  111:24 112:5
  118:16,17 119:19
  119:19 124:8,17
  124:17 127:25
  148:14 160:5
  161:10 166:15
  169:12,12 191:25
  192:5 202:7
  217:25 231:16,18
interpreter's 26:8
Interpreters
  124:16
interpreting 102:4
  102:21 103:23
interrogation
  178:16
interrogatories
  7:15 15:13,18
  40:21 105:1 150:8
  163:25 191:10,18
Interrogatory
  40:22 46:15 164:1
  164:8
introduce 221:13
  221:14
investigation 85:7
  87:10 100:19
  142:23 164:25
involve 91:8
involves 134:16
  147:8
issue 83:14 177:11
  179:19 189:7

215:25 219:24
issued 211:13
itching 123:22

                J
J-U-N-I-E 33:18
Jack 73:20 83:12
Jackson 58:25 59:1
  59:4,9 65:10,18
  65:21 66:3,6
Jackson's 59:7,12
jail 195:14
jcerreta@daypit...
  5:16
Jean 6:17 7:24
  217:6,20 229:22
Jean-Charles 59:4
  59:5,6,21 63:19
  65:10 66:9,15,17
  66:20,24 67:3,7
  69:20 135:8
Jean-Charles' 65:7
Jean-Charleses
  59:25 60:8 63:23
Jeff 220:25
Jeffrey 4:4 9:1
JERUSALEM
  1:10
Jessica 97:7,8,12
  97:15,18,21
  100:23
Jesuits 175:11,12
Jesus 1:9 6:3 8:24
  174:24 175:9
jkennedy@mwll...
  4:9
job 29:9 45:16,17
  76:20 136:17
  161:1,21 162:13
  200:22,24 201:1,8
  201:10
jobs 34:17 91:11
  136:11,16 137:7,9
  137:12,17,18,22
  201:14
John 1:10,12,13,13
  1:13,14,14,14

Confidential - Subject to Further Confidentiality Review

5:11 8:17 53:17
53:18 54:11
148:17 220:8
**Joseph** 21:21,21
22:7,12,16 23:1
24:3 58:25 59:1,5
59:10 66:9,14,17
66:20 67:7 226:1
**Joseph's** 59:3,13
**journalist** 83:6
140:16 151:23
192:25
**judge** 135:13,18
195:11,11,21,24
229:6
**July** 11:4
**jump** 221:23
**Junie** 33:18,20
**Jury** 7:13 13:2
**justice** 86:6 89:22
195:9,10,16 196:1
228:19 229:6

**K**

**keep** 14:12 66:14
148:16 183:21
184:9 200:5
**Kendrick** 230:15
230:22,24
**Kennedy** 4:4 7:7
8:25 9:1 220:23
220:25 225:6
229:15,20 231:16
231:25
**kept** 70:23
**Kerrigan** 6:5 7:6
8:22,23 148:16
153:13,16,18,23
154:3 174:22,24
175:19,24 176:7
176:15,21 177:2,8
177:23 178:14,20
178:22 179:5,10
179:18,23,24
181:3,10,12 182:1
182:25 183:5,14
184:9,12,19,23,25

185:11,17,24
186:4,7,16,22,25
187:4,5 188:3,14
188:24 189:5,12
190:25 191:8,14
191:17,21 192:4,9
195:18 196:12
197:23 199:17
202:12 203:18
206:16 209:3,6,8
209:11,23 210:5
211:4 212:17
213:14 216:11
217:8 219:9,14,19
219:23 220:16
**key** 116:8,8,12,15
117:15 118:23
119:15 120:20
122:7,18,21
123:16
**kid** 72:16 230:8
**kids** 7:17 50:7
51:23 52:6 58:23
72:4 80:3 103:24
107:9,10 114:4
116:11 132:5
156:5 198:14
215:25 222:18
**kind** 26:12 28:18
45:13 71:2 79:13
123:10 153:19
200:25
**KING** 3:21
**km** 2:6
**knew** 28:6 83:6
110:6,6,13,13
133:22 138:4
164:2,20,23 165:4
165:9,13,15,17
166:10,13 167:5
167:12 171:16
**know** 14:5,10 29:7
30:1 32:11 33:21
34:21,21,22 36:24
37:20 38:1,3 47:8
60:24 61:5,9,23
61:25 62:17 65:21

66:23,25 67:6,9
68:4,10,18 71:24
71:24 73:14 80:13
83:7 90:2,9 93:14
93:16 94:25 95:14
97:7,8,8 112:12
113:15 114:15,17
115:11 117:18
122:16,20 130:6
130:16 133:22
134:11,22 135:6,8
135:11,15,17
136:15 140:10,13
141:22,24 143:3
143:24 144:5
149:23 150:1,3,5
157:15 158:22
162:16,16,25
163:2 164:6
166:11,17,20,22
166:23,24,24
167:9,11,13,16,25
168:2,11 170:14
174:7,9,10 179:8
181:15 182:17,19
183:7,19 184:3
187:21,22 188:12
188:12,13,15,20
189:4 190:23
191:4,6,13 192:23
193:10,17 194:14
195:5,5,11,12,14
195:24,25 197:9
198:22,24 200:8
201:6,12,16 203:6
208:9 214:4,4
218:21 222:5
223:1,2,19,21
224:2 228:18
229:5,7,21 230:1
230:14,17
**knowledge** 234:7
**known** 71:1 153:21
223:4,5,9,15
226:1,3
**knows** 195:24
**Konasa** 43:24 44:2

44:19,22 45:4,6
45:12 46:1,13,21
48:4

**L**

**L-A** 30:14
**L-I-C-E-Y** 34:9
**L-O-U-I-S** 231:18
**L-O-U-I-S-B-O-...**
231:24
**La** 30:13
**Labory** 37:25 41:4
41:5,12,15,19,21
42:1,11,14,19,20
43:9,12,22 44:5
44:11,14 45:12
46:17 47:1,4,7,24
48:4,8,12 49:12
49:20 50:16
**lacking** 140:6,8
**language** 12:19,22
**languages** 12:5
**larger** 169:15
212:21
**law** 3:5 134:8
**lawsuit** 66:1 67:1,4
112:10 143:4
149:19 228:16
229:4
**lawsuits** 143:4,6,19
143:23
**lawyer** 144:22
146:19 151:21
181:6,20 182:7
**LAWYER'S** 238:1
**lawyers** 18:8,10
19:10 134:24
143:22 149:1,4
207:3 208:4
**lay** 196:13
**leaders** 82:7 83:10
**learn** 52:11 53:4
62:11 104:22
**learning** 53:3
210:13
**leave** 28:7 33:8
40:18 43:21

114:21 116:2,10
117:25 118:13,20
120:21 122:8
159:19 219:14,18
**leaving** 56:17
126:16
**left** 18:16 40:24
42:18 44:11,14
49:25 84:6 93:18
107:8 111:19
115:4 122:6,11,14
127:8,19,22
128:10,11,12
129:6 140:19,23
155:21,25 157:23
159:16,16,17
160:20 189:23
230:10
**legal** 178:4
**lessons** 104:25
**Let's** 148:18
**level** 137:9
**License** 234:22
**Licey** 34:8
**lie** 196:16 197:15
**lies** 158:7,11
**life** 86:15,16 100:2
100:4,8 142:17
159:3 160:8
194:14 198:14
200:20
**line** 121:22 192:4
211:19 236:3
238:2
**list** 165:21,23 166:1
**listen** 54:22 146:16
**litigation** 191:2
194:5
**little** 44:23 62:21
68:12 79:23 80:1
80:4 148:4 155:24
177:9,24 180:1
202:25 227:15
**live** 23:1,3,13,14,14
23:16 25:3,4,22
25:25 26:3,4,19
26:22,23 27:2,8

Confidential - Subject to Further Confidentiality Review

30:12 31:18,20
32:1,8 33:8,25
34:2,4,7,14 35:7
36:4,12 39:4,10
39:17,24 41:21
46:12 48:25 49:16
57:5 58:18 75:14
107:15,20 108:13
111:4 112:18,20
113:1 114:1,3
135:16,21 137:15
139:1 160:20
197:6 218:6
**lived** 39:11 47:6
70:17 71:2 138:23
**lives** 35:10 39:9,13
108:10
**living** 23:24 24:8
24:11,22 27:6,15
27:19,24 28:23
30:10,24 33:1,4,6
35:8 36:1 37:6,21
37:24 39:7,16
42:4,7,8,13 43:9
45:25 46:3,21
47:24 48:12 49:9
49:12 50:14 51:3
51:5,9,12 52:1
56:8 57:14 59:15
60:7 63:19,22
69:20 70:3,7
71:22 95:13 99:3
107:18,19 111:1,7
113:8,10,14,18
114:4,22 115:7,10
128:14,15,17
137:19 138:4
139:14,17 140:24
**LLC** 4:5
**LLP** 4:14 5:5,12
6:6
**located** 68:11
**location** 170:8,10
**long** 21:22 22:23
29:5 46:12 47:5
48:7 56:5,25
59:24 68:24 72:17

74:18 84:6,11
109:9 111:4
169:21 170:9
192:1 201:23
204:15 206:20
222:21
**longer** 28:13 33:8
49:24 51:12 81:5
98:17 99:12 172:1
200:14 229:18
**look** 21:8 29:2
51:23 116:15
119:15 137:5
159:6 164:5,7
177:21 196:21,25
197:8,10,11,12,13
198:3,7,11,12
207:25 209:10
210:8 211:6
212:19 213:9
**looked** 20:14 110:8
137:3
**looking** 40:22
110:12 122:17
163:25 193:6
194:4,5 198:4
200:23
**losing** 91:10
**lost** 116:8,9 117:15
128:2
**lot** 57:1 76:3 84:6
89:18 91:9 159:1
159:17 169:8
195:1 206:14
218:9 221:22
227:16
**loud** 127:3 128:5
**Louis** 1:3,4,23 2:1
6:17 7:3,14 8:10
8:13 9:9,9,23 10:7
13:11 15:10,16
31:2,2,24,25 32:1
32:2 45:9 206:2,6
231:23 237:8
**Louisboys** 231:23
**Louisboys@hot...**
231:22

**LouisSaincirin**
231:15
**lowest** 214:7,9
**Lozier** 97:7,12,16
97:18,21 100:23
**LSR** 2:11 234:2
**Lu** 3:4 9:5
**Ludre** 114:6,7
**lunch** 91:24
**luncheon** 92:4
**Luperón** 2:6
**lxia@garabedian...**
3:10
**lying** 197:3

___

### M

**M-A-K-A-T-Y**
35:11
**M-A-R-I-E** 30:5
**M-I-C-O** 27:11
**M-O-I-S-E** 31:25
**Mack** 75:22,23
**Madame** 53:15,24
61:9,10 103:4,6,7
103:10 104:5
221:7
**Madison** 3:14
**magazine** 89:5,7,11
89:13,15,16,24
90:1,2,3,6,12
91:13 108:22,25
109:4 165:1,4,18
171:1,18 173:9,13
173:17 227:7,12
227:19
**Main** 4:6
**major** 102:18,23
**Makaty** 35:11
**making** 62:10
126:16 194:18
**Malta** 1:11,12 4:11
9:4 232:6,23
233:2,5
**man** 125:16 140:13
222:7 227:16,17
227:18,21,21
**manner** 56:13

**Mano** 73:19
**Margarette** 50:2,5
53:14,22 225:25
**Marie** 30:5 33:18
33:20
**mark** 25:15 157:19
209:16
**marked** 13:3 15:8
15:13 25:19 156:1
156:7 209:18,25
210:3,24 211:3
212:16 213:3,13
217:3,6
**marks** 159:16,19
159:22
**maroon** 82:17
**married** 21:13
31:15 34:12 35:12
36:15 45:18
160:22
**masonry** 198:17
**Massachusetts** 3:7
3:23 6:8
**Master** 76:18
**math** 53:7 215:2
**matter** 8:9 9:9
22:13
**matters** 79:6 234:8
**Maureen** 2:11 9:15
234:2,22
**mean** 14:18 25:24
26:21 27:23 32:2
34:24 41:23 50:11
55:13 57:24 61:13
61:17 64:12 68:16
72:4 75:1 83:19
83:20,21 85:24
86:22 87:9,9,18
87:19 96:14 109:3
110:18 116:1
127:13 136:6
144:10 150:22
155:18 156:17
161:24 169:10,11
170:6 172:18
193:19,21 195:10
196:10 207:11

215:9,13 219:17
221:9 225:4,5,7
226:9
**meaning** 20:11
96:10 127:10
**meanings** 96:11
**means** 64:14,16
91:15
**meant** 29:21 68:6
**media** 207:9
220:12
**medication** 11:5,9
**meet** 52:11 55:14
55:16 79:15,16
141:16 142:3
145:11 168:12
189:22
**meeting** 18:14
141:9,14
**member** 74:2
161:20,20 162:3
**members** 223:25
224:17
**Mémé** 53:13,19
76:16
**men** 27:15 88:18,18
**mental** 159:23
**mention** 85:15
**mentioned** 27:14
54:11 106:4
160:21,23 177:13
**mentioning** 228:25
**Mesidor** 82:10
84:21,22
**mess** 79:4
**message** 127:20
**messages** 220:11
**met** 28:4 55:8
140:17 141:6,10
144:6,9,11 145:8
149:4 193:1,5
205:20 220:25
226:6
**Michael** 6:5 8:23
168:13,14 174:23
223:14,19,21
224:13,19,22

225:10,17 226:7
**Mico** 27:11,11
**Mike** 186:15
219:10
**MILANO** 4:5
**MILITARY** 1:9
**Milvois** 114:7,22
**Milvois's** 115:5
**mind** 16:6 25:12
139:10 163:15
**mine** 138:19
**Minister** 211:20
**minute** 14:13 186:3
186:8
**minutes** 163:16
**misbehave** 173:18
**misbehavior**
173:19
**misconduct** 194:2
**missing** 13:6
**mistakes** 10:2,21
10:23
**Mitch** 26:11 134:18
134:23 148:5
153:4,14 176:8
183:6,15 184:13
**Mitchell** 3:3,5 9:8
17:21 113:16
175:20 177:8,23
178:23 180:8,22
181:5,19 182:7
185:13,21,25
186:8 187:7 189:5
190:25 206:24
209:20
**mix** 75:18 136:13
136:14
**mixing** 136:20
**Mixte** 7:24 217:6
217:20,25
**mkerrigan@sloa...**
6:10
**Modire** 114:6,22
115:5
**Moise** 31:25 32:2
**mom** 59:3,7
**mom's** 46:16 113:4

113:19
**moment** 10:19 83:9
157:7 177:13
210:9 211:11
**moments** 200:18
**monetary** 215:23
**money** 48:17 62:21
67:4,7 70:12
71:13 75:14 76:3
105:16 112:13
137:21 140:5
142:25 143:5,23
144:13 147:5,14
147:24 148:10,13
149:2,5,7,12
150:3,3 152:8,15
154:5 155:11,16
155:23 180:5
183:2 185:20
187:7,10,14,18,23
188:8,15,25 189:3
189:4,14,18,22,25
190:3,6,19 191:3
192:11,15 195:22
203:22 206:15
216:3,14 228:17
228:24 229:3
**month** 29:13 60:2
180:16 197:25
206:8,10 218:15
218:18 219:1
**months** 23:25
29:23 153:22
**morning** 8:16,19
8:22,25 9:5,7,11
10:5 69:2 71:18
196:18 209:13
220:25
**mortar** 75:18
136:13,14,21
**mother** 30:21
31:13,20 33:9,25
37:15 38:5,8,11
38:15 39:7 40:11
41:15 47:1 59:12
59:13
**mother's** 30:4

37:17
**move** 23:17,19 28:7
41:2,3,11,15,19
42:11 43:22 45:6
45:11 47:25 49:22
58:17 67:25 68:9
69:23 105:25
113:4,19 115:4,24
116:3 119:22
139:5,8,24 140:4
**moved** 24:5 28:2
41:25 42:10 44:1
44:5,19 45:4
46:25 47:4,18
48:3 50:18
**moving** 184:9
**MURPHY** 3:21

―――――――――――
**N**
―――――――――――
N 8:1
**N-E-R-E-S-T-E**
30:6
**N-O-R-D** 30:14
**name** 8:4,16,23,25
10:6,7 13:7 16:9
16:11,12,13,20
17:2 23:5 26:5
27:11 30:4,7 31:1
31:24 35:18,20
45:8 47:14,20
68:5 70:24 71:6
72:17 95:7 97:10
114:5,6,7,8
138:20 166:25
168:10,11 169:1
171:1,19 174:8,23
202:1,3 206:2,6
217:18 220:24
222:5,12 230:4
232:5,9,12,16,22
233:1,5
**named** 60:24 61:5
95:5 140:13
167:16 168:12
174:11 229:21
230:1,14 234:6
**names** 10:8 17:22

27:6,7,14 33:17
46:6 53:10,11
59:19 60:18,19
64:1 72:24 73:2
76:10,12 79:25
80:2 81:9,10,12
85:15 171:15
199:7,13
**Nathalie** 26:13
**National** 133:25
211:20
**near** 41:7 108:12
**nearly** 80:7,9
**necessary** 179:20
235:4
**need** 138:10 219:25
**needed** 151:15
154:23
**needs** 14:3 119:20
**neither** 234:11
**Nelta** 76:16
**Nereste** 30:6
**never** 98:24 130:5
131:7 137:20
144:8 159:17
193:1,5,8,24
207:1 213:8 224:6
230:13,13
**New** 1:9 3:15,15
6:4 8:24 174:25
175:9
**newspaper** 87:11
87:12,16,17,21,23
87:23 88:9,10,11
88:16 89:4
**Nicholas** 95:6,8,10
95:14 96:4 100:25
**night** 63:4 72:2
78:21,24 93:15
132:13
**nights** 39:21
**nighttime** 93:11
**ninth** 80:15 106:18
**noise** 126:17
**Nord** 30:13 39:2,8
39:14,17,22,25
40:3,19,24 41:12

42:1,3,7,19 44:5
47:15,16,19 113:5
113:19
**Notary** 234:3,24
237:19
**note** 185:15 209:12
220:1
**noted** 237:6
**NOTES** 238:1
**notice** 25:8
**number** 13:2 15:10
16:17 25:18 72:11
72:12,12 74:14
128:17 140:5
156:4 157:14
204:24 205:6,21
210:2 211:2 212:1
212:15 213:12
214:9 217:5
**numbers** 209:19
215:8,17

―――――――――――
**O**
―――――――――――
O 8:1
**O'Connor** 2:11
234:2,22
**oath** 175:3 221:4
**object** 153:4
188:22 189:6
208:25
**objected** 219:21
**objecting** 183:10
**objection** 19:3 20:9
20:18 21:17 52:18
58:10 68:22 69:8
70:9 71:12,23
72:3,9,21 73:12
74:4,25 77:14
81:24 84:10 86:3
90:23 96:16 98:4
98:11 102:1
109:25 111:16
118:15 134:15
135:5,19 139:19
143:7,25 144:14
145:1 146:24
147:7,16,17,25

149:20 150:9
151:8,17 152:16
153:1 158:15
160:2 161:6 162:4
163:6 166:14
167:8 171:5,11
173:5 174:12
175:17 180:24
181:7,21 182:23
184:24 185:3,16
185:22 187:25
188:10,19 189:6
190:20 195:17
196:9 197:18
199:15 203:16
206:13 229:12
**obligation** 137:14
**obviously** 172:8
**occasion** 189:14
226:6
**occasions** 180:6
182:5,9
**occurred** 112:1,3
**October** 1:24 8:6
233:10 234:5,18
**odd** 34:17 137:17
137:18,22
**offered** 139:17
217:21
**office** 118:1 119:7,8
119:17,18,23
120:1,4,8,9,10,11
121:10,11,11,14
122:14 123:7,8,24
129:3,7 166:2,3
**officers** 134:22
**offices** 3:5 120:8
**officials** 134:9
**oftentimes** 178:5
**Oh** 81:15
**okay** 12:6 13:15
14:12,15 18:9
19:7 31:17 48:22
76:14 85:2 96:13
97:4 100:15
110:24,25 112:4
117:2 119:21

124:21 131:21
143:15 150:17
158:23 164:18
172:13 177:15
180:2,3 181:18
182:2 183:14
184:11 186:22
187:4 188:7 191:5
191:16 192:5
208:1,12 209:22
210:8,15,21 213:9
214:10 218:4
221:14 222:6,12
225:10 229:11
231:5,8
**old** 33:11,20 34:20
36:23 37:8 40:23
44:1,4,10 52:13
63:6 112:24 126:7
154:24 162:10
**older** 33:22,23
36:25
**once** 77:5 115:7
130:10 170:15
175:25
**one-on-one** 103:16
103:21 104:5
**ones** 27:10 72:7
73:13 76:14 154:7
155:4
**open** 85:7 166:21
213:15,24
**opened** 70:8 71:21
72:18 73:4,6,11
74:16,20,24 75:5
75:7 76:6 77:5
90:13 116:14,20
117:4,9
**opinion** 85:18,20
85:23 86:2,17
**opportunity** 161:22
162:7
**opposed** 184:1
**order** 1:10,12 4:11
9:3 18:23 28:23
75:8 86:24 87:6
105:10 116:9

117:25 118:13,19
119:11 120:12
121:2,6,20 137:11
140:9 214:5
215:10 232:6,22
233:2,5
**orders** 174:1
**organization**
106:23
**organizations**
66:22
**original** 15:21
156:11 235:12
**originally** 35:24
**originals** 209:13,18
**outside** 29:6 30:20
30:20 36:9 57:25
61:15 64:10,11,22
69:4 70:13 82:14
105:11 119:7
122:10 170:18
**overnight** 73:18
**owners** 28:22

## P

**P** 8:1
**P-I-L-A-T-E** 23:9
**P-L-A-I-N** 23:7
**P-L-A-I-S-A-N-...**
23:8
**page** 7:2,12,16,17
16:7,15 25:18
150:24 156:4
164:5 192:4
219:12,20 236:3
238:2
**pages** 208:14,18
212:20 217:9
220:6,14,15 237:4
**paid** 29:16 48:21
75:20,25,25 76:1
76:2 105:19
106:12 107:10
**pain** 159:17
**pair** 125:23,24
126:6,7
**pan** 173:21

**panicked** 137:24
138:1
**pants** 116:13,14
118:24 121:4,4
226:16
**paper** 7:21 25:13
202:10 211:2,9,16
212:21,21
**parents** 39:18 40:2
43:5 45:14 48:19
49:24 50:18 51:12
51:18 56:17
**part** 26:23,25 30:15
34:6 50:10 55:22
55:25 56:14 58:23
59:21 60:11 68:6
69:19 73:23,24
114:5 169:14
220:1
**particular** 23:5
85:22 139:16,24
159:25 170:4
**parties** 234:13,15
**party** 168:6
**pass** 31:5 37:19
104:10 214:6
**passed** 32:19 37:2,9
37:14 82:24 84:7
91:20 104:12
**Paul** 1:7 3:19 5:4
8:21 60:24 61:2
101:9,12 102:17
102:22 163:4
169:2 230:14,21
230:24
**Pause** 157:10
168:20 174:19
186:11 216:8
**pay** 27:3 29:19
48:18,19 58:20
71:14 75:23
105:18 106:9
155:5,24 204:1
217:17 218:14,15
**paying** 49:23
160:12,14,18
172:21 216:1

227:24
**payment** 149:16
155:19
**payments** 106:23
154:9,12,15
155:10,20
**pays** 160:22 218:20
218:22
**PEC001034** 7:18
156:6
**pedophilia** 88:18
**peed** 123:22
**pen** 16:10,18
**penis** 123:11,19,22
124:7,10 125:1,2
125:8,16,18 126:1
126:3,4,10,13,15
126:21 226:19
**people** 17:22,23
18:3 27:5 28:12
40:16 41:24 54:9
54:14,16 56:1
59:22 60:15 66:21
71:2 72:14 73:3
73:17 76:22 78:6
78:14,18 80:24
81:11 83:11,13
85:5,7 86:4 87:8,9
95:3 99:2 100:19
100:20 102:25
119:3,4 134:12
136:17 141:20,22
141:24 142:11
160:12,14 166:19
167:18 171:15
174:11 192:20
198:22 221:11
223:6,12 224:11
225:18 230:16,19
**people's** 224:10
**percentage** 198:22
198:24
**period** 51:17
172:11 190:22
**Perlitz** 1:7 8:10
13:19 54:19,25
55:9,15 57:5,15

57:18 58:8 66:4,7
66:18,21 67:1,5,8
67:12,16 74:23
75:4 78:2,20
88:17 97:22 98:3
101:19 108:10
109:1,6,9 112:10
112:14 114:15,19
115:13,16,20
116:6 129:18
133:17,21,25
134:6,10 135:4,10
135:14 142:19
143:20 156:15,18
157:23 158:6,11
158:14,21 159:10
159:15 160:16
161:3,13 162:14
164:3 167:6
224:20,22 227:9
227:14
Perlitz's 80:22
166:20
permanent 29:9
permissible 178:16
permit 138:9
person 54:8,12,13
60:24 61:5 62:9
78:8 83:8 85:22
85:25 86:19 93:24
95:5 101:6 103:21
142:21 145:25
146:19 147:2
165:22 167:16
168:12 169:5
187:15 218:19
234:6
personal 79:1,6
86:17 98:25 100:1
100:4,7,8
personally 90:20
persons 93:25
164:2
pesos 29:22 204:1,4
218:15
Peterson 79:23
80:1,4 87:25 88:8

89:25 90:1,22
108:12,13 111:2,5
111:23 112:7,9,12
113:11,15 115:8
115:12,16,19,25
133:12 135:2
160:21
Peterson's 87:24
111:19
petition 139:16
Philippe 6:14 9:18
191:23
Philoméne 23:14
23:15 115:6,8,11
115:25 116:3
phone 204:7,9,15
204:17 205:1,2,6
205:8,10,11,14,17
205:19,21,23,25
206:2,9,12 207:17
phones 206:5
photographs 20:15
physical 159:19
physically 198:4
pick 201:5,6
pictures 21:9 89:3
171:19
piece 202:9 211:16
212:21
Pierre 6:17 7:17
48:24 49:1 64:5
69:14 77:15
102:16 117:8,11
156:6 211:10
212:7,8,9
Pilate 23:7,8,12
pinch 130:1 131:5
pinched 130:6
PITNEY 5:5,12
place 23:6 25:23
27:15 35:10 39:4
39:13,22 43:24
49:16 50:4,6
51:23 55:21,24
56:22 62:23 119:6
119:16 128:13
138:15,16 141:9

218:6,13,17
Plaintiff 1:5 3:2
7:14 15:10,16
Plaintiffs 9:6,8,13
66:25
Plaintiffs' 177:16
177:20 178:24
179:2,4,9,14
186:18
Plaisance 23:7,11
plan 139:2
planning 91:13
139:8
plans 139:5,23,25
Plata 2:5,6 8:9
play 77:20 102:24
playing 126:7
Plaza 6:7
please 8:14 19:24
19:25 27:10 44:17
53:12 61:7 63:20
70:21,22 77:8
94:20 98:12 105:7
110:1 124:20
134:7 143:2
146:14 148:15
150:10 152:18
157:7 158:3 160:3
164:11 171:10
175:16,24 181:2
186:16 187:16
196:5 197:4 202:5
210:7,10,22 211:5
211:7,12,18
212:18 213:3,15
213:17,24 217:9
217:13,19 227:10
235:3,8
plus 104:24
pockets 116:12
118:23 120:24
point 33:7 40:18
43:21 47:25 69:23
91:24 100:2
112:18,23 113:3
113:20 114:21
115:24 125:21

148:9,10,11,13
154:2 178:12
191:5
points 215:12,13
police 86:1,10
133:25 134:22,25
135:3
Pollard 2:11 9:15
234:2,22
porch 40:17
pornography 89:1
89:3
portion 145:2
147:8,18 148:1,5
179:12
position 73:15
85:19,25 153:12
153:17 176:7,12
176:15 177:12,15
177:17 178:23
179:6,11 183:19
185:24 186:17
191:12
positions 85:6
Possibly 18:19
postings 220:15
pot 173:21
power 140:2
PPT 10:14,17 22:4
22:5 31:7,8,10,11
38:11 44:16,20
46:23 47:2 48:21
50:10,11 54:15
55:22,25 58:20
63:16 64:5,20,21
75:1,5 87:14
106:7,8,19 107:21
111:2,8 122:25
128:22,25 132:22
133:1,5,10,13,16
134:10 135:12
136:2 142:12,25
143:3,19 144:12
144:25 145:9
158:5,18,20
161:17,25 163:12
166:21 167:3,17

170:17 173:10
174:11 205:13
practice 214:16
pray 139:11 170:16
prayed 139:13
prefer 138:7
premarked 12:25
premises 74:19
Preneta 95:6 101:1
prepare 19:1,11,15
19:19 20:4,8
154:23
prepared 64:16
present 6:16 18:8
121:7 189:15,19
189:24 190:4,11
190:14 221:8
223:24 224:17
225:10,22
presented 224:13
224:14,19,20,22
225:17
prevent 11:6 30:2
previous 26:12
220:13
previously 69:16
70:25 71:7
principle 173:20
principles 174:2
prior 22:15,16,20
164:4 167:6
private 27:1 42:4
97:25 166:4
privilege 19:6
20:21 134:17
145:4 147:9,19
148:3,7 151:9,18
152:17 153:2
175:18 177:11,19
178:5,9 180:25
181:8,24 182:23
183:18,21 184:1
185:5,23 186:2,21
189:8 209:2 220:7
Privileged 229:14
problem 16:8
49:24 50:17 56:16

56:20 64:24 108:5
126:1,11 146:6
162:9 172:22
194:17,19 215:23
215:23 221:24
227:25 228:2
**problems** 56:8
193:25 194:8,12
195:4 228:4,6
**produced** 220:14
**productive** 161:20
162:2
**Professional**
216:23
**profile** 231:23
**program** 68:1
222:19,21,23
**programs** 141:21
141:23
**project** 7:17 49:23
50:8 56:15 58:23
60:12,12 61:12
62:25 64:5 68:7
68:17 77:15 80:7
80:9,12 84:17,19
86:5 95:12 114:5
138:5 156:5
162:24 163:1
167:21 168:1,6,13
170:18 211:10
229:23
**prompted** 89:14
**proper** 36:13
209:19
**propounded** 237:5
**protect** 184:7
**protected** 153:12
176:4 186:1,20
**protecting** 183:9
**provided** 14:22
**public** 62:22,24
98:2 234:3 237:19
**Puerto** 2:5,6 8:9
**pull** 116:12,13
118:23
**pulled** 121:3,4
**punish** 165:3

173:14,25
**punished** 88:12
90:10 165:2,19,21
165:22,22 173:9
173:12,16,23
174:5
**punishment** 89:6
165:20 173:22
**purpose** 141:14
**purposes** 178:24
179:15
**put** 42:25 69:13
90:9 98:24 110:15
110:15 125:8,20
125:22,23,23
126:1,2,13 138:15
138:18 146:17
165:23 166:1
177:15 178:1
192:19 209:14
210:9,21 226:15
226:18
**puts** 139:10
**pwilliams@dayp...**
5:9

---

**Q**

**qualifications**
137:10,13
**qualified** 29:3
**question** 14:4
20:11,23 21:2
44:6,17 48:2 49:2
55:12 77:8 81:20
97:5 98:12,22,24
103:3 105:7
111:25 118:17
124:20 128:1
134:19 143:14,16
145:6 147:10,21
147:22,23 148:17
151:19 152:21
164:10,15,16
181:2,14 183:1,4
183:5,6 184:13,15
184:18,24 185:18
186:15 187:3

188:4,7 191:19,22
191:24 192:3,8
193:22 207:7
214:1 219:12
225:3,8 231:2
**questioning** 180:2
**questions** 16:22,25
23:21,23 150:14
156:23 164:18
169:3 172:11
189:9 219:4,7,20
221:2,22 232:1
233:8 237:5
**quickly** 90:8
221:23
**quite** 20:10 22:10
51:1 53:17 65:17
69:7 105:4 157:16
215:1 219:23
**quoting** 165:11

---

**R**

**R** 8:1 234:1 236:1,1
**R-E-N-A-U-D** 26:5
26:5
**radio** 82:6,9,15,20
83:1,11,15,17,23
84:2,5,8,15,20,24
85:3,12,16 87:3
98:8 145:19,21
**raised** 83:14
**raising** 125:17
**re-ask** 192:7
219:22
**read** 11:23,25 12:3
12:7,17,19,23
14:8,17,20 16:21
17:9 18:2,10,23
19:14 156:13,22
157:15 164:14,16
214:19 235:3
237:3
**reading** 164:13
**ready** 18:24 20:16
21:1,6,9
**realized** 90:14
**really** 11:24 12:2,4

12:11,13 14:23
71:24 177:18
**Realtime** 2:12
234:23
**reason** 91:5 108:20
110:3,20 144:19
159:8 165:8 166:3
166:9 177:25
235:5 236:5,7,9
236:11,13,15,17
236:19,21,23
**reasons** 89:16,17
89:19 173:15
**recall** 162:21
219:24 228:15
**receipt** 235:13
**receive** 67:3,7
149:1,5,7,13
152:11 154:20
182:20 187:6,9,13
187:18 226:20,23
227:1
**received** 112:13
137:21 142:25
143:5,23 147:5,14
147:24 148:10,12
149:6,12,15 151:3
152:8 154:5,13
155:21 180:10
182:8 183:2,7
187:19,21,22,23
188:8,13,13,17,25
189:13,18 190:3,6
190:9 191:3
**receiving** 28:14
89:11 144:12
**recess** 38:22 65:2
92:4 122:2 148:21
163:20 177:5
220:20
**recognize** 16:1
213:3
**record** 8:4,15 10:6
13:10 26:14 38:21
38:23 64:24 65:1
65:3 92:3 93:3
98:22 122:1,3

148:20,22 153:3
156:19 157:1,3,5
157:7,8,11,13,20
163:16,19,21
168:19,21 174:18
174:20 175:20
176:24 177:4,6,13
177:14,15 186:7
186:10,12 191:9
191:22 209:11
216:6,6,10 218:1
219:11 220:5,19
220:21 233:10
234:10
**rectification** 96:8
96:12
**reduced** 234:9
**refer** 156:22
157:19 164:14
**referenced** 1:21
**referred** 224:25
**referring** 134:13
160:6 224:9
**regard** 179:8
**regarding** 139:13
**registered** 217:23
**regular** 38:7 77:13
**regularly** 170:19
**related** 111:23
112:7,8 213:10
234:12
**relates** 187:3
188:11
**relating** 32:24
178:25 188:1
**relation** 30:17
**relationship** 22:6
22:15 172:14,17
172:20,24 173:1
**relationships** 22:17
22:20 200:6
**relative** 234:14
**relieve** 199:24
**religion** 169:9,16
169:19,22 170:1
**religious** 169:5
**remain** 159:4

remained 71:5
remarried 31:13
remember 13:22
    14:8 15:23 16:19
    17:11,22 21:24
    22:2,9,10,18,19
    22:22,23 23:18
    24:1,4,20 25:2
    30:1 31:6,12
    32:23 33:13 35:17
    37:10 38:6,16
    40:25 44:3,12,13
    45:23 46:5,6,7,14
    46:20 47:5,8,13
    48:7,10 52:13,15
    52:22 53:3,8,9,15
    53:16,19,21 54:15
    54:18 55:1,4,23
    56:1,2,5,19,21
    57:1,17 58:15
    59:2,19 60:1,3,6
    60:18,19,23 61:4
    62:18 63:6,8,11
    63:25 64:2 65:17
    65:20 66:2 68:23
    70:18 72:24 73:2
    73:10,13 74:8,21
    76:12,13,15,19
    79:24,25 80:2,10
    80:14 81:8,10,11
    81:12 82:13 84:5
    84:11 91:19,22
    93:22,23 94:2,12
    94:13,16,25 95:4
    95:5,7,8 96:6
    97:20 99:12 102:7
    102:9 103:9,13,14
    104:3,6 105:4
    108:1 109:8,12,14
    109:17 111:6,11
    111:13 112:19,23
    112:24 114:24,25
    115:1,3,14,22
    116:7,8,18,19,21
    116:24 117:1,6,6
    117:14,16 118:3
    122:12,19,22

128:15 129:2,12
129:14,15 130:8
130:14,17,23
131:2,3,8,25
132:18 133:8,11
133:14 135:1,2,11
135:20,21,22,23
136:3,7 140:21,22
140:25 141:4,4,5
141:8 143:8,9
144:3,4 149:15
150:1,12,15,16,23
150:23,25 151:4,7
152:9 158:13
163:9,11,14
166:11 168:3,5,7
168:9,14 169:24
174:9 175:10,13
180:12,13,15,16
180:18,19,20
181:25 182:10
185:10,19 189:17
190:2 193:9 198:1
199:12 201:24
203:17,21 204:10
204:16,23 205:7,9
205:15 206:4,7,14
206:22 207:15,20
208:13,19 213:22
214:20 218:2
221:12,17,18,20
222:1,9,12,22
224:25 225:14,20
225:20,24 226:11
228:1,8 229:25
230:3,4,5,7,12,23
230:25 232:24
233:3,6
remind 197:4
remove 200:20
removes 199:22
Renaud 26:5,6 27:4
    199:8 200:22,25
render 86:6
Renel 7:24 217:6
    217:20
rent 27:3,4 218:6

218:10,13,17,20
repeat 44:17 48:2
    49:21 55:12 63:20
    66:19 67:13 69:7
    73:9 79:3 94:20
    96:21 98:12 103:3
    105:7 110:1
    118:16 124:9,19
    124:20 133:4
    134:7 143:2
    150:10 151:19
    152:18 158:1
    160:3 166:15
    181:2 187:16
    190:7 191:24
    193:20 227:10
rephrase 219:12
replace 77:4
    216:13
replacing 54:6
report 166:8 214:3
    214:8 215:17
    216:16
REPORTED 2:10
reporter 9:14
    26:16
represent 8:17,21
    8:24 9:1,3,8
    143:18 169:2
    174:24 212:19
    221:1 232:6
representatives
    102:18,23
represented 113:16
representing 9:6
    9:12
Republic 2:7 8:9
    29:24 32:16
    112:17,25
request 88:5 177:9
requests 18:6
    124:18
required 175:5
reregister 213:6
reservation 189:6
reserve 179:19
    189:10 209:7

residence 63:19
respect 139:17
    173:4 189:8
respected 173:6
respond 90:17
    128:8
response 7:14
    15:11,17 132:10
responses 16:21
    23:20
responsible 76:1
    86:4 100:21
    142:22 145:25
    192:20
rest 78:15
restate 98:22
result 67:4,8
    112:13 143:1,5
    159:6 160:1 229:5
retained 176:6,8,14
    176:16 179:3
    180:22 181:5
retaining 179:9
retains 177:20
return 156:15
    235:11
returned 70:1
    117:21
reveal 81:5,13 82:4
    83:1,18,23 86:18
    86:21,24 87:6
    91:14 98:16 99:1
    99:22 183:22
    184:2
revealing 82:7
    183:12 184:16
    185:6
review 1:23 220:7,7
reviewing 164:9
revisit 219:11
RHODES 1:10
right 10:14,21
    14:16,19 24:9
    25:10 31:22 35:22
    37:5 40:24 42:1,4
    42:8 44:4 46:17
    48:4,8 49:7 59:18

59:20 65:8 70:6
70:10 71:3 82:14
86:25 93:11 98:3
105:3 107:17
117:4,4,12 118:5
118:24 122:8
124:4 127:17
136:5 154:9,17
162:3 163:3
174:10 204:25
215:8 229:1
231:10
rights 179:19
    183:10 184:7
RMR 2:11 234:3
    234:23
Robinson 4:14
    76:17,20 118:11
    119:5 120:2,7,13
    120:18,22 121:8
    121:13,16 122:7
    164:20,22 165:4,9
Robinson's 121:14
    122:14
role 102:24
romantic 22:20
Romere 53:14
room 18:9 40:13
    42:22 43:3 57:14
    58:6 74:3,6 79:18
    93:19 94:9,11,22
    127:8
rooms 40:5,7,9,15
    40:16 42:20
Rosenberg 3:20 7:5
    8:20,20 168:23
    169:2 171:7,14
    173:7 174:14
rotated 54:5
rough 161:1
Rue 50:13,15 51:21
    52:4,14,17,21
    53:5,10 54:10,17
    54:20,25 55:3,6
    55:10,11,16,19,22
    55:24 56:4,9
    60:10 95:9,10,11

Confidential - Subject to Further Confidentiality Review

232:9,22
**ruined** 198:15
**rumors** 67:11
**runaway** 82:16
**running** 153:10
176:3 229:18
**Russell** 168:10

**S**

**S** 4:13 7:11 8:1
**S-A-I-N-C-I-A-N**
202:6
**S-A-I-N-C-I-R-I-N**
202:11 231:19
**S.J** 1:7 3:19
**Sacred** 55:17
170:23
**sad** 123:18 159:5
159:10,12 160:9
160:13 200:4,16
**sadder** 159:13,15
**sadness** 159:5
200:20
**Saincirin** 1:23 2:1
7:3 8:13,23 9:10
9:23 10:7 11:20
13:1,7,11,13 15:7
15:9,19 21:14
25:17 39:1 93:6
122:6 148:25
156:3,10 163:24
168:24 174:23
175:2,8,14 176:9
176:16 179:3,25
180:14,17 181:13
182:3 183:19,25
185:1 186:19
187:6,9,13 188:5
189:13 190:24,24
191:2,7,8,13
192:10 193:11
196:2 197:5
198:16 201:14,16
202:4,13 204:5
205:2,23 206:3,6
207:6,16,21 209:9
209:24 210:1,22

211:1,7 212:2,12
212:14,22 213:11
213:15 216:12
217:1,4 218:5
219:3 220:17,24
231:19,23 237:8
**Saint** 7:14,23 15:10
15:16 115:11
212:15
**Saint-Esprit** 7:22
107:5,11 213:1,12
213:19 216:23
**Santo** 23:15,16,17
23:19,24 24:6,8
24:12,16,22 25:3
25:9,23 26:1,19
26:21,24,25 27:21
28:2,5,8,20,24
29:6 32:5 34:3,6
82:23 107:8 111:9
111:11,20 116:4
135:16,21 136:5,9
136:12,18 137:25
138:7,9,11,23
139:2 140:19,23
141:11 160:20,24
161:4 170:6 196:6
196:10 198:20,23
199:1
**Saturday** 152:24
197:10
**saved** 155:17
**saw** 24:2 60:22
61:12,19 68:5
78:4 88:24 90:13
101:11,16 151:24
168:3 171:18
**saying** 85:4 88:7
93:8 94:13 96:8,9
96:13,17 117:5
121:1 130:3
131:22 156:14
158:5,10 188:16
228:1
**says** 40:23 167:23
210:15 211:18,22
212:8 218:20

**scholarship** 217:16
217:21
**school** 31:10 45:15
46:9 47:9,13,19
47:22,23 48:23
49:1,7,8 50:9 64:1
64:3,22 67:10,14
67:18 68:2,15
69:4,10,11,13,15
69:19 70:4,8,14
70:17,23 71:3,6,6
71:10,21 72:15,18
73:4,6,11 74:16
74:19,24 75:1,5,6
75:7 76:6,8,23
77:5,6,12,13
80:19 88:10
104:13,15 105:10
106:1,6,10,13
107:1,3,7 114:9
116:20,25 117:3,9
117:19 142:9
162:8 172:21
198:13,14 211:15
212:9 216:15,20
217:14,18 227:24
**schooling** 70:12
106:15 128:24
161:8,15,18,23
162:2,15 211:23
**schools** 44:15 72:19
72:25
**Schoubert** 230:2,3
230:5
**Schultheis** 222:1
**scope** 178:6
**seal** 234:18
**search** 28:25
119:16 120:16
**searched** 116:10
118:5,10,14
119:14 120:3,5,11
120:12,13,24
122:17
**searching** 116:11
120:19,23 121:13
121:17

**season** 180:19
**second** 37:7 47:5,6
47:25 48:8,12
49:20 63:13,14
64:24 69:11,12
80:18 123:4,5
131:19 152:7,9,11
161:11 176:20
186:6 189:18
214:16 216:17,18
216:22 226:13
**secret** 81:6 98:10
98:17 100:11,13
**see** 13:7 14:9 24:12
24:13 29:3,4
38:15 45:15 53:1
54:19,24 57:22
60:15 61:2,10,15
61:20,21,25 78:2
78:16,20 79:5
82:19,21,22,24
83:2,3,5 95:18
101:9,12 103:2,4
103:7 122:13
123:6 124:6,11
125:9,16 126:13
129:3,6,10 131:5
142:6,14 144:17
146:8,9 162:10
164:19 165:13
166:5,7 167:20
192:18 193:9
205:16 211:11
216:21 218:2
227:25 228:4
**seeing** 13:22 15:23
89:13 129:14
168:8
**seen** 13:12 24:5
131:7 167:19
230:10
**semester** 214:14,16
**send** 45:15 46:8
**sends** 137:17
**sense** 173:2
**sensitive** 88:3,13,15
90:8,15

**sent** 127:20 142:4
212:9
**separate** 23:8
138:22 182:5
**separated** 33:10,12
**September** 18:18
164:4 167:7
197:25
**serious** 82:17,18
83:7 85:6 145:18
146:16
**SESSION** 93:1
**set** 7:15 15:12,18
228:19 234:18
**setting** 103:17
**settle** 27:22
**seven** 1:14 229:18
**seventh** 104:20
105:8,10,12,13
**sew** 210:14
**sewing** 104:25
**sex** 108:3 109:2,7
109:10,24 110:5
123:11,18 172:10
172:15
**sexual** 133:9,13
136:1
**sexually** 85:12 94:5
94:10,18,23 95:24
96:2 133:6,17
164:3
**sheet** 235:6,9,12
237:6
**shoes** 110:22
**shorts** 126:6,8
226:16
**show** 52:24 54:7
121:8 125:1,2,3
125:18 156:11
162:11 210:7
211:5 212:18
213:16 214:18
217:9
**showed** 121:4
123:19 124:14
126:4,21 208:4
209:12

Confidential - Subject to Further Confidentiality Review

shower 52:23
showing 53:25
   126:10
shows 211:10
Sibert 17:16 18:1,9
   84:9 140:13,15,18
   141:6,10,14,16
   142:2,7,12,15
   144:6,11,18,24
   145:8,11 146:21
   147:6,15,24 149:2
   149:5,13 151:3,5
   151:11,21 152:1,8
   152:14,23 153:5,7
   153:8,13,25 154:6
   175:15 176:9,12
   176:17 178:23
   179:14 180:5
   182:3,4,9,11,21
   184:17 185:1,8,13
   187:24 188:9
   189:1,14,15,19,20
   189:25 190:4,5,10
   190:11,13,15,18
   191:1,4 192:11,15
   192:18,24 193:5
   205:16,20 206:17
   228:17
Sibert's 144:21
siblings 39:24 40:8
   41:18
sick 50:22,24,25
   124:14 126:12,12
sickle 29:2 89:5
   159:7 160:24,25
   198:10 201:2
sickles 201:3,4
side 41:13 43:1,4
   44:23 68:13
   210:21
sign 156:14 157:24
   158:9 226:7 235:8
signal 79:13,14
signature 16:14
   150:24 151:1
signed 16:20 17:2
   17:10 18:2,4,7,11

88:19 150:7,13,19
   151:1,2 158:5,20
significant 21:16
signified 127:9
signing 158:13
Simmons 3:13 9:12
simply 18:15 98:22
   109:17 128:9
   129:15 150:2
   187:22 188:12,17
   196:14 211:16
simultaneously
   64:15,18
sir 10:5 25:15 30:4
   65:6 168:16 221:9
   221:21 222:1,10
   222:14,18,21,24
   223:1,3,4,9,11,15
   223:17,20,23
   224:1,5,9,13,15
   224:16,23 225:7
   225:13,25 226:2,8
   226:10,12,15,17
   226:20,24 227:2,5
   227:8,19,23 228:1
   228:5,7,11,14,16
   228:22 229:2,16
   229:21,24 230:6
   230:11,15,20
   231:1,6,11,14,20
   232:1,1
sister 34:18 35:19
   35:21 36:1 37:2,8
   37:14 38:2
sisters 33:14
sit 199:23
site 75:14,16
sitting 120:10
situation 28:9 52:2
   56:9 85:2 86:15
   97:1 99:3 110:16
   123:9,10 124:3
   137:24 139:14,18
   159:12 160:13
six 1:14 23:25
   40:23 44:4
sixth 3:6 7:21 64:10

64:19 77:1 104:7
   107:14,16,17
   116:23 211:2,9,22
   212:3 213:7
slammed 127:19
   129:9
slapped 130:24
   131:9,23
slaps 130:2
sleep 39:21 40:8,11
   43:1,6 57:11,12
   58:3,8 63:3 67:19
   69:3 72:1,8 74:2
   94:1,14 130:4
   132:2,5,6,15,19
sleeping 58:4 60:13
   72:7 73:22 79:9
   79:10,18 93:9
slept 40:16 72:5
slip 212:20
SLOANE 6:6
slowly 79:3
small 10:22 35:1
   39:16 41:8
soccer 77:21
social 220:12
society 1:9 6:3 8:24
   52:12 161:20
   162:3 174:24
   175:9
somebody 52:11
   54:23 85:19
   165:21 214:3,7
sorry 14:6 20:7
   27:13 51:4 53:16
   54:15 55:12 79:2
   87:22 103:3
   111:24 112:6
   113:7 118:8
   121:19 124:18
   150:2 151:23
   182:14,25 186:24
   226:13 231:1
sort 43:11 75:15
   77:2 123:21 159:2
sorts 53:4 127:20
   137:7,12,18 140:7

sought 193:11
sound 46:17 79:13
SOVEREIGN 1:9
space 235:6
speak 11:19,21
   12:5 20:25 21:4
   50:1 55:5 56:13
   56:15 62:3,6,7,8
   62:13 78:17,18
   79:7 82:19 87:20
   89:2 103:15,20
   133:24 141:3
   167:18 172:17
   193:8 222:14
   230:16,21
speaking 11:17
   65:23,24 78:14
   82:15 96:22 98:19
   101:22 102:5,20
   194:15
specific 78:7
   139:10 141:13
   169:9,10 170:1,8
   170:10 203:12
   220:10
spell 202:5 204:13
   231:17
spelling 26:10
   202:8
spellings 26:7,8,13
   26:15
spend 63:4 78:13
   138:25 196:2,4,8
   198:25 199:18
   200:18
spending 70:12
spent 48:16 104:20
   107:13 138:14
   155:16,23
split 27:4 58:11
spoke 38:4 50:2
   51:2,4,7 65:15,21
   80:6,11 87:13
   88:17 96:25 104:1
   128:4 135:3,9
   148:25 152:24
   227:8

spoken 50:23 62:2
   62:4 65:18 66:3
   84:1 95:16 96:23
   97:3,15 167:22
sponsored 63:16
sponsoring 50:11
   102:16 162:24,25
Sports 211:21
spot 178:1
spread 119:14
squeeze 130:1,18
   130:21 131:6
squeezed 131:12,14
   131:16
squeezing 130:15
   131:21
St 1:3,3,10 7:19
   8:10 9:9 23:14,15
   49:4,5,6,10,11,13
   60:11 63:7,10,12
   63:16,18,21 64:1
   64:4 67:25 69:11
   69:19 70:4 71:11
   71:19 72:15,20
   76:7 115:6,8,25
   116:3,25 117:2,10
   117:19,22 123:6
   128:19,21,24
   210:2,19
stable 29:12
staff 70:18 73:10
   73:23,25 74:2
   91:9 101:4 118:9
   165:13,15,17
   166:10 167:12
Stamford 5:7
stand 126:2,14
   187:1
standing 82:13
   189:6
stands 214:21
stapled 212:21
   217:2
start 13:18 22:7
   87:10 89:9,12,14
   89:20 91:7 128:25
started 31:9 44:15

Confidential - Subject to Further Confidentiality Review

44:20 47:2 50:15
55:18 63:7 67:10
67:14 69:1 82:6
117:11 125:19
**starting** 89:17
**starts** 15:19
**starving** 30:3
**state** 3:6 10:6 234:3
235:5
**statement** 157:24
158:4,10,13,19
**States** 1:1 8:11
134:5,9,25 135:13
135:18 143:20
149:25
**stating** 190:21
**station** 83:11,23
84:2,5,8 87:3 98:9
145:19,21
**status** 125:5
**stay** 28:19 36:5
47:6 50:4,6,7
51:10 56:23,24,25
58:6,20,24 59:24
73:17 138:17
139:2 170:9
196:15 197:3
**stayed** 48:7 50:4
51:11 57:7,13
65:7 74:12,13
**staying** 57:16,20
58:14,22 72:4,8
73:3,7 74:9,15,18
75:11
**steal** 137:16
**stickers** 209:14,15
**stickies** 209:16
**stipulations** 220:9
**stood** 126:16
**stop** 114:22
**stopped** 82:8 83:10
216:2
**stopping** 198:3
**story** 110:7,13,14
**strange** 160:9
**street** 3:6,22 4:6,15
5:13 50:13 51:15

51:16,23 52:7
60:9,14,21 61:3
61:11 138:5
**streets** 52:1 136:15
189:21 196:22
197:1 198:3
200:23
**stress** 194:22,22,24
199:23,25
**stressing** 194:25
**strike** 51:4 89:12
90:4 95:1 118:8
226:13
**strip** 116:14
**structured** 68:2
**student** 10:14,17
46:23 47:2 48:11
52:16 56:9 114:13
116:16 122:24
132:22 133:1,5
213:6 232:12
233:1
**students** 68:9 73:21
77:2 79:10 101:25
103:11 142:12,24
143:3,19 144:12
**studied** 78:1
**study** 78:1
**stuff** 201:6
**subject** 1:23 53:19
146:1 214:14
229:10
**subjected** 99:5,7
110:14
**subjects** 214:11
215:3,4
**Subscribed** 237:15
**subsequently**
145:20
**substance** 237:5
**substitute** 77:3
**suffer** 89:18 194:18
**suffered** 96:9
122:24 133:3,10
136:2 158:24
159:14
**suffering** 89:18

159:4
**Suite** 6:7
**support** 43:15
**supporting** 157:25
**supposed** 77:25
217:14
**sure** 26:10 38:19
44:7,9,18 86:19
91:18 97:10
163:17 164:6
178:2 183:19,24
193:23 202:8
227:11,11
**suspect** 94:18
**suspend** 220:2
**suspension** 220:6
**suspicions** 94:23
**swear** 9:15 10:1,1
10:20
**switches** 15:21
**sworn** 9:19,24
10:19 234:7
237:15
**system** 201:20
**Systems** 2:12
234:23

---

**T**

**T** 7:11 234:1,1
236:1
**T-A-N-E-T** 21:21
**T-I-D-O-U** 103:25
**T-I-R-E-O** 25:6
**take** 14:3,4,13
38:17 52:23 62:9
62:22 64:11 79:17
79:21 80:5 93:10
93:18 94:9,21
104:8 119:16
121:22,23 124:10
148:14,18 178:22
179:20 184:7
186:4 197:19
207:25 209:9
210:8 211:6
212:19
**taken** 11:9,11

17:17 38:22 64:22
65:2 88:11 92:5
94:4 109:18 122:2
148:21 163:20
165:5 177:5
220:20
**takes** 218:20
**talk** 49:3 57:15
87:13 93:20 95:20
134:5,8 135:18
142:20 145:15
146:11 152:25
186:8 199:23,25
200:3
**talked** 50:2 93:22
114:18 115:15
152:22 153:24
162:17 165:1
170:25 172:8
**talking** 35:22,23
56:2,7 83:12
99:25 123:15
136:7 150:13
190:22 200:4
224:11
**Tanet** 21:21,23
22:3,6,11,16,21
23:1,3 24:2,5,12
**tasks** 73:23,24
**taught** 53:6,20
**teach** 53:7 54:2
76:24 77:1
**teacher** 53:25 77:3
77:3
**teachers** 56:11
**teachers'** 53:9
63:25 76:10
**teaching** 54:3,4
**tearing** 126:19
**technical** 64:24
216:20
**Technologies** 8:5
**technology** 214:20
**tell** 10:25 13:15
14:23 30:19 56:11
56:16 76:14 80:4
86:10 90:11 95:23

96:1 97:21 109:15
110:17 119:22
132:23 133:2,6
134:24 135:13
142:1,5,18 143:18
144:24 145:9,14
145:18 146:2
151:15 162:22
163:12 175:5,14
180:21 181:4,18
196:5 210:10
211:7,18 213:25
214:10 217:12
221:6
**telling** 108:21
183:17
**temporal** 183:6
184:12
**ten** 168:5
**tend** 99:15
**term** 173:1
**terms** 29:14 37:6
137:17 165:20
**test** 64:11
**testified** 9:25 83:9
86:23 134:11,12
136:4 180:4 191:3
192:17 224:15,16
**testify** 48:9 134:14
146:4 234:7
**testifying** 11:6 65:6
**testimony** 9:20
14:16 19:2 20:3
20:16 42:6 48:6
59:18 63:15 81:25
84:16,20,24,25
85:1,2,3,17 98:7
98:14,25 124:9
127:17,21 142:16
150:18,21 163:3
191:15 234:10
**Thank** 14:14 15:6
18:20,22 21:12
25:15 154:3
157:21 168:16,17
174:15,16 182:2
191:16,20 210:8

211:12,25 212:11
213:16 214:19
216:25 217:11
219:9 220:16,17
221:25 231:25
232:2,3 233:7
**Thanks** 179:23
**thing** 78:7 85:10
  89:23 124:4
  158:12 161:1
  171:13 195:25
  219:15
**things** 22:22 53:4,8
  54:1 68:23 81:4
  85:8 99:11 110:23
  115:22 120:25
  127:5 130:5
  131:12 135:22
  152:6 162:18
  173:16 195:1
  197:17 227:4
**think** 31:4 71:8
  96:23 109:22
  110:3,9,10,11
  130:12 133:16,20
  148:5 161:19,21
  162:13 164:22
  165:9,17 166:10
  166:12 167:5
  171:20 178:5
  191:14 211:17
  215:5,6 217:10
  219:19
**thinking** 110:20
  127:15,16
**third** 35:18 36:1
  37:6 63:13,14
  129:23 190:3,6,9
**thirty** 235:13
**thought** 126:23
  133:19 192:18
**thoughts** 126:25
**three** 1:13 6:7
  33:14 66:11 72:10
  74:10 103:22
  155:20 180:5
  182:4,9 203:19

**threw** 107:23 108:6
  110:21
**throat** 194:17,20
**throw** 110:12
**throwing** 109:16
**thrown** 107:22,25
  108:2,14,16,23,24
  109:10,20,23
  110:4
**Thursday** 1:24
**Tidou** 103:24 104:1
**time** 8:7 22:23 24:2
  24:11,22 33:2,4
  37:21 38:4,21,24
  39:18 43:8,19
  46:22 47:5,23,25
  48:8,12 49:20
  50:24 51:1,2,3,5,7
  51:25 52:14 55:6
  55:8,13 56:6 57:2
  57:7,8,19 61:11
  63:2 64:18 65:1,4
  65:7,15 67:23
  68:19,20,24 69:14
  69:19 70:2,16
  72:17 75:11 78:14
  80:6,7,21 81:21
  81:23 83:3,22
  84:6,6,12,19
  85:17 91:12,19
  92:3 93:4,13
  94:17,21 98:1,15
  100:16 105:5
  107:21 109:4
  112:23 113:14
  115:10 116:5,7
  117:14 120:4
  122:1,4 123:15
  128:3,16,24 129:2
  129:4,17,24
  130:11,19 131:23
  133:15 138:25
  140:17,24 141:6,9
  144:6,9 145:8,12
  145:23 146:12
  148:9,10,11,13,20
  148:23 149:12

150:5,6 152:1,4,7
  152:9,12,22 154:2
  157:8,12 163:19
  163:22 164:3
  168:19,22 169:25
  170:9 172:12
  173:8 174:18,21
  175:16 177:4,7
  178:6,13 179:21
  181:14 182:8
  184:6 186:10,13
  187:7,11 189:18
  190:3,6,9,13,22
  191:4,6 192:23
  193:20 195:12
  196:8,17,24 199:1
  199:18 201:3,5
  202:25 204:2
  205:17,20 210:12
  214:19 216:6,10
  220:19,22 226:13
  232:2,8,11,15,21
  232:25 233:4,11
**times** 25:1 38:14
  55:1 60:22,23
  61:21,23 62:4,17
  62:18 78:22
  101:12,14,15
  103:7,9 130:6,13
  130:16,22 132:18
  138:22 168:3,7
  170:14 173:23,24
  190:17 192:11,14
  197:2,24 203:6,7
  203:20 225:13
  228:11,13,15
**tired** 81:3
**Tireo** 25:4
**title** 225:21
**titles** 97:9
**today** 10:25 11:7,9
  11:11,14 18:24
  20:17 93:8 98:7
  98:14 106:4
  108:22 136:4
  150:12,19 162:17
  193:12 198:18

207:22,23 217:2
  219:4 221:22
  227:8,13,23
**today's** 8:6 19:2,11
  19:15,20 20:4
  21:1,6,10 155:3
**told** 56:20 66:6
  100:10 102:19,22
  115:19 120:2
  129:21 131:19
  133:9,12 134:21
  135:25 142:3,11
  145:24 146:3,8,13
  146:21,22 147:3
  154:16,18 163:9
  192:10,14 198:8
  219:7 227:13
**tool** 197:20
**top** 13:7 211:19
**topic** 229:9
**total** 29:25
**touch** 65:13 66:14
  146:17 192:19
  226:16 228:14
**touched** 123:12,12
  226:12
**Toussaint** 7:18
  48:24 49:1 64:6
  69:14 77:16
  102:16 117:8,11
  156:6 211:10
  212:7,8,9
**town** 23:5,11,12
  36:6 44:24,25
  47:21,22 77:23
  78:11
**training** 28:19
**transcript** 235:14
  235:15
**transcription** 237:4
**transfer** 185:25
  186:18,24
**transferred** 76:7
**translate** 9:19
  14:24 62:10
**translated** 9:20
  15:2 156:12

**translation** 14:22
  211:22,24
**transport** 62:25
  71:10
**transportation**
  62:23,24 71:14
  155:6,24
**travel** 27:21 140:9
**treatment** 99:7
**treatments** 99:5
**Trial** 7:13 13:2
**tried** 51:23 109:1,6
  109:9,23 110:5,23
  120:25 123:10
  137:5 172:9,15
  193:25 219:5
**trimester** 215:6
**trip** 135:13,18
**trouble** 173:10
**troubles** 193:13
**true** 218:21 234:10
**Trumbull** 4:15
  5:13
**trust** 172:1 200:9
  200:11,12,12,14
  227:8,13,16,17,18
  227:21
**trusted** 227:15
**trustworthy** 86:19
**truth** 10:25 175:5
  234:7
**truthful** 17:4,7
**truthfully** 11:6
  115:14
**try** 77:10,20 123:18
  132:12 137:16
  143:15 197:10,14
  197:16,22 200:2
  228:13
**trying** 108:3
  178:15 229:2
**tuition** 48:19
  105:19 106:9,12
  106:23
**turn** 217:10
**turned** 120:24
**turning** 16:6

Confidential - Subject to Further Confidentiality Review

**Twenty** 3:22
**Twitter** 207:13
**two** 1:13 7:17 29:23
    40:7,16 42:23,24
    46:16,18 48:16
    53:16 58:12 63:11
    64:14 104:20
    120:8 131:11
    138:22 146:11
    149:11 154:9,15
    154:16,17 155:22
    156:4 176:24
    177:13 194:18
    212:20
**two-page** 217:2
**type** 43:13 98:23
    173:18 177:25
    178:11 201:9
**types** 173:16 178:3
    197:17
**typewriting** 234:9
**typical** 52:20 68:14
    68:19 71:9 77:6

**U**

**U.S.A** 1:11,12 4:12
**un** 110:15
**unable** 136:24
**uncle** 45:16 46:8,12
    46:22
**uncle's** 45:12,14
    48:3
**uncomfortable**
    110:16 138:6
**understand** 11:21
    16:24 17:3 18:25
    20:11 24:7 62:12
    69:7 81:20 89:2
    96:20 97:1,2
    98:18,20 127:14
    143:14 156:12,21
    158:2 160:4
    172:25 175:2,6
    176:23 178:2
    179:5 180:22
    181:5,16,19
    183:25 184:5

189:11 193:21
    194:23 219:5,6
    221:3 229:2
    231:22
**understanding**
    11:16
**understood** 219:3
**unemployed**
    198:23
**unemployment**
    198:20
**Unfortunately**
    156:10
**United** 1:1 8:11
    134:5,9,25 135:13
    135:18 143:20
    149:25
**universities** 102:15
    162:23
**University** 1:8 5:3
    8:18 102:11,14
    143:21 162:18,22
    163:5,10,13
**untrue** 83:16
**unwell** 171:21
**uprising** 89:10,12
    89:14,20 91:8,9
**use** 29:1 89:5 99:16
    160:24,25 201:3,4
    202:1,20,23 207:9
**useful** 161:20
**usually** 12:19
    196:17

**V**

**v** 1:6
**V-I-V-A** 204:14
**vacation** 123:6
    128:18,21
**value** 218:11
**various** 214:11
**vehicles** 71:15
**verbalize** 126:25
**verification** 16:15
**version** 15:21
    156:12 165:12,14
**versus** 8:10

**victim** 144:20
    146:1,14,22
    195:21
**victims** 96:24
    133:21
**video** 8:8 216:13
**videographer** 6:12
    8:3,5 9:14 38:20
    38:23 64:25 65:3
    92:2 93:3 121:25
    122:3 148:19,22
    157:2,6,11 163:18
    163:21 168:18,21
    174:17,20 177:3,6
    186:9,12 216:5,9
    220:18,21 233:9
**videos** 19:17,18,19
    20:14 21:9
**VIDEOTAPED**
    1:23 2:1
**view** 148:7
**village** 48:25 49:14
    50:3 61:13,16,18
    64:5,8 66:12
    67:11,15,19,21,25
    68:9,11,15 69:1,9
    69:10,13,24 70:3
    70:7,11,13,14,17
    70:24,24 71:1,4,5
    71:7,7,10,19,22
    73:3,4,6,11 74:3,9
    74:16,19,24 75:5
    75:7,8 76:6,8,11
    76:21 77:7,13
    78:3,5,9,10,14,21
    78:24 81:21,23
    82:5,25 83:19,21
    86:20 87:6,12
    93:9 94:9 95:3,18
    95:21 97:13 101:4
    101:7,10,13,19,22
    101:25 102:11,17
    103:3,5,8 104:8
    105:6,9 107:15,18
    107:20 108:14,17
    109:11,16 110:4
    114:10,12 116:16

116:20 117:3
    130:1 131:6,8
    132:14 166:20
    170:18 226:9,21
    226:24 227:2
    230:11 232:12,14
    232:15,17,18
    233:1,4
**Vincent** 7:19
    104:16,16,19,22
    105:2,14,17,20,23
    210:3,13,19
**violate** 20:20 145:3
    147:18 148:2,6
    183:17 184:1
**violating** 183:20
**violation** 147:9
**violative** 19:5
**visa** 138:8
**visit** 24:14,16,19
    60:16 101:7 203:5
    203:8,14,19
**visited** 168:13
**visitors** 60:20
**Viva** 204:12,13
    205:2
**vocational** 107:3
    216:20
**voice** 125:17

**W**

**W** 4:4 5:11
**Wadson** 166:23,24
    167:1
**wages** 43:15
**wait** 19:25 128:10
**walk** 198:2
**walked** 138:13
**walking** 129:10,25
    138:14
**wall** 98:25
**walls** 82:1,4
**WALSH** 6:6
**WANAT** 4:5
**want** 14:13 38:17
    52:9 69:6 79:3
    85:16,21 86:18

89:12 90:25 91:2
    91:3,8,23 98:9
    99:1 100:5,8
    108:4 121:22
    123:13 124:7,8,11
    124:13 125:14
    127:6 132:6,8,8
    132:19 134:22
    138:16 142:14
    144:21 157:1
    162:7 176:4,21,24
    179:12 181:14
    183:7 186:4 196:1
    208:8 219:22
**wanted** 46:10 52:11
    52:11 70:25 78:16
    81:4,5 82:21
    85:18,19,22 86:2
    89:9,20,22 91:7
    96:7,11 98:2,16
    98:16 99:2 100:2
    100:16,18 124:10
    125:4 142:3 146:3
    156:11,15 157:19
    164:14
**wanting** 91:6
**washing** 173:21
**wasn't** 18:9 28:18
    31:15 45:13 48:9
    52:10 54:22 57:1
    60:10,12 69:10
    76:4 84:25 89:15
    89:22 90:20 99:4
    125:22 127:4
    137:6 141:15
    174:6 206:14
    213:7 215:21
    217:16
**watch** 19:17 73:7
**water** 125:25
**way** 50:6 68:1,12
    83:16 96:10,22
    98:18,19 107:21
    134:19 137:17
    143:13 154:24
    158:2 160:4
    162:24 163:1

Confidential - Subject to Further Confidentiality Review

171:22 172:25
183:24 217:11
224:6,21
**ways** 207:18
**we'll** 180:1 186:7
213:9
**we're** 68:16 112:8
157:2 175:19
193:4 207:25
209:9,14,15,17
216:9 218:10
219:10 229:18
**we've** 179:7 184:14
209:16,25 210:23
217:3
**week** 29:10 57:2,2
170:15 173:22
197:8 203:7,9,15
203:20,20
**weeks** 203:9,11
**went** 42:18 45:14
46:16 47:11,21,22
47:22 50:1,9 51:6
52:14 56:15 58:18
67:18 68:20 71:3
82:6,9 83:1,15
94:1 98:8 107:8
108:8 111:9,11,20
112:16 113:23
116:4 123:6 126:2
126:14 127:23
128:13 129:3,16
138:13 141:3,11
144:17 146:13
150:7 170:19
192:17 193:5
205:16 222:18
**weren't** 18:3 52:6
90:18,19 227:4
**whereof** 234:17
**white** 28:22 54:8,12
54:13,14,16 60:15
95:3 166:19
167:16 168:12
222:7
**WILLIAMS** 5:4
**willing** 139:7

140:12 142:22
**Willy** 83:25 84:3,20
84:21
**Wilnik** 82:10,16
84:21,22 85:11
87:2
**win** 228:16 229:3
**wish** 62:11
**Wismond** 79:23
80:1
**witness** 9:16 25:14
69:7 81:15,22
88:7 153:6 164:9
175:21 176:2,13
178:17 191:24
234:17 235:1
**witness's** 26:14
**woman** 35:2
**wondering** 20:13
110:19 128:3
134:21 141:8
224:18
**word** 23:9 169:13
171:10,12 224:24
**words** 11:22 127:11
128:5 173:1
225:15,16
**work** 28:20,21,22
28:25 29:2,8,11
29:14,16,19 30:21
32:19 34:10,16
35:5 36:21 43:11
43:13 75:15,20,24
136:5,9,18,20,24
137:4,11 138:8
156:16 161:4
167:3 196:21,25
197:8,10,11,12,13
197:14,16,21,21
198:3,5,8,17
200:25 201:2,4
214:5
**worked** 30:1 32:20
54:15,17 70:18
73:11 75:13,13
78:7 84:9 95:3
97:12 137:20

166:13,19 197:24
**working** 29:5,23
32:6 43:8,13,18
54:22 75:21 83:13
83:14 136:12
196:14 201:10
204:18 226:5
**workshop** 214:23
**wouldn't** 110:24
161:4
**wounded** 200:21,21
**write** 12:10,12,15
16:12,17 52:24
53:6 54:1,4 81:2
81:18 166:3 202:7
**writing** 12:9 25:12
83:22 91:21
**written** 16:9 25:6
68:5 80:22 82:1,3
88:22,23 89:8
90:14 211:20,24
213:23,23 218:3
**wrote** 15:5 25:8
80:24 81:3,16,16
86:23 96:4 97:19
98:1,8,15 99:22
99:23,24 100:16
100:18 133:15

**X**

**X** 7:11
**Xia** 3:4 9:5,5

**Y**

**yard** 88:13 89:6
118:1 119:7,9,12
119:13,17,23
129:8
**year** 22:1 31:12
38:14 63:14,14
64:10,10,13,19
69:12,13 77:2
80:10,12,13,15
106:18 107:13,16
107:18 117:1,7,9
117:11 140:21
168:5 180:13

211:9,22 212:3
213:7,20 216:14
216:17,18,22
217:24 219:2
**years** 40:23 44:4
46:16,18 48:16
104:20,21 131:4
131:18,20 162:10
169:24 179:8
194:18 205:8
216:19
**yesterday** 220:4,5
**York** 3:15,15
**young** 41:1 44:8
46:19
**younger** 33:22
36:25
**Youth** 211:21

**Z**

**Z-E-P-H-Y-R-E-N**
31:3
**Zephirin** 31:2,2

**0**

**02108** 3:23 6:8
**02109** 3:7
**06103** 4:16 5:14
**06405** 4:7
**06901** 5:7

**1**

**1** 1:24 7:13 8:6
12:25 13:2 72:11
**1,000** 218:15
**1:46** 93:4
**10** 7:4
**10/31/2017** 234:24
**10:13** 38:21
**10:29** 38:24
**100** 3:6 149:14,16
150:6 151:3,6,11
151:25 152:3,13
154:19,21,25
155:8 182:4,8
190:9
**10016** 3:15

**1035** 7:18 156:7
**11:24** 65:1
**11:37** 65:4
**112** 3:14
**12:37** 92:3
**13** 7:13 50:13,13,15
51:21 52:4,14,17
52:21 53:5,10
54:10,17,20,25
55:3,6,10,11,19
55:22 56:9 60:10
95:9,10,11 232:9
232:22
**13th** 60:8,14,20
61:3,11
**15** 7:15 29:13 55:24
56:4 164:4 167:7
**156** 7:18
**168** 7:5
**174** 7:6
**183** 192:4
**1986** 11:4
**1st** 233:10 234:5

**2**

**2** 7:14 15:8,10
40:22 46:15 72:12
74:14,15 128:17
129:10,14 150:13
150:24
**2,500** 218:20
**2:45** 122:1
**20** 16:17 149:10
152:13 182:16
183:7 185:2,12
190:14 192:2
237:16
**200** 76:3 149:8,9
**2006** 105:2 210:14
**2007** 210:14
**2008** 80:16 105:3
**2009** 164:4 167:7
**2010** 22:8 111:15
141:2 213:20
216:16
**2011** 213:20 216:16
**2014** 18:18

Confidential – Subject to Further Confidentiality Review

**2015** 1:24 8:6 234:5
234:19
**203-315-7000** 4:8
**210** 7:20
**211** 7:21
**212** 7:23
**212-784-6400** 3:16
**213** 7:22
**217** 7:24
**22** 11:4
**220** 7:7
**232** 7:8
**24** 164:1,8,17
**242** 5:13
**25** 7:16 204:1,4
**250** 29:18 76:4
**280** 4:15
**29** 160:11 162:10

**3**

**3** 7:16 25:16,18
55:16,17 72:12
**3:01** 122:4
**3:13-cv-01132(R...**
1:2
**3:13-cv-1225-RNC**
1:4
**3:13-cv-1269-RNC**
1:4
**3:13-cv-1437-RNC**
1:5
**3:13-cv-1480-RNC**
1:5
**3:13-cv-1626-RNC**
1:6
**3:13-cv-1627-RNC**
1:6
**3:13-cv-1628-RNC**
1:7
**3:13-cv-1629-RNC**
1:7
**3:13-cv-1630-RNC**
1:8
**3:13-cv-1631-RNC**
1:8
**3:13-cv-1632-RNC**
1:9

**3:13-cv-1633-RNC**
1:9
**3:13-cv-1634-RNC**
1:10
**3:13-cv-1635-RNC**
1:10
**3:13-cv-1636-RNC**
1:11
**3:13-cv-1637-RNC**
1:11
**3:13-cv-1638-RNC**
1:12
**3:13-cv-1639-RNC**
1:12
**3:13-cv-1640-RNC**
1:13
**3:13-cv-1641-RNC**
1:13
**3:13-cv-1642-RNC**
1:14
**3:13-cv-1644-RNC**
1:14
**3:13-cv-1645-RNC**
1:15
**3:13-cv-1647-RNC**
1:15
**3:13-cv-1648-RNC**
1:16
**3:13-cv-1701-RNC**
1:16
**3:13-cv-1767-RNC**
1:17
**3:13-cv-1768-RNC**
1:17
**3:13-cv-1769-RNC**
1:18
**3:13-cv-1881-RNC**
1:18
**3:13-cv-1904-RNC**
1:19
**3:13-cv-1906-RNC**
1:19
**3:13-cv-1907-RNC**
1:20
**3:54** 148:20
**30** 235:13
**300** 29:17 218:14

**4**

**4** 7:17 156:2,4
157:14
**4:11** 148:23
**4:25** 157:9
**4:26** 157:12
**4:39** 163:19
**4:47** 163:22
**4:57** 168:19
**4:58** 168:22
**44962082** 205:22
**471** 4:6
**473** 2:11 234:2,22

**5**

**5** 2:6 7:19 209:25
210:2 214:9,24,25
**5:08** 174:18
**5:09** 174:21
**5:12** 177:4
**5:21** 177:7
**5:34** 186:10
**5:47** 186:13
**547** 2:6

**6**

**6** 7:21 192:4 196:19
210:24 211:2
213:3 214:23,25
**6.5** 214:22
**6:45** 216:7
**6:47** 216:10
**6:54** 220:19
**617-423-0400** 3:24
**617-523-6010** 6:9
**617-523-6250** 3:8
**6th** 234:18

**7**

**7** 7:22 213:10,12
214:17
**7.5** 215:2
**7:03** 220:22
**7:28** 233:11

**8**

**8** 7:23 212:13,15

**80994232204**
204:25
**830** 6:7
**860-275-0100** 5:15
**860-275-0223** 5:8
**860-275-8200** 4:17

**9**

**9** 7:24 217:3,5
**9:10** 1:25 8:7

# Exhibit E

Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
Civil Action No.
3:13-cv-01132(RNC)
*****************************
GERVIL ST. LOUIS, a/k/a ST.      Consolidated with:
LOUIS GERVIL,                    3:13-cv-1225-RNC
                                 3:13-cv-1269-RNC
             Plaintiff,          3:13-cv-1437-RNC
                                 3:13-cv-1480-RNC
        v.                       3:13-cv-1626-RNC
                                 3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER          3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE      3:13-cv-1629-RNC
E. CARTER; HAITI FUND,           3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;      3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW      3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY      3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.         3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES      3:13-cv-1635-RNC
AND OF MALTA, AMERICAN           3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a       3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN         3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN        3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN      3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;        3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX      3:13-cv-1642-RNC
and JOHN DOE SEVEN,              3:13-cv-1644-RNC
                                 3:13-cv-1645-RNC
             Defendants.         3:13-cv-1647-RNC
                                 3:13-cv-1648-RNC
                                 3:13-cv-1701-RNC
                                 3:13-cv-1767-RNC
                                 3:13-cv-1768-RNC
                                 3:13-cv-1769-RNC
                                 3:13-cv-1881-RNC
                                 3:13-cv-1904-RNC
                                 3:13-cv-1906-RNC
                                 3:13-cv-1907-RNC
*****************************
This document applies to:
All of the above referenced cases
And those to be filed
*****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
   VIDEOTAPED DEPOSITION OF EMILE JEAN PIERRE

         Thursday, July 30, 2015
              9:05 a.m.

Confidential - Subject to Further Confidentiality Review

Page 2

1    VIDEOTAPED DEPOSITION OF EMILE JEAN PIERRE
2
3
     Held At:
4
5        Barcelo Puerto Plata
6        Carretera Luperón, km 5, Puerto Plata 547
7        Dominican Republic
8
9
10   REPORTED BY:
11   Maureen O'Connor Pollard, RMR, CLR, LSR #473
12   Realtime Systems Administrator
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1    APPEARANCES:
2    FOR THE PLAINTIFF:
3        MITCHELL GARABEDIAN, ESQ.
4          LAW OFFICES OF MITCHELL GARABEDIAN
5          100 State Street, Sixth Floor
6          Boston, Massachusetts 02109
7          617-523-6250
8          garabedianlaw@earthlink.com
9            -and-
10       ELLYN H. HURD, ESQ.
11         SIMMONS HANLY CONROY
12         112 Madison Avenue
13         New York, New York 10016
14         212-784-6400
15         ehurd@simmonsfirm.com
16           -and-
17       G. MICHAEL STEWART, ESQ.
18         SIMMONS HANLY CONROY
19         One Court Street
20         Alton, Illinois 62002
21         mstewart@simmonsfirm.com
22
23
24
25

Page 4

1    APPEARANCES (Continued):
2
3    FOR THE DEFENDANT PAUL E. CARRIER, S.J.:
4        THEODORE J. FOLKMAN, ESQ.
5          MURPHY & KING
6          One Beacon Street, 21st Floor
7          Boston, Massachusetts 02108
8          617-423-0400
9          tjf@murphyking.com
10
11   FOR THE DEFENDANT HOPE E. CARTER:
12       JEFFREY W. KENNEDY, ESQ.
13         MILANO & WANAT LLC
14         471 East Main Street
15         Branford, Connecticut 06405
16         203-315-7000
17         jkennedy@mwllc.us
18
19
20
21
22
23
24
25

Page 5

1    APPEARANCES (Continued):
2
3    FOR THE DEFENDANT ORDER OF MALTA AMERICAN
4    ASSOCIATION, U.S.A.:
5        BRADFORD S. BABBITT, ESQ.
6          ROBINSON & COLE LLP
7          280 Trumbull Street
8          Hartford, Connecticut 06103
9          860-275-8200
10         bbabbitt@rc.com
11
12   FOR THE DEFENDANT FAIRFIELD UNIVERSITY:
13       JOHN W. CERRETA, ESQ.
14         DAY PITNEY LLP
15         242 Trumbull Street
16         Hartford, Connecticut 06103
17         860-275-0100
18         jcerreta@daypitney.com
19
20
21
22
23
24
25

Confidential - Subject to Further Confidentiality Review

Page 6

1  APPEARANCES (Continued):
2
3  FOR THE DEFENDANT THE SOCIETY OF JESUS OF
4  NEW ENGLAND:
5      LYDIA C. KNIGHT, ESQ.
6      SLOANE AND WALSH, LLP
7      Three Center Plaza, Suite 830
8      Boston, Massachusetts 02108
9      617-523-6010
10     lknight@sloanewalsh.com
11
12
13  Videographer:  Christopher Coughlin
14
15  Interpreter:  Nathalie Coupet
16      Quener Joseph
17
18
19  Also Present:
20  Jean Elyseé Pierre Louis
21
22
23
24
25

Page 7

1              INDEX
2  EXAMINATION                    PAGE
3  EMILE JEAN PIERRE
4    BY MR. KENNEDY            10
5    BY MR. CERRETA           144
6    BY MR. FOLKMAN           148
7    BY MS. KNIGHT            164
8    BY MR. BABBITT           168
9    BY MR. KENNEDY           171
10
11
12       E X H I B I T S
13  NO.     DESCRIPTION          PAGE
14   1   Complaint and Jury Trial Demand...... 14
15   2   Plaintiff Emile Jean Pierre's
         Response to Certain Defendants'
16       First Set of Interrogatories......... 16
17
18
19
20
21
22
23
24
25

Page 8

1          P R O C E E D I N G S
2
3          THE VIDEOGRAPHER:  We are now on the
4  record.  My name is Chris Coughlin, I'm a
5  videographer for Golkow Technologies.  Today's
6  date is July 30, 2015, and the time is 9:05.
7          This video deposition is being held in
8  Puerto Plata, Dominican Republic, in the matter
9  of Gervil, St. Louis, Plaintiff, versus Douglas
10  Perlitz, et al, Defendants, in the United States
11  District Court in the District of Connecticut,
12  Civil Action Number 3:13-cv-01132-RNC.
13          The deponent is Emile Jean Pierre.
14          Will counsel please identify
15  yourselves for the record.
16          MR. KENNEDY:  Good morning, Mr. Jean
17  Pierre.  My name is Jeff Kennedy, I represent
18  Hope Carter.
19          MR. CERRETA:  Good morning.  John
20  Cerreta on behalf of Fairfield University.
21          MR. FOLKMAN:  Good morning.  Ted
22  Folkman for Father Paul Carrier.
23          MS. KNIGHT:  Good morning.  Lydia
24  Knight for the Society of Jesus of New England.
25          MR. BABBITT:  Good morning.  I'm Brad

Page 9

1  Babbitt, and I represent the American
2  Association of the Order of Malta.
3          MR. GARABEDIAN:  Good morning.
4  Mitchell Garabedian representing the Plaintiff.
5          MR. STEWART:  Mike Stewart on behalf
6  of Plaintiffs.
7          MS. HURD:  Ellyn Hurd on behalf of
8  Plaintiffs.
9      A.  Yes.
10          THE VIDEOGRAPHER:  The court reporter
11  is Maureen Pollard, and she will now swear in
12  the interpreter and the witness.
13
14          NATHALIE COUPET, Translator,
15  having been duly sworn to translate the
16  questions and answers to the best of her
17  ability, translated as follows:
18
19          EMILE JEAN PIERRE,
20  having been first duly sworn, was examined and
21  testified as follows through the translator:
22
23          MR. KENNEDY:  Mike, before we begin,
24  usual stipulations?
25          MR. STEWART:  Usual stipulations.

3  (Pages 6 to 9)

Confidential - Subject to Further Confidentiality Review

Page 10

1     MR. KENNEDY:  Thank you.
2         DIRECT EXAMINATION
3  BY MR. KENNEDY:
4     Q.  Good morning, Mr. Jean Pierre.  Could
5  you please state your full name for the record,
6  sir.
7     A.  Emile Jean Pierre.
8     Q.  Are you known by any other names, sir?
9     A.  Yes.  They used to call me Emile Bèf.
10    Q.  Is Bèf a nickname, sir?
11    A.  Yes.
12        THE VIDEOGRAPHER:  Just before we get
13  going, can I ask you to ask him to keep his
14  voice up?
15    A.  Yes.
16  BY MR. KENNEDY:
17    Q.  Sir, if you need to take a break at
18  any time during the deposition, kindly let me
19  know and I'd be happy to take a break.
20    A.  Yes.
21    Q.  The only thing I ask is that if there
22  is a question pending that you answer the
23  question before we take a break.
24    A.  Yes.
25    Q.  Sir, you're going to be asked a lot of

Page 11

1  questions today.  If there's any question I ask
2  you that you don't understand, please ask me to
3  rephrase it, and I'd be happy to do so.
4     A.  Yes.
5     Q.  Because if you do respond, I'm going
6  to assume you understood my question, sir.
7     A.  Yes.
8     Q.  Sir, as we sit here this morning, are
9  you on any medication?
10    A.  I just ate.
11    Q.  Okay.  Well, not that you ate, sir,
12  but do you take any medication?  Do you know
13  what I mean by that, sir?
14    A.  No.
15    Q.  Okay.  Do you know what the word
16  medicine means, sir?
17    A.  It's good when you're sick.
18    Q.  That's a good way of putting it.
19        Do you take anything, sir, for any
20  sickness?
21    A.  Yes, because I was struck in the eye,
22  I went to the hospital, and they gave me a tube
23  to put in my eye.
24    Q.  When was that, sir?
25    A.  I don't really recall the month.  I

Page 12

1  couldn't see very well.
2     Q.  Okay.  I know I'm jumping a little
3  ahead here, sir, but what happened in that
4  incident?
5     A.  I was driving a motorcycle, there were
6  two robbers trying to steal it, and one of them
7  fled, and one, the other one gave me a knocking
8  out in the eye, and one fled, and gave me my
9  black eye.
10    Q.  Was this more than a year ago, sir?
11    A.  No, about two months.
12    Q.  Okay.  About two months ago.
13        And you went to the hospital, sir?
14    A.  Yes.
15    Q.  What hospital did you go to?
16    A.  Justinien Hospital in Cap-Haïtien.
17    Q.  And you suffered an injury to your
18  eye, sir?
19    A.  No, there was blood coagulating, and I
20  couldn't see, look at the sun clearly.
21    Q.  Did you stay overnight in the
22  hospital, sir?
23    A.  No.
24    Q.  Did they give you any pills?  Did the
25  doctor give you any pills or medicine, sir?

Page 13

1     A.  No, they didn't give me pills.  They
2  gave me a tube to put in the eye.
3     Q.  Have you recovered from that incident,
4  sir?
5     A.  No, not really, because I just put a
6  cream in my eye, and it was stinging.
7     Q.  Did you injure your head in that
8  accident, sir?
9     A.  No, I wasn't hit in the head.  It's
10  the guys who gave me -- that struck my eye.
11    Q.  So no injury that you suffered in that
12  accident should affect your ability to answer my
13  questions today, sir?
14    A.  No.
15    Q.  Sir, have you ever been to the
16  Justinien Hospital before?
17    A.  Before I was hit in the eye, when I
18  had a stomachache I used to go to the hospital,
19  Justinien, but I didn't never slept there.
20    Q.  How many times in total have you been
21  to the Justinien Hospital, sir?
22    A.  Twice.
23    Q.  And one was for the incident with the
24  motorcycle two months ago, and another time was
25  because of a stomachache?

4 (Pages 10 to 13)

Confidential - Subject to Further Confidentiality Review

Page 14

```
1      A.   Yes.
2      Q.   When did you go to Justinien Hospital
3    for the stomachache, sir?
4      A.   I don't recall.
5      Q.   Was it more than five years ago, sir?
6      A.   I can't tell you.  I was really small.
7      Q.   Okay.  You were a small child.
8           Okay.  Sir, what is your date of
9    birth?
10     A.   I was born in November 24, 1992.
11     Q.   Okay.  How old are you now, sir?
12     A.   I'm 22.
13     Q.   Sir, are you aware that you've brought
14   a lawsuit against Douglas Perlitz and other
15   individuals and entities in the U.S. District
16   Court in Connecticut?
17     A.   Yes.
18     Q.   Okay.  Sir, I'm going to show you
19   what's been marked as Defendants' Exhibit 1 for
20   identification.
21          (Whereupon, Jean-Pierre Exhibit Number
22          1, Complaint and Jury Trial Demand,
23          was marked for identification.)
24   BY MR. KENNEDY:
25     Q.   Have you ever seen this document
```

Page 15

```
1    before, sir?
2           MR. STEWART:  I object, and instruct
3    him not to answer to the extent that it invades
4    conversations and privilege with his attorneys.
5    If there's a time he's seen it where he isn't
6    talking to his attorneys about it, then that's
7    different.
8           But you can answer if you've seen it
9    anyplace other than with your attorneys.
10     A.   Okay.
11   BY MR. KENNEDY:
12     Q.   Sir, can you answer -- I'll re-read
13   the question.
14          Have you ever seen this document
15   before, sir?
16          MR. STEWART:  Same objection.
17     A.   No.
18   BY MR. KENNEDY:
19     Q.   Okay.  Sir, can you speak English?
20     A.   No.
21     Q.   Okay.  Sir, I apologize for some of
22   these questions, but, sir, can you read English?
23     A.   No.
24     Q.   Sir, can you read Creole?
25     A.   A little bit.
```

Page 16

```
1      Q.   Okay.  Sir, so getting back to
2    Exhibit 1 for identification, the Complaint, you
3    don't know what's in this document, do you, sir?
4      A.   No.
5           MR. STEWART:  Objection to the
6    question.
7           To the extent that it invades the
8    attorney/client privilege and conversations he
9    may have had as to what's in that complaint, I
10   instruct him not to answer.
11   BY MR. KENNEDY:
12     Q.   Sir, I'm going to show you what's been
13   marked for Exhibit 2 -- I'm sorry, Defendants'
14   Exhibit 2 for identification.
15          (Whereupon, Jean-Pierre Exhibit Number
16          2, Plaintiff Emile Jean Pierre's
17          Response to Certain Defendants' First
18          Set of Interrogatories, was marked for
19          identification.)
20   BY MR. KENNEDY:
21     Q.   And about halfway in it starts in
22   Creole.  I'm going to hand this to you, sir, and
23   your attorney.  I'm sorry.
24          Sir, I'll represent to you that these
25   are questions that were sent to you by the
```

Page 17

```
1    Defendants for you to answer.
2           MR. STEWART:  I'm going to object in
3    that they were not -- object to the form of the
4    question.
5           Sent to him, that's just going to
6    confuse him.
7           MR. KENNEDY:  Okay.
8           MR. STEWART:  Sent to his lawyers.
9           MR. KENNEDY:  That's fine.
10          MR. STEWART:  I apologize.  Thank you.
11   BY MR. KENNEDY:
12     Q.   Sir, I'll represent to you that these
13   were sent by the Defendants to your lawyers for
14   you to answer.  Have you ever seen this document
15   before, sir?
16          MR. STEWART:  That's attorney/client
17   privilege, and asking him to divulge
18   conversations with his attorney, I instruct him
19   not to answer.
20   BY MR. KENNEDY:
21     Q.   Sir -- you started to answer, I'm
22   sorry.
23          MR. STEWART:  You can flip through.
24     A.   Yes, I remember I saw them, but it was
25   in hotel in Cap-Haïtian.
```

Confidential - Subject to Further Confidentiality Review

Page 18

1  BY MR. KENNEDY:
2      Q.  What hotel, sir?
3      A.  Habitation Jouissaint.
4          THE TRANSLATOR: J-O-U-I-S-S-A-I-N-T.
5      Q.  And, sir, I don't want to know about
6  any conversations you've had with your attorney,
7  your attorneys.
8      A.  Yes.
9      Q.  But who else -- who was present at the
10 hotel, sir?
11     A.  Myself, and the other boys that went
12 to sign.
13     Q.  Okay.  And who were the other boys,
14 sir?
15     A.  I don't remember the name of all of
16 them.
17     Q.  Do you remember some of them, sir?
18     A.  No, I don't remember at all.
19     Q.  Was the hotel in Cap-Haitien, sir?
20     A.  Yes.
21     Q.  And there were other former students
22 from PPT there, sir?
23     A.  I don't remember.
24     Q.  But you do remember seeing -- I
25 believe you indicated that there were other boys

Page 19

1  present, sir, signing?
2      A.  Yes, because I was sitting aside.
3      Q.  Okay.  Sir, I'm going to show, if you
4  could -- I'm going to show you the last page of
5  the document, sir.  Is that your signature, sir?
6      A.  Yes.
7      Q.  And did you sign that yourself, sir?
8      A.  Yes.
9      Q.  And, sir, before you signed this
10 document, did you read the document, sir?
11         MR. STEWART: I'm going to object to
12 the extent that it requires -- to the extent
13 that it asks or seeks to invade the
14 attorney/client privilege or discussions that
15 he's had with his attorney or agents of his
16 attorneys.
17         MR. KENNEDY: It's only calling for
18 yes/no answers.
19         MR. STEWART: You can answer yes or
20 no.
21     A.  No.
22 BY MR. KENNEDY:
23     Q.  Okay.  Was Cyrus Sibert present when
24 you signed this document, sir?
25     A.  No.

Page 20

1      Q.  Okay.  Sir, did somebody read --
2  strike that.  I'm sorry.
3          I preface this by saying, sir, I don't
4  want to know about any conversations you've had
5  with your attorneys.  But before you signed your
6  name, did somebody read to you your answers to
7  these interrogatories, to these questions?
8          MR. STEWART: Objection.  Seeks
9  information that's privileged.  To the extent
10 conversations between him and his attorneys and
11 any agents that work for his attorneys or
12 employees of his attorneys, to the extent that
13 you're seeking that information or an answer
14 regarding that, I'm instructing him not to
15 answer it.
16         MR. KENNEDY: It calls for a yes/no
17 answer.
18         MR. STEWART: No, you're asking him
19 about things that happened with his attorney.  I
20 don't care if it's a yes/no question, you're
21 still asking him to give you yes/nos about
22 conversations and activities with his attorneys,
23 and it's improper.
24         MR. KENNEDY: I'm just asking if --
25         MR. STEWART: It doesn't matter if

Page 21

1  it's yes or no.  You're asking him about
2  conversations with his attorneys.  It's
3  improper.  He doesn't have to answer that.
4          MR. KENNEDY: You're instructing him
5  not to answer that?
6          MR. STEWART: I am.  We can take that
7  up.  I think yes/no are dancing around the fact
8  that you're seeking to elicit what he did with
9  his attorneys or agents of his attorneys.  Did
10 you have a conversation about X?  Did you have a
11 conversation about X is a yes/no conversation,
12 but it still seeks to invade that privilege.  So
13 even though it's a yes/no, my position is that
14 it still invades that privilege.
15         MR. KENNEDY: Okay.
16         MR. STEWART: I don't need that
17 translated to him.
18         I'm just letting you know where I see
19 this.
20         MR. KENNEDY: Okay.
21         MR. STEWART: Okay.  So I'm willing to
22 talk about it, I don't want to waste your time,
23 but that's how I see it shaking out is a yes/no
24 can still invade that.
25         MR. KENNEDY: Okay.  If that's your

6 (Pages 18 to 21)

Confidential - Subject to Further Confidentiality Review

Page 22

```
 1   position.
 2        MR. STEWART:  It is, sir.
 3        MR. KENNEDY:  Okay.
 4        MR. STEWART:  Thank you.
 5        MR. KENNEDY:  You're welcome.
 6   BY MR. KENNEDY:
 7   Q.   Sir, do you know Cyrus Sibert?
 8   A.   Yes.
 9   Q.   How do you know Cyrus Sibert, sir?
10   A.   In Cap-Haïtien.  In Cap-Haïtien.
11   Q.   Okay.  How do you know him in
12   Cap-Haïtien, sir?
13   A.   At the Carenage.
14        MR. STEWART:  Maybe a different way
15   to --
16        MR. KENNEDY:  You know what?  On a
17   break I can think about it.
18        MR. STEWART:  We can talk about it on
19   a break, too.
20        MR. KENNEDY:  Thank you.
21        MR. STEWART:  Okay.  I beg your
22   pardon.
23        MR. KENNEDY:  It's okay.
24   BY MR. KENNEDY:
25   Q.   So you said you knew him at the
```

Page 23

```
 1   Carenage, is that correct, sir?
 2   A.   Yes.
 3   Q.   How did you know him at the Carenage,
 4   sir?
 5   A.   When I -- at the Carenage I went to
 6   meet him, I told him something, but after that
 7   we never spoke again.
 8   Q.   Okay.  What did you go to tell him,
 9   sir?
10   A.   I don't remember.
11   Q.   You don't remember what you went to
12   speak to him about, sir?
13   A.   No.
14   Q.   And when did you go see him, sir?
15        MR. STEWART:  Are you okay?  Do you
16   want to take a break?  Do you need a break?
17        Okay.  Do you have a question pending?
18   BY MR. KENNEDY:
19   Q.   The question was, and when did you go
20   see him, sir?
21        MR. STEWART:  Do you know?
22   A.   No.
23        MR. KENNEDY:  Okay.
24        MR. STEWART:  Are you asking the first
25   time he saw Cyrus Sibert?
```

Page 24

```
 1        MR. KENNEDY:  I believe what he
 2   testified was that he went to go see him one
 3   time at Carenage, and I just asked him when that
 4   time was.
 5        MR. STEWART:  Do you remember when you
 6   saw him at Carenage the first time?  The first
 7   time or any time?  I guess it's one time.
 8        MR. FOLKMAN:  He said one time.
 9        MR. STEWART:  Do you remember when it
10   was that you saw him at Carenage?
11   A.   I don't remember.
12        MR. STEWART:  Okay.  Why don't you
13   take a minute.
14        THE VIDEOGRAPHER:  Going off the
15   record.  The time is 9:32.
16        (Whereupon, a recess was taken.)
17        THE VIDEOGRAPHER:  Back on the record.
18   The time is 9:40.
19   BY MR. KENNEDY:
20   Q.   Sir, going back to Exhibit 2, which
21   are the questions that the Defendants sent to
22   your attorney for you to answer, before you
23   signed your name to this document, did you
24   understand what was in the document, sir?
25   A.   Yes.
```

Page 25

```
 1   Q.   Okay.  And were these answers
 2   translated for you, sir?
 3   A.   Yes.
 4   Q.   Sir, I believe you testified before we
 5   took a break that you met Cyrus Sibert one time
 6   at Carenage?
 7   A.   Yes.
 8   Q.   And that's the only time you've met
 9   him, sir?
10   A.   At the Carenage?
11   Q.   No, in total, sir.
12   A.   Yes, I saw him at the hotel.
13   Q.   Okay.  Which hotel, sir?
14   A.   Habitation Jouissaint.
15   Q.   When did you see him at the hotel,
16   sir?
17   A.   I don't recall the date.
18   Q.   Was it in the last few days, sir?
19   A.   Can you explain, please?
20   Q.   Sure.  I don't know if it needs
21   explanation, but I'll try.
22        MR. STEWART:  I think he's confused --
23   I'm sorry.  Never mind.
24        MR. KENNEDY:  I'll see what I can do.
25   BY MR. KENNEDY:
```

7 (Pages 22 to 25)

Confidential - Subject to Further Confidentiality Review

Page 26

1    Q.   Let me try it this way.
2         Sir, how did you get from Haiti to the
3    Dominican Republic for your deposition?
4    A.   I went -- I took a bus.
5    Q.   Okay.  And did the bus leave from
6    Cap-Haïtien, sir?
7    A.   Yes.
8    Q.   And did you come with some -- did you
9    come with some former PPT students to the
10   Dominican Republic, sir?
11   A.   Yes.
12   Q.   Which ones, sir?
13   A.   Gesner Lecenat, Jean Ilguens, and
14   Emile Jean Pierre.
15   Q.   And did you travel with anybody else
16   besides those?
17   A.   And Kensley.
18   Q.   Besides those individuals, sir, did
19   you travel with anybody else?
20   A.   Yes.  Cyrus and Mathieu.
21   Q.   Did -- were Cyrus and Mathieu on the
22   bus with you from Haiti to the Dominican
23   Republic, sir?
24   A.   No, just Mathieu.
25   Q.   Who is Mathieu, sir?

Page 27

1         MR. STEWART:  Objection.
2    A.   I don't know.
3    BY MR. KENNEDY:
4    Q.   Had you ever met Mathieu before?
5    A.   Yes, when I drive my motorcycle I see
6    him, and one says hello to the other, we say
7    hello to each other.
8    Q.   Does he live in Cap-Haïtien, sir?
9    A.   Yes.
10   Q.   Did he go to PPT, sir?
11        MR. STEWART:  Objection.
12   A.   No.
13   BY MR. KENNEDY:
14   Q.   Does he work with Cyrus, sir?
15        MR. STEWART:  Objection.
16   A.   No.
17   BY MR. KENNEDY:
18   Q.   Sir, who paid for your bus ticket?
19        MR. STEWART:  Objection.
20   A.   Mathieu paid.
21   BY MR. KENNEDY:
22   Q.   Has Mathieu ever given you any money,
23   sir?
24   A.   Yes.
25   Q.   How much money has he given you, sir?

Page 28

1    A.   In total?
2    Q.   Yes, sir.
3    A.   480.
4    Q.   What about Cyrus, sir, has Cyrus ever
5    given you any money, sir?
6    A.   He has given me money.  He gives it
7    through Mathieu, and Mathieu gives it to me.
8    Q.   So was the $480 that Mathieu gave you,
9    was that from Cyrus, sir?
10        MR. STEWART:  Objection.
11   A.   No, it's him who gives it to Mathieu
12   to give, so he gives it to me.
13   BY MR. KENNEDY:
14   Q.   So Cyrus gave the money to Mathieu,
15   and Mathieu gave the money to you, sir?
16   A.   He called me on the phone.
17   Q.   Who calls you on the phone?
18   A.   Mathieu.
19   Q.   Okay.  Why does he call you, sir?
20   A.   Just because he called me so I could
21   come to see him.  He gave me money because I had
22   to come do the deposition so I could buy clothes
23   and things.
24   Q.   Sir, was that $480 US?
25   A.   Yes.

Page 29

1    Q.   And did you receive all that money at
2    once, sir?
3    A.   No, every time they call me, not all
4    at once.
5    Q.   I know you testified you received a
6    total of $480.  How many times did they give you
7    money, sir?
8    A.   I don't remember.
9         MR. STEWART:  Object.
10        I think he can do it better in
11   amounts, if you ask him it that way.  It's your
12   deposition, but --
13        MR. KENNEDY:  I appreciate it.
14        MR. STEWART:  But I think if you do it
15   that way, maybe he'll get it to you, I think.  I
16   think the numbers he has trouble with, but the
17   amounts, he can break it down for you.
18        MR. KENNEDY:  Okay.
19        MR. STEWART:  You can choose.
20        MR. KENNEDY:  I'll see what I can do.
21   BY MR. KENNEDY:
22   Q.   Sir, the first time you received money
23   from Mathieu, what amount did you receive, sir?
24   A.   $100.
25   Q.   Okay.  And when was that, sir, the

8 (Pages 26 to 29)

Confidential - Subject to Further Confidentiality Review

Page 30

1  first time?
2      A.  I don't remember the day.
3      Q.  In the second time, sir, that you
4  received money, what amount did you receive,
5  sir?
6      A.  $100 US.
7      Q.  Okay.  And the third time, sir -- I
8  apologize, strike that.  I'm sorry.
9          Sir, do you remember when you received
10  money the second time?
11      A.  Yes.
12      Q.  When was that, sir?
13      A.  I don't remember the day.
14      Q.  Well, tell me everything you do
15  remember about that time.
16      A.  When he gave me the money?
17      Q.  Yes, sir, for the second time.
18      A.  Well, he just gave me, you know, so I
19  could buy what I needed.  You know, when I was a
20  young boy, young man, I needed clothes, and I
21  bought food, and the rest I brought to my
22  mother's house, and I gave some of that money to
23  my mother, and the rest I saved.
24      Q.  And the third time, sir, what amount
25  did you receive?

Page 31

1      A.  Third time, 100 US dollars.
2      Q.  And when did you receive that money,
3  sir?
4      A.  I don't remember the day.
5      Q.  Sir, did you receive this money before
6  you brought a lawsuit, sir?
7      A.  No, after I brought the lawsuit.
8      Q.  Okay.  So after you brought the
9  lawsuit you got money from Cyrus?
10      A.  Yes, just so I could buy, you know,
11  clothes and shoes, and I could -- so I could buy
12  food to put in my house.
13      Q.  Okay.  And, sir, the fourth time that
14  you received money, do you remember what amount
15  you received?
16      A.  Yes.
17      Q.  How much was that, sir?
18      A.  180.
19      Q.  When did you receive that money, sir?
20      A.  I don't remember the day, but just
21  because, you know, I have to come do this
22  deposition, I bought clothes, shoes, and food.
23  I gave to my mother, and to my little sister,
24  and I saved the rest.
25      Q.  Of the $480 that you were provided,

Page 32

1  sir, how much do you have left?
2      A.  Maybe $50 Haitian.
3      Q.  $50 Haitian.  Okay.
4          Sir, on each of those four occasions,
5  was Mathieu the one that handed you the money,
6  sir?
7      A.  Yes.
8      Q.  And each time did you receive the
9  money in Cap-Haïtien, sir?
10      A.  Yes.
11      Q.  Do you know if any other PPT students
12  have received money from Mathieu?
13          MR. STEWART:  Objection.
14      A.  I don't know.
15  BY MR. KENNEDY:
16      Q.  Do you know if Kensley has received
17  money from Mathieu, sir?
18          MR. STEWART:  Objection.
19      A.  Yes.
20  BY MR. KENNEDY:
21      Q.  You know that he has received money,
22  sir?
23      A.  Yes.
24      Q.  How do you know that, sir?
25      A.  Because we knew we have to come to do

Page 33

1  the deposition.
2      Q.  Were you present when Mathieu gave
3  Kensley money, sir?
4      A.  No.
5      Q.  Do you know if Gesner Lecenat received
6  money from Mathieu, sir?
7          MR. STEWART:  Objection.
8      A.  Yes.
9  BY MR. KENNEDY:
10      Q.  Did Gesner Lecenat tell you that, sir?
11      A.  Yes.  Gesner received his money, but
12  my phone was closed, so when I saw Gesner
13  Lecenat he said did Mathieu call me, he said no,
14  so go see Matthew.
15      Q.  Okay.  Well, sir, do you know if
16  Ilguens Jean received any money from Mathieu?
17          Did I say that right?
18          THE TRANSLATOR:  Yes.
19      A.  Yes.
20      Q.  How do you know that, sir?
21      A.  Because we had to come do a
22  deposition.
23      Q.  Okay.  Did he tell you that he
24  received money, sir?
25      A.  Yes.

9 (Pages 30 to 33)

Confidential - Subject to Further Confidentiality Review

Page 34

1    Q.   Did he tell you how much, sir?
2    A.   He didn't tell me how much.
3    Q.   Okay.  Were you present when he
4   received money, sir?
5    A.   No.
6    Q.   Sir, and you may have already somewhat
7   answered this question, so I apologize, but what
8   did you do with the money that you received from
9   Cyrus?
10        MR. STEWART:  Objection.
11    A.   Well, I bought clothes and shoes and
12   food to bring to my mother's house, and the rest
13   I saved.
14   BY MR. KENNEDY:
15    Q.   Now, sir, when you travelled on the
16   bus from Haiti to the Dominican Republic, were
17   you aware that the other former PPT students who
18   were with you were also coming to have their
19   deposition taken?
20    A.   Yes.
21    Q.   And did you talk with any of those
22   students about the lawsuit, sir?
23    A.   No.
24    Q.   And did you talk to any of those
25   students about -- any of those former students

Page 35

1   about the deposition itself, sir?
2    A.   No.
3    Q.   Are you, sir, are you staying here at
4   the Barcelo hotel?
5    A.   Yes.
6    Q.   How long have you been here, sir?
7    A.   I don't have a lot of time.  One day.
8    Q.   When did you arrive, sir?
9    A.   The day I came?
10    Q.   Yes, sir.
11    A.   Sunday.
12    Q.   And, sir, have you been -- are you
13   sharing your room with Kensley, Ilguens, and
14   Gesner -- and/or Gesner?
15    A.   Ilguens, with Ilguens.
16    Q.   Okay.  And have you spoken to Gesner
17   since he's been here, sir?
18    A.   Yes.  We joke, we tell each other
19   jokes, but we don't talk about anything else.
20    Q.   Did you speak to Gesner last night,
21   sir?
22    A.   We were walking, we were making jokes,
23   but we didn't -- we weren't saying anything
24   else.
25    Q.   Did Gesner tell you that he had his

Page 36

1   deposition taken yesterday, sir?
2    A.   I didn't ask any questions about that.
3    Q.   He didn't tell you anything about his
4   deposition, sir?
5    A.   No.
6    Q.   He didn't tell you what type of
7   questions he was asked, sir?
8        MR. STEWART:  Objection.
9    A.   No.
10   BY MR. KENNEDY:
11    Q.   I can't remember if I got an answer on
12   this, sir, but since you've come to the
13   Dominican Republic for your deposition, have you
14   met with Cyrus, sir?
15    A.   We met, but we didn't talk.  We just
16   said hello, but we didn't talk.
17    Q.   You didn't talk about the lawsuit,
18   sir?
19    A.   Well, I didn't talk about that with
20   him.
21    Q.   What did you talk to him about, sir?
22    A.   I just walked by, said hello, and
23   turned my back and left.
24    Q.   So you didn't talk about your
25   deposition with him, sir?

Page 37

1    A.   The deposition I come to do?
2    Q.   Yes, sir.
3    A.   No, because -- no.
4    Q.   Sir, if you receive any money from
5   this lawsuit, will you be paying Cyrus back the
6   $480, sir?
7    A.   No.
8    Q.   Sir, if you receive any money from
9   this lawsuit, will you be giving Cyrus any of
10   the money that you receive?
11    A.   No.
12    Q.   Sir, what is Cyrus Sibert's job?
13    A.   Excuse me?  Can you repeat, please?
14    Q.   Sure, I'd be happy to try.
15        Is Cyrus Sibert a journalist, sir?
16        MR. STEWART:  Objection.
17    A.   Yes.
18   BY MR. KENNEDY:
19    Q.   Okay.  Is he a politician, sir?
20        MR. STEWART:  Objection.
21    A.   Yes.
22   BY MR. KENNEDY:
23    Q.   Okay.  How did it come about that you
24   met Cyrus Sibert, sir?
25    A.   The reason why I met with him, it's

10  (Pages 34 to 37)

Confidential - Subject to Further Confidentiality Review

Page 38

1   because I was a victim, I went to him to explain
2   how -- what had happened. I told him what
3   Douglas did to me, that he touched my penis. He
4   said a lawyer would call me, and I would explain
5   to him again what I just said.
6       Q.   When did you first contact -- I'm
7   sorry.
8            When did you first meet with him, sir?
9       A.   Carenage.
10      Q.   Sir, I believe Carenage is a place,
11  correct?
12      A.   Yes, it's a public square where
13  everybody meets.
14      Q.   My question wasn't where you first met
15  him, but when you first met him.
16      A.   I don't really recall the date,
17  because I was a child, I was young.
18      Q.   How old were you -- sir, I'm very
19  confused. I believe you just testified that you
20  met with him because you were a victim, is that
21  correct, sir?
22      A.   Yes.
23      Q.   Maybe this will be better.
24           When did you go to tell Cyrus that you
25  were a victim?

Page 39

1       A.   I don't really remember the day. I
2   was young.
3       Q.   How young were you, sir?
4       A.   Well, I wasn't really following,
5   because what happened to me, I was a little bit
6   stressed out.
7       Q.   Well, you went to tell Cyrus Sibert
8   you were a victim, correct?
9       A.   Yes.
10      Q.   Was that in the last two years, sir?
11      A.   I don't really remember.
12      Q.   Did you go with anyone else to tell
13  Cyrus you were a victim, sir?
14      A.   No, I was the only one who went. I
15  didn't have anyone with me.
16      Q.   How did you know to go see Cyrus
17  Sibert to tell him you were a victim?
18           MR. STEWART: Do you need a break?
19           Okay. He has to go to the bathroom.
20  Can we take a break, once she translates the
21  answer? She needs to translate his answer so
22  she can go to the bathroom.
23           THE TRANSLATOR: His foot is hurting.
24      A.   How, because I have friend called Jean
25  Gary, I was riding my motorcycle, he called me,

Page 40

1   he told me he needs my phone number so he could
2   give it to Cyrus. So I could explain to him how
3   I was a victim, that Douglas touched my penis
4   and I didn't agree with it, so I could go see
5   Cyrus.
6            And I went to see Cyrus. Cyrus said
7   "if your phone has no power anymore, go power it
8   up, soon a lawyer will call you and you will
9   tell him that."
10           MR. FOLKMAN: Off the record?
11           MR. KENNEDY: Yes.
12           THE VIDEOGRAPHER: Going off the
13  record. The time is 10:17.
14           (Whereupon, a recess was taken.)
15           THE VIDEOGRAPHER: Back on the record.
16  The time is 10:29.
17  BY MR. KENNEDY:
18      Q.   Sir, how long have you known Jean
19  Gary?
20      A.   It's not been a long time since I've
21  known him, but I've met him at the Village.
22  I've seen him at the Village.
23      Q.   Before that day he saw you -- I'm
24  sorry.
25           Before that day you saw -- before that

Page 41

1   day that you were riding your motorcycle and you
2   saw him, had you ever told him that Douglas
3   Perlitz had abused you?
4       A.   Jean Gary?
5       Q.   Yes, sir.
6       A.   No, I didn't tell him that.
7       Q.   Did you ever tell him that, sir?
8       A.   No, I didn't tell him anything.
9       Q.   So then how did he know to tell you to
10  contact Cyrus, sir?
11           MR. STEWART: Objection.
12      A.   Because Douglas made a victim of me, I
13  went to see Cyrus. I told Cyrus about it, that
14  Douglas had abused me, but I didn't say
15  everything to Cyrus.
16           After, when they called me, I
17  explained everything that had happened, that
18  Douglas made a victim of me.
19  BY MR. KENNEDY:
20      Q.   Sir, I just want to be clear. You saw
21  Jean Gary when you were riding your motorcycle,
22  is that correct?
23      A.   I was doing circulation.
24      Q.   What's circulation, sir?
25      A.   I was carrying passengers. I would

11 (Pages 38 to 41)

Confidential - Subject to Further Confidentiality Review

Page 42

1    bring them from here to there and have them pay
2    15 gourdes, and then I leave.
3        Q.   So you were working at the time,
4    correct?
5        A.   Yes.
6        Q.   Okay.  And we're going to talk about
7    your work a little later.
8            But -- so you were working, riding
9    your motorcycle passengers, correct, I'm sorry,
10   and you saw Jean Gary?
11       A.   When I was driving by, he called me.
12       Q.   Okay.  Did you wave to you, or did he
13   yell your name?  What did he do?
14       A.   He stopped me as a passenger.
15       Q.   Okay.  And then -- and at this point
16   you had never told Jean Gary that you were a
17   victim of Douglas Perlitz, correct?
18       A.   No, I didn't tell him anything.
19       Q.   Okay.  But at this time he said he
20   needed your phone number so he could give it to
21   Cyrus, correct?
22       A.   Yes.
23       Q.   And Jean Gary also indicated to you
24   that he needed your phone number so that he
25   could explain how you were a victim to Cyrus?

Page 43

1            MR. STEWART:  Objection.
2        A.   No, he's not the one who explained to
3    Cyrus.
4    BY MR. KENNEDY:
5        Q.   You explained to Cyrus, correct?
6        A.   Yes.
7        Q.   What I'm trying to understand, sir, is
8    if Jean Gary didn't know that you were a victim
9    of Douglas Perlitz, why he told you to contact
10   Cyrus.
11           MR. STEWART:  Objection.
12       A.   Because I saw him at the Village also.
13   We were together at the Village.
14   BY MR. KENNEDY:
15       Q.   Okay.  So he told you to contact Cyrus
16   because you had been at the Village?
17           MR. STEWART:  Objection.
18       A.   Yes, because he knew that all of us at
19   the Village, we were all victims.
20   BY MR. KENNEDY:
21       Q.   Jean Gary knew that all of the boys
22   that went to the Village were victims of Douglas
23   Perlitz?
24       A.   Well, I don't know if all of the boys
25   were really victims of Douglas, but myself

Page 44

1    personally, I was really a victim of Douglas.
2        Q.   Do you know of anybody who claims that
3    they were a victim of Douglas Perlitz that was
4    not actually a victim?
5            MR. STEWART:  Objection.
6        A.   Well, that I don't know.
7    BY MR. KENNEDY:
8        Q.   Was Jean Gary putting together a list
9    of victims, sir?
10           MR. STEWART:  Objection.
11       A.   I saw that he had a list, but -- and
12   he did take my name, but I just -- I wasn't just
13   hanging out and watching what he was doing, I
14   was riding my motorcycle.
15   BY MR. KENNEDY:
16       Q.   Okay.  Did you sign your name to the
17   list, sir?
18       A.   Jean Gary wrote my name for me.
19       Q.   Okay.  Jean Gary wrote your name for
20   you on the list, sir?
21       A.   Yes.
22       Q.   Sir, are you aware that Jean Gary
23   brought a lawsuit previously?
24           MR. STEWART:  Objection.
25       A.   Well, I don't know if he had brought a

Page 45

1    lawsuit, because these guys don't tell us about
2    their personal business.
3    BY MR. KENNEDY:
4        Q.   When you say "these guys," who do you
5    mean, sir?
6        A.   Jean Gary.
7        Q.   Anyone else, sir?
8        A.   Just Jean Gary, that I know that is
9    not explaining his personal business.
10       Q.   Do you know if Jean Gary received
11   money as a result of a lawsuit, sir?
12           MR. STEWART:  Objection.
13   BY MR. KENNEDY:
14       Q.   I apologize, a lawsuit against Douglas
15   Perlitz and the other Defendants?
16           MR. STEWART:  Objection.
17       A.   Yes.
18   BY MR. KENNEDY:
19       Q.   How do you know that, sir?
20       A.   Because he has -- he can -- sometimes
21   he has money, and sometimes he comes where we
22   are and he tells jokes with us, with all of us,
23   our friends, and then after that he leaves.
24       Q.   Okay.  Has Jean Gary ever provided you
25   with money, sir?

12 (Pages 42 to 45)

Page 46

1    A.   No.  When he sees me riding my
2  motorcycle he can pay -- sometimes he will pay
3  the gasoline for me, but he doesn't give me
4  money that easy.
5    Q.   Were you provided any money for
6  signing the list, sir?
7    A.   No.
8    Q.   Sir, do you know if any other -- sir,
9  are you aware that other former PPT students
10  previously brought a lawsuit against Douglas
11  Perlitz and the other Defendants, sir?
12    MR. STEWART:  Objection.
13    A.   Yes.
14  BY MR. KENNEDY:
15    Q.   How do you know that, sir?
16    A.   Because the boys were victims.
17    Q.   And are you aware that they received
18  money, sir?
19    MR. STEWART:  Objection.
20    A.   Yes.
21  BY MR. KENNEDY:
22    Q.   How do you know that, sir?
23    A.   Well, because in the street, you know,
24  they play loud music in their car, they make a
25  lot of noise, and they always stay everywhere

Page 47

1  where the street kids, and they block the
2  streets, and they make a lot of noise.
3    Q.   These are the kids that received money
4  previously, sir?
5    A.   Yes.
6    Q.   What kind of cars do they drive, sir?
7    A.   I don't know.  You know, I don't sit
8  around and look for that.  I don't watch their
9  cars.  I don't just sit around looking at cars
10  go by.  This is not in my mind to just stand
11  like that and see cars going by.  I'm doing my
12  motorcycle stuff.
13    MR. FOLKMAN:  May I ask if we could go
14  off the record for a second?  The other
15  translator is out there, and I think we may have
16  a scheduling issue we need to flesh out.
17    THE VIDEOGRAPHER:  Going off the
18  record.  The time is 10:45.
19    (Whereupon, a recess was taken.)
20    (Translator change.)
21    THE VIDEOGRAPHER:  We're back on the
22  record.  The time is 10:53.  We have a new
23  translator, and the court reporter, Maureen
24  Pollard, will swear in the new translator.
25

Page 48

1    QUENER JOSEPH, Translator,
2  having been duly sworn to translate the
3  questions and answers to the best of her
4  ability, translated as follows:
5    THE VIDEOGRAPHER:  Thank you.  Please
6  begin.
7  BY MR. KENNEDY:
8    Q.   Sir, I should have asked this question
9  at the beginning of the deposition, and I don't
10  want to know about any conversations that you've
11  had with your attorneys, but before you came
12  here for your deposition, did you do anything to
13  prepare for your deposition?
14    MR. STEWART:  Objection.  Objection.
15    To the extent that you're asking a
16  question that invades the attorney/client
17  privilege, I'm instructing him not to answer.
18  He doesn't have to answer as to any
19  conversations or preparation he's had with his
20  attorneys or agents of his attorneys.
21    THE TRANSLATOR:  Excuse me, the
22  interpreter would like a clarification.  When
23  the lawyer --
24    MR. STEWART:  You just go ahead and
25  translate the objection.

Page 49

1    THE TRANSLATOR:  I would like you to
2  make sure the sentence for you, or do I have to
3  do it consecutively, simultaneously?
4    MR. STEWART:  Don't worry about it.
5    THE TRANSLATOR:  Because I have to at
6  least get the time to interpret what you're
7  saying.
8    MR. STEWART:  Objection.
9    You can translate that.  To the extent
10  that the question calls for information that is
11  subject to the attorney/client privilege, I'm
12  instructing my client not to reveal or discuss
13  any conversations he's had with his attorneys.
14  He can talk about any preparation he did that
15  does not involve conversations with his
16  attorneys.  Okay.
17    A.   Like I can talk what I know?
18    MR. STEWART:  He wants to know what
19  you did to prepare for this deposition.  I'm
20  saying you can tell him anything that you did to
21  prepare for this deposition that is not
22  conversations with your attorneys, which is in
23  essence what you asked.  Okay.
24    A.   Yes.
25    MR. STEWART:  You can tell him

13 (Pages 46 to 49)

Confidential - Subject to Further Confidentiality Review

Page 50

1  anything you did except for conversations with
2  your attorneys.
3          I'll be more judicious in my
4  objections.  Go ahead.
5          Did you do anything besides talk with
6  your attorneys to prepare for this deposition?
7      A.  Yes.
8          MR. STEWART:  That's what he wants to
9  know is what did you do besides talk to your
10  attorneys.
11     A.  I got ready to come here.  I bought
12  some clothes, and wear some clothes.
13  BY MR. KENNEDY:
14     Q.  Okay.  Did you speak to anyone besides
15  your attorneys, sir?
16     A.  When I was coming here?
17     Q.  Yes, sir.
18     A.  No.
19     Q.  Okay.  Sir, where were you born?
20     A.  Me?
21     Q.  Yes, sir.
22     A.  Cap-Haïtien.
23     Q.  Okay.  And have you lived in
24  Cap-Haïtien your entire life, sir?
25     A.  Yes.

Page 51

1      Q.  Okay.  And where do you currently
2  live, sir?
3      A.  Cite Blue Hills, Cap-Haïtien.
4      Q.  Do you live in a house?  Where do you
5  live?
6      A.  In a house.
7      Q.  Okay.
8      A.  Yes.
9      Q.  And whose house is it, sir?
10     A.  I rent it.
11     Q.  Your family rents the house, sir?
12     A.  Yes, my mother rented it, used to work
13  and pay the rent for me.  She couldn't pay the
14  rent for me anymore, now she move to
15  Cap-Haïtien, and my dad has a house, and we had
16  to come and live in there.  Now she can't afford
17  to live on her own.  I'm the one working on a
18  motorcycle and do some kind of job to help out,
19  give her some money to live.
20     Q.  Okay.  So, sir, currently you live in
21  a house with your mom, correct?
22     A.  My mom is living in the house where --
23  the house my dad left for us, but I'm living in
24  the house my mom rented for me.
25     Q.  Okay.  So you're living in a house in

Page 52

1  Cap-Haïtien, correct?
2      A.  Yes.
3      Q.  Okay.  And does anybody -- do you live
4  with anybody else, sir?
5      A.  I live in a house with my cousin and
6  my brother.
7      Q.  Okay.  What's your brother's name,
8  sir?
9      A.  Ilguens.
10     Q.  And what's your cousin's name, sir?
11     A.  Remy.
12         MR. STEWART:  Can you get a
13  clarification on the brother's name?  It's not
14  Ilguens.
15         MR. KENNEDY:  Sure, I'll do my best.
16  BY MR. KENNEDY:
17     Q.  Sir, can you repeat what your
18  brother's name is?
19     A.  Evens.
20     Q.  Evens?
21     A.  Evens.
22     Q.  And your cousin's name was what, sir?
23     A.  Remy.
24     Q.  The house that you live in, sir, how
25  many rooms are in it?

Page 53

1      A.  Three rooms.
2      Q.  Three rooms?
3      A.  Yes.
4      Q.  And do you have your own bedroom, sir?
5      A.  The house is separated.  My cousin and
6  my brother sleep in one side, and I sleep in the
7  other side.
8      Q.  I know you sleep on the other side,
9  sir.  But my question is, do you have your own
10  room to sleep in?
11     A.  Yes.
12     Q.  How long have you lived at this --
13  sorry.  I apologize, sir.
14         What is the address of this house?
15     A.  City of Blue Hill.  The house number
16  is B-18, 1-8.
17     Q.  And how long have you lived there,
18  sir?
19     A.  I can't count how long I've been
20  living there, because what happened to me is
21  very sad.
22     Q.  My question was time, sir, in time.
23  How much time have you stayed at this house?
24     A.  I can't remember how long.
25     Q.  Have you lived there your entire life,

14 (Pages 50 to 53)

Confidential - Subject to Further Confidentiality Review

Page 54

1    sir?
2        A.   When I left the Village, I was living
3    there for all my life, all my life.
4        Q.   Sir, before you went to the Village,
5    where did you live?
6        A.   At my house.
7        Q.   Okay.  And is that the same house we
8    were just talking about?
9        A.   Yes.
10       Q.   Sir, I think -- I apologize, I'm
11   jumping a little ahead, but when you were going
12   to the Village, did you live at the same house,
13   sir?
14       A.   Yes.
15       Q.   Sir, can you do your best to describe
16   for me your house?
17       A.   All the house you're asking me?
18       Q.   Yes, to the best you can.
19       A.   It's a kind of block, it's painted in
20   green.  The house has three doors, two in front,
21   one in the back.  The house has six windows, two
22   in front, one in the middle, that makes it
23   three, and back in the -- and the back in the --
24   all the way there's one.  And the front has
25   three trees, one closer tree, one almond tree,

Page 55

1    and one tree of olive.
2        THE TRANSLATOR:  The interpreter would
3    like to make a clarification.  He said three
4    trees in Creole.  I don't know how to say that
5    in English.  Almonds and soursop.
6        MR. STEWART:  Almond tree?
7        A.   Almond, and the other one is the
8    soursop, that's the other tree we have.
9        MR. STEWART:  Almond, soursop, and
10   what's the other one?
11       THE TRANSLATOR:  Olive.
12       MR. STEWART:  Olive.  Okay.
13   BY MR. KENNEDY:
14       Q.   Is there a television in the house,
15   sir?
16       A.   No.
17       Q.   Sir, has your family had this house as
18   long as you've been alive?
19       A.   The house for my dad, yes, that did
20   have.
21       Q.   And, sir, I also think you testified
22   that your mom now lives in a house that was
23   provided by your dad?
24       A.   Yes.
25       Q.   And I'm sorry, what's your mom's name?

Page 56

1        A.   Roselene Predestin.
2        Q.   Roselene?
3        A.   Yes.
4        Q.   I'm sorry, the last name was, sir?
5        A.   My mom?
6        Q.   Yes, sir.
7        A.   Roselene Predestin.
8        Q.   And what's your dad's name?
9        A.   Altieri Jean Pierre.
10       Q.   And this other home that your mom
11   lives in right now, where is that located, sir?
12       A.   City of Blue Hills.
13       Q.   Is it near the house you're living in
14   right now?
15       A.   No.
16       Q.   How far away is it, sir?
17       A.   You have to go back there to go to my
18   house.
19       Q.   What's the address of that house, sir?
20       A.   It's in City of Blue Hill, but I don't
21   remember the house number.
22       Q.   Who lives with your mom at that house,
23   sir?
24       A.   Three little sisters, my three little
25   sisters.

Page 57

1        Q.   Your three little sisters?
2        A.   Yes, sir.
3        Q.   What are their names and ages, sir?
4        A.   For the age I might not -- I might not
5    be able to give you the ages, but I can give you
6    the names.
7        Q.   Fair enough, sir.
8        A.   Do you want the names?
9        Q.   Yes, sir.
10       A.   Noufie Jean Pierre, Dieulove
11   St. Hilaire, Sitchina Fildor.
12       MR. STEWART:  He said Noufie, Fildor,
13   and Dieulove.  Part of the Jim, Bob and Frank
14   for us.
15       You're doing fine.  We have to figure
16   out the spelling of names.  You're doing fine.
17   BY MR. KENNEDY:
18       Q.   Sir, how many brothers do you have?
19       A.   Four brothers.  I'm the fifth one.
20       Q.   And what -- and one of the brothers is
21   -- strike that.  I'm sorry.
22       Can you give me the names of your four
23   brothers, sir?
24       A.   Yes.  Yves Jean Pierre, Yvon Jean
25   Pierre, Evens Jean Pierre, Joseph Jean Pierre.

15 (Pages 54 to 57)

Confidential - Subject to Further Confidentiality Review

Page 58

```
 1      Q.   Okay.  Are they all older than you,
 2 sir?
 3      A.   Yes.
 4      Q.   How much older is Yvon Jean Pierre?
 5      A.   He's older than me.
 6      Q.   Do you know how much older, sir?
 7      A.   No.
 8      Q.   What about Yves Jean Pierre?
 9      A.   I don't know the ages.
10      Q.   Okay.  You just know they're older
11 than you are?
12           THE TRANSLATOR:  Say it again.
13      Q.   You just know they're older than you
14 are?
15      A.   They're older than me, I just don't
16 know the ages.
17      Q.   Did any of your brothers go to PPT,
18 sir?
19      A.   Me and Joseph.
20      Q.   Joseph Jean Pierre?
21      A.   Yes.
22      Q.   Sir, do you know if your brother,
23 Joseph Jean Pierre, is claiming that Douglas
24 Perlitz abused him?
25           THE TRANSLATOR:  Can you rephrase the
```

Page 59

```
 1 question for me, please?
 2           MR. KENNEDY:  Sure.
 3      Q.   Sir, do you know -- I don't know if I
 4 can rephrase that.
 5      A.   You're asking for Joseph Jean Pierre?
 6           MR. KENNEDY:  Is there something the
 7 translator doesn't understand?
 8           THE TRANSLATOR:  I asked you to
 9 rephrase the question, so I have to let him know
10 what I just say to you in Creole.
11 BY MR. KENNEDY:
12      Q.   Okay.  Can you try asking this
13 question, which is, sir, do you know if your
14 brother, Joseph Jean Pierre, is claiming that
15 Douglas Perlitz abused him?
16           MR. STEWART:  Objection.
17      A.   Yes.
18 BY MR. KENNEDY:
19      Q.   He is claiming that, sir?
20           MR. STEWART:  Objection.
21      A.   Yes.
22 BY MR. KENNEDY:
23      Q.   How do you know that, sir?
24           MR. STEWART:  Objection.
25      A.   Because we were together in the
```

Page 60

```
 1 Village, and all of us were victims.
 2 BY MR. KENNEDY:
 3      Q.   When you say all of you were victims,
 4 do you mean all of the students at the Village
 5 were victims of Douglas Perlitz?
 6      A.   Yes.
 7      Q.   Do you know if your brother, Joseph
 8 Jean Pierre, put his name on Jean Gary's list?
 9      A.   I don't know, because I didn't go to
10 look on the list.  The only thing I do, I gave
11 Jean Gary my name.  I just gave my name because
12 I'm doing motor taxi, I just gave my name and I
13 left.
14      Q.   Sir, do you know if -- I'm sorry.
15           Do you know if Mathieu has given your
16 brother, Joseph Jean Pierre, money?
17           MR. STEWART:  Objection.
18           THE TRANSLATOR:  I got lost in the
19 translation.  Would you rephrase that question
20 for me again, please?
21 BY MR. KENNEDY:
22      Q.   I'll try doing it slower.
23           Do you know if Mathieu has given your
24 brother, Joseph Jean Pierre, money?
25      A.   I don't know that.
```

Page 61

```
 1      Q.   Do you know if Cyrus has given your
 2 brother, Joseph Jean Pierre, money?
 3           MR. STEWART:  Objection.
 4      A.   I'm not usually to hang out with him,
 5 I don't know if he has given him money or not.
 6 BY MR. KENNEDY:
 7      Q.   Where does Joseph Jean Pierre live,
 8 sir?
 9      A.   In his house.
10      Q.   Okay.  Where is his house, sir?
11      A.   City of Blue Hills.
12      Q.   Does Joseph Jean Pierre work, sir?
13      A.   Yes, he's a driver.
14      Q.   What does he drive, sir?
15      A.   A camionette, like a machine, it's a
16 truck.
17      Q.   He's a truck driver, sir?
18      A.   Yes.
19      Q.   And do you know who he works for, sir?
20      A.   Yes.
21      Q.   Who is that, sir?
22      A.   He's working for a friend of us whose
23 name is Nate.
24      Q.   Does your dad work, sir?
25      A.   I don't have a father.  My father
```

16 (Pages 58 to 61)

Confidential - Subject to Further Confidentiality Review

Page 62

1    died.
2    Q.   Sorry, sir.
3         When did your dad pass away?
4    A.   He died in 2009. I don't remember the
5    date and the month.
6    Q.   Okay.  Before your dad passed away,
7    did he work?
8    A.   Yeah, he was working --
9         THE TRANSLATOR:  The interpreter would
10   like to look for what he said. I don't know how
11   to translate that word in English.  I'm going to
12   look for it, if that's okay, if that's allowed,
13   because I have to look for the word.
14        MR. STEWART:  What's the word we're
15   looking for?
16        THE TRANSLATOR:  Apantè.  Somebody who
17   comes to measure.
18        MR. STEWART:  Surveyor?
19        THE TRANSLATOR:  Surveyor.
20   Q.   Sir, your dad was a surveyor?
21   A.   No, he was working with the surveyor.
22        MR. STEWART:  We all thought we knew.
23   I'm sorry.
24   BY MR. KENNEDY:
25   Q.   Let me try it this way, sir.

Page 63

1         Can you describe to me, to the best of
2    your ability, what your dad did for a living?
3    A.   Sometime he (unintelligible) in the
4    water, and carrying concrete just to take care
5    of us.
6    Q.   Okay.  Was he able to take care of
7    you, sir?
8    A.   Yes, he was taking care of all of us,
9    all the children.
10   Q.   You had enough food to eat, sir?
11   A.   Yes.  Every time he got paid, he
12   bought food for us to eat in the house.
13   Q.   Okay.  And you had a place to live,
14   correct, sir?
15        THE TRANSLATOR:  I didn't hear you.
16   Q.   And you had a place to live?
17   A.   Before he passed, we were living
18   together.
19   Q.   Okay.  And after he passed, you lived
20   with your mom in the house?
21   A.   No.  I'm living in the house my mom
22   rented for me.
23   Q.   Okay.  Let me ask it this way, sir.
24        You've always lived in a house,
25   correct?

Page 64

1    A.   Yes.
2    Q.   Your brother, Yvon Jean Pierre, does
3    he work?
4    A.   Yes, he is doing the same job as me,
5    motor taxi.
6    Q.   And do you work together with your
7    brother?
8    A.   No.  He's riding, he's on a bike, and
9    I'm riding a motor, a bike with a contract.
10   Q.   Your brother Yves Jean Pierre, does he
11   work?
12   A.   Yes.
13   Q.   What does he do, sir?
14   A.   The same job as Joseph, driving a
15   truck.
16   Q.   Okay.  And do they all live in
17   Cap-Haïtien, sir?
18   A.   Yes.
19   Q.   Okay.  Your brother Evens Jean Pierre,
20   does he work?
21   A.   Yes, he is doing motor taxi.
22   Q.   Okay.  Do your sisters work, sir?
23   A.   My sisters?
24   Q.   Yes, sir.
25   A.   They're little.  They're in school.

Page 65

1    Q.   Okay.
2    A.   I give you four brothers, but you
3    asked me about three.
4    Q.   Right.
5    A.   What about the other one?
6    Q.   The other one?
7    A.   Yvon.
8    Q.   Yvon Jean Pierre, does he work, sir?
9    A.   Yes, he's driving a minivan.
10   Q.   So all the brothers are driving in one
11   form or another for work?
12        (Conversation between translator and
13   Mr. Mr. Pierre-Louis.)
14        THE TRANSLATOR:  He said caravan, and
15   caravan is not a minivan.  Caravan is kind of
16   transportation, in Haiti they call it tap-tap.
17        You asked another question.  I think I
18   lost the question.
19   BY MR. KENNEDY:
20   Q.   The question was, it's fair to say
21   that all of your brothers are driving for
22   transportation in one form or another?
23   A.   Yes.
24   Q.   Do all your brothers help pay the
25   expenses for the home, sir?

17 (Pages 62 to 65)

Confidential - Subject to Further Confidentiality Review

Page 66

```
 1        A.   Yeah, when my dad was alive, we were
 2   dependent on him mostly, but now I take my
 3   mother in the house.
 4        Q.   Sir, do you provide any money for the
 5   expenses of the home?
 6        A.   No, I don't give money in the house,
 7   but after riding my bike I can give my mom some
 8   money to buy some oil, some spices.
 9        Q.   Okay.  So sometimes you give your mom
10   money to buy oil and spices?
11        A.   Yes.
12        Q.   Now, sir, I know you started to tell
13   me before, but what do you currently do for
14   work?
15        A.   What I do for a living is the motor
16   taxi.  When I can't find a motor taxi to ride, I
17   used to go look for a job in concrete,
18   construction.
19        Q.   Sir, in your own words describe for me
20   what the motor taxi job is.
21        A.   Like you stop in the station, there's
22   a station, you stop there, and waiting for
23   passenger to -- you take them to a place, to
24   another place.
25        Q.   Is it a motorcycle, or is it a car,
```

Page 67

```
 1   sir?
 2        A.   Motorcycle.
 3        Q.   Okay.  Do you own this motorcycle,
 4   sir?
 5        A.   No.  I have a contract.  I went to the
 6   dealership with the owner to buy it, and we sign
 7   a contract.
 8        Q.   Okay.  So do you keep the motorcycle
 9   at your house, sir?
10        A.   Yes.
11        Q.   And how many days a week do you do the
12   Moto Taxi job, sir?
13        A.   Every day.
14        Q.   And are you able to pick up
15   passengers, sir?
16        A.   Yes.
17        Q.   And I know every day is different, but
18   describe for me, on a regular day how many
19   passengers do you pick up?
20        A.   For the day I can ride it two to three
21   passengers, sometimes I don't find any, and I
22   ride the motor -- the motorcycle empty.
23        Q.   And how much do you charge for your --
24   for a passenger?
25        A.   It depends on where the passenger is
```

Page 68

```
 1   going.  I can find the passenger at Esso and I'm
 2   taking the passenger to Blue Hills, I charge
 3   them 10, 15 gourdes, 10 gourdes.
 4        Q.   Okay.  On average, sir, how many
 5   gourdes a week do you make on your motor taxi
 6   job?
 7        THE TRANSLATOR:  A week?
 8        MR. KENNEDY:  Yes.
 9        A.   For the week, I can make $360.  But
10   that's not my money, I have to give it to the
11   motorcycle's owner.
12   BY MR. KENNEDY:
13        Q.   How much do you give to the motorcycle
14   owner, and how much do you keep, sir?
15        A.   I can get like 20 to $30.
16        Q.   US?
17        A.   Gourdes.
18        Q.   Gourdes?
19        A.   Gourdes.
20        Q.   Okay.  So you give the taxi -- I'm
21   sorry.  You give the motorcycle owner 340 of the
22   360 gourdes you make in a week, sir?
23        A.   No.  I give him $360.
24        THE TRANSLATOR:  Excuse me, just a
25   cultural thing, for the gourdes and dollars,
```

Page 69

```
 1   from a cultural from Haiti, when they talk about
 2   gourdes, that's the local money.  But because we
 3   use everything in dollars, when somebody says
 4   $360, that's not 360 gourdes, that's more
 5   gourdes in the Haitian way.  Maybe Elyseé knows
 6   what I'm talking about.
 7        MR. FOLKMAN:  You might ask him how
 8   many gourdes to a Haitian dollar.
 9   BY MR. KENNEDY:
10        Q.   Sir, how many gourdes are there to a
11   Haitian dollar?
12        THE TRANSLATOR:  Say it again?
13        Q.   Sir, how many gourdes are there to a
14   Haitian dollar?
15        A.   5 gourdes.
16        Q.   Sir, have you able to feed yourself
17   from the money you make from your Moto Taxi job?
18        A.   Yes.
19        Q.   Sir, do you have to pay rent at your
20   home?
21        A.   No. Where I live, I also pay.  Because
22   I'm riding the bike now, I pay some money.
23        Q.   Who do you give the money to, sir?
24        A.   The house owner.  When I pay the
25   house, who I give the money to?
```

18 (Pages 66 to 69)

Confidential - Subject to Further Confidentiality Review

Page 70

1    Q.   Yes.
2    A.   The owners.
3    Q.   Who is the owner, sir?
4    A.   Lucemene.
5    Q.   It's not your family, sir?
6    A.   No.
7    Q.   On average -- I'm sorry.
8         When you do pay the owner, sir, do you
9    pay them every month, or is it every week?  How
10   do you pay them?
11   A.   Every year.  Like if I move to the
12   house December 20, next December 20 I have to
13   pay the rent.
14   Q.   And how much do you pay in rent every
15   year in Haitian dollars?
16   A.   In total I pay $500, 500 Haitian
17   dollars.  In gourdes it's 4,500 gourdes.
18   Q.   Sir, how long have you been doing the
19   Moto Taxi job?
20   A.   I can't control, say how long, but
21   since I left the Village.
22   Q.   Okay.  And when did you leave the
23   Village, sir?
24   A.   I do not remember the month I left.
25   Q.   Was it when the Village closed, sir,

Page 71

1    in 2008?
2    A.   I already left.
3    Q.   You left before the Village had
4    closed, sir?
5    A.   Yes.
6    Q.   Do you remember what year you left the
7    Village, sir?
8    A.   I don't remember the year.
9    Q.   Sir, it's fair to say you're able to
10   support yourself doing your Moto Taxi job?
11   A.   Yes.
12   Q.   Sir, have you also done mason jobs?
13        THE TRANSLATOR:  Also done --
14        MR. KENNEDY:  Mason, masonry.
15   A.   I don't do it.  Sometimes when I'm not
16   performing the motorcycling -- motorcycle job I
17   go look for masonry, when you have to carry like
18   bucket of concrete.
19   Q.   And have you done any of those jobs,
20   sir?
21   A.   Yes, sometimes.
22   Q.   How many times have you worked in
23   masonry jobs since you left the Village, sir?
24   A.   I can't control, I can't say how long,
25   but when I'm not doing the motorcycling, when

Page 72

1    I'm not doing the motorcycle job I go look for
2    some masonry jobs.
3    Q.   How often do you look for masonry
4    jobs, sir?
5    A.   I can't -- how many times, how often I
6    perform that job, but when I'm not doing the
7    motorcycle job I look around near where I live,
8    like looking for something, hustling as they say
9    in this country.
10   Q.   Let me ask you something.  We're here
11   in the year 2015.  In the year 2015, how many
12   times have you worked masonry jobs?
13        MR. STEWART:  Objection.
14   A.   Once.
15   BY MR. KENNEDY:
16   Q.   Okay.  And who did you work for, sir?
17   A.   For who I work?
18   Q.   Do you know the name of the person you
19   worked for, sir?
20   A.   No.
21   Q.   Okay.  How many days did you work at
22   that masonry job?
23   A.   One day only.
24   Q.   Okay.  And how much were you paid,
25   sir?

Page 73

1    A.   I got paid $30.
2    Q.   Haitian dollars, sir?
3    A.   150 gourdes.
4    Q.   In the year 2015, sir, if you know,
5    how many times did you work on a masonry job?
6        MR. STEWART:  Objection.
7    A.   That I can't control, I don't know.
8    BY MR. KENNEDY:
9    Q.   Okay.  Have you ever applied for a
10   masonry job and been not hired, sir?
11   A.   Yes.  They used to tease me, saying
12   "here are the Douglas homosexual guys, they're
13   the one that's going to be in control.  They are
14   not going to be rich very soon."
15   Q.   Okay.  But they said you're going to
16   be rich very soon?
17   A.   Yes, because we're not going to let
18   them work between us because they are
19   homosexual.
20   Q.   Okay.  Do you know the people that
21   said this, sir?
22   A.   I don't know them, but I don't live in
23   the area.
24   Q.   Okay.  Where did this -- where did --
25   in what town did these people say these words,

19 (Pages 70 to 73)

Confidential - Subject to Further Confidentiality Review

Page 74

1  sir?
2      A.   Blue Hills.
3      Q.   Sir, you also know how to repair a
4  boat?
5      A.   I work on a boat.  I work on a boat,
6  not repair.  Sometimes I clean up the boat, make
7  kind of job, oil change, repair parts, the good
8  parts and bad parts, take them out.  Just he
9  take out good parts and bad parts, not repair.
10     Q.   You're able to physically do that job,
11 correct?
12     A.   I don't do that job every day, not too
13 physically.
14     Q.   I know you don't do that job every
15 day, but you're able to physically do it, right?
16     A.   Yes.  I get from that job, but they
17 don't give me heavy stuff to carry.
18     Q.   In the masonry job, sir, you're able
19 to physically do that job as well, correct?
20     A.   Yes.  I wake up in the morning, and I
21 had a cup of water just to carry on during the
22 day, and around midday they give us our money to
23 go to eat.
24     Q.   Sir, when is the last time, sir, that
25 you worked repairing or cleaning a boat?

Page 75

1          MR. STEWART:  Objection.
2      A.   I don't know about the day, but I
3  remember when I was working in the custom.  And
4  plus the boss I used to work with when I
5  finished working, he wasn't very fair with the
6  money with us, and sometimes he want us to go
7  use the money with women and prostitution.  And
8  I said -- because I said I have a future to
9  prepare, so I have a future part of me, and I'm
10 a young man, and I can't use my money in that
11 type of life with women.
12 BY MR. KENNEDY:
13     Q.   So the boss on the boat job wanted you
14 to use the money he was paying you to work for
15 you to go with a prostitute?
16     A.   Yes.
17     Q.   Why did he want you to do that?
18         MR. STEWART:  Objection.
19         THE TRANSLATOR:  But he can answer?
20         MR. STEWART:  Mm-hmm.
21     A.   He wanted us to use the money on
22 women, and I said "I'm a young man, I have a
23 future to -- ahead of me.  And I came work, I
24 have to buy new clothes."
25 BY MR. KENNEDY:

Page 76

1      Q.   Sir, are you able to buy new clothes
2  from the money that you make from the motorbike?
3      A.   Yes.
4      Q.   Sir, your Moto Bike job, do you work
5  for a certain company?
6      A.   No.
7      Q.   It's your own business, sir?
8      A.   No, for someone else, and he bought
9  it, and I'm riding the bike with a contract.
10     Q.   Okay.  Sir, I preface this by saying I
11 don't want to know about any conversations
12 you've had with your attorneys.
13         THE TRANSLATOR:  Say it again, please,
14 if you don't mind?
15     Q.   Sir, I don't want to know about any
16 conversations that you've had with your
17 attorneys.  But besides your attorneys, have you
18 told anyone else what Douglas Perlitz did to
19 you?
20         THE TRANSLATOR:  The last name is?
21         MR. KENNEDY:  Perlitz.
22     A.   No.
23     Q.   Did you ever tell Cyrus what Douglas
24 Perlitz did to you?
25     A.   Yes.

Page 77

1      Q.   When did you do that, sir?
2      A.   I don't remember the day.
3      Q.   Did you ever tell Mathieu what Douglas
4  did to you?
5      A.   No.
6      Q.   Do you know who Margarette Joseph is,
7  sir?
8      A.   Margarette Joseph?
9      Q.   Yes.
10     A.   She used to live in the Village.  In
11 the Village she was a nurse who used to teach us
12 lessons in the Village.
13     Q.   Did you ever tell Margarette Joseph
14 what Douglas Perlitz did to you, sir?
15         THE TRANSLATOR:  Sorry, I got lost on
16 the translation.  Can you say it for me again?
17         MR. KENNEDY:  Sure.
18     Q.   Did you ever tell Margarette Joseph
19 what Douglas Perlitz did to you?
20     A.   No.
21     Q.   Did you ever tell -- strike that.  I'm
22 sorry.
23         Do you know who Robinson is, sir?
24         THE TRANSLATOR:  Robinson?
25         MR. KENNEDY:  Yes, sir.

Confidential - Subject to Further Confidentiality Review

Page 78

1      A.   Robinson is a teacher.
2      Q.   At the Village, sir?
3      A.   Yes.
4      Q.   Did you ever tell Robinson what
5  Douglas Perlitz did to you, sir?
6      A.   No.
7      Q.   Did you ever tell your brother, Joseph
8  Jean Pierre, what Douglas Perlitz did to you,
9  sir?
10     A.   No.
11         THE VIDEOGRAPHER:  Going off the
12  record.  The time is 11:53.
13         (Whereupon, a luncheon recess was
14         taken.)
15
16
17
18
19
20
21
22
23
24
25

Page 79

1         AFTERNOON SESSION
2
3         THE VIDEOGRAPHER:  Back on the record.
4  The time is 1:32.
5  BY MR. KENNEDY:
6      Q.   Sir, did you ever tell any of your
7  brothers what Douglas Perlitz did to you?
8      A.   No.
9      Q.   Are you married, sir?
10     A.   No.
11     Q.   Do you have a girlfriend?
12     A.   One.
13     Q.   You have one girlfriend?
14     A.   Yes.
15     Q.   What's her name, sir?
16     A.   Wilnise.
17     Q.   And how long has she been your
18  girlfriend, sir?
19     A.   I did not count the time we've been
20  together.
21     Q.   Is it more than six months, sir?
22     A.   Yes.
23     Q.   Is it more than a year, sir?
24     A.   Yes, maybe more than a year.
25     Q.   Is it more than two years, sir?

Page 80

1      A.   I don't think we got two years
2  together yet.
3      Q.   Okay.  And where does your girlfriend
4  live, sir?
5      A.   Cap-Haïtien.
6      Q.   She doesn't -- does she live with you,
7  sir?
8      A.   No.
9      Q.   Before -- I'm sorry, her name was
10  Wilnise.
11         Before Wilnise, did you have any other
12  girlfriends, sir?
13         MR. STEWART:  Objection.
14     A.   I had a first girlfriend, but we were
15  not together.  He moved to a town called
16  Wanament.
17         THE TRANSLATOR:  I said he.  She
18  moved.
19     Q.   You had a girlfriend before Wilnise,
20  but that girlfriend moved out of town, sir?
21     A.   We were not living in the same place.
22  She was living at a house, and I was living to
23  my place.
24     Q.   And what was her name, sir, or what is
25  her name?

Page 81

1         THE TRANSLATOR:  What?
2      Q.   What is her name?
3      A.   Chilove.
4      Q.   Okay.  And how long was Chilove your
5  girlfriend?
6         MR. STEWART:  Objection.
7      A.   I don't control the time.
8  BY MR. KENNEDY:
9      Q.   Was it more than a year, sir?
10         MR. STEWART:  Objection.
11         If you know.
12     A.   No.
13  BY MR. KENNEDY:
14     Q.   Was Chilove your girlfriend for more
15  than six months?
16         MR. STEWART:  Objection.
17     A.   Yes.
18  BY MR. KENNEDY:
19     Q.   And before Chilove, did you have
20  another girlfriend, sir?
21         MR. STEWART:  Objection.
22     A.   No.
23  BY MR. KENNEDY:
24     Q.   Okay.  Was Chilove your first
25  girlfriend?

21 (Pages 78 to 81)

Confidential - Subject to Further Confidentiality Review

Page 82

1     A.  Yes.
2     Q.  How old were you when you started
3  dating Chilove?
4     A.  I don't control.  I don't know.
5     Q.  Okay.  Sir, do you -- I apologize for
6  some of these questions, but do you have sexual
7  relations with Wilnise?
8         MR. STEWART:  Objection.
9     A.  Yes.
10  BY MR. KENNEDY:
11    Q.  And did you have sexual relations with
12  Chilove, too?
13        MR. STEWART:  Objection.
14    A.  Yes.
15  BY MR. KENNEDY:
16    Q.  Okay.  Do you have any children, sir?
17    A.  No.
18    Q.  Sir, in your life, how many sexual
19  partners have you had?
20        MR. STEWART:  Objection.
21        May I just add to that, it's not
22  relevant, even in a discovery deposition.  It's
23  harassing, done to embarrass him, it's improper, and you've gone
24  to intimidate him, it's improper, and you've gone
25  far beyond where you should have gone with this

Page 83

1  line of questioning.
2         MR. KENNEDY:  Objection is noted.
3         MR. STEWART:  You can answer.
4     A.  You're asking how many girlfriends I
5  had?
6  BY MR. KENNEDY:
7     Q.  Yes, sir.  How many girlfriends have
8  you had sexual relations with?
9         MR. STEWART:  Objection.
10    A.  Only Chilove and Wilnise.
11  BY MR. KENNEDY:
12    Q.  Okay.  Sir, when did you first meet
13  Douglas Perlitz?
14    A.  In the Village.
15    Q.  Okay.  What year was that, sir?
16        THE TRANSLATOR:  Say that again,
17  please.
18    Q.  What year was that, sir?
19    A.  I don't remember.
20    Q.  Okay.  Tell me everything that you
21  remember about the first time you met Douglas
22  Perlitz.
23        MR. STEWART:  Objection.
24    A.  You're talking about my first
25  encounter with him?

Page 84

1  BY MR. KENNEDY:
2     Q.  Yes, sir.
3     A.  Any contact I had with him at the
4  Village, when he first met me and he said let's
5  go out.  Okay.  He asked me that, let's go out.
6  So we got into the car, and when we got to the
7  place where we were supposed to go, we got out
8  of the car, and we got to a supermarket, Total
9  Chanpen.  That's in Cap-Haïtien.
10    Q.  And that's the first time that you
11  ever met Douglas Perlitz?
12    A.  No.  I'm just talking, and he stopped
13  me, so I'm not finished yet.
14    Q.  I'm sorry, sir, you can finish.
15    A.  When we left the market we went to his
16  house.
17        MR. STEWART:  You can keep talking.
18  Just tell your story.  Just keep talking.  He'll
19  catch up at some point.  But if you have
20  something to say to answer his question, you
21  just need to give your complete answer.  Okay?
22  There's no reason to stop.
23    A.  When we got to his house, he opened
24  the door and we got in.  And when we got out he
25  did ask me if I was hot, and I said yes.

Page 85

1  Usually when I'm taking a shower home I got -- I
2  got naked, so when I got into the shower, while
3  I was taking a shower I saw he was coming to me
4  with a towel on, and we were naked.  When he got
5  in the shower and he touched my bottom, and I
6  wasn't comfortable, I was upset.  And I had soap
7  on my body, and I didn't even finish rinsing my
8  body, and I got out -- I didn't even finish
9  rinsing myself, and I got dressed and I left.
10  And when I finished, I passed by my uncle house,
11  I didn't tell them what's happened, and they
12  gave me $5 to get public transportation.
13        When I got home, I stayed for two
14  minutes at home.  I didn't tell nobody what
15  happened.  And after that, I went to the
16  Village.  When I got there I went to sit alone.
17    Q.  Sir, I just want to be clear.  My
18  question was what your memories were of the
19  first time that you ever met Doug Perlitz.  Was
20  this -- go ahead.
21        MR. STEWART:  Go ahead.  The first
22  question was different than that, and I think
23  where the confusion came from.  Someone used the
24  word "encounter."  You're talking about my first
25  encounter with him, and you said yes, so I think

Confidential - Subject to Further Confidentiality Review

Page 86

1    that's where the confusion comes from, sir.
2            MR. KENNEDY: Okay. Thanks for your
3    help.
4    BY MR. KENNEDY:
5        Q.   My question was, tell me everything
6    that you remember about the first time you met
7    Douglas Perlitz. The story you just told me,
8    sir, was that the first time you had met Douglas
9    Perlitz?
10       A.   Yes.
11       Q.   Were you a student at PPT at this
12   time, sir?
13       A.   A student. A student.
14       Q.   You were a student at PPT at this
15   time?
16       A.   Is a student -- are you asking me if I
17   was a student?
18           MR. KENNEDY: I was asking, I was
19   asking the witness whether he was a student at
20   PPT at the time that he had this incident with
21   Mr. Perlitz.
22       A.   Yes.
23       Q.   How long had you been a student at
24   PPT, sir, before this incident with Mr. Perlitz?
25       A.   I don't remember how long.

Page 87

1        Q.   And you had never spoken to Douglas
2    Perlitz before this incident, sir?
3        A.   Yeah. Talking, yes, when he used to
4    stand up in the kitchen talking to everybody,
5    yes, he used to do that. But I never talked to
6    him, stand up, person only talking to him
7    one-on-one.
8        Q.   Okay. So when did you start -- strike
9    that. I'm sorry.
10           Sir, how old were you when you started
11   to go to PPT?
12       A.   I don't remember how old I was,
13   because each time I wanted to exactly know my
14   age, I usually go ask my mother.
15       Q.   So when did you first start going to
16   school?
17           MR. STEWART: Objection.
18       A.   Don Bosco.
19   BY MR. KENNEDY:
20       Q.   Don Bosco, how old were you when you
21   went to Don Bosco?
22       A.   I don't remember.
23       Q.   You went to Don Bosco for first and
24   second grade?
25           MR. STEWART: Objection.

Page 88

1            MR. KENNEDY: What's the answer?
2            MR. STEWART: He translates objection.
3    All day I've been saying objections, I've just
4    been saying them down where you didn't hear
5    them. Don't worry about an objection. If I
6    make an objection, only if I tell you not to
7    answer do you need to worry about it. Okay? So
8    you may hear me say objection, I've been saying
9    it, you probably didn't hear it earlier, it's
10   okay, don't worry about it. It's something that
11   the judge and the defense and us will fight
12   about later, it's not something you need to
13   worry about. Okay?
14       A.   Yes.
15           MR. STEWART: Just do your best to
16   answer the questions unless I tell you not to,
17   okay? Do what they all do, just ignore me when
18   I say objection, okay? All right?
19           THE WITNESS: Okay.
20           MR. KENNEDY: He asked you, he said
21   you went to Don Bosco for first and second
22   grade?
23           That's your last question, right, sir?
24           MR. KENNEDY: Yes.
25       A.   Yes.

Page 89

1    BY MR. KENNEDY:
2        Q.   Okay. And is Don Bosco a private
3    school, sir?
4        A.   It's for a priest.
5        Q.   Okay. Do you have to pay -- if you
6    know, do you have to pay to go to Don Bosco?
7        A.   Yes.
8        Q.   Who paid for you to go to Don Bosco,
9    sir?
10           MR. STEWART: Objection.
11       A.   My mother, my mother and my father.
12   BY MR. KENNEDY:
13       Q.   Okay. And then after Don Bosco, where
14   did you go to school, sir?
15       A.   Blue Hills.
16       Q.   Okay. And is Blue Hills, is that a
17   public school, sir?
18       A.   National school.
19       Q.   Do you have to pay to go to that
20   school, sir?
21           MR. STEWART: Objection.
22       A.   Yes.
23   BY MR. KENNEDY:
24       Q.   Who paid for to you go to that school,
25   sir?

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 90

1           MR. STEWART: Objection.
2      A.   My mother and my father.
3   BY MR. KENNEDY:
4      Q.   Okay. And what grades did you do at
5   Blue Hills?
6      A.   I don't remember.
7      Q.   At some point did you start going to
8   PPT?
9      A.   Before I went to PPT, I passed Street
10  13.
11     Q.   Okay. We might be talking about the
12  same thing.
13          Did you go to Rue 13, sir?
14     A.   Yes.
15     Q.   Okay. And who worked at Rue 13?
16          MR. STEWART: Objection.
17     A.   Who work at Rue 13?
18  BY MR. KENNEDY:
19     Q.   Yes.
20     A.   Master Romer, and Master Nixon,
21  Marguerite, Merline, and Mrs. Calixte.
22     Q.   Did you ever see Douglas Perlitz at
23  Rue 13?
24     A.   I never saw him.
25     Q.   How did you hear about Rue 13? How

Page 91

1   did you find out about Rue 13?
2      A.   In front of my -- it was in the
3   jacket, he talked to me about that school and I
4   said -- he saw my mother was spending a lot of
5   money for me, she's not that wealthy, it's my
6   mother couldn't send me and Joseph to that
7   school. The day we went there we didn't have
8   with us our birth certificate, as when we went
9   there we didn't have our birth certificate with
10  us so we went -- we came back the next day with
11  our birth certificate, and it rained, we try to
12  go.
13     Q.   What was the name of the person that
14  told you about Rue 13?
15     A.   Jackie Lo.
16     Q.   Was Jackie Lo -- is that a nickname,
17  sir?
18     A.   It's a real name.
19     Q.   It's a real name?
20     A.   Yes.
21     Q.   Okay. Was Jackie Lo a student at PPT?
22     A.   No, he was working there.
23     Q.   Okay. He was working there?
24     A.   Yes.
25     Q.   When you started to go to Rue 13, were

Page 92

1   there any Americans or white volunteers who
2   worked there?
3           MR. STEWART: Objection.
4      A.   Andy.
5   BY MR. KENNEDY:
6      Q.   Is that Andy Shultheis, sir?
7           THE TRANSLATOR: Say again?
8      Q.   Andy Shultheis?
9      A.   I know him by Andy. I don't know his
10  last -- the last name.
11     Q.   Okay. Was Andy a white person?
12     A.   Yeah, he was white, he was not
13  Haitian.
14     Q.   Okay. And can you describe for me,
15  sir, what a typical day at Rue 13 was like for
16  you?
17          MR. STEWART: Objection.
18     A.   A normal day? A normal day?
19  BY MR. KENNEDY:
20     Q.   Yes, a normal day at Rue 13.
21     A.   Are you talking about when they're
22  playing games?
23     Q.   Just what you remember of things you
24  did at Rue 13.
25          MR. STEWART: Objection.

Page 93

1      A.   We play, a soccer league, play
2   marbles, and they play movies for us.
3      Q.   Were you taught any school subjects?
4      A.   Yeah, we had schooling there.
5      Q.   What classes did you take there?
6      A.   When I went there, they had me start
7   in first grade.
8      Q.   Did you learn to -- did you get taught
9   reading Creole?
10     A.   Yes.
11     Q.   Did you learn any math?
12          MR. STEWART: Objection.
13     A.   Yes, in the class I had they used to
14  do calculus with me, but -- we used to do
15  calculus, the class I was, but we didn't start
16  math yet.
17  BY MR. KENNEDY:
18     Q.   Were you provided with food at Rue 13,
19  sir?
20     A.   Yes.
21     Q.   And at some point did you go to the
22  Village?
23     A.   Yes.
24     Q.   Sir, when you were at Rue 13, do you
25  remember any American visitors coming?

24 (Pages 90 to 93)

Confidential - Subject to Further Confidentiality Review

Page 94

1      A.   I can say when I was in there, seeing
2   white people was not that important for me.  I
3   went there for knowledge.
4      Q.   Okay.  Now, when did you go -- when
5   did you start going to the Village, sir?
6      A.   Year 2004.
7      Q.   Were you happy that you were going to
8   the Village, sir?
9      A.   I was not that happy, but I wanted to
10  go there.
11     Q.   Why did you want to go there, sir?
12     A.   Just to get some knowledge.
13     Q.   And when you went to the Village, did
14  you sleep at the Village?
15     A.   No.
16     Q.   Did you ever sleep over at the
17  Village?
18     A.   At one time I slept in the Village,
19  was when I was getting my First Communion.
20     Q.   And when was that, sir?
21     A.   The Communion?
22     Q.   Yes.
23     A.   June 11, 2006.
24     Q.   And, sir, did you ever see Doug
25  Perlitz at the Village?

Page 95

1      A.   I used to see him, but we never talk.
2      Q.   What did you see him doing at the
3   Village?
4      A.   Yeah, what I used to see him doing is
5   hurrying.  When the time comes to go to eat and
6   he went to the kitchen and sit in the kitchen,
7   and after that go back to his office.
8      Q.   But you never spoke to him privately,
9   sir?
10     A.   No.
11     Q.   Do you remember any of the Haitian
12  staff that worked at the Village?
13     A.   Yes.
14     Q.   And who do you remember, sir?
15     A.   Talking about teachers or people that
16  are working there or guardian, people watching
17  the place?
18     Q.   That's a good point.  Why don't we
19  start with the teachers.  Which teachers do you
20  remember?
21     A.   Mémé, Patrice, Judex, Master Daniel,
22  Master Edrice, Alteon, Madam Familia, Junie,
23  Nelta, Robinson.
24     Q.   Is that Madam Junie?
25     A.   Yes.

Page 96

1      Q.   What did she teach?
2      A.   When we have homework and lessons, she
3   used to explain us.
4      Q.   Do you remember the subject that she
5   taught?
6      A.   When you have enough homework and I
7   ask her to explain us, and that she used to do
8   that, and put them on the blackboard.
9      Q.   What was Robinson's job at the
10  Village?
11        MR. STEWART:  Objection.
12     A.   He used to teach us bible.
13  BY MR. KENNEDY:
14     Q.   He used to teach you religion, sir?
15     A.   Yes.
16     Q.   Do you remember any of the American
17  volunteers that were at the Village, sir?
18     A.   They used to come, but I never stay
19  close to them because I'm always the kind of guy
20  stay alone all the time.
21     Q.   Well, why would you stay alone all the
22  time?
23     A.   I got that from my father.  I'm always
24  by myself alone.
25     Q.   Do you remember the names of any of

Page 97

1   the American volunteers who worked at the
2   Village?
3      A.   No.
4      Q.   Do you remember if any Americans came
5   to visit the Village while you were there?
6        MR. STEWART:  Objection.
7      A.   They used to come, play soccer with
8   the guys, basketball.
9   BY MR. KENNEDY:
10     Q.   Do you remember any of the names of
11  the Americans that came to visit the Village?
12     A.   No.
13     Q.   Do you know who Nick Preneta is, sir?
14     A.   No.
15     Q.   Do you know who Jessica Lozier is,
16  sir?
17     A.   No.
18     Q.   Do you know who Paul Carrier is, sir?
19     A.   How?
20     Q.   Do you know who Paul Carrier is?
21     A.   No.
22     Q.   Do you know who Hope Carter is, sir?
23     A.   Huh?
24     Q.   Do you know who Hope Carter is?
25     A.   No.

25 (Pages 94 to 97)

Confidential - Subject to Further Confidentiality Review

Page 98

1    Q.   Sir, can you tell me in your own words
2    the first time you claim -- strike that. I'm
3    sorry.
4         Sir, how many times do you claim
5    Douglas Perlitz abused you?
6         MR. STEWART: Objection.
7    A.   Yeah, he put his penis in my bottom.
8    He did force me. I did not agree with that,
9    plus God was not agree to that either.
10   BY MR. KENNEDY:
11   Q.   Sir, I'm going to give you an
12   opportunity to tell me about the incidents. My
13   question was only how many times, and it's a
14   number, do you claim Douglas Perlitz abused you?
15   A.   Three times.
16   Q.   Three times?
17   A.   Yes.
18   Q.   Sir, when was the first time that
19   Douglas Perlitz abused you?
20   A.   The first time we were at the Village,
21   we went to the Total Chanpen, we went to Bel Air
22   and we went to the house. And he opened the
23   door -- he opened -- he open, and when we went
24   in he asked me if I was hot. When he asked me
25   if I was hot, and I went to the shower, I take

Page 99

1    off my clothes usually. I usually take shower
2    naked. And when I was in the shower I saw him
3    come in with a towel on. He came to me with a
4    towel on, and he touched my bottom. I was
5    upset, and I finish rinsing my body, but I
6    didn't dry my body yet and I got clothed, I wore
7    my clothes.
8         And when I finished I went to my uncle
9    in Bel Air. I did ask him for 5 gourdes. I did
10   not explain to him what happened. And I got to
11   do public transportation to go home. When I got
12   home I stayed for two minutes, but I did not
13   explain my mother what happened.
14        After that, I went to the Village and
15   I went to sit by myself alone, and I didn't
16   explain what happened to no one.
17   Q.   Okay. I'm just going to break it
18   down, sir, so I can understand.
19        Did you drink champagne with
20   Mr. Perlitz?
21   A.   Champagne, no.
22   Q.   Okay. Now, had you ever been to
23   Bel Air before, sir?
24   A.   Before he did that to me in Bel Air?
25   Q.   Yes, sir. It was an inartful

Page 100

1    question.
2         Sir, do you know, when I use the term
3    Bel Air, do you know what Bel Air is?
4    A.   Bel Air, like kind of a city, kind of
5    village.
6    Q.   Well, sir, do you know where Douglas
7    Perlitz lived?
8    A.   In high Bel Air.
9    Q.   And did he live in a house in Bel Air?
10   A.   Yes.
11   Q.   Now, I'm trying to understand, did you
12   go from the Village to Douglas Perlitz's
13   residence at Bel Air?
14   A.   No, he took me there.
15   Q.   Did he drive you there, sir?
16   A.   Yes.
17   Q.   Was anybody else in the car with you,
18   sir?
19   A.   No.
20   Q.   And what had you been doing before you
21   went into the car with Mr. Perlitz?
22   A.   At that time I was sitting down in the
23   Village somewhere.
24   Q.   Okay. Were you with anybody?
25   A.   No.

Page 101

1    Q.   And at some point did Mr. Perlitz come
2    up to you?
3    A.   Perlitz?
4    Q.   Yes.
5    A.   He came from his office and he asked
6    me to go out with him.
7    Q.   Had he ever asked you to go out with
8    him before?
9    A.   No.
10   Q.   And did he tell you why he wanted you
11   to go out with him?
12   A.   No.
13   Q.   Did he tell you what you were going to
14   be doing?
15   A.   He didn't tell me what we were going
16   to do.
17   Q.   He just simply said "get in the car"?
18        MR. STEWART: Objection.
19   A.   He said "let's go out," yes.
20   BY MR. KENNEDY:
21   Q.   And he said that -- you were at the
22   Village when he said this, correct?
23   A.   Yes.
24   Q.   Okay. Before you got to Bel Air, did
25   you go anywhere else with Mr. Perlitz?

26 (Pages 98 to 101)

Confidential - Subject to Further Confidentiality Review

Page 102

1    A.   We passed a Total Chanpen at
2  Cap-Haïtien.
3    Q.   Total Chanpen, that's the word?
4    A.   Total Chanpen.  That's a supermarket.
5    Q.   You went to a supermarket with
6  Mr. Perlitz?
7    A.   Yes.
8    Q.   When you were in the car going from
9  the Village to the supermarket, did you speak to
10  Mr. Perlitz?
11    A.   Yeah, we were talking in the car, and
12  they were "stop being invincible and do your
13  homework to pass your classes."
14    Q.   Were you having trouble at the Village
15  at this time, sir?
16        MR. STEWART:  Objection.
17    A.   That was vacation time.
18  BY MR. KENNEDY:
19    Q.   Okay.  So school was not in session at
20  that time?
21    A.   No.
22    Q.   And after going to the supermarket,
23  you went to Bel Air?
24    A.   Yes.
25    Q.   Okay.  And I believe you indicated

Page 103

1  when you got to Bel Air, Mr. Perlitz asked you
2  to take a shower?
3    A.   Yes.
4    Q.   And I'm sorry, had you ever been in
5  Mr. Perlitz's residence before?
6    A.   No.
7    Q.   Can you describe Mr. Perlitz's
8  residence?
9    A.   In the house there's a small house for
10  a generator, and a small house in the yard made
11  of concrete.  Where the barrier to go out in
12  front of the house they have flowers, there are
13  flowers.  The house is painted white.  There's a
14  balcony in the front, not on this side but the
15  other side.
16    Q.   The shower, I'm sorry, the shower in
17  the house where you took a shower, where was
18  that in the house?
19    A.   The shower is inside the house.
20    Q.   Which floor -- do you know how many
21  floors there are in Mr. Perlitz's residence?
22    A.   It's not a house with floors.  It's
23  not a balcony house.
24    Q.   Is the bathroom on the first floor?
25    A.   It's not the house with stories, it's

Page 104

1  a house built on block.  It's not a concrete
2  house.  They don't have concrete on the top.
3    Q.   Okay.  Well, the shower -- let me
4  start it this way.
5        When you walked in the house, sir,
6  where was the shower?
7    A.   The shower is in the inside the house
8  on the right-hand.
9    Q.   Okay.  Is it on the same floor as the
10  door that you walked into the house?
11    A.   When we get into the house like that,
12  and the shower is on this side, you pass by a
13  kitchen.
14    Q.   Okay.  Did you have to go down any
15  stairs to get to the shower, sir?
16    A.   No.
17    Q.   Okay.  Sir, do you know why
18  Mr. Perlitz asked you to take a shower?
19        MR. STEWART:  Objection.
20    A.   I didn't know why did he ask me to
21  take a shower, but he did ask me if I was hot, I
22  said yes, and simply I went to the shower and to
23  take a shower.
24  BY MR. KENNEDY:
25    Q.   Okay.  I'm just trying to understand,

Page 105

1  did he ask you if you were hot -- did he simply
2  ask you if you were hot, or did you ask if you
3  could take a shower?
4    A.   He did ask me if I was hot.  I said
5  yes.
6    Q.   Okay.  Did he ask you if you wanted to
7  take a shower, sir?
8    A.   He did tell me -- he did say to me if
9  I was feeling hot, I said yes, and he said "you
10  can go take a shower."
11    Q.   Okay.  Had you ever taken a shower at
12  Bel Air before?
13        MR. STEWART:  Objection.
14    A.   No.
15  BY MR. KENNEDY:
16    Q.   Okay.  And what were you wearing at
17  this time, sir?
18        MR. STEWART:  Objection.
19    A.   When I was in the shower?
20  BY MR. KENNEDY:
21    Q.   Before you got in the shower, sir.
22    A.   I had clothes on when I got into the
23  shower, so I take off my clothes -- took off my
24  clothes.
25    Q.   Okay.  The shower, was it in a

27 (Pages 102 to 105)

Confidential - Subject to Further Confidentiality Review

Page 106

1  bathroom, sir?
2       THE TRANSLATOR: If the shower is in
3  the bathroom? Is the shower in the bathroom?
4  Can you rephrase the question for me? I don't
5  see how to interpret it.
6       MR. KENNEDY: I'll try.
7       THE TRANSLATOR: Culturally I'm trying
8  to make the point, shower and bathroom is the
9  same thing in Creole, so that's why I didn't see
10 how to ask what you just said.
11      MR. STEWART: Why don't we take a
12 break.
13      Do you consider this pending still,
14 this question pending?
15      MR. KENNEDY: We'll figure it out.
16      MR. STEWART: Okay.
17      THE VIDEOGRAPHER: Going off the
18 record. The time is 2:27.
19      (Whereupon, a recess was taken.)
20      THE VIDEOGRAPHER: Back on the record.
21 The time is 2:39.
22 BY MR. KENNEDY:
23      Q.  Sir, was there a door in the room
24 where the shower was?
25      A.  Yes.

Page 107

1       Q.  Okay. And when you went into the
2  shower, did you close the door behind you?
3       A.  I did close the door, but I did not
4  lock it.
5       Q.  Okay. At some point Mr. Perlitz came
6  into the room?
7       A.  In the shower.
8       Q.  He came into the shower?
9       A.  Yes. And while I was in the shower,
10 he came with a towel on, and he touched my butt.
11      Q.  Did he ever take his towel off, sir?
12      A.  He was about to take it off, and I was
13 upset, and I already got dressed.
14      Q.  Okay. And where did he touch you on
15 your body, sir?
16      A.  My butt.
17      Q.  Okay. Anywhere else, sir?
18      A.  He just touched my butt, and I was not
19 comfortable with that, and I got dressed, and I
20 went to Bel Air to my uncle house.
21      Q.  How long did he touch your butt, sir?
22      A.  I don't really remember, because that
23 was very hurtful.
24      Q.  Before -- I'm sorry. Strike that.
25      When Mr. Perlitz came into the shower,

Page 108

1  did he say anything to you, sir?
2       A.  He didn't say anything when he got in.
3  He didn't say anything when he got in the
4  shower, he simply touched my butt, and I was
5  upset and I didn't even dry my body, and I got
6  dressed and I left.
7       Q.  Okay. Did you say anything to him?
8       MR. STEWART: Objection.
9       A.  I didn't say anything to him, but I
10 was kind of upset.
11 BY MR. KENNEDY:
12      Q.  And did you tell anybody afterwards
13 what Mr. Perlitz had done?
14      A.  No.
15      Q.  Now, you claim that Mr. Perlitz abused
16 you a second time, sir?
17      MR. STEWART: Objection.
18      A.  Yes.
19 BY MR. KENNEDY:
20      Q.  Okay. And how much time had elapsed
21 between the first incident you just told me
22 about and the second time that Mr. Perlitz
23 abused you?
24      A.  I don't remember how long, how much
25 time that had.

Page 109

1       Q.  Was it more than a month, sir?
2       A.  It was not a month yet. Like 22 days.
3       Q.  So approximately 22 days after the
4  first incident, Mr. Perlitz abused you again?
5       A.  Yes, the second time.
6       Q.  Sir, can you tell me in your own words
7  from beginning, middle, to end about the second
8  time that Mr. Perlitz abused you?
9       MR. STEWART: Object to the form.
10      A.  Yes.
11 BY MR. KENNEDY:
12      Q.  Please do so, sir.
13      A.  The second time when I was at
14 St. Marie, we were sitting down and eating, and
15 all the guys got up that finish eating. Usually
16 I took my time to eat, I eat slowly. We were
17 sitting together, we both were sitting together,
18 and I got up, I went to urinate. And I had left
19 a juice on the table. I came back, I finished
20 the juice, and I told him I'm going to leave
21 you, and I went to watch a match, a game.
22      When I started watching the game I
23 feel my head was spinning, and I went to the bed
24 to sleep. When I got there I get inside and I
25 locked the door, and I went inside with the key.

28 (Pages 106 to 109)

Confidential - Subject to Further Confidentiality Review

Page 110

1    I lay down, I was falling asleep, and I heard
2    somebody was knocking at the door.  And he said
3    this door, you don't have to lock this door from
4    inside, the door was to be closed but the key
5    has to stay from the outside.  I fell asleep,
6    and he left.  After like -- two minutes after, I
7    felt -- I felt like Douglas was laying on top of
8    me, and his penis was in my anus.  When I -- I
9    was laying down, so I tried to turn, and he hold
10   me like that and I could not turn.  When I turn,
11   I was very upset, and he got off of me, and he
12   told me if I ever tell somebody that he's going
13   to kick me out of the Village.
14       Q.   Sir, where did this take place?
15       A.   St. Marie.
16       Q.   What is St. Marie?  What is St. Marie?
17       A.   It's a place where nuns live.
18       Q.   And why you there, sir?
19       A.   We were going to have Communion on
20   Sunday, and he took us there to stay there for
21   three days.
22       Q.   Did other members of the Village go to
23   St. Marie?
24            MR. STEWART:  Objection.
25       A.   No, at that time we were 11 about to

Page 111

1    get our Communion, we went there.
2    BY MR. KENNEDY:
3        Q.   Were you given a key to your room,
4    sir?
5        A.   No.  They handed me a key, but the key
6    was at the door, and they give me a small piece
7    of paper to write my name in there and place it
8    by the door when you came in.  When you come,
9    you can see who was in that room.
10       Q.   Now, between the first time that
11   Mr. Perlitz abused you and this incident, sir,
12   had you spoken to Mr. Perlitz about what
13   happened the first time?
14            MR. STEWART:  Objection.
15       A.   No.
16   BY MR. KENNEDY:
17       Q.   I believe you indicated that you
18   locked the door and then went inside with the
19   key, is that correct?
20       A.   Yes.
21       Q.   And at some point Mr. Perlitz knocked
22   on the door?
23       A.   Yes.  And he did ask me for the key.
24       Q.   Okay.  And so did you open the door,
25   sir?

Page 112

1        A.   I did open the door, and he did tell
2    me this key has to stay in the door from
3    outside, I don't have to keep this key inside.
4        Q.   Okay.  And so after that, you went to
5    sleep, sir?
6        A.   Yeah.  After that I lie down, and
7    after about two minutes like that I lie down,
8    and I felt Mr. Douglas was on top of me.
9        Q.   Now, when Douglas left the first time,
10   did he close the door, sir?
11       A.   Yes, he had the key.
12       Q.   Okay.  Can you describe the room for
13   me?
14       A.   There was only one bed.  There was a
15   basin, a gallon of water.  There was a small
16   table and with a little book named New
17   Testament.
18       Q.   Sir, what time of day did this
19   incident occur at?
20            MR. STEWART:  Objection.
21       A.   It was nighttime.
22   BY MR. KENNEDY:
23       Q.   It was nighttime?
24       A.   Yes.
25       Q.   Now, did you -- when Douglas came back

Page 113

1    into the room, did you hear the door open?
2        A.   I was sleeping.  When I woke up I saw
3    Douglas was laying down on top of me, and his
4    penis was in my anus.
5        Q.   So you were asleep?
6        A.   Yes.
7             MR. STEWART:  Objection.
8    BY MR. KENNEDY:
9        Q.   So --
10       A.   When he was laying down on top of me,
11   he was forcing me.  I was not agree.  And he did
12   tell me if I ever repeat, say that to someone,
13   he was going to kick me out of the Village.
14       Q.   Okay.  Did you see Douglas Perlitz
15   before he came into the room -- I'm sorry, when
16   he came into the room, sir?
17       A.   No, because it was dark.
18       Q.   How long did this incident occur, sir?
19       A.   I can't even without -- I was so
20   upset, I was so uncomfortable with what
21   happened, I don't remember the time.  And
22   sometimes I feel like I'm supposed to be dead.
23       Q.   Now, sir, were there other students
24   that were in rooms at St. Marie that night?
25       A.   There were other rooms.  I was in a

29 (Pages 110 to 113)

Confidential - Subject to Further Confidentiality Review

Page 114

1  room by myself. And what he has done was not
2  normal, and God was not there, agree with me
3  about what happened.
4      Q.  I just want to be clear, sir. You
5  remember waking up, and Mr. Perlitz had his
6  penis in your anus?
7      A.  Yes. Yes. He told me if I ever said
8  someone that, "I'm going to kick you out of the
9  Village." And even God was not agree with what
10 happened either.
11     Q.  When did he tell you that if you ever
12 told anybody he'd kick you out of the Village,
13 sir?
14     A.  When he got off of me.
15     Q.  Did he say anything else, sir?
16     A.  No.
17     Q.  Did you say anything to him?
18     A.  No.
19     Q.  When he did this, sir, did you cry
20 out?
21     A.  He has -- like that he shut my mouth.
22         MR. STEWART:  Indicating his arm
23 around his mouth.
24     A.  Yes.
25 BY MR. KENNEDY:

Page 116

1  sir?
2         MR. STEWART:  Objection.
3      A.  On Sunday.
4  BY MR. KENNEDY:
5      Q.  Okay. And, sir, I believe you
6  testified that there was a third incident of
7  abuse -- incidence of abuse. Could you tell me
8  about that, sir?
9      A.  We were sitting eating, and I was
10 about to leave, he grabbed -- he did grab my
11 testicles, my balls, and hurt me.
12        THE TRANSLATOR:  Excuse me. He said
13 -- there's a last part of the question, he said
14 I got lost. Is it to continue for me? There's
15 a last part he just said, I got lost in the
16 translation.
17     A.  Yes. He grabbed my testicle, and that
18 hurt me, but I didn't tell him anything. At
19 that time I was going to urinate.
20     Q.  How much time had elapsed since the
21 second incident of abuse to when this third
22 incident occurred, sir?
23     A.  It is same day as the second time we
24 were sitting together eating.
25     Q.  So this occurred on the same day?

Page 115

1      Q.  Mr. Perlitz put his arm around your
2  mouth?
3      A.  Like that, and he was forcing on my
4  head, pushing my head.
5      Q.  And after this incident occurred, sir,
6  did you tell anybody?
7      A.  No.
8      Q.  And what did you do after this
9  incident, sir?
10        MR. STEWART:  Objection.
11     A.  That made me very sad. And after that
12 when I was riding the motorcycle and I was
13 thinking about that, I rear-ended cars
14 sometimes.
15 BY MR. KENNEDY:
16     Q.  Did you have to receive any medical
17 treatment, sir, because of that incident?
18     A.  I did not go to the hospital because I
19 didn't have the means to do so. And I was so
20 sad, sometimes I did not even want to go
21 outside.
22     Q.  Sir, did you stay in that room that
23 night?
24     A.  Yes, I stayed there until dawn.
25     Q.  And did you go back to the Village,

Page 117

1      A.  Yes. We were sitting together eating,
2  and I got up, he grabbed my testicles, my balls,
3  and that was -- that hurt me, and I got up and I
4  left.
5      Q.  And this was after -- this incident
6  occurred after Mr. Perlitz had put his penis in
7  your anus?
8      A.  That's happened before.
9      Q.  Did this incident occur -- so this
10 incident -- so this incident occurred before the
11 incident at St. Marie's?
12     A.  Yes, the same place, St. Marie.
13     Q.  The incident where Perlitz grabbed
14 your testicles, did this occur the day before he
15 came into your room, sir?
16     A.  Yes.
17     Q.  Were you sitting with anybody at the
18 time that Mr. Perlitz did this?
19     A.  No.
20     Q.  Did Mr. Perlitz, did he grab your
21 testicles over your clothes or under your
22 clothes?
23        MR. STEWART:  Objection.
24     A.  When I was leaving I had a T-shirt on.
25        MR. PIERRE-LOUIS:  Shorts.

30 (Pages 114 to 117)

Confidential - Subject to Further Confidentiality Review

Page 118

```
 1        A.   I had shorts on and he did grab it,
 2   grab them.
 3   BY MR. KENNEDY:
 4        Q.   Okay.  So he grabbed you over your
 5   shorts, sir?
 6        A.   Yes, when I was leaving.
 7        Q.   Okay.  And I apologize, I'm not sure
 8   if I asked this, but were you sitting alone at
 9   this time, sir?
10        MR. STEWART:  Objection.
11        A.   Yeah.  We weren't alone together, and
12   the other guys that were eating there left, and
13   we were both of us alone.
14   BY MR. KENNEDY:
15        Q.   So before the others had left, were
16   you sitting at a table eating with Douglas
17   Perlitz?
18        A.   Yes.
19        Q.   And there were other -- before they
20   left, there were other people also sitting
21   eating with Douglas Perlitz?
22        MR. STEWART:  Objection.
23        A.   Me and him, we were the last one.
24   BY MR. KENNEDY:
25        Q.   Right.  But before -- I realize that.
```

Page 119

```
 1   Before those people -- before they left, who was
 2   sitting with you, sir?
 3        A.   Douglas.
 4        Q.   Were there any other students also
 5   sitting with you?
 6        A.   They got up and left, and they left me
 7   alone with Mr. Douglas.
 8        Q.   Who were these people that got up and
 9   left, their names?
10        A.   I don't recall the name of all of
11   them, but I can give you some.
12        Q.   Thank you.  Please do.
13        A.   Guisman, Joseph, Philemon, Emmanuel,
14   Robens, Wilno, Papouche.
15        Q.   Were all of these people making their
16   First Communion, sir?
17        MR. STEWART:  Objection.
18        A.   Yes.
19   BY MR. KENNEDY:
20        Q.   Okay.  Sir, do you know who Madame
21   Carter is?
22        A.   Yes.
23        Q.   How do you know Madame Carter?
24        A.   Because she used to come in the
25   Village.
```

Page 120

```
 1        Q.   Have you ever spoken to Madame Carter?
 2        A.   No, because I'm always alone.
 3        Q.   How many times did you see Madame
 4   Carter at the Village?
 5        A.   I can't say -- I cannot say how many
 6   times, but when she comes to the Village I
 7   usually see her.
 8        Q.   When she came to the Village, what did
 9   you see her do?
10        A.   That's a person I can say she always
11   standing on the side watching the game, soccer.
12        Q.   Were you ever introduced to Madame
13   Carter?
14        A.   I would never spoke -- I can say I
15   never spoke with her, because she always had a
16   mean face.
17        Q.   She always had a mean face?
18        A.   Yes.
19        Q.   Can you describe Madame Carter for me
20   physically?
21        A.   Madame Carter is a white lady, white
22   woman, always like that, her leg has always some
23   veins.  Trying to say bushy, when somebody can't
24   stand up straight, kind of bending like that.
25        Q.   Did Madame Carter ever give you any
```

Page 121

```
 1   gifts?
 2        A.   She used to give Mr. Douglas gift to
 3   give us, to give to us yearly.
 4        Q.   And what were those gifts, sir?
 5        A.   Sneakers, a Christmas bag, little
 6   flashlight, socks, and a couple of candies.
 7        Q.   Were you ever present when Douglas
 8   Perlitz introduced Madame Carter to a group of
 9   students?
10        A.   I may have been present, but sometimes
11   I'm always on the side by myself.
12        Q.   Sir, what is your understanding of the
13   word "chief"?
14        A.   I don't know.
15        Q.   Have you ever used that word before,
16   sir?
17        A.   No.
18        Q.   Sir, prior to the incidents of abuse
19   by Mr. Perlitz that you told me about, had you
20   heard any rumors about Mr. Perlitz acting
21   inappropriately with any other students?
22        A.   That I know of, I don't know things
23   like that, because I'm always apart.
24        Q.   Sir, did you have any close friends at
25   the Village?
```

31 (Pages 118 to 121)

Confidential - Subject to Further Confidentiality Review

Page 122

```
 1        A.  You're talking about friends when I
 2   was in the Village?
 3        Q.  Yes, sir.
 4        A.  I had only one friend, Guisman, when
 5   we were in the Village.  Now we're not friends
 6   anymore, now we're not close to each other.
 7        Q.  What's Guisman's last name, sir?
 8        A.  I don't know the family last surname.
 9        Q.  Do you know if Guisman has brought a
10   lawsuit, sir?
11            THE TRANSLATOR:  Say it again.
12        Q.  Do you know if Guisman has brought a
13   lawsuit, sir?
14        A.  We don't hang out together.
15        Q.  You mentioned Mathieu earlier today.
16   Do you know if Mathieu had previously brought a
17   lawsuit, sir?
18            MR. STEWART:  Objection.
19        A.  No.
20   BY MR. KENNEDY:
21        Q.  No, you don't know, sir?
22        A.  I don't know.
23        Q.  Sir, can you tell me in your own words
24   what damages that you're claiming as a result of
25   Mr. Perlitz's conduct?
```

Page 123

```
 1            MR. STEWART:  Objection.
 2        A.  Can you rephrase that question for me?
 3   BY MR. KENNEDY:
 4        Q.  Sure.  How about this.
 5            Sir, can you tell me in your own words
 6   how Mr. Perlitz's conduct has affected your
 7   life?
 8        A.  He did insert his penis in my anus, I
 9   was not agree with that, and that was very
10   hurtful to me, and even God was not agree with
11   that.  Sometimes I feel like sad, and I don't
12   feel normal because of that.  Sometimes I feel
13   like -- I feel like I have to be dead.  I was so
14   hurtful thinking about that, and I used to be
15   very sad sitting by myself.  And when I used to
16   ride the motorcycle, I was thinking about that
17   so much, and I rear-ended car.  And sometimes I
18   said let me get myself together and I have to go
19   back home.
20        Q.  Anything else, sir?
21        A.  Yes.  I was uncomfortable thinking
22   about that a lot, and I said let me stop
23   thinking about it because I don't want anything
24   bad to happen to me again.
25        Q.  Sir, did you receive any medical
```

Page 124

```
 1   treatment because of what Mr. Perlitz did to
 2   you?
 3        A.  I didn't go to the hospital because I
 4   didn't have the means to.
 5        Q.  Were you injured, sir?
 6        A.  When he inserted his penis in my anus,
 7   I was not then, but that he was hurting me.  And
 8   sometimes when I'm riding the motorcycle I was
 9   very uncomfortable sitting on the motorcycle.
10            THE TRANSLATOR:  And then, what was
11   the last sentence?
12        A.  I was uncomfortable sitting on the
13   motorcycle because of the pain, I couldn't
14   finish a day of work because of that.
15        Q.  When was the last time you were unable
16   to finish a day of work because you felt
17   uncomfortable?
18        A.  Almost every day I was feeling
19   uncomfortable.  I used to call other friends to
20   finish the day off work for me, give them the
21   motorcycle.
22        Q.  Does that still happen to today, sir?
23        A.  You're talking about when I'm sitting
24   a lot?
25        Q.  Yes.  I'm just trying to understand,
```

Page 125

```
 1   sir, currently are you able to -- are you unable
 2   to finish a day of work because you feel
 3   uncomfortable?
 4        A.  Yes.
 5        Q.  Okay.  And how often does that happen,
 6   sir?
 7        A.  Yes, when I'm riding the motorcycle
 8   that's happened often.
 9        Q.  Okay.  And that still happens to
10   today?
11        A.  For that moment I do not sit down on
12   the motorcycle, I don't feel it.
13        Q.  Okay.  When is the last time that you
14   had to stop working because you felt
15   uncomfortable, sir?
16            MR. STEWART:  Objection.
17            You can answer.
18        A.  Before I came for the deposition and
19   last Monday I was feeling uncomfortable, because
20   of the sun I was feeling drowsy.
21   BY MR. KENNEDY:
22        Q.  You were uncomfortable because you
23   were drowsy, sir?
24        A.  Yes, and I went to lie down.
25        Q.  Okay.  Well, I'm trying to understand,
```

32 (Pages 122 to 125)

Confidential - Subject to Further Confidentiality Review

Page 126

1   are you claiming that you're uncomfortable in
2   your buttocks?
3           MR. STEWART:  Objection.
4       A.  I used to feel uncomfortable because
5   of the pain in my buttocks, and I feel sometimes
6   uncomfortable, too, because Mr. Douglas has
7   abused me.
8           MR. STEWART:  The uncomfortable
9   because of the sun, that was here when he got
10  sick and had to go to his room.  He got
11  overheated.  I don't think that has anything to
12  do with why we're here.  I think he was just
13  saying the last time he got uncomfortable and
14  got sick was Monday, and that's because he got
15  too hot.
16          MR. KENNEDY:  Okay.
17          MR. STEWART:  We're not claiming
18  Monday's dehydration for whatever was --
19          MR. KENNEDY:  Thank you for the
20  clarification.
21          MR. STEWART:  I can see chasing that
22  rabbit for quite a while, and it's not -- okay.
23  You're doing fine.
24          MR. KENNEDY:  Does he need a break?
25      A.  I feel hot.

Page 127

1           MR. KENNEDY:  Okay.  We'll get you
2   some water.
3           THE VIDEOGRAPHER:  Going off the
4   record.  The time is 3:25.
5           (Whereupon, a recess was taken.)
6           THE VIDEOGRAPHER:  Back on the record.
7   The time is 3:39.
8   BY MR. KENNEDY:
9       Q.  Sir, I know I asked you about the
10  hospital, but have you gone to any medical -- I
11  apologize, any doctor for any injury that you
12  claim you suffered from Douglas Perlitz?
13      A.  I used to go to the hospital, because
14  since I was a child I used to have a
15  stomachache, and for the heat I receive in my
16  eyes.
17      Q.  So my question is, though, did you
18  have to go to the doctor because of what Doug
19  Perlitz did to you?
20      A.  I didn't have the means to go.
21      Q.  Did you think that you needed to go to
22  the doctor?
23      A.  Yes, if I had the means I would go.
24      Q.  What type of doctor would you want to
25  go to, sir?

Page 128

1           MR. STEWART:  Objection.
2       A.  I was going to Justinien Hospital.
3   That's a hospital in Cap-Haïtien.
4           THE TRANSLATOR:  By the way, just -- I
5   just want to comment from the interpreter, I'm
6   from the northern part of Haiti, so I went to
7   school there, so I know the area very well.
8   BY MR. KENNEDY:
9       Q.  Sir, do you feel that some body part
10  of yours that you needed treatment for?
11      A.  The body part I wanted to receive
12  treatment for, when I used to have the
13  stomachache and where I receive the punch.
14      Q.  When were you punched, sir?
15          MR. STEWART:  Objection.
16  BY MR. KENNEDY:
17      Q.  I apologize, sir.  Is that what you
18  told me about earlier today about the incident
19  where you were hit with your eye?
20      A.  Yes.  When I receive a punch in my
21  eyes, because the two robbers wanted to take the
22  car away from me, I give one -- I hit one with
23  the buckle of my belt, and the other one I was
24  not expecting him coming, and he did punch me in
25  my eyes.

Page 129

1       Q.  Sir, have you ever been arrested?
2       A.  I got arrested because my mother got
3   in fight with someone, and they couldn't find my
4   mother so they arrest me in her place.
5       Q.  So it wasn't because you got in a
6   fight, it was because your mom got in a fight?
7       A.  Yes.
8       Q.  Did you spend time in jail for that?
9       A.  Yeah.  I didn't know when my mom got
10  into the fight.  And I was at home cooking, and
11  somebody knocked on the door, and they asked me
12  where's my mother, I said she was not there, and
13  they did arrest me in her place.
14      Q.  How long were you in jail, sir?
15      A.  I did not stay for a long time.  I did
16  not sleep over.
17      Q.  Okay.  Sir, are you claiming that you
18  lost confidence because of what Doug Perlitz did
19  to you?
20      A.  Yes.
21      Q.  Explain that to me, if you could, sir.
22      A.  Sometimes I feel sad, I feel
23  uncomfortable.  Sometimes I feel so unease and
24  uncomfortable, I didn't even want to get off the
25  street.

33 (Pages 126 to 129)

Confidential - Subject to Further Confidentiality Review

Page 130

1    Q.   Sir, so I'm clear, you never lived on
2    the street, did you, sir?
3         MR. STEWART:  Objection.
4         You can answer.  It's okay.
5    A.   I haven't living in the street there,
6    but because you ride on the motorcycle and you
7    are in the street all the time, so when you got
8    home that's when you feel like you're home.
9    BY MR. KENNEDY:
10   Q.   Okay.  Now, sir, are you also claiming
11   that every time you're on the street people make
12   fun of you?
13   A.   Yes.
14   Q.   Explain that to me, sir.
15   A.   Sometimes I'm walking around and some
16   people are saying "here are Douglas faggots."
17   And I used to be upset and uncomfortable, and I
18   want to go home and stay home, and I don't want
19   to get up anymore.
20   Q.   You used the term that you used to be
21   upset and uncomfortable.  Are you no longer
22   upset and uncomfortable, sir?
23        MR. STEWART:  Objection.
24   A.   Where they used to tease me, I don't
25   pas by anymore.

Page 131

1    BY MR. KENNEDY:
2    Q.   So you're able to avoid the teasing,
3    sir?
4         MR. STEWART:  Objection.
5    A.   Yes.
6    BY MR. KENNEDY:
7    Q.   Do you know the people that said these
8    things to you, sir?
9    A.   I don't know them.  I don't recognize
10   them.
11   Q.   Okay.  Do you know how they know about
12   what Mr. Perlitz did to you?
13        MR. STEWART:  Objection.
14   A.   I don't know how they find out.
15   BY MR. KENNEDY:
16   Q.   Sir, do you know if Gesner Lecenat was
17   in your -- was receiving his Communion the same
18   time you were receiving your Communion?
19   A.   I don't know if I got my Communion
20   before those guys.
21   Q.   You got your First Communion in 2006,
22   correct?
23   A.   June 11th.
24   Q.   Sir, do you also claim that you have
25   trouble trusting people now?

Page 132

1    A.   I don't trust people very much.  And
2    sometimes when they see you they're going to say
3    "here are Douglas faggots."  And sometimes when
4    I'm riding the motorcycle I don't even finish my
5    shift working, I just decide to go home
6    sometimes.
7    Q.   Sir, did you have trouble trusting
8    people before Mr. Perlitz abused you?
9         MR. STEWART:  Objection.
10   A.   I believe in people, but after the
11   abuse, I don't believe in people anymore.
12   BY MR. KENNEDY:
13   Q.   Do you have any issues with
14   nightmares, sir?
15   A.   Yes, sometimes I have bad nightmares
16   because of what did happen to me.  Sometimes I
17   pray God for that not to get me anymore.
18        THE TRANSLATOR:  Excuse me, I got lost
19   in the last -- couple of words of the last part.
20   A.   And sometimes I'm sleepless because of
21   that, I didn't sleep well.
22   Q.   How often do you have nightmares, sir?
23   A.   I don't know.
24   Q.   Sir, did you ever think that you
25   wanted to be dead, sir?

Page 133

1    A.   Yes.
2    Q.   Why is that, sir?
3    A.   Because of what Douglas did to me.
4    Q.   Okay.  Have you gone to any -- have
5    you gone to any doctors because of your
6    nightmares?
7    A.   No.  I didn't have the means, the way
8    to do so.
9    Q.   Do you know what a psychologist is,
10   sir?
11        MR. STEWART:  Objection.
12        It's okay.
13   A.   No.
14   BY MR. KENNEDY:
15   Q.   Sir, when did you leave the Village?
16   A.   I don't remember.
17   Q.   Was the Village still open when you
18   left?
19   A.   Yeah, when I left it was still open.
20   And when I left I used -- I still used to go to
21   -- I still used to go to the trade school, but I
22   didn't go to school per say, didn't go to class
23   per se.
24   Q.   Was the trade school -- what was the
25   name of the trade school, sir?

34 (Pages 130 to 133)

Confidential - Subject to Further Confidentiality Review

Page 134

1  A.  Welder.  Welding.
2  Q.  Did you learn to weld at the Village,
3  sir?
4  A.  Yes.
5  Q.  Who taught you that, sir?
6  A.  Master mechanics.
7  Q.  What was your reason for leaving the
8  Village?
9  A.  Because when I was assisting class I
10  couldn't get -- I couldn't have good grades.
11  They switched me to the trading school to learn,
12  to learn the manual profession.
13  Q.  Were you unhappy that you were going
14  to learn a manual profession?
15  A.  Yes, I was happy because I wanted to
16  learn a manual profession to help myself in the
17  future.
18  Q.  Okay.  I'm just trying to understand
19  the reason for leaving the Village.
20  A.  Because I couldn't have good grades.
21  Q.  Okay.  Because you were having trouble
22  with grades, sir?
23  A.  Yes.
24  Q.  Did anyone -- strike that.
25  Did Doug Perlitz tell you you had to

Page 135

1  leave the Village at any time?
2  A.  Because I couldn't have good grades?
3  Q.  Exactly.  Did he tell you you had to
4  leave because you didn't have good grades?
5  A.  Yes, he did say that I had to leave
6  because I couldn't have good grades, but I still
7  can come for the manual profession.
8  Q.  Okay.  So you could -- okay.  So he
9  indicated that you could still come to the
10  Village to learn to weld?
11  A.  Yes.
12  Q.  And how long did you take classes to
13  learn to weld at the Village?
14  A.  I was going to have my diploma in one
15  year, but because the Village was closed I
16  didn't have time to get the diploma, but I don't
17  know how long exactly.
18  Q.  Have you ever heard of a program
19  called Kids Alive?
20  A.  Yes.
21  Q.  Did you attend that program, sir?
22  A.  No.
23  Q.  Why not?
24  A.  Robinson didn't want to let me go, put
25  me there.

Page 136

1  Q.  Did you ask Robinson if you could go
2  to Kids Alive?
3  A.  I did ask him, and he was taking out
4  pictures and he take photographs of us.  Not
5  even do I have the photographs taken, I did not
6  go.  When they gave me -- they assign me a
7  badge, and I was going to work, as I was going
8  to work at Labadie, I lost the -- I lost the ID
9  badge with the pants, so I couldn't go back to
10  work.
11  Q.  Were you actually issued an ID badge
12  for Kids Alive?
13  A.  Yeah.  I had the badge, but each time
14  I went to receive food, I have a food, Robinson,
15  then he told me I don't have to come back.
16  Q.  Did you not get along with Robinson?
17  A.  No.
18  Q.  No, you did not get along with
19  Robinson, or you did get along with Robinson?
20  A.  No, me and him didn't get along.
21  Q.  Do you know why you didn't get along?
22  MR. STEWART:  Objection.
23  A.  That I don't know, because I'm kind of
24  a guy always apart.
25  BY MR. KENNEDY:

Page 137

1  Q.  Sir, are you still in contact with any
2  PPT students that you went to school with?
3  MR. STEWART:  Objection.
4  BY MR. KENNEDY:
5  Q.  Besides your brother.
6  A.  No.  Some of them don't live somewhere
7  near me, I don't know where they live, and I
8  never look for them.
9  Q.  Do you have a Facebook page, sir?
10  A.  No.
11  Q.  Do you have an e-mail, sir?
12  A.  No.
13  Q.  Did the Haitian Police ever interview
14  you concerning your claims about Mr. Perlitz's
15  abuse?
16  MR. STEWART:  Objection.
17  A.  No.
18  BY MR. KENNEDY:
19  Q.  Did you ever go to the police and tell
20  them what happened?
21  A.  I'm not like friendly with police.
22  Q.  Sir, did the -- did anyone from the
23  United States Government ever interview you
24  concerning your claims about Mr. Perlitz's
25  abuse?

35 (Pages 134 to 137)

Confidential - Subject to Further Confidentiality Review

Page 138

1    A.   You're talking about people from the
2    government coming from United States to go to
3    Cap-Haïtien to talk to me?
4    Q.   Yes, sir.
5    A.   Except some people who came to the
6    hotel, a hotel in Cap-Haïtien called Henry
7    Christophe Hotel and that came to interview,
8    they came to interview us, but I didn't stay, I
9    got my motorcycle and left.
10   Q.   And were these people from the United
11   States Government, sir?
12   A.   Yes.
13   Q.   Do you know anybody else who went to
14   that, who was at the hotel, sir, any other PPT
15   student?
16   A.   I came -- I went, and I turned around
17   and left.  I didn't know if other students went.
18   Q.   How did you know to go to the hotel,
19   sir?
20   A.   Yeah, that it call some guys to let
21   them know about the meeting, and they called me
22   to let me know if I was going to the meeting.
23   And the person who was supposed to be present at
24   the meeting, the person who was mostly concerned
25   about what was going to happen, and the meeting

Page 139

1    was not there, so I left, I did not stay.
2    Q.   Do you know who this person who was
3    mostly concerned was, sir?
4    A.   Do I know the person who is supposed
5    to be there?
6    Q.   Yes, sir.
7    A.   My lawyer.
8    Q.   Okay.  I don't want to know any
9    conversations with your lawyer.
10        Was Cyrus at that meeting, sir?
11   A.   No.
12   Q.   Do you know an individual named Paul
13   Kendrick?
14   A.   No.
15   Q.   Sir, I just want to -- I'm almost
16   done -- I just want to go back to Exhibit
17   Number 2, your answers to the Defendants'
18   questions.  Number 41.  I'm going to read to you
19   the question, and then I'm going to read your
20   answer, and then I'm just going to ask you a
21   question about that.
22        Sir, I'm looking at Interrogatory
23   Number 41.  The question is "Please identify all
24   communications you had with any of the
25   Defendants, or those you believe to be agents,

Page 140

1    servants, representatives, or employees of any
2    of the Defendants, concerning the matters
3    alleged in your most recent complaint."
4        And your answer is, sir, "I spoke to
5    Perlitz about the matters alleged in the
6    complaint while he was still in Haiti.  I am not
7    aware of any communication with the other
8    Defendants."
9        My question is, sir, when did you
10   speak to Mr. Perlitz in Haiti about the
11   allegations in your complaint?
12        MR. STEWART:  Objection.
13   A.   You're talking about what you just
14   read, are you asking me the question about it?
15   BY MR. KENNEDY:
16   Q.   Yes, I'm asking you to explain to me
17   when it is that you spoke to Mr. Perlitz about
18   the allegations in your complaint, sir.
19        MR. STEWART:  Objection.
20   A.   I did not speak with him.
21   BY MR. KENNEDY:
22   Q.   Sir, I'm going to also -- I'm going to
23   ask you a question about Interrogatory Number
24   57.  And same thing, I'm going to read the
25   question and your answer, sir.  And the question

Page 141

1    is, "Please state any and all facts that the
2    Plaintiff claims supports his claim of a
3    fiduciary relationship with Hope Carter."
4        Your answer, sir, is, "I personally
5    know nothing about this matter, but believe my
6    attorneys have made allegations concerning it.
7    Plaintiff reserves the right to supplement this
8    answer to the extent that he recalls or becomes
9    aware of additional facts supporting this
10   claim."
11        And, sir, my question is, can you
12   explain your answer to me?
13        MR. STEWART:  I object.
14        To the extent that it seeks
15   conversations with his attorneys, I'm
16   instructing him not to answer those parts.  If
17   he has additional information unrelated to
18   conversations that he has had with his
19   attorneys, he can tell you about that.
20   A.   Okay.
21        MR. STEWART:  You can tell him
22   anything that's not related to what we talked
23   about.  And I object for other reasons.
24   BY MR. KENNEDY:
25   Q.   Can you answer it, sir?

36 (Pages 138 to 141)

Confidential - Subject to Further Confidentiality Review

Page 142

1      A.   If I can answer, so the question I
2   have to ask you, my lawyer just told me do not
3   answer your question.
4         MR. STEWART:  What he wants to know
5   from you -- if I may --
6         MR. KENNEDY:  Yes.
7         MR. STEWART:  What he wants to know
8   from you is aside from any conversations you've
9   had with your lawyers, Mitch, me, Ellyn, Lui,
10  any of your attorneys, do you know anything
11  about Madame Carter, Hope Carter, her fiduciary
12  relationship with the Plaintiff.
13       Right?
14       MR. KENNEDY:  That's close.
15       MR. STEWART:  Then I can't do any
16  better, because that's what I understood.
17       Do you know anything about Douglas
18  Perlitz's financial or fiduciary or --
19       MR. KENNEDY:  It had nothing to do
20  with Douglas Perlitz.  That wasn't the question.
21       MR. STEWART:  You want to know what
22  PPT -- now I'm confused.
23       MR. KENNEDY:  I'm just asking if he
24  can explain his answer to me about personally
25  knowing.

Page 143

1         MR. STEWART:  Do you know anything
2   other than what your attorneys have told you?
3      A.   I don't know if something is I have
4   talked to you about.  But what I know about
5   Madame Carter, yes, I can tell you something
6   about Madame Carter, Mrs. Carter.
7   BY MR. KENNEDY:
8      Q.   And what is that that you can tell me?
9      A.   Madame Carter is an old lady, always
10  have her pants on very high under heart.  She
11  always have a small bag in front of her, always
12  wearing sneakers, looking Chinese.  That's how
13  they call that sneakers in Haiti.  She was kind
14  of -- indicate before bending, I just do the
15  gesture.
16       MR. KENNEDY:  I have nothing further.
17  Thank you very much for your time.
18      A.   So I can go to unit?  Because I feel
19  like I need to use the bathroom.
20       MR. STEWART:  We'll come back and
21  we'll have some more questions.
22       THE VIDEOGRAPHER:  Going off the
23  record.  The time is 4:18.
24       (Whereupon, a recess was taken.)
25       THE VIDEOGRAPHER:  Back on the record.

Page 144

1   The time is 4:29.
2   BY MR. CERRETA:
3      Q.   Good afternoon, Mr. Lecenat, I just
4   have a few questions for you.  Excuse me,
5   still -- my mind is still on yesterday.
6         Mr. Jean Pierre, I just have a few
7   questions for you.
8         I believe you testified earlier today
9   that you spent some time at a retreat at a place
10  called St. Marie's, is that right?
11      A.   Stella Marie.
12      Q.   Is that a place where nuns stay?
13      A.   Yes.
14      Q.   How long was that retreat?
15      A.   Three days.
16      Q.   Was that part of your preparation for
17  your First Holy Communion?
18      A.   Yes.
19      Q.   Are you familiar with a place called
20  Rival?
21      A.   Yeah, that's where the nuns live.
22      Q.   Is Rival a section of Haiti?
23      A.   Yes.  Rival is its zone, it's a place
24  where everybody go there, yeah, in Haiti.
25      Q.   Is the St. Marie's convent in the

Page 145

1   Rival section?
2      A.   Yes.
3      Q.   Do you know Madam Junie?
4      A.   Yes.
5      Q.   Was Madam Junie involved in your
6   preparation for your First Communion?
7      A.   Yes.
8      Q.   Was Madam Junie at the retreat at
9   St. Marie's?
10      A.   Yes.
11      Q.   Was Gesner Lecenat at the retreat at
12  St. Marie's?
13      A.   I don't remember if he was with me,
14  because we were not at the same place.
15      Q.   What do you mean when you said that
16  you weren't at the same place?
17      A.   I don't know if he was at the First
18  Communion with me.
19      Q.   How about Geffrard Lecenat, was he at
20  this retreat at St. Marie's?
21       MR. STEWART:  Objection.
22      A.   Yes.
23  BY MR. CERRETA:
24      Q.   He was?
25      A.   Yes.

37 (Pages 142 to 145)

Confidential - Subject to Further Confidentiality Review

Page 146

1    Q.   When did you make your First Holy
2  Communion?
3    A.   June 11, 2006.
4    Q.   How long before your First Holy
5  Communion was this retreat at St. Marie's?
6    A.   It wasn't a long time.  Friday we went
7  to the retreat, and Sunday is the Communion.
8    Q.   You testified earlier today that you
9  were arrested once, is that right?
10      MR. STEWART:  Objection.
11   A.   Yes.
12 BY MR. CERRETA:
13   Q.   How old were you when you were
14 arrested?
15   A.   I was little at that time.  I did not
16 remember my age.
17   Q.   Do you think you were younger than
18 ten?
19      MR. STEWART:  Objection.
20   A.   At that time I was a little kid, and I
21 was working in canoes just to get some money to
22 eat.
23 BY MR. CERRETA:
24   Q.   When you were arrested, you hadn't
25 done anything wrong?

Page 147

1    A.   No.
2    Q.   I believe -- am I right that your
3  arrest related to an incident that involved your
4  mother?
5    A.   Yes, that was not me.  My mother
6  fought with somebody.
7    Q.   Did they just want to ask you some
8  questions about that?
9       MR. STEWART:  Objection.
10   A.   No, they didn't ask me any question.
11 While I was cooking I had somebody knock at the
12 door, and when I went to the door they asked me
13 for my mother, and I said my mother was not
14 there.  When I asked them why they asking for
15 her, they said she got into a fight with
16 someone.  They told me "did you know your mom
17 got into a fight with someone?" I said "I was
18 not there, I don't know." They told me as they
19 couldn't find my mother, they were going to take
20 me in her place.
21 BY MR. CERRETA:
22   Q.   Okay.  Did you testify earlier that
23 you and Master Robinson didn't get along?
24   A.   Yes.
25   Q.   Did you ever get in any disagreements

Page 148

1  with Master Robinson?
2    A.   What do you mean "disagreement"?  Can
3  you break it down for me?
4    Q.   Sure.
5       Did you and Master Robinson ever get
6  into a verbal dispute?
7    A.   No, we never got into a discussion.
8  It's just because I wasn't having good grades in
9  school, we were not getting along just because
10 of that.
11   Q.   Was it that he wasn't happy with you
12 because of your academic performance?
13   A.   Yes.
14   Q.   Did you have any problem with Master
15 Robinson?
16      MR. STEWART:  Objection.
17   A.   No.
18      MR. CERRETA:  Okay.  That's all I
19 have.  Thank you very much.
20      THE TRANSLATOR:  He's wondering, the
21 way you're carrying all those papers, you have
22 50,000 questions to ask him.
23 BY MR. FOLKMAN:
24   Q.   Don't worry, don't mean to scare you
25 with the papers, sir.  They're just for me, not

Page 149

1  for you, okay?
2    A.   Okay.
3    Q.   Sir, I'm the lawyer for Paul Carrier.
4  Paul Carrier is sometimes also called Pere Paul.
5       Now, you said earlier that you didn't
6  know who Paul Carrier was, but do you know who
7  Pere Paul is?
8    A.   Yes, I know who is Pere Paul.
9    Q.   And have you ever met Pere Paul?
10   A.   Yeah, me and him, just like when he
11 came from abroad from the States and he went
12 there to play football and basketball with a
13 group down there.
14   Q.   Where did you meet him?
15   A.   In the Village.
16   Q.   Did you ever meet him anywhere other
17 than the Village?
18   A.   No, only in the Village.
19   Q.   How many times did you see him in the
20 Village?
21   A.   In the Village I used to see him
22 several times, but we never spoke because I was
23 kind of usually apart.
24      MR. STEWART:  Can I ask you request
25 question?  I beg your pardon for interrupting,

38 (Pages 146 to 149)

Confidential - Subject to Further Confidentiality Review

Page 150

1    but it says that he came from a boat from the
2    States.
3        MR. FOLKMAN:  I think he said abroad.
4    That's what I heard.
5        MR. STEWART:  I beg your pardon.  I
6    know this is a rough, I want to make sure.  My
7    apologies to all.
8    BY MR. FOLKMAN:
9        Q.   Did you ever see Paul Carrier speaking
10    to other people?
11        A.   Pere Paul?
12        Q.   Yes.
13        A.   Yeah, the person he used to talk to is
14    Mrs. Carter.
15        Q.   Were they speaking in English?
16        A.   I don't speak English, and I don't
17    know what they used to talk about, and I never
18    stand up, stay close to them.
19        Q.   It's fair to say you never heard him
20    say anything to anybody, and if you did you
21    didn't understand it?
22        MR. STEWART:  Objection.
23        A.   I didn't hear, and I did not
24    understand.
25    BY MR. FOLKMAN:

Page 151

1        Q.   Aside from Madame Carter, did you ever
2    see Pere Paul speaking with anybody else?
3        A.   He used to talk to Madame Carter and
4    Douglas, and they used to bow their head and
5    talking, but I never heard what they say because
6    I don't speak, and I don't stand.
7        Q.   Apart from Doug Perlitz and Madame
8    Carter, did you ever see Pere Paul speaking with
9    anybody else?
10        A.   I don't know.
11        Q.   When you made your First Communion,
12    was Pere Paul in the church?
13        A.   Yes.
14        Q.   Was he the priest who was
15    administering the sacrament?
16        A.   No.
17        Q.   Was it a Haitian priest?
18        A.   Yes.
19        Q.   Did you ever attend the chapel at the
20    Village?
21        A.   Yes.
22        Q.   Was Father Carrier ever the priest who
23    was -- well, did you ever hear a Mass at the
24    chapel?
25        A.   Yes.

Page 152

1        Q.   And was Father Carrier the priest who
2    was celebrating the Mass?
3        A.   When you keep saying Priest Carrier,
4    say Pere Paul.
5        Q.   Okay.  I'll try to remember.  And I
6    appreciate you saying that because I want to
7    make sure you understand my questions.
8        So the question is, when you went and
9    heard a Mass at the chapel at the Village, was
10    Pere Paul the priest who was celebrating the
11    Mass?
12        A.   Inside the chapel?
13        Q.   Yes.
14        A.   Yes.
15        Q.   In what language was he speaking?
16        A.   I used to speak English, and Douglas
17    was the translator for us.
18        Q.   Okay.  Aside from seeing him speak
19    with Madame Carter and with Doug Perlitz, and
20    aside from seeing him at Mass at the chapel or
21    at your First Communion, did you ever see Father
22    Carrier at any other time?  Excuse me, Pere
23    Paul.
24        A.   No.
25        Q.   Did Mr. Perlitz ever tell you anything

Page 153

1    about Pere Paul?
2        A.   He never tell me -- told me anything
3    because I never stood up in the presence when
4    they're talking.
5        Q.   Did Mr. Perlitz ever tell the group of
6    students anything about Pere Paul?
7        MR. STEWART:  Objection.
8        A.   I don't know.
9    BY MR. FOLKMAN:
10        Q.   I want to ask you to look, please, in
11    Exhibit 2, which is the answers to questions
12    that you gave, and I'd like to look at Number 48
13    with you.  So the question we asked was, "If you
14    contend that Father Carrier" -- that is Pere
15    Paul -- "had a sexual relationship with any
16    person from 1987 to the present, state the basis
17    for your contention."
18        And the first part of your answer
19    says, "I heard about Pere Paul and Douglas from
20    other people after Douglas left Haiti."
21        So my first question for you is, who
22    told you something about Pere Paul and Douglas?
23        MR. STEWART:  Object.
24        A.   Nobody tell me anything -- told me
25    anything.

39 (Pages 150 to 153)

Confidential - Subject to Further Confidentiality Review

Page 154

BY MR. FOLKMAN:
1  BY MR. FOLKMAN:
2      Q.   What did you mean when you said "I
3  heard about Pere Paul and Douglas from other
4  people after Douglas left Haiti"?
5          MR. STEWART:  Objection.
6      A.   I never had that.
7  BY MR. FOLKMAN:
8      Q.   You never said that?
9      A.   Who are you talking about?
10     Q.   Is this -- did you tell someone that
11 you had heard about Pere Paul and Douglas from
12 other people after Douglas left Haiti?
13         MR. STEWART:  I object to the extent
14 that you're seeking to elicit information or
15 conversations he may have had with his attorneys
16 or representative of his attorneys.  To the
17 extent that it excludes any conversations with
18 his attorneys or agents, or employees of his
19 attorneys, he can answer.
20 BY MR. FOLKMAN:
21     Q.   Let me withdraw the question and ask
22 another one.
23         Is it true that you heard about Pere
24 Paul and Douglas from other people after Douglas
25 left Haiti?  Yes or no.

Page 155

1          MR. STEWART:  Same objection.
2          Instruct him not to answer to the
3  extent that it involves attorney/client
4  conversations.
5          MR. FOLKMAN:  Just to make sure my
6  question is absolutely clear, Mike, I'm asking
7  him if his answer is true, not whether or not he
8  talked to anybody about it.
9          MR. STEWART:  What you asked isn't
10 it true you heard about Pere Paul and Douglas
11 after Douglas left Haiti.  Yes or no.
12         MR. FOLKMAN:  Right.
13         MR. STEWART:  And I'm saying to the
14 extent that involves conversations with his
15 attorneys, I'm instructing him not to answer
16 that.  He can tell you if he heard about it
17 anywhere other than his attorneys.
18     A.   I didn't hear anything anywhere.
19 BY MR. FOLKMAN:
20     Q.   Okay.  You have no reason to think, do
21 you, that Pere Paul and Douglas Perlitz ever had
22 a sexual relationship?
23         MR. STEWART:  Same objection.
24     A.   I don't know.
25 BY MR. FOLKMAN:

Page 156

1      Q.   Who were the other people that you
2  were referring to in your answer to Question 48?
3          MR. STEWART:  To the extent it
4  involves conversations with his attorney, I
5  instruct him not to answer that question.  If it
6  involves conversations with other people, he can
7  talk about it, testify to.
8      A.   I don't have any testimony that I had
9  with someone else.
10 BY MR. FOLKMAN:
11     Q.   So no one other than your attorneys
12 ever said anything to you about it?
13         MR. STEWART:  I'm going to tell him
14 not to answer because that's a direct question
15 about what his attorneys told him.
16         MR. FOLKMAN:  I said other than your
17 attorneys.
18         MR. STEWART:  Don't answer that.
19         MR. FOLKMAN:  I understand your
20 objection.  I think I'm entitled to know the
21 basis for his answer.
22         MR. STEWART:  You're asking him, he
23 said he had no other conversations other than
24 what I instructed him not to talk about, which
25 is with his attorneys.  You're saying so --

Page 157

1  we're not -- he's not going to answer that.  You
2  just ask him what did his attorneys tell him,
3  that's what you're asking him, what did your
4  attorneys tell him, he's not going to answer
5  that.
6          MR. FOLKMAN:  Okay.
7  BY MR. FOLKMAN:
8      Q.   Let me ask you to look at
9  Interrogatory Number 55.  The question was
10 "Please state every fact that you are relying on
11 to support any claim that Hope Carter" -- that's
12 Madame Carter -- "knew or should have known that
13 Perlitz was abusing you."
14         And your answer was "Pere Paul and
15 Madame Carter were in charge of Douglas.  They
16 would tell Douglas what to do and not to do."
17         My first question is, did you ever see
18 Pere Paul tell Douglas what to do?
19     A.   I never stood in front of them to hear
20 what they used to tell Douglas to do or not.
21     Q.   Did anybody ever tell you that Pere
22 Paul had told Douglas what to do?
23     A.   If somebody used to tell Douglas what
24 he has to do?
25     Q.   I'm asking you.

40 (Pages 154 to 157)

Confidential - Subject to Further Confidentiality Review

Page 158

1      MR. GARABEDIAN: Objection to the
2 extent it involves attorney/client privilege.
3 BY MR. FOLKMAN:
4      Q.   My question to you is, did anybody
5 ever tell that you they had heard or seen Pere
6 Paul telling Douglas Perlitz what to do?
7      A.   I don't know.
8      Q.   Did anybody ever tell you that they
9 had heard or seen Pere Paul telling Douglas what
10 not to do?
11      MR. GARABEDIAN: Objection to the
12 extent that it involves attorney/client
13 privilege.
14      MR. FOLKMAN: Are you instructing him
15 not to answer that, Mitch?
16      MR. GARABEDIAN: To the extent that it
17 involves attorney/client privilege, instruct him
18 not to answer as to any conversations.
19 BY MR. FOLKMAN:
20      Q.   Okay. You've heard what your lawyer
21 said. Let me read you the question back again.
22      Did anybody ever tell you that they
23 had heard or seen Pere Paul telling Douglas what
24 not to do?
25      MR. GARABEDIAN: Objection. Same

Page 159

1 objection.
2 BY MR. FOLKMAN:
3      Q.   Can you answer the question, sir?
4      MR. STEWART: Other than your
5 attorneys, other than what your attorneys might
6 have told you, what he wants to know is did
7 anyone ever tell you, other than your attorneys,
8 that that person had heard or seen Pere Paul
9 telling Douglas what to do. So other than your
10 attorneys, has anyone ever said to you that he
11 saw Pere Paul telling Douglas what to do? Do
12 you understand the question? If you don't, ask
13 him to do it again. Do you understand?
14      A.   No. Can you rephrase it again?
15 BY MR. FOLKMAN:
16      Q.   Absolutely. I'll ask it as many times
17 as you need, because it's important that you
18 understand. And if you don't understand, I need
19 you to tell me, okay?
20      A.   Yes.
21      Q.   Okay. My question is, did anybody
22 ever tell you that they had heard or seen Pere
23 Paul telling Douglas what to do?
24      A.   If someone have seen?
25      Q.   Yes, seen or heard.

Page 160

1      A.   Myself, I never heard, I never seen.
2 I've never seen, I've never heard.
3      Q.   Okay. And let's go back, since I
4 think we found a way to address your objection,
5 let's go back to Number 48 for a second, and let
6 me ask you if anybody had ever told you that
7 they had seen Pere Paul and Douglas Perlitz
8 doing anything together that would make someone
9 think that they had a sexual relationship.
10      MR. STEWART: Hold on. Hold on.
11      MR. FOLKMAN: So unless the lawyers
12 were down there, Mike --
13      MR. STEWART: Just stop for a minute,
14 please. I don't even understand what you're
15 asking, so give me a minute to look at it.
16      Do you understand what he's asking
17 you? Do you understand what he's asking you?
18      A.   I did not understand very well. I
19 would like you to rephrase it for me.
20 BY MR. FOLKMAN:
21      Q.   I'll rephrase it.
22      Did anybody ever tell you that they
23 had seen Doug Perlitz and Pere Paul hugging or
24 kissing?
25      A.   No.

Page 161

1      Q.   Did anybody ever tell you that they
2 had seen Doug Perlitz and Pere Paul doing
3 anything else that would suggest that Doug
4 Perlitz and Pere Paul were having a sexual
5 relationship?
6      A.   I never heard that, and I don't know.
7      Q.   And you never saw anything yourself
8 that would make you think that they were having
9 a sexual relationship?
10      A.   No.
11      Q.   Okay. I want to ask you about
12 welding. You mentioned that you had been
13 trained as a welder.
14      A.   In the Village?
15      Q.   Well, I think you said -- well, you
16 tell me, where were you trained as a welder?
17      A.   In the Village.
18      Q.   And would you like to have work as a
19 welder?
20      A.   For now I didn't look for welding job,
21 I mostly focus on the motorcycle.
22      Q.   Have you ever looked --
23      A.   Motor thing.
24      Q.   Have you ever looked for a welding
25 job?

41 (Pages 158 to 161)

Confidential - Subject to Further Confidentiality Review

Page 162

1    A.   No, I did not look for a job.
2    Q.   Let me ask you about the money that
3  you received from Mathieu.  Does he give you the
4  money in cash?
5    A.   Yes.
6    Q.   And when you have money, do you keep
7  it in cash, or do you put it in the bank?
8    A.   I hide it in my house.
9    Q.   You have a phone, right?
10   A.   Yes.
11   Q.   And in Haiti, do people use their
12  phones to pay for things?  Is that something
13  that people do?
14   A.   I don't understand.
15       MR. STEWART:  Like a Starbucks app?
16  Are you asking him if he has a Starbucks app?
17       MR. FOLKMAN:  I heard there's some
18  kind of money thing down here.  I'm not asking
19  about Starbucks.
20       MR. STEWART:  Do you know what he's
21  talking about?  Do you know this app, or this
22  ability?
23       THE TRANSLATOR:  I don't know.  In
24  Haiti, if it's happening in Haiti, I don't know.
25  Do you know what he's a talking about?

Page 163

1        MR. PIERRE-LOUIS:  Yes.
2        MR. STEWART:  What's it called?
3        MR. PIERRE-LOUIS:  It's called Lajan
4  cash.
5    A.   I don't know if it exists, but I don't
6  use it.  I've never done it.
7        MR. FOLKMAN:  Fair enough.
8        MR. STEWART:  I apologize for stepping
9  in.
10       MR. FOLKMAN:  That's okay.  That's
11  fine.  If you thought I was talking about
12  Starbucks, obviously something had gone wrong.
13  BY MR. FOLKMAN:
14   Q.   You mentioned someone named Emmanuel
15  earlier.  Is that Emmanuel Clervil?
16   A.   I just know him by Emmanuel.  I didn't
17  know the last name.
18   Q.   Okay.  When was the last time you saw
19  Emmanuel?
20   A.   There are two Emmanuels.  I don't know
21  which one you're talking about.
22   Q.   Okay.  Do you know the last name or
23  the other name of either person named Emmanuel?
24   A.   One of the Emmanuel, I know his
25  brother's name, Robens Pierre.

Page 164

1    Q.   Let me ask you about the other
2  Emmanuel.  When was the last time you saw him?
3    A.   Which one of the two Emmanuel?
4    Q.   Not the one his brother's name is
5  Robens Pierre, is the other one.
6    A.   Those guys is not easy.  I saw him
7  only once, he came in the Village, in the place
8  where I live.  So after that, I never saw him
9  again.
10   Q.   Okay.
11       MR. FOLKMAN:  That's all the questions
12  I have.  Thank you.
13       MR. STEWART:  Do you need a break?
14   A.   Yes.
15       THE VIDEOGRAPHER:  We're going off the
16  record.  The time is 5:09.
17       (Whereupon, a recess was taken.)
18       THE VIDEOGRAPHER:  Back on the record.
19  The time is 5:22.
20  BY MS. KNIGHT:
21   Q.   Hello again.  My name is Lydia Knight,
22  and I'm just going to have a few questions for
23  you, okay?
24   A.   Yes.
25   Q.   You told us that you drive a motor

Page 165

1  taxi, is that right?
2    A.   Yes.
3    Q.   When you're not driving the motor
4  taxi, what do you like to do?
5    A.   When I'm not driving the taxi motor,
6  sometimes I go look for kind of jobs, small
7  jobs, masonry.  When I can't find any, I have no
8  other choice but to go back to the city and look
9  for a friend that can give me like a half day
10  like to ride a motor, motorcycle.
11   Q.   Do you also sometimes spend time with
12  your girlfriend?
13   A.   Not a lot.  When I'm working, I don't
14  care that much.
15   Q.   When you're not working, do you spend
16  time with your girlfriend?
17   A.   No, when I'm at home sleeping in a
18  bed.
19   Q.   Do you like to play football?
20   A.   No.
21   Q.   Do you like to watch football?
22   A.   I don't like watching it, and I don't
23  know how to play.
24   Q.   I think you told us that there were
25  some games at PPT that people would play, is

42 (Pages 162 to 165)

Confidential - Subject to Further Confidentiality Review

Page 166

1 that right?
2     A.   Yes.
3     Q.   Did you ever play the games?
4     A.   No, I'm always in a place apart.  And
5 sometimes I play cards, we call it Kazino in
6 Haiti, that's how we say it, sometimes I play
7 it, and if I don't want to play anymore I just
8 give the card away and I stop playing.
9     Q.   Do you play cards with anyone now?
10     A.   Now I don't play at all.
11     Q.   Do you ever drink alcohol?
12     A.   No, not easily.
13     Q.   I want to talk a little bit about the
14 money that you told us that you got from
15 Mathieu.  Okay?
16     A.   Okay.
17     Q.   Do you know if Matthew gave money to
18 other Plaintiffs?
19         MR. STEWART:  Objection.
20         You can answer.
21     A.   Are you asking if it's for people to
22 come to have a deposition done, or what are you
23 asking?
24 BY MS. KNIGHT:
25     Q.   Yes.  If other people got money from

Page 167

1 Mathieu for their deposition, for example.
2     A.   Kensley, Lecenat Gesner, Jean Ilguens.
3     Q.   Do you know if they got the same
4 amount of money as you got?
5     A.   I don't know, because I didn't know
6 when did they go to receive the money.  I got a
7 call from Gesner asking me about -- when about
8 the money, when I got my motorcycle and go to
9 him, and he asked me "did you know you have to
10 do deposition?"  I said "yes."  When I saw him
11 -- when I met him he said "take, have that."
12 But I don't know, but he didn't tell me exactly
13 what to do with it, but I've already known what
14 to do with it.
15     Q.   While you were at PPT, did you ever
16 see any priests at the Village?
17     A.   No, except Pere Paul.
18     Q.   So the only priest you saw at the
19 Village was Pere Paul?
20     A.   Yes.
21     Q.   Did you see any priests while you were
22 at Rue 13?
23         THE TRANSLATOR:  Excuse me.  Even
24 though I'm close to him, the interpreter would
25 like to make clarification.  I have to pay very

Page 168

1 close attention to hear what he's saying
2 sometimes, he talk very low.
3         MR. STEWART:  Talk a little louder.
4         Do you want to repeat the question,
5 please?
6         MS. KNIGHT:  Sure.
7 BY MS. KNIGHT:
8     Q.   Did you ever see any priests while you
9 were at Rue 13?
10     A.   No, I didn't see any priests.
11         MS. KNIGHT:  That's all the questions
12 that I have.  Thank you.
13         MR. STEWART:  One more.  Thank you.
14 BY MR. BABBITT:
15     Q.   Good afternoon.
16     A.   Thank you.
17     Q.   My name is Brad Babbitt, I represent
18 the American Association of the Order of Malta.
19         At any time before you started
20 attending Rue 13, did you hear anything about
21 the Haiti Fund?
22     A.   Like?
23     Q.   Anything at all.
24     A.   Are you talking about a school or a
25 center?  I don't know what you're talking about.

Page 169

1     Q.   Before you started attending Rue 13,
2 had you ever heard of the name Haiti Fund?
3     A.   I never heard about Haiti Fund.  The
4 only thing I know there is a center, and we at
5 Street 13, but my parents didn't have enough
6 wealth to send me there.
7     Q.   Okay.  At any time before you started
8 attending the Village, had you heard of the
9 Haiti Fund?
10     A.   Haiti Fund, I never heard about it.  I
11 heard about the Village, the Village where they
12 had kids with poor background.
13     Q.   And at any time while you were
14 attending the Village, did you hear anything
15 about the Haiti Fund?
16     A.   Yeah, I never heard about it.  I heard
17 about the orphan, the orphan -- orphanage, the
18 orphanage at the Village.  I heard about the
19 orphanage and the Village.
20         THE TRANSLATOR:  I got lost on the
21 last part.
22     A.   I heard about the Village is -- that's
23 an orphanage was helping kids in the street,
24 people the parents couldn't help them, people
25 the parents are poor.

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 170

1      Q.   Are you saying that the orphanage was
2   the Village, or the Village was an orphanage?
3      A.   I can say it's an orphanage, that's
4   how I can call it.  Let's say that if you're
5   there and you don't have enough wealth, okay,
6   they help you, and they -- if you don't have the
7   wealth, the means, they help you out.
8      Q.   Okay.  And while you were attending
9   the Village, did you ever hear anything about
10  the Haiti Fund?
11     A.   You did ask me the question, I
12  explained to you what I know about it, and you
13  keep asking me the same question.
14     Q.   Well, you described to me an
15  orphanage, which as I understand your answer,
16  that's how you're characterizing the Village.
17  I'm asking about the Haiti Fund and if you've
18  ever heard about that.
19     A.   Haiti Fund I don't know.
20     Q.   Okay.
21          MR. BABBITT:  Was that the end?
22          MR. STEWART:  You said "okay," and he
23  replied.
24          MR. BABBITT:  Sorry, my bad.
25  BY MR. BABBITT:

Page 171

1      Q.   Before you started attending the
2   Village, had you ever heard of the American
3   Association of the Order of Malta?
4      A.   I never heard about that.
5      Q.   Okay.  And while you were attending
6   the Village, did you ever hear anything about
7   the American Association of the Order of Malta?
8      A.   No, I never heard about it.
9          MR. BABBITT:  All right.  Those are
10  all the questions I have.  Thank you.
11          MR. KENNEDY:  I have a brief
12  follow-up.
13          MR. STEWART:  You do what?
14          MR. KENNEDY:  I have an extremely
15  brief follow-up.  When I say brief, brief.
16  BY MR. KENNEDY:
17     Q.   Sir, did you ever hear Hope Carter
18  tell Doug Perlitz what to do?
19     A.   I never heard what they used to say,
20  because when they're talking they usually bow
21  their head in talking, and I never go in front
22  of them to listen to what they're saying.  Even
23  though I was able to listen, I would not
24  understand because I don't speak their language.
25     Q.   Okay.  So you don't know what was said

Page 172

1   between Hope Carter and Doug Perlitz?
2      A.   How can I say that, I believe
3   Mrs. Carter and Pere Paul are Douglas's boss,
4   Douglas's boss.
5      Q.   Okay.  And what's the basis for your
6   belief?
7          MR. STEWART:  Objection.
8      A.   Because I believe they're always
9   together, they are always talking, have their
10  head together talking, and I don't speak
11  English, and I wasn't going to be able to
12  understand all they're talking about.
13  BY MR. KENNEDY:
14     Q.   Sir, did you ever hear Hope Carter
15  tell Doug Perlitz what not to do?
16     A.   I don't speak English, I don't hear
17  English.  And the only thing I can say, I used
18  to see them talking together, joining heads
19  together to talk.
20     Q.   Okay.  Sir, were you ever in a group
21  when Doug Perlitz talked about Madame Carter?
22     A.   I don't understand.  Can you rephrase
23  the question for me again?
24     Q.   Sure.
25          Were you ever with a group of students

Page 173

1   when Douglas Perlitz talked about Madame Carter?
2          MR. STEWART:  Objection.
3      A.   I don't know.  I never heard that.
4   And I was the kind of guy alone, apart, I don't
5   know.
6   BY MR. KENNEDY:
7      Q.   Okay.  Sir, did Doug Perlitz ever tell
8   you when you were alone with him about Madame
9   Carter?
10          MR. STEWART:  Objection.
11          Do you understand the question?
12     A.   No.  Can you rephrase it for me?
13  BY MR. KENNEDY:
14     Q.   Sure.
15          Sir, I think you told me that when you
16  were with -- strike that.  You were alone, in
17  the time -- strike that.  Let me think about
18  this.
19          At any time did Doug Perlitz ever talk
20  to you about Madame Carter?
21          THE TRANSLATOR:  Sorry, he did ask me
22  to raise my voice.
23     A.   I'm not so friendly up to people face,
24  and I was apart, I don't know what they talk
25  about.

44 (Pages 170 to 173)

Confidential - Subject to Further Confidentiality Review

Page 174

BY MR. KENNEDY:

1    BY MR. KENNEDY:
2        Q.   So Doug Perlitz never spoke to you
3    about Madame Carter, is that true?
4        A.   Rephrase the question for me again?
5        Q.   Is it true that Doug Perlitz never
6    spoke to you about Madame Carter?
7        A.   No.  I'm the kind of guy who is not in
8    people face, and I'm always sleeping.  Where was
9    he going to find me to talk like that with me?
10        Q.   Okay.  So the record is clear, Doug
11    Perlitz never spoke to you about Madame Carter?
12        MR. STEWART:  Objection.
13        A.   No.
14        MR. KENNEDY:  Thank you very much,
15    sir.
16        MR. STEWART:  60 days to read and
17    sign.  We're done.
18        THE VIDEOGRAPHER:  This concludes the
19    July 30, 2015 deposition of Emile Jean Pierre.
20    Going off the record.  The time is 5:47 p.m..
21        (Whereupon, the deposition was
22        concluded.)
23
24
25

Page 175

1        C E R T I F I C A T E
2        I, MAUREEN O'CONNOR POLLARD, LSR #473,
3    RMR, CLR, and Notary Public in and for the State
4    of Connecticut, do hereby certify that there
5    came before me on the 30th day of July, 2015,
6    the person hereinbefore named, who was duly
7    sworn to testify to the truth of their knowledge
8    concerning the matters in this cause, and their
9    examination reduced to typewriting under my
10    direction and is a true record of the testimony.
11        I further certify that I am neither
12    attorney for or related or employed by any of
13    the parties to the action, and that I am not a
14    relative or employee of any attorney or counsel
15    employed by the parties hereto or financially
16    interested in the action.
17        In witness whereof, I have hereunto
18    set my hand and seal this 5th day of August,
19    2015.
20
21    _____
22        MAUREEN O'CONNOR POLLARD, License #473
23    Realtime Systems Administrator, RMR
24    Notary Commission Expires:  10/31/2017
25

Page 176

1        INSTRUCTIONS TO WITNESS
2
3        Please read your deposition over
4    carefully and make any necessary corrections.
5    You should state the reason in the appropriate
6    space on the errata sheet for any corrections
7    that are made.
8        After doing so, please sign the
9    errata sheet and date it.  It will be attached
10    to your deposition.
11        It is imperative that you return
12    the original errata sheet to the deposing
13    attorney within thirty (30) days of receipt of
14    the deposition transcript by you.  If you fail
15    to do so, the deposition transcript may be
16    deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

Page 177

1        - - - - - -
2        E R R A T A
3        - - - - - -
4    PAGE  LINE  CHANGE
5    ___  ___  _____
6        REASON: _____
7    ___  ___  _____
8        REASON: _____
9    ___  ___  _____
10        REASON: _____
11    ___  ___  _____
12        REASON: _____
13    ___  ___  _____
14        REASON: _____
15    ___  ___  _____
16        REASON: _____
17    ___  ___  _____
18        REASON: _____
19    ___  ___  _____
20        REASON: _____
21    ___  ___  _____
22        REASON: _____
23    ___  ___  _____
24        REASON: _____
25    ___  ___  _____

45 (Pages 174 to 177)

Confidential - Subject to Further Confidentiality Review

Page 178

1      ACKNOWLEDGMENT OF DEPONENT
2
3      I, _____, do
4 Hereby certify that I have read the foregoing
5 pages, and that the same is a correct
   transcription of the answers given by me to the
6 questions therein propounded, except for the
   corrections or changes in form or substance, if
7 any, noted in the attached Errata Sheet.
8
9 _____
   EMILE JEAN-PIERRE          DATE
10
11
12
13
14
15
16 Subscribed and sworn
   To before me this
17 _____ day of _____, 20____.
18 My commission expires: _____
19
   _____
20 Notary Public
21
22
23
24
25

Page 179

1      LAWYER'S NOTES
2 PAGE  LINE
3 ____ ____ _____
4 ____ ____ _____
5 ____ ____ _____
6 ____ ____ _____
7 ____ ____ _____
8 ____ ____ _____
9 ____ ____ _____
10 ____ ____ _____
11 ____ ____ _____
12 ____ ____ _____
13 ____ ____ _____
14 ____ ____ _____
15 ____ ____ _____
16 ____ ____ _____
17 ____ ____ _____
18 ____ ____ _____
19 ____ ____ _____
20 ____ ____ _____
21 ____ ____ _____
22 ____ ____ _____
23 ____ ____ _____
24 ____ ____ _____
25

46 (Pages 178 to 179)

**A**

**a.m** 1:25
**a/k/a** 1:3,11
**ability** 9:17 13:12
  48:4 63:2 162:22
**able** 57:5 63:6
  67:14 69:16 71:9
  74:10,15,18 76:1
  125:1 131:2
  171:23 172:11
**abroad** 149:11
  150:3
**absolutely** 155:6
  159:16
**abuse** 116:7,7,21
  121:18 132:11
  137:15,25
**abused** 41:3,14
  58:24 59:15 98:5
  98:14,19 108:15
  108:23 109:4,8
  111:11 126:7
  132:8
**abusing** 157:13
**academic** 148:12
**accident** 13:8,12
**accurate** 176:16
**ACKNOWLED...**
  178:1
**acting** 121:20
**action** 1:2 8:12
  175:13,16
**activities** 20:22
**add** 82:21
**additional** 141:9,17
**address** 53:14
  56:19 160:4
**administering**
  151:15
**Administrator**
  2:12 175:23
**affect** 13:12
**afford** 51:16
**afternoon** 79:1
  144:3 168:15
**age** 57:4 87:14

**146**:16
**agents** 19:15 20:11
  21:9 48:20 139:25
  154:18
**ages** 57:3,5 58:9,16
**ago** 12:10,12 13:24
  14:5
**agree** 40:4 98:8,9
  113:11 114:2,9
  123:9,10
**ahead** 12:3 48:24
  50:4 54:11 75:23
  85:20,21
**Air** 98:21 99:9,23
  99:24 100:3,3,4,8
  100:9,13 101:24
  102:23 103:1
  105:12 107:20
**al** 8:10
**alcohol** 166:11
**alive** 55:18 66:1
  135:19 136:2,12
**allegations** 140:11
  140:18 141:6
**alleged** 140:3,5
**allowed** 62:12
**almond** 54:25 55:6
  55:7,9
**Almonds** 55:5
**Alteon** 95:22
**Altieri** 56:9
**Alton** 3:20
**American** 1:11,12
  5:3 9:1 93:25
  96:16 97:1 168:18
  171:2,7
**Americans** 92:1
  97:4,11
**amount** 29:23 30:4
  30:24 31:14 167:4
**amounts** 29:11,17
**and-** 3:9,16
**and/or** 35:14
**Andy** 92:4,6,8,9,11
**answer** 10:22 13:12
  15:3,8,12 16:10
  17:1,14,19,21

**19**:19 20:13,15,17
  21:3,5 24:22
  36:11 39:21,21
  48:17,18 75:19
  83:3 84:20,21
  88:1,7,16 125:17
  130:4 139:20
  140:4,25 141:4,8
  141:12,16,25
  142:1,3,24 153:18
  154:19 155:2,7,15
  156:2,5,14,18,21
  157:1,4,14 158:15
  158:18 159:3
  166:20 170:15
**answered** 34:7
**answers** 9:16 19:18
  20:6 25:1 48:3
  139:17 153:11
  178:5
**anus** 110:8 113:4
  114:6 117:7 123:8
  124:6
**anybody** 26:15,19
  44:2 52:3,4
  100:17,24 108:12
  114:12 115:6
  117:17 138:13
  150:20 151:2,9
  155:8 157:21
  158:4,8,22 159:21
  160:6,22 161:1
**anymore** 40:7
  51:14 122:6
  130:19,25 132:11
  132:17 166:7
**anyplace** 15:9
**Apantè** 62:16
**apart** 121:23
  136:24 149:23
  151:7 166:4 173:4
  173:24
**apologies** 150:7
**apologize** 15:21
  17:10 30:8 34:7
  45:14 53:13 54:10
  82:5 118:7 127:11

**128**:17 163:8
**app** 162:15,16,21
**APPEARANCES**
  3:1 4:1 5:1 6:1
**applied** 73:9
**applies** 1:21
**appreciate** 29:13
  152:6
**appropriate** 176:5
**approximately**
  109:3
**area** 73:23 128:7
**arm** 114:22 115:1
**arrest** 129:4,13
  147:3
**arrested** 129:1,2
  146:9,14,24
**arrive** 35:8
**aside** 19:2 142:8
  151:1 152:18,20
**asked** 10:25 24:3
  36:7 48:8 49:23
  59:8 65:3,17 84:5
  88:20 98:24,24
  101:5,7 103:1
  104:18 118:8
  127:9 129:11
  147:12,14 153:13
  155:9 167:9
**asking** 17:17 20:18
  20:21,24 21:1
  23:24 48:15 54:17
  59:5,12 83:4
  86:16,18,19
  140:14,16 142:23
  147:14 155:6
  156:22 157:3,25
  160:15,16,17
  162:16,18 166:21
  166:23 167:7
  170:13,17
**asks** 19:13
**asleep** 110:1,5
  113:5
**assign** 136:6
**assisting** 134:9
**Association** 1:11

**1**:12 5:4 9:2
  168:18 171:3,7
**assume** 11:6
**ate** 11:10,11
**attached** 176:9
  178:7
**attend** 135:21
  151:19
**attending** 168:20
  169:1,8,14 170:8
  171:1,5
**attention** 168:1
**attorney** 16:23
  17:18 18:6 19:15
  20:19 24:22 156:4
  175:12,14 176:13
**attorney/client**
  16:8 17:16 19:14
  48:16 49:11 155:3
  158:2,2,12,17
**attorneys** 15:4,6,9
  18:7 19:16 20:5
  20:10,11,12,22
  21:2,9,9 48:11,20
  48:20 49:13,16,22
  50:2,6,10,15
  76:12,17,17 141:6
  141:15,19 142:10
  143:2 154:15,16
  154:18,19 155:15
  155:17 156:11,15
  156:17,25 157:2,4
  159:5,5,7,10
**August** 175:18
**Avenue** 3:12
**average** 68:4 70:7
**avoid** 131:2
**aware** 14:13 34:17
  44:22 46:9,17
  140:7 141:9

**B**

**B** 7:12
**B-18** 53:16
**Babbitt** 5:5 7:8
  8:25 9:1 168:14
  168:17 170:21,24

170:25 171:9
**back** 16:1 24:17,20
  36:23 37:5 40:15
  47:21 54:21,23,23
  56:17 79:3 91:10
  95:7 106:20
  109:19 112:25
  115:25 123:19
  127:6 136:9,15
  139:16 143:20,25
  158:21 160:3,5
  164:18 165:8
**background**
  169:12
**bad** 74:8,9 123:24
  132:15 170:24
**badge** 136:7,9,11
  136:13
**bag** 121:5 143:11
**balcony** 103:14,23
**balls** 116:11 117:2
**bank** 162:7
**Barcelo** 2:5 35:4
**barrier** 103:11
**basin** 112:15
**basis** 153:16
  156:21 172:5
**basketball** 97:8
  149:12
**bathroom** 39:19,22
  103:24 106:1,3,3
  106:8 143:19
**bbabbitt@rc.com**
  5:10
**Beacon** 4:6
**bed** 109:23 112:14
  165:18
**bedroom** 53:4
**Bèf** 10:9,10
**beg** 22:21 149:25
  150:5
**beginning** 48:9
  109:7
**behalf** 8:20 9:5,7
**Bel** 98:21 99:9,23
  99:24 100:3,3,4,8
  100:9,13 101:24

102:23 103:1
  105:12 107:20
**belief** 172:6
**believe** 18:25 24:1
  25:4 38:10,19
  102:25 111:17
  116:5 132:10,11
  139:25 141:5
  144:8 147:2 172:2
  172:8
**belt** 128:23
**bending** 120:24
  143:14
**best** 9:16 48:3
  52:15 54:15,18
  63:1 88:15
**better** 29:10 38:23
  142:16
**beyond** 82:25
**bible** 96:12
**bike** 64:8,9 66:7
  69:22 76:4,9
**birth** 14:9 91:8,9
  91:11
**bit** 15:25 39:5
  166:13
**black** 12:9
**blackboard** 96:8
**block** 47:1 54:19
  104:1
**blood** 12:19
**Blue** 51:3 53:15
  56:12,20 61:11
  68:2 74:2 89:15
  89:16 90:5
**boat** 74:4,5,5,6,25
  75:13 150:1
**Bob** 57:13
**body** 85:7,8 99:5,6
  107:15 108:5
  128:9,11
**book** 112:16
**born** 14:10 50:19
**Bosco** 87:18,20,21
  87:23 88:21 89:2
  89:6,8,13
**boss** 75:4,13 172:3

172:4
**Boston** 3:6 4:7 6:8
**bottom** 85:5 98:7
  99:4
**bought** 30:21 31:22
  34:11 50:11 63:12
  76:8
**bow** 151:4 171:20
**boy** 30:20
**boys** 18:11,13,25
  43:21,24 46:16
**Brad** 8:25 168:17
**BRADFORD** 5:5
**Branford** 4:15
**break** 10:17,19,23
  22:17,19 23:16,16
  25:5 29:17 39:18
  39:20 99:17
  106:12 126:24
  148:3 164:13
**brief** 171:11,15,15
  171:15
**bring** 34:12 42:1
**brother** 52:6 53:6
  58:22 59:14 60:7
  60:16,24 61:2
  64:2,7,10,19 78:7
  137:5
**brother's** 52:7,13
  52:18 163:25
  164:4
**brothers** 57:18,19
  57:20,23 58:17
  65:2,10,21,24
  79:7
**brought** 14:13
  30:21 31:6,7,8
  44:23,25 46:10
  122:9,12,16
**bucket** 71:18
**buckle** 128:23
**built** 104:1
**bus** 26:4,5,22 27:18
  34:16
**bushy** 120:23
**business** 45:2,9
  76:7

**butt** 107:10,16,18
  107:21 108:4
**buttocks** 126:2,5
**buy** 28:22 30:19
  31:10,11 66:8,10
  67:6 75:24 76:1

───────────

### C

**C** 6:5 8:1 175:1,1
**calculus** 93:14,15
**Calixte** 90:21
**call** 10:9 28:19 29:3
  33:13 38:4 40:8
  65:16 124:19
  138:20 143:13
  166:5 167:7 170:4
**called** 28:16,20
  39:24,25 41:16
  42:11 80:15
  135:19 138:6,21
  144:10,19 149:4
  163:2,3
**calling** 19:17
**calls** 20:16 28:17
  49:10
**camionette** 61:15
**candies** 121:6
**canoes** 146:21
**Cap-Haïtian** 17:25
**Cap-Haïtien** 12:16
  18:19 22:10,10,12
  26:6 27:8 32:9
  50:22,24 51:3,15
  52:1 64:17 80:5
  84:9 102:2 128:3
  138:3,6
**car** 46:24 66:25
  84:6,8 100:17,21
  101:17 102:8,11
  123:17 128:22
**caravan** 65:14,15
  65:15
**card** 166:8
**cards** 166:5,9
**care** 20:20 63:4,6,8
  165:14
**carefully** 176:4

**Carenage** 22:13
  23:1,3,5 24:3,6,10
  25:6,10 38:9,10
**Carretera** 2:6
**Carrier** 1:7 4:3
  8:22 97:18,20
  149:3,4,6 150:9
  151:22 152:1,3,22
  153:14
**carry** 71:17 74:17
  74:21
**carrying** 41:25
  63:4 148:21
**cars** 47:6,9,9,11
  115:13
**Carter** 1:8 4:11
  8:18 97:22,24
  119:21,23 120:1,4
  120:13,19,21,25
  121:8 141:3
  142:11,11 143:5,6
  143:6,9 150:14
  151:1,3,8 152:19
  157:11,12,15
  171:17 172:1,3,14
  172:21 173:1,9,20
  174:3,6,11
**cases** 1:21
**cash** 162:4,7 163:4
**catch** 84:19
**cause** 175:8
**celebrating** 152:2
  152:10
**center** 6:7 168:25
  169:4
**Cerreta** 5:13 7:5
  8:19,20 144:2
  145:23 146:12,23
  147:21 148:18
**certain** 7:15 16:17
  76:5
**certificate** 91:8,9
  91:11
**certify** 175:4,11
  178:4
**champagne** 99:19
  99:21

change 47:20 74:7
    177:4
changes 178:6
Chanpen 84:9
    98:21 102:1,3,4
chapel 151:19,24
    152:9,12,20
characterizing
    170:16
charge 67:23 68:2
    157:15
chasing 126:21
chief 121:13
child 14:7 38:17
    127:14
children 63:9 82:16
Chilove 81:3,4,14
    81:19,24 82:3,12
    83:10
Chinese 143:12
choice 165:8
choose 29:19
Chris 8:4
Christmas 121:5
Christophe 138:7
Christopher 6:13
church 151:12
circulation 41:23
    41:24
Cite 51:3
city 53:15 56:12,20
    61:11 100:4 165:8
Civil 1:2 8:12
claim 98:2,4,14
    108:15 127:12
    131:24 141:2,10
    157:11
claiming 58:23
    59:14,19 122:24
    126:1,17 129:17
    130:10
claims 44:2 137:14
    137:24 141:2
clarification 48:22
    52:13 55:3 126:20
    167:25
class 93:13,15

133:22 134:9
classes 93:5 102:13
    135:12
clean 74:6
cleaning 74:25
clear 41:20 85:17
    114:4 130:1 155:6
    174:10
clearly 12:20
Clervil 163:15
client 49:12
close 96:19 107:2,3
    112:10 121:24
    122:6 142:14
    150:18 167:24
    168:1
closed 33:12 70:25
    71:4 110:4 135:15
closer 54:25
clothed 99:6
clothes 28:22 30:20
    31:11,22 34:11
    50:12,12 75:24
    76:1 99:1,7
    105:22,23,24
    117:21,22
CLR 2:11 175:3
coagulating 12:19
COLE 5:6
come 26:8,9 28:21
    28:22 31:21 32:25
    33:21 36:12 37:1
    37:23 50:11 51:16
    96:18 97:7 99:3
    101:1 111:8
    119:24 135:7,9
    136:15 143:20
    166:22
comes 45:21 62:17
    86:1 95:5 120:6
comfortable 85:6
    107:19
coming 34:18
    50:16 85:3 93:25
    128:24 138:2
comment 128:5
commission 175:24

178:18
communication
    140:7
communications
    139:24
Communion 94:19
    94:21 110:19
    111:1 119:16
    131:17,18,19,21
    144:17 145:6,18
    146:2,5,7 151:11
    152:21
company 76:5
complaint 7:14
    14:22 16:2,9
    140:3,6,11,18
complete 84:21
concerned 138:24
    139:3
concerning 137:14
    137:24 140:2
    141:6 175:8
concluded 174:22
concludes 174:18
concrete 63:4
    66:17 71:18
    103:11 104:1,2
conduct 122:25
    123:6
confidence 129:18
CONFIDENTIAL
    1:23
CONFIDENTIA...
    1:23
confuse 17:6
confused 25:22
    38:19 142:22
confusion 85:23
    86:1
Connecticut 1:1
    4:15 5:8,16 8:11
    14:16 175:4
CONROY 3:11,18
consecutively 49:3
consider 106:13
Consolidated 1:3
construction 66:18

contact 38:6 41:10
    43:9,15 84:3
    137:1
contend 153:14
contention 153:17
continue 116:14
Continued 4:1 5:1
    6:1
contract 64:9 67:5
    67:7 76:9
control 70:20 71:24
    73:7,13 81:7 82:4
convent 144:25
conversation 21:10
    21:11,11 65:12
conversations 15:4
    16:8 17:18 18:6
    20:4,10,22 21:2
    48:10,19 49:13,15
    49:22 50:1 76:11
    76:16 139:9
    141:15,18 142:8
    154:15,17 155:4
    155:14 156:4,6,23
    158:18
cooking 129:10
    147:11
correct 23:1 38:11
    38:21 39:8 41:22
    42:4,9,17,21 43:5
    51:21 52:1 63:14
    63:25 74:11,19
    101:22 111:19
    131:22 178:5
corrections 176:4,6
    178:6
Coughlin 6:13 8:4
counsel 8:14
    175:14
count 53:19 79:19
country 72:9
Coupet 6:15 9:14
couple 121:6
    132:19
court 1:1 3:19 8:11
    9:10 14:16 47:23
    176:16

cousin 52:5 53:5
cousin's 52:10,22
cream 13:6
Creole 15:24 16:22
    55:4 59:10 93:9
    106:9
cry 114:19
cultural 68:25 69:1
Culturally 106:7
cup 74:21
currently 51:1,20
    66:13 125:1
custom 75:3
Cyrus 19:23 22:7,9
    23:25 25:5 26:20
    26:21 27:14 28:4
    28:4,9,14 31:9
    34:9 36:14 37:5,9
    37:12,15,24 38:24
    39:7,13,16 40:2,5
    40:6,6 41:10,13
    41:13,15 42:21,25
    43:3,5,10,15 61:1
    76:23 139:10

---

**D**

D 8:1
dad 51:15,23 55:19
    55:23 61:24 62:3
    62:6,20 63:2 66:1
dad's 56:8
damages 122:24
dancing 21:7
Daniel 95:21
dark 113:17
date 8:6 14:8 25:17
    38:16 62:5 176:9
    178:9
dating 82:3
dawn 115:24
day 5:14 30:2,13
    31:4,20 35:7,9
    39:1 40:23,25
    41:1 67:13,17,18
    67:20 72:23 74:12
    74:15,22 75:2
    77:2 88:3 91:7,10

92:15,18,18,20
112:18 116:23,25
117:14 124:14,16
124:18,20 125:2
165:9 175:5,18
178:17
**days** 25:18 67:11
72:21 109:2,3
110:21 144:15
174:16 176:13
**dead** 113:22 123:13
132:25
**dealership** 67:6
**December** 70:12,12
**decide** 132:5
**deemed** 176:11
**DEFENDANT** 4:3
4:11 5:3,12 6:3
**Defendants** 1:15
8:10 17:1,13
24:21 45:15 46:11
139:25 140:2,8
**Defendants'** 7:15
14:19 16:13,17
139:17
**defense** 88:11
**dehydration**
126:18
**Demand** 7:14
14:22
**dependent** 66:2
**depends** 67:25
**deponent** 8:13
178:1
**deposing** 176:12
**deposition** 1:23 2:1
8:7 10:18 26:3
28:22 29:12 31:22
33:1,22 34:19
35:1 36:1,4,13,25
37:1 48:9,12,13
49:19,21 50:6
82:22 125:18
166:22 167:1,10
174:19,21 176:3
176:10,14,15
**describe** 54:15 63:1

66:19 67:18 92:14
103:7 112:12
120:19
**described** 170:14
**DESCRIPTION**
7:13
**died** 62:1,4
**Dieulove** 57:10,13
**different** 15:7
22:14 67:17 85:22
**diploma** 135:14,16
**direct** 10:2 156:14
**direction** 175:10
**disagreement**
148:2
**disagreements**
147:25
**discovery** 82:22
**discuss** 49:12
**discussion** 148:7
**discussions** 19:14
**dispute** 148:6
**District** 1:1,1 8:11
8:11 14:15
**divulge** 17:17
**doctor** 12:25
127:11,18,22,24
**doctors** 133:5
**document** 1:21
14:25 15:14 16:3
17:14 19:5,10,10
19:24 24:23,24
**DOE** 1:13,13,13,13
1:14,14,14
**doing** 41:23 44:13
47:11 57:15,16
60:12,22 64:4,21
70:18 71:10,25
72:1,6 95:2,4
100:20 101:14
126:23 160:8
161:2 176:8
**dollar** 69:8,11,14
**dollars** 31:1 68:25
69:3 70:15,17
73:2
**Dominican** 2:7 8:8

26:3,10,22 34:16
36:13
**Don** 87:18,20,21,23
88:21 89:2,6,8,13
**door** 84:24 98:23
104:10 106:23
107:2,3 109:25
110:2,3,3,4 111:6
111:8,18,22,24
112:1,2,10 113:1
129:11 147:12,12
**doors** 54:20
**Doug** 85:19 94:24
127:18 129:18
134:25 151:7
152:19 160:23
161:2,3 171:18
172:1,15,21 173:7
173:19 174:2,5,10
**Douglas** 1:7 8:9
14:14 38:3 40:3
41:2,12,14,18
42:17 43:9,22,25
44:1,3 45:14
46:10 58:23 59:15
60:5 73:12 76:18
76:23 77:3,14,19
78:5,8 79:7 83:13
83:21 84:11 86:7
86:8 87:1 90:22
98:5,14,19 100:6
100:12 110:7
112:8,9,25 113:3
113:14 118:16,21
119:3,7 121:2,7
126:6 127:12
130:16 132:3
133:3 142:17,20
151:4 152:16
153:19,20,22
154:3,4,11,12,24
154:24 155:10,11
155:21 157:15,16
157:18,20,22,23
158:6,9,23 159:9
159:11,23 160:7
173:1

**Douglas's** 172:3,4
**dressed** 85:9
107:13,19 108:6
**drink** 99:19 166:11
**drive** 27:5 47:6
61:14 100:15
164:25
**driver** 61:13,17
**driving** 12:5 42:11
64:14 65:9,10,21
165:3,5
**drowsy** 125:20,23
**dry** 99:6 108:5
**duly** 9:15,20 48:2
175:6

### E

**E** 1:7,8 4:3,11 7:12
8:1,1 175:1,1
177:2
**e-mail** 137:11
**earlier** 88:9 122:15
128:18 144:8
146:8 147:22
149:5 163:15
**easily** 166:12
**East** 4:14
**easy** 46:4 164:6
**eat** 63:10,12 74:23
95:5 109:16,16
146:22
**eating** 109:14,15
116:9,24 117:1
118:12,16,21
**Edrice** 95:22
**ehurd@simmons...**
3:15
**either** 98:9 114:10
163:23
**elapsed** 108:20
116:20
**elicit** 21:8 154:14
**Ellyn** 3:10 9:7
142:9
**Elyseé** 6:20 69:5
**embarrass** 82:23
**Emile** 1:23 2:1 7:3

7:15 8:13 9:19
10:7,9 16:16
26:14 174:19
178:9
**Emmanuel** 119:13
163:14,15,16,19
163:23,24 164:2,3
**Emmanuels** 163:20
**employed** 175:12
175:15
**employee** 175:14
**employees** 20:12
140:1 154:18
**empty** 67:22
**encounter** 83:25
85:24,25
**England** 1:9 6:4
8:24
**English** 15:19,22
55:5 62:11 150:15
150:16 152:16
172:11,16,17
**entire** 50:24 53:25
**entities** 14:15
**entitled** 156:20
**errata** 176:6,9,12
178:7
**ESQ** 3:3,10,17 4:4
4:12 5:5,13 6:5
**essence** 49:23
**Esso** 68:1
**et** 8:10
**Evens** 52:19,20,21
57:25 64:19
**everybody** 38:13
87:4 144:24
**exactly** 87:13 135:3
135:17 167:12
**examination** 7:2
10:2 175:9
**examined** 9:20
**example** 167:1
**excludes** 154:17
**Excuse** 37:13 48:21
68:24 116:12
132:18 144:4
152:22 167:23

Confidential - Subject to Further Confidentiality Review

**Exhibit** 14:19,21
  16:2,13,14,15
  24:20 139:16
  153:11
**exists** 163:5
**expecting** 128:24
**expenses** 65:25
  66:5
**expires** 175:24
  178:18
**explain** 25:19 38:1
  38:4 40:2 42:25
  96:3,7 99:10,13
  99:16 129:21
  130:14 140:16
  141:12 142:24
**explained** 41:17
  43:2,5 170:12
**explaining** 45:9
**explanation** 25:21
**extent** 15:3 16:7
  19:12,12 20:9,12
  48:15 49:9 141:8
  141:14 154:13,17
  155:3,14 156:3
  158:2,12,16
**extremely** 171:14
**eye** 11:21,23 12:8,9
  12:18 13:2,6,10
  13:17 128:19
**eyes** 127:16 128:21
  128:25

**F**

**F** 175:1
**face** 120:16,17
  173:23 174:8
**Facebook** 137:9
**fact** 21:7 157:10
**facts** 141:1,9
**faggots** 130:16
  132:3
**fail** 176:14
**fair** 57:7 65:20 71:9
  75:5 150:19 163:7
**Fairfield** 1:8 5:12
  8:20

**falling** 110:1
**Familia** 95:22
**familiar** 144:19
**family** 51:11 55:17
  70:5 122:8
**far** 56:16 82:25
**father** 1:7 8:22
  61:25,25 89:11
  90:2 96:23 151:22
  152:1,21 153:14
**feed** 69:16
**feel** 109:23 113:22
  123:11,12,12,13
  125:2,12 126:4,5
  126:25 128:9
  129:22,22,23
  130:8 143:18
**feeling** 105:9
  124:18 125:19,20
**fell** 110:5
**felt** 110:7,7 112:8
  124:16 125:14
**fiduciary** 141:3
  142:11,18
**fifth** 57:19
**fight** 88:11 129:3,6
  129:6,10 147:15
  147:17
**figure** 57:15 106:15
**Fildor** 57:11,12
**filed** 1:22
**financial** 142:18
**financially** 175:15
**find** 66:16 67:21
  68:1 91:1 129:3
  131:14 147:19
  165:7 174:9
**fine** 17:9 57:15,16
  126:23 163:11
**finish** 84:14 85:7,8
  99:5 109:15
  124:14,16,20
  125:2 132:4
**finished** 75:5 84:13
  85:10 99:8 109:19
**first** 7:16 9:20
  16:17 23:24 24:6

24:6 29:22 30:1
  38:6,8,14,15
  80:14 81:24 83:12
  83:21,24 84:4,10
  85:19,21,24 86:6
  86:8 87:15,23
  88:21 93:7 94:19
  98:2,18,20 103:24
  108:21 109:4
  111:10,13 112:9
  119:16 131:21
  144:17 145:6,17
  146:1,4 151:11
  152:21 153:18,21
  157:17
**five** 1:14 14:5
**flashlight** 121:6
**fled** 12:7,8
**flesh** 47:16
**flip** 17:23
**floor** 3:5 4:6 103:20
  103:24 104:9
**floors** 103:21,22
**flowers** 103:12,13
**focus** 161:21
**Folkman** 4:4 7:6
  8:21,22 24:8
  40:10 47:13 69:7
  148:23 150:3,8,25
  153:9 154:1,7,20
  155:5,12,19,25
  156:10,16,19
  157:6,7 158:3,14
  158:19 159:2,15
  160:11,20 162:17
  163:7,10,13
  164:11
**follow-up** 171:12
  171:15
**following** 39:4
**follows** 9:17,21
  48:4
**food** 30:21 31:12
  31:22 34:12 63:10
  63:12 93:18
  136:14,14
**foot** 39:23

**football** 149:12
  165:19,21
**force** 98:8
**forcing** 113:11
  115:3
**foregoing** 178:4
**form** 17:3 65:11,22
  109:9 178:6
**former** 18:21 26:9
  34:17,25 46:9
**fought** 147:6
**found** 160:4
**four** 1:13 32:4
  57:19,22 65:2
**fourth** 31:13
**Frank** 57:13
**Friday** 146:6
**friend** 39:24 61:22
  122:4 165:9
**friendly** 137:21
  173:23
**friends** 45:23
  121:24 122:1,5
  124:19
**front** 54:20,22,24
  91:2 103:12,14
  143:11 157:19
  171:21
**full** 10:5
**fun** 130:12
**Fund** 1:8 168:21
  169:2,3,9,10,15
  170:10,17,19
**further** 1:23
  143:16 175:11
**future** 75:8,9,23
  134:17

**G**

**G** 3:17 8:1
**gallon** 112:15
**game** 109:21,22
  120:11
**games** 92:22
  165:25 166:3
**Garabedian** 3:3,4
  9:3,4 158:1,11,16

158:25
**garabedianlaw@...**
  3:8
**Gary** 39:25 40:19
  41:4,21 42:10,16
  42:23 43:8,21
  44:8,18,19,22
  45:6,8,10,24
  60:11
**Gary's** 60:8
**gasoline** 46:3
**Geffrard** 157:19
**generator** 103:10
**Gervil** 1:3,4 8:9
**Gesner** 26:13 33:5
  33:10,11,12 35:14
  35:14,16,20,25
  131:16 145:11
  167:2,7
**gesture** 143:15
**getting** 16:1 94:19
  148:9
**gift** 121:2
**gifts** 121:1,4
**girlfriend** 79:11,13
  79:18 80:3,14,19
  80:20 81:5,14,20
  81:25 165:12,16
**girlfriends** 80:12
  83:4,7
**give** 12:24,25 13:1
  20:21 28:12 29:6
  40:2 42:20 46:3
  51:19 57:5,5,22
  65:2 66:6,7,9
  68:10,13,20,21,23
  69:23,25 74:17,22
  84:21 98:11 111:6
  119:11 120:25
  121:2,3,3 124:20
  128:22 160:15
  162:3 165:9 166:8
**given** 27:22,25 28:5
  28:6 60:15,23
  61:1,5 111:3
  178:5
**gives** 28:6,7,11,12

giving 37:9
go 12:15 13:18 14:2
  23:8,14,19 24:2
  27:10 33:14 38:24
  39:12,16,19,22
  40:4,7 47:10,13
  48:24 50:4 56:17
  56:17 58:17 60:9
  66:17 71:17 72:1
  74:23 75:6,15
  84:5,5,7 85:20,21
  87:11,14 89:6,8
  89:14,19,24 90:13
  91:12,25 93:21
  94:4,10,11 95:5,7
  99:11 100:12
  101:6,7,11,19,25
  103:11 104:14
  105:10 110:22
  115:18,20,25
  123:18 124:3
  126:10 127:13,18
  127:20,21,23,25
  130:18 132:5
  133:20,21,22,22
  135:24 136:1,6,9
  137:19 138:2,18
  139:16 143:18
  144:24 160:3,5
  165:6,8 167:6,8
  171:21
God 98:9 114:2,9
  123:10 132:17
going 10:13,25 11:5
  14:18 16:12,22
  17:2,5 19:3,4,11
  24:14,20 40:12
  42:6 47:11,17
  54:11 62:11 68:1
  73:13,14,15,17
  78:11 87:15 90:7
  94:5,7 98:11
  99:17 101:13,15
  102:8,22 106:17
  109:20 110:12,19
  113:13 114:8
  116:19 127:3

128:2 132:2
134:13 135:14
136:7,7 138:22,25
139:18,19,20
140:22,22,24
143:22 147:19
156:13 157:1,4
164:15,22 172:11
174:9,20
Golkow 8:5
good 8:16,19,21,23
  8:25 9:3 10:4
  11:17,18 74:7,9
  95:18 134:10,20
  135:2,4,6 144:3
  148:8 168:15
gourdes 42:2 68:3
  68:3,5,17,18,19
  68:22,25 69:2,4,5
  69:8,10,13,15
  70:17,17 73:3
  99:9
government 137:23
  138:2,11
grab 116:10 117:20
  118:1,2
grabbed 116:10,17
  117:2,13 118:4
grade 87:24 88:22
  93:7
grades 90:4 134:10
  134:20,22 135:2,4
  135:6 148:8
green 54:20
group 121:8 149:13
  153:5 172:20,25
guardian 95:16
guess 24:7
Guisman 119:13
  122:4,9,12
Guisman's 122:7
guy 96:19 136:24
  173:4 174:7
guys 13:10 45:1,4
  73:12 97:8 109:15
  118:12 131:20
  138:20 164:6

| H |
| --- |

H 3:10 7:12
Habitation 18:3
  25:14
Haiti 1:8 26:2,22
  34:16 65:16 69:1
  128:6 140:6,10
  143:13 144:22,24
  153:20 154:4,12
  154:25 155:11
  162:11,24,24
  166:6 168:21
  169:2,3,9,10,15
  170:10,17,19
Haitian 32:2,3 69:5
  69:8,11,14 70:15
  70:16 73:2 92:13
  95:11 137:13
  151:17
half 165:9
halfway 16:21
hand 16:22 175:18
handed 32:5 111:5
hang 61:4 122:14
hanging 44:13
HANLY 3:11,18
happen 123:24
  124:22 125:5
  132:16 138:25
happened 12:3
  20:19 38:2 39:5
  41:17 53:20 85:11
  85:15 99:10,13,16
  111:13 113:21
  114:3,10 117:8
  125:8 137:20
happening 162:24
happens 125:9
happy 10:19 11:3
  37:14 94:7,9
  134:15 148:11
harassing 82:23
Hartford 5:8,16
he'll 29:15 84:18
head 13:7,9 109:23
  115:4,4 151:4

171:21 172:10
heads 172:18
hear 63:15 88:4,8,9
  90:25 113:1
  150:23 151:23
  155:18 157:19
  168:1,20 169:14
  170:9 171:6,17
  172:14,16
heard 110:1 121:20
  135:18 150:4,19
  151:5 152:9
  153:19 154:3,11
  154:23 155:10,16
  158:5,9,20,23
  159:8,22,25 160:1
  160:2 161:6
  162:17 169:2,3,8
  169:10,11,16,16
  169:18,22 170:18
  171:2,4,8,19
  173:3
heart 143:10
heat 127:15
heavy 74:17
held 2:3 8:7
hello 27:6,7 36:16
  36:22 164:21
help 51:18 65:24
  86:3 134:16
  169:24 170:6,7
helping 169:23
Henry 138:6
hereinbefore 175:6
hereto 175:15
hereunto 175:17
hide 162:8
high 100:8 143:10
Hilaire 57:11
Hill 53:15 56:20
Hills 51:3 56:12
  61:11 68:2 74:2
  89:15,16 90:5
hired 73:10
hit 13:9,17 128:19
  128:22
hold 110:9 160:10

160:10
Holy 144:17 146:1
  146:4
home 56:10 65:25
  66:5 69:20 85:1
  85:13,14 99:11,12
  123:19 129:10
  130:8,8,18,18
  132:5 165:17
homework 96:2,6
  102:13
homosexual 73:12
  73:19
Hope 1:7 4:11 8:18
  97:22,24 141:3
  142:11 157:11
  171:17 172:1,14
hospital 11:22
  12:13,15,16,22
  13:16,18,21 14:2
  115:18 124:3
  127:10,13 128:2,3
HOSPITALLER
  1:10
hot 84:25 98:24,25
  104:21 105:1,2,4
  105:9 126:15,25
hotel 17:25 18:2,10
  18:19 25:12,13,15
  35:4 138:6,6,7,14
  138:18
house 30:22 31:12
  34:12 51:4,6,9,11
  51:15,21,22,23,24
  51:25 52:5,24
  53:5,14,15,23
  54:6,7,12,16,17
  54:20,21 55:14,17
  55:19,22 56:13,18
  56:19,21,22 61:9
  61:10 63:12,20,21
  63:24 66:3,6 67:9
  69:24,25 70:12
  80:22 84:16,23
  85:10 98:22 100:9
  103:9,9,10,12,13
  103:17,18,19,22

Confidential - Subject to Further Confidentiality Review

103:23,25 104:1,2
104:5,7,10,11
107:20 162:8
**hugging** 160:23
**Huh** 97:23
**Hurd** 3:10 9:7,7
**hurrying** 95:5
**hurt** 116:11,18
117:3
**hurtful** 107:23
123:10,14
**hurting** 39:23
124:7
**hustling** 72:8

**I**
**ID** 136:8,11
**identification**
14:20,23 16:2,14
16:19
**identify** 8:14
139:23
**ignore** 88:17
**Ilguens** 26:13
33:16 35:13,15,15
52:9,14 167:2
**Illinois** 3:20
**imperative** 176:11
**important** 94:2
159:17
**improper** 20:23
21:3 82:24
**inappropriately**
121:21
**inartful** 99:25
**incidence** 116:7
**incident** 12:4 13:3
13:23 86:20,24
87:2 108:21 109:4
111:11 112:19
113:18 115:5,9,17
116:6,21,22 117:5
117:9,10,10,11,13
128:18 147:3
**incidents** 98:12
121:18
**INDEX** 7:1

**indicate** 143:14
**indicated** 18:25
42:23 102:25
111:17 135:9
**Indicating** 114:22
**individual** 139:12
**individuals** 14:15
26:18
**information** 20:9
20:13 49:10
141:17 154:14
**injure** 13:7
**injured** 124:5
**injury** 12:17 13:11
127:11
**insert** 123:8
**inserted** 124:6
**inside** 103:19 104:7
109:24,25 110:4
111:18 112:3
152:12
**instruct** 15:2 16:10
17:18 155:2 156:5
158:17
**instructed** 156:24
**instructing** 20:14
21:4 48:17 49:12
141:16 155:15
158:14
**INSTRUCTIONS**
176:1
**interested** 175:16
**interpret** 49:6
106:5
**interpreter** 6:15
9:12 48:22 55:2
62:9 128:5 167:24
**interrogatories**
7:16 16:18 20:7
**Interrogatory**
139:22 140:23
157:9
**interrupting**
149:25
**interview** 137:13
137:23 138:7,8
**intimidate** 82:24

**introduced** 120:12
121:8
**invade** 19:13 21:12
21:24
**invades** 15:3 16:7
21:14 48:16
**invincible** 102:12
**involve** 49:15
**involved** 145:5
147:3
**involves** 155:3,14
156:4,6 158:2,12
158:17
**issue** 47:16
**issued** 136:11
**issues** 132:13

**J**
**J** 4:4
**J-O-U-I-S-S-A-I-...**
18:4
**jacket** 91:3
**Jackie** 91:15,16,21
**jail** 129:8,14
**jcerreta@daypit...**
5:18
**Jean** 1:23 2:1 6:20
7:3,15 8:13,16
9:19 10:4,7 16:16
26:13,14 33:16
39:24 40:18 41:4
41:21 42:10,16,23
43:8,21 44:8,18
44:19,22 45:6,8
45:10,24 56:9
57:10,24,24,25,25
58:4,8,20,23 59:5
59:14 60:8,8,11
60:16,24 61:2,7
61:12 64:2,10,19
65:8 78:8 144:6
167:2 174:19
**Jean-Pierre** 14:21
16:15 178:9
**Jeff** 8:17
**JEFFREY** 4:12
**JERUSALEM**

1:10
**Jessica** 97:15
**Jesus** 1:9 6:3 8:24
**Jim** 57:13
**jkennedy@mwll...**
4:17
**job** 37:12 51:18
64:4,14 66:17,20
67:12 68:6 69:17
70:19 71:10,16
72:1,6,7,22 73:5
73:10 74:7,10,12
74:14,16,18,19
75:13 76:4 96:9
161:20,25 162:1
**jobs** 71:12,19,23
72:2,4,12 165:6,7
**John** 1:10,12,13,13
1:13,14,14,14
5:13 8:19
**joining** 172:18
**joke** 35:18
**jokes** 35:19,22
45:22
**Joseph** 6:16 48:1
57:25 58:19,20,23
59:5,14 60:7,16
60:24 61:2,7,12
64:14 77:6,8,13
77:18 78:7 91:6
119:13
**Jouissaint** 18:3
25:14
**journalist** 37:15
**Judex** 95:21
**judge** 88:11
**judicious** 50:3
**juice** 109:19,20
**July** 1:24 8:6
174:19 175:5
**jumping** 12:2
54:11
**June** 94:23 131:23
146:3
**Junie** 95:22,24
145:3,5,8
**Jury** 7:14 14:22

**Justinien** 12:16
13:16,19,21 14:2
128:2

**K**
**Kazino** 166:5
**keep** 10:13 67:8
68:14 84:17,18
112:3 152:3 162:6
170:13
**Kendrick** 139:13
**Kennedy** 4:12 7:4,9
8:16,17 9:23 10:1
10:3,16 14:24
15:11,18 16:11,20
17:7,9,11,20 18:1
19:17,22 20:16,24
21:4,15,20,25
22:3,5,6,16,20,23
22:24 23:18,23
24:1,19 25:24,25
27:3,13,17,21
28:13 29:13,18,20
29:21 32:15,20
33:9 34:14 36:10
37:18,22 40:11,17
41:19 43:4,14,20
44:7,15 45:3,13
45:18 46:14,21
48:7 50:13 52:15
52:16 55:13 57:17
59:2,6,11,18,22
60:2,21 61:6
62:24 65:19 68:8
68:12 69:9 71:14
72:15 73:8 75:12
75:25 76:21 77:17
77:25 79:5 81:8
81:13,18,23 82:10
82:15 83:2,6,11
84:1 86:2,4,18
87:19 88:1,24
89:1,12,23 90:3
90:18 92:5,19
93:17 96:13 97:9
98:10 101:20
102:18 104:24

105:15,20 106:6
106:15,22 108:11
108:19 109:11
111:2,16 112:22
113:8 114:25
115:15 116:4
118:3,14,24
119:19 122:20
123:3 125:21
126:16,19,24
127:1,8 128:8,16
130:9 131:1,6,15
132:12 133:14
136:25 137:4,18
140:15,21 141:24
142:6,14,19,23
143:7,16 171:11
171:14,16 172:13
173:6,13 174:1,14
**Kensley** 26:17
32:16 33:3 35:13
167:2
**key** 109:25 110:4
111:3,5,5,19,23
112:2,3,11
**kick** 110:13 113:13
114:8,12
**kid** 146:20
**kids** 47:1,3 135:19
136:2,12 169:12
169:23
**kind** 47:6 51:18
54:19 65:15 74:7
96:19 100:4,4
108:10 120:24
136:23 143:13
149:23 162:18
165:6 173:4 174:7
**kindly** 10:18
**KING** 4:5
**kissing** 160:24
**kitchen** 87:4 95:6,6
104:13
**km** 2:6
**knew** 22:25 32:25
43:18,21 62:22
157:12

**Knight** 6:5 7:7 8:23
8:24 164:20,21
166:24 168:6,7,11
**knock** 147:11
**knocked** 111:21
129:11
**knocking** 12:7
110:2
**know** 10:19 11:12
11:15 12:2 16:3
18:5 20:4 21:18
22:7,9,11,16 23:3
23:21 25:20 27:2
29:5 30:18,19
31:10,21 32:11,14
32:16,21,24 33:5
33:15,20 39:16
41:9 43:8,24 44:2
44:6,25 45:8,10
45:19 46:8,15,22
46:23 47:7,7
48:10 49:17,18
50:9 53:8 55:4
58:6,9,10,13,16
58:22 59:3,3,9,13
59:23 60:7,9,14
60:15,23,25 61:1
61:5,19 62:10
66:12 67:17 72:18
73:4,7,20,22 74:3
74:14 75:2 76:11
76:15 77:6,23
81:11 82:4 87:13
89:6 92:9,9 97:13
97:15,18,20,22,24
100:2,3,6 103:20
104:17,20 119:20
119:23 121:14,22
121:22 122:8,9,12
122:16,21,22
127:9 128:7 129:9
131:7,9,11,11,14
131:16,19 132:23
133:9 135:17
136:21,23 137:7
138:13,17,18,21
138:22 139:2,4,8

139:12 141:5
142:4,7,10,17,21
143:1,3,4 145:3
145:17 147:16,18
149:6,6,8 150:6
150:17 151:10
153:8 155:24
156:20 158:7
159:6 161:6
162:20,21,23,24
162:25 163:5,16
163:17,20,22,24
165:23 166:17
167:3,5,5,9,12
168:25 169:4
170:12,19 171:25
173:3,5,24
**knowing** 142:25
**knowledge** 94:3,12
175:7
**known** 10:8 40:18
40:21 157:12
167:13
**knows** 69:5

---

## L

**Labadie** 136:8
**lady** 120:21 143:9
**Lajan** 163:3
**language** 152:15
171:24
**LAW** 3:4
**lawsuit** 14:14 31:6
31:7,9 34:22
36:17 37:5,9
44:23 45:1,11,14
46:10 122:10,13
122:17
**lawyer** 38:4 40:8
48:23 139:7,9
142:2 149:3
158:20
**LAWYER'S** 179:1
**lawyers** 17:8,13
142:9 160:11
**lay** 110:1
**laying** 110:7,9

113:3,10
**league** 93:1
**learn** 93:8,11 134:2
134:11,12,14,16
135:10,13
**leave** 26:5 42:2
70:22 109:20
116:10 133:15
135:1,4,5
**leaves** 45:23
**leaving** 117:24
118:6 134:7,19
**Lecenat** 26:13 33:5
33:10,13 131:16
144:3 145:11,19
167:2
**left** 32:1 36:23
51:23 54:2 60:13
70:21,24 71:2,3,6
71:23 84:15 85:9
108:6 109:18
110:6 112:9 117:4
118:12,15,20
119:1,6,6,9
133:18,19,20
138:9,17 139:1
153:20 154:4,12
154:25 155:11
**leg** 120:22
**lessons** 77:12 96:2
**let's** 84:4,5 101:19
160:3,5 170:4
**letting** 21:18
**License** 175:22
**lie** 112:6,7 125:24
**life** 50:24 53:25
54:3,3 75:11
82:18 123:7
**line** 83:1 177:4
179:2
**list** 44:8,11,17,20
46:6 60:8,10
**listen** 171:22,23
**little** 12:2 15:25
31:23 38:18 39:5
42:7 54:11 56:24
56:24 57:1 64:25

112:16 121:5
146:15,20 166:13
168:3
**live** 27:8 51:2,4,5
51:16,17,19,20
52:3,5,24 54:5,12
61:7 63:13,16
64:16 69:21 72:7
73:22 77:10 80:4
80:6 100:9 110:17
137:6,7 144:21
164:8
**lived** 50:23 53:12
53:17,25 63:19,24
100:7 130:1
**lives** 55:22 56:11
56:22
**living** 51:22,23,25
53:20 54:2 56:13
63:2,17,21 66:15
80:21,22,22 130:5
**lknight@sloane...**
6:10
**LLC** 4:13
**LLP** 5:6,14 6:6
**Lo** 91:15,16,21
**local** 69:2
**located** 56:11
**lock** 107:4 110:3
**locked** 109:25
111:18
**long** 35:6 40:18,20
53:12,17,19,24
55:18 70:18,20
71:24 79:17 81:4
86:23,25 107:21
108:24 113:18
129:14,15 135:12
135:17 144:14
146:4,6
**longer** 130:21
**look** 12:20 47:8
60:10 62:10,12,13
66:17 71:17 72:1
72:3,7 137:8
153:10,12 157:8
160:15 161:20

162:1 165:6,8
**looked** 161:22,24
**looking** 47:9 62:15
  72:8 139:22
  143:12
**lost** 60:18 65:18
  77:15 116:14,15
  129:18 132:18
  136:8,8 169:20
**lot** 10:25 35:7
  46:25 47:2 91:4
  123:22 124:24
  165:13
**loud** 46:24
**louder** 168:3
**Louis** 1:3,4 6:20
  8:9
**low** 168:2
**Lozier** 97:15
**LSR** 2:11 175:2
**Lucemene** 70:4
**Lui** 142:9
**luncheon** 78:13
**Luperón** 2:6
**Lydia** 6:5 8:23
  164:21

_____

**M**

**machine** 61:15
**Madam** 95:22,24
  145:3,5,8
**Madame** 119:20,23
  120:1,3,12,19,21
  120:25 121:8
  142:11 143:5,6,9
  151:1,3,7 152:19
  157:12,15 172:21
  173:1,8,20 174:3
  174:6,11
**Madison** 3:12
**Main** 4:14
**making** 35:22
  119:15
**Malta** 1:11,12 5:3
  9:2 168:18 171:3
  171:7
**man** 30:20 75:10

75:22
**manual** 134:12,14
  134:16 135:7
**marbles** 93:2
**Margarette** 77:6,8
  77:13,18
**Marguerite** 90:21
**Marie** 109:14
  110:15,16,16,23
  113:24 117:12
  144:11
**Marie's** 117:11
  144:10,25 145:9
  145:12,20 146:5
**marked** 14:19,23
  16:13,18
**market** 84:15
**married** 79:9
**mason** 71:12,14
**masonry** 71:14,17
  71:23 72:2,3,12
  72:22 73:5,10
  74:18 165:7
**Mass** 151:23 152:2
  152:9,11,20
**Massachusetts** 3:6
  4:7 6:8
**Master** 90:20,20
  95:21,22 134:6
  147:23 148:1,5,14
**match** 109:21
**math** 93:11,16
**Mathieu** 26:20,21
  26:24,25 27:4,20
  27:22 28:7,7,8,11
  28:14,15,18 29:23
  32:5,12,17 33:2,6
  33:13,16 60:15,23
  77:3 122:15,16
  162:3 166:15
  167:1
**matter** 8:8 20:25
  141:5
**matters** 140:2,5
  175:8
**Matthew** 33:14
  166:17

**Maureen** 2:11 9:11
  47:23 175:2,22
**mean** 11:13 45:5
  60:4 120:16,17
  145:15 148:2,24
  154:2
**means** 11:16
  115:19 124:4
  127:20,23 133:7
  170:7
**measure** 62:17
**mechanics** 134:6
**medical** 115:16
  123:25 127:10
**medication** 11:9,12
**medicine** 11:16
  12:25
**meet** 23:6 38:8
  83:12 149:14,16
**meeting** 138:21,22
  138:24,25 139:10
**meets** 38:13
**members** 110:22
**Mémé** 95:21
**memories** 85:18
**mentioned** 122:15
  161:12 163:14
**Merline** 90:21
**met** 25:5,8 27:4
  36:14,15 37:24,25
  38:14,15,20 40:21
  83:21 84:4,11
  85:19 86:6,8
  149:9 167:11
**MICHAEL** 3:17
**midday** 74:22
**middle** 54:22 109:7
**Mike** 9:5,23 155:6
  160:12
**MILANO** 4:13
**MILITARY** 1:9
**mind** 25:23 47:10
  76:14 144:5
**minivan** 65:9,15
**minute** 24:13
  160:13,15
**minutes** 85:14

99:12 110:6 112:7
**Mitch** 142:9 158:15
**Mitchell** 3:3,4 9:4
**Mm-hmm** 75:20
**mom** 51:21,22,24
  55:22 56:5,10,22
  63:20,21 66:7,9
  129:6,9 147:16
**mom's** 55:25
**moment** 125:11
**Monday** 125:19
  126:14
**Monday's** 126:18
**money** 27:22,25
  28:5,6,14,15,21
  29:1,7,22 30:4,10
  30:16,22 31:2,5,9
  31:14,19 32:5,9
  32:12,17,21 33:3
  33:6,11,16,24
  34:4,8 37:4,8,10
  45:11,21,25 46:4
  46:5,18 47:3
  51:19 60:16,24
  61:2,5 66:4,6,8,10
  68:10 69:2,17,22
  69:23,25 74:22
  75:6,7,10,14,21
  76:2 91:5 146:21
  162:2,4,6,18
  166:14,17,25
  167:4,6,8
**month** 11:25 62:5
  70:9,24 109:1,2
**months** 12:11,12
  13:24 79:21 81:15
**morning** 8:16,19
  8:21,23,25 9:3
  10:4 11:8 74:20
**mother** 30:23
  31:23 51:12 66:3
  87:14 89:11,11
  90:2 91:4,6 99:13
  129:2,4,12 147:4
  147:5,13,13,19
**mother's** 30:22
  34:12

**Moto** 67:12 69:17
  70:19 71:10 76:4
**motor** 60:12 64:5,9
  64:21 66:15,16,20
  67:22 68:5 161:23
  164:25 165:3,5,10
**motorbike** 76:2
**motorcycle** 12:5
  13:24 27:5 39:25
  41:1,21 42:9
  44:14 46:2 47:12
  51:18 66:25 67:2
  67:3,8,22 68:13
  68:21 71:16 72:1
  72:7 115:12
  123:16 124:8,9,13
  124:21 125:7,12
  130:6 132:4 138:9
  161:21 165:10
  167:8
**motorcycle's** 68:11
**motorcycling** 71:16
  71:25
**mouth** 114:21,23
  115:2
**move** 51:14 70:11
**moved** 80:15,18,20
**movies** 93:2
**mstewart@simm...**
  3:21
**MURPHY** 4:5
**music** 46:24

_____

**N**

**N** 8:1
**naked** 85:2,4 99:2
**name** 8:4,17 10:5
  18:15 20:6 24:23
  42:13 44:12,16,18
  44:19 52:7,10,13
  52:18,22 55:25
  56:4,8 60:8,11,11
  60:12 61:23 72:18
  76:20 79:15 80:9
  80:24,25 81:2
  91:13,18,19 92:10
  111:7 119:10

122:7 133:25
163:17,22,23,25
164:4,21 168:17
169:2
**named** 112:16
139:12 163:14,23
175:6
**names** 10:8 57:3,6
57:8,16,22 96:25
97:10 119:9
**Nate** 61:23
**Nathalie** 6:15 9:14
**National** 89:18
**near** 56:13 72:7
137:7
**necessary** 176:4
**need** 10:17 21:16
23:16 39:18 47:16
84:21 88:7,12
126:24 143:19
159:17,18 164:13
**needed** 30:19,20
42:20,24 127:21
128:10
**needs** 25:20 39:21
40:1
**neither** 175:11
**Nelta** 95:23
**never** 13:19 23:7
25:23 42:16 87:1
87:5 90:24 95:1,8
96:18 120:14,15
130:1 137:8 148:7
149:22 150:17,19
151:5 153:2,3
154:6,8 157:19
160:1,1,2,2 161:6
161:7 163:6 164:8
169:3,10,16 171:4
171:8,19,21 173:3
174:2,5,11
**new** 1:9 3:13,13 6:4
8:24 47:22,24
75:24 76:1 112:16
**Nick** 97:13
**nickname** 10:10
91:16

**night** 35:20 113:24
115:23
**nightmares** 132:14
132:15,22 133:6
**nighttime** 112:21
112:23
**Nixon** 90:20
**noise** 46:25 47:2
**normal** 92:18,18,20
114:2 123:12
**northern** 128:6
**Notary** 175:3,24
178:20
**noted** 83:2 178:7
**NOTES** 179:1
**Noufie** 57:10,12
**November** 14:10
**number** 8:12 14:21
16:15 40:1 42:20
42:24 53:15 56:21
98:14 139:17,18
139:23 140:23
153:12 157:9
160:5
**numbers** 29:16
**nuns** 110:17 144:12
144:21
**nurse** 77:11

——————————
**O**
——————————
**O** 8:1
**O'Connor** 2:11
175:2,22
**object** 15:2 17:2,3
19:11 29:9 109:9
141:13,23 153:23
154:13
**objection** 15:16
16:5 20:8 27:1,11
27:15,19 28:10
32:13,18 33:7
34:10 36:8 37:16
37:20 41:11 43:1
43:11,17 44:5,10
44:24 45:12,16
46:12,19 48:14,14
48:25 49:8 59:16

59:20,24 60:17
61:3 72:13 73:6
75:1,18 80:13
81:6,10,16,21
82:8,13,20 83:2,9
83:23 87:17,25
88:2,5,6,8,18
89:10,21 90:1,16
92:3,17,25 93:12
96:11 97:6 98:6
101:18 102:16
104:19 105:13,18
108:8,17 110:24
111:14 112:20
113:7 115:10
116:2 117:23
118:10,22 119:17
122:18 123:1
125:16 126:3
128:1,15 130:3,23
131:4,13 132:9
133:11 136:22
137:3,16 140:12
140:19 145:21
146:10,19 147:9
148:16 150:22
153:7 154:5 155:1
155:23 156:20
158:1,11,25 159:1
160:4 166:19
172:7 173:2,10
174:12
**objections** 50:4
88:3
**obviously** 163:12
**occasions** 32:4
**occur** 112:19
113:18 117:9,14
**occurred** 115:5
116:22,25 117:6
117:10
**office** 95:7 101:5
**OFFICES** 3:4
**oil** 66:8,10 74:7
**okay** 11:11,15 12:2
12:12 14:7,8,11
14:18 15:10,19,21

16:1 17:7 18:13
19:3,23 20:1
21:15,20,21,25
22:3,11,21,23
23:8,15,17,23
24:12 25:1,13
26:5 28:19 29:18
29:25 30:7 31:8
31:13 32:3 33:15
33:23 34:3 35:16
37:19,23 39:19
42:6,12,15,19
43:15 44:16,19
45:24 49:16,23
50:14,19,23 51:1
51:7,20,25 52:3,7
54:7 55:12 58:1
58:10 59:12 61:10
62:6,12 63:6,13
63:19,23 64:16,19
64:22 65:1 66:9
67:3,8 68:4,20
70:22 72:16,21,24
73:9,15,20,24
76:10 80:3 81:4
81:24 82:5,16
83:12,15,20 84:5
84:21 86:2 87:8
88:7,10,13,17,18
88:19 89:2,5,13
89:16 90:4,11,15
91:21,23 92:11,14
94:4 99:17,22
100:24 101:24
102:19,25 104:3,9
104:14,17,25
105:6,11,16,25
106:16 107:1,5,14
107:17 108:7,20
111:24 112:4,12
113:14 116:5
118:4,7 119:20
125:5,9,13,25
126:16,22 127:1
129:17 130:4,10
131:11 133:4,12
134:18,21 135:8,8

139:8 141:20
147:22 148:18
149:1,2 152:5,18
155:20 157:6
158:20 159:19,21
160:3 161:11
163:10,18,22
164:10,23 166:15
166:16 169:7
170:5,8,20,22
171:5,25 172:5,20
173:7 174:10
**old** 14:11 38:18
82:2 87:10,12,20
143:9 146:13
**older** 58:1,4,5,6,10
58:13,15
**olive** 55:1,11,12
**once** 29:2,4 39:20
72:14 146:9 164:7
**one-on-one** 87:7
**ones** 26:12
**open** 98:23 111:24
112:1 113:1
133:17,19
**opened** 84:23 98:22
98:23
**opportunity** 98:12
**Order** 1:10,12 5:3
9:2 168:18 171:3
171:7
**original** 176:12
**orphan** 169:17,17
**orphanage** 169:17
169:18,19,23
170:1,2,3,15
**outside** 110:5 112:3
115:21
**overheated** 126:11
**overnight** 12:21
**owner** 67:6 68:11
68:14,21 69:24
70:3,8
**owners** 70:2

——————————
**P**
——————————
**P** 8:1

**p.m** 174:20
**page** 7:2,13 19:4
  137:9 177:4 179:2
**pages** 178:5
**paid** 27:18,20
  63:11 72:24 73:1
  89:8,24
**pain** 124:13 126:5
**painted** 54:19
  103:13
**pants** 136:9 143:10
**paper** 111:7
**papers** 148:21,25
**Papouche** 119:14
**pardon** 22:22
  149:25 150:5
**parents** 169:5,24
  169:25
**part** 57:13 75:9
  116:13,15 128:6,9
  128:11 132:19
  144:16 153:18
  169:21
**parties** 175:13,15
**partners** 82:19
**parts** 74:7,8,8,9,9
  141:16
**pas** 130:25
**pass** 62:3 102:13
  104:12
**passed** 62:6 63:17
  63:19 85:10 90:9
  102:1
**passenger** 42:14
  66:23 67:24,25
  68:1,2
**passengers** 41:25
  42:9 67:15,19,21
**Patrice** 95:21
**Paul** 1:7 4:3 8:22
  97:18,20 139:12
  149:3,4,4,6,7,8,9
  150:9,11 151:2,8
  151:12 152:4,10
  152:23 153:1,6,15
  153:19,22 154:3
  154:11,24 155:10

155:21 157:14,18
157:22 158:6,9,23
159:8,11,23 160:7
160:23 161:2,4
167:17,19 172:3
**pay** 42:1 46:2,2
  51:13,13 65:24
  69:19,21,22,24
  70:8,9,10,13,14
  70:16 89:5,6,19
  162:12 167:25
**paying** 37:5 75:14
**pending** 10:22
  23:17 106:13,14
**penis** 38:3 40:3
  98:7 110:8 113:4
  114:6 117:6 123:8
  124:6
**people** 73:20,25
  94:2 95:15,16
  118:20 119:1,8,15
  130:11,16 131:7
  131:25 132:1,8,10
  132:11 138:1,5,10
  150:10 153:20
  154:4,12,24 156:1
  156:6 162:11,13
  165:25 166:21,25
  169:24,24 173:23
  174:8
**Pere** 149:4,7,8,9
  150:11 151:2,8,12
  152:4,10,22 153:1
  153:6,14,19,22
  154:3,11,23
  155:10,21 157:14
  157:18,21 158:5,9
  158:23 159:8,11
  159:22 160:7,23
  161:2,4 167:17,19
  172:3
**perform** 72:6
**performance**
  148:12
**performing** 71:16
**Perlitz** 1:7 8:10
  14:14 41:3 42:17

43:9,23 44:3
45:15 46:11 58:24
59:15 60:5 76:18
76:21,24 77:14,19
78:5,8 79:7 83:13
83:22 84:11 85:19
86:7,9,21,24 87:2
90:22 94:25 98:5
98:14,19 99:20
100:7,21 101:1,3
101:25 102:6,10
103:1 104:18
107:5,25 108:13
108:15,22 109:4,8
111:11,12,21
113:14 114:5
115:1 117:6,13,18
117:20 118:17,21
121:8,19,20 124:1
127:12,19 129:18
131:12 132:8
134:25 140:5,10
140:17 142:20
151:7 152:19,25
153:5 155:21
157:13 158:6
160:7,23 161:2,4
171:18 172:1,15
172:21 173:1,7,19
174:2,5,11
**Perlitz's** 100:12
  103:5,7,21 122:25
  123:6 137:14,24
  142:18
**person** 72:18 87:6
  91:13 92:11
  120:10 138:23,24
  139:2,4 150:13
  153:16 159:8
  163:23 175:6
**personal** 45:2,9
**personally** 44:1
  141:4 142:24
**Philemon** 119:13
**phone** 28:16,17
  33:12 40:1,7
  42:20,24 162:9

**phones** 162:12
**photographs** 136:4
  136:5
**physically** 74:10,13
  74:15,19 120:20
**pick** 67:14,19
**pictures** 136:4
**piece** 111:6
**Pierre** 1:23 2:1
  6:20 7:3 8:13,17
  9:19 10:4,7 26:14
  56:9 57:10,24,25
  57:25,25 58:4,8
  58:20,23 59:5,14
  60:8,16,24 61:2,7
  61:12 64:2,10,19
  65:8 78:8 144:6
  163:25 164:5
  174:19
**Pierre's** 7:15 16:16
**Pierre-Louis** 65:13
  117:25 163:1,3
**pills** 12:24,25 13:1
**PITNEY** 5:14
**place** 38:10 63:13
  63:16 66:23,24
  80:21,23 84:7
  95:17 110:14,17
  111:7 117:12
  129:4,13 144:9,12
  144:19,23 145:14
  145:16 147:20
  164:7 166:4
**Plaintiff** 1:5 3:2
  7:15 8:9 9:4
  16:16 141:2,7
  142:12
**Plaintiffs** 9:6,8
  166:18
**Plata** 2:5,6 8:8
**play** 46:24 93:1,1,2
  97:7 149:12
  165:19,23,25
  166:3,5,6,7,9,10
**playing** 92:22
  166:8
**Plaza** 6:7

**please** 8:14 10:5
  11:2 25:19 37:13
  48:5 59:1 60:20
  76:13 83:17
  109:12 119:12
  139:23 141:1
  153:10 157:10
  160:14 168:5
  176:3,8
**plus** 75:4 98:9
**point** 42:15 84:19
  90:7 93:21 95:18
  101:1 106:8 107:5
  111:21
**police** 137:13,19,21
**politician** 37:19
**Pollard** 2:11 9:11
  47:24 175:2,22
**poor** 169:12,25
**position** 21:13 22:1
**power** 40:7,7
**PPT** 18:22 26:9
  27:10 32:11 34:17
  46:9 58:17 86:11
  86:14,20,24 87:11
  90:8,9 91:21
  137:2 138:14
  142:22 165:25
  167:15
**pray** 132:17
**Predestin** 56:1,7
**preface** 20:3 76:10
**Preneta** 97:13
**preparation** 48:19
  49:14 144:16
  145:6
**prepare** 48:13
  49:19,21 50:6
  75:9
**presence** 153:3
**present** 6:19 18:9
  19:1,23 33:2 34:3
  121:7,10 138:23
  153:16
**previously** 44:23
  46:10 47:4 122:16
**priest** 89:4 151:14

151:17,22 152:1,3
152:10 167:18
**priests** 167:16,21
168:8,10
**prior** 121:18
**private** 89:2
**privately** 95:8
**privilege** 15:4 16:8
17:17 19:14 21:12
21:14 48:17 49:11
158:2,13,17
**privileged** 20:9
**probably** 88:9
**problem** 148:14
**profession** 134:12
134:14,16 135:7
**program** 135:18,21
**propounded** 178:6
**prostitute** 75:15
**prostitution** 75:7
**provide** 66:4
**provided** 31:25
45:24 46:5 55:23
93:18
**psychologist** 133:9
**public** 38:12 85:12
89:17 99:11 175:3
178:20
**Puerto** 2:5,6 8:8
**punch** 128:13,20
128:24
**punched** 128:14
**pushing** 115:4
**put** 11:23 13:2,5
31:12 60:8 96:8
98:7 115:1 117:6
135:24 162:7
**putting** 11:18 44:8

**Q**

**Quener** 6:16 48:1
**question** 10:22,23
11:1,6 15:13 16:6
17:4 20:20 23:17
23:19 34:7 38:14
48:8,16 49:10
53:9,22 59:1,9,13

60:19 65:17,18,20
84:20 85:18,22
86:5 88:23 98:13
100:1 106:4,14
116:13 123:2
127:17 139:19,21
139:23 140:9,14
140:23,25,25
141:11 142:1,3,20
147:10 149:25
152:8 153:13,21
154:21 155:6
156:2,5,14 157:9
157:17 158:4,21
159:3,12,21 168:4
170:11,13 172:23
173:11 174:4
**questioning** 83:1
**questions** 9:16 11:1
13:13 15:22 16:25
20:7 24:21 36:2,7
48:3 82:6 88:16
139:18 143:21
144:4,7 147:8
148:22 152:7
153:11 164:11,22
168:11 171:10
178:6
**quite** 126:22

**R**

**R** 8:1 175:1 177:2,2
**rabbit** 126:22
**rained** 91:11
**raise** 173:22
**re-read** 15:12
**read** 15:22,24
19:10 20:1,6
139:18,19 140:14
140:24 158:21
174:16 176:3
178:4
**reading** 93:9
**ready** 50:11
**real** 91:18,19
**realize** 118:25
**really** 11:25 13:5

14:6 38:16 39:1,4
39:11 43:25 44:1
107:22
**Realtime** 2:12
175:23
**rear-ended** 115:13
123:17
**reason** 37:25 84:22
134:7,19 155:20
176:5 177:6,8,10
177:12,14,16,18
177:20,22,24
**reasons** 141:23
**recall** 11:25 14:4
25:17 38:16
119:10
**recalls** 141:8
**receipt** 176:13
**receive** 29:1,23
30:4,25 31:2,5,19
32:8 37:4,8,10
115:16 123:25
127:15 128:11,13
128:20 136:14
167:6
**received** 29:5,22
30:4,9 31:14,15
32:12,16,21 33:5
33:11,16,24 34:4
34:8 45:10 46:17
47:3 162:3
**receiving** 131:17
131:18
**recess** 24:16 40:14
47:19 78:13
106:19 127:5
143:24 164:17
**recognize** 131:9
**record** 8:4,15 10:5
24:15,17 40:10,13
40:15 47:14,18,22
78:12 79:3 106:18
106:20 127:4,6
143:23,25 164:16
164:18 174:10,20
175:10
**recovered** 13:3

**reduced** 175:9
**referenced** 1:21
**referring** 156:2
**regarding** 20:14
**regular** 67:18
**related** 141:22
147:3 175:12
**relations** 82:7,11
83:8
**relationship** 141:3
142:12 153:15
155:22 160:9
161:5,9
**relative** 175:14
**relevant** 82:22
**religion** 96:14
**relying** 157:10
**remember** 17:24
18:15,17,18,23,24
23:10,11 24:5,9
24:11 29:8 30:2,9
30:13,15 31:4,14
31:20 36:11 39:1
39:11 53:24 56:21
62:4 70:24 71:6,8
75:3 77:2 83:19
83:21 86:6,25
87:12,22 90:6
92:23 93:25 95:11
95:14,20 96:4,16
96:25 97:4,10
107:22 108:24
113:21 114:5
133:16 145:13
146:16 152:5
**Remy** 52:11,23
**rent** 51:10,13,14
69:19 70:13,14
**rented** 51:12,24
63:22
**rents** 51:11
**repair** 74:3,6,7,9
**repairing** 74:25
**repeat** 37:13 52:17
113:12 168:4
**rephrase** 11:3
58:25 59:4,9

60:19 106:4 123:2
159:14 160:19,21
172:22 173:12
174:4
**replied** 170:23
**REPORTED** 2:10
**reporter** 9:10
47:23
**represent** 8:17 9:1
16:24 17:12
168:17
**representative**
154:16
**representatives**
140:1
**representing** 9:4
**Republic** 2:7 8:8
26:3,10,23 34:16
36:13
**request** 149:24
**requires** 19:12
**reserves** 141:7
**residence** 100:13
103:5,8,21
**respond** 11:5
**Response** 7:15
16:17
**rest** 30:21,23 31:24
34:12
**result** 45:11 122:24
**retreat** 144:9,14
145:8,11,20 146:5
146:7
**return** 176:11
**reveal** 49:12
**REVIEW** 1:23
**RHODES** 1:10
**rich** 73:14,16
**ride** 66:16 67:20,22
123:16 130:6
165:10
**riding** 39:25 41:1
41:21 42:8 44:14
46:1 64:8,9 66:7
69:22 76:9 115:12
124:8 125:7 132:4
**right** 33:17 56:11

56:14 65:4 74:15
88:18,23 118:25
141:7 142:13
144:10 146:9
147:2 155:12
162:9 165:1 166:1
171:9
**right-hand** 104:8
**rinsing** 85:7,9 99:5
**Rival** 144:20,22,23
145:1
**RMR** 2:11 175:3
175:23
**robbers** 12:6
128:21
**Robens** 119:14
163:25 164:5
**Robinson** 5:6 77:23
77:24 78:1,4
95:23 135:24
136:1,14,16,19,19
147:23 148:1,5,15
**Robinson's** 96:9
**Romer** 90:20
**room** 35:13 53:10
106:23 107:6
111:3,9 112:12
113:1,15,16 114:1
115:22 117:15
126:10
**rooms** 52:25 53:1,2
113:24,25
**Roselene** 56:1,2,7
**rough** 150:6
**Rue** 90:13,15,17,23
90:25 91:1,14,25
92:15,20,24 93:18
93:24 167:22
168:9,20 169:1
**rumors** 121:20

___

**S**

**S** 5:5 7:12 8:1
**S.J** 1:7 4:3
**sacrament** 151:15
**sad** 53:21 115:11
115:20 123:11,15

129:22
**saved** 30:23 31:24
34:13
**saw** 17:24 23:25
24:6,10 25:12
33:12 40:23,25
41:2,20 42:10
43:12 44:11 85:3
90:24 91:4 99:2
113:2 159:11
161:7 163:18
164:2,6,8 167:10
167:18
**saying** 20:3 35:23
49:7,20 73:11
76:10 88:3,4,8
126:13 130:16
152:3,6 155:13
156:25 168:1
170:1 171:22
**says** 27:6 69:3
150:1 153:19
**scare** 148:24
**scheduling** 47:16
**school** 64:25 87:16
89:3,14,17,18,20
89:24 91:3,7 93:3
102:19 128:7
133:21,22,24,25
134:11 137:2
148:9 168:24
**schooling** 93:4
**se** 133:23
**seal** 175:18
**second** 30:3,10,17
47:14 87:24 88:21
108:16,22 109:5,7
109:13 116:21,23
160:5
**section** 144:22
145:1
**see** 12:1,20 21:18
21:23 23:14,20
24:2 25:15,24
27:5 28:21 29:20
33:14 39:16 40:4
40:6 41:13 47:11

90:22 94:24 95:1
95:2,4 106:5,9
111:9 113:14
120:3,7,9 126:21
132:2 149:19,21
150:9 151:2,8
152:21 157:17
167:16,21 168:8
168:10 172:18
**seeing** 18:24 94:1
152:18,20
**seeking** 20:13 21:8
154:14
**seeks** 19:13 20:8
21:12 141:14
**seen** 14:25 15:5,8
15:14 17:14 40:22
158:5,9,23 159:8
159:22,24,25
160:1,2,7,23
161:2
**sees** 46:1
**send** 91:6 169:6
**sent** 16:25 17:5,8
17:13 24:21
**sentence** 49:2
124:11
**separated** 53:5
**servants** 140:1
**session** 79:1 102:19
**set** 7:16 16:18
175:18
**SEVEN** 1:14
**sexual** 82:6,11,18
83:8 153:15
155:22 160:9
161:4,9
**shaking** 21:23
**sharing** 35:13
**sheet** 176:6,9,12
178:7
**shift** 132:5
**shoes** 31:11,22
34:11
**shorts** 117:25
118:1,5
**show** 14:18 16:12

19:3,4
**shower** 85:1,2,3,5
98:25 99:1,2
103:2,16,16,17,19
104:3,6,7,12,15
104:18,21,22,23
105:3,7,10,11,19
105:21,23,25
106:2,3,8,24
107:2,7,8,9,25
108:4
**Shultheis** 92:6,8
**shut** 114:21
**Sibert** 19:23 22:7,9
23:25 25:5 37:15
37:24 39:7,17
**Sibert's** 37:12
**sick** 11:17 126:10
126:14
**sickness** 11:20
**side** 53:6,7,8
103:14,15 104:12
120:11 121:11
**sign** 18:12 19:7
44:16 67:6 174:17
176:8
**signature** 19:5
**signed** 19:9,24 20:5
24:23
**signing** 19:1 46:6
**SIMMONS** 3:11
3:18
**simply** 101:17
104:22 105:1
108:4
**simultaneously**
49:3
**sir** 10:6,8,10,17,25
11:6,8,11,13,16
11:19,24 12:3,10
12:13,18,22,25
13:4,8,13,15,21
14:3,5,8,11,13,18
15:1,12,15,19,21
15:22,24 16:1,3
16:12,22,24 17:12
17:15,21 18:2,5

18:10,14,17,19,22
19:1,3,5,5,7,9,10
19:24 20:1,3 22:2
22:7,9,12 23:1,4,9
23:12,14,20 24:20
24:24 25:2,4,9,11
25:13,16,18 26:2
26:6,10,12,18,23
26:25 27:8,10,14
27:18,23,25 28:2
28:4,5,9,15,19,24
29:2,7,22,23,25
30:3,5,7,9,12,17
30:24 31:3,5,6,13
31:17,19 32:1,4,6
32:9,17,22,24
33:3,6,10,15,20
33:24 34:1,4,6,15
34:22 35:1,3,6,8
35:10,12,17,21
36:1,4,7,12,14,18
36:21,25 37:2,4,6
37:8,12,15,19,24
38:8,10,18,21
39:3,10,13 40:18
41:5,7,10,20,24
43:7 44:9,17,20
44:22 45:5,7,11
45:19,25 46:6,8,8
46:11,15,18,22
47:4,6 48:8 50:15
50:17,19,21,24
51:2,9,11,20 52:4
52:8,10,17,22,24
53:4,9,13,18,22
54:1,4,10,13,15
55:15,17,21 56:4
56:6,11,16,19,23
57:2,3,7,9,18,23
58:2,6,18,22 59:3
59:13,19,23 60:14
61:8,10,12,14,17
61:19,21,24 62:2
62:20,25 63:7,10
63:14,23 64:13,17
64:22,24 65:8,25
66:4,12,19 67:1,4

67:9,12,15 68:4
68:14,22 69:10,13
69:16,19,23 70:3
70:5,8,18,23,25
71:4,7,9,12,20,23
72:4,16,19,25
73:2,4,10,21 74:1
74:3,18,24,24
76:1,4,7,10,15
77:1,7,14,23,25
78:2,5,9 79:6,9,15
79:18,21,23,25
80:4,7,12,20,24
81:9,20,25 82:5
82:16,18 83:7,12
83:15,18 84:2,14
85:17 86:1,8,12
86:24 87:2,10
88:23 89:3,9,14
89:17,20,25 90:13
91:17 92:6,15
93:19,24 94:5,8
94:11,20,24 95:9
95:14 96:14,17
97:13,16,18,22
98:1,4,11,18
99:18,23,25 100:2
100:6,15,18
102:15 104:5,15
104:17 105:7,17
105:21 106:1,23
107:11,15,17,21
108:1,16 109:1,6
109:12 110:14,18
111:4,11,25 112:5
112:10,18 113:16
113:18,23 114:4
114:13,15,19
115:5,9,17,22
116:1,5,8,22
117:15 118:5,9
119:2,16,20 121:4
121:12,16,18,24
122:3,7,10,13,17
122:21,23 123:5
123:20,25 124:5
124:22 125:1,6,15

125:23 127:9,25
128:9,14,17 129:1
129:14,17,21
130:1,2,10,14,22
131:3,8,16,24
132:7,14,22,24,25
133:2,10,15,25
134:3,5,22 135:21
137:1,9,11,22
138:4,11,14,19
139:3,6,10,15,22
140:4,9,18,22,25
141:4,11,25
148:25 149:3
159:3 171:17
172:14,20 173:7
173:15 174:15
**sister** 31:23
**sisters** 56:24,25
57:1 64:22,23
**sit** 11:8 47:7,9
85:16 95:6 99:15
125:11
**Sitchina** 57:11
**sitting** 19:2 100:22
109:14,17,17
116:9,24 117:1,17
118:8,16,20 119:2
119:5 123:15
124:9,12,23
**six** 1:14 54:21
79:21 81:15
**Sixth** 3:5
**sleep** 53:6,6,8,10
94:14,16 109:24
112:5 129:16
132:21
**sleeping** 113:2
165:17 174:8
**sleepless** 132:20
**slept** 13:19 94:18
**SLOANE** 6:6
**slower** 60:22
**slowly** 109:16
**small** 14:6,7 103:9
103:10 111:6
112:15 143:11

165:6
**sneakers** 121:5
143:12,13
**soap** 85:6
**soccer** 93:1 97:7
120:11
**Society** 1:9 6:3 8:24
**socks** 121:6
**somebody** 20:1,6
62:16 69:3 110:2
110:12 120:23
129:11 147:6,11
157:23
**somewhat** 34:6
**soon** 40:8 73:14,16
**sorry** 16:13,23
17:22 20:2 25:23
30:8 38:7 40:24
42:9 53:13 55:25
56:4 57:21 60:14
62:2,23 68:21
70:7 77:15,22
80:9 84:14 87:9
98:3 103:4,16
107:24 113:15
170:24 173:21
**soursop** 55:5,8,9
**SOVEREIGN** 1:9
**space** 176:6
**speak** 15:19 23:12
35:20 50:14 102:9
140:10,20 150:16
151:6 152:16,18
171:24 172:10,16
**speaking** 150:9,15
151:2,8 152:15
**spelling** 57:16
**spend** 129:8 165:11
165:15
**spending** 91:4
**spent** 144:9
**spices** 66:8,10
**spinning** 109:23
**spoke** 23:7 95:8
120:14,15 140:4
140:17 149:22
174:2,6,11

**spoken** 35:16 87:1
111:12 120:1
**square** 38:12
**St** 1:3,3,10 8:9
57:11 109:14
110:15,16,23
113:24 117:11,12
144:10,25 145:9
145:12,20 146:5
**staff** 95:12
**stairs** 104:15
**stand** 47:10 87:4,6
120:24 150:18
151:6
**standing** 120:11
**Starbucks** 162:15
162:16,19 163:12
**start** 87:8,15 90:7
93:6,15 94:5
95:19 104:4
**started** 17:21 66:12
82:2 87:10 91:25
109:22 168:19
169:1,7 171:1
**starts** 16:21
**state** 3:5 10:5 141:1
153:16 157:10
175:3 176:5
**States** 1:1 8:10
137:23 138:2,11
149:11 150:2
**station** 66:21,22
**stay** 12:21 46:25
96:18,20,21 110:5
110:20 112:2
115:22 129:15
130:18 138:8
139:1 144:12
150:18
**stayed** 53:23 85:13
99:12 115:24
**staying** 35:3
**steal** 12:6
**Stella** 144:11
**stepping** 163:8
**Stewart** 3:17 9:5,5
9:25 15:2,16 16:5

17:2,8,10,16,23
19:11,19 20:8,18
20:25 21:6,16,21
22:2,4,14,18,21
23:15,21,24 24:5
24:9,12 25:22
27:1,11,15,19
28:10 29:9,14,19
32:13,18 33:7
34:10 36:8 37:16
37:20 39:18 41:11
43:1,11,17 44:5
44:10,24 45:12,16
46:12,19 48:14,24
49:4,8,18,25 50:8
52:12 55:6,9,12
57:12 59:16,20,24
60:17 61:3 62:14
62:18,22 72:13
73:6 75:1,18,20
80:13 81:6,10,16
81:21 82:8,13,20
83:3,9,23 84:17
85:21 87:17,25
88:2,15,20 89:10
89:21 90:1,16
92:3,17,25 93:12
96:11 97:6 98:6
101:18 102:16
104:19 105:13,18
106:11,16 108:8
108:17 109:9
110:24 111:14
112:20 113:7
114:22 115:10
116:2 117:23
118:10,22 119:17
122:18 123:1
125:16 126:3,8,17
126:21 128:1,15
130:3,23 131:4,13
132:9 133:11
136:22 137:3,16
140:12,19 141:13
141:21 142:4,7,15
142:21 143:1,20
145:21 146:10,19

147:9 148:16
149:24 150:5,22
153:7,23 154:5,13
155:1,9,13,23
156:3,13,18,22
159:4 160:10,13
162:15,20 163:2,8
164:13 166:19
168:3,13 170:22
171:13 172:7
173:2,10 174:12
174:16
**stinging** 13:6
**stipulations** 9:24
9:25
**stomachache** 13:18
13:25 14:3 127:15
128:13
**stood** 153:3 157:19
**stop** 66:21,22 84:22
102:12 123:22
125:14 160:13
166:8
**stopped** 42:14
84:12
**stories** 103:25
**story** 84:18 86:7
**straight** 120:24
**street** 3:5,19 4:6,14
5:7,15 46:23 47:1
90:9 129:25 130:2
130:5,7,11 169:5
169:23
**streets** 47:2
**stressed** 39:6
**strike** 20:2 30:8
57:21 77:21 87:8
98:2 107:24
134:24 173:16,17
**struck** 11:21 13:10
**student** 86:11,13
86:13,14,16,17,19
86:23 91:21
138:15
**students** 18:21 26:9
32:11 34:17,22,25
34:25 46:9 60:4

113:23 119:4
121:9,21 137:2
138:17 153:6
172:25
**stuff** 47:12 74:17
**subject** 1:23 49:11
96:4
**subjects** 93:3
**Subscribed** 178:16
**substance** 178:6
**suffered** 12:17
13:11 127:12
**suggest** 161:3
**Suite** 6:7
**sun** 12:20 125:20
126:9
**Sunday** 35:11
110:20 116:3
146:7
**supermarket** 84:8
102:4,5,9,22
**supplement** 141:7
**support** 71:10
157:11
**supporting** 141:9
**supports** 141:2
**supposed** 84:7
113:22 138:23
139:4
**sure** 25:20 37:14
49:2 52:15 59:2
77:17 118:7 123:4
148:4 150:6 152:7
155:5 168:6
172:24 173:14
**surname** 122:8
**surveyor** 62:18,19
62:20,21
**swear** 9:11 47:24
**switched** 134:11
**sworn** 9:15,20 48:2
175:7 178:16
**Systems** 2:12
175:23

_____

**T**

**T** 7:12 175:1,1

177:2
**T-shirt** 117:24
**table** 109:19
112:16 118:16
**take** 10:17,19,23
11:12,19 21:6
23:16 24:13 39:20
44:12 63:4,6 66:2
66:23 74:8,9 93:5
98:25 99:1 103:2
104:18,21,23
105:3,7,10,23
106:11 107:11,12
110:14 128:21
135:12 136:4
147:19 167:11
**taken** 24:16 34:19
36:1 40:14 47:19
78:14 105:11
106:19 127:5
136:5 143:24
164:17
**talk** 21:22 22:18
34:21,24 35:19
36:15,16,17,19,21
36:24 42:6 49:14
49:17 50:5,9 69:1
95:1 138:3 150:13
150:17 151:3
156:7,24 166:13
168:2,3 172:19
173:19,24 174:9
**talked** 87:5 91:3
141:22 143:4
155:8 172:21
173:1
**talking** 15:6 54:8
69:6 83:24 84:12
84:17,18 85:24
87:3,4,6 90:11
92:21 95:15
102:11 122:1
124:23 138:1
140:13 151:5
153:4 154:9
162:21,25 163:11
163:21 168:24,25

171:20,21 172:9
172:10,12,18
**tap-tap** 65:16
**taught** 93:3,8 96:5
134:5
**taxi** 60:12 64:5,21
66:16,16,20 67:12
68:5,20 69:17
70:19 71:10 165:1
165:4,5
**teach** 77:11 96:1,12
96:14
**teacher** 78:1
**teachers** 95:15,19
95:19
**tease** 73:11 130:24
**teasing** 131:2
**Technologies** 8:5
**Ted** 8:21
**television** 55:14
**tell** 14:6 23:8 30:14
33:10,23 34:1,2
35:18,25 36:3,6
38:24 39:7,12,17
40:9 41:6,7,8,9
42:18 45:1 49:20
49:25 66:12 76:23
77:3,13,18,21
78:4,7 79:6 83:20
84:18 85:11,14
86:5 88:6,16 98:1
98:12 101:10,13
101:15 105:8
108:12 109:6
110:12 112:1
113:12 114:11
115:6 116:7,18
122:23 123:5
134:25 135:3
137:19 141:19,21
143:5,8 152:25
153:2,5,24 154:10
155:16 156:13
157:2,4,16,18,20
157:21,23 158:5,8
158:22 159:7,19
159:22 160:22

161:1,16 167:12
171:18 172:15
173:7
**telling** 158:6,9,23
159:9,11,23
**tells** 45:22
**ten** 146:18
**term** 100:2 130:20
**Testament** 112:17
**testicle** 116:17
**testicles** 116:11
117:2,14,21
**testified** 9:21 24:2
25:4 29:5 38:19
55:21 116:6 144:8
146:8
**testify** 147:22
156:7 175:7
**testimony** 156:8
175:10
**Thank** 10:1 17:10
22:4,20 48:5
119:12 126:19
143:17 148:19
164:12 168:12,13
168:16 171:10
174:14
**Thanks** 86:2
**THEODORE** 4:4
**thing** 10:21 60:10
68:25 90:12 106:9
140:24 161:23
162:18 169:4
172:17
**things** 20:19 28:23
92:23 121:22
131:8 162:12
**think** 21:7 22:17
25:22 29:10,14,15
29:16 47:15 54:10
55:21 65:17 80:1
85:22,25 126:11
126:12 127:21
132:24 146:17
150:3 155:20
156:20 160:4,9
161:8,15 165:24

173:15,17
**thinking** 115:13
  123:14,16,21,23
**third** 30:7,24 31:1
  116:6,21
**thirty** 176:13
**thought** 62:22
  163:11
**three** 1:13 6:7 53:1
  53:2 54:20,23,25
  55:3 56:24,24
  57:1 65:3 67:20
  98:15,16 110:21
  144:15
**Thursday** 1:24
**ticket** 27:18
**time** 8:6 10:18
  13:24 15:5 21:22
  23:25 24:3,4,6,7,7
  24:7,8,15,18 25:5
  25:8 29:3,22 30:1
  30:3,7,10,15,17
  30:24 31:1,13
  32:8 35:7 40:13
  40:16,20 42:3,19
  47:18,22 49:6
  53:22,22,23 63:11
  74:24 78:12 79:4
  79:19 81:7 83:21
  84:10 85:19 86:6
  86:8,12,15,20
  87:13 94:18 95:5
  96:20,22 98:2,18
  98:20 100:22
  102:15,17,20
  105:17 106:18,21
  108:16,20,22,25
  109:5,8,13,16
  110:25 111:10,13
  112:9,18 113:21
  116:19,20,23
  117:18 118:9
  124:15 125:13
  126:13 127:4,7
  129:8,15 130:7,11
  131:18 135:1,16
  136:13 143:17,23

144:1,9 146:6,15
  146:20 152:22
  163:18 164:2,16
  164:19 165:11,16
  168:19 169:7,13
  173:17,19 174:20
**times** 13:20 29:6
  71:22 72:5,12
  73:5 98:4,13,15
  98:16 120:3,6
  149:19,22 159:16
**tjf@murphyking...**
  4:9
**today** 11:1 13:13
  122:15 124:22
  125:10 128:18
  144:8 146:8
**Today's** 8:5
**told** 23:6 38:2 40:1
  41:2,13 42:16
  43:9,15 76:18
  86:7 91:14 108:21
  109:20 110:12
  114:7,12 121:19
  128:18 136:15
  142:2 143:2
  147:16,18 153:2
  153:22,24 156:15
  157:22 159:6
  160:6 164:25
  165:24 166:14
  173:15
**top** 104:2 110:7
  112:8 113:3,10
**total** 13:20 25:11
  28:1 29:6 70:16
  84:8 98:21 102:1
  102:3,4
**touch** 107:14,21
**touched** 38:3 40:3
  85:5 99:4 107:10
  107:18 108:4
**towel** 85:4 99:3,4
  107:10,11
**town** 73:25 80:15
  80:20
**trade** 133:21,24,25

**trading** 134:11
**trained** 161:13,16
**transcript** 176:14
  176:15
**transcription** 178:5
**translate** 9:15
  39:21 48:2,25
  49:9 62:11
**translated** 9:17
  21:17 25:2 48:4
**translates** 39:20
  88:2
**translation** 60:19
  77:16 116:16
**translator** 9:14,21
  18:4 33:18 39:23
  47:15,20,23,24
  48:1,21 49:1,5
  55:2,11 58:12,25
  59:7,8 60:18 62:9
  62:16,19 63:15
  65:12,14 68:7,24
  69:12 71:13 75:19
  76:13,20 77:15,24
  80:17 81:1 83:16
  92:7 106:2,7
  116:12 122:11
  124:10 128:4
  132:18 148:20
  152:17 162:23
  167:23 169:20
  173:21
**transportation**
  65:16,22 85:12
  99:11
**travel** 26:15,19
**travelled** 34:15
**treatment** 115:17
  124:1 128:10,12
**tree** 54:25,25 55:1
  55:6,8
**trees** 54:25 55:4
**Trial** 7:14 14:22
**tried** 110:9
**trouble** 29:16
  102:14 131:25
  132:7 134:21

**truck** 61:16,17
  64:15
**true** 154:23 155:7
  155:10 174:3,5
  175:10
**Trumbull** 5:7,15
**trust** 132:1
**trusting** 131:25
  132:7
**truth** 175:7
**try** 25:21 26:1
  37:14 59:12 60:22
  62:25 91:11 106:6
  152:5
**trying** 12:6 43:7
  100:11 104:25
  106:7 120:23
  124:25 125:25
  134:18
**tube** 11:22 13:2
**turn** 110:9,10,10
**turned** 36:23
  138:16
**Twice** 13:22
**two** 1:13 12:6,11,12
  13:24 39:10 54:20
  54:21 67:20 79:25
  80:1 85:13 99:12
  110:6 112:7
  128:21 163:20
  164:3
**type** 36:6 75:11
  127:24
**typewriting** 175:9
**typical** 92:15

**U**

**U.S** 14:15
**U.S.A** 1:11,12 5:4
**unable** 124:15
  125:1
**uncle** 85:10 99:8
  107:20
**uncomfortable**
  113:20 123:21
  124:9,12,17,19
  125:3,15,19,22

126:1,4,6,8,13
  129:23,24 130:17
  130:21,22
**understand** 11:2
  24:24 43:7 59:7
  99:18 100:11
  104:25 124:25
  125:25 134:18
  150:21,24 152:7
  156:19 159:12,13
  159:18,18 160:14
  160:16,17,18
  162:14 170:15
  171:24 172:12,22
  173:11
**understanding**
  121:12
**understood** 11:6
  142:16
**unease** 129:23
**unhappy** 134:13
**unintelligible** 63:3
**unit** 143:18
**United** 1:1 8:10
  137:23 138:2,10
**University** 1:8 5:12
  8:20
**unrelated** 141:17
**upset** 85:6 99:5
  107:13 108:5,10
  110:11 113:20
  130:17,21,22
**urinate** 109:18
  116:19
**use** 69:3 75:7,10,14
  75:21 100:2
  143:19 162:11
  163:6
**usual** 9:24,25
**usually** 61:4 85:1
  87:14 99:1,1
  109:15 120:7
  149:23 171:20

**V**

**v** 1:6
**vacation** 102:17

veins 120:23
verbal 148:6
versus 8:9
victim 38:1,20,25
  39:8,13,17 40:3
  41:12,18 42:17,25
  43:8 44:1,3,4
victims 43:19,22,25
  44:9 46:16 60:1,3
  60:5
video 8:7
videographer 6:13
  8:3,5 9:10 10:12
  24:14,17 40:12,15
  47:17,21 48:5
  78:11 79:3 106:17
  106:20 127:3,6
  143:22,25 164:15
  164:18 174:18
VIDEOTAPED
  1:23 2:1
village 40:21,22
  43:12,13,16,19,22
  54:2,4,12 60:1,4
  70:21,23,25 71:3
  71:7,23 77:10,11
  77:12 78:2 83:14
  84:4 85:16 93:22
  94:5,8,13,14,17
  94:18,25 95:3,12
  96:10,17 97:2,5
  97:11 98:20 99:14
  100:5,12,23
  101:22 102:9,14
  110:13,22 113:13
  114:9,12 115:25
  119:25 120:4,6,8
  121:25 122:2,5
  133:15,17 134:2,8
  134:19 135:1,10
  135:13,15 149:15
  149:17,18,20,21
  151:20 152:9
  161:14,17 164:7
  167:16,19 169:8
  169:11,11,14,18
  169:19,22 170:2,2

170:9,16 171:2,6
visit 97:5,11
visitors 93:25
voice 10:14 173:22
volunteers 92:1
  96:17 97:1

## W

W 4:12 5:13
waiting 66:22
wake 74:20
waking 114:5
walked 36:22 104:5
  104:10
walking 35:22
  130:15
WALSH 6:6
Wanament 80:16
WANAT 4:13
want 18:5 20:4
  21:22 23:16 41:20
  48:10 57:8 75:6
  75:17 76:11,15
  85:17 94:11 114:4
  115:20 123:23
  127:24 128:5
  129:24 130:18,18
  135:24 139:8,15
  139:16 142:21
  147:7 150:6 152:6
  153:10 161:11
  166:7,13 168:4
wanted 75:13,21
  87:13 94:9 101:10
  105:6 128:11,21
  132:25 134:15
wants 49:18 50:8
  142:4,7 159:6
wasn't 13:9 38:14
  39:4 44:12 75:5
  85:6 129:5 142:20
  146:6 148:8,11
  172:11
waste 21:22
watch 47:8 109:21
  165:21
watching 44:13

95:16 109:22
  120:11 165:22
water 63:4 74:21
  112:15 127:2
wave 42:12
way 11:18 22:14
  26:1 29:11,15
  54:24 62:25 63:23
  69:5 104:4 128:4
  133:7 148:21
  160:4
we'll 106:15 127:1
  143:20,21
we're 42:6 47:21
  62:14 72:10 73:17
  122:5,6 126:12,17
  157:1 164:15
  174:17
we've 79:19
wealth 169:6 170:5
  170:7
wealthy 91:5
wear 50:12
wearing 105:16
  143:12
week 67:11 68:5,7
  68:9,22 70:9
welcome 22:5
weld 134:2 135:10
  135:13
welder 134:1
  161:13,16,19
welding 134:1
  161:12,20,24
went 11:22 12:13
  18:11 23:5,11
  24:2 26:4 38:1
  39:7,14 40:6
  41:13 43:22 54:4
  67:5 84:15 85:15
  85:16 87:21,23
  88:21 90:9 91:7,8
  91:10 93:6 94:3
  94:13 95:6 98:21
  98:21,22,23,25
  99:8,14,15 100:21
  102:5,23 104:22

107:1,20 109:18
  109:21,23,25
  111:1,18 112:4
  125:24 128:6
  136:14 137:2
  138:13,16,17
  146:6 147:12
  149:11 152:8
weren't 35:23
  118:11 145:16
whereof 175:17
white 92:1,11,12
  94:2 103:13
  120:21,21
willing 21:21
Wilnise 79:16
  80:10,11,19 82:7
  83:10
Wilno 119:14
windows 54:21
withdraw 154:21
witness 9:12 86:19
  88:19 175:17
  176:1
woke 113:2
woman 120:22
women 75:7,11,22
wondering 148:20
word 11:15 62:11
  62:13,14 85:24
  102:3 121:13,15
words 66:19 73:25
  98:1 109:6 122:23
  123:5 132:19
wore 99:6
work 20:11 27:14
  42:7 51:12 61:12
  61:24 62:7 64:3,6
  64:11,20,22 65:8
  65:11 66:14 72:16
  72:17,21 73:5,18
  74:5,5 75:4,14,23
  76:4 90:17 124:14
  124:16,20 125:2
  136:7,8,10 161:18
worked 71:22
  72:12,19 74:25

90:15 92:2 95:12
  97:1
working 42:3,8
  51:17 61:22 62:8
  62:21 75:3,5
  91:22,23 95:16
  125:14 132:5
  146:21 165:13,15
works 61:19
worry 49:4 88:5,7
  88:10,13 148:24
write 111:7
wrong 146:25
  163:12
wrote 44:18,19

## X

X 7:12 21:10,11

## Y

yard 103:10
yeah 62:8 66:1 87:3
  92:12 93:4 95:4
  98:7 102:11 112:6
  118:11 129:9
  133:19 136:13
  138:20 144:21,24
  149:10 150:13
  169:16
year 12:10 70:11
  70:15 71:6,8
  72:11,11 73:4
  79:23,24 81:9
  83:15,18 94:6
  135:15
yearly 121:3
years 14:5 39:10
  79:25 80:1
yell 42:13
yes/no 19:18 20:16
  20:20 21:7,11,13
  21:23
yes/nos 20:21
yesterday 36:1
  144:5
York 3:13,13
young 30:20,20

Confidential - Subject to Further Confidentiality Review

38:17 39:2,3
75:10,22
**younger** 146:17
**Yves** 57:24 58:8
64:10
**Yvon** 57:24 58:4
64:2 65:7,8

---

**Z**

**zone** 144:23

---

**0**

**02108** 4:7 6:8
**02109** 3:6
**06103** 5:8,16
**06405** 4:15

---

**1**

**1** 7:14 14:19,22
16:2
**1-8** 53:16
**1:32** 79:4
**10** 7:4 68:3,3
**10/31/2017** 175:24
**10:17** 40:13
**10:29** 40:16
**10:45** 47:18
**10:53** 47:22
**100** 3:5 29:24 30:6
31:1
**10016** 3:13
**11** 94:23 110:25
146:3
**11:53** 78:12
**112** 3:12
**11th** 131:23
**13** 90:10,13,15,17
90:23,25 91:1,14
91:25 92:15,20,24
93:18,24 167:22
168:9,20 169:1,5
**14** 7:14
**144** 7:5
**148** 7:6
**15** 42:2 68:3
**150** 73:3
**16** 7:16

**164** 7:7
**168** 7:8
**171** 7:9
**180** 31:18
**1987** 153:16
**1992** 14:10

---

**2**

**2** 7:15 16:13,14,16
24:20 139:17
153:11
**2:27** 106:18
**2:39** 106:21
**20** 68:15 70:12,12
178:17
**2004** 94:6
**2006** 94:23 131:21
146:3
**2008** 71:1
**2009** 62:4
**2015** 1:24 8:6 72:11
72:11 73:4 174:19
175:5,19
**203-315-7000** 4:16
**212-784-6400** 3:14
**21st** 4:6
**22** 14:12 109:2,3
**24** 14:10
**242** 5:15
**280** 5:7

---

**3**

**3:13-cv-01132-R...**
8:12
**3:13-cv-01132(R...**
1:2
**3:13-cv-1225-RNC**
1:4
**3:13-cv-1269-RNC**
1:4
**3:13-cv-1437-RNC**
1:5
**3:13-cv-1480-RNC**
1:5
**3:13-cv-1626-RNC**
1:6
**3:13-cv-1627-RNC**

1:6
**3:13-cv-1628-RNC**
1:7
**3:13-cv-1629-RNC**
1:7
**3:13-cv-1630-RNC**
1:8
**3:13-cv-1631-RNC**
1:8
**3:13-cv-1632-RNC**
1:9
**3:13-cv-1633-RNC**
1:9
**3:13-cv-1634-RNC**
1:10
**3:13-cv-1635-RNC**
1:10
**3:13-cv-1636-RNC**
1:11
**3:13-cv-1637-RNC**
1:11
**3:13-cv-1638-RNC**
1:12
**3:13-cv-1639-RNC**
1:12
**3:13-cv-1640-RNC**
1:13
**3:13-cv-1641-RNC**
1:13
**3:13-cv-1642-RNC**
1:14
**3:13-cv-1644-RNC**
1:14
**3:13-cv-1645-RNC**
1:15
**3:13-cv-1647-RNC**
1:15
**3:13-cv-1648-RNC**
1:16
**3:13-cv-1701-RNC**
1:16
**3:13-cv-1767-RNC**
1:17
**3:13-cv-1768-RNC**
1:17
**3:13-cv-1769-RNC**
1:18

**3:13-cv-1881-RNC**
1:18
**3:13-cv-1904-RNC**
1:19
**3:13-cv-1906-RNC**
1:19
**3:13-cv-1907-RNC**
1:20
**3:25** 127:4
**3:39** 127:7
**30** 1:24 8:6 68:15
73:1 174:19
176:13
**30th** 175:5
**340** 68:21
**360** 68:9,22,23 69:4
69:4

---

**4**

**4,500** 70:17
**4:18** 143:23
**4:29** 144:1
**41** 139:18,23
**471** 4:14
**473** 2:11 175:2,22
**48** 153:12 156:2
160:5
**480** 28:3,8,24 29:6
31:25 37:6

---

**5**

**5** 2:6 69:15 85:12
99:9
**5:09** 164:16
**5:22** 164:19
**5:47** 174:20
**50** 32:2,3
**50,000** 148:22
**500** 70:16,16
**547** 2:6
**55** 157:9
**57** 140:24
**5th** 175:18

---

**6**

**60** 174:16
**617-423-0400** 4:8

**617-523-6010** 6:9
**617-523-6250** 3:7
**62002** 3:20

---

**7**

---

**8**

**830** 6:7
**860-275-0100** 5:17
**860-275-8200** 5:9

---

**9**

**9:05** 1:25 8:6
**9:32** 24:15
**9:40** 24:18

---

# Exhibit F

Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
Civil Action No.
3:13-cv-01132(RNC)

****************************

| | |
|---|---|
| GERVIL ST. LOUIS, a/k/a ST. LOUIS GERVIL, | Consolidated with: |
| | 3:13-cv-1225-RNC |
| | 3:13-cv-1269-RNC |
| Plaintiff, | 3:13-cv-1437-RNC |
| | 3:13-cv-1480-RNC |
| v. | 3:13-cv-1626-RNC |
| | 3:13-cv-1627-RNC |
| DOUGLAS PERLITZ, FATHER | 3:13-cv-1628-RNC |
| PAUL E. CARRIER, S.J.; HOPE | 3:13-cv-1629-RNC |
| E. CARTER; HAITI FUND, | 3:13-cv-1630-RNC |
| INC.; FAIRFIELD UNIVERSITY; | 3:13-cv-1631-RNC |
| THE SOCIETY OF JESUS OF NEW | 3:13-cv-1632-RNC |
| ENGLAND; SOVEREIGN MILITARY | 3:13-cv-1633-RNC |
| HOSPITALLER ORDER OF ST. | 3:13-cv-1634-RNC |
| JOHN OF JERUSALEM OF RHODES | 3:13-cv-1635-RNC |
| AND OF MALTA, AMERICAN | 3:13-cv-1636-RNC |
| ASSOCIATION, U.S.A.; a/k/a | 3:13-cv-1637-RNC |
| ORDER OF MALTA, AMERICAN | 3:13-cv-1638-RNC |
| ASSOCIATION, U.S.A.; JOHN | 3:13-cv-1639-RNC |
| DOE ONE; JOHN DOE TWO; JOHN | 3:13-cv-1640-RNC |
| DOE THREE; JOHN DOE FOUR; | 3:13-cv-1641-RNC |
| JOHN DOE FIVE; JOHN DOE SIX | 3:13-cv-1642-RNC |
| and JOHN DOE SEVEN, | 3:13-cv-1644-RNC |
| | 3:13-cv-1645-RNC |
| Defendants. | 3:13-cv-1647-RNC |
| | 3:13-cv-1648-RNC |
| | 3:13-cv-1701-RNC |
| | 3:13-cv-1767-RNC |
| | 3:13-cv-1768-RNC |
| | 3:13-cv-1769-RNC |
| | 3:13-cv-1881-RNC |
| | 3:13-cv-1904-RNC |
| | 3:13-cv-1906-RNC |
| | 3:13-cv-1907-RNC |

****************************
This document applies to:
All of the above referenced cases
And those to be filed
****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
VIDEOTAPED DEPOSITION OF ILGUENS JEAN

Friday, July 31, 2015
9:04 a.m.

Confidential - Subject to Further Confidentiality Review

Page 2

1  VIDEOTAPED DEPOSITION OF ILGUENS JEAN
2
3
Held At:
4
5     Barcelo Puerto Plata
6     Carretera Luperón, km 5, Puerto Plata 547
7     Dominican Republic
8
9
10  REPORTED BY:
11  Maureen O'Connor Pollard, RMR, CLR, LSR #473
12  Realtime Systems Administrator
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1  APPEARANCES (Continued):
2
3  FOR THE DEFENDANT HOPE E. CARTER:
4     JEFFREY W. KENNEDY, ESQ.
5     MILANO & WANAT LLC
6     471 East Main Street
7     Branford, Connecticut 06405
8     203-315-7000
9     jkennedy@mwllc.us
10
11  FOR THE DEFENDANT ORDER OF MALTA AMERICAN
12  ASSOCIATION, U.S.A.:
13     BRADFORD S. BABBITT, ESQ.
14     ROBINSON & COLE LLP
15     280 Trumbull Street
16     Hartford, Connecticut 06103
17     860-275-8209
18     bbabbitt@rc.com
19
20
21
22
23
24
25

Page 3

1  APPEARANCES:
2  FOR THE PLAINTIFF:
3     MITCHELL GARABEDIAN, ESQ.
4  LU XIA, ESQ.
5     LAW OFFICES OF MITCHELL GARABEDIAN
6     100 State Street, Sixth Floor
7     Boston, Massachusetts 02109
8     617-523-6250
9     garabedianlaw@earthlink.com
10     lxia@garabedianlaw.com
11     -and-
12  G. MICHAEL STEWART, ESQ.
13     SIMMONS HANLY CONROY
14     One Court Street
15     Alton, Illinois 62002
16     mstewart@simmonsfirm.com
17
18  FOR THE DEFENDANT PAUL E. CARRIER, S.J.:
19     THEODORE J. FOLKMAN, ESQ.
20     MURPHY & KING
21     One Beacon Street, 21st Floor
22     Boston, Massachusetts 02108
23     617-423-0400
24     tjf@murphyking.com
25

Page 5

1  APPEARANCES (Continued):
2  FOR THE DEFENDANT FAIRFIELD UNIVERSITY:
3     JOHN W. CERRETA, ESQ.
4     DAY PITNEY LLP
5     242 Trumbull Street
6     Hartford, Connecticut 06103
7     860-275-0100
8     jcerreta@daypitney.com
9
10  FOR THE DEFENDANT THE SOCIETY OF JESUS OF
11  NEW ENGLAND:
12     LYDIA C. KNIGHT, ESQ.
13     SLOANE AND WALSH, LLP
14     Three Center Plaza, Suite 830
15     Boston, Massachusetts 02108
16     617-523-6010
17     lknight@sloanewalsh.com
18
19  Videographer: Christopher Coughlin
20
21  Interpreter: Quener Joseph
22        Nathalie Coupet
23
24  Also Present:
25  Jean Elysée Pierre-Louis

2 (Pages 2 to 5)

Confidential - Subject to Further Confidentiality Review

Page 6

1            INDEX
2   EXAMINATION                  PAGE
3   ILGUENS JEAN
4   BY MR. BABBITT               9
5   BY MR. FOLKMAN              113
6   BY MR. CERRETA             130
7   BY MS. KNIGHT              134
8   BY MR. KENNEDY             141
9
10
11       E X H I B I T S
12  NO.    DESCRIPTION          PAGE
13  1    Plaintiff Ilguens Jean's response
         to Certain Defendants' First Set
14       of Interrogatories.................. 12
15  2    9/9/13 e-mail, Bates RBC002282
         through 2290........................125
16
17
18
19
20
21
22
23
24
25

Page 7

1            PROCEEDINGS
2
3           THE VIDEOGRAPHER:  We are now on the
4   record.  My name is Chris Coughlin, I'm a
5   videographer for Golkow Technologies.
6           Today's date is July 31, 2015.  The
7   time is 9:04 a.m..
8           This video deposition is being held in
9   Puerto Plata, Dominican Republic, in the matter
10  of Gervil, St. Louis versus Douglas Perlitz, et
11  al, Defendants, in the United States District
12  Court for the District of Connecticut, Civil
13  Action Number 3:13-cv-01132-RNC.
14          The deponent is Ilguens Jean.
15          Will counsel please identify
16  yourselves for the record.
17          MR. BABBITT:  I'm Bradford Babbitt, I
18  represent the Sovereign Military Hospitaller
19  Order of St. John of Jerusalem of Rhodes and of
20  Malta American Association USA, Incorporated.
21          MR. FOLKMAN:  Good morning.  Ted
22  Folkman, I'm Pere Paul's lawyer.
23          MR. CERRETA:  Good morning.  John
24  Cerreta for Fairfield University.
25          MS. KNIGHT:  Good morning.  Lydia

Page 8

1   Knight for the Society of Jesus of New England.
2           MR. KENNEDY:  Good morning.  I'm Jeff
3   Kennedy, I represent Hope Carter.
4           MR. STEWART:  Michael Stewart on
5   behalf of Plaintiff.
6           MS. XIA:  Lu Xia on behalf of
7   Plaintiff.
8           THE VIDEOGRAPHER:  The court reporter
9   is Maureen Pollard, who will now swear in the
10  interpreter and then the witness.
11
12          QUEREN JOSEPH, Translator,
13  having been duly sworn to translate the
14  questions and answers to the best of his
15  ability, translated as follows:
16
17          ILGUENS JEAN,
18  having been first duly sworn, was examined and
19  testified as follows through the translator:
20
21          MR. STEWART:  You have to answer out
22  loud.
23          THE WITNESS:  Yes.
24          MR. STEWART:  Very good.
25          MR. BABBITT:  Mike, we're going to

Page 9

1   reserve all objections except as to form?
2           MR. STEWART:  Yes.
3           MR. BABBITT:  Do you want 60 days to
4   read and sign?
5           MR. STEWART:  Roger that.
6           DIRECT EXAMINATION
7   BY MR. BABBITT:
8       Q.   Good morning, sir.  Could you
9   pronounce your name for me?
10      A.   My name is Jean Ilguens.
11      Q.   Jean Ilguens.
12           Do you have any nicknames?
13      A.   Guens.
14      Q.   Guens.
15           Any other nickname?
16      A.   No.
17      Q.   Okay.  What is your birth date?
18      A.   August 29th -- August 19, 1992.
19      Q.   Thank you.
20           Do you understand English?
21      A.   No.
22      Q.   Do you read English?
23      A.   No.
24      Q.   Do you speak Creole?
25      A.   Yes.

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 10

1    Q.   Do you read Creole?
2    A.   Not very good.
3    Q.   Can you write Creole?
4    A.   Not very good.
5    Q.   Now, you understand that you've just
6    taken an oath?
7         THE TRANSLATOR:  He said I have to
8    speak louder.
9    A.   Can you rephrase the question for me?
10   Q.   Certainly.
11        Do you understand that you've just
12   taken an oath?
13   A.   Yes, I'm here to tell the truth.
14   Q.   All right.  And you've sworn to tell
15   the truth before God?
16        MR. STEWART:  Objection.
17   A.   Yes.
18   BY MR. BABBITT:
19   Q.   Do you believe in God?
20        MR. STEWART:  Objection.
21   A.   Yes, God created me, I supposed to
22   believe in him.
23   BY MR. BABBITT:
24   Q.   Okay.  I'm going to ask you some
25   questions today, and I need truthful and

Page 11

1    accurate answers.  There will be other lawyers
2    here who will also ask you questions today,
3    they're also looking for truthful and accurate
4    answers.
5         Please tell me if any of my questions
6    are unclear, or if any of my questions are
7    confusing.  Please don't answer a question
8    unless you understand it.
9         Are you having any problem
10   understanding our interpreter?
11   A.   Until now he's doing a good job.
12   Q.   Have you taken any medicine today?
13   A.   No.
14   Q.   Have you taken any drugs today?
15   A.   No.
16   Q.   Have you drunk any alcohol today?
17   A.   No.
18   Q.   Is there any reason you can't give
19   truthful and accurate testimony today?
20   A.   Say that again.
21   Q.   Is there any reason you can't give
22   truthful and accurate testimony today?
23   A.   Yes, I come here to tell the truth.
24   Q.   And do you believe you're able to tell
25   the truth today?

Page 12

1    A.   Yes.
2    Q.   I'm going to show you what's been
marked as Exhibit 1.
3    4        (Whereupon, Exhibit Number 1,
5         Plaintiff Ilguens Jean's response to
6         Certain Defendants' First Set of
7         Interrogatories, was marked for
8         identification.)
9    BY MR. BABBITT:
10   Q.   And ask you to look at the last page,
11   please.  As you look at the last page, do you
12   recognize your signature on that page?
13   A.   Yes, I did sign it.
14   Q.   You signed that page?
15   A.   Yes.
16   Q.   There is also a date on the page.  Did
17   you put the date on?
18   A.   Yes.
19   Q.   And your name appears at the top of
20   the page.  Did you write that as well?
21   A.   Yes.
22   Q.   Where were you when you signed that
23   page?
24        THE TRANSLATOR:  I would like to ask
25   him to repeat.  I couldn't hear him.

Page 13

1    Q.   Okay.
2    A.   Hotel Jouissaint.
3    Q.   Where in the hotel were you when you
4    signed it?
5    A.   I was just at the hotel, and they give
6    me the paper, and I did sign it.
7    Q.   Were you in the restaurant or a lobby
8    of the hotel?
9         MR. STEWART:  Objection.
10   A.   In the hotel.
11   BY MR. BABBITT:
12   Q.   Do you remember where in the hotel you
13   were?
14        MR. STEWART:  Objection.
15   A.   I don't remember.  I was at the hotel,
16   and I did sign the paper.
17   BY MR. BABBITT:
18   Q.   Who else was present when you signed
19   the paper?
20   A.   My lawyers.
21   Q.   Anyone else?
22   A.   Yes.  My lawyers, and there were some
23   interpreters there, too.
24   Q.   Anyone besides your lawyers and your
25   interpreters?

4 (Pages 10 to 13)

Confidential - Subject to Further Confidentiality Review

Page 14

1    A.   Cyrus Sibert was there.
2    Q.   Cyrus Sibert was there when you signed
3  the paper?
4    A.   He was there.  He was at the hotel,
5  too.
6    Q.   And was he in the same place where you
7  were when you signed the paper?
8    A.   No, simply my lawyers and the
9  interpreters.
10    Q.   Did you read Exhibit 1 before you
11  signed it?
12        THE TRANSLATOR:  I said exhibit.  I
13  said paragraph.  You said no.  Can you explain
14  what exhibit is?
15        MR. BABBITT:  The document sitting in
16  front of the witness is Exhibit 1, and that's
17  the document I was referring to.
18        MR. STEWART:  Objection.
19  BY MR. BABBITT:
20    Q.   My question is, did the witness read
21  Exhibit 1 before he signed it?
22        MR. STEWART:  Objection.
23    A.   I did take a look at it.
24  BY MR. BABBITT:
25    Q.   You looked at it.

Page 15

1        Okay.  Before you signed it, did you
2  understand that Exhibit 1 was your responses to
3  questions posed by the Defendants in this
4  lawsuit?
5        MR. STEWART:  Objection.
6        To the extent that you seek an answer
7  that invades the attorney/client privilege, I'm
8  instructing him not to answer.
9        You can tell him what you understood.
10  BY MR. BABBITT:
11    Q.   I'm sorry, I need an answer.
12    A.   I just signed it because I understood.
13    Q.   And what was it that you understood
14  when you signed it?
15        MR. STEWART:  Object to form.
16    A.   I can't say because I did this, spoke
17  with my lawyer.  My lawyer can give you more
18  details about that.
19        MR. BABBITT:  Let's go off the record
20  for a minute.
21        THE VIDEOGRAPHER:  Going off the
22  record.  The time is 9:16.
23        (Off the record discussion.)
24        THE VIDEOGRAPHER:  Back on the record.
25  The time is 9:21.

Page 16

1  BY MR. BABBITT:
2    Q.   Looking again at Exhibit 1, sir.  Was
3  the language in Exhibit 1 translated to you?
4    A.   Yes, somebody translated for me.
5    Q.   All right.  And did you -- were
6  the responses contained in Exhibit 1 accurate
7  when you signed Exhibit 1?
8    A.   Everything was correct, after they
9  interpreted for me and read to me everything, in
10  the paper was correct.
11    Q.   As far as you know, sitting here
12  today, are the answers in Exhibit 1 still
13  correct?
14    A.   They did read everything for me and I
15  did understand it, and everything that was in
16  the paper was the truth.
17    Q.   Understand that.
18        And sitting here today, as far as you
19  know, are the answers in Exhibit 1 still
20  correct?
21    A.   Yes, they're still correct.
22    Q.   Excellent.  Thank you very much.
23        When was the last time you spoke with
24  Margarette Joseph?
25    A.   I don't remember.

Page 17

1    Q.   Have you spoken with Margarette Joseph
2  since PPT closed?
3    A.   I don't remember.  I don't remember.
4    Q.   Thank you.
5        When was the last time you spoke with
6  Cyrus Sibert?
7    A.   I can tell, the same day I presented
8  my case, that's the day I spoke with Cyrus.
9    Q.   Have you spoken with him since?
10    A.   I don't remember.
11    Q.   Do you use e-mail?
12    A.   No.
13    Q.   Do you have a phone?
14    A.   Yes.
15    Q.   Do you send text messages?
16    A.   No.
17    Q.   Have you ever sent text messages?
18        MR. STEWART:  Objection.
19    A.   Rephrase the question for me.
20  BY MR. BABBITT:
21    Q.   Have you ever sent a text message?
22        MR. STEWART:  Objection.
23        THE TRANSLATOR:  I did say text
24  messages in Creole.  He say he doesn't take
25  unless -- I didn't interpret.  He said in Creole

5 (Pages 14 to 17)

Confidential - Subject to Further Confidentiality Review

Page 18

1    they use SMS.
2    BY MR. CERRETA:
3        Q.   SMS messages, that's another word for
4    text messages?
5        A.   Yes.
6            THE TRANSLATOR:  I haven't lived here
7    in a long time, so they start in Haiti.
8            MS. XIA:  It's the same.
9            MR. STEWART:  Ask if he knows what an
10   SMS message is.
11       A.   No.
12   BY MR. BABBITT:
13       Q.   Are you married?
14       A.   No.
15       Q.   Have you ever been married?
16       A.   No.
17       Q.   Do you have a girlfriend?
18       A.   I had a girlfriend, but actually we're
19   not together anymore.
20       Q.   When did you start -- what's this
21   person's name?
22       A.   Jeslyn.
23       Q.   Jeslyn?
24       A.   Jeslyn.
25       Q.   How long did you -- how long was

Page 19

1    Jeslyn your girlfriend?
2        A.   Approximately I can say one year and a
3    half.
4        Q.   Did you live together?
5        A.   Not inside a house.
6        Q.   Did you live together someplace else?
7        A.   No.
8        Q.   When did that relationship end?
9        A.   I don't remember.  We just not
10   together anymore.
11       Q.   Do you have any children?
12       A.   No.
13       Q.   Where do you live today?
14       A.   Where do I live today?
15       Q.   Yes.
16       A.   Here.
17       Q.   At the hotel?
18       A.   Yes.
19       Q.   In Haiti, before you came to the hotel
20   where we are today, where do you live?
21       A.   Rephrase the question for me.
22       Q.   Where do you live in Haiti?
23       A.   Blue Hills.
24           MR. STEWART:  Can I interrupt for a
25   minute?

Page 20

1            Sometimes you will see people laugh or
2    smile when you give an answer.  They're not
3    making fun or laughing at you.  They ask a
4    question, you answered it, and they -- you
5    answered it exactly as they asked it, and they
6    are laughing at the question they asked
7    themselves.  They're not laughing at you,
8    they're laughing at the way they ask a question.
9    Sometimes as attorneys we ask questions, we know
10   what we mean to ask, but what comes out is
11   something entirely different, and it amuses us
12   when we get caught doing something like that.
13   It makes us laugh at ourselves.  So when they
14   ask you where are you living right now, you
15   answered correctly, but they're amused because
16   they asked a very literal question -- they asked
17   a very specific question and got a very specific
18   answer, and it tickled him, it made him laugh at
19   the way he had asked the question.  They're not
20   laughing at you.
21           Correct.
22           MR. BABBITT:  Yes.
23           MR. STEWART:  Okay?  Thank you.
24   BY MR. BABBITT:
25       Q.   So you live in the Blue Hills

Page 21

1    neighborhood of Cap-Haïtien in Haiti?
2        A.   Yes.
3        Q.   And who lives there with you?
4        A.   My family, mother, father, sister.
5        Q.   Your mother, your father, your sister.
6    Anyone else?
7        A.   We are five.  Two sisters, only two
8    sisters.  We are five.
9        Q.   Okay.  What are the names of your
10   sisters?
11       A.   Jean Diala.  Jean Jalande.
12       Q.   Is Jean Diala older or younger than
13   you?
14       A.   She is younger than me.  I'm the
15   older.
16       Q.   Okay.  And how much younger?
17       A.   I'm the older.  Yes, I'm the older.
18       Q.   Right.
19           How much younger is she than you are?
20       A.   I don't know.  I'm the older.  I'm
21   older than her.
22       Q.   Is she still in school?
23       A.   Yes.
24       Q.   What grade?
25       A.   I don't remember.

6 (Pages 18 to 21)

Confidential - Subject to Further Confidentiality Review

Page 22

1    Q.   What school does she go to?
2    A.   I don't remember the name of the --
3    Lycee in Haiti is kind of high school, they call
4    it Lycee in Haiti, I don't remember the name of
5    the Lycee.
6    Q.   Does Jean Diala have any children?
7    A.   No.
8    Q.   Does she have a job?
9    A.   No.
10   Q.   Has she ever had a job?
11   A.   No.
12   Q.   How about Jean Jalande, does she go to
13   school?
14   A.   Yes.
15   Q.   What school does she go to?
16   A.   I don't remember the name of the
17   school.  Simply she does go to school.
18   Q.   Does Jean Jalande go to the same
19   school as Jean Diala?
20   A.   No.
21   Q.   Who is older, Jean Diala or Jean
22   Jalande?
23   A.   Jean Diala is the older.
24   Q.   Are you older than Jean Jalande?
25   A.   Jean Jalande is the youngest one.

Page 23

1    Q.   Does Jean Jalande have any children?
2    A.   No.
3    Q.   Does she have a job?
4    A.   No.
5    Q.   Has she ever had a job?
6    A.   No.
7    Q.   How many brothers do you have?
8    A.   Two.
9    Q.   What are their names?
10   A.   Jean Eddy, Jean Jonas.
11   Q.   How old is Jean Eddy?
12   A.   I can't tell.  He's the older.  I
13   don't know his age.
14   Q.   Is Jean Eddy older than you?
15   A.   Yes, he's the oldest.
16   Q.   Where does he live?
17   A.   In the countryside of Plaisance.
18   Q.   Is that part of Cap-Haïtien?
19   A.   Yes, in the north end part.
20   Q.   Does he have a job?
21        THE INTERPRETER:  The interpreter
22   would like to make a clarification.  Would you
23   mind asking him to speak up, please?
24        MR. BABBITT:  The witness?
25        THE TRANSLATOR:  Yes.

Page 24

1    BY MR. BABBITT:
2    Q.   Could you keep your voice up, please?
3    A.   Yes, I'm going to do.
4    Q.   Does your brother John Eddy have a
5    job?
6    A.   No.
7    Q.   Has he ever had a job?
8    A.   No.
9    Q.   Is your brother Jean Eddy married?
10   A.   No.
11   Q.   Does he have any children?
12   A.   No.
13   Q.   Your brother Jean Jonas, is he older
14   than you?
15   A.   Yes.  I'm the third one.
16   Q.   And Jean Jonas, where does he live?
17   A.   Plaisance.
18   Q.   Does he live with John Eddy?
19        THE TRANSLATOR:  Excuse me.  I didn't
20   hear what he said.
21   A.   Yes.
22   Q.   Is Jean Jonas married?
23   A.   No.
24   Q.   Does he have any children?
25   A.   No.

Page 25

1    Q.   Does Jean Jonas have a job?
2    A.   No.
3    Q.   Has he ever had a job?
4    A.   No.
5    Q.   You live with your mother?
6    A.   Yes.
7    Q.   What is her name?
8        THE TRANSLATOR:  I'm going to ask him
9    to rephrase the name for me.
10   A.   Annaïra Saint Pierre.
11   Q.   And she is married to your father?
12   A.   They're not married.
13   Q.   What is your father's name?
14   A.   Jean Polemon.
15   Q.   Does he have a job?
16   A.   No.
17   Q.   Has he ever had a job?
18   A.   No.
19   Q.   Does your mother have a job?
20   A.   No.
21   Q.   Has she ever had a job?
22   A.   No.
23   Q.   How long have you lived in this house
24   with your mom and your dad and your two sisters?
25   A.   Since the day -- since the time I

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 26

1    moved to Cap-Haïtien.
2        Q.  How old were you when you moved to
3    Cap-Haïtien?
4        A.  I don't remember.
5        Q.  Were you very little when you moved to
6    Cap-Haïtien?
7            THE TRANSLATOR:  The witness is
8    nodding his head sometimes on his answer.  Can
9    you let him know that, please?
10           MR. STEWART:  He answered yes.  Let's
11   just move on.
12           MR. BABBITT:  Are you --
13           THE TRANSLATOR:  I interpret whatever
14   he is saying.  I'm not here to answer nodding.
15   I just say that so I can let you know that.
16           MR. BABBITT:  Fair.
17           THE TRANSLATOR:  The answer was yes.
18           MR. BABBITT:  The answer was yes.
19   Thank you.
20       Q.  How many rooms are there in the house
21   you live in with your mother and your father and
22   your sisters?
23       A.  One.
24       Q.  One room.
25           Have you ever slept on the streets in

Page 27

1    Cap-Haïtien?
2        A.  At the beginning I used to do that,
3    but because of my mom -- because of my mother I
4    don't do that anymore.  I used to do that
5    before, sleeping in the street, but if I go out
6    and I stay for a long time in the street, that
7    was driving her crazy, so I'm trying to protect
8    her.  I don't do that anymore.
9        Q.  When did you start sleeping on the
10   street in Cap-Haïtien?
11       A.  I can't say.
12       Q.  Did you sleep on the street before you
13   started attending Rue 13?
14       A.  No, because of what Douglas have done.
15   And everywhere I go they're teasing me, and
16   sometimes I just leave the area, I just don't
17   want to stay, leave the area.
18       Q.  When you started attending Rue 13,
19   were you sleeping on the streets of Cap-Haïtien?
20       A.  No.  I was home.
21       Q.  So you were living with your mom and
22   your dad and your sisters when you started
23   attending Rue 13?
24       A.  Yes.
25       Q.  Did you start sleeping on the streets

Page 28

1    of Cap-Haïtien after PPT closed?
2        A.  Yes.  Because everywhere I went they
3    were teasing me.  I didn't have any value in the
4    area, and that cause some -- I didn't want to
5    get in.
6        Q.  When you were attending school at the
7    Village, did you live at home with your mom and
8    your dad?
9        A.  Yes.
10       Q.  Do you have a job?
11       A.  I did wash cars, made 100 gourdes,
12   sometimes I stood behind a camionette,
13   camionette.
14           THE TRANSLATOR:  I would like to
15   clarify, that's kind of public transportation
16   they call tap-tap in Cap-Haïtien, he stand
17   behind him, sometimes he made 300 gourdes.
18           MR. STEWART:  I need you to translate
19   what he said.  If there's a question, they can
20   ask you to fill in details.  You translate what
21   he says to Creole, you translate what he says to
22   English.  If there's any need for any
23   explanation, he'll ask for it.
24           THE TRANSLATOR:  Stood behind a
25   camionette.  Fair enough.

Page 29

1    BY MR. BABBITT:
2        Q.  Have you ever had any other jobs other
3    than washing cars and standing behind the
4    tap-tap?
5        A.  I used to work in construction, they
6    give me 250 gourdes, and carrying concrete.  But
7    there was a day when I went to ask for a job in
8    construction, at the time I stepped in all the
9    bosses were laughing at me, teasing me, they
10   were calling me Mrs. Douglas, faggot.  I can't
11   bear on the seat because my anus.
12           THE TRANSLATOR:  The interpreter -- he
13   said what in English -- in Creole I don't really
14   know how to translate that.  He ask me if I'm
15   done.
16       Q.  Let me try another way.
17           When did you start working in
18   construction?
19       A.  I can't tell, but there was a time
20   that I went to look for a job, but when I got
21   there all the bosses were teasing me, they are
22   calling me faggot, Douglas wife, and you have a
23   -- your anus is tapped with a -- your anus is
24   tapped with a bag of corn.  And I was ashamed,
25   and I turn around bowing my head.  I was upset,

Confidential - Subject to Further Confidentiality Review

Page 30

```
 1    and I was thinking of killing myself, and threw
 2    my head, threw myself.
 3         THE TRANSLATOR:  The interpreter would
 4    like to look for a word he just said.  I have to
 5    look how to say "puits" in English, if you don't
 6    mind.
 7         MR. BABBITT:  Okay.
 8         THE TRANSLATOR:  Wakes, they call it
 9    wakes.  They hold down water, and they call it
10    wakes in this country, wakes.
11         MR. BABBITT:  Wakes?
12         MR. FOLKMAN:  Like a boat?
13         MR. BABBITT:  Like a wave in the
14    water?
15         THE TRANSLATOR:  Well --
16         MR. BABBITT:  A place water comes out.
17         THE TRANSLATOR:  Where water comes
18    out, yeah.  He wanted to throw himself in there
19    just to kill himself.
20    Q.   How long did you work in construction
21    before this incident occurred in which the
22    bosses were laughing at you and teasing you?
23    A.   I can't say -- tell.  Simply that day
24    I had a very bad day.
25    Q.   Did that incident of the bosses
```

Page 31

```
 1    teasing you happen on the first day that you
 2    worked in construction?
 3    A.   I used to work before it was -- I just
 4    got to ask for a job, and the bosses were
 5    teasing me.
 6    Q.   So the bosses started teasing you when
 7    you asked for a job in construction?
 8    A.   All the bosses when I stepped in
 9    started laughing at me, teasing me, "we don't
10    give faggots jobs here."
11    Q.   When is the last time you saw a
12    doctor?
13    A.   I don't remember.  Only when I was in
14    PPT.
15    Q.   You saw a doctor when you were a
16    student at PPT?
17    A.   Yes.  The doctor is there sometimes
18    when I have headaches, fevers, and I went and
19    they take care of me.
20    Q.   Have you seen a doctor since you --
21    since PPT closed?
22    A.   No.
23    Q.   In some of my questions and in some of
24    your responses we have both used the letters
25    PPT.  I want to be sure we're both talking about
```

Page 32

```
 1    the same thing.
 2    Q.   Are you familiar with the Project
 3    Pierre Toussaint?
 4    A.   Rephrase the question for me.
 5    Q.   Have you ever heard of Project Pierre
 6    Toussaint?
 7    A.   Yes.  I was in the project, I was part
 8    of the project, and the project was closed when
 9    I was there.
10    Q.   All right.
11    A.   May I have a break?  I would like to
12    urinate.
13    Q.   Just let me finish this one question.
14         Was Rue 13 part of the project?
15    A.   I remember when I was in Rue 13 my
16    uniform was -- it said PPT.
17    Q.   And was the Village part of PPT as
18    well?
19    A.   Yes.  You pass in Rue 13 first after
20    they send to the Village.
21         MS. XIA:  Can we take a break now?
22         MR. STEWART:  He needs --
23         MR. BABBITT:  I got it.  I just wanted
24    to finish these questions.
25         MR. STEWART:  He has an issue, when he
```

Page 33

```
 1    has to go he has to go right away.
 2         MR. BABBITT:  Thanks.  All right.
 3         THE VIDEOGRAPHER:  Going off the
 4    record.  The time is 9:53.
 5         (Whereupon, a recess was taken.)
 6         THE VIDEOGRAPHER:  Back on the record.
 7    The time is 10:01.
 8    BY MR. BABBITT:
 9    Q.   When was the last time you saw a
10    nurse?
11    A.   I never seen a nurse.
12    Q.   Have you seen any other medical
13    professionals?
14    A.   No.
15    Q.   Okay.  Have you ever spent the night
16    at a hospital?
17    A.   No.
18    Q.   Have you ever been arrested?
19    A.   No.
20    Q.   Have you ever sniffed paint thinner?
21         THE TRANSLATOR:  What is -- I
22    understand paint.  What is thinner?
23         MR. BABBITT:  It is a substance used
24    to cut paint.  It's a chemical.
25    Q.   Do you know any boys who attended Rue
```

9 (Pages 30 to 33)

Confidential - Subject to Further Confidentiality Review

Page 34

```
 1   13 who sniffed paint thinner?
 2         MR. STEWART:  Objection.
 3      A.  I don't know.
 4   BY MR. BABBITT:
 5      Q.  Did any boys who attended the Village
 6   sniff paint thinner?
 7         MR. STEWART:  Objection.
 8      A.  I don't know.
 9   BY MR. BABBITT:
10      Q.  Do you know if any boys who attended
11   Rue 13 used drugs?
12         MR. STEWART:  Objection.
13      A.  I don't know.
14   BY MR. BABBITT:
15      Q.  Do you know if any students who
16   attended the Village used drugs?
17         MR. STEWART:  Objection.
18      A.  I don't know.
19   BY MR. BABBITT:
20      Q.  Have you ever used drugs?
21      A.  I used to do that, but I didn't do it
22   anymore.
23      Q.  What drug did you take when you -- did
24   you use when you took drugs?
25      A.  Cigarettes.
```

Page 35

```
 1      Q.  Cigarettes.
 2         Any other drugs?
 3      A.  No.
 4      Q.  Were these cigarettes tobacco, or
 5   marijuana, or something else?
 6      A.  Tobacco.
 7      Q.  Do you drink alcohol?
 8      A.  A lot.
 9      Q.  What kind of alcohol do you drink?
10      A.  Kleren.
11      Q.  Does that alcohol come in a bottle or
12   a can?
13      A.  Something that prepared -- is made
14   with sugar cane, and it sell by gallon.
15      Q.  How much does a gallon cost?
16      A.  I don't know what I used to buy.
17      Q.  Do you drink this kleren now?
18      A.  Yes, now.
19      Q.  Do you drink every day?
20      A.  Yes.  Every time I'm thinking about
21   that, each time I'm passing by and people are
22   teasing me, Douglas wife, Mrs. Douglas, that
23   cause me to drink.
24      Q.  And do you drink this kleren everyday?
25      A.  Yes.
```

Page 36

```
 1      Q.  People tease you every day?
 2      A.  Yeah.  If they knew that you were at
 3   the Village, when you're passing by they kept
 4   teasing you, calling you Mrs. Douglas, faggot.
 5      Q.  Do you know these people who are
 6   teasing you?
 7      A.  No, I don't know them.  People that
 8   live in the neighborhood, close to the Village,
 9   simply if they were aware you were at the
10   Village and you used to go to school, passing by
11   going to school there, they start teasing you.
12      Q.  How long has this teasing gone on?
13      A.  Until now they kept teasing me.  In
14   the area where I'm living now, I don't have any
15   value.  It's like a banana peels, messed up
16   banana peels, doesn't have any value.
17      Q.  When did they start teasing you?
18      A.  Since the Village has been closed
19   until now, I still teasing.
20      Q.  How many gallons of kleren do you
21   drink a day?
22         MR. STEWART:  Objection.
23      A.  I don't drink gallons.  Simply I used
24   to buy for 10, 10 gourdes, 15 gourdes, 20
25   gourdes.
```

Page 37

```
 1   BY MR. BABBITT:
 2      Q.  Is that what a gallon cost, 10
 3   gourdes, 15 gourdes, 20 gourdes?
 4      A.  Yeah.  The quantity I need, any
 5   quantity I need, the money I have they're going
 6   to sell me, they're going to sell me a portion.
 7   Like you see in that, this can cost 15 gourdes.
 8      Q.  You're pointing to the water glass
 9   that's on the table in front of the interpreter,
10   and you're telling us that a glass of that size
11   could cost 15 gourdes?
12      A.  Yes.
13      Q.  And is that how much you would drink
14   in a day?
15      A.  Yeah.  When it's over, if I feel like
16   I can drink some more, I get some more.
17      Q.  Sometimes you drink more than one
18   glass of that size per day?
19      A.  Yes.
20      Q.  Okay.  And because we have the video
21   here, why don't you just hold up that glass so
22   we can see it.
23         THE VIDEOGRAPHER:  Can you translate
24   that?
25         MR. BABBITT:  Do you have it, Chris?
```

10 (Pages 34 to 37)

Confidential - Subject to Further Confidentiality Review

Page 38

1    THE VIDEOGRAPHER: Once he holds it
2 up.
3    Q.    Can you hold up the glass?
4    A.    Yes, a cup like that might cost like
5 $15. When I finish this cup, I can buy another
6 one.
7    Q.    Okay. Thank you.
8        When did you first start drinking
9 alcohol?
10    A.    Since the Village was closed.
11    Q.    You didn't drink any alcohol before
12 you attended the Village?
13    A.    No.
14    Q.    What was the first school you
15 attended?
16    A.    Rue 13.
17    Q.    Before you attended Rue 13, did you
18 know any students who attended that school?
19    A.    Rephrase the question for me again.
20    Q.    Before you started attending Rue 13,
21 did you know any students who had attended that
22 school?
23    A.    Rue 13?
24    Q.    Rue 13.
25    A.    Yes.

Page 39

1    Q.    What students did you know?
2    A.    I don't remember.
3    Q.    Did those students tell you anything
4 about Rue 13 before you started going there?
5    A.    Yes. Simply if I didn't find somebody
6 to sell me that, explain me that, I wouldn't
7 know. Someone has explained me, that's why I
8 heard about, that's why I went there. Because
9 my parents didn't have the possibility to send
10 me to school.
11    Q.    Do you remember the name of anyone who
12 told you about the school at Rue 13 before you
13 went there?
14    A.    I don't remember.
15    Q.    Did your brothers attend any part of
16 the schools at PPT?
17    A.    What borders?
18    Q.    Brothers.
19    A.    My brothers?
20    Q.    Yes, your brothers.
21    A.    Rephrase the question for me again.
22    Q.    Did either of your brothers attend Rue
23 13?
24    A.    No.
25    Q.    Did either of your brothers attend the

Page 40

1 Village?
2    A.    No.
3    Q.    Did either of your brothers attend any
4 other school that was part of PPT?
5    A.    No, simply myself. No, simply myself
6 who pass in Rue 13, and after Rue 13 I went to
7 PPT.
8    Q.    And before you started attending Rue
9 13, did you know that Rue 13 fed students?
10    A.    Rephrase the question for me again.
11    Q.    Before you started attending Rue 13,
12 did you know that the students at that school
13 were fed meals?
14    A.    Yes, after school they give them some
15 meals.
16    Q.    Okay. And before you started
17 attending Rue 13, did you know that the school
18 gave the students a place to wash?
19    A.    No. Simply when I came and they
20 showed us everything, stuff like education,
21 food, showers, bath.
22    Q.    Before you started attending Rue 13,
23 did you know that the school taught students how
24 to read Creole?
25    A.    When I got there I saw all those

Page 41

1 things were involved.
2    Q.    Did you know what the school taught
3 before you got there?
4    A.    Yes, I knew simply when I got there
5 they were teaching us how to write.
6    Q.    And did you know before you started
7 attending Rue 13 that they would teach you how
8 to read Creole?
9    A.    Creole is my official language.
10    Q.    And did you know before you started
11 attending Rue 13 that they would teach you how
12 to read Creole?
13        MR. STEWART: Objection.
14    A.    Yes. Simply Creole is my language,
15 when I get there I'm going to adapt myself very
16 well. That's my language.
17 BY MR. BABBITT:
18    Q.    And did you want to attend Rue 13 to
19 learn to read Creole?
20    A.    Yes, because my parents didn't have
21 the possibility to help me and everything I need
22 like education, feed me.
23    Q.    And Rue 13 would -- did you know or
24 believe that Rue 13 would provide you an
25 education and meals?

11 (Pages 38 to 41)

Confidential - Subject to Further Confidentiality Review

Page 42

1          MR. STEWART: Objection.
2      A.  Yes.
3  BY MR. BABBITT:
4      Q.  Was there any other reason you started
5  attending Rue 13?
6      A.  There isn't.  I already told you,
7  because my parents didn't have the possibility
8  to help me and everything I need, and I went to
9  Rue 13.
10      Q.  Before you attended Rue 13, did you
11  know anything about the Village?
12      A.  No.
13      Q.  Before you attended Rue 13, had anyone
14  told you that Doug Perlitz sexually abused
15  students at the Village?
16      A.  I don't know.  Simply when I got to
17  the Village, Douglas has abused me.
18      Q.  Before you started attending Rue 13,
19  no one had told you that Doug Perlitz was
20  sexually abusing students at the Village?
21      A.  No, simply, if I knew I wouldn't go to
22  the Village.
23      Q.  When you started attending Rue 13, did
24  you know any other students there?
25      A.  We were like one.  We were like

Page 43

1  student, but we were like one.
2      Q.  Before you started attending Rue 13,
3  did you know any of the students that were
4  already attending the school?
5      A.  I did tell us that question already.
6          MR. STEWART:  What he wants to know is
7  before you started going to Rue 13, did you know
8  anyone else that was going, any of your friends
9  going, anybody that you knew by name, were they
10  already attending Rue 13.  So what he's asking
11  you is did you know the names of anyone
12  attending Rue 13 before you started going to Rue
13  13.
14      True?
15          MR. BABBITT:  Yes.
16      A.  I don't remember.
17          MR. STEWART:  What was the answer?
18          MR. BABBITT:  He doesn't remember.
19          MR. STEWART:  Okay.
20  BY MR. BABBITT:
21      Q.  When did you start attending Rue 13?
22      A.  I can say approximately 2003, 2004.
23      Q.  How long did you attend Rue 13?
24      A.  I don't remember.  Simply that they
25  sent me to the Village after.

Page 44

1      Q.  Okay.  Take a look at Interrogatories
2  5 and 14 in your Exhibit 1 which says
3  approximately two years was the period that you
4  attended Rue 13.
5          MR. STEWART:  5 and what?  14?
6          MR. BABBITT:  14.
7  BY MR. BABBITT:
8      Q.  My question is, is that accurate,
9  approximately two years?
10      A.  I don't see it yet.
11          MR. STEWART:  You went to PPT in
12  approximately 2002 -- or 2003 rather, and then
13  Number 5 says that the first school you went to
14  was the Center at Rue 13 in 2003, and then in
15  2005 you started to go to the Village.  Does
16  that sound right?
17      A.  Yes.
18  BY MR. BABBITT:
19      Q.  And when you were answering Question
20  Number 5, do you recall how you concluded that
21  those years were correct?
22      A.  What year are you talking about?
23      Q.  Well, in Question Number 5 you said
24  you started at Rue 13 in about 2003.
25      A.  Yes, 2003, and they sent me to the

Page 45

1  Village in 2005.
2      Q.  Right.
3          My question is, when you were
4  responding to Question 5, do you recall how you
5  understood -- how you knew that was the correct
6  year?
7      A.  Yeah, they were correct because they
8  are -- write them for me, everything said was
9  correct.
10      Q.  When you attended Rue 13, did you
11  attend every day?
12      A.  Yes.
13      Q.  Did you ever skip a day?
14          MR. STEWART:  Objection.
15      A.  I never skip a day.
16  BY MR. BABBITT:
17      Q.  What time did school at Rue 13 start
18  when you were there?
19      A.  Every morning I go in the morning, and
20  they have program for us, then challenge.
21  Midday after finish eating we go out, and come
22  back at 1.
23      Q.  What time in the morning did you go to
24  Rue 13?
25      A.  Every morning at dawn I take the road

12 (Pages 42 to 45)

Confidential - Subject to Further Confidentiality Review

Page 46

1    and go.
2        Q.    How long did it -- did you walk to Rue
3    13?
4        A.    I walk a lot.  Sometimes my feet hurt
5    a lot.
6        Q.    How long did it take you to walk from
7    your home to Rue 13?
8        A.    I can't say.  I can tell.  It's simply
9    coming from Blue Hills to Rue 13, my feet hurt.
10    And in the afternoon I have to go back walking
11    on foot.
12        Q.    How many students attended Rue 13 on a
13    typical day?
14        A.    I don't know.  They also have a lot.
15        Q.    What's your best estimate of the
16    number?
17        MR. STEWART:  Objection.
18        A.    I can't give an estimate.  I cannot
19    make that calculus.  Simply there were a lot of
20    kids.
21    BY MR. BABBITT:
22        Q.    What was the first thing you did
23    during the day when you got to Rue 13?
24        MR. STEWART:  Objection.
25        A.    The first thing you did when you get

Page 47

1    there, you got a bucket, go to the wells and get
2    some water to shower.  After I finish my bath I
3    go to eat.  After a while it's a program for us,
4    dance challenge, play.  Afternoon we eat again,
5    and we go out and we came back at 1 to start
6    school.
7    BY MR. BABBITT:
8        Q.    When you arrived at Rue 13, would you
9    change into -- change your clothes and wear a
10    uniform?
11        A.    Yes.  When at the school when we have
12    a break at noon, we get in at 1.  When we go at
13    1, we take off our clothes, we wear the uniform,
14    we wear a PPT uniform.
15        Q.    You would only start wearing the PPT
16    uniform at 1:00 o'clock?
17        A.    Yes.  Rue 13, school starts at 1.
18        Q.    I see.
19        Were you served a meal or any other --
20    any food of any kind when you arrived at Rue
21    13 in the morning?
22        A.    Yes, simply everything, when I got
23    there after the shower I went to eat.
24        Q.    And after you ate, you had a dance
25    challenge?

Page 48

1        A.    They play with us until noon, we eat
2    again, and we go out and come back at 1.
3        Q.    Who would play with you until noon?
4        A.    I don't remember.
5        Q.    Were these teachers?
6        A.    Yes.
7        Q.    Were they Haitian teachers, or other
8    people?
9        A.    Haitian.
10        Q.    How many of them were there?
11        A.    I can't say.  I cannot say, but they
12    used to have --
13        Q.    What kind of games did they play?
14        A.    Soccer, play music, dance, dance
15    challenge.
16        Q.    When you'd returned at 1:00 o'clock,
17    did you have another meal?
18        A.    Yeah.  When the school is technically
19    over, and they give us the last meal and we go
20    home.
21        I need a break because I have to
22    urinate very often, that's my problem.
23        MR. STEWART:  Okay.
24        THE VIDEOGRAPHER:  Going off the
25    record.  The time is 10:35.

Page 49

1        (Whereupon, a recess was taken.)
2        THE VIDEOGRAPHER:  Back on the record.
3    The time is 10:44.
4        THE TRANSLATOR:  Before you proceed,
5    the interpreter would like to make a
6    clarification.
7        MR. BABBITT:  Okay.
8        THE TRANSLATOR:  I want that to be on
9    the record, please, if you don't mind.
10        MR. STEWART:  It is.
11        MR. BABBITT:  It is on the record.
12        THE TRANSLATOR:  Okay.  When I was
13    going to the bathroom, the witness made a
14    comment that it looked like I'm missing -- "my
15    deposition is not accurate," what he said in the
16    bathroom, and Elysée was a witness.
17        And I've been doing this in ten years,
18    more than ten years I've been doing
19    interpretation in Spanish, French and Creole in
20    the United States, and when I was living here in
21    the Dominican Republic, almost 15 years.
22        That's how I do business, when
23    lawyers, a witness, defense lawyer, whoever have
24    doubt about what you said, you have to withdraw.
25    So I'm not going to continue.  I'm going to let

13 (Pages 46 to 49)

Confidential - Subject to Further Confidentiality Review

Page 50

1    my job know that.  That's the way -- that's the
2    way it is.  Whoever has doubt in what you say,
3    you have -- there is no way you can continue.
4    He has to be confident what I'm saying, it's
5    accurate, it's good.
6        He said it in a kind of "I'm from
7    Haiti."  Nationally, culturally I know what he
8    meant.  "You have to do everything, say
9    everything," something like that.  And his
10   understanding, his knowledge, he think I'm not
11   doing something right.
12       So I'm just going to shoot an e-mail
13   to my job and let them know that, so I have to
14   withdraw.  I'm sorry.  That's how I do business,
15   if there's a doubt about what I'm saying.  So
16   there's no way I can continue.
17       MR. BABBITT:  I see.  Okay.
18       MR. FOLKMAN:  Okay.
19       MR. BABBITT:  I guess we go back off
20   the record.
21       THE VIDEOGRAPHER:  Going off the
22   record.  The time is 10:46.
23       (Whereupon, a recess was taken.)
24       THE VIDEOGRAPHER:  Back on the record.
25   The time is 11:08.

Page 51

1        NATALIE COUPET, Translator,
2    having been duly sworn to translate the
3    questions and answers to the best of her
4    ability, translated as follows:
5
6    BY MR. BABBITT:
7        Q.  So when you were attending Rue 13, you
8    would play with the teachers until noon and then
9    eat another meal, is that correct?
10       A.  Yeah, we used to play with the
11   children.  We had little programs, more like
12   dancing, and at noon we would eat, and then we
13   would leave, we would go out until 1, and then
14   we would go back in, and then school would
15   start.
16       Q.  And what subjects did you study at
17   school?
18       A.  A lot of different subjects.
19       Q.  Did you study writing Creole?
20       A.  Yes, they showed us things like that.
21   Creole is my mother tongue.
22       MR. STEWART:  When you answer, try and
23   speak up and look directly at Nathalie so she
24   can hear you, okay?  Just keep your voice a
25   little higher and look at her.  Okay.

Page 52

1    BY MR. BABBITT:
2        Q.  Did they teach you how to read Creole?
3        A.  Yes.
4        Q.  What other subjects did you learn
5    there?
6        A.  Mathematics, grammar, everything.
7        Q.  Okay.  What was the name of your
8    teacher at Rue 13?
9        A.  Margarita.
10       Q.  Did she teach all of the subjects you
11   learned there?
12       A.  Yes.  Rue 13, yes.
13       Q.  Was that the only teacher you had at
14   Rue 13?
15       A.  Yes, Margarita.  There were other
16   teachers, but I didn't go to them.  I went to
17   Margarita, and then after that I went to the
18   Village.
19       Q.  And at the end of the day after your
20   classes, did you eat another meal at Rue 13?
21       A.  Yeah, when school was out it would
22   give you a last meal before we left.
23       Q.  And what time did you leave Rue 13 on
24   a typical day?
25       A.  School would be out around 4 or

Page 53

1    5:00 p.m., after we finished eating we would
2    leave.
3        Q.  Did you know Andy Schultheis?
4        A.  I know Andy.
5        Q.  You know someone named Andy, you don't
6    remember his last name?
7        A.  No, I don't remember his last name.
8        Q.  And was Andy at Rue 13?
9        A.  Yes.
10       Q.  Was he there throughout the time that
11   you were there?
12       A.  Yeah.  And after that he left.
13       Q.  And what was his job at Rue 13?
14       A.  He would watch over us.
15       Q.  Was the Andy that you're talking
16   about, was he a Haitian person or a United
17   States citizen?
18       MR. STEWART:  Objection.
19       A.  He was a white guy.
20       THE TRANSLATOR:  I translated as a
21   white person instead of U.S. citizen.
22       MR. BABBITT:  Okay.
23       A.  A white guy.  He's not a Haitian.
24   BY MR. BABBITT:
25       Q.  Okay.  Was Andy --

14 (Pages 50 to 53)

Confidential - Subject to Further Confidentiality Review

---

Page 54

1          MR. STEWART:  What did he say about
2    Douglas?  He said something about Douglas that
3    wasn't translated.
4       A.   Andy was the boss at Rue 13, and
5    Douglas was the boss at the Village.
6    BY MR. BABBITT:
7       Q.   Was Andy at Rue 13 every day?
8       A.   Yes, he's there.  He's there
9    sometimes.  He's there.
10      Q.   Were there other --
11      A.   He can be there.
12      Q.   Were there other white people who
13   worked at Rue 13 when you were there?
14      A.   I don't remember.  Just Andy.
15      Q.   How often did you speak with Andy?
16      A.   He's always at the school.  When we'd
17   have a break, when we'd go back at 1:00 p.m. we
18   put our uniforms, he's there with me and
19   sometimes he prays with us, and after that we go
20   back to class, and then we go to work.
21      Q.   When you were attending Rue 13, did
22   you know Douglas Perlitz?
23      A.   I didn't know him yet.
24      Q.   Did you ever see Douglas Perlitz at
25   Rue 13?

---

Page 55

1       A.   I never saw him, just Andy.
2       Q.   Okay.  Did you see any other white
3    people visit Rue 13?
4       A.   I don't remember.
5       Q.   Do you know who Madame Carter is?
6       A.   I met her when I came to the Village.
7       Q.   You never saw Madame Carter at Rue 13?
8            I'm sorry, do you have an answer?
9       A.   No.
10      Q.   Okay.  Thank you.
11           How about Pere Paul, did you ever see
12   Pere Paul at Rue 13?
13      A.   No, it's just when I got to the
14   Village.
15      Q.   How did you start attending the
16   Village?
17           MR. STEWART:  Objection.
18      A.   I started at the Village in 2005.
19   BY MR. BABBITT:
20      Q.   And how did you become a student at
21   the Village?
22      A.   When they see at Rue 13 that you're
23   very well-behaved, normal, it's people like that
24   that can go to the Village.
25      Q.   Did you want to attend the Village?

---

Page 56

1       A.   Yes.
2       Q.   Why?
3       A.   It's because when they see, you know,
4    Madame Calixte, Margarita, Margarette, and Andy,
5    they're always looking, watching over you and
6    controlling things, and if you're not too
7    brazen, if you're not -- you're not bugging
8    people, if you're nice, nice, you behave well,
9    they put your name on the list to go to the
10   Village.
11      Q.   Did you want your name on the list to
12   go to the Village?
13      A.   They've always talked to us about the
14   Village.  They put your name on the list to go
15   to the Village, but you don't know when it's
16   happening.  They're always watching, and if you
17   behave well, when the day comes they call your
18   name and you go to the Village.
19      Q.   Did Andy talk to you about the
20   Village?
21      A.   Yes.  All the staff was talking about
22   the Village, how we should behave so that we
23   could be sent to the Village.
24      Q.   Was Madame Calixte a teacher at Rue
25   13?

---

Page 57

1       A.   Yeah, she's there every morning,
2    Ms. Calixte.  She's here really early, and she
3    cooks food, she gives food to people, and she
4    stays in the afternoon, she stays in the
5    afternoon to teach.
6       Q.   While you were attending Rue 13, did
7    you know that students at the Village were fed
8    meals during the day?
9       A.   Yeah, they always telling us that when
10   you're at the Village you became very
11   respectable person, serious person, and you find
12   education and food easily.
13      Q.   Was that why you wanted to go to the
14   Village, to find education and food?
15      A.   Yes.
16      Q.   Before you attended the Village, did
17   anyone tell you that Doug Perlitz was sexually
18   abusing students at the Village?
19      A.   No.
20      Q.   Before you attended the Village, had
21   you heard any rumors that Doug Perlitz was
22   sexually abusing students at the Village?
23      A.   I've never heard that.  Even if -- I
24   would not have gone to the Village, even if my
25   name had been on the list I would not have gone.

---

15 (Pages 54 to 57)

Confidential - Subject to Further Confidentiality Review

Page 58

1    Q.   When you attended the Village, you
2    lived at home with your mother and father?
3    A.   Yes.
4    Q.   And were your sisters living there at
5    the time?
6    A.   Yes.
7    Q.   Were your brothers still living at the
8    house at that time?
9    A.   No.
10   Q.   Did you ever sleep over at the
11   Village?
12   A.   No.
13   Q.   Can you tell us how many boys attended
14   the Village when you were there?
15       MR. STEWART:  Objection.
16   A.   I can't control.  I can't know.  A
17   lot.  I can't count them.
18   BY MR. BABBITT:
19   Q.   Did you walk to the Village each day?
20   A.   Yes.
21   Q.   Did you walk with any other students
22   to the Village each day?
23   A.   Those of us who didn't live at Blue
24   Hills, yes.
25   Q.   Those of you who didn't live at Blue

Page 59

1    Hills, or those of you who lived at Blue Hills
2    walked together?
3    A.   Children who lived at Blue Hills, we
4    used to go in together.
5    Q.   And who else lived in Blue Hills that
6    went with you to the Village?
7    A.   Just simply the children living at
8    Blue Hills, we used to go into the Village
9    together.
10   Q.   Do you know any of the names of the
11   children living in Blue Hills who went into the
12   Village together with you?
13   A.   I don't remember.
14   Q.   How many students lived in Blue Hills
15   and walked with you to the Village each day?
16       MR. STEWART:  Objection.
17   A.   I can't count, but many.
18   BY MR. BABBITT:
19   Q.   Was the Village surrounded by a wall?
20   A.   Yes.
21   Q.   And did the wall have a gate?
22   A.   Yes, a big gate.
23   Q.   Was the gate usually kept closed, or
24   usually kept open?
25   A.   Closed.  When you get there you knock,

Page 60

1    and they open.
2    Q.   Was there someone whose job it was to
3    open the gate?
4        MR. STEWART:  Objection.
5        THE WITNESS:  Oui.
6    BY MR. BABBITT:
7    Q.   Who was that?
8    A.   I don't remember.
9    Q.   You don't remember that person's name?
10   A.   No.
11   Q.   In the Village was there buildings
12   where students slept?
13   A.   Yes.
14   Q.   How many?
15   A.   I can't tell you, but there were some.
16   Q.   Were there buildings in which classes
17   were held?
18   A.   Yes.
19   Q.   More than one?
20   A.   More.
21   Q.   Do you know -- do you remember how
22   many?
23   A.   I don't know, but there were some.
24   Q.   Was there a football field?
25   A.   Yes, and a basketball field also.

Page 61

1    Q.   Was there a garden?
2    A.   Yeah.  There's a landscaping employee,
3    he does the gardens, and they plant some roots
4    and peas, sweet potatoes.
5    Q.   Okay.  Did Douglas Perlitz have an
6    office in the Village?
7    A.   Yes, there's an office.
8    Q.   Did anyone else have an office?
9        MR. STEWART:  Objection.
10   A.   When Douglas is not there, Robinson is
11   usually in his office.
12   BY MR. BABBITT:
13   Q.   Was Douglas the only person who had an
14   office in the Village?
15   A.   No.  When he's not there the staff,
16   Robinson is in the office.
17   Q.   But there was only one office in the
18   Village?
19   A.   Yeah, I saw one office.
20   Q.   Did you ever go into Douglas Perlitz's
21   office?
22   A.   Can you repeat the question, please?
23   Q.   Did you ever enter Doug Perlitz's
24   office?
25   A.   I've never gone in.  I stay outside.

16 (Pages 58 to 61)

Confidential - Subject to Further Confidentiality Review

Page 62

1    Q.   What else was in the building in which
2   Doug Perlitz had an office in the Village?
3       MR. STEWART:  Objection.
4    A.   I don't remember.
5   BY MR. BABBITT:
6    Q.   Was there a chapel -- I'm sorry.
7    A.   I can't tell you.
8    Q.   Was there a chapel in the building?
9       THE TRANSLATOR:  In the Village?
10   Q.   In the Village.
11   A.   Yes.
12   Q.   Were there any other buildings in the
13  Village that I haven't mentioned?
14      THE TRANSLATOR:  Can you repeat the
15  question, please?
16   Q.   Okay.  Were there any other buildings
17  in the Village other than those we've already
18  talked about today?
19   A.   I don't remember.
20   Q.   What time of day would you typically
21  go to the Village?
22      MR. STEWART:  Objection.
23   A.   Every morning I would clean myself,
24  and put my uniform, and then get in.  And then
25  when I get there I go eat, and then a bell rings

Page 63

1   to start school.
2   BY MR. BABBITT:
3    Q.   What time every morning would you get
4   to the school?
5       MR. STEWART:  Objection.
6    A.   School starts at 8.
7   BY MR. BABBITT:
8    Q.   And you wore a uniform every day?
9    A.   Yes.
10   Q.   And did the school provide that
11  uniform?
12   A.   Yes.
13   Q.   What was the uniform that you wore?
14   A.   When I just started I had -- the first
15  uniform I got when I started was black shirt and
16  khaki pants.  They were always teasing us and
17  saying, "oh, look at that uniform, what kind of
18  uniform is this?"  They would always tease us,
19  with khaki we look like the police.
20   Q.   Did you get a different uniform later
21  on?
22   A.   After that, yes, they changed and they
23  gave me a big, light sky blue, and dark blue
24  pants.
25   Q.   How far away from the Village did you

Page 64

1   live?
2    A.   I can't tell us the distance, simply I
3   would just get there.  I can't really control
4   the distance, appreciate the distance.
5    Q.   How long would it take you to walk
6   from your home to the Village?
7    A.   I can't tell you.  I don't use a
8   watch.  I can't tell you.
9    Q.   When you got to the Village, you ate a
10  meal?
11   A.   Yes.  When I got there I ate, and then
12  a bell would ring for school to start.
13   Q.   When you started attending the
14  Village, you started in the first grade, is that
15  correct?
16   A.   Yes.
17   Q.   And you progressed through the grades
18  and took your sixth grade exam, is that correct,
19  at the Village?
20      MR. STEWART:  Objection.
21   A.   Yes.
22  BY MR. BABBITT:
23   Q.   Who were your teachers when you
24  attended the Village?
25   A.   There were many.  Well, those I can

Page 65

1   remember, on the first year there was Giovanni
2   and Ms. Fania.
3    Q.   When you were studying at the Village,
4   did you study Creole?
5    A.   Yes.
6    Q.   Did you study math?
7    A.   Yes.
8    Q.   Science?
9    A.   I don't understand the question.
10   Q.   You're not familiar with the word
11  science?
12   A.   No.
13   Q.   Did you study history?
14   A.   Yes.
15   Q.   Did you study religion?
16   A.   I don't understand.
17   Q.   When you were at the Village, did
18  anyone teach you about the church or God?
19   A.   Yeah, they go with us to the chapel
20  and teach us how to pray.
21   Q.   What other subjects did you study at
22  the Village?
23   A.   Grammar, French.
24   Q.   You studied French at the Village?
25   A.   Yes.

17 (Pages 62 to 65)

Confidential - Subject to Further Confidentiality Review

Page 66

1      Q.   Any other topics beyond French and
2  grammar?
3           MR. STEWART:  Objection.
4      A.   I don't remember.
5  BY MR. BABBITT:
6      Q.   Did you take exams in the classes you
7  took at the Village?
8      A.   Yes.  When I had just entered the
9  Village I did a small test.  After that they
10 noticed that I wasn't adapted, so I went back to
11 the first year.
12     Q.   Do you recall taking any tests or
13 exams after your first year?
14     A.   Yeah, they made me do a test, the same
15 way, you know, when I was in Rue 13.  Margarita
16 was teaching second class, and when I got to the
17 Village they made me do a test where I wasn't,
18 you know, I wasn't -- all the questions for the
19 second year I couldn't, so they made me go back
20 to the first year.
21     Q.   Did you get grades in the classes you
22 took at the Village?
23     A.   When I was in the class during the
24 first year, Douglas and Robinson came into the
25 class and said the child who would get the best

Page 67

1  grades would get a present.
2      Q.   Did you get grades in all of the
3  classes you took?
4      A.   Just that during the first year I had
5  the best grades.
6      Q.   Did you get grades in your second
7  year?
8      A.   Just that during the first year I had
9  the best average.
10     Q.   Did you get grades in your second
11 year?
12     A.   Repeat the question, please.
13     Q.   When you went to the Village, they
14 started you in the first grade, correct?
15     A.   Yes.
16     Q.   And after -- and did you pass the
17 exam, or pass out of the first grade?
18     A.   I answered that question already.
19 They made me -- they gave me an exam, and they
20 made me go back to the first grade.
21     Q.   I understand you went back and started
22 in the first grade.
23          My question is, sir, did you complete
24 the first grade?
25     A.   Yes.

Page 68

1      Q.   And you went on to the second grade?
2      A.   Second, third.
3      Q.   And when you went to the second and
4  the third class, or third grade, did you get
5  grades in each of those grades, each of those
6  classes?
7           MR. STEWART:  Objection.
8      A.   I was good in school.  Second, third,
9  the two classes were fused, they hadn't built
10 the big building then, so you did two classes at
11 the same time.  After the first year I did
12 second and third.
13 BY MR. BABBITT:
14     Q.   And you were a good student in school?
15          MR. STEWART:  Objection.
16     A.   Yeah.
17 BY MR. BABBITT:
18     Q.   How do you know?
19          MR. STEWART:  Objection.
20     A.   I always made a lot of efforts to have
21 good -- a good average to be able to stay.
22 BY MR. BABBITT:
23     Q.   Who told you your average?
24     A.   Repeat the question, please.
25     Q.   You just said you made a lot of

Page 69

1  efforts to have a good average.  My question is,
2  who told you what your average was?
3      A.   With regards to the work done in the
4  school reports, my average was very high.
5      Q.   And did the teachers at each class
6  tell you what your average was?
7           THE TRANSLATOR:  He said I did an
8  average to get better, to go higher.
9      A.   To go to the next class.
10     Q.   Did the teachers of each class tell
11 you what your average was?
12     A.   Yes, I had good grades in all
13 subjects.
14     Q.   Thank you.
15          Did you eat a meal in the middle of
16 the day at the Village?
17          MR. STEWART:  Objection.
18          THE TRANSLATOR:  In the middle of the
19 day?
20          MR. BABBITT:  Yes.
21     A.   Yeah, when at the school was
22 1:00 p.m., then bling-bling, and we went in and
23 we went to eat.
24 BY MR. BABBITT:
25     Q.   What did do you in the afternoon when

18 (Pages 66 to 69)

Confidential - Subject to Further Confidentiality Review

Page 70

1    you were at the Village?
2        MR. STEWART:  Objection.
3        A.  When school is out, we play.
4    BY MR. BABBITT:
5        Q.  What did you play?
6        A.  Soccer, sometimes basketball.
7        Q.  Did you take any classes in the
8    afternoon, or no?
9        A.  No.  I can only tell you that they
10   divided the Village in three groups.  So there
11   was a group, the blue group, as of 1:00 p.m.,
12   when we were done eating they make us leave, and
13   then we go home.  The children sleeping over,
14   it's children who have no families at all, the
15   families are far away, they make them stay and
16   sleep there.
17       THE TRANSLATOR:  He wants to start
18   again.
19       A.  So the children at Blue Hills, after
20   1:00 p.m. and school is out we're done eating,
21   they make us leave.  The people in the city,
22   they stay for classes, the children stay, the
23   teachers that show them lessons.  And those of
24   us at Blue Hills, we have to find a way to know
25   our lessons, find a way to learn our lessons.

Page 71

1        Q.  So on a typical day, you would leave
2    after lunch?
3        A.  Yes, after 1:00 p.m., when the school
4    is out we eat and we get out.
5        Q.  Okay.  When you were at the Village,
6    was the sixth grade the highest grade taught at
7    the Village?
8        A.  Yes.  And then you have the state
9    exam, and then you pass it, and then they send
10   you to a school outside.
11       Q.  Did you take the state exam?
12       A.  No.
13       Q.  Did you attend any other schools
14   outside of PPT?
15       A.  No.
16       Q.  You never attended Sacred Heart?
17       A.  No.  I didn't have that chance.  The
18   Village was already closed.  And when I was at
19   this sixth class, I didn't have that
20   possibility.  There was no one to help us.  We
21   just had to fend for ourselves and do what we
22   knew what to do.
23       Q.  You never attended a school with the
24   name of Sacred Heart?
25       A.  No.

Page 72

1        Q.  Did you ever see Madame Carter at the
2    Village?
3        A.  Yeah, I've seen her often.
4        Q.  How many times?
5        A.  I can't count, but she could -- she
6    would come a lot.
7        Q.  Did you ever speak to her?
8        THE TRANSLATOR:  He needs to go to the
9    bathroom.
10       MR. BABBITT:  Okay.
11       THE VIDEOGRAPHER:  Going off the
12   record.  The time is 11:59.
13       (Whereupon, a recess was taken.)
14       THE VIDEOGRAPHER:  Back on the record.
15   The time is 12:05.
16   BY MR. BABBITT:
17       Q.  When you saw Madame Carter at the
18   Village, did you ever speak to her?
19       A.  No, I don't talk.  She doesn't talk
20   Creole, speak Creole.
21       Q.  What was she doing at the Village when
22   you saw her?
23       A.  They come to the Village often, that's
24   what -- they come there, especially during the
25   time of -- in December during Christmas, they

Page 73

1    come and they give us tennis shoes.  Madame
2    Carter, Father Paul, they're there.  And even
3    one day, once they gave me a Fairfield T-shirt.
4        Q.  How many times did Madame Carter and
5    Father Paul give you tennis shoes?
6        A.  Every month in December they do that,
7    they distribute to us a gift and tennis shoes
8    every time in December, Christmastime, they
9    always come.
10       Q.  Did you see Madame Carter at the
11   Village at any time other than Christmastime?
12       A.  Can you repeat the question, please?
13       Q.  Did you see Madame Carter at the
14   Village at any time other than Christmas?
15       A.  Yeah, when we're about to start
16   vacation, when school is out she comes with a
17   group of visitors to wish us a good vacation,
18   and the visitors play soccer and basketball with
19   us.
20       Q.  How many times did Madame Carter come
21   to the school to wish you a good vacation and
22   bring visitors who played soccer and basketball
23   with you?
24       A.  I can't count, but she always -- she
25   does that a lot, often.

19 (Pages 70 to 73)

Confidential - Subject to Further Confidentiality Review

Page 74

1    Q.   What time of year did the Village take
2  vacation?
3      A.   The big, long vacation when school is
4  out.
5      Q.   When in the year would that happen --
6  did that happen?
7      A.   When school is out in the month of
8  June, after that.
9      Q.   Vacation would start in June?
10     A.   Yeah, after that.
11     Q.   And when would school start at the end
12  of vacations?
13     A.   The school would start again in the
14  month of September.
15     Q.   Can you tell us the names of any of
16  the visitors who came to play soccer and
17  basketball with you?
18     A.   I don't know.  I just know Madame
19  Carter.  I wasn't used to seeing them.
20     Q.   How many times did you see Pere Paul
21  at the Village?
22     A.   I can't tell you how many, but Father
23  Paul -- how many times, but Father Paul was
24  always there.
25     Q.   Did you speak with Pere Paul?

Page 75

1      A.   No, he doesn't speak Creole.
2      Q.   What did Pere Paul do when he was
3  there?
4      A.   I remember in 2006 when I was about to
5  make my Communion, Father Paul was there, he was
6  wearing this gown, you know, like father --
7  priests do, he was there when I was about to do
8  my Communion.
9      Q.   You made your First Communion in 2006?
10     A.   Yeah.
11     Q.   Other than that First Communion, what
12  else did you see Pere Paul do at the Village?
13        MR. STEWART:  Objection.
14     A.   Father Paul is always there, he's
15  there when they are distributing gifts during
16  the time of December and Christmas.  He's always
17  there.
18  BY MR. BABBITT:
19     Q.   Did you see any other white people at
20  the Village?
21        MR. STEWART:  Objection.
22     A.   Yeah, when Madame Carter would come
23  with them.
24  BY MR. BABBITT:
25     Q.   Do you remember the names of any of

Page 76

1  these people?
2      A.   No.
3      Q.   Did you speak with any of them?
4      A.   No.
5      Q.   Did you know Jessica Lozier?
6      A.   Yeah, I know Jessica.
7      Q.   When you were -- where did you know
8  Jessica from?
9      A.   In the Village.
10     Q.   Was Jessica a friend?
11        MR. STEWART:  Objection.
12     A.   No.
13  BY MR. BABBITT:
14     Q.   How about Brittany McLean, did you
15  know Brittany?
16     A.   Yes, I knew Brittany.
17     Q.   Did she work at the Village?
18     A.   She was at the Village a lot.  She was
19  at the Village.
20     Q.   Was she a friend of yours?
21     A.   No, no.
22     Q.   Did you know Nick Preneta?
23     A.   I don't know.
24     Q.   Did you know Sylvester Tan?
25     A.   Yeah, I knew Silvester.  He was a poet

Page 77

1  -- he was a priest.  He used to go to the chapel
2  and pray with us.
3      Q.   When you attended the Village, did you
4  know where Douglas lived?
5        MR. STEWART:  Objection.
6      A.   Above Bel Air.  Up in Bel Air.
7  BY MR. BABBITT:
8      Q.   Do you know who else lived at Bel Air
9  with Douglas when you were at the Village?
10        MR. STEWART:  Objection.
11        THE TRANSLATOR:  Do you know who else
12  lived with Douglas at the Village?
13        MR. BABBITT:  No.
14        Do you know who else lived at Bel Air
15  with Douglas when the witness attended the
16  Village?
17     A.   I don't know.
18  BY MR. BABBITT:
19     Q.   How many times were you at Bel Air?
20        MR. STEWART:  Objection.
21     A.   Just once.
22  BY MR. BABBITT:
23     Q.   How far away from the Village was Bel
24  Air?
25     A.   A good distance, but I don't know.

20  (Pages 74 to 77)

Confidential - Subject to Further Confidentiality Review

Page 78

1          THE TRANSLATOR: I'm asking him to
2     look at me when he talks.
3          Q.  Before you started attending Rue 13,
4     had you ever heard of the Haiti Fund?
5          A.  I don't understand.
6          Q.  Before you started attending Rue 13,
7     had you ever heard the name the Haiti Fund?
8          A.  I don't know.
9          Q.  Before PPT closed, did you ever hear
10    the name Haiti Fund?
11         A.  I don't -- I've never heard that.
12         Q.  Okay.  And before PPT closed, had you
13    ever heard of the American Association of the
14    Order of Malta?
15         A.  I don't know.
16         Q.  Before PPT closed, had you ever heard
17    of the Society of Jesus of New England?
18         A.  Just -- I just knew Sylvester.
19         Q.  And is it your understanding that
20    Sylvester was part of the Society of Jesus of
21    New England?
22         A.  They never talked to us about the
23    Society of Jesuits, but Sylvester was a priest.
24         Q.  And did Sylvester tell you he was a
25    priest in the Society of Jesus?

Page 79

1          A.  Yeah, he was a priest, he was doing
2     internship.  It's an internship, so he was
3     showing us how to pray.  And after that, we
4     didn't see him anymore.
5          MR. BABBITT:  Let's go off the record.
6          THE VIDEOGRAPHER:  Going off the
7     record.  The time is 12:21.
8          (Whereupon, a recess was taken.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 80

1          AFTERNOON SESSION
2
3          THE VIDEOGRAPHER:  Back on the record.
4     The time is 1:34.
5     BY MR. BABBITT:
6          Q.  Good afternoon.  Do you remember that
7     you're still under oath?
8          A.  Repeat the question, please.
9          Q.  Sure.
10         As we start up this afternoon, do you
11    remember that you're still under the oath that
12    you said at the beginning of the deposition to
13    tell the truth?
14         A.  Yeah.
15         Q.  How many times did Doug Perlitz
16    sexually abuse you?
17         A.  Just once.
18         Q.  And did that happen in your first year
19    at the Village?
20         A.  Yes.
21         Q.  Did Douglas Perlitz and Robinson
22    promise a gift to the person with the highest
23    average?
24         A.  Yeah.
25         Q.  What did they say when they made that

Page 81

1     promise?
2          A.  They said they were going to -- they
3     said they were going to give me a little gift.
4          Q.  Was this a promise they made to you
5     only, or to the whole class?
6          A.  For the entire class, since I came
7     first of all the class, my classmates.
8          Q.  So this was a promise that they made
9     only to you, not to the whole class?
10         A.  The entire class, for any child who
11    was first, any child could get that gift, but I
12    was first.
13         Q.  Okay.  Do you know if Douglas Perlitz
14    had made this promise before he made this
15    promise to your class?
16         A.  I don't know, just simply he came to
17    my class and made the promise.
18         Q.  Who told you that you had received the
19    highest grade in the class?
20         A.  My teachers.  It's as if I were the
21    first.
22         Q.  Your teachers told you that?
23         A.  Well, I was first, they gave me grades
24    in the class.
25         Q.  What time of year was this when you

21 (Pages 78 to 81)

Confidential - Subject to Further Confidentiality Review

Page 82

1   were the first in the class?
2       A.   Simply I was the first in the class.
3       Q.   Was this at Christmastime, or was it
4   at the -- just before vacation, in the summer,
5   was it the fall?  What time of year was this
6   that you were first in the class?
7       A.   Every year there are trimesters, and
8   we get grades.
9       Q.   And which trimester was it that you
10  were first in your class in your first year at
11  the Village?
12      A.   First trimester.
13      Q.   What did you do when you learned that
14  you were first in your class?
15      A.   They gave a report card.
16      Q.   And when you received your report
17  card, what did you do?
18          MR. STEWART:  Objection.
19      A.   I had the best average.  I was number
20  one in the class.
21  BY MR. BABBITT:
22      Q.   And then what did you do?
23          MR. STEWART:  Objection.
24      A.   My teachers congratulated me because I
25  was the first in the class.

Page 83

1       Q.   And because you were the first in
2   class, you knew you had been promised a gift by
3   Robinson and Douglas, correct?
4       A.   Yeah, Douglas said that, he came with
5   Robinson and said any child who would be first
6   would get a gift.
7       Q.   Did you go to Robinson to ask for your
8   gift?
9       A.   Yeah, when I went to see Robinson he
10  said he wasn't the one giving gifts, it was
11  Douglas.
12      Q.   Where was Robinson when you went to
13  talk to him at the Village, where in the
14  Village?
15      A.   Inside the Village.
16      Q.   Where inside the Village?
17          MR. STEWART:  Objection.
18      A.   Oh, inside the Village.
19  BY MR. BABBITT:
20      Q.   I understand he was inside the
21  Village.  Where inside the Village?
22          MR. STEWART:  Hold on.  Objection.
23          Obviously he doesn't understand
24  what -- you've asked him the same question three
25  times, and he keeps answering.  Is there another

Page 84

1   way to ask that question?
2           MR. BABBITT:  Sure.
3   BY MR. BABBITT:
4       Q.   Was he in the chapel?
5       A.   In the yard.
6       Q.   What time of day did you go talk to
7   Robinson?
8       A.   Daytime.
9       Q.   Was it before or after your midday
10  meal?
11          MR. STEWART:  Objection.
12      A.   When school was out, I went to see
13  Robinson, and he said he wasn't one giving the
14  gift, to go see Douglas.  He explained to me how
15  to get to Bel Air.  When I went there, up there,
16  I saw Douglas.  When I got there, he was -- when
17  I got to the yard, he was sitting, he had a book
18  in his hands.  He asked me "who explained to you
19  how to get here?"  And I said "I was promised a
20  gift, I came here to get my gift."
21  BY MR. BABBITT:
22      Q.   Did you walk to Bel Air?
23      A.   Yeah.  I went down, I crossed the
24  street, and then I turned left, all the way up,
25  I went all the way up, I climbed and climbed,

Page 85

1   and I found the gate.  The gate was half open.
2   I looked inside, Douglas was sitting, so I went
3   in.  When I went in, I was scared because there
4   was a lot of wind, it was blowing in the trees,
5   I got scared, and I found Douglas sitting.
6           So I went in, and Douglas was sitting
7   down, he said "who explained to you how to get
8   here?"  I told him it was Robinson.  I told him
9   "you promised me a gift, that's why I came here,
10  I came to get my gift."
11          So when I went in, he took my hand to
12  make me come in.  We went by a little door, a
13  door on the side, and then I got there and I
14  went down a few steps, little stairs, and
15  towards the bushes, the wild growing bushes.
16  There was a door on the side.  He made me come
17  in with him.  He made me drop my pants.  He
18  started touching my butt, my penis.  I told him
19  I didn't agree with what he was doing to me.  I
20  really wasn't okay with it.  He made me bend
21  down.  He put his penis in my butt.  I was
22  really afraid.  I was crying.  Every time while
23  I was crying he said just to tough it up, to
24  tough it out.  And after he was done doing that,
25  he said if I told anyone he would throw me out

22 (Pages 82 to 85)

Confidential - Subject to Further Confidentiality Review

Page 86

1  of the Village. I didn't want to force it,
2  because he said he was going to throw me out. I
3  didn't want -- I didn't want it, but he forced
4  me. He said he was going to throw me out. Any
5  person I say that -- if I tell that to anyone,
6  he will throw me out. When I went he offered me
7  250 gourdes, I didn't take it.
8       When I was about to go to bed that
9  night, I noticed I was bleeding. That day I
10  knew that Douglas was a bad person. Douglas
11  stole my childhood. Until today all these
12  things are giving me problems, but he did that
13  to me. That created the Village -- that caused
14  the Village to close, because the Village was my
15  only hope.
16       Everywhere I go now today, they always
17  say fag, Douglas's woman. I can't go to the
18  beach, I can't go to the beach, my butt has like
19  a cork, it's closed with a cork. So every time
20  I go, I have no value in society. Sometimes it
21  always makes me want to kill myself, to give me
22  pride to kill myself, because I have no value in
23  society. Every time I go somewhere, they're
24  pointing the fingers at me, they're telling me
25  I'm Douglas woman. This does not do any good to

Page 87

1  me.
2       Q.   When you arrived at Bel Air, did you
3  see anyone outside the house, other than
4  Douglas?
5       A.   No.
6       Q.   Were there any cars parked outside the
7  house when you arrived at Bel Air?
8       A.   Yes, I saw a car one.
9       Q.   One car or two?
10       A.   One car, a white one, I think.
11       Q.   What was Douglas wearing when you saw
12  him in the yard?
13       A.   I don't remember. I was really
14  scared. I wasn't looking at things like that.
15       Q.   What were you wearing?
16       A.   I don't remember.
17       Q.   When you went down the small stairs,
18  as you described them, and you went in the door,
19  was there a door to a bedroom in that first room
20  you went in?
21       A.   I could tell you that it's like, if
22  you stand like that in the yard, there's a
23  little slant, you have to go down a few steps
24  towards the bushes, wild bushes, and there's a
25  little door. And he went inside with me,

Page 88

1  through that door with me.
2       Q.   And when you went in that door with
3  Douglas, was there a door in that room that led
4  to a bathroom?
5       A.   I don't remember. This was over nine
6  years ago. I just remember he went inside with
7  me in the room, in the bedroom.
8       Q.   When you went in that first door at
9  the bottom of the stairs, did you stay in that
10  room, or did you go into a different room?
11       A.   I stayed in that room, the way --
12  where he got -- where we were together inside,
13  that's where we stayed.
14       Q.   Was there any furniture in that room?
15       A.   I don't remember. He made me bend
16  over something, and then he put his penis in my
17  butt.
18       Q.   Was there a computer in that room?
19       A.   I don't remember.
20       Q.   Was there any music playing when you
21  went in that room?
22       A.   I don't remember.
23       Q.   Did you hear anyone in the house when
24  you went in that room?
25       A.   I didn't see anyone else.

Page 89

1       Q.   Did you hear anyone else?
2       A.   No.
3       Q.   When you went in that room, did you
4  understand that that's where Douglas slept?
5            MR. STEWART:  Objection.
6       A.   I don't know. He just entered with me
7  in that room.
8  BY MR. BABBITT:
9       Q.   Did Douglas say anything to you when
10  you went -- when he walked and brought you into
11  that room?
12       A.   He said let's go in so he could give
13  me the gift.
14       Q.   And after he said that, did he start
15  touching your body?
16       A.   When we got in together, he made me
17  drop my pants down, and he started touching my
18  butt, and touching my penis. And I didn't -- I
19  wasn't okay with that. He forced me. And then
20  he put his penis inside my butt, and I didn't
21  want him to do that. He forced me. He said he
22  was going to throw me out of the Village. I
23  didn't want this. From that day on I knew that
24  Douglas was a bad person. That's the day I
25  found out Douglas was a bad person.

23 (Pages 86 to 89)

Confidential - Subject to Further Confidentiality Review

Page 90

1      Q.   Did Douglas try to kiss you?
2           MR. STEWART:  Objection.
3      A.   No, he was just touching my butt,
4  touching my penis.
5  BY MR. BABBITT:
6      Q.   Did he remove your clothes?
7      A.   Yeah, he made me drop my pants, he
8  started touching my butt and touching my penis.
9  I didn't -- I wasn't okay with that.  He forced
10 me.  I didn't want that.  He put his penis in my
11 butt.  I was trying all the time -- he said
12 "tough it out, tough it out."  I didn't want
13 that.  He forced me.  And after that he said if
14 I told anyone he would throw me out.
15     Q.   Did he touch your butt and your penis
16 with any part of his body, other than his hand?
17          MR. STEWART:  Objection.
18     A.   He touched my butt, and then he
19 touched my penis.
20 BY MR. BABBITT:
21     Q.   With his hands?
22     A.   Yes.
23          MR. STEWART:  Objection.
24 BY MR. BABBITT:
25     Q.   Did he take off your clothes first, or

Page 91

1  did he take off his clothes first?
2      A.   My clothes.
3      Q.   Did he force you to touch any part of
4  his body?
5           MR. STEWART:  Objection.
6      A.   No, he just touched me, touched my
7  butt, touched my penis.  After that he made me
8  bend over something, and he put his penis in my
9  butt.  I didn't want that.  He forced me.  I
10 didn't want.  He said he's going to throw me out
11 of the Village.
12 BY MR. BABBITT:
13     Q.   When he started touching your butt,
14 was he standing or sitting?
15     A.   He was standing up, he was touching my
16 butt and my penis.  I didn't want that.  He
17 forced me.  He made me bend over, and then he
18 put his penis in my butt.  I didn't want that.
19 I was crying all the time.  He said "tough it
20 out, tough it out."  I didn't want that.  He
21 forced me.  He said he was going to throw me out
22 of the Village.
23     Q.   When he started touching your butt and
24 your penis, was he standing in front of you or
25 behind you?

Page 92

1      A.   Behind me.
2      Q.   When he put his penis in your butt,
3  was he standing?
4      A.   Yeah.  And then -- and I told him it
5  was hurting me, and he said "tough it out."
6      Q.   Did you yell when he had his penis in
7  your butt?
8      A.   Yes, it was hurting, I said -- I was
9  yelling, and he said "tough it out."
10     Q.   How long did he have his penis in your
11 butt?
12          MR. STEWART:  Objection.
13     A.   Repeat the question, please?
14 BY MR. BABBITT:
15     Q.   How long a time was it that Douglas
16 had his penis in your butt?
17          MR. STEWART:  Objection.
18     A.   I couldn't check.
19 BY MR. BABBITT:
20     Q.   Did Douglas ejaculate in your butt?
21          MR. STEWART:  Objection.
22     A.   I don't know.  I was small.  I was
23 young.
24 BY MR. BABBITT:
25     Q.   After he took his penis from your

Page 93

1  butt, did he say anything?
2      A.   If I told anyone about it he would
3  throw me out.  And after that, he offered me 250
4  gourdes, and I didn't take it.
5      Q.   Did you get dressed immediately after
6  or right after he took his penis out of your
7  butt?
8      A.   Yeah.  I put the clothes back on
9  myself, and then I went out, I went back to my
10 house.  That night I was going to sleep, I felt
11 that I was bleeding.
12     Q.   Did you go out of the house through
13 the same door you had walked in?
14     A.   Yes, the same door I used to come in,
15 that's the one I used to get out.
16     Q.   Did Douglas leave the house with you?
17     A.   No.  I left, and then I departed.
18     Q.   Did you see anyone outside the house
19 when you were leaving Bel Air?
20     A.   No.
21     Q.   Did you walk home?
22     A.   Yes.
23     Q.   So during the time you were at Bel Air
24 that day, you saw only Douglas, is that right?
25     A.   Yes.

24  (Pages 90 to 93)

Confidential - Subject to Further Confidentiality Review

Page 94

1    Q.   After Douglas abused you, did you go
2  see a doctor?
3    A.   No.
4    Q.   Did you see a nurse?
5    A.   No.
6    Q.   Did you see any kind of a medical
7  professional?
8    A.   There was a doctor at the Village, but
9  I never explained it to him.  I didn't want him
10  to know and to tell Douglas.  I didn't want
11  Douglas to throw me out.
12    Q.   At any time between the time that
13  Douglas abused you and the time PPT closed, did
14  you talk with Douglas about what he had done?
15    A.   No.
16    Q.   At any time before PPT closed, did you
17  tell anyone at the school what Douglas had done?
18    A.   No, I didn't tell anyone.  It stayed
19  between Douglas and myself.  I didn't want them
20  to throw me out of the Village.  The Village was
21  my only hope.
22    Q.   After PPT -- well, let me back up.
23         Do you remember the earthquake in
24  Haiti in 2010?
25    A.   Yeah.

Page 95

1         MR. STEWART:  Objection.
2  BY MR. BABBITT:
3    Q.   At any time before the earthquake
4  happened, did you tell anyone that Douglas had
5  abused you?
6         MR. STEWART:  Objection.
7    A.   No.
8  BY MR. BABBITT:
9    Q.   Did you ever tell anyone at the
10  Haitian National Police that Douglas abused you?
11    A.   No.
12    Q.   Were you ever interviewed by the
13  Haitian National Police about Douglas?
14    A.   No.  No.
15    Q.   Were you ever interviewed by anyone
16  from the United States Government about Douglas?
17    A.   No.
18    Q.   Do you know Jean Gary?  It's not a
19  name you ever heard before?
20         MR. STEWART:  Objection.
21    A.   I don't remember.  But if you showed
22  me a face.  But I don't know any child at Pierre
23  Toussaint.  There were a lot of children.
24  BY MR. BABBITT:
25    Q.   Did you speak to Cyrus Sibert about

Page 96

1  what Douglas did to you?
2    A.   Yeah, it's through Cyrus that I found
3  a lawyer, my lawyers.
4    Q.   What did you tell Cyrus?
5    A.   I told him I was a victim, that
6  Douglas raped me.
7    Q.   How did you -- why did you tell Cyrus?
8    A.   Because I had found child, and he
9  explained to me that Cyrus could help in that
10  situation to find justice, so I went to Cyrus,
11  and he helped me find a lawyer.
12    Q.   What child told you that?
13    A.   I don't remember.
14    Q.   When did you go talk to Cyrus the
15  first time?
16    A.   I met him at the Carenage.  I told him
17  how Douglas had raped me.
18    Q.   When did you meet him at the Carenage?
19    A.   I don't recall, but I met him at
20  Carenage.
21    Q.   Before or after PPT closed?
22    A.   Afterwards.
23    Q.   Before or after the earthquake?
24    A.   After the earthquake.
25    Q.   Has Cyrus Sibert given you any money?

Page 97

1    A.   Yes.
2    Q.   How many times has he given you money?
3    A.   He gave me money for two times, during
4  two times.
5    Q.   And in the first time that he gave you
6  money, how much did he give you?
7    A.   $100.
8    Q.   When did he give you this money?
9    A.   First time, first day I met him.
10    Q.   He gave you this money when you met
11  him at Carenage?
12    A.   Yes.
13    Q.   Did he tell you why he was giving you
14  this money?
15    A.   No, he just gave me money.  I went.
16    Q.   Did you ask him for the money?
17    A.   No.
18    Q.   What did you use the money for?
19    A.   I bought food, I bought food that
20  could help me pay, you know, my debts.
21    Q.   The $100 that Cyrus gave you, was that
22  US dollars?
23    A.   Yes.
24         THE TRANSLATOR:  Could we have a break
25  in five minutes, please?

25 (Pages 94 to 97)

Confidential - Subject to Further Confidentiality Review

Page 98

1        MR. BABBITT: Sure. You can break
2   now, if you like.
3        THE VIDEOGRAPHER: Going off the
4   record. The time is 2:18.
5        (Whereupon, a recess was taken.)
6        THE VIDEOGRAPHER: Back on the record.
7   The time is 2:27.
8   BY MR. BABBITT:
9        Q.   When was the second time that Cyrus
10  gave you money?
11       A.   I don't remember, but Cyrus gave me
12  money a second time also.
13       Q.   Was it this year, 2015?
14       A.   I don't remember. Just simply that it
15  was to come here. Cyrus wasn't in Haiti there,
16  so Mathieu gave me $100 so I could buy food,
17  clothes, and a suitcase so I could come here.
18       Q.   Did Mathieu get the money from Cyrus?
19       MR. STEWART: Objection.
20       A.   I don't know where Mathieu got the
21  money. Cyrus wasn't there. I don't know if he
22  got it from Cyrus. Just that Mathieu gave me
23  $100 so I could buy clothes, a suitcase, and
24  food so I could come here.
25       Q.   Did you ask Mathieu for the money?

Page 99

1        A.   No. It's just Mathieu who gave me
2   money so I could buy clothes, suitcase, things
3   for the feet, shoes, and food so I could come
4   here.
5        Q.   How did Mathieu know that you were
6   coming here?
7        MR. STEWART: Objection.
8        A.   They have a relationship with Cyrus.
9   When Cyrus isn't there, Mathieu replaces him.
10  BY MR. BABBITT:
11       Q.   What is Mathieu's full name?
12       A.   I don't know. I just know his name is
13  Mathieu.
14       Q.   Was that second time that you got
15  money, the time you got money from Mathieu, was
16  that in US dollars?
17       A.   Yes.
18       Q.   Do you know anybody else who got money
19  from Cyrus Sibert?
20       MR. STEWART: Objection.
21       A.   I don't know.
22  BY MR. BABBITT:
23       Q.   Do you know anybody else who got money
24  from Mathieu?
25       MR. STEWART: Objection.

Page 100

1        A.   I don't know.
2   BY MR. BABBITT:
3        Q.   Was anybody else with you when you got
4   money from Mathieu?
5        A.   No.
6        Q.   Have you ever gotten money from
7   Mathieu any other time?
8        A.   Just when I was coming here.
9        Q.   Did you talk to Mathieu about this
10  deposition?
11       A.   No.
12       Q.   Did you talk to Cyrus about this
13  deposition?
14       A.   No.
15       Q.   Did Cyrus tell you why he gave you
16  money the first time?
17       MR. STEWART: Objection.
18       A.   I don't know.
19  BY MR. BABBITT:
20       Q.   Did Mathieu tell you why he was giving
21  you money?
22       A.   No. He gave me money so I could buy
23  clothes.
24       (Power outage.)
25       MR. BABBITT: Back on the record after

Page 101

1   a power outage. The time is 2:39.
2   BY MR. BABBITT:
3        Q.   When Cyrus gave you $100, did you tell
4   Cyrus you would pay him back?
5        A.   No.
6        Q.   Did Cyrus tell you that you would pay
7   him back?
8        A.   No, no. He gave me the money. Cyrus
9   has a good heart, sensitive heart. He, Cyrus,
10  doesn't like when people suffer, he doesn't like
11  this type of abuse.
12       Q.   When Mathieu gave you $100, did you
13  promise Mathieu to pay it back?
14       A.   Just that he gave me -- he gave the
15  money so I could buy clothes, a suitcase, things
16  for my feet. And he just accompanied me to
17  here. And when he told me that Cyrus was in
18  Santiago, he was waiting for us in Santiago, so
19  he would meet us there. When I got to Santiago,
20  I saw Cyrus there.
21       Q.   When Mathieu gave you the $100, did
22  you tell Mathieu you would pay it back?
23       A.   No, no.
24       Q.   Did Mathieu travel with you from
25  Cap-Haïtien to Santiago?

26 (Pages 98 to 101)

Confidential - Subject to Further Confidentiality Review

Page 102

1    A.   From Cap-Haïtien to Santiago.
2    Q.   Cyrus met you in Santiago?
3    A.   Yeah, when we got there we went down,
4  and we really saw Cyrus in Santiago, and Cyrus
5  brought us here.
6    Q.   How long did that trip take from
7  Santiago to here?
8    A.   I can say it was quite a long time.  I
9  was in a car for a long time.
10   Q.   The trip from Santiago to Puerto Plata
11 you made in a car?
12   A.   Yes.
13   Q.   Whose car?
14   A.   The same bus.  It's the same bus where
15 I go to Santiago.  I went from the bus from
16 Cap-Haïtien to Santiago.  When I got downtown to
17 go to Santiago, I got down, and I took another
18 bus all the way to Puerto Plata.
19   Q.   And Cyrus rode on the bus with you all
20 the way from Santiago to Puerto Plata?
21   A.   Yes.
22   Q.   And Mathieu rode on the bus from
23 Cap-Haïtien to Santiago with you?
24   A.   Yeah, Mathieu accompanied us also from
25 Santiago to Puerto Plata, Cyrus was there,

Page 103

1  Mathieu also.
2    Q.   Did you know anyone else on the bus
3  from Santiago to Puerto Plata?
4    A.   It's simple.  When I was on my way to
5  here, I didn't know who was going to take part
6  in the trip with me.  When I got -- I got to see
7  that it was three of my other colleagues from
8  Cap-Haïtien to Santiago, we were five.  In
9  Santiago, Cyrus was there, so we became -- there
10 were six of us, and all six of us got here.
11   Q.   Do I recall you telling us that you
12 made your First Communion in 2006?
13        MR. STEWART:  Objection.
14   A.   Yeah, I remember.
15 BY MR. BABBITT:
16   Q.   Before you made your First Communion,
17 did you participate in classes relating to the
18 First Communion?
19   A.   Rephrase the question, please.
20   Q.   Before you made your First Communion,
21 did you attend classes taught by Madame Junie?
22   A.   Yes.  Simply when you're about to do
23 your First Communion, so you do religious
24 studies, so Madame Junie and Madame Calixte,
25 they teach us religion, catechism.

Page 104

1    Q.   Was Geffrard Lecenat in your religious
2  studies class with Madame Junie and Madame
3  Calixte?
4        MR. STEWART:  Objection.
5    A.   I don't remember.
6  BY MR. BABBITT:
7    Q.   Do you remember anybody else who was
8  in those classes with you?
9        MR. STEWART:  Objection.
10   A.   I don't remember.  There were many of
11 us.
12 BY MR. BABBITT:
13   Q.   How many?
14   A.   I don't remember.  I can't tell you
15 how many.  There was a lot.  We were --
16   Q.   Did you participate in a retreat
17 before your First Communion?
18   A.   Yeah, I believe so.  We go to a
19 retreat, we have a little exam to see how -- if
20 we pass it, then we do our Communion.
21   Q.   Where was the retreat?
22   A.   I don't remember.
23   Q.   Did Geffrard Lecenat attend, go on the
24 retreat?
25        MR. STEWART:  Objection.

Page 105

1    A.   I don't remember.
2  BY MR. BABBITT:
3    Q.   When Douglas Perlitz sexually abused
4  you, do you believe that you broke God's law?
5    A.   Yeah, because this disgusting, dirty
6  thing is not written in the bible.  I feel that
7  I did not respect God's law.
8    Q.   Where did you learn this law of God
9  that you believe was broken?
10        THE TRANSLATOR:  Where did you learn
11 this --
12        MR. BABBITT:  God's law that he
13 believes was broken.
14   A.   I just told you, there's nothing
15 written in that -- nothing like that written in
16 the bible, the sexual abuse, it's not written in
17 the bible.
18   Q.   And how did you learn that?
19   A.   Because of my personal experience, it
20 cannot be written in the bible.  This
21 disgusting, dirty thing cannot be written in the
22 bible.
23   Q.   Have you thought about killing
24 yourself as a result of the abuse that Doug
25 Perlitz committed?

27 (Pages 102 to 105)

Confidential - Subject to Further Confidentiality Review

Page 106

1          MR. STEWART: Objection.
2     A.   Yes, every time I thought of that,
3 every time this comes up in my mind, I have the
4 pride to kill myself.  I have no value in
5 society.  Everywhere I go they tease me.  Every
6 time they tease me, I'm Douglas's woman.  I
7 can't even go to the beach and bathe in the sea,
8 every time they say I have a cork in my butt.
9 When I hear that, I feel the pride to kill
10 myself.
11 BY MR. BABBITT:
12     Q.   When was the first time you thought
13 about killing yourself?
14     A.   The first time was when I went to look
15 for work in construction sector, construction
16 work, all the masons were laughing at me, they
17 were teasing me, they were saying "you're
18 Douglas's woman.  You're a fag.  There's a cork
19 in your butt.  We don't give job to fags."  On
20 that day I was so ashamed.  I lowered my head.
21 Right then I thought I was going to throw myself
22 in a well.  But there was someone there that
23 held me back, but I was ready to commit
24 attempted suicide and kill myself.
25     Q.   Where was the well that you were going

Page 107

1 to throw yourself in?
2     A.   I don't know.  Just when I went out
3 and I went to find the place where they were
4 giving work, I felt this pride to throw myself
5 in the well.
6     Q.   Who was there who held you back?
7     A.   As I was about to throw myself,
8 somebody held me back, but I didn't know that
9 person, I didn't know what their name was.
10     Q.   What neighborhood were you in?
11     A.   Blue Hills.
12     Q.   And was that where the construction
13 site was that you were trying to get work at?
14     A.   Yeah.
15     Q.   How long after PPT closed did this
16 episode happen?
17     A.   Quite a while, because it's all the
18 way up to now, this makes me feel.
19     Q.   Well, did this happen -- this episode
20 occur before or after the earthquake?
21          MR. STEWART: Objection.
22     A.   Repeat the question, please.
23 BY MR. BABBITT:
24     Q.   Did you try to throw yourself in the
25 well before or after the earthquake?

Page 108

1     A.   Before, since the Village closed.
2     Q.   Have you ever tried to kill yourself
3 any other time?
4     A.   Yeah.  This can happen to me,
5 sometimes I get this pride and I feel like I
6 want to kill myself.  But I concentrate on the
7 alcohol, I drink a lot of alcohol.
8     Q.   Have you ever tried to kill yourself
9 any other time, other than throwing yourself in
10 the well?
11     A.   Every time, whenever I think about
12 this up to now, it's as if Douglas -- he did
13 that to me, and he put a seal on me, everywhere
14 I go people are teasing me, they say I'm
15 Douglas's woman, that I have a cork in my butt.
16 I can't even go to the beach, and I get pride to
17 kill myself.
18     Q.   Have you had problems with sex as a
19 result of what Douglas Perlitz did to you?
20     A.   Yes, I have problems having sex.
21     Q.   What problems?
22     A.   I can't concentrate.  I feel I'm
23 worthless in society.  I have no value.
24          MR. STEWART: Hold on.
25          MR. CERRETA: Just go off the record.

Page 109

1          MR. STEWART: Just hold on a second.
2 He'll be done in a second.
3          (Interruption for coffee service.)
4          MR. STEWART: Okay.
5 BY MR. BABBITT:
6     Q.   What problems do you have having sex
7 as a result of what Douglas did?
8     A.   Every time I -- I can't -- I can never
9 concentrate when I'm having sex.  It's like
10 seeing everything go -- happening again.  That
11 give me problem.  I can't concentrate.
12     Q.   Any other problems?
13     A.   Yes.  Every time I think about that, I
14 can't concentrate, I'm hopeless, hopeless,
15 helpless.  I'm sad.
16     Q.   Do you suffer pain from your lower
17 abdomen as a result of what Douglas did?
18     A.   Yes, all the way to now I have
19 problems holding my pee in.  Only now -- even
20 now I have pain in my genitals because of what
21 Douglas did to me, and the pee is red.
22     Q.   Did that start the day that you were
23 abused by Douglas?
24     A.   After a while I started feeling this
25 pain.

28 (Pages 106 to 109)

Confidential - Subject to Further Confidentiality Review

Page 110

1    Q.   Have you seen a doctor about this
2  pain?
3    A.   No.
4    Q.   Have you seen a nurse about this pain?
5    A.   No.
6    Q.   Have you seen any medical professional
7  of any kind about this kind of pain?
8    A.   No.
9    Q.   How often do you have pink urine?
10   A.   Several times, you know, because of --
11 I'm out of control.  This problem makes me be
12 out of control.  And almost always the pee is
13 red, and also my genitals hurt.
14   Q.   Has a doctor or a nurse ever told you
15 that your pink urine or red urine is related to
16 what Douglas did?
17   A.   No, I never have been to see a doctor
18 yet.
19   Q.   Have you had flashbacks since Douglas
20 Perlitz abused you?
21   A.   Yes, sometimes I'm sleeping, and I
22 wake up, and Douglas is doing this all over to
23 me.
24   Q.   When was the first --
25   A.   All over again to me.

Page 111

1    Q.   When was the first time you had a
2  flashback?
3    A.   Several times.  Several times.
4    Q.   You've had flashbacks several times.
5  When was the first time?
6    A.   Simply when I sleep that has happened,
7  that I was sleeping and that has happened.
8    Q.   How often?
9    A.   I can't tell you, but several times.
10   Q.   Have you had nightmares since Douglas
11 Perlitz abused you?
12   A.   Yeah, I've always had bad dreams,
13 always having bad dreams.
14   Q.   And are your bad dreams related to
15 Douglas?
16   A.   It's like seeing what he did to me
17 again.  I'm always having bad dreams about that.
18   Q.   Do you dream about that every night?
19   A.   Yes, several times.
20   Q.   You've had -- never mind.
21      When did you last look for work?
22      MR. STEWART:  Objection.
23   A.   I don't know.  I can't tell you.  But
24 when I got there that one day, every mason was
25 laughing at me, teasing me, saying I'm Douglas's

Page 112

1  woman, I'm a fag.  I can't even go to -- in the
2  sea because I have a cork in my butt.  I'm so
3  ashamed.  That day I wanted to throw myself in
4  the well -- into the well, but somebody held me
5  back, I didn't have time to do it.
6  BY MR. BABBITT:
7    Q.   Who paid for the bus ticket for you to
8  get to this hotel?
9    A.   I don't know.  Simply that when I left
10 Haiti, Mathieu was with us on a bus, and we took
11 the bus to get to Santiago.  When we got here,
12 when we got to Santiago, we saw Cyrus, and we
13 got -- we came here with Cyrus.
14   Q.   Have you had any trouble understanding
15 our interpreter this afternoon, or since we
16 changed interpreters this morning?
17   A.   Just that the interpreter this
18 morning, I couldn't understand him.  You are
19 working well.
20   Q.   And you mean the interpreter is
21 working well when you said "you" in that
22 sentence?
23   A.   Yes.
24      MR. STEWART:  We'll stipulate it's not
25 you.

Page 113

1      MR. BABBITT:  Fair enough.
2      THE TRANSLATOR:  He needs to pee.
3      MR. BABBITT:  We can take a break.
4      THE INTERPRETER:  Going off the
5  record.  The time is 3:15.
6      (Whereupon, a recess was taken.)
7      THE VIDEOGRAPHER:  Back on the record.
8  The time is 3:21.
9  BY MR. FOLKMAN:
10   Q.   Good afternoon.  As I told you at the
11 beginning, my name is Ted Folkman, I'm Pere
12 Paul's lawyer.
13      You spoke a lot about being teased and
14 called Douglas's woman, and I want to ask you
15 whether that happens less today than it did just
16 after the time that PPT closed?
17   A.   Up to now.
18   Q.   I understand that you've been teased
19 from the time that PPT closed up until now, is
20 that right?
21   A.   Yes.
22   Q.   And is it as bad now?  Does it happen
23 as often now as it did years ago after the
24 school closed?
25   A.   Yes, the same.

29 (Pages 110 to 113)

Confidential - Subject to Further Confidentiality Review

Page 114

1    Q.   You talked about that construction job
2    with the masons.  Do you recall that?
3    A.   Yeah.
4    Q.   Did the bosses at that job know who
5    you were?
6    A.   Yeah, they used to see me at the
7    Village going to school.
8    Q.   So they knew that you had attended the
9    Village, right?
10    A.   Yes, they saw me going to the Village.
11    Q.   And did they know that Douglas Perlitz
12    had sexually abused you?
13    A.   Just simply that all the children
14    inside, they considered them to be fags.
15    Q.   Because they understood that all the
16    children at the Village had been sexually abused
17    by Douglas Perlitz?
18    A.   Yeah, because everywhere I go they're
19    always teasing me.
20    Q.   But the people who tease you don't
21    know that you yourself have been abused, other
22    than the fact that you were a student at the
23    Village, is that true?
24    MR. STEWART:  Objection.
25    A.   Yeah, they're victims.

Page 115

1    BY MR. FOLKMAN:
2    Q.   I want to ask you about something
3    Mr. Babbitt was asking about earlier.  You said
4    that you felt that you had violated God's law
5    because the bible doesn't allow homosexuality.
6    A.   Yeah, because something like that
7    cannot be written in God's book.
8    Q.   And you said that the people at the
9    construction site told you they wouldn't give
10    you a job because they don't give jobs to, in
11    their words, faggots, is that right?
12    A.   Yeah, as soon as I got there they
13    started laughing and teasing me, and they said
14    they don't give work to fags here.
15    Q.   Do most people that you know in Haiti
16    feel that way about homosexuals?
17    A.   Yeah, everywhere I go they say I'm a
18    fag.
19    THE TRANSLATOR:  I'm sorry, I'm
20    getting tired.  I'm sorry.
21    MR. FOLKMAN:  Do you need a minute?
22    THE TRANSLATOR:  Yeah.
23    MR. FOLKMAN:  Okay.  Why don't you
24    read that answer, if you can, and then we'll
25    take a break.

Page 116

1    THE TRANSLATOR:  Okay.
2    A.   Whenever you're a fag you have no more
3    value.  I have no more value.  It's like a
4    walking banana that you throw away, it has no
5    more value.
6    MR. FOLKMAN:  Why don't we take a
7    break.  And let me know when you're ready, okay,
8    Nathalie?
9    THE TRANSLATOR:  Yes.
10    THE VIDEOGRAPHER:  Going off the
11    record.  The time is 3:28.
12    (Whereupon, a recess was taken.)
13    THE VIDEOGRAPHER:  Back on the record.
14    The time is 3:41.
15    BY MR. FOLKMAN:
16    Q.   Mr. Jean, do you know any homosexuals?
17    A.   I don't know.  I just know that I'm a
18    victim.
19    Q.   Have you ever heard anybody in Haiti
20    say that "we shouldn't tease or punish men who
21    have sex with men"?
22    A.   Repeat the question, please.
23    Q.   Sure.
24    Have you ever heard anybody in Haiti
25    say that "we should allow men to have sex with

Page 117

1    men without looking down on them"?
2    A.   There's no law written like that for
3    Haiti.
4    Q.   Meaning you've never heard anybody say
5    that?
6    A.   No.
7    Q.   Do you believe that people can be made
8    homosexual, or do you believe that they are born
9    homosexual?
10    MR. STEWART:  Objection.
11    A.   Repeat the question, please.
12    BY MR. FOLKMAN:
13    Q.   Do you believe that people are born as
14    homosexuals, or that they can be made into
15    homosexuals?
16    A.   After that they force them to become
17    fags.  Douglas forced me to do that.  He forced
18    me, I didn't want to.
19    Q.   And do you feel like you still are, in
20    your words, a fag?
21    MR. STEWART:  Objection.
22    A.   Yeah, up to now, because the
23    circumstances up to now, everywhere I go I'm
24    Douglas's woman, I'm a fag.  I can't go to the
25    beach and swim because I have a cork up my ass.

Confidential - Subject to Further Confidentiality Review

Page 118

BY MR. FOLKMAN:
1   Q.   And part of the reason you think
2   you've been injured by Douglas Perlitz is that
3   you feel that way about yourself now, is that
4   true?
5        MR. STEWART:  I'm going to object.
6   That doesn't make any --
7        THE TRANSLATOR:  Part of the reason
8   you think you were injured --
9        MR. FOLKMAN:  Do you want me to
10  rephrase it, Mike?
11       MR. STEWART:  Yes.  I don't understand
12  what you're asking.
13  BY MR. FOLKMAN:
14       Q.   Part of the reason you think Douglas
15  Perlitz has injured you is that you feel that
16  after he abused you, you are a masisi, is that
17  true?
18       A.   Yeah, I have no value.  Everywhere I
19  go they are teasing me.  It's like a person they
20  throw out, no value.
21       Q.   As far as you know, do most Haitian
22  people feel the same way you do about that?
23       MR. STEWART:  Objection.
24       A.   Repeat the question.

Page 119

1   BY MR. FOLKMAN:
2        Q.   As far as you know, do most Haitian
3   people feel that once you've been sexually
4   abused by a man you've become a masisi?
5        MR. STEWART:  Objection.
6        A.   Yes.
7   BY MR. FOLKMAN:
8        Q.   I want to direct your attention to
9   your answer to Number 37 in the exhibit that you
10  have in front of you.  And your lawyer will
11  point you to it.
12       The question that we asked, just to
13  summarize it, was whether you felt your earning
14  capacity, your ability to earn money, had been
15  lessened by the fact that you had been abused.
16  And the first part of your answer was "When the
17  Project Pierre Toussaint closed, I was unable to
18  finish my education."
19       A.   Yes.
20       Q.   And my question is, why is it that
21  when PPT closed you were unable to finish your
22  education?
23       A.   I didn't have the possibility.  My
24  parents didn't have the possibility either.
25       Q.   You mean you couldn't -- I'm sorry.

Page 120

1        A.   Now, when the Village closed, that
2   made me suffer a lot.  I couldn't continue with
3   my dreams.  All my life was concentrated on the
4   Village, that was my hope.
5        Q.   PPT was not charging you for an
6   education, right?
7        MR. STEWART:  Objection.
8        A.   No, it was only simply that they were
9   giving us help, assistance so we could find
10  education and food.
11  BY MR. FOLKMAN:
12       Q.   And if PPT hadn't been there at all,
13  you wouldn't have been able to afford to go to
14  school at all, right?
15       MR. STEWART:  Objection.
16       A.   No, because I didn't have the
17  possibility, and my parents didn't have the
18  possibility either.
19  BY MR. FOLKMAN:
20       Q.   And you don't know of any other school
21  that was willing to educate you for free after
22  PPT closed, right?
23       A.   No.
24       Q.   You said that you never saw Pere Paul
25  at Rue 13, right?

Page 121

1        A.   No.  When I was at Rue 13, I never saw
2   Father Paul.  I saw Father Paul at the Village.
3        Q.   Did you ever see him anywhere other
4   than the Village?
5        A.   It's inside the Village, that's where
6   I saw him.
7        Q.   Right.  And my question is, you never
8   saw him anywhere else, right?
9        A.   Only inside.
10       Q.   Okay.  When you saw Pere Paul at the
11  Village, what did you see him doing?
12       A.   He comes there, he comes to -- while I
13  was about to do my First Communion, Father Paul
14  was there.  He had this robe on him.  Every
15  month of December for Christmas Father Paul was
16  there with the other staff, and Madame Carter.
17  They used to give us tennis shoes, and one time
18  they gave us a little T-shirt, Fairfield
19  University T-shirt.
20       Q.   Okay.  So you saw him giving out
21  tennis shoes and you saw him giving out
22  T-shirts, and you saw him at your First
23  Communion.
24       Did you ever see him doing anything
25  else?

31 (Pages 118 to 121)

Confidential - Subject to Further Confidentiality Review

Page 122

1    A.   Father Paul is always there.  Douglas
2  used to talk to us about Father Paul, he says
3  he's important for the Village.
4    Q.   Okay.  My question is, did you ever
5  see Pere Paul doing anything other than giving
6  out tennis shoes, giving out T-shirts, and being
7  at your First Communion?
8    Do you understand the question?
9    MR. STEWART:  Objection.
10    A.   Simply that he comes to talk to
11  Douglas, he always -- Douglas always says that
12  Father Paul, Madame Carter, and University of
13  Fairfield are important for the Village.
14  BY MR. FOLKMAN:
15    Q.   Did your speak with Pere Paul?
16    A.   Say it again?
17    Q.   Did you ever speak with Pere Paul?
18    A.   I've never spoken to him, with Father
19  Paul.  He doesn't speak Creole.  Just that
20  simply, Douglas tells us Father Paul, Madame
21  Carter, and University of Fairfield are
22  important for the Village.
23    Q.   Did you ever see Douglas speaking with
24  Pere Paul?
25    A.   Yeah, they have little conversations,

Page 123

1  but I don't know, I don't speak English.
2    Q.   So you don't understand anything that
3  you may have heard Douglas say to Pere Paul or
4  Pere Paul say to Douglas?
5    MR. STEWART:  Objection.
6    A.   Yeah, Douglas always told us that
7  these people are important for the Village.
8  He -- these people always encourage us to work
9  very hard in school.  Madame Carter used to tell
10  us that any child, he has access to -- he can
11  send us to Fairfield University, he has access
12  to that university.  If a child works hard, that
13  child, he has access to the University of
14  Fairfield.
15  BY MR. FOLKMAN:
16    Q.   Let me ask my question one more time,
17  and please listen carefully, okay?
18    Could you ever understand anything
19  that Douglas said to Pere Paul?
20    MR. STEWART:  I'm going to object.
21    I think he answered that question,
22  sir.
23    MR. FOLKMAN:  I think he answered a
24  different question.  Let me just ask it one more
25  time and make sure we've got it.

Page 124

1    MR. STEWART:  Same objection.
2  BY MR. FOLKMAN:
3    Q.   One more time.
4    A.   One more time.
5    Q.   Okay.  Could you ever understand
6  anything that Douglas said to Pere Paul?
7    A.   Yeah, I couldn't understand.  He told
8  us Father Paul was important for the Village.
9    Q.   Okay.  I'm not asking you, sir, what
10  Douglas told you.  I'm asking if you ever
11  understood anything that Douglas told Pere Paul.
12    A.   No.  I couldn't understand.  I don't
13  speak English.  Just that when Father Paul would
14  come, Douglas would present him and say he's
15  important for the Village.
16    Q.   Okay.  And also you could never
17  understand anything that Pere Paul said to
18  Douglas?
19    A.   I don't understand, because I don't
20  speak English.
21    Q.   Okay.
22    A.   Just that Douglas used to tell us that
23  Father Paul was important for the Village.
24    Q.   Okay.  You said you had been to Bel
25  Air only one time, right?

Page 125

1    A.   Yes.
2    Q.   And when you go to Bel Air, Douglas
3  asked you who had explained to you how to get to
4  Bel Air, right?
5    A.   Yes, just said to Robinson.
6    Q.   So Robinson explained how to get
7  there, right?
8    A.   Yes.
9    Q.   Okay.  Was Pere Paul the priest who
10  administered the First Communion to you?
11    A.   Yes.
12    Q.   Was there a Haitian priest there also?
13    A.   There was a Haitian priest.
14    Q.   I'd like to mark a document.  You said
15  you didn't remember somebody, but you might if
16  you see a photo.  I want to show you a photo and
17  see if you remember.
18    (Whereupon, Exhibit Number 2, 9/9/13
19    e-mail, Bates RBC002282 through 2290,
20    was marked for identification.)
21  BY MR. FOLKMAN:
22    Q.   So I'm going to hand you what's marked
23  as Exhibit 2.  And because it's not stapled, I
24  just want the record to reflect that it's five
25  sheets of paper, we'll have it stapled later.

32 (Pages 122 to 125)

Confidential - Subject to Further Confidentiality Review

Page 126

1    And I'd like you to look, please, at
2  the back of the first page which has the number
3  2283 on the top. And I'd like you to look at
4  the top picture on that page, and I'd like you
5  to tell me if that's Jean Gary.
6    MR. STEWART: Which one at the top?
7    MR. FOLKMAN: The first picture on
8  that page that I referenced.
9    MR. STEWART: Excuse me. I'm sorry.
10  The one ending in 040?
11    THE TRANSLATOR: 2283.
12    MR. FOLKMAN: This fellow right here,
13  yes (indicating).
14    MR. STEWART: Can I just ask, are you
15  going to ask him about each person on all these
16  pages?
17    MR. FOLKMAN: No. But I might use it
18  tomorrow, so I'd rather keep the document
19  together.
20    MR. STEWART: If you're marking it for
21  his deposition, how are you going to use it
22  tomorrow?
23    MR. FOLKMAN: Well, I'll refer to it
24  by number and we'll remark it.
25    MR. STEWART: What's it going to be

Page 127

1  attached to?
2    MR. FOLKMAN: We'll make a photocopy.
3  I don't know.
4    MR. STEWART: We need to know, Ted.
5  You need to figure out how you're going to use
6  this. If you're attaching it to his exhibit
7  how, do you plan to use it tomorrow? Are you
8  going to take it back out of the record and make
9  another and have copies made?
10    MR. FOLKMAN: I suppose I'll say "take
11  a look at Exhibit 2 to the Jean deposition." Is
12  that going to work for you?
13    MR. STEWART: It's not normally how
14  it's --
15    MR. FOLKMAN: Okay.
16    MR. STEWART: Normally you would bring
17  copies of what you want to use, and you would
18  mark them for each instead of pulling them out
19  of depositions --
20    MR. FOLKMAN: Yes.
21    MR. STEWART: -- and reattaching
22  them --
23    MR. FOLKMAN: Yes.
24    MR. STEWART: -- and referencing them.
25    MR. FOLKMAN: Yes. Okay.

Page 128

1    MR. STEWART: But that's not how
2  you're going to do it?
3    MR. FOLKMAN: Well, do you want to
4  have a colloquy about this? I didn't intend to
5  use this. Since he said he didn't know the name
6  and might recognize a photo, I want to show it
7  to him.
8    MR. STEWART: I don't want to have a
9  discussion about it, but I am asking the
10  question why are we marking five pages if you're
11  only asking for one. You can certainly do
12  whatever you want. I apologize.
13  BY MR. FOLKMAN:
14    Q.   Okay. We're looking at this
15  photograph here, sir, at the top of the page.
16  Is that Jean Gary? This one right here
17  (indicating).
18    MR. STEWART: This guy right here, do
19  you know who this guy is?
20    A.   Yeah.
21  BY MR. FOLKMAN:
22    Q.   That is Jean Gary?
23    A.   He has another name, Schoubert.
24    Q.   And when was the last time you spoke
25  with him?

Page 129

1    A.   I don't know. Since the Village
2  closed, I never spoke to him again.
3    Q.   You haven't spoken to him since the
4  Village closed?
5    A.   Yes. Since the Village closed, I've
6  never seen him again.
7    Q.   Okay.
8    MR. STEWART: Wait, I don't -- is
9  this, is his name -- do you know this is Jean
10  Gary, Jean Gary? Not by another name, but as
11  Jean Gary?
12    A.   Yes, it's Jean Gary. But he has
13  another name, Schoubert.
14    MR. STEWART: Okay.
15    MR. FOLKMAN: Maureen, I'm going to
16  hand this over to you.
17  BY MR. FOLKMAN:
18    Q.   You said that you used some of the
19  money that you got from Mathieu to pay debts.
20  What debts were those?
21    A.   Sometimes I buy credit.
22    Q.   And would you buy food on credit, or
23  what would you buy?
24    A.   Yeah, yeah. I borrow also.
25    Q.   Okay. And of the $100 that you got

33 (Pages 126 to 129)

Confidential - Subject to Further Confidentiality Review

Page 130

1  from Mathieu, how much of it did you spend on
2  the clothes and the shoes and the suitcase that
3  you needed to come here?
4       MR. STEWART: Objection.
5       A.  Just that Mathieu gave me money to
6  come here to buy food, shoes, etcetera.
7  BY MR. FOLKMAN:
8       Q.  Right.
9       And did you spend all of the money
10  that he gave you to buy the things that you
11  needed to come here, or did you spend some of it
12  on something else?
13       A.  I spent all.
14       MR. FOLKMAN:  Okay.  I've got nothing
15  else.  Thank you.
16       (Pause.)
17  BY MR. CERRETA:
18       Q.  Good afternoon, sir.  My name is John
19  Cerreta, I'm a lawyer for Fairfield University.
20       Earlier today you mentioned that you
21  had received a Fairfield University T-shirt
22  while you were a student at the Village, is that
23  right?
24       A.  Yes, a little T-shirt.
25       Q.  And was it Father Paul and Madame

Page 131

1  Carter that had brought down that T-shirt?
2       A.  Yes.
3       Q.  Was that around Christmastime?
4       A.  Yeah, after they gave us the tennis
5  shoes, they gave us a little T-shirt with
6  Fairfield University written on it.
7       Q.  Were those Christmas presents?
8       A.  Yeah.
9       Q.  I think you also testified that you
10  had been told while you were a student at the
11  Village that every child, if they worked hard,
12  could have a chance to go to Fairfield
13  University, is that right?
14       A.  Yes, once school is -- you're
15  finished, Madame Carter and Father Paul said
16  they had access to Fairfield University, and any
17  child could learn whatever she wants -- he
18  wants.
19       Q.  Who was it that said that?  Who was it
20  that told you that?
21       A.  Father Paul, Madame Carter.  And also
22  one day we were gathered in the chapel, Madame
23  Carter, Douglas, and all the staff was there,
24  Madame Carter said any child who finishes
25  school, whatever he wants to learn, she has

Page 132

1  access to Fairfield University, and he can learn
2  whatever he wants.
3       Q.  Was Madame Carter speaking to you in
4  Creole when she said this?
5       A.  No, she doesn't speak Creole.  But
6  Douglas and Robinson were there, and Douglas was
7  translating.
8       Q.  Okay.  I think you also testified that
9  you had been told that Fairfield University was
10  very important for the project, is that right?
11       A.  It is true.  Douglas used to tell us
12  that, and also Madame Carter, that Fairfield is
13  important for the Village.
14       Q.  Did they tell you why Fairfield was
15  important for the Village?
16       A.  Fairfield was backing up the project.
17  Douglas used to tell us about Fairfield, that
18  Fairfield was important for the Village.  He
19  said we won't have any problems when you finish
20  school, you have access, you can go to
21  Fairfield.
22       Q.  When he said that Fairfield was
23  backing up the project, did that mean Fairfield
24  was providing money for the project?
25       MR. STEWART:  Objection.

Page 133

1       A.  I don't know.  Simply that Douglas
2  told us that Fairfield was important for the
3  Village.
4  BY MR. CERRETA:
5       Q.  Did Douglas tell you anything else
6  about Fairfield University?
7       A.  No, simply that Fairfield was
8  important for the Village.  Madame Carter told
9  us "you won't have any problems when you finish
10  school, when you finish school we have access,
11  you can go to Fairfield."
12       Q.  While you were a student at PPT, did
13  anybody tell you anything else about Fairfield
14  University?
15       THE TRANSLATOR:  Can you repeat the
16  question, please?  While you were a student
17  at --
18  BY MR. CERRETA:
19       Q.  Did anybody tell you anything else
20  about Fairfield University?
21       MR. STEWART:  Objection.
22       A.  Just simply that Madame Carter,
23  Douglas, and Father Paul used to tell us that
24  Fairfield University is important for the
25  Village.

34 (Pages 130 to 133)

Confidential - Subject to Further Confidentiality Review

Page 134

BY MR. CERRETA:
1
2    Q.   So aside from what you've told me
3    already, and also leaving aside anything your
4    attorneys might have talked about with you, has
5    anybody ever told you anything else about
6    Fairfield University?
7    A.   Just that Father Paul, Madame Carter,
8    and Douglas told us that Fairfield was important
9    for the Village.
10    Q.   Right.
11    MR. CERRETA:  Thank you, sir.
12    BY MS. KNIGHT:
13    Q.   Hello.  I introduced myself earlier,
14    but my name is Lydia Knight, and I just have a
15    few questions for you.
16    What do you like to do during the day?
17    A.   After all the things Douglas did to me
18    I can't concentrate.  I have problems
19    concentrating.
20    Q.   Do you like to spend time with your
21    girlfriend?
22    A.   I can tell you that I cannot
23    concentrate.  Because of what Douglas did, I
24    have no value, so I can't concentrate.
25    Everywhere I go they call me -- they say I'm

Page 135

1    Douglas's woman, I'm a fag, I have a cork in my
2    butt, so I can't concentrate.
3    Q.   I think you told us that you currently
4    have a girlfriend, is that right?
5    MR. STEWART:  Objection.
6    A.   Yes.
7    BY MS. KNIGHT:
8    Q.   When do you see her?
9    A.   I can't tell you when we meet.  She's
10    my girlfriend, at any time we can meet.
11    Q.   When you meet, what do you do?
12    A.   Sometimes I can't concentrate.
13    Q.   Do you play cards together?
14    A.   No.
15    Q.   Do you ever watch any sports together?
16    A.   What is sports?
17    Q.   Like soccer, baseball, football?
18    A.   No, just we talk.
19    Q.   What else do you do besides talk?
20    A.   We talk.  And since it's my
21    girlfriend, everything I tell her she has to
22    agree with.
23    MR. STEWART:  Very different than in
24    America, even more so once you get married.
25    You okay?

Page 136

BY MS. KNIGHT:
1
2    Q.   Is there anything else that you two
3    like to do together?
4    A.   Just that.
5    Q.   Is there anything else that you like
6    to do?  Do you play any soccer, basketball?
7    A.   No, I can't concentrate.  This gives
8    me such problems, I can't concentrate on
9    anything.
10    Q.   I think you told us that you came here
11    with some other people who were in the Dominican
12    to testify, is that right?
13    A.   The kids I came with.
14    Q.   Yes.  Are they staying here at the
15    hotel as well?
16    A.   Yes, that's where we came down.
17    Q.   Are you sharing a room with someone
18    here at the hotel?
19    A.   Yes.
20    Q.   Who are you sharing a room with?
21    A.   Emile.
22    Q.   Did you talk to Emile about his
23    deposition?
24    A.   No.
25    Q.   Have you talked to Emile about the

Page 137

1    case that you've brought?
2    A.   No, no.
3    Q.   Have you talked to any of the
4    Plaintiffs about the abuse that you suffered?
5    A.   Repeat the question, please.
6    Q.   Let me try it a different way.
7    Did you talk to Emile at all about the
8    case that you brought about the abuse?
9    A.   No.
10    Q.   Did you ever tell anyone, other than
11    your attorneys or any of their representatives,
12    about the abuse by Doug, Douglas?
13    A.   No, that stays a secret inside of me.
14    Q.   Do you do anything now to get money?
15    A.   Yeah, behind cars worker.  I wash
16    cars.  I make 300 gourdes sometimes, but
17    sometimes there are days where I have nothing.
18    Q.   So some days you work, some days you
19    don't, is that right?
20    A.   Yes.
21    Q.   What do you mean you work behind cars?
22    Can you explain that to me a little bit?
23    MR. STEWART:  One moment.
24    (Off the record discussion.)
25    A.   So I helped the driver find riders,

35 (Pages 134 to 137)

Confidential - Subject to Further Confidentiality Review

Page 138

1  people climb on, I get the money, when I collect
2  the money I give the money to the driver.
3  BY MS. KNIGHT:
4      Q.  Other than what you've already told us
5  that you saw Pere Paul, did you see other
6  priests while you were at PPT?
7          THE TRANSLATOR:  Can you repeat the
8  question, please?
9      Q.  Other than Pere Paul, were there other
10  priests at PPT?
11      A.  Simply I saw Sylvester.  I only saw
12  Sylvester.
13      Q.  And you already told us about that, is
14  that right?
15      A.  Yeah, I told you, I saw Sylvester,
16  Father Paul.
17      Q.  Were there other -- any other priests
18  that you saw at PPT?
19      A.  I didn't see any other.  I used to see
20  Father Paul, and then I saw Sylvester.  I
21  haven't seen any other priest.
22      Q.  Do you need to take a break?
23          THE TRANSLATOR:  Let's finish.
24          MS. KNIGHT:  He just --
25          THE TRANSLATOR:  Him?  Okay.

Page 139

1      A.  Yes, a little pause, please.
2          THE VIDEOGRAPHER:  Going off the
3  record.  The time is 4:33.
4          (Whereupon, a recess was taken.)
5          THE VIDEOGRAPHER:  Back on the record.
6  The time is 4:41.
7  BY MS. KNIGHT:
8      Q.  What did you do to get ready for
9  today, other than speaking with your attorneys
10  or meeting with any of their -- any of your
11  attorneys or their representatives?
12      A.  I can tell you that when they call me
13  for this deposition, I really appreciated that,
14  for all the abuse Douglas did to me and abuse I
15  was confronted with in my life, I have pride in
16  coming here.  I'm proud of everything I said,
17  and I stand by it.
18      Q.  Did you talk to anyone, other than
19  your attorneys or any of their agents or
20  representatives, about your deposition before
21  coming here today?
22      A.  No, just my lawyers.
23      Q.  Did you tell your parents where you
24  were going?
25      A.  No, I just told them "I'm going out.

Page 140

1  It could be a week before I come back."
2      Q.  And what did they say?
3      A.  My mother was really crying.  I'm
4  going to miss her a lot, she's going to miss me
5  a lot, because I'm going to be one week out.
6          MS. KNIGHT:  Thank you.  I don't have
7  any other questions.
8          MR. STEWART:  Prior to Ms. Knight I
9  think was when Ted Folkman asked some questions,
10  and he produced some documents that have been
11  Bates stamped RBC228283, 84, 85, 86, 87, 88, 89,
12  and 90.  They appear to be some other form of
13  production that none of us remember seeing.  And
14  to the extent that we have -- I think we've
15  asked -- in our production, I think these
16  documents would have been included, but to the
17  extent that they have not we'll be sending out a
18  supplemental.  I understand these are going to
19  be attached to the record.
20          MR. FOLKMAN:  Sure.
21          MR. STEWART:  But to the extent that
22  there's more of this type of pictures of our
23  clients and IDs, we'd like copies of those
24  pictures of our clients.  So we'll follow it up
25  with a formal request, but just know that that's

Page 141

1  something that we're looking for.
2          MR. FOLKMAN:  Sure.  And I believe
3  that they have been produced.
4          MR. STEWART:  Okay.
5          MR. FOLKMAN:  These are documents that
6  came from the subpoena to Paul Kendrick's
7  employer.  But if they haven't been, we'll
8  certainly produce them.
9          MR. STEWART:  Okay.  Thank you.
10  Appreciate it, Ted.
11  BY MR. KENNEDY:
12      Q.  Good afternoon, Mr. Ilguens.  We met
13  earlier this morning.  I'm Jeff Kennedy, I
14  represent Hope Carter.
15          It's my understanding from your
16  earlier testimony that you never saw Madame
17  Carter at Rue 13, is that correct?
18      A.  No, simply inside the Village, that's
19  where I saw her.
20      Q.  Okay.  And how many times did you see
21  her at the Village, sir?
22      A.  I can't tell you, but she has come
23  several times.
24      Q.  Okay.  And did you ever speak to
25  Madame Carter?

36 (Pages 138 to 141)

Confidential - Subject to Further Confidentiality Review

Page 142

1    A.   I have never spoken to Madame Carter.
2  She doesn't speak Creole.
3    Q.   And you don't speak English, do you,
4  sir?
5    A.   No.
6    Q.   And you don't understand spoken
7  English, do you, sir?
8    A.   No.
9    Q.   Okay.  Several times in questioning
10 from the other attorneys you used the phrase
11 "Madame Carter used to tell us."  Do you
12 remember saying that, sir?
13       MR. STEWART:  Objection.
14   A.   Yeah.
15 BY MR. KENNEDY:
16   Q.   I'm trying to understand, sir, you
17 don't understand English, correct?
18   A.   No.
19   Q.   So how could you understand what
20 Madame Carter said?
21   A.   Douglas used to be there, Robinson
22 also, they used to translate.
23   Q.   Okay.  So they translated?
24   A.   Yes.  When Madame Carter would come,
25 Douglas would be there, and Robinson would be

Page 143

1  there, they would translate.
2    Q.   And did you ever hear Madame Carter
3  speaking with Doug Perlitz?
4    A.   I've seen them standing there talking,
5  but I don't know what they said because I don't
6  talk to them.
7    Q.   Okay.  Sir, when you did see Madame
8  Carter at the Village, what sort of things was
9  she doing?
10   A.   Madame Carter, every month of December
11 she would be there for Christmas, she would give
12 us shoes.  Douglas, Father Paul, and the entire
13 staff were there.  One day they give us a little
14 T-shirt with Fairfield on it, they would
15 encourage us to go to school.
16       After that, for the big vacation, she
17 would come with visitors, she would wish us to
18 have good vacation, and the visitors would play
19 with us, would play basketball with us.
20   Q.   Was Madame Carter nice to you, sir?
21       MR. STEWART:  Objection.
22   A.   I've never spoken to Madame Carter.
23 Madame Carter doesn't speak Creole.
24 BY MR. KENNEDY:
25   Q.   Can you describe Madame Carter for me

Page 144

1  physically, sir?
2    A.   She's a little bit like a hunchback.
3  She always put her pants under her heart.  She
4  has a little -- she has sort of white hair.  And
5  she has veins.  And she has a little pouch in
6  front.
7    Q.   Sir -- strike that, I'm sorry.
8        You didn't speak to Emile Jean Pierre
9  after his deposition, is that correct, sir?
10   A.   No.
11   Q.   So you don't know what he testified
12 to, sir?
13   A.   No, no.
14   Q.   Sir, earlier when you were speaking to
15 Attorney Babbitt, you indicated that you have
16 problems with sex, is that correct, sir?
17   A.   Yeah, I have difficulties
18 concentrating.
19   Q.   Sir, are you and your girlfriend able
20 to have sex?
21   A.   Yeah, sometimes, but I can't
22 concentrate really.
23       MR. KENNEDY:  I don't think I have
24 anything further.  Thank you very much, sir.
25       MR. STEWART:  We're going to sign in

Page 145

1  60.
2        THE VIDEOGRAPHER:  This concludes the
3  July 31, 2015 deposition of Ilguens Jean.  Going
4  off the record.  The time is 4:53.
5        (Whereupon, the deposition was
6        concluded.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

37 (Pages 142 to 145)

Confidential - Subject to Further Confidentiality Review

Page 146

```
 1      C E R T I F I C A T E
 2      I, MAUREEN O'CONNOR POLLARD, LSR #473,
 3  RMR, CLR, and Notary Public in and for the State
 4  of Connecticut, do hereby certify that there
 5  came before me on the 31st day of July, 2015,
 6  the person hereinbefore named, who was duly
 7  sworn to testify to the truth of their knowledge
 8  concerning the matters in this cause, and their
 9  examination reduced to typewriting under my
10  direction and is a true record of the testimony.
11      I further certify that I am neither
12  attorney for or related or employed by any of
13  the parties to the action, and that I am not a
14  relative or employee of any attorney or counsel
15  employed by the parties hereto or financially
16  interested in the action.
17          In witness whereof, I have hereunto
18  set my hand and seal this 6th day of August,
19  2015.
20
21      _____
22      MAUREEN O'CONNOR POLLARD, License #473
23      Realtime Systems Administrator, RMR
24      Notary Commission Expires: 10/31/2017
25
```

Page 147

```
 1          INSTRUCTIONS TO WITNESS
 2
 3          Please read your deposition over
 4  carefully and make any necessary corrections.
 5  You should state the reason in the appropriate
 6  space on the errata sheet for any corrections
 7  that are made.
 8          After doing so, please sign the
 9  errata sheet and date it.  It will be attached
10  to your deposition.
11          It is imperative that you return
12  the original errata sheet to the deposing
13  attorney within thirty (30) days of receipt of
14  the deposition transcript by you.  If you fail
15  to do so, the deposition transcript may be
16  deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25
```

Page 148

```
 1          ------
 2          E R R A T A
 3          ------
 3  PAGE  LINE  CHANGE
 4  ___  ___  _____
 5      REASON: _____
 6  ___  ___  _____
 7      REASON: _____
 8  ___  ___  _____
 9      REASON: _____
10  ___  ___  _____
11      REASON: _____
12  ___  ___  _____
13      REASON: _____
14  ___  ___  _____
15      REASON: _____
16  ___  ___  _____
17      REASON: _____
18  ___  ___  _____
19      REASON: _____
20  ___  ___  _____
21      REASON: _____
22  ___  ___  _____
23      REASON: _____
24  ___  ___  _____
25
```

Page 149

```
 1          ACKNOWLEDGMENT OF DEPONENT
 2
 3          I, _____, do
    Hereby certify that I have read the foregoing
 4  pages, and that the same is a correct
    transcription of the answers given by me to the
 5  questions therein propounded, except for the
    corrections or changes in form or substance, if
 6  any, noted in the attached Errata Sheet.
 7
 8  _____
    ILGUENS JEAN          DATE
 9
10
11
12
13
14
15  Subscribed and sworn
    To before me this
16  _____ day of _____, 20____.
17  My commission expires: _____
18
19  _____
    Notary Public
20
21
22
23
24
25
```

38 (Pages 146 to 149)

Confidential - Subject to Further Confidentiality Review

Page 150

```
 1          LAWYER'S NOTES
 2    PAGE  LINE
 3    ____  ____  _____
 4    ____  ____  _____
 5    ____  ____  _____
 6    ____  ____  _____
 7    ____  ____  _____
 8    ____  ____  _____
 9    ____  ____  _____
10    ____  ____  _____
11    ____  ____  _____
12    ____  ____  _____
13    ____  ____  _____
14    ____  ____  _____
15    ____  ____  _____
16    ____  ____  _____
17    ____  ____  _____
18    ____  ____  _____
19    ____  ____  _____
20    ____  ____  _____
21    ____  ____  _____
22    ____  ____  _____
23    ____  ____  _____
24    ____  ____  _____
25
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

**A**

**a.m** 1:25 7:7
**a/k/a** 1:3,11
**abdomen** 109:17
**ability** 8:15 51:4
  119:14
**able** 11:24 68:21
  120:13 144:19
**abuse** 80:16 101:11
  105:16,24 137:4,8
  137:12 139:14,14
**abused** 42:14,17
  94:1,13 95:5,10
  105:3 109:23
  110:20 111:11
  114:12,16,21
  118:17 119:4,15
**abusing** 42:20
  57:18,22
**access** 123:10,11,13
  131:16 132:1,20
  133:10
**accompanied**
  101:16 102:24
**accurate** 11:1,3,19
  11:22 16:6 44:8
  49:15 50:5 147:16
**ACKNOWLED...**
  149:1
**action** 1:2 7:13
  146:13,16
**adapt** 41:15
**adapted** 66:10
**administered**
  125:10
**Administrator**
  2:12 146:23
**afford** 120:13
**afraid** 85:22
**afternoon** 46:10
  47:4 57:4,5 69:25
  70:8 80:1,6,10
  112:15 113:10
  130:18 141:12
**age** 23:13
**agents** 139:19

**ago** 88:6 113:23
**agree** 85:19 135:22
**Air** 77:6,6,8,14,19
  77:24 84:15,22
  87:2,7 93:19,23
  124:25 125:2,4
**al** 7:11
**alcohol** 11:16 35:7
  35:9,11 38:9,11
  108:7,7
**allow** 115:5 116:25
**Alton** 3:15
**America** 135:24
**American** 1:11,12
  4:11 7:20 78:13
**amused** 20:15
**amuses** 20:11
**and-** 3:11
**Andy** 53:3,4,5,8,15
  53:25 54:4,7,14
  54:15 55:1 56:4
  56:19
**Annaïra** 25:10
**answer** 8:21 11:7
  15:6,8,11 20:2,18
  26:8,14,17,18
  43:17 51:22 55:8
  115:24 119:9,16
**answered** 20:4,5,15
  26:10 67:18
  123:21,23
**answering** 44:19
  83:25
**answers** 8:14 11:1
  11:4 16:12,19
  51:3 149:4
**anus** 29:11,23,23
**anybody** 43:9
  99:18,23 100:3
  104:7 116:19,24
  117:4 133:13,19
  134:5
**anymore** 18:19
  19:10 27:4,8
  34:22 79:4
**apologize** 128:12
**appear** 140:12

**APPEARANCES**
  3:1 4:1 5:1
**appears** 12:19
**applies** 1:21
**appreciate** 64:4
  141:10
**appreciated** 139:13
**appropriate** 147:5
**approximately**
  19:2 43:22 44:3,9
  44:12
**area** 27:16,17 28:4
  36:14
**arrested** 33:18
**arrived** 47:8,20
  87:2,7
**ashamed** 29:24
  106:20 112:3
**aside** 134:2,3
**asked** 20:5,6,16,16
  20:19 31:7 83:24
  84:18 119:12
  125:3 140:9,15
**asking** 23:23 43:10
  78:1 115:3 118:13
  124:9,10 128:9,11
**ass** 117:25
**assistance** 120:9
**Association** 1:11
  1:12 4:12 7:20
  78:13
**ate** 47:24 64:9,11
**attached** 127:1
  140:19 147:9
  149:6
**attaching** 127:6
**attempted** 106:24
**attend** 39:15,22,25
  40:3 41:18 43:23
  45:11 55:25 71:13
  103:21 104:23
**attended** 33:25
  34:5,10,16 38:12
  38:15,17,18,21
  42:10,13 44:4
  45:10 46:12 57:16
  57:20 58:1,13

**64:24 71:16,23**
  77:3,15 114:8
**attending** 27:13,18
  27:23 28:6 38:20
  40:8,11,17,22
  41:7,11 42:5,18
  42:23 43:2,4,10
  43:12,21 51:7
  54:21 55:15 57:6
  64:13 78:3,6
**attention** 119:8
**attorney** 144:15
  146:12,14 147:13
**attorney/client**
  15:7
**attorneys** 20:9
  134:4 137:11
  139:9,11,19
  142:10
**August** 9:18,18
  146:18
**average** 67:9 68:21
  68:23 69:1,2,4,6,8
  69:11 80:23 82:19
**aware** 36:9

**B**

**B** 6:11
**Babbitt** 4:13 6:4
  7:17,17 8:25 9:3,7
  10:18,23 12:9
  13:11,17 14:15,19
  14:24 15:10,19
  16:1 17:20 18:12
  20:22,24 23:24
  24:1 26:12,16,18
  29:1 30:7,11,13
  30:16 32:23 33:2
  33:8,23 34:4,9,14
  34:19 37:1,25
  41:17 42:3 43:15
  43:18,20 44:6,7
  44:18 45:16 46:21
  47:7 49:7,11
  50:17,19 51:6
  52:1 53:22,24
  54:6 55:19 58:18

**59:18 60:6 61:12
  62:5 63:2,7 64:22
  66:5 68:13,17,22
  69:20,24 70:4
  72:10,16 75:18,24
  76:13 77:7,13,18
  77:22 79:5 80:5
  82:21 83:19 84:2
  84:3,21 89:8 90:5
  90:20,24 91:12
  92:14,19,24 95:2
  95:8,24 98:1,8
  99:10,22 100:2,19
  100:25 101:2
  103:15 104:6,12
  105:2,12 106:11
  107:23 109:5
  112:6 113:1,3
  115:3 144:15
**back** 15:24 33:6
  45:22 46:10 47:5
  48:2 49:2 50:19
  50:24 51:14 54:17
  54:20 66:10,19
  67:20,21 72:14
  80:3 93:8,9 94:22
  98:6 100:25 101:4
  101:7,13,22
  106:23 107:6,8
  112:5 113:7
  116:13 126:2
  127:8 139:5 140:1
**backing** 132:16,23
**bad** 30:24 86:10
  89:24,25 111:12
  111:13,14,17
  113:22
**bag** 29:24
**banana** 36:15,16
  116:4
**Barcelo** 2:5
**baseball** 135:17
**basketball** 60:25
  70:6 73:18,22
  74:17 136:6
  143:19
**Bates** 6:15 125:19

140:11
**bath** 40:21 47:2
**bathe** 106:7
**bathroom** 49:13,16
    72:9 88:4
**bbabbitt@rc.com**
    4:18
**beach** 86:18,18
    106:7 108:16
    117:25
**Beacon** 3:21
**bear** 29:11
**bed** 86:8
**bedroom** 87:19
    88:7
**beginning** 27:2
    80:12 113:11
**behalf** 8:5,6
**behave** 56:8,17,22
**Bel** 77:6,6,8,14,19
    77:23 84:15,22
    87:2,7 93:19,23
    124:24 125:2,4
**believe** 10:19,22
    11:24 41:24
    104:18 105:4,9
    117:7,8,13 141:2
**believes** 105:13
**bell** 62:25 64:12
**bend** 85:20 88:15
    91:8,17
**best** 8:14 46:15
    51:3 66:25 67:5,9
    82:19
**better** 69:8
**beyond** 66:1
**bible** 105:6,16,17
    105:20,22 115:5
**big** 59:22 63:23
    68:10 74:3 143:16
**birth** 9:17
**bit** 137:22 144:2
**black** 63:15
**bleeding** 86:9
    93:11
**bling-bling** 69:22
**blowing** 85:4

**blue** 19:23 20:25
    46:9 58:23,25
    59:1,3,5,8,11,14
    63:23,23 70:11,19
    70:24 107:11
**boat** 30:12
**body** 89:15 90:16
    91:4
**book** 84:17 115:7
**borders** 39:17
**born** 117:8,13
**borrow** 129:24
**boss** 54:4,5
**bosses** 29:9,21
    30:22,25 31:4,6,8
    114:4
**Boston** 3:7,22 5:15
**bottle** 35:11
**bottom** 88:9
**bought** 97:19,19
**bowing** 29:25
**boys** 33:25 34:5,10
    58:13
**Bradford** 4:13 7:17
**Branford** 4:7
**brazen** 56:7
**break** 32:11,21
    47:12 48:21 54:17
    97:24 98:1 113:3
    115:25 116:7
    138:22
**bring** 73:22 127:16
**Brittany** 76:14,15
    76:16
**broke** 105:4
**broken** 105:9,13
**brother** 24:4,9,13
**brothers** 23:7
    39:15,18,19,20,22
    39:25 40:3 58:7
**brought** 89:10
    102:5 131:1 137:1
    137:8
**bucket** 47:1
**bugging** 56:7
**building** 62:1,8
    68:10

**buildings** 60:11,16
    62:12,16
**built** 68:9
**bus** 102:14,14,15
    102:18,19,22
    103:2 112:7,10,11
**bushes** 85:15,15
    87:24,24
**business** 49:22
    50:14
**butt** 85:18,21 86:18
    88:17 89:18,20
    90:3,8,11,15,18
    91:7,9,13,16,18
    91:23 92:2,7,11
    92:16,20 93:1,7
    106:8,19 108:15
    112:2 135:2
**buy** 35:16 36:24
    38:5 98:16,23
    99:2 100:22
    101:15 129:21,22
    129:23 130:6,10

--------

## C

**C** 5:12 7:1 146:1,1
**calculus** 46:19
**Calixte** 56:4,24
    57:2 103:24 104:3
**call** 22:3 28:16 30:8
    30:9 56:17 134:25
    139:12
**called** 113:14
**calling** 29:10,22
    36:4
**camionette** 28:12
    28:13,25
**cane** 35:14
**Cap-Haïtien** 21:1
    23:18 26:1,3,6
    27:1,10,19 28:1
    28:16 101:25
    102:1,16,23 103:8
**capacity** 119:14
**car** 87:8,9,10 102:9
    102:11,13
**card** 82:15,17

**cards** 135:13
**care** 31:19
**carefully** 123:17
    147:4
**Carnage** 96:16,18
    96:20 97:11
**Carretera** 2:6
**CARRIER** 1:7
    3:18
**carrying** 29:6
**cars** 28:11 29:3
    87:6 137:15,16,21
**Carter** 1:8 4:3 8:3
    55:5,7 72:1,17
    73:2,4,10,13,20
    74:19 75:22
    121:16 122:12,21
    123:9 131:1,15,21
    131:23,24 132:3
    132:12 133:8,22
    134:7 141:14,17
    141:25 142:1,11
    142:20,24 143:2,8
    143:10,20,22,23
    143:25
**case** 17:8 137:1,8
**cases** 1:21
**catechism** 103:25
**caught** 20:12
**cause** 28:4 35:23
    146:8
**caused** 86:13
**Center** 5:14 44:14
**Cerreta** 5:3 6:6
    7:23,24 18:2
    108:25 130:17,19
    133:4,18 134:1,11
**Certain** 6:13 12:6
**certainly** 10:10
    128:11 141:8
**certify** 146:4,11
    149:3
**challenge** 45:20
    47:4,25 48:15
**chance** 71:17
    131:12
**change** 47:9,9

148:3
**changed** 63:22
    112:16
**changes** 149:5
**chapel** 62:6,8 65:19
    77:1 84:4 131:22
**charging** 120:5
**check** 92:18
**chemical** 33:24
**child** 66:25 81:10
    81:11 83:5 95:22
    96:8,12 123:10,12
    123:13 131:11,17
    131:24
**childhood** 86:11
**children** 19:11 22:6
    23:1 24:11,24
    51:11 59:3,7,11
    70:13,14,19,22
    95:23 114:13,16
**Chris** 7:4 37:25
**Christmas** 72:25
    73:14 75:16
    121:15 131:7
    143:11
**Christmastime**
    73:8,11 82:3
    131:3
**Christopher** 5:19
**church** 65:18
**cigarettes** 34:25
    35:1,4
**circumstances**
    117:23
**citizen** 53:17,21
**city** 70:21
**Civil** 1:2 7:12
**clarification** 23:22
    49:6
**clarify** 28:15
**class** 54:20 66:16
    66:23,25 68:4
    69:5,9,10 71:19
    81:5,6,7,9,10,15
    81:17,19,24 82:1
    82:2,6,10,14,20
    82:25 83:2 104:2

**classes** 52:20 60:16
  66:6,21 67:3 68:6
  68:9,10 70:7,22
  103:17,21 104:8
**classmates** 81:7
**clean** 62:23
**clients** 140:23,24
**climb** 138:1
**climbed** 84:25,25
**close** 36:8 86:14
**closed** 17:2 28:1
  31:21 32:8 36:18
  38:10 59:23,25
  71:18 78:9,12,16
  86:19 94:13,16
  96:21 107:15
  108:1 113:16,19
  113:24 119:17,21
  120:1,22 129:2,4
  129:5
**clothes** 47:9,13
  90:6,25 91:1,2
  93:8 98:17,23
  99:2 100:23
  101:15 130:2
**CLR** 2:11 146:3
**coffee** 109:3
**COLE** 4:14
**colleagues** 103:7
**collect** 138:1
**colloquy** 128:4
**come** 11:23 35:11
  45:21 48:2 72:6
  72:23,24 73:1,9
  73:20 75:22 85:12
  85:16 93:14 98:15
  98:17,24 99:3
  124:14 130:3,6,11
  140:1 141:22
  142:24 143:17
**comes** 20:10 30:16
  30:17 56:17 73:16
  106:3 121:12,12
  122:10
**coming** 46:9 99:6
  100:8 139:16,21
**comment** 49:14

**commission** 146:24
  149:17
**commit** 106:23
**committed** 105:25
**Communion** 75:5,8
  75:9,11 103:12,16
  103:18,20,23
  104:17,20 121:13
  121:23 122:7
  125:10
**complete** 67:23
**computer** 88:18
**concentrate** 108:6
  108:22 109:9,11
  109:14 134:18,23
  134:24 135:2,12
  136:7,8 144:22
**concentrated** 120:3
**concentrating**
  134:19 144:18
**concerning** 146:8
**concluded** 44:20
  145:6
**concludes** 145:2
**concrete** 29:6
**confident** 50:4
**CONFIDENTIAL**
  1:23
**CONFIDENTIA...**
  1:23
**confronted** 139:15
**confusing** 11:7
**congratulated**
  82:24
**Connecticut** 1:1
  4:7,16 5:6 7:12
  146:4
**CONROY** 3:13
**considered** 114:14
**Consolidated** 1:3
**construction** 29:5,8
  29:18 30:20 31:2
  31:7 106:15,15
  107:12 114:1
  115:9
**contained** 16:6
**continue** 49:25

  50:3,16 120:2
**Continued** 4:1 5:1
**control** 58:16 64:3
  110:11,12
**controlling** 56:6
**conversations**
  122:25
**cooks** 57:3
**copies** 127:9,17
  140:23
**cork** 86:19,19
  106:8,18 108:15
  112:2 117:25
  135:1
**corn** 29:24
**correct** 16:8,10,13
  16:20,21 20:21
  44:21 45:5,7,9
  51:9 64:15,18
  67:14 83:3 141:17
  142:17 144:9,16
  149:4
**corrections** 147:4,6
  149:5
**correctly** 20:15
**cost** 35:15 37:2,7
  37:11 38:4
**Coughlin** 5:19 7:4
**counsel** 7:15
  146:14
**count** 58:17 59:17
  72:5 73:24
**country** 30:10
**countryside** 23:17
**Coupet** 5:22 51:1
**court** 1:1 3:14 7:12
  8:8 147:16
**crazy** 27:7
**created** 10:21
  86:13
**credit** 129:21,22
**Creole** 9:24 10:1,3
  17:24,25 28:21
  29:13 40:24 41:8
  41:9,12,14,19
  49:19 51:19,21
  52:2 65:4 72:20

  72:20 75:1 122:19
  132:4,5 142:2
  143:23
**crossed** 84:23
**crying** 85:22,23
  91:19 140:3
**culturally** 50:7
**cup** 38:4,5
**currently** 135:3
**cut** 33:24
**Cyrus** 14:1,2 17:6
  17:8 95:25 96:2,4
  96:7,9,10,14,25
  97:21 98:9,11,15
  98:18,21,22 99:8
  99:9,19 100:12,15
  101:3,4,6,8,9,17
  101:20 102:2,4,4
  102:19,25 103:9
  112:12,13

---

**D**

**D** 7:1
**dad** 25:24 27:22
  28:8
**dance** 47:4,24
  48:14,14
**dancing** 51:12
**dark** 63:23
**date** 7:6 9:17 12:16
  12:17 147:9 149:8
**dawn** 45:25
**day** 5:4 17:7,8
  25:25 29:7 30:23
  30:24 31:1 35:19
  36:1,21 37:14,18
  45:11,13,15 46:13
  46:23 52:19,24
  54:7 56:17 57:8
  58:19,22 59:15
  62:20 63:8 69:16
  69:19 71:1 73:3
  84:6 86:9 89:23
  89:24 93:24 97:9
  106:20 109:22
  111:24 112:3
  131:22 134:16

  143:13 146:5,18
  149:16
**days** 9:3 137:17,18
  137:18 147:13
**Daytime** 84:8
**debts** 97:20 129:19
  129:20
**December** 72:25
  73:6,8 75:16
  121:15 143:10
**deemed** 147:16
**DEFENDANT**
  3:18 4:3,11 5:2,10
**Defendants** 1:15
  7:11 15:3
**Defendants'** 6:13
  12:6
**defense** 49:23
**departed** 93:17
**deponent** 7:14
  149:1
**deposing** 147:12
**deposition** 1:23 2:1
  7:8 49:15 80:12
  100:10,13 126:21
  127:11 136:23
  139:13,20 144:9
  145:3,5 147:3,10
  147:14,15
**depositions** 127:19
**describe** 143:25
**described** 87:18
**DESCRIPTION**
  6:12
**details** 15:18 28:20
**Diala** 21:11,12 22:6
  22:19,21,23
**different** 20:11
  51:18 63:20 88:10
  123:24 135:23
  137:6
**difficulties** 144:17
**direct** 9:6 119:8
**direction** 146:10
**directly** 51:23
**dirty** 105:5,21
**discussion** 15:23

128:9 137:24
disgusting 105:5,21
distance 64:2,4,4
  77:25
distribute 73:7
distributing 75:15
District 1:1,1 7:11
  7:12
divided 70:10
doctor 31:12,15,17
  31:20 94:2,8
  110:1,14,17
document 1:21
  14:15,17 125:14
  126:18
documents 140:10
  140:16 141:5
DOE 1:13,13,13,13
  1:14,14,14
doing 11:11 20:12
  49:17,18 50:11
  72:21 79:1 85:19
  85:24 110:22
  121:11,24 122:5
  143:9 147:8
dollars 97:22 99:16
Dominican 2:7 7:9
  49:21 136:11
door 85:12,13,16
  87:18,19,25 88:1
  88:2,3,8 93:13,14
doubt 49:24 50:2
  50:15
Doug 42:14,19
  57:17,21 61:23
  62:2 80:15 105:24
  137:12 143:3
Douglas 1:7 7:10
  27:14 29:10,22
  35:22,22 36:4
  42:17 54:2,2,5,22
  54:24 61:5,10,13
  61:20 66:24 77:4
  77:9,12,15 80:21
  81:13 83:3,4,11
  84:14,16 85:2,5,6
  86:10,10,25 87:4

87:11 88:3 89:4,9
  89:24,25 90:1
  92:15,20 93:16,24
  94:1,10,11,13,14
  94:17,19 95:4,10
  95:13,16 96:1,6
  96:17 105:3
  108:12,19 109:7
  109:17,21,23
  110:16,19,22
  111:10,15 114:11
  114:17 117:17
  118:3,15 122:1,11
  122:11,20,23
  123:3,4,6,19
  124:6,10,11,14,18
  124:22 125:2
  131:23 132:6,6,11
  132:17 133:1,5,23
  134:8,17,23
  137:12 139:14
  142:21,25 143:12
Douglas's 86:17
  106:6,18 108:15
  111:25 113:14
  117:24 135:1
downtown 102:16
dream 111:18
dreams 111:12,13
  111:14,17 120:3
dressed 93:5
drink 35:7,9,17,19
  35:23,24 36:21,23
  37:13,16,17 38:11
  108:7
drinking 38:8
driver 137:25
  138:2
driving 27:7
drop 85:17 89:17
  90:7
drug 34:23
drugs 11:14 34:11
  34:16,20,24 35:2
drunk 11:16
duly 8:13,18 51:2
  146:6

| **E** |
E 1:7,8 3:18 4:3
  6:11 7:1,1 146:1,1
  148:1
e-mail 6:15 17:11
  50:12 125:19
earlier 115:3
  130:20 134:13
  141:13,16 144:14
early 57:2
earn 119:14
earning 119:13
earthquake 94:23
  95:3 96:23,24
  107:20,25
easily 57:12
East 4:6
eat 47:3,4,23 48:1
  51:9,12 52:20
  62:25 69:15,23
  71:4
eating 45:21 53:1
  70:12,20
Eddy 23:10,11,14
  24:4,9,18
educate 120:21
education 40:20
  41:22,25 57:12,14
  119:18,22 120:6
  120:10
efforts 68:20 69:1
either 39:22,25
  40:3 119:24
  120:18
ejaculate 92:20
Elysée 5:25 49:16
Emile 136:21,22,25
  137:7 144:8
employed 146:12
  146:15
employee 61:2
  146:14
employer 141:7
encourage 123:8
  143:15
England 1:9 5:11

8:1 78:17,21
English 9:20,22
  28:22 29:13 30:5
  123:1 124:13,20
  142:3,7,17
enter 61:23
entered 66:8 89:6
entire 81:6,10
  143:12
entirely 20:11
episode 107:16,19
errata 147:6,9,12
  149:6
especially 72:24
ESQ 3:3,4,12,19
  4:4,13 5:3,12
estimate 46:15,18
et 7:10
etcetera 130:6
everyday 35:24
exactly 20:5
exam 64:18 67:17
  67:19 71:9,11
  104:19
examination 6:2
  9:6 146:9
examined 8:18
exams 66:6,13
Excellent 16:22
Excuse 24:19 126:9
exhibit 12:3,4
  14:10,12,14,16,21
  15:2 16:2,3,6,7,12
  16:19 44:2 119:9
  125:18,23 127:6
  127:11
experience 105:19
expires 146:24
  149:17
explain 14:13 39:6
  137:22
explained 39:7
  84:14,18 85:7
  94:9 96:9 125:3,6
explanation 28:23
extent 15:6 140:14
  140:17,21

| **F** |
F 146:1
face 95:22
fact 114:22 119:15
fag 86:17 106:18
  112:1 115:18
  116:2 117:20,24
  135:1
faggot 29:10,22
  36:4
faggots 31:10
  115:11
fags 106:19 114:14
  115:14 117:17
fail 147:14
Fair 26:16 28:25
  113:1
Fairfield 1:8 5:2
  7:24 73:3 121:18
  122:13,21 123:11
  123:14 130:19,21
  131:6,12,16 132:1
  132:9,12,14,16,17
  132:18,21,22,23
  133:2,6,7,11,13
  133:20,24 134:6,8
  143:14
fall 82:5
familiar 32:2 65:10
families 70:14,15
family 21:4
Fania 65:2
far 16:11,18 63:25
  70:15 77:23
  118:22 119:2
father 1:7 21:4,5
  25:11 26:21 58:2
  73:2,5 74:22,23
  75:5,6,14 121:2,2
  121:13,15 122:1,2
  122:12,18,20
  124:8,13,23
  130:25 131:15,21
  133:23 134:7
  138:16,20 143:12
father's 25:13

**fed** 40:9,13 57:7
**feed** 41:22
**feel** 37:15 105:6
  106:9 107:18
  108:5,22 115:16
  117:19 118:4,16
  118:23 119:3
**feeling** 109:24
**feet** 46:4,9 99:3
  101:16
**fellow** 126:12
**felt** 93:10 107:4
  115:4 119:13
**fend** 71:21
**fevers** 31:18
**field** 60:24,25
**figure** 127:5
**filed** 1:22
**fill** 28:20
**financially** 146:15
**find** 39:5 57:11,14
  70:24,25 96:10,11
  107:3 120:9
  137:25
**fingers** 86:24
**finish** 32:13,24
  38:5 45:21 47:2
  119:18,21 132:19
  133:9,10 138:23
**finished** 53:1
  131:15
**finishes** 131:24
**first** 6:13 8:18 12:6
  31:1 32:19 38:8
  38:14 44:13 46:22
  46:25 63:14 64:14
  65:1 66:11,13,20
  66:24 67:4,8,14
  67:17,20,22,24
  68:11 75:9,11
  80:18 81:7,11,12
  81:21,23 82:1,2,6
  82:10,10,12,14,25
  83:1,5 87:19 88:8
  90:25 91:1 96:15
  97:5,9,9 100:16
  103:12,16,18,20

103:23 104:17
  106:12,14 110:24
  111:1,5 119:16
  121:13,22 122:7
  125:10 126:2,7
**five** 1:14 21:7,8
  97:25 103:8
  125:24 128:10
**flashback** 111:2
**flashbacks** 110:19
  111:4
**Floor** 3:6,21
**Folkman** 3:19 6:5
  7:21,22 30:12
  50:18 113:9,11
  115:1,21,23 116:6
  116:15 117:12
  118:1,10,14 119:1
  119:7 120:11,19
  122:14 123:15,23
  124:2 125:21
  126:7,12,17,23
  127:2,10,15,20,23
  127:25 128:3,13
  128:21 129:15,17
  130:7,14 140:9,20
  141:2,5
**follow** 140:24
**follows** 8:15,19
  51:4
**food** 40:21 47:20
  57:3,3,12,14
  97:19,19 98:16,24
  99:3 120:10
  129:22 130:6
**foot** 46:11
**football** 60:24
  135:17
**force** 86:1 91:3
  117:16
**forced** 86:3 89:19
  89:21 90:9,13
  91:9,17,21 117:17
  117:17
**foregoing** 149:3
**form** 9:1 15:15
  140:12 149:5

**formal** 140:25
**found** 85:1,5 89:25
  96:2,8
**FOUR** 1:13
**free** 120:21
**French** 49:19 65:23
  65:24 66:1
**Friday** 1:24
**friend** 76:10,20
**friends** 43:8
**front** 14:16 37:9
  91:24 119:10
  144:6
**full** 99:11
**fun** 20:3
**Fund** 1:8 78:4,7,10
**furniture** 88:14
**further** 1:23
  144:24 146:11
**fused** 68:9

---

## G

**G** 3:12 7:1
**gallon** 35:14,15
  37:2
**gallons** 36:20,23
**games** 48:13
**GARABEDIAN**
  3:3,5
**garabedianlaw@...**
  3:9
**garden** 61:1
**gardens** 61:3
**Gary** 95:18 126:5
  128:16,22 129:10
  129:10,11,12
**gate** 59:21,22,23
  60:3 85:1,1
**gathered** 131:22
**Geffrard** 104:1,23
**genitals** 109:20
  110:13
**Gervil** 1:3,4 7:10
**getting** 115:20
**gift** 73:7 80:22 81:3
  81:11 83:2,6,8
  84:14,20,20 85:9

85:10 89:13
**gifts** 75:15 83:10
**Giovanni** 65:1
**girlfriend** 18:17,18
  19:1 134:21 135:4
  135:10,21 144:19
**give** 11:18,21 13:5
  15:17 20:2 29:6
  31:10 40:14 46:18
  48:19 52:22 73:1
  73:5 81:3 86:21
  89:12 97:6,8
  106:19 109:11
  115:9,10,14
  121:17 138:2
  143:11,13
**given** 96:25 97:2
  149:4
**gives** 57:3 136:7
**giving** 83:10 84:13
  86:12 97:13
  100:20 107:4
  120:9 121:20,21
  122:5,6
**glass** 37:8,10,18,21
  38:3
**go** 15:19 22:1,12,15
  22:17,18 27:5,15
  33:1,1 36:10
  42:21 44:15 45:19
  45:21,23 46:1,10
  47:1,3,5,12 48:2
  48:19 50:19 51:13
  51:14 52:16 54:17
  54:19,20 55:24
  56:9,12,14,18
  57:13 59:4,8
  61:20 62:21,25
  65:19 66:19 67:20
  69:8,9 70:13 72:8
  77:1 79:5 83:7
  84:6,14 86:8,16
  86:17,18,20,23
  87:23 88:10 89:12
  93:12 94:1 96:14
  102:15,17 104:18
  104:23 106:5,7

108:14,16,25
  109:10 112:1
  114:18 115:17
  117:23,24 118:20
  120:13 125:2
  131:12 132:20
  133:11 134:25
  143:15
**God** 10:15,19,21
  65:18 105:8
**God's** 105:4,7,12
  115:4,7
**going** 8:25 10:24
  12:2 15:21 24:3
  25:8 33:3 36:11
  37:5,6 39:4 41:15
  43:7,8,9,12 48:24
  49:13,25,25 50:12
  50:21 72:11 79:6
  81:2,3 86:2,4
  89:22 91:10,21
  93:10 98:3 103:5
  106:21,25 113:4
  114:7,10 116:10
  118:6 123:20
  125:22 126:15,21
  126:25 127:5,8,12
  128:2 129:15
  139:2,24,25 140:4
  140:4,5,18 144:25
  145:3
**Golkow** 7:5
**good** 7:21,23,25 8:2
  8:24 9:8 10:2,4
  11:11 50:5 68:8
  68:14,21,21 69:1
  69:12 73:17,21
  77:25 80:6 86:25
  101:9 113:10
  130:18 141:12
  143:18
**gotten** 100:6
**gourdes** 28:11,17
  29:6 36:24,24,25
  37:3,3,3,7,11 86:7
  93:4 137:16
**Government** 95:16

gown 75:6
grade 21:24 64:14
  64:18 67:14,17,20
  67:22,24 68:1,4
  71:6,6 81:19
grades 64:17 66:21
  67:1,2,5,6,10 68:5
  68:5 69:12 81:23
  82:8
grammar 52:6
  65:23 66:2
group 70:11,11
  73:17
groups 70:10
growing 85:15
Guens 9:13,14
guess 50:19
guy 53:19,23
  128:18,19

H

H 6:11
hair 144:4
Haiti 1:8 18:7
  19:19,22 21:1
  22:3,4 50:7 78:4,7
  78:10 94:24 98:15
  112:10 115:15
  116:19,24 117:3
Haitian 48:7,9
  53:16,23 95:10,13
  118:22 119:2
  125:12,13
half 19:3 85:1
hand 85:11 90:16
  125:22 129:16
  146:18
hands 84:18 90:21
HANLY 3:13
happen 31:1 74:5,6
  80:18 107:16,19
  108:4 113:22
happened 95:4
  111:6,7
happening 56:16
  109:10
happens 113:15

hard 123:9,12
  131:11
Hartford 4:16 5:6
he'll 28:23 109:2
head 26:8 29:25
  30:2 106:20
headaches 31:18
hear 12:25 24:20
  51:24 78:9 88:23
  89:1 106:9 143:2
heard 32:5 39:8
  57:21,23 78:4,7
  78:11,13,16 95:19
  116:19,24 117:4
  123:3
heart 71:16,24
  101:9,9 144:3
held 2:3 7:8 60:17
  106:23 107:6,8
  112:4
Hello 134:13
help 41:21 42:8
  71:20 96:9 97:20
  120:9
helped 96:11
  137:25
helpless 109:15
hereinbefore 146:6
hereto 146:15
hereunto 146:17
high 22:3 69:4
higher 51:25 69:8
highest 71:6 80:22
  81:19
Hills 19:23 20:25
  46:9 58:24 59:1,1
  59:3,5,8,11,14
  70:19,24 107:11
history 65:13
hold 30:9 37:21
  38:3 83:22 108:24
  109:1
holding 109:19
holds 38:1
home 27:20 28:7
  46:7 48:20 58:2
  64:6 70:13 93:21

homosexual 117:8
  117:9
homosexuality
  115:5
homosexuals
  115:16 116:16
  117:14,15
hope 1:7 4:3 8:3
  86:15 94:21 120:4
  141:14
hopeless 109:14,14
hospital 33:16
Hospitaller 1:10
  7:18
hotel 13:2,3,5,8,10
  13:12,15 14:4
  19:17,19 112:8
  136:15,18
house 19:5 25:23
  26:20 58:8 87:3,7
  88:23 93:10,12,16
  93:18
hunchback 144:2
hurt 46:4,9 110:13
hurting 92:5,8

I

identification 12:8
  125:20
identify 7:15
IDs 140:23
Ilguens 1:23 2:1
  6:3,13 7:14 8:17
  9:10,11 12:5
  141:12 145:3
  149:8
Illinois 3:15
immediately 93:5
imperative 147:11
important 122:3,13
  122:22 123:7
  124:8,15,23
  132:10,13,15,18
  133:2,8,24 134:8
incident 30:21,25
included 140:16
Incorporated 7:20

INDEX 6:1
indicated 144:15
indicating 126:13
  128:17
injured 118:3,9,16
inside 19:5 83:15
  83:16,18,20,21
  85:2 87:25 88:6
  88:12 89:20
  114:14 121:5,9
  137:13 141:18
instructing 15:8
INSTRUCTIONS
  147:1
intend 128:4
interested 146:16
internship 79:2,2
interpret 17:25
  26:13
interpretation
  49:19
interpreted 16:9
interpreter 5:21
  8:10 11:10 23:21
  23:21 29:12 30:3
  37:9 49:5 112:15
  112:17,20 113:4
interpreters 13:23
  13:25 14:9 112:16
Interrogatories
  6:14 12:7 44:1
interrupt 19:24
Interruption 109:3
interviewed 95:12
  95:15
introduced 134:13
invades 15:7
involved 41:1
issue 32:25

J

J 3:19
Jalande 21:11
  22:12,18,22,24,25
  23:1
jcerreta@daypit...
  5:8

Jean 1:23 2:1 5:25
  6:3 7:14 8:17
  9:10,11 21:11,11
  21:12 22:6,12,18
  22:19,21,21,23,24
  22:25 23:1,10,10
  23:11,14 24:9,13
  24:16,22 25:1,14
  95:18 116:16
  126:5 127:11
  128:16,22 129:9
  129:10,11,12
  144:8 145:3 149:8
Jean's 6:13 12:5
Jeff 8:2 141:13
JEFFREY 4:4
Jerusalem 1:10
  7:19
Jeslyn 18:22,23,24
  19:1
Jessica 76:5,6,8,10
Jesuits 78:23
Jesus 1:9 5:10 8:1
  78:17,20,25
jkennedy@mwll...
  4:9
job 11:11 22:8,10
  23:3,5,20 24:5,7
  25:1,3,15,17,19
  25:21 28:10 29:7
  29:20 31:4,7 50:1
  50:13 53:13 60:2
  106:19 114:1,4
  115:10
jobs 29:2 31:10
  115:10
John 1:10,12,13,13
  1:13,14,14,14 5:3
  7:19,23 24:4,18
  130:18
Jonas 23:10 24:13
  24:16,22 25:1
Joseph 5:21 8:12
  16:24 17:1
Jouissaint 13:2
July 1:24 7:6 145:3
  146:5

**June** 74:8,9
**Junie** 103:21,24
  104:2
**justice** 96:10

---

**K**

**keep** 24:2 51:24
  126:18
**keeps** 83:25
**Kendrick's** 141:6
**Kennedy** 4:4 6:8
  8:2,3 141:11,13
  142:15 143:24
  144:23
**kept** 36:3,13 59:23
  59:24
**khaki** 63:16,19
**kids** 46:20 136:13
**kill** 30:19 86:21,22
  106:4,9,24 108:2
  108:6,8,17
**killing** 30:1 105:23
  106:13
**kind** 22:3 28:15
  35:9 47:20 48:13
  50:6 63:17 94:6
  110:7,7
**KING** 3:20
**kiss** 90:1
**kleren** 35:10,17,24
  36:20
**km** 2:6
**knew** 36:2 41:4
  42:21 43:9 45:5
  71:22 76:16,25
  78:18 83:2 86:10
  89:23 114:8
**Knight** 5:12 6:7
  7:25 8:1 134:12
  134:14 135:7
  136:1 138:3,24
  139:7 140:6,8
**knock** 59:25
**know** 16:11,19 20:9
  21:20 23:13 26:9
  26:15 29:14 33:25
  34:3,8,10,13,15

34:18 35:16 36:5
36:7 38:18,21
39:1,7 40:9,12,17
40:23 41:2,6,10
41:23 42:11,16,24
43:3,6,7,11 46:14
50:1,7,13 53:3,4,5
54:22,23 55:5
56:3,15 57:7
58:16 59:10 60:21
60:23 66:15,18
68:18 70:24 74:18
74:18 75:6 76:5,6
76:7,15,22,23,24
77:4,8,11,14,17
77:25 78:8,15
81:13,16 89:6
92:22 94:10 95:18
95:22 97:20 98:20
98:21 99:5,12,12
99:18,21,23 100:1
100:18 103:2,5
107:2,8,9 110:10
111:23 112:9
114:4,11,21
115:15 116:7,16
116:17,17 118:22
119:2 120:20
123:1 127:3,4
128:5,19 129:1,9
133:1 140:25
143:5 144:11
**knowledge** 50:10
  146:7
**knows** 18:9

---

**L**

**landscaping** 61:2
**language** 16:3 41:9
  41:14,16
**laugh** 20:1,13,18
**laughing** 20:3,6,7,8
  20:20 29:9 30:22
  31:9 106:16
  111:25 115:13
**law** 3:5 105:4,7,8
  105:12 115:4

117:2
**lawsuit** 15:4
**lawyer** 7:22 15:17
  15:17 49:23 96:3
  96:11 113:12
  119:10 130:19
**LAWYER'S** 150:1
**lawyers** 11:1 13:20
  13:22,24 14:8
  49:23 96:3 139:22
**learn** 41:19 52:4
  70:25 105:8,10,18
  131:17,25 132:1
**learned** 52:11
  82:13
**leave** 27:16,17
  51:13 52:23 53:2
  70:12,21 71:1
  93:16
**leaving** 93:19 134:3
**Lecenat** 104:1,23
**led** 88:3
**left** 52:22 53:12
  84:24 93:17 112:9
**lessened** 119:15
**lessons** 70:23,25,25
**let's** 15:19 26:10
  79:5 89:12 138:23
**letters** 31:24
**License** 146:22
**life** 120:3 139:15
**light** 63:23
**LINE** 148:3 150:2
**list** 56:9,11,14
  57:25
**listen** 123:17
**literal** 20:16
**little** 26:5 51:11,25
  81:3 85:12,14
  87:23,25 104:19
  121:18 122:25
  130:24 131:5
  137:22 139:1
  143:13 144:2,4,5
**live** 19:4,6,13,14,20
  19:22 20:25 23:16
  24:16,18 25:5

26:21 28:7 36:8
58:23,25 64:1
**lived** 18:6 25:23
  58:2 59:1,3,5,14
  77:4,8,12,14
**lives** 21:3
**living** 20:14 27:21
  36:14 49:20 58:4
  58:7 59:7,11
**lknight@sloane...**
  5:17
**LLC** 4:5
**LLP** 4:14 5:4,13
**lobby** 13:7
**long** 18:7,25,25
  25:23 27:6 30:20
  36:12 43:23 46:2
  46:6 64:5 74:3
  92:10,15 102:6,8
  102:9 107:15
**look** 12:10,11 14:23
  29:20 30:4,5 44:1
  51:23,25 63:17,19
  78:2 106:14
  111:21 126:1,3
  127:11
**looked** 14:25 49:14
  85:2
**looking** 11:3 16:2
  56:5 87:14 117:1
  128:14 141:1
**lot** 35:8 46:4,5,14
  46:19 51:18 58:17
  68:20,25 72:6
  73:25 76:18 85:4
  95:23 104:15
  108:7 113:13
  120:2 140:4,5
**loud** 8:22
**louder** 10:8
**Louis** 1:3,4 7:10
**lower** 109:16
**lowered** 106:20
**Lozier** 76:5
**LSR** 2:11 146:2
**Lu** 3:4 8:6
**lunch** 71:2

**Luperón** 2:6
**lxia@garabedian...**
  3:10
**Lycee** 22:3,4,5
**Lydia** 5:12 7:25
  134:14

---

**M**

**Madame** 55:5,7
  56:4,24 72:1,17
  73:1,4,10,13,20
  74:18 75:22
  103:21,24,24
  104:2,2 121:16
  122:12,20 123:9
  130:25 131:15,21
  131:22,24 132:3
  132:12 133:8,22
  134:7 141:16,25
  142:1,11,20,24
  143:2,7,10,20,22
  143:23,25
**Main** 4:6
**making** 20:3
**Malta** 1:11,12 4:11
  7:20 78:14
**man** 119:4
**Margarette** 16:24
  17:1 56:4
**Margarita** 52:9,15
  52:17 56:4 66:15
**marijuana** 35:5
**mark** 125:14
  127:18
**marked** 12:3,7
  125:20,22
**marking** 126:20
  128:10
**married** 18:13,15
  24:9,22 25:11,12
  135:24
**masisi** 118:17
  119:4
**mason** 111:24
**masons** 106:16
  114:2
**Massachusetts** 3:7

3:22 5:15
**math** 65:6
**Mathematics** 52:6
**Mathieu** 98:16,18
98:20,22,25 99:1
99:5,9,13,15,24
100:4,7,9,20
101:12,13,21,22
101:24 102:22,24
103:1 112:10
129:19 130:1,5
**Mathieu's** 99:11
**matter** 7:9
**matters** 146:8
**Maureen** 2:11 8:9
129:15 146:2,22
**McLean** 76:14
**meal** 47:19 48:17
48:19 51:9 52:20
52:22 64:10 69:15
84:10
**meals** 40:13,15
41:25 57:8
**mean** 20:10 112:20
119:25 132:23
137:21
**Meaning** 117:4
**meant** 50:8
**medical** 33:12 94:6
110:6
**medicine** 11:12
**meet** 96:18 101:19
135:9,10,11
**meeting** 139:10
**men** 116:20,21,25
117:1
**mentioned** 62:13
130:20
**message** 17:21
18:10
**messages** 17:15,17
17:24 18:3,4
**messed** 36:15
**met** 55:6 96:16,19
97:9,10 102:2
141:12
**Michael** 3:12 8:4

**midday** 45:21 84:9
**middle** 69:15,18
**Mike** 8:25 118:11
**MILANO** 4:5
**Military** 1:9 7:18
**mind** 23:23 30:6
49:9 106:3 111:20
115:21
**minute** 15:20 19:25
**minutes** 97:25
**missing** 49:14
**MITCHELL** 3:3,5
**mom** 25:24 27:3,21
28:7
**moment** 137:23
**money** 37:5 96:25
97:2,3,6,8,10,14
97:15,16,18 98:10
98:12,18,21,25
99:2,15,15,18,23
100:4,6,16,21,22
101:8,15 119:14
129:19 130:5,9
132:24 137:14
138:1,2,2
**month** 73:6 74:7,14
121:15 143:10
**morning** 7:21,23
7:25 8:2 9:8
45:19,19,23,25
47:21 57:1 62:23
63:3 112:16,18
141:13
**mother** 21:4,5 25:5
25:19 26:21 27:3
51:21 58:2 140:3
**move** 26:11
**moved** 26:1,2,5
**mstewart@simm...**
3:16
**MURPHY** 3:20
**music** 48:14 88:20

**N**

**N** 7:1
**name** 7:4 9:9,10
12:19 18:21 22:2

22:4,16 25:7,9,13
39:11 43:9 52:7
53:6,7 56:9,11,14
56:18 57:25 60:9
71:24 78:7,10
95:19 99:11,12
107:9 113:11
128:5,23 129:9,10
129:13 130:18
134:14
**named** 53:5 146:6
**names** 21:9 23:9
43:11 59:10 74:15
75:25
**NATALIE** 51:1
**Nathalie** 5:22
51:23 116:8
**National** 95:10,13
**Nationally** 50:7
**necessary** 147:4
**need** 10:25 15:11
28:18,22 37:4,5
41:21 42:8 48:21
115:21 127:4,5
138:22
**needed** 130:3,11
**needs** 32:22 72:8
113:2
**neighborhood** 21:1
36:8 107:10
**neither** 146:11
**never** 33:11 45:15
55:1,7 57:23
61:25 71:16,23
78:11,22 94:9
109:8 110:17
111:20 117:4
120:24 121:1,7
122:18 124:16
129:2,6 141:16
142:1 143:22
**New** 1:9 5:11 8:1
78:17,21
**nice** 56:8,8 143:20
**Nick** 76:22
**nickname** 9:15
**nicknames** 9:12

**night** 33:15 86:9
93:10 111:18
**nightmares** 111:10
**nine** 88:5
**nodding** 26:8,14
**noon** 47:12 48:1,3
51:8,12
**normal** 55:23
**normally** 127:13
127:16
**north** 23:19
**Notary** 146:3,24
149:19
**noted** 149:6
**NOTES** 150:1
**noticed** 66:10 86:9
**number** 7:13 12:4
44:13,20,23 46:16
82:19 119:9
125:18 126:2,24
**nurse** 33:10,11
94:4 110:4,14

**O**

**O** 7:1
**o'clock** 47:16 48:16
**O'Connor** 2:11
146:2,22
**oath** 10:6,12 80:7
80:11
**object** 15:15 118:6
123:20
**objection** 10:16,20
13:9,14 14:18,22
15:5 17:18,22
34:2,7,12,17
36:22 41:13 42:1
45:14 46:17,24
53:18 55:17 58:15
59:16 60:4 61:9
62:3,22 63:5
64:20 66:3 68:7
68:15,19 69:17
70:2 75:13,21
76:11 77:5,10,20
82:18,23 83:17,22
84:11 89:5 90:2

90:17,23 91:5
92:12,17,21 95:1
95:6,20 98:19
99:7,20,25 100:17
103:13 104:4,9,25
106:1 107:21
111:22 114:24
117:10,21 118:24
119:5 120:7,15
122:9 123:5 124:1
130:4 132:25
133:21 135:5
142:13 143:21
**objections** 9:1
**Obviously** 83:23
**occur** 107:20
**occurred** 30:21
**offered** 86:6 93:3
**office** 61:6,7,8,11
61:14,16,17,19,21
61:24 62:2
**OFFICES** 3:5
**official** 41:9
**oh** 63:17 83:18
**okay** 9:17 10:24
13:1 15:1 20:23
21:9,16 30:7
33:15 37:20 38:7
40:16 43:19 44:1
48:23 49:7,12
50:17,18 51:24,25
52:7 53:22,25
55:2,10 61:5
62:16 71:5 72:10
78:12 81:13 85:20
89:19 90:9 109:4
115:23 116:1,7
121:10,20 122:4
123:17 124:5,9,16
124:21,24 125:9
127:15,25 128:14
129:7,14,25
130:14 132:8
135:25 138:25
141:4,9,20,24
142:9,23 143:7
**old** 23:11 26:2

**older** 21:12,15,17
21:17,20,21 22:21
22:23,24 23:12,14
24:13
**oldest** 23:15
**once** 38:1 73:3
77:21 80:17 119:3
131:14 135:24
**open** 59:24 60:1,3
85:1
**Order** 1:10,12 4:11
7:19 78:14
**original** 147:12
**Oui** 60:5
**outage** 100:24
101:1
**outside** 61:25 71:10
71:14 87:3,6
93:18

**P**

**P** 7:1
**p.m** 53:1 54:17
69:22 70:11,20
71:3
**page** 6:2,12 12:10
12:11,12,14,16,20
12:23 126:2,4,8
128:15 148:3
150:2
**pages** 126:16
128:10 149:4
**paid** 112:7
**pain** 109:16,20,25
110:2,4,7
**paint** 33:20,22,24
34:1,6
**pants** 63:16,24
85:17 89:17 90:7
144:3
**paper** 13:6,16,19
14:3,7 16:10,16
125:25
**paragraph** 14:13
**parents** 39:9 41:20
42:7 119:24
120:17 139:23

**parked** 87:6
**part** 23:18,19 32:7
32:14,17 39:15
40:4 78:20 90:16
91:3 103:5 118:2
118:8,15 119:16
**participate** 103:17
104:16
**parties** 146:13,15
**pass** 32:19 40:6
67:16,17 71:9
104:20
**passing** 35:21 36:3
36:10
**Paul** 1:7 3:18 55:11
55:12 73:2,5
74:20,23,23,25
75:2,5,12,14
120:24 121:2,2,10
121:13,15 122:1,2
122:5,12,15,17,19
122:20,24 123:3,4
123:19 124:6,8,11
124:13,17,23
125:9 130:25
131:15,21 133:23
134:7 138:5,9,16
138:20 141:6
143:12
**Paul's** 7:22 113:12
**pause** 130:16 139:1
**pay** 97:20 101:4,6
101:13,22 129:19
**peas** 61:4
**pee** 109:19,21
110:12 113:2
**peels** 36:15,16
**penis** 85:18,21
88:16 89:18,20
90:4,8,10,15,19
91:7,8,16,18,24
92:2,6,10,16,25
93:6
**people** 20:1 35:21
36:1,5,7 48:8
54:12 55:3,23
56:8 57:3 70:21

75:19 76:1 101:10
108:14 114:20
115:8,15 117:7,13
118:23 119:3
123:7,8 136:11
138:1
**Pere** 7:22 55:11,12
74:20,25 75:2,12
113:11 120:24
121:10 122:5,15
122:17,24 123:3,4
123:19 124:6,11
124:17 125:9
138:5,9
**period** 44:3
**Perlitz** 1:7 7:10
42:14,19 54:22,24
57:17,21 61:5
62:2 80:15,21
81:13 105:3,25
108:19 110:20
111:11 114:11,17
118:3,16 143:3
**Perlitz's** 61:20,23
**person** 53:16,21
57:11,11 61:13
80:22 86:5,10
89:24,25 107:9
118:20 126:15
146:6
**person's** 18:21 60:9
**personal** 105:19
**phone** 17:13
**photo** 125:16,16
128:6
**photocopy** 127:2
**photograph** 128:15
**phrase** 142:10
**physically** 144:1
**picture** 126:4,7
**pictures** 140:22,24
**Pierre** 25:10 32:3,5
95:22 119:17
144:8
**Pierre-Louis** 5:25
**pink** 110:9,15
**PITNEY** 5:4

**place** 14:6 30:16
40:18 107:3
**Plaintiff** 1:5 3:2
6:13 8:5,7 12:5
**Plaintiffs** 137:4
**Plaisance** 23:17
24:17
**plan** 127:7
**plant** 61:3
**Plata** 2:5,6 7:9
102:10,18,20,25
103:3
**play** 47:4 48:1,3,13
48:14 51:8,10
70:3,5 73:18
74:16 135:13
136:6 143:18,19
**played** 73:22
**playing** 88:20
**Plaza** 5:14
**please** 7:15 11:5,7
12:11 23:23 24:2
26:9 49:9 61:22
62:15 67:12 68:24
73:12 80:8 92:13
97:25 103:19
107:22 116:22
117:11 123:17
126:1 133:16
137:5 138:8 139:1
147:3,8
**poet** 76:25
**point** 119:11
**pointing** 37:8 86:24
**Polemon** 25:14
**police** 63:19 95:10
95:13
**Pollard** 2:11 8:9
146:2,22
**portion** 37:6
**posed** 15:3
**possibility** 39:9
41:21 42:7 71:20
119:23,24 120:17
120:18
**potatoes** 61:4
**pouch** 144:5

**power** 100:24
101:1
**PPT** 17:2 28:1
31:14,16,21,25
32:16,17 39:16
40:4,7 44:11
47:14,15 71:14
78:9,12,16 94:13
94:16,22 96:21
107:15 113:16,19
119:21 120:5,12
120:22 133:12
138:6,10,18
**pray** 65:20 77:2
79:3
**prays** 54:19
**Preneta** 76:22
**prepared** 35:13
**present** 5:24 13:18
67:1 124:14
**presented** 17:7
**presents** 131:7
**pride** 86:22 106:4,9
107:4 108:5,16
139:15
**priest** 77:1 78:23
78:25 79:1 125:9
125:12,13 138:21
**priests** 75:7 138:6
138:10,17
**Prior** 140:8
**privilege** 15:7
**problem** 11:9
48:22 109:11
110:11
**problems** 86:12
108:18,20,21
109:6,12,19
132:19 133:9
134:18 136:8
144:16
**proceed** 49:4
**produce** 141:8
**produced** 140:10
141:3
**production** 140:13
140:15

**professional** 94:7
  110:6
**professionals** 33:13
**program** 45:20
  47:3
**programs** 51:11
**progressed** 64:17
**project** 32:2,5,7,8,8
  32:14 119:17
  132:10,16,23,24
**promise** 80:22 81:1
  81:4,8,14,15,17
  101:13
**promised** 83:2
  84:19 85:9
**pronounce** 9:9
**propounded** 149:5
**protect** 27:7
**proud** 139:16
**provide** 41:24
  63:10
**providing** 132:24
**public** 28:15 146:3
  149:19
**Puerto** 2:5,6 7:9
  102:10,18,20,25
  103:3
**puits** 30:5
**pulling** 127:18
**punish** 116:20
**put** 12:17 54:18
  56:9,14 62:24
  85:21 88:16 89:20
  90:10 91:8,18
  92:2 93:8 108:13
  144:3

**Q**

**quantity** 37:4,5
**Quener** 5:21
**QUEREN** 8:12
**question** 10:9 11:7
  14:20 17:19 19:21
  20:4,6,8,16,17,19
  28:19 32:4,13
  38:19 39:21 40:10
  43:5 44:8,19,23

45:3,4 61:22
  62:15 65:9 67:12
  67:18,23 68:24
  69:1 73:12 80:8
  83:24 84:1 92:13
  103:19 107:22
  116:22 117:11
  118:25 119:12,20
  121:7 122:4,8
  123:16,21,24
  128:10 133:16
  137:5 138:8
**questioning** 142:9
**questions** 8:14
  10:25 11:2,5,6
  15:3 20:9 31:23
  32:24 51:3 66:18
  134:15 140:7,9
  149:5
**quite** 102:8 107:17

**R**

**R** 7:1 146:1 148:1,1
**raped** 96:6,17
**RBC002282** 6:15
  125:19
**RBC228283** 140:11
**read** 9:4,22 10:1
  14:10,20 16:9,14
  40:24 41:8,12,19
  52:2 115:24 147:3
  149:3
**ready** 106:23 116:7
  139:8
**really** 29:13 57:2
  64:3 85:20,22
  87:13 102:4
  139:13 140:3
  144:22
**Realtime** 2:12
  146:23
**reason** 11:18,21
  42:4 118:2,8,15
  147:5 148:5,7,9
  148:11,13,15,17
  148:19,21,23
**reattaching** 127:21

**recall** 44:20 45:4
  66:12 96:19
  103:11 114:2
**receipt** 147:13
**received** 81:18
  82:16 130:21
**recess** 33:5 49:1
  50:23 72:13 79:8
  98:5 113:6 116:12
  139:4
**recognize** 12:12
  128:6
**record** 7:4,16 15:19
  15:22,23,24 33:4
  33:6 48:25 49:2,9
  49:11 50:20,22,24
  72:12,14 79:5,7
  80:3 98:4,6
  100:25 108:25
  113:5,7 116:11,13
  125:24 127:8
  137:24 139:3,5
  140:19 145:4
  146:10
**red** 109:21 110:13
  110:15
**reduced** 146:9
**refer** 126:23
**referenced** 1:21
  126:8
**referencing** 127:24
**referring** 14:17
**reflect** 125:24
**regards** 69:3
**related** 110:15
  111:14 146:12
**relating** 103:17
**relationship** 19:8
  99:8
**relative** 146:14
**religion** 65:15
  103:25
**religious** 103:23
  104:1
**remark** 126:24
**remember** 13:12
  13:15 16:25 17:3

17:3,10 19:9
  21:25 22:2,4,16
  26:4 31:13 32:15
  39:2,11,14 43:16
  43:18,24 48:4
  53:6,7 54:14 55:4
  59:13 60:8,9,21
  62:4,19 65:1 66:4
  75:4,25 80:6,11
  87:13,16 88:5,6
  88:15,19,22 94:23
  95:21 96:13 98:11
  98:14 103:14
  104:5,7,10,14,22
  105:1 125:15,17
  140:13 142:12
**remove** 90:6
**repeat** 12:25 61:22
  62:14 67:12 68:24
  73:12 80:8 92:13
  107:22 116:22
  117:11 118:25
  133:15 137:5
  138:7
**rephrase** 10:9
  17:19 19:21 25:9
  32:4 38:19 39:21
  40:10 103:19
  118:11
**replaces** 99:9
**report** 82:15,16
**REPORTED** 2:10
**reporter** 8:8
**reports** 69:4
**represent** 7:18 8:3
  141:14
**representatives**
  137:11 139:11,20
**Republic** 2:7 7:9
  49:21
**request** 140:25
**reserve** 9:1
**respect** 105:7
**respectable** 57:11
**responding** 45:4
**response** 6:13 12:5
**responses** 15:2

16:6 31:24
**restaurant** 13:7
**result** 105:24
  108:19 109:7,17
**retreat** 104:16,19
  104:21,24
**return** 147:11
**returned** 48:16
**REVIEW** 1:23
**Rhodes** 1:10 7:19
**riders** 137:25
**right** 10:14 16:5
  20:14 21:18 32:10
  33:1,2 44:16 45:2
  50:11 93:6,24
  106:21 113:20
  114:9 115:11
  120:6,14,22,25
  121:7,8 124:25
  125:4,7 126:12
  128:16,18 130:8
  130:23 131:13
  132:10 134:10
  135:4 136:12
  137:19 138:14
**ring** 64:12
**rings** 62:25
**RMR** 2:11 146:3
  146:23
**road** 45:25
**robe** 121:14
**Robinson** 4:14
  61:10,16 66:24
  80:21 83:3,5,7,9
  83:12 84:7,13
  85:8 125:5,6
  132:6 142:21,25
**rode** 102:19,22
**Roger** 9:5
**room** 26:24 87:19
  88:3,7,10,10,11
  88:14,18,21,24
  89:3,7,11 136:17
  136:20
**rooms** 26:20
**roots** 61:3
**Rue** 27:13,18,23

32:14,15,19 33:25
34:11 38:16,17,20
38:23,24 39:4,12
39:22 40:6,6,8,9
40:11,17,22 41:7
41:11,18,23,24
42:5,9,10,13,18
42:23 43:2,7,10
43:12,12,21,23
44:4,14,24 45:10
45:17,24 46:2,7,9
46:12,23 47:8,17
47:20 51:7 52:8
52:12,14,20,23
53:8,13 54:4,7,13
54:21,25 55:3,7
55:12,22 56:24
57:6 66:15 78:3,6
120:25 121:1
141:17
**rumors** 57:21

**S**
**S** 4:13 6:11 7:1
**S.J** 1:7 3:18
**Sacred** 71:16,24
**sad** 109:15
**Saint** 25:10
**Santiago** 101:18,18
101:19,25 102:1,2
102:4,7,10,15,16
102:17,20,23,25
103:3,8,9 112:11
112:12
**saw** 31:11,15 33:9
40:25 55:1,7
61:19 72:17,22
84:16 87:8,11
93:24 101:20
102:4 112:12
114:10 120:24
121:1,2,6,8,10,20
121:21,22 138:5
138:11,11,15,18
138:20 141:16,19
**saying** 26:14 50:4
50:15 63:17

106:17 111:25
142:12
**says** 28:21,21 44:2
44:13 122:2,11
**scared** 85:3,5 87:14
**school** 21:22 22:1,3
22:13,15,17,17,19
28:6 36:10,11
38:14,18,22 39:10
39:12 40:4,12,14
40:17,23 41:2
43:4 44:13 45:17
47:6,11,17 48:18
51:14,17 52:21,25
54:16 63:1,4,6,10
64:12 68:8,14
69:4,21 70:3,20
71:3,10,23 73:16
73:21 74:3,7,11
74:13 84:12 94:17
113:24 114:7
120:14,20 123:9
131:14,25 132:20
133:10,10 143:15
**schools** 39:16 71:13
**Schoubert** 128:23
129:13
**Schultheis** 53:3
**science** 65:8,11
**sea** 106:7 112:2
**seal** 108:13 146:18
**seat** 29:11
**second** 66:16,19
67:6,10 68:1,2,3,8
68:12 98:9,12
99:14 109:1,2
**secret** 137:13
**sector** 106:15
**see** 20:1 37:7,22
44:10 47:18 50:17
54:24 55:2,11,22
56:3 72:1 73:10
73:13 74:20 75:12
75:19 79:4 83:9
84:12,14 87:3
88:25 93:18 94:2
94:4,6 103:6

104:19 110:17
114:6 121:3,11,24
122:5,23 125:16
125:17 135:8
138:5,19,19
141:20 143:7
**seeing** 74:19
109:10 111:16
140:13
**seek** 15:6
**seen** 31:20 33:11,12
72:3 110:1,4,6
129:6 138:21
143:4
**sell** 35:14 37:6,6
39:6
**send** 17:15 32:20
39:9 71:9 123:11
**sending** 140:17
**sensitive** 101:9
**sent** 17:17,21 43:25
44:25 56:23
**sentence** 112:22
**September** 74:14
**serious** 57:11
**served** 47:19
**service** 109:3
**SESSION** 80:1
**set** 6:13 12:6
146:18
**SEVEN** 1:14
**sex** 108:18,20 109:6
109:9 116:21,25
144:16,20
**sexual** 105:16
**sexually** 42:14,20
57:17,22 80:16
105:3 114:12,16
119:3
**sharing** 136:17,20
**sheet** 147:6,9,12
149:6
**sheets** 125:25
**shirt** 63:15
**shoes** 73:1,5,7 99:3
121:17,21 122:6
130:2,6 131:5

143:12
**shoot** 50:12
**show** 12:2 70:23
125:16 128:6
**showed** 40:20
51:20 95:21
**shower** 47:2,23
**showers** 40:21
**showing** 79:3
**Sibert** 14:1,2 17:6
95:25 96:25 99:19
**side** 85:13,16
**sign** 9:4 12:13 13:6
13:16 144:25
147:8
**signature** 12:12
**signed** 12:14,22
13:4,18 14:2,7,11
14:21 15:1,12,14
16:7
**Silvester** 76:25
**SIMMONS** 3:13
**simple** 103:4
**simply** 14:8 22:17
30:23 36:9,23
39:5 40:5,5,19
41:4,14 42:16,21
43:24 46:8,19
47:22 59:7 64:2
81:16 82:2 98:14
103:22 111:6
112:9 114:13
120:8 122:10,20
133:1,7,22 138:11
141:18
**sir** 9:8 16:2 67:23
123:22 124:9
128:15 130:18
134:11 141:21
142:4,7,12,16
143:7,20 144:1,7
144:9,12,14,16,19
144:24
**sister** 21:4,5
**sisters** 21:7,8,10
25:24 26:22 27:22
58:4

**site** 107:13 115:9
**sitting** 14:15 16:11
16:18 84:17 85:2
85:5,6 91:14
**situation** 96:10
**six** 1:14 103:10,10
**sixth** 3:6 64:18 71:6
71:19
**size** 37:10,18
**skip** 45:13,15
**sky** 63:23
**slant** 87:23
**sleep** 27:12 58:10
70:16 93:10 111:6
**sleeping** 27:5,9,19
27:25 70:13
110:21 111:7
**slept** 26:25 60:12
89:4
**SLOANE** 5:13
**small** 66:9 87:17
92:22
**smile** 20:2
**SMS** 18:1,3,10
**sniff** 34:6
**sniffed** 33:20 34:1
**soccer** 48:14 70:6
73:18,22 74:16
135:17 136:6
**society** 1:9 5:10 8:1
78:17,20,23,25
86:20,23 106:5
108:23
**somebody** 16:4
39:5 107:8 112:4
125:15
**someplace** 19:6
**soon** 115:12
**sorry** 15:11 50:14
55:8 62:6 115:19
115:20 119:25
126:9 144:7
**sort** 143:8 144:4
**sound** 44:16
**Sovereign** 1:9 7:18
**space** 147:6
**Spanish** 49:19

speak 9:24 10:8
23:23 51:23 54:15
72:7,18,20 74:25
75:1 76:3 95:25
122:15,17,19
123:1 124:13,20
132:5 141:24
142:2,3 143:23
144:8
speaking 122:23
132:3 139:9 143:3
144:14
specific 20:17,17
spend 130:1,9,11
134:20
spent 33:15 130:13
spoke 15:16 16:23
17:5,8 113:13
128:24 129:2
spoken 17:1,9
122:18 129:3
142:1,6 143:22
sports 135:15,16
St 1:3,3,10 7:10,19
staff 56:21 61:15
121:16 131:23
143:13
stairs 85:14 87:17
88:9
stamped 140:11
stand 28:16 87:22
139:17
standing 29:3
91:14,15,24 92:3
143:4
stapled 125:23,25
start 18:7,20 27:9
27:25 29:17 36:11
36:17 38:8 43:21
45:17 47:5,15
51:15 55:15 63:1
64:12 70:17 73:15
74:9,11,13 80:10
89:14 109:22
started 27:13,18,22
31:6,9 38:20 39:4
40:8,11,16,22

41:6,10 42:4,18
42:23 43:2,7,12
44:15,24 55:18
63:14,15 64:13,14
67:14,21 78:3,6
85:18 89:17 90:8
91:13,23 109:24
115:13
starts 47:17 63:6
state 3:6 71:8,11
146:3 147:5
States 1:1 7:11
49:20 53:17 95:16
stay 27:6,17 61:25
68:21 70:15,22,22
88:9
stayed 88:11,13
94:18
staying 136:14
stays 57:4,4 137:13
stepped 29:8 31:8
steps 85:14 87:23
Stewart 3:12 8:4,4
8:21,24 9:2,5
10:16,20 13:9,14
14:18,22 15:5,15
17:18,22 18:9
19:24 20:23 26:10
28:18 32:22,25
34:2,7,12,17
36:22 41:13 42:1
43:6,17,19 44:5
44:11 45:14 46:17
46:24 48:23 49:10
51:22 53:18 54:1
55:17 58:15 59:16
60:4 61:9 62:3,22
63:5 64:20 66:3
68:7,15,19 69:17
70:2 75:13,21
76:11 77:5,10,20
82:18,23 83:17,22
84:11 89:5 90:2
90:17,23 91:5
92:12,17,21 95:1
95:6,20 98:19
99:7,20,25 100:17

103:13 104:4,9,25
106:1 107:21
108:24 109:1,4
111:22 112:24
114:24 117:10,21
118:6,12,24 119:5
120:7,15 122:9
123:5,20 124:1
126:6,9,14,20,25
127:4,13,16,21,24
128:1,8,18 129:8
129:14 130:4
132:25 133:21
135:5,23 137:23
140:8,21 141:4,9
142:13 143:21
144:25
stipulate 112:24
stole 86:11
stood 28:12,24
street 3:6,14,21 4:6
4:15 5:5 27:5,6,10
27:12 84:24
streets 26:25 27:19
27:25
strike 144:7
student 31:16 43:1
55:20 68:14
114:22 130:22
131:10 133:12,16
students 34:15
38:18,21 39:1,3
40:9,12,18,23
42:15,20,24 43:3
46:12 57:7,18,22
58:21 59:14 60:12
studied 65:24
studies 103:24
104:2
study 51:16,19 65:4
65:6,13,15,21
studying 65:3
stuff 40:20
SUBJECT 1:23
subjects 51:16,18
52:4,10 65:21
69:13

subpoena 141:6
Subscribed 149:15
substance 33:23
149:5
suffer 101:10
109:16 120:2
suffered 137:4
sugar 35:14
suicide 106:24
suitcase 98:17,23
99:2 101:15 130:2
Suite 5:14
summarize 119:13
summer 82:4
supplemental
140:18
suppose 127:10
supposed 10:21
sure 31:25 80:9
84:2 98:1 116:23
123:25 140:20
141:2
surrounded 59:19
swear 8:9
sweet 61:4
swim 117:25
sworn 8:13,18
10:14 51:2 146:7
149:15
Sylvester 76:24
78:18,20,23,24
138:11,12,15,20
Systems 2:12
146:23

---

**T**

T 6:11 146:1,1
148:1
T-shirt 73:3 121:18
121:19 130:21,24
131:1,5 143:14
T-shirts 121:22
122:6
table 37:9
take 14:23 17:24
31:19 32:21 34:23
44:1 45:25 46:6

47:13 64:5 66:6
70:7 71:11 74:1
86:7 90:25 91:1
93:4 102:6 103:5
113:3 115:25
116:6 127:8,10
138:22
taken 10:6,12
11:12,14 33:5
49:1 50:23 72:13
79:8 98:5 113:6
116:12 139:4
talk 56:19 72:19,19
83:13 84:6 94:14
96:14 100:9,12
122:2,10 135:18
135:19,20 136:22
137:7 139:18
143:6
talked 56:13 62:18
78:22 114:1 134:4
136:25 137:3
talking 31:25 44:22
53:15 56:21 143:4
talks 78:2
Tan 76:24
tap-tap 28:16 29:4
tapped 29:23,24
taught 40:23 41:2
71:6 103:21
teach 41:7,11 52:2
52:10 57:5 65:18
65:20 103:25
teacher 52:8,13
56:24
teachers 48:5,7
51:8 52:16 64:23
69:5,10 70:23
81:20,22 82:24
teaching 41:5
66:16
tease 36:1 63:18
106:5,6 114:20
116:20
teased 113:13,18
teasing 27:15 28:3
29:9,21 30:22

31:1,5,6,9 35:22
36:4,6,11,12,13
36:17,19 63:16
106:17 108:14
111:25 114:19
115:13 118:20
**technically** 48:18
**Technologies** 7:5
**Ted** 7:21 113:11
127:4 140:9
141:10
**tell** 10:13,14 11:5
11:23,24 15:9
17:7 23:12 29:19
30:23 39:3 43:5
46:8 57:17 58:13
60:15 62:7 64:2,7
64:8 69:6,10 70:9
74:15,22 78:24
80:13 86:5 87:21
94:10,17,18 95:4
95:9 96:4,7 97:13
100:15,20 101:3,6
101:22 104:14
111:9,23 123:9
124:22 126:5
132:11,14,17
133:5,13,19,23
134:22 135:9,21
137:10 139:12,23
141:22 142:11
**telling** 37:10 57:9
86:24 103:11
**tells** 122:20
**ten** 49:17,18
**tennis** 73:1,5,7
121:17,21 122:6
131:4
**test** 66:9,14,17
**testified** 8:19 131:9
132:8 144:11
**testify** 136:12
146:7
**testimony** 11:19,22
141:16 146:10
**tests** 66:12
**text** 17:15,17,21,23

18:4
**Thank** 9:19 16:22
17:4 20:23 26:19
38:7 55:10 69:14
130:15 134:11
140:6 141:9
144:24
**Thanks** 33:2
**THEODORE** 3:19
**thing** 32:1 46:22,25
105:6,21
**things** 41:1 51:20
56:6 86:12 87:14
99:2 101:15
130:10 134:17
143:8
**think** 50:10 87:10
108:11 109:13
118:2,9,15 123:21
123:23 131:9
132:8 135:3
136:10 140:9,14
140:15 144:23
**thinking** 30:1
35:20
**thinner** 33:20,22
34:1,6
**third** 24:15 68:2,4
68:4,8,12
**thirty** 147:13
**thought** 105:23
106:2,12,21
**three** 1:13 5:14
70:10 83:24 103:7
**threw** 30:1,2
**throw** 30:18 85:25
86:2,4,6 89:22
90:14 91:10,21
93:3 94:11,20
106:21 107:1,4,7
107:24 112:3
116:4 118:21
**throwing** 108:9
**ticket** 112:7
**tickled** 20:18
**time** 7:7 15:22,25
16:23 17:5 18:7

25:25 27:6 29:8
29:19 31:11 33:4
33:7,9 35:20,21
45:17,23 48:25
49:3 50:22,25
52:23 53:10 58:5
58:8 62:20 63:3
68:11 72:12,15,25
73:8,11,14 74:1
75:16 79:7 80:4
81:25 82:5 84:6
85:22 86:19,23
90:11 91:19 92:15
93:23 94:12,12,13
94:16 95:3 96:15
97:5,9 98:4,7,9,12
99:14,15 100:7,16
101:1 102:8,9
106:2,3,6,8,12,14
108:3,9,11 109:8
109:13 111:1,5
112:5 113:5,8,16
113:19 116:11,14
121:17 123:16,25
124:3,4,25 128:24
134:20 135:10
139:3,6 145:4
**times** 72:4 73:4,20
74:20,23 77:19
80:15 83:25 97:2
97:3,4 110:10
111:3,3,4,9,19
141:20,23 142:9
**tired** 115:20
**tjf@murphyking...**
3:24
**tobacco** 35:4,6
**today** 10:25 11:2
11:12,14,16,19,22
11:25 16:12,18
19:13,14,20 62:18
86:11,16 113:15
130:20 139:9,21
**Today's** 7:6
**told** 39:12 42:6,14
42:19 68:23 69:2
81:18,22 85:8,8

85:18,25 90:14
92:4 93:2 96:5,12
96:16 101:17
105:14 110:14
113:10 115:9
123:6 124:7,10,11
131:10,20 132:9
133:2,8 134:2,5,8
135:3 136:10
138:4,13,15
139:25
**tomorrow** 126:18
126:22 127:7
**tongue** 51:21
**top** 12:19 126:3,4,6
128:15
**topics** 66:1
**touch** 90:15 91:3
**touched** 90:18,19
91:6,6,7
**touching** 85:18
89:15,17,18 90:3
90:4,8,8 91:13,15
91:23
**tough** 85:23,24
90:12,12 91:19,20
92:5,9
**Toussaint** 32:3,6
95:23 119:17
**transcript** 147:14
147:15
**transcription** 149:4
**translate** 8:13
28:18,20,21 29:14
37:23 51:2 142:22
143:1
**translated** 8:15
16:3,4 51:4 53:20
54:3 142:23
**translating** 132:7
**translator** 8:12,19
10:7 12:24 14:12
17:23 18:6 23:25
24:19 25:8 26:7
26:13,17 28:14,24
29:12 30:3,8,15
30:17 33:21 49:4

49:8,12 51:1
53:20 62:9,14
69:7,18 70:17
72:8 77:11 78:1
97:24 105:10
113:2 115:19,22
116:1,9 118:8
126:11 133:15
138:7,23,25
**transportation**
28:15
**travel** 101:24
**trees** 85:4
**tried** 108:2,8
**trimester** 82:9,12
**trimesters** 82:7
**trip** 102:6,10 103:6
**trouble** 112:14
**true** 43:14 114:23
118:5,18 132:11
146:10
**Trumbull** 4:15 5:5
**truth** 10:13,15
11:23,25 16:16
80:13 146:7
**truthful** 10:25 11:3
11:19,22
**try** 29:16 51:22
90:1 107:24 137:6
**trying** 27:7 90:11
107:13 142:16
**turn** 29:25
**turned** 84:24
**two** 1:13 21:7,7
23:8 25:24 44:3,9
68:9,10 87:9 97:3
97:4 136:2
**type** 101:11 140:22
**typewriting** 146:9
**typical** 46:13 52:24
71:1
**typically** 62:20

---

**U**

**U.S** 53:21
**U.S.A** 1:11,12 4:12
**unable** 119:17,21

unclear 11:6
understand 9:20
    10:5,11 11:8 15:2
    16:15,17 33:22
    65:9,16 67:21
    78:5 83:20,23
    89:4 112:18
    113:18 118:12
    122:8 123:2,18
    124:5,7,12,17,19
    140:18 142:6,16
    142:17,19
understanding
    11:10 50:10 78:19
    112:14 141:15
understood 15:9,12
    15:13 45:5 114:15
    124:11
uniform 32:16
    47:10,13,14,16
    62:24 63:8,11,13
    63:15,17,18,20
uniforms 54:18
United 1:1 7:11
    49:20 53:16 95:16
university 1:8 5:2
    7:24 121:19
    122:12,21 123:11
    123:12,13 130:19
    130:21 131:6,13
    131:16 132:1,9
    133:6,14,20,24
    134:6
upset 29:25
urinate 32:12
    48:22
urine 110:9,15,15
USA 7:20
use 17:11 18:1
    34:24 64:7 97:18
    126:17,21 127:5,7
    127:17 128:5
usually 59:23,24
    61:11

──────── V ────────

v 1:6

vacation 73:16,17
    73:21 74:2,3,9
    82:4 143:16,18
vacations 74:12
value 28:3 36:15,16
    86:20,22 106:4
    108:23 116:3,3,5
    118:19,21 134:24
veins 144:5
versus 7:10
victim 96:5 116:18
victims 114:25
video 7:8 37:20
videographer 5:19
    7:3,5 8:8 15:21,24
    33:3,6 37:23 38:1
    48:24 49:2 50:21
    50:24 72:11,14
    79:6 80:3 98:3,6
    113:7 116:10,13
    139:2,5 145:2
VIDEOTAPED
    1:23 2:1
Village 28:7 32:17
    32:20 34:5,16
    36:3,8,10,18
    38:10,12 40:1
    42:11,15,17,20,22
    43:25 44:15 45:1
    52:18 54:5 55:6
    55:14,16,18,21,24
    55:25 56:10,12,14
    56:15,18,20,22,23
    57:7,10,14,16,18
    57:20,22,24 58:1
    58:11,14,19,22
    59:6,8,12,15,19
    60:11 61:6,14,18
    62:2,9,10,13,17
    62:21 63:25 64:6
    64:9,14,19,24
    65:3,17,22,24
    66:7,9,17,22
    67:13 69:16 70:1
    70:10 71:5,7,18
    72:2,18,21,23
    73:11,14 74:1,21

75:12,20 76:9,17
    76:18,19 77:3,9
    77:12,16,23 80:19
    82:11 83:13,14,15
    83:16,18,21,21
    86:1,13,14,14
    89:22 91:11,22
    94:8,20,20 108:1
    114:7,9,10,16,23
    120:1,4 121:2,4,5
    121:11 122:3,13
    122:22 123:7
    124:8,15,23 129:1
    129:4,5 130:22
    131:11 132:13,15
    132:18 133:3,8,25
    134:9 141:18,21
    143:8
violated 115:4
visit 55:3
visitors 73:17,18,22
    74:16 143:17,18
voice 24:2 51:24

──────── W ────────

W 4:4 5:3
Wait 129:8
waiting 101:18
wake 110:22
wakes 30:8,9,10,10
    30:11
walk 46:2,4,6 58:19
    58:21 64:5 84:22
    93:21
walked 59:2,15
    89:10 93:13
walking 46:10
    116:4
wall 59:19,21
WALSH 5:13
WANAT 4:5
want 9:3 27:17
    28:4 31:25 41:18
    49:8 55:25 56:11
    86:1,3,3,21 89:21
    89:23 90:10,12
    91:9,10,16,18,20

94:9,10,19 108:6
    113:14 115:2
    117:18 118:10
    119:8 125:16,24
    127:17 128:3,6,8
    128:12
wanted 30:18 32:23
    57:13 112:3
wants 43:6 70:17
    131:17,18,25
    132:2
wash 28:11 40:18
    137:15
washing 29:3
wasn't 54:3 66:10
    66:17,18 74:19
    83:10 84:13 85:20
    87:14 89:19 90:9
    98:15,21
watch 53:14 64:8
    135:15
watching 56:5,16
water 30:9,14,16
    30:17 37:8 47:2
wave 30:13
way 20:8,19 29:16
    50:1,2,3,16 66:15
    70:24,25 84:1,24
    84:25 88:11
    102:18,20 103:4
    107:18 109:18
    115:16 118:4,23
    137:6
we'll 112:24 115:24
    125:25 126:24
    127:2 140:17,24
    141:7
we're 8:25 18:18
    31:25 70:20 73:15
    128:14 141:1
    144:25
we've 62:17 123:25
    140:14
wear 47:9,13,14
wearing 47:15 75:6
    87:11,15
week 140:1,5

well-behaved 55:23
wells 47:1
went 28:2 29:7,20
    31:18 39:8,13
    40:6 42:8 44:11
    44:13 47:23 52:16
    52:17 59:6,11
    66:10 67:13,21
    68:1,3 69:22,23
    83:9,12 84:12,15
    84:23,25 85:2,3,6
    85:11,12,14 86:6
    87:17,18,20,25
    88:2,6,8,21,24
    89:3,10 93:9,9
    96:10 97:15 102:3
    102:15 106:14
    107:2,3
whereof 146:17
white 53:19,21,23
    54:12 55:2 75:19
    87:10 144:4
wife 29:22 35:22
wild 85:15 87:24
willing 120:21
wind 85:4
wish 73:17,21
    143:17
withdraw 49:24
    50:14
witness 8:10,23
    14:16,20 23:24
    26:7 49:13,16,23
    60:5 77:15 146:17
    147:1
woman 86:17,25
    106:6,18 108:15
    112:1 113:14
    117:24 135:1
word 18:3 30:4
    65:10
words 115:11
    117:20
wore 63:8,13
work 29:5 30:20
    31:3 54:20 69:3
    76:17 106:15,16

107:4,13 111:21
115:14 123:8
127:12 137:18,21
**worked** 31:2 54:13
131:11
**worker** 137:15
**working** 29:17
112:19,21
**works** 123:12
**worthless** 108:23
**wouldn't** 39:6
42:21 115:9
120:13
**write** 10:3 12:20
41:5 45:8
**writing** 51:19
**written** 105:6,15,15
105:16,20,21
115:7 117:2 131:6

**X**

**X** 6:11
**Xia** 3:4 8:6,6 18:8
32:21

**Y**

**yard** 84:5,17 87:12
87:22
**yeah** 30:18 36:2
37:4,15 45:7
48:18 51:10 52:21
53:12 57:1,9 61:2
61:19 65:19 66:14
68:16 69:21 72:3
73:15 74:10 75:10
75:22 76:6,25
79:1 80:14,24
83:4,9 84:23 90:7
92:4 93:8 94:25
96:2 102:3,24
103:14 104:18
105:5 107:14
108:4 111:12
114:3,6,18,25
115:6,12,17,22
117:22 118:19
122:25 123:6

124:7 128:20
129:24,24 131:4,8
137:15 138:15
142:14 144:17,21
129:25
**year** 19:2 44:22
45:6 65:1 66:11
66:13,19,20,24
67:4,7,8,11 68:11
74:1,5 80:18
81:25 82:5,7,10
98:13
**years** 44:3,9,21
49:17,18,21 88:6
113:23
**yell** 92:6
**yelling** 92:9
**young** 92:23
**younger** 21:12,14
21:16,19
**youngest** 22:25

**Z**

**0**

**02108** 3:22 5:15
**02109** 3:7
**040** 126:10
**06103** 4:16 5:6
**06405** 4:7

**1**

**1** 6:13 12:3,4 14:10
14:16,21 15:2
16:2,3,6,7,12,19
44:2 45:22 47:5
47:12,13,17 48:2
51:13
**1:00** 47:16 48:16
54:17 69:22 70:11
70:20 71:3
**1:34** 80:4
**10** 36:24,24 37:2
**10/31/2017** 146:24
**10:01** 33:7
**10:35** 48:25
**10:44** 49:3
**10:46** 50:22

**100** 3:6 28:11 97:7
97:21 98:16,23
101:3,12,21
125:9
**11:08** 50:25
**11:59** 72:12
**113** 6:5
**12** 6:14
**12:05** 72:15
**12:21** 79:7
**125** 6:15
**13** 27:13,18,23
32:14,15,19 34:1
34:11 38:16,17,20
38:23,24 39:4,12
39:23 40:6,6,9,9
40:11,17,22 41:7
41:11,18,23,24
42:5,9,10,13,18
42:23 43:2,7,10
43:12,13,21,23
44:4,14,24 45:10
45:17,24 46:3,7,9
46:12,23 47:8,17
47:21 51:7 52:8
52:12,14,20,23
53:8,13 54:4,7,13
54:21,25 55:3,7
55:12,22 56:25
57:6 66:15 78:3,6
120:25 121:1
141:17
**130** 6:6
**134** 6:7
**14** 44:2,5,6
**141** 6:8
**15** 36:24 37:3,7,11
38:5 49:21
**19** 9:18
**1992** 9:18

**2**

**2** 6:15 125:18,23
127:11
**2:18** 98:4
**2:27** 98:7
**2:39** 101:1

**20** 36:24 37:3
149:16
**2002** 44:12
**2003** 43:22 44:12
44:14,24,25
**2004** 43:22
**2005** 44:15 45:1
55:18
**2006** 75:4,9 103:12
**2010** 94:24
**2015** 1:24 7:6 98:13
145:3 146:5,19
**203-315-7000** 4:8
**21st** 3:21
**2283** 126:3,11
**2290** 6:15 125:19
**242** 5:5
**250** 29:6 86:7 93:3
**280** 4:15
**29th** 9:18

**3**

**3:13-cv-01132-R...**
7:13
**3:13-cv-01132(R...**
1:2
**3:13-cv-1225-RNC**
1:4
**3:13-cv-1269-RNC**
1:4
**3:13-cv-1437-RNC**
1:5
**3:13-cv-1480-RNC**
1:5
**3:13-cv-1626-RNC**
1:6
**3:13-cv-1627-RNC**
1:6
**3:13-cv-1628-RNC**
1:7
**3:13-cv-1629-RNC**
1:7
**3:13-cv-1630-RNC**
1:8
**3:13-cv-1631-RNC**
1:8
**3:13-cv-1632-RNC**

1:9
**3:13-cv-1633-RNC**
1:9
**3:13-cv-1634-RNC**
1:10
**3:13-cv-1635-RNC**
1:10
**3:13-cv-1636-RNC**
1:11
**3:13-cv-1637-RNC**
1:11
**3:13-cv-1638-RNC**
1:12
**3:13-cv-1639-RNC**
1:12
**3:13-cv-1640-RNC**
1:13
**3:13-cv-1641-RNC**
1:13
**3:13-cv-1642-RNC**
1:14
**3:13-cv-1644-RNC**
1:14
**3:13-cv-1645-RNC**
1:15
**3:13-cv-1647-RNC**
1:15
**3:13-cv-1648-RNC**
1:16
**3:13-cv-1701-RNC**
1:16
**3:13-cv-1767-RNC**
1:17
**3:13-cv-1768-RNC**
1:17
**3:13-cv-1769-RNC**
1:18
**3:13-cv-1881-RNC**
1:18
**3:13-cv-1904-RNC**
1:19
**3:13-cv-1906-RNC**
1:19
**3:13-cv-1907-RNC**
1:20
**3:15** 113:5
**3:21** 113:8

Confidential - Subject to Further Confidentiality Review

**3:28** 116:11
**3:41** 116:14
**30** 147:13
**300** 28:17 137:16
**31** 1:24 7:6 145:3
**31st** 146:5
**37** 119:9

---

### 4

**4** 52:25
**4:33** 139:3
**4:41** 139:6
**4:53** 145:4
**471** 4:6
**473** 2:11 146:2,22

---

### 5

**5** 2:6 44:2,5,13,20
  44:23 45:4
**5:00** 53:1
**547** 2:6

---

### 6

**60** 9:3 145:1
**617-423-0400** 3:23
**617-523-6010** 5:16
**617-523-6250** 3:8
**62002** 3:15
**6th** 146:18

---

### 7

---

### 8

**8** 63:6
**830** 5:14
**84** 140:11
**85** 140:11
**86** 140:11
**860-275-0100** 5:7
**860-275-8209** 4:17
**87** 140:11
**88** 140:11
**89** 140:11

---

### 9

**9** 6:4
**9/9/13** 6:15 125:18
**9:04** 1:25 7:7

**9:16** 15:22
**9:21** 15:25
**9:53** 33:4
**90** 140:12

# Exhibit G

Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Civil Action No.
3:13-cv-01132(RNC)

****************************

GERVIL ST. LOUIS, a/k/a ST.          Consolidated with:
LOUIS GERVIL,                         3:13-cv-1225-RNC
                                      3:13-cv-1269-RNC
              Plaintiff,              3:13-cv-1437-RNC
                                      3:13-cv-1480-RNC
        v.                            3:13-cv-1626-RNC
                                      3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER               3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE           3:13-cv-1629-RNC
E. CARTER; HAITI FUND,                3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;           3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW           3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY           3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.              3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES           3:13-cv-1635-RNC
AND OF MALTA, AMERICAN                3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a            3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN              3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN             3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN           3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;             3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX           3:13-cv-1642-RNC
and JOHN DOE SEVEN,                   3:13-cv-1644-RNC
                                      3:13-cv-1645-RNC
              Defendants.             3:13-cv-1647-RNC
                                      3:13-cv-1648-RNC
                                      3:13-cv-1701-RNC
                                      3:13-cv-1767-RNC
                                      3:13-cv-1768-RNC
                                      3:13-cv-1769-RNC
                                      3:13-cv-1881-RNC
                                      3:13-cv-1904-RNC
                                      3:13-cv-1906-RNC
                                      3:13-cv-1907-RNC
****************************
This document applies to:
All of the above referenced cases
And those to be filed
****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
    VIDEOTAPED DEPOSITION OF JOSE BERNARDIN

        Friday, March 27th, 2015
            9:04 a.m.

Confidential - Subject to Further Confidentiality Review

Page 2

1   VIDEOTAPED DEPOSITION OF JOSE BERNARDIN
2
3
    Held At:
4
5       Barcelo Puerto Plata
6       Carretera Luperón, km 5, Puerto Plata 547
7       Dominican Republic
8
9
10  REPORTED BY:
11  Maureen O'Connor Pollard, RMR, CLR, LSR #473
12  Realtime Systems Administrator
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1   APPEARANCES (Continued):
2
3   FOR THE DEFENDANT PAUL E. CARRIER, S.J.:
4       TIMOTHY P. O'NEILL, ESQ.
5       THEODORE J. FOLKMAN, ESQ.
6       MURPHY & KING, P.C.
7       One Beacon Street, 21st Floor
8       Boston, Massachusetts 02108
9       617-423-0400
10      tpo@murphyking.com
11      tjf@murphyking.com
12
13  FOR THE DEFENDANT HOPE E. CARTER:
14      JEFFREY W. KENNEDY, ESQ.
15      MILANO & WANAT LLC
16      471 East Main Street
17      Branford, Connecticut 06405
18      203-315-7000
19      jkennedy@mwllc.us
20
21
22
23
24
25

Page 3

1   APPEARANCES:
2   FOR THE PLAINTIFF:
3       MITCHELL GARABEDIAN, ESQ.
4       LU XIA, ESQ.
5       LAW OFFICES OF MITCHELL GARABEDIAN
6       100 State Street, Sixth Floor
7       Boston, Massachusetts 02109
8       617-523-6250
9       garabedianlaw@earthlink.com
10      lxia@garabedianlaw.com
11      -and-
12  JAYNE CONROY, ESQ.
13  ELLYN HURD, ESQ.
14      SIMMONS HANLY CONROY
15      112 Madison Avenue
16      New York, New York 10016
17      212-784-6400
18      jconroy@simmonsfirm.com
19      ehurd@simmonsfirm.com
20      -and-
21  G. MICHAEL STEWART, ESQ.
22      SIMMONS HANLY CONROY
23      One Court Street
24      Alton, Illinois 62002
25      mstewart@simmonsfirm.com

Page 5

1   APPEARANCES (Continued):
2
3   FOR THE DEFENDANT ORDER OF MALTA AMERICAN
4   ASSOCIATION, U.S.A.:
5       BRADFORD S. BABBITT, ESQ.
6       ROBINSON & COLE LLP
7       280 Trumbull Street
8       Hartford, Connecticut 06103
9       860-275-8200
10      bbabbitt@rc.com
11
12  FOR THE DEFENDANT FAIRFIELD UNIVERSITY:
13      PAUL D. WILLIAMS, ESQ.
14      DAY PITNEY LLP
15      242 Trumball Street
16      Hartford, Connecticut 06103
17      860-275-0100
18      pwilliams@daypitney.com
19
20
21
22
23
24
25

2 (Pages 2 to 5)

Confidential - Subject to Further Confidentiality Review

Page 6

1   APPEARANCES (Continued):
2
3   FOR THE DEFENDANT THE SOCIETY OF JESUS OF
4   NEW ENGLAND:
5       WILLIAM J. DAILEY, JR., ESQ.
6       SLOANE AND WALSH, LLP
7       Three Center Plaza, Suite 830
8       Boston, Massachusetts 02108
9       617-523-6010
10
11
12  Videographer:  Christopher Coughlin
13
14  Interpreter:  Nathalie Coupet
15
16  Also Present:  Emirlane Carmen Louis
17              Interpreter
18
19
20
21
22
23
24
25

Page 8

1           P R O C E E D I N G S
2
3       THE VIDEOGRAPHER:  We are now on the
4   record.  My name is Chris Coughlin, I'm a
5   videographer for Golkow Technologies.
6       Today's date is March 27, 2015, and
7   the time is 9:04 a.m..
8       This video deposition is being held in
9   the Dominican Republic in the matter of Gervil
10  St. Louis, Plaintiff versus Douglas Perlitz, Et
11  Al, Defendants, in the United States District
12  Court for the District of Connecticut, Civil
13  Action Number 3:13-cv-01132(RNC).
14      The deponent is Jose Bernardin.
15      Will counsel please identify
16  yourselves for the record.
17      MR. FOLKMAN:  Ted Folkman of Murphy
18  and King for Father Paul Carrier.
19      MR. O'NEILL:  Timothy O'Neill
20  representing Father Paul Carrier.
21      MR. DAILEY:  Bill Dailey representing
22  the Society of Jesus.
23      MR. WILLIAMS:  Paul Williams
24  representing Fairfield University.
25      MR. KENNEDY:  Jeffrey Kennedy

Page 7

1               INDEX
2   EXAMINATION                    PAGE
3   JOSE BERNARDIN
4     BY MR. FOLKMAN              10
5     BY MR. DAILEY             183
6     BY MR. WILLIAMS           253
7     BY MR. KENNEDY            267
8     BY MR. BABBITT            296
9
10
11          E X H I B I T S
12  NO.     DESCRIPTION            PAGE
13  Ex.1  Plaintiff Jose Bernardin's
            Response to First Set of
14        Interrogatories.................. 10
15  Ex.2  Hand-drawn diagram..................244
16
17
18
19
20
21
22
23
24

Page 9

1   representing Hope Carter.
2       MR. BABBITT:  Bradley Babbitt
3   representing the Order of Malta American
4   Association.
5       MR. STEWART:  Mike Stewart on behalf
6   of Plaintiff.
7       MS. HURD:  Ellyn Hurd for the
8   Plaintiffs.
9       MS. CONROY:  Jayne Conroy, Plaintiffs.
10      MR. GARABEDIAN:  Mitchell Garabedian,
11  Plaintiff.
12      MS. XIA:  Lu Xia, Plaintiff.
13      MS. LEWIS:  Carmen Lewis, interpreter.
14      THE VIDEOGRAPHER:  The court reporter
15  is Maureen Pollard, and she will now swear in
16  both the interpreter and the witness.
17
18      NATHALIE COUPET,
19  having been duly sworn to translate the
20  testimony to the best of her ability, translated
21  as follows:
22
23      JOSE BERNARDIN,
24  having been first duly sworn, was examined and
25  testified as follows through the interpreter:

3  (Pages 6 to 9)

Confidential - Subject to Further Confidentiality Review

| Page 10 |
|---|

1          DIRECT EXAMINATION
2     BY MR. FOLKMAN:
3         Q.   Good morning.  Could you say your
4     name, please?
5         A.   Jose Bernardin.
6         Q.   Bernardin is your family name?
7         A.   Yes.
8         Q.   And Jose is your given name?
9         A.   Yes.
10        Q.   Do you have a nickname?
11        A.   Yes.
12        Q.   What is your nickname?
13        A.   Ando.
14        Q.   Do you have any other nicknames?
15        A.   No.
16        Q.   Mr. Bernardin, you understand that you
17    took an oath to tell the truth today?
18        A.   Yes.
19        Q.   I want to ask the reporter to mark a
20    document as Exhibit Number 1.
21            (Whereupon, Bernardin Exhibit
22            Number 1, Plaintiff Jose Bernardin's
23            Response to First Set of
24            Interrogatories, was marked for
25            identification.)

| Page 11 |
|---|

1     BY MR. FOLKMAN:
2         Q.   Sir, do you know how to read Creole?
3         A.   Not very good at it.
4         Q.   You can read a little bit?
5         A.   Yes.
6         Q.   I'd like you to take a look, please,
7     at the very last page of Exhibit Number 1 I just
8     handed you.
9            Is that your signature, sir?
10        A.   Yes.
11        Q.   Did you sign this document in July of
12    2014?
13        A.   Yes.
14            THE INTERPRETER:  This is in English,
15    so he's not able to see the date.
16    BY MR. FOLKMAN:
17        Q.   I want to make sure, sir, you
18    understand the document.  There are pages in
19    English, and then there are pages in Creole.
20            Do you see that?
21        A.   No.  Yes.
22        Q.   Okay.  I want to ask you about the day
23    when you signed the document.  Do you remember
24    signing it?
25        A.   I don't remember the date.

| Page 12 |
|---|

1         Q.   But do you remember signing it ever?
2         A.   Yes.
3         Q.   Where were you when you signed it?
4         A.   At a hotel.
5         Q.   Do you remember which hotel?
6         A.   Higher than Mont Jolie.
7         Q.   You signed them in a hotel that was up
8     the hill from the Mont Jolie Hotel?
9         A.   Yes.
10        Q.   Okay.  Who was with you when you
11    signed them?
12        A.   When I signed it?
13        Q.   Yes.
14        A.   Me, Mitch, and I don't remember their
15    names.
16        Q.   Was there any person there who spoke
17    both English and Creole?
18        A.   Yes.
19        Q.   Who was that?
20        A.   The person translating for me.
21        Q.   Okay.  And did the person translating
22    for you read you the Creole document, or did you
23    read it yourself?
24            MR. GARABEDIAN:  Objection.
25        A.   He read it for me.  It's a man.

| Page 13 |
|---|

1     BY MR. FOLKMAN:
2         Q.   Okay.  So he read you the questions
3     and the answers, right?
4            MR. GARABEDIAN:  Objection.
5         A.   Yes.
6     BY MR. FOLKMAN:
7         Q.   And you agreed with everything that
8     was given as an answer?
9            MR. GARABEDIAN:  Objection.
10        A.   Yes.
11    BY MR. FOLKMAN:
12        Q.   And that's why you signed it?
13        A.   Yes.
14        Q.   And did you understand when you signed
15    it that you had to tell the truth, just like you
16    have to tell the truth today?
17        A.   Yes.
18        Q.   Was Cyrus Sibert there when you signed
19    it?
20            MR. GARABEDIAN:  Objection.
21        A.   He wasn't there.
22    BY MR. FOLKMAN:
23        Q.   Were any other young men there who had
24    attended PPT?
25        A.   Yes.

4 (Pages 10 to 13)

Confidential - Subject to Further Confidentiality Review

Page 14

1    Q.   Who were they?
2    A.   Wisky, Joel, Eliphete, and Emmanuel.
3  There were others, but I don't remember.
4    Q.   Okay.  Aside from Mitch, the
5  translator, Wisky, Joel, Eliphete, and Emmanuel,
6  was there anybody else there?
7    A.   Yes, I don't remember.
8    Q.   Was Emmanuel Emmanuel Clervil?
9        MR. GARABEDIAN:  Objection.
10    A.   Yes.
11  BY MR. FOLKMAN:
12    Q.   And was Wisky Wisky Jerome?
13    A.   Yes.
14    Q.   Joel Albert?
15    A.   Yes.
16    Q.   And do you know Eliphete's other name?
17    A.   Albert.
18    Q.   Do you know Emmanuel Clervil?
19    A.   Yes.
20    Q.   Have you ever spoken to him about PPT?
21    A.   No.
22    Q.   Did you attend PPT at the same time as
23  he did?
24    A.   Can you repeat, please?
25    Q.   Sure.

Page 15

1        Do you remember him from The Village?
2        MR. GARABEDIAN:  Objection.
3    A.   Yes.
4  BY MR. FOLKMAN:
5    Q.   So you and he were at the Village at
6  the same time?
7    A.   Yes.
8    Q.   Sir, did you know that the government
9  in the United States charged Mr. Perlitz with
10  crimes because they said he abused several of
11  the boys at PPT?
12        MR. GARABEDIAN:  Objection.
13    A.   Yes.
14  BY MR. FOLKMAN:
15    Q.   And did you know that he admitted that
16  he abused several boys?
17    A.   Yes.
18    Q.   And did you know that he's in prison?
19        MR. GARABEDIAN:  Objection.
20    A.   Yes.
21  BY MR. FOLKMAN:
22    Q.   Where did you learn that Douglas had
23  gone to prison?
24        MR. GARABEDIAN:  I instruct him not to
25  answer to the extent he's going to disclose

Page 16

1  attorney/client conversation.  Objection.
2    A.   Okay.
3  BY MR. FOLKMAN:
4    Q.   I want to just say at the outset that
5  I know you've talked to your lawyer, and I'm not
6  trying to get you to tell me anything that you
7  heard from your lawyer or that you told your
8  lawyer.  Okay?
9    A.   No.  Okay.
10        MR. FOLKMAN:  Okay.  Mitch, I'm sorry,
11  I should have done this at the beginning, may we
12  have the same stipulations that we had
13  yesterday?
14        MR. GARABEDIAN:  Yes.
15        Do you want to recite them, so there's
16  no confusion.
17        MR. FOLKMAN:  Sure.  Motions to strike
18  and objections except with respect to forms of
19  the questions are reserved, and I think you've
20  asked for 60 days to read and sign.
21        MR. GARABEDIAN:  Yes.
22        MR. FOLKMAN:  Thank you.
23  BY MR. FOLKMAN:
24    Q.   Did you hear from anybody other than
25  your lawyers that Mr. Perlitz had gone to

Page 17

1  prison?
2    A.   Yes, I knew it.
3    Q.   Who did you hear it from?
4    A.   Radio.
5    Q.   Was that from Cyrus Sibert's radio
6  show?
7    A.   I don't know if it was Cyrus Sibert's
8  show, but I heard it on the radio.
9    Q.   Was the news about Douglas Perlitz on
10  a lot of different radio shows in Cap-Haitien?
11    A.   I didn't really hear it, because I
12  didn't really -- I wasn't used to listening to
13  the radio.
14    Q.   Okay.  Did a lot of people in
15  Cap-Haitien, even if they hadn't been to PPT,
16  know about Douglas and the allegations against
17  him?
18    A.   I don't know.
19    Q.   You don't know if it was widely known
20  in the community?
21    A.   I don't know.
22    Q.   Okay.  Let me ask you about your
23  family, sir.
24        Your father was Jolivart Bernardin?
25    A.   Yes.

5  (Pages 14 to 17)

Confidential - Subject to Further Confidentiality Review

Page 18

1    Q.   Is he alive today?
2    A.   No, he dead.
3    Q.   When did he die?
4    A.   I don't know.  I was small.  I was
5  very young.
6    Q.   Did he die before you went to the 13th
7  Street center?
8    A.   Yes.
9    Q.   Do you remember him?
10    A.   I sometimes think of him.
11    Q.   You were old enough when he died that
12  you're able to remember him?
13    A.   I had his picture.  They told me that
14  it was my dad, that's why I remember him.
15    Q.   You don't have a memory of seeing him,
16  but you've seen photos of him, is that right?
17    MR. GARABEDIAN:  Objection.
18    A.   Yes.
19  BY MR. FOLKMAN:
20    Q.   Your mother was Ann Louise Guillaume?
21    THE INTERPRETER:  Ann Louise?
22    MR. FOLKMAN:  Guillaume,
23  G-U-I-L-L-A-U-M-E.
24    A.   Yes.
25  BY MR. FOLKMAN:

Page 19

1    Q.   Is she alive?
2    A.   She passed away.
3    Q.   And when did she pass away?
4    A.   2005.
5    Q.   Okay.  Were your parents married to
6  each other?
7    A.   Yes.
8    Q.   Did they live together?
9    A.   Yes.
10    Q.   Do you have siblings?
11    A.   Yes.
12    Q.   Who are your siblings?
13    MR. GARABEDIAN:  Objection.
14    A.   My sisters are Jorane, J-O-R-A-N-E;
15  Angeline, A-N-G-E-L-I-N-E; Eglenta,
16  E-G-L-E-N-T-A; Josie, J-O-S-I-E; and they're all
17  last name is Bernardin.  And then Enerline,
18  E-N-E-R-L-I-N-E, last name Guillaume.  They're
19  all girls.
20  BY MR. FOLKMAN:
21    Q.   Do you have a sister named Esther?
22    A.   Oh, it's the same one whose name is
23  Enerline.
24    Q.   Okay.  Do you have a brother named
25  Sam?

Page 20

1    A.   Yes.
2    Q.   And you have a brother named Angelo?
3    A.   Yes.
4    Q.   Okay.  You were born on January 21st,
5  1988?
6    A.   Yes.
7    Q.   How many older brothers and sisters
8  did you have?
9    MR. GARABEDIAN:  Objection.
10    A.   Three.
11  BY MR. FOLKMAN:
12    Q.   And so you had four younger siblings,
13  right?
14    MR. GARABEDIAN:  Objection.
15    A.   Yes.
16  BY MR. FOLKMAN:
17    Q.   How old was your oldest -- how much
18  older than you is your oldest sibling?
19    MR. GARABEDIAN:  Objection.
20    A.   I don't know.
21  BY MR. FOLKMAN:
22    Q.   A lot older than you?
23    A.   Yes.
24    Q.   And your little siblings, how much
25  younger than you are they, if you know?

Page 21

1    MR. GARABEDIAN:  Objection.
2    A.   I don't know.
3  BY MR. FOLKMAN:
4    Q.   What did your father do for work when
5  he was alive?
6    A.   He used to do tiles, keys, and locks.
7    Q.   And did your mother have a job?
8    A.   No.
9    Q.   How did your mother support the family
10  after your father died?
11    MR. GARABEDIAN:  Objection.
12    A.   When my father died, she had brothers
13  and sisters who helped her out.
14  BY MR. FOLKMAN:
15    Q.   Did they live in Cap-Haïtian?
16    A.   Yes.
17    Q.   Did your mother ever have another
18  husband?
19    MR. GARABEDIAN:  Objection.
20    A.   Yes.
21  BY MR. FOLKMAN:
22    Q.   That was after your father died?
23    A.   Yes.
24    Q.   And Esther is the daughter of your
25  mother and her new husband, is that right?

6 (Pages 18 to 21)

Confidential - Subject to Further Confidentiality Review

Page 22

1          MR. GARABEDIAN: Objection.
2     A.   Yes.
3  BY MR. FOLKMAN:
4     Q.   Did your mother own a house?
5     A.   Yes.
6     Q.   Let me ask you about the house.
7          How many rooms did it have?
8     A.   Two.
9     Q.   Was one room a bedroom?
10    A.   Yes.
11    Q.   And was one room a living room?
12    A.   Yes.
13    Q.   And where was the cooking done?
14    A.   In the yard.
15    Q.   So out of the house?
16    A.   Yes.
17    Q.   In the bedroom, how many beds were
18 there?
19    A.   Just one.
20    Q.   And how many people slept in the bed?
21    A.   Three.  And the rest of us, we slept
22 on the floor.
23    Q.   Okay.  And the three of you would have
24 been you, your mother, and who?
25         MR. GARABEDIAN: Objection.

Page 23

1     A.   No.  My mother, Esther, and her
2  husband.
3  BY MR. FOLKMAN:
4     Q.   Where did you sleep?
5     A.   On the floor.
6     Q.   With your other siblings who were in
7  the house?
8     A.   Yes.
9     Q.   Okay.  What did your -- if you know,
10 what did your mother and her new husband do when
11 they wanted privacy?
12         MR. GARABEDIAN: Objection.
13    A.   I don't know.
14 BY MR. FOLKMAN:
15    Q.   Okay.  How old were you when you
16 stopped living in your mother's house?
17    A.   I don't remember.
18    Q.   Were you already participating at Rue
19 13's center when you left your mother's house?
20         MR. GARABEDIAN: Objection.
21    A.   When I left my mother's house, then I
22 went to Rue 13.
23 BY MR. FOLKMAN:
24    Q.   Okay.  You said in the written -- in
25 the answers that you gave that we talked about

Page 24

1  earlier, you said you began to attend PPT in
2  2002, is that right?
3     A.   Yes.
4     Q.   Okay.  And so 2002 is approximately
5  when you also left your mother's house, is that
6  right?
7          MR. GARABEDIAN: Objection.
8     A.   Yes.
9  BY MR. FOLKMAN:
10    Q.   Let me ask about your parents'
11 education.
12         Did your father attend school?
13    A.   I don't know.
14    Q.   Did your mother attend school?
15    A.   I don't know if they went to school,
16 but they can read.
17    Q.   Did your siblings attend school?
18    A.   Yes.
19    Q.   What school did they attend?
20    A.   I don't know the name of their school.
21    Q.   Was it a public school; in other
22 words, a school run by the government?
23         MR. GARABEDIAN: Objection.
24    A.   There were private schools, there were
25 public schools.

Page 25

1  BY MR. FOLKMAN:
2     Q.   And which sort of school did your
3  siblings go to?
4          MR. GARABEDIAN: Objection.
5     A.   When my father died, we were at the
6  high school.  High school, we were there when my
7  father died.
8  BY MR. FOLKMAN:
9     Q.   You were there, or your siblings were
10 there?
11         MR. GARABEDIAN: Objection.
12    A.   My brothers and sisters.
13 BY MR. FOLKMAN:
14    Q.   But you were too young to be in high
15 school then, weren't you?
16    A.   Yes.
17    Q.   Okay.  And did your parents pay for
18 your siblings to attend the high school?
19         MR. GARABEDIAN: Objection.
20    A.   Yes.
21 BY MR. FOLKMAN:
22    Q.   Do you have any memory of how much
23 they paid?
24    A.   No.
25    Q.   Did you say that they were there

7 (Pages 22 to 25)

Confidential - Subject to Further Confidentiality Review

Page 26

1    before your father died, or after your father
2    died?
3        MR. GARABEDIAN: Objection.
4    A.   If they were there?
5        MR. FOLKMAN: I'm asking -- I just
6    missed his answer, I could go back, was he
7    talking about after his father died, or before
8    his father died.
9        MR. GARABEDIAN: Objection.
10   A.   When my father died, they were at the
11   high school.
12   BY MR. FOLKMAN:
13   Q.   Okay. And after your father died, did
14   they stay at the high school or not?
15   A.   No, they stopped going to school.
16   Q.   Is that because the family could no
17   longer afford to send them to school?
18       MR. GARABEDIAN: Objection.
19   A.   Yes.
20   BY MR. FOLKMAN:
21   Q.   Did you ever attend school before
22   starting your time at PPT?
23   A.   Yes.
24   Q.   What school did you attend?
25   A.   Baraca.

Page 27

1    Q.   Was Baraca a public school, or a
2    private school?
3    A.   Private.
4    Q.   Who paid for you to attend Baraca?
5        MR. GARABEDIAN: Objection.
6    A.   My uncle.
7    BY MR. FOLKMAN:
8    Q.   Okay. Did your uncle also pay for
9    your siblings to continued to attend school?
10       MR. GARABEDIAN: Objection.
11   A.   We had several uncles. They put money
12   together to pay school for us.
13   BY MR. FOLKMAN:
14   Q.   Okay. Why did you leave your mother's
15   house?
16       MR. GARABEDIAN: Objection.
17   A.   They couldn't pay for my school at
18   Baraca, for Baraca.
19   BY MR. FOLKMAN:
20   Q.   Your mother couldn't pay?
21   A.   Yes.
22   Q.   I thought you said your uncles were
23   paying for Baraca.
24       MR. GARABEDIAN: Objection.
25   A.   My uncle gave them money. That's why

Page 28

1    I said, we couldn't pay, it's my uncle who paid,
2    so we couldn't afford it anymore.
3    BY MR. FOLKMAN:
4    Q.   Yes.
5        So why did you have to leave your
6    mother's house?
7    A.   Why I left, I couldn't go to school
8    anymore. I found someone, a friend, who said he
9    was going to go with me somewhere, I'll be able
10   to find -- I'll find everything I need and I'll
11   go to school. So I had to go. So I left my
12   mother's house.
13   Q.   When you say you found someone, who
14   did you find?
15   A.   A friend called Jonas.
16   Q.   Was Jonas older than you, or younger
17   than you?
18   A.   Older.
19   Q.   And had you known him before?
20   A.   Yes.
21   Q.   How did you know him?
22   A.   We were staying at the same place.
23   Q.   In your mother's house?
24   A.   No.
25   Q.   I'm sorry, I misunderstood you. I

Page 29

1    thought you said you left your house because of
2    something Jonas told you. Is that not correct?
3        MR. GARABEDIAN: Objection.
4    A.   I left my mother's house, they
5    couldn't pay school for me. Jonas said he's
6    going to bring me someplace, I'll find school,
7    I'll find everything.
8    BY MR. FOLKMAN:
9    Q.   Was it that your uncles were no longer
10   able to pay for you to go to school?
11   A.   He wasn't paying anymore.
12   Q.   Okay. And do you know why he stopped
13   paying?
14   A.   I don't know.
15   Q.   Okay. So I want to make sure I
16   understood what you said.
17       You left your mother's house because
18   your uncles were no longer able to send you to
19   school, is that right?
20       MR. GARABEDIAN: Objection.
21   A.   Yes.
22   BY MR. FOLKMAN:
23   Q.   And your friend Jonas told you that he
24   was going to take you someplace where you could
25   go to school?

8 (Pages 26 to 29)

Confidential - Subject to Further Confidentiality Review

Page 30

1    A.   Yes.
2    Q.   And did he tell you where he was going
3    to take you?
4    A.   He said he's going to go with me in a
5    center, and I could follow him if I wanted.
6    Q.   Okay.  Now, your mother's house is
7    where?
8         MR. GARABEDIAN:  Objection.
9    A.   Fort St. Michel.
10   BY MR. FOLKMAN:
11   Q.   Didn't you move from Fort St. Michel
12   to Labory?  L-A-B-O-R-Y.
13   A.   Yes.
14   Q.   So was her house in Fort St. Michel or
15   in Labory?
16        MR. GARABEDIAN:  Objection.
17   A.   At Fort St. Michel.
18   BY MR. FOLKMAN:
19   Q.   Okay.  What was in Labory?
20   A.   She sold her house, so she went to
21   stay at Labory.
22   Q.   And did she have a house there?
23   A.   She rented her house.
24   Q.   Okay.  And was that house similar to
25   the house in Fort St. Michel?

Page 31

1    A.   Yes.
2    Q.   Did it also have two rooms?
3    A.   Yes.
4    Q.   One bedroom and one living area?
5    A.   Yes.
6    Q.   And the sleeping arrangements were the
7    same in Labory as they were in Fort St. Michel?
8         MR. GARABEDIAN:  Objection.
9    A.   Yes.
10   BY MR. FOLKMAN:
11   Q.   You wrote in your answers that you
12   moved to these places with your parents.  Is it
13   true that both your parents lived with you in
14   Fort St. Michel and Labory, or was it only your
15   mother?
16        MR. GARABEDIAN:  Objection.
17   A.   Just my mother.
18   BY MR. FOLKMAN:
19   Q.   Okay.  So when you went with Jonas,
20   where did you go?
21   A.   In 13th Street.
22   Q.   Okay.  And where were you sleeping?
23   A.   In the streets.
24   Q.   Did you think to go live with your
25   uncles?

Page 32

1         MR. GARABEDIAN:  Objection.
2    A.   No.
3    BY MR. FOLKMAN:
4    Q.   Why not?
5    A.   I just didn't go.
6    Q.   Did any of your older siblings have
7    houses of their own at that time?
8         MR. GARABEDIAN:  Objection.
9    A.   No.
10   BY MR. FOLKMAN:
11   Q.   Where were they living?
12   A.   They were with my mother.
13   Q.   Were they still going to school?
14   A.   No.
15   Q.   Had they finished school?
16        MR. GARABEDIAN:  Objection.
17   A.   No.
18   BY MR. FOLKMAN:
19   Q.   Were they working?
20   A.   No.
21   Q.   When you say you were sleeping in the
22   streets, was there a particular part of the city
23   where you normally stayed?
24        MR. GARABEDIAN:  Objection.
25   A.   We didn't have any set place.

Page 33

1    BY MR. FOLKMAN:
2    Q.   By the way, this is now in
3    Cap-Haïtian, is that right?
4         MR. GARABEDIAN:  Objection.
5    A.   Yes.
6    BY MR. FOLKMAN:
7    Q.   Is Fort St. Michel in Cap-Haïtian?
8    A.   Outside.
9    Q.   It's an area close to the city, but
10   not in the city?
11   A.   Yes.
12   Q.   And is that true of Labory also?
13   A.   Yes.
14   Q.   Tell me about your time when you were
15   living on the street.  Was there a group of kids
16   who were living together and hanging out
17   together?
18        MR. GARABEDIAN:  Objection.
19   A.   When we're sleeping there were a lot
20   of us, several of us, but during the day we all
21   spread out to find food to eat.
22   BY MR. FOLKMAN:
23   Q.   Did you have people who were in the
24   group that were sleeping near each other that
25   were friends of yours?

9 (Pages 30 to 33)

Confidential - Subject to Further Confidentiality Review

Page 34

1      A.   Yes, since we were all staying at the
2  same place, we were sleeping in the same place
3  together, so we all became brothers.
4      Q.   I meant to ask you; what was Jonas's
5  other name, if you know, his family name?
6          MR. GARABEDIAN:  Objection.
7      A.   No.
8  BY MR. FOLKMAN:
9      Q.   You don't know?
10     A.   No.
11     Q.   Did Jonas ever attend the 13th Street
12  center, or the Village, or Carenage?
13         MR. GARABEDIAN:  Objection.
14     A.   13th Street.
15  BY MR. FOLKMAN:
16     Q.   At the same time that you did?
17     A.   Yes.
18     Q.   And he never went to the Village?
19     A.   He died.
20     Q.   How did he die?
21     A.   Well, he used to -- he was at the spot
22  to sweep the floor for people to get some -- a
23  little bit of money, and seems that they were
24  sending a disease to someone, but he got it.
25     Q.   So he died of a sickness?

Page 35

1          How long after you left your mother's
2  house with him did he die?
3          MR. GARABEDIAN:  Objection.
4      A.   I don't remember.
5  BY MR. FOLKMAN:
6      Q.   Did your life on the street change
7  after Jonas died?
8      A.   More or less.
9          MR. GARABEDIAN:  Objection.
10     A.   I used to find food easily.  When I
11  used to beg, I would get money.
12  BY MR. FOLKMAN:
13     Q.   And did that change after his death?
14     A.   Yes.
15     Q.   How?
16     A.   When I needed something, I found it, I
17  found it.
18     Q.   When you were at Baraca, the school,
19  were you taking classes or studying a trade?
20         MR. GARABEDIAN:  Objection.
21     A.   I used to go to class.
22  BY MR. FOLKMAN:
23     Q.   What sorts of things did you learn?
24     A.   To read and write.
25     Q.   What did you want to do when you grew

Page 36

1  up?
2          MR. GARABEDIAN:  Objection.
3  BY MR. FOLKMAN:
4      Q.   Let me ask a different question.
5  That's ambiguous.
6          When you were young and attending
7  school at Baraca, what did you think you were
8  going to do for a job when you grew up?
9          MR. GARABEDIAN:  Objection.
10     A.   I was going to study after going to
11  school.  I was going to study theology.
12  BY MR. FOLKMAN:
13     Q.   Did you want to -- were you raised as
14  a Roman Catholic?
15         MR. GARABEDIAN:  Objection.
16     A.   Yes.
17  BY MR. FOLKMAN:
18     Q.   And did you want to grow up and be a
19  priest?
20     A.   Yes.  I used to go to church a lot.
21     Q.   Okay.  My question was; did you want
22  to grow up and be a priest?
23         MR. GARABEDIAN:  Objection.
24     A.   Yes.
25  BY MR. FOLKMAN:

Page 37

1      Q.   Okay.  Did the police ever give you
2  trouble when you were living on the street?
3          MR. GARABEDIAN:  Objection.
4      A.   Yes.  One day that arrested me.
5  BY MR. FOLKMAN:
6      Q.   What did they arrest you for?
7      A.   I was in the streets, I used to wash
8  cars.  After washing a car, I felt tired.  I
9  went to sleep inside a house where chiefs also
10  go.  They arrested us.  After arresting us they
11  gave us food, they beat us up, and then they
12  told us to leave.
13     Q.   Was that the only time you ever were
14  arrested?
15     A.   Yes.
16         No.  They arrested me the other day.
17     Q.   You mean the other day just a few days
18  ago from now?
19         MR. GARABEDIAN:  Objection.
20     A.   Yes.
21  BY MR. FOLKMAN:
22     Q.   Was that in the Dominican Republic, or
23  in Haiti?
24     A.   In Haiti.
25     Q.   What were you arrested for?

10  (Pages 34 to 37)

Confidential - Subject to Further Confidentiality Review

Page 38

1      A.   I was just sitting someplace, and then
2   there was -- they were playing money games,
3   betting, and I stood up, and they arrested me
4   and said "why are you here?" I said "well, no,
5   I was just cleaning cars." And they let me go.
6      Q.   Aside from the arrests that you've
7   described, have you ever, when you were living
8   on the streets, been beaten up or threatened by
9   the police?
10         MR. GARABEDIAN:  Objection.
11     A.   No.
12   BY MR. FOLKMAN:
13     Q.   Did you ever experience any violence
14   from other street kids when you were living in
15   the street?
16     A.   The kids, or the police?
17     Q.   Well, you've already answered the
18   police. I'm asking now about the kids.
19     A.   No.
20     Q.   And what about from other people
21   living in Cap-Haïtian who weren't street kids?
22         MR. GARABEDIAN:  Objection.
23     A.   Yes.
24   BY MR. FOLKMAN:
25     Q.   One time, or more than one time?

Page 39

1      A.   The place where we used to sleep in,
2   they used to beat people who would come and beat
3   us up, and they told us not to sleep in the
4   street.
5      Q.   And did that happen to you?
6      A.   Yes.
7      Q.   When you were beaten up, did you ever
8   go to a hospital, or a doctor?
9          MR. GARABEDIAN:  Objection.
10     A.   No.
11   BY MR. FOLKMAN:
12     Q.   You started to attend the 13th Street
13   project in 2002, right?
14     A.   Yes.
15     Q.   And why did you start to attend the
16   13th Street center?
17     A.   I went to 13th Street because a
18   friend, a friend who went to -- who brought me
19   to center said I would find everything I need.
20     Q.   What friend was that?
21     A.   Jonas.
22     Q.   Okay. So Jonas brought you to the
23   center, is that right?
24     A.   Yes.
25     Q.   Okay. And was he already attending

Page 40

1   the center at the time?
2      A.   Yes.
3      Q.   Okay. Describe what the center looked
4   like for me.
5          MR. GARABEDIAN:  Objection.
6      A.   Describe? Yes. In the center there
7   was a house, a church, bathroom, and a shower,
8   and then trees, a yard where we could play ball.
9   BY MR. FOLKMAN:
10     Q.   There was a gate?
11     A.   Yes, a big one.
12     Q.   And would you wait by the gate in the
13   morning to get in?
14         MR. GARABEDIAN:  Objection.
15     A.   Yes.
16   BY MR. FOLKMAN:
17     Q.   And who would open the gate for you?
18         MR. GARABEDIAN:  Objection.
19     A.   A security guard.
20   BY MR. FOLKMAN:
21     Q.   A Haitian?
22     A.   Yes.
23     Q.   Do you remember any of the Americans
24   who worked at the 13th Street center?
25         MR. GARABEDIAN:  Objection.

Page 41

1      A.   That were in the center?
2   BY MR. FOLKMAN:
3      Q.   Yes.
4      A.   Yes.
5      Q.   Who do you remember?
6      A.   Andy, Nicholas, Matthew. I don't
7   remember any more.
8      Q.   Did you have to be searched -- not
9   just you, but all the kids, did you have to be
10   searched before you could go into the 13th
11   Street center?
12         MR. GARABEDIAN:  Objection.
13     A.   Yes, they always search us to make
14   sure we don't have thinners and knives.
15   BY MR. FOLKMAN:
16     Q.   Thinner is a paint thinner that kids
17   in the street would sniff?
18         MR. GARABEDIAN:  Objection.
19     A.   Yeah, they put it in their nose.
20   BY MR. FOLKMAN:
21     Q.   And is that something you ever did?
22     A.   No.
23     Q.   Was it common?
24         MR. GARABEDIAN:  Objection.
25     A.   No.

11 (Pages 38 to 41)

Confidential - Subject to Further Confidentiality Review

Page 42

```
1   BY MR. FOLKMAN:
2      Q.  Did Jonas do it?
3      A.  No.
4      Q.  Once you got into the gate and had the
5   search, what sorts of activities would you do on
6   a typical day at the 13th Street center?
7          MR. GARABEDIAN:  Objection.
8      A.  When we were -- they searched us, they
9   gave us a brush and paste, toothpaste, and soap
10  to get -- to take a shower.
11  BY MR. FOLKMAN:
12     Q.  Okay.  And after you had brushed your
13  teeth and showered, what would you do?
14     A.  They gave us food, and then we went to
15  play.
16     Q.  What sorts of things would you play at
17  13th Street center?
18     A.  Dominos and ball.
19     Q.  By "ball," do you mean football,
20  soccer?
21     A.  Yes.
22     Q.  Did you attend any classes at the 13th
23  Street center?
24     A.  Yes.
25     Q.  So in your answers to the written
```

Page 43

```
1   questions, you said that you did first and
2   second grade at Baraca, and that you did third
3   and fourth grade at the PPT Village, is that
4   right?
5          MR. GARABEDIAN:  Objection.
6      A.  Yes.
7   BY MR. FOLKMAN:
8      Q.  So what classes did you do at the 13th
9   Street center?
10     A.  In Baraca I did first and second year.
11  13th Street, third.
12     Q.  And at the Village, which class did
13  you do?
14     A.  Third.
15     Q.  So you did third at 13th Street, and
16  also at the Village?
17     A.  Yes.
18     Q.  Okay.  Did you have class every day at
19  the 13th Street Village?  I said the 13th Street
20  Village.
21         MR. GARABEDIAN:  Objection.
22  BY MR. FOLKMAN:
23     Q.  Did you have class every day at the
24  13th Street center?
25         MR. GARABEDIAN:  Objection.
```

Page 44

```
1      A.  If I had classes every day?
2   BY MR. FOLKMAN:
3      Q.  Yes.
4      A.  Yes, every day.
5      Q.  You said there was a church at the
6   13th Street center?
7      A.  Yes, there was a church.
8      Q.  And did you attend the church?
9      A.  No, we don't go to church there.
10     Q.  Did you attend another church during
11  the time that you were at the 13th Street
12  center?
13     A.  No.
14     Q.  Okay.  What time of the morning would
15  you get to the 13th Street center?
16     A.  Six, seven, or eight.
17     Q.  Was there a fixed time every morning,
18  or did it change from morning to morning?
19     A.  There was a set hour, time.
20     Q.  And you just can't remember today
21  whether it was 6, 7 or 8:00 o'clock?
22     A.  No.
23     Q.  And about how late in the day would
24  you stay at the 13th Street center?
25     A.  4:00 p.m..  Last delay -- last time.
```

Page 45

```
1      Q.  And then you would go back out to the
2   street?
3      A.  Yes.
4      Q.  And would you have -- would you try to
5   find food on the street, or did you do all of
6   your eating at 13th Street?
7          MR. GARABEDIAN:  Objection.
8      A.  Well, at 13th Street they gave us
9   money -- food, but it wasn't enough, so I did
10  need to go to the street to find some more food.
11  BY MR. FOLKMAN:
12     Q.  Okay.  Did you ever see Doug Perlitz
13  at the 13th Street center?
14     A.  He comes from time to time, doesn't
15  stay.
16     Q.  What would you see Doug Perlitz doing
17  at the 13th Street center when you saw him
18  there?
19     A.  When he has guests he comes, and when
20  the white people talk to us, after that they
21  leave.
22     Q.  So is it -- are you saying that
23  Douglas would come to show white people around
24  the center?
25         MR. GARABEDIAN:  Objection.
```

12 (Pages 42 to 45)

Confidential - Subject to Further Confidentiality Review

Page 46

1    A.  Yes.
2  BY MR. FOLKMAN:
3    Q.  And did you see him doing other
4  things, aside from that, at the 13th Street
5  center?
6    A.  No.
7    Q.  Did he ever come to the center with
8  Paul Carrier?
9    A.  Yes.
10    Q.  And did you see him showing Pere Paul
11  around the center?
12    A.  Yes, when he would -- they would visit
13  the entire yard.  They would talk -- they would
14  talk to us, they would ask us what our names
15  were, and we would ask them what their names
16  were.
17    Q.  Now, when you were giving your name to
18  Father Carrier, was Douglas translating for you?
19    A.  Yes.
20    Q.  Did you ever speak at the 13th Street
21  center to Pere Paul without Douglas translating
22  for you?
23    A.  I don't speak English.
24    Q.  And as far as you know, Pere Paul
25  doesn't speak Creole, right?

Page 47

1    MR. GARABEDIAN:  Objection.
2    A.  I don't think so.  When he came, he
3  didn't talk.
4  BY MR. FOLKMAN:
5    Q.  You saw Pere Paul and Douglas talking
6  to each other, didn't you?
7    A.  They were together.  They were
8  walking, there were several white people walking
9  together.  But I've never seen them just
10  together.
11    Q.  Just the two of them you've never
12  seen?
13    A.  No, there were several of them.
14    Q.  And did you see Pere Paul with Doug
15  one time, or more than one time, at the 13th
16  Street center?
17    MR. GARABEDIAN:  Objection.
18    A.  When they would come, if there's a
19  group of visitors, they come to 13th Street.
20  BY MR. FOLKMAN:
21    Q.  So Pere Paul was there with a group of
22  visitors more than once, is that true?
23    A.  I don't remember.
24    Q.  Okay.  So you remember seeing many
25  groups of visitors, and you're not sure if Pere

Page 48

1  Paul was there with all of them or not?
2    MR. GARABEDIAN:  Objection.
3    A.  I don't remember.
4  BY MR. FOLKMAN:
5    Q.  Okay.  You've never been married, is
6  that true?
7    A.  No.
8    Q.  You have a daughter named Anncie?
9    A.  Anncie.
10    Q.  And how old is Anncie?
11    A.  A year and a half.
12    Q.  And who is Anncie's mother?
13    A.  Angeline Guerrier.
14    Q.  Can you spell that, please?
15    A.  Yes.  A-N-G-E-L-I-N-E, last name
16  G-U-E-R-R-I-E-R.
17    Q.  Are you still with Angeline today?
18    MR. GARABEDIAN:  Objection.
19    A.  Yes.
20  BY MR. FOLKMAN:
21    Q.  How long have the two of you been
22  together?
23    A.  Five years.
24    Q.  And do you have any other children?
25    A.  No.

Page 49

1    Q.  Where does Anncie live?
2    A.  At her mother's.
3    Q.  Does her mother own a house?
4    A.  Angeline is staying at her mother's.
5    Q.  Okay.  And you are not staying with
6  Angeline and Anncie, are you?
7    MR. GARABEDIAN:  Objection.
8    A.  No.
9  BY MR. FOLKMAN:
10    Q.  You are living on a boat on an island
11  near the city, is that true?
12    A.  Yes.
13    Q.  Do you live with anybody?
14    A.  There's two of us.
15    Q.  Who is the other?
16    A.  Another person living in the streets
17  that is part of the project.
18    Q.  Who is that?
19    A.  There's Bouqui, Ti Antoine, and Jonas,
20  and there are several.
21    Q.  So there's four of you who live on the
22  boat?
23    A.  More.  I don't remember the others.
24    Q.  So you remember four of the people
25  that you live with, but not the others?

13 (Pages 46 to 49)

Confidential - Subject to Further Confidentiality Review

Page 50

1    A.  Yes.
2    Q.   How many are there altogether do you
3  think?
4    A.  Eight.
5    Q.   And were they all PPT students?
6    A.  Yes.
7    Q.   Are they all people who have brought
8  cases against Douglas Perlitz?
9         MR. GARABEDIAN:  Objection.
10   A.  Yes.
11 BY MR. FOLKMAN:
12   Q.   Are they all people who, as far as you
13 know, are represented by your lawyers also?
14        MR. GARABEDIAN:  Objection.
15   A.  Yes.
16 BY MR. FOLKMAN:
17   Q.   They're all people who were abused by
18 Douglas Perlitz?
19   A.  Yes.
20   Q.   Are any of them people who have
21 already gotten money because of their lawsuits?
22        MR. GARABEDIAN:  Objection.
23   A.  No.
24 BY MR. FOLKMAN:
25   Q.   Why are you not living with Angeline

Page 51

1  and Anncie?
2    A.   Why am I not staying with them in
3  their house is because I can't rent a house to
4  be living with them.
5    Q.   So you don't live with them because
6  you can't contribute to the cost of the house,
7  is that true?
8         MR. GARABEDIAN:  Objection.
9    A.  Yes.
10 BY MR. FOLKMAN:
11   Q.   And did Angeline tell you you couldn't
12 live there unless you could contribute money?
13        MR. GARABEDIAN:  Objection.
14   A.  No.
15 BY MR. FOLKMAN:
16   Q.   Did her mother tell you that?
17   A.  No.
18   Q.   Have you asked them if you could live
19 there?
20   A.   I -- they didn't ask me because for me
21 this is so ugly, I didn't -- I couldn't stay
22 with them if I don't contribute.
23   Q.   So you felt that it wouldn't be right
24 for you to live there if you couldn't help pay
25 the costs?

Page 52

1         MR. GARABEDIAN:  Objection.
2    A.  Yes.
3  BY MR. FOLKMAN:
4    Q.   But you've never asked them whether
5  they would be willing to have you, have you?
6         MR. GARABEDIAN:  Objection.
7    A.  No.
8  BY MR. FOLKMAN:
9    Q.   How often do you see Angeline?
10   A.  Every two weeks.
11   Q.   And do you go on a certain day every
12 two weeks to stay with her?
13   A.  Every two weeks I can go to their
14 house two or three times.
15   Q.   Okay.  And do you help support Anncie?
16   A.  When I have, I give.  But when I
17 don't, I don't go.
18   Q.   Okay.  I want to ask you about how you
19 make money.
20        When you were at the Rue 13 center, is
21 it true that you made money by begging for it on
22 the street?
23   A.  Yes.  Yes.
24   Q.   And have you begged for money on the
25 street as a way to earn money at other times

Page 53

1  also?
2         MR. GARABEDIAN:  Objection.
3    A.  Yes.
4  BY MR. FOLKMAN:
5    Q.   Are you doing that today?
6         MR. GARABEDIAN:  Objection.
7    A.  Yes.  Yes.
8  BY MR. FOLKMAN:
9    Q.   Let me ask you about jobs that you've
10 had.
11        Is it true that you had a job for
12 about a week at the Village where you did
13 groundwork and were paid about 35 gourdes a day?
14   A.  Yes.
15   Q.   And did you ever have another job at
16 the Village?
17   A.  Yes.
18   Q.   You worked for -- well, tell me about
19 your other job at the Village.
20   A.   They gave me a job when it was about
21 to be December, and Douglas gave us a little
22 piece of land where we had to do groundwork, he
23 would pay us 35 gourdes a day, just for them to
24 get a little bit of money so they can -- could
25 go through the holidays.

14 (Pages 50 to 53)

Confidential - Subject to Further Confidentiality Review

Page 54

1    Q.   Okay.  So are you saying that when you
2    were at the Village you did that more than one
3    time?
4        MR. GARABEDIAN:  Objection.
5        A.   Yes.
6    BY MR. FOLKMAN:
7        Q.   Okay.  Aside from the job that you
8    would have sometimes at the Village doing
9    groundwork for a week and being paid about 35
10   gourdes a day, did you ever have other work
11   while you were at the Village?
12       A.   Yes.
13       Q.   What other job was that?
14       A.   I used to sweep the floor, and fill
15   water tanks.
16       Q.   Were you paid for that?
17       A.   Yes.
18       Q.   Do you know how much you were paid?
19       A.   35 gourdes.
20       Q.   Did you also spend a month working a
21   construction job on Rue 13?
22       THE INTERPRETER:  Can you repeat the
23   question, please?
24       MR. FOLKMAN:  Sure.
25   BY MR. FOLKMAN:

Page 55

1        Q.   Did you once spend a month doing a
2    construction job on Rue 13?
3        A.   That's another job, yes.
4        Q.   Okay.  And you were paid about 3,000
5    gourdes every two weeks while you were doing
6    that job?
7        A.   Yes.
8        Q.   And that job lasted about a month?
9        A.   Yes.
10       Q.   Aside from those two jobs, the jobs at
11   the Village that you've talked about and the
12   month of construction work, have you ever had
13   another job where you had a boss?
14       A.   I don't understand.
15       Q.   Sure.  Did you ever work for somebody
16   else, other than the times you worked at the
17   Village that you just told me about, and other
18   than the job at the construction site that you
19   told me about?
20       MR. GARABEDIAN:  Objection.
21       A.   No.
22   BY MR. FOLKMAN:
23       Q.   You do -- or you have washed cars to
24   earn some money, right?
25       A.   Yes.

Page 56

1        Q.   And when you did that, you were
2    working for yourself?
3        A.   Yes.
4        Q.   And you would earn about 50 to 100
5    gourdes per car?
6        A.   Yes.
7        Q.   And over what period of time did you
8    wash cars?
9        MR. FOLKMAN:  Do you want me to ask it
10   again?
11       THE INTERPRETER:  Yes.
12   BY MR. FOLKMAN:
13       Q.   Is that a job that you're doing these
14   days?
15       A.   Yes.
16       Q.   And have you always done that while
17   you've been living on the street?
18       A.   No.  When the Village stopped, was
19   crushed, that I started doing that.
20       Q.   Okay.  So aside from the jobs that
21   you've told me about, washing a car, doing the
22   construction work for a month, and the odd jobs
23   at the Village, have you ever had any other work
24   or employment?
25       A.   13th Street also?

Page 57

1        Q.   Mm-hmm.
2        A.   No, I didn't.
3        Q.   What kind of job would you like to
4    have?
5        A.   Anything that comes my way, I'll do
6    it.
7        Q.   You spent about a year at the Rue 13
8    center, is that right?
9        A.   Yes.
10       Q.   And after Rue 13, did you go to the
11   Carenage?
12       A.   When I left the Village.
13       Q.   You went to the Carenage after you
14   left the Village?
15       A.   Yes.
16       Q.   Carenage is the name of a
17   neighborhood, is that right?
18       A.   Yes, a neighborhood.
19       Q.   So when you say you went to Carenage,
20   you don't mean that you went to the PPT project
21   at Carenage, you mean you went somewhere else in
22   the Carenage neighborhood?
23       MR. GARABEDIAN:  Objection.
24       A.   No, I wasn't staying at the
25   neighborhood -- in the neighborhood.

15  (Pages 54 to 57)

Confidential - Subject to Further Confidentiality Review

Page 58

BY MR. FOLKMAN:
1
2       Q.   Okay.  So what do you mean when you
3   say you went to the Carenage after you left the
4   Village?
5       A.   I know after when I left the 13th
6   Street center, when I left it I went to
7   Carenage.  I thought you were talking about
8   that.
9       Q.   Okay.  Maybe I misunderstood.
10          It's true, isn't it, that when you
11  left the 13th Street center, you went to PPT at
12  Carenage?
13          MR. GARABEDIAN:  Objection.
14      A.   No, at the Village.
15  BY MR. FOLKMAN:
16      Q.   The Village is in Blue Hills, right?
17      A.   Yes.
18      Q.   Okay.  By the way, before I get too
19  far, the money that you say you bring sometimes
20  to Angeline and your daughter, does that money
21  come from the cars that you wash?
22      A.   Yes.
23      Q.   Does it come from anywhere else?  Do
24  you have other sources of money?
25      A.   No.

Page 59

1       Q.   Okay.
2          MR. GARABEDIAN:  Can we take a break
3   for five minutes?
4          MR. FOLKMAN:  Yes.
5          MR. GARABEDIAN:  Thank you.
6          THE VIDEOGRAPHER:  Going off the
7   record.  The time is 10:20.
8          (Whereupon, a recess was taken.)
9          THE VIDEOGRAPHER:  Back on the record.
10  The time is 10:32.
11  BY MR. FOLKMAN:
12      Q.   Mr. Bernardin, were there any other
13  kids named Jose at PPT that you knew?
14      A.   Yes.
15      Q.   And what was the other Jose's last
16  name?
17      A.   I don't know.
18      Q.   Okay.  Were there any other Andos?
19      A.   No.
20      Q.   And were there any other Bernardins?
21      A.   No.
22      Q.   I want to read to you a question and
23  an answer that you gave, okay?
24          MR. GARABEDIAN:  Which number is that?
25          MR. FOLKMAN:  14.

Page 60

BY MR. FOLKMAN:
1
2       Q.   The question was, "if you ever
3   participated in any program that was part of
4   PPT" --
5       A.   Excuse me.
6       Q.   "If you ever participated in any
7   program that was part of PPT, please state the
8   specific programs at PPT in which you
9   participated, for example, the 13th Street
10  intake center, the Village, and so forth, and
11  the time periods during which you participated
12  in each program."
13          And you answered "I participated in
14  Rue 13 starting in approximately 2002" --
15          MR. GARABEDIAN:  Objection.
16  BY MR. FOLKMAN:
17      Q.   -- "but I do not remember exactly how
18  long" --
19      A.   Yes.
20      Q.   -- "then I went to Carenage for
21  approximately two years, then the PPT Village
22  from approximately 2005 to approximately 2007."
23          Was that answer correct?
24      A.   I went to 13th Street.  I went to the
25  Village from Rue 13.  They put me out.  Douglas

Page 61

1   asked me to have sex with him, to be gay with
2   him, and I said no, so I didn't stay, I went to
3   Carenage.
4       Q.   So let me stop you.  What I was asking
5   was whether the answer that you gave was
6   correct.
7          Do you understand that question?
8          MR. GARABEDIAN:  Objection.
9       A.   I see that you're asking me a
10  question.  You didn't ask me what Douglas told
11  me.
12  BY MR. FOLKMAN:
13      Q.   All I'm asking is whether the answer
14  that you gave when you signed these and you
15  promised to tell the truth was correct?
16          MR. GARABEDIAN:  Objection.
17      A.   Yes.
18  BY MR. FOLKMAN:
19      Q.   The answer is correct?
20          MR. GARABEDIAN:  Objection.
21      A.   Yes.
22  BY MR. FOLKMAN:
23      Q.   So you did go to Rue 13 beginning in
24  2002 for approximately a year, right?
25          MR. GARABEDIAN:  Objection.

16 (Pages 58 to 61)

Confidential - Subject to Further Confidentiality Review

Page 62

1      A.  Yes.
2  BY MR. FOLKMAN:
3      Q.  And then you went to Carenage for
4  approximately two weeks?
5          MR. GARABEDIAN:  That's not what it
6  says.
7          MR. FOLKMAN:  "Then I went to Carenage
8  for approximately two weeks."
9          MR. GARABEDIAN:  "But I do not
10  remember exactly how long."
11  BY MR. FOLKMAN:
12      Q.  Let me read it exactly, okay?
13          THE INTERPRETER:  Can you tell me the
14  number?
15          MR. FOLKMAN:  It's Number 14.
16  BY MR. FOLKMAN:
17      Q.  All right.  I'm going to read it to
18  you exactly, and I want you to tell me if it's
19  true or not true, okay?  "I participated in Rue
20  13 starting in approximately 2002, and stayed
21  for more than one year, but I do not remember
22  exactly how long.  Then I went to Carenage for
23  approximately two years, then the PPT Village
24  from approximately 2005 to approximately 2007."
25  Is that true?

Page 63

1          MR. GARABEDIAN:  Objection.
2          THE INTERPRETER:  There's a
3  mistranslation in the document.
4          MR. FOLKMAN:  Okay.  Did he understand
5  what I told him?
6      A.  I understand.  That's why I'm asking
7  you a question now.
8  BY MR. FOLKMAN:
9      Q.  Okay.  Why don't you answer my
10  question first, and then --
11          MR. GARABEDIAN:  Objection.
12  BY MR. FOLKMAN:
13      Q.  So my question is; is what you wrote
14  here true?
15          MR. GARABEDIAN:  Objection.  He said
16  there was a mistranslation.
17  BY MR. FOLKMAN:
18      Q.  Did he say there's a mistranslation?
19          THE INTERPRETER:  I said there was a
20  mistranslation.  I did not read what is written
21  here.
22  BY MR. FOLKMAN:
23      Q.  You read what I --
24      A.  What you said.
25      Q.  Okay.  So the Creole is incorrect?  I

Page 64

1  want to make sure I understand.
2      A.  The Creole is incorrect.
3      Q.  But you correctly translated the
4  English that I just read?
5      A.  Yes.
6      Q.  Okay.  So did you understand what I
7  just read and Nathalie translated?
8      A.  Can you repeat, please?
9      Q.  Sure.
10          Your answer was "I participated in
11  Rue 13 starting in approximately 2002, and
12  stayed for more than one year, but I do not
13  remember exactly how long," is that true?
14      A.  Yes.
15      Q.  Then you wrote -- or said, "then I
16  went to Carenage for approximately two years."
17  Is that true?
18      A.  Yes.
19      Q.  And then you wrote, or said, "then the
20  PPT Village from approximately 2005 to
21  approximately 2007."
22          MR. GARABEDIAN:  Objection.
23  BY MR. FOLKMAN:
24      Q.  Is that true?
25      A.  I left the Village in 2007.

Page 65

1      Q.  What I'm asking you is, is it true
2  that you went to the Carenage for approximately
3  two years, and then to the PPT Village from
4  approximately 2005 to approximately 2007?
5      A.  Yes.  I stayed 2005, 2006, and I left
6  the Village in 2007.
7      Q.  And you were at the Carenage for
8  approximately two years before that, right?
9      A.  I don't remember.
10      Q.  Did anybody give you the chance to
11  make corrections or changes to these answers
12  before you signed them?
13          MR. GARABEDIAN:  Objection.
14      A.  No.
15  BY MR. FOLKMAN:
16      Q.  What I want to know is, as you sit
17  here today and your best memory today, did you
18  spend any time at Carenage between the time that
19  you finished at the Rue 13 center and the time
20  that you went to live at the Village?
21          MR. GARABEDIAN:  Objection.
22          MR. FOLKMAN:  Do you want me to read
23  that again, Nathalie?
24          THE INTERPRETER:  Yes.
25  BY MR. FOLKMAN:

17 (Pages 62 to 65)

Confidential - Subject to Further Confidentiality Review

Page 66

1    Q.   What I want to know is, as you sit
2  here today and your best memory today, did you
3  spend any time at Carenage between the time that
4  you finished at the Rue 13 center and the time
5  that you went to live at the Village?
6        MR. GARABEDIAN:  Objection.
7    A.   When I was at 13th Street, I went to
8  the Village, Douglas put me outside.  He said
9  "let's do gay things," and I said "no," so I
10  went to the Carenage.
11  BY MR. FOLKMAN:
12    Q.   Okay.  So is it actually the case the
13  order in which you did these things is first
14  13th Street, then the Village --
15    A.   Yes.
16    Q.   -- then Carenage?
17        And was Carenage run by PPT?
18    A.   Yes.
19    Q.   Okay.  And when you were at Carenage,
20  where were you living?
21    A.   In the streets.
22    Q.   Okay.  So before we took the break, I
23  was starting to ask you about what you did after
24  13th Street.  And now I understand that after
25  13th Street you went to the Village?

Page 67

1    A.   When I left 13th Street.
2    Q.   Now, why did you get to go to the
3  Village?
4        THE INTERPRETER:  The second time?  Or
5  the first time?  I want to understand your
6  question for me.
7  BY MR. FOLKMAN:
8    Q.   Why did you go from 13th Street to the
9  Village?
10    A.   When I was in 13th Street, Douglas
11  told me to go find him at Bel Air.  When I
12  arrived at Bel Air, he said wouldn't I want to
13  be as comfortable as all the guys that were at
14  the Village.  I said "yes."  He said I will find
15  everything I need here.  And then he said, and
16  he's going to do things -- everything he does to
17  my body, I have to do it for him, too.
18        I put a shirt.  He unbuttoned my
19  shirt.  He was playing with my tits.  He said
20  play with his tits, and I did.  He asked me to
21  masturbate him.  He sucked my dick.  He wanted
22  me to suck his dick.  And then he put his dick
23  in my butt.
24    Q.   Are you done with your answer?
25    A.   Yes.

Page 68

1    Q.   Okay.  Was Douglas at the 13th Street
2  center when he told you to go to the Bel Air
3  house?
4        MR. GARABEDIAN:  Objection.
5    A.   He came to the 13th Street center,
6  13th Street, and said to go find him at Bel Air.
7  BY MR. FOLKMAN:
8    Q.   Was he in his car when he said this to
9  you?
10    A.   Yes, he was in his car.
11    Q.   And you were standing outside the
12  gate?
13    A.   Yes.
14    Q.   Were others with you?
15    A.   No.
16    Q.   So it was just the two of you, and no
17  one else could hear what was said?
18        MR. GARABEDIAN:  Objection.
19    A.   No.
20  BY MR. FOLKMAN:
21    Q.   So let me ask that again.  And you
22  didn't do anything wrong, but your answer was
23  "no," and I want to make sure I know whether
24  you're saying that you agree with me or you
25  disagree with me.

Page 69

1        It's true, isn't it, that only the two
2  of you were there, and no one else could hear?
3    A.   Yes.
4    Q.   Okay.  Now, did you get in the car
5  with him?
6    A.   No.
7    Q.   Okay.  Did he drive off?
8    A.   When I -- he left.
9    Q.   Okay.  And was this in the morning, or
10  in the afternoon?
11    A.   Morning.  I didn't know if he was
12  going to the Village, so he said to go later, to
13  come see him.
14    Q.   So then you went into 13th Street and
15  had your regular day?
16        MR. GARABEDIAN:  Objection.
17    A.   Yes.
18  BY MR. FOLKMAN:
19    Q.   Okay.  Had you ever been to the
20  Bel Air house before?
21    A.   No.
22    Q.   Did you know other boys who had been
23  to the Bel Air house before?
24    A.   I don't know.
25    Q.   No one that you can recall ever said

18 (Pages 66 to 69)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 70

1 to you that he had been there?
2      MR. GARABEDIAN: Objection.
3      A.  No.
4 BY MR. FOLKMAN:
5      Q.  Did you know where the Bel Air house
6 was?
7      A.  No.
8      Q.  Okay.  So you went to have your day at
9 Rue 13, right?
10     A.  Yes.
11     Q.  And then afterwards you went to
12 Bel Air?
13     A.  Yes.
14     Q.  How did you know where to go?
15     MR. GARABEDIAN: Objection.
16     A.  People in Cap-Haïtian know Bel Air,
17 and I had my friends in Bel Air.
18 BY MR. FOLKMAN:
19     Q.  Bel Air is a neighborhood, right?
20     A.  Yes.
21     Q.  So did you know where the Bel Air
22 neighborhood was?
23     A.  Yes.
24     Q.  Okay.  But you did not know exactly
25 where that house was?

Page 71

1      MR. GARABEDIAN: Objection.
2      A.  No.
3 BY MR. FOLKMAN:
4      Q.  Okay.  So who told you where the house
5 was?
6      A.  A friend I had in Bel Air, when he saw
7 me at Bel Air, he said what am I doing here.  He
8 said I went to -- "I want to go to the white
9 man's house," I said, "to come see him, I don't
10 know the house."  He said "let's go, I'll show
11 it to you."
12     When he showed me the house, there was
13 a big gate that was open.  I opened the door to
14 go in.  When I entered, I saw no one.  I saw a
15 Land Cruiser.  I went to sleep inside the car.
16     While I was sleeping, Douglas came to
17 touch me.  He said "come."  When he said "come,"
18 when I got there was steps down, I almost -- I
19 didn't know there were steps there, I almost
20 fell.  When I opened the door, he gave me a
21 cover to sleep.  When I was there, he was
22 watching porno movies.  He gave a cover to sit
23 and said "sleep here."
24     While I was sleeping, I saw him touch
25 me, and he said "don't be scared."  He said

Page 72

1 "come to the bed, come on the bed."  When I
2 went, when he was talking he said "don't be
3 scared," would I want to be at ease, comfortable
4 like the others, the other guys in the Village
5 so I wouldn't have to sleep in the streets.  I
6 thought that was the truth, that it was real, so
7 I said "yes."  "Everything I do to your body you
8 do it to me," and I said "yes."
9      I put a shirt; he unbuttoned it.  He
10 played with my tits; I did that to him.  He
11 masturbated me.  I masturbated him.  He put my
12 dick in his mouth, and he asked me to suck his
13 dick.  He put his dick in my butt, and then --
14 and he took the cover, he put me in the other
15 room and said sleep there in the morning.  And
16 when the next morning, I can leave.
17     Q.  Are you done?
18     A.  No.
19     Q.  My question to you --
20     MR. GARABEDIAN: He said he was not
21 done.
22 BY MR. FOLKMAN:
23     Q.  Okay.  Please.
24     A.  It was about 4 or 5:00 a.m., day
25 wasn't out, I left.  I went to 13th Street.

Page 73

1 While I was showering I saw blood coming out of
2 my butt.
3      I had to go to my mother's, and I told
4 her what was happening.  I said "just like that
5 I started bleeding from my butt."  She said did
6 I fight, did I -- was I hurt.  I said "no."  So
7 they brought me to the hospital.
8      When I go there they gave me serum.  I
9 was bleeding a lot.  They gave me blood, serum.
10 They paid drugs for me.  And I spent three days
11 at the hospital.
12     Q.  Okay.  Are you done now?
13     A.  Yes.
14     Q.  So my question, sir, was who told you
15 where the house was?  I would just ask, please,
16 that you focus on what the question is.  If you
17 don't understand it, let me know, and please
18 answer the question.  I know you have a lot of
19 other things you want to say.  Okay?
20     MR. GARABEDIAN: Objection.
21     A.  A friend.
22 BY MR. FOLKMAN:
23     Q.  What was the friend's name?
24     A.  I don't remember his name.
25     Q.  Was it someone who was at PPT?

Confidential - Subject to Further Confidentiality Review

Page 74

1    A.   He was in the street.  He didn't go to
2  PPT, but he was living in the streets.
3    Q.   Okay.  When you had the conversation
4  with Doug when he was in his car outside the
5  gate of 13th Street, and he asked you to come to
6  Bel Air, why did you think he was asking you to
7  come to Bel Air?
8    A.   He said come to him, to Bel Air.  I
9  didn't know, why so I did.
10   Q.   Okay.  So you didn't have any
11 expectations or understandings of why he wanted
12 you to go?
13   A.   No.  I just felt compelled to go.
14   Q.   Okay.  And when you got there, you say
15 the gate was open?
16   A.   Yes.
17   Q.   And you said you saw no one?
18   A.   No.
19   Q.   What time of day was it when you got
20 there?
21       MR. GARABEDIAN:  Objection.
22   A.   It was nighttime.
23 BY MR. FOLKMAN:
24   Q.   Okay.  And you said you opened the
25 door to go in.  Was that the door to the house?

Page 75

1    A.   No, the big gate.
2    Q.   The gate.
3        And did you knock on the door to the
4  house?
5    A.   No.  The door -- I didn't knock
6  because the door was open.
7    Q.   The door to the house was open?
8    A.   No, the gate was open.
9    Q.   I understand.
10       So you walked through the gate, right?
11   A.   Yes.
12   Q.   And then did you walk up to the house?
13   A.   Yes.  I didn't know where his room
14 was.  The door, the front door was closed.  I
15 knocked, I didn't see -- hear anyone, I opened
16 the car door, and I lied down inside.
17   Q.   Okay.  So you knocked on the door to
18 the house.  No one answered?
19   A.   No.
20   Q.   And as far as you know, no one was in
21 the house, is that true?
22   A.   Yes.
23   Q.   Okay.  And when no one answered, you
24 walked over to the Land Cruiser?
25   A.   I opened the door, and I lied down.

Page 76

1    Q.   And you lay down to go to sleep?
2    A.   Yes.
3    Q.   And why did you lie down to go to
4  sleep in the Land Cruiser?
5    A.   I didn't have anyplace to sleep.
6    Q.   At this time you were still living on
7  the streets, right?
8    A.   Yes.
9    Q.   So you thought it would be better to
10 sleep in the Land Cruiser than to do what you
11 did every other night, right?
12       (Power outage.)
13       THE VIDEOGRAPHER:  Back on the record.
14 The time is 11:06.
15 BY MR. FOLKMAN:
16   Q.   Sorry about that, Mr. Bernardin.  Let
17 me read you back the last couple of questions so
18 that you know where we were.
19       "Question:  Why did you lie down to go
20 to sleep in the Land Cruiser?
21       "Answer:  I didn't have anyplace to
22 sleep.
23       "Question:  At this time you were
24 still living on the streets, right?
25       "Answer:  Yes."

Page 77

1        Okay.  And my next question is that
2  you thought it would be better to sleep in the
3  Land Cruiser than to do what you did every other
4  night, right?
5        MR. GARABEDIAN:  Objection.
6    A.   Yes, because they had just killed a
7  child in the street.  They didn't want people to
8  sleep in the street.  So I didn't want to get
9  killed, so I thought it was better to open the
10 door and sleep there.
11 BY MR. FOLKMAN:
12   Q.   So were you not sleeping on the
13 streets during that time period, not just this
14 night, but the time around it?
15       MR. GARABEDIAN:  Objection.
16   A.   Yes, I did.  But while I was sleeping
17 in the street they had killed a child that was
18 sleeping in the street, that's why.
19       (Power outage.)
20       THE VIDEOGRAPHER:  Back on the record.
21 The time is 11:20.
22 BY MR. FOLKMAN:
23   Q.   Okay.  So we were talking about the
24 Land Rover.  Do you know whose Land Rover it
25 was, by the way?

20  (Pages 74 to 77)

Confidential - Subject to Further Confidentiality Review

---

Page 78

1           THE INTERPRETER: Land Cruiser.
2    BY MR. FOLKMAN:
3       Q.  Land Cruiser.
4       A.  For the project.
5       Q.  Okay.  And was it the car that Douglas
6    drove around in?
7           MR. GARABEDIAN:  Objection.
8       A.  Yes.  And Andy also.  Sometimes
9    Douglas, and sometimes Andy.
10   BY MR. FOLKMAN:
11      Q.  Was the Land Cruiser the car that
12   Douglas had been in when you saw him at Rue 13
13   and he asked you to come to Bel Air?
14      A.  I don't know if it was the same car.
15   I didn't notice the car.  But there were two
16   cars, two Land Cruisers.
17      Q.  So there were two Land Cruisers,
18   Douglas was in one of them, and you're not sure
19   if it was the same one that you slept in?
20          MR. GARABEDIAN:  Objection.
21      A.  Yes.
22   BY MR. FOLKMAN:
23      Q.  Okay.  And you were saying that
24   someone had just been killed in the street at
25   around that time, is that true?

---

Page 79

1           MR. GARABEDIAN:  Objection.
2       A.  Yes.
3    BY MR. FOLKMAN:
4       Q.  Was it one of the street kids who was
5    killed?
6       A.  Yes.
7       Q.  Did you know him?
8       A.  Yes.
9       Q.  Who was it?
10      A.  Peter.
11      Q.  Was Peter someone who attended PPT?
12      A.  Yes.
13      Q.  Do you know Peter's other name?
14      A.  I don't know if he had other
15   nicknames.  I knew him as Peter.
16      Q.  Did you hear anything from Douglas or
17   the other Americans at PPT about Peter's death?
18      A.  I was there.
19      Q.  You were there when he died?
20      A.  We were -- it was at that place where
21   we were all sleeping.  In the morning when we
22   woke up, we saw somebody threw a rock on his
23   head.
24      Q.  And did you take him to the hospital?
25      A.  No.  He died.  He had died.

---

Page 80

1       Q.  You saw that he had already died?
2       A.  Yes.
3       Q.  So what did you do?
4       A.  He died instantaneously.
5       Q.  Did you see someone throw the rock, or
6    did you wake up and see that someone had thrown
7    the rock while you were asleep?
8           MR. GARABEDIAN:  Objection.
9       A.  No, I didn't see anyone throw the
10   rock, but when we woke up we saw the big rock
11   next to him, and he was bleeding from the head,
12   it has crushed his head, and he had died.
13   BY MR. FOLKMAN:
14      Q.  So what did you do then?
15      A.  I didn't do anything.
16      Q.  Did you take the body somewhere?
17      A.  No, the municipality took care of it.
18      Q.  Did you tell someone, a policeman or
19   someone else, that someone had been killed?
20          MR. GARABEDIAN:  Objection.
21      A.  The police saw it.
22   BY MR. FOLKMAN:
23      Q.  The police were there when you were
24   there?
25      A.  No.  The municipality came.

---

Page 81

1       Q.  While you were there, the municipality
2    came?
3       A.  No, I wasn't there.
4       Q.  So how do you know that the
5    municipality came?
6       A.  No, I knew.  It was the State to take
7    care of it.  There was no one, no family to take
8    care of him.
9       Q.  Is it fair to say that because someone
10   took care of the body, you assumed it was the
11   municipality that had done something with the
12   body?
13          MR. GARABEDIAN:  Objection.
14      A.  Yes, if I had stayed there they would
15   have taken me and asked me questions.  I didn't
16   stay there and ask them why was he dead.
17   BY MR. FOLKMAN:
18      Q.  Okay.  So you don't actually know, do
19   you, who came and took the body away?
20      A.  No.
21      Q.  Okay.  Did you tell anybody at PPT
22   what had happened to Peter?
23          MR. GARABEDIAN:  Objection.
24      A.  No.
25   BY MR. FOLKMAN:

---

21 (Pages 78 to 81)

Confidential - Subject to Further Confidentiality Review

Page 82

1    Q.   Did anybody at PPT ask what had
2    happened to Peter?
3       A.   There were several people sleeping
4    there, but he was the only one sleeping where he
5    was sleeping.  There were other guys who when
6    they went to 13th Street they said "here, this
7    is the person who has died."
8       Q.   So there were some kids who told
9    Douglas, for example, that Peter had died?
10      A.   Yes.
11      Q.   Okay.  And did Douglas or any of the
12   other Americans at PPT say anything to the boys
13   about Peter's death?
14         MR. GARABEDIAN:  Objection.
15      A.   I don't remember.
16   BY MR. FOLKMAN:
17      Q.   So you don't remember ever hearing
18   anything at PPT about Peter again, is that true?
19      A.   I don't remember.
20      Q.   Okay.  Was Peter at the 13th Street
21   center before he died?
22      A.   Yes.
23      Q.   Okay.  So you were worried about
24   sleeping in the streets because of what you had
25   just experienced with Peter's death, right?

Page 83

1          MR. GARABEDIAN:  Objection.
2       A.   Yes.  I didn't want the same thing to
3    happen to me.
4    BY MR. FOLKMAN:
5       Q.   And did Peter die the day before you
6    went to Bel Air at Doug's request?
7          MR. GARABEDIAN:  Objection.
8       A.   On the same day.
9    BY MR. FOLKMAN:
10      Q.   Okay.  So the very -- the morning that
11   you woke up and went to 13th Street before you
12   had that conversation with Douglas, that's the
13   morning that Peter died?
14      A.   No.
15      Q.   Okay.
16      A.   I saw him like, let's say today, and
17   he told me to go the next day to get -- to go
18   see him.
19      Q.   The very next day?
20      A.   Yes.
21      Q.   Okay.  Did you ask anybody at PPT
22   whether there was somewhere other than the
23   street for you to sleep because you were
24   frightened about what might happen on the
25   street?

Page 84

1          MR. GARABEDIAN:  Objection.
2       A.   I didn't say anything.
3    BY MR. FOLKMAN:
4       Q.   Did anybody at PPT know that you had
5    been there sleeping when someone crushed Peter's
6    head with the rock?
7          MR. GARABEDIAN:  Objection.
8       A.   We were several sleeping there.
9    BY MR. FOLKMAN:
10      Q.   Other than the kids who were sleeping
11   there, did any of the grown-ups know?
12         MR. GARABEDIAN:  Objection.
13      A.   No.
14   BY MR. FOLKMAN:
15      Q.   Okay.  So you fell asleep in the Land
16   Cruiser, right?
17      A.   Yes.
18      Q.   And at some point you became aware
19   that Douglas was standing near you?
20      A.   He touched me.
21      Q.   Where on your body did he touch you?
22      A.   When I was in the car, I was lying
23   down.  He hit me.  And when I woke up I saw
24   him -- when I woke up suddenly, he -- I saw it
25   was him.

Page 85

1       Q.   Okay.  Did you say he hit you, like on
2    the shoulder?
3       A.   I don't remember where.
4       Q.   He didn't touch you on any private
5    parts of your body when he woke you up from the
6    Land Cruiser, did he?
7       A.   No.
8       Q.   Okay.  So he woke you up, and --
9       A.   Yeah.
10      Q.   -- and then he said to come into the
11   house with him?
12      A.   Yes.
13      Q.   And why did you think he was asking
14   you to come into the house?
15      A.   Well, I thought he was going to -- if
16   I was sleeping and he tells me to come, I
17   thought he was going to give me a place to
18   sleep.
19      Q.   Okay.  And that's why you went into
20   the house with him?
21      A.   Yes.
22      Q.   If he had said to you "I'd like to do
23   gay things with you," would you have gone into
24   the house with him?
25         MR. GARABEDIAN:  Objection.

                              22 (Pages 82 to 85)

Confidential - Subject to Further Confidentiality Review

Page 86

1      A.  No.
2   BY MR. FOLKMAN:
3      Q.   Okay.  So then when you went into the
4   house, could you see that there were rooms in
5   the house with doors on them?
6      A.   Just the door to go inside his room.
7      Q.   Okay.  When you walk into the house,
8   there are stairs that go down, right?
9         MR. GARABEDIAN:  Objection.
10     A.   Yes.
11  BY MR. FOLKMAN:
12     Q.   And Douglas's room is down those
13  stairs, right?
14     A.   Yes.
15     Q.   Before you went down the stairs, when
16  you were at the top of them, did you see other
17  rooms?
18     A.   No.  It was nighttime.  I don't know.
19     Q.   Were the lights on in the house?
20     A.   No.
21     Q.   Did anybody turn the lights on?
22     A.   When I went inside, just the laptop
23  glare was -- I could see.
24     Q.   The laptop glare was from the laptop
25  downstairs?

Page 87

1      A.   He was watching porno movies on it.
2      Q.   I'm asking where it was.  Was it down
3   the stairs, or up the stairs?
4         MR. GARABEDIAN:  Objection.
5      A.   Inside the house.
6   BY MR. FOLKMAN:
7      Q.   Upstairs or downstairs?
8      A.   Downstairs.
9      Q.   So when you got into the house, could
10  you see the laptop screen before you went
11  downstairs?
12     A.   No.  When I went in, I saw the
13  laptop's glare.
14     Q.   When you went downstairs?
15     A.   Yes.
16     Q.   Okay.  And upstairs was completely
17  dark?
18     A.   No.
19     Q.   How was it lit?
20        MR. GARABEDIAN:  Objection.
21     A.   I don't understand.
22  BY MR. FOLKMAN:
23     Q.   Well, the lights weren't on, right?
24     A.   No.
25     Q.   And the laptop was downstairs, right?

Page 88

1      A.   It was on a little table.
2      Q.   Upstairs?
3      A.   Inside his room.
4      Q.   Inside his room downstairs?
5      A.   Yes.
6      Q.   Okay.  So you couldn't see it just
7   when you got in the house, true?
8         MR. GARABEDIAN:  Objection.
9      A.   The laptop's light would allow me to
10  see it.
11  BY MR. FOLKMAN:
12     Q.   So you're saying that you could see
13  the glow of the screen on Douglas's laptop that
14  was in his room downstairs as soon as you walked
15  through the door into the house?
16        MR. GARABEDIAN:  Objection.
17     A.   When I entered, I saw the laptop's
18  light.
19  BY MR. FOLKMAN:
20     Q.   Okay.  Did you see any people in the
21  house when you walked in?
22     A.   Just him inside.
23     Q.   Could you hear any people?
24     A.   No.
25     Q.   You went downstairs?

Page 89

1      A.   He told me to enter, so I entered.
2      Q.   And then you went downstairs, right?
3      A.   I went down the stairs, and I went
4   inside his room.
5      Q.   Did he go down in front of you, or
6   behind you?
7      A.   He entered, and afterwards he told me
8   to come in.
9      Q.   Okay.  You didn't know where his room
10  was in the house, did you?
11        MR. GARABEDIAN:  Objection.
12     A.   No.
13  BY MR. FOLKMAN:
14     Q.   Did he tell you, or did he show you?
15        MR. GARABEDIAN:  Objection.
16     A.   When I was in the car, he asked me to
17  follow him.
18  BY MR. FOLKMAN:
19     Q.   So you followed him down the stairs,
20  true?
21     A.   Yes.
22     Q.   Okay.  And then did he open the door
23  to his room?
24     A.   Yes.
25     Q.   Was the door locked?  Did he have to

23  (Pages 86 to 89)

Confidential - Subject to Further Confidentiality Review

Page 90

1    unlock it?
2        A.    No.
3        Q.    And was it a metal door?
4        A.    There's something you have to turn,
5    and the door opened.
6        Q.    The door had a doorknob, right?
7        A.    Yes, doorknob.
8        Q.    And was the door made out of wood, or
9    was it made out of metal, or something else?
10       A.    I don't remember.
11       Q.    When you went down the stairs and
12   before you went through that door into his room,
13   were you in an area that was enclosed by four
14   walls, or was it an area that you could have
15   just walked out of the house?
16       A.    It was enclosed.
17       Q.    Okay.
18       A.    Four walls.
19       Q.    So you went into Douglas's room.  Did
20   he close the door behind him?
21       A.    Yes.  He closed the door.  He gave me
22   a cover, and asked me to sleep on the floor.
23       Q.    Were the lights on?
24       A.    Just the laptop he used as light.
25       Q.    Could you see what was in the room?

Page 91

1        A.    It was dark.  I saw there were
2    pictures of us.
3        Q.    Pictures of --
4        A.    And I didn't see anything else.
5        Q.    Could you see the furniture in the
6    room, beds, that sort of thing?
7        A.    He had a bed, a table, and a chair.
8        Q.    Okay.  And he didn't ask you to sleep
9    on the bed; he asked you to sleep on the floor,
10   right?
11       A.    Yeah, he gave me a cover, said "sleep
12   on the floor," and he went to the laptop.  He
13   was watching porno movies.
14       Q.    Okay.  Was there a mattress on the
15   floor that he told you to sleep on?
16       A.    Just covers, "just go on the floor."
17       Q.    And he was sitting at the desk at that
18   table that you told me about?
19       A.    In front of the laptop.
20       Q.    And the laptop was on the table?
21       A.    Yes.
22       Q.    And you could see what he was doing?
23       A.    When he was blocking my view, then I
24   couldn't see.  I was behind him.
25       Q.    Okay.  You say he was watching

Page 92

1    pornographic movies?
2        A.    Yes.
3        Q.    And how do you know that?
4        A.    When I entered, the laptop was on, and
5    I could see the images.
6        Q.    Okay.  So the laptop was playing
7    pornographic movies before you and him came into
8    the room?
9        A.    Yes.
10       Q.    And what did you think when you
11   entered the room and saw that there were
12   pornographic movies playing?
13       A.    I didn't think anything.
14       Q.    Were you concerned at all?
15             MR. GARABEDIAN:  Objection.
16       A.    I wasn't scared.
17   BY MR. FOLKMAN:
18       Q.    Okay.  Was the -- if you know, was the
19   pornography involving men and women, or
20   involving just men?
21       A.    Two guys.
22       Q.    Had you ever seen anything like that
23   before?
24       A.    No.
25       Q.    And you had no concerns about seeing

Page 93

1    it?
2             MR. GARABEDIAN:  Objection.
3        A.    No.  He gave me a cover to sleep, so I
4    just went on the floor and slept.
5    BY MR. FOLKMAN:
6        Q.    Did you ask him what he was doing?
7        A.    No.
8        Q.    Did the laptop have sound, or just
9    pictures?
10             MR. GARABEDIAN:  Objection.
11       A.    Just images.
12   BY MR. FOLKMAN:
13       Q.    Was there a radio in the room also?
14       A.    No.
15       Q.    So after you lay down --
16       A.    He gave me the covers, said "go on the
17   floor," and I did.
18       Q.    And then you went to sleep?
19       A.    Yes.  While I was sleeping, he started
20   touching me.  He said "don't be scared."  He
21   said "come on the bed."  While I was on the bed,
22   he said "wouldn't you like to be comfortable,
23   not to sleep in the streets," to find everything
24   I need, school, when I finish school I'll be
25   able to go to university.  He painted such a

24 (Pages 90 to 93)

Confidential - Subject to Further Confidentiality Review

Page 94

1    beautiful project in front of me, so I accepted.
2    He said everything he does on my body I should
3    do to his body, too.
4            He unbuttoned my shirt -- I had a
5    shirt on, he unbuttoned my shirt. He played
6    with my tits, I had to play with his tits. And
7    he masturbated me, and I masturbated him. He
8    put his dick in my mouth, and I put his dick in
9    my mouth. And he put his penis in my butt. He
10   took me -- gave me the cover, put me in another
11   room, and said in the morning I can leave.
12       Q.   Okay. During the whole time that this
13   abuse was happening, did you see or hear any
14   other person?
15       A.   No.
16       Q.   Did you cry out?
17       A.   No.
18       Q.   And the reason why you let him do
19   these things was because of the beautiful
20   picture he pointed of what your future could be
21   like?
22           MR. GARABEDIAN: Objection.
23       A.   Yeah. While I was sleeping -- when it
24   was hurting, I started crying, that's all.
25   BY MR. FOLKMAN:

Page 95

1        Q.   And what did he say when you started
2    crying?
3        A.   In the room where I was he didn't do
4    anything, he didn't hear anything.
5        Q.   He didn't hear that you were crying;
6    you were crying to yourself?
7        A.   Yes.
8        Q.   Okay. So when you say he put you in
9    another room, where in the house did he put you?
10       A.   He has two rooms, two rooms where
11   people sleep. He has a storage area and a
12   parking lot -- parking.
13       Q.   And did he put you in the garage area,
14   the parking area?
15       A.   No. In his room there's a door, he
16   said "go in and sleep there."
17       Q.   When you say "in his room," you don't
18   mean his bedroom, you mean another room in the
19   house?
20           MR. GARABEDIAN: Objection.
21       A.   In another house.
22   BY MR. FOLKMAN:
23       Q.   In another building?
24       A.   In the yard, yes.
25       Q.   A building that's still inside of the

Page 96

1    gate?
2        A.   In the same yard.
3        Q.   And did anybody see you, other than
4    Douglas, going from the main house to that other
5    building?
6        A.   No.
7        Q.   Okay. Did you think about leaving
8    Bel Air and going to tell someone what had just
9    happened to you?
10           MR. GARABEDIAN: Objection.
11   BY MR. FOLKMAN:
12       Q.   Did you sleep the rest of the night in
13   that other building where he put you?
14       A.   No. My butt was hurting, I didn't
15   sleep at all. When it was 4 to 5, I just left.
16       Q.   Okay. You stayed there even though
17   you didn't sleep, is that true?
18           MR. GARABEDIAN: Objection.
19       A.   Yes.
20   BY MR. FOLKMAN:
21       Q.   Okay. And do you know where Douglas
22   was when you were staying in that other
23   building?
24       A.   Well, I came out of the room, of his

Page 97

1    room, so when he put me in another room.
2        Q.   When he put you in another room, you
3    don't know where he was?
4        A.   I thought I knew he was in his room.
5        Q.   Okay. Now, what happened in the
6    morning when you left?
7        A.   I went to 13th Street. When I was at
8    13th Street, while I was having a shower, I saw
9    that I was bleeding. I didn't even finish
10   having a shower. I went home.
11           When I went home I told my mother, I
12   say "my butt is hurting and I'm bleeding." She
13   said "What's wrong?" I said "I have nothing."
14   She asked "did you fight? Did you -- were you
15   hurt somewhere?" I said "no." And I just said
16   "my butt is hurting and it's bleeding." She
17   brought me to the hospital.
18           When I got to the hospital they gave
19   me a serum, they gave me a shot, a pill. They
20   brought blood from me. I spent three days at
21   the hospital.
22       Q.   And this is the Justinien Hospital,
23   right?
24           MR. GARABEDIAN: Objection.
25       A.   Yes.

25 (Pages 94 to 97)

Confidential - Subject to Further Confidentiality Review

Page 98

1    BY MR. FOLKMAN:
2        Q.   When you left the house at Bel Air,
3    did anybody see you leave?
4        A.   No.
5        Q.   Okay.  Why did you not tell your
6    mother what had happened to you?
7            MR. GARABEDIAN:  Objection.
8        A.   I was ashamed to tell her.
9    BY MR. FOLKMAN:
10       Q.   Why did you not tell any of the other
11   Americans aside from Douglas who worked at PPT
12   what happened?
13           MR. GARABEDIAN:  Objection.
14       A.   I was ashamed.
15           Can I say something?
16   BY MR. FOLKMAN:
17       Q.   Okay.
18       A.   I need to go.
19       Q.   You need to take a break?  Sure.
20           THE VIDEOGRAPHER:  Going off the
21   record.  The time is 11:50.
22           (Whereupon, a recess was taken.)
23           THE VIDEOGRAPHER:  Back on the record.
24   The time is noon.
25   BY MR. FOLKMAN:

Page 99

1        Q.   Are you okay to go ahead,
2    Mr. Bernardin?
3        A.   Yes.
4        Q.   I want to just touch back on something
5    we talked about earlier and then come back to
6    the abuse that you were talking about a minute
7    ago.
8            Do you know why Peter was killed?
9            MR. GARABEDIAN:  Objection.
10       A.   I don't know.
11   BY MR. FOLKMAN:
12       Q.   Do you know who killed him?
13           MR. GARABEDIAN:  Objection.
14       A.   No.
15   BY MR. FOLKMAN:
16       Q.   Okay.  So we were talking about what
17   happened after that first abuse that you
18   described for us, and you had said that you had
19   gone to the Justinien Hospital, right?
20       A.   Yes.
21       Q.   Did you give them your real name when
22   you went to the hospital?
23       A.   Yes.
24       Q.   Did you see people at the hospital
25   that you were talking with writing things down?

Page 100

1            MR. GARABEDIAN:  Objection.
2        A.   Yes.
3    BY MR. FOLKMAN:
4        Q.   Did you see a doctor?
5        A.   I saw a nurse, a miss.
6        Q.   Did you see just the miss, or did you
7    see someone else as well?
8            MR. GARABEDIAN:  Objection.
9        A.   Just the miss.  There were several,
10   but just the miss came to me.
11   BY MR. FOLKMAN:
12       Q.   Okay.  So you didn't see a doctor?
13       A.   Uh-uh.
14       Q.   Did you tell the miss what happened to
15   you?
16       A.   I was afraid to say there's this white
17   guy who did gay things with me.  I felt ashamed.
18       Q.   So you've said you felt ashamed.  Why
19   did you also feel afraid?
20       A.   I was scared because --
21           MR. GARABEDIAN:  Objection.
22       A.   -- if I say that a white guy did gay
23   things to me, I was very scared, I was really
24   ashamed.
25   BY MR. FOLKMAN:

Page 101

1        Q.   Among the people in Cap-Haïtian that
2    you knew and grew up with, is sex between men
3    regarded as a very shameful thing?
4            MR. GARABEDIAN:  Objection.
5        A.   A lot.
6    BY MR. FOLKMAN:
7        Q.   Had you ever met anybody who would say
8    publicly "I'm a man and I prefer to have sex
9    with other men"?
10           MR. GARABEDIAN:  Objection.
11       A.   No, because it's not good.
12   BY MR. FOLKMAN:
13       Q.   Did you know that there were such
14   people in the world?
15           MR. GARABEDIAN:  Objection.
16       A.   I didn't know.  When I went to church
17   they were talking about that is what brought
18   down Sodom and Gomorra, men doing it with men.
19   BY MR. FOLKMAN:
20       Q.   So you knew because of the story of
21   Sodom and Gomorra that it was a bad thing?
22           MR. GARABEDIAN:  Objection.
23       A.   Afterwards I understood.  I was
24   stressed.  I didn't want God to punish me for
25   what I did, for what Douglas did to me.

26 (Pages 98 to 101)

Confidential - Subject to Further Confidentiality Review

Page 102

1  BY MR. FOLKMAN:
2      Q.   And you knew that it was wrong because
3  of what you had heard in church and how you had
4  been brought up, even at the time that Douglas
5  was doing it to you, right?
6          MR. GARABEDIAN:  Objection.
7      A.   I didn't know.  If I had known, I
8  would not have accepted to do gay things, that
9  Douglas would do gay things with me.
10  BY MR. FOLKMAN:
11      Q.   Are you saying that when Douglas made
12  you have gay sex with him that you did not
13  already know that that was a wrong thing to do?
14          MR. GARABEDIAN:  Objection.
15      A.   I didn't know.  If I had known, I
16  would not have done it.
17  BY MR. FOLKMAN:
18      Q.   Did you hear about Sodom and Gomorra
19  at church before or after the abuse?
20          MR. GARABEDIAN:  Objection.
21      A.   Afterwards.
22  BY MR. FOLKMAN:
23      Q.   Afterwards.
24          And you had never really even heard of
25  two men having sex together before Douglas

Page 103

1  abused you, is that true?
2          MR. GARABEDIAN:  Objection.
3          THE INTERPRETER:  Before what?
4          MR. FOLKMAN:  Before Douglas abused
5  you.
6      A.   No.
7  BY MR. FOLKMAN:
8      Q.   Did you know whether any of the boys
9  who were living on the street at the time that
10  you were living on the street were having sex
11  with anybody, men or women?
12          MR. GARABEDIAN:  Objection.
13      A.   No.
14  BY MR. FOLKMAN:
15      Q.   Did Douglas ever say to you something
16  like "God wants you to do this with me"?
17          MR. GARABEDIAN:  Objection.
18      A.   No, he didn't tell me that.
19  BY MR. FOLKMAN:
20      Q.   Did you do anything to try to persuade
21  you that it was the right thing to do?
22      A.   He told me "don't be scared."
23      Q.   And he told you the things that he
24  would provide for you if you did it, right?
25      A.   He told me everything I needed, he

Page 104

1  said everything I will find, I will find.  We
2  did gay things, we did gay things, and I didn't
3  get anything, so he just spoiled my future.
4      Q.   By not providing the things that he
5  had promised?
6          MR. GARABEDIAN:  Objection.
7      A.   Yeah, he just spoiled my future.
8  BY MR. FOLKMAN:
9      Q.   What was your relationship like with
10  your mother at the time when she and you went to
11  the Justinien Hospital together?
12      A.   When I got to my mother's house, I
13  told my mother here's what happened.  "When I
14  was having -- taking a shower, I saw that I was
15  bleeding.  My butt was hurting, and I was
16  bleeding."  She said "what's wrong with you?"  I
17  said "I have nothing, I just feel that my butt
18  is hurting."  "Did you fight?  Did someone beat
19  me?"  I said "no."  She brought me to the
20  hospital then.
21      Q.   I guess my question is; were you
22  seeing her regularly, making visits to the home
23  and that sort of thing at that time?
24          MR. GARABEDIAN:  Objection.
25      A.   I don't understand.

Page 105

1  BY MR. FOLKMAN:
2      Q.   Not on that day, but while you were
3  living in the street and attending the center on
4  Rue 13, would you visit your mother?
5      A.   No.
6      Q.   So was this the first time you had
7  seen your mother in a while?
8      A.   Yes.
9      Q.   And you were not yet living in the
10  Village, right?
11          MR. GARABEDIAN:  Objection.
12      A.   No.
13  BY MR. FOLKMAN:
14      Q.   So after you spent the time in the
15  hospital, you went back to sleeping on the
16  street?
17      A.   Yes, I went back to the street.
18      Q.   And you went back to attending the
19  13th Street center?
20      A.   Yes, I went back.  But after that --
21  after one week that happened, when he saw me, he
22  said "come back to Bel Air, there's something we
23  need to talk about."
24      Q.   Okay.  So my question was just that
25  you went back to attending --

27 (Pages 102 to 105)

Confidential - Subject to Further Confidentiality Review

Page 106

1     A.  I'm not done.
2     Q.  Excuse me.  Go ahead.
3     A.  When I went back to -- when I saw him,
4  when I went to him, he said he's going to send
5  me to the Village.  I was happy.  I said "okay."
6  He said he's going to do to me the same thing
7  again.  What I do -- everything I do to -- he
8  does to my body I have to do to his body.  He
9  started playing with my tits; I played with his
10 tits.  He masturbated me; I masturbated him.  He
11 made me -- he suck his dick and I suck his dick.
12 He put -- when he was about to put his penis in
13 my butt, I didn't say -- I didn't accept.  So I
14 left and I went in the streets again.
15    Q.  Okay.  Are you done?
16    A.  When I was at 13 center they came to
17 me again and they said I have to go to the
18 Village, and I went to the Village.  But they
19 said I would get this and this and that, and I
20 didn't get anything, they just spoiled my
21 future.
22    Q.  Okay.  Are you done now?
23    A.  Yes.
24    Q.  Okay.  Sir, my question was; did you
25 go back to attending the 13th Street center?  Do

Page 107

1  you understand that question?
2     A.  After he did the gay thing with me?
3     Q.  The first time, yes.
4     A.  Yes.
5     Q.  Okay.  And you understand the
6  question, and the answer to the question is yes,
7  right?
8        MR. GARABEDIAN:  Objection.
9     A.  Yes.
10 BY MR. FOLKMAN:
11    Q.  Okay.  When you got back to the 13th
12 Street center, did anybody say "where have you
13 been for the last few days?"
14    A.  Just Margarette, she said "I haven't
15 seen you for a while."  I said "I was sick."
16    Q.  Okay.  Did you tell her what kind of
17 sickness you had?
18    A.  No, I didn't tell her that.
19    Q.  Why didn't you tell her that?
20    A.  I was ashamed to tell her that Douglas
21 did gay things.  I was really feeling bad a lot.
22    Q.  And you didn't tell any of the other
23 boys, did you?
24    A.  No.
25    Q.  And is the reason because you were

Page 108

1  ashamed?
2     A.  I was really ashamed to tell them that
3  Douglas did gay things with me.
4     Q.  Did anybody from PPT know that you
5  were in the hospital?
6     A.  No.
7     Q.  What was the date of the first time
8  that you were abused?
9     A.  Yes.
10    Q.  Was it February 14th, 2004?
11    A.  Yes.
12    Q.  How is it that you know that date so
13 exactly?
14    A.  I was a victim, so I remember the
15 date.  And also Aristides.  And also that's the
16 date when they killed the little boy in the
17 street.  That's why I remember the date.
18    Q.  Okay.  And is it fair to say that this
19 was such a troubling day in your life that
20 you've never forgotten it?
21       MR. GARABEDIAN:  Objection.
22    A.  I'm never going to forget.  This is
23 carved in my -- he shows his heart, but it's in
24 my spirit.  It's carved forever in my mind,
25 engraved.

Page 109

1  BY MR. FOLKMAN:
2     Q.  So did Douglas warn you not to tell
3  anybody about what he had done?
4     A.  Yeah, he said "don't say to anyone.
5  This is something that has to stay between us."
6     Q.  Did you think that if you disobeyed
7  him that he wouldn't do the things for you that
8  he promised he would?
9     A.  Yes.  Maybe he would not let me go to
10 the Village and everything that he promised me I
11 would not have, so I kept the secret.
12    Q.  Okay.  And let me just make sure I
13 have the list of the things that he promised he
14 would do for you.
15       MR. GARABEDIAN:  Objection.
16 BY MR. FOLKMAN:
17    Q.  So he promised you he would send you
18 to university?
19    A.  Everything I need I will find.
20    Q.  What did you understand that to mean?
21       MR. GARABEDIAN:  Objection.
22    A.  I won't be sleeping in the streets
23 anymore.  I will be going to school after I
24 finish school.  I will go to the university.
25 When I'm done with university, I will be useful

28 (Pages 106 to 109)

Confidential - Subject to Further Confidentiality Review

Page 110

1  to myself and to my family.  But I found nothing
2  of that.  He just spoiled my future.
3  BY MR. FOLKMAN:
4      Q.   And the things that he had promised
5  would have been much more than most of the
6  people you knew had in their own lives, is that
7  fair?
8          MR. GARABEDIAN:  Objection.
9      A.   I don't understand.
10  BY MR. FOLKMAN:
11      Q.   Did you know people who had gone to
12  university?
13      A.   I don't know anyone.
14      Q.   Most of the people you were living
15  with on the streets, were they able to be useful
16  to their families?
17          MR. GARABEDIAN:  Objection.
18      A.   Not one that were able to help their
19  families.  We found nothing where Douglas just
20  spoiled our future.
21  BY MR. FOLKMAN:
22      Q.   He was promising you sort of a new and
23  better life, right?
24      A.   Yes.  And my life was worse.
25      Q.   So is it true that Douglas Perlitz

Page 111

1  abused you a second time about a week later?
2      A.   Yes.
3      Q.   And that was a week after the first
4  time he abused you, right?
5      A.   Yes.
6      Q.   So that was a few days after you got
7  out of the hospital?
8      A.   Yes.
9      Q.   Okay.  And did he approach you again
10  at 13th Street?
11      A.   I saw him in the street.
12      Q.   What part of the city were you in?
13      A.   I was going to Bel Air to a friend's
14  house.  He said "where are you going?"  I said
15  "I'm going to go to a friend's house."  Tomorrow
16  afternoon when he leaves the Village, he needs
17  me --
18      Q.   Okay.
19      A.   -- so I should go to him.
20          When I got to him, he gave me a cover
21  to sleep, he said to sleep there.  I lie down on
22  the floor.  I was sleeping.  He woke me up.  He
23  said "come on the bed."  When I was on the bed
24  we were talking, go to 13th Street, and then go
25  to the Village -- go back to 13th Street and

Page 112

1  then go to the Village.  I said "okay."  And he
2  said he's going to do the same things that he
3  did -- that they did -- that we did together, he
4  will do the same thing, that we should do them
5  together.  I wanted to leave the street.  I said
6  "okay."
7          He was playing with my tits.  He said
8  to play with his tits.  He masturbated me; I
9  masturbated him.  He sucked my dick, and I
10  sucked his dick.  When he was going to put his
11  penis in my butt, I said "no," and I climbed out
12  of the bed.
13          When I was in 13th Street they told me
14  I was going to the Village, and they sent me to
15  the Village.
16      Q.   Okay.  Are you done with your answer?
17      A.   Yes.
18      Q.   Okay.  So my question, what part of
19  the city were you in when Douglas spoke with
20  you?  Can you answer that question?
21          MR. GARABEDIAN:  Objection.
22      A.   Bel Air.
23  BY MR. FOLKMAN:
24      Q.   And what friend did you have in
25  Bel Air that you were going to see?

Page 113

1      A.   Ronald.  A friend of mine.
2      Q.   Ronald Cadet?
3      A.   No.
4      Q.   What was Ronald's other name?
5      A.   I don't know his last name.
6      Q.   Was it Jean Ronald Belonne,
7  B-E-L-O-N-N-E?
8      A.   No, it's not Jean Ronald.
9      Q.   So a different Ronald?
10      A.   Yes, Ronald, yes.
11      Q.   Okay.  And was he a PPT student?
12      A.   No.
13      Q.   He had a house in Bel Air?
14      A.   Yes.
15      Q.   Was he a grown-up, or your age?
16      A.   He's older than I am.
17      Q.   And what did he do for a living?
18      A.   I don't know.
19      Q.   How did you know him?
20      A.   He was my friend.
21      Q.   Where did you meet him?
22      A.   In the street.  We met on the street.
23      Q.   He used to be a street kid?
24      A.   No.  I was used to being in front of
25  the restaurant begging food, and he went to the

29 (Pages 110 to 113)

Confidential - Subject to Further Confidentiality Review

Page 114

1   restaurant, he bought food and he gave it to me.
2   Since then, ever since, we've been friends. I
3   go to him -- if I need something I go to him,
4   and he gives it to me.
5       Q.   Did you ever consider telling Ronald
6   what had happened to you that first time?
7       A.   No.  I was ashamed, this is what -- a
8   white guy did gay things with me.
9       Q.   I thought you said that at the time
10  that Douglas first abused you, you didn't know
11  yet that it was wrong for two men to have sex.
12          MR. GARABEDIAN:  Objection.
13  BY MR. FOLKMAN:
14      Q.   Was that correct?
15      A.   Yes.
16      Q.   So why were you ashamed?
17      A.   To tell this is what a white guy did,
18  gay things, I was really ashamed to say that.
19      Q.   You were ashamed because you knew it
20  wasn't the right thing, right?
21          MR. GARABEDIAN:  Objection.
22      A.   I didn't know.
23  BY MR. FOLKMAN:
24      Q.   Okay.  So your testimony today is you
25  didn't know it was wrong, but yet you were

Page 116

1   come -- to come see him.
2       Q.   I thought you were still at the 13th
3   Street, not at the Village.
4       A.   Yes.
5       Q.   So what do you mean when you say that
6   you were supposed to go to him after you left
7   the Village?
8       A.   When I was at the Village, I said to
9   do gay things with me, and I said "no," so I
10  left.  He threw me out, said "let's do gay
11  things," he put me outside, and I went to the
12  Carenage.
13      Q.   Okay.  You -- at the time that he
14  abused you the first time, you were living on
15  the street and attending the program at 13th
16  Street, right?
17      A.   Yes.  13th Street.
18      Q.   And a week later, you were still
19  attending the program at 13th Street, right?
20      A.   Yes, I was in 13th Street.
21      Q.   Okay.  And you weren't at the Village?
22      A.   No.
23      Q.   Okay.  So what did Douglas say to you?
24  I'm sorry to do this, I just feel that I'm not
25  understanding what you're trying to say.

Page 115

1   ashamed by it, is that true?
2           MR. GARABEDIAN:  Objection.
3       A.   Yes.  I was ashamed to say that a
4   white guy did gay things with me.
5   BY MR. FOLKMAN:
6       Q.   Okay.  Had people used the word "gay
7   things" before you were abused by Doug that you
8   had ever heard?
9           MR. GARABEDIAN:  Objection.
10      A.   No.
11  BY MR. FOLKMAN:
12      Q.   You had never heard the word masisi
13  before?
14      A.   No.
15      Q.   So as you were walking from 13th
16  Street to Ronald's house -- is that right?
17      A.   I was in -- when I was at 13th Street
18  I went across 11th Street, blah, blah, blah, all
19  the way to Bel Air.
20      Q.   Okay.  Were you walking alone, or with
21  somebody?
22      A.   I was alone.  I was going to Ronald's.
23      Q.   And Douglas drove by you?
24      A.   Yes.  He was in his car.  He said
25  tomorrow afternoon when he leaves the Village,

Page 117

1           MR. GARABEDIAN:  Objection.
2   BY MR. FOLKMAN:
3       Q.   What did Douglas say to you when you
4   saw him in that car on your way up to Bel Air?
5       A.   He said "tomorrow afternoon come see
6   me at Bel Air."
7       Q.   And did he say anything about the
8   Village?
9       A.   He said he was going to send me to the
10  Village.  When we talked he said he's going to
11  come to the Village, I'm not going to sleep in
12  the streets anymore, everything I want I will
13  find it there.  And when he said -- I said
14  "okay."
15          He said what he did to me, I should do
16  again to him.  Then he touched my tits, he asked
17  me to touch his tits, and then to masturbate me.
18  And he put his dick in my mouth, and I put his
19  dick in my mouth.  And he said he was going to
20  put his dick in my butt, I said "no," and I
21  opened the door, and I left.
22      Q.   When you said that Douglas said he
23  should go tomorrow after he left the Village,
24  you mean after Douglas left the Village, is that
25  right?

30 (Pages 114 to 117)

Confidential - Subject to Further Confidentiality Review

Page 118

1          MR. GARABEDIAN: Objection.
2      A.   I don't understand.
3  BY MR. FOLKMAN:
4      Q.   Do you recall I asked you -- I asked
5  you "were you walking alone or with somebody?",
6  and you said "I was alone, I was going to
7  Ronald's"?
8          Do you remember that?
9      A.   Yes.
10     Q.   And then I asked you "did Douglas
11 drive by you?"  And you said "yes.  He was in
12 his car, he said" -- let me finish, you said
13 "yes, he was in his car, he said tomorrow
14 afternoon when he leaves the Village to come see
15 him," right?
16     A.   Yes.
17     Q.   And what you were saying, just so I
18 understand, is that Douglas was telling you to
19 go to Bel Air the next day after Douglas left
20 the Village?
21     A.   Yes.
22     Q.   Okay.  Thank you.
23         So after Doug said this to you, did he
24 drive away?
25     A.   Yeah.  When he said me -- told me

Page 119

1  tomorrow afternoon to come to the Village to see
2  him, he left.
3      Q.   Okay.  And then you continued to
4  Ronald's house?
5      A.   I went to see Ronald, yes.
6      Q.   Okay.  And did you stay over the night
7  at Ronald's?
8      A.   Yes.
9      Q.   Okay.  And did Ronald have two
10 bedrooms?
11     A.   Just one.
12     Q.   And you slept in the same room with
13 Ronald?
14     A.   Yes.  He gave me a carpet, and a
15 cover.
16     Q.   Okay.  And was there anybody else
17 sleeping in that room with you?
18     A.   He was --
19         MR. GARABEDIAN: Objection.
20     A.   He was on the bed with his wife.
21 BY MR. FOLKMAN:
22     Q.   Okay.
23     A.   And he made me sleep.
24     Q.   The next morning, you went back to
25 13th Street?

Page 120

1      A.   Yes.
2      Q.   Had you told Ronald anything about
3  Douglas?
4      A.   No.
5      Q.   Was Ronald's house very close to
6  Douglas's house in Bel Air?
7      A.   Higher.
8      Q.   How far of a walk?  How far of a walk?
9          MR. GARABEDIAN: Objection.
10     A.   If I'm at the crossroad in Bel Air, I
11 will get to Douglas's house before I get to
12 Ronald's house.
13 BY MR. FOLKMAN:
14     Q.   Would it take you, say, five minutes
15 to walk from Douglas's house to Ronald's house?
16     A.   I don't know.
17     Q.   Would it take an hour?
18         MR. GARABEDIAN: Objection.
19     A.   Yeah, I don't know.
20 BY MR. FOLKMAN:
21     Q.   So you don't know if it would take
22 more or less than an hour to walk from the one
23 house to the other?
24     A.   Maybe.  I don't know.
25     Q.   Would it take three hours to walk from

Page 121

1  Douglas's house in Bel Air to Ronald's house in
2  Bel Air?
3      A.   I don't know.  I don't know.
4      Q.   You can't say anything at all about
5  how far they were apart?
6      A.   No, I can't.
7      Q.   Did you ever walk from Douglas's house
8  at Bel Air to Ronald's house in Bel Air?
9      A.   I don't understand.
10         MR. GARABEDIAN: Objection.
11 BY MR. FOLKMAN:
12     Q.   The question is; did you ever walk
13 from Douglas's house in Bel Air to Ronald's
14 house in Bel Air?
15     A.   Yes.
16     Q.   And did it take you all day?
17     A.   No.
18     Q.   They're in the same neighborhood,
19 right?
20     A.   Yeah, but Ronald is further.
21     Q.   Sure.
22         But it wouldn't have taken you six
23 hours to walk in the same neighborhood, would
24 it?
25         MR. GARABEDIAN: Objection.

31 (Pages 118 to 121)

Confidential - Subject to Further Confidentiality Review

Page 122

1       A.  No, not that, all that.
2    BY MR. FOLKMAN:
3       Q.  No.
4          And it wouldn't have taken you three
5    hours to walk in the same neighborhood, would
6    it?
7          MR. GARABEDIAN:  Objection.
8       A.  I don't know how many hours.
9    BY MR. FOLKMAN:
10      Q.  Okay.  Did you consider going to
11   Ronald's house after the first time that Douglas
12   abused you and you left Bel Air?
13         THE INTERPRETER:  First time?
14         MR. FOLKMAN:  The first time.
15         MR. GARABEDIAN:  Objection.
16      A.  No, the first time I went to the 13th
17   Street center directly.
18   BY MR. FOLKMAN:
19      Q.  Okay.  Was that closer to Douglas's
20   house than Ronald's house was?
21         MR. GARABEDIAN:  Objection.
22      A.  Where Douglas stays is very far from
23   13th Street.
24   BY MR. FOLKMAN:
25      Q.  Okay.  The next day after you left

Page 123

1    Ronald's house, did you go back to 13th Street?
2       A.  Yes.
3       Q.  Did have you an ordinary day?
4          MR. GARABEDIAN:  Objection.
5       A.  Yes.
6    BY MR. FOLKMAN:
7       Q.  Did you tell anybody that Douglas had
8    invited you to come to Bel Air that day?
9          MR. GARABEDIAN:  Objection.
10      A.  No.
11   BY MR. FOLKMAN:
12      Q.  Is there a reason that you didn't tell
13   anybody?
14         MR. GARABEDIAN:  Objection.
15      A.  I didn't tell people that.  I was
16   ashamed to say a white guy did gay things with
17   me.  I was very, very sad, depressed a lot.
18         MR. GARABEDIAN:  Excuse me.  What was
19   the rest of it?
20         THE INTERPRETER:  Depressed a lot.
21   BY MR. FOLKMAN:
22      Q.  Did you think that when you got to
23   Bel Air, if you went, that Douglas was going to
24   abuse you again?
25         MR. GARABEDIAN:  Objection.

Page 124

1       A.  Yes.
2    BY MR. FOLKMAN:
3       Q.  So why did you go?
4       A.  Second time, he put me -- he threw me
5    out the second --
6          THE INTERPRETER:  I didn't get it.
7    BY MR. FOLKMAN:
8       Q.  Let me ask it again.  Try it another
9    way.
10         You thought that if you went he was
11   going to abuse you, right?
12      A.  First or second time?
13      Q.  The second time.
14         MR. GARABEDIAN:  Objection.
15      A.  When he said to go, I didn't know he
16   wanted to do gay things with me.
17   BY MR. FOLKMAN:
18      Q.  You didn't know before you got there
19   what his intention was?
20      A.  No.
21      Q.  Okay.  So you went, right?
22      A.  I thought he was going to send me to
23   the Village.  That's all I was thinking about.
24      Q.  Okay.  My question was, you went,
25   right?

Page 125

1       A.  Yes.
2       Q.  And what time of day was it?
3       A.  Night, night.  He said after he leaves
4    the Village.
5       Q.  Did he pick you up in a car, or did
6    you walk?
7       A.  I went.
8       Q.  Walking?
9       A.  Yes.
10      Q.  And you walked in the middle of -- in
11   the nighttime?
12      A.  Yes.
13      Q.  Okay.  Was there a curfew, a time of
14   day that you were supposed to not leave 13th
15   Street?
16         MR. GARABEDIAN:  Objection.
17   BY MR. FOLKMAN:
18      Q.  You know what?  Let me withdraw the
19   question.
20         You walked to the house at Bel Air in
21   the night, right?
22         THE WITNESS:  Oui.
23   BY MR. FOLKMAN:
24      Q.  When you got there, was the gate open
25   or closed?

32 (Pages 122 to 125)

Confidential - Subject to Further Confidentiality Review

Page 126

1      A.   It was open.
2      Q.   Did you see anybody when you got to
3   the gate?
4      A.   Yeah, the second time I saw someone.
5      Q.   Who did you see?
6      A.   Boss Mo.
7      Q.   Did you know Boss Mo before?
8      A.   Boss Pro.
9      Q.   Boss Pro?
10         THE WITNESS:  Oui.
11     Q.   Did you know Boss Pro before?
12     A.   No.  When I got there he said "what do
13  you want?"  "I'm one of the kids from 13th
14  Street."  He said "Douglas is not there, so sit
15  and wait for him."  While I was waiting, he
16  left, and left me waiting in the yard.
17     Q.   Was this the first time you had ever
18  met Boss Pro?
19     A.   Yes.
20     Q.   Okay.  So after Boss Pro left, did you
21  see anybody else in the yard?
22     A.   No.
23     Q.   Did you just sit there, or did you
24  walk around at all?
25     A.   I was sitting.  After a while, I was

Page 127

1   so sleepy, there was a car in the yard, so I
2   just opened the door and went to sleep.
3      Q.   Was it one of the Land Cruisers?
4      A.   A Tacoma car.
5      Q.   A Tacoma.
6         Do you know whose car it was?
7      A.   They ride it sometimes.  They take it
8   sometimes to go.
9      Q.   "They" being the people in the -- let
10  me start again.
11         Was it Douglas's car?
12     A.   The Project's car.
13     Q.   Okay.  So you got into the Tacoma,
14  right?
15     A.   Yes.
16     Q.   And you went to sleep?
17     A.   Yes.
18     Q.   And until the time that you went to
19  sleep, had you seen anybody other than Boss Pro
20  in the -- on the property?
21         MR. GARABEDIAN:  Objection.
22     A.   No.
23  BY MR. FOLKMAN:
24     Q.   Okay.  And then Douglas woke you up?
25     A.   Yes.

Page 128

1      Q.   And did he wake you up the same way
2   that he had woken you up the last time?
3      A.   While I was sleeping, he hit me.  When
4   I woke up, I realized it was him.  And then he
5   said "come, follow me, we're going to talk."
6         When I went inside his room, he said
7   "sleep here, and in the morning when you wake up
8   we'll talk."  While I was sleeping, he woke me
9   up and he said "come on the bed."  While I was
10  there he said "don't be scared," he's going to
11  send me to the Village.  I said "yes."  He said
12  "what we did the first time, let's do it again."
13  And I said "okay."  I didn't want to sleep in
14  the streets.  He said I'll find everything that
15  -- that he told me that I would find everything
16  that I wanted, I said I accepted.
17         Now he started playing with my tits,
18  he said to do it for him.  I did.  He was
19  masturbating me, and I masturbated him.  He
20  sucked my dick, I sucked his dick.  And he said
21  he was going to put his penis in my butt, I said
22  "no."  I opened the door and I left.
23     Q.   Okay.  When you got out of the Tacoma,
24  you walked to the door of the house?
25     A.   Where Douglas and I went in, yes.

Page 129

1      Q.   Okay.  And when you walked into the
2   house -- well, before you walked into the house,
3   did you see anybody else other than Douglas?
4      A.   No, there was no one.
5      Q.   When you walked into the door, were
6   the lights on or off?
7      A.   There was no light.
8      Q.   Did you know whether anybody else was
9   in the house?
10     A.   No.
11     Q.   Did you walk down the same stairs that
12  you had walked down the last time?
13     A.   Yes.  I went down the stairs first,
14  and then I went in where he was.
15     Q.   He went first, right?
16     A.   Yes.
17     Q.   Was there a light from a laptop this
18  time?
19     A.   Yes, the laptop was on.
20     Q.   Were there any other lights on?
21     A.   No.
22     Q.   Could you see what was being shown on
23  the screen of the laptop?
24     A.   I don't know.  I didn't see.  I don't
25  know if there was anything.

33 (Pages 126 to 129)

Confidential - Subject to Further Confidentiality Review

Page 130

1    Q.   Okay.  Was there any sound in the
2  room, whether a radio, or the computer?
3    A.   Didn't -- it didn't.
4    Q.   And did he ask you to sleep on the
5  floor in the same kind of place that he had
6  asked you to sleep last time?
7      MR. GARABEDIAN:  Objection.
8    A.   He gave me a cover, a sheet.  And when
9  I was sleeping, he started touching me and said
10 to go on the bed.
11 BY MR. FOLKMAN:
12   Q.   When he gave you the space on the
13 floor, but before he touched you, were you
14 concerned that he was going to abuse you again?
15   A.   I wasn't scared.  He told me I was
16 going to go to the Village.  So when he told me
17 to sleep there, I thought in the morning he
18 would send me to the Village.
19   Q.   So you thought that he was going to
20 let you sleep throughout the night without
21 abusing you, and that the next day he would take
22 you to the Village, is that right?
23   A.   Yes.
24   Q.   And then he touched you and woke you
25 up?

Page 131

1    A.   Yes.
2    Q.   And then he abused you in the way that
3  you've just described?
4    A.   Yes.
5    Q.   And what did you think when he was
6  doing that?
7    A.   I didn't think anything.
8      MR. GARABEDIAN:  Objection.
9    A.   He told me that he was going to send
10 me to the Village.  He said everything I did to
11 him that I should do them again.  And he painted
12 a nice life for me, so I accepted.  He said I
13 won't have to live in the streets, everything I
14 will find -- I will finish school and I will go
15 to the university and to work, and I will be
16 able to help myself.  I said "yes."  And then he
17 said he's going to do this for me, he started
18 playing with my tits.  I did to him.  He
19 masturbated me; I masturbated him.  He put my
20 dick in my mouth; I did put his dick in my
21 mouth.  He said he's going to do things with me.
22 I said "no," I said "no," I opened the door and
23 I left.
24 BY MR. FOLKMAN:
25   Q.   Okay.  Why did you not let him do

Page 132

1  things with you the second time?
2      MR. GARABEDIAN:  Objection.
3    A.   I didn't want to be bleeding again.
4  BY MR. FOLKMAN:
5    Q.   Because he had hurt you the first
6  time?
7    A.   Yes.  I didn't want the same thing
8  twice.
9    Q.   Okay.  Did he say anything to you when
10 you said no?
11   A.   When I said no, I opened the door and
12 left.
13   Q.   Without any conversation?
14   A.   No.  I just left.
15   Q.   Did he come after you?
16   A.   No.
17   Q.   Did you close the door behind you?
18   A.   No.  I opened the door.  I don't know
19 if it closed or not.  When I was in 13th Street,
20 I saw that they're going to send me to the
21 Village, they sent me to the Village.  While I
22 was at the Village, a weekend, he came.  I was
23 showered.  I went to the kitchen -- I was going
24 to the kitchen to eat.  When he was in the
25 office, said come to talk to him.  And I went to

Page 133

1  see him, he closed the office door, said "let's
2  do gay things."  I said "no."  He put me out.
3    Q.   Okay.
4    A.   And I went to the Carenage.
5    Q.   Okay.  The question was did you close
6  the door behind you, and I think the answer was
7  you don't know if you did or not, is that true?
8      MR. GARABEDIAN:  Objection.
9    A.   No.  When I opened the door, I left.
10 I don't know.
11 BY MR. FOLKMAN:
12   Q.   Okay.  You went up the stairs and out
13 of the house, right?
14   A.   I went up the little stairs, I went
15 through the yard, and I left.
16   Q.   Did you see anybody before you got out
17 of the gate?
18   A.   No, I didn't see anyone.
19   Q.   Okay.  And where did you go then?
20   A.   I went to sleep in the street.
21   Q.   What time of the night was it?  Was it
22 towards the morning, or did you still have a
23 long night ahead of you?
24      MR. GARABEDIAN:  Objection.
25   A.   At night.

34 (Pages 130 to 133)

Confidential - Subject to Further Confidentiality Review

Page 134

```
 1   BY MR. FOLKMAN:
 2       Q.   Okay.  And the next day you went back
 3   to 13th Street?
 4       A.   Yes.
 5       Q.   Now, when you got to 13th Street that
 6   next day, that's the day that you learned that
 7   you were going to be sent to the Village, is
 8   that true?
 9           MR. GARABEDIAN:  Objection.
10       A.   After a few days.
11   BY MR. FOLKMAN:
12       Q.   After a few days.
13           Okay.  And who told you that you were
14   going to go to the Village?
15       A.   Margarette who told me that I was
16   going to the Village.
17       Q.   What was Margarette's job?
18       A.   When the child would go to the
19   Village, she would talk to the child, would ask
20   if your mother is here, if your father is there,
21   why did you leave home, why are you in the
22   streets, she's asking all of that.
23       Q.   Okay.  And then for kids who were
24   already at 13th Street -- excuse me.
25           For kids who were already at the
```

Page 135

```
 1   Village, once they had had that talk with
 2   Margarette, did she have any other role with
 3   those kids?
 4           MR. GARABEDIAN:  Objection.
 5       A.   She was also at the hospital.  She was
 6   doing other things.
 7   BY MR. FOLKMAN:
 8       Q.   Okay.  Do you know what she was doing?
 9           MR. GARABEDIAN:  Objection.
10       A.   No.
11   BY MR. FOLKMAN:
12       Q.   All right.  So when Margarette told
13   you you were going to go to the Village, what
14   happened?
15       A.   Margarette told me I was going to the
16   Village, but the next day I went to the Village.
17       Q.   Okay.  And did they give you a bed?
18           MR. GARABEDIAN:  Objection.
19       A.   When I was at the Village?
20   BY MR. FOLKMAN:
21       Q.   Yes.
22       A.   Yes.
23       Q.   Had you ever been to the Village
24   before to visit?
25       A.   Yes, I was at the Village.
```

Page 136

```
 1       Q.   No, I mean before you were sent, had
 2   you ever been there before?
 3       A.   No.
 4       Q.   So the time when you went after
 5   Margarette sent you was the first time you had
 6   ever been there?
 7           MR. GARABEDIAN:  Objection.
 8           THE INTERPRETER:  After you went?
 9           MR. FOLKMAN:  I'll say it again.
10   BY MR. FOLKMAN:
11       Q.   The time that Margarette said you were
12   going to go to the Village and you went to the
13   Village was the very first time you had ever
14   been there?
15           MR. GARABEDIAN:  Objection.
16       A.   Yes, first time.
17   BY MR. FOLKMAN:
18       Q.   Okay.  How did you get there?
19       A.   There were eight of us going to the
20   Village.  When we got there they -- we went --
21   they brought us to a room, they talked to us,
22   they said that's how we have to operate in the
23   Village, don't fight, don't be disrespectful to
24   the teachers.  When we were done, the next
25   morning we could go to school.
```

Page 137

```
 1       Q.   It's five minutes before 1:00 o'clock
 2   now.  I'd like to take a break for lunch, and
 3   we'll come back after that.  Okay?
 4       A.   Okay.
 5           THE VIDEOGRAPHER:  Going off the
 6   record.  The time is 12:55.
 7           (Whereupon, a recess was taken.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

35 (Pages 134 to 137)

Confidential - Subject to Further Confidentiality Review

Page 138

1    AFTERNOON SESSION
2
3    THE VIDEOGRAPHER: Back on the record.
4    The time is 2:03.
5    BY MR. FOLKMAN:
6    Q.  Mr. Bernardin, we were talking about
7    when you arrived at the Village.
8    Once you moved to the Village, did
9    Douglas Perlitz ask you to let him abuse you
10   again, a third time?
11   A.  Yes, he asked -- I was scared.  I
12   didn't want him to send me back onto the
13   streets.
14   Q.  How long after you arrived at the
15   Village did he ask you that?
16   A.  I don't remember.
17   Q.  Well, was it in your first -- you were
18   there from 2005 to 2007 approximately, right?
19   A.  Yes.
20   Q.  Was it in 2007?
21   A.  Yes.  I left the Village in 2007.
22   Q.  Yes.  I'm asking, did Douglas ask you
23   to let him abuse you for the third time in 2007?
24   MR. GARABEDIAN: Objection.
25   A.  Yes, it was a weekend.  He said we

Page 139

1    should do gay things, but I was afraid.  I
2    didn't want him to throw me out, so I would need
3    to sleep on the street.  Although I was scared,
4    I didn't want to do it, and he threw me out of
5    the Village.
6    Q.  Okay.  So how long after you said no
7    to him did he throw you out?
8    A.  I don't understand.
9    MR. GARABEDIAN: Objection.
10   BY MR. FOLKMAN:
11   Q.  Well, when you said no to him, did you
12   have to leave the Village the same day?
13   A.  Same day.
14   Q.  So you said no, and then you were
15   gone, is that right?
16   A.  Yes, he threw me out.
17   MR. GARABEDIAN: Objection.
18   BY MR. FOLKMAN:
19   Q.  And where did you go when he threw you
20   out?
21   A.  I was scared.  Although I was scared,
22   I didn't want to go to the streets, I didn't
23   want to die like the little boy that died in the
24   street.  But even though, despite that, he put
25   me out and I have to go to sleep in the street.

Page 140

1    Q.  Did you tell me before there was no
2    other kid at the school named Ando?
3    MR. GARABEDIAN: Objection.
4    A.  No, just me.
5    BY MR. FOLKMAN:
6    Q.  Did you know Jessica Lozier?
7    A.  Yes, I knew Jessica.
8    Q.  Did you know her at the Village, or
9    somewhere else?
10   A.  At the Carenage.  When Douglas threw
11   me out of the Village, he asked me to do gay
12   things with him, I met Jessica at the Carenage.
13   Q.  So he threw you out of the Village,
14   but you were still allowed to participate at the
15   programs at Carenage, is that right?
16   MR. GARABEDIAN: Objection.
17   A.  When I got to the Carenage, he never
18   came to the Carenage while I was there.
19   BY MR. FOLKMAN:
20   Q.  Jessica was there, right?
21   A.  She was there.  Nicholas also.
22   Q.  How long were you at Carenage?
23   A.  I don't remember.  When I left the
24   Village -- when I left the Village I went
25   straight to Santo Domingo.

Page 141

1    Q.  I thought you said when you left the
2    Village you lived on the street again.  Did you
3    mean -- did you mean living on the street other
4    than Cap-Haïtian?
5    A.  Yes.  I was somewhere else, in the
6    street.
7    Q.  So in the Dominican Republic?
8    A.  No.  In Haiti.
9    Q.  Okay.  And you were attending the
10   Carenage?
11   MR. GARABEDIAN: Objection.
12   A.  Yeah, I used to go.
13   BY MR. FOLKMAN:
14   Q.  Okay.  So you were living close enough
15   to Carenage that you could go there during the
16   days, right?
17   A.  Yes.
18   Q.  Okay.  And I think I asked you how
19   long you were there, and you don't remember, is
20   that right?
21   A.  No.
22   Q.  Did you ever go back from Carenage to
23   the Village?
24   A.  When I left the Carenage I met
25   Douglas, not in the Carenage.  When I went he

36 (Pages 138 to 141)

Confidential - Subject to Further Confidentiality Review

Page 142

1    said to come see him at the Village -- at
2    Bel Air so I could return to the Village. He
3    said "let's do gay things so you can come back
4    to the Village," but I was scared, I was scared,
5    I have to go to Santo Domingo, to the Dominican
6    Republic. I didn't want to be bleeding or hurt
7    again, so I left. I went to Santo Domingo,
8    Dominican Republic.
9        Q.   Are you saying that there was a fourth
10   time that he tried to abuse you?
11       MR. GARABEDIAN: Objection.
12       A.   When I left the Village, when I went
13   to see him, he said to come to see him so I
14   could go back to the Village. When I got there,
15   "let's do gay things," he said. I was scared.
16   I didn't want to be hurt or bleeding again.
17   BY MR. FOLKMAN:
18       Q.   Okay.
19       A.   So I went with a friend, I went to the
20   Dominican Republic. When I arrived -- when I
21   came back from the Dominican Republic, they told
22   me the Village was no longer.
23       Q.   Okay.
24       A.   Was crushed.
25       Q.   I want to make sure I know how many

Page 143

1    times Douglas abused you or tried to abuse you.
2    There was the first time when you had the
3    bleeding on your bum?
4        MR. GARABEDIAN: Objection.
5        A.   Yes.
6    BY MR. FOLKMAN:
7        Q.   There was the second time in his room
8    when he abused you, right?
9        A.   Yes.
10       Q.   There was the third time when he asked
11   you, but you refused?
12       A.   Yes. I was scared.
13       Q.   And after that third time, he kicked
14   you out of the Village?
15       A.   Yes.
16       Q.   And are you saying that there was a
17   fourth time when he asked you again after you
18   had left the Village?
19       A.   When I left the Village he said to go
20   to -- find him at Bel Air, to go back to the
21   Village. When I got there he said "let's do gay
22   things." I didn't want to be bleeding, to
23   suffer what I suffered. I found a friend who
24   was going to the Dominican Republic, I went with
25   my friend.

Page 144

1        Q.   So there were two times when he asked
2    to let you -- you to let him abuse you, and you
3    said no?
4        MR. GARABEDIAN: Objection.
5        A.   He did that twice. He did that twice.
6    The other times I didn't let him. I was scared.
7    BY MR. FOLKMAN:
8        Q.   In your answers to written questions,
9    and I'm looking at Number 19, you say that he
10   abused you on February 14th, 2004, and you say
11   that a week later, approximately, he abused you
12   again?
13       A.   Yes.
14       Q.   And you say that he tried to abuse you
15   a third time, but you refused?
16       A.   Third time he said he was going to do
17   gay things with me. I was scared that -- I was
18   scared for him to send me to street. The boy
19   had just left, I didn't want to be killed the
20   same way. I was scared. Even though I was
21   scared, I just left the room and went to find a
22   place to sleep.
23       Q.   So that's the third time?
24       A.   Yes.
25       Q.   And then he kicked you out of the

Page 145

1    Village?
2        A.   He put me out of the Village.
3        Q.   And then he tried to get you to do it
4    again so that you could go back to the Village?
5        MR. GARABEDIAN: Objection.
6        A.   To go back to -- so I could go back to
7    the Village. When I got back he said "do gay
8    things," I said "no." My friend was going to
9    the Dominican Republic, I went with my friend.
10   BY MR. FOLKMAN:
11       Q.   And you mentioned the first three
12   times in your answer and not the fourth, is that
13   right?
14       MR. GARABEDIAN: Objection.
15       THE INTERPRETER: Do you want me to
16   read the answer?
17       MR. FOLKMAN: Sure.
18       (Interpreter reading.)
19       A.   When I left the Village he said come
20   back to him, he was going to make me come back
21   to the Village.
22   BY MR. FOLKMAN:
23       Q.   Did you ever tell anybody about that
24   fourth instance of abuse before today?
25       MR. GARABEDIAN: Objection.

37 (Pages 142 to 145)

Confidential - Subject to Further Confidentiality Review

Page 146

1      A.   I don't tell my things to people.  I
2  was scared.  I was so ashamed, I didn't want to
3  talk about my things to people.
4  BY MR. FOLKMAN:
5      Q.   Okay.  When you were at the Village
6  you attended school, right?
7          THE WITNESS:  Oui.
8      Q.   And at some point you started
9  attending school outside of the Village, right?
10     A.   Yes, when he put me out of the
11 Village.  When I left the Village, when I came
12 back from Santo Domingo, I went to another
13 school.
14     Q.   Here in Cap-Haïtian?
15     A.   Yes.
16     Q.   And that was the College Moderne?
17     A.   Yes.
18     Q.   And is that a public school, or a
19 private school?
20         MR. GARABEDIAN:  Objection.
21     A.   Private.
22 BY MR. FOLKMAN:
23     Q.   And how were you paying the fees to go
24 to the College Moderne?
25     A.   A friend of mine.

Page 147

1      Q.   What friend was that?
2      A.   Divo.
3      Q.   Is Divo a person who went to PPT?
4      A.   No.
5      Q.   How did you know Divo?
6      A.   In the street.  I met him in the
7  street.
8      Q.   Okay.  He wasn't a person who lived in
9  the street, though?
10     A.   No.
11     Q.   Okay.  How far did you get in school
12 at College Moderne?
13         MR. GARABEDIAN:  Objection.
14     A.   Fifth and sixth class.
15 BY MR. FOLKMAN:
16     Q.   And why did you stop going to school?
17         MR. GARABEDIAN:  Objection.
18     A.   The person who was paying for me
19 couldn't continue paying.
20 BY MR. FOLKMAN:
21     Q.   Okay.  When you were at the Village --
22 and that was approximately a two-year period,
23 right?
24     A.   Yes.
25     Q.   -- did you see Douglas at the Village?

Page 148

1      A.   Yes.  Douglas was the project's
2  father.
3      Q.   And he never tried to get you to allow
4  him to abuse you for that two-year period until
5  the very end right before he kicked you out, is
6  that true?
7          MR. GARABEDIAN:  Objection.
8      A.   Yes.
9  BY MR. FOLKMAN:
10     Q.   Did you ever see Father Paul Carrier
11 at the Village?
12     A.   I know Father Paul.  He was The
13 Village's boss, the project's grandfather.
14     Q.   Did you see him with Doug Perlitz?
15     A.   Yeah, I used to see them, Douglas was
16 the project's father.  Father Paul was the
17 project's grandfather, he was directing Douglas,
18 told Douglas this is what you do or this is what
19 you do.
20     Q.   How do you know that he was directing
21 Douglas?
22     A.   Douglas told me he's the project's
23 father, Father Paul was the project's
24 grandfather.
25     Q.   Didn't people call Paul Carrier Pere

Page 149

1  Paul?
2          MR. GARABEDIAN:  Objection.
3      A.   We knew Pere Paul, Father Paul.  We
4  didn't know anything else.
5  BY MR. FOLKMAN:
6      Q.   You didn't call him grandfather, did
7  you?
8          MR. GARABEDIAN:  Objection.
9      A.   No.  We called him Father Paul.
10 BY MR. FOLKMAN:
11     Q.   And what language did you communicate
12 with Father Paul in?
13     A.   He spoke English.  We didn't speak
14 English.
15     Q.   So you never really communicated with
16 him, right?
17         MR. GARABEDIAN:  Objection.
18     A.   No.  Douglas told us Father Paul was
19 the project's grandfather, and Douglas Perlitz
20 was the project's father.
21 BY MR. FOLKMAN:
22     Q.   You couldn't understand anything that
23 Father Paul said to Douglas, could you?
24         MR. GARABEDIAN:  Objection.
25     A.   No, I don't speak English.

38 (Pages 146 to 149)

Confidential - Subject to Further Confidentiality Review

Page 150

```
 1    BY MR. FOLKMAN:
 2        Q.   And you couldn't understand anything
 3    that Douglas said to Father Paul, right?
 4            MR. GARABEDIAN:  Objection.
 5        A.   No.
 6    BY MR. FOLKMAN:
 7        Q.   Did you ever have a conversation with
 8    Father Paul that someone else translated for
 9    you?
10            MR. GARABEDIAN:  Objection.
11        A.   No.
12    BY MR. FOLKMAN:
13        Q.   Did you ever attend church while you
14    were living at the Village?
15        A.   Just once.
16        Q.   And where was that?
17        A.   With Robinson.  I don't remember the
18    name of the church.
19        Q.   Was it outside of the walls of the
20    Village?
21        A.   Yes, outside.
22        Q.   Was there a priest there?
23        A.   I don't remember.
24        Q.   Was it a Catholic Church?
25        A.   I don't remember if it was Baptist or
```

Page 151

```
 1    Catholic.
 2        Q.   Was Father Paul there?
 3            MR. GARABEDIAN:  Objection.
 4        A.   No.
 5            I have a question.
 6            MR. GARABEDIAN:  No questions.
 7            He wants to talk to me privately.  Do
 8    you want to talk to me privately?
 9        A.   Yes.
10            MR. GARABEDIAN:  Is that okay?
11            MR. FOLKMAN:  Yes.
12            THE VIDEOGRAPHER:  Going off the
13    record.  The time is 2:23.
14            (Whereupon, a recess was taken.)
15            THE VIDEOGRAPHER:  Back on the record.
16    The time is 2:29.
17    BY MR. FOLKMAN:
18        Q.   All right.  So you moved to the
19    Dominican Republic, correct?
20        A.   Yes.
21        Q.   Did you have a passport to allow you
22    to cross the border?
23        A.   No.
24        Q.   So how did you cross the border?
25        A.   I went through, I crossed a river, or
```

Page 152

```
 1    water.
 2        Q.   Did you walk to Santo Domingo?
 3        A.   Yes, a lot.
 4        Q.   And were you travelling alone, or with
 5    people?
 6        A.   We were several.  My friend went with
 7    me.
 8        Q.   What friend was that?
 9        A.   Jean Bart.
10        Q.   And was Jean Bart also a PPT student?
11        A.   Yes, he was among them.
12        Q.   And why did he leave PPT?
13        A.   I don't remember.
14        Q.   Did he ever tell you he was abused by
15    Douglas Perlitz?
16        A.   No.
17        Q.   You never asked why he was leaving?
18            MR. GARABEDIAN:  Objection.
19        A.   No.  He just told me he was going to
20    Santo Domingo, "come with me," I went.  I didn't
21    want to sleep in the street.  I didn't want to
22    be killed like the little boy who died.  I was
23    very scared.
24    BY MR. FOLKMAN:
25        Q.   Did you tell him why you were leaving
```

Page 153

```
 1    PPT?
 2        A.   No.  I was afraid to tell people about
 3    it, that Douglas did gay things with me.  I was
 4    scared.
 5        Q.   Were you scared, or were you ashamed,
 6    or both?
 7        A.   I was scared.  I was ashamed.  I was
 8    ashamed.  I couldn't imagine being in front of
 9    someone and to tell them that Douglas did gay
10    things with me.
11        Q.   Is that because by this time in 2007
12    when you left the Village, you knew at that
13    point that what he had done to you was wrong?
14            MR. GARABEDIAN:  Objection.
15        A.   It didn't come to my mind.
16    BY MR. FOLKMAN:
17        Q.   What do you mean it didn't come to
18    your mind?
19        A.   I didn't think that -- I didn't think
20    -- I didn't think -- it didn't come to my mind
21    that what Douglas did was wrong, it's just that
22    for me personally he spoiled my future.
23        Q.   Because he hadn't done the things for
24    you that he had promised?
25            MR. GARABEDIAN:  Objection.
```

39 (Pages 150 to 153)

Confidential - Subject to Further Confidentiality Review

Page 154

1     A.   I was scared.  I was very scared, very
2   scared.
3   BY MR. FOLKMAN:
4     Q.   Now, you said before that you had
5   learned that what he had done to you was wrong
6   when you heard -- I think you said when you
7   heard a preacher or a minister talking about
8   Sodom and Gomorra?
9     A.   Yes, I was scared.
10     Q.   And you've told us about one time that
11   you went to church while you were in the
12   Village, right?
13     A.   Yes.
14     Q.   And you hadn't heard this message that
15   you say you heard at the time when Douglas
16   abused you the first time, right?
17         MR. GARABEDIAN:  Objection.
18     A.   No.
19   BY MR. FOLKMAN:
20     Q.   So is that what you heard when you
21   went to church with Robinson that one time?
22         MR. GARABEDIAN:  Objection.
23     A.   No, not there, not in that church.
24   BY MR. FOLKMAN:
25     Q.   So you went to church after you left

Page 155

1   the Village?
2     A.   Yes.
3     Q.   Okay.  And was that in the Dominican
4   Republic?
5     A.   In Haiti.
6     Q.   Okay.  And was that before you got to
7   the Dominican Republic?
8     A.   When I left the Dominican Republic and
9   I went back to Haiti.
10     Q.   Okay.  Why, by the way, did you return
11   from the Dominican Republic to Haiti?
12     A.   I didn't stay because I didn't find
13   work in the place where I was working, it was
14   difficult.  I was doing around -- SOIL work for
15   banana trees, doing -- watering banana trees and
16   taking care of banana trees.  I spent one month,
17   and they let me go.  I was staying at the place
18   where I was sleeping, but immigration caught me
19   and sent me back to Haiti.
20     Q.   Okay.  Why did they let you go from
21   that job at the banana plantation?
22     A.   I don't know.
23     Q.   So how long in total did you spend in
24   the Dominican Republic?
25         MR. GARABEDIAN:  Objection.

Page 156

1     A.   One month and 22 days.
2   BY MR. FOLKMAN:
3     Q.   When you came back to Haiti, did you
4   go directly to Cap-Haïtian?
5     A.   Yes.
6     Q.   And by that time the Village had
7   closed, right?
8     A.   Yeah, everything was gone.
9     Q.   Had you heard any news from
10   Cap-Haïtian while you were away?
11         MR. GARABEDIAN:  Objection.
12     A.   No, I didn't know.
13   BY MR. FOLKMAN:
14     Q.   Did you have a phone with you?
15     A.   The phone were not commonly found,
16   were not a trend.
17         THE INTERPRETER:  Something like that.
18   BY MR. FOLKMAN:
19     Q.   When you got back to Cap-Haïtian, did
20   you attend a program that was run by Robinson?
21         MR. GARABEDIAN:  Objection.
22     A.   Yes.
23   BY MR. FOLKMAN:
24     Q.   And what program was that?
25     A.   Boys Center.

Page 157

1     Q.   And were you living there, or were you
2   living on the street?
3     A.   I slept in the streets, but I still
4   went to the program.
5     Q.   Were you still going to school?
6     A.   Yes.
7     Q.   What grade were you doing at the Boys
8   Center?
9     A.   Sixth class.
10     Q.   Did you tell anybody before today that
11   you were doing the sixth class at the Boys
12   Center when you returned to Cap-Haïtian?
13     A.   Yes, they knew.
14     Q.   Who were your teachers at the Boys
15   Center?
16     A.   Yes.
17     Q.   Who were they?
18     A.   I owed money and he paid for me for
19   the rest of the money, the balance.  I owed to
20   the school.
21     Q.   Okay.  My question was; who was your
22   teachers?
23     A.   A teacher called Rodelin.
24     Q.   Anybody else?
25     A.   That's it.  No.

Confidential - Subject to Further Confidentiality Review

Page 158

1    Q.   And who paid the balance of what you
2  owed to the school?
3         MR. GARABEDIAN:  Objection.
4    A.   Divo paid for me.
5  BY MR. FOLKMAN:
6    Q.   Okay.  When you got back, did you see
7  any of the boys that had been with you at the
8  Village?
9         MR. GARABEDIAN:  Objection.
10    A.   I don't -- I didn't hear.
11  BY MR. FOLKMAN:
12    Q.   I'm wondering when you returned to
13  Cap-Haïtian, did you see the boys, or some of
14  them, who had been at the Village with you?
15         MR. GARABEDIAN:  Objection.
16    A.   Yes.
17  BY MR. FOLKMAN:
18    Q.   Were the boys talking about whether
19  Douglas Perlitz had abused boys?
20         MR. GARABEDIAN:  Objection.
21    A.   No.  They didn't tell me anything.
22  They just told me that the Village was gone.
23  BY MR. FOLKMAN:
24    Q.   Did you ever hear anybody say when you
25  returned "Douglas Perlitz abused me"?

Page 159

1         MR. GARABEDIAN:  Objection.
2    A.   No.
3  BY MR. FOLKMAN:
4    Q.   Now, you -- some boys did tell you
5  eventually that Douglas Perlitz abused them,
6  right?
7         MR. GARABEDIAN:  Objection.
8    A.   I don't remember.
9  BY MR. FOLKMAN:
10    Q.   Well, let's look at Question Number
11  23, and the question was "Identify all persons
12  who you believe were sexually abused by Perlitz
13  from 1998 to 2008, and for each person so
14  identify, state the basis for your belief," and
15  your answer was, "I believe Renel Odilbert,
16  Wisky, Dorat, Simon, Jimmy, Wilnaud, Wendy,
17  Elius Dimitry, Jean-Gary, and Simon were abused
18  by Douglas because they shared that with me."
19        Is that a true answer?
20         MR. GARABEDIAN:  Objection.
21    A.   Yes.
22  BY MR. FOLKMAN:
23    Q.   Okay.  So these are the boys who told
24  you that they were abused by Douglas Perlitz?
25    A.   When they found justice they told me

Page 160

1  Douglas Perlitz abused them.
2    Q.   Is Wisky, Wisky Jerome?
3    A.   Yes.
4    Q.   And is Dorat, Dorat Jean?
5    A.   Yes.
6    Q.   What do you mean when you say "when
7  they found justice"?
8         MR. GARABEDIAN:  Objection.
9    A.   A judge found justice for them, for
10  what they had gone through.
11  BY MR. FOLKMAN:
12    Q.   Who told you that?
13         MR. GARABEDIAN:  I instruct him not to
14  answer as to any conversations with his
15  attorney.  Objection.
16  BY MR. FOLKMAN:
17    Q.   So without telling me anything that
18  your lawyer said, are you able to answer that
19  question?
20    A.   No.
21    Q.   Okay.  How about Wendy, is that Wendy
22  Derice?
23    A.   I don't remember his last name.
24    Q.   Do you know Wilnaud's other name?
25    A.   No, I don't remember.

Page 161

1    Q.   Is it Jimmy Jesula?
2    A.   Jesula, yes.
3    Q.   Now, when did you have these
4  discussions?  Was it close to the time that you
5  came back to Cap-Haïtian?
6    A.   Yes.
7    Q.   So before 2013?
8    A.   Yes.
9    Q.   Now, you returned in two thousand --
10  you returned sometime in 2007, right?
11         MR. GARABEDIAN:  Objection.
12    A.   2009.
13  BY MR. FOLKMAN:
14    Q.   Okay.  Let's clear up the timeline
15  here.  Let me ask you to turn to Question 2.
16         MR. GARABEDIAN:  Interrogatory 2?
17         MR. FOLKMAN:  Yes.
18  BY MR. FOLKMAN:
19    Q.   I thought you had told me before that
20  you were in the Dominican Republic for a month
21  and some days, is that right?
22         MR. GARABEDIAN:  Objection.
23    A.   In 2007.  I went in 2007.
24  BY MR. FOLKMAN:
25    Q.   And you stayed for a month and 20

41 (Pages 158 to 161)

Confidential - Subject to Further Confidentiality Review

Page 162

1  something days, I think you said?
2      A.  Yes.
3      Q.  Now, in your written answers, you say
4  "Sometime in approximately 2007 I went to the
5  Dominican Republic and lived there. I came back
6  to Cap-Haïtian in approximately November, 2009."
7  Is that true?
8      A.  Yes.
9      Q.  So you were actually there for perhaps
10  two years?
11          MR. GARABEDIAN:  Objection.
12      A.  I went to Dominican Republic in 2007,
13  and I came -- I went back again in November,
14  2009, and when I came back I came back on
15  November 22nd, 2009.
16  BY MR. FOLKMAN:
17      Q.  Okay.  So you were there from sometime
18  in 2007 until November, 2009, right?
19      A.  Yes.
20      Q.  And for how long -- for how much of
21  that period from 2007 to 2009 were you working
22  in the Dominican Republic?
23      A.  The first time when I went, one month.
24  Second time, I couldn't find any work, I found
25  only once, and I would pick up bottles to sell,

Page 163

1  that's all.
2      Q.  Okay.  So these are jobs that you had
3  in the Dominican Republic that you didn't list
4  in that list of jobs that we talked about this
5  morning, is that true?
6          MR. GARABEDIAN:  Objection.
7      A.  To pick up bottles?
8  BY MR. FOLKMAN:
9      Q.  And to work at the banana factory.
10      A.  I said I did one month, and was
11  working -- I was taking care of banana trees and
12  watering the banana trees.
13      Q.  Okay.  When you returned in 2009, were
14  any of the Americans who had worked at PPT still
15  there?
16          MR. GARABEDIAN:  Objection.
17      A.  No.
18  BY MR. FOLKMAN:
19      Q.  Did any Americans come down to talk to
20  you or any of the other kids?
21      A.  I don't know.  At the Boys Center?
22      Q.  Or on the street.  Yes.
23      A.  No.
24      Q.  Were you ever interviewed by any
25  policeman, whether from the Haitian National

Page 164

1  Police, or a policeman from the United States,
2  or anywhere else?
3          MR. GARABEDIAN:  Objection.
4      A.  I don't understand.
5  BY MR. FOLKMAN:
6      Q.  Did you ever talk to a policeman from
7  anywhere in the world about what Douglas Perlitz
8  had done to you?
9          MR. GARABEDIAN:  Objection.
10      A.  No.  I was scared.  I was ashamed.
11  BY MR. FOLKMAN:
12      Q.  Do you know Jean Ronald Belonne?
13      A.  Yes.
14      Q.  And do you know whether he talked to
15  the police at any point?
16      A.  No.
17      Q.  Did you tell him that you had been
18  kicked out of the Village because you stole $50
19  from a kid named Friday?
20          MR. GARABEDIAN:  Objection.
21      A.  No.
22  BY MR. FOLKMAN:
23      Q.  Did you tell him that Douglas Perlitz
24  had abused you?
25      A.  No.

Page 165

1      Q.  Do you have any idea --
2      A.  I was scared.
3      Q.  What were you scared of?
4      A.  I was afraid to tell that I did gay
5  things with Douglas.
6      Q.  Douglas wasn't in the country in 2009,
7  was he?
8      A.  He left the country.  He wasn't in the
9  country.
10      Q.  So you weren't afraid of Douglas, were
11  you?
12          MR. GARABEDIAN:  Objection.
13      A.  I myself was scared.
14  BY MR. FOLKMAN:
15      Q.  But what were you scared of is my
16  question.
17      A.  I was scared to tell people that
18  Douglas did gay things with me.
19      Q.  You knew that other kids were saying
20  that Douglas had abused them, right?
21          MR. GARABEDIAN:  Objection.
22      A.  No.
23  BY MR. FOLKMAN:
24      Q.  When did you first hear that?
25      A.  When I left Dominican Republic in

42 (Pages 162 to 165)

Confidential - Subject to Further Confidentiality Review

Page 166

1   2009, that's when I heard it.
2       Q.   Okay.  So when you were back in
3   Cap-Haïtian, you already knew that Douglas --
4   the kids were saying that Douglas had abused
5   them?
6           MR. GARABEDIAN:  Objection.
7       A.   Simon told me that.
8   BY MR. FOLKMAN:
9       Q.   Okay.  And where did you meet Simon?
10      A.   When I came back from the Dominican
11  Republic. There's a ghetto where we used to go
12  to, I met him there.
13      Q.   When you left to go to the Dominican
14  Republic, was there already graffiti on the
15  walls --
16          MR. GARABEDIAN:  Objection.
17  BY MR. FOLKMAN:
18      Q.   -- saying that Douglas was doing gay
19  things?
20      A.   Yes.
21      Q.   And did you believe it was true?
22      A.   In Bel Air, the Village's wall,
23  everywhere there was graffiti about Douglas.
24      Q.   And did you believe it was true?
25          MR. GARABEDIAN:  Objection.

Page 167

1       A.   Of course.  He did gay things with me.
2   BY MR. FOLKMAN:
3       Q.   And did you think you were the only
4   one?
5           MR. GARABEDIAN:  Objection.
6       A.   When I saw that, then I thought okay,
7   I'm not the only one.
8   BY MR. FOLKMAN:
9       Q.   And did you talk about that with
10  anybody?
11          MR. GARABEDIAN:  Objection.
12      A.   No.
13  BY MR. FOLKMAN:
14      Q.   Okay.  Did you hear the radio when you
15  came back to Cap-Haïtian?
16      A.   I listened to the radio, but I
17  listened to music, no talk shows.
18      Q.   You never listened to Cyrus Sibert,
19  for example?
20      A.   No.
21      Q.   Have you ever met Cyrus Sibert?
22      A.   Yes, I met him.
23      Q.   You were one of the people who had a
24  list that you asked people to sign to take to
25  Cyrus, is that true?

Page 168

1           MR. GARABEDIAN:  Objection.
2           THE INTERPRETER:  One of the people
3   who had a list?
4   BY MR. FOLKMAN:
5       Q.   That you asked people to sign to take
6   to Cyrus.
7       A.   Yes.
8       Q.   And who else other than you had that
9   list that they were asking people to sign?
10          MR. GARABEDIAN:  Objection.
11      A.   I, Dorat, Wisky.
12  BY MR. FOLKMAN:
13      Q.   Anybody else?
14      A.   No.
15      Q.   And why did the three of you decide to
16  have a list that you wanted people to sign?
17      A.   We were victims.  We wanted to find
18  our justice.
19      Q.   And was this when you got back to
20  Cap-Haïtian?
21          MR. GARABEDIAN:  Objection.
22      A.   Yes.
23  BY MR. FOLKMAN:
24      Q.   And I assume that you must have told
25  Wisky and Dorat that you were a victim?

Page 169

1           MR. GARABEDIAN:  Objection.
2       A.   I didn't tell him I was victim.  I
3   said that "we're going to be revolutionaries,
4   I'm a victim," we're going to put a victim -- a
5   list with all the victims names to bring it to
6   Cyrus, so they all put their names on it.  And
7   Dorat, Wisky and I, we brought the list to
8   Cyrus.
9   BY MR. FOLKMAN:
10      Q.   So Wisky and Dorat knew that you were
11  a victim because they saw that you had put your
12  name on the list, right?
13          MR. GARABEDIAN:  Objection.
14      A.   Yes.  If you're on the list, they know
15  you're a victim, but they never asked any other
16  questions.
17  BY MR. FOLKMAN:
18      Q.   And you weren't afraid to put your
19  name on the list, were you?
20      A.   No.  I wanted justice.
21      Q.   Did you ever go to the police and say
22  "Douglas Perlitz abused me"?
23          MR. GARABEDIAN:  Objection.
24      A.   I was scared to go in front of
25  someone, say Douglas did gay things with me.

43 (Pages 166 to 169)

Confidential - Subject to Further Confidentiality Review

Page 170

1  BY MR. FOLKMAN:
2      Q.   So what kind of justice did you want?
3          MR. GARABEDIAN:  Objection.
4      A.   The judge who should decide what
5  justice means in my case.
6  BY MR. FOLKMAN:
7      Q.   Were you interested in getting money
8  as compensation for what Douglas had done to
9  you?
10         MR. GARABEDIAN:  Objection.
11     A.   No, I just wanted justice.
12 BY MR. FOLKMAN:
13     Q.   Now, you were circulating this list in
14 2009, is that right?
15     A.   2009?  We did the list in 2013.
16     Q.   So four years after you returned to
17 Cap-Haïtian?
18     A.   Yes, in 2013.
19     Q.   And you knew, didn't you, that in the
20 couple of years up to and including 2013 that a
21 bunch of kids had gotten money?
22         MR. GARABEDIAN:  Objection.
23     A.   I knew of the first ones who got their
24 justice.  When I got there it was too late, they
25 didn't want to accept me.

Page 171

1  BY MR. FOLKMAN:
2      Q.   Who didn't want to accept you?
3      A.   When they were doing the meeting, a
4  security didn't let me in, in the hotel where
5  they were meeting.
6      Q.   Who were they meeting with?
7      A.   I don't remember.
8      Q.   Were they meeting with the people who
9  are now your lawyers?
10         MR. GARABEDIAN:  Objection.
11     A.   No, I don't remember.
12 BY MR. FOLKMAN:
13     Q.   Okay.  You don't know?
14     A.   I didn't go inside the hotel.
15     Q.   You know, don't you, that there's a
16 group of kids now in Cap-Haïtian who received
17 some money in 2011, and a lot more money in 2012
18 or '13?
19         THE INTERPRETER:  '12 or '13?
20         MR. GARABEDIAN:  Objection.
21         MR. FOLKMAN:  Yes.
22     A.   No.
23 BY MR. FOLKMAN:
24     Q.   So as far as you know -- are you aware
25 today that there are kids who have gotten money?

Page 172

1      A.   Yes.
2      Q.   And how much money have they gotten,
3  do you know?
4          MR. GARABEDIAN:  Objection.
5      A.   I don't know.
6  BY MR. FOLKMAN:
7      Q.   Do you know what kind of things
8  they've done with it?
9          MR. GARABEDIAN:  Objection.
10     A.   No.
11 BY MR. FOLKMAN:
12     Q.   No idea?
13     A.   No.
14     Q.   Let me ask you about the injuries that
15 you say you suffered.
16         So one injury is that you were
17 bleeding, and you had to go to the hospital?
18     A.   Yes.
19     Q.   And that caused you pain?
20     A.   A lot.
21     Q.   And at a certain point did that pain
22 stop?
23     A.   Yes, when I left the hospital.
24     Q.   And has that pain come back since
25 then?

Page 173

1      A.   It came back in -- it returned because
2  in January I went to go to the hospital, it
3  was -- my butt was hurting, I went to the
4  hospital, they give me three shots.  When I got
5  those three shots, I never got any pain.
6      Q.   Do you mean January of 2015?
7      A.   Yes.
8      Q.   And are you saying that that pain that
9  you suffered in January of 2015 was because of
10 the injury that Douglas had inflected on you in
11 2004?
12         MR. GARABEDIAN:  Objection.
13     A.   Yes.
14 BY MR. FOLKMAN:
15     Q.   Did a doctor or a miss tell you that?
16     A.   No, they didn't tell me that.  I knew
17 that the pain was that kind because my butt was
18 hurting, and when I took the shots it wasn't
19 hurting anymore.
20     Q.   Was this the Justinien Hospital?
21     A.   Yes.
22         MR. GARABEDIAN:  Objection.
23 BY MR. FOLKMAN:
24     Q.   Do you know the names of the doctors
25 or the misses that you saw?

44 (Pages 170 to 173)

Confidential - Subject to Further Confidentiality Review

Page 174

1     A.   No.
2     Q.   Did you ever see a doctor named
3  Dr. Caze, or Caze, C-A-Z-E?
4     A.   No, I don't know.  I don't know.
5     Q.   Okay.  The pain is gone now?
6          MR. GARABEDIAN:  Objection.
7     A.   I don't have anything now.  But for
8  now I don't have pain.  I don't know if it will
9  come up again in the future.
10 BY MR. FOLKMAN:
11    Q.   Are there activities that you want to
12 do but that you cannot do because of the pain
13 that you suffered in your butt?
14    A.   No.  Activities, I used it look for
15 work, I can't find.  I found work.  When I got
16 to my job, they say they don't take Douglas's
17 girlfriend to work there.  This is like a knife
18 wound, like they were stab me in the heart.  If
19 somebody rather have been killed than to hear
20 this.  This really broke my heart.
21    Q.   My question was; does the pain that
22 you had in your butt prevent you from doing
23 anything that you want to do physically?
24    A.   There's work I can't do.
25    Q.   Because of the pain?

Page 175

1     A.   Yes.
2     Q.   What work is that?
3     A.   I can't make -- do a lot of -- make a
4  lot of efforts, hard work.
5     Q.   You're saying you can't do hard work
6  because of the pain that you had suffered?
7     A.   Yes.  When I have to get water for
8  someone, I feel there's a problem.  I feel it's
9  problematic for me.
10    Q.   Okay.  Aside from that pain in your
11 butt, are there any other physical injuries that
12 you say were caused by what Douglas did to you?
13         MR. GARABEDIAN:  Objection.
14    A.   The abuse Douglas did to me, and when
15 I look for work, they tell me they don't find --
16 they don't give Douglas's girlfriends jobs.
17 This is what really marked me, and that will
18 never come out of my mind.
19 BY MR. FOLKMAN:
20    Q.   I understand.  I'm asking whether
21 there was anything physical that's wrong with
22 you that was caused by what Douglas did to you?
23    A.   No.
24    Q.   Okay.  Now, you say that you can't get
25 a job because people say "I won't hire one of

Page 176

1  Douglas's girlfriends"?
2     A.   So I don't try to spoil them, too.
3     Q.   Okay.  Now, how is it that people know
4  that you were one of Douglas's victims?
5          MR. GARABEDIAN:  Objection.
6     A.   When I went to look for work close to
7  the Village, they were building houses.  And I
8  looked for work, I was looking for work, in the
9  house they told me they don't take Douglas's
10 girlfriends so I don't spoil them.  That hurt me
11 a lot.
12 BY MR. FOLKMAN:
13    Q.   Were these people who had known you
14 when you were at the Village?
15    A.   Yes, they knew.
16    Q.   Have you looked for work outside of
17 the neighborhood of the Village?
18         MR. GARABEDIAN:  Objection.
19    A.   Yes, I found a job outside, not in the
20 Village.
21 BY MR. FOLKMAN:
22    Q.   You said you found a job?
23    A.   I hadn't received the shock from
24 Douglas.  They were building a hotel.
25    Q.   You said before that you had looked --

Page 177

1          MR. FOLKMAN:  I'm sorry, was he done?
2          THE INTERPRETER:  I'm translating what
3  you said.
4  BY MR. FOLKMAN:
5     Q.   You said that had you gone to look for
6  work close to the Village, and that's where you
7  were told that you weren't allowed to work
8  there, right?
9     A.   Yes.  Close to the Village, they're
10 not taking Douglas's girlfriend.
11    Q.   Okay.  So my question is; did you also
12 go to look for work in places farther away from
13 the Village?
14         MR. GARABEDIAN:  Objection.
15    A.   I've never found work.
16 BY MR. FOLKMAN:
17    Q.   My question isn't had you found work.
18 My question is, were you looking for work in
19 other areas of the city?
20         MR. GARABEDIAN:  Objection.
21    A.   Since they told me that, that really
22 hurt.  I have to wash cars, throw waste to find
23 2 gourdes to give to my child.
24 BY MR. FOLKMAN:
25    Q.   Is it your testimony that after you

45 (Pages 174 to 177)

Confidential - Subject to Further Confidentiality Review

Page 178

1  looked for work close to the Village and you
2  were told that they weren't hiring Douglas's
3  girlfriends, that you didn't look for work
4  elsewhere because it hurt too much?
5       MR. GARABEDIAN: Objection.
6     A.  Yes. It was hurting too much. I had
7  to wash cars, throw waste for people to find
8  money to give it to my children -- child.
9  BY MR. FOLKMAN:
10    Q.  Is it accurate to say that you have
11 applied for one job since returning to
12 Cap-Haïtian in 2009?
13      MR. GARABEDIAN: Objection.
14    A.  I didn't look anymore. I was forced
15 to wash the cars and throw waste to find money
16 to give to my kid.
17 BY MR. FOLKMAN:
18    Q.  Do you believe that you're able to
19 describe the abuse that you suffered in all of
20 its detail today?
21      MR. GARABEDIAN: Objection.
22    A.  I don't understand that question.
23 BY MR. FOLKMAN:
24    Q.  Your lawyers have said that you are
25 unable at this time to fully describe all of the

Page 179

1  details of the abuse and the extent of the harm
2  that you suffered. Is that true?
3       MR. GARABEDIAN: Objection.
4     A.  Yes.
5  BY MR. FOLKMAN:
6     Q.  I want to -- I just have one topic
7  that I want to ask you about, and then I will
8  finish, which is that list that you were
9  circulating with Wisky and with Dorat, okay?
10       How did you decide that you were going
11 to make a list and take it to Cyrus Sibert?
12      MR. GARABEDIAN: Objection.
13      (Power outage.)
14      THE VIDEOGRAPHER: Back on the record.
15 The time is 3:22.
16 BY MR. FOLKMAN:
17    Q.  Sir, my question before we took a
18 break was how did you decide that you were going
19 to make a list and take it to Cyrus Sibert?
20    A.  I didn't decide. A friend, a guy
21 called Walky.
22    Q.  I thought you said that the three
23 people who had the list and were taking it
24 around were you, Wisky Jerome, and Jean Dorat?
25      MR. GARABEDIAN: Objection.

Page 180

1     A.  Yes. But the person who came up with
2  the idea was Walky. But I, Dorat and Wisky, we
3  had the list.
4  BY MR. FOLKMAN:
5     Q.  Why did Walky want you to do it?
6     A.  So we could find justice.
7     Q.  Did Walky know that you were a victim
8  when he asked you to take the list?
9       MR. GARABEDIAN: Objection.
10    A.  He didn't know. He said he was making
11 a list for victims. I knew I was a victim, I
12 put my name.
13 BY MR. FOLKMAN:
14    Q.  But you didn't just put your name on
15 the list; you took the list around for others to
16 put their name on.
17      MR. GARABEDIAN: Objection.
18    A.  Everyone who would come, they would
19 put their name.
20 BY MR. FOLKMAN:
21    Q.  And the three of you, weren't you the
22 ones that had the list and asked other people to
23 sign it?
24      MR. GARABEDIAN: Objection.
25    A.  Yes.

Page 181

1  BY MR. FOLKMAN:
2     Q.  Okay. So why did Walky ask you to be
3  the ones to do that?
4       MR. GARABEDIAN: Objection.
5     A.  He said he was going to make a list
6  for people victims so they can find justice. I
7  took the list, Dorat, Wisky, everybody who came,
8  they wrote their names. When the list was
9  filled, we called Cyrus. He said "I hope" --
10 "don't you all come at the same time."
11 BY MR. FOLKMAN:
12    Q.  Were the people who put their names on
13 the list angry?
14      MR. GARABEDIAN: Objection.
15    A.  No, they were not angry.
16 BY MR. FOLKMAN:
17    Q.  Were they feeling that they wanted to
18 be revolutionaries because they had been
19 excluded from the first group?
20      MR. GARABEDIAN: Objection.
21    A.  I don't know if they put their name on
22 the first group or not.
23 BY MR. FOLKMAN:
24    Q.  You said to Wisky and Dorat that you
25 were going to be revolutionary.

46 (Pages 178 to 181)

Confidential - Subject to Further Confidentiality Review

Page 182

1              MR. GARABEDIAN:  Objection.
2    BY MR. FOLKMAN:
3        Q.   Right?
4        A.   When we went to the radio station,
5    it's not me.
6        Q.   Oh, that's not you?
7        A.   No.
8        Q.   Who said that?
9        A.   When they went to the radio, they went
10   to find Cyrus.  Cyrus called the police on them.
11   When Cyrus called the police, the boss came, the
12   police, they all came, they moved away from the
13   radio station.  The police came out and talked
14   to them and told them that -- there were -- the
15   project, they were victims, they need their
16   justice, Cyrus told them make a list, put the
17   name of everyone, and they will bring it to the
18   radio.
19       Q.   So the list was not Walky's idea, it
20   was Cyrus's idea?
21             MR. GARABEDIAN:  Objection.
22       A.   Yes.
23   BY MR. FOLKMAN:
24       Q.   Okay.
25       A.   But Walky was more involved.

Page 183

1        Q.   Okay.  When you said earlier, quote, I
2    said that we're going to be revolutionaries, was
3    that true?
4             MR. GARABEDIAN:  Objection.
5        A.   I did not understand.
6    BY MR. FOLKMAN:
7        Q.   Did you say we're going to be
8    revolutionaries?
9             MR. GARABEDIAN:  Objection.
10       A.   Yes.
11   BY MR. FOLKMAN:
12       Q.   And what did you mean?
13       A.   We're going to find our justice.
14       Q.   And you hadn't found your justice
15   before?
16             MR. GARABEDIAN:  Objection.
17       A.   Justice I want is a judge to find
18   justice for me, the justice that I'm looking
19   for.
20             MR. FOLKMAN:  I have no more
21   questions.  Thank you.
22   BY MR. DAILEY:
23       Q.   Mr. Bernardin, do you play any sports?
24       A.   Yes.
25       Q.   What sports do you play?

Page 184

1        A.   Soccer.
2        Q.   Do you play on a team?
3        A.   No.
4        Q.   Where do you play?
5        A.   In the streets.  We buy a ball and we
6    play in the streets.
7        Q.   And how often each week on average do
8    you play?
9        A.   Just on Sunday.
10       Q.   And do you play most Sundays?
11             MR. GARABEDIAN:  Objection.
12       A.   Not each Sunday, but when I have time.
13   I play when I have time.
14   BY MR. DAILEY:
15       Q.   Could you tell us, would that be more
16   than twice a month that you play on Sundays?
17       A.   More.
18       Q.   Would it be third or four times on
19   Sundays each month that you play soccer?
20             MR. GARABEDIAN:  Objection.
21       A.   That does happen, yes.
22   BY MR. DAILEY:
23       Q.   That does happen?
24       A.   Yes.
25       Q.   And how often have you been doing

Page 185

1    that?
2        A.   When I'm in the street, when I sleep
3    in the streets.
4        Q.   For how long would you play on the
5    Sundays that you do; that is, would you play
6    more or less than an hour?
7             MR. GARABEDIAN:  Objection.
8        A.   I don't play very long.  When I'm
9    tired, I give it to somebody else.
10   BY MR. DAILEY:
11       Q.   And can you tell us for how long you
12   do play?
13             MR. GARABEDIAN:  Objection.
14       A.   I don't know.
15   BY MR. DAILEY:
16       Q.   Can you tell us whether or not you'd
17   play for more or less than an hour?
18             MR. GARABEDIAN:  Objection.
19       A.   I don't know.
20   BY MR. DAILEY:
21       Q.   Have you been doing that during the
22   entire time that you've been living on the
23   streets?
24             MR. GARABEDIAN:  Objection.
25       A.   Yes.

47 (Pages 182 to 185)

Confidential - Subject to Further Confidentiality Review

Page 186

1    BY MR. DAILEY:
2        Q.    So that would be for the last five or
3    six years, would it?
4            MR. GARABEDIAN:  Objection.
5        A.    I don't remember.  I don't remember.
6    BY MR. DAILEY:
7        Q.    Whatever time you've been living on
8    the streets that you've told us about, you have
9    played soccer on most Sundays, is that right?
10           MR. GARABEDIAN:  Objection.
11       A.    Not all Sundays.
12   BY MR. DAILEY:
13       Q.    I think you told us it may be third or
14   four Sundays a month, is that right?
15       A.    Yes.  Not all of them.
16       Q.    Now, you are here with Wisky and
17   Dorat, is that right?
18       A.    Yes.
19       Q.    You're staying here at this hotel?
20       A.    Yes.
21       Q.    When did you arrive?
22       A.    Saturday.
23       Q.    And are you in the same room?
24       A.    Yes.
25       Q.    Are you aware that Wisky and Dorat

Page 187

1    have given depositions like you're giving today?
2            MR. GARABEDIAN:  Objection.
3        A.    We didn't -- we were not victim all
4    the same way.
5    BY MR. DAILEY:
6        Q.    Are you aware that Wisky has given a
7    deposition here earlier this week?
8            MR. GARABEDIAN:  Objection.
9        A.    Yes.
10   BY MR. DAILEY:
11       Q.    Are you aware that Dorat has given a
12   deposition earlier this week?
13           MR. GARABEDIAN:  Objection.
14       A.    Yes.
15   BY MR. DAILEY:
16       Q.    Do the three of you eat your meals
17   together?
18       A.    We don't eat together.  Sometimes one
19   goes to eat, and without the others.
20       Q.    When the three of you are in the room
21   together, is anyone else in the room with you?
22           MR. GARABEDIAN:  Objection.
23       A.    No.
24   BY MR. DAILEY:
25       Q.    Have the three of you when you're in

Page 188

1    the room together discussed the depositions?
2            MR. GARABEDIAN:  Objection.
3        A.    No.
4    BY MR. DAILEY:
5        Q.    Did Wisky discuss with you his
6    deposition?
7            MR. GARABEDIAN:  Objection.
8        A.    No.  This matter stayed confidential,
9    personal.
10   BY MR. DAILEY:
11       Q.    I'm asking; did Wisky discuss it with
12   you while you were in the room with him?
13           MR. GARABEDIAN:  Objection.
14       A.    No.  His private things remain
15   private.
16   BY MR. DAILEY:
17       Q.    Did Wisky indicate to you any of the
18   questions that he had been asked?
19           MR. GARABEDIAN:  Objection.
20       A.    No.  His things remain private to him.
21   BY MR. DAILEY:
22       Q.    Did Dorat discuss with you any of the
23   questions that he was asked?
24       A.    No.  His private matter remain private
25   to him.

Page 189

1        Q.    Now, you indicated that at some point
2    you went to a meeting, but you were too late to
3    get into the meeting, is that right?
4            MR. GARABEDIAN:  Objection.
5        A.    Yes.
6    BY MR. DAILEY:
7        Q.    Was that the first group of young men
8    from PPT who brought claims?
9            MR. GARABEDIAN:  Objection.
10       A.    Yes.
11   BY MR. DAILEY:
12       Q.    And were you trying to get into that
13   meeting?
14       A.    Yes.
15       Q.    Who told you that there was a meeting
16   where young men were going to be bringing
17   claims?
18           MR. GARABEDIAN:  Objection.
19       A.    Nobody told me.  Rumors.
20   BY MR. DAILEY:
21       Q.    You heard rumors that there was a
22   group of young men who were going to bring
23   claims --
24       A.    Yes.
25       Q.    -- as the result of something that

48 (Pages 186 to 189)

Confidential - Subject to Further Confidentiality Review

Page 190

1    Douglas Perlitz had done to them?
2        A.   Yes.
3        Q.   Do you remember about when that was?
4        A.   No.
5        Q.   Was it after you had come back from
6    the Dominican Republic?
7            MR. GARABEDIAN:  Objection.
8        A.   Yes.
9    BY MR. DAILEY:
10       Q.   About how long after you came back
11   from the Dominican Republic was it?
12           MR. GARABEDIAN:  Objection.
13       A.   I don't remember.
14   BY MR. DAILEY:
15       Q.   Was it more or less than a year after
16   you came back from the Dominican Republic?
17       A.   I don't remember.
18       Q.   Who was it that told you that you were
19   too late to get in with the first group?
20           MR. GARABEDIAN:  Objection.
21       A.   When I got there, a security guard
22   told me I won't be able to come in, when he said
23   I couldn't come in --
24           MR. GARABEDIAN:  Hold on a second.
25           THE VIDEOGRAPHER:  We're going to need

Page 191

1    to repeat some of that answer.  So if you could
2    repeat the translation?
3            Going off the record.  The time is
4    3:38.
5            (Power outage.)
6            THE VIDEOGRAPHER:  Back on the record.
7    The time is 3:40.
8    BY MR. DAILEY:
9        Q.   The security guard told you that you
10   were too late to get into the first group?
11       A.   The security guard told me I couldn't
12   come in, too late.
13       Q.   Too late.
14           And was anyone else with you at the
15   time?
16       A.   Yes, there were other people.
17       Q.   About how many?
18       A.   Nickenson, and a friend called
19   Ti Sida, Little AIDS, Lavisa.  That's it.
20       Q.   When you heard that, did you then talk
21   with the others that you were with?
22           MR. GARABEDIAN:  Objection.
23       A.   No.
24   BY MR. DAILEY:
25       Q.   Did you talk about what you should do

Page 192

1    to try to get into the first group?
2            MR. GARABEDIAN:  Objection.
3        A.   We didn't discuss anything.  They told
4    us it's too late, we can't come.  It's too late,
5    we can't come in, go in, so we just left.
6    BY MR. DAILEY:
7        Q.   Did you know any of the young men who
8    were inside?
9            MR. GARABEDIAN:  Objection.
10       A.   I don't remember all of them.  I know
11   some of them.
12   BY MR. DAILEY:
13       Q.   And who do you remember that was
14   inside?
15           MR. GARABEDIAN:  Objection.
16       A.   Jean Gary, Peterson, Peterson again,
17   Benson, Wilnik, Francilien, Joseph, Nabon,
18   Robens.  I don't remember the others.
19   BY MR. DAILEY:
20       Q.   At some later time, did you learn that
21   some of them had got money?
22           MR. GARABEDIAN:  Objection.
23       A.   Yes.
24   BY MR. DAILEY:
25       Q.   Have you spoken to them after you were

Page 193

1    turned away from the meeting to ask them whether
2    they could help you to get into the group, the
3    first group?
4            MR. GARABEDIAN:  Objection.
5        A.   No, I never told them anything.
6    BY MR. DAILEY:
7        Q.   At some time did you see that any of
8    that first group had new cars?
9            MR. GARABEDIAN:  Objection.
10       A.   Yes.
11   BY MR. DAILEY:
12       Q.   And what new cars did you see?  What
13   kind of cars were they that they got?
14           MR. GARABEDIAN:  Objection.
15       A.   I don't know.  I don't know the brand,
16   the make.
17   BY MR. DAILEY:
18       Q.   Do you remember the color, for
19   example, of the cars that any of them had?
20       A.   No.
21       Q.   Were they utility cars, utility
22   vehicles?
23           MR. GARABEDIAN:  Objection.
24       A.   Yes.
25           THE INTERPRETER:  Yes, I understand

49 (Pages 190 to 193)

Confidential - Subject to Further Confidentiality Review

Page 194

1    what you're saying because I explained to him,
2    but can you ask the question again? Because he
3    answered me, not you.
4            MR. DAILEY: Sure.
5    BY MR. DAILEY:
6        Q.  Were they utility vehicles that you
7    saw that some of the people in the first group
8    got?
9            MR. GARABEDIAN: Objection.
10       A.  I don't remember.
11   BY MR. DAILEY:
12       Q.  Was that justice that they got?
13           MR. GARABEDIAN: Objection.
14       A.  They found justice.
15   BY MR. DAILEY:
16       Q.  And are you looking for the same type
17   of justice?
18           MR. GARABEDIAN: Objection.
19       A.  I'm looking for justice. The judge
20   will look for justice for me.
21   BY MR. DAILEY:
22       Q.  And is the justice that you're looking
23   for, is that in dollars?
24           MR. GARABEDIAN: Objection.
25       A.  No, it's not the money. Douglas

Page 195

1    doesn't have enough money to compensate for. I
2    want justice, justice, justice.
3    BY MR. DAILEY:
4        Q.  Now, after the first meeting that you
5    tried to get into, you have indicated in your
6    answers to interrogatories, and I'm looking at
7    Number 23 where you were asked this question.
8    "Identify all persons who you believe were
9    sexually abused by Perlitz from 1998 to 2008,
10   and for each person so identify and state the
11   basis for your belief." And you answered "I
12   believe Renel Oldibert, Wisky, Dorat, Simon,
13   Jimmy, Wilnaud, Wendy, Elius Dimitry, Jean-Gary,
14   and Simon were abused by Douglas because they
15   shared that with me."
16           When did they share that information
17   with you?
18       A.  When they told me that --
19           MR. GARABEDIAN: Objection.
20       A.  -- after they found their justice,
21   after they found justice.
22   BY MR. DAILEY:
23       Q.  Did each of these individuals get
24   justice?
25           MR. GARABEDIAN: Objection.

Page 196

1        A.  Just one person that is not among
2    them.
3    BY MR. DAILEY:
4        Q.  Who is that?
5        A.  Elius did not find justice.
6        Q.  Is Wisky, Wisky Jerome?
7            MR. GARABEDIAN: Objection.
8        A.  No, they did not.
9    BY MR. DAILEY:
10       Q.  Did the others -- do you say did they
11   receive justice?
12           MR. GARABEDIAN: Objection.
13       A.  Yes.
14   BY MR. DAILEY:
15       Q.  So everyone but Wisky, Dorat, and
16   Elius you say got money?
17           MR. GARABEDIAN: Objection.
18       A.  And Wilnaud also.
19   BY MR. DAILEY:
20       Q.  They did not get money?
21       A.  They haven't found justice. They
22   didn't get justice.
23       Q.  When was it that they shared the
24   information with you that they had been abused?
25           MR. GARABEDIAN: Objection.

Page 197

1        A.  After they got their justice.
2    BY MR. DAILEY:
3        Q.  Was it before or after you tried to go
4    to the meeting that you were sent away from --
5            MR. GARABEDIAN: Objection.
6    BY MR. DAILEY:
7        Q.  -- that they shared this information
8    with you?
9            MR. GARABEDIAN: Objection.
10       A.  After they got justice.
11   BY MR. DAILEY:
12       Q.  On the last page of your answers,
13   there is a verification, and it is signed under
14   the pains and penalties of perjury this 11th day
15   of July, 2014.
16           Do you see that?
17           MR. GARABEDIAN: Objection.
18       A.  Do I see this?
19   BY MR. DAILEY:
20       Q.  Do you see it?
21       A.  I see it in the paper here.
22       Q.  Did you sign that on the 11th day of
23   July, 2014?
24       A.  I don't remember.
25       Q.  Do you remember where you were when

50 (Pages 194 to 197)

Confidential - Subject to Further Confidentiality Review

Page 198

1  you signed this? Did you say you were at a
2  hotel?
3      A.  Yes, I was at a hotel.  I don't
4  remember -- I don't remember the date.
5      Q.  Do you remember that other people were
6  there that day signing their papers?
7          MR. GARABEDIAN:  Objection.
8      A.  Yes, there were other people.
9  BY MR. DAILEY:
10     Q.  About how many other people were there
11 that day signing?
12     A.  Emmanuel Clervil, Jose Bernardin,
13 Eliphete, Joel.  I don't remember any more.
14     Q.  Did you talk to Emmanuel about the
15 abuse that he said he had experienced?
16         MR. GARABEDIAN:  Objection.
17         I instruct him not to answer as to any
18 conversations between his lawyer.  He can answer
19 that question.
20 BY MR. DAILEY:
21     Q.  Did you discuss with Emmanuel any
22 abuse that he said that he had received from
23 Douglas Perlitz?
24     A.  No, no.
25     Q.  And were they there signing their

Page 199

1  papers in the hotel that day?
2      A.  Yes.
3      Q.  Were you all there together?
4      A.  Yes.
5      Q.  Now, these answers, did you read them
6  over?
7          MR. GARABEDIAN:  Objection.
8      A.  Somebody -- there was an interpreter
9  helping.
10 BY MR. DAILEY:
11     Q.  Did -- let's start with this.
12         Did you read these answers yourself?
13         MR. GARABEDIAN:  Objection.
14     A.  There were people reading it for me.
15 BY MR. DAILEY:
16     Q.  Were you able yourself to read these
17 answers?
18         MR. GARABEDIAN:  Objection.
19     A.  No.
20 BY MR. DAILEY:
21     Q.  Were you given the answers to read?
22 And I'm talking about answers such as "are in
23 our translator's hands"?
24         MR. GARABEDIAN:  Objection.
25     A.  Yes.

Page 200

1  BY MR. DAILEY:
2      Q.  Did you yourself read the answers,
3  you?
4          MR. GARABEDIAN:  Objection.
5      A.  An interpreter read them to me.
6  BY MR. DAILEY:
7      Q.  Did an interpreter read each of the
8  answers to you?
9          MR. GARABEDIAN:  Objection.
10     A.  Yes.
11 BY MR. DAILEY:
12     Q.  When the interpreter read to you the
13 information in interrogatory answer number 23
14 that Wisky and Dorat and others had shared the
15 information with you, had shared the information
16 with you, what did you mean by that?
17         MR. GARABEDIAN:  Objection.
18     A.  When I gave the answer because I said
19 I was a victim, a woman, a girl not used to go
20 with guys, when she finds a man who has sex with
21 her, that she doesn't walk the same way that she
22 used to walk before she had sex.
23 BY MR. DAILEY:
24     Q.  Prior to the time that you say Douglas
25 Perlitz had abused you, had you had sexual

Page 201

1  relations with any woman?
2          MR. GARABEDIAN:  Objection.
3      A.  No.
4  BY MR. DAILEY:
5      Q.  When was the first time that you had
6  sex with any woman?
7      A.  Afterwards.
8      Q.  How long afterwards?
9          MR. GARABEDIAN:  Objection.
10     A.  I don't remember.
11 BY MR. DAILEY:
12     Q.  Give us your best estimate.
13         MR. GARABEDIAN:  Objection.
14     A.  I don't remember.  I don't remember.
15 BY MR. DAILEY:
16     Q.  You don't remember the name of the
17 person, the woman who you first had sex with?
18         MR. GARABEDIAN:  Objection.
19     A.  Yes, I remember her name, but I don't
20 know --
21 BY MR. DAILEY:
22     Q.  What was her name?
23     A.  Angeline.
24     Q.  Angeline?
25     A.  Angeline.

51 (Pages 198 to 201)

Confidential - Subject to Further Confidentiality Review

Page 202

1    Q.    And did you have any problems when you
2    were having sex with her?
3        MR. GARABEDIAN:  Objection.
4    A.    Yes.
5    BY MR. DAILEY:
6    Q.    And how old was Angeline at the time?
7        MR. GARABEDIAN:  Objection.
8    A.    I don't remember.
9    BY MR. DAILEY:
10   Q.    How old were you?
11   A.    I don't know.  I don't remember.
12   Q.    Was Angeline younger?
13   A.    I don't remember.  But I'm older than
14   she is.
15   Q.    Where was it that you first had sex
16   with Angeline?
17       MR. GARABEDIAN:  Objection.
18   A.    At a friend's house.  At one of my
19   friend's house.
20   BY MR. DAILEY:
21   Q.    And is Angeline the mother of your
22   child?
23   A.    Yes.
24   Q.    And how long have you known Angeline?
25   A.    I've been five years with her.

Page 203

1    Q.    And how often do you have sex with
2    Angeline?
3        MR. GARABEDIAN:  Objection.
4    A.    This is my personal stuff.
5    BY MR. DAILEY:
6    Q.    How often do you have sex with
7    Angeline?
8    A.    This is my personal stuff.
9        MR. GARABEDIAN:  Can we take a break
10   for a second?
11       MR. DAILEY:  No, there are questions
12   here. I think it's fair that we explore this.
13       MR. GARABEDIAN:  Okay.
14       MR. DAILEY:  I don't need your help,
15   Mitch.
16   BY MR. DAILEY:
17   Q.    And when you had sex with Angeline,
18   you indicated it was at a friend's house?
19       MR. GARABEDIAN:  Objection.
20   A.    Angeline didn't know if it was a
21   friend's house.
22   BY MR. DAILEY:
23   Q.    You don't know if it was at a friend's
24   house?
25   A.    I knew it was a friend's house.  But

Page 204

1    Angeline didn't know it was, that I was going to
2    a friend's house with her.
3    Q.    Who was the friend?
4        MR. GARABEDIAN:  Objection.
5    A.    Wilfred.
6    BY MR. DAILEY:
7    Q.    Is Wilfred a PPT young man?
8    A.    No.
9    Q.    Have you continued to have sexual
10   relations with Angeline for the last five years?
11       MR. GARABEDIAN:  Objection.
12   A.    This is -- these are personal
13   questions.
14   BY MR. DAILEY:
15   Q.    During the five years that you have
16   known Angeline, approximately how often per week
17   have you had sex with Angeline?
18       MR. GARABEDIAN:  Objection.
19   A.    This is my personal question.
20   BY MR. DAILEY:
21   Q.    Have you had sexual relations with any
22   other young women?
23   A.    No.
24   Q.    Angeline is the only young woman you
25   have had sexual relations with?

Page 205

1    A.    Yes.
2    Q.    Do you continue to the present time to
3    have sexual relations with Angeline?
4        MR. GARABEDIAN:  Objection.
5    A.    This is my personal stuff.
6    BY MR. DAILEY:
7    Q.    When the interpreter was with you, do
8    you remember the interpreter's name who was
9    reading your answers and the questions?
10       MR. GARABEDIAN:  Objection.
11   A.    No.
12   BY MR. DAILEY:
13   Q.    Was anyone else there at the time?
14   A.    I don't remember.
15   Q.    Was the same interpreter reading
16   questions for the other people who had come to
17   sign their answers?
18       MR. GARABEDIAN:  Objection.
19   A.    Yes, the same was there.
20   BY MR. DAILEY:
21   Q.    Were these answers that are before you
22   today, were they all prepared when you got
23   there?
24       MR. GARABEDIAN:  Objection.
25   A.    I don't understand.

52 (Pages 202 to 205)

Confidential - Subject to Further Confidentiality Review

Page 206

1   BY MR. DAILEY:
2       Q.   Were the answers typed when you got
3   there?
4           MR. GARABEDIAN:  Objection.
5       A.   Over the phone, they called me, we
6   were talking.
7           MR. GARABEDIAN:  I object.  To the
8   extent he's going to discuss attorney/client
9   relations, discussions, I instruct him not to
10  answer.
11  BY MR. DAILEY:
12      Q.   Were these answers typed when you got
13  there?
14      A.   They told me not to answer.
15      Q.   No, no.  What I'm asking you is; when
16  you got there to sign the answers, were they
17  already typed?
18      A.   Yes.
19      Q.   While the interpreter was reading you
20  the questions and the answers, were any changes
21  made to that document?
22          MR. GARABEDIAN:  Objection.
23      A.   I don't recall.  I don't remember.
24  BY MR. DAILEY:
25      Q.   Well, when you went there that day to

Page 207

1   sign the answers, did you sign them that day?
2           MR. GARABEDIAN:  Objection.
3       A.   I signed my name.
4   BY MR. DAILEY:
5       Q.   On the day that you went to the
6   meeting at the hotel, is that right?
7           MR. GARABEDIAN:  Objection.
8       A.   What meeting?
9   BY MR. DAILEY:
10      Q.   You went to the hotel to sign these
11  answers, is that right?
12      A.   Yes.
13      Q.   When you got to the hotel, the answers
14  were already prepared, is that right?
15          MR. GARABEDIAN:  Objection.
16      A.   Yes.
17      Q.   Had you been at another meeting, at
18  another meeting where the answers were being
19  typed up?
20          MR. GARABEDIAN:  Objection.
21      A.   I don't remember.
22  BY MR. DAILEY:
23      Q.   When the answers were given to you,
24  you have told us that you signed the

Page 208

1   verification on the back, is that right?
2           MR. GARABEDIAN:  Objection.
3       A.   Yes, I wrote my signature.
4   BY MR. DAILEY:
5       Q.   And on this line at the top right
6   under the word "verification," does your name
7   appear in handwriting?
8       A.   Yes.
9       Q.   Did you write that in?
10      A.   Yes.
11      Q.   And you also signed down below, is
12  that right?
13      A.   Yes.
14      Q.   And you said that you, "Jose
15  Bernardin, have read the foregoing answers and
16  they are true and accurate to the best of my
17  abilities"?
18          MR. GARABEDIAN:  Objection.
19      A.   Yes.
20  BY MR. DAILEY:
21      Q.   You did not read these yourself, is
22  that right?
23          MR. GARABEDIAN:  Objection.
24      A.   The interpreter read it for me.
25  BY MR. DAILEY:

Page 209

1       Q.   And you understood everything that the
2   translator said, is that right?
3           MR. GARABEDIAN:  Objection.
4       A.   Yes.
5   BY MR. DAILEY:
6       Q.   And all of these answers that you've
7   given are true?
8       A.   Yes.
9       Q.   And we can rely on your answers,
10  right?
11          MR. GARABEDIAN:  Objection.
12      A.   Yes.
13  BY MR. DAILEY:
14      Q.   You're not saying today that you have
15  any changes to these answers, right?
16          MR. GARABEDIAN:  Objection.
17      A.   Changes?  For people to make changes
18  for me, or to make my own changes?
19  BY MR. DAILEY:
20      Q.   Have you seen anything in those
21  answers that is not correct?
22          MR. GARABEDIAN:  Objection.
23      A.   Everything is correct.
24  BY MR. DAILEY:
25      Q.   Now, you mentioned that you have

53 (Pages 206 to 209)

Confidential - Subject to Further Confidentiality Review

Page 210

1    brothers, is that right?  And they're older than
2    you?
3        A.   Just one is older.
4        Q.   And one is younger?
5        A.   Yes.
6        Q.   How much younger?
7        A.   He's three years younger.
8        Q.   So he would be 21 today?
9        A.   No.
10       Q.   How old are you today?
11           MR. GARABEDIAN:  Objection.
12       A.   I'm 27.
13   BY MR. DAILEY:
14       Q.   And your brother would be -- your
15   younger brother would be how old?
16       A.   He's 24 or 25.  I don't remember.
17       Q.   Is Sam your brother who is older?
18       A.   Angelo.
19       Q.   Angelo is older?
20       A.   Angelo is younger.
21       Q.   Is Angelo in good health?
22           MR. GARABEDIAN:  Objection.
23       A.   I don't know.  I don't live with him.
24   BY MR. DAILEY:
25       Q.   Well, as far as you know, is Angelo in

Page 211

1    good health?
2            MR. GARABEDIAN:  Objection.
3        A.   I don't know.  We don't live the same
4    place.
5    BY MR. DAILEY:
6        Q.   Is Sam in good health?
7        A.   We don't -- I don't live with him.  I
8    don't know.
9        Q.   The last time you saw each of them,
10   was he in good health?
11       A.   I haven't seen them.  I've never seen
12   them.
13       Q.   You've never seen either one of your
14   brothers?
15           MR. GARABEDIAN:  Objection.
16       A.   No.  We never -- we talk on the phone.
17   We never meet.
18   BY MR. DAILEY:
19       Q.   Did either one of them ever tell you
20   that they were not in good health?
21           MR. GARABEDIAN:  Objection.
22       A.   They never told me that.
23   BY MR. DAILEY:
24       Q.   And they both live in the area where
25   you are?

Page 212

1        A.   They're not here.  They're in
2    Port Au Prince.
3        Q.   Now, Sam doesn't have a job, right?
4        A.   No.
5        Q.   He doesn't have a job?
6        A.   No.
7        Q.   And he told you he doesn't have a job?
8        A.   He's not working.
9        Q.   When was the last time that he worked?
10           MR. GARABEDIAN:  Objection.
11       A.   I don't know.
12   BY MR. DAILEY:
13       Q.   Was he ever abused by --
14       A.   I don't meet him.
15       Q.   Was he ever abused by Douglas Perlitz?
16           MR. GARABEDIAN:  Objection.
17       A.   No, he wasn't there.
18   BY MR. DAILEY:
19       Q.   Did anyone ever call him one of
20   Douglas's girlfriends?
21           MR. GARABEDIAN:  Objection.
22       A.   No.
23   BY MR. DAILEY:
24       Q.   And your other brother, Angelo, he
25   doesn't have a job either, does he?

Page 213

1        A.   No.
2            MR. GARABEDIAN:  Objection.
3    BY MR. DAILEY:
4        Q.   And was he ever abused by Douglas?
5        A.   I don't know.
6        Q.   Was he at PPT?
7        A.   He was in 13th Street.
8        Q.   Did he ever tell you he was abused?
9            MR. GARABEDIAN:  Objection.
10       A.   No.
11   BY MR. DAILEY:
12       Q.   Did anyone ever call him Douglas's
13   girlfriend?
14           MR. GARABEDIAN:  Objection.
15       A.   No.
16   BY MR. DAILEY:
17       Q.   Now, you have sisters, is that right?
18       A.   Yes.
19       Q.   And how many sisters do you have?
20       A.   Five.
21       Q.   And who is the oldest?
22       A.   Jorane.
23       Q.   Jorane lives in Cap-Haïtian, does she?
24           MR. GARABEDIAN:  Objection.
25       A.   She's not here.  She lives in Pladeau

54 (Pages 210 to 213)

Confidential - Subject to Further Confidentiality Review

Page 214

1    Cendral.
2    BY MR. DAILEY:
3        Q.   And she doesn't have a job, right?
4        A.   No.
5        Q.   And Angeline, is she a sister?
6        A.   Yes.
7        Q.   And does Angeline have a job?
8        A.   No.
9        Q.   Is Josie a sister?
10       A.   Yes.
11       Q.   Does she have a job?
12       A.   No.
13       Q.   Is Eglanta a sister?
14       A.   Yes.
15       Q.   Does she have a job?
16       A.   No.
17       Q.   And Esther, is she a sister?
18       A.   Yes.
19       Q.   Is she in Cap-Haïtian?
20       A.   She's in Port Au Prince.
21           MR. GARABEDIAN:  Objection.
22   BY MR. DAILEY:
23       Q.   Has she just gone to Port Au Prince?
24           MR. GARABEDIAN:  Objection.
25       A.   Yes.

Page 215

1    BY MR. DAILEY:
2        Q.   Was she in Cap-Haïtian before?
3        A.   No.  She was outside of the Cap, and
4    then she went to Port Au Prince.
5        Q.   Does she have a job?
6        A.   No.
7        Q.   Now, you mentioned that Douglas
8    Perlitz had you come to Bel Air, is that right?
9        A.   Yes.
10       Q.   And you said that he abused you at
11   Bel Air?
12       A.   Yes.
13       Q.   And was that in his bedroom do you say
14   that this happened?
15       A.   Yes.
16       Q.   When he was in the bedroom, you
17   indicated that he had an iPad that you saw as
18   you came towards the bedroom, is that right?
19           MR. GARABEDIAN:  Objection.
20       A.   I don't know what an iPad is.
21   BY MR. DAILEY:
22       Q.   Did he have some -- did he have a
23   laptop?
24           MR. GARABEDIAN:  Objection.
25       A.   Yes.

Page 216

1    BY MR. DAILEY:
2        Q.   And that was providing the light, was
3    it, that was down in the bedroom?
4        A.   Yes.
5        Q.   And could you see clearly when you
6    went into the bedroom?
7        A.   I didn't see clearly because it didn't
8    fully light all of it.
9        Q.   When you first went into the bedroom
10   and Douglas spoke to you, you indicated that he
11   gave you some covers, and you laid down on the
12   floor, is that right?
13           MR. GARABEDIAN:  Objection.
14       A.   A sheet.
15   BY MR. DAILEY:
16       Q.   And you went to sleep?
17       A.   Yes.
18       Q.   And then you woke up?
19           MR. GARABEDIAN:  Objection.
20       A.   Yes.
21   BY MR. DAILEY:
22       Q.   When you woke up, was Douglas Perlitz
23   naked?
24       A.   When he woke me up, he was all naked.
25       Q.   And when you woke up, were you naked?

Page 217

1        A.   No, I had my clothes on.
2        Q.   So when you put the cover on you, you
3    had the cover on top of you?
4        A.   Yes.
5        Q.   And Douglas Perlitz woke you up?
6        A.   Yes.
7        Q.   About how long had you been asleep, if
8    you know?
9            MR. GARABEDIAN:  Objection.
10       A.   I don't know.
11   BY MR. DAILEY:
12       Q.   Had you ever seen anyone in the
13   house --
14           MR. GARABEDIAN:  Objection.
15   BY MR. DAILEY:
16       Q.   -- from the time you arrived up until
17   the time you went into Douglas Perlitz's room?
18           MR. GARABEDIAN:  Objection.
19       A.   No.
20   BY MR. DAILEY:
21       Q.   Did you ever see anyone at the house
22   before you left the house in the morning?
23       A.   No.
24       Q.   When you went to the hospital, you say
25   that you stayed there for three days?

55 (Pages 214 to 217)

Confidential - Subject to Further Confidentiality Review

Page 218

1    A.   Yes.
2    Q.   Did they take your name when you went
3  in?
4         MR. GARABEDIAN:  Objection.
5    A.   Yes.
6  BY MR. DAILEY:
7    Q.   Have you seen any records from the
8  hospital?
9    A.   The file --
10        MR. GARABEDIAN:  Objection.
11   A.   The hospital file stayed with my
12 mother.
13 BY MR. DAILEY:
14   Q.   Have you requested copies of the
15 records from the hospital?
16        MR. GARABEDIAN:  Objection.
17   A.   No.  Why would I ask?  I don't need
18 it.
19 BY MR. DAILEY:
20   Q.   Have you ever filled out any form so
21 that records could be obtained from the
22 hospital?
23        MR. GARABEDIAN:  Objection.
24   A.   I don't understand.
25 BY MR. DAILEY:

Page 219

1    Q.   Did anyone ask you to fill out a form
2  so that hospital records could be obtained?
3    A.   No.
4         MR. GARABEDIAN:  Objection.
5  BY MR. DAILEY:
6    Q.   After the time at the Justinien
7  Hospital, did you go back to the Justinien
8  Hospital at all that year?
9    A.   No.
10   Q.   And what year was that that you say
11 that you were at the Justinien Hospital?
12        MR. GARABEDIAN:  Objection.
13   A.   I don't remember.
14        THE INTERPRETER:  He's raising his
15 hand.  I think needs to go somewhere.  A little
16 pause, please.
17        MR. GARABEDIAN:  He wants to take a
18 break.
19        MR. DAILEY:  Sure.
20        THE VIDEOGRAPHER:  Going off the
21 record.  The time is 4:22.
22        (Whereupon, a recess was taken.)
23        THE VIDEOGRAPHER:  Back on the record.
24 The time is 4:34.
25        MR. GARABEDIAN:  Bill, my client is

Page 220

1  willing to answer the questions that he refused
2  to answer earlier if you want to ask them.
3  Thank you.
4  BY MR. DAILEY:
5    Q.   The meeting that you went to where the
6  first group was present, and you could not get
7  in, did you leave the place where the meeting
8  was.
9    A.   I left.  I didn't stay.
10   Q.   Where was the meeting?
11        MR. GARABEDIAN:  Objection.
12   A.   Ruben Street Boulevard.
13 BY MR. DAILEY:
14   Q.   Was it at a hotel?
15   A.   Yes.
16   Q.   Did you see any people going into the
17 meeting?
18   A.   No.
19   Q.   Now, after you left, at some later
20 time you and Wisky and Dorat put together a
21 list, is that right?
22        MR. GARABEDIAN:  Objection.
23   A.   I don't understand what you're saying.
24 BY MR. DAILEY:
25   Q.   At some later time after this first

Page 221

1  meeting, did Walky ask you and Wisky and Dorat
2  to put together a list of people who said they
3  had been abused?
4         MR. GARABEDIAN:  Objection.
5    A.   Yes.
6  BY MR. DAILEY:
7    Q.   About how long after that meeting was
8  it that you were asked to put together the list
9  by Walky?
10        MR. GARABEDIAN:  Objection.
11   A.   After this meeting, nobody told us.
12 It's after these guys found justice that
13 everybody went after that own justice.
14 BY MR. DAILEY:
15   Q.   After the first group got their money
16 justice, is that when you were asked to put
17 together the list?
18        MR. GARABEDIAN:  Objection.
19   A.   After they found justice, the guys
20 went to the radio to talk to Cyrus.  Cyrus
21 called police on them.  When the police came,
22 they fled the radio.  When Cyrus came to talk to
23 the guys, he told them "make a list," they will
24 send the list to Mitch, and Mitch will call
25 them.

56 (Pages 218 to 221)

Confidential - Subject to Further Confidentiality Review

Page 222

BY MR. DAILEY:

1
2    Q.  Was it after the group, the first
3    group got their money justice, that you put --
4    you and Wisky and Dorat put together the list?
5         MR. GARABEDIAN:  Objection.
6    A.   When they found -- they got justice,
7    we wanted to get our justice, too.
8    BY MR. DAILEY:
9    Q.  So you started to put together a list
10   after you saw that they had the automobiles?
11   A.   When they got their justice, that's
12   when we went to see Cyrus.  Then they were
13   making a lot of noise in front of the radio,
14   Cyrus called the police.  When the police came,
15   they left, they fled the radio station.  Cyrus
16   came out to talk to them, tell them "make a
17   list, put your names and phone numbers" so that
18   Mitch could talk to them.
19   Q.  So at that point you understood that
20   the first group had got money justice?
21        MR. GARABEDIAN:  Objection.
22   A.   The first group, they found justice
23   that the guys were claiming that they wanted to
24   get their own justice also.
25   BY MR. DAILEY:

Page 223

1    Q.  All right.  So after the first group
2    got their money justice, the second group wanted
3    to get some money justice, is that right?
4         MR. GARABEDIAN:  Objection.
5    A.   That's all they wanted.  They just
6    wanted justice.  That's all they were looking
7    for.
8    BY MR. DAILEY:
9    Q.  And when you say "they wanted
10   justice," you were one of the group that wanted
11   the money justice, right?
12        MR. GARABEDIAN:  Objection.
13   A.   Yes, we wanted justice.
14   BY MR. DAILEY:
15   Q.  Right.
16        And you were one of the ones that
17   wanted money justice, you yourself, right?
18        MR. GARABEDIAN:  Objection.
19   A.   I don't need money.  I want justice.
20   The judge will decide the justice that I get.
21   Douglas doesn't have enough money to compensate
22   us.  I just want -- I'm looking for justice.
23   BY MR. DAILEY:
24   Q.  Were you one of the ones that brought
25   around a list to have people put their names on?

Page 224

1         MR. GARABEDIAN:  Objection.
2    A.   Yes, Dorat, Wisky and I.
3    BY MR. DAILEY:
4    Q.  Did you bring the same list, or did
5    you each have a list?
6    A.   Same list.
7    Q.  And did the three of you go together
8    to get people to sign the list?
9         MR. GARABEDIAN:  Objection.
10   A.   Yes.  Everybody that was there, we put
11   their name on the list.  And after that we
12   called Cyrus, we told Cyrus "we're done."  "We
13   don't need to all come, just one or two people
14   should come to bring the list."  And Dorat,
15   Wisky and I, we brought the list to Cyrus.
16   BY MR. DAILEY:
17   Q.  And when you put together the list,
18   did you tell the people who came to sign the
19   list themselves, or did you put their name down
20   on the list?
21        MR. GARABEDIAN:  Objection.
22   A.   Those who could not write -- those who
23   could write their names they put themselves.
24   Those who could not, we wrote for them.
25   BY MR. DAILEY:

Page 225

1    Q.  Did you tell them what the purpose of
2    the list was?
3         MR. GARABEDIAN:  Objection.
4    A.   No.
5    BY MR. DAILEY:
6    Q.  Did you tell them that the reason that
7    you were going around with the list was to see
8    if you could get them money justice?
9         MR. GARABEDIAN:  Objection.
10   A.   They don't need money.  They want
11   justice.  Justice, they want justice.  Because
12   of Douglas abused them, they want justice.
13   BY MR. DAILEY:
14   Q.  Did you know that the first group had
15   received money justice?
16        MR. GARABEDIAN:  Objection.
17   A.   The first group got justice.  We want
18   justice.  That's what we want, justice.  We
19   don't ask for money.  Douglas doesn't have
20   enough money to compensate.  He ruined our
21   future, as what Douglas did to us will always
22   stay with us.  We can never forget.
23   BY MR. DAILEY:
24   Q.  Did the first group use their justice
25   to buy automobiles?

57 (Pages 222 to 225)

Confidential - Subject to Further Confidentiality Review

Page 226

```
1           MR. GARABEDIAN: Objection.
2       A.  I don't know.
3   BY MR. DAILEY:
4       Q.  Where did they get the money to buy
5   the autos?
6           MR. GARABEDIAN: Objection.
7       A.  They found their justice. They got
8   justice. I don't know.
9   BY MR. DAILEY:
10      Q.  All right. They used the justice to
11  buy the automobiles?
12          MR. GARABEDIAN: Objection.
13      A.  They just -- they didn't use justice.
14  They just bought cars to -- for their own
15  pleasure.
16  BY MR. DAILEY:
17      Q.  And where did they get the money to
18  buy the cars for their own pleasure?
19          MR. GARABEDIAN: Objection.
20      A.  They got justice. They were able to
21  buy cars.
22  BY MR. DAILEY:
23      Q.  How many names did you get on this
24  list that you and Wisky and Dorat brought
25  around?
```

Page 227

```
1       A.  We found more than 24.
2           MR. GARABEDIAN: Objection.
3   BY MR. DAILEY:
4       Q.  Is there a list now of about 90?
5           MR. GARABEDIAN: Objection.
6       A.  I don't remember. I don't remember.
7   BY MR. DAILEY:
8       Q.  How many people were at the Village --
9           MR. GARABEDIAN: Objection.
10  BY MR. DAILEY:
11      Q.  -- on a usual day?
12          MR. GARABEDIAN: Objection.
13      A.  A lot, a lot. I don't know.
14  BY MR. DAILEY:
15      Q.  Can you give us an estimate?
16          MR. GARABEDIAN: Objection.
17      A.  In the list?
18  BY MR. DAILEY:
19      Q.  You got a list, is that right?
20      A.  It's because of the list that we have,
21  that you're asking how many people we have on
22  the list?
23      Q.  How many people did you get on your
24  list?
25          MR. GARABEDIAN: Objection.
```

Page 228

```
1       A.  More than 24. I don't remember.
2   BY MR. DAILEY:
3       Q.  More than 24. Could it be as many as
4   40?
5           MR. GARABEDIAN: Objection.
6       A.  I don't remember.
7   BY MR. DAILEY:
8       Q.  Could it have been 60?
9           MR. GARABEDIAN: Objection.
10      A.  I don't remember.
11  BY MR. DAILEY:
12      Q.  Could it have been as many as 90?
13          MR. GARABEDIAN: Objection.
14      A.  I don't remember.
15  BY MR. DAILEY:
16      Q.  So you don't know whether it was 24,
17  or 90, or somewhere in-between?
18          MR. GARABEDIAN: Objection.
19      A.  More than 80.
20  BY MR. DAILEY:
21      Q.  More than 80. Okay.
22          How long did it take you to get the
23  list?
24      A.  Not a long time. The people who were
25  at the radio signed their names.
```

Page 229

```
1       Q.  And when you say "not long," did it
2   take you less than a day to get the list?
3           MR. GARABEDIAN: Objection.
4       A.  Not the entire day.
5   BY MR. DAILEY:
6       Q.  So in less than a day you got the
7   list?
8       A.  Three or four hours.
9       Q.  So you got the list in three or
10  four hours, is that right?
11          MR. GARABEDIAN: Objection.
12      A.  We did. We wrote our names.
13  BY MR. DAILEY:
14      Q.  Did you -- when you had the list
15  there, and people came to sign the list, did you
16  ask them what Douglas did to them?
17          MR. GARABEDIAN: Objection.
18      A.  No.
19  BY MR. DAILEY:
20      Q.  Did you ask them in any way what
21  Douglas had done to them?
22      A.  No. This is private stuff.
23          MR. GARABEDIAN: Objection.
24  BY MR. DAILEY:
25      Q.  And you just told them to sign the
```

58 (Pages 226 to 229)

Confidential - Subject to Further Confidentiality Review

Page 230

```
 1   list, is that it?
 2        MR. GARABEDIAN: Objection.
 3        A.  No.  The ones who went to the radio to
 4   claim, we were the ones who wrote their names.
 5   Those who could not write their names, we wrote
 6   for them.
 7   BY MR. DAILEY:
 8        Q.  I understand.  But I'm asking, whether
 9   you wrote their names down or they wrote their
10   names down --
11        MR. GARABEDIAN: Objection.
12   BY MR. DAILEY:
13        Q.  -- did you ask what Douglas had done
14   to them?
15        MR. GARABEDIAN: Objection.
16        A.  No.
17   BY MR. DAILEY:
18        Q.  Did you tell them that the purpose of
19   writing the name on the list, writing it on the
20   list for them --
21        MR. GARABEDIAN: Objection.
22   BY MR. DAILEY:
23        Q.  -- was to get money justice?
24        A.  We don't want money, just justice.
25   That's what we want, we don't want -- Douglas
```

Page 231

```
 1   doesn't have enough money to compensate us.
 2        Q.  Whatever the justice was, whether it
 3   was going to be money or whatever, did you tell
 4   them that the purpose of the list was to get
 5   justice?
 6        MR. GARABEDIAN: Objection.
 7        A.  I did say we were looking to get
 8   justice.  We -- the ones at the radio, we wrote
 9   our names.  Everybody knew why -- because
10   everybody knew why they were going to the radio,
11   it was to get justice.
12   BY MR. DAILEY:
13        Q.  And this was after you had seen, and
14   the others had seen, that the first group had
15   got their justice?
16        MR. GARABEDIAN: Objection.
17        A.  Yes.
18   BY MR. DAILEY:
19        Q.  Now, at the Justinien Hospital, did
20   you go back to the Justinien Hospital in 2004
21   after the first time you say you were there?
22        A.  No, I didn't go back.  I just went in
23   January when it was hurting, I had to go to the
24   hospital.  I got three shots after that.  I
25   didn't -- but I don't know if it's going to
```

Page 232

```
 1   flare up.
 2        Q.  Did you go in 2005 or 2006 to the
 3   Justinien Hospital for any problems?
 4        MR. GARABEDIAN: Objection.
 5        A.  No.
 6   BY MR. DAILEY:
 7        Q.  Did you go in 2007, 2008, 2009 to the
 8   Justinien Hospital?
 9        A.  I went when Douglas did the gay thing
10   with me, I was bleeding.  That's when I went.
11        Q.  What I'm asking you is, in 2007, 2008,
12   2009, 2010, did you ever go to the hospital?
13        A.  After Douglas did this to me I never
14   went again, only in 2015.  I just went in
15   January, 2015.
16        Q.  For 11 years you never went to the
17   Justinien Hospital for any treatment for
18   anything that you say that Douglas Perlitz did
19   to you, is that right?
20        MR. GARABEDIAN: Objection.
21        A.  My butt did hurt, but I never had
22   enough money to go.  But in 2015, my butt was
23   hurting so much, I explained to Cyrus, he gave
24   me money to go to the hospital.
25   BY MR. DAILEY:
```

Page 233

```
 1        Q.  Have you asked for any records
 2   relating to the visit that you made in 2015?
 3        MR. GARABEDIAN: Objection.
 4        A.  I don't have this paper.
 5   BY MR. DAILEY:
 6        Q.  When you were with Douglas Perlitz in
 7   his bedroom in February of 2004, you indicated
 8   that Douglas Perlitz was naked at some time?
 9        A.  Yes.
10        Q.  Did you see any marks on the upper
11   part of his body, on the front?
12        A.  He did have marks.
13        Q.  On the front of his body?
14        A.  Yes.
15        Q.  What kind of marks?
16        A.  He said it was flesh that his father
17   -- he says his father died in a war.
18        Q.  I've drawn a figure here.  Did Wisky
19   ever tell you about a figure that he saw?
20        A.  No.
21        Q.  If we assume that that figure shows
22   the front of Douglas Perlitz's body, and this is
23   the belly button, and this is the belt line,
24   would you draw on there where you say you saw
25   marks on the front of Douglas Perlitz's body?
```

59 (Pages 230 to 233)

Page 234

1  A.  In his body.
2  Q.  Draw on there where you saw marks.
3  A.  He has several.
4  Q.  Well, just draw on there where they
5  were, maybe with a circle where the marks were
6  on the front of his body.  Go ahead.
7  A.  (Drawing).
8  Q.  Now, all of the marks that you've
9  drawn on here were above the belly button, is
10 that right?
11 A.  I don't remember.  You asked me to
12 make marks, so I did.
13 Q.  Are these marks here at the place
14 where you saw the marks on Douglas Perlitz's
15 body as best you can recall?
16 MR. GARABEDIAN:  Object to the use of
17 this diagram.
18 A.  I don't know.  You asked me to draw
19 marks, I did.
20 Q.  What did the marks look like that you
21 saw on Douglas Perlitz's body?
22 MR. GARABEDIAN:  Objection.
23 A.  I don't know.
24 BY MR. DAILEY:
25 Q.  Were they red?

Page 235

1  A.  Yes.
2  Q.  All right.  Were they round?
3  A.  Yes.
4  Q.  And were there many of them?
5  A.  I don't remember.
6  Q.  You're signaling that they were all
7  around his chest?
8  A.  I remember he had, but I don't
9  remember if all his body was full of it.
10 Q.  I'm talking about his chest now.
11 A.  I don't remember.
12 Q.  Well, you say they were red?
13 A.  Yes.
14 Q.  And did you say something about
15 Douglas's father was in the war?
16 MR. GARABEDIAN:  Objection.
17 A.  He said his father died at war.
18 BY MR. DAILEY:
19 Q.  And what did that have to do with the
20 marks on Douglas's body?
21 A.  I don't know.
22 Q.  When you saw the marks, you saw that
23 they were red, is that right?
24 A.  Yes.
25 Q.  And you saw that they were on his

Page 236

1  chest?
2  A.  I don't remember.
3  Q.  Well, where were the marks that you
4  saw?
5  MR. GARABEDIAN:  Objection.
6  A.  I don't remember.  I remember he had
7  all over his body, but I don't remember exactly
8  where.
9  BY MR. DAILEY:
10 Q.  All right.  So when you're pointing
11 here, you're pointing to your chest, is that
12 where you're saying --
13 MR. GARABEDIAN:  Objection.
14 BY MR. DAILEY:
15 Q.  -- that you saw marks all over his
16 body?
17 A.  I don't remember.  He had marks on his
18 body.
19 Q.  All right.  And did he have marks on
20 his arms?
21 A.  No.
22 Q.  Did he have marks on his legs?
23 A.  I don't remember.
24 Q.  So you don't remember any marks on his
25 legs, and you don't remember any marks on his

Page 237

1  arms, right?
2  A.  I don't remember if he had.
3  Q.  Before this night, did you know what
4  the word gay meant?
5  MR. GARABEDIAN:  Objection.
6  A.  No.
7  BY MR. DAILEY:
8  Q.  You had never heard the word gay?
9  A.  No.
10 Q.  When was it that you first heard the
11 word gay?
12 (Power outage.)
13 THE VIDEOGRAPHER:  Back on the record.
14 The time is 5:04.
15 BY MR. DAILEY:
16 Q.  When was it that you first heard
17 anyone described as a gay person?
18 MR. GARABEDIAN:  Objection.
19 A.  I don't understand.
20 BY MR. DAILEY:
21 Q.  Are there gay people in Cap-Haïtian?
22 MR. GARABEDIAN:  Objection.
23 A.  I don't know.
24 BY MR. DAILEY:
25 Q.  When was the first time that you heard

60 (Pages 234 to 237)

Confidential - Subject to Further Confidentiality Review

Page 238

1  the word gay?
2      MR. GARABEDIAN:  Objection.
3      A.   First time I heard was when I was
4  looking for work, they told me "here's the fag
5  with Douglas, we're not taking him" so I won't
6  spoil them at work.  That really broke my heart.
7  BY MR. DAILEY:
8      Q.   Did you ever see it written in the
9  graffiti?
10     A.   Yes, a lot.
11     Q.   Now, did you also see Douglas
12 Perlitz's back when he was naked?
13     A.   I wasn't looking at his body.
14     Q.   Did you see his back?  That's all I'm
15 asking.
16     A.   No.
17     Q.   Did you see any --
18     A.   I wasn't looking.
19     Q.   Did you see any tattoos on Douglas
20 Perlitz?
21     A.   No.
22     Q.   Did you see any birthmarks on Douglas
23 Perlitz?
24     THE INTERPRETER:  It translates the
25 same as marks.

Page 239

1  BY MR. DAILEY:
2      Q.   All right.  So what you saw were red
3  marks on Douglas Perlitz, and they were all over
4  what you could see of the chest, is that right?
5      MR. GARABEDIAN:  Objection.
6      A.   Yes.
7  BY MR. DAILEY:
8      Q.   You mentioned that you took some syrup
9  and some pills in 2004, is that right?
10     THE INTERPRETER:  2000 --
11     MR. DAILEY:  '4.
12     A.   Yes.  Serum.
13 BY MR. DAILEY:
14     Q.   Serum and pills?
15     A.   Serum.
16     Q.   When you were in the Dominican
17 Republic, how long did you work there?
18     A.   First time one month, 22 days.  I
19 worked for one month.
20     Q.   And did you go back a second time?
21     A.   I came back in 2007.  I went back in
22 2009, and I came back on November 22nd.
23     Q.   Of what year?
24     A.   2009.
25     Q.   So you were there for about a year the

Page 240

1  second time?
2      MR. GARABEDIAN:  Objection.
3      A.   Yes.
4  BY MR. DAILEY:
5      Q.   And did you work at the banana farm on
6  the second time, too?
7      A.   Just the first time.
8      Q.   Where did you work the second time?
9      A.   I didn't work.  I used to find
10 bottles.  I didn't find any work so that I was
11 looking for bottles.
12     Q.   And when you worked at the banana
13 plantation, you mentioned that you were doing
14 heavy work there?
15     MR. GARABEDIAN:  Objection.
16     A.   Yes.  I used to do groundwork and
17 water banana trees.
18 BY MR. DAILEY:
19     Q.   Now, I had asked you about the serum
20 and pills.  For how long did you take the serum
21 and pills in 2004?
22     MR. GARABEDIAN:  Objection.
23     A.   I don't, I don't.
24 BY MR. DAILEY:
25     Q.   More than a week.

Page 241

1      (Power outage.)
2      THE VIDEOGRAPHER:  Going off the
3  record.  The time is 5:10.
4      (Off the record discussion.)
5      THE VIDEOGRAPHER:  Back on the record.
6  The time is 5:12.
7  BY MR. DAILEY:
8      Q.   For how long did you take the serum
9  and pills in 2004?
10     A.   I spent three days at the hospital.
11     Q.   How long did you take the serum and
12 pills in 2004?
13     MR. GARABEDIAN:  Objection.
14     A.   I spent three days with the serum, and
15 when I left the hospital I continued taking
16 pills and syrup until I no longer felt the pain.
17 BY MR. DAILEY:
18     Q.   For how long did you take the serum
19 and pills?
20     MR. GARABEDIAN:  Objection.
21     A.   Three days.  After that I left the
22 hospital, they gave me pills, syrup to take home
23 every time I have the pain.
24 BY MR. DAILEY:
25     Q.   For how long did you take the serum

61 (Pages 238 to 241)

Confidential - Subject to Further Confidentiality Review

Page 242

1   and pills after you left the hospital?
2          MR. GARABEDIAN: Objection.
3      A.   The syrup.
4   BY MR. DAILEY:
5      Q.   Serum, isn't it?  Syrup?
6      A.   Syrup.
7      Q.   Let me try the question again.
8          For how long did you take the syrup
9   and pills after you left the hospital?
10          MR. GARABEDIAN: Objection.
11      A.   I don't remember.
12   BY MR. DAILEY:
13      Q.   Would it have been more than a week
14   after you left the hospital?
15          MR. GARABEDIAN: Objection.
16      A.   I don't remember.
17   BY MR. DAILEY:
18      Q.   More than two weeks?
19      A.   I don't remember.
20      Q.   More than a month?
21          MR. GARABEDIAN: Objection.
22      A.   I don't remember.
23   BY MR. DAILEY:
24      Q.   You don't remember how long you took
25   the syrup and pills at all?

Page 243

1          MR. GARABEDIAN: Objection.
2      A.   No, I don't remember.  The only thing
3   I would think about is the abuse.  I was victim.
4   BY MR. DAILEY:
5      Q.   I understand that, sir.
6          What I'm asking you is this.  Did you
7   take the syrup and pills for more than a month
8   after you left the hospital?
9          MR. GARABEDIAN: Objection.
10      A.   I don't remember.
11      Q.   The people who signed the list to get
12   the money justice that you and Dorat and Wisky
13   took around, do they still get in touch with you
14   and ask you what's going on?
15          MR. GARABEDIAN: Objection.
16      A.   Every time they meet, they say "but we
17   don't get a feedback on things that are
18   happening."
19   BY MR. DAILEY:
20      Q.   And when they say that they don't get
21   a feedback on things that are happening, are
22   they saying that you and Wisky and Dorat aren't
23   giving them a feedback on what's happening?
24          MR. GARABEDIAN: Objection.  I

Page 244

1   instruct him not to answer as to any
2   communication between an attorney and a client.
3   BY MR. DAILEY:
4      Q.   Let me give you another question.
5          What do these people that signed the
6   list that you brought around with Wisky and
7   Dorat say to you about what is happening?
8          MR. GARABEDIAN: Objection.
9      A.   They told me when they are together
10   and we happen to meet they say they never --
11   they don't hear anything about that.
12   BY MR. DAILEY:
13      Q.   When you were with Douglas Perlitz --
14          MR. DAILEY:  And let me ask that this
15   be marked as an exhibit, this drawing that
16   Mr. Bernardin put the marks on.
17          (Whereupon, Bernardin Exhibit
18          Number 2, Hand-drawn diagram, was
19          marked for identification.)
20   BY MR. DAILEY:
21      Q.   And let me come back to the drawing
22   again, sir.  Did Mr. Perlitz have any hair on
23   his chest?
24          MR. GARABEDIAN: Objection as to the
25   use of the drawing.

Page 245

1      A.   I don't remember.
2   BY MR. DAILEY:
3      Q.   When you were with Mr. Perlitz that
4   night, you mentioned that each of you
5   masturbated each other?
6          MR. GARABEDIAN: Objection.
7      A.   He made me suck his dick, he sucked
8   for me, my --
9   BY MR. DAILEY:
10      Q.   Did he have you do that before he had
11   you masturbate him?
12      A.   He told me he's going to do something
13   on my body, everything I do -- he does to my
14   body I have to do to his.
15      Q.   What I'm asking you is; did he have
16   you masturbate him before you say that he put
17   his penis in your mouth?  Which was first?
18          MR. GARABEDIAN: Objection.
19          THE INTERPRETER:  I'm sorry, again,
20   please?
21   BY MR. DAILEY:
22      Q.   Which happened first, did he have you
23   masturbate him first, or did he put his penis in
24   your mouth first?
25          MR. GARABEDIAN: Objection.

Confidential - Subject to Further Confidentiality Review

Page 246

1    A.   He asked me to suck his dick.  He did
2  it for me, he sucked mine.  He put his penis in
3  my butt.
4  BY MR. DAILEY:
5    Q.   And when did the masturbation take
6  place, was it after he put his penis in your
7  butt?
8         MR. GARABEDIAN:  Objection.
9    A.   He had me suck for him, he had me suck
10  his dick, and he did suck mine.  He put his
11  penis in my butt.  I accepted because I was
12  scared.  I was scared because there was a boy
13  who was dead in the street.  I didn't want to
14  sleep in the street.  I didn't want to die in
15  the same way as the little boy who had died in
16  the street, that's why I accepted that he would
17  do gay things with me.
18  BY MR. DAILEY:
19    Q.   Now try my question.
20         Did Mr. Perlitz put his penis in your
21  rectum before he had you put his mouth -- before
22  he had you put your mouth on his penis?
23         MR. GARABEDIAN:  Objection.
24    A.   He asked me to put my mouth to his
25  dick, and then he sucked my dick, and then he

Page 247

1  put his penis in my butt.
2  BY MR. DAILEY:
3    Q.   Did you suck Mr. Perlitz's penis at
4  the same time he was sucking your penis?
5    A.   No.
6    Q.   Who sucked the other's penis first?
7  Did you suck Mr. Perlitz's penis first, or did
8  he suck yours first?
9         MR. GARABEDIAN:  Objection.
10    A.   He told me to suck his, and then he
11  said he was going to suck mine.  Then he put his
12  penis in my butt.
13  BY MR. DAILEY:
14    Q.   So after you sucked his penis, he put
15  the penis in his butt?
16         MR. GARABEDIAN:  Objection.
17    A.   He put his penis in my butt.
18  BY MR. DAILEY:
19    Q.   After you had sucked Mr. Perlitz's
20  penis, did he suck your penis then?
21         MR. GARABEDIAN:  Objection.
22    A.   He made me suck his dick, and then he
23  told me he's going to suck mine, and then he put
24  his penis in my butt.
25  BY MR. DAILEY:

Page 248

1    Q.   So that you had your penis sucked
2  before he put his penis in your butt?
3         MR. GARABEDIAN:  Objection.
4    A.   Yes.
5  BY MR. DAILEY:
6    Q.   And when did the masturbation take
7  place?
8         MR. GARABEDIAN:  Objection.
9    A.   I don't know.
10  BY MR. DAILEY:
11    Q.   Well, you masturbated Mr. Perlitz,
12  didn't you?
13         MR. GARABEDIAN:  Objection.
14  BY MR. DAILEY:
15    Q.   Did you masturbate -- did you tell us
16  you masturbated Mr. Perlitz?
17         MR. GARABEDIAN:  Objection.
18    A.   Yes.
19  BY MR. DAILEY:
20    Q.   All right.  And did he masturbate you?
21         MR. GARABEDIAN:  Objection.
22    A.   No.
23  BY MR. DAILEY:
24    Q.   So Mr. Perlitz never masturbated you?
25         MR. GARABEDIAN:  Objection.

Page 249

1    A.   I masturbated him.
2  BY MR. DAILEY:
3    Q.   All right.  And he never masturbated
4  you, right?
5         MR. GARABEDIAN:  Objection.
6    A.   No, he made me masturbate him, then he
7  made me suck his dick, and then he said he was
8  going to suck mine.  After that, he put his
9  penis in my butt.
10  BY MR. DAILEY:
11    Q.   I'm asking, did Perlitz masturbate
12  you?
13         MR. GARABEDIAN:  Objection.
14    A.   No.
15  BY MR. DAILEY:
16    Q.   All right.  When you masturbated
17  Perlitz, did he ejaculate?
18         MR. GARABEDIAN:  Objection.
19    A.   No.
20  BY MR. DAILEY:
21    Q.   And did you stop for some reason?
22         MR. GARABEDIAN:  Objection.
23    A.   Yes.  When I was doing that for him,
24  after a while he said stop, so to suck his dick.
25  BY MR. DAILEY:

63 (Pages 246 to 249)

Confidential - Subject to Further Confidentiality Review

Page 250

1     Q.   Didn't you tell us earlier that
2   Perlitz told you that you should do everything
3   to him that Perlitz did to you?
4        MR. GARABEDIAN:  Objection.
5     A.   He said that.
6   BY MR. DAILEY:
7     Q.   All right.
8     A.   Everything he does -- he told me
9   everything he's going to do to my body I have to
10  do to him.
11    Q.   All right.  And you've now told us
12  everything that happened?
13    A.   Yes.
14    Q.   Now, on the second time that you say
15  something happened, the second time --
16        MR. GARABEDIAN:  Objection.
17    A.   Yes.
18  BY MR. DAILEY:
19    Q.   -- it was within a week, you say, of
20  the first time that Perlitz bothered you, is
21  that right?
22        MR. GARABEDIAN:  Objection.
23    A.   Yes.  I was going to Bel Air to a
24  friend's, I saw him coming down in the Land
25  Cruiser.  He said the next day, afternoon, when

Page 251

1   he would leave the Village I should come see
2   him.  I thought he was going to send me to the
3   Village.
4        When I came following afternoon, he
5   gave me a sheet to lie down on the floor.  While
6   I was lying down on floor, he started touching
7   me, he said "come on the bed."  Then he said he
8   was going to send me to the Village, everything
9   I would need, I will find school, food, after
10  school I will go to university.  I didn't go on
11  the street, there was a little guy who had just
12  been killed, I was scared.  I was scared to die
13  in the street.  He told me that do gay things.
14  I accepted.  I didn't want to go back on the
15  street.  I was scared to die like the little
16  boy.
17    Q.   Now, you've told us that about six
18  times today, sir, is that right?
19        MR. GARABEDIAN:  Objection.
20    A.   When you ask me, I say it.
21  BY MR. DAILEY:
22    Q.   Do you have that written down
23  somewhere?
24        MR. GARABEDIAN:  Objection.
25    A.   What should I write down?

Page 252

1   BY MR. DAILEY:
2     Q.   Do you have what you just told us
3   written down somewhere that you've memorized?
4        MR. GARABEDIAN:  Objection.
5     A.   Where should I write it down?
6   BY MR. DAILEY:
7     Q.   I'm asking, do you have it written
8   down?
9        MR. GARABEDIAN:  Objection.
10    A.   Where?
11  BY MR. DAILEY:
12    Q.   When Mr. Perlitz told you to get into
13  bed with him on the second time, did you say no,
14  and did you tell him you had just been in the
15  hospital for three days?
16        MR. GARABEDIAN:  Objection.
17    A.   I didn't want to say that.  I didn't
18  want him to have me to sleep in the street.
19  Someone had just died.  I was scared for him to
20  send me to sleep in the streets.  I didn't want
21  to die, to die the same way as the little boy.
22  BY MR. DAILEY:
23    Q.   Did you tell --
24        MR. GARABEDIAN:  He's still answering.
25  Let him finish, please.

Page 253

1        Is he finished?
2     A.   Yes.
3   BY MR. DAILEY:
4     Q.   Did you tell Perlitz that you had been
5   in the hospital for three days when you saw him
6   in his bedroom on the second time you say that
7   you were there?  Just a yes or no, sir.
8        MR. GARABEDIAN:  Objection.
9     A.   I didn't tell him.
10  BY MR. DAILEY:
11    Q.   Did you tell him that you had been
12  bleeding?  Just yes or no.
13        MR. GARABEDIAN:  Objection.
14    A.   No, I didn't say that.
15  BY MR. DAILEY:
16    Q.   Did you tell him you were taking syrup
17  and pills at the time you were in bed with him?
18        MR. GARABEDIAN:  Objection.
19    A.   No.
20        MR. DAILEY:  I think that's all I
21  have.  Thanks.
22  BY MR. WILLIAMS:
23    Q.   Good afternoon, Mr. Bernardin.
24        My name is Paul Williams, I represent
25  Fairfield University.

64 (Pages 250 to 253)

Confidential - Subject to Further Confidentiality Review

Page 254

1      I only have a few questions for you.
2  Because there are many questions asked already,
3  I will be moving around a little bit. If you
4  don't understand a question, please tell me.
5      A.  Yes.
6      Q.  Okay. When was the last time that you
7  saw the list that you prepared --
8      MR. GARABEDIAN: Objection.
9  BY MR. WILLIAMS:
10     Q.  -- with Doran and Wisky?
11     A.  We had the list done. We made the
12 list.
13     Q.  But where is the list now?
14     MR. GARABEDIAN: Objection.
15     A.  We gave it back to Cyrus.
16 BY MR. WILLIAMS:
17     Q.  And the last time you saw it, Cyrus
18 had it?
19     A.  Yes.
20     Q.  Before that date, did you know Cyrus?
21     A.  No.
22     Q.  You had never spoken to him before
23 that day?
24     A.  No, I didn't know him.
25     Q.  Did you ever tell Cyrus your story, or

Page 255

1  describe what had happened to you and your claim
2  of abuse by Doug Perlitz?
3      MR. GARABEDIAN: Objection.
4      A.  We brought the paper up to that time
5  and said -- me, Dorat and Wisky were the ones
6  who brought it to him, he said our names and
7  phone numbers. Our names were on the list, so
8  we just pointed our names and phone number,
9  prepare your phone number, and he said "the
10 lawyer will call you, so you can explain to him
11 what's wrong with us."
12 BY MR. WILLIAMS:
13     Q.  Okay. Did Mr. Cyrus describe who the
14 lawyer was going to be that was going to call
15 you?
16     MR. GARABEDIAN: Objection.
17     A.  He just told us that he would have the
18 lawyer call us.
19 BY MR. WILLIAMS:
20     Q.  And did you ever see Cyrus taking down
21 any details from anyone else on the list about
22 what they claimed happened with Doug Perlitz?
23     A.  No.
24     Q.  Okay. Have you -- you told us that
25 some of the PPT first group have received some

Page 256

1  money justice, is that correct?
2      MR. GARABEDIAN: Objection.
3      A.  I didn't say that.
4  BY MR. WILLIAMS:
5      Q.  You said that you've seen them buy new
6  cars?
7      MR. GARABEDIAN: Objection.
8      A.  I don't think I said -- they were
9  looking for justice, they found justice. And we
10 also wanted to claim -- present our claim so
11 that we could get justice.
12 BY MR. WILLIAMS:
13     Q.  Okay. My question was, the people in
14 the first group you saw buy new automobiles,
15 correct?
16     A.  Yes.
17     Q.  And whose new automobiles did you see?
18     MR. GARABEDIAN: Objection.
19     A.  We saw several.
20 BY MR. WILLIAMS:
21     Q.  Which ones? Do you remember the
22 names?
23     A.  I don't remember the names.
24     Q.  You don't remember the names of the
25 people who were driving the new cars?

Page 257

1      MR. GARABEDIAN: Objection.
2      A.  I don't remember the name of the
3  people driving cars.
4  BY MR. WILLIAMS:
5      Q.  Okay. Were you ever in any of those
6  new cars?
7      MR. GARABEDIAN: Objection.
8      A.  No.
9  BY MR. WILLIAMS:
10     Q.  Now, Mr. Bernardin, you told us that
11 in February of 2004, the first time Douglas
12 Perlitz abused you, you went to the Justinien
13 Hospital?
14     A.  Yes.
15     Q.  But before you went to the hospital,
16 you went to the 13th Street?
17     MR. GARABEDIAN: Objection.
18     A.  Yes.
19 BY MR. WILLIAMS:
20     Q.  And you took a shower there, is that
21 correct?
22     A.  Yes.
23     Q.  And you noticed at that point that you
24 were bleeding, is that correct?
25     A.  Yes.

65 (Pages 254 to 257)

Confidential - Subject to Further Confidentiality Review

Page 258

1    Q.   And did you know that you were
2    bleeding before you began your shower?
3        MR. GARABEDIAN:  Objection.
4    A.   I went to a well, we were going to get
5    some water.  When I took the water, after
6    carrying the water I took a shower, and I saw I
7    was bleeding.  I didn't finish my shower.  I
8    just dressed, got my clothes back on, and I went
9    to my mother.
10       My mother said what was wrong.  I said
11   "I'm bleeding."  She said did I fight, did they
12   beat me up.  And I said "no."  I was bleeding
13   just, and she brought me to the hospital.
14   BY MR. WILLIAMS:
15       Q.   Okay.  I got that.
16       Did anyone at the 13th Street notice
17   that you were bleeding?
18       MR. GARABEDIAN:  Objection.
19       A.   No.
20   BY MR. WILLIAMS:
21       Q.   All right.  And at 13th Street, the
22   shower area, is it an open area where more than
23   one person showers at the same time?
24       MR. GARABEDIAN:  Objection.
25       A.   I was the only one taking a shower.

Page 259

1    BY MR. DAILEY:
2        Q.   Okay.  Now, you said you were in the
3    Justinien Hospital for three days?
4        A.   Yes.
5        Q.   Did any doctor examine your butt?
6        MR. GARABEDIAN:  Objection.
7        A.   I don't remember, because when I was
8    bleeding I was -- I bled a lot.  I lost
9    consciousness.
10   BY MR. WILLIAMS:
11       Q.   Okay.  So it's your testimony that you
12   were bleeding to the point where you lost
13   consciousness at the hospital?
14       MR. GARABEDIAN:  Objection.
15       A.   Yes, afterwards when I recovered they
16   asked me what was wrong, did I fight, did they
17   beat you up.  I said "no."
18   BY MR. WILLIAMS:
19       Q.   Okay.  When you went to your mother's
20   home and then went to the hospital, how did you
21   get to the hospital?
22       MR. GARABEDIAN:  Objection.
23       A.   My mother took a cab --
24   BY MR. WILLIAMS:
25       Q.   Okay.

Page 260

1    A.   -- to go to the hospital.
2    Q.   And when was it that you say that you
3    lost consciousness?
4    A.   When I got to the hospital.
5        MR. GARABEDIAN:  Objection.
6    A.   I was bleeding so much that I lost
7    consciousness.
8    BY MR. WILLIAMS:
9        Q.   Well, did you lose consciousness
10   before you got to the hospital?
11       A.   When I got there.
12       Q.   When you got there.
13       Okay.  And did you receive any surgery
14   over the course of those three days?
15       MR. GARABEDIAN:  Objection.
16       A.   No, just serum.
17   BY MR. WILLIAMS:
18       Q.   Were you given any sutures?
19       MR. GARABEDIAN:  Objection.
20       A.   No.
21   BY MR. WILLIAMS:
22       Q.   Okay.  Did you require -- well, I
23   asked you if you had any surgery.
24       You didn't require any operations
25   internally, is that correct?

Page 261

1        MR. GARABEDIAN:  Objection.
2    A.   No.
3    BY MR. WILLIAMS:
4        Q.   But you bled so much, as you recall,
5    that you loss consciousness, is that correct?
6        MR. GARABEDIAN:  Objection.
7        A.   Yes.
8    BY MR. WILLIAMS:
9        Q.   Okay.  And how many days were you
10   unconscious?
11       MR. GARABEDIAN:  Objection.
12       A.   I don't know.  After three days when I
13   -- after three days I stopped using serum.  They
14   asked me what was wrong, was I fighting, did
15   they fight, "did they beat you up?"  I said
16   "no."  I was so ashamed to explain this, it's a
17   white guy who had did gay stuff with me.  I was
18   very scared.  I was ashamed.
19   BY MR. WILLIAMS:
20       Q.   I don't mean to interrupt, but my
21   question was how many days do you claim being
22   unconscious?
23       A.   I don't know.
24       Q.   Were you unconscious the whole three
25   days you were in the hospital?

66 (Pages 258 to 261)

Confidential - Subject to Further Confidentiality Review

Page 262

1           MR. GARABEDIAN: Objection.
2       A.  I don't know. If I lost
3   consciousness, how do you want me to know how
4   many days?
5   BY MR. WILLIAMS:
6       Q.  Do you know if anyone visited you in
7   the hospital?
8           MR. GARABEDIAN: Objection.
9       A.  My family, my uncle, another uncle, my
10  brother and sister.
11  BY MR. WILLIAMS:
12      Q.  Okay. And you say you had a
13  transfusion?
14          MR. GARABEDIAN: Objection.
15      A.  Yeah, they brought blood.
16  BY MR. WILLIAMS:
17      Q.  Do you happen to know what type of
18  blood you are?
19          MR. GARABEDIAN: Objection.
20      A.  No, I don't understand.
21  BY MR. WILLIAMS:
22      Q.  Had you ever gotten a transfusion
23  before?
24      A.  First time.
25      Q.  Have you got a transfusion since that

Page 263

1   time?
2           MR. GARABEDIAN: Objection.
3       A.  I don't understand. No.
4   BY MR. WILLIAMS:
5       Q.  Okay. Have you ever had any other
6   incidents where you lost consciousness since
7   that day?
8           MR. GARABEDIAN: Objection.
9       A.  No, that's the only time.
10  BY MR. WILLIAMS:
11      Q.  Okay. When you were preparing the
12  list, do you know where you met Dorat when you
13  began to make the list?
14          MR. GARABEDIAN: Objection.
15      A.  Yes.
16  BY MR. WILLIAMS:
17      Q.  Where was he?
18      A.  A place where he was working.
19      Q.  Okay. Do you know the name of the
20  place?
21      A.  SOIL.
22      Q.  SOIL?
23      A.  SOIL.
24      Q.  And where was that located?
25      A.  12th Street, Cap-Haïtian.

Page 264

1       Q.  When you went to Cyrus at the radio,
2   were there any public announcements about
3   preparing the list?
4           MR. GARABEDIAN: Objection.
5           THE INTERPRETER: Was there any --
6           MR. WILLIAMS: Public announcements on
7   the radio.
8       A.  I don't know. I didn't used to listen
9   to the radio.
10  BY MR. WILLIAMS:
11      Q.  Okay. Did you have to go around to
12  find the people to sign the list, or did people
13  just come to the radio station?
14          MR. GARABEDIAN: Objection.
15      A.  The same group, the same group that
16  was at the radio that was looking for justice,
17  seeking justice, they are the ones who put their
18  names on the list.
19  BY MR. WILLIAMS:
20      Q.  Okay. You told us that when you came
21  back from the Dominican Republic you went to
22  school at the College Moderne?
23      A.  Yes.
24      Q.  And you told us that someone you met
25  on the street paid for you to go to that school?

Page 265

1           MR. GARABEDIAN: Objection.
2       A.  Yes.
3   BY MR. WILLIAMS:
4       Q.  Why did they pay for you to go to that
5   school?
6       A.  So I could learn.
7       Q.  But were you related to them?
8       A.  No. Someone I didn't really know, but
9   he was eating in a restaurant, I was begging for
10  food, I was explaining I want to go to school, I
11  want to go to school, but I can't. He said if I
12  find a school that I like, he will pay it for
13  me. So I chose one, and he paid for me.
14      Q.  And for how long did he pay for you to
15  go to school?
16          MR. GARABEDIAN: Objection.
17      A.  I did fifth year at the school, he
18  paid for me. I did sixth year, he didn't -- he
19  didn't finish paying for it for the sixth year,
20  just Boys Center who paid the balance.
21  BY MR. WILLIAMS:
22      Q.  Okay. Do you know why he stopped
23  paying it?
24          MR. GARABEDIAN: Objection.
25      A.  No.

67 (Pages 262 to 265)

Confidential - Subject to Further Confidentiality Review

Page 266

```
 1    BY MR. WILLIAMS:
 2        Q.   Okay.  You mentioned before that there
 3    were sometimes visitors at 13th Street?
 4        A.   I don't understand.
 5        Q.   Okay.  You described earlier that
 6    sometimes the students would be introduced to
 7    people who were visiting PPT?
 8            MR. GARABEDIAN:  Objection.
 9        A.   Yes.  When they came with Ms. Carter,
10    Father Paul, who was the project's grandfather,
11    Ms. Carter, who was the project's grandmother,
12    and Douglas was the project's father, Ms. Carter
13    and Father Paul were directed you have to do
14    this and that.
15    BY MR. WILLIAMS:
16        Q.   Do you remember the names of any of
17    the other visitors other than the ones you just
18    told us?
19        A.   Just these people.
20        Q.   Okay.  Do you know the names of any
21    organizations that any of the visitors came
22    from?
23            MR. GARABEDIAN:  Objection.
24            THE INTERPRETER:  Do you know the
25    names of any organizations.
```

Page 267

```
 1        A.   No.
 2    BY MR. WILLIAMS:
 3        Q.   Okay.  You told us in your
 4    interrogatories that you drink alcohol.
 5        A.   Yes.  When I drink alcohol, when I
 6    think about the abuse Douglas did, that creates
 7    hate in my heart, and I need to drink to take
 8    away the pain, the sadness in my heart.
 9        Q.   How often do you drink alcohol?
10        A.   Every time I think about this I need
11    to drink alcohol to forget, to take away the
12    stress from my head.
13        Q.   Okay.
14            MR. WILLIAMS:  I don't have any other
15    questions.
16            Thank you very much, sir.
17    BY MR. KENNEDY:
18        Q.   Hi, Mr. Bernardin.  My name is Jeff
19    Kennedy.  I represent Hope Carter.
20            Do you know who Madame Carter is?
21        A.   She was the boss, the project's boss,
22    and grandmother.
23        Q.   Okay.  Have you ever met Mrs. Carter?
24        A.   When I met Ms. Carter, it was Douglas
25    who made me meet Ms. Carter, telling me that she
```

Page 268

```
 1    was the boss and the project's grandmother.
 2    Him, he was the project's father, he was --
 3    Ms. Carter was over Douglas.  She was telling
 4    him "this is what you do.  This is what you do."
 5        Q.   Okay.  Douglas told you all of this?
 6        A.   Yes.
 7        Q.   And when was this, sir?
 8        A.   I don't remember.
 9        Q.   And where was this, sir?
10        A.   At the Village.
11        Q.   And what year was that, sir?
12        A.   2006.
13        Q.   In 2006.
14            Do you remember what month that was,
15    sir?
16        A.   No.
17        Q.   Okay.  And who was present?
18        A.   We were -- there were several of us.
19    We were many.  It was a group of our people,
20    Father Paul and other people.  And that's why
21    Douglas was explaining Ms. Carter was the
22    project's grandmother, the boss, Father Paul was
23    the project's grandfather, the boss, and Douglas
24    was the project's father.  He was -- Father Paul
25    and Ms. Carter were the ones who said what to
```

Page 269

```
 1    do.  And he was under Mrs. Carter and Father
 2    Paul's direct supervision.
 3        Q.   And he explained this all to you in a
 4    large group?
 5        A.   Yes.
 6        Q.   You can't speak English, can you, sir?
 7        A.   No.
 8        Q.   Do you know if Madame Carter can speak
 9    Creole?
10        A.   No.
11        Q.   So who told you all of this?
12        A.   Douglas Perlitz.
13        Q.   Douglas told you all of this?
14        A.   Yes.
15        Q.   Madame Carter didn't tell you this,
16    did she?
17        A.   No, Douglas.
18        Q.   And Father Paul didn't tell you this,
19    did he?
20        A.   Douglas Perlitz.
21        Q.   And this was in 2006, sir?
22        A.   Yes.
23        Q.   Can you describe Mrs. Carter for me
24    physically?
25        A.   I'm not a graphic artist.
```

68 (Pages 266 to 269)

Confidential - Subject to Further Confidentiality Review

Page 270

1    Q.   You're not a painter?
2    A.   No.
3    Q.   Or a graphic artist?
4         THE INTERPRETER:  He said a desk -- a
5    drawer, that's what he said.
6    BY MR. KENNEDY:
7    Q.   So you can't describe for me, as we
8    sit here today, Mrs. Carter physically?
9         MR. GARABEDIAN:  Objection.
10   A.   No, I'm no artist.
11   BY MR. KENNEDY:
12   Q.   Okay.  You're no artist.
13        And you didn't speak to Dorat Jean
14   after his deposition, did you, sir?
15        MR. GARABEDIAN:  Objection.
16   A.   No.
17   BY MR. KENNEDY:
18   Q.   Even though you stayed in the same
19   room with him last night?
20   A.   No.
21   Q.   Even though you had lunch and dinner
22   with him, sir, over the last couple days?
23        MR. GARABEDIAN:  Objection.
24   A.   No.
25   BY MR. KENNEDY:

Page 271

1    Q.   Sir, I'm going to be -- as Attorney
2    Williams, I'm going to be jumping around a
3    little because you've been asked a lot of
4    questions.
5         Sir, when you travelled here from
6    Haiti a couple days ago, you travelled with
7    Dorat Jean and Wisky Jerome, sir?
8         MR. GARABEDIAN:  Objection.
9    A.   Yes.
10   BY MR. KENNEDY:
11   Q.   And how did you travel here, sir?
12   A.   Cyrus, he came here with us.
13   Q.   Cyrus Sibert came here with you?
14   A.   Yes.
15   Q.   So he's here?
16   A.   Yes.
17   Q.   He's at Barcelo right now?
18   A.   No.
19   Q.   Did you talk to Cyrus before your
20   deposition, sir?
21   A.   No.
22   Q.   So he drove you from Haiti to the
23   Dominican Republic?
24        MR. GARABEDIAN:  Objection.
25   A.   Yes.

Page 272

1    BY MR. KENNEDY:
2    Q.   But during that -- I apologize.
3         How long is that drive, sir?
4    A.   We came in a car.  We left at
5    8:00 a.m., we got here at 3 or 4:00 p.m..  I
6    don't know.
7    Q.   Okay.  So about a five hour drive,
8    sir?
9    A.   Yes.
10   Q.   And during that time did you talk
11   about the lawsuits and the claims against
12   Douglas?
13        MR. GARABEDIAN:  Objection.
14   A.   No.
15   BY MR. KENNEDY:
16   Q.   Okay.  And did -- has Cyrus come --
17   and I don't want to know about any conversations
18   with your attorneys, but has Cyrus come to your
19   room here at the --
20   A.   No.
21   Q.   Let me finish.
22        -- here at the hotel and speak to you
23   during this week?
24   A.   No.
25   Q.   So did he meet -- did Cyrus meet with

Page 273

1    you, Dorat, and Wisky since you've been here at
2    the hotel?
3         MR. GARABEDIAN:  Objection.
4    A.   We never saw him.
5    BY MR. KENNEDY:
6    Q.   You haven't seen him at all this week?
7    A.   We haven't seen him.
8    Q.   But he is staying here at the hotel,
9    sir?
10        MR. GARABEDIAN:  Objection.
11   A.   Yes, but we haven't seen him.
12   BY MR. KENNEDY:
13   Q.   Okay.  Now, do you know if Mr. Cyrus
14   Sibert is a U.S. citizen?
15        MR. GARABEDIAN:  Objection.
16   A.   I don't know.
17   BY MR. KENNEDY:
18   Q.   Do you know if he lives in the State
19   of Florida, sir?
20        MR. GARABEDIAN:  Objection.
21   A.   I don't know.
22   BY MR. KENNEDY:
23   Q.   And do you know where -- do you know
24   if he lives in Haiti, sir?
25   A.   Yes, I know he lives in Haiti.

69 (Pages 270 to 273)

Confidential - Subject to Further Confidentiality Review

Page 274

1    Q.   Do you know where he lives in Haiti,
2  sir?
3    A.   No.
4    Q.   How many times have you met
5  Mr. Sibert?
6    A.   The first time we --
7      MR. GARABEDIAN:  Objection.
8    A.   -- we brought the piece of paper to
9  him, it took a while before we could meet him.
10  After we came -- we spent a long time when we
11  didn't see him, we just spoke over the phone.
12  It's only when we came here, we were coming here
13  we met him.
14  BY MR. KENNEDY:
15    Q.   Was it Mr. Sibert that told you to say
16  that Hope Carter was the project's grandmother?
17      MR. GARABEDIAN:  Objection.
18    A.   I don't understand.
19  BY MR. KENNEDY:
20    Q.   Can you read the question back?  I
21  think it's pretty self-explanatory.
22    A.   Douglas Perlitz.
23    A.   Not Cyrus Sibert?
24    A.   Douglas Perlitz.
25    Q.   Okay.  Now, sir, I believe earlier

Page 275

1  today you indicated that you had a clear memory
2  of the first time that Douglas Perlitz abused
3  you.
4      MR. GARABEDIAN:  Objection.
5    A.   Yes.
6  BY MR. KENNEDY:
7    Q.   And I believe you indicated from the
8  written records that we got that it was on
9  February 14th, 2004?
10    A.   Yes.
11    Q.   And that was a Sunday, sir?
12    A.   Yes.
13    Q.   And you specifically remember it was a
14  Sunday?
15    A.   Yes.
16    Q.   Why is your memory so clear that it
17  was a Sunday?
18      MR. GARABEDIAN:  Objection.
19    A.   Why, because there was an event,
20  something that link to Aristide.  There was a
21  little boy that died during that event.  That's
22  why I remembered.
23  BY MR. KENNEDY:
24    Q.   Okay.  And, sir, I believe you
25  indicated that when you went into Bel Air, into

Page 276

1  the house that night, that the only light was
2  emanating from Douglas Perlitz's laptop?
3      MR. GARABEDIAN:  Objection.
4    A.   Yes.
5  BY MR. KENNEDY:
6    Q.   There were no other lights on in the
7  hall?
8    A.   No.
9    Q.   Okay.  And I believe you also
10  indicated that you were able to see that Douglas
11  Perlitz had some spots on his body?
12      MR. GARABEDIAN:  Objection.
13    A.   Yes.
14  BY MR. KENNEDY:
15    Q.   And you were able to see that from the
16  light emanating from the laptop?
17      MR. GARABEDIAN:  Objection.
18    A.   Yes.
19  BY MR. KENNEDY:
20    Q.   Okay.  And I'm sorry, because I just
21  don't remember, these spots on Mr. Perlitz, were
22  they large, or were they small, sir?
23      MR. GARABEDIAN:  Objection.
24    A.   I don't remember.
25  BY MR. KENNEDY:

Page 277

1    Q.   And what color were they, sir?
2      MR. GARABEDIAN:  Objection.
3    A.   Red.
4  BY MR. KENNEDY:
5    Q.   And you could tell that from the light
6  emanating from the laptop?
7    A.   Yes.
8    Q.   And how many spots did he have, sir?
9      MR. GARABEDIAN:  Objection.
10    A.   I don't know.
11  BY MR. KENNEDY:
12    Q.   Okay.  And, sir, because I don't
13  believe Attorney Dailey got an answer to this
14  question -- well, let me strike that question,
15  please.
16      Sir, tell me if your own words from
17  beginning, middle to end exactly what happened
18  the first time you claim Douglas Perlitz
19  sexually abused you.
20      MR. GARABEDIAN:  Objection.
21    A.   2004, February 14, Douglas tells me to
22  come see him.  When I did, when I got to
23  Bel Air, I opened a gate.  I entered.  When I
24  knocked at the door, I didn't know his room, so
25  I heard no one.  I opened the door of the Land

Confidential - Subject to Further Confidentiality Review

Page 278

1  Cruiser, and I slept.
2        While I was sleeping, Douglas came and
3  hit me.  When I woke up, suddenly I saw it was
4  him.  He said come to him, please, if I want.
5        And when he opened the door, I didn't
6  know there was a few steps.  While I was going
7  down, I almost fell.  When I got inside his
8  room, he was watching -- I saw he was watching
9  pornos, porno movies.  Then gave me a sheet so I
10 could lie down on the floor.
11       While I was sleeping, he called me.
12 He was naked.  He said not to be scared, come on
13 the bed.  When I got to the bed, he said would I
14 like to leave the street, stop sleeping in the
15 street, to come to the Village, I will find
16 food, a school.  And then I said yes, because I
17 would like to see there, because there was a
18 child who just died in the street, I don't want
19 to sleep in the street.  I was afraid.  So I
20 accepted.
21       He said everything he is going to do
22 to my body I should do to his body.  I said yes.
23 And I had a shirt on.  He unbuttoned it.  He
24 played with my tits.  He asked me to play with
25 his tits.  He masturbated me, and I masturbated

Page 279

1  him.  He masturbated him -- he had me masturbate
2  him.  And then he asked me to suck his dick.
3  And he sucked my dick.  Then he put his penis in
4  my butt.
5        When he did, he took the sheet, he
6  brought me to next room in the yard, he told me
7  open the door, come in, sleep there, close the
8  door, I'll leave in the morning.  So I went in,
9  I closed the door.  The next day I went to 13th
10 Street.
11       When I got to 13th Street, when I was
12 taking a shower, I was bleeding.  I had to go to
13 my mother's to tell my mother I am bleeding.
14 She asked me if I was fighting, if I was beaten
15 up.  I said "no."  So she went with me to the
16 hospital.
17       When I got to the hospital, I was
18 bleeding a lot.  I lost consciousness, I didn't
19 know what was happening.  I spent three days at
20 the hospital.  After three days he asked me --
21 the miss asked me "what did you feel?  What's
22 wrong with you?"  And I said "this is how I am,
23 I just -- this has just happened, I just
24 happened to be bleeding."  She asked did they
25 beat me up, did I got in a fight.  I said "no."

Page 280

1  I was so ashamed to say that a white guy did gay
2  things.  I was really very shy and very ashamed.
3        After that, they gave me syrup and
4  pills that I should take at home.  Every time I
5  feel the pain I should take them.
6  BY MR. KENNEDY:
7     Q.  Sir, has Cyrus provided you with any
8  money?
9     A.  Did Cyrus give me money?
10    Q.  Yes, sir.
11    A.  No.
12    Q.  He has not given you any money, sir?
13    A.  No.
14        MR. GARABEDIAN:  Can we take a break
15 for a moment?
16        MR. KENNEDY:  Sure.
17        THE VIDEOGRAPHER:  Going off the
18 record.  The time is 6:11.
19        (Whereupon, a recess was taken.)
20        THE VIDEOGRAPHER:  Back on the record.
21 The time is 6:22.
22 BY MR. KENNEDY:
23    Q.  Sir, the first time that Mr. Perlitz
24 abused you, I believe you said that when you
25 woke up he was naked?

Page 281

1     A.  Yes.
2     Q.  So he didn't have a shirt on at that
3  point?
4     A.  All naked.
5     Q.  He was totally naked?
6     A.  All.
7     Q.  Okay.  And I believe you said that he
8  asked you to play with his tits, is that
9  correct?
10    A.  Like mass his tits -- massage.
11    Q.  Massage?
12    A.  Yes.
13    Q.  And how long did that occur, sir?
14    A.  I don't know.
15    Q.  Was it five minutes, two minutes?  Any
16 idea?
17    A.  I don't remember.  I didn't have a
18 watch.
19    Q.  I believe you indicated earlier you
20 have a very clear memory of this event, though,
21 correct?
22        MR. GARABEDIAN:  Objection.
23    A.  Yes.
24 BY MR. KENNEDY:
25    Q.  And after he had you play with his

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 282

1  tits, what happened next?
2      MR. GARABEDIAN: Objection.
3      A.  When he told me to massage his tits --
4  when he massages my tits, he asked me to massage
5  his tits.  He asked me to -- he masturbated me,
6  he pulled my off -- masturbated me, and he asked
7  me to pull his dick.  He asked me to suck his
8  dick.
9  BY MR. KENNEDY:
10     Q.   Well, sir, I'm trying to understand
11 the chronology.  He has -- what happened -- he
12 has you play with his tits first, is that
13 correct?
14     MR. GARABEDIAN: Objection.
15     A.  Yes.
16 BY MR. KENNEDY:
17     Q.   And you don't remember how long that
18 lasted, correct?
19     A.  No.  I don't know.
20     Q.   Okay.  And then what happened after
21 that?
22     A.   He massages my tits, he had me massage
23 his tits.
24     Q.   Okay.  So did he massage your tits
25 first?

Page 283

1      A.  He asked me to massage his tits first.
2      Q.   Okay.  And then I believe you -- and
3  then at some point he masturbated you?
4      A.   He asked me to masturbate him.
5      Q.   Okay.  Did he ever masturbate you,
6  sir?
7      MR. GARABEDIAN: Objection.
8      A.   No.
9  BY MR. KENNEDY:
10     Q.   How long did you masturbate him,
11 sir?
12     A.   How long --
13     Q.   How long --
14     A.   -- did?
15     Q.   -- did he masturbate Mr. Perlitz?
16     MR. GARABEDIAN: Objection.
17     A.   I don't know.  I did that to him.  He
18 didn't do it to me.
19 BY MR. KENNEDY:
20     Q.   But my question was, how long did you
21 masturbate Doug Perlitz?
22     A.   I don't know.  I didn't have a watch.
23     Q.   Okay.  So you don't have any memory of
24 the time frame?
25     MR. GARABEDIAN: Objection.

Page 284

1      A.   No, I don't know.
2  BY MR. KENNEDY:
3      Q.   Okay.  Now, at some point you took off
4  your clothes, sir?
5      A.   He unbuttoned my shirt.
6      Q.   Okay.  He took off your shirt, sir?
7      A.   Yes.
8      Q.   And at some point did you take your
9  pants off?
10     A.   He said to take it off.
11     Q.   Okay.  So you took your own pants off,
12 sir?
13     A.   He unbuttoned it, and then he said to
14 take it off.
15     Q.   He unbuttoned your pants?
16     A.   Yes.
17     Q.   And then I believe you indicated that
18 at some point he had you put his penis in your
19 mouth?
20     A.   Yes.
21     Q.   And how long did that last, sir?
22     A.   I don't know.
23     Q.   And at some point did he put your
24 penis in his mouth, sir?
25     A.   I -- after I masturbated him he had me

Page 285

1  suck his penis, and then he sucked my penis.  He
2  put his penis in my butt.
3      Q.   When you -- when he put -- when
4  Mr. Perlitz put his penis in your mouth, did he
5  ejaculate, sir?
6      MR. GARABEDIAN: Objection.
7      A.   No.
8  BY MR. KENNEDY:
9      Q.   Okay.  I believe, sir, that the
10 question before was at some point did he put
11 your penis in his mouth, sir?
12     MR. GARABEDIAN: Objection.
13     A.   Yes.
14 BY MR. KENNEDY:
15     Q.   And how long did that last, sir?
16     A.   I don't know.
17     Q.   And then I believe you indicated at
18 some point he put his penis in your -- his penis
19 in your rectum?
20     A.   Yes.
21     Q.   Okay.  And how long did that last?
22     A.   I don't know.
23     Q.   Did Mr. Perlitz wear a condom, sir?
24     A.   No.
25     Q.   Sir, the entire incident, the first

72 (Pages 282 to 285)

Confidential - Subject to Further Confidentiality Review

Page 286

1    time you claim that Mr. Perlitz sexually abused
2    you on February 14, 2004, how long did it last,
3    sir?
4         MR. GARABEDIAN: Objection.
5         A. I don't know how long.
6    BY MR. KENNEDY:
7         Q. Was it more than 15 minutes?
8         MR. GARABEDIAN: Objection.
9         A. I don't know. I didn't have a watch.
10   BY MR. KENNEDY:
11        Q. Okay. Now, the second time that you
12   claim Mr. Perlitz sexually abused you --
13        A. Yes. When I was going to Bel Air, I
14   saw he was going down -- said the next day
15   afternoon to come to see him at Bel Air.
16        Q. I was in the middle of a question.
17        Now, the second time that you claim
18   Mr. Perlitz sexually abused you, how long did
19   that abuse last?
20        A. I don't know.
21        Q. And did Mr. Perlitz have you do the
22   same things sexually to him the second time as
23   he did the first time, sir?
24        A. Yes.
25        MR. GARABEDIAN: Objection.

Page 287

1    BY MR. KENNEDY:
2         Q. And were they in the same chronology,
3    sir?
4         A. Yes.
5         Q. And the second time, sir, what was
6    Mr. Perlitz wearing?
7         A. I don't know. It was nighttime. I
8    don't know.
9         Q. Was he wearing a shirt, sir?
10        MR. GARABEDIAN: Objection.
11        A. I don't know.
12   BY MR. KENNEDY:
13        Q. Okay. Was he wearing shorts, sir?
14        A. I don't remember.
15        Q. Was he wearing pants, sir?
16        A. I don't remember if he had a short or
17   pants -- shorts or pants on.
18        Q. Sir, what kind of work was Divo do?
19        A. He's a seamstress for the masculine,
20   tailor.
21        Q. Thank you.
22        Now, sir, I'm just trying to
23   understand the chronology. The first time you
24   claim you were abused by Mr. Perlitz was a
25   Sunday, correct?

Page 288

1         A. Yes.
2         Q. And you went to Rue 13 on that Monday,
3    correct, sir?
4         A. Yes.
5         Q. And you were there for a full day,
6    sir?
7         A. Yes.
8         Q. And at some point -- okay. I
9    apologize, sir.
10        What day did you go to Justinien
11   Hospital, sir?
12        MR. GARABEDIAN: Objection.
13        A. When I was going to 13th Street --
14   when I got to 13th Street, I was going to get a
15   bucket of water to have a shower. When I was
16   about to take a -- not a shower, when I was
17   about to bathe, then I started giving blood.
18   BY MR. KENNEDY:
19        Q. Sir -- I understand, sir. My question
20   was, what day, sir, did you go to Justinien
21   Hospital?
22        A. I don't remember.
23        Q. Was it that Monday, sir, or was it
24   Tuesday?
25        A. The same day when I got to my

Page 289

1    mother's, she took a taxi, and she brought me to
2    the hospital.
3         Q. Did you go to your mother's the day
4    after that you claim Mr. Perlitz abused you?
5         A. When I was bleeding, on the same day I
6    went to see my mother.
7         Q. Sir, I'm trying to understand what
8    that day is.
9         According to your testimony --
10        MR. GARABEDIAN: Objection.
11        A. He did that to me on a Sunday. It was
12   a Monday morning.
13   BY MR. KENNEDY:
14        Q. Okay. So you went to Justinien
15   Hospital on Monday?
16        A. Yes.
17        Q. Okay. And you were at Justinien
18   Hospital for three days?
19        A. Yes.
20        Q. So you were there Monday, Tuesday, and
21   Wednesday?
22        A. Yes.
23        Q. Okay. In the entire time you were at
24   Justinien Hospital, did any nurse or doctor ask
25   you what happened to you?

73 (Pages 286 to 289)

Confidential - Subject to Further Confidentiality Review

Page 290

1          MR. GARABEDIAN:  Objection.
2      A.   When I came back to my senses on
3   Wednesday, the miss asked me what was wrong, was
4   I hit, was I -- did I get in a fight, they beat
5   me up.  I said "no," that I just -- I was just
6   like this and then I started giving blood,
7   bleeding.  I was ashamed to say that a white guy
8   did gay things with me.  That was very traumatic
9   for me.
10  BY MR. KENNEDY:
11     Q.   So you said you came to your -- you
12  came back to your senses on Wednesday.
13         MR. GARABEDIAN:  Objection.
14  BY MR. KENNEDY:
15     Q.   Did you not have your senses on Monday
16  and Tuesday, sir?
17         MR. GARABEDIAN:  Objection.
18     A.   No.
19  BY MR. KENNEDY:
20     Q.   Were you conscious on Monday and
21  Tuesday, sir?
22         MR. GARABEDIAN:  Objection.
23     A.   I don't know.  I lost consciousness.
24  I don't know.
25  BY MR. KENNEDY:

Page 291

1      Q.   And I believe you indicated from your
2   earlier testimony you lost consciousness when
3   you got to the hospital?
4          MR. GARABEDIAN:  Objection.
5      A.   Yes.
6   BY MR. KENNEDY:
7      Q.   But at some point you remembered
8   getting your consciousness back on Wednesday?
9      A.   Yes.
10         MR. GARABEDIAN:  Objection.
11  BY MR. KENNEDY:
12     Q.   So, sir, you never told any doctor or
13  nurse at Justinien the truth about what happened
14  to you, sir?
15         MR. GARABEDIAN:  Objection.
16     A.   No.  I was afraid to say that a white
17  guy had done gay things with me.  I was ashamed
18  to explain to people that a white guy had done
19  gay things with me.
20  BY MR. KENNEDY:
21     Q.   Sir, how many times have you met Hope
22  Carter?
23     A.   Excuse me?
24         MR. GARABEDIAN:  Objection.
25  BY MR. KENNEDY:

Page 292

1      Q.   How many times have you met Hope
2   Carter?
3          MR. GARABEDIAN:  Objection.
4      A.   When I met Ms. Carter, it was Douglas,
5   Father Paul, and other white people in 2006
6   while I was at the Village.  Douglas told us
7   Ms. Carter was the project's grandmother, the
8   boss, Father Paul was the boss, the grandfather
9   of the project, Douglas was the father's project
10  -- the project's father, it was Madame Carter
11  and Father Paul who were telling him what to do.
12  BY MR. KENNEDY:
13     Q.   Sir, let's try my question.
14         How many times -- this should be a
15  number -- how many times have you met Mrs. Hope
16  Carter?
17         MR. GARABEDIAN:  Objection.
18     A.   Twice.
19  BY MR. KENNEDY:
20     Q.   Okay.  I think you mentioned one time
21  in 2006.  When was the other time, sir?
22     A.   When Douglas left, Jessica, Nicholas,
23  they were doing a program, they rented a house,
24  they were doing a program, and Father Paul,
25  Madame Carter, and other white people came to

Page 293

1   visit where Jessica was organizing the program.
2   That's why I saw her twice.
3      Q.   Okay.  Now, Jessica was at -- was that
4   Carenage?
5      A.   Yes.
6      Q.   And was Jessica nice to you?
7          MR. GARABEDIAN:  Objection.
8      A.   Yes.
9   BY MR. KENNEDY:
10     Q.   And what types of things did she do
11  for you?
12         MR. GARABEDIAN:  Objection.
13     A.   She didn't do anything for me.  It's
14  just that -- just her way of being, I could see
15  that she was a nice person.  I hated -- I
16  started hating her.  She organized a program.
17  It's the same group of people.  Okay.  Same
18  group of people, Douglas's group that were doing
19  the program.  They were organizing the program,
20  so I thought they were the same, so I started
21  hating her.
22  BY MR. KENNEDY:
23     Q.   Now, what about Nicholas, did you --
24  now, was Nicholas nice to you?
25     A.   Yes.

74 (Pages 290 to 293)

Confidential - Subject to Further Confidentiality Review

Page 294

1   Q.   Okay.  Sir, just getting back to the
2   chronology, I'm sorry, the first time that you
3   claim that you were abused by Mr. Perlitz.
4        Now, you got released from the
5   hospital on Wednesday, is that correct, sir?
6   A.   Yes.
7   Q.   Okay.  And I believe from your earlier
8   testimony that you claim that Mr. Perlitz abused
9   you for the second time approximately a week
10  after the first time he abused you?
11  A.   Yes.
12  Q.   Okay.  So if you got -- if the abuse
13  happened, the first abuse happened on the
14  Sunday, what day did the second abuse occur,
15  sir?
16       MR. GARABEDIAN:  Objection.
17  A.   I don't remember the day.
18  BY MR. KENNEDY:
19  Q.   Was it on that weekend, sir?
20  A.   I don't remember if it was a weekday
21  or a weekend day.
22  Q.   Sir, do you know an individual named
23  Paul Kendrick?
24  A.   Yes, I know him.  Father Paul?
25  Q.   No, sir, not Father Paul.  An

Page 295

1   individual named Paul Kendrick.
2   A.   Yes, he was a Jesuit.
3   Q.   Have you ever met this individual
4   named Paul Kendrick with Mr. Cyrus Sibert?
5   A.   No.
6   Q.   Okay.
7   A.   I've never seen him, or them.
8   Q.   Okay.  Sir, you mentioned the word
9   "justice" several times.
10  A.   Yes.
11  Q.   Could justice means something besides
12  money to you, sir?
13       MR. GARABEDIAN:  Objection.
14  A.   What I want is justice.  A judge that
15  will decide what is just, who will decide for
16  me.  That's -- I want justice.
17  BY MR. KENNEDY:
18  Q.   So you could receive no money and
19  still receive justice, sir?
20       MR. GARABEDIAN:  Objection.
21  A.   Justice I need.  I'm not asking for
22  money.  Douglas doesn't have enough money to
23  compensate us.
24       MR. KENNEDY:  Okay.  Just bear with
25  me.

Page 296

1        I think that's all I have, sir.  Thank
2   you very much.
3   BY MR. BABBITT:
4   Q.   Good afternoon.  I'm Brad Babbitt.
5        Why did you start hating Jessica?
6   A.   Because I thought she was a friend of
7   Douglas's, she was part of Douglas's group, so
8   that's why I hated her.
9   Q.   Did you hate Nick?
10  A.   I didn't really hate him.  But they
11  were in the same group.
12  Q.   So you hated everybody who was in the
13  group with Doug Perlitz?
14       MR. GARABEDIAN:  Objection.
15  A.   Yes, I thought they were doing this --
16  they were the same kind of people.
17  BY MR. BABBITT:
18  Q.   You thought Jessica was abusing some
19  students at PPT?
20       MR. GARABEDIAN:  Objection.
21  A.   Maybe she wasn't abusing them the way
22  Douglas was, but she might be abusing them in
23  another way.
24  BY MR. BABBITT:
25  Q.   Did anybody ever tell you that Jessica

Page 297

1   abused students at PPT in any way?
2        MR. GARABEDIAN:  Objection.
3   A.   No, no one did.  I thought.  I
4   thought.
5   BY MR. BABBITT:
6   Q.   Did anybody ever tell you that Nick
7   had abused any students at PPT?
8        MR. GARABEDIAN:  Objection.
9   A.   No.
10  BY MR. BABBITT:
11  Q.   Okay.  Have you heard -- ever heard of
12  the Order of Malta American Association?
13  A.   No.
14       MR. BABBITT:  Okay.  That's all I
15  have.  Thank you very much.
16       THE VIDEOGRAPHER:  This concludes the
17  March 27, 2015 deposition of Jose Bernardin.
18  Going off the record.  The time is 6:48.
19       (Whereupon, the deposition was
20       concluded.)
21
22
23
24
25

75 (Pages 294 to 297)

Confidential - Subject to Further Confidentiality Review

Page 298

```
 1          C E R T I F I C A T E
 2      I, MAUREEN O'CONNOR POLLARD, LSR #473,
 3  RMR, CLR, and Notary Public in and for the State
 4  of Connecticut, do hereby certify that there
 5  came before me on the 27th day of March, 2015,
 6  the person hereinbefore named, who was duly
 7  sworn to testify to the truth of their knowledge
 8  concerning the matters in this cause, and their
 9  examination reduced to typewriting under my
10  direction and is a true record of the testimony.
11      I further certify that I am neither
12  attorney for or related or employed by any of
13  the parties to the action, and that I am not a
14  relative or employee of any attorney or counsel
15  employed by the parties hereto or financially
16  interested in the action.
17          In witness whereof, I have hereunto
18  set my hand and seal this 3rd day of April,
19  2015.
20
21      _____
22      MAUREEN O'CONNOR POLLARD, License #473
23      Realtime Systems Administrator, RMR
24      Notary Commission Expires:  10/31/2017
25
```

Page 299

```
 1          INSTRUCTIONS TO WITNESS
 2
 3          Please read your deposition over
 4  carefully and make any necessary corrections.
 5  You should state the reason in the appropriate
 6  space on the errata sheet for any corrections
 7  that are made.
 8          After doing so, please sign the
 9  errata sheet and date it.  It will be attached
10  to your deposition.
11          It is imperative that you return
12  the original errata sheet to the deposing
13  attorney within thirty (30) days of receipt of
14  the deposition transcript by you.  If you fail
15  to do so, the deposition transcript may be
16  deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25
```

Page 300

```
 1          ------
 2          E R R A T A
 3  PAGE  LINE  CHANGE
 4  ___  ___ _____
 5      REASON: _____
 6  ___  ___ _____
 7      REASON: _____
 8  ___  ___ _____
 9      REASON: _____
10  ___  ___ _____
11      REASON: _____
12  ___  ___ _____
13      REASON: _____
14  ___  ___ _____
15      REASON: _____
16  ___  ___ _____
17      REASON: _____
18  ___  ___ _____
19      REASON: _____
20  ___  ___ _____
21      REASON: _____
22  ___  ___ _____
23      REASON: _____
24  ___  ___ _____
25
```

Page 301

```
 1          ACKNOWLEDGMENT OF DEPONENT
 2
 3      I, _____, do
    Hereby certify that I have read the foregoing
 4  pages, and that the same is a correct
    transcription of the answers given by me to the
 5  questions therein propounded, except for the
    corrections or changes in form or substance, if
 6  any, noted in the attached Errata Sheet.
 7
 8  _____
    JOSE BERNARDIN          DATE
 9
10
11
12
13
14
15  Subscribed and sworn
    To before me this
16  _____ day of _____, 20____.
17  My commission expires: _____
18
19  _____
    Notary Public
20
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

Page 302

1          LAWYER'S NOTES
2     PAGE  LINE
3     ____  ____  _____
4     ____  ____  _____
5     ____  ____  _____
6     ____  ____  _____
7     ____  ____  _____
8     ____  ____  _____
9     ____  ____  _____
10    ____  ____  _____
11    ____  ____  _____
12    ____  ____  _____
13    ____  ____  _____
14    ____  ____  _____
15    ____  ____  _____
16    ____  ____  _____
17    ____  ____  _____
18    ____  ____  _____
19    ____  ____  _____
20    ____  ____  _____
21    ____  ____  _____
22    ____  ____  _____
23    ____  ____  _____
24    ____  ____  _____
25

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

**A**

**A-N-G-E-L-I-N-E**
19:15 48:15
**a.m** 1:25 8:7 72:24
272:5
**a/k/a** 1:3,11
**abilities** 208:17
**ability** 9:20
**able** 11:15 18:12
28:9 29:10,18
93:25 110:15,18
131:16 160:18
178:18 190:22
199:16 226:20
276:10,15
**abuse** 94:13 99:6
99:17 102:19
123:24 124:11
130:14 138:9,23
142:10 143:1
144:2,14 145:24
148:4 175:14
178:19 179:1
198:15,22 243:3
255:2 267:6
286:19 294:12,13
294:14
**abused** 15:10,16
50:17 103:1,4
108:8 111:1,4
114:10 115:7
116:14 122:12
131:2 143:1,8
144:10,11 152:14
154:16 158:19,25
159:5,12,17,24
160:1 164:24
165:20 166:4
169:22 195:9,14
196:24 200:25
212:13,15 213:4,8
215:10 221:3
225:12 257:12
275:2 277:19
280:24 286:1,12
286:18 287:24

289:4 294:3,8,10
297:1,7
**abusing** 130:21
296:18,21,22
**accept** 106:13
170:25 171:2
**accepted** 94:1
102:8 128:16
131:12 246:11,16
251:14 278:20
**accurate** 178:10
208:16 299:16
**ACKNOWLED...**
301:1
**action** 1:2 8:13
298:13,16
**activities** 42:5
174:11,14
**Administrator**
2:12 298:23
**admitted** 15:15
**afford** 26:17 28:2
**afraid** 100:16,19
139:1 153:2 165:4
165:10 169:18
278:19 291:16
**afternoon** 69:10
111:16 115:25
117:5 118:14
119:1 138:1
250:25 251:4
253:23 286:15
296:4
**age** 113:15
**ago** 37:18 99:7
271:6
**agree** 68:24
**agreed** 13:7
**ahead** 99:1 106:2
133:23 234:6
**AIDS** 191:19
**Air** 67:11,12 68:2,6
69:20,23 70:5,12
70:16,17,19,21
71:6,7 74:6,7,8
78:13 83:6 96:8
98:2 105:22

111:13 112:22,25
113:13 115:19
117:4,6 118:19
120:6,10 121:1,2
121:8,8,13,14
122:12 123:8,23
125:20 142:2
143:20 166:22
215:8,11 250:23
275:25 277:23
286:13,15
**Al** 8:11
**Albert** 14:14,17
**alcohol** 267:4,5,9
267:11
**alive** 18:1 19:1 21:5
**allegations** 17:16
**allow** 88:9 148:3
151:21
**allowed** 140:14
177:7
**altogether** 50:2
**Alton** 3:24
**ambiguous** 36:5
**American** 1:11,12
5:3 9:3 297:12
**Americans** 40:23
79:17 82:12 98:11
163:14,19
**and-** 3:11,20
**Ando** 10:13 140:2
**Andos** 59:18
**Andy** 41:6 78:8,9
**Angeline** 19:15
48:13,17 49:4,6
50:25 51:11 52:9
58:20 201:23,24
201:25 202:6,12
202:16,21,24
203:2,7,17,20
204:1,10,16,17,24
205:3 214:5,7
**Angelo** 20:2 210:18
210:19,20,21,25
212:24
**angry** 181:13,15
**Ann** 18:20,21

**Anncie** 48:8,9,10
49:1,6 51:1 52:15
**Anncie's** 48:12
**announcements**
264:2,6
**answer** 13:8 15:25
26:6 59:23 60:23
61:5,13,19 63:9
64:10 67:24 68:22
73:18 76:21,25
107:6 112:16,20
133:6 145:12,16
159:15,19 160:14
160:18 191:1
198:17,18 200:13
200:18 206:10,14
220:1,2 244:1
277:13
**answered** 38:17
60:13 75:18,23
194:3 195:11
**answering** 252:24
**answers** 13:3 23:25
31:11 42:25 65:11
144:8 162:3 195:6
197:12 199:5,12
199:17,21,22
200:2,8 205:9,17
205:21 206:2,12
206:16,20 207:1
207:11,13,19,24
208:15 209:6,9,15
209:21 301:4
**Antoine** 49:19
**anybody** 14:6
16:24 49:13 65:10
81:21 82:1 83:21
84:4 86:21 96:3
98:3 101:7 103:11
107:12 108:4
109:3 119:16
123:7,13 126:2,21
127:19 129:3,8
133:16 145:23
157:10,24 158:24
167:10 168:13
296:25 297:6

**anymore** 28:2,8
29:11 109:23
117:12 173:19
178:14
**anyplace** 76:5,21
**apart** 121:5
**apologize** 272:2
288:9
**appear** 208:7
**APPEARANCES**
3:1 4:1 5:1 6:1
**applied** 178:11
**applies** 1:21
**approach** 111:9
**appropriate** 299:5
**approximately**
24:4 60:14,21,22
60:22 61:24 62:4
62:8,20,23,24,24
64:11,16,20,21
65:2,4,4,8 138:18
144:11 147:22
162:4,6 204:16
294:9
**April** 298:18
**area** 31:4 33:9
90:13,14 95:11,13
95:14 211:24
258:22,22
**areas** 177:19
**Aristide** 275:20
**Aristides** 108:15
**arms** 236:20 237:1
**arrangements** 31:6
**arrest** 37:6
**arrested** 37:4,10,14
37:16,25 38:3
**arresting** 37:10
**arrests** 38:6
**arrive** 186:21
**arrived** 67:12
138:7,14 142:20
217:16
**artist** 269:25 270:3
270:10,12
**ashamed** 98:8,14
100:17,18,24

Confidential - Subject to Further Confidentiality Review

107:20 108:1,2
114:7,16,18,19
115:1,3 123:16
146:2 153:5,7,8
164:10 261:16,18
280:1,2 290:7
291:17
**aside** 14:4 38:6
46:4 54:7 55:10
56:20 98:11
175:10
**asked** 16:20 51:18
52:4 61:1 67:20
72:12 74:5 78:13
81:15 89:16 90:22
91:9 97:14 117:16
118:4,4,10 130:6
138:11 140:11
141:18 143:10,17
144:1 152:17
167:24 168:5
169:15 180:8,22
188:18,23 195:7
221:8,16 233:1
234:11,18 240:19
246:1,24 254:2
259:16 260:23
261:14 271:3
278:24 279:2,14
279:20,21,24
281:8 282:4,5,6,7
283:1,4 290:3
**asking** 26:5 38:18
61:4,9,13 63:6
65:1 74:6 85:13
87:2 134:22
138:22 168:9
175:20 188:11
206:15 227:21
230:8 232:11
238:15 243:6
245:15 249:11
252:7 295:21
**asleep** 80:7 84:15
217:7
**Association** 1:11
1:12 5:4 9:4

297:12
**assume** 168:24
233:21
**assumed** 81:10
**attached** 299:9
301:6
**attend** 14:22 24:1
24:12,14,17,19
25:18 26:21,24
27:4,9 34:11
39:12,15 42:22
44:8,10 150:13
156:20
**attended** 13:24
79:11 146:6
**attending** 36:6
39:25 105:3,18,25
106:25 116:15,19
141:9 146:9
**attorney** 160:15
244:2 271:1
277:13 298:12,14
299:13
**attorney/client**
16:1 206:8
**attorneys** 272:18
**Au** 212:2 214:20,23
215:4
**automobiles**
222:10 225:25
226:11 256:14,17
**autos** 226:5
**Avenue** 3:15
**average** 184:7
**aware** 84:18 171:24
186:25 187:6,11

—————

**B**

**B** 7:11
**B-E-L-O-N-N-E**
113:7
**Babbitt** 5:5 7:8 9:2
9:2 296:3,4,17,24
297:5,10,14
**back** 26:6 45:1 59:9
76:13,17 77:20
98:23 99:4,5

105:15,17,18,20
105:22,25 106:3
106:25 107:11
111:25 119:24
123:1 134:2 137:3
138:3,12 141:22
142:3,14,21
143:20 145:4,6,6
145:7,20,20
146:12 151:15
155:9,19 156:3,19
158:6 161:5 162:5
162:13,14,14
166:2,10 167:15
168:19 172:24
173:1 179:14
190:5,10,16 191:6
208:1 219:7,23
231:20,22 237:13
238:12,14 239:20
239:21,21,22
241:5 244:21
251:14 254:15
258:8 264:21
274:20 280:20
290:2,12 291:8
294:1
**bad** 101:21 107:21
**balance** 157:19
158:1 265:20
**ball** 40:8 42:18,19
184:5
**banana** 155:15,15
155:16,21 163:9
163:11,12 240:5
240:12,17
**Baptist** 150:25
**Baraca** 26:25 27:1
27:4,18,18,23
35:18 36:7 43:2
43:10
**Barcelo** 2:5 271:17
**Bart** 152:9,10
**basis** 159:14
195:11
**bathe** 288:17
**bathroom** 40:7

bbabbitt@rc.com
5:10
**Beacon** 4:7
**bear** 295:24
**beat** 37:11 39:2,2
104:18 258:12
259:17 261:15
279:25 290:4
**beaten** 38:8 39:7
279:14
**beautiful** 94:1,19
**bed** 22:20 72:1,1
91:7,9 93:21,21
111:23,23 112:12
119:20 128:9
130:10 135:17
251:7 252:13
253:17 278:13,13
**bedroom** 22:9,17
31:4 95:18 215:13
215:16,18 216:3,6
216:9 233:7 253:6
**bedrooms** 119:10
**beds** 22:17 91:6
**beg** 35:11
**began** 24:1 258:2
263:13
**begged** 52:24
**begging** 52:21
113:25 265:9
**beginning** 16:11
61:23 277:17
**behalf** 9:5
**Bel** 67:11,12 68:2,6
69:20,23 70:5,12
70:16,17,19,21
71:6,7 74:6,7,8
78:13 83:6 96:8
98:2 105:22
111:13 112:22,25
113:13 115:19
117:4,6 118:19
120:6,10 121:1,2
121:8,8,13,14
122:12 123:8,23
125:20 142:2
143:20 166:22

215:8,11 250:23
275:25 277:23
286:13,15
**belief** 159:14
195:11
**believe** 159:12,15
166:21,24 178:18
195:8,12 274:25
275:7,24 276:9
277:13 280:24
281:7,19 283:2
284:17 285:9,17
291:1 294:7
**belly** 233:23 234:9
**Belonne** 113:6
164:12
**belt** 233:23
**Benson** 192:17
**Bernardin** 1:23 2:1
7:3 8:14 9:23
10:5,6,16,21
17:24 19:17 59:12
76:16 99:2 138:6
183:23 198:12
208:15 244:16,17
253:23 257:10
267:18 297:17
301:8
**Bernardin's** 7:13
10:22
**Bernardins** 59:20
**best** 9:20 65:17
66:2 201:12
208:16 234:15
**better** 76:9 77:2,9
110:23
**betting** 38:3
**big** 40:11 71:13
75:1 80:10
**Bill** 8:21 219:25
**birthmarks** 238:22
**bit** 11:4 34:23
53:24 254:3
**blah** 115:18,18,18
**bled** 259:8 261:4
**bleeding** 73:5,9
80:11 97:9,12,16

104:15,16 132:3
142:6,16 143:3,22
172:17 232:10
253:12 257:24
258:2,7,11,12,17
259:8,12 260:6
279:12,13,18,24
289:5 290:7
blocking 91:23
blood 73:1,9 97:20
262:15,18 288:17
290:6
Blue 58:16
boat 49:10,22
body 67:17 72:7
80:16 81:10,12,19
84:21 85:5 94:2,3
106:8,8 233:11,13
233:22,25 234:1,6
234:15,21 235:9
235:20 236:7,16
236:18 238:13
245:13,14 250:9
276:11 278:22,22
border 151:22,24
born 20:4
boss 55:13 126:6,7
126:8,9,11,18,20
127:19 148:13
182:11 267:21,21
268:1,22,23 292:8
292:8
Boston 3:7 4:8 6:8
bothered 250:20
bottles 162:25
163:7 240:10,11
bought 114:1
226:14
Boulevard 220:12
Bouqui 49:19
boy 108:16 139:23
144:18 152:22
246:12,15 251:16
252:21 275:21
boys 15:11,16
69:22 82:12 103:8
107:23 156:25

157:7,11,14 158:7
158:13,18,19
159:4,23 163:21
265:20
Brad 296:4
BRADFORD 5:5
Bradley 9:2
brand 193:15
Branford 4:17
break 59:2 66:22
98:19 137:2
179:18 203:9
219:18 280:14
bring 29:6 58:19
169:5 182:17
189:22 224:4,14
bringing 189:16
broke 174:20 238:6
brother 19:24 20:2
210:14,15,17
212:24 262:10
brothers 20:7
21:12 25:12 34:3
210:1 211:14
brought 39:18,22
50:7 73:7 97:17
97:20 101:17
102:4 104:19
136:21 169:7
189:8 223:24
224:15 226:24
244:6 255:4,6
258:13 262:15
274:8 279:6 289:1
brush 42:9
brushed 42:12
bucket 288:15
building 95:23,25
96:5,14,24 176:7
176:24
bum 143:3
bunch 170:21
butt 67:23 72:13
73:2,5 94:9 96:15
97:12,16 104:15
104:17 106:13
112:11 117:20

128:21 173:3,17
174:13,22 175:11
232:21,22 246:3,7
246:11 247:1,12
247:15,17,24
248:2 249:9 259:5
279:4 285:2
button 233:23
234:9
buy 184:5 225:25
226:4,11,18,21
256:5,14

————————————
C
————————————
C 8:1 298:1,1
C-A-Z-E 174:3
cab 259:23
Cadet 113:2
call 148:25 149:6
212:19 213:12
221:24 255:10,14
255:18
called 28:15 149:9
157:23 179:21
181:9 182:10,11
191:18 206:5
221:21 222:14
224:12 278:11
Cap 215:3
Cap-Haïtian 21:15
33:3,7 38:21
70:16 101:1 141:4
146:14 156:4,10
156:19 157:12
158:13 161:5
162:6 166:3
167:15 168:20
170:17 171:16
178:12 213:23
214:19 215:2
237:21 263:25
Cap-Haitien 17:10
17:15
car 37:8 56:5,21
68:8,10 69:4
71:15 74:4 75:16
78:5,11,14,15

84:22 89:16
115:24 117:4
118:12,13 125:5
127:1,4,6,11,12
272:4
care 80:17 81:7,8
81:10 155:16
163:11
carefully 299:4
Carenage 34:12
57:11,13,16,19,21
57:22 58:3,7,12
60:20 61:3 62:3,7
62:22 64:16 65:2
65:7,18 66:3,10
66:16,17,19
116:12 133:4
140:10,12,15,17
140:18,22 141:10
141:15,22,24,25
293:4
Carmen 6:16 9:13
carpet 119:14
Carretera 2:6
Carrier 1:7 4:3
8:18,20 46:8,18
148:10,25
carrying 258:6
cars 37:8 38:5
55:23 56:8 58:21
78:16 177:22
178:7,15 193:8,12
193:13,19,21
226:14,18,21
256:6,25 257:3,6
Carter 1:8 4:13 9:1
266:9,11,12
267:19,20,23,24
267:25 268:3,21
268:25 269:1,8,15
269:23 270:8
274:16 291:22
292:2,4,7,10,16
292:25
carved 108:23,24
case 66:12 170:5
cases 1:21 50:8

Catholic 36:14
150:24 151:1
caught 155:18
cause 298:8
caused 172:19
175:12,22
Caze 174:3,3
Cendral 214:1
center 6:7 18:7
23:19 30:5 34:12
39:16,19,23 40:1
40:3,6,24 41:1,11
42:6,17,23 43:9
43:24 44:6,12,15
44:24 45:13,17,24
46:5,7,11,21
47:16 52:20 57:8
58:6,11 60:10
65:19 66:4 68:2,5
82:21 105:3,19
106:16,25 107:12
122:17 156:25
157:8,12,15
163:21 265:20
certain 52:11
172:21
certify 298:4,11
301:3
chair 91:7
chance 65:10
change 35:6,13
44:18 300:3
changes 65:11
206:20 209:15,17
209:17,18 301:5
charged 15:9
chest 235:7,10
236:1,11 239:4
244:23
chiefs 37:9
child 77:7,17
134:18,19 177:23
178:8 202:22
278:18
children 48:24
178:8
chose 265:13

**Chris** 8:4
**Christopher** 6:12
**chronology** 282:11
  287:2,23 294:2
**church** 36:20 40:7
  44:5,7,8,9,10
  101:16 102:3,19
  150:13,18,24
  154:11,21,23,25
**circle** 234:5
**circulating** 170:13
  179:9
**citizen** 273:14
**city** 32:22 33:9,10
  49:11 111:12
  112:19 177:19
**Civil** 1:2 8:12
**claim** 230:4 255:1
  256:10,10 261:21
  277:18 286:1,12
  286:17 287:24
  289:4 294:3,8
**claimed** 255:22
**claiming** 222:23
**claims** 189:8,17,23
  272:11
**class** 35:21 43:12
  43:18,23 147:14
  157:9,11
**classes** 35:19 42:22
  43:8 44:1
**cleaning** 38:5
**clear** 161:14 275:1
  275:16 281:20
**clearly** 216:5,7
**Clervil** 14:8,18
  198:12
**client** 219:25 244:2
**climbed** 112:11
**close** 33:9 90:20
  120:5 132:17
  133:5 141:14
  161:4 176:6 177:6
  177:9 178:1 279:7
**closed** 75:14 90:21
  125:25 132:19
  133:1 156:7 279:9

**closer** 122:19
**clothes** 217:1 258:8
  284:4
**CLR** 2:11 298:3
**COLE** 5:6
**College** 146:16,24
  147:12 264:22
**color** 193:18 277:1
**come** 39:2 45:23
  46:7 47:18,19
  58:21,23 69:13
  71:9,17,17 72:1,1
  74:5,7,8 78:13
  85:10,14,16 89:8
  93:21 99:5 105:22
  111:23 116:1,1
  117:5,11 118:14
  119:1 123:8 128:5
  128:9 132:15,25
  137:3 142:1,3,13
  145:19,20 152:20
  153:15,17,20
  163:19 172:24
  174:9 175:18
  180:18 181:10
  190:5,22,23
  191:12 192:4,5
  205:16 215:8
  224:13,14 244:21
  251:1,7 264:13
  272:16,18 277:22
  278:4,12,15 279:7
  286:15
**comes** 45:14,19
  57:5
**comfortable** 67:13
  72:3 93:22
**coming** 73:1
  250:24 274:12
**commission** 298:24
  301:17
**common** 41:23
**commonly** 156:15
**communicate**
  149:11
**communicated**
  149:15

**communication**
  244:2
**community** 17:20
**compelled** 74:13
**compensate** 195:1
  223:21 225:20
  231:1 295:23
**compensation**
  170:8
**completely** 87:16
**computer** 130:2
**concerned** 92:14
  130:14
**concerning** 298:8
**concerns** 92:25
**concluded** 297:20
**concludes** 297:16
**condom** 285:23
**confidential** 1:23
  188:8
**CONFIDENTIA...**
  1:23
**confusion** 16:16
**Connecticut** 1:1
  4:17 5:8,16 8:12
  298:4
**Conroy** 3:12,14,22
  9:9,9
**conscious** 290:20
**consciousness**
  259:9,13 260:3,7
  260:9 261:5 262:3
  263:6 279:18
  290:23 291:2,8
**consider** 114:5
  122:10
**Consolidated** 1:3
**construction** 54:21
  55:2,12,18 56:22
**continue** 147:19
  205:2
**continued** 4:1 5:1
  6:1 27:9 119:3
  204:9 241:15
**contribute** 51:6,12
  51:22
**conversation** 16:1

74:3 83:12 132:13
  150:7
**conversations**
  160:14 198:18
  272:17
**cooking** 22:13
**copies** 218:14
**correct** 29:2 60:23
  61:6,15,19 114:14
  151:19 209:21,23
  256:1,15 257:21
  257:24 260:25
  261:5 281:9,21
  282:13,18 287:25
  288:3 294:5 301:4
**corrections** 65:11
  299:4,6 301:5
**correctly** 64:3
**cost** 51:6
**costs** 51:25
**Coughlin** 6:12 8:4
**counsel** 8:15
  298:14
**country** 165:6,8,9
**Coupet** 6:14 9:18
**couple** 76:17
  170:20 270:22
  271:6
**course** 167:1
  260:14
**court** 1:1 3:23 8:12
  9:14 299:16
**cover** 71:21,22
  72:14 90:22 91:11
  93:3 94:10 111:20
  119:15 130:8
  217:2,3
**covers** 91:16 93:16
  216:11
**creates** 267:6
**Creole** 11:2,19
  12:17,22 46:25
  63:25 64:2 269:9
**crimes** 15:10
**cross** 151:22,24
**crossed** 151:25
**crossroad** 120:10

**Cruiser** 71:15
  75:24 76:4,10,20
  77:3 78:1,3,11
  84:16 85:6 250:25
  278:1
**Cruisers** 78:16,17
  127:3
**crushed** 56:19
  80:12 84:5 142:24
**cry** 94:16
**crying** 94:24 95:2,5
  95:6
**curfew** 125:13
**Cyrus** 13:18 17:5,7
  167:18,21,25
  168:6 169:6,8
  179:11,19 181:9
  182:10,10,11,16
  221:20,20,22
  222:12,14,15
  224:12,12,15
  232:23 254:15,17
  254:20,25 255:13
  255:20 264:1
  271:12,13,19
  272:16,18,25
  273:13 274:23
  280:7,9 295:4
**Cyrus's** 182:20

**D**

**D** 5:13 8:1
**dad** 18:14
**Dailey** 6:5 7:5 8:21
  8:21 183:22
  184:14,22 185:10
  185:15,20 186:1,6
  186:12 187:5,10
  187:15,24 188:4
  188:10,16,21
  189:6,11,20 190:9
  190:14 191:8,24
  192:6,12,19,24
  193:6,11,17 194:4
  194:5,11,15,21
  195:3,22 196:3,9
  196:14,19 197:2,6

197:11,19 198:9
198:20 199:10,15
199:20 200:1,6,11
200:23 201:4,11
201:15,21 202:5,9
202:20 203:5,11
203:14,16,22
204:6,14,20 205:6
205:12,20 206:1
206:11,24 207:4,9
207:17,23 208:4
208:20,25 209:5
209:13,19,24
210:13,24 211:5
211:18,23 212:12
212:18,23 213:3
213:11,16 214:2
214:22 215:1,21
216:1,15,21
217:11,15,20
218:6,13,19,25
219:5,19 220:4,13
220:24 221:6,14
222:1,8,25 223:8
223:14,23 224:3
224:16,25 225:5
225:13,23 226:3,9
226:16,22 227:3,7
227:10,14,18
228:2,7,11,15,20
229:5,13,19,24
230:7,12,17,22
231:12,18 232:6
232:25 233:5
234:24 235:18
236:9,14 237:7,15
237:20,24 238:7
239:1,7,11,13
240:4,18,24 241:7
241:17,24 242:4
242:12,17,23
243:4,11,20 244:3
244:12,14,20
245:2,9,21 246:4
246:18 247:2,13
247:18,25 248:5
248:10,14,19,23

249:2,10,15,20,25
250:6,18 251:21
252:1,6,11,22
253:3,10,15,20
259:1 277:13
**dark** 87:17 91:1
**date** 8:6 11:15,25
108:7,12,15,16,17
198:4 254:20
299:9 301:8
**daughter** 21:24
48:8 58:20
**day** 5:14 11:22
33:20 37:4,16,17
42:6 43:18,23
44:1,4,23 52:11
53:13,23 54:10
69:15 70:8 72:24
74:19 83:5,8,17
83:19 105:2
108:19 118:19
121:16 122:25
123:3,8 125:2,14
130:21 134:2,6,6
135:16 139:12,13
197:14,22 198:6
198:11 199:1
206:25 207:1,5
227:11 229:2,4,6
250:25 254:23
263:7 279:9
286:14 288:5,10
288:20,25 289:3,5
289:8 294:14,17
294:21 298:5,18
301:16
**days** 16:20 37:17
56:14 73:10 97:20
107:13 111:6
134:10,12 141:16
156:1 161:21
162:1 217:25
239:18 241:10,14
241:21 252:15
253:5 259:3
260:14 261:9,12
261:13,21,25

262:4 270:22
271:6 279:19,20
289:18 299:13
**dead** 18:2 81:16
246:13
**death** 35:13 79:17
82:13,25
**December** 53:21
**decide** 168:15
170:4 179:10,18
179:20 223:20
295:15,15
**deemed** 299:16
**DEFENDANT** 4:3
4:13 5:3,12 6:3
**Defendants** 1:15
8:11
**delay** 44:25
**deponent** 8:14
301:1
**deposing** 299:12
**deposition** 1:23 2:1
8:8 187:7,12
188:6 270:14
271:20 297:17,19
299:3,10,14,15
**depositions** 187:1
188:1
**depressed** 123:17
123:20
**Derice** 160:22
**describe** 40:3,6
178:19,25 255:1
255:13 269:23
270:7
**described** 38:7
99:18 131:3
237:17 266:5
**DESCRIPTION**
7:12
**desk** 91:17 270:4
**despite** 139:24
**detail** 178:20
**details** 179:1
255:21
**diagram** 7:15
234:17 244:18

**dick** 67:21,22,22
72:12,13,13 94:8
94:8 106:11,11
112:9,10 117:18
117:19,20 128:20
128:20 131:20,20
245:7 246:1,10,25
246:25 247:22
249:7,24 279:2,3
282:7,8
**die** 18:3,6 34:20
35:2 83:5 139:23
246:14 251:12,15
252:21,21
**died** 18:11 21:10,12
21:22 25:5,7 26:1
26:2,7,8,10,13
34:19,25 35:7
79:19,25,25 80:1
80:4,12 82:7,9,21
83:13 139:23
152:22 233:17
235:17 246:15
252:19 275:21
278:18
**different** 17:10
36:4 113:9
**difficult** 155:14
**Dimitry** 159:17
195:13
**dinner** 270:21
**direct** 10:1 269:2
**directed** 266:13
**directing** 148:17,20
**direction** 298:10
**directly** 122:17
156:4
**disagree** 68:25
**disclose** 15:25
**discuss** 188:5,11,22
192:3 198:21
206:8
**discussed** 188:1
**discussion** 241:4
**discussions** 161:4
206:9
**disease** 34:24

**disobeyed** 109:6
**disrespectful**
136:23
**District** 1:1,1 8:11
8:12
**Divo** 147:2,3,5
158:4 287:18
**doctor** 39:8 100:4
100:12 173:15
174:2 259:5
289:24 291:12
**doctors** 173:24
**document** 1:21
10:20 11:11,18,23
12:22 63:3 206:21
**DOE** 1:13,13,13,13
1:14,14,14
**doing** 45:16 46:3
53:5 54:8 55:1,5
56:13,19,21 71:7
91:22 93:6 101:18
102:5 131:6 135:6
135:8 155:14,15
157:7,11 166:18
171:3 174:22
184:25 185:21
240:13 249:23
292:23,24 293:18
296:15 299:8
**dollars** 194:23
**Domingo** 140:25
142:5,7 146:12
152:2,20
**Dominican** 2:7 8:9
37:22 141:7 142:5
142:8,20,21
143:24 145:9
151:19 155:3,7,8
155:11,24 161:20
162:5,12,22 163:3
165:25 166:10,13
190:6,11,16
239:16 264:21
271:23
**Dominos** 42:18
**door** 71:13,20
74:25,25 75:3,5,6

75:7,14,14,16,17
75:25 77:10 86:6
88:15 89:22,25
90:3,5,6,8,12,20
90:21 95:15
117:21 127:2
128:22,24 129:5
131:22 132:11,17
132:18 133:1,6,9
277:24,25 278:5
279:7,8,9
**doorknob** 90:6,7
**doors** 86:5
**Doran** 254:10
**Dorat** 159:16 160:4
160:4 168:11,25
169:7,10 179:9,24
180:2 181:7,24
186:17,25 187:11
188:22 195:12
196:15 200:14
220:20 221:1
222:4 224:2,14
226:24 243:13,23
244:7 255:5
263:12 270:13
271:7 273:1
**Doug** 45:12,16
47:14 74:4 115:7
118:23 148:14
255:2,22 283:21
296:13
**Doug's** 83:6
**Douglas** 1:7 8:10
15:22 17:9,16
45:23 46:18,21
47:5 50:8,18
53:21 60:25 61:10
66:8 67:10 68:1
71:16 78:5,9,12
78:18 79:16 82:9
82:11 83:12 84:19
96:4,22 98:11
101:25 102:4,9,11
102:25 103:4,15
107:20 108:3
109:2 110:19,25

112:19 114:10
115:23 116:23
117:3,22,24
118:10,18,19
120:3 122:11,22
123:7,23 126:14
127:24 128:25
129:3 138:9,22
140:10 141:25
143:1 147:25
148:1,15,17,18,21
148:22 149:18,19
149:23 150:3
152:15 153:3,9,21
154:15 158:19,25
159:5,18,24 160:1
164:7,23 165:5,6
165:10,18,20
166:3,4,18,23
169:22,25 170:8
173:10 175:12,14
175:22 176:24
190:1 194:25
195:14 198:23
200:24 212:15
213:4 215:7
216:10,22 217:5
217:17 223:21
225:12,19,21
229:16,21 230:13
230:25 232:9,13
232:18 233:6,8,22
233:25 234:14,21
238:5,11,19,22
239:3 244:13
257:11 266:12
267:6,24 268:3,5
268:21,23 269:12
269:13,17,20
272:12 274:22,24
275:2 276:2,10
277:18,21 278:2
292:4,6,9,22
295:22 296:22
**Douglas's** 86:12
88:13 90:19 120:6
120:11,15 121:1,7

121:13 122:19
127:11 174:16
175:16 176:1,4,9
177:10 178:2
212:20 213:12
235:15,20 293:18
296:7,7
**downstairs** 86:25
87:7,8,11,14,25
88:4,14,25 89:2
**Dr** 174:3
**draw** 233:24 234:2
234:4,18
**drawer** 270:5
**drawing** 234:7
244:15,21,25
**drawn** 233:18
234:9
**dressed** 258:8
**drink** 267:4,5,7,9
267:11
**drive** 69:7 118:11
118:24 272:3,7
**driving** 256:25
257:3
**drove** 78:6 115:23
271:22
**drugs** 73:10
**duly** 9:19,24 298:6

――――――― **E** ―――――――
**E** 1:7,8 4:3,13 7:11
8:1,1 298:1,1
300:1
**E-G-L-E-N-T-A**
19:16
**E-N-E-R-L-I-N-E**
19:18
**earlier** 24:1 99:5
183:1 187:7,12
220:2 250:1 266:5
274:25 281:19
291:2 294:7
**earn** 52:25 55:24
56:4
**ease** 72:3
**easily** 35:10

**East** 4:16
**eat** 33:21 132:24
187:16,18,19
**eating** 45:6 265:9
**education** 24:11
**efforts** 175:4
**Eglanta** 214:13
**Eglenta** 19:15
**ehurd@simmons...**
3:19
**eight** 44:16 50:4
136:19
**either** 211:13,19
212:25
**ejaculate** 249:17
285:5
**Eliphete** 14:2,5
198:13
**Eliphete's** 14:16
**Elius** 159:17
195:13 196:5,16
**Ellyn** 3:13 9:7
**emanating** 276:2
276:16 277:6
**Emirlane** 6:16
**Emmanuel** 14:2,5
14:8,8,18 198:12
198:14,21
**employed** 298:12
298:15
**employee** 298:14
**employment** 56:24
**enclosed** 90:13,16
**Enerline** 19:17,23
**ENGLAND** 1:9 6:4
**English** 11:14,19
12:17 46:23 64:4
149:13,14,25
269:6
**engraved** 108:25
**enter** 89:1
**entered** 71:14
88:17 89:1,7 92:4
92:11 277:23
**entire** 46:13 185:22
229:4 285:25
289:23

**errata** 299:6,9,12
301:6
**ESQ** 3:3,4,12,13,21
4:4,5,14 5:5,13
6:5
**Esther** 19:21 21:24
23:1 214:17
**estimate** 201:12
227:15
**Et** 8:10
**event** 275:19,21
281:20
**eventually** 159:5
**everybody** 181:7
221:13 224:10
231:9,10 296:12
**Ex.1** 7:13
**Ex.2** 7:15
**exactly** 60:17 62:10
62:12,18,22 64:13
70:24 108:13
236:7 277:17
**examination** 7:2
10:1 298:9
**examine** 259:5
**examined** 9:24
**example** 60:9 82:9
167:19 193:19
**excluded** 181:19
**excuse** 60:5 106:2
123:18 134:24
291:23
**exhibit** 10:20,21
11:7 244:15,17
**expectations** 74:11
**experience** 38:13
**experienced** 82:25
198:15
**expires** 298:24
301:17
**explain** 255:10
261:16 291:18
**explained** 194:1
232:23 269:3
**explaining** 265:10
268:21
**explore** 203:12

Confidential - Subject to Further Confidentiality Review

extent 15:25 179:1
 206:8

**F**

F 298:1
factory 163:9
fag 238:4
fail 299:14
fair 81:9 108:18
 110:7 203:12
Fairfield 1:8 5:12
 8:24 253:25
families 110:16,19
family 10:6 17:23
 21:9 26:16 34:5
 81:7 110:1 262:9
far 46:24 50:12
 58:19 75:20 120:8
 120:8 121:5
 122:22 147:11
 171:24 210:25
farm 240:5
farther 177:12
father 1:7 8:18,20
 17:24 21:4,10,12
 21:22 24:12 25:5
 25:7 26:1,1,7,8,10
 26:13 46:18
 134:20 148:2,10
 148:12,16,16,23
 148:23 149:3,9,12
 149:18,20,23
 150:3,8 151:2
 233:16,17 235:15
 235:17 266:10,12
 266:13 268:2,20
 268:22,24,24
 269:1,18 292:5,8
 292:10,11,24
 294:24,25
father's 292:9
February 108:10
 144:10 233:7
 257:11 275:9
 277:21 286:2
feedback 243:18,22
 243:24

feel 100:19 104:17
 116:24 175:8,8
 279:21 280:5
feeling 107:21
 181:17
fees 146:23
fell 71:20 84:15
 278:7
felt 37:8 51:23
 74:13 100:17,18
 241:16
fifth 147:14 265:17
fight 73:6 97:14
 104:18 136:23
 258:11 259:16
 261:15 279:25
 290:4
fighting 261:14
 279:14
figure 233:18,19,21
file 218:9,11
filed 1:22
fill 54:14 219:1
filled 181:9 218:20
financially 298:15
find 28:10,10,14
 29:6,7 33:21
 35:10 39:19 45:5
 45:10 67:11,14
 68:6 93:23 104:1
 104:1 109:19
 117:13 128:14,15
 131:14 143:20
 144:21 155:12
 162:24 168:17
 174:15 175:15
 177:22 178:7,15
 180:6 181:6
 182:10 183:13,17
 196:5 240:9,10
 251:9 264:12
 265:12 278:15
finds 200:20
finish 93:24 97:9
 109:24 118:12
 131:14 179:8
 252:25 258:7

265:19 272:21
finished 32:15
 65:19 66:4 253:1
first 7:13 9:24
 10:23 43:1,10
 63:10 66:13 67:5
 99:17 105:6 107:3
 108:7 111:3 114:6
 114:10 116:14
 122:11,13,14,16
 124:12 126:17
 128:12 129:13,15
 132:5 136:5,13,16
 138:17 143:2
 145:11 154:16
 162:23 165:24
 170:23 181:19,22
 189:7 190:19
 191:10 192:1
 193:3,8 194:7
 195:4 201:5,17
 202:15 216:9
 220:6,25 221:15
 222:2,20,22 223:1
 225:14,17,24
 231:14,21 237:10
 237:16,25 238:3
 239:18 240:7
 245:17,22,23,24
 247:6,7,8 250:20
 255:25 256:14
 257:11 262:24
 274:6 275:2
 277:18 280:23
 282:12,25 283:1
 285:25 286:23
 287:23 294:2,10
 294:13
five 1:14 48:23 59:3
 120:14 137:1
 186:2 202:25
 204:10,15 213:20
 272:7 281:15
fixed 44:17
flare 232:1
fled 221:22 222:15
flesh 233:16

floor 3:6 4:7 22:22
 23:5 34:22 54:14
 90:22 91:9,12,15
 91:16 93:4,17
 111:22 130:5,13
 216:12 251:5,6
 278:10
Florida 273:19
focus 73:16
Folkman 4:5 7:4
 8:17,17 10:2 11:1
 11:16 13:1,6,11
 13:22 14:11 15:4
 15:14,21 16:3,10
 16:17,22,23 18:19
 18:22,25 19:20
 20:11,16,21 21:3
 21:4,21 22:3
 23:3,14,23 24:9
 25:1,8,13,21 26:5
 26:12,20 27:7,13
 27:19 28:3 29:8
 29:22 30:10,18
 31:10,18 32:3,10
 32:18 33:1,6,22
 34:8,15 35:5,12
 35:22 36:3,12,17
 36:25 37:5,21
 38:12,24 39:11
 40:9,16,20 41:2
 41:15,20 42:1,11
 43:7,22 44:2
 45:11 46:2 47:4
 47:20 48:4,20
 49:9 50:11,16,24
 51:10,15 52:3,8
 53:4,8 54:6,24,25
 55:22 56:9,12
 58:1,15 59:4,11
 59:25 60:1,16
 61:12,18,22 62:2
 62:7,11,15,16
 63:4,8,12,17,22
 64:23 65:15,22,25
 66:11 67:7 68:7
 68:20 69:18 70:4
 70:18 71:3 72:22

73:22 74:23 76:15
 77:11,22 78:2,10
 78:22 79:3 80:13
 80:22 81:17,25
 82:16 83:4,9 84:3
 84:9,14 86:2,11
 87:6,22 88:11,19
 89:13,18 92:17
 93:5,12 94:25
 95:22 96:12,21
 98:1,9,16,25
 99:11,15 100:3,11
 100:25 101:6,12
 101:19 102:1,10
 102:17,22 103:4,7
 103:14,19 104:8
 105:1,13 107:10
 109:1,16 110:3,10
 110:21 112:23
 114:13,23 115:5
 115:11 117:2
 118:3 119:21
 120:13,20 121:11
 122:2,9,14,18,24
 123:6,11,21 124:2
 124:7,17 125:17
 125:23 127:23
 130:11 131:24
 132:4 133:11
 134:1,11 135:7,11
 135:20 136:9,10
 136:17 138:5
 139:10,18 140:5
 140:19 141:13
 142:17 143:6
 144:7 145:10,17
 145:22 146:4,22
 147:15,20 148:9
 149:5,10,21 150:1
 150:6,12 151:11
 151:17 152:24
 153:16 154:3,19
 154:24 156:2,13
 156:18,23 158:5
 158:11,17,23
 159:3,9,22 160:11
 160:16 161:13,17

161:18,24 162:16
163:8,18 164:5,11
164:22 165:14,23
166:8,17 167:2,8
167:13 168:4,12
168:23 169:9,17
170:1,6,12 171:1
171:12,21,23
172:6,11 173:14
173:23 174:10
175:19 176:12,21
177:1,4,16,24
178:9,17,23 179:5
179:16 180:4,13
180:20 181:1,11
181:16,23 182:2
182:23 183:6,11
183:20
**follow** 30:5 89:17
128:5
**followed** 89:19
**following** 251:4
**follows** 9:21,25
**food** 33:21 35:10
37:11 42:14 45:5
45:9,10 113:25
114:1 251:9
265:10 278:16
**football** 42:19
**forced** 178:14
**foregoing** 208:15
301:3
**forever** 108:24
**forget** 108:22
225:22 267:11
**forgotten** 108:20
**form** 218:20 219:1
301:5
**forms** 16:18
**Fort** 30:9,11,14,17
30:25 31:7,14
33:7
**forth** 60:10
**found** 28:8,13
35:16,17 110:1,19
143:23 156:15
159:25 160:7,9

162:24 174:15
176:19,22 177:15
177:17 183:14
194:14 195:20,21
196:21 221:12,19
222:6,22 226:7
227:1 256:9
**four** 1:13 20:12
49:21,24 90:13,18
170:16 184:18
186:14 229:8,10
**fourth** 43:3 142:9
143:17 145:12,24
**frame** 283:24
**Francilien** 192:17
**Friday** 1:24 164:19
**friend** 28:8,15
29:23 39:18,18,20
71:6 73:21 112:24
113:1,20 142:19
143:23,25 145:8,9
146:25 147:1
152:6,8 179:20
191:18 204:3
296:6
**friend's** 73:23
111:13,15 202:18
202:19 203:18,21
203:23,25 204:2
250:24
**friends** 33:25 70:17
114:2
**frightened** 83:24
**front** 75:14 89:5
91:19 94:1 113:24
153:8 169:24
222:13 233:11,13
233:22,25 234:6
**full** 235:9 288:5
**fully** 178:25 216:8
**FUND** 1:8
**furniture** 91:5
**further** 1:23
121:20 298:11
**future** 94:20 104:3
104:7 106:21
110:2,20 153:22

174:9 225:21

---
### G

**G** 3:21 8:1
**G-U-E-R-R-I-E-R**
48:16
**G-U-I-L-L-A-U-...**
18:23
**games** 38:2
**Garabedian** 3:3,5
9:10,10 12:24
13:4,9,20 14:9
15:2,12,19,24
16:14,21 18:17
19:13 20:9,14,19
21:1,11,19 22:1
22:25 23:12,20
24:7,23 25:4,11
25:19 26:3,9,18
27:5,10,16,24
29:3,20 30:8,16
31:8,16 32:1,8,16
32:24 33:4,18
34:6,13 35:3,9,20
36:2,9,15,23 37:3
37:19 38:10,22
39:9 40:5,14,18
40:25 41:12,18,24
42:7 43:5,21,25
45:7,25 47:1,17
48:2,18 49:7 50:9
50:14,22 51:8,13
52:1,6 53:2,6 54:4
55:20 57:23 58:13
59:2,5,24 60:15
61:8,16,20,25
62:5,9 63:1,11,15
64:22 65:13,21
66:6 68:4,18
69:16 70:2,15
71:1 72:20 73:20
74:21 77:5,15
78:7,20 79:1 80:8
80:20 81:13,23
82:14 83:1,7 84:1
84:7,12 85:25
86:9 87:4,20 88:8

88:16 89:11,15
92:15 93:2,10
94:22 95:20 96:10
96:19 97:24 98:7
98:13 99:9,13
100:1,8,21 101:4
101:10,15,22
102:6,14,20 103:2
103:12,17 104:6
104:24 105:11
107:8 108:21
109:15,21 110:8
110:17 112:21
114:12,21 115:2,9
117:1 118:1
119:19 120:9,18
121:10,25 122:7
122:15,21 123:4,9
123:14,18,25
124:14 125:16
127:21 130:7
131:8 132:2 133:8
133:24 134:9
135:4,9,18 136:7
136:15 138:24
139:9,17 140:3,16
141:11 142:11
143:4 144:4 145:5
145:14,25 146:20
147:13,17 148:7
149:2,8,17,24
150:4,10 151:3,6
151:10 152:18
153:14,25 154:17
154:22 155:25
156:11,21 158:3,9
158:15,20 159:1,7
159:20 160:8,13
161:11,16,22
162:11 163:6,16
164:3,9,20 165:12
165:21 166:6,16
166:25 167:5,11
168:1,10,21 169:1
169:13,23 170:3
170:10,22 171:10
171:20 172:4,9

173:12,22 174:6
175:13 176:5,18
177:14,20 178:5
178:13,21 179:3
179:12,25 180:9
180:17,24 181:4
181:14,20 182:1
182:21 183:4,9,16
184:11,20 185:7
185:13,18,24
186:4,10 187:2,8
187:13,22 188:2,7
188:13,19 189:4,9
189:18 190:7,12
190:20,24 191:22
192:2,9,15,22
193:4,9,14,23
194:9,13,18,24
195:19,25 196:7
196:12,17,25
197:5,9,17 198:7
198:16 199:7,13
199:18,24 200:4,9
200:17 201:2,9,13
201:18 202:3,7,17
203:3,9,13,19
204:4,11,18 205:4
205:10,18,24
206:4,7,22 207:2
207:7,15,21 208:2
208:18,23 209:3
209:11,16,22
210:11,22 211:2
211:15,21 212:10
212:16,21 213:2,9
213:14,24 214:21
214:24 215:19,24
216:13,19 217:9
217:14,18 218:4
218:10,16,23
219:4,12,17,25
220:11,22 221:4
221:10,18 222:5
222:21 223:4,12
223:18 224:1,9,21
225:3,9,16 226:1
226:6,12,19 227:2

Confidential - Subject to Further Confidentiality Review

227:5,9,12,16,25
228:5,9,13,18
229:3,11,17,23
230:2,11,15,21
231:6,16 232:4,20
233:3 234:16,22
235:16 236:5,13
237:5,18,22 238:2
239:5 240:2,15,22
241:13,20 242:2
242:10,15,21
243:1,9,16,25
244:8,24 245:6,18
245:25 246:8,23
247:9,16,21 248:3
248:8,13,17,21,25
249:5,13,18,22
250:4,16,22
251:19,24 252:4,9
252:16,24 253:8
253:13,18 254:8
254:14 255:3,16
256:2,7,18 257:1
257:7,17 258:3,18
258:24 259:6,14
259:22 260:5,15
260:19 261:1,6,11
262:1,8,14,19
263:2,8,14 264:4
264:14 265:1,16
265:24 266:8,23
270:9,15,23 271:8
271:24 272:13
273:3,10,15,20
274:7,17 275:4,18
276:3,12,17,23
277:2,9,20 280:14
281:22 282:2,14
283:7,16,25 285:6
285:12 286:4,8,25
287:10 288:12
289:10 290:1,13
290:17,22 291:4
291:10,15,24
292:3,17 293:7,12
294:16 295:13,20
296:14,20 297:2,8

garabedianlaw@...
3:9
garage 95:13
Gary 192:16
gate 40:10,12,17
42:4 68:12 71:13
74:5,15 75:1,2,8
75:10 96:1 125:24
126:3 133:17
277:23
gay 61:1 66:9 85:23
100:17,22 102:8,9
102:12 104:2,2
107:2,21 108:3
114:8,18 115:4,6
116:9,10 123:16
124:16 133:2
139:1 140:11
142:3,15 143:21
144:17 145:7
153:3,9 165:4,18
166:18 167:1
169:25 232:9
237:4,8,11,17,21
238:1 246:17
251:13 261:17
280:1 290:8
291:17,19
Gervil 1:3,4 8:9
getting 170:7 291:8
294:1
ghetto 166:11
girl 200:19
girlfriend 174:17
177:10 213:13
girlfriends 175:16
176:1,10 178:3
212:20
girls 19:19
give 37:1 52:16
65:10 85:17 99:21
135:17 173:4
175:16 177:23
178:8,16 185:9
201:12 227:15
244:4 280:9
given 10:8 13:8

187:1,6,11 199:21
207:24 209:7
260:18 280:12
301:4
gives 114:4
giving 46:17 187:1
243:24 288:17
290:6
glare 86:23,24
87:13
glow 88:13
go 25:3 26:6 28:7,9
28:11,11 29:10,25
30:4 31:20,24
32:5 35:21 36:20
37:10 38:5 39:8
41:10 44:9 45:1
45:10 52:11,13,17
53:25 57:10 61:23
67:2,8,11 68:2,6
69:12 70:14 71:8
71:10,14 73:3,8
74:1,12,13,25
76:1,3,19 83:17
83:17 86:6,8 89:5
91:16 93:16,25
95:16 98:18 99:1
106:2,17,25 109:9
109:24 111:15,19
111:24,24,25
112:1 114:3,3
116:6 117:23
118:19 123:1
124:3,15 127:8
130:10,16 131:14
133:19 134:14,18
135:13 136:12,25
139:19,22,25
141:12,15,22
142:5,14 143:19
143:20 145:4,6,6
146:23 155:17,20
156:4 166:11,13
169:21,24 171:14
172:17 173:2
177:12 192:5
197:3 200:19

219:7,15 224:7
231:20,22,23
232:2,7,12,22,24
234:6 239:20
251:10,10,14
260:1 264:11,25
265:4,10,11,15
279:12 288:10,20
289:3
God 101:24 103:16
goes 187:19
going 15:25 26:15
28:9 29:6,24 30:2
30:4 32:13 36:8
36:10,10,11 59:6
62:17 67:16 69:12
85:15,17 96:4,8
98:20 106:4,6
108:22 109:23
111:13,14,15
112:2,10,14,25
115:22 117:9,10
117:11,19 118:6
122:10 123:23
124:11,22 128:5
128:10,21 130:14
130:16,19 131:9
131:17,21 132:20
132:23 134:7,14
134:16 135:13,15
136:12,19 137:5
143:24 144:16
145:8,20 147:16
151:12 152:19
157:5 169:3,4
179:10,18 181:5
181:25 183:2,7,13
189:16,22 190:25
191:3 204:1 206:8
219:20 220:16
225:7 231:3,10,25
241:2 243:15
245:12 247:11,23
249:8 250:9,23
251:2,8 255:14,14
258:4 271:1,2
278:6,21 280:17

286:13,14 288:13
288:14 297:18
Golkow 8:5
Gomorra 101:18
101:21 102:18
154:8
good 10:3 11:3
101:11 210:21
211:1,6,10,20
253:23 296:4
gotten 50:21
170:21 171:25
172:2 262:22
gourdes 53:13,23
54:10,19 55:5
56:5 177:23
government 15:8
24:22
grade 43:2,3 157:7
graffiti 166:14,23
238:9
grandfather
148:13,17,24
149:6,19 266:10
268:23 292:8
grandmother
266:11 267:22
268:1,22 274:16
292:7
graphic 269:25
270:3
grew 35:25 36:8
101:2
groundwork 53:13
53:22 54:9 240:16
group 33:15,24
47:19,21 171:16
181:19,22 189:7
189:22 190:19
191:10 192:1
193:2,3,8 194:7
220:6 221:15
222:2,3,20,22
223:1,2,10 225:14
225:17,24 231:14
255:25 256:14
264:15,15 268:19

269:4 293:17,18
293:18 296:7,11
296:13
groups 47:25
grow 36:18,22
grown-up 113:15
grown-ups 84:11
guard 40:19 190:21
191:9,11
Guerrier 48:13
guess 104:21
guests 45:19
Guillaume 18:20
18:22 19:18
guy 100:17,22
114:8,17 115:4
123:16 179:20
251:11 261:17
280:1 290:7
291:17,18
guys 67:13 72:4
82:5 92:21 200:20
221:12,19,23
222:23

H

H 7:11
hair 244:22
Haiti 1:8 37:23,24
141:8 155:5,9,11
155:19 156:3
271:6,22 273:24
273:25 274:1
Haitian 40:21
163:25
half 48:11
hall 276:7
hand 219:15
298:18
Hand-drawn 7:15
244:18
handed 11:8
hands 199:23
handwriting 208:7
hanging 33:16
HANLY 3:14,22
happen 39:5 83:3

83:24 184:21,23
244:10 262:17
happened 81:22
82:2 96:9 97:5
98:6,12 99:17
100:14 104:13
105:21 114:6
135:14 215:14
245:22 250:12,15
255:1,22 277:17
279:23,24 282:1
282:11,20 289:25
291:13 294:13,13
happening 73:4
94:13 243:19,22
243:24 244:7
279:19
happy 106:5
hard 175:4,5
harm 179:1
Hartford 5:8,16
hate 267:7 296:9,10
hated 293:15 296:8
296:12
hating 293:16,21
296:5
head 79:23 80:11
80:12 84:6 267:12
health 210:21
211:1,6,10,20
hear 16:24 17:3,11
68:17 69:2 75:15
79:16 88:23 94:13
95:4,5 102:18
158:10,24 165:24
167:14 174:19
244:11
heard 16:7 17:8
102:3,24 115:8,12
154:6,7,14,15,20
156:9 166:1
189:21 191:20
237:8,10,16,25
238:3 277:25
297:11,11
hearing 82:17
heart 108:23

174:18,20 238:6
267:7,8
heavy 240:14
held 2:3 8:8
help 51:24 52:15
110:18 131:16
193:2 203:14
helped 21:13
helping 199:9
hereinbefore 298:1
hereto 298:15
hereunto 298:17
Hi 267:18
high 25:6,6,14,18
26:11,14
Higher 12:6 120:7
hill 12:8
Hills 58:16
hire 175:25
hiring 178:2
hit 84:23 85:1
128:3 278:3 290:4
Hold 190:24
holidays 53:25
home 97:10,11
104:22 134:21
241:22 259:20
280:4
hope 1:7 4:13 9:1
181:9 267:19
274:16 291:21
292:1,15
hospital 39:8 73:7
73:11 79:24 97:17
97:18,21,22 99:19
99:22,24 104:11
104:20 105:15
108:5 111:7 135:5
172:17,23 173:2,4
173:20 217:24
218:8,11,15,22
219:2,7,8,11
231:19,20,24
232:3,8,12,17,24
241:10,15,22
242:1,9,14 243:8
252:15 253:5

257:13,15 258:13
259:3,13,20,21
260:1,4,10 261:25
262:7 279:16,17
279:20 288:11,21
289:2,15,18,24
291:3 294:5
HOSPITALLER
1:10
hotel 12:4,5,7,8
171:4,14 176:24
186:19 198:2,3
199:1 207:6,10,13
220:14 272:22
273:2,8
hour 44:19 120:17
120:22 185:6,17
272:7
hours 120:25
121:23 122:5,8
229:8,10
house 22:4,6,15
23:7,16,19,21
24:5 27:15 28:6
28:12,23 29:1,4
29:17 30:6,14,20
30:22,23,24,25
35:2 37:9 40:7
49:3 51:3,3,6
52:14 68:3 69:20
69:23 70:5,25
71:4,9,10,12
73:15 74:25 75:4
75:7,12,18,21
85:11,14,20,24
86:4,5,7,19 87:5,9
88:7,15,21 89:10
90:15 95:9,19,21
96:4 98:2 104:12
111:14,15 113:13
115:16 119:4
120:5,6,11,12,15
120:15,23 121:1,1
121:7,8,13,14
122:11,20,20
123:1 125:20
128:24 129:2,2,9

133:13 176:9
202:18,19 203:18
203:21,24,25
204:2 217:13,21
217:22 276:1
292:23
houses 32:7 176:7
Hurd 3:13 9:7,7
hurt 73:6 97:15
132:5 142:6,16
176:10 177:22
178:4 232:21
hurting 94:24
96:15 97:12,16
104:15,18 173:3
173:18,19 178:6
231:23 232:23
husband 21:18,25
23:2,10

I

idea 165:1 172:12
180:2 182:19,20
281:16
identification
10:25 244:19
identify 8:15
159:11,14 195:8
195:10
Illinois 3:24
images 92:5 93:11
imagine 153:8
immigration
155:18
imperative 299:11
in-between 228:17
incident 285:25
incidents 263:6
including 170:20
incorrect 63:25
64:2
INDEX 7:1
indicate 188:17
indicated 189:1
195:5 203:18
215:17 216:10
233:7 275:1,7,25

276:10 281:19 284:17 285:17 291:1
**individual** 294:22 295:1,3
**individuals** 195:23
**inflected** 173:10
**information** 195:16 196:24 197:7 200:13,15,15
**injuries** 172:14 175:11
**injury** 172:16 173:10
**inside** 37:9 71:15 75:16 86:6,22 87:5 88:3,4,22 89:4 95:25 128:6 171:14 192:8,14 278:7
**instance** 145:24
**instantaneously** 80:4
**instruct** 15:24 160:13 198:17 206:9 244:1
**INSTRUCTIONS** 299:1
**intake** 60:10
**intention** 124:19
**interested** 170:7 298:16
**internally** 260:25
**interpreter** 6:14,17 9:13,16,25 11:14 18:21 54:22 56:11 62:13 63:2,19 65:24 67:4 78:1 103:3 122:13 123:20 124:6 136:8 145:15,18 156:17 168:2 171:19 177:2 193:25 199:8 200:5,7,12 205:7 205:15 206:19 208:24 219:14

238:24 239:10 245:19 264:5 266:24 270:4
**interpreter's** 205:8
**interrogatories** 7:14 10:24 195:6 267:4
**interrogatory** 161:16 200:13
**interrupt** 261:20
**interviewed** 163:24
**introduced** 266:6
**invited** 123:8
**involved** 182:25
**involving** 92:19,20
**iPad** 215:17,20
**island** 49:10

––––––––––
**J**
––––––––––
**J** 4:5 6:5
**J-O-R-A-N-E** 19:14
**J-O-S-I-E** 19:16
**January** 20:4 173:2 173:6,9 231:23 232:15
**Jayne** 3:12 9:9
**jconroy@simmo...** 3:18
**Jean** 113:6,8 152:9 152:10 160:4 164:12 179:24 192:16 270:13 271:7
**Jean-Gary** 159:17 195:13
**Jeff** 267:18
**Jeffrey** 4:14 8:25
**Jerome** 14:12 160:2 179:24 196:6 271:7
**JERUSALEM** 1:10
**Jessica** 140:6,7,12 140:20 292:22 293:1,3,6 296:5 296:18,25

**Jesuit** 295:2
**Jesula** 161:1,2
**Jesus** 1:9 6:3 8:22
**Jimmy** 159:16 161:1 195:13
**jkennedy@mwll...** 4:19
**job** 21:7 36:8 53:11 53:15,19,20 54:7 54:13,21 55:2,3,6 55:8,13,18 56:13 57:3 134:17 155:21 174:16 175:25 176:19,22 178:11 212:3,5,7 212:25 214:3,7,11 214:15 215:5
**jobs** 53:9 55:10,10 56:20,22 163:2,4 175:16
**Joel** 14:2,5,14 198:13
**JOHN** 1:10,12,13 1:13,13,14,14,14
**Jolie** 12:6,8
**Jolivart** 17:24
**Jonas** 28:15,16 29:2,5,23 31:19 34:11 35:7 39:21 39:22 42:2 49:19
**Jonas's** 34:4
**Jorane** 19:14 213:22,23
**Jose** 1:23 2:1 7:3 7:13 8:14 9:23 10:5,8,22 59:13 198:12 208:14 297:17 301:8
**Jose's** 59:15
**Joseph** 192:17
**Josie** 19:16 214:9
**JR** 6:5
**judge** 160:9 170:4 183:17 194:19 223:20 295:14
**July** 11:11 197:15 197:23

**jumping** 271:2
**justice** 159:25 160:7,9 168:18 169:20 170:2,5,11 170:24 180:6 181:6 182:16 183:13,14,17,18 183:18 194:12,14 194:17,19,20,22 195:2,2,2,20,21 195:24 196:5,11 196:21,22 197:1 197:10 221:12,13 221:16,19 222:3,6 222:7,11,20,22,24 223:2,3,6,10,11 223:13,17,19,20 223:22 225:8,11 225:11,11,12,15 225:17,18,18,24 226:7,8,10,13,20 230:23,24 231:2,5 231:8,11,15 243:13 256:1,9,9 256:11 264:16,17 295:9,11,14,16,19 295:21
**Justinien** 97:22 99:19 104:11 173:20 219:6,7,11 231:19,20 232:3,8 232:17 257:12 259:3 288:10,20 289:14,17,24 291:13

––––––––––
**K**
––––––––––
**Kendrick** 294:23 295:1,4
**Kennedy** 4:14 7:7 8:25,25 267:17,19 270:6,11,17,25 271:10 272:1,15 273:5,12,17,22 274:14,19 275:6 275:23 276:5,14 276:19,25 277:4

277:11 280:6,16 280:22 281:24 282:9,16 283:9,19 284:2 285:8,14 286:6,10 287:1,12 288:18 289:13 290:10,14,19,25 291:6,11,20,25 292:12,19 293:9 293:22 294:18 295:17,24
**kept** 109:11
**keys** 21:6
**kicked** 143:13 144:25 148:5 164:18
**kid** 113:23 140:2 164:19 178:16
**kids** 33:15 38:14,16 38:18,21 41:9,16 59:13 79:4 82:8 84:10 126:13 134:23,25 135:3 163:20 165:19 166:4 170:21 171:16,25
**killed** 77:6,9,17 78:24 79:5 80:19 99:8,12 108:16 144:19 152:22 174:19 251:12
**kind** 57:3 107:16 130:5 170:2 172:7 173:17 193:13 233:15 287:18 296:16
**King** 4:6 8:18
**kitchen** 132:23,24
**km** 2:6
**knew** 17:2 59:13 79:15 81:6 97:4 101:2,20 102:2 110:6 114:19 140:7 149:3 153:12 157:13 165:19 166:3 169:10 170:19,23

173:16 176:15
180:11 203:25
231:9,10
**knife** 174:17
**knives** 41:14
**knock** 75:3,5
**knocked** 75:15,17
277:24
**know** 11:2 14:16,18
15:8,15,18 16:5
17:7,16,18,19,21
18:4 20:20,25
21:2 23:9,13
24:13,15,20 28:21
29:12,14 34:5,9
46:24 50:13 54:18
58:5 59:17 65:16
66:1 68:23 69:11
69:22,24 70:5,14
70:16,21,24 71:10
71:19 73:17,18
74:9 75:13,20
76:18 77:24 78:14
79:7,13,14 81:4
81:18 84:4,11
86:18 89:9 92:3
92:18 96:22 97:3
99:8,10,12 101:13
101:16 102:7,13
102:15 103:8
108:4,12 110:11
110:13 113:5,18
113:19 114:10,22
114:25 120:16,19
120:21,24 121:3,3
122:8 124:15,18
125:18 126:7,11
127:6 129:8,24,25
132:18 133:7,10
135:8 140:6,8
142:25 147:5
148:12,20 149:4
155:22 156:12
160:24 163:21
164:12,14 169:14
171:13,15,24
172:3,5,7 173:24

174:4,4,8 176:3
180:7,10 181:21
185:14,19 192:7
192:10 193:15,15
201:20 202:11
203:20,23 204:1
210:23,25 211:3,8
212:11 213:5
215:20 217:8,10
225:14 226:2,8
227:13 228:16
231:25 234:18,23
235:21 237:3,23
248:9 254:20,24
258:1 261:12,23
262:2,3,6,17
263:12,19 264:8
265:8,22 266:20
266:24 267:20
269:8 272:6,17
273:13,16,18,21
273:23,23,25
274:1 277:10,24
278:6 279:19
281:14 282:19
283:17,22 284:1
284:22 285:16,22
286:5,9,20 287:7
287:8,11 290:23
290:24 294:22,24
**knowledge** 298:7
**known** 17:19 28:19
102:7,15 176:13
202:24 204:16

————— L —————
**L-A-B-O-R-Y**
30:12
**Labory** 30:12,15
30:19,21 31:7,14
33:12
**laid** 216:11
**land** 53:22 71:15
75:24 76:4,10,20
77:3,24,24 78:1,3
78:11,16,17 84:15
85:6 127:3 250:24

277:25
**language** 149:11
**laptop** 86:22,24,24
87:10,25 88:13
90:24 91:12,19,20
92:4,6 93:8
129:17,19,23
215:23 276:2,16
277:6
**laptop's** 87:13 88:9
88:17
**large** 269:4 276:22
**lasted** 55:8 282:18
**late** 44:23 170:24
189:2 190:19
191:10,12,13
192:4,4
**Lavisa** 191:19
**LAW** 3:5
**lawsuits** 50:21
272:11
**lawyer** 16:5,7,8
160:18 198:18
255:10,14,18
**LAWYER'S** 302:1
**lawyers** 16:25
50:13 171:9
178:24
**lay** 76:1 93:15
**learn** 15:22 35:23
192:20 265:6
**learned** 134:6
154:5
**leave** 27:14 28:5
37:12 45:21 72:16
94:11 98:3 112:5
125:14 134:21
139:12 152:12
220:7 251:1
278:14 279:8
**leaves** 111:16
115:25 118:14
125:3
**leaving** 96:7 152:17
152:25
**left** 23:19,21 24:5
28:7,11 29:1,4,17

35:1 57:12,14
58:3,5,6,11 64:25
65:5 67:1 69:8
72:25 96:16 97:6
98:2 106:14 116:6
116:10 117:21,23
117:24 118:19
119:2 122:12,25
126:16,16,20
128:22 131:23
132:12,14 133:9
133:15 138:21
140:23,24 141:1
141:24 142:7,12
143:18,19 144:19
144:21 145:19
146:11 153:12
154:25 155:8
165:8,25 166:13
172:23 192:5
217:22 220:9,19
222:15 241:15,21
242:1,9,14 243:8
272:4 292:22
**legs** 236:22,25
**let's** 66:9 71:10
83:16 116:10
128:12 133:1
142:3,15 143:21
159:10 161:14
199:11 292:13
**Lewis** 9:13,13
**License** 298:22
**lie** 76:3,19 111:21
251:5 278:10
**lied** 75:16,25
**life** 35:6 108:19
110:23,24 131:12
**light** 88:9,18 90:24
129:7,17 216:2,8
276:1,16 277:5
**lights** 86:19,21
87:23 90:23 129:6
129:20 276:6
**line** 208:5 233:23
300:3 302:2
**link** 275:20

**list** 109:13 163:3,4
167:24 168:3,9,16
169:5,7,12,14,19
170:13,15 179:8
179:11,19,23
180:3,8,11,15,15
180:22 181:5,7,8
181:13 182:16,19
220:21 221:2,8,17
221:23,24 222:4,9
222:17 223:25
224:4,5,6,8,11,14
224:15,17,19,20
225:2,7 226:24
227:4,17,19,20,22
227:24 228:23
229:2,7,9,14,15
230:1,19,20 231:4
243:12 244:6
254:7,11,12,13
255:7,21 263:12
263:13 264:3,12
264:18
**listen** 264:8
**listened** 167:16,17
167:18
**listening** 17:12
**lit** 87:19
**little** 11:4 20:24
34:23 53:21,24
88:1 108:16
133:14 139:23
152:22 191:19
219:15 246:15
251:11,15 252:21
254:3 271:3
275:21
**live** 19:8 21:15
31:24 49:1,13,21
49:25 51:5,12,18
51:24 65:20 66:5
131:13 210:23
211:3,7,24
**lived** 31:13 141:2
147:8 162:5
**lives** 110:6 213:23
213:25 273:18,24

273:25 274:1
**living** 22:11 23:16
31:4 32:11 33:15
33:16 37:2 38:7
38:14,21 49:10,16
50:25 51:4 56:17
66:20 74:2 76:6
76:24 103:9,10
105:3,9 110:14
113:17 116:14
141:3,14 150:14
157:1,2 185:22
186:7
**LLC** 4:15
**LLP** 5:6,14 6:6
**located** 263:24
**locked** 89:25
**locks** 21:6
**long** 35:1 48:21
60:18 62:10,22
64:13 133:23
138:14 139:6
140:22 141:19
155:23 162:20
185:4,8,11 190:10
201:8 202:24
217:7 221:7
228:22,24 229:1
239:17 240:20
241:8,11,18,25
242:8,24 265:14
272:3 274:10
281:13 282:17
283:10,12,13,20
284:21 285:15,21
286:2,5,18
**longer** 26:17 29:9
29:18 142:22
241:16
**look** 11:6 159:10
174:14 175:15
176:6 177:5,12
178:3,14 194:20
234:20
**looked** 40:3 176:8
176:16,25 178:1
**looking** 144:9

176:8 177:18
183:18 194:16,19
194:22 195:6
223:6,22 231:7
238:4,13,18
240:11 256:9
264:16
**lose** 260:9
**loss** 261:5
**lost** 259:8,12 260:3
260:6 262:2 263:6
279:18 290:23
291:2
**lot** 17:10,14 20:22
33:19 36:20 73:9
73:18 95:12 101:5
107:21 123:17,20
152:3 171:17
172:20 175:3,4
176:11 222:13
227:13,13 238:10
259:8 271:3
279:18
**Louis** 1:3,4 6:16
8:10
**Louise** 18:20,21
**Lozier** 140:6
**LSR** 2:11 298:2
**Lu** 3:4 9:12
**lunch** 137:2 270:21
**Luperón** 2:6
**lxia@garabedian...**
3:10
**lying** 84:22 251:6

———————
**M**
**Madame** 267:20
269:8,15 292:10
292:25
**Madison** 3:15
**main** 4:16 96:4
**making** 104:22
180:10 222:13
**Malta** 1:11,12 5:3
9:3 297:12
**man** 12:25 101:8
200:20 204:7

**man's** 71:9
**March** 1:24 8:6
297:17 298:5
**Margarette** 107:14
134:15 135:2,12
135:15 136:5,11
**Margarette's**
134:17
**mark** 10:19
**marked** 10:24
175:17 244:15,19
**marks** 233:10,12
233:15,25 234:2,5
234:8,12,13,14,19
234:20 235:20,22
236:3,15,17,19,22
236:24,25 238:25
239:3 244:16
**married** 19:5 48:5
**masculine** 287:19
**masisi** 115:12
**mass** 281:10
**Massachusetts** 3:7
4:8 6:8
**massage** 281:10,11
282:3,4,22,24
283:1
**massages** 282:4,22
**masturbate** 67:21
117:17 245:11,16
245:23 248:15,20
249:6,11 279:1
283:4,5,10,15,21
**masturbated** 72:11
72:11 94:7,7
106:19,10 112:8,9
128:19 131:19,19
245:5 248:11,16
248:24 249:1,3,16
278:25,25 279:1
282:5,6 283:3
284:25
**masturbating**
128:19
**masturbation**
246:5 248:6
**matter** 8:9 188:8

188:24
**matters** 298:8
**Matthew** 41:6
**mattress** 91:14
**Maureen** 2:11 9:15
298:2,22
**meals** 187:16
**mean** 37:17 42:19
57:20,21 58:2
95:18,18 109:20
116:5 117:24
136:1 141:3,3
153:17 160:6
173:6 183:12
200:16 261:20
**means** 170:5
295:11
**meant** 34:4 237:4
**meet** 113:21 166:9
211:17 212:14
243:17 244:10
267:25 272:25,25
274:9
**meeting** 171:3,5,6
171:8 189:2,3,13
189:15 193:1
195:4 197:4 207:6
207:8,18,19 220:5
220:7,10,17 221:1
221:7,11
**memorized** 252:3
**memory** 18:15
25:22 65:17 66:2
275:1,16 281:20
283:23
**men** 13:23 92:19,20
101:2,9,18,18
102:25 103:11
114:11 189:7,16
189:22 192:7
**mentioned** 145:11
209:25 215:7
239:8 240:13
245:4 266:2
292:20 295:8
**message** 154:14
**met** 101:7 113:22

126:18 140:12
141:24 147:6
166:12 167:21,22
263:12 264:24
267:23,24 274:4
274:13 291:21
292:1,4,15 295:3
**metal** 90:3,9
**MICHAEL** 3:21
**Michel** 30:9,11,14
30:17,25 31:7,14
33:7
**middle** 125:10
277:17 286:16
**Mike** 9:5
**MILANO** 4:15
**MILITARY** 1:9
**mind** 108:24
153:15,18,20
175:18
**mine** 113:1 146:25
246:2,10 247:11
247:23 249:8
**minister** 154:7
**minute** 99:6
**minutes** 59:3
120:14 137:1
281:15,15 286:7
**missed** 26:6
**misses** 173:25
**mistranslation**
63:3,16,18,20
**misunderstood**
28:25 58:9
**Mitch** 12:14 14:4
16:10 203:15
221:24,24 222:18
**Mitchell** 3:3,5 9:10
**Mm-hmm** 57:1
**Mo** 126:6,7
**Moderne** 146:16
146:24 147:12
264:22
**moment** 280:15
**Monday** 288:2,23
289:12,15,20
290:15,20

**money** 27:11,25
34:23 35:11 38:2
45:9 50:21 51:12
52:19,21,24,25
53:24 55:24 58:19
58:20,24 157:18
157:19 170:7,21
171:17,17,25
172:2 178:8,15
192:21 194:25
195:1 196:16,20
221:15 222:3,20
223:2,3,11,17,19
223:21 225:8,10
225:15,19,20
226:4,17 230:23
230:24 231:1,3
232:22,24 243:13
256:1 280:8,9,12
295:12,18,22,22
**Mont** 12:6,8
**month** 54:20 55:1,8
55:12 56:22
155:16 156:1
161:20,25 162:23
163:10 184:16,19
186:14 239:18,19
242:20 243:7
268:14
**morning** 10:3
40:13 44:14,17,18
44:18 69:9,11
72:15,16 79:21
83:10,13 94:11
97:6 119:24 128:7
130:17 133:22
136:25 163:5
217:22 279:8
289:12
**mother** 18:20 21:7
21:9,17,25 22:4
22:24 23:1,10
24:14 27:20 31:15
31:17 32:12 48:12
49:3 51:16 97:11
98:6 104:10,13
105:4,7 134:20

202:21 218:12
258:9,10 259:23
279:13 289:6
**mother's** 23:16,19
23:21 24:5 27:14
28:6,12,23 29:4
29:17 30:6 35:1
49:2,4 73:3
104:12 259:19
279:13 289:1,3
**Motions** 16:17
**mouth** 72:12 94:8,9
117:18,19 131:20
131:21 245:17,24
246:21,22,24
284:19,24 285:4
285:11
**move** 30:11
**moved** 31:12 138:8
151:18 182:12
**movies** 71:22 87:1
91:13 92:1,7,12
278:9
**moving** 254:3
**mstewart@simm...**
3:25
**municipality** 80:17
80:25 81:1,5,11
**Murphy** 4:6 8:17
**music** 167:17

___

**N**

**N** 8:1
**Nabon** 192:17
**naked** 216:23,24,25
233:8 238:12
278:12 280:25
281:4,5
**name** 8:4 10:4,6,8
14:16 19:17,18,22
24:20 34:5,5
46:17 48:15 57:16
59:16 73:23,24
79:13 99:21 113:4
113:5 150:18
160:23,24 169:12
169:19 180:12,14

180:16,19 181:21
182:17 201:16,19
201:22 205:8
207:3 208:6 218:2
224:11,19 230:19
253:24 257:2
263:19 267:18
**named** 19:21,24
20:2 48:8 59:13
140:2 164:19
174:2 294:22
295:1,4 298:6
**names** 12:15 46:14
46:15 169:5,6
173:24 181:8,12
222:17 223:25
224:23 226:23
228:25 229:12
230:4,5,9,10
231:9 255:6,7,8
256:22,23,24
264:18 266:16,20
266:25
**Nathalie** 6:14 9:18
64:7 65:23
**National** 163:25
**near** 33:24 49:11
84:19
**necessary** 299:4
**need** 28:10 39:19
45:10 67:15 93:24
98:18,19 105:23
109:19 114:3
139:2 182:15
190:25 203:14
218:17 223:19
224:13 225:10
251:9 267:7,10
295:21
**needed** 35:16
103:25
**needs** 111:16
219:15
**neighborhood**
57:17,18,22,25,25
70:19,22 121:18
121:23 122:5

176:17
**neither** 298:11
**never** 34:18 47:9
47:11 48:5 52:4
102:24 108:20,22
115:12 140:17
148:3 149:15
152:17 167:18
169:15 173:5
175:18 177:15
193:5 211:11,13
211:16,17,22
225:22 232:13,16
232:21 237:8
244:10 248:24
249:3 254:22
273:4 291:12
295:7
**new** 1:9 3:16,16 6:4
21:25 23:10
110:22 193:8,12
256:5,14,17,25
257:6
**news** 17:9 156:9
**nice** 131:12 293:6
293:15,24
**Nicholas** 41:6
140:21 292:22
293:23,24
**Nick** 296:9 297:6
**Nickenson** 191:18
**nickname** 10:10,12
**nicknames** 10:14
79:15
**night** 76:11 77:4,14
96:13 119:6 125:3
125:3,21 130:20
133:21,23,25
237:3 245:4
270:19 276:1
**nighttime** 74:22
86:18 125:11
287:7
**noise** 222:13
**noon** 98:24
**normally** 32:23
**nose** 41:19

**Notary** 298:3,24
301:19
**noted** 301:6
**NOTES** 302:1
**notice** 78:15 258:16
**noticed** 257:23
**November** 162:6
162:13,15,18
239:22
**number** 8:13 10:20
10:22 11:7 59:24
62:14,15 144:9
159:10 195:7
200:13 244:18
255:8,9 292:15
**numbers** 222:17
255:7
**nurse** 100:5 289:24
291:13

___

**O**

**O** 8:1
**o'clock** 44:21 137:1
**O'Connor** 2:11
298:2,22
**O'Neill** 4:4 8:19,19
**oath** 10:17
**object** 206:7
234:16
**Objection** 12:24
13:4,9,20 14:9
15:2,12,19 16:1
18:17 19:13 20:9
20:14,19 21:1,11
21:19 22:1,25
23:12,20 24:7,23
25:4,11,19 26:3,9
26:18 27:5,10,16
27:24 29:3,20
30:8,16 31:8,16
32:1,8,16,24 33:4
33:18 34:6,13
35:3,9,20 36:2,9
36:15,23 37:3,19
38:10,22 39:9
40:5,14,18,25
41:12,18,24 42:7

43:5,21,25 45:7
45:25 47:1,17
48:2,18 49:7 50:9
50:14,22 51:8,13
52:1,6 53:2,6 54:4
55:20 57:23 58:13
60:15 61:8,16,20
61:25 63:1,11,15
64:22 65:13,21
66:6 68:4,18
69:16 70:2,15
71:1 73:20 74:21
77:5,15 78:7,20
79:1 80:8,20
81:13,23 82:14
83:1,7 84:1,7,12
85:25 86:9 87:4
87:20 88:8,16
89:11,15 92:15
93:2,10 94:22
95:20 96:10,19
97:24 98:7,13
99:9,13 100:1,8
100:21 101:4,10
101:15,22 102:6
102:14,20 103:2
103:12,17 104:6
104:24 105:11
107:8 108:21
109:15,21 110:8
110:17 112:21
114:12,21 115:2,9
117:1 118:1
119:19 120:9,18
121:10,25 122:7
122:15,21 123:4,9
123:14,25 124:14
125:16 127:21
130:7 131:8 132:2
133:8,24 134:9
135:4,9,18 136:7
136:15 138:24
139:9,17 140:3,16
141:11 142:11
143:4 144:4 145:5
145:14,25 146:20
147:13,17 148:7

149:2,8,17,24
150:4,10 151:3
152:18 153:14,25
154:17,22 155:25
156:11,21 158:3,9
158:15,20 159:1,7
159:20 160:8,15
161:11,22 162:11
163:6,16 164:3,9
164:20 165:12,21
166:6,16,25 167:5
167:11 168:1,10
168:21 169:1,13
169:23 170:3,10
170:22 171:10,20
172:4,9 173:12,22
174:6 175:13
176:5,18 177:14
177:20 178:5,13
178:21 179:3,12
179:25 180:9,17
180:24 181:4,14
181:20 182:1,21
183:4,9,16 184:11
184:20 185:7,13
185:18,24 186:4
186:10 187:2,8,13
187:22 188:2,7,13
188:19 189:4,9,18
190:7,12,20
191:22 192:2,9,15
192:22 193:4,9,14
193:23 194:9,13
194:18,24 195:19
195:25 196:7,12
196:17,25 197:5,9
197:17 198:7,16
199:7,13,18,24
200:4,9,17 201:2
201:9,13,18 202:3
202:7,17 203:3,19
204:4,11,18 205:4
205:10,18,24
206:4,22 207:2,7
207:15,21 208:2
208:18,23 209:3
209:11,16,22

210:11,22 211:2
211:15,21 212:10
212:16,21 213:2,9
213:14,24 214:21
214:24 215:19,24
216:13,19 217:9
217:14,18 218:4
218:10,16,23
219:4,12 220:11
220:22 221:4,10
221:18 222:5,21
223:4,12,18 224:1
224:9,21 225:3,9
225:16 226:1,6,12
226:19 227:2,5,9
227:12,16,25
228:5,9,13,18
229:3,11,17,23
230:2,11,15,21
231:6,16 232:4,20
233:3 234:22
235:16 236:5,13
237:5,18,22 238:2
239:5 240:2,15,22
241:13,20 242:2
242:10,15,21
243:1,9,16,25
244:8,24 245:6,18
245:25 246:8,23
247:9,16,21 248:3
248:8,13,17,21,25
249:5,13,18,22
250:4,16,22
251:19,24 252:4,9
252:16 253:8,13
253:18 254:8,14
255:3,16 256:2,7
256:18 257:1,7,17
258:3,18,24 259:6
259:14,22 260:5
260:15,19 261:1,6
261:11 262:1,8,14
262:19 263:2,8,14
264:4,14 265:1,16
265:24 266:8,23
270:9,15,23 271:8
271:24 272:13

273:3,10,15,20
274:7,17 275:4,18
276:3,12,17,23
277:2,9,20 281:22
282:2,14 283:7,16
283:25 285:6,12
286:4,8,25 287:10
288:12 289:10
290:1,13,17,22
291:4,10,15,24
292:3,17 293:7,12
294:16 295:13,20
296:14,20 297:2,8
**objections** 16:18
**obtained** 218:21
  219:2
**occur** 281:13
  294:14
**odd** 56:22
**Odilbert** 159:15
**office** 132:25 133:1
**OFFICES** 3:5
**Oh** 19:22 182:6
**okay** 11:22 12:10
  12:21 13:2 14:4
  16:2,8,9,10 17:14
  17:22 19:5,24
  20:4 22:23 23:9
  23:15,24 24:4
  25:17 26:13 27:8
  27:14 29:12,15
  30:6,19,24 31:19
  31:22 36:21 37:1
  39:22,25 40:3
  42:12 43:18 44:14
  45:12 47:24 48:5
  49:5 52:15,18
  54:1,7 55:4 56:20
  58:2,9,18 59:1,18
  59:23 62:12,19
  63:4,9,25 64:6
  66:12,19,22 68:1
  69:4,7,9,19 70:8
  70:24 71:4 72:23
  73:12,19 74:3,10
  74:14,24 75:17,23
  77:1,23 78:5,23

81:18,21 82:11,20
82:23 83:10,15,21
84:15 85:1,8,19
86:3,7 87:16 88:6
88:20 89:9,22
90:17 91:8,14,25
92:6,18 94:12
95:8 96:7,17,22
97:5 98:5,17 99:1
99:16 100:12
105:24 106:5,15
106:22,24 107:5
107:11,16 108:18
109:12 111:9,18
112:1,6,16,18
113:11 114:24
115:6,20 116:13
116:21,23 117:14
118:22 119:3,6,9
119:16,22 122:10
122:19,25 124:21
124:24 125:13
126:20 127:13,24
128:13,23 129:1
130:1 131:25
132:9 133:3,5,12
133:19 134:2,13
134:23 135:8,17
136:18 137:3,4
139:6 141:9,14,18
142:18,23 146:5
147:8,11,21
151:10 155:3,6,10
155:20 157:21
158:6 159:23
160:21 161:14
162:17 163:2,13
166:2,9 167:6,14
171:13 174:5
175:10,24 176:3
177:11 179:9
181:2 182:24
183:1 203:13
228:21 254:6
255:13,24 256:13
257:5 258:15
259:2,11,19,25

Confidential - Subject to Further Confidentiality Review

260:13,22 261:9
262:12 263:5,11
263:19 264:11,20
265:22 266:2,5,20
267:3,13,23 268:5
268:17 270:12
272:7,16 273:13
274:25 275:24
276:9,20 277:12
281:7 282:20,24
283:2,5,23 284:3
284:6,11 285:9,21
286:11 287:13
288:8 289:14,17
289:23 292:20
293:3,17 294:1,7
294:12 295:6,8,24
297:11,14
**old** 18:11 20:17
23:15 48:10 202:6
202:10 210:10,15
**older** 20:7,18,22
28:16,18 32:6
113:16 202:13
210:1,3,17,19
**oldest** 20:17,18
213:21
**Oldibert** 195:12
**once** 42:4 47:22
55:1 135:1 138:8
150:15 162:25
**ones** 170:23 180:22
181:3 223:16,24
230:3,4 231:8
255:5 256:21
264:17 266:17
268:25
**open** 40:17 71:13
74:15 75:6,7,8
77:9 89:22 125:24
126:1 258:22
279:7
**opened** 71:13,20
74:24 75:15,25
90:5 117:21 127:2
128:22 131:22
132:11,18 133:9

277:23,25 278:5
**operate** 136:22
**operations** 260:24
**order** 1:10,12 5:3
9:3 66:13 297:12
**ordinary** 123:3
**organizations**
266:21,25
**organized** 293:16
**organizing** 293:1
293:19
**original** 299:12
**other's** 247:6
**Oui** 125:22 126:10
146:7
**outage** 76:12 77:19
179:13 191:5
237:12 241:1
**outset** 16:4
**outside** 33:8 66:8
68:11 74:4 116:11
146:9 150:19,21
176:16,19 215:3
**owed** 157:18,19
158:2

---

**P**

**P** 4:4 8:1
**P.C** 4:6
**p.m** 44:25 272:5
**page** 7:2,12 11:7
197:12 300:3
302:2
**pages** 11:18,19
301:4
**paid** 25:23 27:4
28:1 53:13 54:9
54:16,18 55:4
73:10 157:18
158:1,4 264:25
265:13,18,20
**pain** 172:19,21,24
173:5,8,17 174:5
174:8,12,21,25
175:6,10 241:16
241:23 267:8
280:5

**pains** 197:14
**paint** 41:16
**painted** 93:25
131:11
**painter** 270:1
**pants** 284:9,11,15
287:15,17,17
**paper** 197:21 233:4
255:4 274:8
**papers** 198:6 199:1
**parents** 19:5 25:17
31:12,13
**parents'** 24:10
**parking** 95:12,12
95:14
**part** 32:22 49:17
60:3,7 111:12
112:18 233:11
296:7
**participate** 140:14
**participated** 60:3,6
60:9,11,13 62:19
64:10
**participating** 23:18
**particular** 32:22
**parties** 298:13,15
**parts** 85:5
**pass** 19:3
**passed** 19:2
**passport** 151:21
**paste** 42:9
**Paul** 1:7 4:3 5:13
8:18,20,23 46:8
46:10,21,24 47:5
47:14,21 48:1
148:10,12,16,23
148:25 149:1,3,3
149:9,12,18,23
150:3,8 151:2
253:24 266:10,13
268:20,22,24
269:18 292:5,8,11
292:24 294:23,24
294:25 295:1,4
**Paul's** 269:2
**pause** 219:16
**pay** 25:17 27:8,12

27:17,20 28:1
29:5,10 51:24
53:23 265:4,12,14
**paying** 27:23 29:11
29:13 146:23
147:18,19 265:19
265:23
**penalties** 197:14
**penis** 94:9 106:12
112:11 128:21
245:17,23 246:2,6
246:11,20,22
247:1,3,4,6,7,12
247:14,15,17,20
247:20,24 248:1,2
249:9 279:3
284:18,24 285:1,1
285:2,4,11,18,18
**people** 17:14 22:20
33:23 34:22 38:20
39:2 45:20,23
47:8 49:24 50:7
50:12,17,20 70:16
77:7 82:3 88:20
88:23 95:11 99:24
101:1,14 110:6,11
110:14 115:6
123:15 127:9
146:1,3 148:25
152:5 153:2
165:17 167:23,24
168:2,5,9,16
171:8 175:25
176:3,13 178:7
179:23 180:22
181:6,12 191:16
194:7 198:5,8,10
199:14 205:16
209:17 220:16
221:2 223:25
224:8,13,18 227:8
227:21,23 228:24
229:15 237:21
243:12 244:5
256:13,25 257:3
264:12,12 266:7
266:19 268:19,20

291:18 292:5,25
293:17,18 296:16
**Pere** 46:10,21,24
47:5,14,21,25
148:25 149:3
**period** 56:7 77:13
147:22 148:4
162:21
**periods** 60:11
**perjury** 197:14
**Perlitz** 1:7 8:10
15:9 16:25 17:9
45:12,16 50:8,18
110:25 138:9
148:14 149:19
152:15 158:19,25
159:5,12,24 160:1
164:7,23 169:22
190:1 195:9
198:23 200:25
212:15 215:8
216:22 217:5
232:18 233:6,8
238:20,23 239:3
244:13,22 245:3
246:20 248:11,16
248:24 249:11,17
250:2,3,20 252:12
253:4 255:2,22
257:12 269:12,20
274:22,24 275:2
276:11,21 277:18
280:23 283:15,21
285:4,23 286:1,12
286:18,21 287:6
287:24 289:4
294:3,8 296:13
**Perlitz's** 217:17
233:22,25 234:14
234:21 238:12
247:3,7,19 276:2
**person** 12:16,20,21
49:16 82:7 94:14
147:3,8,18 159:13
180:1 195:10
196:1 201:17
237:17 258:23

Confidential - Subject to Further Confidentiality Review

293:15 298:6
**personal** 188:9
    203:4,8 204:12,19
    205:5
**personally** 153:22
**persons** 159:11
    195:8
**persuade** 103:20
**Peter** 79:10,11,15
    81:22 82:2,9,18
    82:20 83:5,13
    99:8
**Peter's** 79:13,17
    82:13,25 84:5
**Peterson** 192:16,16
**phone** 156:14,15
    206:5 211:16
    222:17 255:7,8,9
    274:11
**photos** 18:16
**physical** 175:11,21
**physically** 174:23
    269:24 270:8
**pick** 125:5 162:25
    163:7
**picture** 18:13 94:20
**pictures** 91:2,3
    93:9
**piece** 53:22 274:8
**pill** 97:19
**pills** 239:9,14
    240:20,21 241:9
    241:12,16,19,22
    242:1,9,25 243:7
    253:17 280:4
**PITNEY** 5:14
**place** 28:22 32:25
    34:2,2 39:1 79:20
    85:17 130:5
    144:22 155:13,17
    211:4 220:7
    234:13 246:6
    248:7 263:18,20
**places** 31:12
    177:12
**Pladeau** 213:25
**Plaintiff** 1:5 3:2

7:13 8:10 9:6,11
    9:12 10:22
**Plaintiffs** 9:8,9
**plantation** 155:21
    240:13
**Plata** 2:5,6
**play** 40:8 42:15,16
    67:20 94:6 112:8
    183:23,25 184:2,4
    184:6,8,10,13,16
    184:19 185:4,5,8
    185:12,17 278:24
    281:8,25 282:12
**played** 72:10 94:5
    106:9 186:9
    278:24
**playing** 38:2 67:19
    92:6,12 106:9
    112:7 128:17
    113:18
**Plaza** 6:7
**please** 8:15 10:4
    11:6 14:24 48:14
    54:23 60:7 64:8
    72:23 73:15,17
    219:16 245:20
    252:25 254:4
    277:15 278:4
    299:3,8
**pleasure** 226:15,18
**point** 84:18 146:8
    153:13 164:15
    172:21 189:1
    222:19 257:23
    259:12 281:3
    283:3 284:3,8,18
    284:23 285:10,18
    288:8 291:7
**pointed** 94:20
    255:8
**pointing** 236:10,11
**police** 37:1 38:9,16
    38:18 80:21,23
    164:1,15 169:21
    182:10,11,12,13
    221:21,21 222:14
    222:14

**policeman** 80:18
    163:25 164:1,6
**Pollard** 2:11 9:15
    298:2,22
**porno** 71:22 87:1
    91:13 278:9
**pornographic** 92:1
    92:7,12
**pornography** 92:19
**pornos** 278:9
**Port** 212:2 214:20
    214:23 215:4
**Power** 76:12 77:19
    179:13 191:5
    237:12 241:1
**PPT** 13:24 14:20
    14:22 15:11 17:15
    24:1 26:22 43:3
    50:5 57:20 58:11
    59:13 60:4,7,8,21
    62:23 64:20 65:3
    66:17 73:25 74:2
    79:11,17 81:21
    82:1,12,18 83:21
    84:4 98:11 108:4
    113:11 147:3
    152:10,12 153:1
    163:14 189:8
    204:7 213:6
    255:25 266:7
    296:19 297:1,7
**preacher** 154:7
**prefer** 101:8
**prepare** 255:9
**prepared** 205:22
    207:14 254:7
**preparing** 263:11
    264:3
**present** 6:16 205:2
    220:6 256:10
    268:17
**pretty** 274:21
**prevent** 174:22
**priest** 36:19,22
    150:22
**Prince** 212:2
    214:20,23 215:4

**Prior** 200:24
**prison** 15:18,23
    17:1
**privacy** 23:11
**private** 24:24 27:2
    27:3 85:4 146:19
    146:21 188:14,15
    188:20,24,24
    229:22
**privately** 151:7,8
**Pro** 126:8,9,11,18
    126:20 127:19
**problem** 175:8
**problematic** 175:9
**problems** 202:1
    232:3
**program** 60:3,7,12
    116:15,19 156:20
    156:24 157:4
    292:23,24 293:1
    293:16,19,19
**programs** 60:8
    140:15
**project** 39:13 49:17
    57:20 78:4 94:1
    182:15 292:9,9
**project's** 127:12
    148:1,13,16,17,22
    148:23 149:19,20
    266:10,11,12
    267:21 268:1,2,22
    268:23,24 274:16
    292:7,10
**promised** 61:15
    104:5 109:8,10,13
    109:17 110:4
    153:24
**promising** 110:22
**property** 127:20
**propounded** 301:5
**provide** 103:24
**provided** 280:7
**providing** 104:4
    216:2
**public** 24:21,25
    27:1 146:18 264:2
    264:6 298:3

301:19
**publicly** 101:8
**Puerto** 2:5,6
**pull** 282:7
**pulled** 282:6
**punish** 101:24
**purpose** 225:1
    230:18 231:4
**put** 27:11 41:19
    60:25 66:8 67:18
    67:22 72:9,11,13
    72:14 94:8,8,9,10
    95:8,9,13 96:14
    97:1,2 106:12,12
    112:10 116:11
    117:18,18,20
    124:4 128:21
    131:19,20 133:2
    139:24 145:2
    146:10 169:4,6,11
    169:18 180:12,14
    180:16,19 181:12
    181:21 182:16
    217:2 220:20
    221:2,8,16 222:3
    222:4,9,17 223:25
    224:10,17,19,23
    244:16 245:16,23
    246:2,6,10,20,21
    246:22,24 247:1
    247:11,14,17,23
    248:2 249:8
    264:17 279:3
    284:18,23 285:2,3
    285:4,10,18
**pwilliams@dayp...**
    5:18

| Q |
| --- |
**question** 36:4,21
    54:23 59:22 60:2
    61:7,10 63:7,10
    63:13 67:6 72:19
    73:14,16,18 76:19
    76:23 77:1 104:21
    105:24 106:24
    107:1,6,6 112:18

112:20 121:12
124:24 125:19
133:5 151:5
157:21 159:10,11
160:19 161:15
165:16 174:21
177:11,17,18
178:22 179:17
194:2 195:7
198:19 204:19
242:7 244:4
246:19 254:4
256:13 261:21
274:20 277:14,14
283:20 285:10
286:16 288:19
292:13
**questions** 13:2
16:19 43:1 76:17
81:15 144:8 151:6
169:16 183:21
188:18,23 203:11
204:13 205:9,16
206:20 220:1
254:1,2 267:15
271:4 301:5
**quote** 183:1

**R**

**R** 8:1 298:1 300:1,1
**radio** 17:4,5,8,10
17:13 93:13 130:2
167:14,16 182:4,9
182:13,18 221:20
221:22 222:13,15
228:25 230:3
231:8,10 264:1,7
264:9,13,16
**raised** 36:13
**raising** 219:14
**read** 11:2,4 12:22
12:23,25 13:2
16:20 24:16 35:24
59:22 62:12,17
63:20,23 64:4,7
65:22 76:17
145:16 199:5,12

199:16,21 200:2,5
200:7,12 208:15
208:21,24 274:20
299:3 301:3
**reading** 145:18
199:14 205:9,15
206:19
**real** 72:6 99:21
**realized** 128:4
**really** 17:11,12
100:23 102:24
107:21 108:2
114:18 149:15
174:20 175:17
177:21 238:6
265:8 280:2
296:10
**Realtime** 2:12
298:23
**reason** 94:18
107:25 123:12
225:6 249:21
299:5 300:5,7,9
300:11,13,15,17
300:19,21,23
**recall** 69:25 118:4
206:23 234:15
261:4
**receipt** 299:13
**receive** 196:11
260:13 295:18,19
**received** 171:16
176:23 198:22
225:15 255:25
**recess** 59:8 98:22
137:7 151:14
219:22 280:19
**recite** 16:15
**record** 8:4,16 59:7
59:9 76:13 77:20
98:21,23 137:6
138:3 151:13,15
179:14 191:3,6
219:21,23 237:13
241:3,4,5 280:18
280:20 297:18
298:10

**records** 218:7,15
218:21 219:2
233:1 275:8
**recovered** 259:15
**rectum** 246:21
285:19
**red** 234:25 235:12
235:23 239:2
277:3
**reduced** 298:9
**referenced** 1:21
**refused** 143:11
144:15 220:1
**regarded** 101:3
**regular** 69:15
**regularly** 104:22
**related** 265:7
298:12
**relating** 233:2
**relations** 201:1
204:10,21,25
205:3 206:9
**relationship** 104:9
**relative** 298:14
**released** 294:4
**rely** 209:9
**remain** 188:14,20
188:24
**remember** 11:23
11:25 12:1,5,14
14:3,7 15:1 18:9
18:12,14 23:17
35:4 40:23 41:5,7
44:20 47:23,24
48:3 49:23,24
60:17 62:10,21
64:13 65:9 73:24
82:15,17,19 85:3
90:10 108:14,17
118:8 138:16
140:23 141:19
150:17,23,25
152:13 159:8
160:23,25 171:7
171:11 186:5,5
190:3,13,17
192:10,13,18

193:18 194:10
197:24,25 198:4,4
198:5,13 201:10
201:14,14,16,19
202:8,11,13 205:8
205:14 206:23
207:22 210:16
219:13 227:6,6
228:1,6,10,14
234:11 235:5,8,9
235:11 236:2,6,6
236:7,17,23,24,25
237:2 242:11,16
242:19,22,24
243:2,10 245:1
256:21,23,24
257:2 259:7
266:16 268:8,14
275:13 276:21,24
281:17 282:17
287:14,16 288:22
294:17,20
**remembered**
275:22 291:7
**Renel** 159:15
195:12
**rent** 51:3
**rented** 30:23
292:23
**repeat** 14:24 54:22
64:8 191:1,2
**REPORTED** 2:10
**reporter** 9:14
10:19
**represent** 253:24
267:19
**represented** 50:13
**representing** 8:20
8:21,24 9:1,3
**Republic** 2:7 8:9
37:22 141:7 142:6
142:8,20,21
143:24 145:9
151:19 155:4,7,8
155:11,24 161:20
162:5,12,22 163:3
165:25 166:11,14

190:6,11,16
239:17 264:21
271:23
**request** 83:6
**requested** 218:14
**require** 260:22,24
**reserved** 16:19
**respect** 16:18
**Response** 7:13
10:23
**rest** 22:21 96:13
123:19 157:19
**restaurant** 113:25
114:1 265:9
**result** 189:25
**return** 142:2
155:10 299:11
**returned** 157:12
158:12,25 161:9
161:10 163:13
170:16 173:1
**returning** 178:11
**REVIEW** 1:23
**revolutionaries**
169:3 181:18
183:2,8
**revolutionary**
181:25
**RHODES** 1:10
**ride** 127:7
**right** 13:3 18:16
20:13 21:25 24:2
24:6 29:19 33:3
39:13,23 43:4
46:25 51:23 55:24
57:8,17 58:16
61:24 62:17 65:8
70:9,19 75:10
76:7,11,24 77:4
82:25 84:16 86:8
86:13 87:23,25
89:2 90:6 91:10
97:23 99:19 102:5
103:21,24 105:10
107:7 110:23
111:4 114:20,20
115:16 116:16,19

117:25 118:15
121:19 124:11,21
124:25 125:21
127:14 129:15
130:22 133:13
135:12 138:18
139:15 140:15,20
141:16,20 143:8
145:13 146:6,9
147:23 148:5
149:16 150:3
151:18 154:12,16
156:7 159:6
161:10,21 162:18
165:20 169:12
170:14 177:8
182:3 186:9,14,17
189:3 207:6,11,14
208:1,5,12,22
209:2,10,15 210:1
212:3 213:17
214:3 215:8,18
216:12 220:21
223:1,3,11,15,17
226:10 227:19
229:10 232:19
234:10 235:2,23
236:10,19 237:1
239:2,4,9 248:20
249:3,4,16 250:7
250:11,21 251:18
258:21 271:17
**river** 151:25
**RMR** 2:11 298:3
298:23
**Robens** 192:18
**Robinson** 5:6
150:17 154:21
156:20
**rock** 79:22 80:5,7
80:10,10 84:6
**Rodelin** 157:23
**role** 135:2
**Roman** 36:14
**Ronald** 113:1,2,6,8
113:9,10 114:5
119:5,9,13 120:2

121:20 164:12
**Ronald's** 113:4
115:16,22 118:7
119:4,7 120:5,12
120:15 121:1,8,13
122:11,20 123:1
**room** 22:9,11,11
72:15 75:13 86:6
86:12 88:3,4,14
89:4,9,23 90:12
90:19,25 91:6
92:8,11 93:13
94:11 95:3,9,15
95:17,18 96:25
97:1,1,2,4 119:12
119:17 128:6
130:2 136:21
143:7 144:21
186:23 187:20,21
188:1,12 217:17
270:19 272:19
277:24 278:8
279:6
**rooms** 22:7 31:2
86:4,17 95:10,10
**round** 235:2
**Rover** 77:24,24
**Ruben** 220:12
**Rue** 23:18,22 52:20
54:21 55:2 57:7
57:10 60:14,25
61:23 62:19 64:11
65:19 66:4 70:9
78:12 105:4 288:2
**ruined** 225:20
**rumors** 189:19,21
**run** 24:22 66:17
156:20

---
### S
**S** 5:5 7:11 8:1
**S.J** 1:7 4:3
**sad** 123:17
**sadness** 267:8
**Sam** 19:25 210:17
211:6 212:3
**Santo** 140:25 142:5

142:7 146:12
152:2,20
**Saturday** 186:22
**saw** 45:17 47:5
71:6,14,14,24
73:1 74:17 78:12
79:22 80:1,10,21
83:16 84:23,24
87:12 88:17 91:1
92:11 97:8 100:5
104:14 105:21
106:3 111:11
117:4 126:4
132:20 167:6
169:11 173:25
194:7 211:9
215:17 222:10
233:19,24 234:2
234:14,21 235:22
235:22,25 236:4
236:15 239:2
250:24 253:5
254:7,17 256:14
256:19 258:6
273:4 278:3,8
286:14 293:2
**saying** 45:22 54:1
68:24 78:23 88:12
102:11 118:17
142:9 143:16
165:19 166:4,18
173:8 175:5 194:1
209:14 220:23
236:12 243:23
**says** 62:6 233:17
**scared** 71:25 72:3
92:16 93:20
100:20,23 103:22
128:10 130:15
138:11 139:3,21
139:21 142:4,4,15
143:12 144:6,17
144:18,20,21
146:2 152:23
153:4,5,7 154:1,1
154:2,9 164:10
165:2,3,13,15,17

169:24 246:12,12
251:12,12,15
252:19 261:18
278:12
**school** 24:12,14,15
24:17,19,20,21,22
25:2,6,6,15,18
26:11,14,15,17,21
26:24 27:1,2,9,12
27:17 28:7,11
29:5,6,10,19,25
32:13,15 35:18
36:7,11 93:24,24
109:23,24 131:14
136:25 140:2
146:6,9,13,18,19
147:11,16 157:5
157:20 158:2
251:9,10 264:22
264:25 265:5,10
265:11,12,15,17
278:16
**schools** 24:24,25
**screen** 87:10 88:13
129:23
**seal** 298:18
**seamstress** 287:19
**search** 41:13 42:5
**searched** 41:8,10
42:8
**second** 43:2,10
67:4 111:1 124:4
124:5,12,13 126:4
132:1 143:7
162:24 190:24
203:10 223:2
239:20 240:1,6,8
250:14,15 252:13
253:6 286:11,17
286:22 287:5
294:9,14
**secret** 109:11
**security** 40:19
171:4 190:21
191:9,11
**see** 11:15,20 45:12
45:16 46:3,10

47:14 52:9 61:9
69:13 71:9 75:15
80:5,6,9 83:18
86:4,16,23 87:10
88:6,10,12,20
90:25 91:4,5,22
91:24 92:5 94:13
96:3 98:3 99:24
100:4,6,7,12
112:25 116:1
117:5 118:14
119:1,5 126:2,5
126:21 129:3,22
129:24 133:1,16
133:18 142:1,13
142:13 147:25
148:10,14,15
158:6,13 174:2
193:7,12 197:16
197:18,20,21
216:5,7 217:21
220:16 222:12
225:7 233:10
238:8,11,14,17,19
238:22 239:4
251:1 255:20
256:17 274:11
276:10,15 277:22
278:17 286:15
289:6 293:14
**seeing** 18:15 47:24
92:25 104:22
**seeking** 264:17
**seen** 18:16 47:9,12
92:22 105:7
107:15 127:19
209:20 211:11,11
211:13 217:12
218:7 231:13,14
256:5 273:6,7,11
295:7
**self-explanatory**
274:21
**sell** 162:25
**send** 26:17 29:18
106:4 109:17
117:9 124:22

128:11 130:18
131:9 132:20
138:12 144:18
221:24 251:2,8
252:20
sending 34:24
senses 290:2,12,15
sent 112:14 132:21
134:7 136:1,5
155:19 197:4
serum 73:8,9 97:19
239:12,14,15
240:19,20 241:8
241:11,14,18,25
242:5 260:16
261:13
SESSION 138:1
set 7:13 10:23
32:25 44:19
298:18
seven 1:14 44:16
sex 61:1 101:2,8
102:12,25 103:10
114:11 200:20,22
201:6,17 202:2,15
203:1,6,17 204:17
sexual 200:25
204:9,21,25 205:3
sexually 159:12
195:9 277:19
286:1,12,18,22
shameful 101:3
share 195:16
shared 159:18
195:15 196:23
197:7 200:14,15
sheet 130:8 216:14
251:5 278:9 279:5
299:6,9,12 301:6
shirt 67:18,19 72:9
94:4,5,5 278:23
281:2 284:5,6
287:9
shock 176:23
short 287:16
shorts 287:13,17
shot 97:19

shots 173:4,5,18
231:24
shoulder 85:2
show 17:6,8 45:23
71:10 89:14
showed 71:12
shower 40:7 42:10
97:8,10 104:14
257:20 258:2,6,7
258:22,25 279:12
288:15,16
showered 42:13
132:23
showering 73:1
showers 258:23
showing 46:10
shown 129:22
shows 17:10 108:23
167:17 233:21
shy 280:2
Sibert 13:18
167:18,21 179:11
179:19 271:13
273:14 274:5,15
274:23 295:4
Sibert's 17:5,7
sibling 20:18
siblings 19:10,12
20:12,24 23:6
24:17 25:3,9,18
27:9 32:6
sick 107:15
sickness 34:25
107:17
Sida 191:19
sign 11:11 16:20
167:24 168:5,9,16
180:23 197:22
205:17 206:16
207:1,1,10 224:8
224:18 229:15,25
264:12 299:8
signaling 235:6
signature 11:9
208:3
signed 11:23 12:3,7
12:11,12 13:12,14

13:18 61:14 65:12
197:13 198:1
207:3,25 208:11
228:25 243:12
244:5
signing 11:24 12:1
198:6,11,25
similar 30:24
SIMMONS 3:14
3:22
Simon 159:16,17
166:7,9 195:12,14
sir 11:2,9,17 15:8
17:23 73:14
106:24 179:17
243:5 244:22
251:18 253:7
267:16 268:7,9,11
268:15 269:6,21
270:14,22 271:1,5
271:7,11,20 272:3
272:8 273:9,19,24
274:2,25 275:11
275:24 276:22
277:1,8,12,16
280:7,10,12,23
281:13 282:10
283:6,11 284:4,6
284:12,21,24
285:5,9,11,15,23
285:25 286:3,23
287:3,5,9,13,15
287:18,22 288:3,6
288:9,11,19,19,20
288:23 289:7
290:16,21 291:12
291:14,21 292:13
292:21 294:1,5,15
294:19,22,25
295:8,12,19 296:1
sister 19:21 214:5,9
214:13,17 262:10
sisters 19:14 20:7
21:13 25:12
213:17,19
sit 65:16 66:1 71:22
126:14,23 270:8

site 55:18
sitting 38:1 91:17
126:25
six 1:14 44:16
121:22 186:3
251:17
sixth 3:6 147:14
157:9,11 265:18
265:19
sleep 23:4 37:9
39:1,3 71:15,21
71:23 72:5,15
76:1,4,5,10,20,22
77:2,8,10 83:23
85:18 90:22 91:8
91:9,11,15 93:3
93:18,23 95:11,16
96:13,16,18
111:21,21 117:11
119:23 127:2,16
127:19 128:7,13
130:4,6,17,20
133:20 139:3,25
144:22 152:21
185:2 216:16
246:14 252:18,20
278:19 279:7
sleeping 31:6,22
32:21 33:19,24
34:2 71:16,24
77:12,16,18 79:21
82:3,4,5,24 84:5,8
84:10 85:16 93:19
94:23 105:15
109:22 111:22
119:17 128:3,8
130:9 155:18
278:2,11,14
sleepy 127:1
slept 22:20,21
78:19 93:4 119:12
157:3 278:1
SLOANE 6:6
small 18:4 276:22
sniff 41:17
soap 42:9
soccer 42:20 184:1

184:19 186:9
Society 1:9 6:3 8:22
Sodom 101:18,21
102:18 154:8
SOIL 155:14
263:21,22,23
sold 30:20
somebody 55:15
79:22 115:21
118:5 174:19
185:9 199:8
someplace 29:6,24
38:1
soon 88:14
sorry 16:10 28:25
76:16 116:24
177:1 245:19
276:20 294:2
sort 25:2 91:6
104:23 110:22
sorts 35:23 42:5,16
sound 93:8 130:1
sources 58:24
SOVEREIGN 1:9
space 130:12 299:6
speak 46:20,23,25
149:13,25 269:6,8
270:13 272:22
specific 60:8
specifically 275:13
spell 48:14
spend 54:20 55:1
65:18 66:3 155:23
spent 57:7 73:10
97:20 105:14
155:16 241:10,14
274:10 279:19
spirit 108:24
spoil 176:2,10
238:6
spoiled 104:3,7
106:20 110:2,20
153:22
spoke 12:16 112:19
149:13 216:10
274:11
spoken 14:20

192:25 254:22
**sports** 183:23,25
**spot** 34:21
**spots** 276:11,21
  277:8
**spread** 33:21
**St** 1:3,3,10 8:10
  30:9,11,14,17,25
  31:7,14 33:7
**stab** 174:18
**stairs** 86:8,13,15
  87:3,3 89:3,19
  90:11 129:11,13
  133:12,14
**standing** 68:11
  84:19
**start** 39:15 127:10
  199:11 296:5
**started** 39:12 56:19
  73:5 93:19 94:24
  95:1 106:9 128:17
  130:9 131:17
  146:8 222:9 251:6
  288:17 290:6
  293:16,20
**starting** 26:22
  60:14 62:20 64:11
  66:23
**state** 3:6 60:7 81:6
  159:14 195:10
  273:18 298:3
  299:5
**States** 1:1 8:11 15:9
  164:1
**station** 182:4,13
  222:15 264:13
**stay** 26:14 30:21
  44:24 45:15 51:21
  52:12 61:2 81:16
  109:5 119:6
  155:12 220:9
  225:22
**stayed** 32:23 62:20
  64:12 65:5 81:14
  96:17 161:25
  188:8 217:25
  218:11 270:18

**staying** 28:22 34:1
  49:4,5 51:2 57:24
  96:23 155:17
  186:19 273:8
**stays** 122:22
**steps** 71:18,19
  278:6
**Stewart** 3:21 9:5,5
**stipulations** 16:12
**stole** 164:18
**stood** 38:3
**stop** 61:4 147:16
  172:22 249:21,24
  278:14
**stopped** 23:16
  26:15 29:12 56:18
  261:13 265:22
**storage** 95:11
**story** 101:20
  254:25
**straight** 140:25
**street** 3:6,23 4:7,16
  5:7,15 18:7 31:21
  33:15 34:11,14
  35:6 37:2 38:14
  38:15,21 39:4,12
  39:16,17 40:24
  41:11,17 42:6,17
  42:23 43:9,11,15
  43:19,19,24 44:6
  44:11,15,24 45:2
  45:5,6,8,10,13,17
  46:4,20 47:16,19
  52:22,25 56:17,25
  58:6,11 60:9,24
  66:7,14,24,25
  67:1,8,10 68:1,5,6
  69:14 72:25 74:1
  74:5 77:7,8,17,18
  78:24 79:4 82:6
  82:20 83:11,23,25
  97:7,8 103:9,10
  105:3,16,17,19
  106:25 107:12
  108:17 111:10,11
  111:24,25 112:5
  112:13 113:22,22

113:23 115:16,17
  115:18 116:3,15
  116:16,17,19,20
  119:25 122:17,23
  123:1 125:15
  126:14 132:19
  133:20 134:3,5,24
  139:3,24,25 141:2
  141:3,6 144:18
  147:6,7,9 152:21
  157:2 163:22
  185:2 213:7
  220:12 246:13,14
  246:16 251:11,13
  251:15 252:18
  257:16 258:16,21
  263:25 264:25
  266:3 278:14,15
  278:18,19 279:10
  279:11 288:13,14
**streets** 31:23 32:22
  37:7 38:8 49:16
  66:21 72:5 74:2
  76:7,24 77:13
  82:24 93:23
  106:14 109:22
  110:15 117:12
  128:14 131:13
  134:22 138:13
  139:22 157:3
  184:5,6 185:3,23
  186:8 252:20
**stress** 267:12
**stressed** 101:24
**strike** 16:17 277:14
**student** 113:11
  152:10
**students** 50:5 266:6
  296:19 297:1,7
**study** 36:10,11
**studying** 35:19
**stuff** 203:4,8 205:5
  229:22 261:17
**SUBJECT** 1:23
**Subscribed** 301:15
**substance** 301:5
**suck** 67:22 72:12

106:11,11 245:7
  246:1,9,9,10
  247:3,7,8,10,11
  247:20,22,23
  249:7,8,24 279:2
  282:7 285:1
**sucked** 67:21 112:9
  112:10 128:20,20
  245:7 246:2,25
  247:6,14,19 248:1
  279:3 285:1
**sucking** 247:4
**suddenly** 84:24
  278:3
**suffer** 143:23
**suffered** 143:23
  172:15 173:9
  174:13 175:6
  178:19 179:2
**Suite** 6:7
**Sunday** 184:9,12
  275:11,14,17
  287:25 289:11
  294:14
**Sundays** 184:10,16
  184:19 185:5
  186:9,11,14
**supervision** 269:2
**support** 21:9 52:15
**supposed** 116:6
  125:14
**sure** 11:17 14:25
  16:17 29:15 41:14
  47:25 54:24 55:15
  64:1,9 68:23
  78:18 98:19
  109:12 121:21
  142:25 145:17
  194:4 219:19
  280:16
**surgery** 260:13,23
**sutures** 260:18
**swear** 9:15
**sweep** 34:22 54:14
**sworn** 9:19,24
  298:7 301:15
**syrup** 239:8 241:16

241:22 242:3,5,6
  242:8,25 243:7
  253:16 280:3
**Systems** 2:12
  298:23

---

**T**

**T** 7:11 298:1,1
  300:1
**table** 88:1 91:7,18
  91:20
**Tacoma** 127:4,5,13
  128:23
**tailor** 287:20
**take** 11:6 29:24
  30:3 42:10 59:2
  79:24 80:16 81:6
  81:7 98:19 120:14
  120:17,21,25
  121:16 127:7
  130:21 137:2
  167:24 168:5
  174:16 176:9
  179:11,19 180:8
  203:9 218:2
  219:17 228:22
  229:2 240:20
  241:8,11,18,22,25
  242:8 243:7 246:5
  248:6 267:7,11
  280:4,5,14 284:8
  284:10,14 288:16
**taken** 59:8 81:15
  98:22 121:22
  122:4 137:7
  151:14 219:22
  280:19
**talk** 45:20 46:13,14
  47:3 105:23 128:5
  128:8 132:25
  134:19 135:1
  146:3 151:7,8
  163:19 164:6
  167:9,17 191:20
  191:25 198:14
  211:16 221:20,22
  222:16,18 271:19

272:10
**talked** 16:5 23:25
    55:11 99:5 117:10
    136:21 163:4
    164:14 182:13
**talking** 26:7 47:5
    58:7 72:2 77:23
    99:6,16,25 101:17
    111:24 138:6
    154:7 158:18
    199:22 206:6
    235:10
**tanks** 54:15
**tattoos** 238:19
**taxi** 289:1
**teacher** 157:23
**teachers** 136:24
    157:14,22
**team** 184:2
**Technologies** 8:5
**Ted** 8:17
**teeth** 42:13
**tell** 10:17 13:15,16
    16:6 30:2 33:14
    51:11,16 53:18
    61:15 62:13,18
    80:18 81:21 89:14
    96:8 98:5,8,10
    100:14 103:18
    107:16,18,19,20
    107:22 108:2
    109:2 114:17
    123:7,12,15 140:1
    145:23 146:1
    152:14,25 153:2,9
    157:10 158:21
    159:4 164:17,23
    165:4,17 169:2
    173:15,16 175:15
    184:15 185:11,16
    211:19 213:8
    222:16 224:18
    225:1,6 230:18
    231:3 233:19
    248:15 250:1
    252:14,23 253:4,9
    253:11,16 254:4

254:25 269:15,18
    277:5,16 279:13
    296:25 297:6
**telling** 114:5
    118:18 160:17
    267:25 268:3
    292:11
**tells** 85:16 277:21
**testified** 9:25
**testify** 298:7
**testimony** 9:20
    114:24 177:25
    259:11 289:9
    291:2 294:8
    298:10
**Thank** 16:22 59:5
    118:22 183:21
    220:3 267:16
    287:21 296:1
    297:15
**Thanks** 253:21
**THEODORE** 4:5
**theology** 36:11
**thing** 83:2 91:6
    101:3,21 102:13
    103:21 104:23
    106:6 107:2 112:4
    114:20 132:7
    232:9 243:2
**things** 35:23 42:16
    46:4 66:9,13
    67:16 73:19 85:23
    94:19 99:25
    100:17,23 102:8,9
    103:23 104:2,2,4
    107:21 108:3
    109:7,13 110:4
    112:2 114:8,18
    115:4,7 116:9,11
    123:16 124:16
    131:21 132:1
    133:2 135:6 139:1
    140:12 142:3,15
    143:22 144:17
    145:8 146:1,3
    153:3,10,23 165:5
    165:18 166:19

167:1 169:25
    172:7 188:14,20
    243:18,22 246:17
    251:13 280:2
    286:22 290:8
    291:17,19 293:10
**think** 16:19 18:10
    31:24 36:7 47:2
    50:3 74:6 85:13
    92:10,13 96:7
    109:6 123:22
    131:5,7 133:6
    141:18 153:19,19
    153:20 154:6
    162:1 167:3
    186:13 203:12
    219:15 243:3
    253:20 256:8
    267:6,10 274:21
    292:20 296:1
**thinking** 124:23
**thinner** 41:16,16
**thinners** 41:14
**third** 43:2,11,14,15
    138:10,23 143:10
    143:13 144:15,16
    144:23 184:18
    186:13
**thirty** 299:13
**thought** 27:22 29:1
    58:7 72:6 76:9
    77:2,9 85:15,17
    97:4 114:9 116:2
    124:10,22 130:17
    130:19 141:1
    161:19 167:6
    179:22 251:2
    293:20 296:6,15
    296:18 297:3,4
**thousand** 161:9
**threatened** 38:8
**three** 1:13 6:7
    20:10 22:21,23
    52:14 73:10 97:20
    120:25 122:4
    145:11 168:15
    173:4,5 179:22

180:21 187:16,20
    187:25 210:7
    217:25 224:7
    229:8,9 231:24
    241:10,14,21
    252:15 253:5
    259:3 260:14
    261:12,13,24
    279:19,20 289:18
**threw** 79:22 116:10
    124:4 139:4,16,19
    140:10,13
**throw** 80:5,9 139:2
    139:7 177:22
    178:7,15
**thrown** 80:6
**Ti** 49:19 191:19
**tiles** 21:6
**time** 8:7 14:22 15:6
    26:22 32:7 33:14
    34:16 37:13 38:25
    38:25 40:1 44:11
    44:14,17,19,25
    45:14,14 47:15,15
    54:3 56:7 59:7,10
    60:11 65:18,18,19
    66:3,3,4 67:4,5
    74:19 76:6,14,23
    77:13,14,21 78:25
    94:12 98:21,24
    102:4 103:9
    104:10,23 105:6
    105:14 107:3
    108:7 111:1,4
    114:6,9 116:13,14
    122:11,13,14,16
    124:4,12,13 125:2
    125:13 126:4,17
    127:18 128:2,12
    129:12,18 130:6
    132:1,6 133:21
    136:4,5,11,13,16
    137:6 138:4,10,23
    142:10 143:2,7,10
    143:13,17 144:15
    144:16,23 151:13
    151:16 153:11

154:10,15,16,21
    156:6 161:4
    162:23,24 178:25
    179:15 181:10
    184:12,13 185:22
    186:7 191:3,7,15
    192:20 193:7
    200:24 201:5
    202:6 205:2,13
    211:9 212:9
    217:16,17 219:6
    219:21,24 220:20
    220:25 228:24
    231:21 233:8
    237:14,25 238:3
    239:18,20 240:1,6
    240:7,8 241:3,6
    241:23 243:17
    247:4 250:14,15
    250:20 252:13
    253:6,17 254:6,17
    255:4 257:11
    258:23 262:24
    263:1,9 267:10
    272:10 274:6,10
    275:2 277:18
    280:4,18,21,23
    283:24 286:1,11
    286:17,22,23
    287:5,23 289:23
    292:20,21 294:2,9
    294:10 297:18
**timeline** 161:14
**times** 52:14,25
    55:16 143:1 144:1
    144:6 145:12
    184:18 251:18
    274:4 291:21
    292:1,14,15 295:9
**Timothy** 4:4 8:19
**tired** 37:8 185:9
**tits** 67:19,20 72:10
    94:6,6 106:9,10
    112:7,8 117:16,17
    128:17 131:18
    278:24,25 281:8
    281:10 282:1,3,4

Confidential - Subject to Further Confidentiality Review

282:5,12,22,23,24
283:1
tjf@murphyking...
4:11
**today** 10:17 13:16
18:1 44:20 48:17
53:5 65:17,17
66:2,2 83:16
114:24 145:24
157:10 171:25
178:20 187:1
205:22 209:14
210:8,10 251:18
270:8 275:1
**Today's** 8:6
**told** 16:7 18:13
29:2,23 37:12
39:3 55:17,19
56:21 61:10 63:5
67:11 68:2 71:4
73:3,14 82:8
83:17 89:1,7
91:15,18 97:11
103:22,23,25
104:13 112:13
118:25 120:2
128:15 130:15,16
131:9 134:13,15
135:12,15 142:21
148:18,22 149:18
152:19 154:10
158:22 159:23,25
160:12 161:19
166:7 168:24
176:9 177:7,21
178:2 182:14,16
186:8,13 189:15
189:19 190:18,22
191:9,11 192:3
193:5 195:18
206:14 207:25
211:22 212:7
221:11,23 224:12
229:25 238:4
244:9 245:12
247:10,23 250:2,8
250:11 251:13,17

252:2,12 255:17
255:24 257:10
264:20,24 266:18
267:3 268:5
269:11,13 274:15
279:6 282:3
291:12 292:6
**tomorrow** 111:15
115:25 117:5,23
118:13 119:1
**toothpaste** 42:9
**top** 86:16 208:5
217:3
**topic** 179:6
**total** 155:23
**totally** 281:5
**touch** 71:17,24
84:21 85:4 99:4
117:17 243:14
**touched** 84:20
117:16 130:13,24
**touching** 93:20
130:9 251:6
**tpo@murphykin...**
4:10
**trade** 35:19
**transcript** 299:14
299:15
**transcription** 301:4
**transfusion** 262:13
262:22,25
**translate** 9:19
**translated** 9:20
64:3,7 150:8
**translates** 238:24
**translating** 12:20
12:21 46:18,21
177:2
**translation** 191:2
**translator** 14:5
209:2
**translator's** 199:23
**traumatic** 290:8
**travel** 271:11
**travelled** 271:5,6
**travelling** 152:4
**treatment** 232:17

**trees** 40:8 155:15
155:15,16 163:11
163:12 240:17
**trend** 156:16
**tried** 142:10 143:1
144:14 145:3
148:3 195:5 197:3
**trouble** 37:2
**troubling** 108:19
**true** 31:13 33:12
47:22 48:6 49:11
51:7 52:21 53:11
58:10 62:19,19,25
63:14 64:13,17,24
65:1 69:1 75:21
78:25 82:11 88:7
89:20 96:18 103:1
110:25 115:1
133:7 134:8 148:6
159:19 162:7
163:5 166:21,24
167:25 179:2
183:3 208:16
209:7 298:10
**Trumball** 5:15
**Trumbull** 5:7
**truth** 10:17 13:15
13:16 61:19 72:6
291:13 298:7
**try** 45:4 103:20
124:8 176:2 192:1
242:7 246:19
292:13
**trying** 16:6 116:25
189:12 282:10
287:22 289:7
**Tuesday** 288:24
289:20 290:16,21
**turn** 86:21 90:4
161:15
**turned** 193:1
**twice** 132:8 144:5,5
184:16 292:18
293:2
**two** 1:13 22:8 31:2
47:11 48:21 49:14
52:10,12,13,14

55:5,10 60:21
62:4,8,23 64:16
65:3,8 68:16 69:1
78:15,16,17 92:21
95:10,10 102:25
114:11 119:9
144:1 161:9
162:10 224:13
242:18 281:15
**two-year** 147:22
148:4
**type** 194:16 262:17
**typed** 206:2,12,17
207:20
**types** 293:10
**typewriting** 298:9
**typical** 42:6

_____

**U**

**U.S** 273:14
**U.S.A** 1:11,12 5:4
**ugly** 51:21
**Uh-uh** 100:13
**unable** 178:25
**unbuttoned** 67:18
72:9 94:4,5
278:23 284:5,13
284:15
**uncle** 27:6,8,25
28:1 262:9,9
**uncles** 27:11,22
29:9,18 31:25
**unconscious**
261:10,22,24
**understand** 10:16
11:18 13:14 55:14
61:7 63:4,6 64:1,6
66:24 67:5 73:17
75:9 87:21 104:25
107:1,5 109:20
110:9 118:2,18
121:9 139:8
149:22 150:2
164:4 175:20
178:22 183:5
193:25 205:25
218:24 220:23

230:8 237:19
243:5 254:4
262:20 263:3
266:4 274:18
282:10 287:23
288:19 289:7
**understanding**
116:25
**understandings**
74:11
**understood** 29:16
101:23 209:1
222:19
**United** 1:1 8:11
15:9 164:1
**university** 1:8 5:12
8:24 93:25 109:18
109:24,25 110:12
131:15 251:10
253:25
**unlock** 90:1
**upper** 233:10
**upstairs** 87:7,16
88:2
**use** 225:24 226:13
234:16 244:25
**useful** 109:25
110:15
**usual** 227:11
**utility** 193:21,21
194:6

_____

**V**

**v** 1:6
**vehicles** 193:22
194:6
**verification** 197:13
208:1,6
**versus** 8:10
**victim** 108:14
168:25 169:2,4,4
169:11,15 180:7
180:11 187:3
200:19 243:3
**victims** 168:17
169:5 176:4
180:11 181:6

182:15
**video** 8:8
**videographer** 6:12
  8:3,5 9:14 59:6,9
  76:13 77:20 98:20
  98:23 137:5 138:3
  151:12,15 179:14
  190:25 191:6
  219:20,23 237:13
  241:2,5 280:17,20
  297:16
**VIDEOTAPED**
  1:23 2:1
**view** 91:23
**Village** 15:1,5
  34:12,18 43:3,12
  43:16,19,20 53:12
  53:16,19 54:2,8
  54:11 55:11,17
  56:18,23 57:12,14
  58:4,14,16 60:10
  60:21,25 62:23
  64:20,25 65:3,6
  65:20 66:5,8,14
  66:25 67:3,9,14
  69:12 72:4 105:10
  106:5,18,18
  109:10 111:16,25
  112:1,14,15
  115:25 116:3,7,8
  116:21 117:8,10
  117:11,23,24
  118:14,20 119:1
  124:23 125:4
  128:11 130:16,18
  130:22 131:10
  132:21,21,22
  134:7,14,16,19
  135:1,13,16,16,19
  135:23,25 136:12
  136:13,20,23
  138:7,8,15,21
  139:5,12 140:8,11
  140:13,24,24
  141:2,23 142:1,2
  142:4,12,14,22
  143:14,18,19,21

145:1,2,4,7,19,21
146:5,9,11,11
147:21,25 148:11
150:14,20 153:12
154:12 155:1
156:6 158:8,14,22
164:18 176:7,14
176:17,20 177:6,9
177:13 178:1
227:8 251:1,3,8
268:10 278:15
292:6
**Village's** 148:13
  166:22
**violence** 38:13
**visit** 46:12 105:4
  135:24 233:2
  293:1
**visited** 262:6
**visiting** 266:7
**visitors** 47:19,22,25
  266:3,17,21
**visits** 104:22

---

**W**

**W** 4:14
**wait** 40:12 126:15
**waiting** 126:15,16
**wake** 80:6 128:1,7
**walk** 75:12 86:7
  120:8,8,15,22,25
  121:7,12,23 122:5
  125:6 126:24
  129:11 152:2
  200:21,22
**walked** 75:10,24
  88:14,21 90:15
  125:10,20 128:24
  129:1,2,5,12
**walking** 47:8,8
  115:15,20 118:5
  125:8
**Walky** 179:21
  180:2,5,7 181:2
  182:25 221:1,9
**Walky's** 182:19
**wall** 166:22

**walls** 90:14,18
  150:19 166:15
**WALSH** 6:6
**WANAT** 4:15
**want** 10:19 11:17
  11:22 16:4,15
  29:15 35:25 36:13
  36:18,21 52:18
  56:9 59:22 62:18
  64:1 65:16,22
  66:1 67:5,12
  68:23 71:8 72:3
  73:19 77:7,8 83:2
  99:4 101:24
  117:12 126:13
  128:13 132:3,7
  138:12 139:2,4,22
  139:23 142:6,16
  142:25 143:22
  144:19 145:15
  146:2 151:8
  152:21,21 170:2
  170:25 171:2
  174:11,23 179:6,7
  180:5 183:17
  195:2 220:2
  223:19,22 225:10
  225:11,12,17,18
  230:24,25,25
  246:13,14 251:14
  252:17,18,20
  262:3 265:10,11
  272:17 278:4,18
  295:14,16
**wanted** 23:11 30:5
  67:21 74:11 112:5
  124:16 128:16
  168:16,17 169:20
  170:11 181:17
  222:7,23 223:2,5
  223:6,9,10,13,17
  256:10
**wants** 103:16 151:7
  219:17
**war** 233:17 235:15
  235:17
**warn** 109:2

**wash** 37:7 56:8
  58:21 177:22
  178:7,15
**washed** 55:23
**washing** 37:8 56:21
**wasn't** 13:21 17:12
  29:11 45:9 57:24
  72:25 81:3 92:16
  114:20 130:15
  147:8 165:6,8
  173:18 212:17
  238:13,18 296:21
**waste** 177:22 178:7
  178:15
**watch** 281:18
  283:22 286:9
**watching** 71:22
  87:1 91:13,25
  278:8,8
**water** 54:15 152:1
  175:7 240:17
  258:5,5,6 288:15
**watering** 155:15
  163:12
**way** 33:2 52:25
  57:5 58:18 77:25
  115:19 117:4
  124:9 128:1 131:2
  144:20 155:10
  187:4 200:21
  229:20 246:15
  252:21 293:14
  296:21,23 297:1
**we'll** 128:8 137:3
**we're** 33:19 128:5
  169:3,4 183:2,7
  183:13 190:25
  224:12 238:5
**we've** 114:2
**wear** 285:23
**wearing** 287:6,9,13
  287:15
**Wednesday** 289:21
  290:3,12 291:8
  294:5
**week** 53:12 54:9
  105:21 111:1,3

116:18 144:11
184:7 187:7,12
204:16 240:25
242:13 250:19
272:23 273:6
294:9
**weekday** 294:20
**weekend** 132:22
  138:25 294:19,21
**weeks** 52:10,12,13
  55:5 62:4,8
  242:18
**Wendy** 159:16
  160:21,21 195:13
**went** 18:6 23:22
  24:15 30:20 31:19
  34:18 37:9 39:17
  39:18 42:14 57:13
  57:19,20,21 58:3
  58:6,11 60:20,24
  60:24 61:2 62:3,7
  62:22 64:16 65:2
  65:20 66:5,7,10
  66:25 69:14 70:8
  70:11 71:8,15
  72:2,25 82:6 83:6
  83:11 85:19 86:3
  86:15,22 87:10,12
  87:14 88:25 89:2
  89:3,3 90:11,12
  90:19 91:12 93:4
  93:18 97:7,10,11
  99:22 101:16
  104:10 105:15,17
  105:18,20,25
  106:3,4,14,18
  113:25 115:18
  116:11 119:5,24
  122:16 123:23
  124:10,21,24
  125:7 127:2,16,18
  128:6,25 129:13
  129:14,15 132:23
  132:25 133:4,12
  133:14,14,20
  134:2 135:16
  136:4,8,12,20

Confidential - Subject to Further Confidentiality Review

140:24 141:25
142:7,12,19,19
143:24 144:21
145:9 146:12
147:3 151:25
152:6,20 154:11
154:21,25 155:9
157:4 161:23
162:4,12,13,23
173:2,3 176:6
182:4,9,9 189:2
206:25 207:5,10
215:4 216:6,9,16
217:17,24 218:2
220:5 221:13,20
222:12 230:3
231:22 232:9,10
232:14,14,16
239:21 257:12,15
257:16 258:4,8
259:19,20 264:1
264:21 275:25
279:8,9,15 288:2
289:6,14
weren't 25:15
38:21 87:23
116:21 165:10
169:18 177:7
178:2 180:21
whereof 298:17
white 45:20,23 47:8
71:8 100:16,22
114:8,17 115:4
123:16 261:17
280:1 290:7
291:16,18 292:5
292:25
widely 17:19
wife 119:20
Wilfred 204:5,7
WILLIAM 6:5
Williams 5:13 7:6
8:23,23 253:22,24
254:9,16 255:12
255:19 256:4,12
256:20 257:4,9,19
258:14,20 259:10

259:18,24 260:8
260:17,21 261:3,8
261:19 262:5,11
262:16,21 263:4
263:10,16 264:6
264:10,19 265:3
265:21 266:1,15
267:2,14 271:2
willing 52:5 220:1
Wilnaud 159:16
195:13 196:18
Wilnaud's 160:24
Wilnik 192:17
Wisky 14:2,5,12,12
159:16 160:2,2
168:11,25 169:7
169:10 179:9,24
180:2 181:7,24
186:16,25 187:6
188:5,11,17
195:12 196:6,6,15
200:14 220:20
221:1 222:4 224:2
224:15 226:24
233:18 243:13,23
244:6 254:10
255:5 271:7 273:1
withdraw 125:18
witness 9:16
125:22 126:10
146:7 298:17
299:1
woke 79:22 80:10
83:11 84:23,24
85:5,8 111:22
127:24 128:4,8
130:24 216:18,22
216:24,25 217:5
278:3 280:25
woken 128:2
woman 200:19
201:1,6,17 204:24
women 92:19
103:11 204:22
wondering 158:12
wood 90:8
word 115:6,12

208:6 237:4,8,11
238:1 295:8
words 24:22 277:16
work 21:4 54:10
55:12,15 56:22,23
131:15 155:13,14
162:24 163:9
174:15,15,17,24
175:2,4,5,15
176:6,8,8,16
177:6,7,12,15,17
177:18 178:1,3
238:4,6 239:17
240:5,8,9,10,14
287:18
worked 40:24
53:18 55:16 98:11
163:14 212:9
239:19 240:12
working 32:19
54:20 56:2 155:13
162:21 163:11
212:8 263:18
world 101:14 164:7
worried 82:23
worse 110:24
wouldn't 51:23
67:12 72:5 93:22
109:7 121:22
122:4
wound 174:18
write 35:24 208:9
224:22,23 230:5
251:25 252:5
writing 99:25
230:19,19
written 23:24
42:25 63:20 144:8
162:3 238:8
251:22 252:3,7
275:8
wrong 68:22 97:13
102:2,13 104:16
114:11,25 153:13
153:21 154:5
175:21 255:11
258:10 259:16

261:14 279:22
290:3
wrote 31:11 63:13
64:15,19 181:8
208:3 224:24
229:12 230:4,5,9
230:9 231:8

——————

X

X 7:11
Xia 3:4 9:12,12

——————

Y

yard 22:14 40:8
46:13 95:24 96:2
126:16,21 127:1
133:15 279:6
Yeah 41:19 85:9
91:11 94:23 104:7
109:4 118:25
120:19 121:20
126:4 141:12
148:15 156:8
262:15
year 43:10 48:11
57:7 61:24 62:21
64:12 190:15
219:8,10 239:23
239:25 265:17,18
265:19 268:11
years 48:23 60:21
62:23 64:16 65:3
65:8 162:10
170:16,20 186:3
202:25 204:10,15
210:7 232:16
yesterday 16:13
York 3:16,16
young 13:23 18:5
25:14 36:6 189:7
189:16,22 192:7
204:7,22,24
younger 20:12,25
28:16 202:12
210:4,6,7,15,20

——————

Z

0

02108 4:8 6:8
02109 3:7
06103 5:8,16
06405 4:17

——————

1

1 10:20,22 11:7
1:00 137:1
10 7:4,14
10/31/2017 298:24
10:20 59:7
10:32 59:10
100 3:6 56:4
10016 3:16
11 232:16
11:06 76:14
11:20 77:21
11:50 98:21
112 3:15
11th 115:18 197:14
197:22
12 171:19
12:55 137:6
12th 263:25
13 23:22 52:20
54:21 55:2 57:7
57:10 60:14,25
61:23 62:20 64:11
65:19 66:4 70:9
78:12 105:4
106:16 171:18,19
288:2
13's 23:19
13th 18:6 31:21
34:11,14 39:12,16
39:17 40:24 41:10
42:6,17,22 43:8
43:11,15,19,19,24
44:6,11,15,24
45:6,8,13,17 46:4
46:20 47:15,19
56:25 58:5,11
60:9,24 66:7,14
66:24,25 67:1,8
67:10 68:1,5,6
69:14 72:25 74:5

Confidential - Subject to Further Confidentiality Review

82:6,20 83:11
97:7,8 105:19
106:25 107:11
111:10,24,25
112:13 115:15,17
116:2,15,17,19,20
119:25 122:16,23
123:1 125:14
126:13 132:19
134:3,5,24 213:7
257:16 258:16,21
266:3 279:9,11
288:13,14
**14** 59:25 62:15
277:21 286:2
**14th** 108:10 144:10
275:9
**15** 286:7
**183** 7:5
**19** 144:9
**1988** 20:5
**1998** 159:13 195:9

**2**

**2** 161:15,16 177:23
244:18
**2:03** 138:4
**2:23** 151:13
**2:29** 151:16
**20** 161:25 301:16
**2000** 239:10
**2002** 24:2,4 39:13
60:14 61:24 62:20
64:11
**2004** 108:10 144:10
173:11 231:20
233:7 239:9
240:21 241:9,12
257:11 275:9
277:21 286:2
**2005** 19:4 60:22
62:24 64:20 65:4
65:5 138:18 232:2
**2006** 65:5 232:2
268:12,13 269:21
292:5,21
**2007** 60:22 62:24

64:21,25 65:4,6
138:18,20,21,23
153:11 161:10,23
161:23 162:4,12
162:18,21 232:7
232:11 239:21
**2008** 159:13 195:9
232:7,11
**2009** 161:12 162:6
162:14,15,18,21
163:13 165:6
166:1 170:14,15
178:12 232:7,12
239:22,24
**2010** 232:12
**2011** 171:17
**2012** 171:17
**2013** 161:7 170:15
170:18,20
**2014** 11:12 197:15
197:23
**2015** 1:24 8:6 173:6
173:9 232:14,15
232:22 233:2
297:17 298:5,19
**203-315-7000** 4:18
**21** 210:8
**212-784-6400** 3:17
**21st** 4:7 20:4
**22** 156:1 239:18
**22nd** 162:15
239:22
**23** 159:11 195:7
200:13
**24** 210:16 227:1
228:1,3,16
**242** 5:15
**244** 7:15
**25** 210:16
**253** 7:6
**267** 7:7
**27** 8:6 210:12
297:17
**27th** 1:24 298:5
**280** 5:7
**296** 7:8

**3**

**3** 272:5
**3,000** 55:4
**3:13-cv-01132(R...**
1:2 8:13
**3:13-cv-1225-RNC**
1:4
**3:13-cv-1269-RNC**
1:4
**3:13-cv-1437-RNC**
1:5
**3:13-cv-1480-RNC**
1:5
**3:13-cv-1626-RNC**
1:6
**3:13-cv-1627-RNC**
1:6
**3:13-cv-1628-RNC**
1:7
**3:13-cv-1629-RNC**
1:7
**3:13-cv-1630-RNC**
1:8
**3:13-cv-1631-RNC**
1:8
**3:13-cv-1632-RNC**
1:9
**3:13-cv-1633-RNC**
1:9
**3:13-cv-1634-RNC**
1:10
**3:13-cv-1635-RNC**
1:10
**3:13-cv-1636-RNC**
1:11
**3:13-cv-1637-RNC**
1:11
**3:13-cv-1638-RNC**
1:12
**3:13-cv-1639-RNC**
1:12
**3:13-cv-1640-RNC**
1:13
**3:13-cv-1641-RNC**
1:13
**3:13-cv-1642-RNC**

1:14
**3:13-cv-1644-RNC**
1:14
**3:13-cv-1645-RNC**
1:15
**3:13-cv-1647-RNC**
1:15
**3:13-cv-1648-RNC**
1:16
**3:13-cv-1701-RNC**
1:16
**3:13-cv-1767-RNC**
1:17
**3:13-cv-1768-RNC**
1:17
**3:13-cv-1769-RNC**
1:18
**3:13-cv-1881-RNC**
1:18
**3:13-cv-1904-RNC**
1:19
**3:13-cv-1906-RNC**
1:19
**3:13-cv-1907-RNC**
1:20
**3:22** 179:15
**3:38** 191:4
**3:40** 191:7
**30** 299:13
**35** 53:13,23 54:9,19
**3rd** 298:18

**4**

**4** 72:24 96:16
239:11
**4:00** 44:25 272:5
**4:22** 219:21
**4:34** 219:24
**40** 228:4
**471** 4:16
**473** 2:11 298:2,22

**5**

**5** 2:6 96:16
**5:00** 72:24
**5:04** 237:14
**5:10** 241:3

**5:12** 241:6
**50** 56:4 164:18
**547** 2:6

**6**

**6** 44:21
**6:11** 280:18
**6:22** 280:21
**6:48** 297:18
**60** 16:20 228:8
**617-423-0400** 4:9
**617-523-6010** 6:9
**617-523-6250** 3:8
**62002** 3:24

**7**

**7** 44:21

**8**

**8:00** 44:21 272:5
**80** 228:19,21
**830** 6:7
**860-275-0100** 5:17
**860-275-8200** 5:9

**9**

**9:04** 1:25 8:7
**90** 227:4 228:12,17

# Exhibit H

Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Civil Action No.
3:13-cv-01132(RNC)

*****************************

GERVIL ST. LOUIS, a/k/a ST.        Consolidated with:
LOUIS GERVIL,                       3:13-cv-1225-RNC
                                    3:13-cv-1269-RNC
                Plaintiff,          3:13-cv-1437-RNC
                                    3:13-cv-1480-RNC
        v.                          3:13-cv-1626-RNC
                                    3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER             3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE         3:13-cv-1629-RNC
E. CARTER; HAITI FUND,              3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;         3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW         3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY         3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.            3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES         3:13-cv-1635-RNC
AND OF MALTA, AMERICAN              3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a          3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN            3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN           3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN         3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;           3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX         3:13-cv-1642-RNC
and JOHN DOE SEVEN,                 3:13-cv-1644-RNC
                                    3:13-cv-1645-RNC
                Defendants.         3:13-cv-1647-RNC
                                    3:13-cv-1648-RNC
                                    3:13-cv-1701-RNC
                                    3:13-cv-1767-RNC
                                    3:13-cv-1768-RNC
                                    3:13-cv-1769-RNC
                                    3:13-cv-1881-RNC
                                    3:13-cv-1904-RNC
                                    3:13-cv-1906-RNC
                                    3:13-cv-1907-RNC
*****************************
This document applies to:
All of the above referenced cases
And those to be filed
*****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
    VIDEOTAPED DEPOSITION OF WISKY JEROME

        Monday, March 23, 2015
            9:16 a.m.

Confidential - Subject to Further Confidentiality Review

Page 2

1  VIDEOTAPED DEPOSITION OF WISKY JEROME
2
   Held At:
3
4     Barcelo Puerto Plata
5     Carretera Luperón, km 5, Puerto Plata 547
6     Domincan Republic
7
8
9  REPORTED BY:
10 Maureen O'Connor Pollard
11 RMR, CLR, Realtime Systems Administrator
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1  APPEARANCES:
2  FOR THE PLAINTIFF:
3     MITCHELL GARABEDIAN, ESQ.
4     LU XIA, ESQ.
5        LAW OFFICES OF MITCHELL GARABEDIAN
6        100 State Street, Sixth Floor
7        Boston, Massachusetts 02109
8        617-523-6250
9        wgordon@garabedianlaw.com
10       lxia@garabedianlaw.com
11       -and-
12    JAYNE CONROY, ESQ.
13    ELLYN HURD, ESQ.
14       SIMMONS HANLY CONROY
15       112 Madison Avenue
16       New York, New York 10016
17       212-784-6400
18       jconroy@simmonsfirm.com
19       ehurd@simmonsfirm.com
20       -and-
21    G. MICHAEL STEWART, ESQ.
22       SIMMONS HANLY CONROY
23       One Court Street
24       Alton, Illinois 62002
25       mstewart@simmonsfirm.com

Page 4

1  APPEARANCES (Continued):
2
3  FOR THE DEFENDANT PAUL E. CARRIER, S.J.:
4     TIMOTHY P. O'NEILL, ESQ.
5     THEODORE J. FOLKMAN, ESQ.
6        MURPHY & KING, P.C.
7        One Beacon Street, 21st Floor
8        Boston, Massachusetts 02108
9        617-423-0400
10       tpo@murphyking.com
11       tjf@murphyking.com
12
13 FOR THE DEFENDANT HOPE E. CARTER:
14    JEFFREY W. KENNEDY, ESQ.
15       MILANO & WANAT LLC
16       471 East Main Street
17       Branford, Connecticut 06405
18       203-315-7000
19       cwanat@mwllc.us
20
21
22
23
24
25

Page 5

1  APPEARANCES (Continued):
2  FOR THE DEFENDANT ORDER OF MALTA, AMERICAN
3  ASSOCIATION, U.S.A.:
4     BRADFORD S. BABBITT, ESQ.
5        ROBINSON & COLE LLP
6        280 Trumbull Street
7        Hartford, Connecticut 06103
8        860-275-8200
9        bbabbitt@rc.com
10
11 FOR THE DEFENDANT FAIRFIELD UNIVERSITY:
12    PAUL D. WILLIAMS, ESQ.
13       DAY PITNEY LLP
14       242 Trumbull Street
15       Hartford, Connecticut 06103
16       860-275-0100
17       pwilliams@daypitney.com
18
19 FOR THE DEFENDANT THE SOCIETY OF JESUS OF
20 NEW ENGLAND:
21    WILLIAM J. DAILEY, JR., ESQ.
22       SLOANE AND WALSH, LLP
23       Three Center Plaza, Suite 830
24       Boston, Massachusetts 02108
25       617-523-6010

2 (Pages 2 to 5)

Confidential - Subject to Further Confidentiality Review

Page 6

```
 1    APPEARANCES (Continued):
 2
 3    Videographer:  Christopher Coughlin
 4
 5    Interpreter:  Nathalie Coupet
 6
 7    Also Present:  Emirlane Carmen Louis
 8                   Interpreter
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 8

```
 1          P R O C E E D I N G S
 2
 3        THE VIDEOGRAPHER:  We are now on the
 4    record.  My name is Chris Coughlin, I'm a
 5    videographer for Golkow Technologies.  Today's
 6    date is March 23rd, 2015, and the time is
 7    9:13 a.m..
 8        This video deposition is being held in
 9    Puerto Plata, Dominican Republic, in the matter
10    of Gervil, St. Louis, Plaintiff versus Douglas
11    Perlitz, Et Al, Defendants, for the United
12    States District Court for the District of
13    Connecticut, Civil Action Number
14    3:13-cv-01132(RNC).
15        The deponent is Wisky Jerome.
16        Will counsel please identify
17    yourselves for the record.
18        MR. O'NEILL:  Timothy O'Neill
19    representing Paul Carrier.
20        MR. FOLKMAN:  Ted Folkman of Murphy &
21    King for Father Paul Carrier.
22        MR. DAILEY:  William Dailey
23    representing the New England Province of the
24    Society of Jesus.
25        MR. WILLIAMS:  Paul Williams
```

Page 7

```
 1              INDEX
 2    EXAMINATION                      PAGE
 3    WISKY JEROME
 4    BY MR. O'NEILL               10
 5    BY MR. DAILEY               119
 6    BY MR. WILLIAMS            184
 7    BY MR. KENNEDY            200
 8    BY MR. BABBITT             221
 9
10
11        E X H I B I T S
12    NO.      DESCRIPTION            PAGE
13    1    Complaint and Jury Trial Demand...... 11
14    2    Plaintiff Wisky Jerome's Response
           to First Set of Interrogatories...... 11
15
16    3    Birth Certificate................... 12
16
17    4    Three page list of names............ 41
17
18    5    Stick diagram...................169
18
19    6    Photograph.........................171
19
20    7    Photograph.........................172
20
21    8    Photograph.........................177
22
23
24
25
```

Page 9

```
 1    representing Fairfield University.
 2        MR. KENNEDY:  Jeffrey Kennedy
 3    representing Hope Carter.
 4        MR. BABBITT:  I'm Bradford Babbitt, I
 5    represent the Order of Malta American
 6    Association.
 7        MR. STEWART:  Mike Stewart on behalf
 8    of Plaintiffs.
 9        MS. HURD:  Ellyn Hurd for Plaintiff.
10        MS. CONROY:  Jayne Conroy, Plaintiff.
11        MR. GARABEDIAN:  Mitchell Garabedian,
12    Plaintiff.
13        MS. XIA:  Lu Xia, Plaintiff.
14        MS. LOUIS:  Carmen Louis, interpreter.
15        MR. GARABEDIAN:  She's an interpreter.
16        THE VIDEOGRAPHER:  The court reporter
17    is Maureen Pollard, and she will now swear in
18    the witness.
19
20        NATHALIE COUPET,
21    having been duly sworn to translate the
22    testimony of the witness, was examined and
23    translated as follows:
24
25
```

3  (Pages 6 to 9)

Confidential - Subject to Further Confidentiality Review

---

Page 10

```
 1            WISKY Jerome,
 2  having been first duly sworn, was examined and
 3  testified as follows through the translator:
 4       A.  I swear in front of God everything I
 5  say will be the truth.
 6            MR. DAILEY:  May I just raise a
 7  question here?  Don't you translate rather than
 8  interpret?
 9            THE INTERPRETER:  Interpreting is for
10  oral translation.  Translating is for written
11  translations.  It's the same.
12            MR. DAILEY:  So you will be
13  translating in verbal form?
14            THE INTERPRETER:  Yes.
15            MR. DAILEY:  Okay.
16            MR. GARABEDIAN:  How else would she be
17  translating, sir?
18            MR. DAILEY:  It's not for her to
19  interpret what the witness is saying, it's for
20  her to translate exactly in verbal form what the
21  witness is saying.
22            DIRECT EXAMINATION
23  BY MR. O'NEILL:
24       Q.  Mr. Jerome, my name is Timothy
25  O'Neill, and I represent Paul Carrier, Pere
```

---

Page 11

```
 1  Paul.
 2            Do you know who that is?
 3       A.  Yes, I do.
 4       Q.  I'm going to introduce now, just so we
 5  have them introduced, the complaint that was
 6  filed on September 30th, 2013 as Exhibit 1.
 7            (Whereupon, Jerome Exhibit Number 1,
 8            Complaint and Jury Trial Demand, was
 9            marked for identification.)
10            MR. O'NEILL:  Might be more than
11  needed, but that's all I have.
12            MR. GARABEDIAN:  Can I get one of
13  those, please?
14            MR. O'NEILL:  This is for the witness.
15  BY MR. O'NEILL:
16       Q.  Mr. Jerome, I'm going to introduce now
17  a copy of your interrogatories.
18            First of all, at the last page, is
19  this your signature?
20       A.  Yes.
21            MR. O'NEILL:  May this be marked then
22  as Exhibit 2?
23            (Whereupon, Jerome Exhibit Number 2,
24            Plaintiff Wisky Jerome's Response to
25            First Set of Interrogatories, was
```

---

Page 12

```
 1            marked for identification.)
 2            MR. O'NEILL:  I'm going to introduce
 3  as Exhibit 3 your birth certificate as provided
 4  by your counsel.
 5            (Whereupon, Jerome Exhibit Number 3,
 6            Birth Certificate, was marked for
 7            identification.)
 8  BY MR. O'NEILL:
 9       Q.  If you look at the interrogatories,
10  Mr. Jerome, you will see that the second part is
11  in Creole.  So any time that I refer to a
12  number, you can look at the number in Creole.
13            MR. GARABEDIAN:  It's the last half of
14  it.  The first half is --
15       A.  This is in Creole?
16            MR. GARABEDIAN:  The second half of it
17  is beginning here.
18       A.  It's in Creole here?
19            MR. GARABEDIAN:  Yes.
20  BY MR. O'NEILL:
21       Q.  You read Creole, Mr. Jerome, correct?
22       A.  I'm not really good at it.
23       Q.  Did you approve these answers to
24  interrogatories when you signed them?
25       A.  Is this in Creole?
```

---

Page 13

```
 1            MR. GARABEDIAN:  Can you rephrase the
 2  question?
 3  BY MR. O'NEILL:
 4       Q.  What's the question?  I think I asked
 5  him if he can read Creole.
 6            MR. GARABEDIAN:  I don't think he
 7  understands you.
 8  BY MR. O'NEILL:
 9       Q.  Did he approve the answers?
10       A.  One minute.
11       Q.  Sure, time your time.
12            MR. GARABEDIAN:  I think the problem
13  is he thinks you're asking if he approves it
14  now, not before.
15  BY MR. O'NEILL:
16       Q.  Let me rephrase the question then.
17            Mr. Jerome, these answers are signed
18  on what date?  Do you see a date there?
19       A.  Yes.
20       Q.  Do you see September, sorry -- is that
21  10 June?
22            MR. FOLKMAN:  July.
23  BY MR. O'NEILL:
24       Q.  10 July, 2014?
25       A.  Yes.
```

---

4 (Pages 10 to 13)

Confidential - Subject to Further Confidentiality Review

Page 14

1      Q.  When you signed that with your name on
2  10 July, 2014, did understand what the various
3  answers to the interrogatories were, your
4  answers?
5      A.  When I signed the document, I didn't
6  really read the document.
7      Q.  You didn't read it at all?
8      A.  No.
9      Q.  Did someone read the answers that were
10  your answers to you that you understood when you
11  signed this?
12      A.  No.
13      Q.  Who was present when you signed on
14  September -- July 10, 2014?  Who was there
15  witnessing your signature?
16      A.  Cyrus.
17      Q.  Cyrus Sibert?
18      A.  Yes.
19      Q.  Anyone else?
20      A.  No.
21      Q.  And did Cyrus hand you these -- Cyrus
22  Sibert hand you these interrogatories to sign?
23      A.  Yes.
24      Q.  And you didn't read them?
25      A.  No.

Page 15

1      Q.  So you don't know what they say?
2      A.  No.
3      Q.  Okay.  Did you ever read the complaint
4  that is filed in your name?
5      A.  The complaint filed for me?
6      Q.  Yes.  In 2013, September 30th, 2013, a
7  complaint was filed in your name.  Did you read
8  that complaint?
9      A.  No, I didn't read it.
10      Q.  Did understand what was being claimed
11  in the complaint that was filed in your name?
12      A.  Yes.
13      Q.  How did you come to understand what
14  was in that complaint?
15      THE INTERPRETER:  I'm sorry, I could
16  not understand the witness.  I'm asking him to
17  be clear.
18      Repeat, please.
19      A.  I was -- the complaint they filed for
20  me, I was in the Pierre Toussaint Project, and
21  Douglas found me in the streets.  It was
22  raining.  There was no place for me to sleep.
23  BY MR. O'NEILL:
24      Q.  I'm not asking about any of the
25  details of what's in the complaint, just asking

Page 16

1  if as a physical document he actually saw the
2  complaint and understood what was being said in
3  the complaint.
4      MR. GARABEDIAN:  Objection.
5      A.  It's everything that is in there.
6  BY MR. O'NEILL:
7      Q.  Well, the complaint is 40 pages long.
8  You can look at it, it's Exhibit 1, I believe.
9      A.  I'm not really good at reading Creole.
10      Q.  Well, this is in English.  Did anyone
11  explain to you what was being filed as a 40 page
12  document on your behalf in the Connecticut
13  Federal Court?
14      A.  I was at Pierre Toussaint, I was a
15  victim.  I found lawyer to help me.
16      Q.  And who was that lawyer?
17      A.  Mitch.
18      Q.  Mitch is Mr. Garabedian?
19      A.  Yes.
20      Q.  Okay.  Have you ever been deposed
21  before, like in a setting such as this?
22      A.  First time.
23      Q.  And you understand that -- what do you
24  understand about the oath that you took today?
25      A.  Everything I say has to be the truth.

Page 17

1      Q.  Okay.
2      A.  Could they lower the air conditioner,
3  please?  It's a little bit cold.
4      MR. FOLKMAN:  Heat it up?
5      THE INTERPRETER:  Yes, too cold.
6  BY MR. O'NEILL:
7      Q.  It's hot for me.
8      A.  I'm cold.
9      Q.  Turn it off.
10      If I ask you a question of what your
11  personal knowledge is, do you understand that
12  question, your own personal knowledge?
13      MR. GARABEDIAN:  Objection.
14      A.  My personal knowledge is of something?
15  BY MR. O'NEILL:
16      Q.  Yes.
17      A.  Something that happened to me?
18      Q.  No, just in general, if I ask him is
19  this your personal knowledge, does he understand
20  what that that means.
21      A.  That I have personal knowledge,
22  experience of something that happened to me, for
23  example.
24      Q.  Yes.  Okay.
25      What personal knowledge do you have

5 (Pages 14 to 17)

Confidential - Subject to Further Confidentiality Review

Page 18

1  about the Haiti Fund?
2       A.  What is Haiti Fund?
3       Q.  Does he have any personal knowledge of
4  the Haiti Fund, what is called the Haiti Fund?
5       A.  No, I don't know.
6       Q.  Do you have any personal knowledge
7  about Fairfield University?
8       A.  They send groups of people.
9       Q.  What personal knowledge do you have of
10 Fairfield University in Connecticut?
11      A.  The information I have about them is
12 that they sent people.
13      Q.  Okay.  What kind of people?
14      A.  White people, they're not black, but I
15 don't remember.
16      Q.  Okay.  Do you have any personal
17 knowledge of the Knights of Malta?
18      A.  What is that?  What is the Knights of
19 Malta?
20      Q.  I'm asking you; do you have any
21 personal knowledge?  Yes or no.
22      A.  Say it again, please.
23      Q.  Sure.
24          If you don't understand any question,
25 I will repeat it for you.

Page 19

1          Do you have any personal knowledge
2  about the Knights of Malta?
3       A.  I don't understand.
4       Q.  You never heard of them before?
5       A.  No.
6       Q.  All right.  Now, you're not claiming
7  in any sense that you were sexually abused by my
8  client, Paul Carrier, are you?
9          MR. GARABEDIAN:  Objection.
10      A.  What?
11 BY MR. O'NEILL:
12      Q.  Do you want me to repeat the question?
13      A.  Yes.
14      Q.  You are not claiming in any sense that
15 Paul Carrier, Pere Paul, sexually abused you?
16          MR. GARABEDIAN:  Objection.
17      A.  Father Paul, I know him.  I just said
18 that he was at Pierre Toussaint, and he was
19 playing with us.
20 BY MR. O'NEILL:
21      Q.  Playing with you in what way?
22      A.  When I see him, he says hello, I say
23 hello.  When I say hello to him, he puts his
24 hand on my head.
25      Q.  Okay.  He never touched you sexually?

Page 20

1       A.  When he says hello, I say hello, and
2  then he puts his hand on my head.
3       Q.  You have no personal knowledge of
4  Father Carrier seeing boys in Mr. Perlitz's
5  bedroom, do you?
6          MR. GARABEDIAN:  Objection.
7       A.  Can you repeat the question, please?
8  BY MR. O'NEILL:
9       Q.  Let's look at, and look at the Creole
10 version of Interrogatory Number 48.  Would you
11 read the Creole version of Interrogatory 48?
12      A.  I don't know -- who are you talking
13 about?
14      Q.  Read interrogatory -- this is supposed
15 to be your answer to Interrogatory Number 48.
16 And the question is, "If you contend that Father
17 Carrier had a sexual relationship with any
18 person from 1987 to the present, state the
19 basis."  Now, the Creole of that is what?
20          MR. O'NEILL:  That's -- the question
21 is what?  Would you read the question to him in
22 Creole?
23      A.  When I was -- I knew Father Paul, he
24 used to talk to me, he said hello.
25 BY MR. O'NEILL:

Page 21

1       Q.  Do you recall ever being shown an
2  interrogatory that asked the question that you
3  see before you in Creole, and did you personally
4  give the information "I personally know nothing
5  about this matter"?
6       A.  Talking about Father Paul?
7       Q.  Yes.
8       A.  Yes.
9       Q.  Who gave you the question?  Who told
10 you that question?
11      A.  When they were asking me questions
12 about Father Paul, I said I speak to Father
13 Paul, he says hello, I say hello, he holds my
14 head, then he leaves.
15      Q.  Do you have any knowledge, personal
16 knowledge, that Father Carrier ever saw boys in
17 Douglas Perlitz's bedroom?
18      A.  Do I have information, or somebody
19 said to me that --
20      Q.  No --
21          MR. GARABEDIAN:  Let him answer the
22 question.
23      A.  -- that there were --
24          THE INTERPRETER:  That's all he said.
25          MR. O'NEILL:  Do you want me to repeat

6 (Pages 18 to 21)

Confidential - Subject to Further Confidentiality Review

Page 22

1  the question?
2      THE INTERPRETER:  Yes, please.
3  BY MR. O'NEILL:
4      Q.  Do you have any knowledge, personal
5  knowledge, that Father Carrier ever saw boys in
6  Douglas Perlitz's bedroom?
7      What's he saying?
8      A.  As far as I'm concerned, I have my own
9  knowledge also.  I used to seeing Douglas with
10  little boys where little boys are lying down,
11  and he's sitting in front of the little boys
12  lying down.
13      Q.  Where?
14      A.  In the Village, Pierre Toussaint
15  Village.
16      Q.  Okay.  We're not getting too far here.
17  Look at Number 49, the question and
18  answer, in Creole for me, Interrogatory Number
19  49.
20      THE INTERPRETER:  Do you want me to
21  read it?
22      MR. O'NEILL:  Read it to him, yes.
23      A.  I didn't say that --
24      MR. O'NEILL:  No, just read the
25  question and answer, and then I'll ask him a

Page 23

1  question.
2      (Interpreter complies.)
3      THE INTERPRETER:  He wants me to read
4  it again.
5      MR. O'NEILL:  Sure.
6      (Interpreter complies.)
7      A.  I didn't say I am used to seeing
8  Father Paul, that Father Paul is used to seeing
9  little boys in Douglas's room.  I didn't say
10  that.
11  BY MR. O'NEILL:
12      Q.  You didn't say -- okay.  You didn't
13  say that.
14      The answer is to, that interrogatory,
15  I personally know nothing about seeing minor
16  boys -- if Father Carrier saw minor boys from
17  the project in Douglas's bedroom.
18      MR. GARABEDIAN:  Objection.  That's
19  not what it says.
20      A.  I didn't say that.
21      MR. O'NEILL:  He didn't?
22      THE INTERPRETER:  He agrees with you.
23  BY MR. O'NEILL:
24      Q.  Let's get this straight.
25      MR. GARABEDIAN:  Can we go off the

Page 24

1  record a second?
2      MR. O'NEILL:  Sure.
3      THE VIDEOGRAPHER:  Going off the
4  record.  The time is 9:44.
5      (Off the record discussion.)
6      THE VIDEOGRAPHER:  Back on the record.
7  The time is 9:44.
8  BY MR. O'NEILL:
9      Q.  My question is; do you agree that you
10  have no knowledge at all that Father Carrier
11  ever saw boys in Perlitz's bedroom?  You have no
12  knowledge personally?
13      A.  No.
14      Q.  I understand your "no" to mean that
15  you have no knowledge of any such -- no
16  knowledge of ever seeing Carrier, or seeing that
17  he was there when boys were in Perlitz's
18  bedroom?
19      MR. GARABEDIAN:  Objection.
20      A.  I don't know.
21      MR. O'NEILL:  He doesn't know.
22      THE INTERPRETER:  Meaning I agree with
23  you.
24      MR. GARABEDIAN:  Let --
25      MR. O'NEILL:  No, no, just what he

Page 25

1  said.
2  BY MR. O'NEILL:
3      Q.  Let's look at your birth certificate,
4  maybe we'll get a little somewhere there.
5      You were born, sir, on December 12th,
6  1988?
7      A.  Yes.
8      Q.  And your mother was Marie-Rose Tilma?
9      A.  Yes.
10      Q.  And your father was Cereste -- I might
11  be saying this wrong, excuse me if I am --
12  Cereste Gerome?
13      A.  Yes.
14      Q.  And you were born in Limbé?
15      A.  Yes.
16      Q.  Where is that?
17      A.  Outside, outside.
18      Q.  Outside of Cap-Haïtian?
19      A.  Yes.
20      Q.  How far away?
21      A.  One hour.
22      Q.  By car?
23      A.  Yes.
24      Q.  It says you went -- you lived at Limbé
25  for a while, and then you went to Haut Du-Cap?

7 (Pages 22 to 25)

Confidential - Subject to Further Confidentiality Review

Page 26

```
 1        A.  Yes.
 2        Q.  How long did you live in Limbé before
 3   the family moved to Haut Du-Cap?
 4           MR. GARABEDIAN:  Objection.
 5        A.  I don't remember how long I stayed in
 6   Limbé.
 7   BY MR. O'NEILL:
 8        Q.  After Haut Du-Cap, you want to
 9   St. Philoméne, Cap-Haïtian?
10        A.  St. Philoméne.
11        Q.  That's part of Cap-Haïtian?
12        A.  Yes.
13        Q.  And you lived there with your parents
14   for a while?
15        A.  Yes.
16        Q.  Your mother and father died, is that
17   correct?
18        A.  Yes.
19        Q.  When did they die?  How old were you
20   when they died?
21        A.  I don't remember.
22        Q.  Is it before you can remember?  Was it
23   before you were -- under four years old?
24           MR. GARABEDIAN:  Objection.
25        A.  I don't remember.
```

Page 27

```
 1   BY MR. O'NEILL:
 2        Q.  You have no memory at all of when they
 3   died?
 4        A.  I don't remember.
 5        Q.  Do you have any brothers or sisters?
 6        A.  Yes.
 7        Q.  You have a brother by the name of
 8   Jerome Tisson?
 9        A.  Yes.
10        Q.  Is he older or younger than you?
11        A.  Older.
12        Q.  How old is he now?
13        A.  I don't remember.
14        Q.  How much older than you was he, or is
15   he?
16           MR. GARABEDIAN:  Objection.
17        A.  He's older than me.  And I have a
18   sister also, she's older than me.
19   BY MR. O'NEILL:
20        Q.  How much older?
21        A.  Talking about my brother?
22        Q.  Brother first.
23        A.  I don't remember.
24        Q.  Is it more than five years older?
25        A.  I don't remember.
```

Page 28

```
 1        Q.  No idea how much older than you he is?
 2        A.  No.
 3        Q.  Where does your sister live?
 4        A.  Santo Domingo, Dominican Republic.
 5        Q.  And you have a son?
 6        A.  Yes.
 7        Q.  His name is Anderson Jerome?
 8        A.  Yes.
 9        Q.  How old he is?
10        A.  Two.
11        Q.  And where does he live?
12        A.  With his mother at Limbé.
13        Q.  In Limbé?
14           After you lost your parents, you don't
15   know when, you lived in the streets?
16           MR. GARABEDIAN:  Objection.
17        A.  Yes.
18   BY MR. O'NEILL:
19        Q.  And you lived in the streets from your
20   parents died, even though you don't know when,
21   until 2007, isn't that correct?
22           MR. GARABEDIAN:  Objection.
23        A.  Yes.
24   BY MR. O'NEILL:
25        Q.  In 2007, you went into the Village,
```

Page 29

```
 1   where you lived in the Village for a while,
 2   isn't that correct?
 3        A.  Yes.
 4        Q.  What did you do living in the street?
 5   Describe what living in the street meant for you
 6   as you were -- from that period of time from
 7   your parents died until 2007?
 8        A.  When my parents died I went to live in
 9   the streets, and then I was at the Retwa, which
10   is a marketplace.
11        Q.  Where did you sleep when you were
12   living in the streets?
13        A.  In the streets.
14        Q.  How did you eat?
15        A.  I used to eat leftovers with people,
16   and I used to beg.
17        Q.  Were there many children living in the
18   street?
19           MR. GARABEDIAN:  Yes.
20   BY MR. O'NEILL:
21        Q.  How many?
22           MR. GARABEDIAN:  Objection.
23        A.  I don't remember, but a lot.
24   BY MR. O'NEILL:
25        Q.  In 2007, you were 19 -- well, in
```

8 (Pages 26 to 29)

Confidential - Subject to Further Confidentiality Review

Page 30

1  December of 2007, you turned 19, is that
2  correct?
3      A.  No, no.
4      Q.  He was born 1988, December.
5      A.  Yeah.
6      Q.  So by 2007, in December, you were 19,
7  right?
8      A.  No.
9      Q.  How old were you?
10     A.  I don't remember.
11     Q.  You went into the Village, however, in
12  2007, correct?
13     A.  Yes.
14     Q.  And is that the first time since your
15  parents died that you had a place that was with
16  a bed that you could sleep in?
17     A.  Yes.
18     Q.  On the streets, was there a lot of
19  glue-sniffing?
20         MR. GARABEDIAN:  Objection.
21     A.  Never.  Never.
22  BY MR. O'NEILL:
23     Q.  I didn't ask if he was using it, just
24  in general.
25     A.  Yes, they used to hallucinate.

Page 31

1      Q.  And this was some of the children?
2      A.  Majority of them.  But I didn't.  I
3  didn't like it.
4      Q.  Paint thinner, did they use paint
5  thinner?
6         MR. GARABEDIAN:  Objection.
7      A.  Yes, yes.
8  BY MR. O'NEILL:
9      Q.  Did you use that?
10     A.  No.
11     Q.  Did you do things for money in the
12  street?
13     A.  No.
14     Q.  Did anyone ever approach you for
15  sexual intercourse in exchange for money, or
16  food, or other things?
17         MR. GARABEDIAN:  Objection.
18     A.  No.
19  BY MR. O'NEILL:
20     Q.  Before 2007, other than what Douglas
21  Perlitz you claim did to you, did you have sex
22  with anyone else?
23         MR. GARABEDIAN:  Objection.
24     A.  Just Douglas who did that with me.
25  BY MR. O'NEILL:

Page 32

1      Q.  Can you name some of the people you
2  lived in the street with?
3      A.  A lot of kids.
4      Q.  What were the names?  Do you remember
5  names?
6      A.  Some of them I remember -- recall
7  their names, some I don't.
8      Q.  Tell me the names you remember.  Could
9  we have the spellings as best you can?
10     A.  So Dora, D-O-R-A; Jose, J-O-S-E;
11  Wilnik, W-I-L-N-I-K; and Wilburt; Emmanuel;
12  Evans.  I don't know.
13     Q.  Anyone else that you remember now?
14     A.  I don't remember others.
15     Q.  You started in Rue 13, whatever the
16  Creole for 13 is --
17         THE INTERPRETER:  You started?
18  BY MR. O'NEILL:
19     Q.  You started in Rue 13, the Street 13
20  with PPT, is that correct, in 2000, the year
21  2000?
22         THE INTERPRETER:  What is PPT?
23         MR. O'NEILL:  PPT is Project Pierre
24  Toussaint.
25     A.  No.

Page 33

1  BY MR. O'NEILL:
2      Q.  Okay.  Why don't we look at
3  Interrogatory Number 5, which obviously we're
4  using as a guidance here.
5         MR. O'NEILL:  Would you read him the
6  answer, the question and answer on Creole to
7  Interrogatory Number 5, the question that was
8  asked and his answer as is listed there that he
9  signed off on?
10        (Interpreter complies.)
11        THE INTERPRETER:  I'm reading to him
12  the answer.
13        MR. O'NEILL:  Yes.
14        (Interpreter reading to witness.)
15     A.  Yes.
16  BY MR. O'NEILL:
17     Q.  So it's true to say that you
18  participated in Rue 13 from 2000 to 2005, and in
19  2005 you went into Carenage?
20     A.  Yes.
21     Q.  Now, who were your teachers when you
22  were doing the first grade in Rue 13?
23        MR. GARABEDIAN:  Objection.
24     A.  Ms. Calixte, a woman, Ms. Calixte.
25  BY MR. O'NEILL:

9 (Pages 30 to 33)

Confidential - Subject to Further Confidentiality Review

Page 34

1      Q.  Anyone else?
2      A.  Merline, M-E-R-L-I-N-E.
3      Q.  Did you understand that this school
4  was created by Douglas Perlitz?
5          MR. GARABEDIAN:  Objection.
6      A.  Yes.
7  BY MR. O'NEILL:
8      Q.  Were there any white workers there
9  from America that worked there in the Rue 13,
10  that you can recall?
11     A.  Yes.
12     Q.  Would you tell me their names?
13     A.  Andy.
14     Q.  Anyone else?
15     A.  Nicholas.
16     Q.  Was Andy Andy Shultheis?
17     A.  Andy.
18     Q.  You knew him as Andy.
19         Nicholas, is that Nicholas Preneta?
20     A.  No, I don't know his last name.
21     Q.  Okay.  Now, are you sure that Nicholas
22  Preneta was in Rue 13?
23         MR. GARABEDIAN:  Objection.
24     A.  There are two of them.
25  BY MR. O'NEILL:

Page 35

1      Q.  Two Nicholases?
2      A.  Two Nicholases.
3      Q.  Okay.  When you went to Carenage in --
4  am I saying that correctly, Carenage?
5          THE INTERPRETER:  Yes.
6  BY MR. O'NEILL:
7      Q.  When you went to Carenage in 2005, you
8  stayed there until 2007, is that correct, when
9  you went to the Village?
10     A.  What did I say?  Where did I go?
11     Q.  As I understand your answer that was
12  read to you in Interrogatory Number 5, you went
13  to Carenage for the second grade in
14  approximately 2005?
15     A.  Yes.
16     Q.  All right.  Who taught you in the
17  second grade in Carenage?
18     A.  I had Ms. Calixte again.  Merline
19  also.
20     Q.  And was Andy there still?
21     A.  No.
22     Q.  Nicholas, the second Nicholas?
23         MR. GARABEDIAN:  Objection.
24     A.  Yes.
25  BY MR. O'NEILL:

Page 36

1      Q.  Okay.  And again Interrogatory Number
2  5, your answer, you said you stayed until
3  approximately 2007 when you were sent to the
4  Village?
5      A.  Yes.
6      Q.  And how long did you stay in the
7  Village?
8      A.  When I say I stayed there, I didn't
9  say that's where I was sleeping.
10     Q.  The Village?
11     A.  I was still in the streets.  When they
12  sent me to the Village, I was sleeping at the
13  Village.
14     Q.  Yes, that was after 2007.
15     A.  After 2007, I was in the Village.  In
16  2005, I was at the Carenage, but I slept in the
17  street.
18     Q.  Yes, I understand.
19         Who was at the -- when you were at the
20  Rue 13 and then the Carenage, tell me some of
21  the names you remember of the boys that you were
22  with.
23         MR. GARABEDIAN:  Objection.
24     A.  Rupert, Jose, Dora, Nabon, Didi.  I
25  don't remember.  Evans.

Page 37

1  BY MR. O'NEILL:
2      Q.  Okay.  And that's both at the Rue 13
3  and Carenage?
4      A.  What?
5          MR. GARABEDIAN:  Objection.
6          MR. O'NEILL:  I want to have him name
7  all the names he can remember while he was doing
8  first and second grade.
9      A.  I don't remember.
10         MR. O'NEILL:  Other than the ones he
11  said?
12     A.  Yes.  That's all I recall.
13  BY MR. O'NEILL:
14     Q.  While you were living in the streets
15  for the period of time from your parents died
16  through 2007, did you have contact with your
17  brother?
18         MR. GARABEDIAN:  Objection.
19     A.  Yes, we went to find him.
20  BY MR. O'NEILL:
21     Q.  Was he living in the streets, too?
22     A.  No.
23     Q.  Was your sister living in the streets
24  after your parents died?
25     A.  No.

10 (Pages 34 to 37)

Page 38

1     Q.  Why did you have to live in the
2  streets?
3     A.  The way I was living, the only people
4  able to help me would be my mother and father,
5  there was no other person to help me out, so I
6  had to stay in the street.
7     Q.  If your brother didn't live in the
8  streets, where did he live?
9     A.  They were older.  They worked.  They
10  lived in a house.  We didn't get along well.  We
11  didn't get along.
12     Q.  Why not?
13     A.  They didn't like me.
14     Q.  Do you know why?
15     A.  I don't know.  They used to beat me
16  and be mean to me.
17     Q.  "They" being your brother and who
18  else?
19     A.  My brother.
20     Q.  Your brother.
21        How about your sister?
22     A.  She's in Dominican Republic.
23     Q.  All during this time?
24     A.  After my parents died, she went to the
25  Dominican Republic.

Page 39

1     Q.  And she's still here?
2     A.  Yes.
3     Q.  And where does she live?
4     A.  I don't know the area.
5     Q.  Is it near here, or is it Santo
6  Domingo, or where?
7     A.  I don't know where.
8     Q.  So you're not in touch with her at
9  all?
10     A.  No.
11     Q.  Did you ever meet a person that
12  worked -- came from the United States called
13  Jessica?
14     A.  Yes.
15     Q.  When did you meet her?
16     A.  Carenage.
17     Q.  Between 2005, 2007?
18     A.  Yes.
19     Q.  Was it more toward 2007, the end of
20  that period?
21        MR. GARABEDIAN:  Objection.
22     A.  What?
23  BY MR. O'NEILL:
24     Q.  Was it more toward the end of the
25  period between 2005, 2007 that he met Jessica?

Page 40

1     A.  I met her at Carenage.
2     Q.  Okay.  How about Nick, was he at
3  Carenage, too?
4        MR. GARABEDIAN:  Objection.
5     A.  Yes.
6  BY MR. O'NEILL:
7     Q.  Did you ever meet a person by the name
8  of Brittany?
9     A.  Yes.
10     Q.  And how about Sylvester Tan?
11     A.  Yes.
12     Q.  All right.  And when did you meet
13  Brittany?
14     A.  I don't remember the year.
15     Q.  Was it while you were at Carenage, or
16  at the Village?
17     A.  In the Village.
18     Q.  Okay.  And Tan, was that at the
19  Village or at Carenage?
20     A.  Village.
21     Q.  The Village.  Okay.
22        What teachers did you have -- I think
23  you've told us the teachers at Carenage.  What
24  teachers did you have at the Village?
25     A.  Mémé, Judex, Master Daniel.  I don't

Page 41

1  remember.
2     Q.  Do you remember the boys you lived
3  with or near, that you stayed near in the
4  Village?
5     A.  The little boys?
6     Q.  Any boys, the names of any boys that
7  you lived with in the Village.
8     A.  Yes.
9     Q.  Tell me the names.
10     A.  Peterson.  Peterson.
11     Q.  Anyone else?
12     A.  Dora.
13     Q.  Just as many as you can remember, tell
14  me.
15     A.  Didi.  There are a lot of them, a lot
16  of them.  I don't -- that's what I remember.
17     Q.  I'm going to show you a list of names.
18  I'll ask the interpreter to read the names in
19  case I mispronounce them, and we'll mark this as
20  Exhibit 4, I believe.
21        (Whereupon, Jerome Exhibit Number 4,
22        Three page list of names, was marked
23        for identification.)
24     A.  If it's true I will say it's true?
25        MR. GARABEDIAN:  Don't ask any

11 (Pages 38 to 41)

Confidential - Subject to Further Confidentiality Review

Page 42

1  questions.  Wait until he asks questions, okay?
2  BY MR. O'NEILL:
3      Q.  Wait for a question.
4         THE INTERPRETER:  Do you want me to
5  read them to him?
6  BY MR. O'NEILL:
7      Q.  Well, there's a whole bunch.  So let's
8  read the first ten.
9         (Interpreter complies.)
10 BY MR. O'NEILL:
11     Q.  As each one is read -- Joel Albert, do
12 you know him?
13     A.  Yes.
14     Q.  Okay.  And go on to 2.
15        THE INTERPRETER:  Nickenson Alcinord?
16     A.  Yes.
17        THE INTERPRETER:  Eliphete Alibert?
18     A.  Yes.
19        THE INTERPRETER:  Johnson Audate?
20     A.  Yes.
21        THE INTERPRETER:  Peterson Augustin?
22     A.  Yes.
23        THE INTERPRETER:  Daphélus Baptiste?
24     A.  Yes.
25        THE INTERPRETER:  Edlyn Baptiste?

Page 43

1      A.  Yes.
2         THE INTERPRETER:  Junior Jean
3  Baptiste?
4      A.  Yes.
5         THE INTERPRETER:  Erlick Benjamin?
6      A.  Yes.
7         THE INTERPRETER:  Dieu-Dabel Bernard?
8      A.  Yes.
9         THE INTERPRETER:  First ten.
10 BY MR. O'NEILL:
11     Q.  Okay.  Go on to the next ten.
12        THE INTERPRETER:  Mackenson Bien-Aimé?
13     A.  Yes.
14        THE INTERPRETER:  Robenson Bien-Amié?
15     A.  Yes.
16        THE INTERPRETER:  Jean Blaise?
17     A.  Yes.
18        THE INTERPRETER:  Guito Calet?
19     A.  Yes.
20        THE INTERPRETER:  Luccé Calixte?
21     A.  Yes.
22        THE INTERPRETER:  Michenson Cameus?
23     A.  Yes.
24        THE INTERPRETER:  Antoine Charles?
25     A.  Yes.

Page 44

1         THE INTERPRETER:  Emmanuel Clervil?
2      A.  Yes.
3         THE INTERPRETER:  Angelo Compère?
4      A.  Yes.
5         THE INTERPRETER:  Chanel Dameus?
6      A.  Yes.
7         THE INTERPRETER:  Wendy Derice?
8  Jason Maxwell Deriza?
9  BY MR. O'NEILL:
10     Q.  Okay.  Next ten.
11        THE INTERPRETER:  Idlin Deruis?
12     A.  Yes.
13        THE INTERPRETER:  Jose Derval?
14 Roland Desauguste.
15 Nicodeme Dolce?
16 Wadson Dorcine?
17 Makenson Dupasse.
18 Franto Edmond?
19 Wismond Joseph Edouard?
20 Jean Moise Emile?
21 BY MR. O'NEILL:
22     Q.  All those names that you have read
23 that you've said yes to, did you know them from
24 the Village, or from the streets, or both?
25        MR. GARABEDIAN:  Objection.

Page 45

1      A.  Both.
2  BY MR. O'NEILL:
3      Q.  Are there any of those first 30 names
4  that you read that you only know from the
5  streets, but not from the Village or from the
6  Project Pierre Toussaint?
7         MR. GARABEDIAN:  Objection.
8      A.  They were all in PPT.
9  BY MR. O'NEILL:
10     Q.  All the names?
11     A.  Yes.
12     Q.  As you're reading the names, if
13 they're not from PPT or the Village, but you
14 know them from the street, tell us that, will
15 you?
16     A.  They were all in the Village.
17     Q.  So let's go to 31, the next ten.
18        THE INTERPRETER:  Jonas Estacin?
19     A.  Yes.
20        THE INTERPRETER:  Dupin Esteril?
21     A.  Yes.
22        THE INTERPRETER:  Christophe Faustin?
23     A.  Yes.
24        THE INTERPRETER:  Papouche Fils-Aime?
25     A.  Yes.

12 (Pages 42 to 45)

Confidential - Subject to Further Confidentiality Review

Page 46

1      THE INTERPRETER: Eliodor Fleuridor?
2   A.  Yes.
3      THE INTERPRETER: Bendji Florestal?
4   A.  Yes.
5      THE INTERPRETER: Elivain Jean
6   Francois?
7   A.  Yes.
8      THE INTERPRETER: Gary Francois.
9   A.  Yes.
10     THE INTERPRETER: Herby Francois?
11  A.  Yes, yes.
12     THE INTERPRETER: Joselyn Frezin?
13  A.  Yes.
14     THE INTERPRETER: Eliassaint Fridelus?
15  A.  Yes.
16     THE INTERPRETER: Jamesly Guillaume?
17  A.  Yes.
18     THE INTERPRETER: Roudely Jacques?
19  A.  Yes.
20     THE INTERPRETER: I'm 43.
21     MR. O'NEILL: 40 --
22     THE INTERPRETER: 43.
23  BY MR. O'NEILL:
24  Q.  Have you seen this list before?
25  A.  Yes.

Page 47

1   Q.  When did you see it?
2   A.  No, no, I just saw it for the first
3   time now.
4   Q.  Okay.  What did you do to prepare for
5   this deposition?
6   A.  Why, preparation, I talked to my
7   lawyer.
8   Q.  Other than that, did you read
9   anything?
10  A.  No, I didn't.
11  Q.  Were documents read to you by anyone?
12  A.  Talking about these names?
13  Q.  Names, or anything like that.
14  A.  No, I didn't read anything.
15  Q.  Okay.  Did anyone -- well, strike
16  that.  Let's go on to the next ten.
17     THE INTERPRETER: Dorat Jean?
18  A.  Yes.
19     THE INTERPRETER: Frisnel Jean?
20  A.  Yes.
21     THE INTERPRETER: Ilguens Jean?
22  A.  Yes.
23     THE INTERPRETER: Patrick Jean?
24  A.  Yes.
25     THE INTERPRETER: Rene Jean-Baptiste?

Page 48

1   A.  Yes.
2      THE INTERPRETER: Reynold
3   Jean-Baptiste?
4   A.  Yes.
5      THE INTERPRETER: Jackson
6   Jean-Charles?
7   A.  Yes.
8      THE INTERPRETER: Emile Jean-Pierre?
9   A.  Yes.
10     THE INTERPRETER: Joseph Jidens?
11  A.  Yes.
12     THE INTERPRETER: 53.
13  BY MR. O'NEILL:
14  Q.  Go on.
15     THE INTERPRETER: Lucny Joasil?
16  A.  Yes.
17     THE INTERPRETER: Bernardin Jose?
18  A.  Yes.
19     THE INTERPRETER: Dimitry Joseph?
20  Jasmin Joseph?
21  Walky Joseph?
22  Wilnot Joseph?
23  Wilson Joseph?
24  Pedro Julien?
25  Geffrard Lecenat?

Page 49

1   63.
2   Do you want me to do the entire?
3      MR. O'NEILL: Yes, we're going to go
4   through them all.
5      THE INTERPRETER: Geffrard Lecenat?
6   Gesner Lecenat?
7   Jean Lesly?
8   A.  Yes.
9      THE INTERPRETER: Belad Louis?
10  A.  Yes.
11     THE INTERPRETER: Milvoy Lubrin?
12  A.  Yes.
13     THE INTERPRETER: Jacques Mackenson?
14  A.  Yes.
15     THE INTERPRETER: Guivenel Metellus.
16  A.  Yes.
17     THE INTERPRETER: Ronald Meus?
18  A.  Yes.
19     THE INTERPRETER: Bernard Michel?
20  A.  Yes.
21     THE INTERPRETER: Vanel Nasaire?
22  A.  Yes.
23     THE INTERPRETER: Philogene Nickenson?
24  A.  Yes.
25     THE INTERPRETER: Odilbert Raynel?

13 (Pages 46 to 49)

Confidential - Subject to Further Confidentiality Review

Page 50

1    A.  Yes.
2         THE INTERPRETER:  Joseph Ovelt?
3    A.  Yes.
4         THE INTERPRETER:  Mackenson Papillon?
5    A.  Yes.
6         THE INTERPRETER:  Jean Patrick?
7    A.  Yes.
8         THE INTERPRETER:  Paul Peniel?
9    A.  Yes.
10        THE INTERPRETER:  Telmy Philoden?
11   A.  Yes.
12        THE INTERPRETER:  Delphin Philome?
13   A.  Yes.
14        THE INTERPRETER:  Emmanuel Pierre?
15        Extra Pierre?
16        Felix Pierre?
17        Fritzson Pierre?
18        Gogory Pierre?
19        Guisman Pierre?
20        Jean-Louis Pierre?
21        Joseph Jean Pierre?
22        Robens Pierre?
23        Kensley Prévil Kensley?
24        Louis Saint Cirin?
25        Jeffeley Saint-Fleur?

Page 51

1         Gervil St. Louis?
2         Renel St. Vil?
3         Amy Watson?
4    A.  Yes to all.
5         MR. O'NEILL:  Let's talk a ten minute
6    break.
7         THE VIDEOGRAPHER:  Going off the
8    record.  The time is 10:25.
9         (Whereupon, a recess was taken.)
10        THE VIDEOGRAPHER:  Back on the record.
11   The time is 10:44.
12   BY MR. O'NEILL:
13   Q.  Back on the record.  Look at the list
14   again, I think it's Exhibit 4, is that right?
15        THE INTERPRETER:  Yes.
16   BY MR. O'NEILL:
17   Q.  Number 7 on that list, would you read
18   that name?
19   A.  Edlyn Jean Baptist.
20   Q.  Where did you know him from?
21   A.  At the Village.
22   Q.  And what grade was he in?
23   A.  I don't remember.
24   Q.  What do you know about him?
25   A.  I don't know anything personally about

Page 52

1    him.  Everybody has their own story.  I don't
2    know about him.
3    Q.  Do you know if he was abused?
4         MR. GARABEDIAN:  Objection.
5    A.  I don't know.
6    BY MR. O'NEILL:
7    Q.  Was he in the same grade as you, the
8    third or fourth?
9    A.  Yes.
10   Q.  The same one?  Same teachers?
11   A.  Yes.
12   Q.  Okay.  If you look at number 14 in the
13   list, and would you read the name in Creole, or
14   say it?
15        THE INTERPRETER:  Guito Calet.
16   BY MR. O'NEILL:
17   Q.  How do you know him?
18   A.  At PPT.
19   Q.  At PPT, meaning at Carenage?
20   A.  Rue 13.  Street 13.
21   Q.  So that goes back to before 2005?
22   A.  Yes.
23   Q.  And what do you know about him?
24   A.  I don't know anything about him.
25   Q.  You just remember his name when you

Page 53

1    see it written?
2    A.  Yes.  I still see him in the street.
3    Q.  Okay.  You're on the streets now
4    yourself, right?
5    A.  Yes.
6    Q.  Since 2014?
7    A.  Since when my parents died.
8    Q.  But you were living at the Village?
9    A.  Yes.
10   Q.  And after the Village, didn't you go
11   to -- just one moment -- didn't you live in
12   Saint Philoméne after the Village closed?
13   A.  Yes, I spent a while at Saint
14   Philoméne.
15   Q.  Who were you living with there?
16   A.  One friend, with a friend.
17   Q.  What was the name?
18   A.  I don't remember the name.
19   Q.  Was it a man or a woman?
20   A.  A man.
21   Q.  And you don't remember his name?
22   A.  No.
23   Q.  How long did you live with him?
24   A.  Six months about.
25   Q.  And in 2014, you were how old?  It's

14 (Pages 50 to 53)

Confidential - Subject to Further Confidentiality Review

Page 54

1 only two years ago -- one year ago.
2     A.  I don't remember.
3     Q.  Well, in 2005 you were 17, right,
4 December of 2005?
5         MR. GARABEDIAN:  Objection.
6     A.  I don't remember.
7 BY MR. O'NEILL:
8     Q.  The Village closed somewhere -- what
9 year did the Village close?
10     A.  Douglas left, and then Robinson took
11 over for him, and then the Village closed from
12 around 2008, 2009.
13     Q.  And so in 2008 or '9, you would have
14 been in your twenties, right?
15     A.  I don't remember how old I was.
16     Q.  How old are you now?
17     A.  26.
18     Q.  Okay.  And you're still living in the
19 streets?
20     A.  Yes.
21     Q.  Where are you sleeping?
22     A.  In the street.
23     Q.  How do you eat?
24     A.  I throw away trash for people, I find
25 -- sometimes I wash cars, but it's hard.

Page 55

1     Q.  Is there no work in Cap-Haïtian?
2     A.  No.
3     Q.  For most people?
4     A.  Sometimes they need masons.
5     Q.  Sometimes what?
6     A.  They need construction workers.
7 Sometimes I help, and sometimes they say no,
8 they're not -- they're not giving work to gays.
9 I'm -- I feel ashamed, and I leave.
10     Q.  And what?  Sorry.  I feel ashamed and
11 I what?
12     A.  Leave.
13     Q.  Leave.  Okay.
14         After you lived for six months in
15 Saint Philoméne with this person that you forget
16 his name, did you then go to the streets?
17     A.  Yes, in the streets.
18     Q.  Let's go now to Interrogatory 19.
19         Now, these are your written answers to
20 questions, and I want you to take your time,
21 carefully listen to the question and answer that
22 is being read.  The answer is your written
23 answer that you signed, as we showed you on your
24 signature page.  Your written answer to
25 Interrogatory 19, listen carefully, and then

Page 56

1 I'll ask you questions.  Make sure you
2 understand everything.  If you don't, ask the
3 interpreter, and then we'll ask you some
4 questions.
5         (Interpreter reading.)
6         MR. O'NEILL:  Are you reading the
7 Creole?
8         THE INTERPRETER:  Yes.
9         (Interpreter reading.)
10         MR. FOLKMAN:  I'm sorry to interrupt.
11 There is a Creole version in that same document,
12 would that be easier if you just read the
13 Creole?
14         THE INTERPRETER:  That's the Creole.
15 That's the Creole.
16         MR. FOLKMAN:  I'm sorry.  Excuse me.
17         THE INTERPRETER:  I'm just pausing to
18 make sure that he can understand.
19         MR. FOLKMAN:  Sorry to interrupt.
20 Okay.
21         MR. O'NEILL:  Take your time.
22         (Interpreter reading.)
23     A.  Okay.
24         THE INTERPRETER:  Do you want me to
25 read the answer to him now?

Page 57

1         MR. O'NEILL:  That was the question.
2         THE INTERPRETER:  That was the
3 question.
4         MR. O'NEILL:  Read the answer
5 carefully.
6         THE INTERPRETER:  I'll make sure he
7 understands everything.
8         MR. O'NEILL:  This is the written
9 answer now.
10         (Interpreter reading.)
11     A.  Yes.
12         MR. O'NEILL:  Have you read through "I
13 saw Andy and some of my fellow PPT kids who came
14 to take the bus in the morning to go to school"?
15         THE INTERPRETER:  Yes.
16         MR. O'NEILL:  Stopping there.  I'll
17 ask about that separately.
18 BY MR. O'NEILL:
19     Q.  Have you heard the answer, the written
20 answer, read to you?
21     A.  Can you repeat, please?
22     Q.  Yes.
23         Have you heard the answer read -- the
24 written answer read to you, and do you
25 understand it?

15 (Pages 54 to 57)

Confidential - Subject to Further Confidentiality Review

Page 58

1     A.  Yes, I understand.
2     Q.  And is that what happened to you the
3  first time?
4     A.  Yes.
5     Q.  Is this the first time you had sex
6  with anyone?
7     A.  Yes.
8     Q.  Now, you say that "I don't remember
9  the exact date," but you were about 15?
10    A.  Yes.
11    Q.  Your birth date is December 12, 1988,
12 is that correct?
13    A.  Yes.
14    Q.  And throughout most of 2004, you would
15 have been 15, is that correct?
16       MR. GARABEDIAN:  Objection.
17    A.  Okay.
18 BY MR. O'NEILL:
19    Q.  Correct?
20    A.  What?
21    Q.  You turned 16 December, 2004, toward
22 the end of the year, December 12th?
23       MR. GARABEDIAN:  Objection.
24    A.  What year?
25 BY MR. O'NEILL:

Page 59

1     Q.  December 12, 2004, or rather -- yeah,
2  December 12, 2004, he turned 16?
3     A.  No.
4     Q.  He didn't?
5        MR. GARABEDIAN:  Can we go off the
6  record for a second?
7        MR. O'NEILL:  Sure.
8        THE VIDEOGRAPHER:  Going off the
9  record.  The time is 11:03.
10       (Off the record discussion.)
11       THE VIDEOGRAPHER:  Back on the record.
12 The time is 11:04.
13 BY MR. O'NEILL:
14    Q.  If you were born on December 12, 1988,
15 in December of 2004 you would have had your 16th
16 birthday, is that correct?
17       MR. GARABEDIAN:  Objection.
18    A.  No, I think 15.
19 BY MR. O'NEILL:
20    Q.  So that means if you were 15 on
21 December, 2004, you were only 14 all of the
22 remaining months of 2004, from January,
23 February, March, April, May, June, July, August,
24 September, October, November, you were,
25 according to you, 13, right -- 14.  Sorry.  14.

Page 60

1     A.  Before December 12th, I was 14.
2     Q.  December 12th, 2004, you were 14?
3     A.  After the year went by, then that date
4  arrived, too, so I turned.
5     Q.  You turned what?
6     A.  15.  After the date arrived, I was 15.
7     Q.  15 in 2004, after December 12th?
8     A.  Yes.
9     Q.  Okay.  You say "it was after President
10 Aristide was removed from office."  When was
11 that?
12    A.  I don't remember.
13    Q.  But you used it as a date in your
14 written answer so that we would know when this
15 allegedly occurred.
16       MR. GARABEDIAN:  Objection.
17    A.  I wasn't thinking about the date, I
18 was just -- exactly when that happened.  I was
19 just thinking about when Douglas did this that
20 it wasn't good.
21 BY MR. O'NEILL:
22    Q.  Now, you filed this complaint, I
23 believe, December 30th, 2013, and you answered
24 these interrogatories on -- I think we went
25 through this -- 10 July, 2014, correct?

Page 61

1        MR. GARABEDIAN:  Objection.
2     A.  Did I answer the question July 10,
3  2014?
4  BY MR. O'NEILL:
5     Q.  Yes.
6     A.  Yes.
7     Q.  So that is approximately ten years
8  after this incident that you're claiming
9  happened in 2004, is that right?
10    A.  Yes.  Okay.  Yes.
11    Q.  And is this the first time that you
12 made a written statement as to what happened in
13 2014 in these written answers?
14       MR. GARABEDIAN:  Objection.
15       THE INTERPRETER:  Can you repeat,
16 please?
17 BY MR. O'NEILL:
18    Q.  Is this the first time you made a
19 written statement of what happened to you in
20 this first incident that you are recalling here?
21    A.  Yes, first time.
22    Q.  Was it to Cyrus Sibert that you gave
23 the answer, this answer?
24       MR. GARABEDIAN:  Objection.
25       THE INTERPRETER:  This answer --

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 62

1　BY MR. O'NEILL:
2　　　Q.　This answer, this written answer, was
3　it to Cyrus Sibert you gave this answer?
4　　　A.　I talked to Cyrus.　I did an interview
5　with him.　I gave it to my lawyer.
6　　　Q.　How did -- well, I don't want to know
7　what you said.
8　　　　　Do you mean Mitch, Mr. Garabedian?
9　　　A.　Yes.
10　　　Q.　Did you give it to him -- well, did
11　you give it to Aristide -- not Aristide, Cyrus
12　Sibert first?
13　　　　　MR. GARABEDIAN:　Objection.
14　　　A.　No.　I explain it to my lawyer first.
15　BY MR. O'NEILL:
16　　　Q.　And then?
17　　　A.　He sent a paper, he sent the
18　questions, he sent.　I called Cyrus also, I
19　explained what happened, I explained what
20　happened, how Douglas abused me.　After he did
21　that with Douglas, I feel dirty, I -- sometimes
22　I just thinking and I'm crying.　I can't learn
23　at school, gives me a lot of problems.　I'm just
24　thinking if my parents had been here this would
25　not have happened.

Page 63

1　　　Q.　Okay.　It's not exactly an answer to
2　my question, however.
3　　　　　Did you talk to -- did you talk to
4　Paul Kendrick at this time?
5　　　　　MR. GARABEDIAN:　Objection.
6　　　A.　I don't recall.
7　BY MR. O'NEILL:
8　　　Q.　Do you know Paul Kendrick?
9　　　A.　Yes.
10　　　Q.　When did you first meet him?
11　　　A.　At the hotel.
12　　　Q.　When?
13　　　A.　2014.
14　　　Q.　Which hotel?
15　　　A.　Cap-Haïtian.
16　　　Q.　Was this before or after you had met
17　with Cyrus Sibert?
18　　　A.　Before?　I don't understand.
19　　　Q.　Well, you filed these answers to
20　interrogatories September 30th, 2014.　Did you
21　meet with Kendrick before that?
22　　　A.　No, after, afterwards.　I did the
23　interview, they sent the paper for me, they sent
24　me the papers, my lawyer came to the hotel with
25　this woman and these people.　I saw Cyrus also,

Page 64

1　I explained to Cyrus what happened.
2　　　Q.　I don't want to know what you said to
3　your lawyer, but Cyrus.
4　　　A.　But I have to say --
5　　　　　MR. GARABEDIAN:　No, no.
6　BY MR. O'NEILL:
7　　　Q.　All right.　You met with Cyrus Sibert
8　who sought you out in 2013, didn't you?
9　　　　　MR. GARABEDIAN:　Objection.
10　　　A.　Yes.
11　BY MR. O'NEILL:
12　　　Q.　How did he know to seek you out?
13　　　　　MR. GARABEDIAN:　Objection.
14　　　A.　It's not only me.　It's several
15　people.
16　BY MR. O'NEILL:
17　　　Q.　Well, I'm asking about you.
18　　　A.　For myself.
19　　　Q.　How did he know to seek you out in
20　2013?
21　　　　　MR. GARABEDIAN:　Objection.
22　　　A.　He came, he sought me out because he
23　knew I was a victim.
24　BY MR. O'NEILL:
25　　　Q.　How did he know that?

Page 65

1　　　A.　I met Cyrus, I went to the radio, he
2　asked me -- he asked me what I had, what was the
3　matter.　Dora made a list to send to the lawyer
4　that they were victims, little children victims.
5　He made the list, and he put my name on it.　My
6　lawyer called me.
7　　　Q.　Okay.　I don't want to know what he
8　said.
9　　　A.　Okay.　I'm not saying.
10　　　Q.　So you saw Cyrus in 2013 with other
11　people, you made a list, and then after that you
12　talked to a lawyer?
13　　　A.　I didn't make the list.
14　　　Q.　No.　But a list was made, is that
15　correct?
16　　　　　MR. GARABEDIAN:　Objection.
17　　　A.　Yes, there was a list made.
18　BY MR. O'NEILL:
19　　　Q.　So how did Cyrus, to your
20　understanding, know that you were a victim in
21　2013?
22　　　　　MR. GARABEDIAN:　Objection.
23　BY MR. O'NEILL:
24　　　Q.　If you know.
25　　　A.　I explained to him.

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 66

1    Q.  Well, he called you, didn't he?
2        MR. GARABEDIAN:  Objection.
3    A.  Yeah, he called me somewhere.
4    BY MR. O'NEILL:
5    Q.  The only person that you claim that
6    you ever told about Douglas's abuse was a
7    teacher named Mémé, M-E-M-E, I believe.
8        THE INTERPRETER:  Mémé.
9        MR. O'NEILL:  Mémé.
10       THE INTERPRETER:  Mémé.
11   A.  Yes.
12   BY MR. O'NEILL:
13   Q.  No one else?
14   A.  No.  After the first time I explained it
15   Mémé, after 2014, I explained it to Cyrus.
16   Q.  Okay.  You didn't know of any other
17   boy that was abused of your own knowledge, did
18   you?
19       MR. GARABEDIAN:  Objection.
20   A.  When I'm imagining, it's not -- I was
21   not the only victim.
22   BY MR. O'NEILL:
23   Q.  The question is; did you know prior to
24   talking to Cyrus and all of the things that
25   happened after 2013-14, did you know --

Page 67

1        MR. GARABEDIAN:  Let him ask a
2    question.
3    A.  Before talking to Cyrus?
4    BY MR. O'NEILL:
5    Q.  Prior to 2013 when a complaint was
6    filed in your name followed by answers to
7    interrogatories in July, 2014 --
8        MR. GARABEDIAN:  Objection.
9    BY MR. O'NEILL:
10   Q.  -- you didn't know of any boy that was
11   abused, of your own knowledge?
12   A.  No.
13   Q.  You did not know, correct?
14   A.  No.
15   Q.  Okay.  You were living in the streets
16   in 2004, correct?
17       THE INTERPRETER:  2004?
18       MR. O'NEILL:  Yes.
19   A.  Yes.
20   BY MR. O'NEILL:
21   Q.  This is before you went to Carenage
22   for the second and third grade?
23   A.  Yes.
24   Q.  You say that Douglas saw you on the
25   street?

Page 68

1        THE INTERPRETER:  Douglas?
2        MR. O'NEILL:  Perlitz, saw you on the
3    street.
4    A.  Yes.
5    BY MR. O'NEILL:
6    Q.  What street?
7    A.  I don't remember which street.
8    Q.  Is it one of the streets in
9    Cap-Haïtian where you were living?
10   A.  Yes.
11   Q.  Had you met Douglas Perlitz prior to
12   his seeing you on this day on the street?
13   A.  Yeah, I knew him.
14   Q.  Did the Village, to your knowledge,
15   did the Village exist at this time, 2004?
16   A.  Yes.
17   Q.  You knew of it?
18   A.  Yes.
19   Q.  How did one get into the Village?  If
20   you were a street kid, how did you get into the
21   Village?
22   A.  Well, a person can see a child, street
23   child, and bring them to the Village.  You don't
24   need to sign anything or register.  Douglas,
25   he's always forcing us to go to the project.

Page 69

1    Q.  "He's always forcing us to go to the
2    project"?
3    A.  Yes.  He always tells us that.  There
4    are other people, too.  Nicholas, there's a
5    white guy called Nicholas who saw me at the
6    Retwa, which is a marketplace, he took me, he
7    went to Street 13, 13th Street.
8    Q.  I don't know where we're going here.
9        What do you mean "he was always
10   forcing us to go to the project"?
11       MR. GARABEDIAN:  Objection.
12   A.  I'm saying that because sometimes when
13   he sees us, we're walking barefoot in the
14   street, we're asking for food, and he says to go
15   to 13th Street, we'll find food there.  I didn't
16   think Douglas was a person like that.
17   BY MR. O'NEILL:
18   Q.  Okay.  When you were in Carenage and
19   in Rue 13 --
20   A.  When I was at Carenage?
21   Q.  -- during that time, the year 2000 to
22   about 2007 --
23       MR. GARABEDIAN:  Objection.
24   A.  Yes.
25   BY MR. O'NEILL:

18 (Pages 66 to 69)

Confidential - Subject to Further Confidentiality Review

Page 70

1    Q. -- you knew, did you not, that to get
2  into the Village you had to obey the rules that
3  were set up for Rue 13 and for Carenage?
4        MR. GARABEDIAN: Objection.
5  BY MR. O'NEILL:
6    Q. That you were watched to see if you
7  would obey the rules, and then you might be able
8  to go to the Village, correct?
9    A. Yes.
10   Q. And, in fact, when you were at the Rue
11 13 and Carenage, you could bathe, correct, wash?
12   A. Yes.
13   Q. You were fed?
14   A. Yes.
15   Q. And they taught you in the first and
16 second grade at least, and third grade?
17   A. Yes.
18   Q. And you received all of those things,
19 right?
20       MR. GARABEDIAN: Objection.
21   A. Yes.
22 BY MR. O'NEILL:
23   Q. And while you were there at Rue 13 and
24 the Carenage, you were given clothes at times to
25 wear, correct?

Page 71

1    A. No. A master called -- what's his
2  name? What's his name? I'll think of it -- a
3  master called Romel. When they are closed for
4  vacation, they give me sandals to wear. And
5  they play soccer inside, too; the champion, they
6  give them T-shirts.
7    Q. Okay.
8    A. But they never tell me this is -- but
9  they never give me like clothes to wear, they
10 never say these are clothes for you to wear.
11   Q. Around December, you often received --
12 while you were at Carenage and at Rue 13, you
13 received gifts like sneakers, the kids like you
14 and other kids received sneakers at times,
15 didn't you?
16   A. No.
17   Q. Let's go back to Interrogatory 19.
18 What time of day was this that Douglas saw you
19 on the street?
20   A. I don't remember what year or date.
21   Q. What time of day the question was.
22   A. It was nighttime.
23   Q. How late?
24   A. I don't remember. It was late.
25   Q. But it was dark?

Page 72

1    A. Yes. It was raining.
2    Q. Was it spring, summer, or fall?
3        MR. GARABEDIAN: Objection.
4    A. I don't remember which year. I was
5  small, I wasn't thinking about that.
6  BY MR. O'NEILL:
7    Q. Well, you're remembering ten years
8  later. Had you forgotten all these details?
9        MR. GARABEDIAN: Objection.
10   A. I will always remember what happened.
11 When somebody does you wrong, you'll never
12 forget the wrong they did.
13 BY MR. O'NEILL:
14   Q. Okay. So if you never forget, tell me
15 what time of year it was.
16       MR. GARABEDIAN: Objection.
17   A. I don't remember what year.
18 BY MR. O'NEILL:
19   Q. You don't remember the day? You don't
20 remember what time?
21   A. I don't remember the date.
22   Q. How did he pick you up? Was he
23 walking in the street?
24   A. He was in a car.
25   Q. With anyone else?

Page 73

1    A. No. He was alone in the car.
2    Q. How did he get you to go into the car?
3  What did he say?
4    A. Well, he saw me. It was raining. It
5  was cold, it was very cold. The place where I
6  was sleeping, the rain had fallen there. When
7  he saw me, he said "come to Bel Air," he'll give
8  me a place to sleep. So I went really -- I
9  went.
10   Q. So it was very cold?
11   A. Yes.
12   Q. Does that help you place the time of
13 year?
14   A. No, that won't help me to recall the
15 month.
16   Q. When you got into the car, how far was
17 it from Bel Air?
18       MR. GARABEDIAN: Objection.
19   A. Quite a distance. I don't remember
20 how many minutes.
21 BY MR. O'NEILL:
22   Q. When you got to Bel Air, who was
23 there? Who saw you?
24   A. Who was there? Who saw me?
25   Q. Yes.

19 (Pages 70 to 73)

Confidential - Subject to Further Confidentiality Review

Page 74

1    A.  No one on the street saw me.
2    Q.  How about when you got to Bel Air, who
3  saw you with Douglas?
4    A.  A restrainer opened the door so the
5  car could come in.
6    Q.  Who was that?
7    A.  An administrator called Pro.
8    Q.  Pro, or Bo?
9    A.  Pro.  That's how he was -- that was
10  his name.
11    Q.  Did you know him?
12    A.  Pro?
13    Q.  Yes.
14    A.  Yes.
15    Q.  Had you been to Bel Air before that
16  date?
17    A.  Yes.
18    Q.  Why were you at Bel Air before then?
19    A.  No, that's not -- I didn't meet Pro in
20  Bel Air.
21    Q.  All right.  Had you ever been to
22  Bel Air before that time?
23       MR. GARABEDIAN:  Objection.
24    A.  No.
25       MR. O'NEILL:  All right.  I think they

Page 75

1  need to change the tape, so we're going off the
2  record.
3       THE VIDEOGRAPHER:  Going off the
4  record.  The time is 11:32.
5       (Whereupon, a recess was taken.)
6       THE VIDEOGRAPHER:  Back on the record.
7  The time is 11:45.
8  BY MR. O'NEILL:
9    Q.  Okay.  Let me ask you a question,
10  going back a bit to some of your other testimony
11  just prior to the break.
12       I would ask that the interpreter read
13  you in Creole your written answers to
14  Interrogatory Number 17.  That is the Number 17
15  in the Creole, read the question and read his
16  answer.  And then when you understand and tell
17  me you understand, I'll ask you a question.
18       (Interpreter complies.)
19       THE INTERPRETER:  Do you want me to
20  read also 14 and 5?
21       MR. O'NEILL:  No.  This is Number 17,
22  the question and answer.
23       (Interpreter complies.)
24  BY MR. O'NEILL:
25    Q.  So you heard the answer, the written

Page 76

1  answer?
2       MR. GARABEDIAN:  Can we go off the
3  record for a minute?  She didn't read the answer
4  to Number 17.
5       THE VIDEOGRAPHER:  Going off the
6  record.  The time is 11:48.
7       (Off the record discussion.)
8       THE VIDEOGRAPHER:  Back on the record.
9  The time is 11:50.
10  BY MR. O'NEILL:
11    Q.  In your written answer, Mr. Jerome,
12  you said that every December, as I understand
13  it, every December you received sneakers from
14  Doug, or tennis shoes, whatever?
15    A.  Yes.
16    Q.  And when you say "give us," you mean
17  all the boys got tennis shoes or sneakers?
18    A.  Give me, give me tennis.
19    Q.  It says there.
20       THE INTERPRETER:  Me.
21       MR. O'NEILL:  The translation says
22  give us.
23       THE INTERPRETER:  No.  Well, here it's
24  give me.
25  BY MR. O'NEILL:

Page 77

1    Q.  Okay.  Did he give other boys the
2  sneakers, too?
3    A.  Yes.
4    Q.  All right.  If you go to answer 7
5  that's referred to there, you used to work
6  little jobs such as cleaning the pots and pans
7  for Giovani?
8    A.  Where?  I don't understand.
9       MR. O'NEILL:  Why don't you read him
10  the answer, the Interrogatory Number 7 and the
11  written answer that he gave.
12       (Interpreter complies.)
13    A.  I understand the question.
14       (Interpreter reading.)
15    A.  Yes.
16  BY MR. O'NEILL:
17    Q.  That was when you were in the Village
18  you did sometimes cleaning jobs for 50 gourdes
19  on a Saturday?
20    A.  For one week at the Village.
21    Q.  Just for one week?
22    A.  Yes.
23    Q.  Did you then refuse to do it?
24    A.  They asked me to clean the toilets,
25  and I said no.  I didn't accept.

20 (Pages 74 to 77)

Confidential - Subject to Further Confidentiality Review

Page 78

```
 1        Q.  Well, the answer says that
 2   Mr. Giovani -- if you refuse to clean the
 3   cooking pots he wouldn't pay you 50 gourdes, and
 4   he would punish you by sending you out into the
 5   garden.
 6            Did that happen?
 7            MR. GARABEDIAN:  Objection.
 8        A.  Yes.
 9   BY MR. O'NEILL:
10        Q.  All right.  So going back to answer
11   19, the written answer, other than Pro who you
12   knew from before, did anyone else see you coming
13   in with Doug in this dark, rainy night?
14        A.  No, just Pro when he was opening the
15   gate.
16        Q.  Where did you go?
17            MR. GARABEDIAN:  Objection.
18        A.  Where did I go?
19   BY MR. O'NEILL:
20        Q.  Yes, after you got through the gate in
21   Doug's car.
22        A.  Yes, Douglas and I went in.
23        Q.  In to what?
24        A.  In his -- in the room, bedroom.
25        Q.  Was the house called Bel Air?
```

Page 79

```
 1        A.  Yes.
 2        Q.  Is that whole area called Bel Air
 3   also?
 4        A.  Yes.
 5        Q.  Okay.  But you knew Bel Air was also
 6   that house?
 7        A.  Yes, Douglas's house.
 8        Q.  Tell us exactly how you got into the
 9   house, and where you went when you got in.
10            MR. GARABEDIAN:  Objection.
11        A.  When I'm in the car, when I get to
12   Bel Air, they have a gate, you have to open the
13   gate, I go in, the car go with me inside.  I
14   step out.  Douglas asked me to step out.  He had
15   me go in the bedroom.  He gave me a cover, and I
16   slept on the floor.
17            While I was sleeping I felt someone
18   touching me --
19   BY MR. O'NEILL:
20        Q.  Okay.  Let me just ask questions, and
21   then I'll ask you about all of that.  Don't
22   worry.
23            Was his room on the first level when
24   you walked in?
25        A.  When you go in, when you go in like
```

Page 80

```
 1   this, there's a little -- there are little
 2   steps.  When you go down the steps, you go
 3   inside the bedroom, but there's a gate.
 4        Q.  Is the steps from the first floor
 5   down?
 6            MR. GARABEDIAN:  Object.
 7        A.  Here's the door.  You go in, you go
 8   down a few steps.
 9   BY MR. O'NEILL:
10        Q.  And when you go down, where is
11   Douglas's room that you went into?
12        A.  When you go down, you go straight to
13   Douglas's bedroom.
14        Q.  You don't turn right or left, you just
15   go straight?
16        A.  No.  The bed is like this, there's a
17   little --
18        Q.  Do you go straight right into his room
19   from the stairs, or do you turn right or left?
20        A.  Straight.  You don't walk much after
21   you go down the stairs.  There's a door, and
22   then you go in.
23        Q.  So there's a door to his bedroom?
24        A.  When you go down this car, there's a
25   door you have to open.
```

Page 81

```
 1        Q.  Okay.  And describe his room.
 2        A.  When you go in, you'll see the bed.
 3   There's separation with the toilet and shower,
 4   with pictures of little kids inside.
 5            MR. O'NEILL:  They're what?
 6            THE INTERPRETER:  Pictures of little
 7   kids.
 8   BY MR. O'NEILL:
 9        Q.  This is after you're in the bedroom?
10        A.  When you're inside the bedroom, that's
11   what you see.
12        Q.  Okay.  Is the toilet outside the door
13   of the bedroom?
14        A.  Inside.
15        Q.  So the bedroom is inside -- the toilet
16   is inside the bedroom after you close the door?
17            MR. GARABEDIAN:  Object.
18        A.  Yeah, there's a little separation.
19   BY MR. O'NEILL:
20        Q.  A little separation from what to what?
21        A.  There's a room into a little thing
22   like that, there's a door, there's a door to
23   open.  You have the toilet, you can have the
24   shower.
25        Q.  Okay.  Was anyone else down there
```

21 (Pages 78 to 81)

Confidential - Subject to Further Confidentiality Review

Page 82

1  other than Douglas Perlitz and you?
2      A.  Inside Douglas's?
3      Q.  Yes, that floor that you went down.
4      A.  No, just me and Douglas.
5      Q.  And you didn't see anyone on the first
6  floor when you walked in before you went down
7  the stairs?
8      A.  No, just Pro who saw the car come in
9  with me and Douglas in it.
10     Q.  Okay.  Do you know whether you sensed
11 that other people were in the bedroom sleeping
12 on the first floor?
13         MR. GARABEDIAN:  Objection.
14         THE INTERPRETER:  Can you repeat,
15 please?
16         MR. O'NEILL:  Sure.
17 BY MR. O'NEILL:
18     Q.  Did you sense that other people were
19 in the bedrooms on the first floor when you
20 walked in?
21         MR. GARABEDIAN:  Objection.
22         THE INTERPRETER:  In the bedroom or on
23 the first --
24         MR. O'NEILL:  No, on the first floor.
25     A.  In other bedrooms.

Page 83

1  BY MR. O'NEILL:
2      Q.  What?
3      A.  There were people in other bedrooms.
4      Q.  You sensed that there were?  You
5  didn't see them, did you?
6         MR. GARABEDIAN:  Objection.
7      A.  Yes, because Douglas is not the only
8  person staying in that house.
9  BY MR. O'NEILL:
10     Q.  But how did you know they were there
11 at that time?
12     A.  I knew Andy, and that's where he was
13 staying.  Andy.
14     Q.  You just knew that they stayed there;
15 you didn't see them?
16         MR. GARABEDIAN:  Objection.
17     A.  Yeah, that's where I knew they were
18 staying.
19 BY MR. O'NEILL:
20     Q.  You didn't see him, Andy?
21     A.  No.
22     Q.  Who else did you know was living
23 there?
24         MR. O'NEILL:  What was all that about?
25     A.  In the -- at Bel Air there was another

Page 84

1  little house, there was a parking also and a
2  storage area where they had boxes and balls.
3  And after that, there was a person living there
4  called Master Giovani, Master Giovani in the
5  little house where there was also a parking.
6  BY MR. O'NEILL:
7      Q.  I'm not sure what that's in answer to.
8  Go back to 19.
9         Douglas went to his bed?
10     A.  Yes, he was.
11     Q.  And what did he give you to sleep on?
12     A.  He gave me a cover so I could sleep on
13 the floor.
14     Q.  And did you sleep on the floor?
15     A.  Yes.
16     Q.  And at some point you were awakened by
17 Douglas?
18     A.  Yes.  He was touching me.  When I woke
19 up, I saw it was Douglas.
20     Q.  And how was he touching you when you
21 woke up?
22     A.  He was touching my head, he was
23 touching my breast.  He made me go next to the
24 bed, and he put his penis inside me.
25     Q.  Okay.  Well, let's stay with 19.

Page 85

1         It says in 19, in your answer, and
2  please read the Creole of the part I'm about to
3  read, "Douglas asked me to have sex with him and
4  promised to send me to the Village."  Do you
5  read that part in Creole?  It's midway down the
6  answer.  The first sentence says "I felt
7  somebody touching me.  Douglas asked me to have
8  sex with him and he promised to send me to the
9  Village."
10        THE INTERPRETER:  I have to read.
11 Yes, okay.
12        (Interpreter reading.)
13     A.  Yes.
14 BY MR. O'NEILL:
15     Q.  Did Douglas, before he put his penis
16 into your rectum, did he ask you to have sex
17 with him?
18        MR. GARABEDIAN:  Objection.
19     A.  That's the first part.
20 BY MR. O'NEILL:
21     Q.  So he asked you first, and promised --
22     A.  No, he didn't ask me.  When he was
23 touching me like that, he said "oh, let's be gay
24 together," he'll send me to the Village, he'll
25 send me to the Village and give me money for me

Confidential - Subject to Further Confidentiality Review

Page 86

1  to buy clothes.
2      Q.  Okay.  You say in your answer, would
3  you read this part, I felt -- after "I felt
4  somebody touching me.  Douglas asked me to have
5  sex and promised to send me to the Village,"
6  then "Douglas knew that both my parents had died
7  before I was ten years old."
8      Does that help you remember how old
9  you were when your parents died?
10     A.  No, that does not help.
11     Q.  How did you know that Douglas knew
12  that your parents had died before you were ten
13  years old?
14     A.  He knew that my parents had died.
15     Q.  But he apparently knew that it was
16  before he was ten.  How did he know that?
17     MR. GARABEDIAN:  Objection.
18     A.  He knew it was before ten.  He's so
19  intelligent.  He really knows what he's doing.
20  He could imagine that.
21  BY MR. O'NEILL:
22     Q.  You say as you go on in your written
23  answer to Interrogatory -- or the question
24  Number 19, you say "I did not think I could say
25  no."  What did you mean?

Page 87

1      A.  Why I said I would not say yes, it was
2  raining, Douglas saw me, he put me somewhere to
3  sleep.  If I had said no, he would have asked me
4  to leave.  It was raining hard.  If I did say
5  no, it would have been harsher for me because I
6  don't know how I would have made it through that
7  night.
8      Q.  Your written answer, however, says
9  that was what you thought.  Did Douglas say he
10  would throw you out of the Village if he didn't
11  have sex with you, or did you just know that?
12     A.  I just thought that.  Why did I think
13  that, it's because he can ask you to do
14  something, he reacts the same as a criminal,
15  wrongly with you.
16     MR. O'NEILL:  A what?
17     THE INTERPRETER:  Wrongly, bad with
18  you, he react badly with you.
19  BY MR. O'NEILL:
20     Q.  Well, he didn't -- you thought -- he
21  promised to send you to the Village, and you
22  knew you were getting meals and other benefits
23  at the Village -- or not the Village, at the
24  Carenage at that time, you knew that you were
25  getting food, you were getting education, and

Page 88

1  you knew that he was in charge of all of that.
2  So you understood, as I -- you understood that
3  if you said no, you might lose all those things,
4  correct?
5      MR. GARABEDIAN:  Objection.
6      A.  Yes.
7  BY MR. O'NEILL:
8      Q.  Okay.
9      A.  But it was not to do gay things with
10  Douglas.  That's not why I went there.
11     Q.  Okay.  Do you know what sodomy means?
12     A.  Sodomy?
13     Q.  Do you know what it means?
14     A.  No.
15     Q.  He put his penis in your rectum?
16     A.  Yes.
17     Q.  And you started to bleed?
18     A.  Yes.
19     Q.  When did you start to bleed?
20     A.  The following day.
21     Q.  When?
22     A.  I was bleeding.
23     Q.  Later or then, right away?
24     A.  That evening it started, but it wasn't
25  bleeding a lot.

Page 89

1      Q.  It wasn't?
2      A.  Bleeding a lot.  But the following day
3  I was bleeding, and Master Mémé came, he asked
4  me what was wrong.  I told him.  He brought me
5  to the hospital.  But I didn't ask -- I didn't
6  explain the lady what had happened, the woman
7  what had happened.
8      Q.  But you don't say there that you saw
9  Mr. Mémé or whatever you call him, you say that
10  the next morning you saw Andy and some fellow
11  PPT kids who came to take the bus.  And you took
12  the bus with them to the school, didn't you?
13     MR. GARABEDIAN:  Objection.
14     MR. O'NEILL:  Read that section, "the
15  next morning at Bel Air."
16     (Interpreter complies.)
17     A.  Yes.
18  BY MR. O'NEILL:
19     Q.  So you went to school with the other
20  kids?
21     A.  I went to school.  Mémé came to see
22  me.
23     Q.  When?
24     A.  In the street.
25     Q.  In the street?  After school?

23 (Pages 86 to 89)

Confidential - Subject to Further Confidentiality Review

Page 90

1    A.  Yes.
2    Q.  Mémé was not a teacher in the Carenage
3 or the PPT Rue 13, was he?
4    A.  No, he was a teacher at the Village.
5    Q.  He was at the Village.  You weren't at
6 the Village at this time.
7    A.  No.  I met him in the street.
8    Q.  That same day?
9    A.  The following day.
10    Q.  Did he know that you were a student at
11 PPT?
12    A.  Yes.
13    Q.  How did he know that?
14    A.  He used to come to 13th Street.  I
15 used to see him.  We used to talk, and he says
16 "my name is Mémé, this is where I work."
17    Q.  What did you tell Mémé, Mémé -- how do
18 you say it?
19        THE INTERPRETER:  Mémé.
20 BY MR. O'NEILL:
21    Q.  How did you tell Mémé -- what did you
22 tell Mémé when he saw you on the street after
23 school that day?
24        MR. GARABEDIAN:  Objection.
25    A.  I saw Mémé, he asked me how I was

Page 91

1 doing.  I told him I have a problem.  I said
2 yes.  He took me -- he brought me to the
3 hospital.  I told him what happened, how Douglas
4 abused me, and he brought me to the hospital.
5 And he told me if you tell people about it
6 Douglas will throw me out, so that's why I
7 didn't talk about it to anyone.
8 BY MR. O'NEILL:
9    Q.  So you didn't talk about it to anyone
10 because of what Mémé, Mémé, Mémé said to you?
11        MR. GARABEDIAN:  Objection.
12    A.  Yes, he said not to tell anyone.
13 BY MR. O'NEILL:
14    Q.  Okay.  What hospital did you go to?
15    A.  Justinien.
16    Q.  What's your number at the Justinien,
17 your hospital number?
18        MR. GARABEDIAN:  Objection.
19    A.  I don't know.
20 BY MR. O'NEILL:
21    Q.  Did you have a hospital number?
22    A.  I didn't have a hospital number.  I
23 wasn't thinking about that on that date.
24    Q.  How did you get in and get treatment
25 without a number?

Page 92

1        MR. GARABEDIAN:  Objection.
2    A.  They don't need to give you a number.
3 BY MR. O'NEILL:
4    Q.  Did someone see you?
5    A.  The miss we went to.
6    Q.  Who?
7    A.  The miss.
8    Q.  Did a doctor see you?
9    A.  Yeah, a girl, a woman.
10    Q.  Was she a doctor, or a nurse?
11    A.  A nurse.
12    Q.  So you didn't see a doctor?
13        MR. GARABEDIAN:  Objection.
14    A.  No, there were no male doctors.
15 BY MR. O'NEILL:
16    Q.  And the person you saw was a nurse?
17    A.  Yes.
18    Q.  What did she do to examine you?
19    A.  She asked me what I had, my butt
20 hurts.  But I didn't explain to her how, why it
21 hurt.  She gave me a syrup and some pills.
22    Q.  Did she look at your rectum?
23    A.  No.
24    Q.  She didn't even examine you?
25    A.  No.  I just explained to her.

Page 93

1    Q.  In your complaint -- let's look at the
2 complaint, I think it's Exhibit 1.  And I think
3 it's only in English, but I'll ask you to
4 translate.
5        In the complaint you only say that
6 there was one incident, not two.
7    A.  What is incident?
8    Q.  Incident meaning occurrence.  There is
9 only one sexual occurrence listed in the
10 complaint that was filed on September 30th,
11 2013.  If you look at Number --
12        MR. GARABEDIAN:  Objection.
13 BY MR. O'NEILL:
14    Q.  -- 19.
15    A.  Talking about what?
16    Q.  99.  Look at Number 99.
17    A.  In this?
18    Q.  In the complaint, yes.
19        MR. GARABEDIAN:  Do you have a copy of
20 it?
21        MR. FOLKMAN:  Exhibit 1.
22        THE INTERPRETER:  I don't have
23 Exhibit 1.
24        MR. O'NEILL:  Would you show him
25 Exhibit 1?  It might be underneath the pile

24 (Pages 90 to 93)

Confidential - Subject to Further Confidentiality Review

Page 94

1  there. Would you translate number 99 for him
2  into Creole?
3      (Interpreter complies.)
4      A. Yes.
5      MR. O'NEILL: Okay. And number 100,
6  read that. Did you read it?
7      THE INTERPRETER: One moment.
8      (Witness reading.)
9      A. Can you read again, please?
10 BY MR. O'NEILL:
11     Q. Can I read what again?
12     THE INTERPRETER: He wants me to read.
13     MR. O'NEILL: Oh, yes. Which one are
14 you reading?
15     THE INTERPRETER: 100.
16     MR. O'NEILL: Okay.
17     THE INTERPRETER: Can I add when
18 they're saying preceding paragraph, can I show
19 him the preceding paragraph? And when they say
20 the time period reference above, can I explain
21 which time period?
22     MR. O'NEILL: No, just read what it
23 says. If he wants the 99 read again, you can
24 read that.
25     THE INTERPRETER: Okay.

Page 95

1      (Witness reading.)
2  BY MR. O'NEILL:
3      Q. Did you understand that?
4      A. Yes.
5      Q. Read 101 also.
6      THE VIDEOGRAPHER: Going off the
7  record. The time is 12:27.
8      (Off the record discussion.)
9      THE VIDEOGRAPHER: Back on the record.
10 The time is 12:28.
11     MR. O'NEILL: Please continue to -- or
12 read 101 by translating it for Mr. Jerome.
13     (Interpreter complies.)
14 BY MR. O'NEILL:
15     Q. Did you understand that?
16     A. I understand.
17     Q. Okay. Now, going to Interrogatory 19
18 again, your written answers, you say that
19 Douglas abused you -- why don't you read that
20 answer a second time.
21     THE INTERPRETER: I have it in here?
22     MR. O'NEILL: Number 19. In Creole.
23     THE INTERPRETER: Yes.
24     MR. O'NEILL: Read that to him.
25     THE INTERPRETER: Which paragraph?

Page 96

1      MR. O'NEILL: Number 19, it's the --
2  it begins "The second time Douglas abused me" in
3  English.
4      (Interpreter complies.)
5      A. Yes.
6  BY MR. O'NEILL:
7      Q. Okay. The second time, you say you
8  were now about 15 or 16, and the first occasion
9  says you were about 15. So when did the second
10 occasion happen?
11     MR. GARABEDIAN: Objection.
12     MR. O'NEILL: We're going a long while
13 here without a translation, so why don't you
14 stop him and tell us what he's saying so far in
15 that regard.
16     A. I don't remember the year. It was a
17 time when -- around the time when I was in the
18 street. I wasn't thinking about the day. I was
19 thinking about how somebody could do that to my
20 life, how could someone spoil my future. You
21 know, when somebody --
22     THE INTERPRETER: And you interrupted.
23 BY MR. O'NEILL:
24     Q. The question was; when was this in
25 relation to the last time? How long after the

Page 97

1  first incident did this second incident happen?
2      A. I don't remember how much time that
3  could have been in-between.
4      Q. How did Douglas get you -- you say
5  "abused me at Bel Air on a weekend." What did
6  he do? How did he get you? Where did he get
7  you?
8      A. It was nighttime, it was very late.
9      Q. Was it dark and rainy?
10     A. It wasn't rainy. It was dark.
11     MR. O'NEILL: Please don't let him go
12 too long. Please let him answer, and then he
13 can continue.
14     A. I wanted to go to sleep, but I didn't
15 want to go -- I needed to go to sleep, but I
16 didn't want to go because I was afraid they
17 would arrest me.
18 BY MR. O'NEILL:
19     Q. Arrest you? Where did --
20     MR. GARABEDIAN: Objection.
21 BY MR. O'NEILL:
22     Q. He got you from the street. Where
23 were you; out in the street sleeping, or what?
24     A. I was in the street. I was walking a
25 little bit, not close to the house, but in the

25 (Pages 94 to 97)

Confidential - Subject to Further Confidentiality Review

Page 98

1     area of Bel Air.  He was going by in his car
2     when he saw me.  He said "what are you doing
3     here?"  I said "that's where I'm going to
4     sleep."  He said "no."  I thought if I go -- if
5     I go down they could arrest me, put me in jail.
6          Q.  Why?
7          A.  Because in Haiti when you walk during
8     the night, they'll think you're a thief or a
9     thug.  They don't need to know more, they just
10    arrest people.
11         Q.  So when Douglas saw you, what did he
12    ask you to get in the car?
13         A.  Yes.  He said "come in."  I didn't
14    want to.  He forced me, said "come, let's go,
15    let's go."
16         Q.  Wait a minute.
17             Did he pull you into the car
18    physically?
19         A.  No, he did not.  He's saying "come,
20    come, come."
21         Q.  And you went?
22         A.  Yes.  I didn't want to go down so they
23    would arrest me.
24         Q.  Okay.  The first time that you talked
25    about, the first time you had sex with Douglas,

Page 99

1     he gave you money, didn't he?
2             MR. GARABEDIAN:  Objection.
3          A.  He didn't give me the money on the
4     spot.
5     BY MR. O'NEILL:
6          Q.  When did he give it to you?
7          A.  I don't remember.  1,000 gourde, 1,500
8     gourde, so I could buy some clothes.
9          Q.  And you knew he was going to give you
10    money after the sex, right?
11             MR. GARABEDIAN:  Objection.
12         A.  No, I didn't know.
13    BY MR. O'NEILL:
14         Q.  But you -- it says in your answer
15    before, "Douglas gave me money after he had sex
16    with me."  Is that not correct?
17             MR. GARABEDIAN:  Objection.
18         A.  Yes, after.  But I didn't know if he
19    would tell me "here's the money."  He didn't
20    offer me the money before.
21    BY MR. O'NEILL:
22         Q.  He gave you the money after he had sex
23    with you?
24             MR. GARABEDIAN:  Objection.
25    BY MR. O'NEILL:

Page 100

1          Q.  Didn't he?
2          A.  Not on the spot.
3          Q.  Okay.  And it was 1,500 gourde?
4          A.  Yes.
5          Q.  And the second time, he again put his
6     penis in your rectum?
7          A.  Yes.
8          Q.  And did you stay at the house until
9     daylight?
10         A.  Yeah, the next day.
11         Q.  Did you stay in that room until the
12    next day?
13         A.  No, I left.  I had blood in my pants.
14    When he saw that, he said take a cloth, or
15    clothes, so people don't suspect anything, they
16    don't see.
17         Q.  He said take clothes from him?
18             MR. GARABEDIAN:  Objection.
19         A.  No, take a T-shirt, or shirt.
20             MR. O'NEILL:  A T-shirt?
21             THE INTERPRETER:  Or shirt.
22    BY MR. O'NEILL:
23         Q.  Did you go to the hospital for this
24    rectal bleeding?
25         A.  No, I didn't.

Page 101

1          Q.  You didn't tell Mémé about it, did
2     you?
3          A.  No.
4          Q.  Because you felt if you didn't do what
5     he wanted, you'd lose all your privileges at the
6     Carenage or wherever you were at that point?
7          A.  Yes.
8          Q.  You say "The next morning I saw
9     Nicholas."  Where did you see Nicholas?
10         A.  In Bel Air.
11         Q.  In the house?
12         A.  Yes.
13         Q.  Where was he?
14         A.  Outside.
15         Q.  So when you come outside, Nicholas was
16    outside?
17             MR. GARABEDIAN:  Objection.
18         A.  Yes.  He was going to Carenage.
19    BY MR. O'NEILL:
20         Q.  Okay.  You say this was a weekend?
21         A.  I don't remember the day.
22         Q.  Well, you say it's a weekend in your
23    answer, written answer.
24         A.  I don't remember if it's Saturday or
25    Sunday.  On those days we go to Carenage, he

26 (Pages 98 to 101)

Confidential - Subject to Further Confidentiality Review

Page 102

1　goes to check if thieves have broken in or
2　broken anything.
3　　　Q.  Did you go with him?
4　　　A.  Yes, I went.
5　　　Q.  Did you tell him what happened?
6　　　A.  No, I didn't.  He was just going down,
7　and I asked him just drop me in the street
8　somewhere.
9　　　Q.  What time of day was this?
10　　　A.  Morning, the morning.
11　　　Q.  Was the sun up over the horizon?
12　　　A.  There was not a lot of sun above
13　really.
14　　　Q.  So why didn't you mention this in the
15　complaint that was filed on 2013?
16　　　　MR. GARABEDIAN:  Objection.
17　　　A.  I didn't remember that.  When I went
18　back on the facts trying to remember, I remember
19　everything.
20　BY MR. O'NEILL:
21　　　Q.  This is the second time you ever had
22　sex with anyone, is that your testimony?
23　　　　MR. GARABEDIAN:  Objection.
24　　　A.  Yes.
25　BY MR. O'NEILL:

Page 103

1　　　Q.  And you had trouble remembering?
2　　　　MR. GARABEDIAN:  Objection.
3　　　A.  No.
4　BY MR. O'NEILL:
5　　　Q.  So why did you forget when the
6　complaint was filed?
7　　　　MR. GARABEDIAN:  Objection.
8　BY MR. O'NEILL:
9　　　Q.  You do not know --
10　　　　MR. GARABEDIAN:  Hang on a second.
11　　　　MR. O'NEILL:  I'm sorry, I understood
12　everything that was said, I thought everybody
13　else did.
14　　　A.  Because there was a lot of words, a
15　lot of talking.  And now I remember this,
16　because now you're asking me all these
17　questions, and you told me this like this here
18　now, that's why I could remember how it
19　happened.
20　BY MR. O'NEILL:
21　　　Q.  So you didn't remember it until you
22　were doing the written answers to questions?
23　　　　MR. GARABEDIAN:  Objection.
24　　　A.  No, I didn't remember.
25　BY MR. O'NEILL:

Page 104

1　　　Q.  You didn't remember until you were
2　answering written questions, is that correct?
3　　　　MR. GARABEDIAN:  Objection.
4　　　A.  I didn't remember.
5　BY MR. O'NEILL:
6　　　Q.  Now, what happened that made you
7　decide to file a complaint in 2013?
8　　　A.  What happened?
9　　　Q.  Yes.  Why did you suddenly -- why in
10　2013 did you decide to file a complaint?
11　　　　MR. O'NEILL:  Will you please wait a
12　minute?  Could you translate what he said so
13　far, and then he can add?
14　　　A.  I decided to file a complaint because
15　when you're a victim in Haiti, you don't have
16　money, poor people don't find any justice.  I
17　saw Cyrus, and he told me they were making a
18　list with all the kids, a list with the victims.
19　BY MR. O'NEILL:
20　　　Q.  You knew -- sorry.  Did you want to go
21　on?
22　　　　MS. CONROY:  He's still answering.
23　You interrupted his translation.
24　BY MR. O'NEILL:
25　　　Q.  Go on.

Page 105

1　　　　MR. O'NEILL:  Please, if he's
2　answering in a lengthy way, please stop it and
3　give us what you have, and then ask him to
4　continue so that -- okay?  But don't let him go
5　on, because then it gets too long.
6　　　　THE INTERPRETER:  Okay.
7　　　　MR. GARABEDIAN:  I mean if you want
8　him to answer, let him answer.  I don't
9　understand.
10　　　　MR. O'NEILL:  Because we lose the
11　thread of the whole thing.
12　　　　MR. GARABEDIAN:  You're preventing him
13　from presenting the thread of the whole thing.
14　BY MR. O'NEILL:
15　　　Q.  Go back to the question, and then
16　we'll -- why in 2013 did you decide to file a
17　complaint?
18　　　A.  Because the guys saw Cyrus, and he
19　said they were making a list, and to put your
20　name in the list, because lawyers were calling.
21　I put my name on the list, my phone number, and
22　the lawyer called me.
23　　　Q.  Are you finished?
24　　　A.  Yes.
25　　　Q.  You knew in 2013 that money had been

27 (Pages 102 to 105)

Confidential - Subject to Further Confidentiality Review

Page 106

1    paid to the first group of people who sued,
2    didn't you?
3        A.  Yes.
4        Q.  And you knew a lot of money had been
5    paid to these people, isn't that correct?
6        MR. GARABEDIAN:  Objection.
7        A.  Yes.
8    BY MR. O'NEILL:
9        Q.  And they were beginning to show by
10   spending and doing things and buying cars and
11   whatever, you knew that?
12       A.  Yes.
13       Q.  And it was after you knew all of that
14   that you decided to add your name to the list?
15       MR. GARABEDIAN:  Objection.
16       A.  Yes, I decided to put my name on the
17   list.  Yes, I wasn't in the first group because
18   the guys were making it -- they were hiding to
19   do it.  And that's why I put my list -- my name
20   on the second list, because I'm a victim also.
21   BY MR. O'NEILL:
22       Q.  It was Mr. Sibert that introduced you
23   to Mr. Garabedian, wasn't it?
24       A.  Mr. Mitch?  Mr. Mitch?
25       Q.  Yes.

Page 107

1        A.  No, he gave my phone number to Mitch.
2        Q.  Sibert gave you phone number to Mitch?
3        A.  No, I wrote on the same paper, and I
4    gave it.  He sent away the list, and the lawyer
5    called me.
6        Q.  If you look at Interrogatory Number
7    12, your written answer to the question in
8    Number 12, would you read the Creole to that?
9        (Interpreter complies.)
10       THE INTERPRETER:  I just would like to
11   raise something.  I'm not sure whether this was
12   done by a machine or something?
13       MR. O'NEILL:  What are you doing?  I'm
14   asking you to read Interrogatory 12.
15       THE INTERPRETER:  Okay.
16       MR. O'NEILL:  And the answer.  I mean,
17   can you translate it in Creole?
18       THE INTERPRETER:  Yes.
19       MR. O'NEILL:  Read it to him in
20   Creole, and then tell us what the Creole is
21   saying.
22       THE INTERPRETER:  I will read what I
23   understand.
24       MR. O'NEILL:  Yes.
25       THE INTERPRETER:  And then tell you

Page 108

1    what is written here.
2        MR. O'NEILL:  Right.
3        (Interpreter reading.)
4        A.  Okay.  2013.
5        THE INTERPRETER:  I'm going to read
6    you what is written here.
7        MR. O'NEILL:  This is the answer to
8    Number 12?
9        THE INTERPRETER:  Yes.  That's what he
10   just said now.  It's written, "Please indicate
11   when you took lawyer for this meeting first."
12       MR. O'NEILL:  Yes.
13       THE INTERPRETER:  That's what's
14   written, that syntax.
15       MR. O'NEILL:  Okay.  And what's the
16   answer?
17       THE INTERPRETER:  I don't know exactly
18   when.
19       Should I read it in Creole first and
20   then --
21       MR. O'NEILL:  Yes, read it.
22       (Interpreter complies.)
23       A.  It's Cyrus Sibert who referred me to a
24   lawyer in the month of August in the year 2013.
25   BY MR. O'NEILL:

Page 109

1        Q.  So Cyrus Sibert referred you to
2    Mr. Garabedian, Mitch Garabedian?
3        A.  He called me.  He didn't send me to
4    him.  He called.
5        Q.  Who called you?
6        A.  The lawyer, Mr. Mitch.
7        MR. GARABEDIAN:  Don't talk about what
8    we talked about.
9    BY MR. O'NEILL:
10       Q.  Who called?
11       A.  Who called me on the phone?
12       Q.  I'm losing here.
13       Who called him?
14       A.  On the phone?
15       Q.  Yes.
16       A.  Mr. Mitch.
17       Q.  Did you have any contact with Mitchell
18   Garabedian prior to talking to Sibert?
19       A.  No, I didn't have any contacts with
20   Mr. Mitch before.
21       Q.  So how did Sibert get ahold of you?
22   How did he talk to you?  How did he call you?
23   Where were you?
24       MR. GARABEDIAN:  Objection.
25       A.  When the guys found money they went to

28 (Pages 106 to 109)

Confidential - Subject to Further Confidentiality Review

Page 110

1  the radio station, then Cyrus, oh, he called the
2  police. And then the guys then go. I wasn't in
3  front of the radio. Then the guy said they were
4  at PPT, they came with pictures when they were
5  in the project, when Cyrus saw that he contacted
6  Mr. Mitch.
7       They told us they were making a list
8  with our phone numbers. He gave -- came to the
9  Carenage, they saw me, so I put my name, and
10  then they gave it to Cyrus.
11      Q. You were not in the Carenage in 2013.
12  The whole thing closed down in 2013, hadn't it?
13      MR. GARABEDIAN: Objection.
14      A. No, I wasn't at the Carenage. I
15  wasn't at the project, but Carenage is an area.
16  BY MR. O'NEILL:
17      Q. Okay.
18      A. I was there.
19      MR. GARABEDIAN: Let him finish his
20  answer, please.
21      MR. O'NEILL: Is there more? Did he
22  say more?
23      THE INTERPRETER: No.
24  BY MR. O'NEILL:
25      Q. So people came on the radio to talk

Page 111

1  about all the money they had received?
2      MR. GARABEDIAN: Objection.
3      A. Not them. The other victims that were
4  revolting, they said we are victims also.
5  BY MR. O'NEILL:
6      Q. But who got on the radio to talk about
7  the money that was received?
8      A. No one went, talked --
9      THE INTERPRETER: I'm sorry, I'm not
10  getting this. Could you ask him to repeat,
11  please?
12      MR. O'NEILL: Yes.
13  BY MR. O'NEILL:
14      Q. Earlier you said you knew that a group
15  of people had sued and got a lot of money.
16      A. No, that's not what I said.
17      Q. What did you say?
18      A. The other victims that were victims
19  also, they revolted, they said we were victims,
20  too. They saw the other guys with nice cars.
21      Q. Okay.
22      A. They were dealing in secret so we
23  wouldn't know. They said that we have died, we
24  were in prison, so we wouldn't be able to
25  participate.

Page 112

1      Q. Okay. This was the group that had
2  settled?
3      A. Yes.
4      Q. Had you met Kendrick at this time?
5      A. Paul Kendrick?
6      Q. Yes.
7      A. No, I didn't know him yet.
8      Q. When did you first meet him?
9      A. At a hotel called Picolet.
10      Q. And when was that?
11      A. I don't remember when it was.
12      Q. Okay. Let's stop here and have lunch,
13  and we'll come back at --
14      MR. GARABEDIAN: 2:00 o'clock.
15      MR. O'NEILL: 2:00 o'clock? Is that
16  okay?
17      THE VIDEOGRAPHER: Going off the
18  record. The time is 1:01.
19      (Whereupon, a luncheon recess was
20      taken.)
21
22
23
24
25

Page 113

1      AFTERNOON SESSION
2
3      THE VIDEOGRAPHER: Back on the record.
4  The time is 2:05.
5  BY MR. O'NEILL:
6      Q. Mr. Jerome, at the close of the
7  Village, you were, after a brief period in Saint
8  Philoméne, you were on the street again, is that
9  right?
10      A. Yes.
11      Q. Now, you knew before the Village
12  closed that Cyrus Sibert was on the radio saying
13  Douglas Perlitz was sexually abusing boys at
14  PPT?
15      MR. GARABEDIAN: Objection.
16      A. Before the Village --
17  BY MR. O'NEILL:
18      Q. Closed.
19      A. After it closed?
20      Q. No, before, before.
21      A. No, I didn't hear that.
22      Q. You didn't hear it, no one talking
23  about that?
24      A. No, I didn't know. I didn't hear
25  anyone talking about it. Only that when I was

29 (Pages 110 to 113)

Confidential - Subject to Further Confidentiality Review

Page 114

1    at the Village it was written on the wall.
2        Q.  So you saw graffiti on the wall that
3    Douglas Perlitz was abusing boys?
4        A.  "Douglas fag."
5        Q.  Fag?
6            Okay.  And did the boys talk about
7    that?
8        A.  Yeah, they talk about it.
9        Q.  Did you talk about it?
10       A.  Me?
11       Q.  Did you tell anyone at that time that
12   you yourself had been abused?
13       A.  No, I didn't say to anyone.  Only
14   Mémé.
15       Q.  I'm sorry.
16       A.  Only Mémé.
17       Q.  That was way back you told Mémé, in
18   2005?
19       A.  No.
20       Q.  When did you tell him?
21       A.  When it first happened.
22       Q.  Okay.  We've already asked you about
23   that.
24           Did you know or did you not know that
25   after Douglas Perlitz left Haiti, the police

Page 115

1    were investigating and interviewing boys?
2            MR. GARABEDIAN:  Objection.
3    BY MR. O'NEILL:
4        Q.  Did you know that?
5        A.  Say again?
6        Q.  Sure.  That after Douglas Perlitz left
7    Haiti for good, you knew that the police were
8    interviewing boys about what happened, didn't
9    you?
10       A.  Haitian police?
11       Q.  Haitian police, United Nations police,
12   American police.
13       A.  I don't know about American police or
14   United Nations police, but in Haiti they don't
15   do this.
16       Q.  You didn't know that Haitian police
17   were investigating?
18       A.  No.
19       Q.  Haitian National police?
20       A.  No, I didn't know.
21       Q.  You didn't know that boys were being
22   questioned by the Haitian National police or the
23   American investigators?
24           MR. GARABEDIAN:  Objection.
25       A.  What do you mean "interrogating"?

Page 116

1    BY MR. O'NEILL:
2        Q.  Asking questions of boys about sexual
3    abuse.
4        A.  No, I didn't know.  I did see a white
5    guy inside the Village, he was conducting an
6    investigation, but I don't know why he came, if
7    it was for -- to conduct an investigation.
8        Q.  In any event, you told no one in 2008,
9    2009, and after the Village closed that you were
10   abused, other than Mémé way back, is that
11   correct?
12           MR. GARABEDIAN:  Objection.
13       A.  Yes, only Mémé.
14   BY MR. O'NEILL:
15       Q.  In 2009, 2010, did you hear that
16   Douglas Perlitz was arrested in the United
17   States and put in jail?
18       A.  In 2009?
19       Q.  Well, in that period of time, 2009,
20   2010.
21       A.  In 2010, I did hear that.
22       Q.  Okay.  And you told no one, other than
23   what you had to Mémé, you told no one that
24   you were abused in 2009, 2010?
25       A.  Repeat, please.

Page 117

1        Q.  Okay.  You told no one, other than
2    what you'd already told Mémé, you told no one in
3    2009, 2010 that you were abused?
4            MR. GARABEDIAN:  Don't talk about what
5    you said to me.
6            Objection.
7        A.  Except the fact that Douglas touched
8    me twice, did these things twice to me, I didn't
9    tell anyone, except Mémé way back.
10   BY MR. O'NEILL:
11       Q.  Okay.
12       A.  Except that then I had a lawyer, and I
13   told the lawyer.
14       Q.  We already know that that was in 2013,
15   right?
16       A.  Yes.
17       Q.  So in 2009, 2010, 2011, 2012, you said
18   nothing, other than what you'd already told Mémé
19   way back?
20       A.  Yes, only Mémé.  I didn't tell anyone
21   else.
22       Q.  So between 2005 and 2013, no one knew
23   that you had engaged in gay sex with Douglas
24   Perlitz except Mémé?
25           MR. GARABEDIAN:  Objection.

30 (Pages 114 to 117)

Confidential - Subject to Further Confidentiality Review

Page 118

1        A.  I explained all to Mémé, and then no
2    one.
3    BY MR. O'NEILL:
4        Q.  Okay.  Did Sibert, when you finally
5    talked to him after the money -- everyone knew
6    money had come in to the other settled people,
7    cases, did you give a statement to Sibert that
8    he wrote down?
9            MR. GARABEDIAN:  Objection.
10       A.  Yes.
11   BY MR. O'NEILL:
12       Q.  And how did he write it?  Did he
13   record it with a recording device, or did he
14   write it down?
15       A.  He wrote it on a paper, not only -- I
16   wasn't the only one.  A lot of others.  One by
17   one.
18       Q.  But you were one of them?
19       A.  Yes.
20       Q.  Did Sibert give you money?
21       A.  No.
22       Q.  Did Robinson ever give you money?
23       A.  No.
24       Q.  Did you speak to Robinson, from 2008
25   when the Village was closing on to 2013, did you

Page 119

1    ever speak to Robinson?
2        A.  When the Village closed in 2010, they
3    created a program called Voice Center where they
4    used to give us food.
5        Q.  Who did?
6        A.  Robinson.
7        Q.  How long did that last?
8        A.  About six months.
9        Q.  And then it closed?
10       A.  Yes.
11       Q.  You never told Robinson that you were
12   abused?
13       A.  No.
14           MR. O'NEILL:  Okay.  I have no further
15   questions.  Thank you.
16           THE VIDEOGRAPHER:  Going off the
17   record.  The time is 2:18.
18           (Pause.)
19           THE VIDEOGRAPHER:  Back on the record.
20   The time is 2:19.
21   BY MR. DAILEY:
22       Q.  Mr. Jerome, my name is Bill Dailey, I
23   represent the New England Province of the
24   Society of Jesus.
25           Have you ever heard of that

Page 120

1    organization?
2        A.  Jesuits?
3        Q.  The New England Province of the
4    Society of Jesus.
5        A.  Yes, I heard that in the -- about it
6    in the Village.
7        Q.  All right.  Now, before coming here
8    today, for how long did you know you were coming
9    for a deposition?
10       A.  Not very long.
11       Q.  Give us your best estimate as to the
12   time.
13       A.  What is an estimate?
14       Q.  For about how long in weeks or months
15   did you know that you were going to come for a
16   deposition?
17       A.  I've learned this in March.
18       Q.  That was the first time that you knew
19   there was going to be a deposition was in March?
20       A.  Yes.
21       Q.  Did you know that it was important
22   that you try to remember as clearly as you could
23   the events?
24           MR. GARABEDIAN:  Objection.
25       A.  What happened to me?

Page 121

1    BY MR. DAILEY:
2        Q.  Yes.
3        A.  Yes.
4        Q.  Now, you have an abscess in your head,
5    is that right?
6            MR. GARABEDIAN:  Objection.
7        A.  Yes.
8    BY MR. DAILEY:
9        Q.  When did you find out you had the
10   abscess in your head?
11       A.  When I was big.  Sometimes I ask
12   someone and they tell me, they tell me it's an
13   abscess.
14       Q.  Does it affect your ability to think?
15       A.  Well, yeah, but it's really because of
16   Douglas who did gay things with me twice.  I
17   always ask God not to forget about me and to
18   heal me.
19           MR. DAILEY:  Do we have an agreement
20   that motions to strike are saved?
21           MR. GARABEDIAN:  We don't have an
22   agreement, but we can agree.
23   BY MR. DAILEY:
24       Q.  Did any doctor ever tell you you had
25   an abscess in your head?

31 (Pages 118 to 121)

Confidential - Subject to Further Confidentiality Review

Page 122

1    A.  No.
2    Q.  Did you ever go to any hospital for
3    treatment of the abscess?
4    A.  No.
5    Q.  You were born December 12th, 1988, is
6    that right?
7    A.  Yes.
8    Q.  Did you live at home with your mother
9    and father for a period of time?
10   A.  Yes.
11   Q.  For how long?
12   A.  I don't remember how long.
13   Q.  Do you remember who died first, your
14   mother or your father?
15   A.  I don't remember really.
16   Q.  Do you remember where you lived when
17   your mother and father were alive?
18   A.  Yes.
19   Q.  Where did you live?
20   A.  Limbé, then Haut Du-Cap, then Saint
21   Philoméne.
22   Q.  Did you have a house there that you
23   lived in?
24   A.  My mother's house.
25   Q.  Did your father live there with your

Page 123

1    mother and your brother and your sister and
2    yourself?
3    A.  Yes.
4    Q.  Did you brother or sister move out
5    before your mother passed away?
6    A.  After they died everybody spread to
7    find their own way.  We rented the house.  The
8    house wasn't ours.
9    Q.  You didn't understand my question.
10   Did either your brother or your sister
11   move out before your mother and father died?
12   MR. GARABEDIAN:  Objection.
13   A.  No.  When my mother and father died,
14   we all looked for other places to live because
15   the house wasn't ours.
16   BY MR. DAILEY:
17   Q.  How much older is your brother than
18   you?
19   A.  What age difference?
20   Q.  Yes.
21   A.  I don't know.
22   Q.  How much older is your sister than
23   you?
24   A.  I don't remember.  I don't know.
25   Q.  Was your father older than your

Page 124

1    mother?
2    A.  I don't know.
3    Q.  Do you know how old your mother was
4    when she died?
5    A.  No.
6    Q.  Do you know how old your father was
7    when he died?
8    A.  No.
9    Q.  Do you speak any English?
10   A.  No.
11   Q.  Do you understand any English?
12   A.  No.
13   Q.  Can you give us your best estimate
14   when it was that your mother passed away?
15   MR. GARABEDIAN:  Objection.
16   A.  I don't know the month, day, or year
17   when she died.
18   BY MR. DAILEY:
19   Q.  Can you give us the approximate year
20   within two or three years?
21   A.  I don't know.  I was very small.
22   Q.  Can you give us the approximate year
23   within two or three years when your father
24   passed away?
25   A.  I don't know.

Page 125

1    Q.  After both of your parents had passed
2    away, where do you remember first living?
3    A.  In the street.
4    Q.  Can you tell us approximately how old
5    you were when you first started to live in the
6    street?
7    A.  I don't remember.  I don't know.
8    Q.  When you started to live on the
9    street, were your brother and sister with you?
10   MR. GARABEDIAN:  Objection.
11   A.  No, they were not with me in the
12   street.
13   BY MR. DAILEY:
14   Q.  Was it while your mother and father
15   were alive that your brother used to beat you?
16   A.  Yes.
17   Q.  For how many years --
18   A.  When they were alive?  When they were
19   alive?
20   Q.  When they were alive.
21   A.  No.
22   Q.  While your mother and father or either
23   one of them was alive, and your brother was
24   living at home with you, did he beat you in the
25   house where you lived?

32 (Pages 122 to 125)

Confidential - Subject to Further Confidentiality Review

Page 126

1          MR. GARABEDIAN: Objection.
2     A.  When my mother and my father died, my
3   brother used to beat me.
4   BY MR. DAILEY:
5     Q.  Was that on the street?
6     A.  No.
7     Q.  Were you still living at home at the
8   time?
9     A.  Yes.
10    Q.  How long did you and your brother and
11  sister live alone in the house after your mother
12  and father died?
13    A.  I don't know how long.
14    Q.  Can you give us your best estimate?
15  Was it weeks, or was it months, or was it years?
16        MR. GARABEDIAN: Objection.
17    A.  I was very small then, I don't
18  remember.  I didn't concentrate on that.
19  BY MR. DAILEY:
20    Q.  When you say that your brother beat
21  you, did he leave any marks on you when he would
22  beat you?
23    A.  There were no marks.  He didn't take
24  something and wound me.
25    Q.  How did he beat you?

Page 127

1     A.  A whip.
2     Q.  And when he used the whip, where did
3   he hit you?
4     A.  My entire body.  It's because my -- if
5   my father and mother had been alive they would
6   not have allowed it.  I saw that I could not
7   stay there, so I took to the street.
8     Q.  For how long did he beat you; that is,
9   for weeks or months?  For how long?
10    A.  I don't remember.  I don't remember.
11    Q.  Can you tell us whether it was for
12  more or less than a year?
13    A.  I don't remember.  I don't know.
14    Q.  Did your sister ever try to stop him?
15    A.  No.  My sister wasn't there then.
16    Q.  So just you and your brother were
17  living together at the house, is that right?
18    A.  Yes, she was there, but she didn't use
19  to sit around and monitor what was going on.
20    Q.  You have a son, is that right?
21    A.  Yes.
22    Q.  What is your son's mother's name?
23    A.  Elsie.
24    Q.  For how long have you known Elsie?
25    A.  How long were we together?

Page 128

1     Q.  All right.  How long were you
2   together?
3     A.  Five years.  We're still together.
4     Q.  And you and Elsie had your son on what
5   date?
6     A.  2012.
7     Q.  Do you know the date when your son was
8   born?
9     A.  Yes.
10    Q.  What is the date?
11    A.  August 19, 2012.
12    Q.  Where does Elsie live?
13    A.  Limbé.
14    Q.  Is there a street address?
15    A.  No, no address, just a phone.
16    Q.  No address, just a what?
17    A.  Phone.
18    Q.  A phone.
19        And how often do you spend time at the
20  house where Elsie and your son live?
21    A.  I don't know.  When I go, I look for
22  food for them, and then I'm in the street again.
23  I can stay one week, 15 days, then I go back to
24  the street, and then I look for food to bring.
25    Q.  So when you go back to live with Elsie

Page 129

1   and your son, you live there for a week, or up
2   to 15 days?
3     A.  Yes.
4     Q.  You first met Elsie about five years
5   ago?
6     A.  No, we've been five years together.
7     Q.  When you say that you have been five
8   years together, what do you mean by that?
9     A.  It means for five years I am living
10  with her, and even when I'm not in the same
11  house I go back to go see them, and then I go
12  back to the street.
13    Q.  So for the last five years, you
14  sometimes spend up to a week to 15 days with
15  Elsie, and then sometimes you're not there with
16  her, is that right?
17    A.  Yes.
18    Q.  Have you been having sexual relations
19  with Elsie for about five years?
20        MR. GARABEDIAN: Objection.
21    A.  I can't tell you exactly if it's been
22  five years.  It's not every day that we have
23  sex.
24  BY MR. DAILEY:
25    Q.  How often during a given week do you

33 (Pages 126 to 129)

Confidential - Subject to Further Confidentiality Review

Page 130

1    normally have sex with Elsie?
2         A.  Twice in a week.
3         Q.  And has that been so for the last five
4    years, approximately?
5         A.  Yes, when I'm there for 15 days, two,
6    three, four times with her.
7         Q.  Two or three or four times during the
8    week or 15 days?
9         A.  Yeah, two, three, four times with her.
10        Q.  And do you have any problems
11   performing sex?
12        A.  No, I don't.
13        Q.  Now, have you ever been married to
14   Elsie?
15        A.  No, I don't have the means to get
16   married, but it's something I would like very
17   much.
18        Q.  And when you say that you would like
19   very much, and that you don't have the means,
20   how do you support your son and Elsie?
21             MR. GARABEDIAN:  Objection.
22        A.  When I leave -- well, I left them to
23   come here, but I always bring things for them.
24   BY MR. DAILEY:
25        Q.  When you say that you left them to

Page 131

1    come here, do you mean that you left them to
2    come here to the Dominican Republic for the
3    deposition?
4         A.  Yes.
5         Q.  But other than that, you're living
6    either with Elsie and your son, or sometimes
7    you're not living in the house for a period of
8    time, is that right?
9         A.  Yes.
10        Q.  When you're not living at home with
11   Elsie, the bed that you would sleep with --
12   sleep in with Elsie is still there, right?
13             MR. GARABEDIAN:  Objection.
14        A.  Yes.
15   BY MR. DAILEY:
16        Q.  And that has been so for the last five
17   years?
18        A.  Yes.
19        Q.  Just before you met Elsie, which
20   apparently would have been in 2010, what were
21   you doing for work then?
22             THE INTERPRETER:  What kind of work,
23   sir?  What kind of work?
24             MR. DAILEY:  What kind of work was he
25   doing?

Page 132

1         A.  I wasn't doing anything.  I didn't
2    have any jobs, no job.
3    BY MR. DAILEY:
4         Q.  Let's start fresh here.  I'm sensing
5    this has gone on for --
6              MR. GARABEDIAN:  Let him answer.  He
7    just gave an answer.
8              MR. DAILEY:  How could a translator
9    ever stay up with an answer that long?
10             MR. GARABEDIAN:  She's skilled for
11   that.  That's her job.
12             MR. DAILEY:  She'd amaze me if she
13   could do that.
14             MR. GARABEDIAN:  Aren't you?
15             THE INTERPRETER:  I do 15 minutes,
16   sir.
17             MR. GARABEDIAN:  Thank you.
18        A.  Sometimes I look for work as a mason,
19   as a construction worker, but there are no --
20   they don't need construction workers, so I am
21   ashamed because they call me a fag.  That's the
22   biggest thing, when people call you a fag.
23   Sometimes I just cry, I have tears coming from
24   my eyes.  I should die, because I have to
25   explain what happened to me.

Page 133

1              MR. DAILEY:  That was the entire
2    answer that he gave?
3              THE INTERPRETER:  Yes.
4    BY MR. DAILEY:
5         Q.  Now, in 2000, the year 2000, you went
6    to the school at Street 13, is that right?
7              THE INTERPRETER:  In 2000 you said?
8              MR. DAILEY:  2000.
9         A.  Yes.
10   BY MR. DAILEY:
11        Q.  And you stayed there about two years?
12        A.  2000 to 2005, I stayed five years.
13        Q.  And during that time that you were at
14   Street 13, you would have been between 12 and
15   17 years old, approximately?
16             MR. GARABEDIAN:  Objection.
17        A.  I don't -- I don't know.
18   BY MR. DAILEY:
19        Q.  You were born in 1988, right?
20        A.  Yes.
21        Q.  In the year 2000, you would have been
22   about 12, right?
23        A.  Yes.
24        Q.  And in the year 2005, you would have
25   been about 17, right?

34 (Pages 130 to 133)

Confidential - Subject to Further Confidentiality Review

Page 134

1    A.  No.  I don't think so.
2    Q.  You were born in 1988.
3        MR. GARABEDIAN:  Objection.
4  BY MR. DAILEY:
5    Q.  And in 2015, you would have been about
6  17, right?
7        MR. GARABEDIAN:  Objection.
8    A.  I don't know.
9  BY MR. DAILEY:
10   Q.  In 2005 -- I'm sorry, I misstated --
11 in 2005, you would have been about 17, right?
12       MR. GARABEDIAN:  Objection.
13   A.  In 2005?
14 BY MR. DAILEY:
15   Q.  Right.
16   A.  I don't remember.  I don't think.
17   Q.  You mentioned that something happened
18 in 2003, is that right, involving Douglas
19 Perlitz?
20       MR. GARABEDIAN:  Objection.
21   A.  I don't know if something happened in
22 2003.  Just the only thing I can tell you is
23 that Douglas was -- did gay things with me when
24 President Aristide left power.
25 BY MR. DAILEY:

Page 135

1    Q.  And is it your best estimate that that
2  was in 2003?
3        MR. GARABEDIAN:  Objection.
4        MR. DAILEY:  Do you want me to start
5  again?
6  BY MR. DAILEY:
7    Q.  Was it your best estimate that Douglas
8  Perlitz first did something to you in 2003, as
9  you said in your answers to interrogatories?
10       MR. GARABEDIAN:  Objection.
11   A.  No.
12 BY MR. DAILEY:
13   Q.  Is it your best estimate that Douglas
14 Perlitz did something to you in 2004?
15   A.  It's when Aristide left that Douglas
16 did gay things to me.
17   Q.  Do you know what year that was?
18   A.  I don't remember in which year.
19   Q.  How soon after you say Douglas Perlitz
20 did something to you was it that you went to the
21 Justinien Hospital?
22       MR. GARABEDIAN:  Objection.
23   A.  How long did it --
24 BY MR. DAILEY:
25   Q.  Let me start again maybe.

Page 136

1    A.  How long was it before I went to the
2  hospital?
3    Q.  Yes.
4    A.  Not long.  I went on the following
5  day, I went to the hospital.
6    Q.  Was it during the day that you went to
7  the hospital?
8    A.  Yes, during the day.
9    Q.  Did you have bleeding at the time that
10 you went to the hospital?
11   A.  I went on the 13th.  I was -- I had
12 blood in my ass, in my butt.  I put something
13 for that so that the blood would not run.  After
14 school, I went to the hospital.
15   Q.  Was it during the day that you went to
16 the hospital?
17   A.  Yes, during the day.
18   Q.  You said that you went --
19   A.  After school.
20   Q.  You said that you went on the 13th?
21   A.  Oh, I didn't say on the 13th.  I said
22 after school.
23   Q.  Do you know the date that you went to
24 the hospital?
25       MR. GARABEDIAN:  Objection.

Page 137

1    A.  No.
2  BY MR. DAILEY:
3    Q.  Were you bleeding at the time that you
4  went to the hospital?
5    A.  Yes.
6    Q.  Had you been to that hospital before?
7    A.  No.
8    Q.  Where was your son born?
9    A.  Limbé.
10   Q.  Was it at a hospital?
11   A.  No.
12   Q.  When you went to the hospital after
13 school, did you see any doctor?
14       MR. GARABEDIAN:  Objection.
15   A.  I saw a girl, a nurse.
16 BY MR. DAILEY:
17   Q.  Did you tell the nurse that you had
18 been bleeding?
19   A.  No, I didn't explain, but she asked me
20 what happened.  I explained my butt was hurting.
21 But on the road to the hospital I took out the
22 thing that I put for the blood.
23   Q.  When you got to the hospital, was
24 there bleeding?
25   A.  No, when I got there, there was no

Confidential - Subject to Further Confidentiality Review

Page 138

```
 1   blood.
 2       Q.  On the next day after you had seen the
 3   people at the hospital, did you have any
 4   bleeding the next day?
 5       A.  When I saw people where?
 6       Q.  When you went to the hospital, you
 7   told the nurse that you had some bleeding, is
 8   that right?
 9       A.  The miss, yes, I did.
10       Q.  Did she ask you where the bleeding was
11   coming from?
12       A.  I didn't say to the miss.
13       Q.  You didn't tell the nurse where the
14   bleeding was coming from?
15           MR. GARABEDIAN:  Objection.
16       A.  I didn't explain.  I didn't tell her
17   that I had blood in my butt.
18   BY MR. DAILEY:
19       Q.  What did you tell the nurse?
20       A.  I just told her that my butt hurts.
21       Q.  You did not tell the nurse there was
22   any bleeding?
23       A.  No.
24       Q.  Did the nurse look at your butt at
25   all?
```

Page 139

```
 1       A.  No, she didn't.
 2       Q.  Did the nurse ask for any doctor to
 3   look at you?
 4       A.  No.
 5       Q.  So the nurse never saw any bleeding?
 6       A.  No.  No, she gave me a syrup to drink,
 7   and some pills for pain.
 8       Q.  Did the nurse actually give you the
 9   syrup and the pills?
10           MR. GARABEDIAN:  Objection.
11       A.  Yes.
12   BY MR. DAILEY:
13       Q.  Did you see the nurse writing anything
14   down on a form?
15       A.  I don't know if she did, but I didn't
16   see it.
17       Q.  Did you ever get a bill from the
18   hospital?
19       A.  What is that?
20       Q.  Did you ever get a statement from the
21   hospital telling them -- telling you that you
22   owed the hospital money?
23       A.  No, they didn't give me any paper.
24       Q.  So you never paid the hospital?
25           MR. GARABEDIAN:  Objection.
```

Page 140

```
 1       A.  I don't know if Mémé paid.  Usually
 2   when the miss does something for you, you need
 3   to give money.  I don't know if she -- if it's a
 4   friend of Mémé's, because I was standing outside
 5   while Mémé was in there.
 6   BY MR. DAILEY:
 7       Q.  Has anyone asked you to sign a form so
 8   that they can get the record from the hospital?
 9           MR. GARABEDIAN:  Objection.
10       A.  They didn't ask me to sign a paper.
11   BY MR. DAILEY:
12       Q.  Have you ever seen any record from the
13   hospital?
14       A.  No.
15       Q.  Have you ever seen anyone else with
16   any record from the hospital relating to this
17   visit?
18           THE INTERPRETER:  Have you ever seen
19   anyone else?
20   BY MR. DAILEY:
21       Q.  Have you ever seen anyone else with
22   any record from this hospital, the Justinien
23   Hospital, relating to this visit?
24           MR. GARABEDIAN:  Objection.
25       A.  What visit?
```

Page 141

```
 1   BY MR. DAILEY:
 2       Q.  The visit that you had to the
 3   hospital, the time that you went to the
 4   hospital.
 5       A.  If I saw someone who had a file?
 6       Q.  Yes.
 7       A.  No.
 8       Q.  So you have never seen any record from
 9   the Justinien Hospital regarding this time that
10   you went to the hospital?
11           MR. GARABEDIAN:  Objection.
12       A.  No.  Even if they did any type of
13   file, they wouldn't have given it to me, they
14   would have given it to Mémé.
15   BY MR. DAILEY:
16       Q.  Did you take the syrup and the pills?
17       A.  Yes.
18       Q.  For how long did you take the syrup?
19       A.  It might have last one week or
20   15 days.
21       Q.  Did you ever get any additional syrup
22   or pills for the bleeding that you say you had?
23       A.  Once I took the syrup and the pills, I
24   never went back.
25       Q.  The day after you say that you went to
```

36 (Pages 138 to 141)

Confidential - Subject to Further Confidentiality Review

Page 142

1  the Justinien Hospital, did you have any
2  bleeding?
3        MR. GARABEDIAN:  Objection.
4     A.  No.
5  BY MR. DAILEY:
6     Q.  Did you attend school?
7        MR. GARABEDIAN:  Objection.
8     A.  Yes.
9  BY MR. DAILEY:
10    Q.  Did you keep attending school?
11    A.  Yes.
12    Q.  During the next month, did you have
13 any bleeding?
14    A.  No.
15    Q.  In the answers that you had prepared
16 for you, it mentioned that you saw Douglas
17 Perlitz naked, is that right?
18    A.  Yes.
19    Q.  Did you see the front of Douglas
20 Perlitz from his head to his feet?
21        MR. GARABEDIAN:  Objection.
22    A.  Yes, all naked.
23 BY MR. DAILEY:
24    Q.  Did you see his back from the head to
25 the feet?

Page 143

1        MR. GARABEDIAN:  Objection.
2     A.  Yes, I saw him from the back.
3  BY MR. DAILEY:
4     Q.  For how long did you see Douglas
5  Perlitz naked on the first time that you say
6  that he abused you?
7     A.  The first time I just -- I saw him
8  naked only once.  Sometimes -- he has things in
9  his back and his body, but I don't know.
10    Q.  Okay.  I drew a stick figure
11 showing -- if you can translate -- this would be
12 the front figure, the head, the eyes, the nose,
13 the mouth, the belly button, the belt line.  And
14 then I drew a picture of the back, a stick
15 figure, this would be of the back, and this
16 would be the belt line on the back.
17        MR. GARABEDIAN:  I object to this, by
18 the way.  It looks like he's clothed.
19 BY MR. DAILEY:
20    Q.  And I want you to assume that this is
21 a stick figure of naked Douglas Perlitz from the
22 front.  Do you understand?
23        MR. GARABEDIAN:  Note my further
24 objection.
25    A.  Yes.

Page 144

1  BY MR. DAILEY:
2     Q.  What marks did you see on Douglas
3  Perlitz above the belt line and the belly
4  button?  And let me -- let me start first, what
5  tattoos did you see on Douglas Perlitz from the
6  belt line to the head?
7        MR. GARABEDIAN:  He just answered
8  something.  Can you let him answer?
9        MR. DAILEY:  I didn't finish my
10 question.
11        MR. GARABEDIAN:  Well, you paused and
12 he answered, I'm a little confused here.
13 BY MR. DAILEY:
14    Q.  Let me withdraw the question.
15        Looking at this figure of Douglas
16 Perlitz from the front, and having in mind from
17 the belt line to the head, what tattoos did you
18 see on Douglas Perlitz's front?
19        MR. GARABEDIAN:  Objection.  Go ahead.
20 Objection.
21    A.  No drawings.  He has little balls.
22 BY MR. DAILEY:
23    Q.  Let's stay with tattoos first, then
24 I'm going to ask you about birthmarks, and then
25 I'm going to ask you about other things, but I

Page 145

1  want to take one at a time.
2        MR. GARABEDIAN:  Let him answer.
3  BY MR. DAILEY:
4     Q.  What tattoos did you see on Douglas
5  Perlitz on the front of his body from the belt
6  line to the head?
7        MR. GARABEDIAN:  Objection.
8     A.  He doesn't have tattoos.  He has
9  little things on his body.  He always takes his
10 shirt off to show us the little things.
11 BY MR. DAILEY:
12    Q.  Does he have any tattoos --
13        MR. GARABEDIAN:  Objection.
14 BY MR. DAILEY:
15    Q.  -- from the belt line up?
16    A.  He doesn't have tattoos.  He doesn't
17 have drawings.
18    Q.  Does he have any tattoos from the belt
19 line down on the front?
20        MR. GARABEDIAN:  Objection.
21    A.  No.
22 BY MR. DAILEY:
23    Q.  If you think of Douglas Perlitz's
24 back, this figure here --
25        MR. GARABEDIAN:  Objection.

37 (Pages 142 to 145)

Confidential - Subject to Further Confidentiality Review

Page 146

1    BY MR. DAILEY:
2    Q. -- does he have any tattoos from the
3    belt line to the head on the back?
4    A. He has little marks on --
5    Q. Are there any tattoos?
6    MR. GARABEDIAN: Objection.
7    A. No. If he has tattoos now, he did
8    them recently, but I don't know about that.
9    BY MR. DAILEY:
10   Q. Did he have any tattoos from the belt
11   line to his feet on the back?
12   MR. GARABEDIAN: Objection.
13   A. I don't see these ink things. He
14   shows little things he has on the back.
15   BY MR. DAILEY:
16   Q. Were there any tattoos on the back of
17   Douglas Perlitz from the belt line to the feet?
18   MR. GARABEDIAN: Objection.
19   A. No, he doesn't. If there are, he did
20   them recently.
21   BY MR. DAILEY:
22   Q. Did Douglas Perlitz have a tattoo on
23   the upper left shoulder on the back?
24   MR. GARABEDIAN: Objection.
25   A. No.

Page 147

1    BY MR. DAILEY:
2    Q. Did Douglas Perlitz have any
3    birthmarks --
4    MR. GARABEDIAN: Objection.
5    BY MR. DAILEY:
6    Q. -- on the front of his body from the
7    belt line to the head?
8    A. I don't see marks. But what I told
9    you about is what there is.
10   Q. Stay with birthmarks now.
11   MR. GARABEDIAN: He's answering. Let
12   him answer, please. Objection.
13   BY MR. DAILEY:
14   Q. Does Douglas Perlitz have any
15   birthmarks on his body from the -- in the front
16   from the belt line to the head?
17   A. In the front?
18   Q. In the front from the belt line to the
19   head.
20   A. No.
21   Q. Does Douglas Perlitz have any hair
22   growth on his chest?
23   MR. GARABEDIAN: Objection.
24   A. No. I don't think.
25   BY MR. DAILEY:

Page 148

1    Q. Does Douglas Perlitz have any
2    birthmarks on the front of his body from the
3    belt line to the feet?
4    MR. GARABEDIAN: Objection.
5    A. Douglas Perlitz has little balls,
6    little balls, little round things in the back.
7    I haven't seen anything else.
8    BY MR. DAILEY:
9    Q. Have you seen any marks that you have
10   just described on the front of Douglas Perlitz's
11   body anywhere?
12   A. No, I saw them only in the back.
13   Q. When you say that you saw them in the
14   back, did you see any of these marks on the back
15   from the belt line to the head?
16   MR. GARABEDIAN: Objection.
17   A. On his back, that's where I see them.
18   BY MR. DAILEY:
19   Q. From between the belt line and the
20   head?
21   MR. GARABEDIAN: Objection.
22   A. In his back?
23   BY MR. DAILEY:
24   Q. From the belt line to the head?
25   MR. GARABEDIAN: Objection.

Page 149

1    A. I didn't say in the belt. He has it
2    in the back, sometimes he takes off his shirt
3    and he shows us.
4    BY MR. DAILEY:
5    Q. And is that above the belt line?
6    MR. GARABEDIAN: Objection.
7    A. Yeah, above, here (indicating).
8    BY MR. DAILEY:
9    Q. Can you describe those marks that
10   you're telling us about?
11   A. I don't know what kind of marks there
12   are. Even if he takes a shower, they still on
13   him.
14   Q. And about how many marks are there
15   that are on his back?
16   A. I don't know. That's not what I be
17   focused on.
18   Q. How would you describe the marks?
19   MR. GARABEDIAN: Objection.
20   A. What do you mean how they are?
21   BY MR. DAILEY:
22   Q. Describe the marks for us, what they
23   look like.
24   A. Well, you know what a -- you know,
25   like an animal bites a person, especially people

38 (Pages 146 to 149)

Confidential - Subject to Further Confidentiality Review

Page 150

1  who get red, like that.
2      Q.  How big were these marks?
3      A.  (Drawing).
4      Q.  You have taken the pen and you have
5  drawn the marks on the back of Douglas's body on
6  the back above the belt line, is that right?
7      A.  Just to show you the dimension.  I
8  haven't counted them.
9      Q.  Can you give us your best estimate as
10  to the number of marks?
11          MR. GARABEDIAN:  Objection.
12      A.  I don't know.
13  BY MR. DAILEY:
14      Q.  When did you first see those marks?
15      A.  I don't know exactly.  It's one day he
16  was at the Village and he shows them to us.  But
17  not only to me, and he does this and he shows it
18  to us.
19      Q.  Did you see those marks at the time
20  that you say he abused you at Bel Air, or had
21  you seen those marks before?
22          MR. GARABEDIAN:  Objection.
23      A.  I had already seen them.  He goes to
24  13th Street and he shows the kids, his back to
25  the kids.

Page 151

1  BY MR. DAILEY:
2      Q.  How long before you say Douglas
3  Perlitz abused you was it that you first saw
4  these marks that you've told us about?
5      A.  I don't know.  I don't remember when,
6  how long -- how long it was when that happened.
7      Q.  You first met Elsie in about 2010, is
8  that right?
9      A.  Yes.
10      Q.  Between 2004 and 2010, had you had any
11  other lady friends?
12      A.  No.  Douglas always told us don't have
13  girlfriends, they will finish with your money.
14      Q.  No.  I'm asking you; did you have any
15  lady friends between 2004 and 2010?
16          MR. GARABEDIAN:  Objection.
17      A.  No.  In 2010, I met Elsie.
18  BY MR. DAILEY:
19      Q.  Before 2010, had you had sexual
20  relations with any women?
21      A.  No.
22      Q.  Was Elsie the first woman that you had
23  had sexual relations with?
24      A.  Yes.
25      Q.  Now, you mentioned that Douglas

Page 152

1  Perlitz brought you to Bel Air after he had seen
2  you out in the rain, is that right?
3      A.  Douglas Perlitz saw me, it was
4  raining, so he said "let's go to Bel Air, let's
5  go there."
6      Q.  You told us that when you went there,
7  you went downstairs and went into Douglas
8  Perlitz's bedroom, is that right?
9      A.  Yes.
10      Q.  Other than the person that you
11  mentioned at the gate -- and I think his name
12  was Pro, is that right?
13      A.  Yes.
14      Q.  -- did you see anyone else at Bel Air
15  that night before you went into Douglas
16  Perlitz's room?
17      A.  No, I didn't see anyone.
18      Q.  When you first went into the room, did
19  Douglas Perlitz give you some type of a blanket
20  to use?
21      A.  Yes.
22      Q.  Was there any mattress on the floor?
23      A.  No.
24      Q.  Did you fall asleep in the bedroom
25  before something happened?

Page 153

1          MR. GARABEDIAN:  Objection.
2      A.  Yes, I had started to sleep.
3  BY MR. DAILEY:
4      Q.  Can you estimate how long you were
5  asleep before something happened?
6          MR. GARABEDIAN:  Objection.
7      A.  I don't know how much time elapsed, I
8  had started to -- after I started to sleep.  But
9  I was sleeping, and then Douglas touched me.  I
10  woke up, it was Douglas.  Then he wanted to do
11  gay things with me.  He put his penis in my
12  butt.  That really made me feel terrible, and
13  I'll always think about that, and it's never
14  going to go away, maybe even I would need until
15  I die.  I will always be able to -- I will
16  always remember this and will always be able to
17  explain what happened.
18  BY MR. DAILEY:
19      Q.  Let me try that question again.
20          Can you estimate how long you were
21  asleep before something happened?
22          MR. GARABEDIAN:  Objection.
23      A.  While I was in Douglas's room?  While
24  I was in Douglas's room?
25  BY MR. DAILEY:

39 (Pages 150 to 153)

Confidential - Subject to Further Confidentiality Review

Page 154

1      Q.  While you were in Douglas's room, how
2  long were you asleep before you had something
3  happen?
4          MR. GARABEDIAN:  Objection.
5      A.  I don't know.  I don't know.  I was
6  not thinking, I was sleeping.
7  BY MR. DAILEY:
8      Q.  When Douglas first touched you and you
9  became awake, was Douglas naked?
10     A.  Yes.
11     Q.  Were you naked?
12     A.  No, I was not naked.
13     Q.  Did Douglas ask you to take your
14  clothes off?
15         MR. GARABEDIAN:  Objection.
16     A.  Yes.
17  BY MR. DAILEY:
18     Q.  How long was it before Douglas did
19  something with his penis after he woke you up?
20     A.  He stood up, he touched me.  I woke
21  up, I saw it was Douglas.  He said "stand up."
22  And during the daytime we always obeyed
23  everything he said.  He told -- he told us if we
24  don't do certain things he will throw us out.
25     Q.  Now try my question.

Page 155

1      A.  Because he was the director of the
2  project.
3      Q.  Now try my question.
4          MR. GARABEDIAN:  Excuse me, I think
5  you're still answering, aren't you?  Are you
6  still answering, or are you finished?
7          THE INTERPRETER:  I'm done now.
8  BY MR. DAILEY:
9      Q.  Now try my question, if you will.
10         How long was it before Douglas Perlitz
11  did something with his penis after he woke you
12  up?
13         MR. GARABEDIAN:  Objection.
14     A.  I don't know.  I was sleeping.
15  BY MR. DAILEY:
16     Q.  After he woke you up.
17         MR. GARABEDIAN:  Objection.
18     A.  I was sleeping, and he woke me up.  He
19  start touching, and I saw it was Douglas.
20  BY MR. DAILEY:
21     Q.  After you felt Douglas touching you --
22     A.  I was sleeping, and he touched me.
23     Q.  And after he touched you, did you wake
24  up?
25     A.  Yeah, he started touching me, and I

Page 156

1  woke up.
2      Q.  After you woke up, did you --
3      A.  He said -- when I woke up, he said
4  "stand up, take off your clothes."
5      Q.  And did you stand up?
6      A.  Yes, I stood up.
7      Q.  Did you take off your clothes?
8      A.  Yes, I took off my clothes.
9      Q.  Did he touch any part of your body
10  before he placed his penis in your rectum?
11     A.  He was touching all over.  He touched
12  my head, my breast, and he touch all over.  Then
13  he made be bend down on the bed, and then he put
14  his penis in.
15     Q.  For how long was he touching you
16  before he told you to lie down on the bed?
17         THE INTERPRETER:  Not lie down.
18         MR. GARABEDIAN:  Objection.
19         THE INTERPRETER:  Bend over.
20  BY MR. DAILEY:
21     Q.  For how long was Douglas Perlitz
22  touching you before he told you to bend over?
23         MR. GARABEDIAN:  Objection.
24     A.  After he touch me he said go over --
25  bend over the bed.

Page 157

1  BY MR. DAILEY:
2      Q.  And how long was it after he told you
3  to stand up and after he started touching you on
4  your body that he told you to bend over onto the
5  bed?
6          MR. GARABEDIAN:  Objection.
7      A.  Not very long.  He touched me all
8  over, and then while I was sleeping maybe he was
9  looking porno movies, he wanted to do something
10  crazy.
11  BY MR. DAILEY:
12     Q.  Did you see any porno movies that
13  night?
14     A.  When I was there I start sleeping, and
15  he went the bed, and the same spot, I start
16  sleeping.  And then after a while I felt someone
17  touching me, I saw it was Douglas.
18     Q.  Did you see any porno movies that
19  night that you say you were at Bel Air?
20     A.  No.  I don't watch things like that.
21     Q.  Did you see Douglas Perlitz watching
22  any porno movies that night while you were at
23  Bel Air?
24         MR. GARABEDIAN:  Objection.
25     A.  I didn't see him watching porno.  But

40 (Pages 154 to 157)

Confidential - Subject to Further Confidentiality Review

Page 158

1    when I got in, I just lied down, and he did
2    whatever. I wasn't focusing on him. I just
3    came to sleep.
4    BY MR. DAILEY:
5        Q.  And for how long was it that you say
6    you stood up and Douglas Perlitz was touching
7    you all over before he told you to bend over the
8    bed? I'm looking for in minutes, whether it was
9    one minute or five minutes or whatever.
10        MR. GARABEDIAN: Objection.
11        A.  I don't have a watch. I don't know.
12    I don't know.
13    BY MR. DAILEY:
14        Q.  When Douglas Perlitz put his penis in
15    your rectum, as you say that he did, for how
16    long was the penis in your rectum?
17        A.  I don't know. That's not why I came
18    for. I didn't focus on how long, on how long he
19    had -- was doing this to me.
20        Q.  After you say that Douglas Perlitz did
21    this, did you go back to your place on the
22    floor?
23        MR. GARABEDIAN: Objection.
24        A.  Yes. I went there to sleep, and then
25    the next day.

Page 159

1    BY MR. DAILEY:
2        Q.  Did you go back to sleep?
3        A.  Yes, I continued sleeping.
4        Q.  And did you sleep?
5        A.  It was night, I was already inside, I
6    couldn't say I was going to leave, so I just
7    took it out on myself and stayed.
8        Q.  And did you sleep there that night?
9        MR. GARABEDIAN: Objection.
10        A.  Yes. I continued to sleep. I
11    couldn't stand up and -- I had to just -- it's
12    not that it didn't hurt, it did hurt, but I just
13    took it on myself to stay.
14    BY MR. DAILEY:
15        Q.  And did you sleep until the morning?
16        MR. GARABEDIAN: Objection.
17        A.  Yes. The sun was already down. I
18    couldn't say I was going to open the door and
19    leave.
20    BY MR. DAILEY:
21        Q.  What I'm asking you is this. After
22    whatever happened with Mr. Perlitz, did you go
23    back to sleep?
24        MR. GARABEDIAN: Objection.
25        A.  Yes, I continued to sleep.

Page 160

1    BY MR. DAILEY:
2        Q.  And did you sleep until the morning?
3        A.  I left on the following morning, yes.
4        Q.  Did you tell anyone there at the house
5    the following morning that anything had
6    happened?
7        A.  No, I didn't say to anyone -- anything
8    to anyone.
9        Q.  And you said that a second incident
10    occurred, is that right?
11        A.  Yes.
12        Q.  About how much later was it that the
13    second incident occurred?
14        MR. GARABEDIAN: Objection.
15        A.  The second time I was in the Bel Air
16    area, I was downtown, it was really dark, I was
17    scared for people -- for them -- that I would be
18    arrested. I was downtown, and I was scared that
19    they would think that I'm a thief or that I was
20    pulling guns and threatening people. Chiefs in
21    Haiti are -- they don't care, if they see you
22    they just catch you. I was walking a bit.
23        When I saw Douglas he was coming in a
24    car. He said "come on," and he forced me to go.
25    I started thinking I have no place to sleep, I

Page 161

1    have no place to go, so I went.
2    BY MR. DAILEY:
3        Q.  How much later was it that the second
4    incident occurred?
5        THE INTERPRETER: I'm sorry, I think
6    he still has something.
7        A.  I didn't want to go, but he forced me
8    to go, "let's go, let's go," he said.
9    BY MR. DAILEY:
10        Q.  How much later was it that the second
11    incident occurred?
12        MR. GARABEDIAN: Objection.
13        A.  I wasn't thinking about how long.
14    BY MR. DAILEY:
15        Q.  I'm asking you to think now.
16        MR. GARABEDIAN: Objection.
17        A.  Even I would try to think, I don't
18    know.
19    BY MR. DAILEY:
20        Q.  Was it more or less than three months
21    between the two incidents?
22        MR. GARABEDIAN: Objection.
23        A.  I don't know. I was a kid. You don't
24    remember everything that happened. You'll
25    remember what -- a crime that people did against

Confidential - Subject to Further Confidentiality Review

Page 162

1    you, but you might not remember the date.
2    BY MR. DAILEY:
3        Q.  Was it more or less than six months
4    between the first and second incidents?
5        A.  I don't remember at all.
6        Q.  Was it more or less than a year
7    between the two incidents?
8        A.  I don't know.
9        Q.  Was it more or less than two years
10   between the two incidents?
11           MR. GARABEDIAN:  Objection.
12       A.  I don't know.
13   BY MR. DAILEY:
14       Q.  After the first incident, you
15   indicated that you had bleeding for about one
16   day, is that right?
17       A.  First incident?
18       Q.  After the first incident, you
19   indicated --
20       A.  First one?  How long I was bleeding
21   for?
22       Q.  Yes.
23       A.  For a long time?
24       Q.  After the first incident, did you tell
25   us --

Page 163

1        A.  After Douglas did the gay stuff to me
2    first time, so what?
3        Q.  What I'm asking is; did you tell us
4    that you had bleeding for about one day after
5    the time that you say the first incident took
6    place?
7            MR. GARABEDIAN:  Objection.
8        A.  First time?
9    BY MR. DAILEY:
10       Q.  First time.
11       A.  The first time I was bleeding, but
12   after one week or two, 15 days, no more blood,
13   but after that no more.
14       Q.  Did you tell us earlier that you had
15   no bleeding after one day after you say the
16   first incident took place?
17           MR. GARABEDIAN:  Objection.
18       A.  No.
19   BY MR. DAILEY:
20       Q.  So you had bleeding when you went to
21   the hospital?
22           MR. GARABEDIAN:  Objection.
23       A.  Yeah, but after one week, 15 days I
24   didn't have any more bleeding.
25   BY MR. DAILEY:

Page 164

1        Q.  No, no.  At the hospital, when you
2    went to the Justinien Hospital, did --
3        A.  Was I bleeding at the hospital?
4        Q.  At the hospital.
5        A.  No.
6        Q.  After you left the hospital --
7        A.  I left.
8        Q.  After you left the hospital, did you
9    ever go back to the hospital and tell them you
10   had bleeding?
11           MR. GARABEDIAN:  Objection.
12       A.  No.  After I took the syrup, the
13   pills, I didn't go back to the hospital.
14   BY MR. DAILEY:
15       Q.  After you say there was a second
16   incident --
17           MR. GARABEDIAN:  Objection.
18       A.  Yes?
19   BY MR. DAILEY:
20       Q.  -- did you go to the hospital?
21           MR. GARABEDIAN:  Objection.
22       A.  No, I didn't go to the hospital.
23   BY MR. DAILEY:
24       Q.  Did you go to see any doctor?
25       A.  No.

Page 165

1        Q.  Did you go to see any nurse?
2        A.  No.
3        Q.  Did you take any syrup?
4        A.  No.
5        Q.  Did you take any pills?
6        A.  No.
7        Q.  Did you take anything --
8            MR. GARABEDIAN:  Objection.
9    BY MR. DAILEY:
10       Q.  -- for any medical problem that you
11   say you had after the second incident?
12       A.  First time I took a syrup.  After one
13   week, 15 days it was okay.  I never took
14   anything until the second time where Douglas did
15   gay things with me.
16       Q.  After the second time that you say
17   that Douglas Perlitz did something, did you take
18   any syrup or pills?
19           MR. GARABEDIAN:  Objection.
20       A.  No.
21   BY MR. DAILEY:
22       Q.  Did you get any medical attention?
23           MR. GARABEDIAN:  Objection.
24       A.  No.
25   BY MR. DAILEY:

42 (Pages 162 to 165)

Confidential - Subject to Further Confidentiality Review

Page 166

```
1        Q.  Between the first incident and the
2   second incident, how often each week did you see
3   Douglas Perlitz?
4        A.  When the accident occurred, or what?
5        Q.  Between the first time that you say
6   that Douglas Perlitz abused you and the second
7   time that you say that Douglas Perlitz abused
8   you, how often did you see Douglas Perlitz each
9   week?
10       A.  I don't remember how often.
11       Q.  Can you give us your best estimate?
12           MR. GARABEDIAN:  Objection.
13       A.  When I went to the Village, I could --
14   I saw him every day.
15   BY MR. DAILEY:
16       Q.  All right.  When you were at the
17   Village and you saw Douglas Perlitz every day --
18       A.  Yes.
19       Q.  -- and you were at the Village for
20   about two years, were you?
21       A.  Yes.
22       Q.  Did Douglas Perlitz ever try to abuse
23   you during those two years?
24           MR. GARABEDIAN:  Objection.
25       A.  No.
```

Page 167

```
1   BY MR. DAILEY:
2        Q.  When the Village closed --
3            THE INTERPRETER:  I'm sorry, sir,
4   could you repeat?
5   BY MR. DAILEY:
6        Q.  When the Village closed, did
7   Mr. Robinson keep something going for a period
8   of time?
9            MR. GARABEDIAN:  Objection.
10       A.  When the Village closed, or when
11   Douglas left?
12   BY MR. DAILEY:
13       Q.  When Douglas left.
14       A.  Yes, when Douglas left, Robinson took
15   over.
16       Q.  And did Robinson keep the operation
17   going for a number of months?
18           MR. GARABEDIAN:  Objection.
19       A.  Yes, yes, he started doing that.
20   BY MR. DAILEY:
21       Q.  How many times in all were you at
22   Bel Air?
23       A.  I slept there four times.
24       Q.  Four times?
25           Each time did you sleep in Douglas
```

Page 168

```
1   Perlitz's room?
2        A.  Third time when I went to sleep there,
3   Douglas wasn't there.  I slept twice in the car.
4        Q.  At Bel Air?
5        A.  Yes.
6        Q.  When you went to Bel Air, who else was
7   present there?
8            MR. DAILEY:  Objection.
9        A.  Who else was there?
10   BY MR. DAILEY:
11       Q.  Right.
12       A.  Nicholas was there, but he sleeps in
13   his room.  Pro also, Pro also.
14       Q.  Was either Brittany or Jessica there?
15       A.  They were there.  They're often there.
16       Q.  Did you ever tell Pro that you had
17   been abused by Douglas?
18       A.  No.
19       Q.  Did you ever tell Nick that you had
20   been abused by Douglas?
21           MR. GARABEDIAN:  Objection.
22       A.  No.
23   BY MR. DAILEY:
24       Q.  Did you ever tell Jessica that you had
25   been abused by Douglas?
```

Page 169

```
1        A.  No.
2        Q.  Did you ever tell Brittany that you
3   had been abused by Douglas?
4        A.  Brittany used to be in the Village.
5   When Brittany left, nobody knew that she had
6   left.  So we think it's probably something that
7   she was aware of, and that's why she decided to
8   leave.  Something -- she had doubts, and she
9   left.
10       Q.  Did you ever tell Brittany that you
11   had been abused?
12           MR. GARABEDIAN:  Objection.
13       A.  No, I did not.
14   BY MR. DAILEY:
15       Q.  I'm going to show you a picture.
16           MR. DAILEY:  And let me ask first that
17   this stick diagram be marked as Exhibit
18   Number 5.
19           (Whereupon, Jerome Exhibit Number 5,
20           Stick diagram, was marked for
21           identification.)
22   BY MR. DAILEY:
23       Q.  I'm going to show you this photograph
24   here.  Do you recognize any of the people in
25   that photograph?
```

43 (Pages 166 to 169)

Confidential - Subject to Further Confidentiality Review

Page 170

```
1      A.  Yes, I remember all these people.
2      Q.  All of these people?
3      A.  This is Jessica.
4      Q.  And do you recognize all of the other
5   people in the picture?
6      A.  Yes, I remember them.
7      Q.  Do you remember their names?
8      A.  Wendy, Jessica, Lube, this is me,
9   Dora, Wilnot, Moodali.  I don't really remember
10  this guy.  I don't remember this guy.
11     Q.  Of the ones that you do remember, are
12  all their names on the list that you were shown?
13     MR. GARABEDIAN:  Objection.
14     A.  Yes.
15  BY MR. DAILEY:
16     Q.  So everyone in that picture there?
17     A.  No, just this guy I don't really.
18     MR. GARABEDIAN:  Two people.
19     A.  These two people I don't remember.
20  BY MR. DAILEY:
21     Q.  All right.  Leaving off the two people
22  that you don't remember, and of course leaving
23  out Jessica, is everyone else on the list that
24  you were shown earlier today?
25     A.  Yes.
```

Page 171

```
1      Q.  Going to --
2      MR. DAILEY:  Could I have that marked
3   as Exhibit Number 6?
4      (Whereupon, Jerome Exhibit Number 6,
5         Photograph, was marked for
6         identification.)
7   BY MR. DAILEY:
8      Q.  I'm going to show you another picture,
9   and I'm going to ask you whether or not you
10  recognize any of the students in that picture.
11     A.  I recognize Gedux.  There's more, but
12  I do recognize some of them.
13     Q.  How many of the people in that picture
14  do you recognize?
15     A.  Well, you know, there's one that turns
16  his back to the camera, and there's one putting
17  his hand here so I can't -- and I don't see
18  these on the left.  I haven't seen him for a
19  long time, I don't know if he's dead or not.
20     Q.  Of the people in that picture that you
21  recognize, are they all on the list?
22     MR. GARABEDIAN:  Objection.
23     A.  He's on the list.  I know some faces.
24  That's the only guy I see on the list.
25  BY MR. DAILEY:
```

Page 172

```
1      Q.  Of the people that you recognize in
2   the picture, how many of them are on the list?
3      MR. GARABEDIAN:  Objection.
4      A.  Just one.
5   BY MR. DAILEY:
6      Q.  And how many do you recognize?
7      A.  These guys here, those I can't see
8   their faces, they're too dark.
9      Q.  How many by number do you recognize?
10     A.  Six.  I don't see the face of the
11  other ones on the left.  There's a contrast.
12     Q.  There are six that you recognize in
13  the picture?
14     A.  Yes, six.
15     Q.  All right.  And you're aware that at
16  least one of those is on the list?
17     A.  Yes, this one (indicating).
18     Q.  What is his name?
19     A.  Nickenson.
20     Q.  Nickenson.
21     MR. DAILEY:  I'll ask that that be
22  marked as Exhibit Number 7.
23     (Whereupon, Jerome Exhibit Number 7,
24        Photograph, was marked for
25        identification.)
```

Page 173

```
1   BY MR. DAILEY:
2      Q.  And in Exhibit Number 7, which one is
3   Nickenson?  Can you put a mark where Nickenson
4   is?
5      A.  (Labeling).
6      Q.  You've drawn a mark just above the
7   left side of Nickenson's head?
8      A.  Yes.
9      Q.  Now, I'm going to show you another
10  picture here.  And apart from Douglas Perlitz
11  and the women in the picture, how many of these
12  students do you recognize (handing)?
13     THE INTERPRETER:  How many?
14     MR. DAILEY:  How many of the people in
15  the picture other than Douglas and the women.
16     A.  This is Peterson.  This is Fresnil, he
17  lives in the Dominican Republic.  Duso, Wilnik,
18  Claude, Boss Mo, Patrick, Kenson, Telmy, Liksy.
19  I don't see him well.  I don't remember that
20  guy's name.  I don't remember his name.
21  BY MR. DAILEY:
22     Q.  How many by number do you recognize in
23  that picture?
24     A.  That guy has a cap, I don't see his
25  face.  I don't remember this guy's name.  Boss
```

44 (Pages 170 to 173)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 174

1    Mo. Ten.
2        Q. You recognize ten from the picture?
3        A. Yes.
4        Q. How many of the ten are on the list
5    that you were shown?
6            MR. GARABEDIAN: Objection.
7    BY MR. DAILEY:
8        Q. Do you want to see the list?
9            THE INTERPRETER: He wants me to read
10    the names.
11            MR. DAILEY: All right.
12            THE INTERPRETER: Joél Albert.
13    Nickenson Alcinord. Eliphete Alibert. Johnson
14    Audate. Peterson Augustin.
15            MR. DAILEY: As we go along, perhaps
16    -- as we go along, perhaps Mr. Jerome could say
17    out loud "yes, that person is on the list."
18    Would you start again?
19            THE INTERPRETER: Yes. So he's going
20    to say yes when he hears a name of a person who
21    is on the picture.
22            Joél Albert. Nickenson Alcinord.
23    Eliphete Alibert. Johnson Audate. Peterson
24    Augustin. Daphélus Baptiste. Edlyn Jean
25    Baptiste. Junior Jean Baptiste. Erlick

Page 175

1    Benjamin. Dieu-Dabel Bernard. Mackenson
2    Bien-Aimé. Benson Bien-Aimé. Jean Blaise.
3    Guido Calet. Luccé Calixte.
4            Yes for Luccé Calixte.
5            Michenson Cameus. Emmanuel Clervil.
6    Angelo Compére. Chanel Dameus. Wendy Derice.
7        A. Wendy is not here. He's in the other
8    picture.
9            THE INTERPRETER: Jason Maxwell
10    Deriza. Idlin Deruis. Jose Derval. Roland
11    Desauguste. Nicodeme Dolce. Wadson Dorcine.
12    Makenson Dupasse. Franto Edmond. Wismond
13    Joseph Edouard. Jean Moise Emile. Jonas
14    Estacin. Dupin Esteril. Christophe Faustin.
15    Papouche Fils-Aime. Eliodor Fleuridor. Bendji
16    Fleuridor. Elivain Jean Francois. Gary
17    Francois. Herby Francois. Joselyn Frezin.
18    Eliassaint Fridelus. Jamesly Guillaume.
19    Roudely Jacques. Dorat Jean. Frisnel Jean.
20    Ilguens Jean. Patrick Jean.
21        A. Not here.
22            THE INTERPRETER: Rene Jean-Baptiste.
23    Reynold Jean-Baptiste. Jackson Jean-Charles.
24    Emile Jean-Pierre. Wisky Jerome. Joseph
25    Jidens. Lucny Joasil. Bernardin Jose. Dimitry

Page 176

1    Joseph. Jasmin Joseph. Jheempson Brismac
2    Joseph. Walky Joseph. Wilnot Joseph. Wilson
3    Joseph. Pedro Julien. Geffrard Lecenat.
4    Gesner Lecenat. Jean Lesly. Belad Louis.
5    Milvoy Lubrin. Jacques Mackenson. Guivenel
6    Metellus. Ronald Meus. Bernard Michel. Vanel
7    Nasaire. Philogene Nickenson. Raynel Odilbert.
8    Joseph Ovelt. Mackenson Papillon. Jean
9    Patrick.
10        A. His name is Patrick, but I don't know
11    if it's his last name or his first name.
12            THE INTERPRETER: Paul Peniel. Telmy
13    Philoden. Delphin Philome.
14        A. Philome, that's Philome here.
15            THE INTERPRETER: Extra Pierre. Felix
16    Pierre. Fritzson Pierre. Gogory Pierre.
17    Guisman Pierre. Jean-Louis Pierre. Joseph Jean
18    Pierre. Robens Pierre. Kensley Prévil. Louis
19    Saint Cirin. Jeffrey Saint-Fleur. Gervil
20    St. Louis. Renel St. Vil. Ami Watson.
21    BY MR. DAILEY:
22        Q. How many did you find that were on the
23    list?
24        A. These two.
25            MR. DAILEY: Okay. I think the

Page 177

1    videographer --
2            MR. GARABEDIAN: Bill, want to take a
3    break for ten minutes?
4            MR. DAILEY: He wants to change.
5        A. But I know them.
6            THE VIDEOGRAPHER: Going off the
7    record. The time is 4:02.
8            (Whereupon, Jerome Exhibit Number 8,
9            Photograph, was marked for
10            identification.)
11            (Whereupon, a recess was taken.)
12            THE VIDEOGRAPHER: Back on the record.
13    The time is 4:26.
14    BY MR. DAILEY:
15        Q. Mr. Jerome, after 2010, and starting
16    in 2010, you began to live with Elsie, is that
17    right?
18        A. Yes.
19        Q. Has Elsie always lived at the same
20    address from 2010 until the present?
21        A. Yes.
22        Q. Has Elsie had any male friend other
23    than yourself since 2010 that you're aware of?
24        A. No, other boyfriend except me.
25        Q. You mentioned that you said you were

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 178

1  at the Justinien Hospital back in 2003 or 2004,
2  is that right?
3         MR. GARABEDIAN:  Objection.
4      A.  No.
5  BY MR. DAILEY:
6      Q.  What year were you at the Justinien
7  Hospital?
8      A.  I don't remember.
9      Q.  Whenever it was that you were at the
10 Justinien Hospital, have you ever been in any
11 hospital since then?
12        MR. GARABEDIAN:  Objection.
13     A.  I didn't go to any other hospital.  I
14 just went to Justinien Hospital.
15 BY MR. DAILEY:
16     Q.  Since the time that you went to the
17 Justinien Hospital, have you been back to the
18 Justinien Hospital, or to any other hospital,
19 right up until the present time?
20        MR. GARABEDIAN:  Objection.
21     A.  After the first time when Douglas this
22 to me?
23 BY MR. DAILEY:
24     Q.  After the first time that you say
25 Douglas did something to you, have you ever been

Page 179

1  back in any hospital since that time?
2      A.  When Douglas did the gay things with
3  me, I just went to the Justinien Hospital.  I
4  never went to any other hospital.
5      Q.  Have you been in any other hospital
6  for any reason since that time?
7         MR. GARABEDIAN:  Objection.
8      A.  No.
9  BY MR. DAILEY:
10     Q.  Have you seen any doctor since that
11 time?
12     A.  Is it the first time after Douglas did
13 this, the thing to me, or after?  Because I
14 don't know, I've never been to any other
15 hospital afterwards.
16     Q.  In the last ten years, have you been
17 in any hospital?
18     A.  No.
19     Q.  In the last ten years, have you seen
20 any doctor?
21     A.  After the project was closed?
22     Q.  All right.  After the project was
23 closed, have you seen any doctor?
24     A.  When the project closed, my butt was
25 still hurting, so I had to check -- get a little

Page 180

1  bit of money, that they would give me a little
2  money to get pills for the pain because of the
3  -- it hurt.
4      Q.  Did you see any doctor after the
5  project closed?
6      A.  I have never seen any other doctor,
7  but I go sometimes to the pharmacy to get some
8  pills for pain when I have pain.
9      Q.  What pharmacy do you go to?
10     A.  Where they sell drugs, and where they
11 sell all the pills when you have pain.
12     Q.  What is the name of the pharmacy?
13     A.  I don't remember the name.
14     Q.  Where is it located?
15     A.  Cap-Haïtian.
16     Q.  Where?  What street?
17     A.  13th Street.
18     Q.  The drugstore is on 13th Street?
19     A.  Yes.
20     Q.  Have you seen any nurse in the last
21 five years?
22     A.  Between 2010 and 2015?
23     Q.  Yes.
24     A.  No, I haven't seen any nurses, but I
25 go sometimes to the pharmacy to buy pills for my

Page 181

1  butt that hurts.
2      Q.  Do you have any pills with you today?
3      A.  No, I don't.  No, it's not like that,
4  because one year might lapse, and I go then when
5  time is -- when it's time I go to buy the pill.
6      Q.  Have you bought any pills this year?
7      A.  Yes, I did.
8      Q.  When was that?
9      A.  In March.  Before I came here I took
10 them.
11     Q.  Do you play any sports?
12     A.  I play soccer, basketball.
13     Q.  You play soccer and basketball.  Any
14 other sports?
15     A.  No, I don't.
16     Q.  Anything wrong with your arms or your
17 legs?
18        MR. GARABEDIAN:  Objection.
19     A.  Sometimes my butt hurts.
20 BY MR. DAILEY:
21     Q.  I asked about the arms and the legs.
22        MR. GARABEDIAN:  Objection.
23     A.  No, I don't have problems.
24 BY MR. DAILEY:
25     Q.  So far this year, where have you

46 (Pages 178 to 181)

Confidential - Subject to Further Confidentiality Review

Page 182

1 worked?
2      A.  I am in the street now, so sometimes I
3 can throw away trash.  Sometimes people give
4 me -- ask me to wash their car, so I get 50
5 gourdes here or there.  But this is not a real
6 job.
7      Q.  Have you had any real jobs in the last
8 five years?
9           MR. GARABEDIAN:  Objection.
10      A.  No, I've never had a real job.
11 BY MR. DAILEY:
12      Q.  In the last five years?
13      A.  From 2005 to 2015?
14      Q.  All right.  From 2005 to 2015, have
15 you had any real jobs?
16      A.  Well, I never really had a real job.
17 It was only when I was in the Village, sometimes
18 -- I had one week, I would clean pots and pans,
19 or they would give me -- I would sweep the
20 floor, they would give me 50 gourdes for it, but
21 that's not a real job.
22      Q.  How often do you play basketball?
23      A.  When I'm at the Village I play often.
24      Q.  During the last year, have you played
25 any basketball?

Page 183

1      A.  No, I didn't.
2      Q.  During the last year, did you play any
3 soccer or football?
4           MR. GARABEDIAN:  Objection.
5      A.  Oh, yeah, I can play.  But when the
6 Village closed, I didn't play basketball
7 anymore, because I used to play at the Village.
8 After the Village closed, I played soccer.
9 BY MR. DAILEY:
10      Q.  Do you play soccer now?
11      A.  Yes, I play soccer often, but not
12 every day.
13      Q.  Would you play soccer every week?
14      A.  No, I don't play -- no, but I don't
15 play every day because I have a child, I have a
16 friend, a girlfriend, I can't just hang around
17 for just my own pleasure and play soccer.
18      Q.  Is there any limitation that you have
19 physically that prevents you from playing
20 soccer?
21           MR. GARABEDIAN:  Objection.
22      A.  There's nothing in my body that
23 prevents me from playing every day.
24 BY MR. DAILEY:
25      Q.  Now, in 2012, you were arrested for an

Page 184

1 assault.  Did you get injured yourself in the
2 assault?
3           MR. GARABEDIAN:  Objection.
4      A.  No.
5 BY MR. DAILEY:
6      Q.  Before you heard that some students at
7 PPT had got money, did you tell anyone about the
8 incidents you say you were involved with with
9 Douglas Perlitz, other than Mémé?
10           MR. GARABEDIAN:  Objection.
11      A.  No, I didn't tell anyone.
12           MR. DAILEY:  That's all I have.
13 Thanks.
14           THE VIDEOGRAPHER:  Going off the
15 record.  The time is 4:41.
16           (Pause.)
17           THE VIDEOGRAPHER:  Back on the record.
18 The time is 4:42.
19 BY MR. WILLIAMS:
20      Q.  Good afternoon, Mr. Jerome.  My name
21 is Paul Williams, and I represent Fairfield
22 University.
23           I'm going to ask you a few questions,
24 but because you've been asked so many questions,
25 I'm going to tend to bounce around a little bit.

Page 185

1 If you don't understand the question, please
2 tell me, okay?  Yes?
3      A.  If I do this with my head, it means
4 yes.
5      Q.  That's not good enough.  You've got to
6 answer.
7      A.  Okay.
8      Q.  Now, first, does anyone live with
9 Elsie and your son?
10      A.  No.
11      Q.  And could you describe the residence?
12 What does the home look like?
13           MR. GARABEDIAN:  Objection.
14      A.  The house has a little gallery in the
15 front.  It doesn't go up all the way.  There's a
16 blue door.  And there's a table.  And there are
17 pots and pans.  There's a bed.  And there's a
18 part where you put the glasses and the pots and
19 pans.
20 BY MR. WILLIAMS:
21      Q.  Okay.  And Elsie and your son live
22 there?
23      A.  Yes.
24      Q.  And do you keep any of your things
25 there?

47 (Pages 182 to 185)

Confidential - Subject to Further Confidentiality Review

Page 186

1          MR. GARABEDIAN: Objection.
2      A.  Like what?
3  BY MR. WILLIAMS:
4      Q.  Do you have any clothes there?
5      A.  Yes, I have clothes.
6      Q.  What kind of clothes do you have
7  there?
8      A.  Shirts, pants, my bible to go to
9  church.
10     Q.  Okay.  And do you have sporting
11 equipment, any sneakers or soccer gear that you
12 keep at that house?
13     A.  No.  I don't have tennis shoes, and I
14 don't have soccer equipment.  I have tennis
15 shoes, but I don't leave them there.
16     Q.  Where do you keep those?
17     A.  In my room where I sleep I have my
18 tennis shoes there.
19     Q.  Do you mean where you're sleeping now?
20     A.  Yes.
21     Q.  When you aren't here, you would keep
22 your shoes as well as your other clothes at the
23 house where Elsie and your son live?
24         MR. GARABEDIAN: Objection.
25     A.  Yes.

Page 187

1  BY MR. WILLIAMS:
2      Q.  And why don't you live with Elsie all
3  the time?
4      A.  I don't have a job.  I have money -- I
5  don't have land.  She lives at her parents.
6      Q.  Okay.  Does she have a job?
7      A.  No.
8      Q.  Do you call where Elsie lives your
9  home?
10         MR. GARABEDIAN: Objection.
11     A.  It's my home because when I go there,
12 that's where I sleep.
13 BY MR. WILLIAMS:
14     Q.  Right.
15     A.  I can't say it's my home really
16 because I didn't spend my own money to build it.
17     Q.  I understand.
18     A.  That's why I can't really say it's my
19 home.  If I left, I can't say I'm going to leave
20 it to them.
21     Q.  I understand.
22         Were you present when your son was
23 born?
24         MR. GARABEDIAN: Objection.
25     A.  No, I wasn't there.  He was born

Page 188

1  behind my back.
2  BY MR. WILLIAMS:
3      Q.  Okay.  You said that before you began
4  participating at 13th Street, Rue 13, you were
5  living on the street, is that correct?
6      A.  Before what?
7      Q.  Before you began getting some meals at
8  13 Rue.
9      A.  When my parents died, I took to the
10 streets.  I used to ask people for leftovers,
11 and I would eat leftovers with them.
12     Q.  Right.
13         And then in 2000, you began going to
14 the center at Rue 13?
15         MR. GARABEDIAN: Objection.
16     A.  Yes.
17 BY MR. WILLIAMS:
18     Q.  And prior to going to the center at
19 Rue 13, you said you were begging, is that
20 right?
21     A.  Yes, I was asking, begging.
22     Q.  And prior to going to the center of
23 Rue 13, did you go to bed hungry, or go to sleep
24 hungry, since you were in the street on
25 occasions?

Page 189

1      A.  Yeah, I always did that.
2      Q.  Okay.  And also when you were living
3  on the street before going to the center at Rue
4  13, Mr. Jerome, was it ever dangerous for you?
5          MR. GARABEDIAN: Objection.
6      A.  If it was dangerous for me to stay in
7  the street?  There was no danger for me to stay
8  in the street, just when I was in the street I
9  had nothing.
10 BY MR. WILLIAMS:
11     Q.  Were you ever assaulted when you were
12 living on the street before you began to go to
13 the center at 13th Street?
14     A.  What do you mean attack me?
15     Q.  Physically beaten?
16     A.  Sometimes --
17         MR. GARABEDIAN: Objection.
18     A.  -- when I'm in the street, when we
19 sleep, there's a place where we used to sleep,
20 the police would come and beat us, scare us off,
21 so we had to run.
22 BY MR. WILLIAMS:
23     Q.  All right.  And then you began going
24 to the center at Rue 13 around the year 2000,
25 correct?

48 (Pages 186 to 189)

Confidential - Subject to Further Confidentiality Review

Page 190

```
1       A.  Yes.
2       Q.  And you described earlier some of the
3   benefits of going to that center, correct?
4       A.  Yes.
5       Q.  And then I guess you said in 2005 to
6   2007, you attended the Carenage, is that
7   correct?
8       A.  Yes.
9       Q.  And when you had to go in the Carenage
10  in the morning, you'd have to wait until it
11  opened, is that right?
12      A.  When I used to go to Carenage, I had
13  to wait until it opened?
14      Q.  Right.
15      A.  Well, we used to go to --
16      Q.  Do you have that?
17      A.  13th Street, before 2005 the contract
18  ran out, so they rented the Carenage.  So as of
19  2000, we went to the Carenage.  At that time
20  there was -- Nicholas was there, and there was
21  another white guy called Timothy.
22      Q.  Okay.  And when you got there in the
23  morning, there would be searches, wouldn't
24  there?
25          MR. GARABEDIAN:  Objection.
```

Page 191

```
1       A.  If we didn't come in with razor
2   blades.  Some guys would come with thinners,
3   paint thinners.
4       Q.  So they'd want to make sure that
5   people didn't come in with glue or paint
6   thinners or weapons, is that right?
7       A.  Yes.
8       Q.  Okay.  And were you ever there where
9   glue and paint thinners and weapons were
10  confiscated?
11          MR. GARABEDIAN:  Objection.
12      A.  No.
13  BY MR. WILLIAMS:
14      Q.  And did you ever carry a weapon?
15      A.  No.
16      Q.  Now, you mentioned earlier today, much
17  earlier today when you were asked about
18  Fairfield University, you remembered some
19  volunteers from Fairfield University, is that
20  correct?
21          MR. GARABEDIAN:  Objection.
22      A.  Yes.
23  BY MR. WILLIAMS:
24      Q.  Do you remember the names of any of
25  those volunteers?
```

Page 192

```
1          MR. GARABEDIAN:  Objection.
2       A.  I don't remember all of them.
3   BY MR. WILLIAMS:
4       Q.  Okay.  Do you remember any of them?
5          MR. GARABEDIAN:  Objection.
6       A.  Jessica, Nicholas.  There are other
7   people, I don't remember.
8   BY MR. WILLIAMS:
9       Q.  Okay.  You think Jessica and Nicholas
10  were from Fairfield University?
11      A.  Yes.
12      Q.  Okay.  And Jessica was working at the
13  Carenage, is that correct?
14      A.  Yes.
15      Q.  And Nicholas was working there as
16  well?
17      A.  Yes.
18      Q.  Okay.
19      A.  He was a director of the Carenage.
20      Q.  Nicholas was?
21      A.  Nicholas.
22      Q.  Do you remember anyone else who was a
23  volunteer from Fairfield University?
24          MR. GARABEDIAN:  Objection.
25      A.  There could be other people, but I
```

Page 193

```
1   don't know.  I don't remember.
2   BY MR. WILLIAMS:
3       Q.  Okay.  Now, you told us, Mr. Jerome,
4   that until 2013, the only person you told of
5   your abuse by Doug Perlitz was Mémé, is that
6   correct?
7          MR. GARABEDIAN:  Objection.
8       A.  Yes.
9   BY MR. WILLIAMS:
10      Q.  Okay.  And in 2013, you described for
11  us earlier how there was a meeting that you
12  attended with Cyrus?
13          MR. GARABEDIAN:  Objection.
14      A.  In 2013?
15  BY MR. WILLIAMS:
16      Q.  Yes.
17      A.  Yes, in 2013.
18      Q.  And it was at that time you said that
19  Mr. Cyrus took a statement or an interview about
20  your claim of abuse, is that right?
21          MR. GARABEDIAN:  Objection.
22      A.  Yes, I was explaining.
23  BY MR. WILLIAMS:
24      Q.  Right.
25      A.  But I wasn't the only one.
```

49 (Pages 190 to 193)

Confidential - Subject to Further Confidentiality Review

Page 194

1      Q.  Right.
2          MR. GARABEDIAN:  Let him finish,
3   please.
4          MR. WILLIAMS:  Okay.
5   BY MR. WILLIAMS:
6      Q.  Are you finished?
7      A.  Yes.
8      Q.  I'll follow up on your last remark.
9          You said you weren't the only one.
10     A.  I wasn't the only one who was
11  explaining to him that.
12     Q.  Right.
13         How many other people were there
14  explaining to Mr. Cyrus their claims of abuse?
15     A.  A lot.  I don't remember.
16         MR. GARABEDIAN:  Objection.
17     A.  They would come in and out.
18  BY MR. WILLIAMS:
19     Q.  Was it in a big room?
20     A.  Of what?
21     Q.  Were you all in the same room?
22     A.  No, it's not a big room.  He called us
23  aside when we talked, he took pictures for us,
24  or of us.
25     Q.  So Cyrus took photographs of each of

Page 195

1   you, and also took a statement?
2          MR. GARABEDIAN:  Objection.
3      A.  He was writing everything we said.
4   BY MR. WILLIAMS:
5      Q.  Right.
6      A.  When we finished explaining, he took a
7   picture of us.
8      Q.  Okay.  And were you asked to sign that
9   statement?
10     A.  He didn't ask me to sign.  It was a
11  big notebook he had.
12     Q.  Okay.  Did he ask you to read the
13  statement?
14     A.  No, he didn't.  He asked me what's
15  your name, I told him, I explained what
16  happened.
17     Q.  And this meeting that you had with
18  Cyrus, was that before you -- the time you
19  received a call from Attorney Garabedian?
20         MR. GARABEDIAN:  Objection.
21     A.  No.  After Mr. Mitch called me, Cyrus
22  called us so we could explain how it went, how
23  Douglas did the gay things with us, how it hurt
24  us.
25  BY MR. WILLIAMS:

Page 196

1      Q.  Was Mr. Garabedian at the meeting with
2   Cyrus when you gave a statement?
3      A.  No.  When I was talking to Cyrus, he
4   was not here.
5      Q.  But you -- but as I understand what
6   you're saying, you said you received a call from
7   Mr. Garabedian before you met with Cyrus?
8          MR. GARABEDIAN:  Objection.
9      A.  Before I explained to him what
10  happened, how he did gay things with us, how
11  this hurt us, and I couldn't learn in school.
12  BY MR. WILLIAMS:
13     Q.  Okay.  And that was in 2013?
14     A.  Yes.
15     Q.  And now, when you were describing
16  Douglas Perlitz abusing you, you said that he
17  put his penis in your rectum at Bel Air.
18     A.  Yes.
19     Q.  And he did that on a second occasion
20  as well, as I understand your testimony?
21         MR. GARABEDIAN:  Objection.
22     A.  Yes, he did that second time.  I'm
23  never going to forget it.
24  BY MR. WILLIAMS:
25     Q.  In either of those times when it

Page 197

1   happened, did it cause you pain?
2          MR. GARABEDIAN:  Objection.
3      A.  Yes.
4   BY MR. WILLIAMS:
5      Q.  Did you make any noise or scream when
6   it happened?
7          MR. GARABEDIAN:  Objection.
8      A.  No, when he did that to me I cried.  I
9   couldn't sleep well.  At night I couldn't sleep
10  well.  I will never forget it.
11  BY MR. WILLIAMS:
12     Q.  My question was; when it occurred, did
13  you scream?
14         MR. GARABEDIAN:  Objection.
15     A.  No, I did not.
16  BY MR. WILLIAMS:
17     Q.  Okay.  How tall were you when Douglas
18  Perlitz abused you?
19         MR. GARABEDIAN:  Objection.
20     A.  I can't imagine it.  You're asking me
21  how tall I was, I don't know.  I can't imagine.
22  BY MR. WILLIAMS:
23     Q.  How did your height compare to Douglas
24  Perlitz's height?
25         MR. GARABEDIAN:  Objection.

50 (Pages 194 to 197)

Confidential - Subject to Further Confidentiality Review

Page 198

1      A.  I don't know.  I can't measure my
2   height and Douglas's height and see who is
3   taller.  I can't.  I can't imagine.
4   BY MR. WILLIAMS:
5      Q.  Well, you told us about the
6   description you had of being in the bedroom with
7   Douglas Perlitz and you were both standing, is
8   that correct?
9      A.  No, I wasn't standing while Douglas
10  was standing.  When I was sleeping Douglas was
11  touching me, and then he told me to stand up.
12      MR. GARABEDIAN:  Objection.
13      A.  He put his penis, he made me bend over
14  the bed.
15  BY MR. WILLIAMS:
16      Q.  My question was; do you know, when you
17  claim you were abused by Douglas Perlitz,
18  whether you were taller than him or shorter than
19  him?
20      MR. GARABEDIAN:  Objection.
21      A.  I couldn't be taller than Douglas.  I
22  was a child.
23  BY MR. WILLIAMS:
24      Q.  Okay.  We've had questions on the date
25  of birth, so I won't go there again.  The math

Page 199

1   is the math.
2          When did you first realize that you
3   had an abscess in your head?
4          MR. GARABEDIAN:  Objection.
5      A.  Since I was a child.
6   BY MR. WILLIAMS:
7      Q.  Does it cause any symptoms?
8          MR. GARABEDIAN:  Objection.
9      A.  It doesn't give me any problems.
10  BY MR. WILLIAMS:
11      Q.  How do you know it's --
12      A.  This doesn't really give me any
13  problems.  What really is the problem is what --
14  that Douglas did gay things with me.  I always
15  ask God for strength.  This could have made me
16  go mad, and I could have died because I'm
17  thinking so much of it -- about it.
18      Q.  Okay.  Thank you.
19          Before 2013 when you met with
20  Mr. Cyrus, Mr. Jerome, did you ever deny being
21  sexually abused by Doug Perlitz?
22          MR. GARABEDIAN:  Objection.
23      A.  When I met him?
24  BY MR. WILLIAMS:
25      Q.  No.  At any time prior to 2013.

Page 200

1          MR. GARABEDIAN:  Objection.
2      A.  No, I had never explained.  I had
3   never met Cyrus.
4   BY MR. WILLIAMS:
5      Q.  I'm sorry, it's probably a poor
6   question.  Let me try to reframe it.
7          Prior to meeting with Cyrus in 2013,
8   did you ever deny being sexually abused by Doug
9   Perlitz when you were asked by anyone else?
10          MR. GARABEDIAN:  Objection.
11      A.  The only person I talked to about it
12  was Mémé where I explained to him how he did gay
13  things to me and put his penis in my butt.
14  BY MR. WILLIAMS:
15      Q.  Okay.  And as far as you know, Mémé
16  didn't tell anyone, correct?
17      A.  No.
18          MR. WILLIAMS:  I have no other
19  questions.  Thank you.
20          THE VIDEOGRAPHER:  Going off the
21  record.  The time is 5:10.
22          (Pause.)
23          THE VIDEOGRAPHER:  We're back on the
24  record.  The time is 5:11.
25  BY MR. KENNEDY:

Page 201

1      Q.  Hello, Mr. Jerome.  My name is Jeff
2   Kennedy, I represent Hope Carter.
3      A.  Ms. Carter?
4      Q.  Yes, Madame Carter.
5          Do you know Madame Carter?
6      A.  Yes.
7      Q.  How do you know Madame Carter?
8      A.  She comes sometimes to 13th Street.  I
9   talk to her sometimes.
10      Q.  You can't speak English, correct?
11      A.  No.
12      Q.  Do you know if Madame Carter can speak
13  Creole?
14      A.  No, she doesn't.  It's a master
15  teacher inside who speaks.
16      Q.  So you spoke to Madame Carter through
17  a translator?
18          MR. GARABEDIAN:  Objection.
19      A.  Yes.
20  BY MR. KENNEDY:
21      Q.  How many times did you speak to Madame
22  Carter?
23      A.  I met her at 13th Street, at the
24  Village also.
25      Q.  I realize that.

51 (Pages 198 to 201)

Confidential - Subject to Further Confidentiality Review

Page 202

```
 1              My question was how many times did you
 2   speak to Madame Carter through a translator?
 3              MR. GARABEDIAN:  Objection.
 4        A.  First time was in 13th Street.
 5   Second, the other time in the Village.
 6   BY MR. KENNEDY:
 7        Q.  Okay.  So two times?
 8        A.  Yes.
 9        Q.  And when did you speak to her at 13th
10   Street?
11        A.  There was a person, I said "what's
12   that person's name?"  She said "my name is Miss
13   Carter."  I said "my name is Wisky."
14              I saw her at the Village again.  I was
15   talking to her.  She has blue veins in her feet,
16   I touch it and ask her how.  She says "it's vein
17   in my feet."
18        Q.  Okay.  Well, let me back up for a sec.
19              So the first time that you speak to
20   her, she says "hi, I'm Mrs. Carter," and you say
21   "hi, my name is Wisky"?
22              MR. GARABEDIAN:  Objection.
23        A.  Did I say that, you're asking?
24   BY MR. KENNEDY:
25        Q.  Yes.
```

Page 203

```
 1        A.  I don't speak English.
 2        Q.  I'm trying to understand.  I'm looking
 3   at your testimony, sir, and my question was "and
 4   when did you speak to her at 13th Street?"  And
 5   you said "there was a person, I said what's that
 6   person's name?  She said my name is Ms. Carter.
 7   I said my name is Wisky."
 8              MR. GARABEDIAN:  Objection.
 9        A.  No.  I saw a teacher who spoke
10   English, I needed to know who -- how this
11   person's name -- what her name was, so I talked
12   -- so he translated for me and I talked.
13   BY MR. KENNEDY:
14        Q.  Okay.  And when you talked, what did
15   you say to Madame Carter that first time?
16        A.  When I saw her I asked her "what's
17   your name?"  I asked her -- she asked me "what's
18   your name?"  And I said "it's Wisky."
19        Q.  And that first time, did you talk
20   about anything else?
21        A.  The first time, I don't really
22   remember.
23        Q.  Okay.  But you do remember making an
24   introduction?
25              MR. GARABEDIAN:  Objection.
```

Page 204

```
 1        A.  Yes.
 2   BY MR. KENNEDY:
 3        Q.  Okay.  And you said you also spoke to
 4   her a second time, is that correct?
 5        A.  Yes.
 6        Q.  And that was in the Village?
 7        A.  Yes.
 8        Q.  And when was that, sir?
 9        A.  When I was at the Village, I saw her
10   come.  In front of the office there was a big
11   mango tree.  She was sitting in front of the
12   mango tree, and I sat next to her.  I asked
13   her -- I was talking to her, I was playing with
14   her, I said "what do you have in your feet?",
15   and she said "these are veins."
16        Q.  When you say you were playing with
17   her, were you playing a game with Mrs. Carter?
18        A.  No, we were just playing around, I was
19   touching her feet with the veins.
20        Q.  Can you describe Mrs. Carter
21   physically?
22        A.  It's an old lady, she has wrinkles.
23   Not too tall.  She doesn't walk straight, she's
24   a bit sideways.  And she has a little suitcase.
25        Q.  Okay.  Now, the second time when you
```

Page 205

```
 1   said you talked to her at the Village, was there
 2   a translator there as well?
 3        A.  Yes, there was someone translating for
 4   me.
 5        Q.  And who was that, sir?
 6        A.  Master Daniel, who speaks English.
 7        Q.  And I know you're telling me that you
 8   spoke to Mrs. Carter about the veins in her
 9   feet, did you talk about anything else?
10        A.  Yes, but I was asking her questions on
11   her veins.
12        Q.  Okay.  But besides the veins, what
13   other topics do you remember talking about?
14        A.  I don't remember what we talked about,
15   what else we talked about.
16        Q.  The first time you spoke to
17   Mrs. Carter back at 13th Street when you made an
18   introduction, how long was that conversation?
19              MR. GARABEDIAN:  Objection.
20        A.  Not long.  I saw her, I felt forced to
21   ask her what's her name, my name is -- I told
22   her what my name was, and then I left.
23   BY MR. KENNEDY:
24        Q.  Okay.  And the second time when you
25   spoke to her at the Village, how long did that
```

52 (Pages 202 to 205)

Confidential - Subject to Further Confidentiality Review

Page 206

```
1    conversation last?
2        A.  When I saw her she was sitting down, I
3    sat next to her, I asked her "what's in your
4    feet?  What is that?"  She said "veins in my
5    feet."  And I didn't wait too long, I didn't
6    continue talking too long to her.
7        Q.  Okay.  And was Mrs. Carter nice to
8    you?
9            MR. GARABEDIAN:  Objection.
10       A.  Yes, she was nice.  She supported me
11   well.  She didn't reject me or anything.
12   BY MR. KENNEDY:
13       Q.  Okay.  And like Attorney Williams, I
14   apologize, I'm going to be -- you've been asked
15   a lot of questions, so I'm going to also going
16   to be jumping around a little now, too.
17           Sir, do you have a cell phone?
18       A.  Yes, I have a phone.
19       Q.  Okay.  And how long have you had a
20   phone, sir?
21       A.  Since 2013.
22       Q.  Before 2013, did you have a cell
23   phone, sir?
24           MR. GARABEDIAN:  Objection.
25       A.  Before 2013?
```

Page 207

```
1    BY MR. KENNEDY:
2        Q.  Yes, sir.
3        A.  Yes.  Sometimes, yes.
4        Q.  Do you remember who the carriers --
5    the telecommunications carriers for the cell
6    phone?
7        A.  Well, there's no company that gives me
8    the minutes.  I just have a card, and I put the
9    minutes in.
10       Q.  Okay.  And is that true today, sir,
11   that you pay for the minutes for your phone?
12       A.  When I need to call someone I put 25
13   gourdes, 50 gourdes.
14       Q.  Do you ever use your phone to send
15   text messages, sir?
16       A.  To whom?
17       Q.  No, in general.
18       A.  I don't write messages.
19       Q.  Do you ever receive text messages,
20   sir?
21       A.  I receive texts.  When Cyrus wants me
22   to come, he sends me a message.
23       Q.  I think you -- that was what I was
24   going to ask you, sir, was whether you've
25   received text messages from Cyrus.
```

Page 208

```
1            MR. GARABEDIAN:  Objection.
2        A.  Now?
3    BY MR. KENNEDY:
4        Q.  Yes, now, and before.
5        A.  If he needs me so that I go to see
6    him, then he writes a message, we schedule, I
7    need you at the radio.
8        Q.  Okay.  And you raise a good point,
9    sir.  How many times have you met with Cyrus to
10   discuss this lawsuit, sir?
11       A.  At the Carenage for the first time.
12       Q.  Okay.  So you've only met with Cyrus
13   one time?
14           MR. GARABEDIAN:  Objection.
15       A.  Yes, at the Carenage.
16   BY MR. KENNEDY:
17       Q.  Okay.  Now, you mentioned that you met
18   at a hotel with Mr. Kendrick, is that correct,
19   sir?
20       A.  Who is that?
21       Q.  Paul Kendrick.
22       A.  Yeah, at the Picolet.
23       Q.  Was Cyrus there as well, sir?
24       A.  No, he wasn't there.
25       Q.  Okay.  Who else was with Mr. Kendrick
```

Page 209

```
1    at that?
2        A.  There were other people there.
3        Q.  Right.  I'm asking who those other
4    people were, sir.
5        A.  Margarette.
6        Q.  Is that Margarette Joseph, sir?
7        A.  Yes.
8        Q.  Who else, sir?
9        A.  Other kids.  I don't remember.
10       Q.  That's what I was going to ask you.
11   Do you remember any of the other kids that met
12   with Paul and Margarette?
13           MR. GARABEDIAN:  Objection.
14       A.  I don't remember the name of the other
15   kids.
16   BY MR. KENNEDY:
17       Q.  And when was that meeting, sir?
18       A.  I didn't go in a meeting with them,
19   but I saw them at the Picolet.
20       Q.  Did you speak to them at the Picolet?
21       A.  I didn't really stay long, but I
22   recognized Margarette right away because I know
23   her better.
24       Q.  Right.  But my question was whether
25   you spoke to them, sir.
```

Confidential - Subject to Further Confidentiality Review

Page 210

1           MR. GARABEDIAN: Objection.
2     A.  When I talked to them?  When I saw
3  Margarette I told her "who are they?"  "This is
4  Paul."  But I didn't stay.  I didn't have a
5  conversation really.
6  BY MR. KENNEDY:
7     Q.  You didn't speak to Margarette, sir?
8           MR. GARABEDIAN: Objection.
9     A.  Yes, I talked to Margarette.
10  BY MR. KENNEDY:
11     Q.  Okay.  And what did you talk to
12  Margarette about, sir?
13     A.  What are these white people's names,
14  things like that.
15     Q.  Did you talk about the lawsuit, sir?
16           MR. GARABEDIAN: Objection.
17     A.  No.
18  BY MR. KENNEDY:
19     Q.  And did Mr. Kendrick speak to you
20  through a translator, sir?
21     A.  No, I didn't speak to -- I saw
22  Margarette, I asked her questions.
23     Q.  What questions did you ask Margarette,
24  sir?
25     A.  I said "what's their name?  What are

Page 211

1  these white people's name," and she said "it's
2  Paul."
3     Q.  And how long were you at the hotel,
4  sir?
5           MR. GARABEDIAN: Objection.
6     A.  Not long.  I was just going through,
7  and I saw Margarette.
8  BY MR. KENNEDY:
9     Q.  Besides that meeting, have you had any
10  discussions with Margarette about the lawsuit,
11  sir?
12     A.  No.  I didn't talk often to
13  Margarette.  I didn't ask her that.
14     Q.  What was Margaret's job at PPT, sir?
15     A.  She was a psychologist.
16     Q.  And it's my understanding from your
17  prior testimony that prior to telling Mémé, that
18  you never told Margarette about that Doug
19  Perlitz abused you, sir?
20           MR. GARABEDIAN: Objection.
21           THE VIDEOGRAPHER: Can we go off the
22  record?
23           MR. KENNEDY: Sure.
24           THE VIDEOGRAPHER: Going off the
25  record.  The time is 5:28.

Page 212

1           (Pause.)
2           THE VIDEOGRAPHER: Back on the record.
3  The time is 5:30.
4  BY MR. KENNEDY:
5     Q.  Mr. Jerome, besides today, has anybody
6  -- have you ever been -- and I don't want to
7  know about any conversations with your
8  attorneys, but has anybody interviewed you and
9  videotaped you telling them about the claims
10  that you're making in this lawsuit?
11           MR. GARABEDIAN: Objection.
12     A.  No, no one has done that, but I did
13  pictures for the file.
14  BY MR. KENNEDY:
15     Q.  I know those are pictures that
16  Mr. Sibert took?
17     A.  Yes.
18     Q.  Okay.  And it's my understanding that
19  you met with Mr. Sibert only one time at
20  Carenage?
21     A.  Yes.
22     Q.  Okay.  And that one time that you met
23  with him, if you could tell me in your own words
24  from beginning, middle, to end about that
25  meeting and what took place.

Page 213

1           MR. GARABEDIAN: Objection.
2     A.  When I was talking to Cyrus?
3  BY MR. KENNEDY:
4     Q.  Yes, sir.
5     A.  First time when I arrived Cyrus called
6  me, he was talking to me, he said "what's up?  I
7  would like to know what happened with -- what
8  Douglas did to you."  I explained to him it was
9  raining, Douglas saw me in the street, asked me
10  to climb in, drive me to Bel Air.  At Bel Air
11  when I was sleeping, I felt somebody touching
12  me.  When I woke up, it was Douglas all naked
13  who was touching me all over my body.  He made
14  me bend over the bed.  He put his penis in my
15  butt.
16           And then after that I started
17  bleeding.  I started sleeping.  I couldn't sleep
18  well.  Every time I slept, I would wake up.  I
19  didn't feel well.  I was crying, tears falling.
20  I was thinking about my mother and father, if
21  they were there this would not have happened to
22  me.  It's the circumstances of life.  If they
23  had means to -- I inherited money, this would
24  not have happened to me.
25           I'm thinking sometimes I could have

Confidential - Subject to Further Confidentiality Review

Page 214

1  become crazy or died because of what -- because
2  I was thinking so much about what happened. I
3  could not go all the way in school. People are
4  calling me gay, or Douglas's wife, girl. When I
5  go to work, they don't give Douglas girlfriend
6  work. So only God could help me. I could find
7  solace just only in God. And I will always tell
8  what happened to me so that this doesn't happen
9  again.
10      Q. Sir, did you ever look for a job in
11  2011 and not receive the job because of people
12  calling you gay?
13          MR. GARABEDIAN: Objection.
14      A. No, I didn't say in 2011 that I was
15  looking for a job. They say that they don't
16  give Douglas's fag work.
17  BY MR. O'NEILL:
18      Q. Okay. Can you tell me specifically
19  the name of a job where that happened to you?
20      A. No, I don't remember where.
21      Q. And when did it happen, sir?
22      A. I don't know. I can't tell you what
23  day. When they told me that, I didn't think
24  about where they told me that or which other
25  place. When you repeat this to me, and repeat

Page 215

1  this, I've been thinking about this all the
2  time. I had problems with that.
3      Q. Sir, when did this take place?
4          MR. GARABEDIAN: Objection.
5      A. Work?
6  BY MR. KENNEDY:
7      Q. Yes, the time where you went to try to
8  get a job and you were told they wouldn't hire a
9  gay.
10     A. I can't tell you what time, what day.
11  What they did, because of what they said, that's
12  what I remembered is what they did and what they
13  said. And that remains a story in my life.
14     Q. Sir, it's my understanding the first
15  person -- the first person you told was Mémé in
16  2013, correct?
17         MR. GARABEDIAN: Objection.
18     A. 2013?
19  BY MR. KENNEDY:
20     Q. I'm sorry. I apologize.
21         The only person -- the first person
22  you told prior to 2013 was Mémé, correct?
23     A. First person I told, it was Mémé.
24     Q. Okay. And the next person after that
25  was Cyrus in 2013?

Page 216

1      A. Yes.
2      Q. Well, do you know how the potential
3  employer heard about your claim about
4  Douglas Perlitz?
5          MR. GARABEDIAN: Objection.
6      A. It's because on the wall, the
7  Village's wall, they wrote "Douglas fag." They
8  knew me at the Village, and the work that I was
9  seeking was at the same place. As --
10  automatically when you're a child and you're at
11  the Village, you're Douglas's girlfriend. When
12  I went, the guy chased me and said "we don't
13  take Douglas's gay."
14  BY MR. KENNEDY:
15      Q. Okay. So just by virtue of going to
16  the Village?
17         MR. GARABEDIAN: Objection.
18     A. As long as you're at the project, they
19  know that Douglas is doing gay things with you.
20  BY MR. KENNEDY:
21     Q. Okay. Sir, can you describe Douglas
22  Perlitz's bedroom?
23     A. Yes.
24     Q. Please do that for me, sir.
25     A. When you're in front of the house

Page 217

1  there's a door to enter. In Douglas's room
2  there are two doors. You go down next to the
3  house, this is the house, you go there, if you
4  go there you can go in. There's a door here,
5  too, you can go in. When you go in, you go a
6  few steps down. After that, after these stairs,
7  you open a door, and then you enter Douglas's
8  room.
9          You will see when you enter, you see
10  Douglas's bed with pictures of the kids on the
11  wall. There's a bathroom. There is a little
12  separation that's in the room. There's a little
13  door you can go in, you can either take a shower
14  or go to the toilet.
15     Q. And there were pictures of some of the
16  students on the wall?
17         MR. GARABEDIAN: Object.
18     A. Yes.
19  BY MR. KENNEDY:
20     Q. Did you recognize any of the students
21  whose pictures were --
22     A. I saw the pictures, but I didn't
23  really look to see which kids were in these
24  pictures.
25     Q. Now, sir, when you went to Rue 13, how

55 (Pages 214 to 217)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 218

1  many days a week would you go?
2      A.  Into --
3      Q.  In Rue 13, sir.
4      A.  A week?
5      Q.  Every day?
6      A.  A week, he's asking?
7      Q.  Yes, yes, in a week, sir.
8      A.  Five times, Monday through Friday.
9      Q.  Okay.  And that was true from 2000
10  until you started -- until you went to Carenage?
11      MR. GARABEDIAN:  Objection.
12      A.  Yes.  Sometimes there's a little
13  construction happening at the school, Nicholas
14  can see one of us and ask us to do it.
15  BY MR. KENNEDY:
16      Q.  And Nicholas could speak -- Nicholas
17  could speak Creole, correct?
18      MR. KENNEDY:  What's the answer?
19      A.  Yes.
20      THE INTERPRETER:  I'm sorry.
21      MR. KENNEDY:  That's okay.
22  BY MR. KENNEDY:
23      Q.  And when you went to Carenage, sir,
24  how many days a week would you go, sir?
25      A.  Five times.

Page 219

1      Q.  So from -- okay.
2      MR. KENNEDY:  Sorry, what did he say?
3      A.  In the Village there's no --
4  BY MR. KENNEDY:
5      Q.  In the Village there's what?
6      A.  There's no, and then he was
7  interrupted.
8      MR. GARABEDIAN:  There was no question
9  before him.
10  BY MR. KENNEDY:
11      Q.  Sir, you began to say "in the Village
12  there was no."  Can you complete your thought,
13  sir?
14      A.  In the Village, that's where I stayed,
15  so there was no weekends and weekdays anymore.
16      Q.  And what did Nicholas do at Carenage?
17  What was his role?
18      MR. GARABEDIAN:  Objection.
19      A.  Director.
20  BY MR. KENNEDY:
21      Q.  When you say "director," sir, when you
22  saw him, if you could expand a little more, what
23  did you see him doing?
24      A.  He used to take the instructors, the
25  teachers, put them in his car and bring them.

Page 220

1  If a child had a problem, he would bring you to
2  the hospital.  Sometimes he would give us the
3  ball, organize championships, basketball.
4      Q.  And did you ever speak to Nicholas
5  about a problem that you ever had?
6      A.  No, I didn't talk to Nicholas.
7      Q.  Why didn't you talk to Nicholas?
8      MR. GARABEDIAN:  Objection.
9      A.  I thought they were all the same.
10  Maybe if I tell him that, he will tell Douglas
11  that.
12  BY MR. KENNEDY:
13      Q.  What do you mean by "they were all the
14  same," sir?
15      A.  If I tell him what Douglas did, he did
16  the gay thing with me, then he will tell Douglas
17  that I said that.  If I said something against
18  Douglas, he would call Douglas to tell him, and
19  he would throw me out of the project.  He would
20  say I'm lying and saying bad things on Douglas.
21  If the kids --
22      Q.  And did you --
23      A.  If the kids say Douglas don't do that,
24  it's not a white person who would not say that.
25      Q.  So do you believe that no white person

Page 221

1  would believe you, sir?
2      MR. GARABEDIAN:  Objection.
3      A.  Yes.  If I told that to a white person
4  in the project, that person would always tell me
5  that I'm lying.
6  BY MR. KENNEDY:
7      Q.  But you never did tell a white person
8  in the project, did you, sir?
9      MR. GARABEDIAN:  Objection.
10      A.  No.
11      MR. KENNEDY:  Okay.  I have nothing
12  further.  Thank you very much.
13      THE VIDEOGRAPHER:  Going off the
14  record.  The time is 5:48.
15      (Pause.)
16      THE VIDEOGRAPHER:  Back on the record.
17  The time is 5:49.
18  BY MR. BABBITT:
19      Q.  Good afternoon, sir.  My name is
20  Bradford Babbitt, I represent the American Order
21  of -- I beg your pardon, American Association of
22  the Order of Malta.
23      Have you ever heard of the Order of
24  Malta American Association?
25      A.  What does the Knights of the Order of

56 (Pages 218 to 221)

Confidential - Subject to Further Confidentiality Review

Page 222

1    Malta mean?
2        Q.  My question is; have you ever heard of
3    the Order of Malta American Association?
4        A.  I don't know what Malta is.
5        Q.  Okay.  You're not familiar --
6        MR. GARABEDIAN:  Objection.
7    BY MR. BABBITT:
8        Q.  -- with the Order of Malta American
9    Association, is that right?
10        MR. GARABEDIAN:  Objection.
11        A.  You should explain to me before I can
12    answer.
13    BY MR. BABBITT:
14        Q.  I'm asking you if you've ever heard of
15    this organization before.
16        MR. GARABEDIAN:  Objection.
17        A.  No.
18    BY MR. BABBITT:
19        Q.  Before you started attending the Rue
20    13, or 13th Street program, what did you know
21    about the program?
22        MR. GARABEDIAN:  Objection.
23        A.  Talking about 13th Street?
24    BY MR. BABBITT:
25        Q.  Yes.

Page 223

1        A.  You go to school there, and they give
2    you shorts and a T-shirt.  They show you how to
3    write, how to draw, to read.  We would play
4    soccer.  They give you food.  Things like that.
5        Q.  And you knew all of that before you
6    went to school there, is that right?
7        A.  Before I went to 13th Street?
8        Q.  Mm-hmm.
9        A.  No, I didn't know.
10        Q.  You didn't know?
11        A.  No, I didn't know that they were
12    giving all these things.
13        Q.  I see.
14        What did you know before you went to
15    school there?
16        A.  I didn't know anything about them.
17        Q.  How is it that you chose to go there?
18        A.  It's a white guy called Nicholas who
19    saw me in 3rd Street who told me to go there.
20        Q.  And what did he say?
21        A.  "There's a place where they teach
22    school for children when -- children with no
23    parents."
24        Q.  Did he tell you anything else about
25    the school?

Page 224

1        A.  No.  "They are going to let you go to
2    school, show you how to draw, and give you food
3    to eat."
4        Q.  And this is what Nicholas said to you?
5        A.  Yes.
6        Q.  Did you know before you went to 13th
7    Street program who ran that program?
8        MR. GARABEDIAN:  Objection.
9        A.  No.
10    BY MR. BABBITT:
11        Q.  Did you know before you went to the
12    program where the money came from to buy the
13    food at the program?
14        A.  No.
15        Q.  Did you know before you went to the
16    program where the money came from to buy
17    anything for the program?
18        MR. GARABEDIAN:  Objection.
19        A.  No.
20    BY MR. BABBITT:
21        Q.  And I think you've told us that at the
22    13th Street program you were fed?
23        A.  Yes.
24        Q.  And you were given a place to wash?
25        A.  Yes.

Page 225

1        Q.  And you were taught how to read?
2        A.  Yes.
3        Q.  And how to write?
4        A.  Yes.
5        Q.  Were you taught math?  Were you taught
6    how to add?
7        A.  Yes, everything.
8        Q.  And also how to subtract?
9        A.  Yes.
10        Q.  Any other topics?  Were you taught any
11    other topics?
12        MR. GARABEDIAN:  Objection.
13        A.  Soccer.
14    BY MR. BABBITT:
15        Q.  Okay.  And were these the reasons that
16    you stayed or continued to attend the 13th
17    Street program?
18        A.  I needed to go to school, that's why I
19    continued to go there.  Well, you know, I went
20    to this place because I wanted to finish school,
21    I wanted to learn, and I thought that would save
22    my life, that would change my life, and I would
23    learn a trade and get my life together, my act
24    together.  But they didn't do anything of that.
25    This project was to make -- to turn kids into

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 226

1   gays. This is not a good thing. The school was
2   good, but the way they did it, what Douglas did
3   with it, when I think about it, he's a criminal.
4       Q.  Now, the program at Carenage, was that
5   similar to the program at the 13th Street?
6       A.  They give you food. They put you to
7   school.
8       Q.  And they gave you a place to wash?
9       A.  Yes.
10      Q.  They taught you the same kind of
11  subjects?
12      A.  Yes.
13      Q.  And was that why you continued to
14  attend the Carenage program?
15      A.  Yes. I thought my life would improve.
16  I don't have parents to help me. I thought the
17  school was -- going to finish school so I would
18  have a wife and eat, but Douglas didn't do
19  anything really. He put us in a place, he
20  created a project to do gay things with us.
21  These things -- when a white guy does that when
22  you're small, when you're big you should have
23  something in your head, in your mind. He just
24  -- so to find something so that you can help out
25  with your wife. But we have nothing. We came

Page 227

1   in the project the same way we left. And
2   Douglas was making money from us -- with us.
3   For me, this is a project that he was -- he
4   created to do gay things.
5       Q.  So when you attended -- you attended
6   the Carenage project?
7       A.  Yes. 13th Street and the Village.
8       Q.  And you attended the Carenage project
9   because you wanted to go to school, correct?
10      A.  Yes. When Douglas did the gay thing
11  with me, I couldn't learn anything. What he
12  did, I only thought about that, I had problems
13  with my head.
14      Q.  And what did you know about the
15  Village before you attended the Village?
16          MR. GARABEDIAN: Objection.
17      A.  What information I had?
18  BY MR. BABBITT:
19      Q.  What did you know about the Village
20  before you attended the Village?
21          MR. GARABEDIAN: Objection.
22      A.  I didn't know anything. When I got
23  in, they told me --
24  BY MR. BABBITT:
25      Q.  Okay. My question is what did you

Page 228

1   know before you attended the Village?
2           MR. GARABEDIAN: Objection.
3       A.  I didn't know anything.
4   BY MR. BABBITT:
5       Q.  Okay. Before you attended the
6   Village, did you know where -- I haven't
7   finished my question, sir.
8           MR. GARABEDIAN: I think he's getting
9   tired.
10  BY MR. BABBITT:
11      Q.  Before you attended the Village, did
12  you know where the money came from to buy food
13  for the Village?
14          MR. GARABEDIAN: Objection.
15      A.  No.
16  BY MR. BABBITT:
17      Q.  Before you attended the Village, did
18  you know where the money came from to buy
19  anything for the Village?
20          MR. GARABEDIAN: Objection.
21      A.  No.
22  BY MR. BABBITT:
23      Q.  When you started attending the
24  Village, you lived there, yes? You slept there
25  at night?

Page 229

1       A.  Yes.
2       Q.  And they fed you there?
3       A.  Yes.
4       Q.  And you took classes?
5       A.  Yes.
6       Q.  They were teaching you to read?
7       A.  Yes.
8       Q.  They were teaching you to write?
9       A.  Yes.
10      Q.  Teaching you math?
11      A.  Yes.
12      Q.  Anything else?
13      A.  Soccer and basketball.
14      Q.  And you played those -- you played
15  soccer and basketball at the Village?
16      A.  Well, when they are on vacation there
17  are white people who come, I don't know who
18  their name, they come with big suitcase with
19  soccer shoes, basketballs, and soccer balls,
20  they play with us, they organize championships.
21      Q.  Okay. And were these the reasons that
22  you continued to attend the Village?
23          MR. GARABEDIAN: Objection.
24      A.  They promise me to go to the Village.
25  I thought -- I thought my life would be better.

58 (Pages 226 to 229)

Confidential - Subject to Further Confidentiality Review

Page 230

1    BY MR. BABBITT:
2        Q.  And that's why you went to the
3    Village, to try to become better?
4            MR. GARABEDIAN:  I don't think he was
5    finished with his answer.
6            THE INTERPRETER:  Sorry.  Again,
7    please?
8    BY MR. BABBITT:
9        Q.  And that's why you went to the
10   Village, to try to improve your life?
11       A.  You didn't let me finish.
12       Q.  Okay.  What is it you'd like to say?
13       A.  When they promised me I could go to
14   the Village, I thought my act -- I would get my
15   act together, that things would be better for
16   me.  The Village closed, I'm more soft, I'm back
17   in the streets, the same way.  I don't have
18   anything from that.  I was in a project, I have
19   nothing, I'm not useful to my child or my wife,
20   and so that I wouldn't need to go back on the
21   street.  This project, when you have a project
22   like that they close somewhere, they give you
23   everything, food and schooling, they do it, they
24   you want -- the reason for that would be that
25   they want you to become someone in the future.

Page 231

1    But the Village closed, we have nothing but back
2    on the streets the same way we were before.  We
3    have no benefits from that.  Why did we -- what
4    did we get from that?  So Douglas did the gay
5    things with us, that's what we got from that
6    project.  We have to do gay things with Douglas.
7        Q.  You went to the project -- let me
8    withdraw that.
9            You went to the Village to try to
10   improve your life, correct?
11       A.  Yes.  It's not better.  He spoiled our
12   lives.  What is in my heart is never going to
13   leave.  Until I die, it will always be in my
14   heart.  I'm thinking back --
15           MR. GARABEDIAN:  Let's take a break
16   for a minute.
17           MR. BABBITT:  Sure.
18           THE VIDEOGRAPHER:  Going off the
19   record.  The time is 6:06.
20           (Whereupon, a recess was taken.)
21           THE VIDEOGRAPHER:  Back on the record.
22   The time is 6:10.
23           MR. BABBITT:  I think I'm all set.  I
24   have no further questions.  Thank you.
25           MR. GARABEDIAN:  Thank you.

Page 232

1            Anybody else?
2            60 days to read and sign, is that
3    good?  Is that agreeable?
4            MR. FOLKMAN:  That's fine.
5            MR. KENNEDY:  Yes.
6            THE VIDEOGRAPHER:  This concludes the
7    March 23rd, 2015 deposition of Wisky Jerome.
8    Going off the record.  The time is 6:11 p.m..
9            (Whereupon, the deposition was
10   concluded.)

Page 233

1            C E R T I F I C A T E
2            I, MAUREEN O'CONNOR POLLARD, LSR #473,
3    RMR, CLR, and Notary Public in and for the State
4    of Connecticut, do hereby certify that there
5    came before me on the 23rd day of March, 2015,
6    the person hereinbefore named, who was duly
7    sworn to testify to the truth of their knowledge
8    concerning the matters in this cause, and their
9    examination reduced to typewriting under my
10   direction and is a true record of the testimony.
11           I further certify that I am neither
12   attorney for or related or employed by any of
13   the parties to the action, and that I am not a
14   relative or employee of any attorney or counsel
15   employed by the parties hereto or financially
16   interested in the action.
17           In witness whereof, I have hereunto
18   set my hand and seal this 30th day of March,
19   2015.
20
21   _____
22   MAUREEN O'CONNOR POLLARD, License #473
23   Realtime Systems Administrator, RMR
24   Notary Commission Expires:  10/31/2017
25

59 (Pages 230 to 233)

Confidential - Subject to Further Confidentiality Review

Page 234

INSTRUCTIONS TO WITNESS

1
2
3          Please read your deposition over
4    carefully and make any necessary corrections.
5    You should state the reason in the appropriate
6    space on the errata sheet for any corrections
7    that are made.
8          After doing so, please sign the
9    errata sheet and date it.  It will be attached
10   to your deposition.
11         It is imperative that you return
12   the original errata sheet to the deposing
13   attorney within thirty (30) days of receipt of
14   the deposition transcript by you.  If you fail
15   to do so, the deposition transcript may be
16   deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

Page 236

ACKNOWLEDGMENT OF DEPONENT

1
2
3         I, _____, do
    Hereby certify that I have read the foregoing
4    pages, and that the same is a correct
     transcription of the answers given by me to the
5    questions therein propounded, except for the
     corrections or changes in form or substance, if
6    any, noted in the attached Errata Sheet.
7
8    _____
9    WISKY JEROME            DATE
10
11
12
13
14
15   Subscribed and sworn
     To before me this
16   _____ day of _____, 20____.
17   My commission expires: _____
18
     _____
19   Notary Public
20
21
22
23
24
25

Page 235

1        ------
         E R R A T A
2        ------
3    PAGE  LINE  CHANGE
4    ____ ____ _____
5    ____ REASON: _____
6    ____ ____ _____
7    ____ REASON: _____
8    ____ ____ _____
9    ____ REASON: _____
10   ____ ____ _____
11   ____ REASON: _____
12   ____ ____ _____
13   ____ REASON: _____
14   ____ ____ _____
15   ____ REASON: _____
16   ____ ____ _____
17   ____ REASON: _____
18   ____ ____ _____
19   ____ REASON: _____
20   ____ ____ _____
21   ____ REASON: _____
22   ____ ____ _____
23   ____ REASON: _____
24   ____ ____ _____
25

Page 237

1        LAWYER'S NOTES
2    PAGE  LINE
3    ____ ____ _____
4    ____ ____ _____
5    ____ ____ _____
6    ____ ____ _____
7    ____ ____ _____
8    ____ ____ _____
9    ____ ____ _____
10   ____ ____ _____
11   ____ ____ _____
12   ____ ____ _____
13   ____ ____ _____
14   ____ ____ _____
15   ____ ____ _____
16   ____ ____ _____
17   ____ ____ _____
18   ____ ____ _____
19   ____ ____ _____
20   ____ ____ _____
21   ____ ____ _____
22   ____ ____ _____
23   ____ ____ _____
24   ____ ____ _____
25

60 (Pages 234 to 237)

Confidential - Subject to Further Confidentiality Review

**A**

**a.m** 1:25 8:7
**a/k/a** 1:3,11
**ability** 121:14
**able** 38:4 70:7
  111:24 153:15,16
**abscess** 121:4,10,13
  121:25 122:3
  199:3
**abuse** 66:6 116:3
  166:22 193:5,20
  194:14
**abused** 19:7,15
  52:3 62:20 66:17
  67:11 91:4 95:19
  96:2 97:5 114:12
  116:10,24 117:3
  119:12 143:6
  150:20 151:3
  166:6,7 168:17,20
  168:25 169:3,11
  197:18 198:17
  199:21 200:8
  211:19
**abusing** 113:13
  114:3 196:16
**accept** 77:25
**accident** 166:4
**accurate** 234:16
**ACKNOWLED...**
  236:1
**act** 225:23 230:14
  230:15
**action** 1:2 8:13
  233:13,16
**add** 94:17 104:13
  106:14 225:6
**additional** 141:21
**address** 128:14,15
  128:16 177:20
**administrator** 2:11
  74:7 233:23
**affect** 121:14
**afraid** 97:16
**afternoon** 113:1
  184:20 221:19

**age** 123:19
**ago** 54:1,1 129:5
**agree** 24:9,22
  121:22
**agreeable** 232:3
**agreement** 121:19
  121:22
**agrees** 23:22
**ahead** 144:19
**ahold** 109:21
**air** 17:2 73:7,17,22
  74:2,15,18,20,22
  78:25 79:2,5,12
  83:25 89:15 97:5
  98:1 101:10
  150:20 152:1,4,14
  157:19,23 160:15
  167:22 168:4,6
  196:17 213:10,10
**Al** 8:11
**Albert** 42:11
  174:12,22
**Alcinord** 42:15
  174:13,22
**Alibert** 42:17
  174:13,23
**alive** 122:17 125:15
  125:18,19,20,23
  127:5
**allegedly** 60:15
**allowed** 127:6
**Alton** 3:24
**amaze** 132:12
**America** 34:9
**American** 1:11,12
  5:2 9:5 115:12,13
  115:23 221:20,21
  221:24 222:3,8
**Ami** 176:20
**Amy** 51:3
**and-** 3:11,20
**Anderson** 28:7
**Andy** 34:13,16,16
  34:17,18 35:20
  57:13 83:12,13,20
  89:10
**Angelo** 44:3 175:6

**animal** 149:25
**answer** 20:15 21:21
  22:18,25 23:14
  33:6,6,8,12 35:11
  36:2 55:21,22,23
  55:24 56:25 57:4
  57:9,19,20,23,24
  60:14 61:2,23,23
  61:25 62:2,2,3
  63:1 75:16,22,25
  76:1,3,11 77:4,10
  77:11 78:1,10,11
  84:7 85:1,6 86:2
  86:23 87:8 95:20
  97:12 99:14
  101:23,23 105:8,8
  107:7,16 108:7,16
  110:20 132:6,7,9
  133:2 144:8 145:2
  147:12 185:6
  218:18 222:12
  230:5
**answered** 60:23
  144:7,12
**answering** 104:2,22
  105:2 147:11
  155:5,6
**answers** 12:23 13:9
  13:17 14:3,4,9,10
  55:19 61:13 63:19
  67:6 75:13 95:18
  103:22 135:9
  142:15 236:4
**Antoine** 43:24
**anybody** 212:5,8
  232:1
**anymore** 183:7
  219:15
**apart** 173:10
**apologize** 206:14
  215:20
**apparently** 86:15
  131:20
**APPEARANCES**
  3:1 4:1 5:1 6:1
**applies** 1:21
**approach** 31:14

**appropriate** 234:5
**approve** 12:23 13:9
**approves** 13:13
**approximate**
  124:19,22
**approximately**
  35:14 36:3 61:7
  125:4 130:4
  133:15
**April** 59:23
**area** 39:4 79:2 84:2
  98:1 110:15
  160:16
**Aristide** 60:10
  62:11,11 134:24
  135:15
**arms** 181:16,21
**arrest** 97:17,19
  98:5,10,23
**arrested** 116:16
  160:18 183:25
**arrived** 60:4,6
  213:5
**ashamed** 55:9,10
  132:21
**aside** 194:23
**asked** 13:4 21:2
  33:8 65:2,2 77:24
  79:14 85:3,7,21
  86:4 87:3 89:3
  90:25 92:19 102:7
  114:22 137:19
  140:7 181:21
  184:24 191:17
  195:8,14 200:9
  203:16,17,17
  204:12 206:3,14
  210:22 213:9
**asking** 13:13 15:16
  15:24,25 18:20
  21:11 64:17 69:14
  103:16 107:14
  116:2 151:14
  159:21 161:15
  163:3 188:21
  197:20 202:23
  205:10 209:3

**218:6 222:14
asks** 42:1
**asleep** 152:24
  153:5,21 154:2
**ass** 136:12
**assault** 184:1,2
**assaulted** 189:11
**Association** 1:11
  1:12 5:3 9:6
  221:21,24 222:3,9
**assume** 143:20
**attached** 234:9
  236:6
**attack** 189:14
**attend** 142:6
  225:16 226:14
  229:22
**attended** 190:6
  193:12 227:5,5,8
  227:15,20 228:1,5
  228:11,17
**attending** 142:10
  222:19 228:23
**attention** 165:22
**attorney** 195:19
  206:13 233:12,14
  234:13
**attorneys** 212:8
**Audate** 42:19
  174:14,23
**August** 59:23
  108:24 128:11
**Augustin** 42:21
  174:14,24
**automatically**
  216:10
**Avenue** 3:15
**awake** 154:9
**awakened** 84:16
**aware** 169:7 172:15
  177:23

**B**

**B** 7:11
**Babbitt** 5:4 7:8 9:4
  9:4 221:18,20
  222:7,13,18,24

Confidential - Subject to Further Confidentiality Review

224:10,20 225:14
227:18,24 228:4
228:10,16,22
230:1,8 231:17,23
**back** 24:6 51:10,13
52:21 59:11 71:17
75:6,10 76:8
78:10 84:8 95:9
102:18 105:15
112:13 113:3
114:17 116:10
117:9,19 119:19
128:23,25 129:11
129:12 141:24
142:24 143:2,9,14
143:15,16 145:24
146:3,11,14,16,23
148:6,12,14,14,17
148:22 149:2,15
150:5,6,24 158:21
159:2,23 164:9,13
171:16 177:12
178:1,17 179:1
184:17 188:1
200:23 202:18
205:17 212:2
221:16 230:16,20
231:1,14,21
**bad** 87:17 220:20
**badly** 87:18
**ball** 220:3
**balls** 84:2 144:21
148:5,6 229:19
**Baptist** 51:19
**Baptiste** 42:23,25
43:3 174:24,25,25
**Barcelo** 2:4
**barefoot** 69:13
**basis** 20:19
**basketball** 181:12
181:13 182:22,25
183:6 220:3
229:13,15
**basketballs** 229:19
**bathe** 70:11
**bathroom** 217:11
**bbabbitt@rc.com**

5:9
**Beacon** 4:7
**beat** 38:15 125:15
125:24 126:3,20
126:22,25 127:8
189:20
**beaten** 189:15
**bed** 30:16 80:16
81:2 84:9,24
131:11 156:13,16
156:25 157:5,15
158:8 185:17
188:23 198:14
213:14 217:10
**bedroom** 20:5
21:17 22:6 23:17
24:11,18 78:24
79:15 80:3,13,23
81:9,10,13,15,16
82:11,22 152:8,24
198:6 216:22
**bedrooms** 82:19,25
83:3
**beg** 29:16 221:21
**began** 177:16 188:3
188:7,13 189:12
189:23 219:11
**begging** 188:19,21
**beginning** 12:17
106:9 212:24
**begins** 96:2
**behalf** 9:7 16:12
**Bel** 73:7,17,22 74:2
74:15,18,20,22
78:25 79:2,5,12
83:25 89:15 97:5
98:1 101:10
150:20 152:1,4,14
157:19,23 160:15
167:22 168:4,6
196:17 213:10,10
**Belad** 49:9 176:4
**believe** 16:8 41:20
60:23 66:7 220:25
221:1
**belly** 143:13 144:3
**belt** 143:13,16

144:3,6,17 145:5
145:15,18 146:3
146:10,17 147:7
147:16,18 148:3
148:15,19,24
149:1,5 150:6
**bend** 156:13,19,22
156:25 157:4
158:7 198:13
213:14
**Bendji** 46:3 175:15
**benefits** 87:22
190:3 231:3
**Benjamin** 43:5
175:1
**Benson** 175:2
**Bernard** 43:7
49:19 175:1 176:6
**Bernardin** 48:17
175:25
**best** 32:9 120:11
124:13 126:14
135:1,7,13 150:9
166:11
**better** 209:23
229:25 230:3,15
231:11
**bible** 186:8
**Bien-Aimé** 43:12
175:2,2
**Bien-Amié** 43:14
**big** 121:11 150:2
194:19,22 195:11
204:10 226:22
229:18
**biggest** 132:22
**bill** 119:22 139:17
177:2
**birth** 7:15 12:3,6
25:3 58:11 198:25
**birthday** 59:16
**birthmarks** 144:24
147:3,10,15 148:2
**bit** 17:3 75:10
97:25 160:22
180:1 184:25
204:24

**bites** 149:25
**black** 18:14
**blades** 191:2
**Blaise** 43:16 175:2
**blanket** 152:19
**bleed** 88:17,19
**bleeding** 88:22,25
89:2,3 100:24
136:9 137:3,18,24
138:4,7,10,14,22
139:5 141:22
142:2,13 162:15
162:20 163:4,11
163:15,20,24
164:3,10 213:17
**blood** 100:13
136:12,13 137:22
138:1,17 163:12
**blue** 185:16 202:15
**Bo** 74:8
**body** 127:4 143:9
145:5,9 147:6,15
148:2,11 150:5
156:9 157:4
183:22 213:13
**born** 25:5,14 30:4
59:14 122:5 128:8
133:19 134:2
137:8 187:23,25
**Boss** 173:18,25
**Boston** 3:7 4:8 5:24
**bought** 181:6
**bounce** 184:25
**boxes** 84:2
**boy** 66:17 67:10
**boyfriend** 177:24
**boys** 20:4 21:16
22:5,10,10,11
23:9,16,16 24:11
24:17 36:21 41:2
41:5,6,6 76:17
77:1 113:13 114:3
114:6 115:1,8,21
116:2
**Bradford** 5:4 9:4
221:20
**Branford** 4:17

**break** 51:6 75:11
177:3 231:15
**breast** 84:23
156:12
**brief** 113:7
**bring** 68:23 128:24
130:23 219:25
220:1
**Brismac** 176:1
**Brittany** 40:8,13
168:14 169:2,4,5
169:10
**broken** 102:1,2
**brother** 27:7,21,22
37:17 38:7,17,19
38:20 123:1,4,10
123:17 125:9,15
125:23 126:3,10
126:20 127:16
**brothers** 27:5
**brought** 89:4 91:2
91:4 152:1
**build** 187:16
**bunch** 42:7
**bus** 57:14 89:11,12
**butt** 92:19 136:12
137:20 138:17,20
138:24 153:12
179:24 181:1,19
200:13 213:15
**button** 143:13
144:4
**buy** 86:1 99:8
180:25 181:5
224:12,16 228:12
228:18
**buying** 106:10

--- **C** ---
**C** 8:1 233:1,1
**Calet** 43:18 52:15
175:3
**Calixte** 33:24,24
35:18 43:20 175:3
175:4
**call** 89:9 109:22
132:21,22 187:8

195:19 196:6
207:12 220:18
**called** 18:4 39:12
62:18 65:6 66:1,3
69:5 71:1,3 74:7
78:25 79:2 84:4
105:22 107:5
109:3,4,5,10,11
109:13 110:1
112:9 119:3
190:21 194:22
195:21,22 213:5
223:18
**calling** 105:20
214:4,12
**camera** 171:16
**Cameus** 43:22
175:5
**cap** 173:24
**Cap-Haïtian** 25:18
26:9,11 55:1
63:15 68:9 180:15
**car** 25:22 72:24
73:1,2,16 74:5
78:21 79:11,13
80:24 82:8 98:1
98:12,17 160:24
168:3 182:4
219:25
**card** 207:8
**care** 160:21
**carefully** 55:21,25
57:5 234:4
**Carenage** 33:19
35:3,4,7,13,17
36:16,20 37:3
39:16 40:1,3,15
40:19,23 52:19
67:21 69:18,20
70:3,11,24 71:12
87:24 90:2 101:6
101:18,25 110:9
110:11,14,15
190:6,9,12,18,19
192:13,19 208:11
208:15 212:20
218:10,23 219:16

226:4,14 227:6,8
**Carmen** 6:7 9:14
**Carretera** 2:5
**Carrier** 1:7 4:3
8:19,21 10:25
19:8,15 20:4,17
21:16 22:5 23:16
24:10,16
**carriers** 207:4,5
**carry** 191:14
**cars** 54:25 106:10
111:20
**Carter** 1:8 4:13 9:3
201:2,3,4,5,7,12
201:16,22 202:2
202:13,20 203:6
203:15 204:17,20
205:8,17 206:7
**case** 41:19
**cases** 1:21 118:7
**catch** 160:22
**cause** 197:1 199:7
233:8
**cell** 206:17,22
207:5
**center** 5:23 119:3
188:14,18,22
189:3,13,24 190:3
**Cereste** 25:10,12
**certain** 154:24
**certificate** 7:15
12:3,6 25:3
**certify** 233:4,11
236:3
**champion** 71:5
**championships**
220:3 229:20
**Chanel** 44:5 175:6
**change** 75:1 177:4
225:22 235:3
**changes** 236:5
**charge** 88:1
**Charles** 43:24
**chased** 216:12
**check** 102:1 179:25
**chest** 147:22
**Chiefs** 160:20

**child** 68:22,23
183:15 198:22
199:5 216:10
220:1 230:19
**children** 29:17 31:1
65:4 223:22,22
**chose** 223:17
**Chris** 8:4
**Christophe** 45:22
175:14
**Christopher** 6:3
**church** 186:9
**circumstances**
213:22
**Cirin** 50:24 176:19
**Civil** 1:2 8:13
**claim** 31:21 66:5
193:20 198:17
216:3
**claimed** 15:10
**claiming** 19:6,14
61:8
**claims** 194:14
212:9
**classes** 229:4
**Claude** 173:18
**clean** 77:24 78:2
182:18
**cleaning** 77:6,18
**clear** 15:17
**clearly** 120:22
**Clervil** 44:1 175:5
**client** 19:8
**climb** 213:10
**close** 54:9 81:16
97:25 113:6
230:22
**closed** 53:12 54:8
54:11 71:3 110:12
113:12,18,19
116:9 119:2,9
167:2,6,10 179:21
179:23,24 180:5
183:6,8 230:16
231:1
**closing** 118:25
**cloth** 100:14

**clothed** 143:18
**clothes** 70:24 71:9
71:10 86:1 99:8
100:15,17 154:14
156:4,7,8 186:4,5
186:6,22
**CLR** 2:11 233:3
**cold** 17:3,5,8 73:5,5
73:10
**COLE** 5:5
**come** 15:13 73:7
74:5 82:8 90:14
98:13,14,19,20,20
101:15 112:13
118:6 120:15
130:23 131:1,2
160:24 189:20
191:1,2,5 194:17
204:10 207:22
229:17,18
**comes** 201:8
**coming** 78:12
120:7,8 132:23
138:11,14 160:23
**commission** 233:24
236:17
**company** 207:7
**compare** 197:23
**Compére** 175:6
**Compère** 44:3
**complaint** 7:13
11:5,8 15:3,5,7,8
15:11,14,19,25
16:2,3,7 60:22
67:5 93:1,2,5,10
93:18 102:15
103:6 104:7,10,14
105:17
**complete** 219:12
**complies** 23:2,6
33:10 42:9 75:18
75:23 77:12 89:16
94:3 95:13 96:4
107:9 108:22
**concentrate** 126:18
**concerned** 22:8
**concerning** 233:8

**concluded** 232:10
**concludes** 232:6
**conditioner** 17:2
**conduct** 116:7
**conducting** 116:5
**CONFIDENTIAL**
1:23
**CONFIDENTIA...**
1:23
**confiscated** 191:10
**confused** 144:12
**Connecticut** 1:1
4:17 5:7,15 8:13
16:12 18:10 233:4
**Conroy** 3:12,14,22
9:10,10 104:22
**Consolidated** 1:3
**construction** 55:6
132:19,20 218:13
**contact** 37:16
109:17
**contacted** 110:5
**contacts** 109:19
**contend** 20:16
**continue** 95:11
97:13 105:4 206:6
**continued** 4:1 5:1
6:1 159:3,10,25
225:16,19 226:13
229:22
**contract** 190:17
**contrast** 172:11
**conversation**
205:18 206:1
210:5
**conversations**
212:7
**cooking** 78:3
**copy** 11:17 93:19
**correct** 12:21 26:17
28:21 29:2 30:2
30:12 32:20 35:8
58:12,15,19 59:16
60:25 65:15 67:13
67:16 70:8,11,25
88:4 99:16 104:2
106:5 116:11

188:5 189:25
190:3,7 191:20
192:13 193:6
198:8 200:16
201:10 204:4
208:18 215:16,22
218:17 227:9
231:10 236:4
**corrections** 234:4,6
236:5
**correctly** 35:4
**Coughlin** 6:3 8:4
**counsel** 8:16 12:4
233:14
**counted** 150:8
**Coupet** 6:5 9:20
**course** 170:22
**court** 1:1 3:23 8:12
9:16 16:13 234:16
**cover** 79:15 84:12
**crazy** 157:10 214:1
**created** 34:4 119:3
226:20 227:4
**Creole** 12:11,12,15
12:18,21,25 13:5
16:9 20:9,11,19
20:22 21:3 22:18
32:16 33:6 52:13
56:7,11,13,14,15
75:13,15 85:2,5
94:2 95:22 107:8
107:17,20,20
108:19 201:13
218:17
**cried** 197:8
**crime** 161:25
**criminal** 87:14
226:3
**cry** 132:23
**crying** 62:22
213:19
**cwanat@mwllc.us**
4:19
**Cyrus** 14:16,17,21
14:21 61:22 62:3
62:4,11,18 63:17
63:25 64:1,3,7

65:1,10,19 66:15
66:24 67:3 104:17
105:18 108:23
109:1 110:1,5,10
113:12 193:12,19
194:14,25 195:18
195:21 196:2,3,7
199:20 200:3,7
207:21,25 208:9
208:12,23 213:2,5
215:25

**D**
**D** 5:12 8:1
**D-O-R-A** 32:10
**Dailey** 5:21 7:5
8:22,22 10:6,12
10:15,18 119:21
119:22 121:1,8,19
121:23 123:16
124:18 125:13
126:4,19 129:24
130:24 131:15,24
132:3,8,12 133:1
133:4,8,10,18
134:4,9,14,25
135:4,6,12,24
137:2,16 138:18
139:12 140:6,11
140:20 141:1,15
142:5,9,23 143:3
143:19 144:1,9,13
144:22 145:3,11
145:14,22 146:1,9
146:15,21 147:1,5
147:13,25 148:8
148:18,23 149:4,8
149:21 150:13
151:1,18 153:3,18
153:25 154:7,17
155:8,15,20
156:20 157:1,11
158:4,13 159:1,14
159:20 160:1
161:2,9,14,19
162:2,13 163:9,19
163:25 164:14,19

164:23 165:9,21
165:25 166:15
167:1,5,12,20
168:8,10,23
169:14,16,22
170:15,20 171:2,7
171:25 172:5,21
173:1,14,21 174:7
174:11,15 176:21
176:25 177:4,14
178:5,15,23 179:9
181:20,24 182:11
183:9,24 184:5,12
**Dameus** 44:5 175:6
**danger** 189:7
**dangerous** 189:4,6
**Daniel** 40:25 205:6
**Daphélus** 42:23
174:24
**dark** 71:25 78:13
97:9,10 160:16
172:8
**date** 8:6 13:18,18
58:9,11 60:3,6,13
60:17 71:20 72:21
74:16 91:23 128:5
128:7,10 136:23
162:1 198:24
234:9 236:8
**day** 5:13 68:12
71:18,21 72:19
88:20 89:2 90:8,9
90:23 96:18
100:10,12 101:21
102:9 124:16
129:22 136:5,6,8
136:15,17 138:2,4
141:25 150:15
158:25 162:16
163:4,15 166:14
166:17 183:12,15
183:23 214:23
215:10 218:5
233:5,18 236:16
**daylight** 100:9
**days** 101:25 128:23
129:2,14 130:5,8

141:20 163:12,23
165:13 218:1,24
232:2 234:13
**daytime** 154:22
**dead** 171:19
**dealing** 111:22
**December** 25:5
30:1,4,6 54:4
58:11,21,22 59:1
59:2,14,15,21
60:1,2,7,23 71:11
76:12,13 122:5
**decide** 104:7,10
105:16
**decided** 104:14
106:14,16 169:7
**deemed** 234:16
**DEFENDANT** 4:3
4:13 5:2,11,19
**Defendants** 1:15
8:11
**Delphin** 50:12
176:13
**Demand** 7:13 11:8
**deny** 199:20 200:8
**deponent** 8:15
236:1
**deposed** 16:20
**deposing** 234:12
**deposition** 1:23 2:1
8:8 47:5 120:9,16
120:19 131:3
232:7,9 234:3,10
234:14,15
**Derice** 44:7 175:6
**Deriza** 44:8 175:10
**Deruis** 44:11
175:10
**Derval** 44:13
175:10
**Desauguste** 44:14
175:11
**describe** 29:5 81:1
149:9,18,22
185:11 204:20
216:21
**described** 148:10

190:2 193:10
**describing** 196:15
**description** 7:12
198:6
**details** 15:25 72:8
**device** 118:13
**diagram** 7:17
169:17,20
**Didi** 36:24 41:15
**die** 26:19 132:24
153:15 231:13
**died** 26:16,20 27:3
28:20 29:7,8
30:15 37:15,24
38:24 53:7 86:6,9
86:12,14 111:23
122:13 123:6,11
123:13 124:4,7,17
126:2,12 188:9
199:16 214:1
**Dieu-Dabel** 43:7
175:1
**difference** 123:19
**dimension** 150:7
**Dimitry** 48:19
175:25
**DIRECT** 10:22
**direction** 233:10
**director** 155:1
192:19 219:19,21
**dirty** 62:21
**discuss** 208:10
**discussion** 24:5
59:10 76:7 95:8
**discussions** 211:10
**distance** 73:19
**District** 1:1,1 8:12
8:12
**doctor** 92:8,10,12
121:24 137:13
139:2 164:24
179:10,20,23
180:4,6
**doctors** 92:14
**document** 1:21
14:5,6 16:1,12
56:11

**documents** 47:11
**DOE** 1:13,13,13,13
   1:14,14,14
**doing** 33:22 37:7
   86:19 91:1 98:2
   103:22 106:10
   107:13 131:21,25
   132:1 158:19
   167:19 216:19
   219:23 234:8
**Dolce** 44:15 175:11
**Domincan** 2:6
**Domingo** 28:4 39:6
**Dominican** 8:9
   28:4 38:22,25
   131:2 173:17
**door** 74:4 80:7,21
   80:23,25 81:12,16
   81:22,22 159:18
   185:16 217:1,4,7
   217:13
**doors** 217:2
**Dora** 32:10 36:24
   41:12 65:3 170:9
**Dorat** 47:17 175:19
**Dorcine** 44:16
   175:11
**doubts** 169:8
**Doug** 76:14 78:13
   193:5 199:21
   200:8 211:18
**Doug's** 78:21
**Douglas** 1:7 8:10
   15:21 21:17 22:6
   22:9 31:20,24
   34:4 54:10 60:19
   62:20,21 67:24
   68:1,11,24 69:16
   71:18 74:3 78:22
   79:14 82:1,4,9
   83:7 84:9,17,19
   85:3,7,15 86:4,6
   86:11 87:2,9
   88:10 91:3,6
   95:19 96:2 97:4
   98:11,25 99:15
   113:13 114:3,4,25

115:6 116:16
   117:7,23 121:16
   134:18,23 135:7
   135:13,15,19
   142:16,19 143:4
   143:21 144:2,5,15
   144:18 145:4,23
   146:17,22 147:2
   147:14,21 148:1,5
   148:10 151:2,12
   151:25 152:3,7,15
   152:19 153:9,10
   154:8,9,13,18,21
   155:10,19,21
   156:21 157:17,21
   158:6,14,20
   160:23 163:1
   165:14,17 166:3,6
   166:7,8,17,22
   167:11,13,14,25
   168:3,17,20,25
   169:3 173:10,15
   178:21,25 179:2
   179:12 184:9
   195:23 196:16
   197:17,23 198:7,9
   198:10,17,21
   199:14 213:8,9,12
   214:5 216:4,7,19
   216:21 220:10,15
   220:16,18,18,20
   220:23 226:2,18
   227:2,10 231:4,6
**Douglas's** 23:9,17
   66:6 79:7 80:11
   80:13 82:2 150:5
   153:23,24 154:1
   198:2 214:4,16
   216:11,13 217:1,7
   217:10
**downstairs** 152:7
**downtown** 160:16
   160:18
**draw** 223:3 224:2
**Drawing** 150:3
**drawings** 144:21
   145:17

**drawn** 150:5 173:6
**drew** 143:10,14
**drink** 139:6
**drive** 213:10
**drop** 102:7
**drugs** 180:10
**drugstore** 180:18
**Du-Cap** 25:25 26:3
   26:8 122:20
**duly** 9:21 10:2
   233:6
**Dupasse** 44:17
   175:12
**Dupin** 45:20
   175:14
**Duso** 173:17

**E**

**E** 1:7,8 4:3,13 7:11
   8:1,1 233:1,1
   235:1
**earlier** 111:14
   163:14 170:24
   190:2 191:16,17
   193:11
**easier** 56:12
**East** 4:16
**eat** 29:14,15 54:23
   188:11 224:3
   226:18
**Edlyn** 42:25 51:19
   174:24
**Edmond** 44:18
   175:12
**Edouard** 44:19
   175:13
**education** 87:25
**ehurd@simmons...**
   3:19
**either** 123:10
   125:22 131:6
   168:14 196:25
   217:13
**elapsed** 153:7
**Eliassaint** 46:14
   175:18
**Eliodor** 46:1

175:15
**Eliphete** 42:17
   174:13,23
**Elivain** 46:5 175:16
**Ellyn** 3:13 9:9
**Elsie** 127:23,24
   128:4,12,20,25
   129:4,15,19 130:1
   130:14,20 131:6
   131:11,12,19
   151:7,17,22
   177:16,19,22
   185:9,21 186:23
   187:2,8
**Emile** 44:20 48:8
   175:13,24
**Emirlane** 6:7
**Emmanuel** 32:11
   44:1 50:14 175:5
**employed** 233:12
   233:15
**employee** 233:14
**employer** 216:3
**engaged** 117:23
**England** 1:9 5:20
   8:23 119:23 120:3
**English** 16:10 93:3
   96:3 124:9,11
   201:10 203:1,10
   205:6
**enter** 217:1,7,9
**entire** 49:2 127:4
   133:1
**equipment** 186:11
   186:14
**Erlick** 43:5 174:25
**errata** 234:6,9,12
   236:6
**especially** 149:25
**ESQ** 3:3,4,12,13,21
   4:4,5,14 5:4,12,21
**Estacin** 45:18
   175:14
**Esteril** 45:20
   175:14
**estimate** 120:11,13
   124:13 126:14

135:1,7,13 150:9
   153:4,20 166:11
**Et** 8:11
**Evans** 32:12 36:25
**evening** 88:24
**event** 116:8
**events** 120:23
**everybody** 52:1
   103:12 123:6
**exact** 58:9
**exactly** 10:20 60:18
   63:1 79:8 108:17
   129:21 150:15
**examination** 7:2
   10:22 233:9
**examine** 92:18,24
**examined** 9:22
   10:2
**example** 17:23
**exchange** 31:15
**excuse** 25:1 56:16
   155:4
**Exhibit** 11:6,7,22
   11:23 12:3,5 16:8
   41:20,21 51:14
   93:2,21,23,25
   169:17,19 171:3,4
   172:22,23 173:2
   177:8
**exist** 68:15
**expand** 219:22
**experience** 17:22
**expires** 233:24
   236:17
**explain** 16:11
   62:14 89:6 92:20
   94:20 132:25
   137:19 138:16
   153:17 195:22
   222:11
**explained** 62:19,19
   64:1 65:25 66:14
   66:15 92:25 118:1
   137:20 195:15
   196:9 200:2,12
   213:8
**explaining** 193:22

194:11,14 195:6
**Extra** 50:15 176:15
**eyes** 132:24 143:12

**F**

**F** 233:1
**face** 172:10 173:25
**faces** 171:23 172:8
**fact** 70:10 117:7
**facts** 102:18
**fag** 114:4,5 132:21
132:22 214:16
216:7
**fail** 234:14
**Fairfield** 1:8 5:11
9:1 18:7,10
184:21 191:18,19
192:10,23
**fall** 72:2 152:24
**fallen** 73:6
**falling** 213:19
**familiar** 222:5
**family** 26:3
**far** 22:8,16 25:20
73:16 96:14
104:13 181:25
200:15
**father** 1:7 8:21
19:17 20:4,16,23
21:6,12,12,16
22:5 23:8,8,16
24:10 25:10 26:16
38:4 122:9,14,17
122:25 123:11,13
123:25 124:6,23
125:14,22 126:2
126:12 127:5
213:20
**Faustin** 45:22
175:14
**February** 59:23
**fed** 70:13 224:22
229:2
**Federal** 16:13
**feel** 55:9,10 62:21
153:12 213:19
**feet** 142:20,25

146:11,17 148:3
202:15,17 204:14
204:19 205:9
206:4,5
**Felix** 50:16 176:15
**fellow** 57:13 89:10
**felt** 79:17 85:6 86:3
86:3 101:4 155:21
157:16 205:20
213:11
**figure** 143:10,12,15
143:21 144:15
145:24
**file** 104:7,10,14
105:16 141:5,13
212:13
**filed** 1:22 11:6 15:4
15:5,7,11,19
16:11 60:22 63:19
67:6 93:10 102:15
103:6
**Fils-Aime** 45:24
175:15
**finally** 118:4
**financially** 233:15
**find** 37:19 54:24
69:15 104:16
121:9 123:7
176:22 214:6
226:24
**fine** 232:4
**finish** 110:19 144:9
151:13 194:2
225:20 226:17
230:11
**finished** 105:23
155:6 194:6 195:6
228:7 230:5
**first** 7:14 10:2
11:18,25 12:14
16:22 27:22 30:14
33:22 37:8 42:8
43:9 45:3 47:2
58:3,5 61:11,18
61:20,21 62:12,14
63:10 66:14 70:15
79:23 80:4 82:5

82:12,19,23,24
85:6,19,21 96:8
97:1 98:24,25
106:1,17 108:11
108:19 112:8
114:21 120:18
122:13 125:2,5
129:4 135:8 143:5
143:7 144:4,23
150:14 151:3,7,22
152:18 154:8
162:4,14,17,18,20
162:24 163:2,5,8
163:10,11,16
165:12 166:1,5
169:16 176:11
178:21,24 179:12
185:8 199:2 202:4
202:19 203:15,19
203:21 205:16
208:11 213:5
215:14,15,21,23
**five** 1:14 27:24
128:3 129:4,6,7,9
129:13,19,22
130:3 131:16
133:12 158:9
180:21 182:8,12
218:8,25
**Fleuridor** 46:1
175:15,16
**floor** 3:6 4:7 79:16
80:4 82:3,6,12,19
82:24 84:13,14
152:22 158:22
182:20
**Florestal** 46:3
**focus** 158:18
**focused** 149:17
**focusing** 158:2
**Folkman** 4:5 8:20
8:20 13:22 17:4
56:10,16,19 93:21
232:4
**follow** 194:8
**followed** 67:6
**following** 88:20

89:2 90:9 136:4
160:3,5
**follows** 9:23 10:3
**food** 31:16 69:14
69:15 87:25 119:4
128:22,24 223:4
224:2,13 226:6
228:12 230:23
**football** 183:3
**forced** 98:14
160:24 161:7
205:20
**forcing** 68:25 69:1
69:10
**foregoing** 236:3
**forget** 55:15 72:12
72:14 103:5
121:17 196:23
197:10
**forgotten** 72:8
**form** 10:13,20
139:14 140:7
236:5
**found** 15:21 16:15
109:25
**four** 1:13 26:23
130:6,7,9 167:23
167:24
**fourth** 52:8
**Francois** 46:6,8,10
175:16,17,17
**Franto** 44:18
175:12
**fresh** 132:4
**Fresnil** 173:16
**Frezin** 46:12
175:17
**Friday** 218:8
**Fridelus** 46:14
175:18
**friend** 53:16,16
140:4 177:22
183:16
**friends** 151:11,15
**Frisnel** 47:19
175:19
**Fritzson** 50:17

176:16
**front** 10:4 22:11
110:3 142:19
143:12,22 144:16
144:18 145:5,19
147:6,15,17,18
148:2,10 185:15
204:10,11 216:25
**Fund** 1:8 18:1,2,4,4
**further** 1:23
119:14 143:23
221:12 231:24
233:11
**future** 96:20
230:25

**G**

**G** 3:21 8:1
**gallery** 185:14
**game** 204:17
**Garabedian** 3:3,5
9:11,11,15 10:16
11:12 12:13,16,19
13:1,6,12 16:4,18
17:13 19:9,16
20:6 21:21 23:18
23:25 24:19,24
26:4,24 27:16
28:16,22 29:19,22
30:20 31:6,17,23
33:23 34:5,23
35:23 36:23 37:5
37:18 39:21 40:4
41:25 44:25 45:7
52:4 54:5 58:16
58:23 59:5,17
60:16 61:1,14,24
62:8,13 63:5 64:5
64:9,13,21 65:16
65:22 66:2,19
67:1,8 69:11,23
70:4,20 72:3,9,16
73:18 74:23 76:2
78:7,17 79:10
80:6 81:17 82:13
82:21 83:6,16
85:18 86:17 88:5

Confidential - Subject to Further Confidentiality Review

89:13 90:24 91:11
91:18 92:1,13
93:12,19 96:11
97:20 99:2,11,17
99:24 100:18
101:17 102:16,23
103:2,7,10,23
104:3 105:7,12
106:6,15,23 109:2
109:2,7,18,24
110:13,19 111:2
112:14 113:15
115:2,24 116:12
117:4,25 118:9
120:24 121:6,21
123:12 124:15
125:10 126:1,16
129:20 130:21
131:13 132:6,10
132:14,17 133:16
134:3,7,12,20
135:3,10,22
136:25 137:14
138:15 139:10,25
140:9,24 141:11
142:3,7,21 143:1
143:17,23 144:7
144:11,19 145:2,7
145:13,20,25
146:6,12,18,24
147:4,11,23 148:4
148:16,21,25
149:6,19 150:11
150:22 151:16
153:1,6,22 154:4
154:15 155:4,13
155:17 156:18,23
157:6,24 158:10
158:23 159:9,16
159:24 160:14
161:12,16,22
162:11 163:7,17
163:22 164:11,17
164:21 165:8,19
165:23 166:12,24
167:9,18 168:21
169:12 170:13,18

171:22 172:3
174:6 177:2 178:3
178:12,20 179:7
181:18,22 182:9
183:4,21 184:3,10
185:13 186:1,24
187:10,24 188:15
189:5,17 190:25
191:11,21 192:1,5
192:24 193:7,13
193:21 194:2,16
195:2,19,20 196:1
196:7,8,21 197:2
197:7,14,19,25
198:12,20 199:4,8
199:22 200:1,10
201:18 202:3,22
203:8,25 205:19
206:9,24 208:1,14
209:13 210:1,8,16
211:5,20 212:11
213:1 214:13
215:4,17 216:5,17
217:17 218:11
219:8,18 220:8
221:2,9 222:6,10
222:16,22 224:8
224:18 225:12
227:16,21 228:2,8
228:14,20 229:23
230:4 231:15,25
**garden** 78:5
**Gary** 46:8 175:16
**gate** 78:15,20 79:12
  79:13 80:3 152:11
**gay** 85:23 88:9
  117:23 121:16
  134:23 135:16
  153:11 163:1
  165:15 179:2
  195:23 196:10
  199:14 200:12
  214:4,12 215:9
  216:13,19 220:16
  226:20 227:4,10
  231:4,6
**gays** 55:8 226:1

**gear** 186:11
**Gedux** 171:11
**Geffrard** 48:25
  49:5 176:3
**general** 17:18
  30:24 207:17
**Gerome** 25:12
**Gervil** 1:3,4 8:10
  51:1 176:19
**Gesner** 49:6 176:4
**getting** 22:16 87:22
  87:25,25 111:10
  188:7 228:8
**gifts** 71:13
**Giovani** 77:7 78:2
  84:4,4
**girl** 92:9 137:15
  214:4
**girlfriend** 183:16
  214:5 216:11
**girlfriends** 151:13
**give** 21:4 62:10,11
  71:4,6,9 73:7
  76:16,18,18,22,24
  77:1 84:11 85:25
  92:2 99:3,6,9
  105:3 118:7,20,22
  119:4 120:11
  124:13,19,22
  126:14 139:8,23
  140:3 150:9
  152:19 166:11
  180:1 182:3,19,20
  199:9,12 214:5,16
  220:2 223:1,4
  224:2 226:6
  230:22
**given** 70:24 129:25
  141:13,14 224:24
  236:4
**gives** 62:23 207:7
**giving** 55:8 223:12
**glasses** 185:18
**glue** 191:5,9
**glue-sniffing** 30:19
**go** 23:25 35:10
  42:14 43:11 45:17

47:16 48:14 49:3
53:10 55:16,18
57:14 59:5 68:25
69:1,10,14 70:8
71:17 73:2 76:2
77:4 78:16,18
79:13,13,15,25,25
80:2,2,7,7,10,12
80:12,15,18,21,22
80:24 81:2 84:8
84:23 86:22 91:14
97:11,14,15,15,16
98:4,5,14,15,22
100:23 101:25
102:3 104:20,25
105:4,15 110:2
122:2 128:21,23
128:25 129:11,11
129:11 144:19
152:4,5 153:14
156:24 158:21
159:2,22 160:24
161:1,7,8,8,8
164:9,13,20,22,24
165:1 174:15,16
178:13 180:7,9,25
181:4,5 185:15
186:8 187:11
188:23,23 189:12
190:9,12,15
198:25 199:16
208:5 209:18
211:21 214:3,5
217:2,3,4,4,5,5,5
217:13,14 218:1
218:24 223:1,17
223:19 224:1
225:18,19 227:9
229:24 230:13,20
**God** 10:4 121:17
  199:15 214:6,7
**goes** 52:21 102:1
  150:23
**Gogory** 50:18
  176:16
**going** 11:4,16 12:2
  24:3 41:17 49:3

51:7 59:8 69:8
75:1,3,10 76:5
78:10 95:6,17
96:12 98:1,3 99:9
101:18 102:6
108:5 112:17
119:16 120:15,19
127:19 144:24,25
153:14 159:6,18
167:7,17 169:15
169:23 171:1,8,9
173:9 174:19
177:6 184:14,23
184:25 187:19
188:13,18,22
189:3,23 190:3
196:23 200:20
206:14,15,15
207:24 209:10
211:6,24 216:15
221:13 224:1
226:17 231:12,18
232:8
**Golkow** 8:5
**good** 12:22 16:9
  60:20 115:7
  184:20 185:5
  208:8 221:19
  226:1,2 232:3
**gourde** 99:7,8
  100:3
**gourdes** 77:18 78:3
  182:5,20 207:13
  207:13
**grade** 33:22 35:13
  35:17 37:8 51:22
  52:7 67:22 70:16
  70:16
**graffiti** 114:2
**group** 106:1,17
  111:14 112:1
**groups** 18:8
**growth** 147:22
**guess** 190:5
**guidance** 33:4
**Guido** 175:3
**Guillaume** 46:16

Confidential - Subject to Further Confidentiality Review

175:18
**Guisman** 50:19
   176:17
**Guito** 43:18 52:15
**Guivenel** 49:15
   176:5
**guns** 160:20
**guy** 69:5 110:3
   116:5 170:10,10
   170:17 171:24
   173:24 190:21
   216:12 223:18
   226:21
**guy's** 173:20,25
**guys** 105:18 106:18
   109:25 110:2
   111:20 172:7
   191:2

**H**

**H** 7:11
**hair** 147:21
**Haiti** 1:8 18:1,2,4,4
   98:7 104:15
   114:25 115:7,14
   160:21
**Haitian** 115:10,11
   115:16,19,22
**half** 12:13,14,16
**hallucinate** 30:25
**hand** 14:21,22
   19:24 20:2 171:17
   233:18
**handing** 173:12
**hang** 103:10
   183:16
**HANLY** 3:14,22
**happen** 78:6 96:10
   97:1 154:3 214:8
   214:21
**happened** 17:17,22
   58:2 60:18 61:9
   61:12,19 62:19,20
   62:25 64:1 66:25
   72:10 89:6,7 91:3
   102:5 103:19
   104:6,8 114:21

115:8 120:25
132:25 134:17,21
137:20 151:6
152:25 153:5,17
153:21 159:22
160:6 161:24
195:16 196:10
197:1,6 213:7,21
213:24 214:2,8,19
**happening** 218:13
**hard** 54:25 87:4
**harsher** 87:5
**Hartford** 5:7,15
**Haut** 25:25 26:3,8
   122:20
**he'll** 73:7 85:24,24
**head** 19:24 20:2
   21:14 84:22 121:4
   121:10,25 142:20
   142:24 143:12
   144:6,17 145:6
   146:3 147:7,16,19
   148:15,20,24
   156:12 173:7
   185:3 199:3
   226:23 227:13
**heal** 121:18
**hear** 113:21,22,24
   116:15,21
**heard** 19:4 57:19
   57:23 75:25
   119:25 120:5
   184:6 216:3
   221:23 222:2,14
**hears** 174:20
**heart** 231:12,14
**Heat** 17:4
**height** 197:23,24
   198:2,2
**held** 2:2 8:8
**hello** 19:22,23,23
   20:1,1,24 21:13
   21:13 201:1
**help** 16:15 38:4,5
   55:7 73:12,14
   86:8,10 214:6
   226:16,24

**Herby** 46:10
   175:17
**hereinbefore** 233:6
**hereto** 233:15
**hereunto** 233:17
**hi** 202:20,21
**hiding** 106:18
**hire** 215:8
**hit** 127:3
**holds** 21:13
**home** 122:8 125:24
   126:7 131:10
   185:12 187:9,11
   187:15,19
**Hope** 1:7 4:13 9:3
   201:2
**horizon** 102:11
**hospital** 89:5 91:3
   91:4,14,17,21,22
   100:23 122:2
   135:21 136:2,5,7
   136:10,14,16,24
   137:4,6,10,12,21
   137:23 138:3,6
   139:18,21,22,24
   140:8,13,16,22,23
   141:3,4,9,10
   142:1 163:21
   164:1,2,3,4,6,8,9
   164:13,20,22
   178:1,7,10,11,13
   178:14,17,18,18
   179:1,3,4,5,15,17
   220:2
**HOSPITALLER**
   1:10
**hot** 17:7
**hotel** 63:11,14,24
   112:9 208:18
   211:3
**hour** 25:21
**house** 38:10 78:25
   79:6,7,9 83:8 84:1
   84:5 97:25 100:8
   101:11 122:22,24
   123:7,8,15 125:25
   126:11 127:17

128:20 129:11
   131:7 160:4
   185:14 186:12,23
   216:25 217:3,3
**hungry** 188:23,24
**Hurd** 3:13 9:9,9
**hurt** 92:21 159:12
   159:12 180:3
   195:23 196:11
**hurting** 137:20
   179:25
**hurts** 92:20 138:20
   181:1,19

**I**

**idea** 28:1
**identification** 11:9
   12:1,7 41:23
   169:21 171:6
   172:25 177:10
**identify** 8:16
**Idlin** 44:11 175:10
**Ilguens** 47:21
   175:20
**Illinois** 3:24
**imagine** 86:20
   197:20,21 198:3
**imagining** 66:20
**imperative** 234:11
**important** 120:21
**improve** 226:15
   230:10 231:10
**in-between** 97:3
**incident** 61:8,20
   93:6,7,8 97:1,1
   160:9,13 161:4,11
   162:14,17,18,24
   163:5,16 164:16
   165:11 166:1,2
**incidents** 161:21
   162:4,7,10 184:8
**INDEX** 7:1
**indicate** 108:10
**indicated** 162:15
   162:19
**indicating** 149:7
   172:17

**information** 18:11
   21:4,18 227:17
**inherited** 213:23
**injured** 184:1
**ink** 146:13
**inside** 71:5 79:13
   80:3 81:4,10,14
   81:15,16 82:2
   84:24 116:5 159:5
   201:15
**INSTRUCTIONS**
   234:1
**instructors** 219:24
**intelligent** 86:19
**intercourse** 31:15
**interested** 233:16
**interpret** 10:8,19
**interpreter** 6:5,8
   9:14,15 10:9,14
   15:15 17:5 21:24
   22:2,20 23:2,3,6
   23:22 24:22 32:17
   32:22 33:10,11,14
   35:5 41:18 42:4,9
   42:15,17,19,21,23
   42:25 43:2,5,7,9
   43:12,14,16,18,20
   43:22,24 44:1,3,5
   44:7,11,13 45:18
   45:20,22,24 46:1
   46:3,5,8,10,12,14
   46:16,18,20,22
   47:17,19,21,23,25
   48:2,5,8,10,12,15
   48:17,19 49:5,9
   49:11,13,15,17,19
   49:21,23,25 50:2
   50:4,6,8,10,12,14
   51:15 52:15 56:3
   56:5,8,9,14,17,22
   56:24 57:2,6,10
   57:15 61:15,25
   66:8,10 67:17
   68:1 75:12,18,19
   75:23 76:20,23
   77:12,14 81:6
   82:14,22 85:10,12

Confidential - Subject to Further Confidentiality Review

87:17 89:16 90:19
93:22 94:3,7,12
94:15,17,25 95:13
95:21,23,25 96:4
96:22 100:21
105:6 107:9,10,15
107:18,22,25
108:3,5,9,13,17
108:22 110:23
111:9 131:22
132:15 133:3,7
140:18 155:7
156:17,19 161:5
167:3 173:13
174:9,12,19 175:9
175:22 176:12,15
218:20 230:6
**Interpreting** 10:9
**interrogating**
115:25
**interrogatories**
7:14 11:17,25
12:9,24 14:3,22
60:24 63:20 67:7
135:9
**interrogatory**
20:10,11,14,15
21:2 22:18 23:14
33:3,7 35:12 36:1
55:18,25 71:17
75:14 77:10 86:23
95:17 107:6,14
**interrupt** 56:10,19
**interrupted** 96:22
104:23 219:7
**interview** 62:4
63:23 193:19
**interviewed** 212:8
**interviewing** 115:1
115:8
**introduce** 11:4,16
12:2
**introduced** 11:5
106:22
**introduction**
203:24 205:18
**investigating** 115:1

115:17
**investigation** 116:6
116:7
**investigators**
115:23
**involved** 184:8
**involving** 134:18

**J**

**J** 4:5 5:21
**J-O-S-E** 32:10
**Jackson** 48:5
175:23
**Jacques** 46:18
49:13 175:19
176:5
**jail** 98:5 116:17
**Jamesly** 46:16
175:18
**January** 59:22
**Jasmin** 48:20 176:1
**Jason** 44:8 175:9
**Jayne** 3:12 9:10
**jconroy@simmo...**
3:18
**Jean** 43:2,16 44:20
46:5 47:17,19,21
47:23 49:7 50:6
50:21 51:19
174:24,25 175:2
175:13,16,19,19
175:20,20 176:4,8
176:17
**Jean-Baptiste**
47:25 48:3 175:22
175:23
**Jean-Charles** 48:6
175:23
**Jean-Louis** 50:20
176:17
**Jean-Pierre** 48:8
175:24
**Jeff** 201:1
**Jeffeley** 50:25
**Jeffrey** 4:14 9:2
176:19
**Jerome** 1:23 2:1

7:3 8:15 10:1,24
11:7,16,23 12:5
12:10,21 13:17
27:8 28:7 41:21
76:11 95:12 113:6
119:22 169:19
171:4 172:23
174:16 175:24
177:8,15 184:20
189:4 193:3
199:20 201:1
212:5 232:7 236:8
**Jerome's** 7:14
11:24
**JERUSALEM**
1:10
**Jessica** 39:13,25
168:14,24 170:3,8
170:23 192:6,9,12
**Jesuits** 120:2
**Jesus** 1:9 5:19 8:24
119:24 120:4
**Jheempson** 176:1
**Jidens** 48:10
175:25
**Joasil** 48:15 175:25
**job** 132:2,11 182:6
182:10,16,21
187:4,6 211:14
214:10,11,15,19
215:8
**jobs** 77:6,18 132:2
182:7,15
**Joel** 42:11
**Joël** 174:12,22
**JOHN** 1:10,12,13
1:13,13,14,14,14
**Johnson** 42:19
174:13,23
**Jonas** 45:18 175:13
**Jose** 32:10 36:24
44:13 48:17
175:10,25
**Joselyn** 46:12
175:17
**Joseph** 44:19 48:10
48:19,20,21,22,23

50:2,21 175:13,24
176:1,1,2,2,2,3,8
176:17 209:6
**JR** 5:21
**Judex** 40:25
**Julien** 48:24 176:3
**July** 13:22,24 14:2
14:14 59:23 60:25
61:2 67:7
**jumping** 206:16
**June** 13:21 59:23
**Junior** 43:2 174:25
**Jury** 7:13 11:8
**justice** 104:16
**Justinien** 91:15,16
135:21 140:22
141:9 142:1 164:2
178:1,6,10,14,17
178:18 179:3

**K**

**keep** 142:10 167:7
167:16 185:24
186:12,16,21
**Kendrick** 63:4,8,21
112:4,5 208:18,21
208:25 210:19
**Kennedy** 4:14 7:7
9:2,2 200:25
201:2,20 202:6,24
203:13 204:2
205:23 206:12
207:1 208:3,16
209:16 210:6,10
210:18 211:8,23
212:4,14 213:3
215:6,19 216:14
216:20 217:19
218:15,18,21,22
219:2,4,10,20
220:12 221:6,11
232:5
**Kensley** 50:23,23
176:18
**Kenson** 173:18
**kid** 68:20 161:23
**kids** 32:3 57:13

71:13,14 81:4,7
89:11,20 104:18
150:24,25 209:9
209:11,15 217:10
217:23 220:21,23
225:25
**kind** 18:13 131:22
131:23,24 149:11
186:6 226:10
**King** 4:6 8:21
**km** 2:5
**knew** 20:23 34:18
64:23 68:13,17
70:1 78:12 79:5
83:12,14,17 86:6
86:11,14,15,18
87:22,24 88:1
99:9 104:20
105:25 106:4,11
106:13 111:14
113:11 115:7
117:22 118:5
120:18 169:5
216:8 223:5
**Knights** 18:17,18
19:2 221:25
**know** 11:2 15:1
18:5 19:17 20:12
21:4 23:15 24:20
24:21 28:15,20
32:12 34:20 38:14
38:15 39:4,7
42:12 44:23 45:4
45:14 51:20,24,25
52:2,3,5,17,23,24
60:14 62:6 63:8
64:2,12,19,25
65:7,20,24 66:16
66:23,25 67:10,13
69:8 74:11 82:10
83:10,22 86:11,16
87:6,11 88:11,13
90:10,13 91:19
96:21 98:9 99:12
99:18 103:9
108:17 111:23
112:7 113:24

114:24,24 115:4
115:13,16,20,21
116:4,6 117:14
120:8,15,21
123:21,24 124:2,3
124:6,16,21,25
125:7 126:13
127:13 128:7,21
133:17 134:8,21
135:17 136:23
139:15 140:1,3
143:9 146:8
149:11,16,24,24
150:12,15 151:5
153:7 154:5,5
155:14 158:11,12
158:17 161:18,23
162:8,12 171:15
171:19,23 176:10
177:5 179:14
193:1 197:21
198:1,16 199:11
200:15 201:5,7,12
203:10 205:7
209:22 212:7,15
213:7 214:22
216:2,19 222:4,20
223:9,10,11,14,16
224:6,11,15
225:19 227:14,19
227:22 228:1,3,6
228:12,18 229:17
**knowledge** 17:11
17:12,14,19,21,25
18:3,6,9,17,21
19:1 20:3 21:15
21:16 22:4,5,9
24:10,12,15,16
66:17 67:11 68:14
233:7
**known** 127:24
**knows** 86:19

**L**

**Labeling** 173:5
**lady** 89:6 151:11,15
204:22

**land** 187:5
**lapse** 181:4
**late** 71:23,24 97:8
**LAW** 3:5
**lawsuit** 208:10
210:15 211:10
212:10
**lawyer** 16:15,16
47:7 62:5,14
63:24 64:3 65:3,6
65:12 105:22
107:4 108:11,24
109:6 117:12,13
**LAWYER'S** 237:1
**lawyers** 105:20
**learn** 62:22 196:11
225:21,23 227:11
**learned** 120:17
**leave** 55:9,12,13
87:4 126:21
130:22 159:6,19
169:8 186:15
187:19 231:13
**leaves** 21:14
**leaving** 170:21,22
**Lecenat** 48:25 49:5
49:6 176:3,4
**left** 54:10 80:14,19
100:13 114:25
115:6 130:22,25
131:1 134:24
135:15 146:23
160:3 164:6,7,8
167:11,13,14
169:5,6,9 171:18
172:11 173:7
187:19 205:22
227:1
**leftovers** 29:15
188:10,11
**legs** 181:17,21
**lengthy** 105:2
**Lesly** 49:7 176:4
**let's** 20:9 23:24
25:3 42:7 45:17
47:16 51:5 55:18
71:17 84:25 85:23

93:1 98:14,15
112:12 132:4
144:23 152:4,4
161:8,8 231:15
**level** 79:23
**License** 233:22
**lie** 156:16,17
**lied** 158:1
**life** 96:20 213:22
215:13 225:22,22
225:23 226:15
229:25 230:10
231:10
**Liksy** 173:18
**Limbé** 25:14,24
26:2,6 28:12,13
122:20 128:13
137:9
**limitation** 183:18
**line** 143:13,16
144:3,6,17 145:6
145:15,19 146:3
146:11,17 147:7
147:16,18 148:3
148:15,19,24
149:5 150:6 235:3
237:2
**list** 7:16 41:17,22
46:24 51:13,17
52:13 65:3,5,11
65:13,14,17
104:18,18 105:19
105:20,21 106:14
106:17,19,20
107:4 110:7
170:12,23 171:21
171:23,24 172:2
172:16 174:4,8,17
176:23
**listed** 33:8 93:9
**listen** 55:21,25
**little** 17:3 22:10,10
22:11 23:9 25:4
41:5 65:4 77:6
80:1,1,17 81:4,6
81:18,20,21 84:1
84:5 97:25 144:12

144:21 145:9,10
146:4,14 148:5,6
148:6 179:25
180:1 184:25
185:14 204:24
206:16 217:11,12
218:12 219:22
**live** 26:2 28:3,11
29:8 38:1,7,8 39:3
53:11,23 122:8,19
122:25 123:14
125:5,8 126:11
128:12,20,25
129:1 177:16
185:8,21 186:23
187:2
**lived** 25:24 26:13
28:15,19 29:1
32:2 38:10 41:2,7
55:14 122:16,23
125:25 177:19
228:24
**lives** 173:17 187:5
187:8 231:12
**living** 29:4,5,12,17
37:14,21,23 38:3
53:8,15 54:18
67:15 68:9 83:22
84:3 125:2,24
126:7 127:17
129:9 131:5,7,10
188:5 189:2,12
**LLC** 4:15
**LLP** 5:5,13,22
**located** 180:14
**long** 16:7 26:2,5
36:6 53:23 96:12
96:25 97:12 105:5
119:7 120:8,10,14
122:11,12 126:10
126:13 127:8,9,24
127:25 128:1
132:9 135:23
136:1,4 141:18
143:4 151:2,6,6
153:4,20 154:2,18
155:10 156:15,21

157:2,7 158:5,16
158:18,18 161:13
162:20,23 171:19
205:18,20,25
206:5,6,19 209:21
211:3,6 216:18
**look** 12:9,12 16:8
20:9,9 22:17 25:3
33:2 51:13 52:12
92:22 93:1,11,16
107:6 128:21,24
132:18 138:24
139:3 149:23
185:12 214:10
217:23
**looked** 123:14
**looking** 144:15
157:9 158:8 203:2
214:15
**looks** 143:18
**lose** 88:3 101:5
105:10
**losing** 109:12
**lost** 28:14
**lot** 29:23 30:18
32:3 41:15,15
62:23 88:25 89:2
102:12 103:14,15
106:4 111:15
118:16 194:15
206:15
**loud** 174:17
**Louis** 1:3,4 6:7
8:10 9:14,14 49:9
50:24 51:1 176:4
176:18,20
**lower** 17:2
**LSR** 233:2
**Lu** 3:4 9:13
**Lube** 170:8
**Lubrin** 49:11 176:5
**Luccé** 43:20 175:3
175:4
**Lucny** 48:15
175:25
**lunch** 112:12
**luncheon** 112:19

Confidential - Subject to Further Confidentiality Review

**Luperón** 2:5
**lxia@garabedian...**
   3:10
**lying** 22:10,12
   220:20 221:5

**M**

**M-E-M-E** 66:7
**M-E-R-L-I-N-E**
   34:2
**machine** 107:12
**Mackenson** 43:12
   49:13 50:4 175:1
   176:5,8
**mad** 199:16
**Madame** 201:4,5,7
   201:12,16,21
   202:2 203:15
**Madison** 3:15
**Main** 4:16
**Majority** 31:2
**Makenson** 44:17
   175:12
**making** 104:17
   105:19 106:18
   110:7 203:23
   212:10 227:2
**male** 92:14 177:22
**Malta** 1:11,12 5:2
   9:5 18:17,19 19:2
   221:22,24 222:1,3
   222:4,8
**man** 53:19,20
**mango** 204:11,12
**March** 1:24 8:6
   59:23 120:17,19
   181:9 232:7 233:5
   233:18
**Margaret's** 211:14
**Margarette** 209:5
   209:6,12,22 210:3
   210:7,9,12,22,23
   211:7,10,13,18
**Marie-Rose** 25:8
**mark** 41:19 173:3,6
**marked** 11:9,21
   12:1,6 41:22

169:17,20 171:2,5
172:22,24 177:9
**marketplace** 29:10
   69:6
**marks** 126:21,23
   144:2 146:4 147:8
   148:9,14 149:9,11
   149:14,18,22
   150:2,5,10,14,19
   150:21 151:4
**married** 130:13,16
**mason** 132:18
**masons** 55:4
**Massachusetts** 3:7
   4:8 5:24
**master** 40:25 71:1
   71:3 84:4,4 89:3
   201:14 205:6
**math** 198:25 199:1
   225:5 229:10
**matter** 8:9 21:5
   65:3
**matters** 233:8
**mattress** 152:22
**Maureen** 2:10 9:17
   233:2,22
**Maxwell** 44:8
   175:9
**meals** 87:22 188:7
**mean** 24:14 38:16
   62:8 69:9 76:16
   86:25 105:7
   107:16 115:25
   129:8 131:1
   149:20 186:19
   189:14 220:13
   222:1
**meaning** 24:22
   52:19 93:8
**means** 17:20 59:20
   88:11,13 129:9
   130:15,19 185:3
   213:23
**meant** 29:5
**measure** 198:1
**medical** 165:10,22
**meet** 39:11,15 40:7

40:12 63:10,21
74:19 112:8
**meeting** 108:11
   193:11 195:17
   196:1 200:7
   209:17,18 211:9
   212:25
**Mémé** 40:25 66:7,8
   66:9,10,15 89:3,9
   89:21 90:2,16,17
   90:17,19,21,22,25
   91:10,10,10 101:1
   114:14,16,17
   116:10,13,23
   117:2,9,18,20,24
   118:1 140:1,5
   141:14 184:9
   193:5 200:12,15
   211:17 215:15,22
   215:23
**Mémé's** 140:4
**memory** 27:2
**mention** 102:14
**mentioned** 134:17
   142:16 151:25
   152:11 177:25
   191:16 208:17
**Merline** 34:2 35:18
**message** 207:22
   208:6
**messages** 207:15
   207:18,19,25
**met** 39:25 40:1
   63:16 64:7 65:1
   68:11 90:7 112:4
   129:4 131:19
   151:7,17 196:7
   199:19,23 200:3
   201:23 208:9,12
   208:17 209:11
   212:19,22
**Metellus** 49:15
   176:6
**Meus** 49:17 176:6
**MICHAEL** 3:21
**Michel** 49:19 176:6
**Michenson** 43:22

175:5
**middle** 212:24
**midway** 85:5
**Mike** 9:7
**MILANO** 4:15
**MILITARY** 1:9
**Milvoy** 49:11 176:5
**mind** 144:16
   226:23
**minor** 23:15,16
**minute** 13:10 51:5
   76:3 98:16 104:12
   158:9 231:16
**minutes** 73:20
   132:15 158:8,9
   177:3 207:8,9,11
**mispronounce**
   41:19
**misstated** 134:10
**Mitch** 16:17,18
   62:8 106:24,24
   107:1,2 109:2,6
   109:16,20 110:6
   195:21
**Mitchell** 3:3,5 9:11
   109:17
**Mm-hmm** 223:8
**Mo** 173:18 174:1
**Moise** 44:20 175:13
**moment** 53:11 94:7
**Monday** 1:24 218:8
**money** 31:11,15
   85:25 99:1,3,10
   99:15,19,20,22
   104:16 105:25
   106:4 109:25
   111:1,7,15 118:5
   118:6,20,22
   139:22 140:3
   151:13 180:1,2
   184:7 187:4,16
   213:23 224:12,16
   227:2 228:12,18
**monitor** 127:19
**month** 73:15
   108:24 124:16
   142:12

**months** 53:24
   55:14 59:22 119:8
   120:14 126:15
   127:9 161:20
   162:3 167:17
**Moodali** 170:9
**morning** 57:14
   89:10,15 101:8
   102:10,10 159:15
   160:2,3,5 190:10
   190:23
**mother** 25:8 26:16
   28:12 38:4 122:8
   122:14,17 123:1,5
   123:11,13 124:1,3
   124:14 125:14,22
   126:2,11 127:5
   213:20
**mother's** 122:24
   127:22
**motions** 121:20
**mouth** 143:13
**move** 123:4,11
**moved** 26:3
**movies** 157:9,12,18
   157:22
**mstewart@simm...**
   3:25
**Murphy** 4:6 8:20

**N**

**N** 8:1
**Nabon** 36:24
**naked** 142:17,22
   143:5,8,21 154:9
   154:11,12 213:12
**name** 8:4 10:24
   14:1 15:4,7,11
   27:7 28:7 32:1
   34:20 37:6 40:7
   51:18 52:13,25
   53:17,18,21 55:16
   65:5 67:6 71:2,2
   74:10 90:16
   105:20,21 106:14
   106:16,19 110:9
   119:22 127:22

152:11 172:18
173:20,20,25
174:20 176:10,11
176:11 180:12,13
184:20 195:15
201:1 202:12,12
202:13,21 203:6,6
203:7,11,11,17,18
205:21,21,22
209:14 210:25
211:1 214:19
221:19 229:18
named 66:7 233:6
names 7:16 32:4,5
32:7,8 34:12
36:21 37:7 41:6,9
41:17,18,22 44:22
45:3,10,12 47:12
47:13 170:7,12
174:10 191:24
210:13
Nasaire 49:21
176:7
Nathalie 6:5 9:20
National 115:19,22
Nations 115:11,14
near 39:5 41:3,3
necessary 234:4
need 55:4,6 68:24
75:1 92:2 98:9
132:20 140:2
153:14 207:12
208:7 230:20
needed 11:11 97:15
203:10 225:18
needs 208:5
neither 233:11
never 19:4,25
30:21,21 71:8,9
71:10 72:11,14
119:11 139:5,24
141:8,24 153:13
165:13 179:4,14
180:6 182:10,16
196:23 197:10
200:2,3 211:18
221:7 231:12

New 1:9 3:16,16
5:20 8:23 119:23
120:3
nice 111:20 206:7
206:10
Nicholas 34:15,19
34:19,21 35:22,22
69:4,5 101:9,9,15
168:12 190:20
192:6,9,15,20,21
218:13,16,16
219:16 220:4,6,7
223:18 224:4
Nicholases 35:1,2
Nick 40:2 168:19
Nickenson 42:15
49:23 172:19,20
173:3,3 174:13,22
176:7
Nickenson's 173:7
Nicodeme 44:15
175:11
night 78:13 87:7
98:8 152:15
157:13,19,22
159:5,8 197:9
228:25
nighttime 71:22
97:8
noise 197:5
normally 130:1
nose 143:12
Notary 233:3,24
236:19
Note 143:23
notebook 195:11
noted 236:6
NOTES 237:1
November 59:24
number 8:13 11:7
11:23 12:5,12,12
20:10,15 22:17,18
33:3,7 35:12 36:1
41:21 51:17 52:12
75:14,14,21 76:4
77:10 86:24 91:16
91:17,21,22,25

92:2 93:11,16
94:1,5 95:22 96:1
105:21 107:1,2,6
107:8 108:8
150:10 167:17
169:18,19 171:3,4
172:9,22,23 173:2
173:22 177:8
numbers 110:8
nurse 92:10,11,16
137:15,17 138:7
138:13,19,21,24
139:2,5,8,13
165:1 180:20
nurses 180:24

O

O 8:1
o'clock 112:14,15
O'Connor 2:10
233:2,22
O'Neill 4:4 7:4 8:18
8:18 10:23,25
11:10,14,15,21
12:2,8,20 13:3,8
13:15,23 15:23
16:6 17:6,15
19:11,20 20:8,20
20:25 21:25 22:3
22:22,24 23:5,11
23:21,23 24:2,8
24:21,25 25:2
26:7 27:1,19
28:18,24 29:20,24
30:22 31:8,19,25
32:18,23 33:1,5
33:13,16,25 34:7
34:25 35:6,25
37:1,6,10,13,20
39:23 40:6 42:2,6
42:10 43:10 44:9
44:21 45:2,9
46:21,23 48:13
49:3 51:5,12,16
52:6,16 54:7 56:6
56:21 57:1,4,8,12
57:16,18 58:18,25

59:7,13,19 60:21
61:4,17 62:1,15
63:7 64:6,11,16
64:24 65:18,23
66:4,9,12,22 67:4
67:9,18,20 68:2,5
69:17,25 70:5,22
72:6,13,18 73:21
74:25 75:8,21,24
76:10,21,25 77:9
77:16 78:9,19
79:19 80:9 81:5,8
81:19 82:16,17,24
83:1,9,19,24 84:6
85:14,20 86:21
87:16,19 88:7
89:14,18 90:20
91:8,13,20 92:3
92:15 93:13,24
94:5,10,13,16,22
95:2,11,14,22,24
96:1,6,12,23
97:11,18,21 99:5
99:13,21,25
100:20,22 101:19
102:20,25 103:4,8
103:11,20,25
104:5,11,19,24
105:1,10,14 106:8
106:21 107:13,16
107:19,24 108:2,7
108:12,15,21,25
109:9 110:16,21
110:24 111:5,12
111:13 112:15
113:5,17 115:3
116:1,14 117:10
118:3,11 119:14
214:17
oath 16:24
obey 70:2,7
obeyed 154:22
object 80:6 81:17
143:17 217:17
objection 16:4
17:13 19:9,16
20:6 23:18 24:19

26:4,24 27:16
28:16,22 29:22
30:20 31:6,17,23
33:23 34:5,23
35:23 36:23 37:5
37:18 39:21 40:4
44:25 45:7 52:4
54:5 58:16,23
59:17 60:16 61:1
61:14,24 62:13
63:5 64:9,13,21
65:16,22 66:2,19
67:8 69:11,23
70:4,20 72:3,9,16
73:18 74:23 78:7
78:17 79:10 82:13
82:21 83:6,16
85:18 86:17 88:5
89:13 90:24 91:11
91:18 92:1,13
93:12 96:11 97:20
99:2,11,17,24
100:18 101:17
102:16,23 103:2,7
103:23 104:3
106:6,15 109:24
110:13 111:2
113:15 115:2,24
116:12 117:6,25
118:9 120:24
121:6 123:12
124:15 125:10
126:1,16 129:20
130:21 131:13
133:16 134:3,7,12
134:20 135:3,10
135:22 136:25
137:14 138:15
139:10,25 140:9
140:24 141:11
142:3,7,21 143:1
143:24 144:19,20
145:7,13,20,25
146:6,12,18,24
147:4,12,23 148:4
148:16,21,25
149:6,19 150:11

Confidential - Subject to Further Confidentiality Review

| | | | | |
|---|---|---|---|---|
| 150:22 151:16 | 160:10,13 161:4 | 197:17 198:24 | **Ovelt** 50:2 176:8 | **Patrick** 47:23 50:6 |
| 153:1,6,22 154:4 | 161:11 166:4 | 199:18 200:15 | **owed** 139:22 | 173:18 175:20 |
| 154:15 155:13,17 | 197:12 | 202:7,18 203:14 | | 176:9,10 |
| 156:18,23 157:6 | **occurrence** 93:8,9 | 203:23 204:3,25 | **P** | **Paul** 1:7 4:3 5:12 |
| 157:24 158:10,23 | **October** 59:24 | 205:12,24 206:7 | **P** 4:4 8:1 | 8:19,21,25 10:25 |
| 159:9,16,24 | **Odilbert** 49:25 | 206:13,19 207:10 | **P.C** 4:6 | 11:1 19:8,15,15 |
| 160:14 161:12,16 | 176:7 | 208:8,12,17,25 | **p.m** 232:8 | 19:17 20:23 21:6 |
| 161:22 162:11 | **offer** 99:20 | 210:11 212:18,22 | **page** 7:2,12,16 | 21:12,13 23:8,8 |
| 163:7,17,22 | **office** 60:10 204:10 | 214:18 215:24 | 11:18 16:11 41:22 | 50:8 63:4,8 112:5 |
| 164:11,17,21 | **OFFICES** 3:5 | 216:15,21 218:9 | 55:24 235:3 237:2 | 176:12 184:21 |
| 165:8,19,23 | **oh** 85:23 94:13 | 218:21 219:1 | **pages** 16:7 236:4 | 208:21 209:12 |
| 166:12,24 167:9 | 110:1 136:21 | 221:11 222:5 | **paid** 106:1,5 | 210:4 211:2 |
| 167:18 168:8,21 | 183:5 | 225:15 227:25 | 139:24 140:1 | **Pause** 119:18 |
| 169:12 170:13 | **okay** 10:15 15:3 | 228:5 229:21 | **pain** 139:7 180:2,8 | 184:16 200:22 |
| 171:22 172:3 | 16:20 17:1,24 | 230:12 | 180:8,11 197:1 | 212:1 221:15 |
| 174:6 178:3,12,20 | 18:13,16 19:25 | **old** 26:19,23 27:12 | **paint** 31:4,4 191:3 | **paused** 144:11 |
| 179:7 181:18,22 | 22:16 23:12 33:2 | 28:9 30:9 53:25 | 191:5,9 | **pausing** 56:17 |
| 182:9 183:4,21 | 34:21 35:3 36:1 | 54:15,16 86:7,8 | **pans** 77:6 182:18 | **pay** 78:3 207:11 |
| 184:3,10 185:13 | 37:2 40:2,18,21 | 86:13 124:3,6 | 185:17,19 | **Pedro** 48:24 176:3 |
| 186:1,24 187:10 | 42:1,14 43:11 | 125:4 133:15 | **pants** 100:13 186:8 | **pen** 150:4 |
| 187:24 188:15 | 44:10 47:4,15 | 204:22 | **paper** 62:17 63:23 | **Peniel** 50:8 176:12 |
| 189:5,17 190:25 | 52:12 53:3 54:18 | **older** 27:10,11,14 | 107:3 118:15 | **penis** 84:24 85:15 |
| 191:11,21 192:1,5 | 55:13 56:20,23 | 27:17,18,20,24 | 139:23 140:10 | 88:15 100:6 |
| 192:24 193:7,13 | 58:17 60:9 61:10 | 28:1 38:9 123:17 | **papers** 63:24 | 153:11 154:19 |
| 193:21 194:16 | 63:1 65:7,9 66:16 | 123:22,25 | **Papillon** 50:4 176:8 | 155:11 156:10,14 |
| 195:2,20 196:8,21 | 67:15 69:18 71:7 | **once** 141:23 143:8 | **Papouche** 45:24 | 158:14,16 196:17 |
| 197:2,7,14,19,25 | 72:14 75:9 77:1 | **ones** 37:10 170:11 | 175:15 | 198:13 200:13 |
| 198:12,20 199:4,8 | 79:5,20 81:1,12 | 172:11 | **paragraph** 94:18 | 213:14 |
| 199:22 200:1,10 | 81:25 82:10 84:25 | **open** 79:12 80:25 | 94:19 95:25 | **people** 18:8,12,13 |
| 201:18 202:3,22 | 85:11 86:2 88:8 | 81:23 159:18 | **pardon** 221:21 | 18:14 29:15 32:1 |
| 203:8,25 205:19 | 88:11 91:14 94:5 | 217:7 | **parents** 26:13 | 38:3 54:24 55:3 |
| 206:9,24 208:1,14 | 94:16,25 95:17 | **opened** 74:4 190:11 | 28:14,20 29:7,8 | 63:25 64:15 65:11 |
| 209:13 210:1,8,16 | 96:7 98:24 100:3 | 190:13 | 30:15 37:15,24 | 69:4 82:11,18 |
| 211:5,20 212:11 | 101:20 105:4,6 | **opening** 78:14 | 38:24 53:7 62:24 | 83:3 91:5 98:10 |
| 213:1 214:13 | 107:15 108:4,15 | **operation** 167:16 | 86:6,9,12,14 | 100:15 104:16 |
| 215:4,17 216:5,17 | 110:17 111:21 | **oral** 10:10 | 125:1 187:5 188:9 | 106:1,5 110:25 |
| 218:11 219:18 | 112:1,12,16 114:6 | **Order** 1:10,12 5:2 | 223:23 226:16 | 111:15 118:6 |
| 220:8 221:2,9 | 114:22 116:22 | 9:5 221:20,22,23 | **parking** 84:1,5 | 132:22 138:3,5 |
| 222:6,10,16,22 | 117:1,11 118:4 | 221:25 222:3,8 | **part** 12:10 26:11 | 149:25 160:17,20 |
| 224:8,18 225:12 | 119:14 143:10 | **organization** 120:1 | 85:2,5,19 86:3 | 161:25 169:24 |
| 227:16,21 228:2 | 165:13 176:25 | 222:15 | 156:9 185:18 | 170:1,2,5,18,19 |
| 228:14,20 229:23 | 185:2,7,21 186:10 | **organize** 220:3 | **participate** 111:25 | 170:21 171:13,20 |
| **obviously** 33:3 | 187:6 188:3 189:2 | 229:20 | **participated** 33:18 | 172:1 173:14 |
| **occasion** 96:8,10 | 190:22 191:8 | **original** 234:12 | **participating** 188:4 | 182:3 188:10 |
| 196:19 | 192:4,9,12,18 | **outside** 25:17,17,18 | **parties** 233:13,15 | 191:5 192:7,25 |
| **occasions** 188:25 | 193:3,10 194:4 | 81:12 101:14,15 | **passed** 123:5 | 194:13 209:2,4 |
| **occurred** 60:15 | 195:8,12 196:13 | 101:16 140:4 | 124:14,24 125:1 | 214:3,11 229:17 |

Confidential - Subject to Further Confidentiality Review

people's 210:13
  211:1
Pere 10:25 19:15
performing 130:11
period 29:6 37:15
  39:20,25 94:20,21
  113:7 116:19
  122:9 131:7 167:7
Perlitz 1:7 8:11
  31:21 34:4 68:2
  68:11 82:1 113:13
  114:3,25 115:6
  116:16 117:24
  134:19 135:8,14
  135:19 142:17,20
  143:5,21 144:3,5
  144:16 145:5
  146:17,22 147:2
  147:14,21 148:1,5
  151:3 152:1,3,19
  155:10 156:21
  157:21 158:6,14
  158:20 159:22
  165:17 166:3,6,7
  166:8,17,22
  173:10 184:9
  193:5 196:16
  197:18 198:7,17
  199:21 200:9
  211:19 216:4
Perlitz's 20:4 21:17
  22:6 24:11,17
  144:18 145:23
  148:10 152:8,16
  168:1 197:24
  216:22
person 20:18 38:5
  39:11 40:7 55:15
  66:5 68:22 69:16
  83:8 84:3 92:16
  149:25 152:10
  174:17,20 193:4
  200:11 202:11
  203:5 215:15,15
  215:21,21,23,24
  220:24,25 221:3,4
  221:7 233:6

person's 202:12
  203:6,11
personal 17:11,12
  17:14,19,21,25
  18:3,6,9,16,21
  19:1 20:3 21:15
  22:4
personally 21:3,4
  23:15 24:12 51:25
Peterson 41:10,10
  42:21 173:16
  174:14,23
pharmacy 180:7,9
  180:12,25
Philoden 50:10
  176:13
Philogene 49:23
  176:7
Philome 50:12
  176:13,14,14
Philoméne 26:9,10
  53:12,14 55:15
  113:8 122:21
phone 105:21
  107:1,2 109:11,14
  110:8 128:15,17
  128:18 206:17,18
  206:20,23 207:6
  207:11,14
photograph 7:18
  7:19,20 169:23,25
  171:5 172:24
  177:9
photographs
  194:25
physical 16:1
physically 98:18
  183:19 189:15
  204:21
pick 72:22
Picolet 112:9
  208:22 209:19,20
picture 143:14
  169:15 170:5,16
  171:8,10,13,20
  172:2,13 173:10
  173:11,15,23

174:2,21 175:8
  195:7
pictures 81:4,6
  110:4 194:23
  212:13,15 217:10
  217:15,21,22,24
Pierre 15:20 16:14
  19:18 22:14 32:23
  45:6 50:14,15,16
  50:17,18,19,20,21
  50:22 176:15,16
  176:16,16,17,17
  176:18,18
pile 93:25
pill 181:5
pills 92:21 139:7,9
  141:16,22,23
  164:13 165:5,18
  180:2,8,11,25
  181:2,6
PITNEY 5:13
place 15:22 30:15
  73:5,8,12 158:21
  160:25 161:1
  163:6,16 189:19
  212:25 214:25
  215:3 216:9
  223:21 224:24
  225:20 226:8,19
placed 156:10
places 123:14
Plaintiff 1:5 3:2
  7:14 8:10 9:9,10
  9:12,13 11:24
Plaintiffs 9:8
Plata 2:4,5 8:9
play 71:5 181:11,12
  181:13 182:22,23
  183:2,5,6,7,10,11
  183:13,14,15,17
  223:3 229:20
played 182:24
  183:8 229:14,14
playing 19:19,21
  183:19,23 204:13
  204:16,17,18
Plaza 5:23

please 8:16 11:13
  15:18 17:3 18:22
  20:7 22:2 57:21
  61:16 82:15 85:2
  94:9 95:11 97:11
  97:12 104:11
  105:1,2 108:10
  110:20 111:11
  116:25 147:12
  185:1 194:3
  216:24 230:7
  234:3,8
pleasure 183:17
point 84:16 101:6
  208:8
police 110:2 114:25
  115:7,10,11,11,12
  115:13,14,16,19
  115:22 189:20
Pollard 2:10 9:17
  233:2,22
poor 104:16 200:5
porno 157:9,12,18
  157:22,25
potential 216:2
pots 77:6 78:3
  182:18 185:17,18
power 134:24
PPT 32:20,22,23
  45:8,13 52:18,19
  57:13 89:11 90:3
  90:11 110:4
  113:14 184:7
  211:14
preceding 94:18,19
Preneta 34:19,22
preparation 47:6
prepare 47:4
prepared 142:15
present 6:7 14:13
  20:18 168:7
  177:20 178:19
  187:22
presenting 105:13
President 60:9
  134:24
preventing 105:12

prevents 183:19,23
Prévil 50:23 176:18
prior 66:23 67:5
  68:11 75:11
  109:18 188:18,22
  199:25 200:7
  211:17,17 215:22
prison 111:24
privileges 101:5
Pro 74:7,8,9,12,19
  78:11,14 82:8
  152:12 168:13,13
  168:16
probably 169:6
  200:5
problem 13:12
  91:1 165:10
  199:13 220:1,5
problems 62:23
  130:10 181:23
  199:9,13 215:2
  227:12
program 119:3
  222:20,21 224:7,7
  224:12,13,16,17
  224:22 225:17
  226:4,5,14
project 15:20 23:17
  32:23 45:6 68:25
  69:2,10 110:5,15
  155:2 179:21,22
  179:24 180:5
  216:18 220:19
  221:4,8 225:25
  226:20 227:1,3,6
  227:8 230:18,21
  230:21 231:6,7
promise 229:24
promised 85:4,8,21
  86:5 87:21 230:13
propounded 236:5
provided 12:3
Province 8:23
  119:23 120:3
psychologist
  211:15
Public 233:3

236:19
**Puerto** 2:4,5 8:9
**pull** 98:17
**pulling** 160:20
**punish** 78:4
**put** 65:5 84:24
  85:15 87:2 88:15
  98:5 100:5 105:19
  105:21 106:16,19
  110:9 116:17
  136:12 137:22
  153:11 156:13
  158:14 173:3
  185:18 196:17
  198:13 200:13
  207:8,12 213:14
  219:25 226:6,19
**puts** 19:23 20:2
**putting** 171:16
**pwilliams@dayp...**
  5:17

**Q**

**question** 10:7 13:2
  13:4,16 17:10,12
  18:24 19:12 20:7
  20:16,20,21 21:2
  21:9,10,22 22:1
  22:17,25 23:1
  24:9 33:6,7 42:3
  55:21 57:1,3 61:2
  63:2 66:23 67:2
  71:21 75:9,15,17
  75:22 77:13 86:23
  96:24 105:15
  107:7 123:9
  144:10,14 153:19
  154:25 155:3,9
  185:1 197:12
  198:16 200:6
  202:1 203:3
  209:24 219:8
  222:2 227:25
  228:7
**questioned** 115:22
**questions** 21:11
  42:1,1 55:20 56:1

56:4 62:18 79:20
  103:17,22 104:2
  116:2 119:15
  184:23,24 198:24
  200:19 205:10
  206:15 210:22,23
  231:24 236:5
**Quite** 73:19

**R**

**R** 8:1 233:1 235:1,1
**radio** 65:1 110:1,3
  110:25 111:6
  113:12 208:7
**rain** 73:6 152:2
**raining** 15:22 72:1
  73:4 87:2,4 152:4
  213:9
**rainy** 78:13 97:9,10
**raise** 10:6 107:11
  208:8
**ran** 190:18 224:7
**Raynel** 49:25 176:7
**razor** 191:1
**react** 87:18
**reacts** 87:14
**read** 12:21 13:5
  14:6,7,9,24 15:3,7
  15:9 20:11,14,21
  22:21,22,24 23:3
  33:5 35:12 41:18
  42:5,8,11 44:22
  45:4 47:8,11,14
  51:17 52:13 55:22
  56:12,25 57:4,12
  57:20,23,24 75:12
  75:15,15,20 76:3
  77:9 85:2,3,5,10
  86:3 89:14 94:6,6
  94:9,11,12,22,23
  94:24 95:5,12,19
  95:24 107:8,14,19
  107:22 108:5,19
  108:21 174:9
  195:12 223:3
  225:1 229:6 232:2
  234:3 236:3

**reading** 16:9 33:11
  33:14 45:12 56:5
  56:6,9,22 57:10
  77:14 85:12 94:8
  94:14 95:1 108:3
**real** 182:5,7,10,15
  182:16,21
**realize** 199:2
  201:25
**really** 12:22 14:6
  16:9 73:8 86:19
  102:13 121:15
  122:15 153:12
  160:16 170:9,17
  182:16 187:15,18
  199:12,13 203:21
  209:21 210:5
  217:23 226:19
**Realtime** 2:11
  233:23
**reason** 179:6
  230:24 234:5
  235:5,7,9,11,13
  235:15,17,19,21
  235:23
**reasons** 225:15
  229:21
**recall** 21:1 32:6
  34:10 37:12 63:6
  73:14
**recalling** 61:20
**receipt** 234:13
**receive** 207:19,21
  214:11
**received** 70:18
  71:11,13,14 76:13
  111:1,7 195:19
  196:6 207:25
**recess** 51:9 75:5
  112:19 177:11
  231:20
**recognize** 169:24
  170:4 171:10,11
  171:12,14,21
  172:1,6,9,12
  173:12,22 174:2
  217:20

**recognized** 209:22
**record** 8:4,17 24:1
  24:4,5,6 51:8,10
  51:13 59:6,9,10
  59:11 75:2,4,6
  76:3,6,7,8 95:7,8
  95:9 112:18 113:3
  118:13 119:17,19
  140:8,12,16,22
  141:8 177:7,12
  184:15,17 200:21
  200:24 211:22,25
  212:2 221:14,16
  231:19,21 232:8
  233:10
**recording** 118:13
**rectal** 100:24
**rectum** 85:16 88:15
  92:22 100:6
  156:10 158:15,16
  196:17
**red** 150:1
**reduced** 233:9
**refer** 12:11
**reference** 94:20
**referenced** 1:21
**referred** 77:5
  108:23 109:1
**reframe** 200:6
**refuse** 77:23 78:2
**regard** 96:15
**regarding** 141:9
**register** 68:24
**reject** 206:11
**related** 233:12
**relating** 140:16,23
**relation** 96:25
**relations** 129:18
  151:20,23
**relationship** 20:17
**relative** 233:14
**remaining** 59:22
**remains** 215:13
**remark** 194:8
**remember** 18:15
  26:5,21,22,25
  27:4,13,23,25

29:23 30:10 32:4
  32:6,8,13,14
  36:21,25 37:7,9
  40:14 41:1,2,13
  41:16 51:23 52:25
  53:18,21 54:2,6
  54:15 58:8 60:12
  68:7 71:20,24
  72:4,10,17,19,20
  72:21 73:19 86:8
  96:16 97:2 99:7
  101:21,24 102:17
  102:18,18 103:15
  103:18,21,24
  104:1,4 112:11
  120:22 122:12,13
  122:15,16 123:24
  125:2,7 126:18
  127:10,10,13
  134:16 135:18
  151:5 153:16
  161:24,25 162:1,5
  166:10 170:1,6,7
  170:9,10,11,19,22
  173:19,20,25
  178:8 180:13
  191:24 192:2,4,7
  192:22 193:1
  194:15 203:22,23
  205:13,14 207:4
  209:9,11,14
  214:20
**remembered**
  191:18 215:12
**remembering** 72:7
  103:1
**removed** 60:10
**Rene** 47:25 175:22
**Renel** 51:2 176:20
**rented** 123:7
  190:18
**repeat** 15:18 18:25
  19:12 20:7 21:25
  57:21 61:15 82:14
  111:10 116:25
  167:4 214:25,25
**rephrase** 13:1,16

**REPORTED** 2:9
**reporter** 9:16
**represent** 9:5 10:25
  119:23 184:21
  201:2 221:20
**representing** 8:19
  8:23 9:1,3
**Republic** 2:6 8:9
  28:4 38:22,25
  131:2 173:17
**residence** 185:11
**Response** 7:14
  11:24
**restrainer** 74:4
**return** 234:11
**Retwa** 29:9 69:6
**REVIEW** 1:23
**revolted** 111:19
**revolting** 111:4
**Reynold** 48:2
  175:23
**RHODES** 1:10
**right** 19:6 30:7
  35:16 40:12 51:14
  53:4 54:3,14
  59:25 61:9 64:7
  70:19 74:21,25
  77:4 78:10 80:14
  80:18,19 88:23
  99:10 108:2 113:9
  117:15 120:7
  121:5 122:6
  127:17,20 128:1
  129:16 131:8,12
  133:6,19,22,25
  134:6,11,15,18
  138:8 142:17
  150:6 151:8 152:2
  152:8,12 160:10
  162:16 166:16
  168:11 170:21
  172:15 174:11
  177:17 178:2,19
  179:22 182:14
  187:14 188:12,20
  189:23 190:11,14
  191:6 193:20,24

194:1,12 195:5
  209:3,22,24 222:9
  223:6
**RMR** 2:11 233:3
  233:23
**road** 137:21
**Robens** 50:22
  176:18
**Robenson** 43:14
**Robinson** 5:5 54:10
  118:22,24 119:1,6
  119:11 167:7,14
  167:16
**Roland** 44:14
  175:10
**role** 219:17
**Romel** 71:3
**Ronald** 49:17
  176:6
**room** 23:9 78:24
  79:23 80:11,18
  81:1,21 100:11
  152:16,18 153:23
  153:24 154:1
  168:1,13 186:17
  194:19,21,22
  217:1,8,12
**Roudely** 46:18
  175:19
**round** 148:6
**Rue** 32:15,19 33:18
  33:22 34:9,22
  36:20 37:2 52:20
  69:19 70:3,10,23
  71:12 90:3 188:4
  188:8,14,19,23
  189:3,24 217:25
  218:3 222:19
**rules** 70:2,7
**run** 136:13 189:21
**Rupert** 36:24

—— **S** ——
**S** 5:4 7:11 8:1
**S.J** 1:7 4:3
**Saint** 50:24 53:12
  53:13 55:15 113:7

122:20 176:19
**Saint-Fleur** 50:25
  176:19
**sandals** 71:4
**Santo** 28:4 39:5
**sat** 204:12 206:3
**Saturday** 77:19
  101:24
**save** 225:21
**saved** 121:20
**saw** 16:1 21:16
  22:5 23:16 24:11
  47:2 57:13 63:25
  65:10 67:24 68:2
  69:5 71:18 73:4,7
  73:23,24 74:1,3
  82:8 84:19 87:2
  89:8,10 90:22,25
  92:16 98:2,11
  100:14 101:8
  104:17 105:18
  110:5,9 111:20
  114:2 127:6
  137:15 138:5
  139:5 141:5
  142:16 143:2,7
  148:12,13 151:3
  152:3 154:21
  155:19 157:17
  160:23 166:14,17
  202:14 203:9,16
  204:9 205:20
  206:2 209:19
  210:2,21 211:7
  213:9 217:22
  219:22 223:19
**saying** 10:19,21
  22:7 25:11 35:4
  65:9 69:12 94:18
  96:14 98:19
  107:21 113:12
  196:6 220:20
**says** 19:22 20:1
  21:13 23:19 25:24
  69:14 76:19,21
  78:1 85:1,6 87:8
  90:15 94:23 96:9

99:14 202:16,20
**scare** 189:20
**scared** 160:17,18
**schedule** 208:6
**school** 34:3 57:14
  62:23 89:12,19,21
  89:25 90:23 133:6
  136:14,19,22
  137:13 142:6,10
  196:11 214:3
  218:13 223:1,6,15
  223:22,25 224:2
  225:18,20 226:1,7
  226:17,17 227:9
**schooling** 230:23
**scream** 197:5,13
**seal** 233:18
**searches** 190:23
**sec** 202:18
**second** 12:10,16
  24:1 35:13,17,22
  37:8 59:6 67:22
  70:16 95:20 96:2
  96:7,9 97:1 100:5
  102:21 103:10
  106:20 160:9,13
  160:15 161:3,10
  162:4 164:15
  165:11,14,16
  166:2,6 196:19,22
  202:5 204:4,25
  205:24
**secret** 111:22
**section** 89:14
**see** 12:10 13:18,20
  19:22 21:3 47:1
  53:1,2 68:22 70:6
  78:12 81:2,11
  82:5 83:5,15,20
  89:21 90:15 92:4
  92:8,12 100:16
  101:9 116:4
  129:11 137:13
  139:13,16 142:19
  142:24 143:4
  144:2,5,18 145:4
  146:13 147:8

148:14,17 150:14
  150:19 152:14,17
  157:12,18,21,25
  160:21 164:24
  165:1 166:2,8
  171:17,24 172:7
  172:10 173:19,24
  174:8 180:4 198:2
  208:5 217:9,9,23
  218:14 219:23
  223:13
**seeing** 20:4 22:9
  23:7,8,15 24:16
  24:16 68:12
**seek** 64:12,19
**seeking** 216:9
**seen** 46:24 138:2
  140:12,15,18,21
  141:8 148:7,9
  150:21,23 152:1
  171:18 179:10,19
  179:23 180:6,20
  180:24
**sees** 69:13
**sell** 180:10,11
**send** 18:8 65:3 85:4
  85:8,24,25 86:5
  87:21 109:3
  207:14
**sending** 78:4
**sends** 207:22
**sense** 19:7,14 82:18
**sensed** 82:10 83:4
**sensing** 132:4
**sent** 18:12 36:3,12
  62:17,17,18 63:23
  63:23 107:4
**sentence** 85:6
**separately** 57:17
**separation** 81:3,18
  81:20 217:12
**September** 11:6
  13:20 14:14 15:6
  59:24 63:20 93:10
**SESSION** 113:1
**set** 7:14 11:25 70:3
  231:23 233:18

setting 16:21
settled 112:2 118:6
SEVEN 1:14
sex 31:21 58:5 85:3
  85:8,16 86:5
  87:11 98:25 99:10
  99:15,22 102:22
  117:23 129:23
  130:1,11
sexual 20:17 31:15
  93:9 116:2 129:18
  151:19,23
sexually 19:7,15,25
  113:13 199:21
  200:8
She'd 132:12
sheet 234:6,9,12
  236:6
shirt 100:19,21
  145:10 149:2
Shirts 186:8
shoes 76:14,17
  186:13,15,18,22
  229:19
shorter 198:18
shorts 223:2
shoulder 146:23
show 41:17 93:24
  94:18 106:9
  145:10 150:7
  169:15,23 171:8
  173:9 223:2 224:2
showed 55:23
shower 81:3,24
  149:12 217:13
showing 143:11
shown 21:1 170:12
  170:24 174:5
shows 146:14 149:3
  150:16,17,24
Shultheis 34:16
Sibert 14:17,22
  61:22 62:3,12
  63:17 64:7 106:22
  107:2 108:23
  109:1,18,21
  113:12 118:4,7,20

212:16,19
side 173:7
sideways 204:24
sign 14:22 68:24
  140:7,10 195:8,10
  232:2 234:8
signature 11:19
  14:15 55:24
signed 12:24 13:17
  14:1,5,11,13 33:9
  55:23
similar 226:5
SIMMONS 3:14
  3:22
sir 10:17 25:5
  131:23 132:16
  167:3 203:3 204:8
  205:5 206:17,20
  206:23 207:2,10
  207:15,20,24
  208:9,10,19,23
  209:4,6,8,17,25
  210:7,12,15,20,24
  211:4,11,14,19
  213:4 214:10,21
  215:3,14 216:21
  216:24 217:25
  218:3,7,23,24
  219:11,13,21
  220:14 221:1,8,19
  228:7
sister 27:18 28:3
  37:23 38:21 123:1
  123:4,10,22 125:9
  126:11 127:14,15
sisters 27:5
sit 127:19
sitting 22:11
  204:11 206:2
six 1:14 53:24
  55:14 119:8 162:3
  172:10,12,14
Sixth 3:6
skilled 132:10
sleep 15:22 29:11
  30:16 73:8 84:11
  84:12,14 87:3

97:14,15 98:4
131:11,12 153:2,8
158:3,24 159:2,4
159:8,10,15,23,25
160:2,25 167:25
168:2 186:17
187:12 188:23
189:19,19 197:9,9
213:17
sleeping 36:9,12
  54:21 73:6 79:17
  82:11 97:23 153:9
  154:6 155:14,18
  155:22 157:8,14
  157:16 159:3
  186:19 198:10
  213:11,17
sleeps 168:12
slept 36:16 79:16
  167:23 168:3
  213:18 228:24
SLOANE 5:22
small 72:5 124:21
  126:17 226:22
sneakers 71:13,14
  76:13,17 77:2
  186:11
soccer 71:5 181:12
  181:13 183:3,8,10
  183:11,13,17,20
  186:11,14 223:4
  225:13 229:13,15
  229:19,19
Society 1:9 5:19
  8:24 119:24 120:4
sodomy 88:11,12
soft 230:16
solace 214:7
somebody 21:18
  72:11 85:7 86:4
  96:19,21 213:11
son 28:5 127:20
  128:4,7,20 129:1
  130:20 131:6
  137:8 185:9,21
  186:23 187:22
son's 127:22

soon 135:19
sorry 13:20 15:15
  55:10 56:10,16,19
  59:25 103:11
  104:20 111:9
  114:15 134:10
  161:5 167:3 200:5
  215:20 218:20
  219:2 230:6
sought 64:8,22
SOVEREIGN 1:9
space 234:6
speak 21:12 118:24
  119:1 124:9
  201:10,12,21
  202:2,9,19 203:1
  203:4 209:20
  210:7,19,21
  218:16,17 220:4
speaks 201:15
  205:6
specifically 214:18
spellings 32:9
spend 128:19
  129:14 187:16
spending 106:10
spent 53:13
spoil 96:20
spoiled 231:11
spoke 201:16 203:9
  204:3 205:8,16,25
  209:25
sporting 186:10
sports 181:11,14
spot 99:4 100:2
  157:15
spread 123:6
spring 72:2
St 1:3,3,10 8:10
  26:9,10 51:1,2
  176:20,20
stairs 80:19,21 82:7
  217:6
stand 154:21 156:4
  156:5 157:3
  159:11 198:11
standing 140:4

198:7,9,10
start 88:19 132:4
  135:4,25 144:4
  155:19 157:14,15
  174:18
started 32:15,17,19
  88:17,24 125:5,8
  153:2,8,8 155:25
  157:3 160:25
  167:19 213:16,17
  218:10 222:19
  228:23
starting 177:15
state 3:6 20:18
  233:3 234:5
statement 61:12,19
  118:7 139:20
  193:19 195:1,9,13
  196:2
States 1:1 8:12
  39:12 116:17
station 110:1
stay 36:6 38:6
  84:25 100:8,11
  127:7 128:23
  132:9 144:23
  147:10 159:13
  189:6,7 209:21
  210:4
stayed 26:5 35:8
  36:2,8 41:3 83:14
  133:11,12 159:7
  219:14 225:16
staying 83:8,13,18
step 79:14,14
steps 80:2,2,4,8
  217:6
Stewart 3:21 9:7,7
stick 7:17 143:10
  143:14,21 169:17
  169:20
stood 154:20 156:6
  158:6
stop 96:14 105:2
  112:12 127:14
Stopping 57:16
storage 84:2

Confidential - Subject to Further Confidentiality Review

story 52:1 215:13
straight 23:24
  80:12,15,18,20
  204:23
street 3:6,23 4:7,16
  5:6,14 29:4,5,18
  31:12 32:2,19
  36:17 38:6 45:14
  52:20 53:2 54:22
  67:25 68:3,6,7,12
  68:20,22 69:7,7
  69:14,15 71:19
  72:23 74:1 89:24
  89:25 90:7,14,22
  96:18 97:22,23,24
  102:7 113:8 125:3
  125:6,9,12 126:5
  127:7 128:14,22
  128:24 129:12
  133:6,14 150:24
  180:16,17,18
  182:2 188:4,5,24
  189:3,7,8,8,12,13
  189:18 190:17
  201:8,23 202:4,10
  203:4 205:17
  213:9 222:20,23
  223:7,19 224:7,22
  225:17 226:5
  227:7 230:21
streets 15:21 28:15
  28:19 29:9,12,13
  30:18 36:11 37:14
  37:21,23 38:2,8
  44:24 45:5 53:3
  54:19 55:16,17
  67:15 68:8 188:10
  230:17 231:2
strength 199:15
strike 47:15 121:20
student 90:10
students 171:10
  173:12 184:6
  217:16,20
stuff 163:1
SUBJECT 1:23
subjects 226:11

Subscribed 236:15
substance 236:5
subtract 225:8
suddenly 104:9
sued 106:1 111:15
suitcase 204:24
  229:18
Suite 5:23
summer 72:2
sun 102:11,12
  159:17
Sunday 101:25
support 130:20
supported 206:10
supposed 20:14
sure 13:11 18:23
  23:5 24:2 34:21
  56:1,18 57:6 59:7
  82:16 84:7 107:11
  115:6 191:4
  211:23 231:17
suspect 100:15
swear 9:17 10:4
sweep 182:19
sworn 9:21 10:2
  233:7 236:15
Sylvester 40:10
symptoms 199:7
syntax 108:14
syrup 92:21 139:6
  139:9 141:16,18
  141:21,23 164:12
  165:3,12,18
Systems 2:11
  233:23

―――――――― T ――――――――
T 7:11 233:1,1
  235:1
T-shirt 100:19,20
  223:2
T-shirts 71:6
table 185:16
take 55:20 56:21
  57:14 89:11
  100:14,17,19
  126:23 141:16,18

145:1 154:13
156:4,7 165:3,5,7
165:17 177:2
215:3 216:13
217:13 219:24
231:15
taken 51:9 75:5
  112:20 150:4
  177:11 231:20
takes 145:9 149:2
  149:12
talk 20:24 51:5
  63:3,3 90:15 91:7
  91:9 109:7,22
  110:25 111:6
  114:6,8,9 117:4
  201:9 203:19
  205:9 210:11,15
  211:12 220:6,7
talked 47:6 62:4
  65:12 98:24 109:8
  111:8 118:5
  194:23 200:11
  203:11,12,14
  205:1,14,15 210:2
  210:9
talking 20:12 21:6
  27:21 47:12 66:24
  67:3 93:15 103:15
  109:18 113:22,25
  196:3 202:15
  204:13 205:13
  206:6 213:2,6
  222:23
tall 197:17,21
  204:23
taller 198:3,18,21
Tan 40:10,18
tape 75:1
tattoo 146:22
tattoos 144:5,17,23
  145:4,8,12,16,18
  146:2,5,7,10,16
taught 35:16 70:15
  225:1,5,5,10
  226:10
teach 223:21

teacher 66:7 90:2,4
  201:15 203:9
teachers 33:21
  40:22,23,24 52:10
  219:25
teaching 229:6,8,10
tears 132:23
  213:19
Technologies 8:5
Ted 8:20
telecommunicati...
  207:5
tell 32:8 34:12
  36:20 41:9,13
  45:14 71:8 72:14
  75:16 79:8 90:17
  90:21,22 91:5,12
  96:14 99:19 101:1
  102:5 107:20,25
  114:11,20 117:9
  117:20 121:12,12
  121:24 125:4
  127:11 129:21
  134:22 137:17
  138:13,16,19,21
  160:4 162:24
  163:3,14 164:9
  168:16,19,24
  169:2,10 184:7,11
  185:2 200:16
  212:23 214:7,18
  214:22 215:10
  220:10,10,15,16
  220:18 221:4,7
  223:24
telling 139:21,21
  149:10 205:7
  211:17 212:9
tells 69:3
Telmy 50:10
  173:18 176:12
ten 42:8 43:9,11
  44:10 45:17 47:16
  51:5 61:7 72:7
  86:7,12,16,18
  174:1,2,4 177:3
  179:16,19

tend 184:25
tennis 76:14,17,18
  186:13,14,18
terrible 153:12
testified 10:3
testify 233:7
testimony 9:22
  75:10 102:22
  196:20 203:3
  211:17 233:10
text 207:15,19,25
texts 207:21
Thank 119:15
  132:17 199:18
  200:19 221:12
  231:24,25
Thanks 184:13
THEODORE 4:5
they'd 191:4
thief 98:8 160:19
thieves 102:1
thing 81:21 105:11
  105:13 110:12
  132:22 134:22
  137:22 179:13
  220:16 226:1
  227:10
things 31:11,16
  66:24 70:18 88:3
  88:9 106:10 117:8
  121:16 130:23
  134:23 135:16
  143:8 144:25
  145:9,10 146:13
  146:14 148:6
  153:11 154:24
  157:20 165:15
  179:2 185:24
  195:23 196:10
  199:14 200:13
  210:14 216:19
  220:20 223:4,12
  226:20,21 227:4
  230:15 231:5,6
think 13:4,6,12
  40:22 51:14 59:18
  60:24 69:16 71:2

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

74:25 86:24 87:12
93:2,2 98:8
121:14 134:1,16
145:23 147:24
152:11 153:13
155:4 160:19
161:5,15,17 169:6
176:25 192:9
207:23 214:23
224:21 226:3
228:8 230:4
231:23
**thinking** 60:17,19
62:22,24 72:5
91:23 96:18,19
154:6 160:25
161:13 199:17
213:20,25 214:2
215:1 231:14
**thinks** 13:13
**thinner** 31:4,5
**thinners** 191:2,3,6
191:9
**third** 52:8 67:22
70:16 168:2
**thirty** 234:13
**thought** 87:9,12,20
98:4 103:12
219:12 220:9
225:21 226:15,16
227:12 229:25,25
230:14
**thread** 105:11,13
**threatening** 160:20
**three** 1:13 5:23
7:16 41:22 124:20
124:23 130:6,7,9
161:20
**throw** 54:24 87:10
91:6 154:24 182:3
220:19
**thug** 98:9
**Tilma** 25:8
**time** 8:6 12:11
13:11,11 16:22
24:4,7 29:6 30:14
37:15 38:23 47:3

51:8,11 55:20
56:21 58:3,5 59:9
59:12 61:11,18,21
63:4 66:14 68:15
69:21 71:18,21
72:15,20 73:12
74:22 75:4,7 76:6
76:9 83:11 87:24
90:6 94:20,21
95:7,10,20 96:2,7
96:17,17,25 97:2
98:24,25 100:5
102:9,21 112:4,18
113:4 114:11
116:19 119:17,20
120:12,18 122:9
126:8 128:19
131:8 133:13
136:9 137:3 141:3
141:9 143:5,7
145:1 150:19
153:7 160:15
162:23 163:2,5,8
163:10,11 165:12
165:14,16 166:5,7
167:8,25 168:2
171:19 177:7,13
178:16,19,21,24
179:1,6,11,12
181:5,5 184:15,18
187:3 190:19
193:18 195:18
196:22 199:25
200:21,24 202:4,5
202:19 203:15,19
203:21 204:4,25
205:16,24 208:11
208:13 211:25
212:3,19,22 213:5
213:18 215:2,7,10
221:14,17 231:19
231:22 232:8
**times** 70:24 71:14
130:6,7,9 167:21
167:23,24 196:25
201:21 202:1,7
208:9 218:8,25

**Timothy** 4:4 8:18
10:24 190:21
**tired** 228:9
**Tisson** 27:8
**tjf@murphyking...**
4:11
**today** 16:24 120:8
170:24 181:2
191:16,17 207:10
212:5
**Today's** 8:5
**toilet** 81:3,12,15,23
217:14
**toilets** 77:24
**told** 21:9 40:23
66:6 89:4 91:1,3,5
103:17 104:17
110:7 114:17
116:8,22,23,23
117:1,2,2,13,18
119:11 138:7,20
147:8 151:4,12
152:6 154:23,23
156:16,22 157:2,4
158:7 193:3,4
195:15 198:5,11
205:21 210:3
211:18 214:23,24
215:8,15,22,23
221:3 223:19
224:21 227:23
**topics** 205:13
225:10,11
**touch** 39:8 156:9
156:12,24 202:16
**touched** 19:25
117:7 153:9 154:8
154:20 155:22,23
156:11 157:7
**touching** 79:18
84:18,20,22,23
85:7,23 86:4
155:19,21,25
156:11,15,22
157:3,17 158:6
198:11 204:19
213:11,13

**Toussaint** 15:20
16:14 19:18 22:14
32:24 45:6
**tpo@murphykin...**
4:10
**trade** 225:23
**transcript** 234:14
234:15
**transcription** 236:4
**translate** 9:21 10:7
10:20 93:4 94:1
104:12 107:17
143:11
**translated** 9:23
203:12
**translating** 10:10
10:13,17 95:12
205:3
**translation** 10:10
76:21 96:13
104:23
**translations** 10:11
**translator** 10:3
132:8 201:17
202:2 205:2
210:20
**trash** 54:24 182:3
**treatment** 91:24
122:3
**tree** 204:11,12
**Trial** 7:13 11:8
**trouble** 103:1
**true** 33:17 41:24,24
207:10 218:9
233:10
**Trumbull** 5:6,14
**truth** 10:5 16:25
233:7
**try** 120:22 127:14
153:19 154:25
155:3,9 161:17
166:22 200:6
215:7 230:3,10
231:9
**trying** 102:18
203:2
**turn** 17:9 80:14,19

225:25
**turned** 30:1 58:21
59:2 60:4,5
**turns** 171:15
**twenties** 54:14
**twice** 117:8,8
121:16 130:2
168:3
**two** 1:13 28:10
34:24 35:1,2 54:1
93:6 124:20,23
130:5,7,9 133:11
161:21 162:7,9,10
163:12 166:20,23
170:18,19,21
176:24 202:7
217:2
**type** 141:12 152:19
**typewriting** 233:9

___

**U**

**U.S.A** 1:11,12 5:3
**underneath** 93:25
**understand** 14:2
15:10,13,16 16:23
16:24 17:11,19
18:24 19:3 24:14
34:3 35:11 36:18
56:2,18 57:25
58:1 63:18 75:16
75:17 76:12 77:8
77:13 95:3,15,16
105:9 107:23
123:9 124:11
143:22 185:1
187:17,21 196:5
196:20 203:2
**understanding**
65:20 211:16
212:18 215:14
**understands** 13:7
57:7
**understood** 14:10
16:2 88:2,2
103:11
**United** 1:1 8:11
39:12 115:11,14

Confidential - Subject to Further Confidentiality Review

116:16
**University** 1:8 5:11
9:1 18:7,10
184:22 191:18,19
192:10,23
**upper** 146:23
**use** 31:4,9 127:18
152:20 207:14
**useful** 230:19
**Usually** 140:1

---

**V**

**v** 1:6
**vacation** 71:4
229:16
**Vanel** 49:21 176:6
**various** 14:2
**vein** 202:16
**veins** 202:15
204:15,19 205:8
205:11,12 206:4
**verbal** 10:13,20
**version** 20:10,11
56:11
**versus** 8:10
**victim** 16:15 64:23
65:20 66:21
104:15 106:20
**victims** 65:4,4
104:18 111:3,4,18
111:18,19
**video** 8:8
**videographer** 6:3
8:3,5 9:16 24:3,6
51:7,10 59:8,11
75:3,6 76:5,8 95:6
95:9 112:17 113:3
119:16,19 177:1,6
177:12 184:14,17
200:20,23 211:21
211:24 212:2
221:13,16 231:18
231:21 232:6
**videotaped** 1:23
2:1 212:9
**Vil** 51:2 176:20
**Village** 22:14,15

28:25 29:1 30:11
35:9 36:4,7,10,12
36:13,15 40:16,17
40:19,20,21,24
41:4,7 44:24 45:5
45:13,16 51:21
53:8,10,12 54:8,9
54:11 68:14,15,19
68:21,23 70:2,8
77:17,20 85:4,9
85:24,25 86:5
87:10,21,23,23
90:4,5,6 113:7,11
113:16 114:1
116:5,9 118:25
119:2 120:6
150:16 166:13,17
166:19 167:2,6,10
169:4 182:17,23
183:6,7,8 201:24
202:5,14 204:6,9
205:1,25 216:8,11
216:16 219:3,5,11
219:14 227:7,15
227:15,19,20
228:1,6,11,13,17
228:19,24 229:15
229:22,24 230:3
230:10,14,16
231:1,9
**Village's** 216:7
**virtue** 216:15
**visit** 140:17,23,25
141:2
**Voice** 119:3
**volunteer** 192:23
**volunteers** 191:19
191:25

---

**W**

**W** 4:14
**W-I-L-N-I-K** 32:11
**Wadson** 44:16
175:11
**wait** 42:1,3 98:16
104:11 190:10,13
206:5

**wake** 155:23
213:18
**walk** 80:20 98:7
204:23
**walked** 79:24 82:6
82:20
**walking** 69:13
72:23 97:24
160:22
**Walky** 48:21 176:2
**wall** 114:1,2 216:6
216:7 217:11,16
**WALSH** 5:22
**WANAT** 4:15
**want** 19:12 21:25
22:20 26:8 37:6
42:4 49:2 55:20
56:24 62:6 64:2
65:7 75:19 97:15
97:16 98:14,22
104:20 105:7
135:4 143:20
145:1 161:7 174:8
177:2 191:4 212:6
230:24,25
**wanted** 97:14 101:5
153:10 157:9
225:20,21 227:9
**wants** 23:3 94:12
94:23 174:9 177:4
207:21
**wash** 54:25 70:11
182:4 224:24
226:8
**wasn't** 60:17,20
72:5 88:24 89:1
91:23 96:18 97:10
106:17,23 110:2
110:14,15 118:16
123:8,15 127:15
132:1 158:2
161:13 168:3
187:25 193:25
194:10 198:9
208:24
**watch** 157:20
158:11

**watched** 70:6
**watching** 157:21,25
**Watson** 51:3
176:20
**way** 19:21 38:3
105:2 114:17
116:10 117:9,19
123:7 143:18
185:15 214:3
226:2 227:1
230:17 231:2
**we'll** 25:4 41:19
56:3 69:15 105:16
112:13
**we're** 22:16 33:3
49:3 69:8,13,14
75:1 96:12 128:3
200:23
**we've** 114:22 129:6
198:24
**weapon** 191:14
**weapons** 191:6,9
**wear** 70:25 71:4,9
71:10
**week** 77:20,21
128:23 129:1,14
129:25 130:2,8
141:19 163:12,23
165:13 166:2,9
182:18 183:13
218:1,4,6,7,24
**weekdays** 219:15
**weekend** 97:5
101:20,22
**weekends** 219:15
**weeks** 120:14
126:15 127:9
**Wendy** 44:7 170:8
175:6,7
**went** 25:24,25
28:25 29:8 30:11
33:19 35:3,7,9,12
37:19 38:24 60:3
60:24 65:1 67:21
69:7 73:8,9 78:22
79:9 80:11 82:3,6
84:9 88:10 89:19

89:21 92:5 98:21
102:4,17 109:25
111:8 133:5
135:20 136:1,4,5
136:6,10,11,14,15
136:18,20,23
137:4,12 138:6
141:3,10,24,25
152:6,7,7,15,18
157:15 158:24
161:1 163:20
164:2 166:13
168:2,6 178:14,16
179:3,4 190:19
195:22 215:7
216:12 217:25
218:10,23 223:6,7
223:14 224:6,11
224:15 225:19
230:2,9 231:7,9
**weren't** 90:5 194:9
**wgordon@garab...**
3:9
**whereof** 233:17
**whip** 127:1,2
**white** 18:14 34:8
69:5 116:4 190:21
210:13 211:1
220:24,25 221:3,7
223:18 226:21
229:17
**wife** 214:4 226:18
226:25 230:19
**Wilburt** 32:11
**William** 5:21 8:22
**Williams** 5:12 7:6
8:25,25 184:19,21
185:20 186:3
187:1,13 188:2,17
189:10,22 191:13
191:23 192:3,8
193:2,9,15,23
194:4,5,18 195:4
195:25 196:12,24
197:4,11,16,22
198:4,15,23 199:6
199:10,24 200:4

Wilnik 32:11
173:17
Wilnot 48:22 170:9
176:2
Wilson 48:23 176:2
Wisky 1:23 2:1 7:3
7:14 8:15 10:1
11:24 175:24
202:13,21 203:7
203:18 232:7
236:8
Wismond 44:19
175:12
withdraw 144:14
231:8
witness 9:18,22
10:19,21 11:14
15:16 33:14 94:8
95:1 233:17 234:1
witnessing 14:15
woke 84:18,21
153:10 154:19,20
155:11,16,18
156:1,2,3 213:12
woman 33:24 53:19
63:25 89:6 92:9
151:22
women 151:20
173:11,15
words 103:14
212:23
work 55:1,8 77:5
90:16 131:21,22
131:23,24 132:18
214:5,6,16 215:5
216:8
worked 34:9 38:9
39:12 182:1
worker 132:19
workers 34:8 55:6
132:20
working 192:12,15
worry 79:22
wouldn't 78:3
111:23,24 141:13
190:23 215:8

230:20
wound 126:24
wrinkles 204:22
write 118:12,14
207:18 223:3
225:3 229:8
writes 208:6
writing 139:13
195:3
written 10:10 53:1
55:19,22,24 57:8
57:19,24 60:14
61:12,13,19 62:2
75:13,25 76:11
77:11 78:11 86:22
87:8 95:18 101:23
103:22 104:2
107:7 108:1,6,10
108:14 114:1
wrong 25:11 72:11
72:12 89:4 181:16
wrongly 87:15,17
wrote 107:3 118:8
118:15 216:7

**X**

X 7:11
Xia 3:4 9:13,13

**Y**

yeah 30:5 59:1 66:3
68:13 81:18 83:17
92:9 100:10 114:8
121:15 130:9
149:7 155:25
163:23 183:5
189:1 208:22
year 32:20 40:14
54:1,9 58:22,24
60:3 69:21 71:20
72:4,15,17 73:13
96:16 108:24
124:16,19,22
127:12 133:5,21
133:24 135:17,18
162:6 178:6 181:4
181:6,25 182:24

183:2 189:24
years 26:23 27:24
54:1 61:7 72:7
86:7,13 124:20,23
125:17 126:15
128:3 129:4,6,8,9
129:13,19,22
130:4 131:17
133:11,12,15
162:9 166:20,23
179:16,19 180:21
182:8,12
York 3:16,16
younger 27:10

**Z**

**0**

02108 4:8 5:24
02109 3:7
06103 5:7,15
06405 4:17

**1**

1 7:13 11:6,7 16:8
93:2,21,23,25
1,000 99:7
1,500 99:7 100:3
1:01 112:18
10 7:4 13:21,24
14:2,14 60:25
61:2
10/31/2017 233:24
10:25 51:8
10:44 51:11
100 3:6 94:5,15
10016 3:16
101 95:5,12
11 7:13,14
11:03 59:9
11:04 59:12
11:32 75:4
11:45 75:7
11:48 76:6
11:50 76:9
112 3:15
119 7:5

12 7:15 58:11 59:1
59:2,14 107:7,8
107:14 108:8
133:14,22
12:27 95:7
12:28 95:10
12th 25:5 58:22
60:1,2,7 122:5
13 32:15,16,19,19
33:18,22 34:9,22
36:20 37:2 52:20
52:20 59:25 69:7
69:19 70:3,11,23
71:12 90:3 133:6
133:14 188:4,8,14
188:19,23 189:4
189:24 217:25
218:3 222:20
13th 69:7,15 90:14
136:11,20,21
150:24 180:17,18
188:4 189:13
190:17 201:8,23
202:4,9 203:4
205:17 222:20,23
223:7 224:6,22
225:16 226:5
227:7
14 52:12 59:21,25
59:25 60:1,2
75:20
15 58:9,15 59:18,20
60:6,6,7 96:8,9
128:23 129:2,14
130:5,8 132:15
141:20 163:12,23
165:13
16 58:21 59:2 96:8
169 7:17
16th 59:15
17 54:3 75:14,14,21
76:4 133:15,25
134:6,11
171 7:18
172 7:19
177 7:20
184 7:6

19 29:25 30:1,6
55:18,25 71:17
78:11 84:8,25
85:1 86:24 93:14
95:17,22 96:1
128:11
1987 20:18
1988 25:6 30:4
58:11 59:14 122:5
133:19 134:2

**2**

2 7:14 11:22,23
42:14
2:00 112:14,15
2:05 113:4
2:18 119:17
2:19 119:20
20 236:16
200 7:7
2000 32:20,21
33:18 69:21 133:5
133:5,7,8,12,21
188:13 189:24
190:19 218:9
2003 134:18,22
135:2,8 178:1
2004 58:14,21 59:1
59:2,15,21,22
60:2,7 61:9 67:16
67:17 68:15
135:14 151:10,15
178:1
2005 33:18,19 35:7
35:14 36:16 39:17
39:25 52:21 54:3
54:4 114:18
117:22 133:12,24
134:10,11,13
182:13,14 190:5
190:17
2007 28:21,25 29:7
29:25 30:1,6,12
31:20 35:8 36:3
36:14,15 37:16
39:17,19,25 69:22
190:6

**2008** 54:12,13
  116:8 118:24
**2009** 54:12 116:9
  116:15,18,19,24
  117:3,17
**2010** 116:15,20,21
  116:24 117:3,17
  119:2 131:20
  151:7,10,15,17,19
  177:15,16,20,23
  180:22
**2011** 117:17 214:11
  214:14
**2012** 117:17 128:6
  128:11 183:25
**2013** 11:6 15:6,6
  60:23 64:8,20
  65:10,21 67:5
  93:11 102:15
  104:7,10 105:16
  105:25 108:4,24
  110:11,12 117:14
  117:22 118:25
  193:4,10,14,17
  196:13 199:19,25
  200:7 206:21,22
  206:25 215:16,18
  215:22,25
**2013-14** 66:25
**2014** 13:24 14:2,14
  53:6,25 60:25
  61:3,13 63:13,20
  66:15 67:7
**2015** 1:24 8:6 134:5
  180:22 182:13,14
  232:7 233:5,19
**203-315-7000** 4:18
**212-784-6400** 3:17
**21st** 4:7
**221** 7:8
**23** 1:24
**23rd** 8:6 232:7
  233:5
**242** 5:14
**25** 207:12
**26** 54:17
**280** 5:6

---

**3**

**3** 7:15 12:3,5
**3:13-cv-01132(R...**
  1:2 8:14
**3:13-cv-1225-RNC**
  1:4
**3:13-cv-1269-RNC**
  1:4
**3:13-cv-1437-RNC**
  1:5
**3:13-cv-1480-RNC**
  1:5
**3:13-cv-1626-RNC**
  1:6
**3:13-cv-1627-RNC**
  1:6
**3:13-cv-1628-RNC**
  1:7
**3:13-cv-1629-RNC**
  1:7
**3:13-cv-1630-RNC**
  1:8
**3:13-cv-1631-RNC**
  1:8
**3:13-cv-1632-RNC**
  1:9
**3:13-cv-1633-RNC**
  1:9
**3:13-cv-1634-RNC**
  1:10
**3:13-cv-1635-RNC**
  1:10
**3:13-cv-1636-RNC**
  1:11
**3:13-cv-1637-RNC**
  1:11
**3:13-cv-1638-RNC**
  1:12
**3:13-cv-1639-RNC**
  1:12
**3:13-cv-1640-RNC**
  1:13
**3:13-cv-1641-RNC**
  1:13
**3:13-cv-1642-RNC**
  1:14

---

**3:13-cv-1644-RNC**
  1:14
**3:13-cv-1645-RNC**
  1:15
**3:13-cv-1647-RNC**
  1:15
**3:13-cv-1648-RNC**
  1:16
**3:13-cv-1701-RNC**
  1:16
**3:13-cv-1767-RNC**
  1:17
**3:13-cv-1768-RNC**
  1:17
**3:13-cv-1769-RNC**
  1:18
**3:13-cv-1881-RNC**
  1:18
**3:13-cv-1904-RNC**
  1:19
**3:13-cv-1906-RNC**
  1:19
**3:13-cv-1907-RNC**
  1:20
**30** 45:3 234:13
**30th** 11:6 15:6
  60:23 63:20 93:10
  233:18
**31** 45:17
**3rd** 223:19

---

**4**

**4** 7:16 41:20,21
  51:14
**4:02** 177:7
**4:26** 177:13
**4:41** 184:15
**4:42** 184:18
**40** 16:7,11 46:21
**41** 7:16
**43** 46:20,22
**471** 4:16
**473** 233:2,22
**48** 20:10,11,15
**49** 22:17,19

---

**5**

---

**5** 2:5 7:17 33:3,7
  35:12 36:2 75:20
  169:18,19
**5:10** 200:21
**5:11** 200:24
**5:28** 211:25
**5:30** 212:3
**5:48** 221:14
**5:49** 221:17
**50** 77:18 78:3 182:4
  182:20 207:13
**53** 48:12
**547** 2:5

---

**6**

**6** 7:18 171:3,4
**6:06** 231:19
**6:10** 231:22
**6:11** 232:8
**60** 232:2
**617-423-0400** 4:9
**617-523-6010** 5:25
**617-523-6250** 3:8
**62002** 3:24
**63** 49:1

---

**7**

**7** 7:19 51:17 77:4
  77:10 172:22,23
  173:2

---

**8**

**8** 7:20 177:8
**830** 5:23
**860-275-0100** 5:16
**860-275-8200** 5:8

---

**9**

**9** 54:13
**9:13** 8:7
**9:16** 1:25
**9:44** 24:4,7
**99** 93:16,16 94:1,23

# Exhibit I

Confidential - Subject to Further Confidentiality Review

Page 1

                    UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
          ****************************
          GERVIL ST. LOUIS, a/k/a ST.    Consolidated with:
          LOUIS GERVIL,                  3:13-cv-1225-RNC
                                         3:13-cv-1269-RNC
                          Plaintiff,     3:13-cv-1437-RNC
                                         3:13-cv-1480-RNC
               v.                        3:13-cv-1626-RNC
                                         3:13-cv-1627-RNC
          DOUGLAS PERLITZ, FATHER        3:13-cv-1628-RNC
          PAUL E. CARRIER, S.J.; HOPE    3:13-cv-1629-RNC
          E. CARTER; HAITI FUND,         3:13-cv-1630-RNC
          INC.; FAIRFIELD UNIVERSITY;    3:13-cv-1631-RNC
          THE SOCIETY OF JESUS OF NEW    3:13-cv-1632-RNC
          ENGLAND; SOVEREIGN MILITARY    3:13-cv-1633-RNC
          HOSPITALLER ORDER OF ST.       3:13-cv-1634-RNC
          JOHN OF JERUSALEM OF RHODES    3:13-cv-1635-RNC
          AND OF MALTA, AMERICAN         3:13-cv-1636-RNC
          ASSOCIATION, U.S.A.; a/k/a     3:13-cv-1637-RNC
          ORDER OF MALTA, AMERICAN       3:13-cv-1638-RNC
          ASSOCIATION, U.S.A.; JOHN      3:13-cv-1639-RNC
          DOE ONE; JOHN DOE TWO; JOHN    3:13-cv-1640-RNC
          DOE THREE; JOHN DOE FOUR;      3:13-cv-1641-RNC
          JOHN DOE FIVE; JOHN DOE SIX    3:13-cv-1642-RNC
          and JOHN DOE SEVEN,            3:13-cv-1644-RNC
                                         3:13-cv-1645-RNC
                          Defendants.    3:13-cv-1647-RNC
                                         3:13-cv-1648-RNC
                                         3:13-cv-1701-RNC
                                         3:13-cv-1767-RNC
                                         3:13-cv-1768-RNC
                                         3:13-cv-1769-RNC
                                         3:13-cv-1881-RNC
                                         3:13-cv-1904-RNC
                                         3:13-cv-1906-RNC
                                         3:13-cv-1907-RNC
          ****************************
          This document applies to:
          All of the above referenced cases
          And those to be filed
          ****************************
          CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
           VIDEOTAPED DEPOSITION OF JASON MAXWEL DERIZA

                    Wednesday, January 13, 2016
                         9:09 a.m.

Confidential - Subject to Further Confidentiality Review

Page 2

1    VIDEOTAPED DEPOSITION OF JASON MAXWEL DERIZA
2
3
     Held At:
4
5      Iberostar Costa Dorada
6      Carretera Luperón, km 4
7      Puerto Plata, Dominican Republic
8
9
10   REPORTED BY:
11   Maureen O'Connor Pollard
12   Realtime Systems Administrator
13   RMR, CLR, LSR #473, CSR #149108
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1    APPEARANCES:
2    FOR THE PLAINTIFFS:
3      LU XIA, ESQ.
4        LAW OFFICES OF MITCHELL GARABEDIAN
5        100 State Street, Sixth Floor
6        Boston, Massachusetts 02109
7        617-523-6250
8        lxia@garabedianlaw.com
9          -and-
10     ELLYN H. HURD, ESQ.
11       SIMMONS HANLY CONROY
12       112 Madison Avenue
13       New York, New York 10016
14       212-784-6400
15       ehurd@simmonsfirm.com
16         -and-
17     JO ANNA POLLOCK, ESQ.
18       SIMMONS HANLY CONROY
19       One Court Street
20       Alton, Illinois 62002
21       jpollock@simmonsfirm.com
22
23
24
25

Page 4

1    APPEARANCES (Continued):
2
3    FOR THE DEFENDANT PAUL E. CARRIER, S.J.:
4      TIMOTHY P. O'NEILL, ESQ.
5        MURPHY & KING
6        One Beacon Street, Twenty First Floor
7        Boston, Massachusetts 02108
8        617-423-0400
9        tpo@murphyking.com
10
11   FOR THE DEFENDANT HOPE E. CARTER:
12     JEFFREY W. KENNEDY, ESQ.
13       MILANO & WANAT LLC
14       471 East Main Street
15       Branford, Connecticut 06405
16       203-315-7000
17       jkennedy@mwllc.us
18
19
20
21
22
23
24
25

Page 5

1    APPEARANCES (Continued):
2
3    FOR THE DEFENDANT ORDER OF MALTA AMERICAN
4    ASSOCIATION, U.S.A.:
5      BRADFORD S. BABBITT, ESQ.
6        ROBINSON & COLE LLP
7        280 Trumbull Street
8        Hartford, Connecticut 06103
9        860-275-8200
10       bbabbitt@rc.com
11
12   FOR THE DEFENDANT FAIRFIELD UNIVERSITY:
13     JOHN W. CERRETA, ESQ.
14       DAY PITNEY LLP
15       242 Trumbull Street
16       Hartford, Connecticut 06103
17       860-275-0100
18       jcerreta@daypitney.com
19
20
21
22
23
24
25

2 (Pages 2 to 5)

Confidential - Subject to Further Confidentiality Review

Page 6

1    APPEARANCES (Continued):
2
3    FOR THE DEFENDANT THE SOCIETY OF JESUS OF
4    NEW ENGLAND:
5        LYDIA KNIGHT, ESQ.
6        SLOANE AND WALSH, LLP
7        Three Center Plaza, Suite 830
8        Boston, Massachusetts 02108
9        617-523-6010
10       lknight@sloanewalsh.com
11
12
13   Videographer:  Christopher Coughlin
14
15   Interpreter:  Nathalie Coupet
16       Fabie Bodek
17
18   Also Present:
19   Jean Elyseé Pierre Louis, Interpreter
20   Giraud Pierre, Interpreter
21
22
23
24
25

Page 7

1            INDEX
2    EXAMINATION                PAGE
3    JASON MAXWEL DERIZA
4      BY MR. KENNEDY             10
5      BY MR. CERRETA            162
6      BY MR. BABBITT            165
7      BY MS. KNIGHT             170
8
9
10           E X H I B I T S
11   NO.    DESCRIPTION          PAGE
12   1   Complaint and Jury Trial Demand...... 67
13   2   Plaintiff Jason Maxwel Deriza's
         Response to Certain Defendants'
14       First Set of Interrogatories......... 68
15   3   Group of eight documents............. 35
16   4   Copy of color photograph.............156
17   5   Copy of color photograph.............158
18   6   Copy of color photograph.............159
19
20
21
22
23
24
25

Page 8

1            P R O C E E D I N G S
2
3        THE VIDEOGRAPHER:  We are now on
4    record.  My name is Chris Coughlin, I'm a
5    videographer for Golkow Technologies.  Today's
6    date is January 13, 2016, and the time is
7    9:09 a.m..
8        This video deposition is being held in
9    Puerto Plata, Dominican Republic, in the matter
10   of Gervil St. Louis a/k/a St. Louis Gervil,
11   Plaintiffs versus Douglas Perlitz, et al, in the
12   United States District Court, District of
13   Connecticut, Civil Action 3:13-cv-01132-RNC.
14       The deponent is Jason Maxwel Deriza.
15       Will counsel please identify
16   yourselves and state whom you represent.
17       MR. KENNEDY:  Good morning.  I'm
18   Jeffrey Kennedy, I represent Hope Carter.
19       MR. CERRETA:  Good morning.  John
20   Cerreta for Fairfield University.
21       MR. O'NEILL:  Timothy O'Neill
22   representing Pere Paul Carrier.
23       MR. BABBITT:  I'm Bradford Babbitt, I
24   represent the American Association of the Order
25   of Malta.

Page 9

1        MS. KNIGHT:  Good morning.  Lydia
2    Knight, and I represent the Society of Jesus of
3    New England.
4        MS. POLLOCK:  Jo Anna Pollock, and I
5    represent the Plaintiff.
6        MS. HURD:  Ellyn Hurd, I represent the
7    Plaintiff.
8        MS. XIA:  Lou Xia for Plaintiff.
9        THE VIDEOGRAPHER:  The court reporter
10   is Maureen Pollard, and she will now swear in
11   the interpreter and the witness.
12
13       NATALIE COUPET, Interpreter,
14   having been duly sworn to translate the
15   questions and answers accurately, translated as
16   follows:
17
18       JASON MAXWEL DERIZA,
19   having been first duly sworn, was examined and
20   testified as follows through the interpreter:
21
22       MR. KENNEDY:  Just a housekeeping
23   issue.  Counsel, usual stipulations?  Reserve
24   all objections as to form, and motions to
25   strike.  And you guys would like 60 days to read

3 (Pages 6 to 9)

Confidential - Subject to Further Confidentiality Review

Page 10

1  and sign?
2      MS. POLLOCK: Yes.
3      MR. KENNEDY: Also understood that an
4  objection for one is an objection as to all.
5      MS. POLLOCK: Sure. I believe there's
6  also a stipulation pertaining to notary.
7      MR. KENNEDY: Yes. Stipulation as
8  to -- you're correct, stipulation as to notary.
9      DIRECT EXAMINATION
10 BY MR. KENNEDY:
11     Q. Sir, could you please state your name
12 for the record?
13     A. Deriza, last name, Jason Maxwel.
14     Q. So is your full name, sir, Jason
15 Maxwel Deriza?
16     A. Yes.
17     Q. Okay.
18     THE VIDEOGRAPHER: May I just ask
19 before beginning, it's best if the witness keeps
20 his voice up.
21     THE WITNESS: Okay.
22     THE VIDEOGRAPHER: Thank you, sir.
23 BY MR. KENNEDY:
24     Q. Sir, do you go by Jason or another
25 name?

Page 11

1      A. I have a nickname, my father gave it
2  to me, it's Japou.
3      Q. And is that J-A-P-O-U?
4      A. Yes.
5      Q. Are you known by any other nicknames
6  besides Japou?
7      A. I don't remember.
8      Q. Is it possible that you've been known
9  by another name, sir?
10     A. I don't remember this.
11     MS. POLLOCK: You've got to speak up.
12 BY MR. KENNEDY:
13     Q. Your friends call you Japou?
14     A. No. My father.
15     Q. Okay. What do your friends call you,
16 sir?
17     A. Maxwel. My name.
18     Q. And when you went to -- and we're
19 going to be talking about PPT later, but when
20 you went to PPT, what were you known as -- were
21 you known as Maxwel or Japou?
22     A. Maxwel.
23     Q. Sir, if there's any question that I
24 ask you today that you don't understand, just
25 ask me to rephrase the question, and I'd be

Page 12

1  happy to do so.
2      A. Okay.
3      Q. Because if you do answer the question,
4  I'm going to assume that you understood my
5  question.
6      A. Yes.
7      Q. Sir, do you understand that you swore
8  before God today to tell the truth?
9      A. Yes.
10     Q. Do you believe in God, sir?
11     A. Yes.
12     Q. As we sit here today, are you on any
13 medication?
14     A. No.
15     Q. Do you regularly take any medication,
16 sir?
17     A. No.
18     Q. Have you ever taken drugs, sir?
19     A. No.
20     Q. Have you ever used paint thinner, sir?
21     A. No, I don't remember. No, I don't do
22 that.
23     Q. No, you don't remember if you've taken
24 paint thinner?
25     A. No, I don't take.

Page 13

1      Q. And you've never taken paint thinner?
2      A. No.
3      Q. What's your date of birth, sir?
4      A. Month of May 22, 1993. 1993.
5      Q. So you're 22 years old today, sir?
6      A. No. I think that -- we're in 2016, so
7  I think it would be 23.
8      Q. You're 23.
9      Sir, I don't want to know about any
10 conversations that you've had with your
11 attorneys, but before you came here today, did
12 you read anything to prepare for today's
13 statement?
14     A. Excuse me?
15     Q. Did you read any documents, sir, to
16 prepare for today?
17     A. I don't remember. I don't remember.
18     Q. Can you read Creole, sir?
19     A. Not a lot.
20     Q. Can you write Creole, sir?
21     A. A few.
22     Q. Can you write your name, sir?
23     A. Yes.
24     Q. And I'm jumping a little ahead here,
25 but are you currently in school, sir?

4 (Pages 10 to 13)

Confidential - Subject to Further Confidentiality Review

Page 14

1     THE INTERPRETER:  In school?
2     MR. KENNEDY:  Yes.
3     A.  Yes.
4     Q.  What grade are you currently in, sir?
5     A.  Tenth grade.
6     A.  Tenth grade.
7     A.  I think I'm in tenth grade.
8     Q.  You're in tenth grade, but you can
9  just read a little Creole, is that your
10  testimony?
11     A.  Yes.
12     Q.  And you can only write a little
13  Creole.
14     A.  Yes.
15     Q.  And, sir, as I said, I don't want to
16  know about any substantive conversations you've
17  had with your attorneys, but did you speak to
18  anybody to prepare for today's statement?
19     MS. POLLOCK:  I'm going to instruct
20  you not to disclose any communications that
21  you've had with your lawyers or with Mathieu or
22  with Cyrus or with the translators.  If you've
23  spoken with anyone else, you can answer.
24     A.  During the day?
25  BY MR. KENNEDY:

Page 15

1     Q.  At any time, sir.
2     A.  I could have spoken to anyone, I don't
3  remember.
4     Q.  Have you spoken to anyone besides your
5  attorneys about this lawsuit that you brought?
6     MS. POLLOCK:  Again I'm going to
7  remind the witness not to disclose any
8  communications you actually had with Mathieu,
9  Cyrus, the lawyers, or the translators.  You can
10  answer the question yes or no.
11     A.  Can you repeat the question, please?
12  BY MR. KENNEDY:
13     Q.  Sure.
14     Have you spoken to anyone besides your
15  attorneys about this lawsuit that you brought?
16     MS. POLLOCK:  Can we agree I don't
17  need to -- when you say it again I don't need to
18  say it?
19     MR. KENNEDY:  Yes.
20     A.  No.
21  BY MR. KENNEDY:
22     Q.  Did you speak to Cyrus Sibert, sir?
23     MS. POLLOCK:  Again, you can answer
24  the question yes or no.
25     A.  Yes.

Page 16

1  BY MR. KENNEDY:
2     Q.  And what did you say to Cyrus Sibert,
3  sir?
4     MS. POLLOCK:  Let me stop for a
5  minute.  Something is wrong on the record that
6  didn't get down, which we'll correct later,
7  which is why I was distracted and I didn't hear
8  the question that you asked.  I know you're
9  asking about what he said to Cyrus when, what
10  time frame?
11     MR. KENNEDY:  Before he came here
12  today.
13     MS. POLLOCK:  At any time?
14     MR. KENNEDY:  At any time.
15     MS. POLLOCK:  Again, I'm going to
16  instruct you not to disclose any communications
17  that you've had with Cyrus other than the very
18  first conversation you had with him.  So you can
19  testify about the very first conversation you
20  had with Cyrus, and I'm instructing you not to
21  disclose any later conversations with Cyrus.
22     MR. O'NEILL:  Please note my objection
23  to that instruction.
24     MS. POLLOCK:  Noted.
25     A.  Can I answer now?

Page 17

1  BY MR. KENNEDY:
2     Q.  Yes, sir.
3     A.  When I talked to him I went to him to
4  file a complaint so he could take care of my own
5  file, my own case.
6     Q.  And when did you --
7     A.  So I could find my own justice.
8     Q.  So you went to Cyrus to find your
9  justice?
10     A.  Yes.
11     Q.  And when did you do that, sir?
12     A.  I don't remember.  I don't remember.
13     Q.  Did you go meet with him, sir?
14     A.  Yes.
15     Q.  Where was that, sir?
16     A.  In Rue 28, Street 28.
17     Q.  Street.
18     And where was Cyrus on Street 28, sir?
19     A.  I believe it was his house.
20     Q.  You went to Cyrus's house?
21     A.  Yes, that's where I went.  That's
22  where I thought I would find him.
23     Q.  How did you know to go see Cyrus to
24  find your justice?
25     A.  Because there was other people that

Confidential - Subject to Further Confidentiality Review

Page 18

1    talked to me about that, that he could help me
2    find my justice.
3        Q.  Who were these people, sir, that
4    talked to you about the fact that Cyrus could
5    help you find your justice?
6        A.  Several people, but I don't remember.
7        Q.  You don't remember their names?
8        A.  No.
9        Q.  Were they former PPT students?
10       A.  I don't really remember that.
11       Q.  Is one of the individuals named Jean
12   Gary, or Schoubert Hedouville?
13       A.  No.
14       Q.  And did you go to Cyrus's house with
15   these people, sir?
16       A.  No.
17       Q.  You went by yourself?
18       A.  Yes.
19       Q.  How did you know how to get there,
20   sir?
21       A.  I asked explanations to people who
22   knew him.
23       Q.  Well, how did these, how did the --
24   strike that.
25           What did these people tell you about

Page 19

1    Cyrus Sibert before you went to go to his house?
2        A.  I asked them how to get there.  And I
3    didn't explain anything to them, I just asked
4    for directions so I could get to him.
5        MS. POLLOCK:  Can I interrupt real
6    quick?  Can you ask him to speak up loud enough
7    so Elyseé can hear you, speak that loud so
8    Elyseé hears you, too.
9    BY MR. KENNEDY:
10       Q.  These people that you spoke to, did
11   they work for Cyrus?
12       A.  Well, I don't know if they work for
13   Cyrus.
14       Q.  Do you know anybody that works for
15   Cyrus?
16       A.  No.
17       Q.  Do you know an individual named
18   Mathieu?
19       A.  Yes.
20       Q.  Does Mathieu work with Cyrus?
21       A.  I always see him with Cyrus.  I don't
22   know what he does for Cyrus.
23       Q.  So you go to -- strike that.  I'm
24   sorry.
25           When you go to Cyrus's house for the

Page 20

1    first time, what do you tell him?
2        MS. POLLOCK:  I'm going to instruct
3    the witness not to disclose -- not to testify
4    about what he actually told Cyrus at that
5    meeting, because the witness testified that he
6    went there seeking advice basically and finding
7    justice about his case.
8        MR. KENNEDY:  So the record is clear,
9    it's your position -- well, let me ask one more
10   before I go into any kind of soliloquy.
11   BY MR. KENNEDY:
12       Q.  Sir, at the time that you went to
13   Cyrus's house for the first time, had you
14   retained Attorney Mitch or any other attorney in
15   America for this lawsuit?
16       A.  No.
17       Q.  So at this point you don't have a
18   lawyer, do you, sir?
19       MS. POLLOCK:  At which point?
20   BY MR. KENNEDY:
21       Q.  At the time you go to Cyrus's house
22   for the first time.
23       A.  No.
24       Q.  So I'll re-ask the question, sir.
25           The first time you go to Cyrus's

Page 21

1    house, what do you tell him?
2        A.  I went to his house so he could help
3    me find justice with my case.
4        Q.  But at the point you went to Cyrus's
5    house, you didn't have a case, did you, sir?
6        MS. POLLOCK:  I'm going to object to
7    the phrase "case" or the term -- I'm sorry, I'm
8    tired.  I'm going to object to the term "case"
9    as being vague.
10       MR. KENNEDY:  Fair enough.  Let me
11   re-ask, because I don't think I got an answer to
12   the first question, sir.
13   BY MR. KENNEDY:
14       Q.  The first time you go to Cyrus's
15   house, what do you tell him?
16       A.  I don't remember.
17       Q.  You don't remember what you told him
18   the first time you went to see Cyrus?
19       A.  I asked him to find justice for me for
20   my own case, but I don't remember what I said.
21       Q.  Did you tell him that you were abused
22   by Doug Perlitz?
23       A.  I don't remember.  This escapes me.  I
24   don't remember.
25       Q.  Do you remember if Cyrus asked you any

6 (Pages 18 to 21)

Confidential - Subject to Further Confidentiality Review

Page 22

1  questions the first time you met with him?
2      A.  I talked, he asked me questions, but I
3  don't remember what I said.
4      Q.  My question, sir, is what questions
5  did Cyrus ask you, sir?
6      A.  I don't remember.
7      Q.  Did Cyrus ask if you were abused by
8  Douglas Perlitz, sir, on that first meeting?
9      A.  I don't remember this.
10     Q.  Did Cyrus ask if you were a former
11 student at PPT on that first visit, sir?
12     A.  Yes, I remember that.
13     Q.  Can you remember any other question
14 that Cyrus asked you, sir, on that first
15 meeting?
16     A.  It's been a long time.  I don't
17 remember.
18     Q.  Did Cyrus indicate that he'd help you
19 find your justice?
20     A.  Yes.
21     Q.  Did Cyrus tell you how he would help
22 you find your justice?
23     A.  He told me he would put me in contact
24 with someone who would help me get my justice.
25     Q.  And who was that person that would

Page 23

1  help you get your justice, sir?
2      A.  He put me in contact with these
3  lawyers.
4      Q.  Okay.  The lawyers that are here?  The
5  lawyers and the law firms that are here today,
6  sir?
7      A.  Yes.
8      Q.  And I don't want to know about any
9  conversations you've had with your lawyers, but
10 at some point after you met with Cyrus for the
11 first time, did you speak to lawyers in America?
12     MS. POLLOCK:  You can answer the
13 question with a yes or no answer.  I don't want
14 you to disclose any actual conversations you've
15 had.
16     A.  After I met him?
17 BY MR. KENNEDY:
18     Q.  Yes, sir.
19     A.  Yes.
20     Q.  Okay.  How long after you met with
21 Cyrus at his house for the first time and that
22 you spoke to an attorney in America?
23     A.  I can't remember that.
24     Q.  At that first meeting that you had
25 with Cyrus at his house, was anyone else there

Page 24

1  besides you and Cyrus?
2      A.  There were other people, but I
3  couldn't -- I didn't identify all of them.
4      Q.  Were these other people that were also
5  coming to Cyrus to find their justice?
6      A.  I don't know what they were doing.  I
7  went personally there for my own -- on my own.
8  I don't know why they were there.
9      Q.  Do you know the names of any of those
10 people that were there?
11     A.  No, I don't remember their names.
12     Q.  Was Mathieu there, sir?
13     A.  I don't remember.
14     Q.  On that first visit at Cyrus's house,
15 did Cyrus give you any money, sir?
16     A.  No.
17     Q.  Has Cyrus ever given you money, sir?
18     A.  Throughout all the times we met,
19 you're asking me if he ever gave me throughout
20 every time we met?
21     Q.  Yes, sir.
22     A.  Yes.
23     Q.  How many times did Cyrus give you
24 money, sir?
25     A.  I don't remember that.  I don't

Page 25

1  remember, but maybe two or three times.
2      Q.  Okay.  And on the first time that he
3  gave you money, sir, how much money did he give
4  you?
5      A.  First time he gave me, I remember he
6  gave me $100.
7      Q.  Is that 100 US dollars?
8      A.  Yes.
9      Q.  And when did he give you that money,
10 sir?
11     A.  I don't remember the time.
12     Q.  Was it within the last year, sir?
13     A.  I don't remember the time he gave me
14 that.  It's been a while.
15     Q.  And when he gave you that first 100 US
16 dollars, what did you do with that money, sir?
17     A.  Things I needed I bought with it.
18     Q.  Okay.  What were those things, sir?
19     A.  Things for school, and then food, and
20 I bought some clothes.
21     Q.  What kind of clothes, sir?
22     A.  For me to wear.
23     Q.  Okay.  Was it a shirt, jeans, do you
24 remember?
25     A.  I don't remember.  It wasn't much,

7 (Pages 22 to 25)

Confidential - Subject to Further Confidentiality Review

Page 26

1  because he couldn't buy much.
2      Q.  Where was Cyrus when he gave you this
3  money, sir, for the first time?  I'm sorry.
4      A.  I don't really remember where he was
5  when he gave it to me.
6      Q.  Were you with anybody when he gave you
7  the $100 for the first time, sir?
8      A.  No.
9      Q.  Was Cyrus alone when he gave you the
10  first $100, sir?
11      A.  I don't remember.  I don't know if he
12  had people with him.
13      Q.  And I believe you indicated, sir, that
14  he gave you money on, the total, to the best of
15  your memory, two to three times.  The second
16  time that Cyrus give you money, how much money
17  did he give you, sir?
18      A.  I don't remember.  It was two or three
19  times.  I don't remember the other time how much
20  he gave me.
21      Q.  You don't remember the amounts he gave
22  you, sir?
23      A.  About 250 to 300, but I don't really
24  remember exactly how much, the amount.
25      Q.  250 to 300 US dollars, sir?

Page 27

1      A.  Yes, maybe.
2      Q.  And that was on top of the $100 he had
3  already given you, sir?
4      A.  Total.
5      Q.  So 250 -- I'm sorry.  250 to 300 US
6  dollars total is what Cyrus has given you?
7      A.  Yes.
8      Q.  When is the last time that Cyrus gave
9  you money, sir?
10      A.  I can't guess.  I don't remember.
11      Q.  Was it within the last year, sir?
12      A.  Don't remember.
13      Q.  Was it within the last six months,
14  sir?
15      A.  I don't remember when the last time
16  was.
17      Q.  The second -- or the second and third
18  time that Cyrus gave you money, what did you do
19  with that money, sir?
20      A.  I used it to eat and to pay fees to go
21  to school, but I don't remember everything I did
22  with it.
23      Q.  Do you have any money left from the
24  money that Cyrus gave you, sir?
25      A.  No.

Page 28

1      Q.  Has anyone else given you money, sir?
2      A.  Can you repeat the question, please?
3      A.  Sure.
4          Has anyone else given you money, sir?
5      MS. POLLOCK:  Counsel, do you mean at
6  any time in his life including family and
7  friends?
8  BY MR. KENNEDY:
9      Q.  Since you brought your case, since you
10  went to Cyrus to seek justice.
11      MS. POLLOCK:  Again, you're asking
12  about family and friends?
13      MR. KENNEDY:  Yes, whatever.  Just see
14  where it goes.
15      MS. POLLOCK:  Okay.
16      A.  I don't remember.
17  BY MR. KENNEDY:
18      Q.  Did Mathieu ever give you money, sir?
19      A.  Yes.
20      Q.  How much money has Mathieu given you,
21  sir?
22      A.  10,200 gourdes.
23      Q.  When did Mathieu give you -- did
24  Mathieu give you the 10,200 gourdes all at once,
25  sir?

Page 29

1      A.  In two payments.
2      Q.  When did he do that, sir?
3      A.  Several times.  I don't remember.
4      Q.  Let me back up before, sir.
5          When Cyrus gave you the money for the
6  first time, did you ask him for money?
7      MS. POLLOCK:  I'm going to instruct
8  the witness not to disclose any communications
9  you've had with Cyrus after the first meeting
10  you had with Cyrus at his house.  If you spoke
11  with Cyrus about money before that meeting with
12  Cyrus on Rue 28, you can answer the question.
13  If you spoke to Cyrus about money after the
14  meeting on Rue 28, I'm instructing you not to
15  answer.
16      MR. KENNEDY:  Counsel --
17      MS. POLLOCK:  I want that interpreted
18  first while it's on her mind.
19      MR. KENNEDY:  Counsel, just so the
20  record is clear, is it fair to say that it's the
21  Plaintiffs' position that any conversation with
22  Cyrus or Mathieu after the first meeting is
23  privileged?
24      MS. POLLOCK:  To the extent it
25  pertains to this lawsuit, yes.

8 (Pages 26 to 29)

Confidential - Subject to Further Confidentiality Review

Page 30

1        MR. KENNEDY: Okay. And that's
2    because they're agents, is that the position?
3        MS. POLLOCK: Yes.
4        MR. KENNEDY: Okay.
5    BY MR. KENNEDY:
6        Q. So, sir, going back to my question,
7    the first time that you meet with Cyrus -- I'm
8    sorry, strike that.
9        The first time that Cyrus gives you
10   money, did you ask him for money, or did he just
11   give you the money?
12       MS. POLLOCK: Again I'm going to
13   remind the witness not to answer the question if
14   that conversation took place prior to the first
15   meeting with Cyrus.
16       THE INTERPRETER: Prior?
17       MS. POLLOCK: I'm going to instruct
18   the witness to the extent the conversation took
19   place after the first meeting with Cyrus.
20       MR. KENNEDY: I think it can be
21   answered in a yes, no, without getting into
22   substantive.
23       MS. POLLOCK: I don't think it can,
24   because you've asked what did -- did you ask him
25   for money, which would be -- reveal the

Page 31

1    substance of the conversation.
2        MR. KENNEDY: You're instructing him
3    not to answer the question?
4        MS. POLLOCK: Yes. Logically the
5    conversation had to have taken place after that
6    first meeting, it's privileged.
7        MR. KENNEDY: Obviously we don't agree
8    with that position, but we can take it up with
9    the court.
10       MS. POLLOCK: Sure.
11       MR. O'NEILL: Of course it will mean
12   we'll have to come back to ask the questions.
13       MS. POLLOCK: No problem, if you win.
14       MR. O'NEILL: If we can be assured
15   that they'll be produced.
16       MS. POLLOCK: If you prevail in front
17   of the judge, Counsel. Go ahead.
18   BY MR. KENNEDY:
19       Q. Where was Mathieu when he gave you
20   these two payments of the gourdes, sir?
21       A. The first time I had gone downtown to
22   the city and he gave me 100 gourdes so I could
23   pay for the car, for the transportation.
24       Q. Where were you taking the
25   transportation to, sir?

Page 32

1        A. I don't live inside the city, in the
2    city.
3        Q. Why were you going to the city?
4        A. I don't completely remember why.
5        Q. I don't want to know about any
6    conversations you've had -- that you've had with
7    your attorneys, but were you going to meet with
8    anybody on your case?
9        A. I don't remember.
10       Q. And so if he gave you the 100 gourdes
11   the first time, did he give you the 10,100
12   gourdes on another occasion, sir?
13       A. I'm sorry, I said 200 gourdes, because
14   I paid the other -- the way back also.
15       Q. Okay. So the first time he gave you
16   200 gourdes?
17       A. Yes.
18       Q. Okay. And the second time he gave you
19   10,000 gourdes?
20       A. Yes.
21       Q. And what did you use that money for,
22   sir?
23       A. For my preparation so I could come to
24   the depo, deposition.
25       Q. To today's deposition, sir?

Page 33

1        A. Yes.
2        Q. Did you use that money to pay for a
3    bus ticket, sir?
4        A. No.
5        Q. What did you use that money for, sir?
6        A. So I could buy everything I didn't
7    have, and to do the trip.
8        Q. What did you buy?
9        A. Shoes, clothes, everything I would
10   need to use.
11       Q. And when did Mathieu give you that
12   money, sir?
13       A. I don't remember. It was Wednesday.
14   It was a Wednesday.
15       Q. Was it a week ago, sir?
16       A. Yes.
17       Q. And did Mathieu give this money in
18   Cap-Haïtien?
19       A. Yes.
20       Q. Was anybody with Mathieu when he gave
21   you the money, sir?
22       A. I knocked at his door at his house
23   down there, but I don't know if there were other
24   people inside.
25       Q. Beside Cyrus and Mathieu, has anyone

9 (Pages 30 to 33)

Confidential - Subject to Further Confidentiality Review

Page 34

1  given you any other money since you went to see
2  Cyrus for the first time to seek your justice?
3      MS. POLLOCK:  You can answer this
4  question yes or no.  I don't want you to
5  disclose any conversations you may have had with
6  counsel.
7      A.  No.
8  BY MR. KENNEDY:
9      Q.  Your attorneys haven't given you any
10  money, sir?
11      MS. POLLOCK:  You can answer this
12  question yes or no.
13      A.  No.
14  BY MR. KENNEDY:
15      Q.  Sir, have you kept any kind of writing
16  or any kind of diary or journal about your time
17  at PPT?
18      A.  No.
19      Q.  Okay.  And I was handed -- it's been
20  marked, as I'm going a little out of order here,
21  but it's been marked as Defendants' Exhibit 3
22  for ID a document which I received this morning
23  for the deposition from your counsel.
24      MS. POLLOCK:  A group of --
25      MR. KENNEDY:  Fair enough.

Page 35

1      (Whereupon, Deriza Exhibit Number 3,
2      Group of eight documents, was marked
3      for identification.)
4  BY MR. KENNEDY:
5      Q.  It appears to be eight pages, some
6  which appear to be duplicative, which we're
7  going to be talking about a little later.
8      But besides these documents, sir, do
9  you have any other documents that relate to your
10  time at PPT, sir?
11      MS. POLLOCK:  I'm going to instruct
12  the witness you can answer the question yes or
13  no.  I don't want you to testify about any
14  documents you would have received that reflect
15  communications with counsel.
16      A.  No.
17  BY MR. KENNEDY:
18      Q.  And maybe my question could have been
19  a little clearer, sir.
20      Do you have any of your school records
21  from your time at PPT, including any
22  identification information?
23      A.  Other schools, or the school at PPT?
24      Q.  Just PPT, sir.  That would include any
25  records or information from Rue 13, Carenage, or

Page 36

1  the Village.
2      A.  I don't know if I have them here.
3      Q.  Is it possible that you do have some
4  at home?
5      A.  What type of documents?
6      Q.  You tell me, sir.  Any school record
7  or anything having to do with PPT, except for
8  letters that you got from your lawyers.
9      A.  No.
10      Q.  You don't have any old report cards,
11  sir?
12      A.  I don't remember.
13      Q.  Can you do me a favor?  When you go
14  home, can you just look to see if you have any
15  records from PPT, and if you do could you please
16  give them to your American lawyers?
17      A.  Okay.
18      Q.  Thank you, sir.
19      A.  Yes.
20      Q.  Sir, how did you come here today for
21  your deposition?
22      MS. POLLOCK:  Before you -- we've been
23  going an hour, and I know you're going to spend
24  time on that, can we just take a break?
25      MR. KENNEDY:  Sure.

Page 37

1      MS. POLLOCK:  That seems like a
2  natural breaking point.  I know you have a
3  question technically pending.
4      THE VIDEOGRAPHER:  Going off the
5  record.  The time is 10:06.
6      (Whereupon, a recess was taken.)
7      THE VIDEOGRAPHER:  Back on the record.
8  The time is 10:24.
9  BY MR. KENNEDY:
10      Q.  Sir, how did you come here today for
11  your deposition?
12      A.  I took -- in a bus.
13      Q.  Was this a Caribbean bus from Haiti,
14  sir?
15      A.  Yes.
16      Q.  And did you take it from Cap-Haïtien?
17      A.  Yes.
18      Q.  And who paid for your bus ticket, sir?
19      A.  I don't really remember, but I was in
20  the bus with my two interpreters.
21      Q.  And did your two interpreters come
22  with you from Cap-Haïtien to the Dominican
23  Republic, sir?
24      A.  Yes, I was with them.
25      Q.  And are both your interpreters in the

10 (Pages 34 to 37)

Confidential - Subject to Further Confidentiality Review

Page 38

1 room today, sir?
2     A.  Yes.
3     Q.  What are their names, sir?
4     A.  The interpreters?
5     Q.  Yes, sir.
6     A.  Giraud and Elyseé.
7     Q.  Had you ever met them before you got
8 on the bus, sir?
9     A.  We were on the bus together.
10     Q.  Right.  My question was, had you ever
11 met them before you got on the bus today?
12     A.  Yes.
13     Q.  When had you met them before, sir?
14     A.  When we were coming.
15     Q.  I know you met them on the bus, sir.
16 But my question was, before you got on the bus,
17 had you met the two interpreters?
18     A.  Before I was on the bus, or when I was
19 on the ground still?
20     Q.  Yes, when you were on the ground.
21     A.  Yes, I saw them.
22     Q.  Maybe let me rephrase it.  This might
23 help.  Had you met your two interpreters before
24 that day that you got on the bus?  I know you
25 met them on that day that you took the bus, I'm

Page 39

1 just trying to understand if you had ever met
2 them before that day.
3     A.  No.
4     Q.  Besides the two interpreters, sir, was
5 any other former PPT student on the bus with
6 you, sir?
7     A.  I saw two other, two other guys.
8     Q.  And do you know a Jacques Mackenson,
9 sir?
10     A.  Yes.
11     Q.  Did you know him when you were going
12 to PPT, sir?
13     A.  Yes.
14     Q.  Is he a friend of yours, sir?
15     A.  We talk.
16     Q.  What do you guys talk about?
17     A.  Anything.
18     Q.  Do you talk about your lawsuit, sir?
19     A.  We tell each other jokes.
20     Q.  I understand you tell each other
21 jokes, sir.  My question was, did you talk about
22 your lawsuit, the reason we're here today?
23     A.  No.
24     Q.  Did you and Jacques Mackenson talk on
25 the bus from Haiti to the Dominican Republic,

Page 40

1 sir?
2     A.  We didn't -- we weren't sitting
3 together close.
4     Q.  I know you weren't sitting together
5 close, but did you talk during the bus ride,
6 sir?
7     A.  No.
8     Q.  Do you know an individual named
9 Johnson Audate, sir?
10     A.  Yes.
11     Q.  Did you go to PPT with Johnson Audate?
12     A.  I used to see him.
13     Q.  Where did you used to see him, sir?
14     A.  I used to see him in Rue 13 and also
15 at the Village, and when he came he used to see
16 me.
17     Q.  Is he a friend of yours, sir?
18     A.  We used to tell each other jokes,
19 talk, because we lived in the same place.
20     Q.  Was Johnson Audate on the bus with you
21 from Haiti to the Dominican Republic, sir?
22     A.  Yes.
23     Q.  And did you talk to Johnson Audate on
24 the bus, sir?
25     A.  No, I don't remember we talked,

Page 41

1 because we were not sitting at the same place.
2     Q.  Have you -- are you staying at this
3 hotel where the deposition is taking place, sir,
4 Iberostar?
5     A.  Yes.
6     Q.  Are you sharing a room with anybody,
7 sir?
8     A.  No.
9     Q.  Have you spoken to -- I'm sorry.
10     Sir, are you aware that Johnson Audate
11 had his deposition taken yesterday?
12     A.  I don't know.
13     Q.  Did you see Johnson Audate for dinner
14 last night, sir?
15     A.  I don't remember that I saw him
16 yesterday.
17     Q.  Did you go to dinner, sir, last night?
18     A.  Yes.
19     Q.  Who did you go to dinner with, sir?
20     A.  I was sitting at the same table with
21 Mackenson.
22     Q.  Was Johnson Audate there, sir?
23     A.  No.
24     Q.  Was Cyrus on the bus with you, sir,
25 from Haiti to the Dominican Republic?

11 (Pages 38 to 41)

Confidential - Subject to Further Confidentiality Review

Page 42

1     A.  No.
2     Q.  Was Mathieu on the bus with you, sir,
3   from Haiti to the Dominican Republic?
4     A.  No.
5     Q.  How was it that you knew to come for
6   your deposition, sir?
7        MS. POLLOCK:  I'm going to instruct
8   you not to disclose any communications you
9   actually had with your lawyers or with Cyrus or
10  with Mathieu.  If you learned from any other
11  source about your deposition, you can testify to
12  it, otherwise I don't want you to testify and
13  answer the question.
14    A.  I don't remember.
15  BY MR. KENNEDY:
16    Q.  Sir, where do you currently live?
17    A.  When I'm in Haiti.
18    Q.  Yes, sir.
19    A.  It's a district called Morin,
20  M-O-R-I-N.  It belongs to a wider area called
21  Galement Duplat.  G-A-L-E-M-E-N-T, next word
22  D-U-P-L-A-T.
23    Q.  Do you live in a house, sir?
24    A.  Yes.
25    Q.  And who do you live with, sir?  Who

Page 43

1   lives in the house?
2     A.  A cousin, his wife, and his child.
3     Q.  What's the cousin's name, sir?
4     A.  Babi.
5     Q.  Is that a first name, sir, or is it a
6   nickname?
7     A.  That's how we call him, but I don't
8   know his real name.
9     Q.  Okay.  And what's his wife's name,
10  sir?
11    A.  I know he's small.  Betty.
12    Q.  His wife's name is Betty?
13    A.  Yes.
14    Q.  And the child, what's the child's
15  name, sir?
16    A.  Andeli, A-N-D-E-L-I.
17    Q.  How old is Andeli?
18    A.  I don't know his age.  I haven't been
19  living with him in the same house for a long
20  time.
21    Q.  I'm a little confused, sir.  I thought
22  I just asked who do you -- I believe you just
23  indicated to me that you're currently living in
24  a house in -- I'm sorry, that you're currently
25  living in a house with your cousin, his wife,

Page 44

1   and his child, is that correct?
2     A.  Yes.
3     Q.  But then you also just indicated that
4   "I haven't been living with him in the same
5   house for a long time."  Which is it, do you
6   live with him now, or you don't live with him?
7     A.  Now, yes, now.
8     Q.  So now you do live with him?
9     A.  Yes.
10    Q.  And how long have you been living with
11  your cousin, his wife, and their child?
12    A.  I don't remember, but it's during the
13  period of time when the school is going to open.
14    Q.  What school, sir?
15    A.  The school I go to in Haiti.
16    Q.  What's the name of the school that you
17  go to in Haiti, sir?
18    A.  National High School Duti Boukman.
19  D-U-T-I, next word B-O-U-K-M-A-N.
20    Q.  Okay.  We're going to be talking about
21  your schooling in a little while, but I just
22  want to get back to your living arrangement.
23    A.  Okay.
24    Q.  Do you stay at this house where you
25  live with your cousin, his wife, and child every

Page 45

1   night?
2     A.  Yes.
3     Q.  And I believe you indicated you can't
4   tell me exactly how long you've been there, but
5   maybe we can do it this way.  Have you lived
6   with them for more than a year?
7     A.  No.  I don't remember.
8     Q.  Do you remember if you've been living
9   there for more than six months, sir?
10    A.  I don't remember how long, but it's
11  not been a long time.  It hasn't been a long
12  time.
13    Q.  Do they own the house, or do they
14  rent, sir?
15    A.  It's their house.
16    Q.  Do you have to pay any rent, sir?
17    A.  No.
18    Q.  Before you lived with your cousin, his
19  wife, and the child, where were you living, sir?
20    A.  I was staying in Madeline.
21  M-A-D-E-L-I-N-E.
22    Q.  Were you staying at a house?  Or where
23  were you staying in Madeline?
24    A.  In a house.
25    Q.  Who lived in that house, sir?

12 (Pages 42 to 45)

Confidential - Subject to Further Confidentiality Review

Page 46

1      A.  My uncle.
2      Q.  What's your uncle's name, sir?
3      A.  Nicholas.
4      Q.  And did anybody else live in that
5  house, sir, beside your uncle Nicholas?
6      A.  Yes, my cousin, a woman, a girl.
7      Q.  What's her name, sir?
8      A.  Handle, H-A-N-D-L-I-E.
9      Q.  And how long did you live there, sir?
10      A.  Several years.  I don't remember.
11      Q.  I'm sorry, sir, I should have asked
12  before, at the house where you live now with
13  your cousin, his wife, and their child, do you
14  have your own bedroom, sir?
15      A.  Yes, there's a place I sleep.
16      Q.  And was there ever a time where you
17  lived at your grandparents' house, sir -- I'm
18  sorry, your grandmother's house, sir?
19      A.  Yes.
20      Q.  When was that, sir?
21      A.  During each vacation.  During vacation
22  time.
23      Q.  Was that vacation between school, sir?
24      A.  When school closed after exams.
25      Q.  What school are we talking about, sir?

Page 47

1      A.  The school I was going to.
2      Q.  What school was that, sir?
3      A.  National High School Duti Boukman.
4      Q.  And who lived with you at your
5  grandmother's house, sir?
6      A.  It was my grandmother's house.
7      Q.  I realize that, sir.  I'm asking who
8  lived there beside your grandmother.
9      A.  Me, and there were other family
10  members, but I remember -- I don't remember the
11  name of all of them.
12      Q.  How many other family members lived at
13  your grandmother's house?
14      A.  I can't really count them, because I
15  don't really know how many there were.
16      Q.  What is your grandmother's name, sir?
17      A.  Ms. Desinor, D-E-S-I-N-O-R, last name
18  D-E-R-I-Z-A.
19      Q.  Sir, did your mother live with you at
20  your grandmother's house?
21      A.  Yes.
22      Q.  What's your mother's name, sir?
23      A.  Ismenie, I-S-M-E-N-I-E, last name
24  D-E-R-I-Z-A.
25      Q.  And is your mom still alive, sir?

Page 48

1      A.  Yes.
2      Q.  And where does she live now?
3      A.  At my grandmother's.
4      Q.  She still lives there, sir?
5      A.  Yes.
6      Q.  What about your father, sir, is your
7  father still alive?
8      A.  Yes.
9      Q.  What's your father's name, sir?
10      A.  Gabriel Lazar.  Gabriel, and last name
11  L-A-Z-A-R.
12      Q.  And have you ever lived with your
13  father, sir?
14      A.  Yes, when I was small, young.
15      Q.  Are your mother and father still
16  together, sir?
17      A.  No.
18      Q.  Do you still see your father?
19      A.  Yes.
20      Q.  Does he live in Cap-Haïtien?
21      A.  No.
22      Q.  Where does he live?
23      A.  St. Raphael.
24      Q.  Does your father work?
25      A.  Yes.

Page 49

1      Q.  What does he do for work?
2      A.  He's manager in an agricultural
3  office.
4          THE INTERPRETER:  There might be --
5  the interpreter wishes to say that he used the
6  word manager, but he might mean superintendent,
7  so you might want to rephrase, ask him which
8  he --
9      Q.  Let me ask it this way.
10          Can you describe to me, to the best
11  that you can, what your dad does for work?
12      A.  He watches, he does surveillance, and
13  he opens the gate.
14      Q.  Okay.  And how long has he been doing
15  this job, sir?
16      A.  I don't know.
17      Q.  Does your mother work, sir?
18      A.  She is sometimes a -- she works the
19  land, the soil.  She does agriculture.
20      Q.  Does she get paid for that, sir?
21      A.  No.
22      Q.  Now, when you were living at your
23  grandmother's house -- strike that.  I'm sorry.
24          Do you have any brothers, sir?
25      A.  Yes.

13 (Pages 46 to 49)

Confidential - Subject to Further Confidentiality Review

Page 50

1      Q.  What are the names of your brothers?
2      A.  Maxine, Victor, Wilson, and Dino.
3      Q.  Did any of your brothers also go to
4   PPT, sir?
5      A.  Yes.
6      Q.  Which ones, sir?
7      A.  Victor.
8      Q.  Do you know if Victor is claiming that
9   he was abused by Douglas Perlitz?
10     A.  I don't remember.
11     Q.  You don't remember if your brother is
12  claiming that he was abused by Douglas Perlitz?
13     A.  I don't remember if he said that.
14     Q.  Do you know if your brother signed any
15  list where he claims that he was abused by
16  Douglas Perlitz?
17     A.  I don't know if he did.
18     Q.  Do you know if your brother has, your
19  brother Victor, has a case against Douglas
20  Perlitz claiming he was abused?
21        MS. POLLOCK:  By "case" you mean
22  lawsuit?  Sometimes case gets translated
23  awkwardly.
24        MR. KENNEDY:  The reason --
25  understand.  The reason I'm asking was that was

Page 51

1   a phrase he used earlier.
2         MS. POLLOCK:  Okay.
3         MR. KENNEDY:  I thought he might
4   understand it better.
5         MS. POLLOCK:  Sure.
6      A.  Well, I don't remember.  We haven't
7   talked about that yet together.
8   BY MR. KENNEDY:
9      Q.  So you've never spoken to Victor about
10  the fact that you're claiming that Doug Perlitz
11  abused you, sir?
12     A.  No.
13     Q.  And has Victor ever told you that he's
14  claiming that Douglas Perlitz abused him?
15     A.  I don't remember.
16     Q.  How often do you see Victor?
17     A.  I can't count how many times.  We saw
18  many times -- each other many times, but I can't
19  count.
20     Q.  Do you see him every week, sir?
21     A.  Yes.
22     Q.  Do you see him every day, sir?
23     A.  If I need to see him, I'll see him.
24     Q.  How far -- he doesn't live with you
25  right now?  Victor doesn't live with you right

Page 52

1   now, does he?
2      A.  No.
3      Q.  Does Victor still live at your
4   grandmother's house, sir?
5      A.  When we're living in Cap-Haïtien, or
6   when we're living St. Raphael?
7      Q.  Right now, sir.
8      A.  We were on vacation, we were in the
9   same place.
10     Q.  Well, let me ask it this way.
11  Firstly, Victor does not live with you right
12  now, correct?
13     A.  I left St. Raphael when I came.
14     Q.  I know, sir, but that's not my
15  question.  My question is, before when I asked
16  you where do you live, you told me that you live
17  with your cousin, his wife, and their child.  So
18  all I'm asking is, Victor doesn't live with you
19  right now, correct?
20     A.  You're asking in the same spot where
21  I'm living now?
22     Q.  Yes, sir.
23     A.  Yes, yes.
24     Q.  Yes what, sir?
25     A.  He's in the same place.

Page 53

1      Q.  So Victor is -- right now Victor is
2   also staying at the house with your cousin and
3   his wife and child?
4      A.  Yes.
5      Q.  So Victor lives in the same house with
6   you right now?
7      A.  Yes.
8      Q.  Have you ever discussed with Victor
9   the fact that you claim that Douglas Perlitz
10  abused you?
11     A.  I don't remember I ever talked to him
12  about it, because this is something that is very
13  personal to me.
14     Q.  Has Victor ever discussed with you the
15  fact that he claims that Douglas Perlitz abused
16  him?
17        MS. POLLOCK:  Objection.  Asked and
18  answered.
19     A.  I don't remember if he told me that.
20  BY MR. KENNEDY:
21     Q.  Do you know if Victor has gone to
22  Cyrus Sibert to seek his justice?
23     A.  I don't know.
24     Q.  Has Victor discussed with you any
25  meetings that he's had with Cyrus Sibert?

14 (Pages 50 to 53)

Confidential - Subject to Further Confidentiality Review

Page 54

1    A.  No, I don't remember we discussed --
2  we ever discussed this.
3    Q.  Do you know if Cyrus Sibert has given
4  Victor any money?
5    A.  I don't know.
6    Q.  Do you know if Mathieu has given
7  Victor any money?
8    A.  I don't know.
9    Q.  Do you know if Victor has an attorney
10  to represent him?
11    A.  I don't know.
12    Q.  Do you know if your attorneys are
13  representing Victor?
14    A.  I don't know that.
15    Q.  Is Victor older or younger than you,
16  sir?
17    A.  He's older.
18    Q.  How much older, sir?  What's his age,
19  if you know?
20    A.  I don't know his age.
21    Q.  Is he a couple years older, if you
22  know?
23    A.  He has -- he could have several years,
24  but I don't know how many.
25    Q.  Does Victor work, sir?

Page 55

1    A.  Yes.
2    Q.  What does he do for work, sir?
3    A.  I don't really remember, because he
4  doesn't have any fixed, set job, a regular job.
5    Q.  But can you tell me any jobs that you
6  know Victor does?
7    A.  Everything he feels he can do, he
8  does.
9    Q.  Such as what; construction?  Give me
10  an example.
11    A.  He could work in construction, but
12  he's not the boss.  He will help carry, lift
13  materials to hand it over to the person who is
14  doing the work.
15    Q.  And how often does he work, sir?
16    A.  I don't know.  I haven't calculated.
17    Q.  What about Maxine, sir, your brother,
18  did he go to PPT?
19    A.  No.
20    Q.  What about your brother Wilson?
21    A.  No.
22    Q.  What about your brother Dino?
23    A.  No.
24    Q.  Does Wilson work, sir?
25    A.  No.

Page 56

1    Q.  How old is Wilson?
2    A.  I don't remember.
3    Q.  Is he older or younger than you, sir?
4    A.  He's younger.
5    Q.  He's younger.  Is he still in school,
6  sir?
7        MS. POLLOCK:  Objection.  Compound.
8    A.  Yes.
9  BY MR. KENNEDY:
10    Q.  What about Maxine, does he work?
11    A.  I don't know, because we don't live in
12  the same place.
13    Q.  What about Dino, sir, is he older or
14  younger than you?
15    A.  Smaller.  Younger.
16    Q.  Okay.  Does Dino work?
17    A.  No.
18    Q.  Are you currently working, sir?
19    A.  Yeah, I work sometimes.
20    Q.  Okay.  What do you do for a job, sir?
21    A.  Welding and painting.
22    Q.  When is the last time that you worked
23  as a welder, sir?
24    A.  I don't remember.  I work -- often I
25  work with my cousin.

Page 57

1    Q.  You often work with your cousin, sir,
2  as a welder?
3    A.  Yes.
4    Q.  Does your cousin have a company, or...
5    A.  He has equipment.
6    Q.  He has equipment.  Okay.
7        And do you work as a welder every week
8  with your cousin?
9    A.  Not really every week.
10    Q.  In a month, sir, how many times,
11  approximately, do you work as a welder with your
12  cousin?
13    A.  Several times.  When he has work he
14  calls me, and I go work with him.
15    Q.  And how much do you get paid?
16    A.  There's no set price.  It depends on
17  the work I'm doing.
18    Q.  Do you make enough to feed yourself,
19  sir?
20    A.  It's not great, but when I work I use
21  the money to eat and for other things I need.
22    Q.  Are you able to buy clothes with that
23  money, sir?
24    A.  Depends on the amount.  It depends on
25  the amount I have.

15 (Pages 54 to 57)

Confidential - Subject to Further Confidentiality Review

Page 58

1    Q.  Have you ever been turned down from a
2  job as a welder because you went to PPT?
3    A.  No.  Everywhere I get work, this is
4  something I always hide.
5    Q.  So the answer is no, you've never been
6  turned down from a job because you went to PPT?
7    MS. POLLOCK:  Objection.
8  Mischaracterizes the witness's testimony.
9    But you can go ahead, you can answer.
10    A.  Everywhere I go I never say that I
11  went there.
12  BY MR. KENNEDY:
13    Q.  Has any -- strike that.
14    Where did you learn to weld, sir?
15    A.  I started with this at PPT, and then I
16  continue with my cousin because he's better.
17    Q.  But you started to learn how to weld
18  at PPT?
19    A.  I started watching, but I didn't stay
20  in it.
21    Q.  What about painting, sir, how often do
22  you work painting?
23    A.  I don't really work in that, but I
24  know people when they find a job, they call me,
25  and they pay me per day.

Page 59

1    Q.  In a month how many times do you work
2  painting, sir?
3    A.  I didn't -- I didn't count how many
4  times.
5    Q.  In the last year, sir, have you worked
6  on more than ten painting jobs?
7    A.  I don't remember this.
8    Q.  Sir, do you speak English?
9    A.  No.
10    Q.  Do you understand English?
11    A.  No.
12    Q.  Do you speak any other language than
13  Creole?
14    A.  No.
15    Q.  Can you write your name in Creole?
16    A.  Yes, I can write my name.
17    Q.  Can you read Creole, sir?
18    A.  Not a lot.
19    Q.  Currently you're in the tenth grade,
20  sir?
21    A.  I'm in tenth grade.
22    (Interpreters talking.)
23    THE INTERPRETER:  We'll discuss this
24  later.  He says tenth grade, but then there's a
25  problem with the equivalency, so there's one

Page 60

1  more year in the Haitian system, Haitian French
2  system, so this would be more like ninth grade,
3  but he says tenth.
4    MR. KENNEDY:  He says the tenth, but
5  the interpreters -- would you let me finish --
6  his interpreters are indicating to you it's more
7  equivalent to ninth grade?
8    THE INTERPRETER:  Yes.
9    MS. POLLOCK:  We can talk about it.
10    MR. KENNEDY:  We can discuss it later.
11  BY MR. KENNEDY:
12    Q.  And, sir, I was provided with some
13  documents which we've had marked as Exhibit 3
14  for ID.  You're currently a student at Lycée
15  Duti Boukman?  I'm sure I'm butchering that.
16    A.  Yes.
17    Q.  And how long have you been going
18  there, sir, to that school?
19    A.  This year will be the second year I'm
20  there.  I entered in the third class.
21    Q.  And when you say third class, do you
22  mean third grade, or what grade did you enter?
23    THE INTERPRETER:  Troisieme normally
24  is three years away from twelfth grade, so we'll
25  have to discuss what that means.

Page 61

1    MR. KENNEDY:  Okay.
2    Q.  What classes are you taking, sir?
3    A.  Can you repeat the question, please?
4    Q.  What subjects are you taking, sir?
5    A.  When I'm in the classes, classroom?
6    Q.  Yes, sir.
7    MS. POLLOCK:  You mean currently?
8    MR. KENNEDY:  Yes, currently, at the
9  lycée.
10    A.  What they work with me?
11  BY MR. KENNEDY:
12    Q.  Yes, sir.  What subjects?  Are you
13  taking math, are you taking --
14    A.  Okay.  There's math, history,
15  literature, physics, chemistry, and there are
16  other ones, biology, but these are the ones that
17  we are most taught, that are most taught.
18    MR. KENNEDY:  Okay.  The videographer
19  need to change disk.
20    THE VIDEOGRAPHER:  Going off the
21  record.  The time is 11:22.
22    (Whereupon, a recess was taken.)
23    THE VIDEOGRAPHER:  Back on the record.
24  The time is 11:39.
25  BY MR. KENNEDY:

16 (Pages 58 to 61)

Confidential - Subject to Further Confidentiality Review

Page 62

1  Q.  Sir, can you speak French?
2  A.  No.  I can understand if they talk to
3  me in French, but I don't.
4  Q.  Can you read French, sir?
5  A.  I can read some things.
6  Q.  Well, you're currently taking
7  literature, correct?
8  A.  Yes.
9  Q.  Are you reading any books in
10  literature?
11  A.  Yes, I read books.
12  Q.  Can you tell me one of the names of
13  the books that you've read in literature class?
14  A.  We don't have a lot of money so we
15  can't buy all of them.  Usually we -- more often
16  we use teacher's notes.
17  Q.  Have you ever read a full book in
18  literature class, sir?
19  A.  No.
20  Q.  The school you're going to right now,
21  do you have to pay to go to that school?
22  A.  Yes.
23  Q.  Who pays for your tuition, sir?
24  A.  My mother used to pay.
25  Q.  As we sit here right now today, sir,

Page 63

1  are you enrolled in classes?
2  A.  Yes.
3  Q.  And who is paying for your tuition
4  right now?
5  A.  Sometimes my mother, sometimes it's my
6  father who pays them.
7  Q.  Did I understand your testimony
8  earlier, have you used some of the money that
9  Cyrus gave you to pay for your tuition?
10  A.  No, I didn't pay for the school.  I
11  paid -- I bought a few school material.
12  Q.  What school material, sir?
13  A.  Notebooks, Bic pens, and material for
14  geometry, instruments, geometry instruments.
15  Q.  Sir, is there a certain profession
16  that you're studying for?
17  A.  Did I study before, or what I'm
18  studying now?
19  Q.  What I'm trying to understand, sir, is
20  you're going to school right now, is there a job
21  in the future that you're hoping to have?
22  A.  Yes.
23  Q.  What is that job, sir?
24  A.  When I finish school?
25  Q.  Yes, sir.

Page 64

1  A.  There are three, I mean four, but I
2  haven't chosen yet.  It's when I'm done.
3  Q.  Can you tell me what the three or four
4  possible jobs are?
5  A.  Geologist, a diplomat, and I also
6  dreamt of being a priest.
7  Q.  Roman Catholic priest, sir?
8  A.  Yes.
9  Q.  Are you Roman Catholic, sir?
10  A.  I can't say for the time being that I
11  am because I don't go to church, but I used to
12  be, yes.
13  Q.  Did you have your Communion, sir?
14  A.  I did my First Communion, yes.
15  Q.  Did you do that at PPT, sir?
16  A.  Yes.
17  Q.  Sir, who is Poleuce, P-O-L-E-U-C-E,
18  last name Lucien, L-U-C-I-E-N?
19  A.  It was my godfather.  He died.
20  Q.  Did you used to live with him, sir?
21  A.  Yes, in the house he had.  In his
22  house.
23  Q.  Now, before you started to go to Lycée
24  Boukman, where were you going to school, sir?
25  A.  All the schools prior to that, or the

Page 65

1  one I left to transfer to that one?
2  Q.  Why don't we do it this way.  Since
3  the time that you left PPT up until your new
4  school which we just talked about, where else
5  have you gone to school, sir?
6  A.  The first one I went to was Ecole
7  Baptist, Conservative Baptist School.  And the
8  second one was Immaculate Conception.  And the
9  third one was a lycée.
10  Q.  What grade did you go to at the
11  Conservative Baptist School, sir?
12  A.  Sixth class.
13  Q.  Sixth grade?
14  THE INTERPRETER:  That's sixth grade,
15  yes.  Seventh grade.
16  Q.  And did you go to that school for one
17  year, sir?
18  A.  Yes, I did.  The sixth year, which is
19  the seventh grade in there.
20  Q.  And where is that school located, sir?
21  A.  St. Raphael.
22  Q.  And did Victor go to school at the
23  Conservative Baptist School with you, sir?
24  A.  No.
25  Q.  Did you have to pay to go to the

17 (Pages 62 to 65)

Confidential - Subject to Further Confidentiality Review

Page 66

1    Conservative Baptist School?
2        A.  Yes.
3        Q.  Who paid for your tuition to the
4    Conservative Baptist School, sir?
5        A.  My grandmother and my mother.
6        Q.  Does your grandmother have a job, sir?
7        A.  Yes.
8        Q.  What does she do?
9        A.  She sells charcoal.
10       Q.  And the second school, the Immaculate
11   school, which grade did you go to for that
12   school, sir?
13       A.  Sixth grade, seventh grade, and eighth
14   grade.
15       Q.  You went there for three years, sir?
16       A.  Yes.
17       Q.  And where is that located, sir?
18       A.  Cap-Haïtien.
19       Q.  And did it cost money to go to that
20   school, sir?
21       A.  Yes.
22       Q.  And who paid for your tuition to go to
23   that school, sir?
24       A.  Myself, my mother, and my father.
25       Q.  How did you -- what did you do to help

Page 67

1    pay for the tuition to go to that school, sir?
2        A.  I worked as a painter, and I saved
3    money during vacation.
4        Q.  Sir, I handed your counsel what's
5    already been marked as Defendants' 1 for
6    identification.
7        (Whereupon, Deriza Exhibit Number 1,
8        Complaint and Jury Trial Demand, was
9        marked for identification.)
10       MS. POLLOCK:  Are you going to hand
11   him that?
12       MR. KENNEDY:  No, I was going to give
13   him, if that's okay, unless --
14       MS. POLLOCK:  Do you have your own
15   copy to work from?  I'd like to have my own copy
16   to make notes on, he can have the official one
17   if you have that.
18       MR. KENNEDY:  I don't as far as the
19   complaint.  I do for the interrogatories.
20       MS. POLLOCK:  What are you about to
21   show him?
22       MR. KENNEDY:  The complaint.
23       MS. POLLOCK:  Oh, the complaint is
24   Exhibit 1?
25       MR. KENNEDY:  Yes.

Page 68

1        MS. POLLOCK:  Are the interrogatories
2    2, too?
3        MR. KENNEDY:  Yes.
4        (Whereupon, Deriza Exhibit Number 2,
5        Plaintiff Jason Maxwel Deriza's
6        Response to Certain Defendants' First
7        Set of Interrogatories, was marked for
8        identification.)
9        MS. POLLOCK:  So you don't have an
10   extra copy of the complaint?
11       MR. KENNEDY:  I do.
12       MS. POLLOCK:  That's fine.  I just
13   want to make sure I understand.
14       MR. CERRETA:  You can have my copy if
15   you'd like.
16       MS. POLLOCK:  I've got it.  We're
17   good.
18   BY MR. KENNEDY:
19       Q.  Sir, I'm showing you what's been
20   marked as Defendants' 1 for identification.  Do
21   you recognize this document?
22       A.  I don't remember.
23       Q.  Sir, I understand you don't read
24   English, correct?
25       A.  No.

Page 69

1        Q.  I'm going to represent to you that
2    this is a complaint and a jury demand which was
3    filed in your name in the United States District
4    Court in Connecticut.  Do you know what's
5    contained in this document, sir?
6        A.  Okay.
7        Q.  The question was, do you know what's
8    contained in this?
9        A.  I don't know because it's in English.
10       Q.  Do you know the parties that you're
11   suing in this lawsuit, sir?
12       MS. POLLOCK:  I'll object to the term
13   "parties" as probably being vague for him.
14   BY MR. KENNEDY:
15       Q.  Okay.  Do you know the people and the
16   institutions that you're suing in this lawsuit,
17   sir?
18       A.  Can you repeat the question?
19       Q.  Do you know the people and the
20   institutions that you're suing in this lawsuit?
21       A.  Again, I'm filing a complaint against
22   the people who abused me.
23       Q.  Who are the people that abused you,
24   sir?
25       A.  Douglas.

18 (Pages 66 to 69)

Confidential - Subject to Further Confidentiality Review

Page 70

1    Q. Did anybody else abuse you?
2    A. I don't imagine that.
3    Q. Do you know that you're suing other
4 people besides Douglas?
5        MS. POLLOCK: I'm going to instruct
6 you you can answer that question yes or no, but
7 not to provide conversations that you've had
8 with your lawyers or Cyrus or Mathieu.
9    A. No.
10 BY MR. KENNEDY:
11    Q. Sir, I don't want to know about any
12 conversations you've had with your attorneys,
13 but has anybody ever read to you what's
14 contained in your complaint and jury demand?
15        MS. POLLOCK: Again, you can answer
16 this with a yes or no question, but I'm not
17 instructing you not to testify to any
18 conversations you've had with your lawyers.
19 Just answer yes or no.
20    A. What?
21 BY MR. KENNEDY:
22    Q. Sir, I understand you can't read or
23 understand English, correct?
24    A. Yes.
25    Q. And Exhibit 1 is in English, correct?

Page 71

1    A. Yes.
2    Q. What I'm trying to understand, sir,
3 and I don't want to know -- I don't want you to
4 tell me any conversations that you've had with
5 your lawyers, all I'm asking is has anyone ever
6 read to you what is contained in Exhibit 1?
7        MS. POLLOCK: You can answer yes if
8 anyone other than your lawyers have read this to
9 you.
10    A. If the document in English, if
11 somebody read it with me?
12 BY MR. KENNEDY:
13    Q. Read -- anybody read to you what's
14 contained in that document.
15        MS. POLLOCK: If the only people that
16 have read this document with you are your
17 lawyers, I don't want you to answer the
18 question. Anyone else other than your lawyers
19 have read this document to you, you can answer
20 yes or no.
21    A. I don't remember.
22 BY MR. KENNEDY:
23    Q. So is it fair to say, sir, that you
24 don't know what's contained in Exhibit 1?
25    A. What?

Page 72

1    Q. You don't know what's in that
2 document, do you, sir?
3    A. I don't read English.
4    Q. Have you ever seen a Haitian -- I'm
5 sorry.
6        Have you ever seen a Creole
7 translation of your complaint, sir?
8    A. The complaint I filed?
9    Q. Yes, sir.
10    A. Yes.
11    Q. Where did you see a Creole copy?
12    A. I don't remember.
13    Q. Sir, I'm going to show you -- do you
14 have a copy?
15        MS. POLLOCK: I have my own, yes. Do
16 you have a copy for the witness?
17        MR. KENNEDY: I can have a copy to
18 show him, too.
19        MS. POLLOCK: That would be great.
20 BY MR. KENNEDY:
21    Q. Sir, I'm going to show you what's been
22 marked as Exhibit 2 for identification. You'll
23 see about midway through, sir, it begins in
24 Creole.
25    A. Yes.

Page 73

1    Q. Have you ever seen this document
2 before, sir?
3    A. The Creole document?
4    Q. Yes, sir.
5    A. Yes.
6    Q. Can you read for me the top of what
7 this document says starting in the bold, under
8 the date?
9    A. "The answer the Plaintiff Jason Maxwel
10 Deriza gives for the first series of
11 interrogatories of the defense."
12    Q. Do you remember reviewing any part of
13 these answers before today, sir?
14        MS. POLLOCK: You can answer the
15 question yes or no, but I'm instructing you not
16 to disclose any communications you have had with
17 your lawyer about this document.
18    A. What is the question?
19 BY MR. KENNEDY:
20    Q. The question was, do you remember
21 reviewing any part of these answers before
22 today, sir?
23    A. Yes.
24    Q. And when did you do that, sir?
25    A. I don't remember the moment, but I

19 (Pages 70 to 73)

Confidential - Subject to Further Confidentiality Review

Page 74

1    remember I looked.
2        Q.  Sir, I'm going to ask you to turn to
3    the last page of the document.  Do you recognize
4    that page, sir?
5        A.  I've seen it.
6        Q.  What is that page, sir?
7        A.  I don't remember.  I didn't read this.
8        Q.  Sir, is that your signature, sir?
9        A.  Yes.
10       Q.  Did you sign this document, sir?
11       A.  Yes.
12       Q.  Now, up at the top under where it says
13   "Verification," it appears that your name is
14   handwritten.  Do you see that, sir?
15       A.  Yes.
16       Q.  Is that your handwriting, sir?
17       A.  No.
18       Q.  Whose handwriting is that, sir?
19       A.  I don't know.
20       Q.  Who was present with you when you
21   signed this document, sir?
22       A.  When I was looking at the document?
23       Q.  Did you sign the document when you
24   looked at it, sir, at the same time?
25       A.  I don't remember.  I don't remember.

Page 75

1    But I remember I looked at it, and then I signed
2    it.
3        Q.  Did you look at the answers -- strike
4    that.
5            Were the answers typed up at the time
6    you looked at the document, sir?
7        A.  Yes.
8        Q.  And where did you sign this document,
9    sir?
10       A.  Cap-Haïtien.
11       Q.  Was it at a hotel, sir?
12       A.  Yes.
13       Q.  Which hotel, sir?
14       A.  I don't remember the name.
15       Q.  Who was at the hotel, sir?
16       A.  When I was signing it?
17       Q.  Yes.
18       A.  I was sitting with my interpreters.
19       Q.  Were your lawyers there, sir?
20       A.  I don't remember.
21       Q.  Was Cyrus Sibert there, sir?
22       A.  There were other people there, but I
23   don't remember who was there.
24       Q.  Well, the question was a little more
25   specific.  I'm asking, do you remember if Cyrus

Page 76

1    Sibert was there, sir?
2            MS. POLLOCK:  Objection.  Vague.
3    Where is "there"?
4            MR. KENNEDY:  At the hotel.
5        A.  I don't remember, because there were
6    several people at the hotel.
7    BY MR. KENNEDY:
8        Q.  Do you remember if Cyrus Sibert was at
9    the hotel, sir?
10       A.  I don't remember.
11       Q.  Were other former PPT students at the
12   hotel, sir?
13       A.  Yes.
14       Q.  Can you tell me the names of the
15   former PPT students who were at the hotel?
16       A.  I don't remember because I only
17   concentrated on what I was going to do there.
18       Q.  Did you recognize any of the former
19   PPT students?
20       A.  I might recognize their faces, but I
21   don't remember their names.
22       Q.  How many former PPT students were
23   there at the hotel, sir?
24       A.  I don't remember.
25       Q.  Was Mathieu at the hotel, sir?

Page 77

1        A.  I don't remember seeing him.
2        Q.  Did Victor go to the hotel with you,
3    sir?
4        A.  No.
5        Q.  Did you go with anybody else, or did
6    you go alone?
7        A.  I remembered I went there, but I don't
8    remember with whom I went.
9        Q.  Sir, had you ever seen your answers to
10   Exhibit Number 2 before you signed them?
11           MS. POLLOCK:  Do you mean on a date
12   prior?  We've --
13           MR. KENNEDY:  I think that covers -- I
14   think that question covers --
15           MS. POLLOCK:  I'm not trying to argue
16   with you.  He doesn't understand what I'm
17   saying, but he already testified he reviewed it
18   before he signed it there, so that's why I'm
19   confused with your questioning.  Go ahead, I
20   don't want to get in an argument with you.  I'm
21   trying to get a sense if you mean a different
22   time frame.
23           MR. KENNEDY:  Okay.  Fair enough.
24   BY MR. KENNEDY:
25       Q.  Before you went to the hotel, sir, had

Confidential - Subject to Further Confidentiality Review

Page 78

```
 1    you ever reviewed your answers to Exhibit
 2    Number 2, your responses to the Defendants'
 3    interrogatories?
 4        A.  Can you repeat, please?
 5        If I have the document in my hand and
 6    I reviewed them?
 7        Q.  No, sir.  I think you already told me
 8    that when you got there that the document was
 9    typed up, correct?
10        A.  Yes.
11        Q.  And you also indicated that you
12    reviewed the document at the hotel before you
13    signed it, correct?
14        A.  Yes.
15        Q.  What I'm trying to understand is
16    before you got to the hotel, had you ever seen
17    the document before with your answers?
18        A.  No.
19        Q.  And did you yourself read the answers
20    before you signed the document?
21        A.  Yes.
22        Q.  Nobody read them to you?  You actually
23    read them?
24        MS. POLLOCK:  You can answer the
25    question yes or no.  I don't want you to testify
```

Page 79

```
 1    about conversations you've had with your lawyers
 2    about the answers.
 3        A.  I remember I read them.
 4    BY MR. KENNEDY:
 5        Q.  Did you have any difficulty reading
 6    the document, sir, before you signed it?  Did
 7    you understand every word?
 8        MS. POLLOCK:  Objection.  Compound.
 9        MR. KENNEDY:  I'm going to cure, I'm
10    going to attempt to.
11    BY MR. KENNEDY:
12        Q.  Sir, did you have any difficulty
13    reading the document before you signed it?
14        A.  What do you mean difficult?
15        Q.  Were there any words in the document
16    that you did not understand?
17        A.  Yes.
18        Q.  Do you know which words you didn't
19    understand, sir?
20        A.  I don't remember for the time being.
21        Q.  But you do remember there were some
22    words you didn't understand?
23        A.  I remember I didn't understand, but I
24    fixed it.
25        Q.  What didn't you understand, sir?
```

Page 80

```
 1        A.  I don't remember everything I didn't
 2    understand.
 3        Q.  Okay.  You just indicated to me that
 4    you fixed something.  What did you fix?
 5        A.  The ones I didn't understand.
 6        Q.  Can you show me, sir, in these answers
 7    in the Creole version what you didn't
 8    understand?
 9        MS. POLLOCK:  They've been fixed, so
10    that's impossible.
11        MR. KENNEDY:  That's not what he
12    testified to.
13        A.  I don't remember.
14    BY MR. KENNEDY:
15        Q.  Do you remember what needed to be
16    fixed, sir?
17        MS. POLLOCK:  Objection.  Asked and
18    answered.
19        A.  I don't remember.  That's all I can
20    say.
21    BY MR. KENNEDY:
22        Q.  Do you know if your answers are
23    truthful and accurate, sir?
24        A.  Yes.
25        Q.  How do you know that, sir?
```

Page 81

```
 1        A.  How can I know?
 2        Q.  Yes, sir.
 3        A.  Because it's the truth.  It comes from
 4    my head.
 5        Q.  Sir, when did you first meet Douglas
 6    Perlitz?
 7        A.  I don't remember when I met him for
 8    the first time.
 9        Q.  Did you meet him before you started to
10    go to any PPT program?
11        A.  I don't remember.
12        Q.  How long did you -- strike that.
13        How did you hear about PPT?
14        A.  It's because of other kids who used to
15    go to that project, to the project.
16        Q.  What other kids, sir?
17        A.  I don't remember them because it's
18    been a while.
19        Q.  Before you started to go to PPT, where
20    were you living, sir?
21        A.  In a place called Vertieres,
22    V-E-R-T-I-E-R-E-S.
23        Q.  Is that in Cap-Haïtien, sir?
24        A.  Yes.
25        Q.  Who were you living with at that time,
```

21 (Pages 78 to 81)

Confidential - Subject to Further Confidentiality Review

Page 82

1  sir?
2      A.  My godmother's house.
3      Q.  And what did you hear about PPT, sir?
4      A.  I was looking for a place to go to
5  school because at that time I wasn't going to
6  school.
7      Q.  And you heard that you could go to
8  school there?
9      A.  Yes, because I had no money.
10     Q.  And I noticed from your answers to the
11 interrogatories, was there a gap of time before
12 you went to PPT where you were not going to
13 school?
14     A.  There was a time when I was in school.
15     Q.  Was there three years, sir, where you
16 were not going to school?
17     A.  I remember this.
18     Q.  And that was before PPT?
19     A.  Yes.
20     Q.  And where, for those three years,
21 where were you living, sir?
22     A.  These three years I was going back and
23 forth between St. Raphael and Vertieres.  And I
24 wasn't going to school then, I went to my
25 godmother's house.

Page 83

1      Q.  Were you living in a house during all
2  three years, sir?
3      A.  Yes.
4      Q.  Sir, have you ever lived on the
5  streets?
6      A.  No.
7      Q.  And when you first started going to
8  PPT program, where did you go, sir?
9      A.  Rue 13.
10     Q.  Do you know what year you started
11 going to Rue 13?
12     A.  I don't remember which year.
13     Q.  Do you remember which grade you were
14 in, sir?
15     A.  When I was going to Rue 13?
16     Q.  Yes, sir, when you first started
17 going.
18     A.  I don't remember which class.
19     Q.  Did any of your brothers go to Rue 13,
20 sir?
21     A.  Yes.
22     Q.  Which brother, sir, or brothers?
23     A.  Victor.
24     Q.  Would you walk from your home to go to
25 Rue 13, sir?

Page 84

1      A.  Yes.
2      Q.  Would Victor walk with you, sir?
3      A.  No, because we were not staying at the
4  same place then.
5      Q.  Can you tell me about what an average
6  day was like at Rue 13 when you started going?
7      A.  We used to shower, eat, and then when
8  there were classes we went to classes.  And then
9  when classes were out we went back home, or to
10 wherever we wanted to go.
11     Q.  What time would you arrive at Rue 13?
12     A.  During the day?
13     Q.  In the morning, sir.
14     A.  I don't remember which time, but it
15 was very early.
16     Q.  Would you go there every day of the
17 week, sir?
18     A.  Yes.
19     Q.  And is the first thing that you did
20 when you got into Rue 13 was shower?
21     A.  Yes.
22     Q.  And then you were fed?
23     A.  Yes.
24     Q.  How many times a day were you fed at
25 Rue 13, sir?

Page 85

1      A.  I don't really remember.  Two or three
2  times.
3      Q.  Did you take any classes at Rue 13,
4  sir?
5      A.  Yes.
6      Q.  What classes did you take at Rue 13,
7  sir?
8      A.  I don't really remember because there
9  was no special subject you could learn.
10     Q.  Did you know how to write your name
11 before you went to Rue 13, sir?
12     A.  I remember I could.
13     Q.  Could you read Creole before you went
14 to Rue 13, sir?
15     A.  You know, I lost many years, so I
16 don't remember.
17     Q.  Did you play sports at Rue 13, sir?
18     A.  No.
19     Q.  Do you remember some of the names of
20 your teachers at Rue 13, sir?
21     A.  I remember Master Romere and Madame
22 Calixte.
23     Q.  What did Master Romere teach?
24     A.  I wasn't in the classroom he was
25 teaching to.

22  (Pages 82 to 85)

Confidential - Subject to Further Confidentiality Review

Page 86

1    Q.  What about Madame Calixte, did she
2  ever teach you?
3    A.  No, but she was -- she used to be in
4  there, she used to be in charge of giving us
5  things to eat.
6    Q.  Did Victor go to Rue 13 at the same
7  time you did, sir?
8    A.  No.
9    Q.  He went at a different year, sir?
10    A.  I don't remember which year, but I was
11  already going to the Village.
12    Q.  Okay.  So you were already going to
13  the Village at the time that Victor started
14  going to Rue 13?
15    A.  I don't remember that, but I was
16  already in preparation to go there.
17    Q.  Let me ask it this way, sir.  Was
18  there ever a time that you were at Rue 13 that
19  Victor was there as well?
20    A.  I don't remember.  I don't remember.
21    Q.  Do you remember the names of any
22  students that went to Rue 13 at the same time
23  you did?
24    A.  I don't remember their names.  There
25  were several of them.

Page 87

1    Q.  How long did you go to -- how many
2  years did you go to Rue 13, sir?
3    A.  I don't remember how long I went
4  there, up there.
5    Q.  Do you remember if it was more than a
6  year, sir?
7    A.  No.
8    Q.  No, you don't remember?
9    A.  I don't remember if I did an entire
10  year.
11    Q.  And you don't remember the names of
12  any students that went to Rue 13 with?
13    A.  I don't remember the names because
14  there were many of them.
15    Q.  Do you remember any of their
16  nicknames?
17    A.  I don't remember.
18    Q.  Tell me everything you remember about
19  the first time you met Doug Perlitz, sir.
20    A.  Can you repeat the question, please?
21    Q.  Yes.
22      In your own words, sir, tell me
23  everything that you remember about the first
24  time you met Doug Perlitz.
25    A.  The first time I met him?

Page 88

1    Q.  Yes, sir.
2    A.  I remember he put his penis in my butt
3  without me wanting it.  I wasn't agreeing to
4  this.
5    Q.  Did that happen the first time you met
6  him?
7    A.  I remember.
8    Q.  My question was, did that happen the
9  first time that you met Doug Perlitz?
10    A.  I used to see him, but it wasn't
11  accustomed to -- I wasn't accustomed to see him
12  face-to-face.
13    Q.  Okay.  Had you ever met Doug Perlitz
14  before you claim he sexually abused you?
15    A.  I used to see him when I went to the
16  Village.
17    Q.  Did you ever see him at Rue 13, sir?
18    A.  I don't remember.
19    Q.  Do you remember any white people
20  working at Rue 13, sir?
21    A.  Yes.
22    Q.  What are their names, sir?
23    A.  Andy.
24    Q.  Do you know Andy's last name, sir?
25    A.  No.

Page 89

1    Q.  Have you ever heard the name Andy
2  Shultheis?
3    A.  No.
4    Q.  Do you remember any other white people
5  working at Rue 13 when you went there, sir?
6    A.  I don't remember.
7    Q.  Do you remember a person named Jessica
8  Lozier?
9    A.  I used to see Jessica, but I wasn't in
10  Rue 13 then.
11    Q.  Okay.  You were at the Village by the
12  time you started to see Jessica?
13    A.  Yes.
14    Q.  What about an individual named
15  Nicholas Preneta, do you know who that is,
16  Nicholas?
17    A.  If I used to see him?
18    Q.  Yes, sir.
19    A.  Yes.
20    Q.  And were you going to the Village when
21  you saw Nicholas?
22    A.  Yes.
23    Q.  Did you ever speak to Nicholas?
24    A.  I don't remember, because he wasn't
25  very stable at the Village.

23 (Pages 86 to 89)

Confidential - Subject to Further Confidentiality Review

Page 90

1      Q.  What do you mean by "he wasn't very
2  stable," sir?
3      A.  He didn't use to stay at the Village,
4  he was at the Carenage.
5      Q.  Okay.  What about an individual named
6  Brittany McLean?
7          MS. POLLOCK:  What's the question?
8          MR. KENNEDY:  Fair enough.
9  BY MR. KENNEDY:
10     Q.  Do you remember an individual named
11  Brittany?
12     A.  Yes.
13     Q.  And where did you see Brittany, sir?
14     A.  At the Village.
15     Q.  Do you know if Andy could speak
16  Creole, sir?
17     A.  I remember he spoke Creole.
18     Q.  Did you ever speak to him, sir?
19     A.  I remember we used to talk, but I
20  don't remember what we used to say.
21     Q.  If you had a problem, could you talk
22  to Andy?
23     A.  Yes.
24     Q.  And did you ever talk to Andy about a
25  problem you were having?

Page 91

1      A.  When I was at Rue 13?
2      Q.  Yes, sir.
3      A.  If I had a problem, I could talk to
4  him, but I don't remember if I told him that.
5      Q.  Did you like Andy?
6      A.  Yes, I liked his ways.
7      Q.  Did you trust Andy?
8      A.  I can say yes.
9      Q.  Do you remember if Andy had a Haitian
10  girlfriend, sir?
11     A.  I don't remember.
12     Q.  What was Andy's position at Rue 13?
13     A.  I don't remember his position, but he
14  was the boss.
15     Q.  What did you understand Douglas
16  Perlitz's position was at Rue 13?
17     A.  I don't know.
18     Q.  I believe you testified earlier you
19  don't remember ever seeing Doug Perlitz at Rue
20  13, is that correct?
21     A.  Yes.
22     Q.  Did you ever see any white visitors at
23  Rue 13, sir?
24     A.  I don't remember if I saw that.
25     Q.  Do you remember if you ever saw Madame

Page 92

1  Carter at Rue 13, sir?
2      A.  No.
3      Q.  Do you remember if you ever saw Pere
4  Paul at Rue 13, sir?
5      A.  No.
6      Q.  While you were -- strike that.  I'm
7  sorry.
8          Did you enjoy your time at Rue 13,
9  sir?
10     A.  What do you mean a good time?
11     Q.  Was the program beneficial to you?
12     A.  The program at --
13     Q.  At Rue 13, yes.
14     A.  No, because it wasn't what I needed.
15  It wasn't very serious there.
16     Q.  The education wasn't serious?
17     A.  The school wasn't very serious, no.
18     Q.  When you were at Rue 13, did you ever
19  hear any rumor about Doug Perlitz abusing any
20  student?
21     A.  No.
22     Q.  While you were at Rue 13, did you ever
23  hear any rumor that Douglas Perlitz was a
24  homosexual?
25     A.  No.

Page 93

1      Q.  When you were at Rue 13, did you at
2  any time have any fear that Douglas Perlitz
3  would hurt you?
4      A.  No.
5      Q.  And you had no reason to be afraid
6  that Douglas Perlitz would harm you when you
7  were at Rue 13, correct?
8      A.  Yes.
9      Q.  And you had no suspicion when you were
10  at Rue 13 that Douglas Perlitz would ever harm
11  you, correct?
12     A.  No.
13         MS. POLLOCK:  We're five minutes
14  before lunch.
15         MR. KENNEDY:  I was going to say this
16  might be a pretty good place to break.
17         THE VIDEOGRAPHER:  Going off the
18  record.  The time is 12:53.
19         (Whereupon, a luncheon recess was
20         taken.)
21
22
23
24
25

24  (Pages 90 to 93)

Confidential - Subject to Further Confidentiality Review

Page 94

1      AFTERNOON SESSION
2
3         THE VIDEOGRAPHER:  Back on the record.
4    The time is 2:11.
5
6         FABIE BODEK, Interpreter,
7    having been duly sworn to translate the
8    questions and answers accurately, translated as
9    follows:
10
11   BY MR. KENNEDY:
12      Q.  While you were at Rue 13, did you have
13   any reason to be afraid that Doug Perlitz would
14   harm you?
15         MS. POLLOCK:  Objection.  Asked and
16   answered.
17      A.  No.
18   BY MR. KENNEDY:
19      Q.  At some point you left Rue 13 and went
20   to the Village, is that correct, sir?
21      A.  Yes.
22      Q.  What year was that, sir?
23      A.  I don't remember which year.
24      Q.  How did it come about that you went
25   from Rue 13 to the Village?

Page 95

1      A.  It wasn't I who decided this.  I was
2    transferred there.
3      Q.  Who decided that, sir?
4      A.  The people who were responsible.
5      Q.  Who was that?
6      A.  Well, then, it was Andy and
7    Margarette, Mr. Romere.
8      Q.  Who is Margarette, sir?
9      A.  A woman that I used to see there
10   together with.
11      Q.  With who?
12      A.  I remember seeing her there with
13   Mr. Romere and Andy.
14      Q.  Was Andy at Rue 13 when you were
15   transferred to the Village?
16      A.  Yes.
17      Q.  Is Margarette Margarette Joseph?
18      A.  I don't remember.
19      Q.  Do you know who Margarette Joseph is?
20      A.  No.
21      Q.  You've never heard that name before?
22      A.  I just know Margarette.
23      Q.  Okay.  The Margarette that you do
24   know, did she work at the Village?
25      A.  No.

Page 96

1      Q.  Where did she work?
2      A.  I remember seeing her at Rue 13.
3      Q.  You remember that you saw Margarette
4    at Rue 13, is that correct?
5      A.  Yes.
6      Q.  What did she do at Rue 13?
7      A.  I don't really know what she was doing
8    there.
9      Q.  Do you know what her job was?
10     A.  No.
11     Q.  Did you ever speak to her?
12     A.  I remember that I used to talk to her.
13     Q.  And what did you used to talk about?
14     A.  I don't entirely remember what we used
15   to talk about, but I do remember that we used to
16   talk.
17     Q.  Did you ever talk to her about Douglas
18   Perlitz?
19     A.  No.
20     Q.  Were you at Rue 13 when it moved to
21   Carenage?
22     A.  No.
23     Q.  And the Village is part of PPT, sir?
24     A.  Yes.
25     Q.  How old were you when you started at

Page 97

1    the Village?
2      A.  I don't remember how old I was.
3      Q.  And you don't remember what year you
4    started at the Village either?
5      A.  No.
6      Q.  Do you remember what grade you started
7    at the Village, sir?
8      A.  I remember when I entered there, they
9    placed me in first year.
10     Q.  And how many years were you in the
11   Village, sir?
12     A.  I was there for many years, but I
13   don't calculate.
14     Q.  Are you able to add, sir?
15     A.  In math?
16     Q.  Yes, sir.
17     A.  It depends.
18     Q.  Now, were you a student at the Village
19   until the time it closed, sir?
20     A.  Yes.
21     Q.  So do you know how many years you were
22   at the Village, sir?
23     A.  No.
24     Q.  Did you ever sleep at the Village,
25   sir?

25 (Pages 94 to 97)

Confidential - Subject to Further Confidentiality Review

Page 98

1    A. Yes.
2    Q. Did you sleep there every night?
3    A. Not every night.
4    Q. How often did you sleep at the
5  Village, sir?
6    A. I would sleep there often, but I don't
7  calculate how many times.
8    Q. Would you sleep there every week, sir?
9    A. I don't remember that. I know I've
10  slept there a few times, but I don't remember.
11    Q. Did you have your own bed in the
12  Village?
13    A. No.
14    Q. When you were going to the Village,
15  were you living at home?
16    A. Yes, I would go there sometimes.
17    Q. So sometimes you would, but sometimes
18  you would sleep over at the Village?
19    A. Yes.
20    Q. When you did sleep over at the
21  Village, where would you sleep, sir?
22    A. I would sleep sometimes in the first
23  house, House 1, or I would sleep in the second
24  house, House 2.
25    Q. And what would be a reason that you'd

Page 99

1  sleep over at the Village instead of going home?
2    A. There are times when it is necessary
3  that I would sleep in.
4    Q. Why would it sometimes be necessary?
5    A. There are times when I am changing
6  position, then I would need a place to stay, I
7  would sleep in the Village until I can find some
8  other alternative way for me to sleep.
9    Q. So you would stay at the Village if
10  you needed somewhere to sleep, is that correct?
11    A. Yes.
12    Q. How far was your house from the
13  Village, sir?
14    A. It was a long distance.
15    Q. Did you have to take a bus to get
16  there?
17    A. I paid for a public transportation.
18    Q. Sir, can you tell me what an average
19  day at the Village was like for you?
20    A. What kind of day?
21    Q. Just an average day, if you can walk
22  me through what an average day at the Village
23  was like.
24    A. When we get up in the morning we would
25  eat breakfast, followed by chapel, going to the

Page 100

1  chapel, and then after that it would be
2  playtime, and then at noon we would eat, and
3  then after that we would return to play in the
4  afternoon. And then in the evening we eat and
5  then rest.
6    Q. How many days a week did you go to the
7  Village?
8    MS. POLLOCK: On average?
9    MR. KENNEDY: On average.
10    A. It would be every day. There was a
11  time when I didn't used to go on Sundays, and
12  then there was a time when I would go on
13  Sundays.
14  BY MR. KENNEDY:
15    Q. Was the Village a good place for you?
16    A. Yes.
17    Q. Why was it a good place?
18    A. Well, because I would go to school
19  there, and they would help me in other
20  activities as well.
21    Q. What classes did you take at the
22  Village?
23    A. School?
24    Q. Yes, education.
25    A. Yes, I remember there would be math.

Page 101

1  As I remember, French, Creole, social science,
2  experimental science.
3    Q. Can you tell me some of the names of
4  your teachers at the Village, sir?
5    A. I recall Mr. Daniel, Madame Nelta,
6  Mr. Judex, Mr. Edrice, and Mémé.
7    Q. What did Mr. Daniel teach?
8    A. French.
9    Q. What did Madame Nelta teach?
10    A. Grammar.
11    Q. And Mr. Judex, what did he teach?
12    A. Experimental science.
13    Q. What did Mr. Edrice teach?
14    A. Math.
15    Q. Mémé, what did Madame Mémé teach?
16    A. Creole.
17    Q. Do you remember any of the other
18  students that you went to the Village with,
19  their names?
20    A. Yes.
21    Q. Can you tell me some of the names you
22  remember?
23    A. I remember Pedro, Wilny, Jameson.
24  Let's see who else I remember. I don't remember
25  anyone else.

26 (Pages 98 to 101)

Confidential - Subject to Further Confidentiality Review

Page 102

1    THE VIDEOGRAPHER: Can I interrupt for
2 a moment, please? Would you ask the witness,
3 after lunch everybody's voice gets quieter, but
4 to keep his voice higher to keep it on the
5 recording, or louder?
6    A. Yes.
7 BY MR. KENNEDY:
8    Q. So, sir, you remember Pedro, Wilny,
9 and Jameson?
10    A. Yes.
11    Q. And those are the only three students
12 you remember as you sit here today?
13    A. Well, yes, but I would have to reflect
14 a great deal for me to remember any others.
15    Q. And you went to the Village for a
16 number of years, correct?
17    A. Yes.
18    Q. Did you ever receive clothing at the
19 Village, sir?
20    A. Yes, yes, they used to give me.
21    Q. What did they give you, sir?
22    A. In general, or clothing?
23    Q. Clothing, sir.
24    A. They would give us things for our
25 feet, sneakers and sandals. They would give us

Page 103

1 also pens and t-shirts.
2    Q. Who would give you these items of
3 clothing, sir?
4    A. And there would be many people, many
5 of the people in charge.
6    Q. Who were these people in charge, sir?
7    A. Some of those people who were working
8 inside the Village.
9    Q. What are their names, sir?
10    A. Robinson would give us -- would issue
11 us things, and I remember when it was the pens
12 that were being distributed, Arnaud would give
13 it to us -- well, myself.
14    Q. What was Robinson's role at the
15 Village?
16    A. Well, I don't really know, but I
17 believe that he was the person second in charge
18 after the whites.
19    Q. Who was in charge of the Village, to
20 the best of your understanding?
21    A. Those were in charge in the Village?
22    Q. Yes. You just indicated that he was
23 second, the second person -- I'm sorry, that
24 Robinson was the second person in charge after
25 the whites. What I'm trying to understand, who

Page 104

1 were the whites that you're referring to, sir?
2    A. That's what I thought. I will
3 continue the question, to answer it. Douglas,
4 Madame Carter, Father Paul.
5    Q. Anybody else?
6    A. There may be, but I don't know all the
7 names.
8    Q. How do you know that Madame Carter was
9 one of the whites that was in charge?
10    A. I thought that. And also other --
11 many of the other kids also thought that, and
12 also the way she was received in there.
13    Q. How was she received?
14    A. It's because when she comes there and
15 then there would be groups, and generally when
16 people come in there would be times of
17 togetherness and play games and relax a bit.
18 When she comes, she usually is accompanied, or
19 spend time with Douglas and Robinson, and gives
20 us the impression that she was a very important
21 person, and she was not there -- she was there
22 for things that were very serious.
23    Q. Did she ever tell you she was in
24 charge?
25    A. I don't remember her having said that,

Page 105

1 but we all always thought in there that she was.
2    Q. When you say we always thought that
3 she was, who is the "we" that you're referring
4 to?
5    A. Other kids that were there, myself,
6 that's what we always believed.
7    Q. Did anybody ever tell you that Madame
8 Carter was in charge?
9    A. I don't remember if anyone had ever
10 said that.
11    Q. Did you ever see Doug Perlitz at the
12 Village?
13    A. Yes.
14    Q. What was he doing when you saw Doug
15 Perlitz at the Village?
16    A. Then I would see him talking when he
17 goes in the office, and I would see him talking
18 to Robinson, but I wouldn't know exactly what he
19 is up to.
20    Q. Would you see him every day at the
21 Village, Doug Perlitz that is? I'm sorry.
22    A. Often.
23    Q. How many times did you see Madame
24 Carter at the Village?
25    A. I don't remember how many times.

27 (Pages 102 to 105)

Confidential - Subject to Further Confidentiality Review

Page 106

1    Q.  Was it more than one?
2    A.  Yes, more, but I don't remember the
3  number of times.
4    Q.  What about Father Paul, Pere Paul, did
5  you ever see Pere Paul at the Village?
6    A.  Yes.
7    Q.  And when you saw Pere Paul at the
8  Village, what was he doing?
9    A.  I don't really remember, but I
10  remember most of the time when he is there it's
11  because he's performing Mass.
12    Q.  When you saw Madame Carter at the
13  Village, what was she doing?
14    A.  I would see her talking to Robinson,
15  but I don't know everything.
16    Q.  Did you ever speak to Madame Carter?
17    A.  I don't remember, but it's because she
18  didn't speak in Creole.
19    Q.  Did Madame Carter ever speak to you?
20    A.  No, I don't recall.
21    Q.  Do you remember if Madame Carter ever
22  spoke to you through an interpreter?
23    A.  Let me see.  Me personally?
24    Q.  Or in a group.
25    A.  I remember in a group.

Page 107

1    Q.  Okay.  Who was the interpreter?
2    A.  I don't remember really, but I
3  remember Douglas and Robinson were there that
4  day.
5    Q.  And do you remember what Madame Carter
6  said through the interpreter?
7    A.  No.
8    Q.  Do you remember anything Madame Carter
9  ever said through an interpreter when you saw
10  her at the Village?
11    A.  I don't remember what she would say.
12    Q.  Did you ever speak to Pere Paul at the
13  Village?
14    A.  No.
15    Q.  Did Pere Paul ever speak to you
16  individually or in a group through a translator
17  at the Village?
18    A.  No.  I don't remember if he ever
19  talked to me in a group.
20    Q.  Did Madame Carter ever make any
21  promises to you?
22    A.  No.
23    Q.  Do you remember any of the white
24  volunteers working at the Village, sir?
25    A.  Do I remember their names?

Page 108

1    Q.  Yes.
2    A.  In the Village I remember Timothy, and
3  I remember Brittany.
4    Q.  Do you remember seeing Jessica at the
5  Village, sir?
6    A.  I would see her.
7    Q.  Do you know if Jessica could speak
8  Creole, sir?
9    A.  She would try.  She would make an
10  effort, but, you know, she wasn't very stable in
11  the Village.  It's really in Carenage where she
12  was.
13    Q.  What about Nicholas, sir, do you
14  remember seeing Nicholas at the Village?
15    A.  Yes, I've seen him, but him also, he's
16  stable at Carenage.
17    Q.  Do you know if Nicholas can speak
18  Creole?
19    A.  I don't know if he knows a lot, but I
20  know that he could say a few words.
21    Q.  What about Brittany, sir, do you know
22  if Brittany could speak Creole?
23    A.  She would speak sometimes.
24    Q.  Did you ever talk to Robinson
25  privately?

Page 109

1    A.  I don't remember if I ever speak to
2  him in private.
3    Q.  Did you trust Robinson?
4    A.  Yes.
5    Q.  If you had a problem, could you have
6  gone and spoken to Robinson about the problem?
7    A.  Yes.
8    Q.  Did you ever talk to Robinson about
9  Doug Perlitz abusing you?
10    A.  No, I didn't.
11    Q.  Why not?
12    A.  I was afraid, and because of the
13  pressure that Douglas was putting on us.
14    Q.  What pressure was Douglas putting on
15  you?  You used the term "was putting on us."
16    A.  He would say that he would kick us out
17  of the Village.  I didn't want to be kicked out.
18    Q.  Who is the "us" that would be kicked
19  out?
20    A.  I didn't want him to kick me out of
21  the Village, because he said he would kick me
22  out if I spoke up.
23    Q.  Do you know if he indicated to any
24  other student that he would kick them out?
25    A.  I don't know.

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 110

1    Q. Do you know if he ever threatened
2  Victor that he would kick Victor out of the
3  Village if he told on him?
4    A. Well, I don't know if he ever said
5  that, but I can imagine if he did.
6    Q. How can you imagine that, sir?
7    A. Because he's a gay, he did that to me,
8  and I figure if he did that to me then he can do
9  that to anyone else.
10    Q. Do you know if he did do that to
11  anyone else, sir, if he abused any other person?
12    A. Well, I don't know, I don't think
13  that. These relationships, they were private
14  for each person.
15    Q. Do you know of any other student that
16  claims they were abused by Douglas Perlitz?
17    A. I don't entirely remember the names of
18  the students.
19    Q. Sir, I'm looking at Interrogatory
20  Number 23 from Exhibit 2, and I'm reading from
21  the English translation obviously.
22       MS. POLLOCK: Did you say 23?
23       MR. KENNEDY: Yes.
24  BY MR. KENNEDY:
25    Q. Sir, the question in English states

Page 111

1  "Identify all persons who you believe were
2  sexually abused by Perlitz from 1988 to 2008,
3  and for each person so identified state the
4  basis for your belief." According to the
5  English translation of your answer to Number 23,
6  the first name it states is Peterson Gedeus,
7  G-E-D-E-U-S.
8       Who is Peterson Gedeus?
9    A. One of the kids, a kid that was in the
10  Village.
11    Q. Do you believe that he was sexually
12  abused by Douglas Perlitz?
13    A. Well, I imagine that, because they
14  have complained about it, but I don't know if
15  it's true.
16    Q. It also indicates here Victor
17  D-E-R-I-Z-A-R-D. Is that your brother, sir?
18    A. Victor what?
19    Q. It says D-E-R-I-Z-A-R-D, last name.
20    A. Yes.
21    Q. That's your brother, correct?
22    A. Yes.
23    Q. What's your basis for your belief that
24  your brother was sexually abused by Douglas
25  Perlitz?

Page 112

1    A. Because he was part of the project, he
2  was in there. And I don't actually know that
3  for sure, but it's the way when we communicate,
4  he would say things that makes me think that.
5    Q. What would he say that would make you
6  think that?
7    A. Not exactly what he would say, it's
8  when we would speak.
9    Q. When you would speak, he did something
10  that led you to believe he was abused?
11    A. It's the way that he spoke.
12    Q. Can you explain that to me, sir?
13       (Interruption.)
14       THE VIDEOGRAPHER: Going off the
15  record. The time is 2:53.
16       (Pause.)
17       THE VIDEOGRAPHER: Back on the record.
18  The time is 2:56.
19  BY MR. KENNEDY:
20    Q. Sir, what words specifically did your
21  brother Victor use that led you to believe that
22  Douglas sexually abused him?
23    A. I don't remember the words exactly.
24    Q. Do you remember anything about the
25  conversation that led you to believe your

Page 113

1  brother was sexually abused by Douglas Perlitz?
2    A. I don't remember everything we
3  discussed because we spoke on multiple
4  occasions.
5    Q. Okay. You don't remember, but do you
6  remember something that you discussed?
7    A. I don't remember everything, because
8  we talked for a long time.
9    Q. Okay. What did you talk about?
10    A. The conversation was between us, we
11  could be chatting, and --
12    Q. But I need to know about the
13  conversation, sir. What did you talk about?
14    A. We could be chatting about the
15  project, and something he would say, something
16  would come out of his mouth, and I would imagine
17  or guess something he might want to say, but I
18  don't know.
19    Q. Did you ask him any questions about
20  whether he had been abused by Douglas Perlitz or
21  Douglas had ever acted inappropriately with him?
22    A. I don't remember that happening.
23    Q. Do you remember anything about the
24  conversations you had with your brother that led
25  you to believe he might have been sexually

29 (Pages 110 to 113)

Confidential - Subject to Further Confidentiality Review

Page 114

1    abused by Douglas Perlitz?
2        A.  No, I don't recall.
3        Q.  So you don't have any personal
4    knowledge that your brother was sexually abused
5    by Douglas Perlitz, correct?
6        A.  Please restate the question.
7        Q.  You don't have any personal knowledge,
8    sir, that your brother was sexually abused by
9    Douglas Perlitz, correct?
10       A.  Well, I imagine that because he was
11   inside, too, just like all the other kids, and I
12   myself and other kids who had been suffered --
13   victimized by this incident, and as he was a
14   child and we were all adolescents and not being
15   able to make decisions on, and as we were
16   subjected to that, I imagine he, too, must have
17   been.
18       Q.  Was that because he went to the
19   Village, sir?
20       A.  Yes, he was in the project.
21       Q.  But he never told you he was sexually
22   abused by Douglas Perlitz, correct?
23       A.  Well, I never asked him that because I
24   figure he probably wants to keep that to
25   himself, that he wouldn't want to tell me the

Page 115

1    truth.
2        Q.  What's the basis of your belief that
3    Peterson Gedeus was sexually abused by Douglas
4    Perlitz?
5        A.  Well, it's based on what they had
6    said.
7        Q.  Did they say this to you, sir?
8        A.  No, not clearly, but some of the
9    things they would say, if I reflect on it, and I
10   would say based on certain things that a person
11   said, and I can conclude or imagine that -- what
12   the person might be saying.
13       Q.  Specifically, sir, what words did
14   Peterson Gedeus use that made you reflect that,
15   or conclude or imagine that he may have been
16   abused by Douglas Perlitz?
17       A.  Well, okay, we used to speak often
18   when we were at the Village, and I recall that
19   during those conversations he might have said
20   something that I paid no thought to and didn't
21   think it was important.  But after the incident,
22   then I would start connecting the dots and
23   conclude that that was some meaning -- there was
24   meaning to some of the things that were said
25   before.  And I remember in particular a time

Page 116

1    when he told me -- he warned me not to go to
2    Bel Air.
3        Q.  Besides him warning you not to go to
4    Bel Air, do you remember any other part of the
5    conversation you had with Peter Gedeus --
6    Peterson Gedeus?  I'm sorry.
7        A.  I don't remember that we ever spoke on
8    that subject again.
9        Q.  Did you ask him at that time why you
10   should not go to Bel Air?
11       A.  I don't remember, but he didn't speak
12   on the reason.  He didn't want to give me a
13   reason.
14       Q.  Did you ask him for a reason?
15       A.  Well, I don't really remember asking
16   him, but he didn't give me -- offer it.  He
17   didn't want to give me a reason.
18       Q.  Did you have conversation with
19   Peterson Gedeus before you claim that Douglas
20   Perlitz sexually abused you?
21       A.  No.
22       Q.  This conversation was after you had
23   been sexually abused?
24       A.  The conversation when he told me that?
25       Q.  Yes, sir.

Page 117

1        A.  No, before that.
2        Q.  It was before you had been abused?
3        A.  Yes.
4        Q.  And who was present besides you and
5    Peterson Gedeus, if anyone, when you guys had
6    this conversation?
7        A.  I don't recall anyone else being
8    there, but it was the two of us.  When we were
9    chatting, he told me that.
10       Q.  Did Peterson ever tell you that he was
11   sexually abused by Douglas Peterson -- by
12   Douglas Perlitz?
13       A.  No, he didn't tell me that.
14       Q.  It also indicates here, sir, in answer
15   to Interrogatory Number 23 the name Fredlin,
16   F-R-E-D-L-I-N, Fils-Aime, spelled F-I-L-S -
17   A-I-M-E.  Do you know Fredlin Fils-Aime, sir?
18       A.  Yes.
19       Q.  What's the basis of your belief that
20   Fredlin Fils-Aime was sexually abused by Douglas
21   Perlitz?
22       A.  Well, it's the same way.  I would say
23   I use my imagination, so of all of us who were
24   in there, as I have said, the same way that it
25   happened to me in there, it could happen to them

30 (Pages 114 to 117)

Confidential - Subject to Further Confidentiality Review

Page 118

1    also.
2        Q.  Did you ever have any conversation
3    with Fredlin Fils-Aime which led you to believe
4    that he had been sexually abused by Douglas
5    Perlitz?
6        A.  It could happen that we did speak, but
7    as I have said, I believe that it could have
8    happened to any of the other kids in there.
9        Q.  Do you remember anything about any of
10   the conversations with Fredlin Fils-Aime which
11   could have led you to believe that he had been
12   abused?
13       A.  No.
14       Q.  You just concluded this -- is it fair
15   to say you just concluded this because Fredlin
16   was part of the project?
17       A.  Yes.  I believe that for any of the
18   kids who were in there.
19       Q.  Do you believe every kid that was in
20   the project was abused by Douglas Perlitz?
21       A.  I don't know that fundamentally, but I
22   can imagine that all of us were in the project.
23       Q.  Fredlin never told you he was abused
24   by Douglas Perlitz, correct?
25       A.  No, I don't recall it.

Page 119

1        Q.  Okay.  What about Robens, R-O-B-E-N-S,
2    did he ever tell you he was sexually abused by
3    Douglas Perlitz?
4        A.  As I have stated before, I used my
5    imagination, we were all in there, we lived
6    together as brothers, and when that happened to
7    me I come to believe that all of them were
8    susceptible, all of them this could have
9    happened to.  I believe this for any other of
10   the kids that were in there.
11       Q.  Did any other PPT -- strike that.
12           Did any other student at the Village
13   ever tell you that they were abused by Douglas
14   Perlitz?
15       A.  I don't recall.
16       Q.  Did any other student at Rue 13 ever
17   tell you they were abused by Douglas Perlitz?
18       A.  I don't remember.
19       Q.  While you were a student at the
20   Village, did you ever hear rumors that Douglas
21   Perlitz was abusing students?
22       A.  During what time?
23       Q.  Before you were abused, sir.
24       A.  No.
25       Q.  What about after, sir?

Page 120

1        A.  It's when the school was closing down,
2    that's when I heard those things.
3        Q.  Who did you hear those things from?
4        A.  Well, I remember hearing those things
5    because the word had spread throughout the
6    Village, even those who had had no prior
7    knowledge of it had come to hear those things,
8    and the word had spread actually throughout
9    Cap-Haïtien.
10       Q.  Had you heard those rumors while the
11   Village was still open, sir?
12       A.  It was almost to the end of its
13   closing.
14       Q.  Was Douglas still in Haiti, sir, at
15   the time you heard these rumors?
16       A.  I don't entirely recall.  It might
17   have been at the time when he was leaving, when
18   he was trying to escape to leave.
19       Q.  You used the phrase "the word had
20   spread throughout the Village."  Did somebody
21   actually tell you about the allegations against
22   Mr. Perlitz?
23       A.  I didn't -- no one told me
24   specifically that those things had happened, but
25   through the rumors, through the grapevine I

Page 121

1    would hear it.
2        Q.  And what did you hear through the
3    grapevine?
4        A.  They were talking about the abuse that
5    Douglas had caused to the kids that were in the
6    project.
7        Q.  And a lot of the kids were talking
8    about this?
9        A.  It wasn't just the kids.  It was
10   other -- many other people who were not -- in
11   the Village who were not part of the project who
12   were talking about it.
13       Q.  Who were these other people who were
14   not part of the project that were talking about
15   it, sir?
16       A.  Anyone in the street who had heard of
17   that.  I don't know who they are.
18       Q.  So it was common knowledge around
19   Cap-Haïtien?
20       A.  Yes, a lot of people knew that.
21       Q.  Did you ever hear Cyrus Sibert's radio
22   show, sir?
23       A.  At what moment?
24       Q.  That's a good point.
25           Did you ever hear Cyrus talking on the

31 (Pages 118 to 121)

Confidential - Subject to Further Confidentiality Review

Page 122

1  radio about the allegations against Mr. Perlitz?
2      A.  No, because I was not listening to his
3  radio program.
4      Q.  Do you know a white individual named
5  Brian who came to visit the Village?
6      A.  Yes.
7      Q.  Who was Brian?
8      A.  I don't know who he is.  I just -- I
9  saw him at that time when he came to the
10  Village.
11      MR. KENNEDY:  Go off the record for a
12  second.
13      THE VIDEOGRAPHER:  Going off the
14  record.  The time is 3:20.
15      (Whereupon, a recess was taken.)
16      THE VIDEOGRAPHER:  Back on the record.
17  The time is 3:41.
18  BY MR. KENNEDY:
19      Q.  Sir, just going back to something for
20  a moment.  When Madame Carter came to the
21  Village and she spoke through a translator, was
22  she speaking to a large group of students?
23      A.  Yes.
24      Q.  She wasn't speaking directly to you,
25  correct?

Page 123

1      A.  No.
2      Q.  And where was this?  When she spoke,
3  where was it at the Village?
4      A.  In the kitchen where we used to eat.
5      Q.  Did you ever hear her speak in the
6  chapel?
7      A.  I don't recall.
8      Q.  Sir, also right before the break I
9  asked you about a white man named Brian.  When
10  you saw Brian at the Village, what was he doing?
11      A.  He wasn't stable at the Village.
12      Q.  When you say "he wasn't stable," do
13  you mean that he wouldn't stay very long in the
14  Village?
15      A.  No.
16      Q.  Did he ever speak to the students
17  through an interpreter?
18      A.  I don't remember.
19      Q.  Do you know whether a white man named
20  Michael ever came down right about the time that
21  the Village was closing, sir?
22      A.  What was his name?
23      Q.  First name is Michael.
24      A.  I don't remember.
25      Q.  While you were at the Village, did you

Page 124

1  meet an individual named Sylvester Tan?
2      A.  Yes.
3      Q.  Who is Sylvester Tan?
4      A.  I remember seeing him at the Village.
5  I remember that he was a priest.
6      Q.  Did you ever talk to Sylvester Tan?
7      A.  One-on-one, or in a group?
8      Q.  Either.
9      A.  Yes, we talked.
10      Q.  Was this one-on-one?
11      A.  Yes.
12      Q.  And when you spoke to Sylvester
13  one-on-one, what did you talk about?
14      A.  I don't really remember, but we would
15  speak on religious subjects.
16      Q.  Did you ever speak to Sylvester about
17  Douglas Perlitz?
18      A.  No.
19      Q.  Did Sylvester Tan ever speak to you
20  about Douglas Perlitz?
21      A.  No.
22      Q.  Did Sylvester Tan offer you or any
23  other boy any advice about Douglas Perlitz?
24      A.  For myself, no.  I don't know about
25  other kids.

Page 125

1      Q.  So Sylvester Tan never indicated for
2  you to stay away from Douglas Perlitz or
3  anything like that, or to be careful around him?
4      A.  No.
5      Q.  Did you ever go on a hike with
6  Sylvester Tan?
7      A.  We went out one day, once.
8      Q.  And when you went out, did you go for
9  a walk, or what's known as a hike?
10      A.  Yes, we walked together.
11      Q.  Okay.  And where did you walk to?
12      A.  We went to a location where the
13  Catholics go to pray.
14      Q.  Was this a cross, sir?
15      A.  Yes.
16      Q.  And who else went on the hike with
17  you, or the walk?
18      A.  There were other kids with us, I don't
19  remember, but it was many of us.
20      Q.  And did Sylvester Tan talk to the
21  group when you got to the cross?
22      A.  Yes, he spoke to us on religious
23  topics, because as you know it is a place for
24  praying, and he is a priest.
25      Q.  But he didn't talk about Douglas

32 (Pages 122 to 125)

Confidential - Subject to Further Confidentiality Review

Page 126

1    Perlitz when you got to the cross?
2        A.  No.
3        Q.  While Sylvester Tan was at the
4    Village, did you ever speak to him about Douglas
5    Perlitz?
6            THE INTERPRETER:  I'm sorry, can you
7    ask the question again?
8            MR. KENNEDY:  Sure.
9        Q.  While Sylvester Tan was at the
10   Village, did you ever speak to him about Douglas
11   Perlitz?
12       A.  No.
13       Q.  Have you ever been to a house called
14   Bel Air?
15       A.  I stopped by there twice.
16       Q.  When was the first time, sir?
17       A.  The first time was when Douglas abused
18   me up there, and the second time was when I was
19   going to the cross with Sylvester.
20       Q.  Sir, you claim that Douglas Perlitz
21   hurt you, correct?
22       A.  Yes.
23       Q.  How many times do you claim that
24   Douglas Perlitz hurt you?
25       A.  Once.

Page 127

1        Q.  What year was that, sir?
2        A.  I don't remember the year exactly.
3        Q.  Was -- who was the white person that
4    was working at the Village at the time, besides
5    Douglas, at the time Douglas hurt you?
6        A.  I don't remember.
7        Q.  What is Bel Air, sir?
8        A.  That's, as to my understanding, that's
9    where Douglas lived.
10       Q.  Did anybody else live with Douglas at
11   the time that you claim he abused you?
12       A.  I don't remember, but I don't know if
13   there were any other persons there.
14       Q.  Was Jessica Lozier in Haiti at the
15   time you claim that Douglas Perlitz abused you?
16       A.  No, not yet.
17       Q.  Was Nicholas Preneta -- was Nicholas
18   in Haiti at the time you claim that Douglas
19   abused you?
20       A.  No.
21       Q.  He hadn't arrived yet?
22       A.  I don't remember.  I don't believe he
23   had yet arrived.
24       Q.  What about Andy, was Andy in Haiti at
25   the time you claim Douglas abused you?

Page 128

1        A.  No, Andy had already left.
2        Q.  So it was in-between Andy leaving and
3    Jessica arriving?
4        A.  Excuse me?
5        Q.  When Douglas abused you, it was
6    between the time that Andy had already left and
7    Jessica had yet to arrive?
8        A.  Jessica was going to arrive, or she
9    had already arrived.
10       Q.  I think you testified before that at
11   the time you claim Douglas Perlitz abused you,
12   Jessica had not arrived yet in Haiti, correct?
13       A.  Yes.
14       Q.  Do you remember what grade you were in
15   at the time Douglas abused you?
16       A.  I don't remember all that because this
17   is something that had happened a while ago.
18       Q.  Sir, tell me in your own words every
19   detail you remember about the time that Douglas
20   Perlitz hurt you.
21       A.  I remember I had gone to Bel Air and
22   to pick up something from him, and I remember he
23   forced me to do something, and I didn't agree, I
24   didn't accept, and then he forced himself onto
25   me, penetrating me through the rear with his

Page 129

1    penis.
2        Q.  Anything else, sir?
3        A.  I don't recall all the facts.
4        Q.  Why had you gone to Bel Air, sir?
5        A.  I went to get money to buy clothes.
6    He had told me to go there, to go to Bel Air to
7    get it.
8        Q.  Who had told you to go to Bel Air to
9    get money for clothes?
10       A.  Douglas.
11       Q.  When had Douglas told you to go to
12   Bel Air to get money for clothes?
13       A.  When I asked -- when I had asked him
14   that in the Village.
15       Q.  Was that on the same day that you went
16   to Bel Air, or was that on a prior date?
17       A.  I remember asking him, but I don't
18   remember if it was the same day.  It might have
19   been after that that I had gone because I needed
20   it to buy clothes.
21       Q.  Had you ever spoken to Douglas before
22   you asked him for money for clothes?
23       A.  Speak to him regarding what?
24       Q.  Anything.
25       A.  It may have occurred, a time that I

33 (Pages 126 to 129)

Confidential - Subject to Further Confidentiality Review

Page 130

1    might have spoken to him because if I need
2    something, I can ask him or I can ask Robinson
3    or one of the teachers.
4        Q.  Had you asked Douglas Perlitz for
5    something before the day you claim he abused
6    you?
7        A.  I just needed money to buy clothes.
8        Q.  I know on that date, sir.  But you had
9    indicated before I might have spoken to him --
10   strike that.  I'm sorry.
11       You indicated, sir, "it may have
12   occurred a time that I might have spoken to him
13   because I needed something."  All I'm trying to
14   understand, sir, is, before asking him for the
15   money for the clothes, had you ever asked
16   Douglas for anything else?
17       A.  Well, yes, we might have spoken when I
18   run into him, when I see him I might have
19   greeted him because I know that he is the person
20   in charge of us of the program.
21       Q.  Had you ever spoken to him privately
22   before this day that you claim he abused you?
23       A.  I don't recall having spoken to him.
24       Q.  But you do recall that one day you
25   were at the Village and you asked him for money

Page 131

1    to buy clothes, is that correct?
2        A.  Yes.  I had told him that I needed
3    clothes, and I asked him if he could give me
4    some money to buy a few clothing, and because he
5    is the one that generally help us with clothing.
6        Q.  Had he ever bought you clothing before
7    that day?
8        A.  Has he ever bought them?
9        Q.  Had he ever bought you clothing before
10   that day?
11       A.  Well, I would ask -- at other times I
12   would ask when I need clothing, I would ask
13   anyone in there for clothing.  There was
14   Robinson.  I would ask whoever is the most
15   stable person there at that time.
16       Q.  My question, though, is pretty
17   specific, sir.  All I'm asking is whether before
18   the day that you asked Douglas Perlitz for money
19   to buy clothes, had he ever bought you clothes
20   before?
21       A.  I don't remember if I had asked him
22   before.
23       Q.  Before that day that you claim Douglas
24   Perlitz abused you, had Douglas Perlitz ever
25   given you money before?

Page 132

1        A.  Money regarding what?
2        Q.  Anything, sir.
3        A.  Well, they had given us money for
4    certain activities that we had participated in
5    inside.
6        Q.  So is it fair to say Douglas had given
7    you money before that day?
8        A.  Yes, but not for that specifically.
9    It was for work that we performed to encourage
10   us.
11       Q.  How was it that you got from the
12   Village -- strike that.  I'm sorry.
13       When you asked Douglas for the money
14   at the Village, was anyone else present?
15       A.  I don't remember where I was when I
16   asked him for it.
17       Q.  Fair to say at some point you go to
18   Bel Air?
19       A.  Yes, I remember going to Bel Air to
20   get the money from him.
21       Q.  And how did you get to Bel Air?
22       A.  I don't recall exactly, but I do know
23   that, as I recall, to get to Bel Air you have to
24   take a bus to get into town, and then from there
25   you have to make the rest of the route on foot.

Page 133

1        Q.  Did you go by yourself, sir?
2        A.  Yes.
3        Q.  What time do you arrive at Bel Air?
4        A.  I didn't have a watch.  I didn't know
5    what time.
6        Q.  Was it light outside, sir?
7        A.  Yes.
8        Q.  Okay.  So it wasn't at nighttime,
9    correct?
10       A.  Yes -- no.
11       Q.  Do you remember what day of the week
12   that you went to Bel Air, sir?
13       A.  I don't remember all that.
14       Q.  Was it a school day, or was it a
15   weekend?
16       A.  I don't remember if it was a weekend.
17   I remember we were preparing to go for the
18   vacation period that was about to be.  I don't
19   remember which vacation period it was.
20       Q.  So you get to Bel Air, and it's light
21   outside, correct?
22       A.  Yes.
23       Q.  Was there -- how did you get access to
24   the house?  Did you have to -- was there a
25   gatekeeper?

34 (Pages 130 to 133)

Confidential - Subject to Further Confidentiality Review

Page 134

1    A. No. I don't remember. I don't recall
2  seeing anyone at the gate.
3    Q. How did you know which house it was?
4    A. Because when I am in a car and going
5  into the Village or leaving the Village going
6  back, and we go past the house, and sometimes
7  there's someone who would stop at the outside to
8  go pick up something there, and so I knew the
9  house from that. And then also there would be
10  times when the kids in there would point at the
11  house.
12    Q. When you got to Bel Air, did you knock
13  on the door?
14    A. What door? The gate, or the entrance
15  door --
16    Q. Either.
17    A. -- to the house?
18    Q. Either.
19    A. There was no need. The gate was half
20  open, and as I saw it, all I had to do was push
21  it a bit to enter.
22    Q. And then when you got to the front
23  door, what did you do?
24    A. I could see Douglas's image from
25  there, and he saw me and signaled me to enter.

Page 135

1    Q. You saw Douglas's image in the house
2  when you got to the front door?
3    A. I saw him. I saw him inside.
4    Q. And he signalled for you to open the
5  door?
6    A. For me to enter. I don't remember if
7  he told me to open the door, but he signaled me
8  to enter, and I entered.
9    Q. And was this in the main entrance of
10  the house, sir?
11    A. Yes.
12    Q. When you first walk into the door at
13  Bel Air, what room do you walk into?
14    A. I don't recall all the rooms in the
15  house, but I remember that on the top floor up
16  there is a living room.
17    Q. When you walk into the house, do you
18  speak to Douglas?
19    A. Yes. I greeted him.
20    Q. And what did you say?
21    A. I greeted him, and as I -- since I
22  know precisely why I came, I just told him I
23  came to pick up -- pick it up, and we talked,
24  and I don't remember every detail of the
25  conversation.

Page 136

1    Q. Do you remember any details of the
2  conversation?
3    A. No.
4    Q. Do you remember what Douglas said to
5  you after you said that you were there to pick
6  up the money?
7    A. I don't remember all the details. I
8  remember him bringing me to his room, but I
9  don't remember all the details of what had
10  happened before.
11    Q. Where is his room?
12    A. I don't really know. I know that he
13  took me in a room that was downstairs, I'm not
14  familiar with it, but I just imagined that was
15  his room.
16    Q. Do you remember him saying anything to
17  you before he took you to the room?
18    A. I don't recall.
19    Q. Do you remember what Douglas was
20  wearing when you entered the house?
21    A. No.
22    Q. Do you know what you were wearing on
23  that day when you entered the house?
24    A. I don't remember what I was wearing.
25    Q. How soon after you entered the house

Page 137

1  did Douglas take you to this room?
2    A. I could guess, but not much time had
3  passed, elapsed.
4    Q. Did you have to walk downstairs to get
5  to the room?
6    A. I remember going to the room, but I
7  don't remember much else of what had happened.
8  Since the time after he abused me, I don't
9  remember much else of what had happened.
10    Q. Sir, are you telling me that you have
11  trouble remembering the abuse itself?
12    MS. POLLOCK: Objection.
13  Mischaracterizes the witness's testimony. He
14  can answer, I just had to make my objection.
15    A. Can you ask the question again,
16  please?
17  BY MR. KENNEDY:
18    Q. Sure. I'm just trying to understand,
19  sir, you indicate "since the time after he
20  abused me, I don't remember what else of what
21  had happened." I'm just trying to understand,
22  are you telling me that you have trouble
23  remembering the abuse itself?
24    A. I can't remember everything that had
25  happened. In general, I remember some things.

35 (Pages 134 to 137)

Confidential - Subject to Further Confidentiality Review

Page 138

1    Q.  When you get into the room, what
2  happens next?
3         THE INTERPRETER:  Sorry, I don't
4  understand what he said.
5    A.  I don't remember.  What I remember is
6  that once we entered there and he started
7  talking to me about sexual relationships between
8  men and men, and I didn't agree with what he was
9  saying, and then he went and got a magazine or
10  newspaper that had images of men and men, and I
11  told -- he started talking to me about gay sex,
12  and I didn't like -- agree with what he was
13  saying, and then he started to pressure me.  And
14  I didn't want to, and he forced me.  And then he
15  proceeded on inserting his penis.
16    Q.  And that's the end?
17         Sir, when you arrived at Bel Air,
18  besides Douglas Perlitz, was anybody else home?
19  Was anybody else at the house, I should say.
20    A.  I don't know if there was anyone in
21  there.
22    Q.  Did you hear anybody else in the
23  house?
24    A.  I didn't hear anyone speaking, but I
25  don't know if there was anyone.

Page 139

1    Q.  You didn't see anybody at the house
2  besides Douglas?
3    A.  No.
4    Q.  You indicated here that he started to
5  talk to you about sexual relationships between
6  men.  What exactly did he say to you?
7    A.  I don't remember everything, but I
8  remember that it was only on that topic he
9  insisted on talking.
10    Q.  Did you say anything to him?
11    A.  I didn't say anything.  I remember
12  telling him that those types of relationships
13  are not good, because through the bible these
14  relationships are not good.  As a child I
15  learned those things.
16    Q.  That's what you told him at that time?
17    A.  Yes, I remember saying to him that
18  it's not good.
19    Q.  And what was his response?
20    A.  I don't remember, but I remember that
21  he just didn't really pay much attention to what
22  I was saying.  He was just eager to just do what
23  he wanted to do.
24    Q.  Can you describe for me the room where
25  you claim Douglas abused you, sir?

Page 140

1    A.  Well, as you know, that was a while
2  back.  I don't really have too much memory of
3  the details, and also the incidents.  It was a
4  pain, it caused me pain, so I didn't pay
5  attention really to what was in the room.
6    Q.  Can you describe for me anything that
7  was in the room, any piece of furniture or
8  anything?
9    A.  I don't remember everything that was
10  in the room.  I remember there was a bed, but I
11  don't remember everything -- anything else that
12  was in the room.
13    Q.  Was there a light on in the room when
14  you went into the room, sir?
15    A.  I don't remember everything that was
16  in the room.
17    Q.  After you and Douglas had this
18  conversation about sexual relationships between
19  men, what happened after that?
20    A.  Well, what happens next is that, as I
21  recall, he started pressuring me, and then, of
22  course, I didn't agree, and then that's when he
23  took his penis and inserted it in my rear end.
24         (Interpreters talking.)
25    A.  He leaned me onto the bed and inserted

Page 141

1  his penis into my rear end.
2    Q.  How did he pressure you, sir?
3    A.  Well, he pressured me, he was
4  pressuring me to do that, and if I won't do that
5  he will kick me out of the Village, and so that
6  scared me.
7    Q.  Did he say that to you before he
8  abused you, sir?
9    A.  Yes, both before and after.
10    Q.  Do you remember him saying anything
11  else to you before he abused you, sir, in that
12  room?
13    A.  I don't remember.
14    Q.  And at this time that you're having --
15  that Douglas is talking to you about sexual
16  relationships between men, is he touching you in
17  any way?
18    A.  I don't remember everything that had
19  happened.  I remember him talking about those
20  things.
21    Q.  At some point does he begin to touch
22  you?
23    A.  I remember he did that when he abused
24  me.
25    Q.  What did he do specifically?

36 (Pages 138 to 141)

Confidential - Subject to Further Confidentiality Review

Page 142

1    A.  He took his penis and inserted it into
2  my rear end.
3    Q.  When you were -- you said -- I believe
4  you indicated before that Douglas showed you a
5  magazine, or a newspaper?
6    THE INTERPRETER:  Could you excuse me,
7  please?
8    MR. KENNEDY:  Sure.
9    (Interpreters talking.)
10    A.  Yes.
11    Q.  Where were you -- did Douglas show you
12  this newspaper or magazine?
13    MS. POLLOCK:  Objection.  Compound,
14  vague.
15    THE INTERPRETER:  For the record, the
16  word is magazine, sir.
17    MR. KENNEDY:  And that's what I
18  assumed, but you had indicated before the
19  word --
20    THE INTERPRETER:  Yes, because it's
21  both ways, and I didn't know which one he meant.
22    MR. KENNEDY:  Okay.  Thank you.  That
23  might take care of my compound issue.
24  BY MR. KENNEDY:
25    Q.  At some point, sir, you said Douglas

Page 143

1  showed you a magazine?
2    A.  Yes.
3    Q.  Were you standing up or sitting down
4  when he showed you this magazine?
5    A.  I don't entirely remember.  What I
6  remember is that I was in the bedroom at the
7  time.
8    Q.  Did Douglas have his clothes on at
9  this time?
10    A.  I cannot recall this, but I believe
11  that he had his clothes on, that he was not
12  naked.
13    Q.  Did you have your clothes on at the
14  time he was showing you this magazine?
15    A.  Yes, as I recall.
16    Q.  At some point did some of your
17  clothes, did they get taken off?
18    A.  I don't remember if he had taken --
19  what clothing had been taken off.  I remember
20  just the pants that were taken off.
21    Q.  Whose pants, sir?
22    A.  Both of our pants, because it's me
23  that he was going to do that to.
24    Q.  How did your pants come off, sir?
25    A.  I don't entirely remember.  I don't

Page 144

1  remember what type of pants I was wearing, so I
2  don't remember how it had come off -- taken off.
3    MR. KENNEDY:  Is that the end?
4    THE INTERPRETER:  Yes.
5    Q.  Did you take your pants off, or did
6  Douglas Perlitz take your pants off?
7    A.  I don't remember if I was the one who
8  take it off.
9    Q.  Did he ask you to take your pants off?
10    A.  I don't recall entirely how those
11  things had happened.
12    Q.  Did you ever see Douglas Perlitz take
13  his pants off, sir?
14    A.  I can guess that, I mean he must have,
15  because he was abusing me at that moment.
16    Q.  I believe you also indicated he leaned
17  you over something, is that correct?
18    A.  Yes, on the bed, as I remember.
19    Q.  He leaned you over the bed, sir?
20    A.  Yes.
21    Q.  Were your pants off at this time, sir?
22    A.  I can't remember the pants, where they
23  were.
24    Q.  Well, if he's leaning you over the
25  bed, sir, did you say anything to him?

Page 145

1    A.  Well, I had to say no.  But as he was
2  forcing it, himself, and I don't remember what
3  other reaction that I had.
4    Q.  I believe you indicated he put his
5  penis in your butt, is that correct?
6    A.  Yes.
7    Q.  When he did that, did you say
8  anything, sir?
9    A.  I didn't accept, because I said no.
10    Q.  Besides saying no, did you cry out or
11  anything else?
12    A.  Well, at the time when it happened,
13  unfortunately I was not the height or the build
14  that I am now, I was little.
15    Q.  I understand.
16    My question, though, was, sir, besides
17  saying no, did you cry out or say or do anything
18  while Mr. Perlitz was abusing you?
19    A.  I don't remember everything that had
20  happened, but it is something that was extremely
21  painful.
22    Q.  And you used the word "little," sir,
23  that you were little at the time.  Do you know
24  how old you were?
25    A.  No.

37 (Pages 142 to 145)

Confidential - Subject to Further Confidentiality Review

Page 146

1    Q.  Do you know how long the abuse lasted,
2  sir?
3    A.  No, I can't guess how long it lasted.
4    Q.  After the abuse was over, sir --
5  strike that.  I'm sorry.
6        Besides your pants, did any other
7  clothing come off during the abuse, sir?
8    A.  I don't recall any other clothing that
9  had come off.
10    Q.  Did you ever see Mr. Perlitz when he
11  had his pants off, sir?
12    A.  Before the abuse, or after?
13    Q.  Either time, sir.
14    A.  I don't remember seeing him without
15  his pants on.
16    Q.  And after the abuse is over, does
17  Douglas Perlitz say anything to you, sir?
18    A.  I remember after it was over, he told
19  me that if I say anything to any of the other
20  kids or to anyone else, that I would suffer the
21  same consequences and I would be kicked out.  I
22  remember he gave me the money, and I left.
23    Q.  And this was the money that you had
24  asked for and for the clothing that you had gone to
25  the house for?

Page 147

1    A.  Yes.
2    Q.  When you left the house, was it still
3  light outside?
4    A.  I don't remember that it was entirely
5  -- it was yet dark.
6    Q.  And after you left the house, what did
7  you do?
8    A.  I remember going home.
9    Q.  And who were you living with at the
10  time, sir?
11    A.  At the time when he did that to me?
12    Q.  Yes, sir.
13    A.  I remember I was living on the other
14  side with my godmother.
15    Q.  And who was living in that house with
16  your godmother at that time?
17    A.  Not with my godmother, my godfather.
18    Q.  I'm sorry, your godfather.
19    A.  The house belonged to him, but my
20  godfather was not in the house, sometimes he
21  would just pass by.
22    Q.  But you were living in your
23  godfather's house, correct?
24    A.  Yes, the house belonged to him.
25    Q.  So you went -- after Douglas abused

Page 148

1  you, you went to your godfather's house?
2    A.  Yes, I remember that's where I went.
3    Q.  Was anybody home at your godfather's
4  house when you arrived?
5    A.  I don't remember if anyone was home,
6  but I don't remember if at that time my
7  godfather was there.
8    Q.  At that time who regularly lived in
9  the house?
10    A.  Well, myself, I was in the house, and
11  his daughter was also in the house, but she went
12  -- she had gone to work.
13    Q.  After Douglas abused you, did you tell
14  anybody what he had done?
15    A.  No.  I was afraid.  I didn't want to
16  say anything to anyone, just as he had said.  So
17  that if he should find out, I didn't want to say
18  anything to anyone, if he had to find out for
19  him to kick me out.
20    Q.  After Douglas abused you, did you ever
21  tell any other PPT student what he had done?
22    MS. POLLOCK:  Do you mean at any time?
23  I'm trying to get -- it's vague as to timing.
24  BY MR. KENNEDY:
25    Q.  While you were at the Village.

Page 149

1    A.  Can you ask the question again?
2    Q.  After Douglas abused you, did you ever
3  tell any other PPT student what he had done
4  while you were at the Village?
5    A.  No.
6    Q.  Did you ever speak to the Haitian
7  National Police about what Douglas did to you?
8    A.  No.
9    Q.  Did you continue as a student at the
10  Village after Douglas abused you?
11    A.  Yes.
12    Q.  Did you ever tell Robinson what
13  Douglas did to you?
14    A.  No.
15    Q.  Did you ever tell Victor what Douglas
16  did to you?
17    A.  No.
18    Q.  Did you ever tell Margarette Joseph
19  what Douglas did to you?
20    A.  No.
21    Q.  Did you ever talk to Douglas after the
22  day this happened?
23    A.  I don't remember if I had ever spoken
24  to him again because I didn't want after that to
25  ever be around him.

38 (Pages 146 to 149)

Confidential - Subject to Further Confidentiality Review

Page 150

1     Q.  Did you suffer any injury as a result
2  of what Douglas did to you?
3          MS. POLLOCK:  Objection.  Vague.
4          MR. KENNEDY:  Fair.
5  BY MR. KENNEDY:
6     Q.  Did you ever suffer any physical
7  injury as a result of what Douglas did to you?
8     A.  You mean as a bruise?
9     Q.  Was any part of your body injured as a
10  result of what Douglas did to you?
11     A.  I would say mentally I am injured
12  because it hurts me a lot each time I think
13  about the incident.
14     Q.  Let me go back for one minute, sir.
15          At the time -- on the day that Douglas
16  abused you, do you know if there was anybody in
17  the yard at Bel Air?
18     A.  I don't remember entirely.  When I was
19  leaving, there might have been someone by the
20  faucet that is outside, there might have been
21  someone there, but I don't entirely recall who,
22  if anyone was there who was there.
23     Q.  Do you know an individual named Boss
24  Mo?
25     A.  Yes, he drives the car sometimes for

Page 151

1  the Village.
2     Q.  Was he there that day, sir?
3     A.  Yes, I remember he might have been.
4  He was there, he was one of the people near the
5  people who were getting water from the faucet.
6          THE INTERPRETER:  I'm sorry, I lost
7  the last part of the statement.  May I recap the
8  first part?
9     A.  I saw other people, I saw people by
10  the faucet who were getting water, and I thought
11  it might have been him because he is a person
12  who usually gets water there.
13     Q.  Did you see these people before you
14  went into Bel Air, or after you left?
15     A.  When I was leaving.
16     Q.  Before Douglas put his penis in your
17  buttocks, did he touch any other part of your
18  body?
19     A.  I don't remember every detail of what
20  had happened to me.
21     Q.  Sir, you mentioned that you also went
22  to Bel Air on a second occasion, is that
23  correct?
24     A.  Yes.
25     Q.  What was the reason for going there

Page 152

1  the second time?
2     A.  Because I had -- we went to pick up
3  Sylvester to go to the cross.
4     Q.  Okay.  Sir, what was your
5  understanding of Madame Carter's role at the
6  Village?
7     A.  She was the one in charge, himself and
8  Douglas.
9          THE INTERPRETER:  Correction.
10     A.  Herself and Douglas.
11          (Interpreters talking.)
12          THE INTERPRETER:  Ask the question
13  again, please.
14          MR. KENNEDY:  Do you want me to re-ask
15  it?
16          THE INTERPRETER:  Re-ask the question.
17     Q.  Sir, what was your understanding of
18  Madame Carter's role at the Village?
19     A.  She and Douglas were in charge,
20  because as I understand it she was the boss in
21  the Village.
22     Q.  And I believe you testified earlier it
23  was your understanding she was the boss from
24  what other children said at the Village?
25          MS. POLLOCK:  Objection.

Page 153

1  Mischaracterizes the witness's testimony.
2     A.  Yes.
3  BY MR. KENNEDY:
4     Q.  Douglas never told you she was the
5  boss, did he?
6     A.  I don't remember if he had ever said
7  that.
8          MS. POLLOCK:  We've been going an
9  hour.  How much longer do you have?
10          MR. KENNEDY:  Can we go off the record
11  for a second?
12          THE VIDEOGRAPHER:  Going off the
13  record.  The time is 4:49.
14          (Whereupon, a recess was taken.)
15          THE VIDEOGRAPHER:  Back on the record.
16  The time is 5:03.
17  BY MR. KENNEDY:
18     Q.  Sir, I'm not sure if I got an answer
19  to my question.  Are you claiming that you were
20  physically hurt in any way by Douglas Perlitz?
21     A.  Well, what I'm saying is that this
22  thing troubled me a lot, so I can say that I
23  have mental problems as a result of it, because
24  when I think about it, it really troubles me,
25  and that hurts me in my heart also.

39 (Pages 150 to 153)

Confidential - Subject to Further Confidentiality Review

Page 154

1    Q.  Did you go to see any doctor after
2  what you claim Douglas did to you?
3    A.  No, I don't recall that.
4    Q.  And you say you have mental problems.
5  What mental problems do you claim that you have?
6    A.  Well, it's just that when I think
7  about the incident, it would really trouble me a
8  lot.  And when the thought occurred to me, it
9  has an effect on me.  And there could be moments
10 where I would overhear someone talking about gay
11 sex, and I would -- it would just bring back
12 certain memories, and then those things I would
13 find very troublesome.
14   Q.  Do you have a problem with homosexual
15 people, sir?
16   A.  I would say yes.
17   Q.  Why is that, sir?
18   A.  Well, in my country it's never a good
19 thing.  They are not well-regarded, and they are
20 looked down upon in Haiti.
21   Q.  Have you gone to see any doctor for
22 any mental problem that you claim you've
23 suffered?
24   A.  I don't recall having gone to see a
25 doctor, no.

Page 155

1    Q.  Have you ever had suicidal thoughts,
2  sir?
3    A.  That had happened, sir.  It depends on
4  what's going on around me at the time, and
5  what's happening.
6    Q.  Do you have a girlfriend, sir?
7    A.  No, I don't recall having one.  A
8  friend, yes, I had one.
9    Q.  Have you ever had a girlfriend, sir?
10   A.  I remember I had one, but we're not
11 together anymore.
12   Q.  Was this girlfriend after you left the
13 Village, sir?
14   A.  Yes.
15   Q.  Do you have any children?
16   A.  No.
17   Q.  Can you describe Madame Carter for me
18 physically?
19   A.  I don't remember a lot of things, a
20 lot about her.  But I remember that she was not
21 very tall, and her -- she had a slight hump in
22 her back.  She was -- she leaned a bit forward,
23 because it was due to age.
24   Q.  Do you remember anything else about
25 her physical appearance?

Page 156

1    A.  I don't remember.
2    Q.  Before you went to see Cyrus for the
3  first time, were you aware that other former PPT
4  students who claimed to have been hurt by
5  Douglas Perlitz had received money?
6    A.  I don't recall having heard anything
7  like that.
8    Q.  Did you ever see any former PPT
9  students driving around Cap-Haïtien in new cars?
10   A.  I remember seeing a few of them, but
11 we have no rapport.
12   Q.  Do you remember seeing those new cars
13 before you went to see Cyrus for the first time?
14   A.  I can't guess.  I can't remember when
15 I saw them.
16   Q.  Sir, I'm going to show you a
17 photograph which I'll have marked as Exhibit 4.
18      (Whereupon, Deriza Exhibit Number 4,
19      Copy of color photograph, was marked
20      for identification.)
21   MR. KENNEDY:  I don't have copies.
22   MS. POLLOCK:  Understand.
23   Did we ever put Exhibit 3 in the
24 record?
25   MR. KENNEDY:  You know what?  That's a

Page 157

1  good point.
2    MS. POLLOCK:  We discussed it.
3    MR. KENNEDY:  We discussed it.  I'll
4  do it anyways.
5    For the record, Exhibit 3 is an eight
6  page document which I received this morning from
7  Plaintiffs' counsel that appears to be
8  identification information concerning the
9  deponent.  Is that fair?
10   MS. POLLOCK:  Yes.  Those are
11 documents that the deponent brought with him for
12 his deposition today that we have produced to
13 you today.
14   MR. KENNEDY:  Thank you.
15 BY MR. KENNEDY:
16   Q.  Sir, showing you Exhibit 4 for
17 identification, are you in that photograph?
18   A.  Yes.
19   Q.  Who is the woman in the photograph
20 with you?
21   A.  Jessica.
22   Q.  Was that photograph taken before or
23 after Douglas abused you?
24   A.  I don't remember when the picture was
25 taken exactly.  I assume that it was after.

40  (Pages 154 to 157)

Confidential - Subject to Further Confidentiality Review

Page 158

1    Q.  Sir, I'm going to show you what I'll
2  have marked as Defendants' 5 for ID.
3         (Whereupon, Deriza Exhibit Number 5,
4         Copy of color photograph, was marked
5         for identification.)
6         MR. KENNEDY:  Once again, I don't have
7  copies.
8  BY MR. KENNEDY:
9    Q.  Sir, are you in that photograph?
10   A.  Yes.
11   Q.  Which one are you in the photograph?
12 Are you in the white shirt, or are you in the
13 darker shirt?
14   A.  White shirt.
15   Q.  And was that photograph taken before
16 or after Douglas Perlitz abused you?
17   A.  I don't remember, because we take --
18 pictures were taken very often, so I don't
19 remember when this picture was taken.
20   Q.  Who else is in that photograph with
21 you, sir?
22   A.  Robens.
23   Q.  Is that the Robens that we spoke about
24 earlier today?
25   A.  Yes.

Page 159

1    Q.  And last I'm going to show you -- once
2  again I don't have copies -- Exhibit 6 for
3  identification.
4         (Whereupon, Deriza Exhibit Number 6,
5         Copy of color photograph, was marked
6         for identification.)
7  BY MR. KENNEDY:
8    Q.  Are you in that photograph, sir?
9    A.  Yes.
10   Q.  Which one are you in the photograph?
11   A.  Myself with a t-shirt that he is
12 pointing to.
13   Q.  Is that the yellowish t-shirt?
14   A.  Yes.
15   Q.  You're on the far left side of that
16 photograph?
17   A.  Yes.
18   Q.  Who is the white person in that
19 photograph, sir?
20   A.  Brittany.
21   Q.  And do you know the names of the other
22 individual -- strike that.  I'm sorry.
23       Do you know the name of the individual
24 with the backpack on on the far right side of
25 the picture?

Page 160

1    A.  Yes.
2    Q.  Who is that?
3    A.  Peterson.
4    Q.  Peterson Gedeus?
5    A.  No.
6    Q.  What is this Peterson's last name?
7    A.  I don't remember his signature, but he
8  is not the one whose last name is Gedeus.
9    Q.  And there's an individual next to him
10 with his back turned in a white t-shirt.  Do you
11 know who that is, sir?
12   A.  Yes.
13   Q.  Who is that, sir?
14   A.  Fredlin.
15   Q.  Is that Fredlin Fils-Aime that we
16 spoke about earlier today?
17   A.  Yes.
18   Q.  And there appears to be an individual
19 to the right of you who I think is wearing
20 sunglasses on top of his head speaking to
21 Brittany.  Do you know who that person is, sir?
22   A.  Yes.
23   Q.  Who is that, sir?
24   A.  Pedro.
25   Q.  And do you know what Pedro's full name

Page 161

1  is, sir?
2    A.  Pedro Saint Julian.
3    Q.  Pedro Saint Julian.
4         Okay.  And then there's an individual
5  that looks like they're right behind you, do you
6  know -- who has no shirt on.  Do you know who
7  that individual is?
8    A.  I can't see clearly, and I don't
9  remember.  I cannot guess who it is.
10   Q.  Thank you.
11        Sir, before you claimed Douglas
12 Perlitz abused you, were you aware that there
13 was graffiti on the wall of the Village about
14 Douglas Perlitz?
15        MS. POLLOCK:  I'm going to object to
16 the term "claim" as being vague.
17 BY MR. KENNEDY:
18   Q.  You can answer.
19   A.  I don't remember.  I don't remember.
20        MR. KENNEDY:  Okay.  I think that's
21 all I have, sir.  Thank you very much.
22        THE VIDEOGRAPHER:  Going off the
23 record.  The time is 5:18.
24        (Pause.)
25        THE VIDEOGRAPHER:  Back on the record.

41 (Pages 158 to 161)

Confidential - Subject to Further Confidentiality Review

Page 162

1  The time is 5:19.
2  BY MR. CERRETA:
3      Q.  Good evening, sir.  My name is John
4  Cerreta, I'm the lawyer for Fairfield
5  University.
6      A.  John what?
7      Q.  John Cerreta is my last name.
8      When you were a student at PPT, did
9  you ever hear anything about Fairfield
10  University?
11     A.  No, I don't remember that.
12     Q.  The gentleman you were speaking about
13  earlier today, Mathieu, do you know his full
14  name?
15     A.  Who, Mathieu?  Who is Mathieu?
16     Q.  Do you remember speaking earlier today
17  about a gentleman who works for Cyrus Sibert
18  named Mathieu?
19     A.  Yes.  I don't know his full name.
20  Only Mathieu.
21     Q.  Have you ever heard of someone named
22  Serge Mathieu Napolean?
23     A.  No.
24     Q.  Do you have a cell phone?
25     A.  Right now?

Page 163

1      Q.  Yes.  Do you have one right now?
2      A.  No.
3      Q.  Did you used to have one?
4      A.  Yes.
5      Q.  What happened to the cell phone?
6      A.  It had a bit of a problem.  I didn't
7  come to it -- with it with me today here because
8  it wouldn't function here.
9      Q.  Do you have it back at home?
10     A.  Yes.
11     Q.  Do you ever use text messages on your
12  cell phone?
13     A.  Yes.
14     Q.  Do you ever send any text messages to
15  Mathieu?
16     A.  I don't remember.
17     Q.  Has Mathieu ever texted you?
18     A.  I don't believe so.
19     Q.  How about Cyrus Sibert, do you
20  communicate with him by text?
21     MS. POLLOCK:  You can answer the
22  question yes or no.  I don't want you to
23  disclose actually any conversations you've had
24  with Cyrus.
25     A.  Okay.  Would you please ask the

Page 164

1  question again?
2  BY MR. CERRETA:
3      Q.  Sure.
4      Do you communicate with Cyrus Sibert
5  by text message?
6      A.  Yes.
7      Q.  How often do you communicate with
8  Cyrus by text?
9      MS. POLLOCK:  I'm reminding you not to
10  disclose actually any communications you've had
11  with Cyrus via text after your first time that
12  you met Cyrus.
13     A.  Okay.
14  BY MR. CERRETA:
15     Q.  How often do you communicate with
16  Cyrus by text?
17     A.  I cannot calculate, guess the time.
18     Q.  More than once a week?
19     A.  I don't remember all that.
20     Q.  At any point did you give your cell
21  phone to your attorneys so they could review
22  your text messages?
23     MS. POLLOCK:  You can answer the
24  question yes or no.
25     A.  No.

Page 165

1  BY MR. CERRETA:
2      Q.  Other than Cyrus, have you
3  communicated with anyone else by text regarding
4  this lawsuit?
5      A.  No.
6      Q.  Do you have an e-mail address?
7      A.  No.
8      Q.  Do you have a Facebook page?
9      A.  No.
10     Q.  Do you have any other social media
11  account?
12     A.  No, no other.
13     MR. CERRETA:  Thank you, sir.  That's
14  all I have.
15     MS. POLLOCK:  Go off the record for a
16  minute while we switch?
17     THE VIDEOGRAPHER:  Going off the
18  record.  The time is 5:26.
19     (Pause.)
20     THE VIDEOGRAPHER:  Back on the record.
21  The time is 5:37.
22  BY MR. BABBITT:
23     Q.  Good afternoon.  I'm Bradford Babbitt,
24  I represent the American Association of the
25  Order of Malta.

42 (Pages 162 to 165)

Confidential - Subject to Further Confidentiality Review

Page 166

1    At any time before you attended the
2   Village, did you hear anything about the
3   American Association of the Order of Malta?
4       A.  No.
5       Q.  At any time before you attended the
6   Village, did you hear the name Order of Malta?
7       A.  No.
8       Q.  At any time while you were attending
9   the Village, did you hear the name Order of
10  Malta?
11      A.  No.
12      Q.  At any time before the Village closed,
13  did you hear the name Order of Malta?
14      A.  No.
15      Q.  At any time before the Village closed,
16  did you hear the name Haiti Fund?
17      A.  No.
18      Q.  Before you started attending the
19  Village, did you know anyone who was a student
20  at the Village?
21      A.  Before I attended the Village?
22      Q.  Yes.
23      A.  No.
24      Q.  Before you attended the Village, did
25  you know that students at the Village were fed

Page 167

1   meals every day?
2       A.  Yes.
3       Q.  Before you started attending the
4   Village, did you know that students the Village
5   played soccer at the Village?
6       A.  I didn't know that they were doing
7   that.
8       Q.  Before you started attending the
9   Village, did you know that students at the
10  Village took classes at the Village?
11      THE INTERPRETER:  Because the word I
12  use for class, it's the same word that could be
13  used for hitting, so he wanted to know which
14  word.  He was asking for clarification.
15      MS. POLLOCK:  Just for the record,
16  this is the interpreter's explanation.
17      THE INTERPRETER:  Confusion.
18      MS. POLLOCK:  Sorry.
19      THE INTERPRETER:  This deponent needed
20  clarification for the question that you asked,
21  but it was a language clarification, not your
22  question, so I needed to rephrase the question
23  for him.
24  BY MR. BABBITT:
25      Q.  Okay.  Is it clear now?  I'm talking

Page 168

1   about school classes, having nothing to do with
2   hitting people or anything else.
3       A.  Yes, I knew that they had classes.
4       Q.  Before you started taking -- started
5   attending the Village, what kind of classes did
6   you know they offered at the Village?
7       A.  I didn't know.  I just knew that there
8   was a school that was a more serious school in
9   the Village.
10      Q.  Before you started attending the
11  Village, did you know that students at the
12  Village had a place to sleep at night at the
13  Village?
14      A.  Yes.
15      Q.  Were these the reasons that you wanted
16  to attend the Village?
17      A.  Not entirely that.  It's because I
18  needed the school.
19      Q.  You wanted to attend the Village
20  because you wanted to attend school?
21      A.  Yes.
22      Q.  And you thought the Village was a
23  serious school?
24      A.  Yes.
25      Q.  Were there any other reasons you

Page 169

1   wanted to attend the Village?
2       A.  Well, I also believe that at the
3   Village one can learn a trade, so that was also
4   a reason that I wanted to attend.
5       Q.  So you hoped to learn a trade at the
6   Village, was that another reason you wanted to
7   attend the Village?
8       A.  Yes.
9       Q.  Were there any other reasons you
10  wanted to attend the Village, other than the
11  ones you've already told us about?
12      A.  I don't recall if there were any other
13  reasons.  I don't remember all the reasons, but
14  I do remember those reasons.
15      MR. BABBITT:  Okay.  Thank you.  I
16  have nothing further.
17      MS. POLLOCK:  Mr. O'Neill, any
18  questions?
19      Oh, Lydia, I'm sorry, I didn't see you
20  down there.  I apologize.
21      THE VIDEOGRAPHER:  Going off the
22  record.  The time is 5:34.
23      (Pause.)
24      THE VIDEOGRAPHER:  Back on the record.
25  The time is 5:35.

43 (Pages 166 to 169)

Confidential - Subject to Further Confidentiality Review

Page 170

BY MS. KNIGHT:
1. Q. Mr. Deriza, I introduced myself earlier, my name is Lydia Knight, and I represent the Society of Jesus of New England.
5. A. Okay.
6. Q. Prior to PPT closing, had you ever heard of the Society of Jesus of New England?
8. A. No.
9. Q. At any time while you were at the Village, did you ever hear of the Society of Jesus?
12. A. I never heard it, no.
13. Q. I think you told us that while you were at the Village there was time that you had for playtime, is that right?
16. A. Yes.
17. Q. What sort of things would you do during that time?
19. A. There are kids who play baskets, shoot baskets, or play football, and some would be shooting marbles. It depends on what most interested them.
23. Q. And what most interested you?
24. A. Mostly I would be -- it would be the marbles.

Page 171

1. Q. I think in Exhibit 5 you're in a picture holding a football. Did you ever play football?
4. A. No, there was no one who taught us how to play. Those balls were simply there.
6. Q. When you played marbles, do you play marbles with other people, other boys?
8. A. Yes.
9. Q. Do you still play marbles today?
10. A. No.
11. Q. Do you have playtime at the school where you are now?
13. A. No, not really. There's just a very short period of recess for us to go and drink water and use the bathroom, and then go straight back to class.
17. Q. When you're not at school, how do you spend your free time?
19. A. I study and work, depending on the subject, so I might have other work to do.
21. Q. Do you ever drink alcohol in your spare time?
23. A. During times when I'm not at school?
24. Q. Yes.
25. A. It would depend on the moment of time.

Page 172

1. Q. Do you like to watch soccer games when you're not at school?
3. A. No. If I have nothing else to do, then I might watch it, but if I have other things to do I would focus more on what I need to do.
7. MS. KNIGHT: Those are all the questions that I have. Thank you.
9. THE VIDEOGRAPHER: Going off the record. The time is 5:40.
11. (Off the record discussion.)
12. THE VIDEOGRAPHER: Back on the record. The time is 5:40.
14. MR. O'NEILL: I have no questions.
15. MS. POLLOCK: Any counsel have any further questions for the witness?
17. There being no further questions, we conclude the deposition.
19. THE VIDEOGRAPHER: This concludes the January 13, 2016 deposition of Mr. Jason Maxwel Deriza. Going off the record. The time is 5:41.
23. (Whereupon, the deposition was concluded.)

Page 173

1. C E R T I F I C A T E
2. I, MAUREEN O'CONNOR POLLARD, LSR #473, RMR, CLR, and Notary Public in and for the State of Connecticut, do hereby certify that there came before me on the 13th day of January, 2016, the person hereinbefore named, who was duly sworn to testify to the truth of their knowledge concerning the matters in this cause, and their examination reduced to typewriting under my direction and is a true record of the testimony.
11. I further certify that I am neither attorney for or related or employed by any of the parties to the action, and that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action.
17. In witness whereof, I have hereunto set my hand and seal this 18th day of January, 2016.

_____

22. MAUREEN O'CONNOR POLLARD, License #473
23. Realtime Systems Administrator, RMR
24. Notary Commission Expires: 10/31/2017

44 (Pages 170 to 173)

Confidential - Subject to Further Confidentiality Review

Page 174

INSTRUCTIONS TO WITNESS

1
2
3          Please read your deposition over
4   carefully and make any necessary corrections.
5   You should state the reason in the appropriate
6   space on the errata sheet for any corrections
7   that are made.
8          After doing so, please sign the
9   errata sheet and date it.  It will be attached
10  to your deposition.
11         It is imperative that you return
12  the original errata sheet to the deposing
13  attorney within thirty (30) days of receipt of
14  the deposition transcript by you.  If you fail
15  to do so, the deposition transcript may be
16  deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

Page 176

ACKNOWLEDGMENT OF DEPONENT

1
2
3          I, _____, do
   Hereby certify that I have read the foregoing
4   pages, and that the same is a correct
   transcription of the answers given by me to the
5   questions therein propounded, except for the
   corrections or changes in form or substance, if
6   any, noted in the attached Errata Sheet.
7
8   _____
   JASON MAXWEL DERIZA          DATE
9
10
11
12
13
14
15  Subscribed and sworn
   To before me this
16  _____ day of _____, 20____.
17  My commission expires: _____
18
19  _____
   Notary Public
20
21
22
23
24
25

Page 175

1          ------
              E R R A T A
2          ------
3   PAGE LINE CHANGE
4   ___ ___ _____
5      REASON: _____
6   ___ ___ _____
7      REASON: _____
8   ___ ___ _____
9      REASON: _____
10  ___ ___ _____
11     REASON: _____
12  ___ ___ _____
13     REASON: _____
14  ___ ___ _____
15     REASON: _____
16  ___ ___ _____
17     REASON: _____
18  ___ ___ _____
19     REASON: _____
20  ___ ___ _____
21     REASON: _____
22  ___ ___ _____
23     REASON: _____
24  ___ ___ _____
25

Page 177

1          LAWYER'S NOTES
2   PAGE  LINE
3   ____ ____ _____
4   ____ ____ _____
5   ____ ____ _____
6   ____ ____ _____
7   ____ ____ _____
8   ____ ____ _____
9   ____ ____ _____
10  ____ ____ _____
11  ____ ____ _____
12  ____ ____ _____
13  ____ ____ _____
14  ____ ____ _____
15  ____ ____ _____
16  ____ ____ _____
17  ____ ____ _____
18  ____ ____ _____
19  ____ ____ _____
20  ____ ____ _____
21  ____ ____ _____
22  ____ ____ _____
23  ____ ____ _____
24  ____ ____ _____
25

45 (Pages 174 to 177)

Confidential - Subject to Further Confidentiality Review

**A**

A-I-M-E 117:17
A-N-D-E-L-I 43:16
a.m 1:25 8:7
a/k/a 1:3,11 8:10
able 57:22 97:14
  114:15
abuse 70:1 121:4
  137:11,23 146:1,4
  146:7,12,16
abused 21:21 22:7
  50:9,12,15,20
  51:11,14 53:10,15
  69:22,23 88:14
  110:11,16 111:2
  111:12,24 112:10
  112:22 113:1,20
  114:1,4,8,22
  115:3,16 116:20
  116:23 117:2,11
  117:20 118:4,12
  118:20,23 119:2
  119:13,17,23
  126:17 127:11,15
  127:19,25 128:5
  128:11,15 130:5
  130:22 131:24
  137:8,20 139:25
  141:8,11,23
  147:25 148:13,20
  149:2,10 150:16
  157:23 158:16
  161:12
abusing 92:19
  109:9 119:21
  144:15 145:18
accept 128:24
  145:9
access 133:23
accompanied
  104:18
account 165:11
accurate 80:23
  174:16
accurately 9:15
  94:8

accustomed 88:11
  88:11
ACKNOWLED...
  176:1
acted 113:21
action 1:2 8:13
  173:13,16
activities 100:20
  132:4
actual 23:14
add 97:14
address 165:6
Administrator
  2:12 173:23
adolescents 114:14
advice 20:6 124:23
afraid 93:5 94:13
  109:12 148:15
afternoon 94:1
  100:4 165:23
age 43:18 54:18,20
  155:23
agents 30:2
ago 33:15 128:17
agree 15:16 31:7
  128:23 138:8,12
  140:22
agreeing 88:3
agricultural 49:2
agriculture 49:19
ahead 13:24 31:17
  58:9 77:19
Air 116:2,4,10
  126:14 127:7
  128:21 129:4,6,8
  129:12,16 132:18
  132:19,21,23
  133:3,12,20
  134:12 135:13
  138:17 150:17
  151:14,22
al 8:11
alcohol 171:21
alive 47:25 48:7
allegations 120:21
  122:1
alternative 99:8

Alton 3:20
America 20:15
  23:11,22
American 1:11,12
  5:3 8:24 36:16
  165:24 166:3
amount 26:24
  57:24,25
amounts 26:21
and- 3:9,16
Andeli 43:16,17
Andy 88:23 89:1
  90:15,22,24 91:5
  91:7,9 95:6,13,14
  127:24,24 128:1,2
  128:6
Andy's 88:24 91:12
Anna 3:17 9:4
answer 12:3 14:23
  15:10,23 16:25
  21:11 23:12,13
  29:12,15 30:13
  31:3 34:3,11
  35:12 42:13 58:5
  58:9 70:6,15,19
  71:7,17,19 73:9
  73:14 78:24 104:3
  111:5 117:14
  137:14 153:18
  161:18 163:21
  164:23
answered 30:21
  53:18 80:18 94:16
answers 9:15 73:13
  73:21 75:3,5 77:9
  78:1,17,19 79:2
  80:6,22 82:10
  94:8 176:4
anybody 14:18
  19:14 26:6 32:8
  33:20 41:6 46:4
  70:1,13 71:13
  77:5 104:5 105:7
  127:10 138:18,19
  138:22 139:1
  148:3,14 150:16
anymore 155:11

anyways 157:4
apologize 169:20
appear 35:6
appearance 155:25
APPEARANCES
  3:1 4:1 5:1 6:1
appears 35:5 74:13
  157:7 160:18
applies 1:21
appropriate 174:5
approximately
  57:11
area 42:20
argue 77:15
argument 77:20
Arnaud 103:12
arrangement 44:22
arrive 84:11 128:7
  128:8 133:3
arrived 127:21,23
  128:9,12 138:17
  148:4
arriving 128:3
asked 16:8 18:21
  19:2,3 21:19,25
  22:2,14 30:24
  43:22 46:11 52:15
  53:17 80:17 94:15
  114:23 123:9
  129:13,13,22
  130:4,15,25 131:3
  131:18,21 132:13
  132:16 146:24
  167:20
asking 16:9 24:19
  28:11 47:7 50:25
  52:18,20 71:5
  75:25 116:15
  129:17 130:14
  131:17 167:14
Association 1:11
  1:12 5:4 8:24
  165:24 166:3
assume 12:4
  157:25
assumed 142:18
assured 31:14

attached 174:9
  176:6
attempt 79:10
attend 168:16,19
  168:20 169:1,4,7
  169:10
attended 166:1,5
  166:21,24
attending 166:8,18
  167:3,8 168:5,10
attention 139:21
  140:5
attorney 20:14,14
  23:22 54:9 173:12
  173:14 174:13
attorneys 13:11
  14:17 15:5,15
  32:7 34:9 54:12
  70:12 164:21
Audate 40:9,11,20
  40:23 41:10,13,22
Avenue 3:12
average 84:5 99:18
  99:21,22 100:8,9
aware 41:10 156:3
  161:12
awkwardly 50:23

**B**

B 7:10
B-O-U-K-M-A-N
  44:19
Babbitt 5:5 7:6
  8:23,23 165:22,23
  167:24 169:15
Babi 43:4
back 29:4 30:6
  31:12 32:14 37:7
  44:22 61:23 82:22
  84:9 94:3 112:17
  122:16,19 134:6
  140:2 150:14
  153:15 154:11
  155:22 160:10
  161:25 163:9
  165:20 169:24
  171:16 172:12

backpack 159:24
balls 171:5
Baptist 65:7,7,11
  65:23 66:1,4
based 115:5,10
basically 20:6
basis 111:4,23
  115:2 117:19
baskets 170:19,20
bathroom 171:15
bbabbitt@rc.com
  5:10
Beacon 4:6
bed 98:11 140:10
  140:25 144:18,19
  144:25
bedroom 46:14
  143:6
beginning 10:19
begins 72:23
Bel 116:2,4,10
  126:14 127:7
  128:21 129:4,6,8
  129:12,16 132:18
  132:19,21,23
  133:3,12,20
  134:12 135:13
  138:17 150:17
  151:14,22
belief 111:4,23
  115:2 117:19
believe 10:5 12:10
  17:19 26:13 43:22
  45:3 91:18 103:17
  111:1,11 112:10
  112:21,25 113:25
  118:3,7,11,17,19
  119:7,9 127:22
  142:3 143:10
  144:16 145:4
  152:22 163:18
  169:2
believed 105:6
belonged 147:19,24
belongs 42:20
beneficial 92:11
best 10:19 26:14

49:10 103:20
better 51:4 58:16
Betty 43:11,12
bible 139:13
Bic 63:13
biology 61:16
birth 13:3
bit 104:17 134:21
  155:22 163:6
Bodek 6:16 94:6
body 150:9 151:18
bold 73:7
book 62:17
books 62:9,11,13
boss 55:12 91:14
  150:23 152:20,23
  153:5
Boston 3:6 4:7 6:8
bought 25:17,20
  63:11 131:6,8,9
  131:19
Boukman 44:18
  47:3 60:15 64:24
boy 124:23
boys 171:7
Bradford 5:5 8:23
  165:23
Branford 4:15
break 36:24 93:16
  123:8
breakfast 99:25
breaking 37:2
Brian 122:5,7
  123:9,10
bring 154:11
bringing 136:8
Brittany 90:6,11,13
  108:3,21,22
  159:20 160:21
brother 50:11,14
  50:18,19 55:17,20
  55:22 83:22
  111:17,21,24
  112:21 113:1,24
  114:4,8
brothers 49:24
  50:1,3 83:19,22

119:6
brought 15:5,15
  28:9 157:11
bruise 150:8
build 145:13
bus 33:3 37:12,13
  37:18,20 38:8,9
  38:11,15,16,18,24
  38:25 39:5,25
  40:5,20,24 41:24
  42:2 99:15 132:24
butchering 60:15
butt 88:2 145:5
buttocks 151:17
buttons 151:17
buy 26:1 33:6,8
  57:22 62:15 129:5
  129:20 130:7
  131:1,4,19

C

C 8:1 173:1,1
calculate 97:13
  98:7 164:17
calculated 55:16
Calixte 85:22 86:1
call 11:13,15 43:7
  58:24
called 42:19,20
  81:21 126:13
calls 57:14
Cap-Haïtien 33:18
  37:16,22 48:20
  52:5 66:18 75:10
  81:23 120:9
  121:19 156:9
car 31:23 134:4
  150:25
cards 36:10
care 17:4 142:23
careful 125:3
carefully 174:4
Carenage 35:25
  90:4 96:21 108:11
  108:16
Caribbean 37:13
Carretera 2:6
Carrier 1:7 4:3

8:22
carry 55:12
cars 156:9,12
Carter 1:8 4:11
  8:18 92:1 104:4,8
  105:8,24 106:12
  106:16,19,21
  107:5,8,20 122:20
  155:17
Carter's 152:5,18
case 17:5 20:7 21:3
  21:5,7,8,20 28:9
  32:8 50:19,21,22
cases 1:21
Catholic 64:7,9
Catholics 125:13
cause 173:8
caused 121:5 140:4
cell 162:24 163:5
  163:12 164:20
Center 6:7
Cerreta 5:13 7:5
  8:19,20 68:14
  162:2,4,7 164:2
  164:14 165:1,13
certain 7:13 63:15
  68:6 115:10 132:4
  154:12
certify 173:4,11
  176:3
change 61:19 175:3
changes 176:5
changing 99:5
chapel 99:25 100:1
  123:6
charcoal 66:9
charge 86:4 103:5
  103:6,17,19,21,24
  104:9,24 105:8
  130:20 152:7,19
chatting 113:11,14
  117:9
chemistry 61:15
child 43:2,14 44:1
  44:11,25 45:19
  46:13 52:17 53:3
  114:14 139:14

child's 43:14
children 152:24
  155:15
chosen 64:2
Chris 8:4
Christopher 6:13
church 64:11
city 31:22 32:1,2,3
Civil 1:2 8:13
claim 53:9 88:14
  116:19 126:20,23
  127:11,15,18,25
  128:11 130:5,22
  131:23 139:25
  154:2,5,22 161:16
claimed 156:4
  161:11
claiming 50:8,12
  50:20 51:10,14
  153:19
claims 50:15 53:15
  110:16
clarification
  167:14,20,21
class 60:20,21
  62:13,18 65:12
  83:18 167:12
  171:16
classes 61:2,5 63:1
  84:8,8,9 85:3,6
  100:21 167:10
  168:1,3,5
classroom 61:5
  85:24
clear 20:8 29:20
  167:25
clearer 35:19
clearly 115:8 161:8
close 40:3,5
closed 46:24 97:19
  166:12,15
closing 120:1,13
  123:21 170:6
clothes 25:20,21
  33:9 57:22 129:5
  129:9,12,20,22
  130:7,15 131:1,3

131:19,19 143:8
143:11,13,17
**clothing** 102:18,22
102:23 103:3
131:4,5,6,9,12,13
143:19 146:7,8,24
**CLR** 2:13 173:3
**COLE** 5:6
**color** 7:16,17,18
156:19 158:4
159:5
**come** 31:12 32:23
36:20 37:10,21
42:5 94:24 104:16
113:16 119:7
120:7 143:24
144:2 146:7,9
163:7
**comes** 81:3 104:14
104:18
**coming** 24:5 38:14
**commission** 173:24
176:17
**common** 121:18
**communicate**
112:3 163:20
164:4,7,15
**communicated**
165:3
**communications**
14:20 15:8 16:16
29:8 35:15 42:8
73:16 164:10
**Communion** 64:13
64:14
**company** 57:4
**complained** 111:14
**complaint** 7:12
17:4 67:8,19,22
67:23 68:10 69:2
69:21 70:14 72:7
72:8
**completely** 32:4
**compound** 56:7
79:8 142:13,23
**concentrated** 76:17
**Conception** 65:8

**concerning** 157:8
173:8
**conclude** 115:11,15
115:23 172:18
**concluded** 118:14
118:15 172:24
**concludes** 172:19
**CONFIDENTIAL**
1:23
**CONFIDENTIA...**
1:23
**confused** 43:21
77:19
**Confusion** 167:17
**Connecticut** 1:1
4:15 5:8,16 8:13
69:4 173:4
**connecting** 115:22
**CONROY** 3:11,18
**consequences**
146:21
**Conservative** 65:7
65:11,23 66:1,4
**Consolidated** 1:3
**construction** 55:9
55:11
**contact** 22:23 23:2
**contained** 69:5,8
70:14 71:6,14,24
**continue** 58:16
104:3 149:9
**Continued** 4:1 5:1
6:1
**conversation** 16:18
16:19 29:21 30:14
30:18 31:1,5
112:25 113:10,13
116:5,18,22,24
117:6 118:2
135:25 136:2
140:18
**conversations**
13:10 14:16 16:21
23:9,14 32:6 34:5
70:7,12,18 71:4
79:1 113:24
115:19 118:10

163:23
**copies** 156:21
158:7 159:2
**copy** 7:16,17,18
67:15,15 68:10,14
72:11,14,16,17
156:19 158:4
159:5
**correct** 10:8 16:6
44:1 52:12,19
62:7 68:24 70:23
70:25 78:9,13
91:20 93:7,11
94:20 96:4 99:10
102:16 111:21
114:5,9,22 118:24
122:25 126:21
128:12 131:1
133:9,21 144:17
145:5 147:23
151:23 176:4
**Correction** 152:9
**corrections** 174:4,6
176:5
**cost** 66:19
**Costa** 2:5
**Coughlin** 6:13 8:4
**counsel** 8:15 9:23
28:5 29:16,19
31:17 34:6,23
35:15 67:4 157:7
172:15 173:14
**count** 47:14 51:17
51:19 59:3
**country** 154:18
**Coupet** 6:15 9:13
**couple** 54:21
**course** 31:11
140:22
**court** 1:1 3:19 8:12
9:9 31:9 69:4
174:16
**cousin** 43:2,25
44:11,25 45:18
46:6,13 52:17
53:2 56:25 57:1,4
57:8,12 58:16

**cousin's** 43:3
**covers** 77:13,14
**Creole** 13:18,20
14:9,13 59:13,15
59:17 72:6,11,24
73:3 80:7 85:13
90:16,17 101:1,16
106:18 108:8,18
108:22
**cross** 125:14,21
126:1,19 152:3
**cry** 145:10,17
**CSR** 2:13
**cure** 79:9
**currently** 13:25
14:4 42:16 43:23
43:24 56:18 59:19
60:14 61:7,8 62:6
**Cyrus** 14:22 15:9
15:22 16:2,9,17
16:20,21 17:8,18
17:23 18:4 19:1
19:11,13,15,20,21
19:22 20:4 21:18
21:25 22:5,7,10
22:14,18,21 23:10
23:21,25 24:1,5
24:15,17,23 26:2
26:9,16 27:6,8,18
27:24 28:10 29:5
29:9,10,11,12,13
29:22 30:7,9,15
30:19 33:25 34:2
41:24 42:9 53:22
53:25 54:3 63:9
70:8 75:21,25
76:8 121:21,25
156:2,13 162:17
163:19,24 164:4,8
164:11,12,16
165:2
**Cyrus's** 17:20
18:14 19:25 20:13
20:21,25 21:4,14
24:14

─────────
**D**

**D** 8:1
**D-E-R-I-Z-A** 47:18
47:24
**D-E-R-I-Z-A-R-D**
111:17,19
**D-E-S-I-N-O-R**
47:17
**D-U-P-L-A-T**
42:22
**D-U-T-I** 44:19
**dad** 49:11
**Daniel** 101:5,7
**dark** 147:5
**darker** 158:13
**date** 8:6 13:3 73:8
77:11 129:16
130:8 174:9 176:8
**daughter** 148:11
**day** 5:14 14:24
38:24,25 39:2
51:22 58:25 84:6
84:12,16,24 99:19
99:20,21,22
100:10 105:20
107:4 125:7
129:15,18 130:5
130:22,24 131:7
131:10,18,23
132:7 133:11,14
136:23 149:22
150:15 151:2
167:1 173:5,18
176:16
**days** 9:25 100:6
174:13
**deal** 102:14
**decided** 95:1,3
**decisions** 114:15
**deemed** 174:16
**DEFENDANT** 4:3
4:11 5:3,12 6:3
**Defendants** 1:15
**Defendants'** 7:13
34:21 67:5 68:6
68:20 78:2 158:2
**defense** 73:11
**demand** 7:12 67:8

69:2 70:14
**depend** 171:25
**depending** 171:19
**depends** 57:16,24
  57:24 97:17 155:3
  170:21
**depo** 32:24
**deponent** 8:14
  157:9,11 167:19
  176:1
**deposing** 174:12
**deposition** 1:23 2:1
  8:8 32:24,25
  34:23 36:21 37:11
  41:3,11 42:6,11
  157:12 172:18,20
  172:23 174:3,10
  174:14,15
**Deriza** 1:23 2:1 7:3
  8:14 9:18 10:13
  10:15 35:1 67:7
  68:4 73:10 156:18
  158:3 159:4 170:2
  172:21 176:8
**Deriza's** 7:13 68:5
**describe** 49:10
  139:24 140:6
  155:17
**DESCRIPTION**
  7:11
**Desinor** 47:17
**detail** 128:19
  135:24 151:19
**details** 136:1,7,9
  140:3
**diary** 34:16
**died** 64:19
**different** 77:21
  86:9
**difficult** 79:14
**difficulty** 79:5,12
**dinner** 41:13,17,19
**Dino** 50:2 55:22
  56:13,16
**diplomat** 64:5
**DIRECT** 10:9
**direction** 173:10

**directions** 19:4
**directly** 122:24
**disclose** 14:20 15:7
  16:16,21 20:3
  23:14 29:8 34:5
  42:8 73:16 163:23
  164:10
**discuss** 59:23 60:10
  60:25
**discussed** 53:8,14
  53:24 54:1,2
  113:3,6 157:2,3
**discussion** 172:11
**disk** 61:19
**distance** 99:14
**distracted** 16:7
**distributed** 103:12
**district** 1:1,1 8:12
  8:12 42:19 69:3
**doctor** 154:1,21,25
**document** 1:21
  34:22 68:21 69:5
  71:10,14,16,19
  72:2 73:1,3,7,17
  74:3,10,21,22,23
  75:6,8 78:5,8,12
  78:17,20 79:6,13
  79:15 157:6
**documents** 7:15
  13:15 35:2,8,9,14
  36:5 60:13 157:11
**DOE** 1:13,13,13,13
  1:14,14,14
**doing** 24:6 49:14
  55:14 57:17 96:7
  105:14 106:8,13
  123:10 167:6
  174:8
**dollars** 25:7,16
  26:25 27:6
**Dominican** 2:7 8:9
  37:22 39:25 40:21
  41:25 42:3
**door** 33:22 134:13
  134:14,15,23
  135:2,5,7,12
**Dorada** 2:5

**dots** 115:22
**Doug** 21:22 51:10
  87:19,24 88:9,13
  91:19 92:19 94:13
  105:11,14,21
  109:9
**Douglas** 1:7 8:11
  22:8 50:9,12,16
  50:19 51:14 53:9
  53:15 69:25 70:4
  81:5 91:15 92:23
  93:2,6,10 96:17
  104:3,19 107:3
  109:13,14 110:16
  111:12,24 112:22
  113:1,20,21 114:1
  114:5,9,22 115:3
  115:16 116:19
  117:11,12,20
  118:4,20,24 119:3
  119:13,17,20
  120:14 121:5
  124:17,20,23
  125:2,25 126:4,10
  126:17,20,24
  127:5,5,9,10,15
  127:18,25 128:5
  128:11,15,19
  129:10,11,21
  130:4,16 131:18
  131:23,24 132:6
  132:13 135:18
  136:4,19 137:1
  138:18 139:2,25
  140:17 141:15
  142:4,11,25 143:8
  144:6,12 146:17
  147:25 148:13,20
  149:2,7,10,13,15
  149:19,21 150:2,7
  150:10,15 151:16
  152:8,10,19 153:4
  153:20 154:2
  156:5 157:23
  158:16 161:11,14
**Douglas's** 134:24
  135:1

**downstairs** 136:13
  137:4
**downtown** 31:21
**dreamt** 64:6
**drink** 171:14,21
**drives** 150:25
**driving** 156:9
**drugs** 12:18
**due** 155:23
**duly** 9:14,19 94:7
  173:6
**Duplat** 42:21
**duplicative** 35:6
**Duti** 44:18 47:3
  60:15

---

**E**

**E** 1:7,8 4:3,11 7:10
  8:1,1 173:1,1
  175:1
**e-mail** 165:6
**eager** 139:22
**earlier** 51:1 63:8
  91:18 152:22
  158:24 160:16
  162:13,16 170:3
**early** 84:15
**East** 4:14
**eat** 27:20 57:21
  84:7 86:5 99:25
  100:2,4 123:4
**Ecole** 65:6
**Edrice** 101:6,13
**education** 92:16
  100:24
**effect** 154:9
**effort** 108:10
**ehurd@simmons...**
  3:15
**eight** 7:15 35:2,5
  157:5
**eighth** 66:13
**either** 97:4 124:8
  134:16,18 146:13
**elapsed** 137:3
**Ellyn** 3:10 9:6
**Elyseé** 6:19 19:7,8

38:6
**employed** 173:12
  173:15
**employee** 173:14
**encourage** 132:9
**England** 1:9 6:4
  9:3 170:4,7
**English** 59:8,10
  68:24 69:9 70:23
  70:25 71:10 72:3
  110:21,25 111:5
**enjoy** 92:8
**enrolled** 63:1
**enter** 60:22 134:21
  134:25 135:6,8
**entered** 60:20 97:8
  135:8 136:20,23
  136:25 138:6
**entire** 87:9
**entirely** 96:14
  110:17 120:16
  143:5,25 144:10
  147:4 150:18,21
  168:17
**entrance** 134:14
  135:9
**equipment** 57:5,6
**equivalency** 59:25
**equivalent** 60:7
**errata** 174:6,9,12
  176:6
**escape** 120:18
**escapes** 21:23
**ESQ** 3:3,10,17 4:4
  4:12 5:5,13 6:5
**et** 8:11
**evening** 100:4
  162:3
**everybody's** 102:3
**exactly** 26:24 45:4
  105:18 112:7,23
  127:2 132:22
  139:6 157:25
**examination** 7:2
  10:9 173:9
**examined** 9:19
**example** 55:10

exams 46:24
excuse 13:14 128:4
    142:6
Exhibit 34:21 35:1
    60:13 67:7,24
    68:4 70:25 71:6
    71:24 72:22 77:10
    78:1 110:20
    156:17,18,23
    157:5,16 158:3
    159:2,4 171:1
experimental 101:2
    101:12
expires 173:24
    176:17
explain 19:3
    112:12
explanation 167:16
explanations 18:21
extent 29:24 30:18
extra 68:10
extremely 145:20

**F**

F 173:1
F-I-L-S 117:16
F-R-E-D-L-I-N
    117:16
Fabie 6:16 94:6
face-to-face 88:12
Facebook 165:8
faces 76:20
fact 18:4 51:10
    53:9,15
facts 129:3
fail 174:14
fair 21:10 29:20
    34:25 71:23 77:23
    90:8 118:14 132:6
    132:17 150:4
    157:9
Fairfield 1:8 5:12
    8:20 162:4,9
familiar 136:14
family 28:6,12 47:9
    47:12
far 51:24 67:18

99:12 159:15,24
father 1:7 11:1,14
    48:6,7,13,15,18
    48:24 63:6 66:24
    104:4 106:4
father's 48:9
faucet 150:20
    151:5,10
favor 36:13
fear 93:2
fed 84:22,24 166:25
feed 57:18
feels 55:7
fees 27:20
feet 102:25
figure 110:8 114:24
file 17:4,5
filed 1:22 69:3 72:8
filing 69:21
Fils-Aime 117:16
    117:17,20 118:3
    118:10 160:15
financially 173:15
find 17:7,8,22,24
    18:2,5 21:3,19
    22:19,22 24:5
    58:24 99:7 148:17
    148:18 154:13
finding 20:6
fine 68:12
finish 60:5 63:24
firms 23:5
first 4:6 7:14 9:19
    16:18,19 20:1,13
    20:22,25 21:12,14
    21:18 22:1,8,11
    22:14 23:11,21,24
    24:14 25:2,5,15
    26:3,7,10 29:6,9
    29:18,22 30:7,9
    30:14,19 31:6,21
    32:11,15 34:2
    43:5 64:14 65:6
    68:6 73:10 81:5,8
    83:7,16 84:19
    87:19,23,25 88:5
    88:9 97:9 98:22

111:6 123:23
    126:16,17 135:12
    151:8 156:3,13
    164:11
Firstly 52:11
five 1:14 93:13
fix 80:4
fixed 55:4 79:24
    80:4,9,16
floor 3:5 4:6 135:15
focus 172:5
followed 99:25
follows 9:16,20
    94:9
food 25:19
foot 132:25
football 170:20
    171:2,3
forced 128:23,24
    138:14
forcing 145:2
foregoing 176:3
form 9:24 176:5
former 18:9 22:10
    39:5 76:11,15,18
    76:22 156:3,8
forth 82:23
forward 155:22
four 1:13 64:1,3
frame 16:10 77:22
Fredlin 117:15,17
    117:20 118:3,10
    118:15,23 160:14
    160:15
free 171:18
French 60:1 62:1,3
    62:4 101:1,8
friend 39:14 40:17
    155:8
friends 11:13,15
    28:7,12
front 31:16 134:22
    135:2
full 10:14 62:17
    160:25 162:13,19
function 163:8
Fund 1:8 166:16

fundamentally
    118:21
furniture 140:7
further 1:23
    169:16 172:16,17
    173:11
future 63:21

**G**

G 8:1
G-A-L-E-M-E-N...
    42:21
G-E-D-E-U-S
    111:7
Gabriel 48:10,10
Galement 42:21
games 104:17
    172:1
gap 82:11
GARABEDIAN
    3:4
Gary 18:12
gate 49:13 134:2,14
    134:19
gatekeeper 133:25
gay 110:7 138:11
    154:10
Gedeus 111:6,8
    115:3,14 116:5,6
    116:19 117:5
    160:4,8
general 102:22
    137:25
generally 104:15
    131:5
gentleman 162:12
    162:17
Geologist 64:5
geometry 63:14,14
Gervil 1:3,4 8:10
    8:10
getting 30:21 151:5
    151:10
Giraud 6:20 38:6
girl 46:6
girlfriend 91:10
    155:6,9,12

give 24:15,23 25:3
    25:9 26:16,17
    28:18,23,24 30:11
    32:11 33:11,17
    36:16 55:9 67:12
    102:20,21,24,25
    103:2,10,12
    116:12,16,17
    131:3 164:20
given 24:17 27:3,6
    28:1,4,20 34:1,9
    54:3,6 131:25
    132:3,6 176:4
gives 30:9 73:10
    104:19
giving 86:4
go 10:24 17:13,23
    18:14 19:1,23,25
    20:10,21,25 21:14
    27:20 31:17 36:13
    40:11 41:17,19
    44:15,17 50:3
    55:18 57:14 58:9
    58:10 62:21 64:11
    64:23 65:10,16,22
    65:25 66:11,19,22
    67:1 77:2,5,6,19
    81:10,15,19 82:4
    82:7 83:8,19,24
    84:10,16 86:6,16
    87:1,2 98:16
    100:6,11,12,18
    116:1,3,10 122:11
    125:5,8,13 129:6
    129:6,8,11 132:17
    133:1,17 134:6,8
    150:14 152:3
    153:10 154:1
    165:15 171:14,15
God 12:8,10
godfather 64:19
    147:17,18,20
    148:7
godfather's 147:23
    148:1,3
godmother 147:14
    147:16,17

Confidential - Subject to Further Confidentiality Review

**godmother's** 82:2
82:25
**goes** 28:14 105:17
**going** 11:19 12:4
14:19 15:6 16:15
20:2 21:6,8 29:7
30:6,12,17 32:3,7
34:20 35:7,11
36:23,23 37:4
39:11 42:7 44:13
44:20 47:1 60:17
61:20 62:20 63:20
64:24 67:10,12
69:1 70:5 72:13
72:21 74:2 76:17
79:9,10 82:5,12
82:16,22,24 83:7
83:11,15,17 84:6
86:11,12,14 89:20
93:15,17 98:14
99:1,25 112:14
122:13,19 126:19
128:8 132:19
134:4,5 137:6
143:23 147:8
151:25 153:8,12
155:4 156:16
158:1 159:1
161:15,22 165:17
169:21 172:9,21
**Golkow** 8:5
**good** 8:17,19 9:1
68:17 92:10 93:16
100:15,17 121:24
139:13,14,18
154:18 157:1
162:3 165:23
**gourdes** 28:22,24
31:20,22 32:10,12
32:13,16,19
**grade** 14:4,5,6,7,8
59:19,21,24 60:2
60:7,22,22,24
65:10,13,14,15,19
66:11,13,13,14
83:13 97:6 128:14
**graffiti** 161:13

**Grammar** 101:10
**grandmother** 47:8
66:5,6
**grandmother's**
46:18 47:5,6,13
47:16,20 48:3
49:23 52:4
**grandparents'**
46:17
**grapevine** 120:25
121:3
**great** 57:20 72:19
102:14
**greeted** 130:19
135:19,21
**ground** 38:19,20
**group** 7:15 34:24
35:2 106:24,25
107:16,19 122:22
124:7 125:21
**groups** 104:15
**guess** 27:10 113:17
137:2 144:14
146:3 156:14
161:9 164:17
**guys** 9:25 39:7,16
117:5

**H**

**H** 3:10 7:10
**H-A-N-D-L-I-E**
46:8
**Haiti** 1:8 37:13
39:25 40:21 41:25
42:3,17 44:15,17
120:14 127:14,18
127:24 128:12
154:20 166:16
**Haitian** 60:1,1 72:4
91:9 149:6
**half** 134:19
**hand** 55:13 67:10
78:5 173:18
**handed** 34:19 67:4
**Handlie** 46:8
**handwriting** 74:16
74:18

**handwritten** 74:14
**HANLY** 3:11,18
**happen** 88:5,8
117:25 118:6
**happened** 117:25
118:8 119:6,9
120:24 128:17
136:10 137:7,9,21
137:25 140:19
141:19 144:11
145:12,20 149:22
151:20 155:3
163:5
**happening** 113:22
155:5
**happens** 138:2
140:20
**happy** 12:1
**harm** 93:6,10 94:14
**Hartford** 5:8,16
**head** 81:4 160:20
**hear** 16:7 19:7
81:13 82:3 92:19
92:23 119:20
120:3,7 121:1,2
121:21,25 123:5
138:22,24 162:9
166:2,6,9,13,16
170:10
**heard** 82:7 89:1
95:21 120:2,10,15
121:16 156:6
162:21 170:7,12
**hearing** 120:4
**hears** 19:8
**heart** 153:25
**Hedouville** 18:12
**height** 145:13
**held** 2:3 8:8
**help** 18:1,5 21:2
22:18,21,24 23:1
38:23 55:12 66:25
100:19 131:5
**hereinbefore** 173:6
**hereto** 173:15
**hereunto** 173:17
**hide** 58:4

**High** 44:18 47:3
**higher** 102:4
**hike** 125:5,9,16
**history** 61:14
**hitting** 167:13
168:2
**holding** 171:2
**home** 36:4,14 83:24
84:9 98:15 99:1
138:18 147:8
148:3,5 163:9
**homosexual** 92:24
154:14
**Hope** 1:7 4:11 8:18
**hoped** 169:5
**hoping** 63:21
**HOSPITALLER**
1:10
**hotel** 41:3 75:11,13
75:15 76:4,6,9,12
76:15,23,25 77:2
77:25 78:12,16
**hour** 36:23 153:9
**house** 17:19,20
18:14 19:1,25
20:13,21 21:1,2,5
21:15 23:21,25
24:14 29:10 33:22
42:23 43:1,19,24
43:25 44:5,24
45:13,15,22,24,25
46:5,12,17,18
47:5,6,13,20
49:23 52:4 53:2,5
64:21,22 82:2,25
83:1 98:23,23,24
98:24 99:12
126:13 133:24
134:3,6,9,11,17
135:1,10,15,17
136:20,23,25
138:19,23 139:1
146:25 147:2,6,15
147:19,20,23,24
148:1,4,9,10,11
**housekeeping** 9:22
**hump** 155:21

**Hurd** 3:10 9:6,6
**hurt** 93:3 126:21
126:24 127:5
128:20 153:20
156:4
**hurts** 150:12
153:25

**I**

**I-S-M-E-N-I-E**
47:23
**Iberostar** 2:5 41:4
**ID** 34:22 60:14
158:2
**identification** 35:3
35:22 67:6,9 68:8
68:20 72:22
156:20 157:8,17
158:5 159:3,6
**identified** 111:3
**identify** 8:15 24:3
111:1
**Illinois** 3:20
**image** 134:24 135:1
**images** 138:10
**imagination** 117:23
119:5
**imagine** 70:2 110:5
110:6 111:13
113:16 114:10,16
115:11,15 118:22
**imagined** 136:14
**Immaculate** 65:8
66:10
**imperative** 174:11
**important** 104:20
115:21
**impossible** 80:10
**impression** 104:22
**in-between** 128:2
**inappropriately**
113:21
**incident** 114:13
115:21 150:13
154:7
**incidents** 140:3
**include** 35:24

including 28:6
  35:21
INDEX 7:1
indicate 22:18
  137:19
indicated 26:13
  43:23 44:3 45:3
  78:11 80:3 103:22
  109:23 125:1
  130:9,11 139:4
  142:4,18 144:16
  145:4
indicates 111:16
  117:14
indicating 60:6
individual 19:17
  40:8 89:14 90:5
  90:10 122:4 124:1
  150:23 159:22,23
  160:9,18 161:4,7
individually 107:16
individuals 18:11
information 35:22
  35:25 157:8
injured 150:9,11
injury 150:1,7
inserted 140:23,25
  142:1
inserting 138:15
inside 32:1 33:24
  103:8 114:11
  132:5 135:3
insisted 139:9
institutions 69:16
  69:20
instruct 14:19
  16:16 20:2 29:7
  30:17 35:11 42:7
  70:5
instructing 16:20
  29:14 31:2 70:17
  73:15
instruction 16:23
INSTRUCTIONS
  174:1
instruments 63:14
  63:14

interested 170:22
  170:23 173:16
interpreted 29:17
interpreter 6:15,19
  6:20 9:11,13,20
  14:1 30:16 49:4,5
  59:23 60:8,23
  65:14 94:6 106:22
  107:1,6,9 123:17
  126:6 138:3 142:6
  142:15,20 144:4
  151:6 152:9,12,16
  167:11,17,19
interpreter's
  167:16
interpreters 37:20
  37:21,25 38:4,17
  38:23 39:4 59:22
  60:5,6 75:18
  140:24 142:9
  152:11
interrogatories
  7:14 67:19 68:1,7
  73:11 78:3 82:11
Interrogatory
  110:19 117:15
interrupt 19:5
  102:1
Interruption
  112:13
introduced 170:2
Ismenie 47:23
issue 9:23 103:10
  142:23
items 103:2

J

J-A-P-O-U 11:3
Jacques 39:8,24
Jameson 101:23
  102:9
January 1:24 8:6
  172:20 173:5,18
Japou 11:2,6,13,21
Jason 1:23 2:1 7:3
  7:13 8:14 9:18
  10:13,14,24 68:5

73:9 172:20 176:8
jcerreta@daypit...
  5:18
Jean 6:19 18:11
jeans 25:23
Jeffrey 4:12 8:18
JERUSALEM
  1:10
Jessica 89:7,9,12
  108:4,7 127:14
  128:3,7,8,12
  157:21
Jesus 1:9 6:3 9:2
  170:4,7,11
jkennedy@mwll...
  4:17
Jo 3:17 9:4
job 49:15 55:4,4
  56:20 58:2,6,24
  63:20,23 66:6
  96:9
jobs 55:5 59:6 64:4
John 1:10,12,13,13
  1:13,14,14,14
  5:13 8:19 162:3,6
  162:7
Johnson 40:9,11,20
  40:23 41:10,13,22
jokes 39:19,21
  40:18
Joseph 95:17,19
  149:18
journal 34:16
jpollock@simmo...
  3:21
Judex 101:6,11
judge 31:17
Julian 161:2,3
jumping 13:24
jury 7:12 67:8 69:2
  70:14
justice 17:7,9,24
  18:2,5 20:7 21:3
  21:19 22:19,22,24
  23:1 24:5 28:10
  34:2 53:22

K

keep 102:4,4
  114:24
keeps 10:19
Kennedy 4:12 7:4
  8:17,18 9:22 10:3
  10:7,10,23 11:12
  14:2,25 15:12,19
  15:21 16:1,11,14
  17:1 19:9 20:8,11
  20:20 21:10,13
  23:17 28:8,13,17
  29:16,19 30:1,4,5
  30:20 31:2,7,18
  34:8,14,25 35:4
  35:17 36:25 37:9
  42:15 50:24 51:3
  51:8 53:20 56:9
  58:12 60:4,10,11
  61:1,8,11,18,25
  67:12,18,22,25
  68:3,11,18 69:14
  70:10,21 71:12,22
  72:17,20 73:19
  76:4,7 77:13,23
  77:24 79:4,9,11
  80:11,14,21 90:8
  90:9 93:15 94:11
  94:18 100:9,14
  102:7 110:23,24
  112:19 122:11,18
  126:8 137:17
  142:8,17,22,24
  144:3 148:24
  150:4,5 152:14
  153:3,10,17
  156:21,25 157:3
  157:14,15 158:6,8
  159:7 161:17,20
kept 34:15
kick 109:16,20,21
  109:24 110:2
  141:5 148:19
kicked 109:17,18
  146:21
kid 111:9 118:19

kids 81:14,16
  104:11 105:5
  111:9 114:11,12
  118:8,18 119:10
  121:5,7,9 124:25
  125:18 134:10
  146:20 170:19
kind 20:10 25:21
  34:15,16 99:20
  168:5
KING 4:5
kitchen 123:4
km 2:6
knew 18:22 42:5
  121:20 134:8
  168:3,7
Knight 6:5 7:7 9:1
  9:2 170:1,3 172:7
knock 134:12
knocked 33:22
know 13:9 14:16
  16:8 17:23 18:19
  19:12,14,17,22
  23:8 24:6,8,9
  26:11 32:5 33:23
  36:2,23 37:2
  38:15,24 39:8,11
  40:4,8 41:12 43:8
  43:11,18 47:15
  49:16 50:8,14,17
  50:18 52:14 53:21
  53:23 54:3,5,6,8,9
  54:11,12,14,19,20
  54:22,24 55:6,16
  56:11 58:24 69:4
  69:7,9,10,15,19
  70:3,11 71:3,24
  72:1 74:19 79:18
  80:22,25 81:1
  83:10 85:10,15
  88:24 89:15 90:15
  91:17 95:19,22,24
  96:7,9 97:21 98:9
  103:16 104:6,8
  105:18 106:15
  108:7,10,17,19,20
  108:21 109:23,25

Confidential - Subject to Further Confidentiality Review

110:1,4,10,12,15
111:14 112:2
113:12,18 117:17
118:21 121:17
122:4,8 123:19
124:24 125:23
127:12 130:8,19
132:22 133:4
134:3 135:22
136:12,12,22
138:20,25 140:1
142:21 145:23
146:1 150:16,23
156:25 159:21,23
160:11,21,25
161:6,6 162:13,19
166:19,25 167:4,6
167:9,13 168:6,7
168:11
knowledge 114:4,7
120:7 121:18
173:7
known 11:5,8,20,21
125:9
knows 108:19

**L**

L-A-Z-A-R 48:11
L-U-C-I-E-N 64:18
land 49:19
language 59:12
167:21
large 122:22
lasted 146:1,3
law 3:4 23:5
lawsuit 15:5,15
20:15 29:25 39:18
39:22 50:22 69:11
69:16,20 165:4
lawyer 20:18 73:17
162:4
LAWYER'S 177:1
lawyers 14:21 15:9
23:3,4,5,9,11 36:8
36:16 42:9 70:8
70:18 71:5,8,17
71:18 75:19 79:1

Lazar 48:10
leaned 140:25
144:16,19 155:22
leaning 144:24
learn 58:14,17 85:9
169:3,5
learned 42:10
139:15
leave 120:18
leaving 120:17
128:2 134:5
150:19 151:15
led 112:10,21,25
113:24 118:3,11
left 27:23 52:13
65:1,3 94:19
128:1,6 146:22
147:2,6 151:14
155:12 159:15
Let's 101:24
letters 36:8
License 173:22
life 28:6
lift 55:12
light 133:6,20
140:13 147:3
liked 91:6
LINE 175:3 177:2
list 50:15
listening 122:2
literature 61:15
62:7,10,13,18
little 13:24 14:9,12
34:20 35:7,19
43:21 44:21 75:24
145:14,22,23
live 32:1 42:16,23
42:25 44:6,6,8,25
46:4,9,12 47:19
48:2,20,22 51:24
51:25 52:3,11,16
52:16,18 56:11
64:20 127:10
lived 40:19 45:5,18
45:25 46:17 47:4
47:8,12 48:12
83:4 119:5 127:9

148:8
lives 43:1 48:4 53:5
living 43:19,23,25
44:4,10,22 45:8
45:19 49:22 52:5
52:6,21 81:20,25
82:21 83:1 98:15
135:16 147:9,13
147:15,22
lknight@sloane...
6:10
LLC 4:13
LLP 5:6,14 6:6
located 65:20 66:17
location 125:12
Logically 31:4
long 22:16 23:20
43:19 44:5,10
45:4,10,11,11
46:9 49:14 60:17
81:12 87:1,3
99:14 113:8
123:13 146:1,3
longer 153:9
look 36:14 75:3
looked 74:1,24 75:1
75:6 154:20
looking 74:22 82:4
110:19
looks 161:5
lost 85:15 151:6
lot 13:19 59:18
62:14 108:19
121:7,20 150:12
153:22 154:8
155:19,20
Lou 9:8
loud 19:6,7
louder 102:5
Louis 1:3,4 6:19
8:10,10
Lozier 89:8 127:14
LSR 2:13 173:2
LU 3:3
Lucien 64:18
lunch 93:14 102:3
luncheon 93:19

Luperón 2:6
lxia@garabedian...
3:8
lycée 60:14 61:9
64:23 65:9
Lydia 6:5 9:1
169:19 170:3

**M**

M-A-D-E-L-I-N-E
45:21
M-O-R-I-N 42:20
Mackenson 39:8
39:24 41:21
Madame 85:21
86:1 91:25 101:5
101:9,15 104:4,8
105:7,23 106:12
106:16,19,21
107:5,8,20 122:20
152:5,18 155:17
Madeline 45:20,23
Madison 3:12
magazine 138:9
142:5,12,16 143:1
143:4,14
main 4:14 135:9
Malta 1:11,12 5:3
8:25 165:25 166:3
166:6,10,13
man 123:9,19
manager 49:2,6
marbles 170:21,25
171:6,7,9
Margarette 95:7,8
95:17,17,19,22,23
96:3 149:18
marked 34:20,21
35:2 60:13 67:5,9
68:7,20 72:22
156:17,19 158:2,4
159:5
Mass 106:11
Massachusetts 3:6
4:7 6:8
Master 85:21,23
material 63:11,12

63:13
materials 55:13
math 61:13,14
97:15 100:25
101:14
Mathieu 14:21
15:8 19:18,20
24:12 28:18,20,23
28:24 29:22 31:19
33:11,17,20,25
42:2,10 54:6 70:8
76:25 162:13,15
162:15,18,20,22
163:15,17
matter 8:9
matters 173:8
Maureen 2:11 9:10
173:2,22
Maxine 50:2 55:17
56:10
Maxwel 1:23 2:1
7:3,13 8:14 9:18
10:13,15 11:17,21
11:22 68:5 73:9
172:20 176:8
McLean 90:6
meals 167:1
mean 28:5 31:11
49:6 50:21 60:22
61:7 64:1 77:11
77:21 79:14 90:1
92:10 123:13
144:14 148:22
150:8
meaning 115:23,24
means 60:25
meant 142:21
media 165:10
medication 12:13
12:15
meet 17:13 30:7
32:7 81:5,9 124:1
meeting 20:5 22:8
22:15 23:24 29:9
29:11,14,22 30:15
30:19 31:6
meetings 53:25

members 47:10,12
Mémé 101:6,15,15
memories 154:12
memory 26:15
    140:2
men 138:8,8,10,10
    139:6 140:19
    141:16
mental 153:23
    154:4,5,22
mentally 150:11
mentioned 151:21
message 164:5
messages 163:11
    163:14 164:22
met 22:1 23:10,16
    23:20 24:18,20
    38:7,11,13,15,17
    38:23,25 39:1
    81:7 87:19,24,25
    88:5,9,13 164:12
Michael 123:20,23
midway 72:23
MILANO 4:13
MILITARY 1:9
mind 29:18
minute 16:5 150:14
    165:16
minutes 93:13
Mischaracterizes
    58:8 137:13 153:1
Mitch 20:14
MITCHELL 3:4
Mo 150:24
mom 47:25
moment 73:25
    102:2 121:23
    122:20 144:15
    171:25
moments 154:9
money 24:15,17,24
    25:3,3,9,16 26:3
    26:14,16,16 27:9
    27:18,19,23,24
    28:1,4,18,20 29:5
    29:6,11,13 30:10
    30:10,11,25 32:21

33:2,5,12,17,21
34:1,10 54:4,7
57:21,23 62:14
63:8 66:19 67:3
82:9 129:5,9,12
129:22 130:7,15
130:25 131:4,18
131:25 132:1,3,7
132:13,20 136:6
146:22,23 156:5
month 13:4 57:10
    59:1
months 27:13 45:9
Morin 42:19
morning 8:17,19
    9:1 34:22 84:13
    99:24 157:6
mother 47:19
    48:15 49:17 62:24
    63:5 66:5,24
mother's 47:22
motions 9:24
mouth 113:16
moved 96:20
multiple 113:3
MURPHY 4:5

_____

N

N 8:1
naked 143:12
name 8:4 10:11,13
    10:14,25 11:9,17
    13:22 43:3,5,8,9
    43:12,15 44:16
    46:2,7 47:11,16
    47:17,22,23 48:9
    48:10 59:15,16
    64:18 69:3 74:13
    75:14 85:10 88:24
    89:1 95:21 111:6
    111:19 117:15
    123:22,23 159:23
    160:6,8,25 162:3
    162:7,14,19 166:6
    166:9,13,16 170:3
named 18:11 19:17
    40:8 89:7,14 90:5

90:10 122:4 123:9
123:19 124:1
150:23 162:18,21
173:6
names 18:7 24:9,11
    38:3 50:1 62:12
    76:14,21 85:19
    86:21,24 87:11,13
    88:22 101:3,19,21
    103:9 104:7
    107:25 110:17
    159:21
Napolean 162:22
NATALIE 9:13
Nathalie 6:15
National 44:18
    47:3 149:7
natural 37:2
near 151:4
necessary 99:2,4
    174:4
need 15:17,17
    33:10 51:23 57:21
    61:19 99:6 113:12
    130:1 131:12
    134:19 172:5
needed 25:17 80:15
    92:14 99:10
    129:19 130:7,13
    131:2 167:19,22
    168:18
neither 173:11
Nelta 101:5,9
never 13:1 51:9
    58:5,10 95:21
    114:21,23 118:23
    125:1 153:4
    154:18 170:12
new 1:9 3:13,13 6:4
    9:3 65:3 156:9,12
    170:4,7
newspaper 138:10
    142:5,12
Nicholas 46:3,5
    89:15,16,21,23
    108:13,14,17
    127:17,17

nickname 11:1
    43:6
nicknames 11:5
    87:16
night 41:14,17 45:1
    98:2,3 168:12
nighttime 133:8
ninth 60:2,7
noon 100:2
normally 60:23
notary 10:6,8 173:3
    173:24 176:19
note 16:22
Notebooks 63:13
noted 16:24 176:6
notes 62:16 67:16
    177:1
noticed 82:10
number 35:1 67:7
    68:4 77:10 78:2
    102:16 106:3
    110:20 111:5
    117:15 156:18
    158:3 159:4

_____

O

O 8:1
O'Connor 2:11
    173:2,22
O'Neill 4:4 8:21,21
    16:22 31:11,14
    169:17 172:14
object 21:6,8 69:12
    161:15
objection 10:4,4
    16:22 53:17 56:7
    58:7 76:2 79:8
    80:17 94:15
    137:12,14 142:13
    150:3 152:25
objections 9:24
obviously 31:7
    110:21
occasion 32:12
    151:22
occasions 113:4
occurred 129:25

130:12 154:8
offer 116:16 124:22
offered 168:6
office 49:3 105:17
OFFICES 3:4
official 67:16
Oh 67:23 169:19
okay 10:17,21
    11:15 12:2 23:4
    23:20 25:2,18,23
    28:15 30:1,4
    32:15,18 34:19
    36:17 43:9 44:20
    44:23 49:14 51:2
    56:16,20 57:6
    61:1,14,18 67:13
    69:6,15 77:23
    80:3 86:12 88:13
    89:11 90:5 95:23
    107:1 113:5,9
    115:17 119:1
    125:11 133:8
    142:22 152:4
    161:4,20 163:25
    164:13 167:25
    169:15 170:5
old 13:5 36:10
    43:17 56:1 96:25
    97:2 145:24
older 54:15,17,18
    54:21 56:3,13
once 28:24 125:7
    126:25 138:6
    158:6 159:1
    164:18
one-on-one 124:7
    124:10,13
ones 50:6 61:16,16
    80:5 169:11
open 44:13 120:11
    134:20 135:4,7
opens 49:13
order 1:10,12 5:3
    8:24 34:20 165:25
    166:3,6,9,13
original 174:12
outside 133:6,21

134:7 147:3
150:20
**overhear** 154:10

**P**

**P** 4:4 8:1
**P-O-L-E-U-C-E**
64:17
**page** 7:2,11 74:3,4
74:6 157:6 165:8
175:3 177:2
**pages** 35:5 176:4
**paid** 32:14 37:18
49:20 57:15 63:11
66:3,22 99:17
115:20
**pain** 140:4,4
**painful** 145:21
**paint** 12:20,24 13:1
**painter** 67:2
**painting** 56:21
58:21,22 59:2,6
**pants** 143:20,21,22
143:24 144:1,5,6
144:9,13,21,22
146:6,11,15
**part** 73:12,21 96:23
112:1 116:4
118:16 121:11,14
150:9 151:7,8,17
**participated** 132:4
**particular** 115:25
**parties** 69:10,13
173:13,15
**pass** 147:21
**passed** 137:3
**Paul** 1:7 4:3 8:22
92:4 104:4 106:4
106:4,5,7 107:12
107:15
**Pause** 112:16
161:24 165:19
169:23
**pay** 27:20 31:23
33:2 45:16 58:25
62:21,24 63:9,10
65:25 67:1 139:21

140:4
**paying** 63:3
**payments** 29:1
31:20
**pays** 62:23 63:6
**Pedro** 101:23 102:8
160:24 161:2,3
**Pedro's** 160:25
**pending** 37:3
**penetrating** 128:25
**penis** 88:2 129:1
138:15 140:23
141:1 142:1 145:5
151:16
**pens** 63:13 103:1
103:11
**people** 17:25 18:3,6
18:15,21,25 19:10
24:2,4,10 26:12
33:24 58:24 69:15
69:19,22,23 70:4
71:15 75:22 76:6
88:19 89:4 95:4
103:4,5,6,7
104:16 121:10,13
121:20 151:4,5,9
151:9,13 154:15
168:2 171:7
**Pere** 8:22 92:3
106:4,5,7 107:12
107:15
**performed** 132:9
**performing** 106:11
**period** 44:13
133:18,19 171:14
**Perlitz** 1:7 8:11
21:22 22:8 50:9
50:12,16,20 51:10
51:14 53:9,15
81:6 87:19,24
88:9,13 91:19
92:19,23 93:2,6
93:10 94:13 96:18
105:11,15,21
109:9 110:16
111:2,12,25 113:1
113:20 114:1,5,9

114:22 115:4,16
116:20 117:12,21
118:5,20,24 119:3
119:14,17,21
120:22 122:1
124:17,20,23
125:2 126:1,5,11
126:20,24 127:15
128:11,20 130:4
131:18,24,24
138:18 144:6,12
145:18 146:10,17
153:20 156:5
158:16 161:12,14
**Perlitz's** 91:16
**person** 22:25 55:13
89:7 103:17,23,24
104:21 110:11,14
111:3 115:10,12
127:3 130:19
131:15 151:11
159:18 160:21
173:6
**personal** 53:13
114:3,7
**personally** 24:7
106:23
**persons** 111:1
127:13
**pertaining** 10:6
**pertains** 29:25
**Peter** 116:5
**Peterson** 111:6,8
115:3,14 116:6,19
117:5,10,11 160:3
160:4
**Peterson's** 160:6
**phone** 162:24
163:5,12 164:21
**photograph** 7:16
7:17,18 156:17,19
157:17,19,22
158:4,9,11,15,20
159:5,8,10,16,19
**phrase** 21:7 51:1
120:19
**physical** 150:6

155:25
**physically** 153:20
155:18
**physics** 61:15
**pick** 128:22 134:8
135:23,23 136:5
152:2
**picture** 157:24
158:19 159:25
171:2
**pictures** 158:18
**piece** 140:7
**Pierre** 6:19,20
**PITNEY** 5:14
**place** 30:14,19 31:5
40:19 41:1,3
46:15 52:9,25
56:12 81:21 82:4
84:4 93:16 99:6
100:15,17 125:23
168:12
**placed** 97:9
**Plaintiff** 1:5 7:13
9:5,7,8 68:5 73:9
**Plaintiffs** 3:2 8:11
**Plaintiffs'** 29:21
157:7
**Plata** 2:7 8:9
**play** 85:17 100:3
104:17 170:19,20
171:2,5,6,9
**played** 167:5 171:6
**playtime** 100:2
170:15 171:11
**Plaza** 6:7
**please** 8:15 10:11
15:11 16:22 28:2
36:15 61:3 78:4
87:20 102:2 114:6
137:16 142:7
152:13 163:25
174:3,8
**point** 20:17,19 21:4
23:10 37:2 94:19
121:24 132:17
134:10 141:21
142:25 143:16

157:1 164:20
**pointing** 159:12
**Poleuce** 64:17
**Police** 149:7
**Pollard** 2:11 9:10
173:2,22
**Pollock** 3:17 9:4,4
10:2,5 11:11
14:19 15:6,16,23
16:4,13,15,24
19:5 20:2,19 21:6
23:12 28:5,11,15
29:7,17,24 30:3
30:12,17,23 31:4
31:10,13,16 34:3
34:11,24 35:11
36:22 37:1 42:7
50:21 51:2,5
53:17 56:7 58:7
60:9 61:7 67:10
67:14,20,23 68:1
68:9,12,16 69:12
70:5,15 71:7,15
72:15,19 73:14
76:2 77:11,15
78:24 79:8 80:9
80:17 90:7 93:13
94:15 100:8
110:22 137:12
142:13 148:22
150:3 152:25
153:8 156:22
157:2,10 161:15
163:21 164:9,23
165:15 167:15,18
169:17 172:15
**position** 20:9 29:21
30:2 31:8 91:12
91:13,16 99:6
**possible** 11:8 36:3
64:4
**PPT** 11:19,20 18:9
22:11 34:17 35:10
35:21,23,24 36:7
36:15 39:5,12
40:11 50:4 55:18
58:2,6,15,18

Confidential - Subject to Further Confidentiality Review

64:15 65:3 76:11
76:15,19,22 81:10
81:13,19 82:3,12
82:18 83:8 96:23
119:11 148:21
149:3 156:3,8
162:8 170:6
**pray** 125:13
**praying** 125:24
**precisely** 135:22
**Preneta** 89:15
127:17
**preparation** 32:23
86:16
**prepare** 13:12,16
14:18
**preparing** 133:17
**present** 6:18 74:20
117:4 132:14
**pressure** 109:13,14
138:13 141:2
**pressured** 141:3
**pressuring** 140:21
141:4
**pretty** 93:16
131:16
**prevail** 31:16
**price** 57:16
**priest** 64:6,7 124:5
125:24
**prior** 30:14,16
64:25 77:12 120:6
129:16 170:6
**private** 109:2
110:13
**privately** 108:25
130:21
**privileged** 29:23
31:6
**probably** 69:13
114:24
**problem** 31:13
59:25 90:21,25
91:3 109:5,6
154:14,22 163:6
**problems** 153:23
154:4,5

**proceeded** 138:15
**produced** 31:15
157:12
**profession** 63:15
**program** 81:10
83:8 92:11,12
122:3 130:20
**project** 81:15,15
112:1 113:15
114:20 118:16,20
118:22 121:6,11
121:14
**promises** 107:21
**propounded** 176:5
**provide** 70:7
**provided** 60:12
**public** 99:17 173:3
176:19
**Puerto** 2:7 8:9
**push** 134:20
**put** 22:23 23:2 88:2
145:4 151:16
156:23
**putting** 109:13,14
109:15

─────────────
**Q**
─────────────
**question** 11:23,25
12:3,5 15:10,11
15:24 16:8 20:24
21:12 22:4,13
23:13 28:2 29:12
30:6,13 31:3 34:4
34:12 35:12,18
37:3 38:10,16
39:21 42:13 52:15
52:15 61:3 69:7
69:18 70:6,16
71:18 73:15,18,20
75:24 77:14 78:25
87:20 88:8 90:7
104:3 110:25
114:6 126:7
131:16 137:15
145:16 149:1
152:12,16 153:19
163:22 164:1,24

167:20,22,22
**questioning** 77:19
**questions** 9:15 22:1
22:2,4 31:12 94:8
113:19 169:18
172:8,14,16,17
176:5
**quick** 19:6
**quieter** 102:3

─────────────
**R**
─────────────
**R** 8:1 173:1 175:1,1
**R-O-B-E-N-S**
119:1
**radio** 121:21 122:1
122:3
**Raphael** 48:23 52:6
52:13 65:21 82:23
**rapport** 156:11
**re-ask** 20:24 21:11
152:14,16
**reaction** 145:3
**read** 9:25 13:12,15
13:18 14:9 59:17
62:4,5,11,13,17
68:23 70:13,22
71:6,8,11,13,13
71:16,19 72:3
73:6 74:7 78:19
78:22,23 79:3
85:13 174:3 176:3
**reading** 62:9 79:5
79:13 110:20
**real** 19:5 43:8
**realize** 47:7
**really** 18:10 26:4
26:23 37:19 47:14
47:15 55:3 57:9
58:23 85:1,8 96:7
103:16 106:9
107:2 108:11
116:15 124:14
136:12 139:21
140:2,5 153:24
154:7 171:13
**Realtime** 2:12
173:23

**rear** 128:25 140:23
141:1 142:2
**reason** 39:22 50:24
50:25 93:5 94:13
98:25 116:12,13
116:14,17 151:25
169:4,6 174:5
175:5,7,9,11,13
175:15,17,19,21
175:23
**reasons** 168:15,25
169:9,13,13,14
**recall** 101:5 106:20
114:2 115:18
117:7 118:25
119:15 120:16
123:7 129:3
130:23,24 132:22
132:23 134:1
135:14 136:18
140:21 143:10,15
144:10 146:8
150:21 154:3,24
155:7 156:6
169:12
**recap** 151:7
**receipt** 174:13
**receive** 102:18
**received** 34:22
35:14 104:12,13
156:5 157:6
**recess** 37:6 61:22
93:19 122:15
153:14 171:14
**recognize** 68:21
74:3 76:18,20
**record** 8:4 10:12
16:5 20:8 29:20
36:6 37:5,7 61:21
61:23 93:18 94:3
112:15,17 122:11
122:14,16 142:15
153:10,13,15
156:24 157:5
161:23,25 165:15
165:18,20 167:15
169:22,24 172:10

172:11,12,21
173:10
**recording** 102:5
**records** 35:20,25
36:15
**reduced** 173:9
**referenced** 1:21
**referring** 104:1
105:3
**reflect** 35:14
102:13 115:9,14
**regarding** 129:23
132:1 165:3
**regular** 55:4
**regularly** 12:15
148:8
**relate** 35:9
**related** 173:12
**relationships**
110:13 138:7
139:5,12,14
140:18 141:16
**relative** 173:14
**relax** 104:17
**religious** 124:15
125:22
**remember** 11:7,10
12:21,23 13:17,17
15:3 17:12,12
18:6,7,10 21:16
21:17,20,23,24,25
22:3,6,9,12,13,17
23:23 24:11,13,25
25:1,5,11,13,24
25:25 26:4,11,18
26:19,21,24 27:10
27:12,15,21 28:16
29:3 32:4,9 33:13
36:12 37:19 40:25
41:15 42:14 44:12
45:7,8,10 46:10
47:10,10 50:10,11
50:13 51:6,15
53:11,19 54:1
55:3 56:2,24 59:7
68:22 71:21 72:12
73:12,20,25 74:1

─────────────
Golkow Technologies, Inc. - 1.877.370.DEPS

74:7,25,25 75:1
75:14,20,23,25
76:5,8,10,16,21
76:24 77:1,8 79:3
79:20,21,23 80:1
80:13,15,19 81:7
81:11,17 82:17
83:12,13,18 84:14
85:1,8,12,16,19
85:21 86:10,15,20
86:20,21,24 87:3
87:5,8,9,11,13,15
87:17,18,23 88:2
88:7,18,19 89:4,6
89:7,24 90:10,17
90:19,20 91:4,9
91:11,13,19,24,25
92:3 94:23 95:12
95:18 96:2,3,12
96:14,15 97:2,3,6
97:8 98:9,10
100:25 101:1,17
101:22,23,24,24
102:8,12,14
103:11 104:25
105:9,25 106:2,9
106:10,17,21,25
107:2,3,5,8,11,18
107:23,25 108:2,3
108:4,14 109:1
110:17 112:23,24
113:2,5,6,7,22,23
115:25 116:4,7,11
116:15 118:9
119:18 120:4
123:18,24 124:4,5
124:14 125:19
127:2,6,12,22
128:14,16,19,21
128:22 129:17,18
131:21 132:15,19
133:11,13,16,17
133:19 134:1
135:6,15,24 136:1
136:4,7,8,9,16,19
136:24 137:6,7,9
137:20,24,25

138:5,5 139:7,8
139:11,17,20,20
140:9,10,11,15
141:10,13,18,19
141:23 143:5,6,18
143:19,25 144:1,2
144:7,18,22 145:2
145:19 146:14,18
146:22 147:4,8,13
148:2,5,6 149:23
150:18 151:3,19
153:6 155:10,19
155:20,24 156:1
156:10,12,14
157:24 158:17,19
160:7 161:9,19,19
162:11,16 163:16
164:19 169:13,14
remembered 77:7
remembering
137:11,23
remind 15:7 30:13
reminding 164:9
rent 45:14,16
repeat 15:11 28:2
61:3 69:18 78:4
87:20
rephrase 11:25
38:22 49:7 167:22
report 36:10
REPORTED 2:10
reporter 9:9
represent 8:16,18
8:24 9:2,5,6 54:10
69:1 165:24 170:4
representing 8:22
54:13
Republic 2:7 8:9
37:23 39:25 40:21
41:25 42:3
Reserve 9:23
response 7:13 68:6
139:19
responses 78:2
responsible 95:4
rest 100:5 132:25
restate 114:6

result 150:1,7,10
153:23
retained 20:14
return 100:3
174:11
reveal 30:25
review 1:23 164:21
reviewed 77:17
78:1,6,12
reviewing 73:12,21
RHODES 1:10
ride 40:5
right 38:10 51:25
51:25 52:7,11,19
53:1,6 62:20,25
63:4,20 123:8,20
159:24 160:19
161:5 162:25
163:1 170:15
RMR 2:13 173:3
173:23
Robens 119:1
158:22,23
Robinson 5:6
103:10,24 104:19
105:18 106:14
107:3 108:24
109:3,6,8 130:2
131:14 149:12
Robinson's 103:14
role 103:14 152:5
152:18
Roman 64:7,9
Romere 85:21,23
95:7,13
room 38:1 41:6
135:13,16 136:8
136:11,13,15,17
137:1,5,6 138:1
139:24 140:5,7,10
140:12,13,14,16
141:12
rooms 135:14
route 132:25
Rue 17:16 29:12,14
35:25 40:14 83:9
83:11,15,19,25

84:6,11,20,25
85:3,6,11,14,17
85:20 86:6,14,18
86:22 87:2,12
88:17,20 89:5,10
91:1,12,16,19,23
92:1,4,8,13,18,22
93:1,7,10 94:12
94:19,25 95:14
96:2,4,6,20
119:16
rumor 92:19,23
rumors 119:20
120:10,15,25
run 130:18

_____
S
_____
S 5:5 7:10 8:1
S.J 1:7 4:3
Saint 161:2,3
sandals 102:25
saved 67:2
saw 38:21 39:7
41:15 51:17 89:21
91:24,25 92:3
96:3 105:14 106:7
106:12 107:9
122:9 123:10
134:20,25 135:1,3
135:3 151:9,9
156:15
saying 77:17
115:12 136:16
138:9,13 139:17
139:22 141:10
145:10,17 153:21
says 59:24 60:3,4
73:7 74:12 111:19
scared 141:6
school 13:25 14:1
25:19 27:21 35:20
35:23 36:6 44:13
44:14,15,16,18
46:23,24,25 47:1
47:2,3 56:5 60:18
62:20,21 63:10,11
63:12,20,24 64:24

65:4,5,7,11,16,20
65:22,23 66:1,4
66:10,11,12,20,23
67:1 82:5,6,8,13
82:14,16,24 92:17
100:18,23 120:1
133:14 168:1,8,8
168:18,20,23
171:11,17,23
172:2
schooling 44:21
schools 35:23 64:25
Schoubert 18:12
science 101:1,2,12
seal 173:18
second 26:15 27:17
27:17 32:18 60:19
65:8 66:10 98:23
103:17,23,23,24
122:12 126:18
151:22 152:1
153:11
see 17:23 19:21
21:18 28:13 34:1
36:14 40:12,13,14
40:15 41:13 48:18
51:16,20,22,23,23
72:11,23 74:14
88:10,11,15,17
89:9,12,17 90:13
91:22 95:9 101:24
105:11,16,17,20
105:23 106:5,14
106:23 108:6
130:18 134:24
139:1 144:12
146:10 151:13
154:1,21,24 156:2
156:8,13 161:8
169:19
seeing 77:1 91:19
95:12 96:2 108:4
108:14 124:4
134:2 146:14
156:10,12
seek 28:10 34:2
53:22

seeking 20:6
seen 72:4,6 73:1
  74:5 77:9 78:16
  108:15
sells 66:9
send 163:14
sense 77:21
Serge 162:22
series 73:10
serious 92:15,16,17
  104:22 168:8,23
SESSION 94:1
set 7:14 55:4 57:16
  68:7 173:18
SEVEN 1:14
seventh 65:15,19
  66:13
sex 138:11 154:11
sexual 138:7 139:5
  140:18 141:15
sexually 88:14
  111:2,11,24
  112:22 113:1,25
  114:4,8,21 115:3
  116:20,23 117:11
  117:20 118:4
  119:2
sharing 41:6
sheet 174:6,9,12
  176:6
shirt 25:23 158:12
  158:13,14 161:6
Shoes 33:9
shoot 170:19
shooting 170:21
short 171:14
show 67:21 72:13
  72:18,21 80:6
  121:22 142:11
  156:16 158:1
  159:1
showed 142:4
  143:1,4
shower 84:7,20
showing 68:19
  143:14 157:16
Shultheis 89:2

Sibert 15:22 16:2
  19:1 53:22,25
  54:3 75:21 76:1,8
  162:17 163:19
  164:4
Sibert's 121:21
side 147:14 159:15
  159:24
sign 10:1 74:10,23
  75:8 174:8
signaled 134:25
  135:7
signalled 135:4
signature 74:8
  160:7
signed 50:14 74:21
  75:1 77:10,18
  78:13,20 79:6,13
signing 75:16
SIMMONS 3:11
  3:18
simply 171:5
sir 10:11,14,22,24
  11:9,16,23 12:7
  12:10,16,18,20
  13:3,5,9,15,18,20
  13:22,25 14:4,15
  15:1,22 16:3 17:2
  17:11,13,15,18
  18:3,15,20 20:12
  20:18,24 21:5,12
  22:4,5,8,11,14
  23:1,6,18 24:12
  24:15,17,21,24
  25:3,10,12,16,18
  25:21 26:3,7,10
  26:13,17,22,25
  27:3,9,11,14,19
  27:24 28:1,4,18
  28:21,25 29:2,4
  30:6 31:20,25
  32:12,22,25 33:3
  33:5,12,15,21
  34:10,15 35:8,10
  35:19,24 36:6,11
  36:18,20 37:10,14
  37:18,23 38:1,3,5

38:8,13,15 39:4,6
39:9,12,14,18,21
40:1,6,9,13,17,21
40:24 41:3,7,10
41:14,17,19,22,24
42:2,6,16,18,23
42:25 43:3,5,10
43:15,21 44:14,17
45:9,14,16,19,25
46:2,5,7,9,11,14
46:17,18,20,23,25
47:2,5,7,16,19,22
47:25 48:4,6,9,13
48:16 49:15,17,20
49:24 50:4,6
51:11,20,22 52:4
52:7,14,22,24
54:16,18,25 55:2
55:15,17,24 56:3
56:6,13,18,20,23
57:1,10,19,23
58:14,21 59:2,5,8
59:17,20 60:12,18
61:2,4,6,12 62:1,4
62:18,23,25 63:12
63:15,19,23,25
64:7,9,13,15,17
64:20,24 65:5,11
65:17,20,23 66:4
66:6,12,15,17,20
66:23 67:1,4
68:19,23 69:5,11
69:17,24 70:11,22
71:2,23 72:2,7,9
72:13,21,23 73:2
73:4,13,22,24
74:2,4,6,8,8,10,14
74:16,18,21,24
75:6,9,11,13,15
75:19,21 76:1,9
76:12,23,25 77:3
77:9,25 78:7 79:6
79:12,19,25 80:6
80:16,23,25 81:2
81:5,16,20,23
82:1,3,15,21 83:2
83:4,8,14,16,20

83:22,25 84:2,13
84:17,25 85:4,7
85:11,14,17,20
86:7,9,17 87:2,6
87:19,22 88:1,17
88:20,22,24 89:5
89:18 90:2,13,16
90:18 91:2,10,23
92:1,4,9 94:20,22
95:3,8 96:23 97:7
97:11,14,16,19,22
97:25 98:5,8,21
99:13,18 101:4
102:8,19,21,23
103:3,6,9 104:1
107:24 108:5,8,13
108:21 110:6,11
110:19,25 111:17
112:12,20 113:13
114:8,19 115:7,13
116:25 117:14,17
119:23,25 120:11
120:14 121:15,22
122:19 123:8,21
125:14 126:16,20
127:1,7 128:18
129:2,4 130:8,11
130:14 131:17
132:2 133:1,6,12
135:10 137:10,19
138:17 139:25
140:14 141:2,8,11
142:16,25 143:21
143:24 144:13,19
144:21,25 145:8
145:16,22 146:2,4
146:7,11,13,17
147:10,12 150:14
151:2,21 152:4,17
153:18 154:15,17
155:2,3,6,9,13
156:16 157:16
158:1,9,21 159:8
159:19 160:11,13
160:21,23 161:1
161:11,21 162:3
165:13

sit 12:12 62:25
  102:12
sitting 40:2,4 41:1
  41:20 75:18 143:3
six 1:14 27:13 45:9
sixth 3:5 65:12,13
  65:14,18 66:13
sleep 46:15 97:24
  98:2,4,6,8,18,20
  98:21,22,23 99:1
  99:3,7,8,10
  168:12
slept 98:10
slight 155:21
SLOANE 6:6
small 43:11 48:14
Smaller 56:15
sneakers 102:25
soccer 167:5 172:1
social 101:1 165:10
Society 1:9 6:3 9:2
  170:4,7,10
soil 49:19
soliloquy 20:10
somebody 71:11
  120:20
soon 136:25
sorry 19:24 21:7
  26:3 27:5 30:8
  32:13 41:9 43:24
  46:11,18 49:23
  72:5 92:7 103:23
  105:21 116:6
  126:6 130:10
  132:12 138:3
  146:5 147:18
  151:6 159:22
  167:18 169:19
sort 170:17
source 42:11
SOVEREIGN 1:9
space 174:6
spare 171:22
speak 11:11 14:17
  15:22 19:6,7
  23:11 59:8,12
  62:1 89:23 90:15

90:18 96:11
106:16,18,19
107:12,15 108:7
108:17,22,23
109:1 112:8,9
115:17 116:11
118:6 123:5,16
124:15,16,19
126:4,10 129:23
135:18 149:6
**speaking** 122:22,24
138:24 160:20
162:12,16
**special** 85:9
**specific** 75:25
131:17
**specifically** 112:20
115:13 120:24
132:8 141:25
**spelled** 117:16
**spend** 36:23 104:19
171:18
**spoke** 19:10 23:22
29:10,13 90:17
106:22 109:22
112:11 113:3
116:7 122:21
123:2 124:12
125:22 158:23
160:16
**spoken** 14:23 15:2
15:4,14 41:9 51:9
109:6 129:21
130:1,9,12,17,21
130:23 149:23
**sports** 85:17
**spot** 52:20
**spread** 120:5,8,20
**St** 1:3,3,10 8:10,10
48:23 52:6,13
65:21 82:23
**stable** 89:25 90:2
108:10,16 123:11
123:12 131:15
**standing** 143:3
**start** 115:22
**started** 58:15,17,19

64:23 81:9,19
83:7,10,16 84:6
86:13 89:12 96:25
97:4,6 138:6,11
138:13 139:4
140:21 166:18
167:3,8 168:4,4
168:10
**starting** 73:7
**state** 3:5 8:16 10:11
111:3 173:3 174:5
**stated** 119:4
**statement** 13:13
14:18 151:7
**states** 1:1 8:12 69:3
110:25 111:6
**stay** 44:24 58:19
90:3 99:6,9
123:13 125:2
**staying** 41:2 45:20
45:22,23 53:2
84:3
**stipulation** 10:6,7,8
**stipulations** 9:23
**stop** 16:4 134:7
**stopped** 126:15
**straight** 171:15
**street** 3:5,19 4:6,14
5:7,15 17:16,17
17:18 121:16
**streets** 83:5
**strike** 9:25 18:24
19:23 30:8 49:23
58:13 75:3 81:12
92:6 119:11
130:10 132:12
146:5 159:22
**student** 22:11 39:5
60:14 92:20 97:18
109:24 110:15
119:12,16,19
148:21 149:3,9
162:8 166:19
**students** 18:9 76:11
76:15,19,22 86:22
87:12 101:18
102:11 110:18

119:21 122:22
123:16 156:4,9
166:25 167:4,9
168:11
**study** 63:17 171:19
**studying** 63:16,18
**subject** 1:23 85:9
116:8 171:20
**subjected** 114:16
**subjects** 61:4,12
124:15
**Subscribed** 176:15
**substance** 31:1
176:5
**substantive** 14:16
30:22
**suffer** 146:20 150:1
150:6
**suffered** 114:12
154:23
**suicidal** 155:1
**suing** 69:11,16,20
70:3
**Suite** 6:7
**Sundays** 100:11,13
**sunglasses** 160:20
**superintendent**
49:6
**sure** 10:5 15:13
28:3 31:10 36:25
51:5 60:15 68:13
112:3 126:8
137:18 142:8
153:18 164:3
**surveillance** 49:12
**susceptible** 119:8
**suspicion** 93:9
**swear** 9:10
**switch** 165:16
**swore** 12:7
**sworn** 9:14,19 94:7
173:7 176:15
**Sylvester** 124:1,3,6
124:12,16,19,22
125:1,6,20 126:3
126:9,19 152:3
**system** 60:1,2

**Systems** 2:12
173:23

**T**

**T** 7:10 173:1,1
175:1
**t-shirt** 159:11,13
160:10
**t-shirts** 103:1
**table** 41:20
**take** 12:15,25 17:4
31:8 36:24 37:16
85:3,6 99:15
100:21 132:24
137:1 142:23
144:5,6,8,9,12
158:17
**taken** 12:18,23
13:1 31:5 37:6
41:11 61:22 93:20
122:15 143:17,18
143:19,20 144:2
153:14 157:22,25
158:15,18,19
**talk** 39:15,16,18,21
39:24 40:5,19,23
60:9 62:2 90:19
90:21,24 91:3
96:12,13,15,16,17
108:24 109:8
113:9,13 124:6,13
125:20,25 139:5
149:21
**talked** 17:3 18:1,4
22:2 40:25 51:7
53:11 65:4 107:19
113:8 124:9
135:23
**talking** 11:19 35:7
44:20 46:25 59:22
105:16,17 106:14
121:4,7,12,14,25
138:7,11 139:9
140:24 141:15,19
142:9 152:11
154:10 167:25
**tall** 155:21

**Tan** 124:1,3,6,19
124:22 125:1,6,20
126:3,9
**taught** 61:17,17
171:4
**teach** 85:23 86:2
101:7,9,11,13,15
**teacher's** 62:16
**teachers** 85:20
101:4 130:3
**teaching** 85:25
**technically** 37:3
**Technologies** 8:5
**tell** 12:8 18:25 20:1
21:1,15,21 22:21
36:6 39:19,20
40:18 45:4 55:5
62:12 64:3 71:4
76:14 84:5 87:18
87:22 99:18 101:3
101:21 104:23
105:7 114:25
117:10,13 119:2
119:13,17 120:21
128:18 148:13,21
149:3,12,15,18
**telling** 137:10,22
139:12
**ten** 59:6
**tenth** 14:5,6,7,8
59:19,21,24 60:3
60:4
**term** 21:7,8 69:12
109:15 161:16
**testified** 9:20 20:5
77:17 80:12 91:18
128:10 152:22
**testify** 16:19 20:3
35:13 42:11,12
70:17 78:25 173:7
**testimony** 14:10
58:8 63:7 137:13
153:1 173:10
**text** 163:11,14,20
164:5,8,11,16,22
165:3
**texted** 163:17

Confidential - Subject to Further Confidentiality Review

**Thank** 10:22 36:18
  142:22 157:14
  161:10,21 165:13
  169:15 172:8
**thing** 84:19 153:22
  154:19
**things** 25:17,18,19
  57:21 62:5 86:5
  102:24 103:11
  104:22 112:4
  115:9,10,24 120:2
  120:3,4,7,24
  137:25 139:15
  141:20 144:11
  154:12 155:19
  170:17 172:5
**think** 13:6,7 14:7
  21:11 30:20,23
  77:13,14 78:7
  110:12 112:4,6
  115:21 128:10
  150:12 153:24
  154:6 160:19
  161:20 170:13
  171:1
**thinner** 12:20,24
  13:1
**third** 27:17 60:20
  60:21,22 65:9
**thirty** 174:13
**thought** 17:22
  43:21 51:3 104:2
  104:10,11 105:1,2
  115:20 151:10
  154:8 168:22
**thoughts** 155:1
**threatened** 110:1
**three** 1:13 6:7 25:1
  26:15,18 60:24
  64:1,3 66:15
  82:15,20,22 83:2
  85:1 102:11
**ticket** 33:3 37:18
**time** 8:6 15:1 16:10
  16:13,14 20:1,12
  20:13,21,22,25
  21:14,18 22:1,16

23:11,21 24:20
  25:2,5,11,13 26:3
  26:7,16,19 27:8
  27:15,18 28:6
  29:6 30:7,9 31:21
  32:11,15,18 34:2
  34:16 35:10,21
  36:24 37:5,8
  43:20 44:5,13
  45:11,12 46:16,22
  56:22 61:21,24
  64:10 65:3 74:24
  75:5 77:22 79:20
  81:8,25 82:5,11
  82:14 84:11,14
  86:7,13,18,22
  87:19,24,25 88:5
  88:9 89:12 92:8
  92:10 93:2,18
  94:4 97:19 100:11
  100:12 104:19
  106:10 112:15,18
  113:8 115:25
  116:9 119:22
  120:15,17 122:9
  122:14,17 123:20
  126:16,17,18
  127:4,5,11,15,18
  127:25 128:6,11
  128:15,19 129:25
  130:12 131:15
  133:3,5 137:2,8
  137:19 139:16
  141:14 143:7,9,14
  144:21 145:12,23
  146:13 147:10,11
  147:16 148:6,8,22
  150:12,15 152:1
  153:13,16 155:4
  156:3,13 161:23
  162:1 164:11,17
  165:18,21 166:1,5
  166:8,12,15
  169:22,25 170:9
  170:14,18 171:18
  171:22,25 172:10
  172:13,21

**times** 24:18,23 25:1
  26:15,19 29:3
  51:17,18,18 57:10
  57:13 59:1,4
  84:24 85:2 98:7
  98:10 99:2,5
  104:16 105:23,25
  106:3 126:23
  131:11 134:10
  171:23
**timing** 148:23
**Timothy** 4:4 8:21
  108:2
**tired** 21:8
**today** 11:24 12:8
  12:12 13:5,11,16
  16:12 23:5 36:20
  37:10 38:1,11
  39:22 62:25 73:13
  73:22 102:12
  157:12,13 158:24
  160:16 162:13,16
  163:7 171:9
**today's** 8:5 13:12
  14:18 32:25
**togetherness**
  104:17
**told** 20:4 21:17
  22:23 51:13 52:16
  53:19 78:7 91:4
  110:3 114:21
  116:1,24 117:9
  118:23 120:23
  129:6,8,11 131:2
  135:7,22 138:11
  139:16 146:18
  153:4 169:11
  170:13
**top** 27:2 73:6 74:12
  135:15 160:20
**topic** 139:8
**topics** 125:23
**total** 26:14 27:4,6
**touch** 141:21
  151:17
**touching** 141:16
**town** 132:24

**tpo@murphykin...**
  4:9
**trade** 169:3,5
**transcript** 174:14
  174:15
**transcription** 176:4
**transfer** 65:1
**transferred** 95:2
  95:15
**translate** 9:14 94:7
**translated** 9:15
  50:22 94:8
**translation** 72:7
  110:21 111:5
**translator** 107:16
  122:21
**translators** 14:22
  15:9
**transportation**
  31:23,25 99:17
**Trial** 7:12 67:8
**trip** 33:7
**Troisieme** 60:23
**trouble** 137:11,22
  154:7
**troubled** 153:22
**troubles** 153:24
**troublesome**
  154:13
**true** 111:15 173:10
**Trumbull** 5:7,15
**trust** 91:7 109:3
**truth** 12:8 81:3
  115:1 173:7
**truthful** 80:23
**try** 108:9
**trying** 39:1 63:19
  71:2 77:15,21
  78:15 103:25
  120:18 130:13
  137:18,21 148:23
**tuition** 62:23 63:3,9
  66:3,22 67:1
**turn** 74:2
**turned** 58:1,6
  160:10
**twelfth** 60:24

**Twenty** 4:6
**twice** 126:15
**two** 1:13 25:1 26:15
  26:18 29:1 31:20
  37:20,21 38:17,23
  39:4,7,7 85:1
  117:8
**type** 36:5 144:1
**typed** 75:5 78:9
**types** 139:12
**typewriting** 173:9

----

**U**

**U.S.A** 1:11,12 5:4
**uncle** 46:1,5
**uncle's** 46:2
**understand** 11:24
  12:7 39:1,20
  50:25 51:4 59:10
  62:2 63:7,19
  68:13,23 70:22,23
  71:2 77:16 78:15
  79:7,16,19,22,23
  79:25 80:2,5,8
  91:15 103:25
  130:14 137:18,21
  138:4 145:15
  152:20 156:22
**understanding**
  103:20 127:8
  152:5,17,23
**understood** 10:3
  12:4
**unfortunately**
  145:13
**United** 1:1 8:12
  69:3
**University** 1:8 5:12
  8:20 162:5,10
**use** 32:21 33:2,5,10
  57:20 62:16 90:3
  112:21 115:14
  117:23 163:11
  167:12 171:15
**usual** 9:23
**usually** 62:15
  104:18 151:12

Confidential - Subject to Further Confidentiality Review

| | | | | |
|---|---|---|---|---|
| **V** | 97:24 98:5,12,14 | **WANAT** 4:13 | 77:12 153:8 | **wife** 43:2,25 44:11 |
| **v** 1:6 | 98:18,21 99:1,7,9 | **want** 13:9 14:15 | **wear** 25:22 | 44:25 45:19 46:13 |
| **V-E-R-T-I-E-R-...** | 99:13,19,22 100:7 | 23:8,13 29:17 | **wearing** 136:20,22 | 52:17 53:3 |
| 81:22 | 100:15,22 101:4 | 32:5 34:4 35:13 | 136:24 144:1 | **wife's** 43:9,12 |
| **vacation** 46:21,21 | 101:18 102:15,19 | 42:12 44:22 49:7 | 160:19 | **Wilny** 101:23 |
| 46:23 52:8 67:3 | 103:8,15,19,21 | 68:13 70:11 71:3 | **Wednesday** 1:24 | 102:8 |
| 133:18,19 | 105:12,15,21,24 | 71:3,17 77:20 | 33:13,14 | **Wilson** 50:2 55:20 |
| **vague** 21:9 69:13 | 106:5,8,13 107:10 | 78:25 109:17,20 | **week** 33:15 51:20 | 55:24 56:1 |
| 76:2 142:14 | 107:13,17,24 | 113:17 114:25 | 57:7,9 84:17 98:8 | **win** 31:13 |
| 148:23 150:3 | 108:2,5,11,14 | 116:12,17 138:14 | 100:6 133:11 | **wishes** 49:5 |
| 161:16 | 109:17,21 110:3 | 148:15,17 149:24 | 164:18 | **witness** 9:11 10:19 |
| **Verification** 74:13 | 111:10 114:19 | 152:14 163:22 | **weekend** 133:15,16 | 10:21 15:7 20:3,5 |
| **version** 80:7 | 115:18 119:12,20 | **wanted** 84:10 | **weld** 58:14,17 | 29:8 30:13,18 |
| **versus** 8:11 | 120:6,11,20 | 139:23 167:13 | **welder** 56:23 57:2 | 35:12 72:16 102:2 |
| **Vertieres** 81:21 | 121:11 122:5,10 | 168:15,19,20 | 57:7,11 58:2 | 172:16 173:17 |
| 82:23 | 122:21 123:3,10 | 169:1,4,6,10 | **Welding** 56:21 | 174:1 |
| **victimized** 114:13 | 123:11,14,21,25 | **wanting** 88:3 | **well-regarded** | **witness's** 58:8 |
| **Victor** 50:2,7,8,19 | 124:4 126:4,10 | **wants** 114:24 | 154:19 | 137:13 153:1 |
| 51:9,13,16,25 | 127:4 129:14 | **warned** 116:1 | **went** 11:18,20 17:3 | **woman** 46:6 95:9 |
| 52:3,11,18 53:1,1 | 130:25 132:12,14 | **warning** 116:3 | 17:8,20,21 18:17 | 157:19 |
| 53:5,8,14,21,24 | 134:5,5 141:5 | **wasn't** 25:25 82:5 | 19:1 20:6,12 21:2 | **word** 42:21 44:19 |
| 54:4,7,9,13,15,25 | 148:25 149:4,10 | 82:24 85:24 88:3 | 21:4,18 24:7 | 49:6 79:7 120:5,8 |
| 55:6 65:22 77:2 | 151:1 152:6,18,21 | 88:10,11 89:9,24 | 28:10 34:1 58:2,6 | 120:19 142:16,19 |
| 83:23 84:2 86:6 | 152:24 155:13 | 90:1 92:14,15,16 | 58:11 65:6 66:15 | 145:22 167:11,12 |
| 86:13,19 110:2,2 | 161:13 166:2,6,9 | 92:17 95:1 108:10 | 77:7,8,25 82:12 | 167:14 |
| 111:16,18 112:21 | 166:12,15,19,20 | 121:9 122:24 | 82:24 84:8,9 | **words** 79:15,18,22 |
| 149:15 | 166:21,24,25 | 123:11,12 133:8 | 85:11,13 86:9,22 | 87:22 108:20 |
| **video** 8:8 | 167:4,4,5,9,10,10 | **watch** 133:4 172:1 | 87:3,12 88:15 | 112:20,23 115:13 |
| **videographer** 6:13 | 168:5,6,9,11,12 | 172:4 | 89:5 94:19,24 | 128:18 |
| 8:3,5 9:9 10:18,22 | 168:13,16,19,22 | **watches** 49:12 | 101:18 102:15 | **work** 19:11,12,20 |
| 37:4,7 61:18,20 | 169:1,3,6,7,10 | **watching** 58:19 | 114:18 125:7,8,12 | 48:24 49:1,11,17 |
| 61:23 93:17 94:3 | 170:10,14 | **water** 151:5,10,12 | 125:16 129:5,15 | 54:25 55:2,11,14 |
| 102:1 112:14,17 | **visit** 22:11 24:14 | 171:15 | 133:12 138:9 | 55:15,24 56:10,16 |
| 122:13,16 153:12 | 122:5 | **way** 32:14 45:5 | 140:14 147:25 | 56:19,24,25 57:1 |
| 153:15 161:22,25 | **visitors** 91:22 | 49:9 52:10 65:2 | 148:1,2,11 151:14 | 57:7,11,13,14,17 |
| 165:17,20 169:21 | **voice** 10:20 102:3,4 | 86:17 99:8 104:12 | 151:21 152:2 | 57:20 58:3,22,23 |
| 169:24 172:9,12 | **volunteers** 107:24 | 112:3,11 117:22 | 156:2,13 | 59:1 61:10 67:15 |
| 172:19 | | 117:24 141:17 | **weren't** 40:2,4 | 95:24 96:1 132:9 |
| **VIDEOTAPED** | **W** | 153:20 | **whereof** 173:17 | 148:12 171:19,20 |
| 1:23 2:1 | **W** 4:12 5:13 | **ways** 91:6 142:21 | **white** 88:19 89:4 | **worked** 56:22 59:5 |
| **Village** 36:1 40:15 | **walk** 83:24 84:2 | **we'll** 16:6 31:12 | 91:22 107:23 | 67:2 |
| 86:11,13 88:16 | 99:21 125:9,11,17 | 59:23 60:24 | 122:4 123:9,19 | **working** 56:18 |
| 89:11,20,25 90:3 | 135:12,13,17 | **we're** 11:18 13:6 | 127:3 158:12,14 | 88:20 89:5 103:7 |
| 90:14 94:20,25 | 137:4 | 35:6 39:22 44:20 | 159:18 160:10 | 107:24 127:4 |
| 95:15,24 96:23 | **walked** 125:10 | 52:5,6 68:11 | **whites** 103:18,25 | **works** 19:14 49:18 |
| 97:1,4,7,11,18,22 | **wall** 161:13 | 93:13 155:10 | 104:1,9 | 162:17 |
| | **WALSH** 6:6 | **we've** 36:22 60:13 | **wider** 42:20 | **wouldn't** 105:18 |

114:25 123:13
163:8
**write** 13:20,22
14:12 59:15,16
85:10
**writing** 34:15
**wrong** 16:5

---

**X**

**X** 7:10
**Xia** 3:3 9:8,8

---

**Y**

**yard** 150:17
**Yeah** 56:19
**year** 25:12 27:11
45:6 59:5 60:1,19
60:19 65:17,18
83:10,12 86:9,10
87:6,10 94:22,23
97:3,9 127:1,2
**years** 13:5 46:10
54:21,23 60:24
66:15 82:15,20,22
83:2 85:15 87:2
97:10,12,21
102:16
**yellowish** 159:13
**yesterday** 41:11,16
**York** 3:13,13
**young** 48:14
**younger** 54:15 56:3
56:4,5,14,15

---

**Z**

---

**0**

**02108** 4:7 6:8
**02109** 3:6
**06103** 5:8,16
**06405** 4:15

---

**1**

**1** 7:12 67:5,7,24
68:20 70:25 71:6
71:24 98:23
**10** 7:4

**10,000** 32:19
**10,100** 32:11
**10,200** 28:22,24
**10/31/2017** 173:24
**10:06** 37:5
**10:24** 37:8
**100** 3:5 25:6,7,15
26:7,10 27:2
31:22 32:10
**10016** 3:13
**11:22** 61:21
**11:39** 61:24
**112** 3:12
**12:53** 93:18
**13** 1:24 8:6 35:25
40:14 83:9,11,15
83:19,25 84:6,11
84:20,25 85:3,6
85:11,14,17,20
86:6,14,18,22
87:2,12 88:17,20
89:5,10 91:1,12
91:16,20,23 92:1
92:4,8,13,18,22
93:1,7,10 94:12
94:19,25 95:14
96:2,4,6,20
119:16 172:20
**13th** 173:5
**149108** 2:13
**156** 7:16
**158** 7:17
**159** 7:18
**162** 7:5
**165** 7:6
**170** 7:7
**18th** 173:18
**1988** 111:2
**1993** 13:4,4

---

**2**

**2** 7:13 68:2,4 72:22
77:10 78:2 98:24
110:20
**2:11** 94:4
**2:53** 112:15
**2:56** 112:18

**20** 176:16
**200** 32:13,16
**2008** 111:2
**2016** 1:24 8:6 13:6
172:20 173:5,19
**203-315-7000** 4:16
**212-784-6400** 3:14
**22** 13:4,5
**23** 13:7,8 110:20,22
111:5 117:15
**242** 5:15
**250** 26:23,25 27:5,5
**28** 17:16,16,18
29:12,14
**280** 5:7

---

**3**

**3** 7:15 34:21 35:1
60:13 156:23
157:5
**3:13-cv-01132-R...**
8:13
**3:13-cv-01132(R...**
1:2
**3:13-cv-1225-RNC**
1:4
**3:13-cv-1269-RNC**
1:4
**3:13-cv-1437-RNC**
1:5
**3:13-cv-1480-RNC**
1:5
**3:13-cv-1626-RNC**
1:6
**3:13-cv-1627-RNC**
1:6
**3:13-cv-1628-RNC**
1:7
**3:13-cv-1629-RNC**
1:7
**3:13-cv-1630-RNC**
1:8
**3:13-cv-1631-RNC**
1:8
**3:13-cv-1632-RNC**
1:9
**3:13-cv-1633-RNC**

1:9
**3:13-cv-1634-RNC**
1:10
**3:13-cv-1635-RNC**
1:10
**3:13-cv-1636-RNC**
1:11
**3:13-cv-1637-RNC**
1:11
**3:13-cv-1638-RNC**
1:12
**3:13-cv-1639-RNC**
1:12
**3:13-cv-1640-RNC**
1:13
**3:13-cv-1641-RNC**
1:13
**3:13-cv-1642-RNC**
1:14
**3:13-cv-1644-RNC**
1:14
**3:13-cv-1645-RNC**
1:15
**3:13-cv-1647-RNC**
1:15
**3:13-cv-1648-RNC**
1:16
**3:13-cv-1701-RNC**
1:16
**3:13-cv-1767-RNC**
1:17
**3:13-cv-1768-RNC**
1:17
**3:13-cv-1769-RNC**
1:18
**3:13-cv-1881-RNC**
1:18
**3:13-cv-1904-RNC**
1:19
**3:13-cv-1906-RNC**
1:19
**3:13-cv-1907-RNC**
1:20
**3:20** 122:14
**3:41** 122:17
**30** 174:13
**300** 26:23,25 27:5

**35** 7:15

---

**4**

**4** 2:6 7:16 156:17
156:18 157:16
**4:49** 153:13
**471** 4:14
**473** 2:13 173:2,22

---

**5**

**5** 7:17 158:2,3
171:1
**5:03** 153:16
**5:18** 161:23
**5:19** 162:1
**5:26** 165:18
**5:34** 169:22
**5:35** 169:25
**5:37** 165:21
**5:40** 172:10,13
**5:41** 172:22

---

**6**

**6** 7:18 159:2,4
**60** 9:25
**617-423-0400** 4:8
**617-523-6010** 6:9
**617-523-6250** 3:7
**62002** 3:20
**67** 7:12
**68** 7:14

---

**7**

---

**8**

**830** 6:7
**860-275-0100** 5:17
**860-275-8200** 5:9

---

**9**

**9:09** 1:25 8:7

# Exhibit J

Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
Civil Action No.
3:13-cv-01132(RNC)

*****************************

GERVIL ST. LOUIS, a/k/a ST.    Consolidated with:
LOUIS GERVIL,                  3:13-cv-1225-RNC
                               3:13-cv-1269-RNC
              Plaintiff,       3:13-cv-1437-RNC
                               3:13-cv-1480-RNC
      v.                       3:13-cv-1626-RNC
                               3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER        3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE    3:13-cv-1629-RNC
E. CARTER; HAITI FUND,         3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;    3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW    3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY    3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.       3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES    3:13-cv-1635-RNC
AND OF MALTA, AMERICAN         3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a     3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN       3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN      3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN    3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;      3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX    3:13-cv-1642-RNC
and JOHN DOE SEVEN,            3:13-cv-1644-RNC
                               3:13-cv-1645-RNC
              Defendants.      3:13-cv-1647-RNC
                               3:13-cv-1648-RNC
                               3:13-cv-1701-RNC
                               3:13-cv-1767-RNC
                               3:13-cv-1768-RNC
                               3:13-cv-1769-RNC
                               3:13-cv-1881-RNC
                               3:13-cv-1904-RNC
                               3:13-cv-1906-RNC
                               3:13-cv-1907-RNC
*****************************
This document applies to:
All of the above referenced cases
And those to be filed
*****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
    VIDEOTAPED DEPOSITION OF JAMESLY GUILLAUME

        Monday, May 18, 2015
            9:09 a.m.

Confidential - Subject to Further Confidentiality Review

Page 2

1    VIDEOTAPED DEPOSITION OF JAMESLY GUILLAUME
2
3
     Held At:
4
5    Barcelo Puerto Plata
6    Carretera Luperón, km 5, Puerto Plata 547
7    Dominican Republic
8
9
10   REPORTED BY:
11   Maureen O'Connor Pollard, RMR, CLR, LSR #473
12   Realtime Systems Administrator
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1    APPEARANCES (Continued):
2    FOR THE DEFENDANT PAUL E. CARRIER, S.J.:
3       THEODORE J. FOLKMAN, ESQ.
4       MURPHY & KING
5       One Beacon Street, 21st Floor
6       Boston, Massachusetts 02108
7       617-423-0400
8       tjf@murphyking.com
9
10   FOR THE DEFENDANT HOPE E. CARTER:
11      JEFFREY W. KENNEDY, ESQ.
12      MILANO & WANAT LLC
13      471 East Main Street
14      Branford, Connecticut 06405
15      203-315-7000
16      jkennedy@mwllc.us
17
18   FOR THE DEFENDANT ORDER OF MALTA AMERICAN
19   ASSOCIATION, U.S.A.:
20      BRADFORD S. BABBITT, ESQ.
21      ROBINSON & COLE LLP
22      280 Trumbull Street
23      Hartford, Connecticut 06103
24      860-275-8200
25      bbabbitt@rc.com

Page 3

1    APPEARANCES:
2    FOR THE PLAINTIFF:
3       MITCHELL GARABEDIAN, ESQ.
4    LU XIA, ESQ.
5       LAW OFFICES OF MITCHELL GARABEDIAN
6       100 State Street, Sixth Floor
7       Boston, Massachusetts 02109
8       617-523-6250
9       garabedianlaw@earthlink.com
10      lxia@garabedianlaw.com
11      -and-
12   ELLYN H. HURD, ESQ. (PM Session)
13      SIMMONS HANLY CONROY
14      112 Madison Avenue
15      New York, New York 10016
16      212-784-6400
17      ehurd@simmonsfirm.com
18      -and-
19   G. MICHAEL STEWART, ESQ.
20      SIMMONS HANLY CONROY
21      One Court Street
22      Alton, Illinois 62002
23      618-259-2222
24      mstewart@simmonsfirm.com
25

Page 5

1    APPEARANCES (Continued):
2    FOR THE DEFENDANT FAIRFIELD UNIVERSITY:
3       JOHN CERRETA, ESQ.
4       DAY PITNEY LLP
5       201 Broad Street
6       Stamford, Connecticut 06901
7       860-275-0665
8       jcerreta@daypitney.com
9
10   FOR THE DEFENDANT THE SOCIETY OF JESUS OF
11   NEW ENGLAND:
12      MICHAEL J. KERRIGAN, ESQ.
13      SLOANE AND WALSH, LLP
14      Three Center Plaza, Suite 830
15      Boston, Massachusetts 02108
16      617-523-6010
17      mkerrigan@sloanewalsh.com
18
19   VIDEOGRAPHER:  Christopher Coughlin
20   INTERPRETERS:  Nathalie Coupet (AM Session)
21       Marilyn A. Leroy (PM Session)
22
23   Also Present:
24   Emirlane Carmen Louis, Interpreter (AM Session)
25   Jean Elyseé Pierre Louis (PM Session)

2 (Pages 2 to 5)

Confidential - Subject to Further Confidentiality Review

Page 6

1                    INDEX
2    EXAMINATION                   PAGE
3    JAMESLY GUILLAUME
4    BY MR. FOLKMAN                  9
5    BY MR. KENNEDY                178
6    BY MR. CERRETA                207
7    BY MR. BABBITT                228
8    BY MR. KERRIGAN               233
9
10
11           E X H I B I T S
12   NO.    DESCRIPTION            PAGE
13    1    Complaint and Jury Trial Demand...... 16
14    2    Plaintiff Jamesly Guillaume's
           Response to Certain Defendants'
15         First Set of Interrogatories, July
           10, 2014............................ 18
16
      3    Blank piece of paper................. 61
17
18
19
20
21
22
23
24
25

Page 7

1              P R O C E E D I N G S
2
3         THE VIDEOGRAPHER:  We are now on the
4    record.  My name is Chris Coughlin, I'm a
5    videographer for Golkow Technologies.
6         Today's date is May 18, 2015, and the
7    time is 9:09 a.m..
8         This video deposition is being held in
9    Puerto Plata, the Dominican Republic, in the
10   matter of Gervil St. Louis, et al versus Douglas
11   Perlitz, et al, in the United States District
12   Court, District of Connecticut.
13        The deponent is Jamesly Guillaume.
14        Will counsel please identify
15   yourselves for the record.
16        MR. FOLKMAN:  Good morning.  Ted
17   Folkman from Murphy & King, Father Paul Carrier.
18        MR. CERRETA:  I'm John Cerreta from
19   Day Pitney for Fairfield University.
20        MR. BABBITT:  Bradford Babbitt on
21   behalf of the Order of Malta American
22   Association.
23        MR. KERRIGAN:  Good morning.  Good
24   morning, Mr. Guillaume.  My name is Michael
25   Kerrigan, I'm with the law firm of Sloane &

Page 8

1    Walsh, I represent the Society of Jesus of
2    New England.
3         MR. KENNEDY:  Jeffrey Kennedy
4    representing Hope Carter.
5         MR. STEWART:  Mike Stewart on behalf
6    of the Plaintiffs.
7         MR. GARABEDIAN:  Mitchell Garabedian
8    on behalf of Jamesly Guillaume, the Plaintiffs.
9         MS. XIA:  Lu Xia on behalf of
10   Plaintiffs.
11        MS. LOUIS:  Carmen Louis, interpreter.
12        THE VIDEOGRAPHER:  The court reporter
13   is Maureen Pollard, and she will now swear in
14   the interpreter and the witness.
15
16        NATHALIE COUPET, Interpreter,
17   having been first duly sworn to translate the
18   testimony, translated the questions and answers
19   as follows:
20
21        JAMESLY GUILLAUME,
22   having been first duly sworn, was examined and
23   testified as follows through the interpreter:
24
25        A.  I swear I will tell the truth before

Page 9

1    God.
2         May I raise my hand still?
3         THE INTERPRETER:  No, I said no.
4         DIRECT EXAMINATION
5    BY MR. FOLKMAN:
6         Q.  Good morning, Mr. Guillaume.  Can you
7    say your name for me, please?
8         A.  Jamesly Guillaume.
9         Q.  And Guillaume is your family name?
10        A.  Yes.
11        Q.  And Jamesly is your given name?
12        MR. GARABEDIAN:  Objection.
13        A.  Yes.
14   BY MR. FOLKMAN:
15        Q.  Can I ask you, please, to speak up, if
16   you can, so that we can hear you on the tape; in
17   other words, to make your voice a little louder,
18   please?
19        A.  Yes.
20        Q.  Thank you.
21        And if you need to take a break while
22   we're doing this, it's going to be several
23   hours, please let me know and we'll take break,
24   okay?
25        A.  Okay.

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 10

1      Q.   And one other request for you, if you
2  could please verbalize your answers rather than
3  nodding or shaking your head so that Maureen,
4  the court reporter, can write down what you say.
5  Okay?
6      A.   Okay.
7          MR. FOLKMAN:  Mitch, may we have the
8  same stipulations?
9          MR. GARABEDIAN:  Yes.  Recite them,
10  please?
11          MR. FOLKMAN:  Sure.  Objections except
12  with respect to the form of the question are
13  reserved, as are motions to strike.  And I
14  believe you've asked for 60 days to read and
15  sign?
16          MR. GARABEDIAN:  Yes.
17  BY MR. FOLKMAN:
18      Q.   Okay.  Mr. Guillaume, you have two
19  nicknames, right?
20      A.   Yes.
21      Q.   Those are, and I apologize if I
22  mispronounce them, Jiko and Koko?
23      A.   Yes.
24      Q.   Were there any other kids who were at
25  PPT who had the nickname Koko?

Page 11

1      A.   No.
2      Q.   Were there any other kids at PPT who
3  had the nickname Jiko?
4      A.   Ziko.
5      Q.   Ziko.
6      A.   Ziko.
7      Q.   Ziko is your nickname?
8      A.   Yes.  Ziko, Koko.
9      Q.   And there were no other Zikos, is that
10  right?
11      A.   No.
12      Q.   Were there any other kids named
13  Jamesly at PPT?
14      A.   No.
15      Q.   Were there any other Guillaumes at
16  PPT?
17      A.   No.
18      Q.   You were born in July of 1993, is that
19  right?
20      A.   Yes.
21      Q.   So today you're 21 years old?
22      A.   I'm 22.
23      Q.   22.  Okay.  Your birthday is
24  July 13th, 1993?
25      A.   Yes.  July 13th, yes.

Page 12

1      Q.   1993, right?
2      A.   Yes.
3      Q.   Okay.  Today you live Rue 22 L in
4  Cap-Haïtien, is that right?
5      A.   Yes.
6      Q.   And can you describe your living
7  situation for me today?
8      A.   In the street.
9      Q.   So you're not living in a house or a
10  building, is that right?
11      A.   I used to live inside a house, but I
12  couldn't pay, so now I'm living on the street.
13      Q.   Okay.  And so when you say you're
14  living at Rue 22 L, that's the street where you
15  actually sleep out of doors?
16          MR. GARABEDIAN:  Objection.
17      A.   Yes.
18  BY MR. FOLKMAN:
19      Q.   And do you sleep elsewhere in the city
20  also?
21      A.   16th Street.
22      Q.   Okay.  And do you sleep anywhere else?
23      A.   No.
24      Q.   I want to ask you about your
25  preparation to come here today.  And I just want

Page 13

1  to say that I don't want you to tell me anything
2  that you discussed with your lawyers, okay?
3  Okay?
4      A.   I didn't do any preparation.
5      Q.   Did you --
6          MR. GARABEDIAN:  Just answer the
7  questions.
8  BY MR. FOLKMAN:
9      Q.   Did you speak -- have you spoken with
10  any of the young men who have come here in March
11  to testify like you're testifying today?
12          MR. GARABEDIAN:  Objection.
13      A.   No, I didn't see them.
14  BY MR. FOLKMAN:
15      Q.   Okay.  You did -- I take it you had
16  meetings with your lawyers before today to help
17  get you ready?
18          MR. GARABEDIAN:  Objection.
19      A.   Yes.
20  BY MR. FOLKMAN:
21      Q.   And were those held here in Puerto
22  Plata, or in Cap-Haïtien, or somewhere else?
23          MR. GARABEDIAN:  Objection.
24          I instruct him not to answer as to any
25  conversations he's had with his attorneys.  Once

4 (Pages 10 to 13)

Confidential - Subject to Further Confidentiality Review

Page 14

1  again, I instruct him not to answer as to any
2  conversations he's with his attorneys.
3      MR. FOLKMAN:  I'm just asking where
4  the meetings were held.
5      A.  You mean the places where I had a
6  meeting, Puerto Plata or Haiti, to come here?
7  BY MR. FOLKMAN:
8      Q.  Yes.
9      A.  Since Haiti I plan on coming -- I
10 planned on coming here for this trial.  On the
11 telephone they called me.
12     Q.  Okay.  So you had telephone
13 conversations with your lawyers, but no
14 in-person meetings to help you get ready for
15 today, is that right?
16     MR. GARABEDIAN:  Objection.  I
17 instruct him not to answer as to any
18 conversation he's with his attorneys.
19     A.  On phone Cyrus told me that the lawyer
20 needed me for this trial.
21 BY MR. FOLKMAN:
22     Q.  Okay.  So you had a phone conversation
23 with Cyrus, is that right?
24     A.  Yes.
25     Q.  And that's Cyrus Sibert?

Page 15

1      A.  Yes.
2      Q.  And was anybody else on the line with
3  him?
4      A.  No.
5      Q.  And when was this call?
6      MR. GARABEDIAN:  Objection.  I
7  instruct him not to answer as to any
8  conversations with Cyrus Sibert when Cyrus
9  Sibert was our agent.
10     A.  No, it's just that to be able to talk
11 today they called me on the phone.
12 BY MR. FOLKMAN:
13     Q.  Okay.  Did you have any conversations
14 on the phone or any meetings with anybody other
15 than Cyrus to help you get ready for today?
16     MR. GARABEDIAN:  Objection.  I
17 instruct him not to answer as to any
18 conversation with his attorney.
19     A.  Besides Cyrus?
20 BY MR. FOLKMAN:
21     Q.  Yes.
22     A.  No.
23     Q.  Okay.  Did you look at any documents,
24 any pieces of paper to help you get ready to
25 testify today?

Page 16

1      A.  No.
2      Q.  Before we started I asked the reporter
3  to mark a couple of exhibits, and I'm going to
4  show them to you now.
5      MR. GARABEDIAN:  Do you have copies
6  for us?
7      MR. FOLKMAN:  I do.
8      (Whereupon, Guillaume Number 1,
9      Complaint and Jury Trial Demand, was
10     marked for identification.)
11 BY MR. FOLKMAN:
12     Q.  So I have put in front of you what was
13 marked as Exhibit Number 1.
14     And let me ask you first, you don't
15 read English, is that correct?
16     A.  No.
17     Q.  Do you read Creole?
18     A.  I'm not very good at it.
19     Q.  Okay.  So I'm going to tell you that
20 this is the complaint that your lawyers filed in
21 the court on your behalf.
22     Do you understand that?
23     A.  I understand.
24     Q.  Okay.  Have you ever seen this
25 document before?

Page 17

1      A.  I see the document, but I don't
2  understand anything in it.  I can't read.
3      Q.  Okay.  The document was filed in the
4  court, or it's dated November 7th, 2013.  Did
5  anybody ask you to either listen to the contents
6  of the document or to read the document before
7  it was filed?
8      MR. GARABEDIAN:  Objection.  I
9  instruct him not to answer as to any
10 conversation with his attorney.
11     A.  Here?
12 BY MR. FOLKMAN:
13     Q.  At any time.
14     A.  No.
15     Q.  Is it fair to say that you couldn't
16 tell me what the details of the claims are that
17 your lawyers have made on your behalf in court?
18     MR. GARABEDIAN:  Objection.
19     Are you asking him to describe the
20 details?
21 BY MR. FOLKMAN:
22     Q.  Let me just have my question read to
23 him.
24     A.  I know the details.
25     Q.  Okay.  The details of the abuse you

5 (Pages 14 to 17)

Confidential - Subject to Further Confidentiality Review

Page 18

1    say you suffered?
2        A.   Yes.
3        Q.   Okay.  Let me ask you to look at
4    another document which I had asked to be
5    numbered Number 2.
6            (Whereupon, Guillaume Number 2,
7            Plaintiff Jamesly Guillaume's Response
8            to Certain Defendants' First Set of
9            Interrogatories, July 10, 2014, was
10           marked for identification.)
11   BY MR. FOLKMAN:
12       Q.   And I want to show you that the first
13   half of the document is written in English, and
14   then the second half is written in Creole, and
15   the Creole is a translation of the English.  And
16   these are your answers to interrogatories, or
17   questions, that the people that you have sued
18   have asked you to answer.
19       A.   They asked me to answer these
20   questions?
21       Q.   Well, let's take a look at the very
22   last page of the document.  Okay.  Do you see
23   the words written there "Jamesly Guillaume"?
24       A.   Yes.
25       Q.   Is that your handwriting?

Page 19

1        A.   If I wrote it on the paper?
2        Q.   Yes.
3        A.   Are you asking me if I wrote my name
4    on this paper?
5        Q.   Yes, I'm asking you if you signed your
6    name on the paper.
7        A.   Yes.
8        Q.   Okay.  Do you see the little what we
9    -- I don't know what you'd call this, we have an
10   asterisk or a star written next to your name.
11   Do you see that?
12       A.   Yes.
13       Q.   And then you see below it there's
14   another star, and there's a name written next to
15   that, "Jean Ariel," and then I can't --
16   "Clergé."  Do you see that?
17       A.   I'm not really good.
18       Q.   I understand.  So you're saying you
19   can't read it when you're looking at it, right?
20       A.   No.
21       Q.   Do you know someone named Jean Ariel
22   Clergé?
23       A.   No.
24       Q.   And it's your testimony that you
25   yourself signed your name on this document?

Page 20

1        A.   If I wrote my name above?
2        Q.   Yes, that's what I'm asking.
3        A.   Yes.
4        Q.   Okay.  So you've already told us that
5    you don't read Creole, right?
6            MR. GARABEDIAN:  Objection.
7        A.   I'm not good -- I'm not really good at
8    writing and reading Creole.
9    BY MR. FOLKMAN:
10       Q.   Okay.  How did you figure out that all
11   of the answers to these questions were actually
12   correct before you signed it?
13           MR. GARABEDIAN:  Objection.  Objection
14   to the extent -- I instruct him not to answer as
15   to any conversations with his attorneys.
16   BY MR. FOLKMAN:
17       Q.   So do you want me to read the question
18   again?  The question was, how did you figure out
19   that the answers that you were giving to these
20   questions were actually correct before you
21   signed it?
22           MR. GARABEDIAN:  Objection.  I
23   instruct him not to answer as to any
24   conversations with his attorneys.
25       A.   What questions?

Page 21

1    BY MR. FOLKMAN:
2        Q.   Well, let's take a look back through
3    the document.  I'm going to read from the
4    English because I don't speak Creole, and I'm
5    going to ask Nathalie here -- I'm going to
6    indicate a question number that I will read in
7    English, and I'm going to ask her to read the
8    corresponding question in Creole.
9        A.   Yes.
10       Q.   So just -- for example, you were asked
11   to, and this is Number 5, "Please identify all
12   schools that you attended as a student, starting
13   with elementary school, and for each such school
14   state:  (i) the dates you attended; (ii) the
15   grade levels or years you completed; and (iii)
16   the nature of any certificates or degrees you
17   obtained."
18           Do you recall being asked that
19   question by anybody?
20           MR. GARABEDIAN:  Objection.  I
21   instruct him not to answer as to any
22   conversations he's had with his attorney.
23       A.   No.
24   BY MR. FOLKMAN:
25       Q.   Okay.  Do you remember being asked any

6 (Pages 18 to 21)

Confidential - Subject to Further Confidentiality Review

Page 22

1    questions by anybody that you understood your
2    answers were going to be written down and you
3    would have to sign them?
4         MR. GARABEDIAN: Objection. I
5    instruct him not to answer as to any question --
6    as to any conversation with his attorney.
7         A. No.
8    BY MR. FOLKMAN:
9         Q. The verification, which is the very
10   last page, and I'm going to read it in English
11   and ask Nathalie to read what it says in Creole.
12        MR. GARABEDIAN: What page is that?
13        MR. FOLKMAN: So the English of it is
14   Page 27, and the Creole of it is Page 55.
15   BY MR. FOLKMAN:
16        Q. So in English it says "I," and then
17   there's a blank for your name, "have read the
18   foregoing answers and they are true and accurate
19   to the best of my abilities."
20        MR. FOLKMAN: We're looking at the
21   interrogatories. She's reading --
22        MR. GARABEDIAN: Okay.
23        MR. FOLKMAN: -- from the Creole.
24   BY MR. FOLKMAN:
25        Q. So that's not actually true, because

Page 23

1    you didn't read this yourself, correct? It was
2    read to you?
3         MR. GARABEDIAN: Objection. I
4    instruct him not to answer as to any
5    conversations with his attorneys.
6         A. I didn't read the questions?
7    BY MR. FOLKMAN:
8         Q. Did you read the questions?
9         A. No.
10        Q. Someone read them to you?
11        A. No.
12        MR. GARABEDIAN: Objection. I
13   instruct him not to answer as to any
14   conversations with his attorneys.
15        A. Okay.
16   BY MR. FOLKMAN:
17        Q. Let's talk again about your living
18   situation. I think you told me that you were
19   living on the street now, and that you were
20   sleeping either on Rue 16 or Rue 22, is that
21   right?
22        A. Yes.
23        Q. Okay. And, in fact, you were -- when
24   you were born, you lived on the Street 22 L, is
25   that right?

Page 24

1         A. Yes.
2         Q. And was that in a home that your
3    parents owned?
4         A. No.
5         Q. Where was it?
6         A. No, it's my aunt's. And I used to
7    live there also with my grandmother. That's
8    where I used to sleep. But they didn't have any
9    more money, so I went to live on the streets.
10   That's where I was sleeping.
11        Q. Okay. So your aunt had a home on Rue
12   22 L?
13        A. Yes.
14        Q. And what was her name?
15        A. Philoméne Charles.
16        MR. FOLKMAN: What was the last name?
17        THE INTERPRETER: Charles.
18   BY MR. FOLKMAN:
19        Q. Was she -- just so you know, we're
20   passing down that name so the court reporter can
21   write it down accurately. Okay?
22        A. Okay.
23        Q. So is she your mother's sister or your
24   father's sister?
25        A. My mother's sister.

Page 25

1         Q. Does she still have a home on 22nd
2    Street?
3         MR. GARABEDIAN: Objection.
4         A. No, she doesn't have a house. She
5    can't rent it anymore.
6    BY MR. FOLKMAN:
7         Q. Okay. So she was renting the house at
8    the time when you lived with her?
9         MR. GARABEDIAN: Objection.
10        A. Okay. She was renting the house when
11   I was there, but then she couldn't -- I left the
12   house, she couldn't pay the house anymore,
13   and -- but that was before I left, and I went to
14   the -- I left the house, and I went on the
15   street.
16   BY MR. FOLKMAN:
17        Q. Okay. I want to make sure I
18   understand that.
19        Are you saying that you left the house
20   because she couldn't pay the rent anymore, and
21   she had to give the house up?
22        MR. GARABEDIAN: Objection.
23        A. I left the house before. Because she
24   didn't have the money, I went to sleep in the
25   street.

7 (Pages 22 to 25)

Confidential - Subject to Further Confidentiality Review

Page 26

1  BY MR. FOLKMAN:
2    Q.  Okay.  But she stayed in the house
3  after that?
4    A.  She stayed in the house.  I don't know
5  how she -- the owner of the house made her leave
6  the house.
7    Q.  Okay.  After you left?
8    A.  Yes, I had already taken the streets.
9    Q.  And your grandmother was living there
10 with you, too, at some point?
11   A.  Yes.
12   Q.  And your parents?
13   A.  They are dead.
14   Q.  They're dead now.  Were they alive at
15 any point when you were living with your aunt?
16   A.  No, they had already died.
17   Q.  Did you live somewhere with your
18 parents before you lived with your aunt?
19   A.  When my -- when I was -- when I was
20 with my mother and father I was very small.  I
21 don't remember any of that time.
22   Q.  Okay.
23   A.  My mother died when I was very small.
24 I lived with my grandmother and my aunt.
25   Q.  Okay.  And your father died when you

Page 27

1  were very small also?
2    A.  Yes.
3    Q.  Okay.  At some point you lived on Rue
4  20 L, is that right?
5    A.  20 L?
6    Q.  20 L.
7    MR. GARABEDIAN:  Objection.
8    A.  22 L or 20 L?
9  BY MR. FOLKMAN:
10   Q.  It might be my mistake.
11   At some point you had a landlord name
12 Jimmy Pierre, is that right?
13   A.  Huh?
14   Q.  You had a landlord whose name was
15 Jimmy Pierre?
16   A.  Yes.
17   Q.  And where was the house that you were
18 living in that he owned?
19   A.  22 L.
20   Q.  Okay.  And you were living in that
21 house when?
22   MR. GARABEDIAN:  Objection.
23   A.  I couldn't have -- I didn't have any
24 more money so I couldn't pay the house, then he
25 called me --

Page 28

1    THE INTERPRETER:  I didn't get it.
2  BY MR. FOLKMAN:
3    Q.  My question was, when did you live in
4  that house; what years?
5    A.  I don't remember.
6    Q.  Was it after you left PPT, or before
7  you left PPT?
8    MR. GARABEDIAN:  Objection.
9    A.  When the Village closed, I stayed at
10 that house.
11 BY MR. FOLKMAN:
12   Q.  Okay.  And you were paying rent?
13   A.  Yes.
14   Q.  And where were you getting the money
15 to pay that rent from?
16   A.  I used to wash cars in the street.
17   Q.  Okay.  And why was it that you at some
18 point weren't able to pay the rent anymore?
19   MR. GARABEDIAN:  Objection.
20   A.  Well, there was no work.  I couldn't
21 wash cars.  I didn't have any money.  Things
22 became very hard in Haiti.  Money was hard to
23 come by.  I didn't have money to rent the cars,
24 so I left it with all my clothes inside, and I
25 went back to sleep in the street.

Page 29

1  BY MR. FOLKMAN:
2    Q.  Okay.  You have a few siblings.  You
3  have a brother named, and I apologize if I say
4  this incorrectly, Yventon, Y-V-E-N-T-O-N, last
5  name César, C-E-S-A-R?
6    MR. GARABEDIAN:  Objection.
7    A.  Yes.
8  BY MR. FOLKMAN:
9    Q.  You have two sisters, Didine César and
10 Dada César, is that right?
11   A.  Yes.
12   Q.  What is the reason that you have the
13 last name Guillaume and your siblings have the
14 last name César?
15   A.  It's my mother gave me her last name.
16 Her name is Marie Guillaume.
17   Q.  Okay.  Are you in touch with your
18 siblings today?
19   MR. GARABEDIAN:  Objection.
20   A.  When I came here?
21 BY MR. FOLKMAN:
22   Q.  No, I don't mean literally today.  I
23 mean in general at this time in your life.
24   A.  When I'm in Haiti?
25   Q.  Yes.

8 (Pages 26 to 29)

Confidential - Subject to Further Confidentiality Review

Page 30

1      A.   When I'm in Haiti, yes, I do have
2  contact with them.  But when I'm here, I didn't
3  have time to tell them I was coming here.
4      Q.   I understand.
5           Can you tell me what their living
6  situations are like?  Do any of them have houses
7  that they live in?
8           MR. GARABEDIAN:  Objection.
9      A.   Dada stays in -- the three of them,
10  they live in a district called Marchant.
11  It's -- they don't -- it's in the general area,
12  but they don't stay at the same place.
13  BY MR. FOLKMAN:
14      Q.   So they move around from house to
15  house?
16      A.   They each have a different house.
17      Q.   Each of them has his or own house?
18           MR. GARABEDIAN:  Objection.
19      A.   Yes.
20  BY MR. FOLKMAN:
21      Q.   Okay.  And isn't it true that Yventon
22  and Dada live in Marchant, but that Didine lives
23  in Laboul?
24      A.   You go through Laboul to go to
25  Marchant.

Page 31

1      Q.   Is your Aunt Philoméne still alive?
2      A.   Yes.
3      Q.   When you were living with her, did she
4  have a job?
5      A.   She had a job, but she told me that
6  she was dismissed.  I don't know if she went
7  back to it.
8      Q.   What was her job before she was
9  dismissed?
10      A.   She was a teacher.
11      Q.   A teacher for young kids, older kids?
12      A.   For older kids.
13      Q.   Do you know, did she work at a private
14  school or a public school?
15      A.   I don't know whether it's private or
16  public.
17      Q.   Does she have a job today, do you
18  know?
19      A.   No, I don't know.
20           She?
21      Q.   Philoméne.
22      A.   I don't know if she has a job.  It's
23  been a while since she's seen me because I stay
24  in the streets.
25      Q.   Okay.  How about your siblings.

Page 32

1  Yventon works for someone named Wilner, is that
2  right?
3           MR. GARABEDIAN:  Objection.
4      A.   Yes.
5  BY MR. FOLKMAN:
6      Q.   Do you know Wilner's other name?
7      A.   I don't really remember.  I just
8  remember Wilner.
9      Q.   Okay.  Did Wilner have any connection
10  with Douglas Perlitz, as far as you know?
11           MR. GARABEDIAN:  Objection.
12      A.   Who?
13  BY MR. FOLKMAN:
14      Q.   Did Wilner have any connection with
15  Douglas Perlitz?
16           MR. GARABEDIAN:  Objection.
17      A.   Wilner working with my brother?
18  BY MR. FOLKMAN:
19      Q.   Yes.
20      A.   No.
21      Q.   And he didn't have any connection with
22  PPT?
23           MR. GARABEDIAN:  Objection.
24      A.   No, they don't know each other.
25  BY MR. FOLKMAN:

Page 33

1      Q.   Okay.  And the job that your brother
2  does for Wilner is in the construction field?
3      A.   Yes.
4      Q.   What sort of education did your
5  brother have, if you know?
6           MR. GARABEDIAN:  Objection.
7      A.   Wilner gave him some training.
8  BY MR. FOLKMAN:
9      Q.   Okay.  Your sister Didine sells
10  clothing, is that right?
11      A.   Didine.  Yes, she sells secondhand
12  clothes in the street.  She carries the clothes
13  on her back and on her head.
14      Q.   And does she work for herself, or does
15  she work for somebody else?
16      A.   For herself.  She has kids.
17      Q.   And your other sister, Dada, has no
18  job, is that right?
19      A.   No.
20      Q.   Do you know what your parents did for
21  work before they died?
22           MR. GARABEDIAN:  Objection.
23      A.   No.
24  BY MR. FOLKMAN:
25      Q.   Do you know whether they had work?

9 (Pages 30 to 33)

Confidential - Subject to Further Confidentiality Review

Page 34

1     A.   I was very small.  I didn't have time
2  to learn about that.
3     Q.   Okay.  So you don't?
4        MR. GARABEDIAN:  Objection.
5     A.   I don't know.
6  BY MR. FOLKMAN:
7     Q.   Okay.  Let me ask you about -- well,
8  you've never been married, right?
9     A.   No.
10    Q.   But you did have a child who passed
11 away at some point, is that true?
12    A.   Yes.
13    Q.   And when was that?
14    A.   I don't remember when, but the child
15 died when he was very young.
16    Q.   Do you remember, was it before or
17 after you left the Village?
18       MR. GARABEDIAN:  Objection.
19    A.   Huh?
20 BY MR. FOLKMAN:
21    Q.   Was it before or after you left the
22 Village?
23    A.   After I left the Village.
24    Q.   Was it -- so now it's 2015.  Was it
25 within the last two years?

Page 35

1     A.   I don't remember.  I don't know.
2     Q.   Okay.  The mother of the child, are
3  you and she together now?
4     A.   She said she was going to Santo
5  Domingo to find some work.  I don't know which
6  area she's staying.  It's been a while, a long
7  time since I've seen her.  After the case with
8  the child that died, her head -- she became a
9  hothead, so she went to Santo Domingo looking
10 for work.  It's been a long time since I've seen
11 her.
12    Q.   Okay.  Do you have a partner now that
13 you are with?
14       MR. GARABEDIAN:  Objection.
15    A.   Now?
16 BY MR. FOLKMAN:
17    Q.   Now.
18    A.   I have a girlfriend, but I'm not
19 really with her.
20    Q.   You're not living with her?
21    A.   We're talking.
22    Q.   Okay.  Let me ask you about your
23 schooling.
24       You attended preschool at Grand
25 Jardin?

Page 36

1     A.   Yes.
2     Q.   And you attended the first grade at a
3  school on Rue 17?
4        If you look at Exhibit 2, I'm going to
5  read what you said in your answer to Number 5 in
6  English, and I'll ask Nathalie to read it in
7  Creole.
8        You were asked about the schools that
9  you attended, and you indicated that you knew of
10 the preschool at Grand Jardin, and also the
11 school on Rue 17?
12       THE INTERPRETER:  May I read the
13 entire answer?
14       MR. FOLKMAN:  Sure.
15       (Interpreter reading.)
16    A.   Yes.
17 BY MR. FOLKMAN:
18    Q.   Did you ever attend a school called
19 Foyer St. Joseph?
20       MR. GARABEDIAN:  Objection.
21    A.   I don't remember.
22 BY MR. FOLKMAN:
23    Q.   You don't know if you attended second
24 grade there?
25       MR. GARABEDIAN:  Objection.

Page 37

1     A.   I don't remember.
2  BY MR. FOLKMAN:
3     Q.   Okay.  You're not saying you didn't,
4  you just don't know today?
5        MR. GARABEDIAN:  Objection.
6     A.   I don't remember.
7  BY MR. FOLKMAN:
8     Q.   Okay.  Did you ever attend a school
9  called Philippe Guerrier?  G-U-E-R-R-I-E-R.
10       MR. GARABEDIAN:  Objection.
11    A.   There's a school called Philippe
12 Giuerrier?
13 BY MR. FOLKMAN:
14    Q.   Well, I'm asking if you ever attended
15 a school with that name.
16       MR. GARABEDIAN:  Objection.
17    A.   No.
18 BY MR. FOLKMAN:
19    Q.   Have you ever heard of an organization
20 called Kids Alive?
21    A.   I've never heard of it.
22       MR. GARABEDIAN:  Objection.
23       Can you say Kids Alive in --
24       THE INTERPRETER:  With a Creole
25 accent?

10 (Pages 34 to 37)

Confidential - Subject to Further Confidentiality Review

Page 38

1         MR. GARABEDIAN:  Yes.
2         MS. XIA:  Not Creole accent, just
3    translate it.
4         MR. GARABEDIAN:  Translate it.
5    A.   Children alive?  I don't understand.
6    BY MR. FOLKMAN:
7    Q.   Okay.  Did you attend the seventh
8    grade anywhere?
9         MR. GARABEDIAN:  Objection.
10   A.   In which school?
11        MR. FOLKMAN:  Excuse me?
12        THE INTERPRETER:  In which school?
13   BY MR. FOLKMAN:
14   Q.   In any school.
15   A.   No.  When I left Grand Jardin and
16   Philippe Guerrier, then the remainder of the
17   time I was at Project Pierre Toussaint.
18   Q.   And no one at Project Pierre Toussaint
19   ever sent you out to another school?
20   A.   No.
21   Q.   Okay.  Let me ask you about your
22   employment.
23        You've said that you were washing cars
24   for a time?
25   A.   Up until now I wash cars.

Page 39

1    Q.   And when you were at PPT, you were
2    paid to do some chores there, is that true?
3         MR. GARABEDIAN:  Objection.
4    A.   Inside the Village I had a little
5    small jobs, like watch over the rabbits, feed
6    them and give them water.
7    BY MR. FOLKMAN:
8    Q.   And aside from those small jobs when
9    you were at the Village and washing cars, have
10   you ever had another job?
11   A.   No.
12   Q.   Have you ever looked for another job?
13   A.   Look for -- that's not very easy in
14   Haiti.
15   Q.   I understand.
16        My question is, have you ever gone out
17   and looked for another job, aside from washing
18   cars or those odd jobs that you did at PPT?
19   A.   No.  I didn't look.  I knew I wasn't
20   going to get any.  I was washing cars, that's
21   what I know how to do, I wash cars.
22   Q.   What job would you want to have if you
23   could have whatever job you wanted today?
24   A.   What kind of job I could do?
25   Q.   What kind of job would you want to do

Page 40

1    if you could pick?
2    A.   I would pick washing cars.  That's
3    what I know how to do.  That's what I can do.  I
4    don't have training capacity for other jobs.
5    Q.   And when you were younger, were there
6    other things that you wanted to do when you
7    imagined yourself growing up?
8         MR. GARABEDIAN:  Objection.
9    A.   When I was young, smaller, younger?
10   BY MR. FOLKMAN:
11   Q.   Yes.
12   A.   If there were other jobs I wanted to
13   do?
14   Q.   Right.
15   A.   Well, if I wanted another job I would
16   have to go to school to learn a job, but I
17   didn't go very far in school, so there's nothing
18   I can do, nothing I can do.  That's why I do the
19   worst jobs.
20   Q.   I think you said your brother got his
21   training for his construction work from his
22   boss, is that right?
23        MR. GARABEDIAN:  Objection.
24   A.   Yes.
25   BY MR. FOLKMAN:

Page 41

1    Q.   Have you ever gone to look for a job
2    where you might get training from the person who
3    you'd be working for?
4         MR. GARABEDIAN:  Objection.
5    A.   There's one other -- there's one place
6    where I could have had the same thing like my
7    brother, and I was to do -- to make blocks.  And
8    Boss Aston was the one who was supposed to show
9    me how to do it at the Carenage center.  I just
10   had time to do two or three blocks, then I
11   didn't have time to learn.  I didn't stay in it.
12   BY MR. FOLKMAN:
13   Q.   Okay.  So let me make sure I
14   understand that.
15        When you were at Carenage, there was
16   someone named Boss Aston who was going to teach
17   you how to make blocks?
18        MR. GARABEDIAN:  Objection.
19   A.   Yes.
20   BY MR. FOLKMAN:
21   Q.   And you started to do that, and you
22   made a few?
23   A.   Yes.
24   Q.   And then you didn't have time?
25   A.   No, I didn't have time.  They sent me

11 (Pages 38 to 41)

Confidential - Subject to Further Confidentiality Review

Page 42

1    to the Village, I didn't have time for that.
2        Q.   Okay.  So then you stopped working
3    with him?
4        A.   Yes.
5        Q.   So you attended PPT from approximately
6    2002 until it closed, is that right?
7        A.   Yes.
8        Q.   And in 2002, you would have been
9    approximately nine years old?
10       A.   Yes.  Nine, ten.
11       Q.   You started at PPT on Rue 13?
12       A.   Yes.
13       Q.   And you went to Carenage when Rue 13
14   closed in around 2004?
15           MR. GARABEDIAN:  Objection.
16       A.   I went to PPT when Carenage closed?
17   BY MR. FOLKMAN:
18       Q.   No.  You went to Carenage when Rue 13
19   closed?
20       A.   Yes.
21       Q.   And that was in around 2004?
22       A.   2004, 2003.
23       Q.   And then you spent six to eight months
24   at Carenage?
25       A.   Yes, after that they sent me to the

Page 43

1    Village.
2        Q.   After six to eight months?
3        A.   I don't remember how many months.
4        Q.   Okay.
5        A.   After the Carenage they sent me to the
6    Village.
7        Q.   Did you ever tell anybody that you
8    spent about six to eight months at Carenage?
9            MR. GARABEDIAN:  Objection.  I
10   instruct him not to answer as to conversations
11   with his attorneys.
12       A.   Did I tell someone?
13   BY MR. FOLKMAN:
14       Q.   Yes.
15           MR. GARABEDIAN:  Objection.  I
16   instruct him not to answer as to any
17   conversations with his attorneys.
18       A.   No.
19   BY MR. FOLKMAN:
20       Q.   When you got to the Village, they
21   didn't have a bed for you, is that true?
22       A.   Yes.
23       Q.   And in your written answers that we
24   were looking at before in the document that has
25   the number 2 on it, and I'm looking at your

Page 44

1    answer to Question 15, you say that you lived at
2    Bel Air for approximately 17 days?
3            THE INTERPRETER:  For 17 days?
4            MR. FOLKMAN:  The English says for
5    approximately 17 days.
6            THE INTERPRETER:  I don't know in
7    English, but in Creole it says 17 days.
8            MR. FOLKMAN:  It doesn't say
9    approximately?
10           THE INTERPRETER:  Approximately.  I'm
11   sorry.  Yes.
12       A.   There was no bed yet.
13   BY MR. FOLKMAN:
14       Q.   At the Village?
15       A.   I was supposed to go to the Village,
16   but I used to be late a lot, so I used to -- I
17   slept in a car at Bel Air for 17 days.  There
18   was no bed for me yet.
19       Q.   Okay.  So I was just curious about the
20   word "approximately."  Are you saying that you
21   spent exactly 17 days sleeping there?
22           MR. GARABEDIAN:  Objection.
23       A.   Apepré means about, apré means after.
24   It's not clear what she's saying.  He says
25   17 days, I stayed 17 days in Bel Air.

Page 45

1    BY MR. FOLKMAN:
2        Q.   Okay.  Bel Air was the house where
3    Douglas Perlitz lived, right?
4            MR. GARABEDIAN:  Objection.
5        A.   Yes, Bel Air is at -- is where Douglas
6    Perlitz's house is.
7    BY MR. FOLKMAN:
8        Q.   Okay.  And during those 17 days when
9    you lived there, or slept there, where in the
10   house were you sleeping?
11           MR. GARABEDIAN:  Objection.
12       A.   I slept in a car inside the courtyard.
13   BY MR. FOLKMAN:
14       Q.   So there's a gate, right?
15       A.   Yes.
16       Q.   And then between the gate and the
17   house there is a driveway?
18       A.   Between the gate and the house there's
19   a parking below.
20       Q.   And that car was parked in that
21   parking area, and that's where you slept?
22           MR. GARABEDIAN:  Objection.
23       A.   Yes, in the yard, the courtyard.  The
24   car was parked in the courtyard.
25   BY MR. FOLKMAN:

12 (Pages 42 to 45)

Confidential - Subject to Further Confidentiality Review

Page 46

1    Q.   Okay.  And this would have been
2  sometime in 2004 or 2005, right?
3         MR. GARABEDIAN:  Objection.
4    A.   Something like that.
5  BY MR. FOLKMAN:
6    Q.   Well, you said in your answers that
7  you went to Carenage when Rue 13 closed around
8  2004, is that right?
9    A.   Yes.
10   Q.   And then you said you spent --
11   A.   2004?
12   Q.   Well, that's what you say, 2004.  Is
13 that right?  Looking at 14.
14   A.   Okay.
15   Q.   Is that okay, you mean that that's
16 right, that's actually when you went -- when Rue
17 13 closed and you went to Carenage?
18        MR. GARABEDIAN:  Objection.
19   A.   Yes.
20 BY MR. FOLKMAN:
21   Q.   And then you say you spent six to
22 eight months, about, at Carenage, right?
23   A.   Yes.
24   Q.   And so it would have been six to eight
25 months after you left Rue 13 that you went to

Page 47

1  the Village and slept for those 17 days at
2  Bel Air?
3         MR. GARABEDIAN:  Objection.
4    A.   After I left Rue 13?
5  BY MR. FOLKMAN:
6    Q.   Right.
7    A.   If I slept in Bel Air?
8    Q.   Six to eight months later.
9    A.   I left Bel Air?
10   Q.   Let me start again.
11        What I'm saying is -- what I'm asking
12 is that after you left Rue 13 in around 2004,
13 you then spent six to eight months at Carenage,
14 right?
15   A.   Yes.
16   Q.   And it was after that six to eight
17 months that you stayed for a time in a car at
18 Bel Air?
19        MR. GARABEDIAN:  Objection.
20   A.   Yes.
21 BY MR. FOLKMAN:
22   Q.   Okay.  Was there anybody else sleeping
23 in cars at Bel Air when you were?
24   A.   No.  No.  When there were other
25 people, it's the driver who came to bring them

Page 48

1  to the Village in the morning.
2    Q.   All right.  When you were at Rue 13
3  and then at Carenage, you were still living on
4  the streets, right?
5         MR. GARABEDIAN:  Objection.
6    A.   Yes.  That's where I slept.
7  BY MR. FOLKMAN:
8    Q.   And you were sleeping, for example, on
9  people's porches on Rue 18?
10   A.   Yes.
11   Q.   And there was a group of you who were
12 doing that, right?
13   A.   Yes.
14   Q.   And who else was in your group?
15   A.   Other kids in the project.
16   Q.   Can you tell me their names?
17   A.   The people, the other kids sleeping
18 with the group?
19   Q.   The kids who were sleeping with the
20 group that you were sleeping with on the street.
21   A.   What their name?
22   Q.   Right.
23   A.   I don't remember their name.
24   Q.   Do you remember any of their names?
25   A.   There's Antoine Charles, Walky Joseph,

Page 49

1  Nicodeme Dolce.
2    Q.   D-O-L-C-E?
3    A.   Guisman, Guisman Pierre.  And Wilnaud
4  Tiguy.  I don't remember the others very well.
5    Q.   Those are all the ones that you can
6  remember today?
7    A.   Yes, those are the ones I really
8  remember, I remember their name.
9    Q.   Is it Wilnaud Pierre?
10        MR. GARABEDIAN:  Objection.
11 BY MR. FOLKMAN:
12   Q.   And was Tiguy Jean Francois Elivaint?
13        MR. GARABEDIAN:  Objection.
14   A.   Yes.  Now he stays in a district
15 called Blouyil.
16 BY MR. FOLKMAN:
17   Q.   Who stays in a district called
18 Blouyil?
19   A.   Tiguy.
20   Q.   And what is he doing?
21        MR. GARABEDIAN:  Objection.
22   A.   I don't know what he's doing now.
23 BY MR. FOLKMAN:
24   Q.   Have you seen him recently?
25   A.   If I saw Tiguy?

13 (Pages 46 to 49)

Confidential - Subject to Further Confidentiality Review

Page 50

1    Q.   Yes, recently.
2    A.   I haven't seen him really.  I saw him
3    just once, and he told me he was staying in
4    Blouyil.
5    Q.   Okay.
6    A.   He said that he's staying in Blouyil,
7    that's why we don't see each other much.
8    Q.   All right.  Let me ask you about some
9    of these other young men.
10        Did Rocky Joseph have another first
11   name?  Is Rocky a nickname?
12        MR. GARABEDIAN:  Objection.
13   A.   They call him Rocky, but his last name
14   is Joseph.
15   BY MR. FOLKMAN:
16   Q.   So Rocky is not the same as Dimitry
17   Joseph?
18        MR. GARABEDIAN:  Objection.
19   A.   No.
20   BY MR. FOLKMAN:
21   Q.   He's not the same as Jasmin or Jasmin
22   Joseph?
23        MR. GARABEDIAN:  Objection.
24        Ask the question again, please?
25        MR. FOLKMAN:  Sure.

Page 51

1    BY MR. FOLKMAN:
2    Q.   Rocky is not the same person as
3    Jasmin, J-A-S-M-I-N, Joseph?
4    A.   Rocky stays Rocky and Jasmin stays
5    Jasmin.
6    Q.   That's the only name you know him by?
7    A.   They gave him a nickname, but he's not
8    happy when -- they gave him -- he has another
9    nickname, but he's not happy and he will fight
10   with you if you tell him that, it's Little
11   Mouth, Ti Bouch.
12   Q.   Ti Bouch.
13        All right.  Did all the boys you
14   mentioned attend either Rue 13 or Carenage?
15        MR. GARABEDIAN:  Objection.
16   A.   Yes, I found them in the project.
17   BY MR. FOLKMAN:
18   Q.   Okay.  So you got together with that
19   group after you joined the project?
20        MR. GARABEDIAN:  Objection.
21   A.   They were friends.  We used to talk.
22   BY MR. FOLKMAN:
23   Q.   And you met them at the project?
24   A.   Yes.
25   Q.   How did you come to learn of the Rue

Page 52

1    13 project?
2    A.   It's the other kids, the ones who were
3    sleeping in the street, they told me every
4    morning, they slept in gallery, they said
5    there's this project, they give -- we can wash,
6    they give us food, we can play ball, basketball
7    and soccer, and they give us domino to play, and
8    also we do a little bit of school.  And in the
9    afternoon they let us go, and we go back to the
10   street.
11   Q.   Okay.  So the 13th Street project was
12   a project where you would go in the morning,
13   right?
14        MR. GARABEDIAN:  Objection.
15   A.   Yes, yes.  You can't sleep there.  You
16   come every morning, in the afternoon they let
17   you go.
18   BY MR. FOLKMAN:
19   Q.   So they would let you in the gate in
20   the morning, right?
21   A.   Yes.
22   Q.   And then you would wash?
23   A.   Yes.  Yes, you go through the gate,
24   you wash, they give you bread that is -- has
25   mayonnaise on it, and at noon you get spaghetti,

Page 53

1    and before they let you go after school you get
2    rice.
3    Q.   Okay.  And tell me what sort of things
4    you were doing at school at Rue 13.
5    A.   I used to draw.  They gave me things
6    to draw, crayons to draw.  And then I went to
7    school first year, and then I would play in the
8    yard soccer.
9    Q.   When you were doing the first year of
10   school, were you learning any reading and
11   writing?
12        MR. GARABEDIAN:  Objection.
13   A.   I wasn't really -- I didn't have time
14   to be good at reading and writing.
15   BY MR. FOLKMAN:
16   Q.   At Rue 13 you mean?
17   A.   Yes.
18   Q.   And do you know why there wasn't
19   enough time for you to be good at reading and
20   writing?
21   A.   There were too many activities in
22   there.  The games were -- they were so
23   interesting I didn't have time for anything
24   else.
25   Q.   Okay.  Did you learn any math or other

14 (Pages 50 to 53)

Confidential - Subject to Further Confidentiality Review

Page 54

1    subjects at Rue 13?
2        A.  Yes, I learned math, but I'm not very
3    good at it.
4        Q.  Were there other kids who were with
5    you at Rue 13 who were doing more in school than
6    you were?
7            MR. GARABEDIAN:  Objection.
8        A.  How?  Why -- what do you mean more
9    things?
10   BY MR. FOLKMAN:
11       Q.  Well, you were saying that because of
12   all the other activities that there were to do
13   that you felt you didn't have enough time for
14   school, and I'm wondering were there other kids
15   who spent more time doing the schoolwork than
16   you did, or did everybody sort of have your
17   schedule?
18       A.  Yes, there were a lot of activities,
19   but the games were more interesting for me.  But
20   there were other kids that were good in school
21   and they were learning more, but, you know, for
22   me I wasn't that good, and I wanted to be -- I
23   was always playing the invincible, I liked to
24   fight.
25       Q.  Do you remember which of the other

Page 55

1    kids were better at school?
2            MR. GARABEDIAN:  Objection.
3        A.  Tiguy.  Wilnaud.  Titit, Guisman also
4    known as Titit.  They were good in school.
5    BY MR. FOLKMAN:
6        Q.  Jimmy Jesula?
7        A.  Yes.
8        Q.  What adults do you remember in charge
9    of the activities at 13th Street?
10           MR. GARABEDIAN:  Objection.
11       A.  These guys, they were outside.  They
12   sent them to a big school outside, a good school
13   outside, so they were not at our level.
14   BY MR. FOLKMAN:
15       Q.  Okay.  What adults do you remember who
16   were in charge of the activities at 13th Street?
17       A.  I don't remember all their names.
18       Q.  Do you remember who any of the
19   Haitians were, if there were any, who worked
20   there?
21           MR. GARABEDIAN:  Objection.
22       A.  Ms. Merline, Margarita, there's a Miss
23   called -- I don't remember the others.
24   BY MR. FOLKMAN:
25       Q.  Okay.  So you remember a Miss Merline

Page 56

1    and someone named Margarita?
2        A.  Margarette.  Merline and Margarita.
3    And there's another Haitian Margarette.
4        Q.  I'm sorry, I'm a little confused.  How
5    many people have you told me about?  There's --
6    number one is Merline, number two is Margarette
7    or Margarita, is that right?
8        A.  Two different people.  You have
9    Margarita and Margarette.  They're two different
10   people.
11       Q.  So there are actually then -- I just
12   want to make sure I'm clear.  There's three
13   people; one is Marlene, one is Margarita, and
14   one is Margarette?
15       A.  Yes.  I don't remember the others.
16       Q.  Okay.  But you remember those three?
17       A.  Yes.
18       Q.  And what Americans, if any, do you
19   remember at 13th Street?
20           MR. GARABEDIAN:  Objection.
21       A.  Andy.  13th Street, there was Andy.
22   BY MR. FOLKMAN:
23       Q.  Is that Andy Shultheis, do you know?
24           MR. GARABEDIAN:  Objection.
25   BY MR. FOLKMAN:

Page 57

1        Q.  Was his name Andy Shultheis?
2            MR. GARABEDIAN:  Objection.
3        A.  No.  Andy, that's all I know.
4    BY MR. FOLKMAN:
5        Q.  Was he a black man or a white man?
6        A.  A white guy.
7        Q.  Okay.  And as far as you know, was he
8    from the United States?
9            MR. GARABEDIAN:  Objection.
10       A.  Yes.
11           MR. FOLKMAN:  Okay.  I'm not totally
12   done with 13th Street, but I know you wanted to
13   take a break.
14           MR. GARABEDIAN:  Okay.  Thank you.
15           THE VIDEOGRAPHER:  Going off the
16   record.  The time is 10:37.
17           (Whereupon, a recess was taken.)
18           THE VIDEOGRAPHER:  Back on the record.
19   The time is 10:55.
20   BY MR. FOLKMAN:
21       Q.  Mr. Guillaume, I know that the
22   translator just said this to you, but it would
23   be helpful, if you're able, if you could speak
24   up a little bit louder so people can hear you a
25   little better, okay?

15 (Pages 54 to 57)

Confidential - Subject to Further Confidentiality Review

Page 58

1    A.   Okay.
2    Q.   Thank you.
3    A.   Could you lower the air conditioning?
4  It's a little cold.
5    Q.   Absolutely.  If you're not comfortable
6  at any time, just let us know and we'll make an
7  adjustment.  Okay?
8    A.   Yes.
9    Q.   Okay.  So you were mentioning Andy
10 when we broke.
11   A.   Yes.
12   Q.   Were there any other Americans that
13 you remember working at 13th Street?
14   A.   It's Andy who used to work in 13th
15 Street.  Andy, I only -- he's the only one I
16 saw.
17   Q.   Okay.  Did you ever see Doug Perlitz
18 at 13th Street?
19   A.   Yes, he used to come in Rue 13.
20   Q.   Okay.  How often would Douglas come to
21 Rue 13?
22   A.   He comes by -- he used to come by a
23 lot with his car.
24   Q.   Okay.  What would Andy be doing on a
25 typical day at Rue 13 when you were there?

Page 59

1      MR. GARABEDIAN:  Objection.
2    A.   He used to manage us, make sure that
3  we wouldn't fight, and that we're participating
4  in the activities.  It's Andy.
5  BY MR. FOLKMAN:
6    Q.   And what would you see Doug there
7  doing at Rue 13 when he came to visit?
8    A.   He used to come to Rue 13 and talk to
9  Andy.  I don't know what they talked about.
10   Q.   Did you ever talk to Doug at Rue 13?
11   A.   If I speak to -- if I spoke to Douglas
12 in Rue 13?
13   Q.   When he came to visit, right.
14   A.   No, I didn't have any opportunity to
15 talk to him, I was always in class.
16     MR. FOLKMAN:  Okay.  Let me pause for
17 a second.  Are you having trouble, Mitch?
18     Let's go off.  I think there's a
19 realtime issue.
20     THE VIDEOGRAPHER:  Going off the
21 record.  The time is 10:59.
22     (Off the record discussion.)
23     THE VIDEOGRAPHER:  Back on the record.
24 The time is 11:00 o'clock.
25 BY MR. FOLKMAN:

Page 60

1    Q.   Okay.  I'm sorry about that, we had a
2  technical problem that we had to fix.
3      Okay.  Do you know who Paul Carrier
4  is?
5    A.   Yes, I know Father Paul.
6    Q.   And did you see him at Rue 13?
7    A.   I saw him once in Rue 13.
8    Q.   And who was he with, if anybody?
9    A.   With Ms. Carter and Douglas.
10   Q.   Okay.  And what were they doing, the
11 three of them?
12   A.   They were taking pictures of the kids,
13 of the courtyard, of the project.
14   Q.   And then after he took the pictures,
15 did he and Madame Carter leave?
16   A.   Yes, in a white car, Land Cruiser.
17   Q.   Did you speak with him at Rue 13?
18 With Father Carrier, I mean.
19   A.   No.  He doesn't speak Creole.  He
20 speaks English.
21   Q.   Did you speak with Hope Carter?
22   A.   They don't speak Creole at all.
23   Q.   So the answer is no, you didn't speak
24 with them at Rue 13?
25   A.   I'm used to seeing them, they see me,

Page 61

1  they touch my head.
2    Q.   As a greeting?
3    A.   Yes.
4    Q.   Okay.  I'd like you -- I'm going to
5  put what I've marked as Exhibit 3, just so
6  everybody sees it's a blank piece of paper, and
7  I wonder if you could just sign your name for me
8  on it as you would when someone asks you to sign
9  your name.
10     (Whereupon, Guillaume Number 3, Blank
11     piece of paper, was marked for
12     identification.)
13   A.   How about if I can't write my name on
14 the paper?
15 BY MR. FOLKMAN:
16   Q.   Well, then, it's okay if that's the
17 case, just tell me that you can't write your
18 name.
19   A.   Sign my name?
20   Q.   Yes, if you can.  If you can't, it's
21 okay.
22   A.   I can't.
23   Q.   Okay.  So if we go back to Exhibit 2
24 and we look at the very last page, Page 55, so
25 you didn't sign that, did you?

16 (Pages 58 to 61)

Confidential - Subject to Further Confidentiality Review

Page 62

1      A.   A translation I made to write my name.
2      Q.   Someone else signed it?  Someone else
3  signed your name for you?
4      A.   Yes, translation, Haitian, I told him
5  I couldn't sign my name, he said okay.
6      Q.   And then it was a man or a woman?
7      A.   A man.
8      Q.   And do you remember his name?
9      A.   No, I don't remember.
10     Q.   Was his name Jean Ariel Clergé?
11     A.   Could be.  Seems like it.
12     Q.   You don't know, but it might be?
13     A.   That could be his name.  I don't know.
14     Q.   And did you and he have a discussion
15  before he signed your name for you?
16         MR. GARABEDIAN:  Objection.  I
17  instruct him not to answer as to any
18  attorney/client conversations.
19     A.   What is your question?
20  BY MR. FOLKMAN:
21     Q.   Sure.  The question was, did you and
22  he have a discussion before he signed your name
23  for you?
24     A.   No, he didn't talk to me, I just told
25  him that I couldn't sign my name.

Page 63

1      Q.   Okay.  I'm going to -- well, I'll
2  leave that with you, just I'll be sure to get it
3  at the end.
4          Now, at some point Rue 13 closed,
5  right?
6      A.   Yes.
7      Q.   And that was in about 2004?
8      A.   Was it in 2004?
9      Q.   Yes.
10     A.   That it closed?  2004.
11         MR. FOLKMAN:  Okay.  Was he answering
12  or asking?
13         THE INTERPRETER:  In-between.
14  BY MR. FOLKMAN:
15     Q.   All right.  Let's make it clear.
16         You say that Rue 13 closed in 2004,
17  right?
18     A.   Yes.
19     Q.   Okay.  And then a program -- or
20  another location opened at Carenage, right?
21     A.   Another center.
22     Q.   And did the same kids with whom you
23  had attended Rue 13 then start to attend
24  Carenage?
25         MR. GARABEDIAN:  Objection.

Page 64

1      A.   Yes.
2  BY MR. FOLKMAN:
3      Q.   And did the same Haitian adults who
4  you mentioned before, Margarette, Margarita, and
5  Ms. Merline, also move from Rue 13 to Carenage?
6      A.   Yes, the same teachers went on to
7  Carenage.
8      Q.   And Andy went on to Carenage?
9      A.   Andy had left already.  I saw Nicholas
10  at the Carenage.
11     Q.   Is that Nick Preneta?
12         MR. GARABEDIAN:  Objection.
13     A.   I don't know his last name.  I know
14  Nicholas, that's all.
15  BY MR. FOLKMAN:
16     Q.   Was he also an American?
17     A.   Yes.
18     Q.   And he was a white man, not a black
19  man?
20     A.   White man.
21     Q.   And were there any other Americans
22  that you remember working at Carenage other than
23  Nicholas?
24     A.   Nicholas was the only American.  And
25  then there was an American woman that came,

Page 65

1  Jessica used to work at Carenage.
2      Q.   And that was Jessica Lozier?
3      A.   Yes.
4      Q.   And she spoke Creole?
5      A.   Yes.
6      Q.   And Nicholas spoke Creole?
7      A.   Yes.
8      Q.   And Andy spoke Creole?
9      A.   Yes.
10     Q.   And you would speak with them?
11     A.   I used to talk to them, but I didn't
12  tell them everything.
13     Q.   Okay.  My pen has vanished.  I'm
14  sorry, give me a second.
15         Was the program at Carenage different
16  than the program at Rue 13?
17         MR. GARABEDIAN:  Objection.
18     A.   Same program, were the same also.
19  BY MR. FOLKMAN:
20     Q.   So you had activities, games, and
21  school?
22     A.   Yes.
23     Q.   And you were able to wash at Carenage?
24     A.   Yes.
25     Q.   And you were fed at Carenage?

17 (Pages 62 to 65)

Confidential - Subject to Further Confidentiality Review

Page 66

1     A.   Yes.
2     Q.   And just like at Rue 13, Carenage was
3  a place where you would go in the morning and
4  they would let you in the gate?
5         MR. GARABEDIAN:  Objection.
6         THE INTERPRETER:  And you --
7         MR. FOLKMAN:  And they would let you
8  into the gate.
9     A.   Every morning.
10 BY MR. FOLKMAN:
11    Q.   And then in the afternoon, at some
12 time in the afternoon you would leave because
13 you didn't sleep there?
14    A.   Yes, we slept in the street.
15    Q.   Let me ask you about living on the --
16 well, first of all, you did sleep at Carenage
17 sometimes, for example when it rained, right?
18    A.   Yes.  Nick always comes to pick us up
19 when it's raining, because when it's raining
20 things get hard for us, our clothes get wet, and
21 then he makes us stay at the Carenage to sleep
22 over.  But when there's no rain, then we sleep
23 in the street.
24    Q.   Okay.  When you were living on the
25 street, there were street kids who would use

Page 67

1  paint thinner or other drugs?
2     A.   I used to take -- to do thinners.
3     Q.   And when did you stop doing that?
4     A.   When I reached my age.
5     Q.   I don't understand.  Do you mean just
6  recently?
7     A.   No, it's been a little while.
8     Q.   Was it before or after you left the
9  Village that you stopped using paint thinner?
10    A.   When I went to the Village I stopped
11 taking -- doing thinners.
12    Q.   And you haven't done it since then?
13    A.   Yes.
14    Q.   Okay.  And were there other drugs that
15 you know -- well, first, were there other drugs
16 that you were using?
17         MR. GARABEDIAN:  Objection.
18    A.   I drink homemade, home-brewed alcohol
19 called kleren to calm down.  When my head goes
20 spinning I use -- I drink that because of things
21 that preoccupy me.
22 BY MR. FOLKMAN:
23    Q.   When you would go to Rue 13 or to
24 Carenage, is it true that they would make sure
25 that you didn't have any drugs or alcohol with

Page 68

1  you before you went inside?
2         MR. GARABEDIAN:  Objection.
3     A.   When I used to go to Rue 13 and
4  Carenage, I used to inhale the thinners.  When I
5  went to the Village, I wasn't doing that
6  anymore.
7  BY MR. FOLKMAN:
8     Q.   Okay.  Were you doing that inside Rue
9  13 and Carenage, or were you doing that before
10 you got inside for the day?
11         MR. GARABEDIAN:  Objection.
12    A.   In the street when I go in, I hide the
13 thinners outside, but they always detect the
14 smell on me.
15 BY MR. FOLKMAN:
16    Q.   But you wouldn't bring the stuff into
17 the centers?
18         MR. GARABEDIAN:  Objection.
19    A.   I don't go inside with the bottle, but
20 I go with the cloth and I sniff it.  But the
21 Haitian professor takes it away from me and
22 tells me it's not good because it will make me
23 go crazy, it will break my brains.
24 BY MR. FOLKMAN:
25    Q.   And the Haitien professor, that's

Page 69

1  either Ms. Merline, Margarita, or Margarette, is
2  that true?
3     A.   Margarette used to take the cloth away
4  from me.
5     Q.   Okay.  And when you were on the
6  street, was there also violence that you
7  experienced?
8     A.   In the street?
9     Q.   Yes.
10    A.   In the street if I see violence, if I
11 used to see violence?
12    Q.   I'm asking if you ever experienced it;
13 for example, if anybody ever attacked you or
14 tried to beat you up in the street.
15    A.   If someone attacked me?
16         MR. GARABEDIAN:  Objection.
17    A.   I used to fight a lot, but I have a
18 lot of bruises and marks.
19 BY MR. FOLKMAN:
20    Q.   Who were you fighting with?
21    A.   Between kids, street kids.
22    Q.   So fights among the street kids?
23    A.   Yes.
24    Q.   And did the police -- did you ever
25 have trouble with the police?

18 (Pages 66 to 69)

Confidential - Subject to Further Confidentiality Review

Page 70

```
 1      A.   No.
 2      Q.   And did you ever have problems with
 3   people who weren't street kids, whether throwing
 4   things at you, or telling you to get out of
 5   where you were, anything like that?
 6           MR. GARABEDIAN:  Objection.
 7      A.   Once you live in the streets, you
 8   never live in peace.
 9   BY MR. FOLKMAN:
10      Q.   What do you mean by that?
11      A.   When you're in the street, you
12   wouldn't believe, but so much catastrophes can
13   happen to you, bad things can happen to you,
14   because you don't have any insurance.  You wake
15   up in the morning, and maybe they shot at
16   someone, or they shot someone, and maybe they
17   threw a block on -- just on somebody's head,
18   that can happen.
19      Q.   Did that ever happen to you or someone
20   in your group?
21      A.   It happened to a kid in the group.
22      Q.   Who was that?
23      A.   Ti Peter, Little Peter, Ti Peter.
24      Q.   Was he hit with a block on his head?
25      A.   Yes.
```

Page 71

```
 1      Q.   And did it kill him?
 2      A.   His head exploded, and he -- there was
 3   a lot of blood.
 4      Q.   Were you sleeping in that area when
 5   that happened to him?
 6      A.   I wasn't sleeping in the same area as
 7   he was, but in another one, and the next morning
 8   I saw it.
 9      Q.   You saw the body?
10      A.   I saw him when he was dead.
11      Q.   And how old were you then?
12      A.   Nine, ten years old.
13      Q.   So you were one of the little ones?
14           MR. GARABEDIAN:  Objection.
15      A.   I was a small child, yes.
16   BY MR. FOLKMAN:
17      Q.   And were there older children who also
18   saw?
19      A.   I don't remember.  There were a lot of
20   us there.
21      Q.   So that must have been really
22   upsetting?
23           MR. GARABEDIAN:  Objection.
24      A.   What?
25   BY MR. FOLKMAN:
```

Page 72

```
 1      Q.   It must have been really upsetting for
 2   you to see the dead body of Little Peter?
 3           MR. GARABEDIAN:  Objection.
 4      A.   That could have happened to me,
 5   because I also sleep in the street.
 6   BY MR. FOLKMAN:
 7      Q.   So it was frightening?
 8           MR. GARABEDIAN:  Objection.
 9      A.   I was scared.
10   BY MR. FOLKMAN:
11      Q.   So what did you do?
12      A.   I slept further away, further.
13      Q.   Okay.  And you were too young, at nine
14   or ten, to make a decision about what to do
15   about the body, right?
16           MR. GARABEDIAN:  Objection.
17      A.   Huh?
18   BY MR. FOLKMAN:
19      Q.   In other words, no one would expect a
20   nine year old or ten year old to go to the
21   police or anything like that, would they?
22           MR. GARABEDIAN:  Objection.
23      A.   I didn't go to the police for Ti
24   Peter.  I just saw the dead and I turned my head
25   and left.
```

Page 73

```
 1   BY MR. FOLKMAN:
 2      Q.   Do you know whether any of the other
 3   boys did or not?
 4           MR. GARABEDIAN:  Objection.
 5      A.   Douglas was in charge of the death.
 6   He's the one who buried him.
 7   BY MR. FOLKMAN:
 8      Q.   Okay.  How do you know that?
 9      A.   We went to the burial, we wore our
10   project uniform, all of the little kids.
11      Q.   Got it.
12           I want to start to ask you now about
13   the times when you said that Douglas Perlitz
14   abused you.
15      A.   Yeah, Douglas abused me, he put his
16   penis in my butt four times.
17      Q.   Okay.  So first I want to make sure
18   that I know when you say this happened.  And you
19   believe it was in 2003 or 2004, right?
20      A.   Yes.
21      Q.   And at about that time, you hadn't
22   moved to the Village yet, right?
23           MR. GARABEDIAN:  Objection.
24      A.   I was at the Village.  I didn't have a
25   bed yet.
```

19 (Pages 70 to 73)

Confidential - Subject to Further Confidentiality Review

Page 74

1  BY MR. FOLKMAN:
2      Q.   Oh, okay.  So do you mean that the
3  abuse that you say happened took place in that
4  17 day period when you were already at the
5  Village but you didn't have a bed?
6          MR. GARABEDIAN:  Objection.
7      A.   I used to sleep in a car inside
8  Douglas's home in Bel Air.
9  BY MR. FOLKMAN:
10     Q.   Yes, you said that.  And that was the
11 period of time when you say Douglas abused you?
12         MR. GARABEDIAN:  Objection.
13     A.   No, he already abused me.
14 BY MR. FOLKMAN:
15     Q.   He had abused you before that time
16 when you slept in the car?
17     A.   Yes, that had already happened before.
18     Q.   Okay.  And that time when you slept in
19 the car, that was the first 17 days that you
20 were at the Village, is that true?
21         MR. GARABEDIAN:  Objection.
22     A.   Yes.  It was -- I didn't have a bed
23 yet, then they bought a bed and I went inside,
24 in the Village, and I was sleeping at the
25 Village.

Page 75

1  BY MR. FOLKMAN:
2      Q.   Right.  So if Douglas had already done
3  the abuse before you went to sleep in that car,
4  that means you weren't at the Village yet,
5  right?
6          MR. GARABEDIAN:  Objection.
7      A.   Repeat, please.
8  BY MR. FOLKMAN:
9      Q.   Sure.  I'm just trying to get the
10 chronology, the time.  So what I'm interested in
11 knowing is, did the period of abuse happen
12 before that time when you said you were sleeping
13 for 17 days in the car near -- right outside of
14 Bel Air?
15         MR. GARABEDIAN:  Objection.
16     A.   He did this to me before the 17 days.
17 BY MR. FOLKMAN:
18     Q.   Okay.  I understand that.
19         And is it true that you never slept at
20 the Village until after you had slept in that
21 car for 17 days?
22         THE INTERPRETER:  Can you repeat?
23         MR. FOLKMAN:  Sure.  That's okay.
24 BY MR. FOLKMAN:
25     Q.   Is it true that you didn't sleep at

Page 76

1  the Village until after you had slept in that
2  car for 17 days?
3          MR. GARABEDIAN:  Objection.
4      A.   In the morning, the car would go to
5  the Village every morning, so when the driver
6  came I just went with him to the Village.
7  BY MR. FOLKMAN:
8      Q.   Yes.  And you didn't have a bed at the
9  Village then, right?
10     A.   Yes, meaning that's why I used to
11 sleep in the car.
12     Q.   I understand.  So my question was, you
13 never slept at the Village, at the Village,
14 until after that time when you had slept in the
15 car?
16     A.   After the 17 days, I went to sleep at
17 the Village, and I stayed there all the time.
18     Q.   And you had never slept there before?
19         MR. GARABEDIAN:  Objection.
20     A.   Yes, I was sleeping in the car.  Every
21 morning I used to go to the Village.
22 BY MR. FOLKMAN:
23     Q.   Yes.  I'm sorry, I'm not trying to
24 confuse you, I'm just trying to get at, before
25 that time when you were sleeping in the car, you

Page 77

1  had never slept in the Village?  Yes or no.
2      A.   No, they bought a bed for me.
3      Q.   After the car?
4      A.   Yes, I didn't have a bed at the
5  Village, that's why I slept in the car.
6      Q.   Yes.  And because you never had a bed,
7  you never slept there until you had a bed?
8          MR. GARABEDIAN:  Objection.
9      A.   Before the bed I never slept at the
10 Village, but I used to go every morning.
11 BY MR. FOLKMAN:
12     Q.   I understand.
13         So you've told me that the abuse
14 happened before the time when you slept in the
15 car for 17 days?
16     A.   The abuse had already happened, that's
17 why I didn't sleep at Douglas's.  That's why I
18 was sleeping in the yard in the Village.
19     Q.   Okay.  And you told me that the time
20 when you slept in the car was the very beginning
21 of your time at the Village?
22         MR. GARABEDIAN:  Objection.
23     A.   Yes, when I had just entered the
24 Village, I didn't have a bed yet.
25 BY MR. FOLKMAN:

20 (Pages 74 to 77)

Confidential - Subject to Further Confidentiality Review

Page 78

1    Q.   Okay.  So that means that the abuse
2    happened before you got to the Village, right?
3         MR. GARABEDIAN:  Objection.
4    A.   Yes.
5    BY MR. FOLKMAN:
6    Q.   Okay.
7         MR. FOLKMAN:  Do you need a break?
8    THE VIDEOGRAPHER:  No, but with the
9    fan on, I really need his voice louder.
10   BY MR. FOLKMAN:
11   Q.   And, in fact, the abuse happened when
12   you were still at the program at Carnage,
13   right?
14        MR. GARABEDIAN:  Objection.
15   A.   I was in both, in Carnage and
16   Village.  This had already happened when I was
17   in the Village.
18   BY MR. FOLKMAN:
19   Q.   Are you saying that the first time it
20   happened was when you were at Carenage, but some
21   other times that it happened you were either
22   sleeping at the Village or sleeping in the car?
23        MR. GARABEDIAN:  Objection.
24   A.   I wasn't -- I was -- after that
25   happened I didn't sleep -- I didn't sleep inside

Page 79

1    Douglas's home, I slept in the car.
2    BY MR. FOLKMAN:
3    Q.   And Douglas never abused you in the
4    car, did he?
5    A.   No.  Inside the house.
6    Q.   And that took place before the car?
7         MR. GARABEDIAN:  Objection.
8    A.   It happened before.  After that
9    happened I slept in the car.  I didn't want it
10   to happen again.
11   BY MR. FOLKMAN:
12   Q.   Okay.  Now, we'll come back to this.
13   The first time it happened you said, I think, it
14   was in 2003 or 2004, right?
15   A.   Yes.
16   Q.   And your foot had gotten cut by glass,
17   is that right?
18   A.   Yes.
19   Q.   And where did that happen?
20   A.   The glass fell on my foot.
21   Q.   But I mean was it at Carenage, or was
22   it somewhere else in the city?
23        MR. GARABEDIAN:  Objection.
24   A.   In the street.  I went to Bel Air to
25   have it taken care of.

Page 80

1    BY MR. FOLKMAN:
2    Q.   Okay.  So you walked to Bel Air?
3    A.   Yes, I walked.
4    Q.   All right.  Had you ever been to
5    Bel Air before?
6         MR. GARABEDIAN:  Objection.
7    A.   Before what?
8    BY MR. FOLKMAN:
9    Q.   Before you went to get your foot
10   looked at.
11        MR. GARABEDIAN:  Objection.
12   A.   No, I went to Bel Air to have my foot
13   taken care of.
14   BY MR. FOLKMAN:
15   Q.   And that was the first time you had
16   ever been to Bel Air?
17        MR. GARABEDIAN:  Objection.
18   A.   No, I used to go to Bel Air.
19   BY MR. FOLKMAN:
20   Q.   Okay.  You had been there before?
21   A.   I used to go with Nicholas.
22   Q.   Okay.  When you got to Bel Air, was
23   the gate -- was there someone at the gate?
24   A.   Yes, a guard, a security guard.  There
25   was a manager.

Page 81

1    Q.   Do you know who that was?
2         MR. GARABEDIAN:  Objection.
3    A.   I don't remember.  I don't know.
4    BY MR. FOLKMAN:
5    Q.   What time of day was it?
6    A.   When I went -- when I was hurt?
7    Q.   Yes.
8    A.   What time was it?
9    Q.   What time did you get to Bel Air?
10   A.   I didn't check.
11   Q.   Okay.  Was it the morning, the
12   afternoon, the nighttime?
13   A.   Afternoon.
14   Q.   Okay.  And when you got to the house,
15   did you knock on the door?
16   A.   I knocked on the gate, the manager
17   opened, he saw I was hurt, he called Douglas.
18   Q.   Okay.  And Douglas came downstairs,
19   right?
20   A.   He took care of my foot and brought me
21   to his room.
22   Q.   Okay.  I want to make sure I
23   understand sort of what was going on at the
24   house.
25        Were there other people there when

21 (Pages 78 to 81)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 82

1   this happened?
2       A.   Just Douglas was in the house.
3       Q.   So it was the two of you, and no one
4   else in the house?
5       A.   Yeah, I came, I appeared, I came in so
6   there was two.  With the manager outside, he
7   went to his own side.
8       Q.   The manager you mean?
9       A.   Yes, the manager.
10      Q.   Okay.  Now, in your answer Number 19
11  in Exhibit 2, you wrote, and I'm reading the
12  English, "Douglas came downstairs with only red
13  short pants on."
14      A.   He came with the red shorts on, just
15  red shorts on, and said "you're going to sleep
16  here."  Then he brought me to his place, and he
17  touched my front, and he put his penis in my
18  butt.  The next day he had shorts, Nike white
19  shorts, Nike.
20      Q.   He gave you white shorts?
21      A.   Yes, he gave me shorts to wear.
22      Q.   And they were white Nike shorts, is
23  that right?
24           MR. GARABEDIAN:  Objection.
25      A.   Adidas, brown.

Page 83

1   BY MR. FOLKMAN:
2       Q.   What did he give you that was Adidas?
3           MR. GARABEDIAN:  Objection.
4       A.   I'm sorry?
5   BY MR. FOLKMAN:
6       Q.   What did he give you that was Nike or
7   Adidas?
8       A.   Shorts, with a white Nike shirt.
9       Q.   Okay.  When you went into the house,
10  did someone take you down a staircase?
11      A.   In Douglas's home.
12      Q.   So you wrote, or you said that
13  "Douglas came downstairs with only red short
14  pants on."  And I'm just picturing the house and
15  trying to understand what exactly happened.
16           When you walk into the house, there is
17  a kitchen, and a living room, and some other
18  bedrooms, right?
19      A.   Yes.
20      Q.   And then there's a staircase that goes
21  down, right?
22      A.   Yes.
23      Q.   And Douglas's room is down that
24  staircase, right?
25           MR. GARABEDIAN:  Objection.

Page 84

1       A.   Yes.
2   BY MR. FOLKMAN:
3       Q.   And there's no second story on the
4   house where you could go up higher?
5           MR. GARABEDIAN:  Objection.
6       A.   No.
7   BY MR. FOLKMAN:
8       Q.   So when you say that Douglas came
9   downstairs and told you that you had to sleep
10  over the night, does that mean that you were
11  already at the bottom of the staircase when he
12  came down to you?
13           MR. GARABEDIAN:  Objection.
14      A.   He brought me downstairs, and he went
15  to the room with me.
16  BY MR. FOLKMAN:
17      Q.   Okay.  So he met you on the first
18  floor?
19      A.   He found me on the first floor, and he
20  went down, and we went through the kitchen.
21  There are two ways you can go, you can go
22  through the courtyard or through inside.
23      Q.   Okay.  And he took you down the
24  stairs?
25      A.   Yes.

Page 85

1       Q.   And you knew --
2       A.   If he doesn't bring you downstairs,
3   you can't go.
4       Q.   Did you know that that was where he
5   slept before you went down there?
6           MR. GARABEDIAN:  Objection.
7       A.   He told me it was his room.
8   BY MR. FOLKMAN:
9       Q.   Did you know that before?
10      A.   No.  He told me.
11      Q.   He told you at that time and not some
12  time before?
13      A.   No, he told me that at that time.  He
14  didn't have time to tell me that before.
15      Q.   Okay.  But you did know that you
16  weren't allowed to go down that staircase unless
17  he let you, right?
18      A.   Yeah, but he's the one who brought me
19  down.
20      Q.   Okay.  So he brought you down, and
21  then you went into his room?
22      A.   Yes.  He made me go in first and then
23  he closed his door.  You can't go inside
24  Douglas's room without Douglas.
25      Q.   Okay.  And is it in his room that he

Confidential - Subject to Further Confidentiality Review

Page 86

1  washed and cleaned your foot?
2      A.  No.
3      Q.  Where did he do that?
4      A.  He had taken care of my foot upstairs,
5  and then he says "now you can come, you are
6  going to go sleep in my room."
7      Q.  Okay.  It was still the afternoon at
8  that point?
9      A.  Afternoon.  The sun had started -- had
10 already started to set.
11     Q.  Was it almost bedtime when you went
12 downstairs?
13         MR. GARABEDIAN:  Objection.
14     A.  He bandaged my foot, he said "your
15 foot is not well, so you can stay and sleep
16 here."
17 BY MR. FOLKMAN:
18     Q.  Okay.  And when he told you that,
19 where was he telling you that you ought to
20 sleep; was it in his bed, or was it in some
21 other bed in that room, or somewhere else?
22         MR. GARABEDIAN:  Objection.
23     A.  He made me lie on a little bed on the
24 floor, and he was going to sleep on his bed.
25 BY MR. FOLKMAN:

Page 87

1      Q.  Okay.  And did you go to sleep before
2  he did anything wrong with you?
3          MR. GARABEDIAN:  Objection.
4      A.  He told me to sleep here, to lie here,
5  when I lied there he started touching me.
6  BY MR. FOLKMAN:
7      Q.  Before you fell asleep?
8      A.  I was going to sleep, but I wasn't
9  asleep yet.
10     Q.  Okay.  So when you start -- so then
11 tell me exactly what happened.
12     A.  The first time?
13     Q.  Just talking about the first time.
14     A.  The first time Douglas put his penis
15 in my butt, the glass fell on my foot, and I
16 went to Bel Air to have it attended.  Douglas
17 told me "you have to stay here in his room."
18 When I was lying on the little bed in his room,
19 he started touching my stomach, my butt, my
20 penis, and then he put his penis in my butt, in
21 my anus.
22     Q.  Okay.
23     A.  I yelled, "oh, it hurts."
24     Q.  Was there any radio or other noise in
25 his room?  Did he have the radio on?

Page 88

1      A.  Just his laptop, it's always on with
2  music on.
3      Q.  So the laptop was playing music?
4      A.  Yes, it was making music, but I didn't
5  check.
6      Q.  Was it on loudly or not loudly?
7          MR. GARABEDIAN:  Objection.
8      A.  It's always loud in his room.
9  BY MR. FOLKMAN:
10     Q.  Okay.  Were the lights on or off when
11 he was abusing you?
12     A.  I didn't see any lights on.
13     Q.  So someone, presumably Doug, had
14 turned the lights off?
15         MR. GARABEDIAN:  Objection.
16     A.  I didn't see any lights on.  I don't
17 know if he's the one who turned them off.
18 BY MR. FOLKMAN:
19     Q.  Okay.  But there was no one else in
20 the house, right?
21     A.  No, just him.
22     Q.  Okay.
23     A.  Just the two of us.
24     Q.  And he told you not to tell anyone,
25 right?

Page 89

1      A.  Yeah, he told me not to tell anyone,
2  just personal to him and I.
3      Q.  And what did you think when he told
4  you don't tell anyone?
5      A.  What did I think?
6      Q.  Yes.
7      A.  Because I could be out of the project.
8      Q.  Did he tell you that, or is that just
9  something you understood?
10         MR. GARABEDIAN:  Objection.
11     A.  He said it should be personal between
12 the two of them, so I thought he could put me
13 out of the project, because he said it should
14 remain personal.
15 BY MR. FOLKMAN:
16     Q.  And were you worried about what would
17 happen to you if he did put you out of the
18 project?
19     A.  Yes.
20     Q.  Did you know anybody else who had been
21 put out of the project?
22         MR. GARABEDIAN:  Objection.
23     A.  I know that he threw out -- someone
24 out of the project, Pina.
25 BY MR. FOLKMAN:

23 (Pages 86 to 89)

Confidential - Subject to Further Confidentiality Review

Page 90

1    Q.   And do you know who happened to Pina?
2    A.   He had us pray, and he wrote
3    everywhere that Douglas was doing gay things
4    with us, he wrote it everywhere in the streets
5    in Cap-Haïtien, he even wrote it on the project
6    wall, and that's why they threw him out.
7    Q.   So did this happen -- this happened
8    after Douglas had abused you?
9    A.   Yeah, that's why I didn't want them to
10   throw me out also.
11   Q.   Okay.  You're saying that someone
12   named Pina wrote the graffiti that would appear
13   in the streets of Cap-Haïtien that was saying,
14   for example, Douglas masisi?
15        MR. GARABEDIAN:  Objection.
16   A.   Yes.
17   BY MR. FOLKMAN:
18   Q.   And do you know the rest of Pina's
19   name?
20   A.   No.  I just know Pina.
21   Q.   He was a young boy that was at the
22   project?
23   A.   Yeah, a little boy from the project.
24   Q.   Do you know, was he younger or older
25   than you were?

Page 91

1    A.   Older.
2    Q.   And did you ever talk with him?
3    A.   No, I didn't talk to him.
4    Q.   You've never spoken to him?
5        MR. GARABEDIAN:  Objection.
6    A.   But I've seen the things he wrote, and
7    I know they put him out of the project.
8    BY MR. FOLKMAN:
9    Q.   Okay.  But I guess my question is, you
10   never spoke with him, right?
11        MR. GARABEDIAN:  Objection.
12   A.   No.
13   BY MR. FOLKMAN:
14   Q.   Okay.  And he was writing this
15   graffiti -- first of all, how did you know it
16   was Pina writing the graffiti?
17   A.   In the streets, that's what people are
18   saying, that Pina did it because he was a
19   victim, and since he was small he was doing gay
20   things with him, that's why he wrote it.
21   Q.   Okay.  And he wrote that graffiti, if
22   the project closed -- he wrote that sometime in
23   2008, would you say?
24        MR. GARABEDIAN:  Objection.
25   A.   I don't remember.

Page 92

1    BY MR. FOLKMAN:
2    Q.   But he hadn't written it at the time
3    that you were abused, had he, back in 2003 or
4    2004?
5        MR. GARABEDIAN:  Objection.
6    A.   These things had already happened
7    before that.
8    BY MR. FOLKMAN:
9    Q.   Before you were abused?
10   A.   I was already a victim, but Pina was
11   older.
12   Q.   I guess I'm just trying to understand,
13   was he kicked out of the project before or after
14   you were abused?
15   A.   Before that happened to me?
16   Q.   He was kicked out before that happened
17   to you?
18   A.   That already happened.
19   Q.   I don't mean to -- I'm sorry if I'm
20   asking a confusing question.
21        What I'm asking is, was Pina kicked
22   out of the project before the first time you
23   were abused, or after the first time you were
24   abused?
25        MR. GARABEDIAN:  Objection.

Page 93

1    A.   When they put Pina out, the four times
2    had already gone by.
3    BY MR. FOLKMAN:
4    Q.   Okay.
5    A.   Already happened.
6    Q.   And did you know anybody else -- at
7    the time, the first time that you say you were
8    abused, did you know anybody else who had been
9    kicked out of the project?
10        MR. GARABEDIAN:  Objection.
11   A.   Before I was abused?
12   BY MR. FOLKMAN:
13   Q.   Yes.
14   A.   If they had put somebody out?
15   Q.   Yes.
16   A.   I don't know.
17        MR. FOLKMAN:  Okay.  Can I go -- it's
18   noon.  I'd like to go for maybe five more
19   minutes, and then we'll take lunch, and then I
20   think we've agreed that we'll come back at 1?
21        MR. GARABEDIAN:  Yes.
22   BY MR. FOLKMAN:
23   Q.   Okay.  After he was finished abusing
24   you, did you stay the rest of the night in that
25   room?

24 (Pages 90 to 93)

Confidential - Subject to Further Confidentiality Review

Page 94

1      A.   When he did that to me my butt was
2  hurting, I stayed in the room, in the morning I
3  left.
4      Q.   Okay.  And did you see anybody in the
5  house when you were leaving?
6      A.   In the morning?
7      Q.   Yes.
8      A.   No, I didn't see anyone else.
9      Q.   And did you see anybody in the house
10  at any time while you were there with Doug?
11     A.   The people had already left for work.
12     Q.   Okay.  And did you see anybody else in
13  the house at any time during that first time you
14  say you were abused, other than Doug?
15          MR. GARABEDIAN:  Objection.
16     A.   I didn't see any other people, just
17  Doug.
18  BY MR. FOLKMAN:
19     Q.   When you left in the morning, did Doug
20  come upstairs with you?
21          MR. GARABEDIAN:  Objection.
22     A.   In the morning?
23  BY MR. FOLKMAN:
24     Q.   Yes, when you left.
25     A.   When I was going?

Page 95

1      Q.   Yes.
2      A.   He opened the door, he made me go, he
3  stayed in Bel Air, and he made me go down.
4      Q.   Did he stay in his bedroom, or did he
5  come up the stairs with you?
6      A.   He stayed in his room, I went -- I
7  went up the stairs.  I was mad because of what
8  had happened.
9      Q.   Okay.  Let's stop there and we'll come
10  back, okay?  We're going to have a lunch break,
11  and we'll come back at 1:00 o'clock.
12          THE VIDEOGRAPHER:  Going off the
13  record.  The time is 12:02.
14          (Whereupon, a luncheon recess was
15          taken.)
16
17
18
19
20
21
22
23
24
25

Page 96

1          AFTERNOON SESSION
2
3          (Attorney Hurd now present.)
4          THE VIDEOGRAPHER:  Back on the record.
5  The time is 1:51.  And we will need to swear in
6  the new interpreter.
7
8          MARILYN A. LEROY, Interpreter,
9  having been first duly sworn to translate the
10  testimony, translated the questions and answers
11  as follows:
12
13  BY MR. FOLKMAN:
14     Q.   Welcome back.  I apologize for that
15  long delay.  We're going to try to make sure,
16  not for you, but for the other young men who are
17  going to be deposed that that doesn't happen
18  again.
19          So before the lunch break we were
20  talking about the first time that you say Doug
21  Perlitz abused you at Bel Air, and you were
22  saying that he had stayed in his room, and you
23  had gone upstairs, and you were angry because of
24  what had happened.
25          MR. GARABEDIAN:  Objection.

Page 97

1  BY MR. FOLKMAN:
2      Q.   After you got upstairs, where did you
3  go?
4      A.   I went outside in the street.
5      Q.   And after you got into the street,
6  where did you go?
7      A.   Where we usually wash cars.
8      Q.   So you went to go wash cars then, and
9  not over to Carenage or 13th Street?
10     A.   I went to 16th Street to wash my car.
11     Q.   Okay.  And you were washing cars for
12  other people for a little bit of money?
13     A.   They give me a little money.
14     Q.   Okay.
15     A.   They gave me a little money.
16     Q.   And this was in the morning, right?
17          MR. GARABEDIAN:  Objection.
18     A.   Are you asking if it happened in the
19  morning?
20  BY MR. FOLKMAN:
21     Q.   I'm asking if when you left the house
22  and went to 16th Street, if that was in the
23  morning.
24     A.   Yes, in the morning.
25     Q.   And what did you do the rest of that

25 (Pages 94 to 97)

Confidential - Subject to Further Confidentiality Review

Page 98

1   day?
2       A.   For the rest of the day I didn't feel
3   normal because he made me do homosexual sex, so
4   I went and I be --
5       Q.   Okay.  Did you -- you were in some
6   pain?
7       A.   Yes, I was in pain.
8       Q.   Did you feel that you ought to go to
9   the hospital or clinic or see a doctor or a
10  nurse?
11      MR. GARABEDIAN:  Objection.
12      A.   I didn't go to see a doctor.  I went
13  to see a nurse who was a friend, an old friend
14  of my mother, her name is Miss Monprophéte, and
15  I explained to her what happened.
16  BY MR. FOLKMAN:
17      Q.   Okay.  Can you give me that name one
18  more time, please?
19      A.   Ms. Monprophéte, Monprophéte.
20      MR. FOLKMAN:  Can you spell what you
21  think he's saying, the last name?
22      THE INTERPRETER:  M-O-N-P-R-O-P-H-E-T.
23  BY MR. FOLKMAN:
24      Q.   Ms. Monprophéte.  And she was an old
25  friend of your mothers?

Page 99

1       A.   Yes.
2       Q.   And she was someone that you had known
3   as a child?
4       MR. GARABEDIAN:  Objection.
5       A.   Yes.
6   BY MR. FOLKMAN:
7       Q.   And where did she live?
8       A.   22nd Street L.
9       Q.   And is that where you went to see her?
10      A.   I went to her home.
11      Q.   And was she -- was this the same day
12  that you had left the house after being abused?
13      A.   No, it was later on, because I had --
14  in my buttocks I had some bubbles like, sort of
15  like in my behind, so I went to see her.
16      Q.   Okay.  And you say you told her what
17  had happened.  Does that mean you told her that
18  Douglas had abused you?
19      MR. GARABEDIAN:  Objection.
20      A.   I didn't say that.  I told them that
21  there were just bubbles, kind of bumps in my
22  behind.
23  BY MR. FOLKMAN:
24      Q.   Okay.  So you didn't tell
25  Ms. Monprophéte that Douglas -- that you had

Page 100

1   ever had -- let me start again.
2       You didn't tell Ms. Monprophéte that
3   Douglas had sexually abused you, did you?
4       MR. GARABEDIAN:  Objection.
5       A.   No, I was ashamed, too ashamed to tell
6   her.
7   BY MR. FOLKMAN:
8       Q.   Okay.  Now, you did tell, or you say
9   you told -- give me a second to get to it -- a
10  Haitian teacher called Andy.  Sorry?
11      A.   I told this Haitian, this teacher
12  named Haitian, I told him about it, and he said
13  not to talk about it or I'll get kicked out of
14  the program.
15      Q.   Okay.  Let me ask you -- I'm going to
16  ask the translator to read to you the Creole of
17  your answer to Question Number 24, and I'm going
18  to read it to you in English, okay?
19      So you said "I told a Haitian" --
20      THE INTERPRETER:  Hold on one second.
21      MR. FOLKMAN:  It's Number 24.
22      THE INTERPRETER:  24?
23      MR. FOLKMAN:  Yes.
24  BY MR. FOLKMAN:
25      Q.   So you said, at least in English, "I

Page 101

1   told a Haitian teacher called Andy."
2       A.   Yes.
3       Q.   Okay.  So who -- I'm confused.  Who is
4   Andy, the Haitian teacher?
5       A.   A teacher working at the center.
6       Q.   At which center now; at Carenage?
7       A.   Yes.
8       Q.   And he was a Haitian?
9       A.   Yes.
10      Q.   So he was a black man?
11      A.   Yes.
12      Q.   And do you know any of his other
13  names?
14      A.   No.
15      Q.   Were there other Haitian teachers --
16  start again.
17      You had told me earlier about three
18  women, Merline, Margarita, and Margarette, who
19  were the teachers at 13th Street, right?
20      THE INTERPRETER:  Merline?
21      MR. FOLKMAN:  Merline, Margarita, and
22  Margarette.
23  BY MR. FOLKMAN:
24      Q.   Who were the Haitian teachers at 13th
25  Street, right?

26 (Pages 98 to 101)

Confidential - Subject to Further Confidentiality Review

Page 102

1      A.   Yes, Marlene and Margarette, they were
2    teachers at 13th Street.
3      Q.   And they moved to Carenage, you told
4    me, right?
5      A.   Yes.
6      Q.   And were there other Haitian teachers
7    at Carenage?
8      A.   Yes.
9      Q.   And who were they?
10      A.   I don't know their names.
11      Q.   One of them was Andy, right?
12      A.   Yes.
13      Q.   And do you know the names of any of
14    the others?
15      A.   No, Andy is the only one that I was
16    used to.
17      Q.   Okay.  And he told you not to tell
18    anybody?
19      A.   He told me not to talk about it so I
20    don't get kicked out of the project.
21      Q.   And is that why you didn't talk about
22    it?
23      A.   Yes.
24      Q.   You never told, or did you, did you
25    ever tell the other Andy that you told me about

Page 103

1    earlier, the American, the white man?
2         MR. GARABEDIAN:  Objection.
3      A.   No.
4    BY MR. FOLKMAN:
5      Q.   Okay.  So after that first time that
6    you have told us you were abused, you were
7    abused again, weren't you?
8      A.   Someone else abused me?
9         MR. GARABEDIAN:  Objection.  There's a
10    mistake in the question.
11         (Interpreters speaking.)
12         THE INTERPRETER:  I think I said it
13    right.  Can you repeat it again?
14         MR. FOLKMAN:  Sure.  I just note, we
15    had an agreement not to do this.
16         MR. GARABEDIAN:  I'm sorry.  What was
17    the agreement?
18         MR. FOLKMAN:  That you could have an
19    interpreter here to help you communicate with
20    your client, but that we would a single
21    interpreter who would be interpreting.  If you
22    had issues, you could raise them later.
23         MR. STEWART:  I don't know that that's
24    the --
25         MR. GARABEDIAN:  I don't recall.

Page 104

1         MR. FOLKMAN:  Okay.  Well, that was --
2         MR. STEWART:  It would be no
3    different -- my thought would be it would be no
4    different than if I heard the wrong question and
5    said, wait, he's answering the wrong question.
6    We don't anticipate slowing you up, but if we
7    hear the question that there's been a mistake or
8    misunderstanding as to what's being asked, I
9    think you would rather have a correct record,
10    wouldn't you?
11         MR. FOLKMAN:  Of course I want a
12    correct record.
13         MR. STEWART:  That's all we were
14    trying to do.
15         MR. FOLKMAN:  We did specially
16    negotiate this point because we were concerned
17    about delays from multiple interpreters.
18         Are you ready?
19         THE INTERPRETER:  I'm ready.
20    BY MR. FOLKMAN:
21      Q.   Let me read you the question.
22         After the first time that you told us
23    that you were abused, you were abused again,
24    weren't you?
25      A.   Yes.  After the first, the first time

Page 105

1    he abused me, he put his penis in my behind
2    again a second time.
3      Q.   And that was two to three months
4    later?
5      A.   Yes.
6      Q.   And you have said in your written
7    answers that at that time you were in a
8    punishment?
9      A.   Yes, I was punished at the Village, so
10    I was sent home.
11      Q.   And what were you punished for?
12      A.   Because I was fighting with another
13    kid at the Village.
14      Q.   Okay.  And were you, in fact, fighting
15    with another kid?
16         MR. GARABEDIAN:  Objection.
17      A.   Yes.
18    BY MR. FOLKMAN:
19      Q.   And who was that kid?
20      A.   Another classmate.
21      Q.   Do you know his name?
22      A.   No, I don't know his name.
23      Q.   Okay.  Can I ask you, sir, please, to
24    try to keep your voice up again?  I know it's
25    hard to do, but it would help the videographer

27 (Pages 102 to 105)

Confidential - Subject to Further Confidentiality Review

Page 106

1    to get a good recording.
2        A.   Okay.
3        Q.   Thank you.
4            Now, when you say that you were sent
5    home, where did they send you to?
6        A.   I was sent home, but I went back into
7    the streets.
8        Q.   And Douglas saw you the night that you
9    were sent home, is that true?
10       A.   Douglas saw me around 9, and he told
11   me I shouldn't be out in the street at this
12   time, let's go home.
13       Q.   Which person was it, by the way, at
14   the Village who told you that you had to come
15   home?
16       A.   A professor named Robenson.  A
17   director, he's a director.
18       Q.   Was Doug in his car when he saw
19   you on the street, or was he walking?
20       A.   No, he was in a white car.
21       Q.   Okay.  And did he ask you to get into
22   the car?
23       A.   He said "let's go home, because what
24   are you doing in the street?  You don't live in
25   the street."
25       Q.   Was this on 22nd Street?

Page 107

1            MR. GARABEDIAN:  Objection.
2        A.   No, in the street.
3    BY MR. FOLKMAN:
4        Q.   Okay.  Where were you sleeping when
5    you were on a punishment and outside of the
6    Village?
7            MR. GARABEDIAN:  Objection.
8        A.   In the streets.
9    BY MR. FOLKMAN:
10       Q.   When Doug told you to get into the
11   car, did you have any concerns about getting in
12   the car with him?
13           MR. GARABEDIAN:  Objection.
14       A.   He told me to get into the car, so I
15   went back in the car.  Then I said to him "can I
16   go back into the Village?"
17   BY MR. FOLKMAN:
18       Q.   Were you afraid to get in the car with
19   him?
20       A.   I was afraid.  I asked where we were
21   going, and he said "we're going home."
22       Q.   Were you afraid that he was going to
23   abuse you again?
24       A.   I used to be afraid, but I thought
25   that he wasn't interested anymore.

Page 108

1        Q.   Okay.  When you got -- where did he
2    take you in the white car?
3        A.   We went -- he took me to the home in
4    Bel Air, so -- and told me to come in.
5        Q.   Okay.  And when you got there, there
6    was a watchman who opened the gate?
7        A.   Yes.
8        Q.   Okay.  You and Douglas went into the
9    house?
10       A.   Yes, we went inside with the car.
11       Q.   And then you got out of the car and
12   went into the house?
13       A.   When I came out of the car and he told
14   me to go inside the house, let us go inside the
15   house.
16       Q.   Did you see other people in the house?
17       A.   No, just him.
18       Q.   Okay.  He gave you some food?
19       A.   Yes.
20       Q.   And he asked you to take a shower?
21       A.   He told me to take a shower --
22           MR. GARABEDIAN:  Off the record.
23           You're cutting him off.  Let him tell
24   his story.
25           THE INTERPRETER:  He's going too long,

Page 109

1    so I will come back.
2            MR. GARABEDIAN:  He has a right to say
3    what he's going to say.
4            THE INTERPRETER:  I will come back to
5    it.  I'm sorry.
6    BY MR. FOLKMAN:
7        Q.   So let's ask the question again.
8            THE INTERPRETER:  I said hold on a
9    second.
10   BY MR. FOLKMAN:
11       Q.   He asked you to take a shower?  That's
12   the question.
13       A.   Yes.
14       Q.   Did you have any discussion with him
15   when you got into the house?
16       A.   Yes.  I asked him when I could go back
17   to the Village, and he said to me that he's
18   going to do the same thing again, he's going to
19   put his penis into my buttocks.  And he said
20   "wouldn't you like to be like the other guys at
21   the Village who have money to buy anything they
22   want?"  He said "wouldn't you like to go -- to
23   be like the other guys who go to the big school
24   like Sacred Heart, Mandela, where the big guys
25   go?"  He said "those are the expensive schools

28 (Pages 106 to 109)

Confidential - Subject to Further Confidentiality Review

Page 110

1  in Haiti, wouldn't you like to go to one of --
2  to go to one of those schools and be like those
3  guys? Those are the most expensive schools."
4  Then he said to go take a shower.
5       Then when I came out of the shower
6  Douglas was waiting for me with a towel on, and
7  then he took me into the bedroom, started
8  touching my body. Then he started touching my
9  behind, my breasts, and my penis. And then he
10  put his penis in my behind, and I said "ow," so
11  he put his hand in my mouth so that I don't make
12  any noise. He touched my whole body and put his
13  penis in my behind.
14       Then I asked him when I could go back
15  to the Village, he said that I could go back to
16  the Village the next day.
17       Q.  Was he making you some promises of the
18  good things that he would do for you if you --
19  if you let him abuse you?
20            MR. GARABEDIAN:  Objection.
21       A.  Yes.
22  BY MR. FOLKMAN:
23       Q.  And was he making -- did you
24  understand that he was making these promises to
25  you so that you wouldn't tell anybody else what

Page 111

1  had happened to you?
2       A.  I told you he would keep his promises,
3  but I realized that he wasn't keeping his
4  promises, all he was doing is just putting his
5  penis in my behind and having homosexual sex
6  with, and that's it.
7       Q.  And just as with the first time of the
8  abuse, you were suffering from pain the second
9  time?
10       A.  The second time it was hurting I went
11  to the bathroom, I could not even shower.
12       Q.  And it was hurting so much that you
13  said "ow" while it was happening?
14       A.  Yes.
15       Q.  And he put his hand over your mouth to
16  keep you quiet?
17       A.  Yes. When I said "ow," he put his
18  hand in my mouth.
19       Q.  Did he have the music on in his room
20  like the first time?
21       A.  The second time he didn't have music
22  like the first time. There was just pictures on
23  the laptop. The pictures were changing.
24       Q.  What were those pictures of?
25       A.  Pictures of the kids in the project,

Page 112

1  and white, Caucasian people.
2       Q.  Were they pornographic or dirty
3  pictures, or not?
4       A.  There were some. But afterwards, the
5  other pictures were the pictures of the kids in
6  the project.
7       Q.  Okay. So there were some pornographic
8  pictures that you saw first?
9       A.  When I walked in there were
10  pornographic pictures, but then it changed to
11  the pictures of the kids in the program.
12       Q.  Okay. After he was done abusing you,
13  did you stay in the room for the rest of the
14  night?
15       A.  No. After he abused me I couldn't
16  even take a shower, so I just went to the
17  street.
18       Q.  Okay. So in the nighttime -- this was
19  in the nighttime, was it?
20       A.  Are you asking me if it was at night
21  the second time?
22       Q.  Yes.
23       A.  Yes, around 9:00 p.m..
24       Q.  Okay. And then you're saying that you
25  didn't sleep in the room for the rest of the

Page 113

1  night, you actually left in the middle of the
2  night, is that right?
3       A.  I asked the guardian to open the door
4  for me, the doorman to open the door, I told him
5  that I was leaving. Douglas stayed in his
6  house, in his room.
7       Q.  Okay. Did you see anybody in the
8  house when you came upstairs from Douglas's
9  room?
10            MR. GARABEDIAN:  Objection.
11       A.  No.
12  BY MR. FOLKMAN:
13       Q.  Okay. And who was the watchman, do
14  you remember?
15       A.  I know his face, but I don't know his
16  name.
17       Q.  Okay. Was he a Haitian man?
18       A.  Yes. An older person.
19       Q.  All right. So when you left the
20  house, did you go back to the street where you
21  were going to sleep?
22       A.  Yes, I walked the street.
23       Q.  And then the next day did you go back
24  to the Village?
25       A.  I was looking out for the car going to

29 (Pages 110 to 113)

Confidential - Subject to Further Confidentiality Review

Page 114

1    the Village the next day.
2        Q.   And did you get into it?
3        A.   The car was going to Bel Air, so I
4    went and got into the car.  When I got to the
5    Village, I was told that my punishment is not
6    over, so I went back to the street.
7        Q.   Okay.  How long did your punishment
8    last?
9        A.   I don't remember.  It was two weeks.
10       Q.   You think about two weeks, but you
11   don't remember exactly?
12       A.   No, I don't remember exactly.
13       Q.   Okay.  And who was it who told you the
14   punishment wasn't over?
15       A.   The director.  It was the director
16   Robenson.  He's after Douglas, Douglas and then
17   him.  He's past Douglas.
18       Q.   Did you go to see any doctor, nurse,
19   or other healthcare person after the second
20   incident of abuse?
21           MR. GARABEDIAN:  Objection.
22       A.   After the second time?
23   BY MR. FOLKMAN:
24       Q.   Yes.
25       A.   No.

Page 115

1        Q.   Now, you were abused a third time at
2    Bel Air, is that right?
3        A.   Yes.
4        Q.   And you told me that the second time
5    was about two to three months after the first
6    time, right?
7        A.   Yes.
8        Q.   And how long after the second time was
9    it until the third time?
10       A.   The third time was around 2007.
11       Q.   Okay.  I'm going to read to you a
12   couple of the things that are said in your
13   complaint, which is Exhibit Number 1.  This
14   document is only in English, unlike the other
15   one, so I'll ask the interpreter just to
16   translate what I'm saying into Creole, okay?
17           Okay.  So I'm looking on Page 31,
18   Paragraph 99, and you say "In or around 2003,
19   when Plaintiff Jamesly Guillaume was
20   approximately 10 years of age, Defendant
21   Perlitz, while in Haiti, engaged in explicit
22   sexual behavior and lewd and lascivious behavior
23   with Plaintiff, including but not limited to
24   illicit sexual conduct with Plaintiff."
25           And then you say, "Without limiting

Page 116

1    either the generality of the preceding paragraph
2    or the specific number of instances of illicit
3    conduct, during the time period referenced
4    above, Defendant Perlitz coerced Plaintiff into
5    performing illicit sexual conduct by means of
6    implicit threats to Plaintiff," which is you.
7            MR. GARABEDIAN:  Objection.
8    BY MR. FOLKMAN:
9        Q.   When was the first time you told
10   anybody that you had been abused in 2007?
11           MR. GARABEDIAN:  Objection.  And I
12   instruct him not to answer as to any
13   conversations with his attorneys.
14       A.   I don't have to answer the question?
15           MR. GARABEDIAN:  I instruct him not to
16   answer the question to the extent he refers to
17   any conversations with his attorneys.
18       A.   Okay.
19   BY MR. FOLKMAN:
20       Q.   Okay.  So I'll say the question again.
21   And I just want to make it clear, I'm not asking
22   you to tell me anything you told your lawyers,
23   okay?  Okay?  All right.
24           So my question to you was, when was
25   the first time you ever told anybody that you

Page 117

1    had been abused in 2007?
2            MR. GARABEDIAN:  Objection.  I
3    instruct him not to answer as to any
4    conversations he's had with his attorney.
5            THE WITNESS:  You don't like the
6    question?  You object to the question?
7            MR. GARABEDIAN:  He can't -- he should
8    not discuss any conversations he's with his
9    lawyers.
10   BY MR. FOLKMAN:
11       Q.   Let me ask this.  Did you ever tell
12   anybody, other than your lawyers, that you had
13   been abused in 2007?
14           MR. GARABEDIAN:  Objection.
15       A.   No.
16   BY MR. FOLKMAN:
17       Q.   Okay.  So you say that the third time
18   you were abused -- just so that I understand,
19   the first two times were in 2003 or 2004, right?
20           THE INTERPRETER:  I'm sorry, the first
21   time was 2003 and 2004?
22           MR. FOLKMAN:  The first two times were
23   2003 and 2004.
24       A.   Yes.
25   BY MR. FOLKMAN:

30 (Pages 114 to 117)

Confidential - Subject to Further Confidentiality Review

Page 118

1  Q.  And then you're saying that in 2007
2  there was a third incident?
3  A.  Yes.
4  Q.  Okay.  And at that time you had gone
5  to Bel Air, right?
6  A.  Yes, I went to Bel Air.
7  Q.  And your answer to an interrogatory,
8  this is Number 19, says you went to Bel Air to
9  fix some books in Jessica's room.  It's Number
10 19, Question Number 19 on this document.  Sorry.
11 A.  I went to Bel Air to fix some books
12 for Jessica.  And I saw Douglas, he was making
13 some gestures, and he came in hugged me, and
14 then he said "Jamesly, we have some projects to
15 talk about."  So I asked where Jessica is, and
16 he said that Jessica went to Port-au-Prince.
17 Q.  Okay.  So who was it who asked you to
18 go to Bel Air to fix books in Jessica's room?
19     MR. GARABEDIAN:  Objection.
20 A.  No one.  I usually fix books for
21 Jessica, so I went to fix some books for
22 Jessica.  I thought Jessica was home.  When I
23 got there, I only saw Douglas, and Douglas told
24 me that Jessica is not home, he went -- she went
25 to Port-au-Prince.

Page 119

1  BY MR. FOLKMAN:
2  Q.  So this was something that you did for
3  Jessica sometimes?
4     MR. GARABEDIAN:  Objection.
5  A.  Yes.
6  BY MR. FOLKMAN:
7  Q.  And what do you mean when you say
8  you're going to fix books?  What does that mean?
9  A.  What does that mean?
10 Q.  Yes.  I mean are you building shelves,
11 or what are you doing?
12 A.  I'm putting the books in the shelves.
13 Q.  So books might be scattered around,
14 and you would put them back up on the shelves?
15     MR. GARABEDIAN:  Objection.
16 A.  Yeah, they were all over the table.
17 Usually I put them up for her.
18 BY MR. FOLKMAN:
19 Q.  And did she -- was this something she
20 liked you to do?
21 A.  Yes.
22 Q.  You were close with Jessica?
23     MR. GARABEDIAN:  Objection.
24 A.  Yes, we were friends.
25 BY MR. FOLKMAN:

Page 120

1  Q.  So when you got there, Jessica was not
2  there, right?
3  A.  When I got there, Jessica wasn't
4  there.  Only Douglas was there.  Jessica went to
5  Port-au-Prince.  Douglas told me that Jessica
6  went to Port-au-Prince, and he started making
7  gestures, he hugged me, and then he said "we
8  have some projects to talk about."  He said --
9  then he asked me if I wouldn't like to go to the
10 school, to the big school where the other boys
11 go to, that the other boys that have their
12 freedoms.  And then he asked me if I wouldn't
13 like to be with the other boys.  And then I said
14 "yeah, I would, because, you know, they always
15 look good."  Then Douglas gave me some food, and
16 then he told me to go take a shower.
17     When I came out of the shower he was
18 waiting with a towel on, waiting for me.  When I
19 came out of the shower, Douglas took the towel
20 that was on him, and then he started touching
21 me, started touching my whole body, he put his
22 penis in my buttocks.  And then I went out, and
23 couldn't even take a shower after that.
24 Q.  Okay.  Was this in the daytime, or the
25 nighttime?

Page 121

1  A.  Night.
2  Q.  So you were at Bel Air fixing books
3  for Jessica at nighttime, is that right?
4  A.  Yes, around 6.  Yes, at night around
5  6.
6  Q.  And until Douglas started talking to
7  you, was it your plan to finish fixing the books
8  and then go back to the Village?
9     MR. GARABEDIAN:  Objection.
10 A.  I came to fix the books for Jessica,
11 and Douglas made me stay the whole night.  And
12 the next day he offered to take me to the beach.
13 He had homosexual sex with me, put his penis in
14 my behind, and then he offered to take me to the
15 beach.
16 BY MR. FOLKMAN:
17 Q.  Okay.  I guess what I'm asking is if
18 he hadn't made you stay, you would have gone
19 back to the Village for the night?
20     MR. GARABEDIAN:  Objection.
21 A.  Yes, if he hadn't asked me to stay, I
22 would have left and go back to the street,
23 because I was still punished.
24 BY MR. FOLKMAN:
25 Q.  Oh, this was still your punishment?

31 (Pages 118 to 121)

Confidential - Subject to Further Confidentiality Review

Page 122

1      A.   No, my punishment has not yet been
2   lifted.  Douglas had to speak on my behalf, and
3   he hadn't done it.
4      Q.   So you were punished all the way from
5   2004 to 2007 is your testimony?
6      MR. GARABEDIAN:  Objection.
7      A.   No, it didn't go until two thousand --
8   the punishment didn't go until 2007.
9   BY MR. FOLKMAN:
10     Q.   Was there more than one punishment?
11     A.   I don't know how long I was punished
12  for, because the professor punish me.  After I
13  had the fight with the classmate, I told him
14  off.
15     Q.   So I understand that you had a fight
16  and Robenson told you you had to leave the
17  Village, right?
18     A.   Yes.
19     Q.   And you're saying that at this third
20  abuse that we were just talking about, if you
21  hadn't stayed, you would have gone back to the
22  street because your punishment wasn't over yet,
23  right?
24     MR. GARABEDIAN:  Objection.
25     A.   The third time?

Page 123

1   BY MR. FOLKMAN:
2      Q.   Yes.
3      A.   The third time I didn't even get a
4   chance to fix the books, because Douglas asked
5   me to stay and had homosexual sex with me.  And
6   then the next -- I stayed the night, and the
7   next day he asked me to take me to the beach --
8   he offered to take me to the beach.
9      Q.   Your punishment was still going on at
10  that point is my question.
11     MR. GARABEDIAN:  Objection.
12     A.   Was I still punished?
13  BY MR. FOLKMAN:
14     Q.   Were you still being punished, right.
15     MR. GARABEDIAN:  Objection.
16     A.   No.
17  BY MR. FOLKMAN:
18     Q.   Okay.  So I want to make sure I
19  understood, because I'm just trying to figure
20  out what you're saying.
21          I had asked you before, I guess what
22  I'm asking is if he hadn't made you stay the
23  night you would have gone back to the Village
24  for the night, and your answer was?  And your
25  answer was?

Page 124

1      A.   Yes, I was -- yes, I was going to
2   leave, except Douglas asked me to spend the
3   night, and then the next day he offered to take
4   me to the beach, at the hotel named Cormier
5   Plage.
6      Q.   Cormier plage.  I understand.
7          And when you were going to leave,
8   before he asked you to go to the hotel, you were
9   just going to go back out onto the street?
10     MR. GARABEDIAN:  Objection.
11     A.   Yes, I would go back, I was going to
12  go back to the Village.
13  BY MR. FOLKMAN:
14     Q.   Go back to the Village?
15     A.   Yes, that's what I was going to do.  I
16  was going to go back to the Village, but he
17  asked me to stay the night.  And then the next
18  day I still couldn't go back to the Village
19  because he asked me to go to Cormier Plage with
20  him.  And when we got there, I find out that he
21  had already rented a room at the hotel.
22     Q.   Okay.  So it's not true that your
23  punishment was still going on and you would have
24  had to go back out to the street rather than the
25  Village?

Page 125

1      MR. GARABEDIAN:  Objection.
2      A.   I was going to go back to the Village.
3   BY MR. FOLKMAN:
4      Q.   Okay.  And how were you going to get
5   to the Village from Bel Air?
6      A.   He always has a white Land Cruiser
7   available for that.
8      Q.   So someone would have driven you back?
9      A.   Yes, somebody named -- the driver
10  named Mo, Boss Mo.
11     Q.   Okay.  So Douglas, on this third time
12  that he abused you again, was making you
13  promises about schools that you could attend,
14  right?
15     A.   Yes.  He was telling me that I should
16  have money to go to the big school like the
17  other guys that have money in their pockets,
18  they could do whatever they want to do.
19     Q.   And did you believe that he was going
20  to do these things for you if you and he had sex
21  again?
22     MR. GARABEDIAN:  Objection.
23     A.   I thought so.  It's not that I wanted
24  to do these things, but I just wanted to do all
25  these things that he said I could do.  Plus he

32 (Pages 122 to 125)

Confidential - Subject to Further Confidentiality Review

Page 126

1  was the one directing everything.  I was
2  following.  I had to follow what he says.
3      Q.   And you were afraid, weren't you, that
4  if you didn't do what he said you wouldn't be
5  allowed to stay in the Village?
6           MR. GARABEDIAN:  Objection.
7      A.   If I didn't do what he told me to do,
8  I would be kicked out of the Village, I wouldn't
9  be able to stay in the program.
10 BY MR. FOLKMAN:
11     Q.   Okay.  So you stayed the night at
12 Bel Air, right?
13          MR. GARABEDIAN:  Objection.
14     A.   I stayed the night at Bel Air.
15 BY MR. FOLKMAN:
16     Q.   And the next day you and Douglas drove
17 to Cormier Plage?
18     A.   Yes.  He drove me and we went to
19 Cormier Plage.  He took me to Cormier Plage.
20     Q.   On your way out from his room up the
21 stairs and out of the house, did you see anybody
22 except Douglas?
23     A.   I didn't see anyone except for the
24 person who opened the door.
25     Q.   The gatekeeper outside of the house?

Page 127

1      A.   Inside.
2      Q.   Inside the gate, or inside the house?
3           MR. GARABEDIAN:  Objection.
4      A.   He's inside, because he has to open
5  the door to let the car out.
6  BY MR. FOLKMAN:
7      Q.   He has to open the gate of the main,
8  of -- where the wall is, right?
9      A.   Yes, he opened the gate to let the car
10 out to the beach.
11     Q.   And that's where you saw him, where he
12 was standing by the gate?
13     A.   Once Douglas got into the car, the
14 gatekeeper stand by the gate to open the doors
15 and let the car out.
16     Q.   Okay.  And then you and he drove to
17 Cormier Plage, right?
18     A.   Yes.  We drove to Cormier Plage, and
19 once we got there the guy put his penis in my
20 buttocks, and then we went to the beach.
21     Q.   Okay.  When he first tried to take
22 your shorts off when you were in the room with
23 him at Cormier Plage, you asked him to give you
24 money so you could take a ride home?
25     A.   I asked him for 100 gourde so I could

Page 128

1  go home.  He didn't give me the 100 gourde, and
2  he kept forcing me and forcing me, finally he
3  put his penis in my buttocks, and then
4  afterwards he give me the hundred gourde.  I
5  took the bus and went home.
6      Q.   The reason you asked him for the money
7  before he abused you was you didn't want him to
8  abuse you, right?
9           MR. GARABEDIAN:  Objection.
10     A.   Because I could -- felt that was what
11 he was going to do, so I asked him for the
12 hundred gourdes so I could leave.  He wouldn't
13 give me the money until he put his penis in my
14 buttocks, then he gave me money to go.
15 BY MR. FOLKMAN:
16     Q.   Okay.  And then you left without him?
17     A.   Yes, I left, left him at the hotel in
18 the room.
19     Q.   Okay.  And that's the last time,
20 right, that Douglas ever abused you?
21          MR. GARABEDIAN:  Objection.
22     A.   Yes, that was the last time, at the
23 hotel in Cormier Plage, that was the last time.
24 BY MR. FOLKMAN:
25     Q.   Okay.  Let me ask you a question about

Page 129

1  Paul Carrier, who we talked about earlier.
2           THE INTERPRETER:  I'm sorry, what's
3  the name?
4           MR. FOLKMAN:  Paul Carrier.
5  BY MR. FOLKMAN:
6      Q.   Pere Paul?
7      A.   Yes.
8      Q.   You told me earlier that you had seen
9  Paul Carrier one time at 13th Street, right?
10     A.   I usually just see him once, like I
11 see him on 13th Street once, at the Village
12 once, at Carenage one time, then I haven't seen
13 him -- I never see him again.
14     Q.   So you've seen him maybe three times
15 you think?
16     A.   I saw this delegation about three
17 times.
18     Q.   Okay.  And the delegation was Paul
19 Carrier, Hope Carter, and Douglas, is that
20 right?
21     A.   Yes.
22     Q.   And you already told us, I think, that
23 at 13th Street you didn't speak with Paul
24 Carrier because he didn't speak Creole?
25     A.   No.

33 (Pages 126 to 129)

Page 130

1    Q.   And you didn't speak with him at
2    Carenage because he didn't speak Creole?
3    A.   Yes, he doesn't.
4    Q.   And you didn't speak to him at the
5    Village because he doesn't speak Creole?
6    A.   No, he doesn't speak Creole.
7    Q.   Okay.  Let me -- I want to ask you
8    about the nurse or the Miss Prophéte you
9    mentioned before, okay?  In your answer to
10   Question Number 29 in Exhibit 2, you said that
11   you went to the Justinian Hospital and a nurse
12   brought you some medicine, and her name is Madam
13   Prophéte.
14       THE INTERPRETER:  What hospital?
15       MR. FOLKMAN:  Justinian.
16   A.   Yes, a nurse in the neighborhood, my
17   mother's friend.
18   BY MR. FOLKMAN:
19   Q.   Okay.  And I thought you had told us
20   before, but maybe I misunderstood, that you went
21   to 22nd Street to see her.
22   A.   Ms. Monprophéte?
23   Q.   Yes.
24   A.   Yes, 22nd Street, yes.  Yes, that's
25   where she live.

Page 131

1    Q.   Okay.
2    A.   22nd Street L.
3    Q.   She lived on 22nd Street.  I guess my
4    question is where did you go to see her after
5    you were hurt?
6    A.   Where did I see Ms. Prophéte?
7    Q.   Right.
8    A.   Did I go to her home or to the
9    hospital?
10   Q.   That's the question.
11       MR. GARABEDIAN:  Objection.
12   A.   I went to her home, and also to the
13   hospital.
14   BY MR. FOLKMAN:
15   Q.   So you saw her twice?
16   A.   I went to her house, she told me to
17   come to the hospital to get medicine to use on
18   my behind because of the bumps.
19   Q.   And that's what you did?
20   A.   Yes, I did.
21   Q.   Okay.  And do you remember the
22   medicine that she gave you?
23   A.   She gave me something in a bottle, and
24   she said to use -- to use it on my behind, on my
25   body, but when I use it, it burns a lot.

Page 132

1    Q.   Was that a lotion?
2        MR. GARABEDIAN:  Objection.
3    A.   A lotion.  It's like a cream.
4    BY MR. FOLKMAN:
5    Q.   And did she give you any other
6    medicine?
7    A.   No.  I didn't take anything else from
8    her.
9    Q.   Where were the lumps on your body?
10   A.   On my behind.  I couldn't even sit
11   straight, I had to sit on one side.  They would
12   come and go.  Sometimes they'd come and then
13   they'd disappear.
14   Q.   Okay.  And did anybody ever tell you
15   the name of a disease or a condition that caused
16   the bumps?
17   A.   No, no one ever told me.
18   Q.   When you were at the hospital, did you
19   see nurses or doctors filling out paperwork?
20   A.   No, I only saw Ms. Monprophéte.  She
21   gave me the lotion to use on my body.  And
22   that's all, that's the only person.  I didn't
23   see any nurses.
24   Q.   Is she -- she's not a nurse?
25       MR. GARABEDIAN:  Objection.

Page 133

1    A.   She's a nurse.
2    BY MR. FOLKMAN:
3    Q.   She is a nurse.  Okay.
4        And she works at the Justinian
5    Hospital?
6    A.   Yes, she work at the hospital.
7    Q.   Okay.  And aside from her, you've
8    never seen any other doctors or nurses about
9    medical problems that you suffered because
10   Douglas Perlitz abused you?
11       MR. GARABEDIAN:  Objection.
12   A.   Only Ms. Monprophéte.  To see another
13   nurse, I would have to have money.  Only
14   Ms. Monprophéte gave me the cream to help me
15   out.  I didn't have any money to see anyone
16   else.
17   BY MR. FOLKMAN:
18   Q.   Okay.  But you have seen other
19   doctors, haven't you?
20       MR. GARABEDIAN:  Objection.
21   A.   Did I see any other doctors?
22   BY MR. FOLKMAN:
23   Q.   Yes.
24       MR. GARABEDIAN:  Objection.
25   A.   I don't remember that.

34 (Pages 130 to 133)

Confidential - Subject to Further Confidentiality Review

Page 134

1    BY MR. FOLKMAN:
2       Q.   Okay.  Let me ask you to look at
3    Question Number 33 on Exhibit 2, the question
4    was "Identify each doctor or health care
5    professional," and I'm going to paraphrase a
6    little, who has treated you from January, 1995
7    to the present.  And your answer was "I saw
8    other doctors but I do not recall their names."
9            MR. GARABEDIAN:  Objection.
10   BY MR. FOLKMAN:
11      Q.   So my question is, did you see other
12   doctors between 1995 and today?
13      A.   I saw the doctors, but there were
14   other doctors that check me out, check my
15   behind.  I don't remember their name.
16   Afterwards they gave me a prescription to use on
17   my behind, to use on the bumps on my behind, but
18   I gave it to Ms. Monprophéte because I didn't
19   have any money to purchase them, and she said
20   she would do it for me.
21      Q.   Okay.  Were these doctors at the
22   Justinian Hospital?
23      A.   Yes, they work at the same hospital as
24   Ms. Monprophéte.
25      Q.   And so when you went to the hospital,

Page 135

1    did you see them, or did you see her, or did you
2    see both?
3       A.   Both.
4       Q.   Okay.  Do you remember the
5    prescription that they gave you?
6       A.   No.  Whenever I go to the hospital,
7    Ms. Monprophéte always takes care of it because
8    she knows I don't have any money.
9       Q.   You've been to the hospital other
10   times?
11      A.   Yes, I have been to the hospital, and
12   I usually give everything to Ms. Monprophéte.
13      Q.   And for what reason -- other than the
14   time when you went because you had the bumps on
15   your butt, what other reasons have you had to go
16   to the hospital?
17      A.   I went to the hospital for other
18   reason to be tested to see if I didn't have
19   AIDS.
20      Q.   Was that because Douglas had abused
21   you?
22      A.   Yes.
23      Q.   And do you know what the results of
24   that test were?
25      A.   Yes, I was given the result.

Page 136

1       Q.   And what was the result?
2       A.   The nurse has it.
3       Q.   The nurse has the result?
4       A.   I don't know what it is.  The nurse
5    has it.
6       Q.   Okay.  So let me make sure I
7    understand.
8            You had an AIDS test at Justinian
9    Hospital?
10      A.   The nurse said she'll get the result
11   for me.
12      Q.   When did you have the test done?
13      A.   Last week.
14      Q.   Okay.  Had you had an AIDS test done
15   before last week?
16      A.   No.
17      Q.   Why did you choose to get an AIDS
18   test --
19      A.   The first time I had the test was last
20   week.
21      Q.   And why did you choose to have an AIDS
22   test last week?
23            MR. GARABEDIAN:  Objection.
24      A.   Because I had a lot of bumps on my
25   behind, I wanted to make sure.

Page 137

1    BY MR. FOLKMAN:
2       Q.   So you still have -- just last week
3    you still have the bumps on your behind?
4       A.   Yes, I'm still using the medicine that
5    the nurse gave me.
6       Q.   The lotion?
7       A.   Yes.  And I still have the residues
8    from the bumps.
9       Q.   And do you believe that the bumps that
10   you have now were caused by the abuse that you
11   suffered from Douglas Perlitz?
12      A.   Yes, because I didn't used to have
13   that on my behind before.
14      Q.   Okay.  And even today, has any doctor
15   or nurse explained to you what the bumps are?
16            MR. GARABEDIAN:  Objection.
17      A.   No doctor or nurse have ever told me.
18   BY MR. FOLKMAN:
19      Q.   And your visit last week was at the
20   Justinian Hospital?
21      A.   Yes.
22            MR. FOLKMAN:  Okay.  We've been going
23   for about an hour and 20 minutes.  I'd like to
24   shake a short break.  Okay?  Thank you.
25            THE VIDEOGRAPHER:  Going off the

35 (Pages 134 to 137)

Confidential - Subject to Further Confidentiality Review

Page 138

1    record.  The time is 3:05.
2         (Whereupon, a recess was taken.)
3         THE VIDEOGRAPHER:  Back on the record.
4    The time is 3:25.
5    BY MR. FOLKMAN:
6         Q.  Mr. Guillaume, have you ever seen a
7    therapist or a psychiatrist?
8         MR. GARABEDIAN:  Objection.
9         A.  Only Ms. Monprophéte.
10   BY MR. FOLKMAN:
11        Q.  And as far as you know, she's not a
12   psychiatrist, is she?
13        A.  No, she's a nurse.
14        Q.  And none of the doctors that you --
15        A.  A doctor?
16        Q.  None of the doctors that you saw at
17   Justinian Hospital were psychiatrists, were
18   they?
19        A.  I don't know what that means.  I've
20   only seen a nurse.  A doctor?
21        Q.  Okay.  Have you ever been to see
22   anybody in order to talk about your problems?
23        MR. GARABEDIAN:  Objection.  I
24   instruct the witness not to answer to the extent
25   he's going to reveal attorney/client

Page 139

1    conversations.
2    BY MR. FOLKMAN:
3         Q.  I don't mean your lawyers.
4         A.  I saw Ms. Monprophéte.  I saw
5    Ms. Monprophéte, and I told her about all the
6    bumps on my behind.
7         Q.  I think you said that you didn't tell
8    her that you had been sexually abused because
9    you felt too ashamed about it.
10        A.  No, I didn't.  I was too ashamed to
11   tell her something like that, so I didn't.
12        Q.  Have you ever told any doctor or nurse
13   that you were sexually abused?
14        A.  No, I never told any doctors that.  I
15   just told them that I saw some bumps on my
16   behind, and then the doctor gave me some lotion
17   to use.
18        Q.  Okay.  You know that there are other
19   young men like you who are also bringing
20   lawsuits against Douglas Perlitz and Father
21   Carrier, right?
22        A.  Do I know other victims like myself?
23        Q.  You know that there are other people
24   who say they are victims and are bringing
25   lawsuits, right?

Page 140

1         MR. GARABEDIAN:  Objection.
2         A.  No.
3    BY MR. FOLKMAN:
4         Q.  Okay.  You know, don't you, that there
5    are young men who brought lawsuits a few years
6    ago, and then received some money because they
7    had brought the lawsuits?
8         MR. GARABEDIAN:  Objection.
9         A.  I don't know about that.
10   BY MR. FOLKMAN:
11        Q.  Do you know that Jimmy -- you
12   mentioned Jimmy Jesula before, do you remember
13   that?
14        THE INTERPRETER:  What was the name?
15        MR. FOLKMAN:  Jimmy Jesula or Jesula.
16        A.  Yes.
17   BY MR. FOLKMAN:
18        Q.  And do you know that he also had a
19   lawyer and brought a lawsuit against Douglas
20   Perlitz and Father Carrier and others?
21        MR. GARABEDIAN:  Objection.
22        A.  I don't know anything -- I don't know
23   anything about that.
24   BY MR. FOLKMAN:
25        Q.  So you're saying you don't know that

Page 141

1    anybody ever received any money because they
2    brought -- they went to court against Douglas or
3    Father Carrier or Hope Carter, is that true?
4         MR. GARABEDIAN:  Objection.
5         A.  No, I don't know anything about that.
6    BY MR. FOLKMAN:
7         Q.  Okay.  Now, you said that you had told
8    a Haitian teacher called Andy or Anncie that you
9    had been abused, right?
10        A.  Yes.  The name is Andy.
11        Q.  Okay.  And leaving out your lawyers,
12   did you ever tell anybody else that you had been
13   abused by Douglas Perlitz?
14        MR. GARABEDIAN:  Objection.  I
15   instruct him not to answer to the extent he's
16   going to reveal attorney/client conversations.
17        MR. FOLKMAN:  Do you want me to ask
18   the question again?
19        The question was, did he ever tell
20   anybody except his lawyers that he had been
21   sexually abused by Douglas.
22        MR. GARABEDIAN:  Objection.
23        A.  I don't know that I told anyone else.
24   BY MR. FOLKMAN:
25        Q.  How did you get here today?

36 (Pages 138 to 141)

Confidential - Subject to Further Confidentiality Review

Page 142

1          MR. GARABEDIAN: Objection.
2      A.   Mr. Cyrus told me, he told me that
3  they needed me for a statement.
4  BY MR. FOLKMAN:
5      Q.   And so how did you get here from
6  Cap-Haïtien?
7      A.   I took the bus.
8      Q.   Okay.  Did you take it alone?
9      A.   Cyrus put me on the bus.
10     Q.   With any other young men?
11     A.   I don't know.  I didn't see any other
12 young men.  I don't know if they were there.
13     Q.   Geffrard Lecenat, is that a name you
14 know?
15     A.   Do I know Geffrard Lecenat?
16     Q.   Yes.
17     A.   I know him from the program, from
18 project.  I don't know if he was on the bus.  He
19 might have been there, I don't know.
20     Q.   Okay.  You don't know that he's coming
21 to testify just like you are?  That's nothing
22 something anybody ever told you?
23     A.   No.
24     Q.   And how about Jasmin or Jasmin Joseph,
25 do you know him?

Page 143

1      A.   I know Jasmin Joseph from the project,
2  but I don't know if they're coming here today.
3      Q.   Okay.  I don't mean today, but in the
4  next few days?
5      A.   I don't know about anybody else.  I
6  only know that I'm coming.
7      Q.   Okay.  So you took like a city bus
8  from Cap-Haïtien to Puerto Plata, is that right?
9      A.   Yes.
10     Q.   And then once you got to Puerto Plata,
11 did someone pick you up?
12         MR. STEWART:  Can we take a break for
13 a minute?
14         MR. FOLKMAN:  Okay.  Off the record
15 for a minute.
16         THE VIDEOGRAPHER:  Going off the
17 record.  The time is 3:35 -- 3:36, I'm sorry.
18         (Whereupon, a recess was taken.)
19         THE VIDEOGRAPHER:  Back on the record.
20 The time is 3:42.
21         MR. GARABEDIAN:  There was some
22 confusion with regard to translation.  Can you
23 restart that line of questioning?
24         MR. FOLKMAN:  Restart the whole line
25 of questioning?

Page 144

1          MR. GARABEDIAN: Concerning --
2          MR. FOLKMAN:  How he get here?
3          MR. GARABEDIAN:  Yes.
4  BY MR. FOLKMAN:
5      Q.   So you took a bus to get here, is that
6  true?
7      A.   Yes.
8      Q.   And that was a city bus?
9      A.   Yes.
10     Q.   And did you ride on the bus with
11 anybody?
12     A.   Did I ride on the bus with other
13 people?  There were two men behind me, sitting
14 behind me.
15     Q.   And it was only the three of you on
16 the bus?
17     A.   Yeah, there were other people, but I
18 don't know who they are.
19     Q.   Who were the two men behind you?
20     A.   The two men behind me, there were two
21 other guys that are also in the project, in the
22 program.
23     Q.   Is that Jasmin Joseph and Geffrard
24 Lecenat?
25     A.   Yes.

Page 145

1      Q.   And you didn't understand my questions
2  about that before?
3          MR. GARABEDIAN:  Objection.
4      A.   No.
5  BY MR. FOLKMAN:
6      Q.   But having -- now you understand?
7      A.   Now I understand.
8      Q.   Okay.  And do you know that those two
9  gentlemen are also bringing lawsuits against
10 Douglas Perlitz and Father Carrier?
11     A.   I don't know anything about their
12 lawsuits.
13     Q.   Do you know that they're bringing
14 lawsuits?
15     A.   I just know they also kids from the
16 program.
17     Q.   So you have no idea why they're here?
18         MR. GARABEDIAN:  Objection.
19     A.   I don't have any idea why they're
20 here?
21 BY MR. FOLKMAN:
22     Q.   Do you?
23     A.   They're coming for the same -- I don't
24 know, I think they're coming for the same reason
25 that I'm here.  I don't know.

37 (Pages 142 to 145)

Confidential - Subject to Further Confidentiality Review

Page 146

1    Q.   When was the last time you saw either
2   of them before you got on that bus?
3        MR. GARABEDIAN:  Objection.
4        A.   I saw them on the bus.
5   BY MR. FOLKMAN:
6        Q.   And before that, when was the last
7   time?
8        A.   Before I saw them on the bus?
9        Q.   Yes, when was the last time you saw
10  them?
11       A.   I have not seen them.  I only saw them
12  on the bus.
13       Q.   And you hadn't seen them maybe since
14  the time of the project, is that true?
15       MR. GARABEDIAN:  Objection.
16       A.   Yes.
17  BY MR. FOLKMAN:
18       Q.   So when you get on the bus and you see
19  these two fellows that you knew from the
20  project, did you say "hey, what are you doing
21  here?"
22       A.   No, I didn't ask them what they were
23  doing here.  I just shook their hand and I sat
24  down.
25       Q.   So you three rode in silence and

Page 147

1   didn't discuss the reasons for your trip, is
2   that true?
3        MR. GARABEDIAN:  Objection.
4        A.   No.
5   BY MR. FOLKMAN:
6        Q.   Are you staying in your own room at
7   this hotel, or do you have a roommate?
8        A.   At the hotel I have a room by myself.
9        Q.   Okay.  And have you eaten your meals
10  with Mr. Joseph and Mr. Lecenat since you got
11  here?
12       A.   Yeah, we eat together, but we don't
13  discuss anything together.  When -- after we
14  finish eating, they go to their rooms and I go
15  to mine.
16       Q.   And they haven't asked you why you're
17  here?
18       A.   No.
19       Q.   Is Cyrus Sibert here?
20       THE INTERPRETER:  I'm sorry?
21       MR. FOLKMAN:  Is Cyrus Sibert,
22  S-I-B-E-R-T, here.
23       A.   Without him we wouldn't have been able
24  to come here.  He took us here.  He's the one
25  who show us where to go.

Page 148

1        Q.   I thought you said you took a bus.
2        A.   Yeah, we took the bus.  Cyrus put us
3   on the bus.
4        Q.   Did he buy the tickets?
5        A.   Yes, he gave us the tickets.
6        Q.   And he bought them for all three of
7   you?
8        A.   Probably.
9        MR. GARABEDIAN:  Objection.
10  BY MR. FOLKMAN:
11       Q.   Did that give you any ideas about why
12  the other two gentlemen might be here?
13       MR. GARABEDIAN:  Objection.
14       A.   I don't know.
15  BY MR. FOLKMAN:
16       Q.   Okay.
17       A.   I don't know.
18       Q.   All right.  I think you've already
19  testified that aside from your lawyers, the only
20  person that you told that you had been sexually
21  abused was Andy or Anncie?
22       MR. GARABEDIAN:  Objection.  Instruct
23  him not to answer to the extent it's going to
24  reveal attorney/client --
25       THE INTERPRETER:  I'm sorry.

Page 149

1        MR. GARABEDIAN:  Objection.  I
2   instruct him not to answer to the extent it's
3   going to reveal attorney/client conversations.
4   BY MR. FOLKMAN:
5        Q.   Okay.  And I'm not asking for your
6   lawyers.  Anybody except your lawyers, the only
7   person you told that you were sexually abused
8   was Andy or Anncie?
9        A.   No.
10       Q.   No, you haven't told anybody else?
11       MR. GARABEDIAN:  Objection.
12       A.   No.
13  BY MR. FOLKMAN:
14       Q.   Okay.  And you've said that Cyrus
15  Sibert referred you to your lawyers, is that
16  true?
17       A.   Yes, Cyrus Sibert said our name to the
18  attorney.
19       Q.   So how did Cyrus Sibert know that you
20  would need an attorney if you didn't tell him
21  that you had been sexually abused?
22       MR. GARABEDIAN:  Objection.
23       A.   I told him -- I talked to him about it
24  and he said he would write.  He told me that he
25  would send my name and my telephone number to

38 (Pages 146 to 149)

Confidential - Subject to Further Confidentiality Review

Page 150

1  the attorney, and the attorney will speak with
2  me.
3  BY MR. FOLKMAN:
4      Q.   Okay.  So you did tell Cyrus Sibert
5  that you had been abused?
6      A.   I talked to him about the subject.
7      Q.   Well, did you tell him that you had
8  been abused, or did you not tell him that you
9  had been abused?
10          MR. GARABEDIAN:  Objection.
11      A.   Did I tell him or did I -- tell Cyrus
12  I was abused, or did I not tell him?
13  BY MR. FOLKMAN:
14      Q.   Correct.
15      A.   Yes, I did tell Cyrus that.  Yes, I
16  did tell Cyrus that Douglas had homosexual sex
17  with me, which is why he gave my name and my
18  telephone number to the attorneys so that the
19  attorney would speak with me.
20      Q.   And when did you tell this to Cyrus?
21      A.   I don't remember.
22      Q.   Well, was it five years ago?
23          MR. GARABEDIAN:  Objection.
24      A.   I don't remember the date.
25  BY MR. FOLKMAN:

Page 151

1      Q.   You can't remember if it was more or
2  less than five years ago?
3      A.   I don't know if it was five years ago
4  when I told him.  I don't think it was five
5  years ago.  I don't think it's been -- it was
6  that long ago when I told him.  I don't
7  remember.
8      Q.   Well, let's look at your answer to
9  Question Number 12 in Exhibit 2.  One of the
10  things you said was that you retained counsel in
11  approximately September, 2013.
12      A.   September, 2013?
13      Q.   Right.  Does that help you remember --
14  well, first of all, is it true that you hired
15  your lawyers in September, 2013?
16          MR. GARABEDIAN:  Objection.  Instruct
17  him not to answer to the extent he's going to
18  reveal attorney/client conversations.
19      A.   Don't remember.
20  BY MR. FOLKMAN:
21      Q.   But you remembered in July of 2014,
22  didn't you?
23      A.   Something like that, but I don't
24  really remember.
25      Q.   Okay.  In any case, that's what you

Page 152

1  told somebody, or wrote, or in some way that's
2  your answer, that you retained counsel in
3  approximately September of 2013, right?
4      A.   Is that what it says?  Is that what's
5  written?
6      Q.   It is.
7      A.   If that's what's written, then that's
8  what it is, but I don't remember.
9      Q.   Okay.  If you hired your lawyers in
10  September, 2013, does that help you figure out
11  in your mind when you talked with Cyrus about
12  being sexually abused?
13      A.   No.
14      Q.   Now, how did you know to go talk to
15  Cyrus?
16          MR. GARABEDIAN:  Objection.
17      A.   How did I know to talk to Cyrus?
18  BY MR. FOLKMAN:
19      Q.   Right.
20      A.   I went to the radio with Cyrus and he
21  told me to -- to Cyrus, and he told me to put my
22  name and my phone number on a piece of paper.  I
23  told him how Douglas had homosexual sex with me,
24  how Douglas had homosexual sex with me, and he
25  said just an attorney would call me, he would

Page 153

1  take care of me.
2      Q.   How did you know to go to the radio
3  station?
4      A.   How do I know to go to the radio
5  station?
6      Q.   Right.
7      A.   On the radio they talk about
8  homosexuals, so I went to talk about how Douglas
9  had homosexual sex with me.
10      Q.   Did you hear something on the radio
11  that said if you were a victim of Douglas
12  Perlitz you should come to the station?
13          MR. GARABEDIAN:  Objection.
14      A.   No, I didn't hear that.
15  BY MR. FOLKMAN:
16      Q.   Okay.  So what did you hear that made
17  you decide to go to the station to tell Cyrus
18  that you had been sexually abused?
19      A.   I saw Cyrus on the radio station, at
20  the radio station, and I told him what happened,
21  what happened to me, and he said, okay, just
22  give me your name and your phone number, and
23  then attorney will contact me.
24      Q.   Yes, I understand.  I'm trying to ask
25  you a slightly different question, and I'm sorry

39 (Pages 150 to 153)

Confidential - Subject to Further Confidentiality Review

Page 154

1    if I'm being confusing.
2        My question is, something must have
3    suggested to you that if you went -- that the
4    radio station was a place that you should go or
5    could go to tell someone that you had been
6    sexually abused. In other words, you didn't go
7    to the police station, right?
8        A.  What was the question?
9        Q.  You didn't go to the police station to
10   tell them you had been sexually abused?
11       A.  I didn't go to the police. I went to
12   see a journalist.
13       Q.  Okay. And you chose Cyrus Sibert?
14       A.  Yes, because he's a journalist,
15   because he could help, he could help me in this
16   case.
17       Q.  And he's not the only --
18       MR. GARABEDIAN: Excuse me. Finish
19   the answer, please.
20   BY MR. FOLKMAN:
21       Q.  You said -- I'm sorry, I think I cut
22   you off. I thought you were done.
23       A.  So I went to see him. I'm sorry.
24       Q.  I'm sorry. That's my fault.
25       He's not the only journalist in

Page 155

1    Cap-Haïtien?
2        A.  He's not the only journalist, but his
3    radio station is the closest to Cap-Haïtien.
4        Q.  So you're saying that the reason you
5    chose to go to Cyrus Sibert was simply because
6    his radio station was the one that was located
7    closest to where you were?
8        MR. GARABEDIAN: Objection.
9        A.  Not because -- it's not the closest,
10   it's at a distance, but I can pay a motorcycle
11   15, $25 to go to the station.
12   BY MR. FOLKMAN:
13       Q.  And can you tell me any reason why you
14   chose that station as opposed to any other radio
15   station or journalist that you might have gone
16   to?
17       MR. GARABEDIAN: Objection.
18       A.  Because I chose Cyrus.
19   BY MR. FOLKMAN:
20       Q.  You didn't know that Cyrus was
21   broadcasting about the fact that other kids were
22   accusing Douglas Perlitz of sexual abuse?
23       MR. GARABEDIAN: Objection.
24       A.  Did Cyrus broadcast on the radio that
25   there were other children that Douglas had

Page 156

1    abused?
2    BY MR. FOLKMAN:
3        Q.  I guess that's what I'm asking. Do
4    you know if he did or not?
5        MR. GARABEDIAN: Objection.
6        A.  Did he have a program on that?
7    BY MR. FOLKMAN:
8        Q.  Did he? That's my question.
9        A.  I don't know if he did, but I went to
10   see him and told him about it.
11       Q.  So you don't know whether he had such
12   a program? You never heard it?
13       MR. GARABEDIAN: Objection.
14       A.  I know that Cyrus is a journalist in
15   Cap-Haïtien, but I don't know if he had a
16   program on that.
17   BY MR. FOLKMAN:
18       Q.  And you never heard any of the other
19   young men from the project talking about Cyrus
20   Sibert or his program broadcasting news about
21   Douglas Perlitz?
22       MR. GARABEDIAN: Objection.
23       A.  If he used to talk about the other
24   boys that died on the radio?
25   BY MR. FOLKMAN:

Page 157

1        Q.  No, I guess what I'm asking is you
2    never heard any of the other boys talking about
3    Cyrus's program and whether it dealt with sexual
4    abuse by Douglas Perlitz?
5        MR. GARABEDIAN: Objection.
6        A.  No.
7    BY MR. FOLKMAN:
8        Q.  Okay. Did you ever attend a meeting,
9    or try to attend a meeting of victims that you
10   were kept out of?
11       A.  I don't go to meetings.
12       Q.  You never attended any meeting of
13   victims?
14       A.  I don't know. Maybe I wasn't there,
15   but I don't know anything about such meeting.
16       Q.  When you went to Cyrus's station, were
17   you the only young man from Project PPT who was
18   there, or were there others?
19       MR. GARABEDIAN: Objection.
20       A.  When I went to speak with Cyrus on the
21   radio, I was the only one.
22   BY MR. FOLKMAN:
23       Q.  And you said that he had you write
24   your name and information down?
25       A.  Yes, he took me name and my telephone

40 (Pages 154 to 157)

Confidential - Subject to Further Confidentiality Review

Page 158

1    number, and he said to charge my phone because
2    he's going to have the attorney call me, the
3    attorney can help me with the situation.
4        Q.    And was there a list that you put your
5    name on, or did he write it down?  Well, strike
6    that.
7            Was there a list that he asked you to
8    write your name on?
9        A.    No, I already had my name and my phone
10   number -- I already had my name and my telephone
11   number written on a piece of paper.  I don't
12   know if he included my name on a list.  I don't
13   know.
14       Q.    Okay.  Did you know when you went to
15   see Cyrus that Douglas Perlitz was serving a
16   prison sentence in the United States?
17           MR. GARABEDIAN:  Objection.
18       A.    When I went to see Cyrus, did I know
19   that Douglas Perlitz was in jail?
20   BY MR. FOLKMAN:
21       Q.    Yes.
22       A.    I don't know anything about that.
23       Q.    Do you know today whether Douglas
24   Perlitz is in jail?
25       A.    I was told that Douglas was in jail,

Page 159

1    then I was told that he was released, I don't
2    know.
3        Q.    So as far as you know today, he's not
4    in jail?
5            MR. GARABEDIAN:  Objection.
6        A.    I was told that he's no longer in
7    jail.  I don't know.
8    BY MR. FOLKMAN:
9        Q.    I don't want you to tell me anything
10   your lawyers told you, okay?  But did someone --
11   did you hear that from someone other than your
12   lawyers?
13           MR. GARABEDIAN:  Objection.  I
14   instruct him not to answer to the extent he's
15   going to reveal attorney/client conversations.
16       A.    No.
17   BY MR. FOLKMAN:
18       Q.    Okay.  Let me ask you about the -- you
19   know that -- let me start again.
20           If you win your lawsuit, that means
21   that you will get money from the people that
22   you're suing.  Do you understand that?
23           MR. GARABEDIAN:  Objection.
24       A.    I don't know.  I don't know if I'm
25   going to win any money.  I just want justice

Page 160

1    from what happened to me.
2    BY MR. FOLKMAN:
3        Q.    I understand, you want justice.  And
4    what I'm asking is, do you know, if you do win,
5    the form that the justice will take is you'll
6    get money?
7        A.    I don't know.
8        Q.    Okay.  So you're not in this for the
9    money?
10           MR. GARABEDIAN:  Objection.
11       A.    No.
12   BY MR. FOLKMAN:
13       Q.    And your testimony is you don't even
14   know whether you would get any money if you won?
15           MR. GARABEDIAN:  Objection.
16       A.    I don't know if it's money.  What I
17   know is I would like the judge to -- I'd like
18   to see justice.
19   BY MR. FOLKMAN:
20       Q.    All right.
21       A.    I'd like the judge to render justice.
22       Q.    And you don't know whether any other
23   kids ever got any money because they claimed
24   they had been abused by Douglas Perlitz?
25           MR. GARABEDIAN:  Objection.

Page 161

1        A.    No, I don't know anything about that.
2    BY MR. FOLKMAN:
3        Q.    Do you know Francilien Jean-Charles?
4        A.    I don't know those people.
5        Q.    Which people?
6        A.    The person that you just mentioned.
7        Q.    You don't know Francilien
8    Jean-Charles, Francilien?
9        A.    I do know Francilien Jean-Charles, but
10   I have not seen him in a while in Haiti.
11       Q.    And you don't know whether he got
12   money, do you, because he claimed that Douglas
13   Perlitz sexually abused him?
14           MR. GARABEDIAN:  Objection.
15       A.    I don't know anything about that.
16   BY MR. FOLKMAN:
17       Q.    How about Joseph Jean-Charles, do you
18   know him?
19       A.    I know Joseph, but it's been a while
20   since I've seen these guys.
21       Q.    And you don't know if he got any
22   money?
23       A.    No.
24       Q.    And Benson Alcime, do you know him?
25       A.    Yes, I know them from the program,

41 (Pages 158 to 161)

Confidential - Subject to Further Confidentiality Review

Page 162

1  from the project, but it's been a while since
2  I've seen them or talked to them.
3      Q.   And you don't know that he got any
4  money?
5          MR. GARABEDIAN:  Objection.
6      A.   No.
7  BY MR. FOLKMAN:
8      Q.   I've got a list of 24 names here.  You
9  don't know -- if I were to read you any names,
10  you wouldn't know that anybody got money because
11  they sued Douglas Perlitz, is that right?
12         MR. GARABEDIAN:  Objection.
13     A.   No.
14  BY MR. FOLKMAN:
15     Q.   Okay.  You live in Cap-Haïtien, right?
16     A.   Yes.
17     Q.   Do you listen to Cyrus Sibert's radio
18  show?
19     A.   I don't have a radio at home, so I
20  don't listen to him at home.  Sometimes when I'm
21  out in the street I can hear -- if they have it
22  on in one of the businesses I hear it.
23     Q.   You -- in your answer to one of these
24  questions, you said that Tiguy -- based on your
25  conversations with Tiguy, you believe that

Page 163

1  Douglas slept with Tiguy, is that true?
2      A.   Yes, we talked about that.
3      Q.   Okay.  And also --
4          MR. GARABEDIAN:  Can we take a break
5  for a minute?
6          MR. FOLKMAN:  Okay.
7          MR. GARABEDIAN:  Let's take a break.
8          THE VIDEOGRAPHER:  Going off the
9  record.  The time is 4:14.
10         (Whereupon, a recess was taken.)
11         THE VIDEOGRAPHER:  Back on the record.
12  The time is 4:24.
13         MR. GARABEDIAN:  I have no objection
14  if you re-ask the questions from the last break.
15  There's an interpretation issue relating to my
16  instructing him not to answer as to the
17  attorney/client privilege, and he's very
18  confused about it.  So if you want to re-ask
19  those questions, that's fine.
20  BY MR. FOLKMAN:
21     Q.   Okay.  Have you been confused about my
22  questions?
23     A.   What do you mean "confused"?
24         MR. KERRIGAN:  Mitch, what line of
25  questioning are you asking Ted to repeat?

Page 164

1          MR. GARABEDIAN:  From the last break.
2  BY MR. FOLKMAN:
3      Q.   So my question to you was, were you
4  confused about the questions that I was asking
5  you before we took that break?
6          MR. GARABEDIAN:  It's not the
7  questions he's confused about, it's relating to
8  the instruction, my instructing him not to
9  answer the attorney/client -- according to
10  attorney/client privilege.
11         MR. FOLKMAN:  Okay.
12  BY MR. FOLKMAN:
13     Q.   So my question is, were you confused
14  about my questions, first?
15     A.   The questions that you asked me?
16     Q.   Yes.
17     A.   Some of them I didn't really
18  understand.
19     Q.   Okay.  What -- well, have you been
20  telling me the truth as best you can today?
21         MR. GARABEDIAN:  Objection.
22     A.   Am I telling you the truth?
23  BY MR. FOLKMAN:
24     Q.   Have you been telling me the truth
25  today?

Page 165

1      A.   Yes.
2      Q.   And I know you had a discussion in the
3  hall about your client's instructions to you.
4  In light of whatever you said to him out there,
5  and I don't want you to tell me what was said,
6  are there any answers that you gave that you
7  want to revise?
8          MR. GARABEDIAN:  Objection.
9      A.   Do I want to revise the answer to the
10  questions that you asked me?
11  BY MR. FOLKMAN:
12     Q.   Yes.
13     A.   Yeah, let's do that, because some of
14  the questions I didn't really understand.
15     Q.   Okay.  So do you want to tell me what
16  you think you got wrong?
17         MR. GARABEDIAN:  Objection.
18         How can he if he didn't understand the
19  question?
20         MR. FOLKMAN:  Let him answer, Mitch.
21     A.   The subject that you were speaking
22  about before.
23  BY MR. FOLKMAN:
24     Q.   Well, the last thing we were speaking
25  about, sir, was how it was that you knew to go

42 (Pages 162 to 165)

Confidential - Subject to Further Confidentiality Review

Page 166

1    to Cyrus's radio station. Do you remember that?
2        A.   So the last question you asked me, how
3    did I know to go to Cyrus's radio station?
4        Q.   That's not the last question I asked
5    you, but I just want to make sure that we go
6    back and get the story right, get the truth.
7        A.   Okay.
8        Q.   Do you understand, when I ask you how
9    did you know to go to Cyrus's radio station to
10   report the fact that you had been sexually
11   abused, do you understand what I'm asking?
12       A.   How did I know to go to Cyrus's radio
13   station?
14       Q.   Yes. How did you know to go to
15   Cyrus's radio station?
16       A.   Because I know that Cyrus is a
17   journalist, he can help me on that subject.
18       Q.   But you never -- it's true, isn't it,
19   that you never heard any broadcast or any of his
20   shows that talked about Douglas Perlitz and
21   sexual abuse?
22           MR. GARABEDIAN: Objection.
23       A.   Yes, I have heard that in one of his
24   programs.
25   BY MR. FOLKMAN:

Page 167

1        Q.   You did hear that in one of his
2    programs?
3        A.   Yes. Cyrus does broadcast that, talks
4    about that on his station.
5        Q.   Okay. And you didn't understand when
6    I asked you that before, but you now you
7    understand the question.
8            MR. GARABEDIAN: Objection.
9    BY MR. FOLKMAN:
10       Q.   And you know that he does broadcast
11   that?
12           MR. GARABEDIAN: Objection.
13       A.   Now I understand.
14   BY MR. FOLKMAN:
15       Q.   Now you understand. Okay.
16           So did you ever hear Cyrus talk on the
17   radio about kids who had gotten money?
18       A.   Has Cyrus ever broadcast that some of
19   the children have gotten money?
20       Q.   Yes.
21       A.   Yes, he did broadcast, it was
22   broadcast, that he said that some of the
23   children have gotten that kind of justice.
24       Q.   And you knew that?
25       A.   Yes, I did hear that on his radio

Page 168

1    program.
2        Q.   And when I asked you that before you
3    didn't understand, but now you understand.
4            MR. GARABEDIAN: Objection.
5        A.   Yes, now I understand that that's what
6    you were talking about.
7    BY MR. FOLKMAN:
8        Q.   Okay. Good.
9            And let's go through some of these
10   names. Francilien Jean-Charles.
11       A.   Are we going to talk about Francilien?
12       Q.   I'm going to ask, do you know whether
13   he got money?
14           MR. GARABEDIAN: Objection.
15       A.   I've seen him in public
16   transportation, because I've seen him, I did
17   know.
18   BY MR. FOLKMAN:
19       Q.   And you knew that Joseph Jean-Charles
20   got money?
21       A.   I've seen all of them in cars.
22       Q.   New cars?
23       A.   Yes.
24       Q.   And do you know where the money came
25   from to buy the cars?

Page 169

1        A.   Do I know where they got the money to
2    buy these cars?
3        Q.   Yes.
4            I'm sorry, can you speak up, please?
5        A.   Do I know where they got the money to
6    buy the cars?
7        Q.   Sure. Do you know where they got the
8    money to buy the cars?
9        A.   In Cap-Haïtien they always say that --
10   the whole population is always saying that, that
11   these boys have money to homosexual contacts,
12   they using their behind for money.
13       Q.   Are you saying that you thought they
14   got the money to buy new cars not from any kind
15   of lawsuit, but because that they were engaged
16   in prostitution?
17           MR. GARABEDIAN: Objection.
18       A.   Is it because they got money from
19   suing Douglas?
20   BY MR. FOLKMAN:
21       Q.   Yes.
22       A.   Yeah, that's what I heard, because
23   they sued.
24       Q.   And that was a whole bunch of kids,
25   right?

43 (Pages 166 to 169)

Confidential - Subject to Further Confidentiality Review

Page 170

1    A.   Yeah, I've seen all of them, one after
2  the other, in cars.
3    Q.   And you went to see Cyrus after you
4  knew that, right?
5    A.   No.
6    Q.   You went to see Cyrus before you knew
7  that the kids had gotten money?
8    A.   I saw Cyrus, then afterward I saw the
9  guys passing by in cars.
10    Q.   Okay.  So what was it that made you go
11  to Cyrus?
12    A.   I went to see Cyrus to see if he could
13  help me with my case, and I went to see him, and
14  he said he would send my name and my telephone
15  number and I would get help.
16    Q.   Why weren't you in the first group of
17  kids who brought lawsuits?
18    A.   Why wasn't I part of the first group?
19    Q.   Right.
20    A.   I used to go to a place on 14th Street
21  where they used to have meeting.  Maybe they
22  didn't send my name.
23    Q.   I thought you gave your name.
24    A.   I gave my name.  Maybe they removed my
25  name.  I did give my name.

Page 171

1    Q.   Well, did you give your name -- the
2  school closed in, what, in 2008, is that right,
3  2009?
4    A.   I think so.
5    Q.   And you didn't go to Cyrus in 2008 or
6  2009, did you?
7    A.   I used to go to a meeting that they
8  used to have on 14th Street.
9    Q.   I thought you said you didn't attend
10  any meetings.
11        MR. GARABEDIAN:  Objection.
12    A.   I went, gave my name, but I didn't
13  stay.
14  BY MR. FOLKMAN:
15    Q.   Who was at this meeting?
16    A.   I saw Robenson.
17    Q.   And was this a meeting of people who
18  said that they were victims of Douglas Perlitz,
19  or people who said that they were not victims of
20  Douglas Perlitz?
21        MR. GARABEDIAN:  Objection.
22    A.   This meeting was meetings with people
23  who were victims.
24  BY MR. FOLKMAN:
25    Q.   Okay.  How long after you went to

Page 172

1  Cyrus did you hear from your lawyers?
2        MR. GARABEDIAN:  Objection.  I
3  instruct him not to answer to the extent he's
4  going to reveal attorney/client communications.
5    A.   I don't know.
6  BY MR. FOLKMAN:
7    Q.   You have no idea.  It might have been
8  a day?
9    A.   I don't know.  I don't remember.
10    Q.   You can't tell me if it was a day, a
11  week, a month, or a year?
12    A.   I couldn't tell you whether it was a
13  day or a year because I don't remember.
14    Q.   Okay.  Did you go back to Cyrus more
15  than once?
16    A.   Did I see Cyrus more than one time?
17    Q.   Yes.
18    A.   I've seen him once on the radio, but
19  I've seen him several times out in the street in
20  the car, in the street.
21    Q.   You've seen him.  My question is have
22  you gone and talked to him more than once, or is
23  it just the one time?
24    A.   I talk to him in the street when he's
25  in the car.

Page 173

1    Q.   And what do you talk to him about?
2    A.   Yes, I asked him about the case
3  because they never call me.  He said to just
4  relax, charge my phone, keep my phone charged,
5  they will call.
6    Q.   And eventually they did call?
7    A.   Yes, afterwards they called.
8    Q.   Okay.  There were several kids who you
9  say told you that Douglas had abused them,
10  right?
11    A.   Yes.
12    Q.   And those are Guisman Pierre?
13    A.   Guisman?
14    Q.   Guisman, G-U-I-S-M-A-N?
15    A.   Yes.
16    Q.   Tiguy, right?
17    A.   Tiguy, yes.
18    Q.   Walky Joseph?
19    A.   Walky Joseph, yes.
20    Q.   And by the way, Walky Joseph is the
21  same as Rocky Joseph, right?  We were talking
22  about Rocky before.  Is that the same person?
23    A.   Yes, Walky.
24    Q.   Wilnaud told you that he had been
25  abused?  Wilnaud?

44 (Pages 170 to 173)

Confidential - Subject to Further Confidentiality Review

Page 174

1    A.   Yes, Wilnaud.
2    Q.   And Wilnaud is Felix Pierre?
3    A.   Wilnaud, yes.
4    Q.   Sonson, S-O-N-S-O-N?
5    A.   Yes.
6    Q.   Jonas, or Jonas?
7    A.   Jonas.
8    Q.   Pierre Antoine Charles?
9    A.   Yes.
10   Q.   Nicodeme Dolce?
11   A.   Nicodeme Dolce.
12   Q.   And Lobo?
13   A.   Lobo.
14   Q.   So all those kids told you that they
15   had been abused?
16   A.   Yes.
17   Q.   And did you ever talk with them about
18   bringing lawsuits?
19       MR. GARABEDIAN:  Objection.
20   A.   No, we were discussing ideas.  We were
21   saying he did that to us and then he went back
22   to his country, so we were discussing on what to
23   do about this, something like that.
24   BY MR. FOLKMAN:
25   Q.   And what did you decide amongst

Page 175

1    yourselves?
2    A.   We decided -- the guys decided to go
3    on the radio.
4    Q.   Including you?
5    A.   Yeah, I did.  I wrote down my name,
6    and Cyrus told us to write down our names and
7    telephone number, to just relax, that he'll send
8    the names to the attorney.
9    Q.   When you say you went on the radio,
10   though, do you mean that you actually spoke on
11   the radio so other people could hear?
12   A.   No, no, I just gave my name and phone
13   numbers.  I didn't speak.
14   Q.   Okay.  Let me just change topics and
15   ask you about the ways that you've been injured
16   by Douglas Perlitz.
17       Okay.  You've already told me that
18   when he was abusing you it was painful, right?
19   A.   Yes.
20   Q.   And you had those bumps on your butt,
21   right?
22   A.   Yes.
23   Q.   Okay.  What other ways physically have
24   you been injured by Douglas Perlitz?
25   A.   I think -- when I think about it, I

Page 176

1    feel like that what I've done is against God,
2    it's against God's law.  That's why I drink
3    alcohol.  I drink a lot of alcohol, because I
4    think about killing myself, so whenever I think
5    about killing myself I drink a lot.  I drink so
6    much that sometimes you could walk by -- if you
7    walk by you will see me just sleeping on a
8    sidewalk.  I want to kill -- I feel like killing
9    myself because I feel like I did against God's
10   law.
11   Q.   And so because you were abused by
12   Douglas Perlitz, you're saying you felt a lot of
13   anguish in your mind?
14   A.   God says that -- God, bad word is
15   against homosexuals.  That's why a lot of time I
16   want to kill myself, because this is against
17   God.
18   Q.   Let me just ask you a little bit about
19   your religious background.
20       Are you a Christian?
21   A.   Yes.
22   Q.   And have you always been?
23       MR. GARABEDIAN:  Objection.
24   A.   While he was abusing me, was I a
25   Christian?

Page 177

1    BY MR. FOLKMAN:
2    Q.   Yes.
3    A.   Yes, I was a Christian.  But now I
4    feel like I'm alone, that's why I want to kill
5    myself.  For now I don't think I'm a Christian
6    anymore.
7    Q.   Were you raised as a Roman Catholic?
8    In other words, when you were a Christian, were
9    you a Roman Catholic?
10   A.   Was I a Catholic?
11   Q.   Yes.
12   A.   Yes, in the project I was Catholic.
13   Q.   Did you have a church that you
14   attended?
15   A.   Yes, as a chaplain in the program I
16   used to go to church.
17   Q.   And is there a priest in Cap-Haïtien
18   that you regard as -- or regarded as your
19   priest?
20   A.   Well, I don't know the priest.  I used
21   to go to Notre Dame, Cap-Haïtien, but I wouldn't
22   say he's my priest, but I used to go to the
23   church.  I don't really know the priest.  But I
24   stopped going to church after that.
25   Q.   When you went to church, that's where

45 (Pages 174 to 177)

Confidential - Subject to Further Confidentiality Review

Page 178

1    you went?
2            MR. GARABEDIAN: Objection.
3        A. Yeah, I used to go to Notre Dame.
4    Also I used to go to the chapel at the project.
5            MR. STEWART: It's 5:00 o'clock.
6            MR. FOLKMAN: I may be done. I'm
7    going to take one minute and see if I have
8    anything else.
9            MR. STEWART: They all still need to
10   go.
11           MR. FOLKMAN: Well, we've had to do
12   some stuff over.
13           MR. STEWART: I understand that,
14   but --
15           MR. FOLKMAN: Let's go off the record.
16           THE VIDEOGRAPHER: Going off the
17   record. The time is 4:50.
18           (Whereupon, a recess was taken.)
19           THE VIDEOGRAPHER: Back on the record.
20   The time is 4:59.
21           MR. FOLKMAN: Thank you, sir, I have
22   no more questions.
23   BY MR. KENNEDY:
24       Q. Hi, Mr. Guillaume, my name is Jeff
25   Kennedy. I represent Hope Carter.

Page 179

1            If there's any question I ask you this
2    afternoon that you do not understand, please
3    just ask me to rephrase it, and I'd be happy to
4    do so, sir.
5        A. Okay.
6        Q. And if you do answer a question, sir,
7    I'll be assuming that understood my question,
8    sir.
9        A. I understand.
10       Q. Sir, it's my understanding from your
11   prior testimony that you've never spoken to Hope
12   Carter.
13       A. No, because Mrs. Carter doesn't speak
14   Creole.
15       Q. Right.
16           And you don't speak English, correct,
17   sir?
18       A. Yes.
19       Q. Okay. So you've never spoken to
20   Mrs. Carter?
21       A. Ms. Carter just touched my head. She
22   never speak to me, just touch my hair.
23       Q. Okay. Sir, is Cyrus paying for your
24   stay at the hotel?
25           MR. GARABEDIAN: Objection. I

Page 180

1    instruct him not to answer as to any
2    attorney/client conversations.
3        A. I don't know.
4    BY MR. KENNEDY:
5        Q. Okay. Sir, I want to go back to your
6    claims of sexual abuse by Mr. Perlitz.
7            Now, it's my understanding the first
8    time that you were sexually abused by
9    Mr. Perlitz you had cut your foot on glass?
10       A. Yes.
11       Q. Okay. And I apologize, sir, your
12   memory, your memory of the first time that you
13   claim that you were sexually abused by
14   Mr. Perlitz, do you have a clear memory of that?
15           MR. GARABEDIAN: Objection.
16       A. The first time I was abused by
17   Douglas?
18   BY MR. KENNEDY:
19       Q. Yes, sir.
20       A. Yes.
21       Q. Okay. So, sir, I apologize, going
22   back, could you tell me all about how your foot
23   got cut by the glass?
24       A. It fell on my foot.
25       Q. What fell on your foot, sir?

Page 181

1        A. A glass, a piece of glass.
2        Q. And where were you when this happened?
3        A. I was in the street.
4        Q. And how was it that you got from the
5    street to Bel Air, sir?
6        A. I left where I got cut by the glass
7    and went to Bel Air for treatment.
8        Q. And had you ever been to Bel Air
9    before that day, sir?
10       A. Yes, I knew about Bel Air.
11       Q. I know you knew about it, sir. But my
12   question was had you ever been there before that
13   day, sir?
14       A. Have I been to Bel Air before?
15       Q. Sir, my question was, you indicated to
16   me that after you cut your foot that you went to
17   Bel Air, that's correct, sir?
18       A. Yes, I went to Bel Air to visit.
19       Q. Right.
20           So my question was, prior to the day
21   that you cut your foot, had you ever been to
22   Bel Air before?
23           MR. GARABEDIAN: Objection.
24       A. Have I been to Bel Air before? Was it
25   my first time going there?

46 (Pages 178 to 181)

Confidential - Subject to Further Confidentiality Review

Page 182

1  BY MR. KENNEDY:
2      Q.  Yes.  Had you ever been to Bel Air
3  before you cut your foot, sir?
4      A.  I'm a child at the project, so I know
5  if there's a problem I have to go to Bel Air, so
6  I went to Bel Air to get my foot treated.
7      Q.  Okay.  Sir, I'm not sure if it's a
8  translation issue, but my question is, prior to
9  that day, prior to the day that you cut your
10  foot, had you ever been to Bel Air before?
11      A.  I knew about Bel Air already.
12      Q.  Okay.  I know you knew about it, sir.
13  But have you visited Bel Air before you cut your
14  foot?
15      A.  Before I cut my foot on the glass?
16      Q.  Yes, sir.
17      A.  Yes, because I had been there before,
18  and if I had not been there before I wouldn't
19  have gone there for treatment.
20      Q.  Okay.  How many times had you been
21  there before the day you cut your foot, sir?
22      A.  I had been there twice, and then I
23  went there again to get treatment for my foot.
24      Q.  Okay.  The two other times, sir, that
25  you had been to Bel Air, what brought you to go

Page 183

1  there for those two occasions?
2          MR. GARABEDIAN:  Objection.
3      A.  I went there twice to bring some --
4  the kids have gone to a place called the
5  gymnasium to play football, so I went to drop
6  off the equipment.
7  BY MR. KENNEDY:
8      Q.  Okay.  And you had done that twice,
9  sir, before you cut your foot?
10      A.  I went twice for that, and then the
11  next time is when I went -- I had a cut on my
12  foot and I went for treatment.
13      Q.  Okay.  In the two times that you had
14  gone to Bel Air before you cut your foot, who
15  was at the house, sir?
16      A.  Who was in the house?  A Haitian
17  teacher who took the things, the name is
18  Giovani.
19      Q.  Was Mr. Perlitz there, sir?
20      A.  Douglas, if Douglas was there?
21      Q.  Yes, Douglas.
22      A.  Douglas was not there.
23      Q.  Okay.  Sir, how did you get from --
24  after you cut your foot, how did you get from
25  the street to Bel Air, sir?

Page 184

1      A.  I had to use a stick, I was limping,
2  but I would use a stick to went to get
3  treatment.
4      Q.  Okay.  How far -- I apologize, sir.
5          Did you walk to Bel Air, sir?
6      A.  Yeah, I limped until I got to Bel Air.
7      Q.  And how far was that, sir?
8      A.  I couldn't tell you how far it is.
9          THE VIDEOGRAPHER:  May I interrupt for
10  a moment, please?  I really need his voice
11  louder.
12  BY MR. KENNEDY:
13      Q.  And when you arrived at Bel Air, sir,
14  who was at the house?
15      A.  I only saw Douglas in the house.
16      Q.  Do you know if anybody else was at the
17  house, sir?
18      A.  No.
19      Q.  Okay.  What time of day did you arrive
20  at the house, sir?
21      A.  What time it was when I arrived at the
22  house?
23      Q.  Yes, sir.
24      A.  I don't remember what time it was, but
25  the afternoon had started.

Page 185

1      Q.  Okay.  So you believe it was in the
2  afternoon, sir?
3      A.  Do I know if it was in the afternoon?
4  Yes, something like that.
5      Q.  And, sir, and I'm looking at what was
6  marked as Exhibit 2, which is your
7  interrogatories.  I'm looking at Interrogatory
8  19 in the English version.  Sir, it indicates
9  that your foot was cleaned at Bel Air?
10      A.  Yes.
11      Q.  Tell me all about how your foot was
12  cleaned.
13      A.  They used water, cleaned it, and then
14  used bandages.
15      Q.  Okay.  Was there glass or anything in
16  your foot, sir?
17      A.  No, it was just a cut, and I've still
18  got the scar.
19      Q.  Sir, just looking at your answer, you
20  say they used water, cleaned it, and then used
21  bandages, was there more than one person who
22  helped clean your wounds?
23      A.  No, just one person.  Only Douglas.
24      Q.  And it was after your foot was cleaned
25  that you claimed Douglas abused you?

47 (Pages 182 to 185)

Confidential - Subject to Further Confidentiality Review

Page 186

1    A.   Yes.
2    Q.   Okay.  Tell me from beginning, middle,
3  to end, sir, the first time, about the first
4  time Douglas abused you.
5         MR. GARABEDIAN:  Objection.
6    A.   After he treated my foot, he cleaned
7  it and treated it, and he took me to his room.
8  After he took me to his room he started touching
9  my whole body, he touched my chest, my breasts,
10  my penis, my behind, and they put his penis
11  in my behind.  Then the next day he gave me a
12  pair of Adidas shorts and a white T-shirt.
13  BY MR. KENNEDY:
14    Q.   Sir, according to your interrogatory
15  response, Douglas came downstairs with only red
16  short pants on.  Can you tell me all about that?
17         MR. GARABEDIAN:  Objection.
18    A.   Yes.  Douglas was wearing only a pair
19  of red shorts.
20  BY MR. KENNEDY:
21    Q.   Okay.  When you arrived at the house,
22  was Douglas clothed, sir?
23    A.   He was always wearing those shorts.
24    Q.   Okay.  Did he have a shirt on, sir,
25  when you arrived at the house?

Page 187

1    A.   He was wearing the shorts.
2    Q.   Okay.  My question, sir, was he
3  wearing a shirt when you arrived at the house?
4    A.   Was he wearing a shirt?
5    Q.   Yes.
6    A.   I don't remember if he was wearing a
7  shirt.
8    Q.   Okay.  But you do remember that he was
9  wearing red shorts?
10    A.   Yes.
11    Q.   Okay.  And you say Douglas came
12  downstairs.  Where were you at the time, sir?
13    A.   After the treatment he took me
14  upstairs to his room, then he started touching
15  my whole body, he touched my breasts, my
16  penis, he touched my buttocks, and then he
17  put his penis in my buttock.
18    Q.   Sir, where did he give you the
19  treatment, sir?
20    A.   We were upstairs, but not in his
21  bedroom.
22    Q.   Okay.  Because you indicated "after
23  the treatment he took me upstairs to his room."
24  Was Douglas's room on the upstairs level of
25  Bel Air?

Page 188

1    A.   No, his bedroom is downstairs.  I
2  thought it was upstairs, but he violated me
3  downstairs in his bedroom.
4    Q.   And, sir, you indicate that Douglas
5  told you that you had to sleep over that night,
6  is that correct, sir?
7    A.   Douglas said that I had to spend the
8  night with him, sleep with him.
9    Q.   Did he tell you why, sir?
10    A.   Did he tell me why?  Yes, he told me
11  why I had to sleep with him.
12    Q.   And what did he tell you, sir?
13    A.   Why did he ask me to sleep with him
14  that night?  I don't know the reason why.  Maybe
15  so he could come and do homosexual acts with me.
16    Q.   Sir, I believe you just indicated that
17  yes, he told you why you had to sleep over.
18    A.   I told you why I had to sleep -- I
19  told you why I had to sleep over?  He told me
20  why I had to sleep over?
21    Q.   No, sir.  My prior question was if
22  Douglas told you why you had to sleep over that
23  night, and your answer was yes, he told you why.
24  I'm just trying to understand what he told you,
25  sir, for the reason you had to stay over.

Page 189

1         MR. GARABEDIAN:  Objection.
2    A.   Why?  What reason?
3  BY MR. KENNEDY:
4    Q.   Yes, sir.
5         Did he give you a reason?  Did Douglas
6  give you a reason why you had to stay over?
7    A.   Because I had a cut on my foot, I
8  couldn't walk.  Then after he -- we did the
9  homosexual acts, I had to stay with him.
10    Q.   Okay.  And at what point, sir --
11  strike that.  I'm sorry.
12         After he told you that you had to
13  spend the night, what happened next, sir?
14    A.   After he told me I had to sleep over,
15  then I had to go down to his bedroom with him,
16  then he started touching my whole body, my
17  stomach, my chest, my penis, and then he put his
18  penis in my behind, maybe that was -- maybe
19  that's the reason why he wanted me to sleep
20  over, so I can have sex with him, homosexual sex
21  with him.
22    Q.   Before, sir, before you went to
23  Bel Air for the -- strike that.  I'm sorry.
24         Before the day you cut your foot, had
25  you ever heard any other student at PPT indicate

48 (Pages 186 to 189)

Confidential - Subject to Further Confidentiality Review

Page 190

1  that Doug Perlitz had done homosexual acts with
2  them?
3         MR. GARABEDIAN: Objection.
4    A.   No, I had not heard that.
5  BY MR. KENNEDY:
6    Q.   Okay. Sir, it indicates here in your
7  interrogatory response that Douglas made you rub
8  his back.
9    A.   I said that Douglas make me rub his
10  back?
11   Q.   Did Douglas make you rub his back?
12         MR. GARABEDIAN: Objection.
13   A.   Did Douglas make me rub his back?
14  BY MR. KENNEDY:
15   Q.   Yes, sir.
16   A.   I'm trying to remember if something
17  like that happened, and I don't remember.
18   Q.   Did Douglas indicate that -- did
19  Douglas tell you that you had to sleep in his
20  bedroom, sir?
21   A.   Yes, he went down with me to his room.
22   Q.   Sir, your interrogatory response
23  indicates that Douglas touched your penis and
24  put his penis in your rectum, is that correct,
25  sir?

Page 191

1    A.   Yes, he was touching my whole body,
2  caressing my whole body and afterwards he put
3  his penis in my rectum.
4    Q.   And you spent the night, sir?
5    A.   Yes, I spent the night, and then the
6  next day when I woke up he started -- he did it
7  all over again.
8    Q.   Okay. So --
9         MR. GARABEDIAN: Objection.
10  BY MR. KENNEDY:
11   Q.   So the next morning after Douglas
12  abused you the first time, he abused you again?
13         MR. GARABEDIAN: Objection.
14   A.   Did he do the same thing over again
15  the next --
16  BY MR. KENNEDY:
17   Q.   Sir, your answer to my prior question,
18  I asked you, "and you spent the night, sir," and
19  your answer was "yes, I spent the night, and
20  then the next day when I woke up he started --
21  he did it all over again."
22         MR. GARABEDIAN: Objection.
23   A.   The next day, and two or three later
24  he did it again.
25  BY MR. KENNEDY:

Page 192

1    Q.   Okay. So is it your testimony that
2  Douglas -- that Douglas sexually abused you the
3  morning after the first time that he abused you?
4    A.   He did it the night before, and then
5  the next day he did it again.
6    Q.   Okay.
7         INTERPRETER MR. LOUIS: He's asking a
8  question, he's asking.
9    A.   Yes, I was asking, I was asking you
10  did he do that to me the night before and then
11  do it again the next morning when I woke up?
12  BY MR. KENNEDY:
13   Q.   So we're clear, sir, you testified
14  that the day you cut your foot, that that day
15  Douglas sexually abused you, correct?
16   A.   In his room, in his bedroom.
17   Q.   In his bedroom. Okay.
18         MR. GARABEDIAN: Can we go off the
19  record for a second?
20         (Off the record discussion.)
21  BY MR. KENNEDY:
22   Q.   And, sir, you spent that night in
23  Douglas's bedroom, correct?
24   A.   Yes, after I did the homosexual acts,
25  then I spent the night.

Page 193

1    Q.   Okay. And did you sleep that night,
2  sir?
3    A.   Yes, I slept. And I woke up the next
4  day. Then the next day when I woke up he gave
5  me the shorts and the shirt.
6    Q.   Okay. And that next day, which is, I
7  guess, the day he gave you the short and the
8  shirt, did he also sexually abuse you that day?
9         MR. GARABEDIAN: Objection.
10   A.   Did he abuse me the next morning?
11  BY MR. KENNEDY:
12   Q.   Yes, sir.
13   A.   No.
14   Q.   I just want to be clear here, sir,
15  because you previously had indicated that the
16  day after Mr. Perlitz sexually abused you for
17  the first time that he did it all over again.
18         MR. STEWART: Can we go off the
19  record?
20         That's not what he said. That was a
21  question he was asking back to the interpreter,
22  and he was asking it back to you, he wasn't --
23  don't translate. I think that's what that whole
24  issue was about. If you scroll back up, you'll
25  see where he says -- the interpreter says to you

Confidential - Subject to Further Confidentiality Review

Page 194

1  "he's asking you is that your question." That's
2  what he kept asking you back. And that's where
3  we kept going around and around in a circle,
4  because you keep asking these questions, she's
5  asking it to him, he's repeating it, and you're
6  not understanding that's what's going on, and
7  that's where the confusion came from.
8      MR. KENNEDY: No, that was a basic
9  question.
10     MS. HURD: I think the interpreter was
11  asking you a question back, and I think you were
12  taking it as an answer. I think there was
13  confusion.
14     MR. STEWART: Jamesly was asking her
15  the question back to you. You -- somewhere they
16  misunderstood what was going on. You thought he
17  was saying that's what happened, he was saying
18  is that your question to me. That's where the
19  confusion is.
20     MR. KENNEDY: Let me just ask the
21  question, maybe this will clear it all up.
22     MR. STEWART: Okay.
23  BY MR. KENNEDY:
24     Q. Sir, is it your testimony that you
25  were not sexually abused by Mr. Perlitz -- by

Page 195

1  Douglas the day after you were abused by him for
2  the first time?
3      MR. GARABEDIAN: Objection.
4      A. Yes.
5  BY MR. KENNEDY:
6      Q. Okay. After the first time that you
7  were sexually abused by Mr. Perlitz, when was
8  the next time, sir?
9      A. Two or three months after the first
10  time.
11     Q. Okay. And tell me all about that
12  incident, sir.
13     A. I was punished at the Village. That's
14  when Douglas put his penis in my rectum. I was
15  on punishment, and Douglas saw me, it was around
16  9:00 p.m., he saw me in the street and he said
17  "what are you doing in the street?" So I said
18  "I'm on punishment, I cannot go back to school."
19  And he said to "get in the car with me, let's go
20  home, get in the car with me." So he was
21  driving a white car at the time. And I got into
22  the white car, and we went to his house.
23     When we got in front of the house, the
24  doorkeeper opened the door, and the car went in.
25  Then when we went inside, Douglas said that he

Page 196

1  would like to talk to me about something. He
2  asked me if I wouldn't like to be like the other
3  boys who goes to Sacré Cœur, Notre Dame, who are
4  doing well. He told me that these schools in
5  Cap-Haïtien are very expensive. Then he gave me
6  something to eat after -- I said okay. Then he
7  give me something to eat, and he told me to go
8  take a shower.
9      Then when I came out of the shower
10  Douglas was standing in front of his door with
11  just a towel on, and then he started touching my
12  chest, he started touching my stomach, he
13  touched my penis, and then he put his penis in
14  my rectum.
15     Q. I'm sorry, are you finished with your
16  answer, sir?
17     A. Yes.
18     Q. Okay. Do you remember anything else
19  occurring in that second incident than what
20  you've just shared with me, sir?
21     MR. GARABEDIAN: Objection.
22     A. I don't remember.
23  BY MR. KENNEDY:
24     Q. Sir, the second incident occurred
25  sometime around 2003 to 2004?

Page 197

1      A. Between 2003 and 2004, yes, sir.
2      Q. I believe you indicated there was a
3  third time when Douglas sexually abused you,
4  sir?
5      A. Yes.
6      Q. Sir, do you know who Sylvester Tan is?
7      THE INTERPRETER: What's the last
8  name?
9      MR. KENNEDY: Tan, T-A-N.
10     A. I don't know Sylvester.
11  BY MR. KENNEDY:
12     Q. Do you know that there is an
13  individual named Sylvester Tan?
14     A. Do I know someone named Sylvester?
15     Q. Yes, sir.
16     MR. GARABEDIAN: Objection.
17     A. No, I don't know any Silvester.
18  BY MR. KENNEDY:
19     Q. Okay.
20     A. He didn't -- he wasn't there yet for
21  me to know him.
22     MR. KENNEDY: Okay. This would be a
23  good time, they have to change tape anyone, why
24  don't we take a two-minute break.
25     THE VIDEOGRAPHER: Going off the

50 (Pages 194 to 197)

Confidential - Subject to Further Confidentiality Review

Page 198

1  record. The time is 5:38.
2         (Whereupon, a recess was taken.)
3         THE VIDEOGRAPHER: Back on the record.
4  The time is 5:43.
5  BY MR. KENNEDY:
6      Q.  Sir, can you tell me all about the
7  third time you claim that Mr. -- that Douglas
8  sexually abused you?
9      A.  Yes. The third time he put his penis
10  in my rectum.
11      Q.  Well, can you tell me that day, to the
12  best of your memory, from the beginning, middle,
13  to the end?
14         MR. GARABEDIAN: Objection.
15      A.  The third time?
16  BY MR. KENNEDY:
17      Q.  Yes, sir.
18      A.  The third time Douglas put his penis
19  in my rectum when I went to Bel Air, I went to
20  Bel Air to put the books away in Jessica's room,
21  it was around 2007, I went to put the books away
22  in Jessica's room. So Douglas saw me, he
23  started making gestures, doing little things,
24  and then he hugged me. Then he said to me
25  "wouldn't you like to be like the other boys who

Page 199

1  have their -- who have money? They have money,
2  they go to the big schools, to the expensive
3  schools, they have their freedom." And I said
4  "yes."
5         Then afterwards he told me to go --
6  then he told me to go take a shower. I did.
7  When I came out, Douglas was waiting for me,
8  starting touching my whole body, touching my
9  stomach, touching my penis, then he put his
10  penis in my rectum. Afterward I couldn't even
11  use the toilet.
12      Q.  Okay. Now, between the second --
13  between the second time that Mr. Perlitz
14  sexually abused you, which would have been in
15  2003/2004 until the third time, which you
16  testified was 2007, had you ever heard that
17  Douglas had sexually abused any other students
18  at PPT?
19         MR. GARABEDIAN: Objection.
20      A.  No, I didn't hear any other student
21  mention that.
22  BY MR. KENNEDY:
23      Q.  Okay. Sir, I believe there was a
24  fourth occasion when Douglas sexually abused
25  you, is that correct?

Page 200

1      A.  Yeah, that was the next day when
2  Douglas asked me to go with him to the beach on
3  Cormier, Cormier Beach.
4      Q.  Did Douglas sexually abuse you the day
5  after -- did Douglas sexually abuse you for the
6  fourth time the day after he sexually abused you
7  the third time, sir?
8         MR. GARABEDIAN: Objection.
9      A.  No. The next day when we got up he
10  said that we were going to the beach, we are
11  going to Cormier Beach.
12  BY MR. KENNEDY:
13      Q.  Okay. And did he sexually abuse you
14  that day, sir?
15      A.  That morning he didn't abuse me. We
16  went to Cormier Beach, and then we had sex on
17  Cormier Beach, he abused me on Cormier Beach at
18  the hotel.
19      Q.  And that was the day -- that was the
20  night after -- strike that.
21         Now, did you and Douglas take a bath
22  together, sir?
23      A.  Yeah. We showered, and we went to
24  Cormier Beach, we went to the hotel, then I told
25  him -- he started touching my body. And I told

Page 201

1  him to give me 100 gourdes so I can leave. He
2  wouldn't. So he forced me to have homosexual
3  sex with him. And then afterwards he give me
4  the 100 gourdes, and I took the 100 gourdes and
5  left.
6      Q.  How did Douglas force you to have
7  homosexual sex, sir?
8      A.  He forced me because he started
9  touching my body, and I told him to give me 100
10  gourdes so I can leave. He wouldn't give me the
11  100 gourdes. He was touching my body, and then
12  he put his penis in my rectum. And then
13  afterwards he gave me the 100 gourdes, so I took
14  a big -- I took public transportation and left.
15      Q.  Were you attempting to physically stop
16  Mr. -- physically stop Douglas from putting his
17  penis in your rectum, sir?
18         MR. GARABEDIAN: Objection.
19      A.  If you're forcing me to do something,
20  then you should be able to see that I don't want
21  to do it.
22  BY MR. KENNEDY:
23      Q.  I'm just trying to understand, sir.
24  Help me understand how he forced you to do that.
25         MR. GARABEDIAN: Objection.

51 (Pages 198 to 201)

Confidential - Subject to Further Confidentiality Review

Page 202

1      A.   He's forcing me because he's trying to
2  make me pull down my pants so that he can put
3  his penis in my rectum.
4  BY MR. KENNEDY:
5      Q.   And did you attempt to make him stop
6  that, sir?
7      A.   If you're doing something to me and
8  you're forcing me, that's because I don't want
9  to.
10     Q.   Sir, are you married?
11     A.   No.
12     Q.   Do you have any children, sir?
13     A.   I had a child who passed away since
14 the child very small, very young.
15     Q.   Who was the mother of that child, sir?
16     A.   The mother of my child -- after the
17 child die, the mother of the child left the
18 country.  She said that she went to Santo
19 Domingo to look for work, however I have not
20 seen her since.
21     Q.   What was her name, sir?
22     A.   What was her name?
23     Q.   Yes, sir.
24     A.   Her name is Schnaidine.  The child's
25 name was Schnaidine.  The mother's name was

Page 203

1  Nannann, that's the nickname, and the name is
2  also Schnaidine.  She named the child after her.
3      Q.   And when did you -- I'm sorry to hear
4  about that, sir.
5           When did you lose the child?
6      A.   When did the child die?
7      Q.   Yes, sir.
8      A.   I don't remember the date.  I was out
9  in the street and they called me, told me that
10 my child died.  And she came crying where I was
11 washing cars, and told me that the child passed
12 away.
13     Q.   Now, sir, and I don't want to know
14 about any conversations that you've had with
15 your attorneys --
16     A.   Okay.
17     Q.   -- but have you ever asked to see a
18 psychiatrist or a counselor, sir?
19         MR. GARABEDIAN:  Objection.  I
20 instruct him not to answer as to any
21 attorney/client conversations.
22     A.   Did I go see a doctor?
23 BY MR. KENNEDY:
24     Q.   Did you -- and once again, I preface
25 this by saying I don't want to know about any

Page 204

1  conversations with your attorneys, but my
2  question is, have you ever asked to see a
3  psychiatrist or a counselor?
4          MR. GARABEDIAN:  Objection.  I
5  instruct him not to answer as to any
6  attorney/client conversations.
7      A.   So do not answer?
8  BY MR. KENNEDY:
9      Q.   No, you can answer, sir, I just don't
10 want to know about any conversations you've had
11 with your attorneys.
12     A.   Did I ever see a doctor for
13 consultation?
14     Q.   It's my understanding from your prior
15 testimony that you've never seen a psychiatrist
16 or a counselor, is that correct, sir?
17     A.   A psychiatrist?  No, I don't know
18 anything about a psychiatrist.
19     Q.   Have you ever asked to go see a
20 psychiatrist, sir?
21         MR. GARABEDIAN:  Objection.  I
22 instruct him not to answer as to any
23 attorney/client privileged conversations.
24     A.   Okay.
25 BY MR. KENNEDY:

Page 205

1      Q.   I don't think he answered the
2  question.
3      A.   Did I see a psychiatrist?
4      Q.   Have you ever asked anyone -- okay.
5  Strike that.
6          Sir, when is the last time that you
7  attempted to apply for a job?
8      A.   I have tried to look for jobs in
9  construction, and they told me that they don't
10 hire homosexuals, and making blocks, they said
11 they don't hire homosexuals.
12     Q.   And when was that, sir?
13     A.   When did I do that?
14     Q.   Yes.  When did you apply for the jobs,
15 sir?
16     A.   Several times, because they're
17 building houses, I tried to ask for jobs and
18 they told me that -- they said no, they don't
19 give jobs to homosexuals, he's Douglas's
20 homosexual lover.  All over Cap-Haïtien they
21 calling me Mrs. Douglas.
22     Q.   And how do these people know about
23 your claims against Douglas?
24         MR. GARABEDIAN:  Objection.
25     A.   It's all over the streets.  It's all

52 (Pages 202 to 205)

Confidential - Subject to Further Confidentiality Review

Page 206

1    over Haiti, whole of Haiti knows about it.
2    BY MR. KENNEDY:
3        Q.  Sir, in total, how many times did you
4    stay over the night at Bel Air?
5        A.  How many times have I spent the night
6    at Bel Air?
7        Q.  Yes, sir.
8        A.  I was in the Village, but they didn't
9    have a bed for me, so I was sleeping in a car
10   for 17 days in Bel Air.  So afterwards they
11   bought me a bed.
12       Q.  Okay.  Sir, let me rephrase the
13   question.
14           How many times did you sleep in the
15   house at Bel Air total?
16       A.  At the house?
17       Q.  Yes, sir.
18       A.  At the house, I slept there about
19   three times.
20       Q.  Did you ever sleep there -- did you
21   ever sleep overnight there when Douglas did not
22   sexually abuse you?
23           MR. GARABEDIAN:  Objection.
24       A.  I slept there three times, and each
25   time Douglas put his penis in my rectum.

Page 207

1            MR. KENNEDY:  I have nothing further.
2    Thank you, sir.
3            THE VIDEOGRAPHER:  Going off the
4    record.  The time is 6:02.
5            (Whereupon, a recess was taken.)
6            THE VIDEOGRAPHER:  Back on the record.
7    The time is 6:08.
8    BY MR. CERRETA:
9        Q.  Good evening, sir.  My name is John
10   Cerreta, I'm another one of the Defendants'
11   lawyers for Fairfield University.  I'm just
12   going to hop around a little bit because so much
13   has been covered already, so I apologize if some
14   of my questions jump from topic to topic.
15           So on the day of the first incident of
16   abuse when you cut your foot, do you remember
17   what time of day it was when you cut your foot?
18       A.  No, I don't remember what time of day
19   it was.
20       Q.  Do you remember if it was light out,
21   or whether it was dark?
22       A.  I remember it was around the
23   afternoon, it was in the afternoon.
24       Q.  Okay.  At the time of this incident,
25   were you a student at Carenage?

Page 208

1            MR. GARABEDIAN:  Objection.
2        A.  Was I a student at Carenage?  I don't
3    remember where I was actually, which school I
4    was in actually.
5    BY MR. CERRETA:
6        Q.  Do you remember whether you were a
7    student at PPT at the time?
8        A.  Yes, yes, when I cut my foot I was
9    already a student at PPT.
10       Q.  Were you already a student at the
11   Village at the time you cut your foot?
12           MR. GARABEDIAN:  Objection.
13       A.  When I cut my foot was I a student at
14   the Village?
15   BY MR. CERRETA:
16       Q.  Yes.  When you cut your foot, were you
17   a student at the Village at that time?
18       A.  No, I don't think I was a student at
19   the Village.  I was in one of the centers.
20       Q.  Okay.  So is it fair to say you were
21   either a student at the 13th Street Center or at
22   Carenage, but you don't remember which of those
23   you were a student at at the time?
24       A.  I don't remember which one.
25       Q.  Okay.  On the day of that first

Page 209

1    incident, had you ever had sexual relations
2    before that day?
3            MR. GARABEDIAN:  Objection.
4        A.  Are you asking if it's the first time
5    he had homosexual sex with me?
6    BY MR. CERRETA:
7        Q.  Yes.  Was that the first time that you
8    had ever had -- was that your first sexual
9    experience?
10           MR. GARABEDIAN:  Objection.
11       A.  That's the first time something --
12   somebody did something like that to me in my
13   whole life.
14   BY MR. CERRETA:
15       Q.  Before that day, had you ever had sex
16   with a girl?
17       A.  The first time have I ever had sex
18   with a girl?
19           MR. GARABEDIAN:  Objection.
20   BY MR. CERRETA:
21       Q.  On the day that you cut your foot, the
22   day of the first incident of sexual abuse by
23   Mr. Perlitz, had you ever previously had sexual
24   relations with a girl?
25           MR. GARABEDIAN:  Objection.

53 (Pages 206 to 209)

Confidential - Subject to Further Confidentiality Review

Page 210

1    A.   Yeah, I had sex with girls, girl
2  prostitutes.
3  BY MR. CERRETA:
4    Q.   How many times had you had sex before
5  that day that you cut your foot?
6         MR. GARABEDIAN:  Objection.
7    A.   After -- how many times I've had sex
8  in my life before that?
9  BY MR. CERRETA:
10   Q.   Yes, before that first incident the
11 day you cut your foot, how many times in your
12 life had you had sex?
13        MR. GARABEDIAN:  Objection.
14   A.   Not a lot, because the woman I used to
15 have sex with, it's not that I used to see her a
16 lot.
17 BY MR. CERRETA:
18   Q.   How many sexual partners had you had
19 before the day of that first incident?
20   A.   Just one person.
21   Q.   Was that woman a prostitute?
22   A.   Yeah, she was a woman from the street
23 having sex for money.
24   Q.   About how many times did you have sex
25 with that prostitute as of the day of that first

Page 211

1  incident when you cut your foot?
2    A.   How many times have I had sex with
3  that woman?
4    Q.   Yes, how many times did you have sex
5  with that prostitute as of the day when you cut
6  your foot?
7    A.   I don't remember how many times.  I
8  would say maybe twice, because it's not a woman
9  that you see too often because she's all over
10 the street, all over the country.
11   Q.   Okay.  On the day of that first
12 incident of sexual abuse, did Douglas Perlitz
13 wear a condom when he abused you?
14   A.   No.  When Douglas having homosexual
15 sex with me, I never seen him wearing a condom.
16 I've never seen one.  He does not wear one.
17   Q.   Okay.  About how long after that first
18 incident of sexual abuse did you experience the
19 bumps on your body or on your rectum that you
20 talked about earlier in this deposition?
21   A.   I don't know how long after.  I just
22 looked one day and I noticed a lot of bumps on
23 my behind.
24   Q.   Had you ever had an outbreak of bumps
25 before this incident of sexual abuse with

Page 212

1  Douglas Perlitz?
2         MR. GARABEDIAN:  Objection.
3    A.   Before I had sex with Douglas?
4  BY MR. CERRETA:
5    Q.   Had you ever had an outbreak of the
6  bumps that you testified about earlier before
7  this incident of sexual abuse with Douglas
8  Perlitz?
9    A.   No.
10   Q.   How -- if you remember, how long after
11 the bumps appeared did you first go to see Madam
12 Prophéte about the bumps?
13        MR. GARABEDIAN:  Objection.
14   A.   How long after did I go see Madam
15 Prophéte?
16 BY MR. CERRETA:
17   Q.   How long after the bumps appeared for
18 the first time did you go to see Madam Prophéte
19 for treatment?
20        MR. GARABEDIAN:  Objection.
21   A.   After Douglas put his penis into my
22 rectum, well after, I noticed a lot of bumps on
23 my buttocks.  And then it was a while, I don't
24 know how long it took before I went to see Madam
25 Prophéte.

Page 213

1  BY MR. CERRETA:
2    Q.   Okay.  After a time, did the bumps go
3  away for a little while?
4    A.   After I saw Madam Prophéte?
5    Q.   Yes.  After you saw Madam Prophéte for
6  the first time, did the bumps go away after a
7  period?
8    A.   Yeah, after I saw the bumps I went to
9  see Madam Prophéte, and she give me the medicine
10 that I mentioned before, I used it, and then
11 they went away, then came back.  But I still
12 have those scars.
13   Q.   Okay.  And have you had more outbreaks
14 of the bumps after that first time?
15        MR. GARABEDIAN:  Objection.
16   A.   Yeah, they still keep reappearing.
17 They come and they go.
18 BY MR. CERRETA:
19   Q.   Okay.  And when was the most recent
20 outbreak?
21   A.   After I use the medicine, they went
22 away, and then they came back again.  I was
23 using it up to before the time I came over here.
24 And last week I had to use it because they came
25 back.  Although I'm using the medicine, they

54 (Pages 210 to 213)

Confidential - Subject to Further Confidentiality Review

Page 214

1  still -- they still have not stopped appearing,
2  whenever I don't think about it there they are.
3      Q.   Okay.  In-between the incident with
4  Mr. Perlitz on the day you cut your foot and the
5  first appearance of the bumps, did you have any
6  other sexual partners in-between those two
7  events?
8          THE INTERPRETER:  I'm sorry, before?
9  BY MR. CERRETA:
10     Q.   Between the first incidence of sexual
11  abuse with Mr. Perlitz and the first outbreak of
12  the bumps, did you have any other sexual
13  experiences?
14         MR. GARABEDIAN:  Objection.
15     A.   No.
16  BY MR. CERRETA:
17     Q.   How long after the first incident of
18  sexual abuse with Mr. Perlitz did you tell Andy,
19  or Anncie, the Haitian teacher, about the sexual
20  abuse?
21         MR. GARABEDIAN:  Objection.
22     A.   Douglas had already abused me, then I
23  told my teacher.
24  BY MR. CERRETA:
25     Q.   Do you remember -- can you -- strike

Page 215

1  that.
2          Do you remember about how much time
3  took place between the incident and you telling
4  Andy or Anncie about it?
5      A.   I don't remember how long, but it was
6  a while.  I don't remember.
7      Q.   Do you know if it was before or after
8  the second incident of sexual abuse with
9  Mr. Perlitz?
10         MR. GARABEDIAN:  Objection.
11     A.   I told him that after the fourth time.
12  BY MR. CERRETA:
13     Q.   I'm sorry, you didn't tell Andy until
14  after the fourth time, is that right?
15     A.   Not after the fourth time, but a while
16  had passed before I told the teacher about it.
17     Q.   When you told Andy or Anncie, were you
18  a student at Carenage?
19     A.   Yes, I was a student at Carenage.
20  They were preparing me to send me to the
21  Village.
22     Q.   And was Andy a student -- pardon me.
23          Was Andy a teacher at Carenage?
24     A.   Yes, Andy is a teacher at Carenage.
25     Q.   Was he your teacher at Carenage?

Page 216

1      A.   No, he was not my teacher.  He had
2  another class.  But we were friends.  We used to
3  play basketball together.
4      Q.   Did you tell Andy during the school
5  day about the incident?
6      A.   No, it wasn't a school day, but it was
7  an activity day.  Everybody were playing
8  something, were playing games, some people were
9  playing basketball, other sports, and some
10  people were playing dominos.
11     Q.   Do you know what grade Andy taught at
12  Carenage?
13     A.   Oh, I don't know.
14     Q.   Was he ever your teacher at Carenage?
15         MR. GARABEDIAN:  Objection.
16     A.   He was a teacher at Carenage, but he
17  was never my teacher.  He was not my teacher.
18  BY MR. CERRETA:
19     Q.   I'd like to move ahead to the fourth
20  incident, the last incident of abuse that you
21  testified about today.
22          Where did you go after you left the
23  hotel?
24     A.   I took -- I took public
25  transportation, paid, and they dropped me off

Page 217

1  outside.  I went outside and took a bus, public
2  transportation, and went out in the streets.
3      Q.   At the time of that fourth incident,
4  were you a student at the Village?
5      A.   The fourth time was I a student at the
6  Village?
7      Q.   Yes.  At the time of the fourth
8  incident, were you a student at the Village?
9      A.   Was I still a student the fourth time
10  at the Village?
11     Q.   That is the question.
12     A.   Yeah, I was still there at the
13  project, at the program.
14     Q.   So after you left the hotel, did you
15  go back to the Village later that day?
16     A.   No.  It bothered me so much that I
17  didn't go back.  I just went to the street.
18     Q.   Did you sleep that night in the
19  street?
20     A.   No, I didn't want to go back.  No, I
21  didn't go back to the Village, I just stayed
22  outside.  It bothered me too much.  So I drank a
23  lot of alcohol and slept in the street, I was
24  drunk.
25     Q.   Did you go back to the Village at some

55 (Pages 214 to 217)

Confidential - Subject to Further Confidentiality Review

Page 218

1  point after that?
2          MR. GARABEDIAN: Objection.
3      A.  After it happened did I go back to the
4  Village?
5  BY MR. CERRETA:
6      Q.  Yes.  After it happened did you go
7  back to the Village at some point?
8      A.  Yeah, after a while I went back
9  because I couldn't sleep, I couldn't continue
10 sleeping in the street, because the police kept
11 harassing you, beating you, calling you a thief,
12 because they said that thieves sleep in the
13 streets.  So I went back.  I just had to go
14 back, just mustered up enough courage to go
15 back, but I said that would be the last time.  I
16 said that would be the last time.  Then the
17 Village closed.
18     Q.  About how much time elapsed between
19 that last incident and you mustering up the
20 courage to go back to the Village?
21     A.  You want to know how long I slept in
22 the street?
23     Q.  Yes.
24         MR. GARABEDIAN: Objection.
25     A.  I don't remember how long, but it was

Page 219

1  quite a while before I mustered enough courage
2  to go back.
3  BY MR. CERRETA:
4      Q.  Did anybody at the Village ask you
5  where you had been?
6          MR. GARABEDIAN: Objection.
7      A.  Did anybody ask me where I was when I
8  got to the Village?
9  BY MR. CERRETA:
10     Q.  Did anybody at the Village ask you
11 where you had been?
12         MR. GARABEDIAN: Objection.
13     A.  No, no one asked me where I've been.
14 BY MR. CERRETA:
15     Q.  I wanted to ask you a few questions
16 about your answers to Interrogatory Number 28,
17 which is Exhibit 2.  And maybe the interpreter
18 could just read the Creole version as I read the
19 answer to Interrogatory 28.
20         MR. STEWART: I'm sorry, I don't
21 understand what you're asking there.  Are you
22 asking her to translate what you're going to
23 read aloud?
24         MR. CERRETA: Yeah, sure.  Just
25 translate what I'm going to read aloud.  That's

Page 220

1  probably easier.  Thank you.
2          MR. STEWART: Thank you.
3  BY MR. CERRETA:
4      Q.  So in a portion to answer to
5  Interrogatory 28 you say that "Because of what
6  Douglas did to me I have had problems with
7  feelings of shame, humiliation, and panic."
8          How often do you get these feelings of
9  shame, humiliation, and panic?
10     A.  It happen often because people always
11 calling me -- they always calling me homosexual,
12 Mrs. Douglas.  Every time someone said that it
13 felt like -- it feels like they stab me with a
14 knife.
15     Q.  So is it only when people make these
16 comments that you get these feelings?
17     A.  Not just that, because they keep
18 saying that -- no, because they always saying to
19 me that homosexuals don't work, so I feel like
20 I'm bored with life in this day.
21     Q.  About how long after the sexual abuse
22 did you start having these feelings of shame,
23 humiliation, and panic?
24         MR. GARABEDIAN: Objection.
25     A.  How long after?

Page 221

1  BY MR. CERRETA:
2      Q.  About how long after the sexual abuse
3  did you start to have these feelings of shame,
4  humiliation, and panic?
5          MR. GARABEDIAN: Objection.
6      A.  As soon as he did that to me I started
7  feeling that way, and I felt like I wanted to
8  kill myself, which is why I started drinking.  I
9  wasn't -- I'm not the kind of person who used to
10 drink.
11 BY MR. CERRETA:
12     Q.  How much do you drink?
13         MR. GARABEDIAN: Objection.
14     A.  I drink all the time, because any time
15 people call me Mrs. Douglas, they always calling
16 me Mrs. Douglas, so I drink.
17 BY MR. CERRETA:
18     Q.  Did you drink -- did you ever drink
19 before the incidents of sexual abuse?
20     A.  No.
21         MR. GARABEDIAN: Objection.
22 BY MR. CERRETA:
23     Q.  Did you huff paint thinner before the
24 incidents of sexual abuse?
25         MR. GARABEDIAN: Objection.

56 (Pages 218 to 221)

Confidential - Subject to Further Confidentiality Review

Page 222

1      A.   Before Douglas abused me?
2  BY MR. CERRETA:
3      Q.   Yes.  Were you using paint thinner
4  before Douglas abused you?
5          MR. GARABEDIAN:  Objection.
6      A.   I used to before, but I'll give you an
7  example, they always telling me that this is
8  going to destroy my brain so I stopped doing it.
9  And then after it happened, they kept calling me
10 names, so I started drinking alcohol, a lot of
11 alcohol.
12 BY MR. CERRETA:
13     Q.   Did you return to paint thinner abuse
14 after the incidents of sexual abuse?
15     A.   No, just alcohol.
16     Q.   Before the sexual abuse, how often did
17 you use paint thinner?
18         MR. GARABEDIAN:  Objection.
19     A.   How often?
20 BY MR. CERRETA:
21     Q.   Before the sexual abuse, how often did
22 you use paint thinner?
23     A.   Before Douglas did that to me?
24     Q.   Yes.  Before Douglas sexually abused
25 you, how often did you use paint thinner?

Page 223

1      A.   Every once in a while at night.  When
2  I did it, I did it at night and in the morning.
3      Q.   You testified earlier that sometimes
4  you would take the pain thinner rag into
5  Carenage with you when you went to school?
6          MR. GARABEDIAN:  Objection.
7      A.   Yeah, I used to take the rag with the
8  thinner, of paint thinner, but not the thinner
9  itself.
10 BY MR. CERRETA:
11     Q.   After the first instance of sexual
12 abuse the day you cut your foot, did you ever
13 use paint thinner after that?
14         MR. GARABEDIAN:  Objection.
15     A.   After the abuse?
16 BY MR. CERRETA:
17     Q.   Yes.  Did you ever use paint thinner
18 after that first incidence of sexual abuse?
19     A.   After the first time, the second time?
20     Q.   After the first time.
21     A.   Yeah, I kept on abusing thinner.  Then
22 after I was abused by Douglas, then I started
23 drinking alcohol.
24     Q.   So after the abuse, you switched from
25 paint thinner to alcohol?

Page 224

1      A.   Yeah, they told me that the thinner is
2  going to mess up my brain so I stopped, and
3  then after the abuse I started drinking alcohol.
4      Q.   Okay.  In your answer to Interrogatory
5  28 you say "I have had problems concentrating,
6  sleeping, sadness, and trusting other people."
7          Did you ever have problems
8  concentrating, sleeping, with sadness, and
9  trusting other people before the sexual abuse?
10         MR. GARABEDIAN:  Objection.
11     A.   No, that happened after the abuse,
12 after the abuse by Douglas.
13 BY MR. CERRETA:
14     Q.   And how often do you have these
15 problems concentrating, sleeping, sadness, and
16 trusting other people?
17     A.   From time to time it happens.
18     Q.   Is it fair to say that it comes and it
19 goes in periods?
20         MR. GARABEDIAN:  Objection.
21     A.   Yes.
22 BY MR. CERRETA:
23     Q.   You mentioned earlier that you had
24 lost a child, is that right?
25     A.   Yeah.  I had a child.  The child died

Page 225

1  very young.
2      Q.   Did the death of the child lead to any
3  of these problems that you've been talking about
4  in the aftermath of that awful experience?
5          MR. GARABEDIAN:  Objection.
6      A.   I lost a child, but I felt like I can
7  have another child with another woman.  But
8  this, there's no remedy for this.  I can have --
9  what happened, I can never pass that.  I can
10 have another child.  That's how I felt.
11 BY MR. CERRETA:
12     Q.   Did you have any suicidal thoughts
13 after the death of the child?
14         MR. GARABEDIAN:  Objection.
15     A.   Yes, that gave me a problem, but --
16 that was a problem, but once I didn't see the
17 child's mother to help me out, to console me, I
18 figure I could meet another woman and have
19 another child.
20 BY MR. CERRETA:
21     Q.   Okay.  Several times during the
22 questioning today your attorney, Mr. Garabedian,
23 has said, and this may not be an exact quote,
24 but "objection, I instruct him not to answer to
25 the extent that he's going to reveal

57 (Pages 222 to 225)

Confidential - Subject to Further Confidentiality Review

Page 226

1  attorney/client communications."
2      Do you remember that?
3      MR. GARABEDIAN: Objection.
4  A.  Yes.
5  BY MR. CERRETA:
6  Q.  What does that mean to you?  What did
7  you understand that instruction to me?
8      MR. GARABEDIAN: Objection.  I
9  instruct him not to answer to the extent he's
10 going to reveal attorney/client communications.
11 A.  No, I can just say it's personal
12 between me and my attorney.
13 BY MR. CERRETA:
14 Q.  Okay.  Did you think he was asking
15 you, or instructing you to be less than truthful
16 in response to any of the attorneys' questions?
17     MR. GARABEDIAN: Objection.  Who -- I
18 instruct him not to answer to the extent he's
19 going to reveal attorney/client communications.
20     THE INTERPRETER: I'm sorry, what was
21 the question?
22     MR. GARABEDIAN: Who are you referring
23 to when you say "he"?
24     MR. CERRETA: Let me rephrase.  It was
25 a bad question.

Page 227

1  BY MR. CERRETA:
2  Q.  Did you think that Mr. Garabedian was
3  instructing you to be less than truthful in
4  response to any of the attorneys' questions?
5      MR. GARABEDIAN: You can ask the
6  question.
7      Objection.  I instruct him not to
8  answer to the extent he's going to reveal
9  attorney/client communications.
10 A.  I don't know.
11 BY MR. CERRETA:
12 Q.  Have you done your best to tell the
13 truth in response to all of the questions that
14 were asked of you today?
15 A.  Yes.
16 Q.  Was there ever a question that, after
17 Mr. Garabedian instructed you, you answered
18 inaccurately on purpose?
19     MR. GARABEDIAN: Objection.  I
20 instruct him not to answer to the extent he's
21 going to reveal attorney/client communications.
22     THE WITNESS: Should I do the same
23 thing, say the same thing again?
24     MR. GARABEDIAN: Do you want to take a
25 break and speak to us for a second?

Page 228

1      MR. KERRIGAN: Can he answer the
2  question?
3      MR. GARABEDIAN: He doesn't know -- I
4  don't think he understands the question.
5  A.  I don't understand the question.
6      MR. GARABEDIAN: Take a break for a
7  minute.
8      THE VIDEOGRAPHER: Going off the
9  record.  The time is 6:49.
10     (Whereupon, a recess was taken.)
11     THE VIDEOGRAPHER: Back on the record.
12 The time is 6:58.
13     MR. CERRETA: Thank you, sir.  I have
14 nothing further.
15 BY MR. BABBITT:
16 Q.  Good afternoon, or good evening I
17 suppose.  My name is Bradford Babbitt, I
18 represent the Order of Malta American
19 Association.
20     Before we start, counsel have
21 conferred at a break, and we just asked that the
22 interpreter, particularly with respect to
23 objections, interpret and share with the witness
24 verbatim what is said by all involved, so to
25 make sure that the witness has a full

Page 229

1  understanding of what's transpiring,
2  particularly when there's objections.
3  A.  So does that mean not to answer?
4      MR. GARABEDIAN: Let him ask the
5  questions, and you'll just continue with the
6  answers, but we'll follow the same rules we
7  followed before, except you want to do what?
8      MR. BABBITT: I think the concern
9  expressed among counsel before were just to make
10 sure that the objections are translated verbatim
11 for the benefit of the witness, and so he has a
12 better opportunity to understand what's being
13 said.
14     MR. GARABEDIAN: I wasn't part of the
15 conference.
16 A.  Okay.
17 BY MR. BABBITT:
18 Q.  Okay.  Thank you.
19     How did you first hear about 13th
20 Street Center?
21 A.  The kids in the street, the kids in
22 the street told me we went to a center together.
23 Q.  What were you told?
24 A.  Yeah, they said to me that they had a
25 center where they give you -- in the morning

58 (Pages 226 to 229)

Confidential - Subject to Further Confidentiality Review

Page 230

1    they feed you, then you play ball, and then
2    afterwards you go to school, then you go back to
3    the street.
4        Q.   And at the 13th Street Center, they
5    gave you a place to wash?
6            MR. GARABEDIAN:  Objection.
7        A.   Where to shower, just to shower?
8    BY MR. BABBITT:
9        Q.   Yes, did they give you a place to
10   shower?
11       A.   Yeah, they give us a place to shower,
12   and we take soapy water, and they --
13       Q.   And they give you food?
14       A.   Yes.
15       Q.   And you had a place to play football?
16       A.   Yes.
17       Q.   And a place to play basketball?
18       A.   Yes, we do play basketball.
19       Q.   And was 13th Street Center also a
20   place to learn to read?
21       A.   Yes.
22       Q.   Could you read before you went to the
23   13th Street Center?
24       A.   No.
25       Q.   And was the center a place where you

Page 231

1    could learn to write?
2        A.   Yeah, you can learn to write in the
3    center, but I didn't get very good at it while
4    at the center.
5        Q.   And I think you told us before 13th
6    Street Center was a place you could also learn
7    math?
8        A.   Yeah, you could learn math, but I
9    didn't get a chance to learn math.  I didn't get
10   to be very good at it.
11       Q.   And the center was a place to get off
12   the streets during the day, was it?
13       A.   Yeah, you spend a day there, you eat,
14   you play, you learn, and then you bathe.  And
15   then in the afternoon, we'll go back to the
16   street again.
17       Q.   And did you have friends at the 13th
18   Street Center?
19       A.   Did I have friends at the 13th Street
20   Center?
21       Q.   Yes.
22       A.   Yes, I had a friend.  I had a friend.
23       Q.   Who was that?
24       A.   When I was at the 13th Street Center,
25   my friend was Guisman.

Page 232

1        Q.   And all of these reasons, all of these
2    things, that you got food, a place to wash, play
3    games, learn, see your friends, were these the
4    reasons that he went to the 13th Street Center?
5            MR. GARABEDIAN:  Objection.
6        A.   Was that why I went?  Was that why I
7    went there?  Yeah, because in the street you
8    don't -- yeah, that is why I went.
9    BY MR. BABBITT:
10       Q.   Okay.  Thank you.
11           Have you ever heard of the Order of
12   Malta American Association?
13       A.   No.
14           MR. BABBITT:  Thank you very much.  I
15   have nothing further.
16           MR. GARABEDIAN:  How much time do we
17   have left?
18           THE VIDEOGRAPHER:  About 13 minutes.
19           MR. KERRIGAN:  I'm sorry, Chris?
20           THE VIDEOGRAPHER:  About 13 minutes.
21           MR. KERRIGAN:  We're all set with the
22   translator issues?  I mean we don't need to talk
23   about anything?
24           MR. STEWART:  No.  We can go ahead,
25   and we can talk later.

Page 233

1            MR. KERRIGAN:  Thank you.
2    BY MR. KERRIGAN:
3        Q.   Mr. Guillaume, my name is Michael
4    Kerrigan, I represent the Society of Jesus of
5    New England.
6            THE INTERPRETER:  I'm sorry, what's
7    the name?
8            MR. KERRIGAN:  The Society of Jesus of
9    New England.
10   BY MR. KERRIGAN:
11       Q.   Do you understand that you're still
12   under oath, and you still have to tell the truth
13   in answering my questions?
14       A.   Yes.
15       Q.   And you're going to tell me the truth
16   just like you've been telling it through the
17   rest of the day today?
18           MR. GARABEDIAN:  Objection.
19       A.   Yes.
20   BY MR. KERRIGAN:
21       Q.   If you don't understand any question
22   that I've asked you, you will tell the
23   interpreter, correct?
24       A.   Yes.
25       Q.   Mr. Guillaume, how do you spend your

59 (Pages 230 to 233)

Confidential - Subject to Further Confidentiality Review

Page 234

1  time today?  On an average day at Cap-Haïtien,
2  how do you spend your time?
3          MR. GARABEDIAN:  Objection.
4          THE INTERPRETER:  I'm sorry, did you
5  say objection?
6          MR. KERRIGAN:  He did.
7      A.  During the day at Cap-Haïtien, how do
8  I spend my day?
9  BY MR. KERRIGAN:
10     Q.  Yes.  How do you spend your day?
11     A.  During the day when I find cars to
12  wash, I wash them.
13     Q.  What else do you do?
14     A.  And when I don't find -- when I don't
15  get any cars to wash, I fill a bottle with
16  alcohol and I drink so I can forget some of my
17  problems.
18     Q.  What else do you do with your time?
19     A.  I don't do anything else.
20     Q.  Do you spend time with any friends?
21     A.  Where I am, sometimes my friends are
22  around, but sometimes they're not.  Sometimes
23  they are, but sometimes they're not.
24     Q.  Does that mean sometimes you spend
25  time with your friends, and sometimes you don't?

Page 235

1      A.  Sometimes I spend time with my
2  friends, but sometimes I don't feel like I want
3  to spend time with anyone.
4      Q.  When you spend time with your friends,
5  what do you do together?
6      A.  When I am with a friend what do I do?
7      Q.  Yes.
8      A.  The friends -- the friends that I
9  spend time with, they drink also, so we just
10  drink until we get drunk, so that we use alcohol
11  to forget about our problems.
12     Q.  Do all of your friends drink with you
13  when you drink together?
14     A.  Not all of them, no.
15     Q.  Do most of your friends drink with
16  you?
17     A.  Not all of them drink.  A couple of
18  them, two or three of them drink.
19     Q.  You said that when your friends drink
20  with you you drink to forget your problems,
21  correct?
22     A.  Yeah, we try to drink so we can forget
23  about our problems.
24     Q.  And these problems include being
25  homeless?

Page 236

1      A.  Yeah.  I don't have a place to stay, I
2  don't have a job.  When I try looking for work,
3  they told me that they don't give homosexuals
4  jobs, what homosexuals do is just commit
5  homosexual acts.
6      Q.  Of the friends who drink with you,
7  were any of them abused by Doug Perlitz?
8          MR. GARABEDIAN:  Objection.
9      A.  The friends who drink with me, did
10  Douglas Perlitz abuse them?
11  BY MR. KERRIGAN:
12     Q.  That's the question.
13     A.  Dolce, Nicodeme Dolce, Walky Joseph,
14  and Guisman.  I don't drink with anyone else.
15     Q.  You testified earlier that you try to
16  find cars to wash during the day, correct?
17     A.  Yeah, before drinking.
18     Q.  When you go around to try to find cars
19  to wash, what does that involve?
20          MR. GARABEDIAN:  Objection.
21     A.  I could stand out in the street and I
22  see a car coming, and I ask the car "do you
23  want" -- I ask the driver if they want to wash
24  the car.
25  BY MR. KERRIGAN:

Page 237

1      Q.  Is it a difficult business these days
2  to be washing cars in the streets of
3  Cap-Haïtien?
4      A.  Yes, it's difficult.
5      Q.  It's difficult to find cars to wash on
6  an average day?
7      A.  Yeah, because there a lot of car
8  washes with motors, and we use our hands.
9      Q.  Who is "we"?
10         MR. GARABEDIAN:  Objection.
11     A.  Where we wash the cars, the other
12  guys, they have car washes, and we using --
13  instead we using buckets.  You know, guys like
14  Walky, and Nicodeme Dolce also, we wash the cars
15  by hand with a bucket, and Guisman also.
16  BY MR. KERRIGAN:
17     Q.  Apart from those men, do you wash cars
18  with anybody else on the streets of Cap-Haïtien?
19     A.  No, we don't -- no, we don't wash cars
20  with anybody else, we just pick a spot to wash
21  cars.  But then the police is giving us problem,
22  they say that we dirtying the street with mud
23  because of the dirt coming from under the car.
24  And sometimes they damage our cans, and we have
25  to buy those cans to use for work.

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 238

1    Q.  How much do you make on average
2  washing cars on the streets of Cap-Haïtien?
3        MR. GARABEDIAN:  Objection.
4    A.  Me personally, 200, 300, 500 gourdes.
5  BY MR. KERRIGAN:
6    Q.  That's per day?
7    A.  Yeah, per day.  But some days might be
8  100 gourdes, 200 gourdes, and then some other
9  days you're not making anything at all.
10   Q.  How much money would you need to earn
11 to live comfortably in Cap-Haïtien?
12       MR. GARABEDIAN:  Objection.
13   A.  Myself personally, how much money
14 would I have to earn?
15 BY MR. KERRIGAN:
16   Q.  That's correct.
17       MR. GARABEDIAN:  Objection.
18   A.  You mean how much money would I earn
19 in the business that I'm in washing cars?
20 BY MR. KERRIGAN:
21   Q.  How much would you have to earn
22 washing cars or doing any work in order to live
23 comfortably in Cap-Haïtien?
24       MR. GARABEDIAN:  Objection.
25   A.  How much money would I have to earn?

Page 239

1  BY MR. KERRIGAN:
2    Q.  Correct.  How much money?
3        MR. GARABEDIAN:  Objection.
4    A.  I don't know how much money I would
5  have to earn.
6  BY MR. KERRIGAN:
7    Q.  How much does it cost to rent a place
8  to live in Cap-Haïtien?
9        MR. GARABEDIAN:  Objection.
10   A.  How much does it cost to rent a house
11 in Cap-Haïtien?
12 BY MR. KERRIGAN:
13   Q.  Yes.
14   A.  I don't know.  My aunt and my
15 grandmother rent homes.  I don't know how much
16 it would cost to rent a home.
17       MR. KENNEDY:  We're going to take a
18 break to switch a tape, and then we'll come
19 right back on.
20       THE VIDEOGRAPHER:  Going off the
21 record.  The time is 7:19.
22       (Pause.)
23       THE VIDEOGRAPHER:  Back on the record.
24 The time is 7:25.
25 BY MR. KERRIGAN:

Page 240

1    Q.  Mr. Guillaume, when you want to work
2  washing cars, you're able to do that, correct?
3        MR. GARABEDIAN:  Objection.
4    A.  When I want to wash cars -- what is
5  it?
6  BY MR. KERRIGAN:
7    Q.  When you want to wash cars, you are
8  physically able to walk the streets of
9  Cap-Haïtien and wash cars that come by, is that
10 correct?
11       MR. GARABEDIAN:  Objection.
12   A.  Yeah, I'm a child of the street, I
13 just go to the street, raise my hand and ask if
14 you want to wash your car.  And the ones who
15 don't want to wash the car just keep going, and
16 they said they don't want -- they don't want to
17 wash their car.  Some of them will tell you they
18 don't have time to wash the car, but just wipe
19 it down and take the dirt off, which I do, and
20 they give me 25 gourdes.
21 BY MR. KERRIGAN:
22   Q.  When somebody wants their car washed,
23 you are physically able to scrub the car and to
24 wash the car, correct?
25       MR. GARABEDIAN:  Objection.

Page 241

1    A.  Yeah.  That's what I do when somebody
2  want to wash their car, I scrub the car and wash
3  it.
4  BY MR. KERRIGAN:
5    Q.  You have mentioned today that you were
6  involved with at least two relationships with
7  women over the years, correct?
8        MR. GARABEDIAN:  Objection.
9    A.  Yes, I was involved with two women in
10 my life.
11 BY MR. KERRIGAN:
12   Q.  One of the women was named Schnaidine,
13 and you had a child with her?
14   A.  Yes.
15   Q.  Were you involved in any way in caring
16 for that child?
17   A.  Yes, I used to take care of the child.
18 But once the child passed away, then I didn't
19 take care of the child anymore.
20   Q.  How old was the child when she died?
21   A.  The child was still young, didn't
22 learn to crawl yet.
23   Q.  And you were able to have a
24 relationship with Schnaidine, is that correct?
25   A.  After the child, we weren't in any

61 (Pages 238 to 241)

Confidential - Subject to Further Confidentiality Review

Page 242

1    kind of sexual relation.
2        Q.   I'm not talking sexual relationship.
3    I'm talking about before the child was born,
4    after the child was born, right up until the
5    child's death, you were able to have a
6    relationship with Schnaidine, correct?
7        MR. GARABEDIAN:  Objection.
8        A.   Are you asking me if we had a relation
9    before the child died, before the child was
10   born?
11   BY MR. KENNEDY:
12       Q.   Correct.
13       MR. GARABEDIAN:  Objection.
14       A.   Yeah, we were involved in a relation,
15   that's why we had a child.  We wouldn't have
16   been able to have one otherwise.
17   BY MR. KERRIGAN:
18       Q.   You broke up with Schnaidine, or she
19   broke up with you, after the death of the child?
20       A.   Schnaidine left me.
21       Q.   And that was because she was sad over
22   the death of the child?
23       MR. GARABEDIAN:  Objection.
24       A.   Yes.
25   BY MR. KERRIGAN:

Page 243

1        Q.   You testified also that you had a
2    girlfriend since Schnaidine, correct?
3        A.   Not a girlfriend, no, just a woman, a
4    prostitute.
5        Q.   What's her name?
6        A.   What's the name of the prostitute?
7        Q.   Correct.
8        A.   Ruth.
9        Q.   Ruth?
10       THE INTERPRETER:  Yes.
11       MR. KERRIGAN:  Thank you.
12   BY MR. KERRIGAN:
13       Q.   And how often do you see Ruth?
14       A.   Not often.  She doesn't want you to
15   see her, you won't see her.  She's always in the
16   street going everywhere, looking for business.
17       Q.   Do you see Ruth in Cap-Haïtien?
18       A.   Yes.
19       Q.   And you don't know how often you see
20   Ruth?
21       A.   No.  One day she just shows up.
22       Q.   Are you involved with any other
23   relationships with women?  And I don't
24   necessarily mean sexual, I just mean
25   relationships, friends, acquaintances,

Page 244

1    boyfriends, girlfriends.
2        MR. GARABEDIAN:  Objection.
3        A.   Do I have another woman that I'm
4    speaking with?
5    BY MR. KERRIGAN:
6        Q.   Right.
7        A.   I have other women friends, but we
8    friends, we're not involved sexually.  Like the
9    women who have cars, they bring the cars to be
10   washed, but we're not involved, we're just
11   friends.
12       Q.   And you're able to keep those
13   friendships and maintain those friendships?
14       MR. GARABEDIAN:  Objection.
15       A.   Just friends that come to get their
16   cars washed.  But once they're done, I don't
17   need to go back there.
18   BY MR. KERRIGAN:
19       Q.   Are there a lot of people out of work
20   in Cap-Haïtien today, Mr. Guillaume?
21       MR. GARABEDIAN:  Objection.
22       A.   Are there a lot of people out of work?
23   BY MR. KERRIGAN:
24       Q.   That's the question.
25       MR. GARABEDIAN:  Objection.

Page 245

1        A.   I don't know.
2    BY MR. KERRIGAN:
3        Q.   Do you see a lot of people on the
4    streets who don't have jobs in Cap-Haïtien
5    today?
6        MR. GARABEDIAN:  Objection.
7        A.   I see a lot of people in the street,
8    but I don't know if they're without jobs.  When
9    I'm in the street, I'm thinking of my own
10   business, looking for my own.
11   BY MR. KERRIGAN:
12       Q.   Have you tried to get any help for
13   your drinking?
14       A.   I tried to get -- the help that I try
15   to get is looking for work.  They don't want to
16   give me any work, they said they don't hire
17   homosexuals.
18       Q.   Have you ever gone to get counseling
19   or therapy to help you with your drinking?
20       MR. GARABEDIAN:  Objection.
21       A.   No.
22   BY MR. KERRIGAN:
23       Q.   Why not?
24       A.   I don't trust anyone.  I don't bother
25   with anybody.

62 (Pages 242 to 245)

Confidential - Subject to Further Confidentiality Review

Page 246

1    Q.  You testified that you are taking an
2  ointment or a cream for the bumps that are on
3  your buttocks, is that correct?
4    A.  Yes, I have a cream.
5    Q.  What's the name of that cream?
6    A.  I don't know the name.
7    Q.  Where do you get the cream?
8    A.  A nurse give it to me, Nurse
9  Monprophéte give it to me.
10   Q.  Where does she get the cream?
11   A.  I don't know.  She's a nurse working
12  at a hospital.
13   Q.  At the Justinian Hospital, is that
14  correct?
15   A.  Yes.
16   Q.  Did any doctor ever tell you that the
17  bumps on your buttocks were caused by Doug
18  Perlitz?
19       MR. GARABEDIAN:  Objection.
20   A.  No.
21  BY MR. KERRIGAN:
22   Q.  Did any nurse ever tell you that the
23  bumps on your buttocks were caused by Doug
24  Perlitz?
25   A.  No.

Page 247

1    Q.  Did anyone ever tell you that the
2  bumps on your buttocks were caused by Doug
3  Perlitz?
4    A.  No, no nurse have told me that.
5    Q.  Did anyone ever tell you that the
6  bumps on your buttocks were caused by Doug
7  Perlitz?
8    A.  No.
9    Q.  Did you help anyone get in touch with
10  a lawyer regarding a case against Doug Perlitz?
11       MR. GARABEDIAN:  Objection.
12   A.  No.
13  BY MR. KERRIGAN:
14   Q.  Did you have any kinds of diseases or
15  injuries before you were ever abused by Doug
16  Perlitz?
17   A.  No, I did not have any disease.  The
18  only thing I had was the cut when the glass fell
19  on my foot.  I did not used to have bumps on by
20  butt, on my behind.
21   Q.  And I'm talking about any disease or
22  condition apart from bumps.
23   A.  The only thing I had was the cut,
24  that's it, no other disease.
25   Q.  Mr. Guillaume, the next few questions

Page 248

1  I'm going to be very specific, okay, and I just
2  ask that you give me very specific answers,
3  okay, as best you can.
4    A.  All right.
5    Q.  The first time you were abused by Doug
6  Perlitz, how long did the abuse last?
7       MR. GARABEDIAN:  Objection.
8    A.  How long?
9  BY MR. KERRIGAN:
10   Q.  How long.  That's the question.
11       MR. GARABEDIAN:  Objection.
12   A.  I don't know how long.
13  BY MR. KERRIGAN:
14   Q.  Would it have been 1 minute?
15   A.  I don't know, no.
16   Q.  Can you estimate for us?  Would it
17  have been 1 minute, 5 minutes, 10 minutes, more?
18   A.  The first time?
19   Q.  The first time only.
20   A.  I don't know.
21   Q.  You can't tell us?
22   A.  No.
23   Q.  Okay.  Second time you were abused by
24  Doug Perlitz, how long did the abuse last?
25       MR. GARABEDIAN:  Objection.

Page 249

1    A.  Second time how long did it take?
2  BY MR. KERRIGAN:
3    Q.  That's the question.
4    A.  How long did it take for him to do
5  that to me?
6    Q.  That's the question.
7    A.  Maybe two months, the second time.
8    Q.  Maybe you're misunderstanding.
9    A.  No, I don't understand.
10   Q.  Okay.  You tell me when you don't
11  understand.
12   A.  Okay.
13   Q.  What I'm asking is this.  The second
14  time that you say Doug Perlitz abused you, when
15  you were with Mr. Perlitz and he was abusing you
16  physically, touching you, etcetera, how long did
17  the abuse last that time?
18       MR. GARABEDIAN:  Objection.
19   A.  I don't know.  I don't know how long
20  it took.
21  BY MR. KERRIGAN:
22   Q.  Can you tell us if it was 1 minute,
23  5 minutes, 10 minutes?
24       MR. GARABEDIAN:  Objection.
25   A.  I don't know.  I don't know how long

63 (Pages 246 to 249)

Confidential - Subject to Further Confidentiality Review

Page 250

1  it took. I don't know.
2  BY MR. KERRIGAN:
3      Q.  Third time that you say Mr. Perlitz
4  abused you, how long did the abuse last on that
5  occasion?
6          MR. GARABEDIAN:  Objection.
7      A.  I don't know. I don't know how long
8  it was.
9  BY MR. KERRIGAN:
10     Q.  You can't tell us how long?
11     A.  No, I don't know.
12     Q.  Fourth time you say Mr. Perlitz abused
13 you, how long did that abuse last?
14         MR. GARABEDIAN:  Objection.
15     A.  I wasn't looking at the time, I don't
16 know. I wasn't checking how long it was taking.
17 BY MR. KERRIGAN:
18     Q.  So you can't tell us whether it was 1
19 minute, 5 minutes, 10 minutes, more?
20         MR. GARABEDIAN:  Objection.
21     A.  No, I don't know.
22     Q.  On the occasions when Mr. Perlitz
23 abused you, Mr. Guillaume, did he ejaculate?
24     A.  Did he ejaculate?

Page 251

1      Q.  That was the question.
2      A.  Did he ejaculate on me?
3      Q.  That's the question.
4      A.  Yeah, he always does, he always do it
5  in my behind.
6      Q.  So all four times you believe that
7  Mr. Perlitz ejaculated --
8          THE INTERPRETER:  I'm sorry. Were you
9  finished?
10 BY MR. KERRIGAN:
11     Q.  -- when he abused you?
12     A.  Yes.
13     Q.  On any occasion in which you say that
14 Mr. Perlitz abused you, did you see him naked?
15         MR. GARABEDIAN:  Objection.
16     A.  When he was abusing me?
17 BY MR. KERRIGAN:
18     Q.  Correct.
19     A.  Have I seen him naked?
20     Q.  Correct.
21     A.  Sometimes he wears shorts, and
22 sometimes he's naked.
23     Q.  So you saw him naked on at least one
24 occasion?
25         MR. GARABEDIAN:  Objection.

Page 252

1      A.  I saw him -- did I see him naked at
2  least one time?
3  BY MR. KERRIGAN:
4      Q.  That's the question.
5      A.  I saw him naked once. The other times
6  he was wearing shorts and a T-shirt.
7      Q.  When you saw --
8      A.  Undershirt, I'm sorry.
9      Q.  Thank you.
10         When you saw Mr. Perlitz naked, did
11 you see any marks on his body?
12     A.  He was facing me, I saw him, he was
13 facing me, but I didn't see any marks on him.
14 But then he was -- he had his back to me and
15 then he lifted his shirt, and I saw a mark, a
16 scratch, something on his back, he said that he
17 took a bullet.
18     Q.  Where was the mark on his back?
19     A.  You know, you have a line in the
20 middle of your back, next to it.
21     Q.  That line in the middle of the back
22 we'll call the spine, is that right?
23         MR. GARABEDIAN:  Objection.
24     A.  There is the spine, and then you have
25 the side that don't have the spine, that's where

Page 253

1  the mark is.
2  BY MR. KERRIGAN:
3      Q.  Was the mark on Doug Perlitz's left
4  side or his right side?
5          MR. GARABEDIAN:  Objection.
6      A.  One of them. I don't know if it was
7  the left or the right.
8  BY MR. KERRIGAN:
9      Q.  Was the mark on Mr. Perlitz's back, on
10 his shoulder, or someplace else?
11     A.  His back.
12     Q.  Was it on the upper, middle, or lower
13 back?
14         MR. GARABEDIAN:  Objection.
15     A.  Right there on his back.
16         MR. KERRIGAN:  Let the record reflect
17 that Mr. Guillaume, in my estimation, was
18 pointing to his back just below the scapula
19 region.
20 BY MR. KERRIGAN:
21     Q.  Did you notice any other marks on
22 Mr. Perlitz when you saw him without his clothes
23 on?
24         MR. GARABEDIAN:  Objection.
25     A.  No.

64 (Pages 250 to 253)

Confidential - Subject to Further Confidentiality Review

Page 254

1  BY MR. KERRIGAN:
2      Q.  Did Mr. Perlitz have any hair on his
3  chest?
4      A.  Did he have hair?  I didn't see any
5  hair on his chest.  I don't know if he has hair
6  now on his chest, but I didn't see any.
7      Q.  I'm talking about when you saw him.
8      A.  No, no, he did not have hair.
9      Q.  Did Mr. Perlitz have any hair around
10  his penis?
11          MR. GARABEDIAN:  Objection.
12      A.  Did he have hair on his penis?
13  BY MR. KERRIGAN:
14      Q.  Around that area.
15      A.  I wasn't paying attention to that.  I
16  was laying down.  I don't remember anything
17  about that.
18      Q.  I'd like you to think back now to Doug
19  Perlitz's room at Bel Air, okay?
20      A.  Okay.
21      Q.  Think back to the first time you were
22  abused by Mr. Perlitz, okay?  So we're thinking
23  now about the first time you were abused by
24  Mr. Perlitz, and you're in Mr. Perlitz's room.
25  Describe the room, please.

Page 255

1      A.  Where we were standing is white, there
2  are pictures on the wall, and he has a bed on
3  the floor, and he always have his laptop in the
4  bedroom, and he has books also.  I don't
5  remember anything else.
6      Q.  What was on the wall?
7      A.  He has pictures on the wall, and also
8  has the shelf for books, a shelf for books.
9      Q.  What were the pictures on the wall of?
10      A.  Picture of the kids in the project, in
11  the project, and Caucasian, pictures of
12  Caucasian people.
13      Q.  How many windows were in Doug
14  Perlitz's room?
15      A.  How many windows on Doug Perlitz's
16  room?
17      Q.  That's the question.
18          MR. GARABEDIAN:  Objection.
19      A.  I don't know.  When I go into the
20  bedroom I don't see any open windows, so I don't
21  know if there are any open windows.
22  BY MR. KERRIGAN:
23      Q.  You don't know, yes or no, whether
24  there were any windows?
25      A.  I don't know if there were any windows

Page 256

1  or if there weren't any windows.
2      Q.  Was there any kind of furniture in the
3  room apart from the small bed you mentioned?
4      A.  No.
5      Q.  There was no desk?
6      A.  In the bedroom?
7      Q.  Yes.
8      A.  No, I didn't see a desk.
9      A.  Where was the laptop?
10      A.  The laptop is on the floor.
11      Q.  Were there any chairs in the room?
12      A.  No, his room does not have chairs.
13      Q.  Was there a carpet on the floor?
14      A.  There was a small bed on the floor.
15      Q.  Was there a carpet on the floor?
16      A.  No, there was no carpet on the floor.
17      Q.  Was the small bed a mattress?
18      A.  No, it's a bed like the beds you see
19  in a chapel.
20      Q.  How many beds were in Doug Perlitz's
21  room?
22          MR. GARABEDIAN:  Objection.
23      A.  There has a bed -- it has a bed and a
24  carpet, you know, like the bed that you see in a
25  chapel.

Page 257

1          MR. GARABEDIAN:  Objection.
2  BY MR. KERRIGAN:
3      Q.  How many beds?
4      A.  How many beds are in the bedroom?
5      Q.  That's the question.
6      A.  When I went into the bedroom, there
7  was a small bed like the ones you see in a
8  chapel.  I don't know if there were any other
9  beds.
10      Q.  And was there a carpet on the floor or
11  not when you were there?
12          MR. GARABEDIAN:  Objection.
13          He doesn't know what carpet means.
14      A.  Like the ones in the chapel?  A carpet
15  like goes all over the house.
16  BY MR. KERRIGAN:
17      Q.  A carpet or a rug is something soft
18  and cushiony that you put on the floor to walk
19  on.
20      A.  That you could fold?
21      Q.  I don't know if you can fold it.  Is
22  there another word for carpet in Creole?
23      A.  Yeah, a carpet, it's something you
24  could fold it, you fold it like the ones that
25  you see in the chapel.

65 (Pages 254 to 257)

Confidential - Subject to Further Confidentiality Review

Page 258

```
 1       Q.   Where would you see a carpet in a
 2   chapel; at Project Pierre Toussaint, or
 3   somewhere else?
 4       A.   At the project, that's where I've seen
 5   it.
 6       Q.   You've never seen any beds in the
 7   chapel at Project Pierre Toussaint?
 8       A.   No.  In the chapel I didn't see any
 9   bed.
10       Q.   Were there any lights or lamps in
11   Doug's room when you were there the first time
12   that you say he abused you?
13       A.   If there were any lights, the house
14   has lights.
15       Q.   I'm talking about Doug's room.
16            MR. GARABEDIAN:  Objection.
17       A.   I don't know.  They have lights in the
18   room, but I didn't see any lights on.  I don't
19   know.
20   BY MR. KERRIGAN:
21       Q.   Was there a door to Douglas Perlitz's
22   room when you were there?
23       A.   Yes, Douglas's door.
24       Q.   Did the door have a lock on it?
25       A.   Yeah, to enter the house you have to
```

Page 259

```
 1   have a key.  He has a key.
 2            MR. GARABEDIAN:  Objection.
 3   BY MR. KERRIGAN:
 4       Q.   When Doug was abusing you,
 5   Mr. Guillaume, was the door open or closed to
 6   his room?
 7       A.   He closed his door.
 8       Q.   Did Mr. Perlitz's room door lead out
 9   to the outside of Bel Air?
10            MR. GARABEDIAN:  Objection.
11       A.   Douglas's bedroom door?
12   BY MR. KERRIGAN:
13       Q.   Correct.
14       A.   Yes, it opened to the outside.
15       Q.   Did Douglas's room change in any way
16   on the different times when you were in that
17   room?
18            MR. GARABEDIAN:  Objection.
19       A.   Did the room change in any way?
20   BY MR. KERRIGAN:
21       Q.   That's the question.
22       A.   I don't know.  I didn't see any
23   changes.
24       Q.   When you left Bel Air after the first
25   time that you say Mr. Perlitz abused you, did
```

Page 260

```
 1   you see any students or kids from Bel Air
 2   sleeping or hanging around outside Bel Air?
 3            MR. GARABEDIAN:  Objection.
 4       A.   No.  No, I didn't see any children.
 5   BY MR. KERRIGAN:
 6       Q.   And the second time Mr. Perlitz abused
 7   you and you left Bel Air, did you see any
 8   children outside Bel Air when you left?
 9            MR. GARABEDIAN:  Objection.
10       A.   No, I didn't see any children.
11   BY MR. KERRIGAN:
12       Q.   And the third time that you say
13   Mr. Perlitz abused you and you left Bel Air, did
14   you see any children outside of the house at
15   Bel Air?
16            MR. GARABEDIAN:  Objection.
17       A.   No, I didn't see any children.
18   BY MR. KERRIGAN:
19       Q.   Mr. Guillaume, how tall are you?
20       A.   How tall am I?
21       Q.   That's the question.
22            MR. GARABEDIAN:  Objection.
23       A.   I don't know my height.
24            MR. GARABEDIAN:  How much time do we
25   have left?
```

Page 261

```
 1            MR. KERRIGAN:  Two minutes.
 2       A.   I don't know my height.
 3   BY MR. KERRIGAN:
 4       Q.   Do you know how tall you were in 2003
 5   to 2004?
 6            MR. GARABEDIAN:  Objection.
 7       A.   No, I don't know.
 8   BY MR. KERRIGAN:
 9       Q.   And what do you weigh today, do you
10   know?
11       A.   I don't weigh myself, never weighed
12   myself, so I don't know.
13       Q.   Do you know what you weighed back in
14   2003, 2004?
15       A.   No.
16       Q.   Now, have you understood my questions
17   today and have told me when you don't understand
18   my questions?
19            MR. GARABEDIAN:  Objection.
20       A.   Yes.
21   BY MR. KERRIGAN:
22       Q.   And is there anything you'd like to
23   change about any of the answers you've given me
24   today?
25            MR. GARABEDIAN:  Objection.
```

66 (Pages 258 to 261)

Confidential - Subject to Further Confidentiality Review

Page 262

1    A.  No, no, because I did the best I could
2  to answer the questions that you asked me.  No.
3          MR. KERRIGAN:  Thank you.
4          MR. STEWART:  Can we go off the video
5  record and stay on the transcribed record for
6  just a moment?
7          THE VIDEOGRAPHER:  Going off the video
8  record.  The time is 8:07 p.m..
9          MR. STEWART:  Can we get the
10 non-appearance -- can we attorneys just talk on
11 the record for a moment?
12         (All non-attorneys out of deposition
13 room.)
14         MR. STEWART:  The only thing I wanted
15 to put on the record is counsel were gracious
16 enough to do a little mini meet and confer, a
17 little mini conversation in-between the
18 depositions with me regarding some issues with
19 the translations today.  There were some
20 specifically -- it appeared that the -- our
21 afternoon translator was cutting off the witness
22 at times, having a conversation with him, not
23 translating exactly what he was saying.  For
24 example, if Mitchell, Mr. Garabedian said
25 "objection," what we understand her to be saying

Page 263

1  is "your attorney doesn't like the question,"
2  and instead of the Creole word for objection.
3          There was also some issues where the
4  witness was stating back to her -- asking her
5  back the question, repeating the question back
6  to her, and she was giving that back as an
7  answer, and that is the time when I did speak
8  up.  And I understand counsel's request that
9  only Mr. -- that only Mitchell make objections.
10 I appreciate the indulgence, and I apologize for
11 stepping on your record.  But there was
12 clearly -- it was clearly getting confused.
13 There were a few things where she did not repeat
14 it back as the witness was saying it.
15         So we're going to have our guy listen
16 to the audio and see what issues there are.
17         Mr. Kerrigan indicated that this would
18 be something that we would need to meet and
19 confer about later.  We're agreeable to that.
20 But I just wanted to put that on the record
21 before we left tonight.
22         Is that accurate to what I related to
23 you, pretty much?
24         MR. KERRIGAN:  I think it is.  And the
25 only thing I would add to it, Mike, speaking for

Page 264

1  the Society of Jesus, maybe the other
2  Defendants, they can chime in, is that we have
3  no basis to conclude that there was any problem
4  with the translation today.  Your objection is
5  based upon your personal translator that you had
6  here.
7          MR. STEWART:  True.
8          MR. KERRIGAN:  Apart from that, for me
9  right now, from my standpoint I have no basis to
10 assume that this was anything but an accurate
11 translation.
12         MR. STEWART:  I understand that.  I
13 respect what you're saying.  I'm not looking to
14 fight with you all about it today.  I'm jut
15 putting it out there that that is an issue that
16 we know -- we believe to exist based on what our
17 guy said.  I understand you would have no way of
18 knowing that.  We're not saying you all let
19 something happen.  We're not saying you all did
20 anything unfair.  I'm not implying you all knew
21 something wasn't right, anything like that.  We
22 just want to make that record clear so there's
23 no impeachment issue.
24         Because I think Mr. Kennedy got
25 side-tracked on one of those issues because of

Page 265

1  the way the translator was reporting things back
2  to him or replying back to him gave him a belief
3  that -- I believe that something was being said
4  that was not, in fact, being said.
5          So we can talk about it later.  I
6  appreciate what you're saying, Mike.  I'll stop
7  now.
8          MR. KERRIGAN:  Let me correct my --
9  the Defendants have no reason to believe that
10 this was anything but an accurate translation.
11 I think I had a triple negative there.
12         MR. STEWART:  Thank you, Maureen.
13 Thank you.
14         (Whereupon, the deposition was
15 concluded at 7:30 p.m.)
16
17
18
19
20
21
22
23
24
25

67 (Pages 262 to 265)

Confidential - Subject to Further Confidentiality Review

Page 266

```
 1        C E R T I F I C A T E
 2        I, MAUREEN O'CONNOR POLLARD, LSR #473,
 3   RMR, CLR, and Notary Public in and for the State
 4   of Connecticut, do hereby certify that there
 5   came before me on the 18th day of May, 2015, the
 6   person hereinbefore named, who was duly sworn to
 7   testify to the truth of their knowledge
 8   concerning the matters in this cause, and their
 9   examination reduced to typewriting under my
10   direction and is a true record of the testimony.
11        I further certify that I am neither
12   attorney for or related or employed by any of
13   the parties to the action, and that I am not a
14   relative or employee of any attorney or counsel
15   employed by the parties hereto or financially
16   interested in the action.
17        In witness whereof, I have hereunto
18   set my hand and seal this 23rd day of May, 2015.
19
20   _____
21   MAUREEN O'CONNOR POLLARD, License #473
22   Realtime Systems Administrator, RMR
23   Notary Commission Expires: 10/31/2017
24
25
```

Page 268

```
 1        ------
          E R R A T A
 2        ------
 3   PAGE  LINE  CHANGE
 4   ___  ___  _____
 5        REASON: _____
 6   ___  ___  _____
 7        REASON: _____
 8   ___  ___  _____
 9        REASON: _____
10   ___  ___  _____
11        REASON: _____
12   ___  ___  _____
13        REASON: _____
14   ___  ___  _____
15        REASON: _____
16   ___  ___  _____
17        REASON: _____
18   ___  ___  _____
19        REASON: _____
20   ___  ___  _____
21        REASON: _____
22   ___  ___  _____
23        REASON: _____
24   ___  ___  _____
25
```

Page 267

```
 1        INSTRUCTIONS TO WITNESS
 2
 3        Please read your deposition over
 4   carefully and make any necessary corrections.
 5   You should state the reason in the appropriate
 6   space on the errata sheet for any corrections
 7   that are made.
 8        After doing so, please sign the
 9   errata sheet and date it.  It will be attached
10   to your deposition.
11        It is imperative that you return
12   the original errata sheet to the deposing
13   attorney within thirty (30) days of receipt of
14   the deposition transcript by you.  If you fail
15   to do so, the deposition transcript may be
16   deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25
```

Page 269

```
 1        ACKNOWLEDGMENT OF DEPONENT
 2
 3        I, _____, do
     Hereby certify that I have read the foregoing
 4   pages, and that the same is a correct
     transcription of the answers given by me to the
 5   questions therein propounded, except for the
     corrections or changes in form or substance, if
 6   any, noted in the attached Errata Sheet.
 7
 8   _____
     JAMESLY GUILLAUME          DATE
 9
10
11
12
13
14
15   Subscribed and sworn
     To before me this
16   _____ day of _____, 20____.
17   My commission expires: _____
18
19   _____
     Notary Public
20
21
22
23
24
25
```

68 (Pages 266 to 269)

Confidential - Subject to Further Confidentiality Review

Page 270

```
 1          LAWYER'S NOTES
 2   PAGE  LINE
 3   ____  ____  _____
 4   ____  ____  _____
 5   ____  ____  _____
 6   ____  ____  _____
 7   ____  ____  _____
 8   ____  ____  _____
 9   ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____
25
```

69 (Page 270)

**A**

**a.m** 1:25 7:7
**a/k/a** 1:3,11
**abilities** 22:19
**able** 15:10 28:18
  57:23 65:23 126:9
  147:23 201:20
  240:2,8,23 241:23
  242:5,16 244:12
**Absolutely** 58:5
**abuse** 17:25 74:3
  75:3,11 77:13,16
  78:1,11 107:23
  110:19 111:8
  114:20 122:20
  128:8 137:10
  155:22 157:4
  166:21 180:6
  193:8,10 200:4,5
  200:13,15 206:22
  207:16 209:22
  211:12,18,25
  212:7 214:11,18
  214:20 215:8
  216:20 220:21
  221:2,19,24
  222:13,14,16,21
  223:12,15,18,24
  224:3,9,11,12
  236:10 248:6,24
  249:17 250:4,13
**abused** 73:14,15
  74:11,13,15 79:3
  90:8 92:3,9,14,23
  92:24 93:8,11
  94:14 96:21 99:12
  99:18 100:3 103:6
  103:7,8 104:23,23
  105:1 112:15
  115:1 116:10
  117:1,13,18
  125:12 128:7,20
  133:10 135:20
  139:8,13 141:9,13
  141:21 148:21
  149:7,21 150:5,8

150:9,12 152:12
153:18 154:6,10
156:1 160:24
161:13 166:11
173:9,25 174:15
176:11 180:8,13
180:16 185:25
186:4 191:12,12
192:2,3,15 193:16
194:25 195:1,7
197:3 198:8
199:14,17,24
200:6,17 211:13
214:22 222:1,4,24
223:22 236:7
247:15 248:5,23
249:14 250:4,12
250:24 251:11,14
254:22,23 258:12
259:25 260:6,13
**abusing** 88:11
  93:23 112:12
  175:18 176:24
  223:21 249:15
  251:16 259:4
**accent** 37:25 38:2
**accurate** 22:18
  263:22 264:10
  265:10 267:16
**accurately** 24:21
**accusing** 155:22
**ACKNOWLED...**
  269:1
**acquaintances**
  243:25
**action** 1:2 266:13
  266:16
**activities** 53:21
  54:12,18 55:9,16
  59:4 65:20
**activity** 216:7
**acts** 188:15 189:9
  190:1 192:24
  236:5
**add** 263:25
**Adidas** 82:25 83:2
  83:7 186:12

**adjustment** 58:7
**Administrator**
  2:12 266:22
**adults** 55:8,15 64:3
**afraid** 107:18,20,22
  107:24 126:3
**aftermath** 225:4
**afternoon** 52:9,16
  66:11,12 81:12,13
  86:7,9 96:1 179:2
  184:25 185:2,3
  207:23,23 228:16
  231:15 262:21
**afterward** 170:8
  199:10
**age** 67:4 115:20
**agent** 15:9
**ago** 140:6 150:22
  151:2,3,5,6
**agreeable** 263:19
**agreed** 93:20
**agreement** 103:15
  103:17
**ahead** 216:19
  232:24
**AIDS** 135:19 136:8
  136:14,17,21
**air** 44:2,17,25 45:2
  45:5 47:2,7,9,18
  47:23 58:3 74:8
  75:14 79:24 80:2
  80:5,12,16,18,22
  81:9 87:16 95:3
  96:21 108:4 114:3
  115:2 118:5,6,8
  118:11,18 121:2
  125:5 126:12,14
  181:5,7,8,10,14
  181:17,18,22,24
  182:2,5,6,10,11
  182:13,25 183:14
  183:25 184:5,6,13
  185:9 187:25
  189:23 198:19,20
  206:4,6,10,15
  254:19 259:9,24
  260:1,2,7,8,13,15

**al** 7:10,11
**Alcime** 161:24
**alcohol** 67:18,25
  176:3,3 217:23
  222:10,11,15
  223:23,25 224:3
  234:16 235:10
**alive** 26:14 31:1
  37:20,23 38:5
**allowed** 85:16
  126:5
**aloud** 219:23,25
**Alton** 3:22
**American** 1:11,12
  4:18 7:21 64:16
  64:24,25 103:1
  228:18 232:12
**Americans** 56:18
  58:12 64:21
**and-** 3:11,18
**Andy** 56:21,21,23
  57:1,3 58:9,14,15
  58:24 59:4,9 64:8
  64:9 65:8 100:10
  101:1,4 102:11,15
  102:25 141:8,10
  148:21 149:8
  214:18 215:4,13
  215:17,22,23,24
  216:4,11
**angry** 96:23
**anguish** 176:13
**Anncie** 141:8
  148:21 149:8
  214:19 215:4,17
**answer** 13:6,24
  14:1,17 15:7,17
  17:9 18:18,19
  20:14,23 21:21
  22:5 23:4,13 36:5
  36:13 43:10,16
  44:1 60:23 62:17
  82:10 100:17
  116:12,14,16
  117:3 118:7
  123:24,25 130:9
  134:7 138:24

141:15 148:23
149:2 151:8,17
152:2 154:19
159:14 162:23
163:16 164:9
165:9,20 172:3
179:6 180:1
185:19 188:23
191:17,19 194:12
196:16 203:20
204:5,7,9,22
219:19 220:4
224:4 225:24
226:9,18 227:8,20
228:1 229:3 262:2
263:7
**answered** 205:1
  227:17
**answering** 63:11
  104:5 233:13
**answers** 8:18 10:2
  18:16 20:11,19
  22:2,18 43:23
  46:6 96:10 105:7
  165:6 219:16
  229:6 248:2
  261:23 269:4
**anticipate** 104:6
**Antoine** 48:25
  174:8
**anus** 87:21
**anybody** 15:2,14
  17:5 21:19 22:1
  43:7 47:22 60:8
  69:13 89:20 93:6
  93:8 94:4,9,12
  102:18 110:25
  113:7 116:10,25
  117:12 126:21
  132:14 138:22
  141:1,12,20
  142:22 143:5
  144:11 149:6,10
  162:10 184:16
  219:4,7,10 237:18
  237:20 245:25
**anymore** 25:5,12

25:20 28:18 68:6
107:25 177:6
241:19
**apart** 237:17
247:22 256:3
264:8
**Apepré** 44:23
**apologize** 10:21
29:3 96:14 180:11
180:21 184:4
207:13 263:10
**appear** 90:12
**appearance** 214:5
**APPEARANCES**
3:1 4:1 5:1
**appeared** 82:5
212:11,17 262:20
**appearing** 214:1
**applies** 1:21
**apply** 205:7,14
**appreciate** 263:10
265:6
**appropriate** 267:5
**approximately**
42:5,9 44:2,5,9,10
44:20 115:20
151:11 152:3
**apré** 44:23
**area** 30:11 35:6
45:21 71:4,6
254:14
**Ariel** 19:15,21
62:10
**arrive** 184:19
**arrived** 184:13,21
186:21,25 187:3
**ashamed** 100:5,5
139:9,10
**aside** 39:8,17 133:7
148:19
**asked** 10:14 16:2
18:4,18,19 21:10
21:18,25 36:8
104:8 107:20
108:20 109:11,16
110:14 113:3
118:15,17 120:9

120:12 121:21
123:4,7,21 124:2
124:8,17,19
127:23,25 128:6
128:11 147:16
158:7 164:15
165:10 166:2,4
167:6 168:2 173:2
191:18 196:2
200:2 203:17
204:2,19 205:4
219:13 227:14
228:21 233:22
262:2
**asking** 14:3 17:19
19:3,5 20:2 37:14
47:11 63:12 69:12
92:20,21 97:18,21
112:20 116:21
121:17 123:22
149:5 156:3 157:1
160:4 163:25
164:4 166:11
192:7,8,9,9
193:21,22 194:1,2
194:4,5,11,14
209:4 219:21,22
226:14 242:8
249:13 263:4
**asks** 61:8
**asleep** 87:7,9
**Association** 1:11
1:12 4:19 7:22
228:19 232:12
**assume** 264:10
**assuming** 179:7
**asterisk** 19:10
**Aston** 41:8,16
**attached** 267:9
269:6
**attacked** 69:13,15
**attempt** 202:5
**attempted** 205:7
**attempting** 201:15
**attend** 36:18 37:8
38:7 51:14 63:23
125:13 157:8,9

171:9
**attended** 21:12,14
35:24 36:2,9,23
37:14 42:5 63:23
87:16 157:12
177:14
**attention** 254:15
**attorney** 15:18
17:10 21:22 22:6
96:3 117:4 149:18
149:20 150:1,1,19
152:25 153:23
158:2,3 175:8
225:22 226:12
263:1 266:12,14
267:13
**attorney/client**
62:18 138:25
141:16 148:24
149:3 151:18
159:15 163:17
164:9,10 172:4
180:2 203:21
204:6,23 226:1,10
226:19 227:9,21
**attorneys** 13:25
14:2,18 20:15,24
23:5,14 43:11,17
116:13,17 150:18
203:15 204:1,11
262:10
**attorneys'** 226:16
227:4
**audio** 263:16
**aunt** 24:11 26:15
26:18,24 31:1
239:14
**aunt's** 24:6
**available** 125:7
**Avenue** 3:14
**average** 234:1
237:6 238:1
**awful** 225:4

───── B ─────

**B** 6:11
**Babbitt** 4:20 6:7

7:20,20 228:15,17
229:8,17 230:8
232:9,14
**back** 21:2 28:25
31:7 33:13 52:9
57:18 59:23 61:23
79:12 92:3 93:20
95:10,11 96:4,14
106:6 107:15,16
109:1,4,16 110:14
110:15 113:20,23
114:6 119:14
121:8,19,22
122:21 123:23
124:9,11,12,14,16
124:18,24 125:2,8
138:3 143:19
163:11 166:6
172:14 174:21
178:19 180:5,22
190:8,10,11,13
193:21,22,24
194:2,11,15
195:18 198:3
207:6 213:11,22
213:25 217:15,17
217:20,21,25
218:3,7,8,13,14
218:15,20 219:2
228:11 230:2
231:15 239:19,23
244:17 252:14,16
252:18,20,21
253:9,11,13,15,18
254:18,21 261:13
263:4,5,5,6,14
265:1,2
**background**
176:19
**bad** 70:13 176:14
226:25
**ball** 52:6 230:1
**bandaged** 86:14
**bandages** 185:14
185:21
**Barcelo** 2:5
**based** 162:24 264:5

264:16
**basic** 194:8
**basis** 264:3,9
**basketball** 52:6
216:3,9 230:17,18
**bath** 200:21
**bathe** 231:14
**bathroom** 111:11
**bbabbitt@rc.com**
4:25
**beach** 121:12,15
123:7,8 124:4
127:10,20 200:2,3
200:10,11,16,17
200:17,24
**Beacon** 4:5
**beat** 69:14
**beating** 218:11
**bed** 43:21 44:12,18
73:25 74:5,22,23
76:8 77:2,4,6,7,9
77:24 86:20,21,23
86:24 87:18 206:9
206:11 255:2
256:3,14,17,18,23
256:23,24 257:7
258:9
**bedroom** 95:4
110:7 187:21
188:1,3 189:15
190:20 192:16,17
192:23 255:4,20
256:6 257:4,6
259:11
**bedrooms** 83:18
**beds** 256:18,20
257:3,4,9 258:6
**bedtime** 86:11
**beginning** 77:20
186:2 198:12
**behalf** 7:21 8:5,8,9
16:21 17:17 122:2
**behavior** 115:22,22
**Bel** 44:2,17,25 45:2
45:5 47:2,7,9,18
47:23 74:8 75:14
79:24 80:2,5,12

80:16,18,22 81:9
87:16 95:3 96:21
108:4 114:3 115:2
118:5,6,8,11,18
121:2 125:5
126:12,14 181:5,7
181:8,10,14,17,18
181:22,24 182:2,5
182:6,10,11,13,25
183:14,25 184:5,6
184:13 185:9
187:25 189:23
198:19,20 206:4,6
206:10,15 254:19
259:9,24 260:1,2
260:7,8,13,15
**belief** 265:2
**believe** 10:14 70:12
73:19 125:19
137:9 162:25
185:1 188:16
197:2 199:23
251:6 264:16
265:3,9
**benefit** 229:11
**Benson** 161:24
**best** 22:19 164:20
198:12 227:12
248:3 262:1
**better** 55:1 57:25
229:12
**big** 55:12 109:23,24
120:10 125:16
199:2 201:14
**birthday** 11:23
**bit** 52:8 57:24
97:12 176:18
207:12
**black** 57:5 64:18
101:10
**blank** 6:16 22:17
61:6,10
**block** 70:17,24
**blocks** 41:7,10,17
205:10
**blood** 71:3
**Blouyil** 49:15,18

50:4,6
**body** 71:9 72:2,15
110:8,12 120:21
131:25 132:9,21
186:9 187:15
189:16 191:1,2
199:8 200:25
201:9,11 211:19
252:11
**books** 118:9,11,18
118:20,21 119:8
119:12,13 121:2,7
121:10 123:4
198:20,21 255:4,8
255:8
**bored** 220:20
**born** 11:18 23:24
242:3,4,10
**boss** 40:22 41:8,16
125:10
**Boston** 3:7 4:6 5:15
**bother** 245:24
**bothered** 217:16,22
**bottle** 68:19 131:23
234:15
**bottom** 84:11
**Bouch** 51:11,12
**bought** 74:23 77:2
148:6 206:11
**boy** 90:21,23
**boyfriends** 244:1
**boys** 51:13 73:3
120:10,11,13
156:24 157:2
169:11 196:3
198:25
**Bradford** 4:20 7:20
228:17
**brain** 222:8 224:2
**brains** 68:23
**Branford** 4:14
**bread** 52:24
**break** 9:21,23
57:13 68:23 78:7
95:10 96:19
137:24 143:12
163:4,7,14 164:1

164:5 197:24
227:25 228:6,21
239:18
**breasts** 110:9 186:9
187:15
**bring** 47:25 68:16
85:2 183:3 244:9
**bringing** 139:19,24
145:9,13 174:18
**Broad** 5:5
**broadcast** 155:24
166:19 167:3,10
167:18,21,22
**broadcasting**
155:21 156:20
**broke** 58:10 242:18
242:19
**brother** 29:3 32:17
33:1,5 40:20 41:7
**brought** 81:20
82:16 84:14 85:18
85:20 130:12
140:5,7,19 141:2
170:17 182:25
**brown** 82:25
**bruises** 69:18
**bubbles** 99:14,21
**bucket** 237:15
**buckets** 237:13
**building** 12:10
119:10 205:17
**bullet** 252:17
**bumps** 99:21
131:18 132:16
134:17 135:14
136:24 137:3,8,9
137:15 139:6,15
175:20 211:19,22
211:24 212:6,11
212:12,17,22
213:2,6,8,14
214:5,12 246:2,17
246:23 247:2,6,19
247:22
**bunch** 169:24
**burial** 73:9
**buried** 73:6

**burns** 131:25
**bus** 128:5 142:7,9
142:18 143:7
144:5,8,10,12,16
146:2,4,8,12,18
148:1,2,3 217:1
**business** 237:1
238:19 243:16
245:10
**businesses** 162:22
**butt** 73:16 82:18
87:15,19,20 94:1
135:15 175:20
247:20
**buttock** 187:17
**buttocks** 99:14
109:19 120:22
127:20 128:3,14
187:16 212:23
246:3,17,23 247:2
247:6
**buy** 109:21 148:4
168:25 169:2,6,8
169:14 237:25

**C**

**C** 7:1 266:1,1
**C-E-S-A-R** 29:5
**call** 15:5 19:9 50:13
152:25 158:2
173:3,5,6 221:15
252:22
**called** 14:11 15:11
27:25 30:10 36:18
37:9,11,20 49:15
49:17 55:23 67:19
81:17 100:10
101:1 141:8 173:7
183:4 203:9
**calling** 205:21
218:11 220:11,11
221:15 222:9
**calm** 67:19
**cans** 237:24,25
**Cap-Haïtien** 12:4
13:22 90:5,13
142:6 143:8 155:1

155:3 156:15
162:15 169:9
177:17,21 196:5
205:20 234:1,7
237:3,18 238:2,11
238:23 239:8,11
240:9 243:17
244:20 245:4
**capacity** 40:4
**car** 44:17 45:12,20
45:24 47:17 58:23
60:16 74:7,16,19
75:3,13,21 76:2,4
76:11,15,20,25
77:3,5,15,18,20
78:22 79:1,4,6,9
97:10 106:17,19
106:21 107:11,12
107:14,15,18
108:2,10,11,13
113:25 114:3,4
127:5,9,13,15
172:20,25 195:19
195:20,21,22,24
206:9 236:22,22
236:24 237:7,12
237:23 240:14,15
240:17,18,22,23
240:24 241:2,2
**care** 79:25 80:13
81:20 86:4 134:4
135:7 153:1
241:17,19
**carefully** 267:4
**Carenage** 41:9,15
42:13,16,18,24
43:5,8 46:7,17,22
47:13 48:3 51:14
63:20,24 64:5,7,8
64:10,22 65:1,15
65:23,25 66:2,16
66:21 67:24 68:4
68:9 78:12,15,20
79:21 97:9 101:6
102:3,7 129:12
130:2 207:25
208:2,22 215:18

Confidential - Subject to Further Confidentiality Review

215:19,23,24,25
216:12,14,16
223:5
**caressing** 191:2
**caring** 241:15
**Carmen** 5:24 8:11
**carpet** 256:13,15
256:16,24 257:10
257:13,14,17,22
257:23 258:1
**Carretera** 2:6
**Carrier** 1:7 4:2
7:17 60:3,18
129:1,4,9,19,24
139:21 140:20
141:3 145:10
**carries** 33:12
**cars** 28:16,21,23
38:23,25 39:9,18
39:20,21 40:2
47:23 97:7,8,11
168:21,22,25
169:2,6,8,14
170:2,9 203:11
234:11,15 236:16
236:18 237:2,5,11
237:14,17,19,21
238:2,19,22 240:2
240:4,7,9 244:9,9
244:16
**Carter** 1:8 4:10 8:4
60:9,15,21 129:19
141:3 178:25
179:12,13,20,21
**case** 35:7 61:17
151:25 154:16
170:13 173:2
247:10
**cases** 1:21
**catastrophes** 70:12
**Catholic** 177:7,9,10
177:12
**Caucasian** 112:1
255:11,12
**cause** 266:8
**caused** 132:15
137:10 246:17,23

247:2,6
**center** 5:14 41:9
63:21 101:5,6
208:21 229:20,22
229:25 230:4,19
230:23,25 231:3,4
231:6,11,18,20,24
232:4
**centers** 68:17
208:19
**Cerreta** 5:3 6:6
7:18,18 207:8,10
208:5,15 209:6,14
209:20 210:3,9,17
212:4,16 213:1,18
214:9,16,24
215:12 216:18
218:5 219:3,9,14
219:24 220:3
221:1,11,17,22
222:2,12,20
223:10,16 224:13
224:22 225:11,20
226:5,13,24 227:1
227:11 228:13
**Certain** 6:14 18:8
**certificates** 21:16
**certify** 266:4,11
269:3
**César** 29:5,9,10,14
**chairs** 256:11,12
**chance** 123:4 231:9
**change** 175:14
197:23 259:15,19
261:23 268:3
**changed** 112:10
**changes** 259:23
269:5
**changing** 111:23
**chapel** 178:4
256:19,25 257:8
257:14,25 258:2,7
258:8
**chaplain** 177:15
**charge** 55:8,16
73:5 158:1 173:4
**charged** 173:4

**Charles** 24:15,17
48:25 174:8
**check** 81:10 88:5
134:14,14
**checking** 250:16
**chest** 186:9 189:17
196:12 254:3,5,6
**child** 34:10,14 35:2
35:8 71:15 99:3
182:4 202:13,14
202:15,16,17,17
203:2,5,6,10,11
224:24,25,25
225:2,6,7,10,13
225:19 240:12
241:13,16,17,18
241:19,20,21,25
242:3,4,9,9,15,19
242:22
**child's** 202:24
225:17 242:5
**children** 38:5 71:17
155:25 167:19,23
202:12 260:4,8,10
260:14,17
**chime** 264:2
**choose** 136:17,21
**chores** 39:2
**chose** 154:13 155:5
155:14,18
**Chris** 7:4 232:19
**Christian** 176:20
176:25 177:3,5,8
**Christopher** 5:19
**chronology** 75:10
**church** 177:13,16
177:23,24,25
**circle** 194:3
**city** 12:19 79:22
143:7 144:8
**Civil** 1:2
**claim** 180:13 198:7
**claimed** 160:23
161:12 185:25
**claims** 17:16 180:6
205:23
**class** 59:15 216:2

**classmate** 105:20
122:13
**clean** 185:22
**cleaned** 86:1 185:9
185:12,13,20,24
186:6
**clear** 44:24 56:12
63:15 116:21
180:14 192:13
193:14 194:21
264:22
**clearly** 263:12,12
**Clergé** 19:16,22
62:10
**client** 103:20
**client's** 165:3
**clinic** 98:9
**close** 119:22
**closed** 28:9 42:6,14
42:16,19 46:7,17
63:4,10,16 85:23
91:22 171:2
218:17 259:5,7
**closest** 155:3,7,9
**cloth** 68:20 69:3
**clothed** 186:22
**clothes** 28:24 33:12
33:12 66:20
253:22
**clothing** 33:10
**CLR** 2:11 266:3
**coerced** 116:4
**Cœur** 196:3
**cold** 58:4
**COLE** 4:21
**come** 12:25 13:10
14:6 28:23 51:25
52:16 58:19,20,22
59:8 79:12 86:5
93:20 94:20 95:5
95:9,11 108:4
109:1,4 131:17
132:12,12 147:24
153:12 188:15
213:17 239:18
240:9 244:15
**comes** 58:22 66:18

224:18
**comfortable** 58:5
**comfortably**
238:11,23
**coming** 14:9,10
30:3 142:20 143:2
143:6 145:23,24
236:22 237:23
**comments** 220:16
**commission** 266:23
269:17
**commit** 236:4
**communicate**
103:19
**communications**
172:4 226:1,10,19
227:9,21
**complaint** 6:13
16:9,20 115:13
**completed** 21:15
**concentrating**
224:5,8,15
**concern** 229:8
**concerned** 104:16
**concerning** 144:1
266:8
**concerns** 107:11
**conclude** 264:3
**concluded** 265:15
**condition** 132:15
247:22
**conditioning** 58:3
**condom** 211:13,15
**conduct** 115:24
116:3,5
**confer** 262:16
263:19
**conference** 229:15
**conferred** 228:21
**CONFIDENTIAL**
1:23
**CONFIDENTIA...**
1:23
**confuse** 76:24
**confused** 56:4
101:3 163:18,21
163:23 164:4,7,13

263:12
confusing 92:20
  154:1
confusion 143:22
  194:7,13,19
Connecticut 1:1
  4:14,23 5:6 7:12
  266:4
connection 32:9,14
  32:21
CONROY 3:13,20
console 225:17
Consolidated 1:3
construction 33:2
  40:21 205:9
consultation
  204:13
contact 30:2
  153:23
contacts 169:11
contents 17:5
continue 218:9
  229:5
Continued 4:1 5:1
conversation 14:18
  14:22 15:18 17:10
  22:6 262:17,22
conversations
  13:25 14:2,13
  15:8,13 20:15,24
  21:22 23:5,14
  43:10,17 62:18
  116:13,17 117:4,8
  139:1 141:16
  149:3 151:18
  159:15 162:25
  180:2 203:14,21
  204:1,6,10,23
copies 16:5
Cormier 124:4,6
  124:19 126:17,19
  126:19 127:17,18
  127:23 128:23
  200:3,3,11,16,17
  200:17,24
correct 16:15 20:12
  20:20 23:1 104:9

104:12 150:14
  179:16 181:17
  188:6 190:24
  192:15,23 199:25
  204:16 233:23
  235:21 236:16
  238:16 239:2
  240:2,10,24 241:7
  241:24 242:6,12
  243:2,7 246:3,14
  251:18,20 259:13
  265:8 269:4
corrections 267:4,6
  269:5
corresponding
  21:8
cost 239:7,10,16
Coughlin 5:19 7:4
counsel 7:14
  151:10 152:2
  228:20 229:9
  262:15 266:14
counsel's 263:8
counseling 245:18
counselor 203:18
  204:3,16
country 174:22
  202:18 211:10
Coupet 5:20 8:16
couple 16:3 115:12
  235:17
courage 218:14,20
  219:1
course 104:11
court 1:1 3:21 7:12
  8:12 10:4 16:21
  17:4,17 24:20
  141:2 267:16
courtyard 45:12,23
  45:24 60:13 84:22
covered 207:13
crawl 241:22
crayons 53:6
crazy 68:23
cream 132:3
  133:14 246:2,4,5
  246:7,10

Creole 16:17 18:14
  18:15 20:5,8 21:4
  21:8 22:11,14,23
  36:7 37:24 38:2
  44:7 60:19,22
  65:4,6,8 100:16
  115:16 129:24
  130:2,5,6 179:14
  219:18 257:22
  263:2
Cruiser 60:16
  125:6
crying 203:10
curious 44:19
cushiony 257:18
cut 79:16 154:21
  180:9,23 181:6,16
  181:21 182:3,9,13
  182:15,21 183:9
  183:11,14,24
  185:17 189:7,24
  192:14 207:16,17
  208:8,11,13,16
  209:21 210:5,11
  211:1,5 214:4
  223:12 247:18,23
cutting 108:23
  262:21
Cyrus 14:19,23,25
  15:8,8,15,19
  142:2,9 147:19,21
  148:2 149:14,17
  149:19 150:4,11
  150:15,16,20
  152:11,15,17,20
  152:21 153:17,19
  154:13 155:5,18
  155:20,24 156:14
  156:19 157:20
  158:15,18 162:17
  166:16 167:3,16
  167:18 170:3,6,8
  170:11,12 171:5
  172:1,14,16 175:6
  179:23
Cyrus's 157:3,16
  166:1,3,9,12,15

**D**

D 7:1
D-O-L-C-E 49:2
Dada 29:10 30:9,22
  33:17
damage 237:24
Dame 177:21 178:3
  196:3
dark 207:21
date 7:6 150:24
  203:8 267:9 269:8
dated 17:4
dates 21:14
day 5:4 7:19 58:25
  68:10 74:4 81:5
  82:18 98:1,2
  99:11 110:16
  113:23 114:1
  121:12 123:7
  124:3,18 126:16
  172:8,10,13 181:9
  181:13,20 182:9,9
  182:21 184:19
  186:11 189:24
  191:6,20,23 192:5
  192:14,14 193:4,4
  193:6,7,8,16
  195:1 198:11
  200:1,4,6,9,14,19
  207:15,17,18
  208:25 209:2,15
  209:21,22 210:5
  210:11,19,25
  211:5,11,22 214:4
  216:5,6,7 217:15
  220:20 223:12
  231:12,13 233:17
  234:1,7,8,10,11
  236:16 237:6
  238:6,7 243:21
  266:5,18 269:16
days 10:14 44:2,3,5
  44:7,17,21,25,25
  45:8 47:1 74:19
  75:13,16,21 76:2
  76:16 77:15 143:4

206:10 237:1
  238:7,9 267:13
daytime 120:24
dead 26:13,14
  71:10 72:2,24
dealt 157:3
death 73:5 225:2
  225:13 242:5,19
  242:22
decide 153:17
  174:25
decided 175:2,2
decision 72:14
deemed 267:16
Defendant 4:2,10
  4:18 5:2,10
  115:20 116:4
Defendants 1:15
  264:2 265:9
Defendants' 6:14
  18:8 207:10
degrees 21:16
delay 96:15
delays 104:17
delegation 129:16
  129:18
Demand 6:13 16:9
deponent 7:13
  269:1
deposed 96:17
deposing 267:12
deposition 1:23 2:1
  7:8 211:20 262:12
  265:14 267:3,10
  267:14,15
depositions 262:18
describe 12:6 17:19
  254:25
DESCRIPTION
  6:12
desk 256:5,8
destroy 222:8
details 17:16,20,24
  17:25
detect 68:13
Didine 29:9 30:22
  33:9,11

**die** 202:17 203:6
**died** 26:16,23,25
  33:21 34:15 35:8
  156:24 203:10
  224:25 241:20
  242:9
**different** 30:16
  56:8,9 65:15
  104:3,4 153:25
  259:16
**difficult** 237:1,4,5
**Dimitry** 50:16
**DIRECT** 9:4
**directing** 126:1
**direction** 266:10
**director** 106:16,16
  114:15,15
**dirt** 237:23 240:19
**dirty** 112:2
**dirtying** 237:22
**disappear** 132:13
**discuss** 117:8 147:1
  147:13
**discussed** 13:2
**discussing** 174:20
  174:22
**discussion** 59:22
  62:14,22 109:14
  165:2 192:20
**disease** 132:15
  247:17,21,24
**diseases** 247:14
**dismissed** 31:6,9
**distance** 155:10
**district** 1:1,1 7:11
  7:12 30:10 49:14
  49:17
**doctor** 98:9,12
  114:18 134:4
  137:14,17 138:15
  138:20 139:12,16
  203:22 204:12
  246:16
**doctors** 132:19
  133:8,19,21 134:8
  134:12,13,14,21
  138:14,16 139:14

**document** 1:21
  16:25 17:1,3,6,6
  18:4,13,22 19:25
  21:3 43:24 115:14
  118:10
**documents** 15:23
**DOE** 1:13,13,13,13
  1:14,14,14
**doing** 9:22 48:12
  49:20,22 53:4,9
  54:5,15 58:24
  59:7 60:10 67:3
  67:11 68:5,8,9
  90:3 91:19 106:23
  111:4 119:11
  146:20,23 195:17
  196:4 198:23
  202:7 222:8
  238:22 267:8
**Dolce** 49:1 174:10
  174:11 236:13,13
  237:14
**Domingo** 35:5,9
  202:19
**Dominican** 2:7 7:9
**domino** 52:7
**dominos** 216:10
**door** 81:15 85:23
  95:2 113:3,4
  126:24 127:5
  195:24 196:10
  258:21,23,24
  259:5,7,8,11
**doorkeeper** 195:24
**doorman** 113:4
**doors** 12:15 127:14
**Doug** 58:17 59:6,10
  88:13 94:10,14,17
  94:19 96:20
  106:17 107:10
  190:1 236:7
  246:17,23 247:2,6
  247:10,15 248:5
  248:24 249:14
  253:3 254:18
  255:13,15 256:20
  259:4

**Doug's** 258:11,15
**Douglas** 1:7 7:10
  32:10,15 45:3,5
  58:20 59:11 60:9
  73:5,13,15 74:11
  75:2 79:3 81:17
  81:18 82:2,12
  83:13 84:8 85:24
  87:14,16 90:3,8
  90:14 99:18,25
  100:3 106:8,10
  108:8 110:6 113:5
  114:16,16,17
  118:12,23,23
  120:4,5,15,19
  121:6,11 122:2
  123:4 124:2
  125:11 126:16,22
  127:13 128:20
  129:19 133:10
  135:20 137:11
  139:20 140:19
  141:2,13,21
  145:10 150:16
  152:23,24 153:8
  153:11 155:22,25
  156:21 157:4
  158:15,19,23,25
  160:24 161:12
  162:11 163:1
  166:20 169:19
  171:18,20 173:9
  175:16,24 176:12
  180:17 183:20,20
  183:21,22 184:15
  185:23,25 186:4
  186:15,18,22
  187:11 188:4,7,22
  189:5 190:7,9,11
  190:13,18,19,23
  191:11 192:2,2,15
  195:1,14,15,25
  196:10 197:3
  198:7,18,22 199:7
  199:17,24 200:2,4
  200:5,21 201:6,16
  205:21,23 206:21

  206:25 211:12,14
  212:1,3,7,21
  214:22 220:6,12
  221:15,16 222:1,4
  222:23,24 223:22
  224:12 236:10
  258:21
**Douglas's** 74:8
  77:17 79:1 83:11
  83:23 85:24 113:8
  187:24 192:23
  205:19 258:23
  259:11,15
**downstairs** 81:18
  82:12 83:13 84:9
  84:14 85:2 86:12
  186:15 187:12
  188:1,3
**drank** 217:22
**draw** 53:5,6,6
**drink** 67:18,20
  176:2,3,5,5
  221:10,12,14,16
  221:18,18 234:16
  235:9,10,12,13,15
  235:17,18,19,20
  235:22 236:6,9,14
**drinking** 221:8
  222:10 223:23
  224:3 236:17
  245:13,19
**driven** 125:8
**driver** 47:25 76:5
  125:9 236:23
**driveway** 45:17
**driving** 195:21
**drop** 183:5
**dropped** 216:25
**drove** 126:16,18
  127:16,18
**drugs** 67:1,14,15
  67:25
**drunk** 217:24
  235:10
**duly** 8:17,22 96:9
  266:6

**E**

**E** 1:7,8 4:2,10 6:11
  7:1,1 266:1,1
  268:1
**earlier** 101:17
  103:1 129:1,8
  211:20 212:6
  223:3 224:23
  236:15
**earn** 238:10,14,18
  238:21,25 239:5
**easier** 220:1
**East** 4:13
**easy** 39:13
**eat** 147:12 196:6,7
  231:13
**eaten** 147:9
**eating** 147:14
**education** 33:4
**ehurd@simmons...**
  3:17
**eight** 42:23 43:2,8
  46:22,24 47:8,13
  47:16
**either** 17:5 23:20
  51:14 69:1 78:21
  116:1 146:1
  208:21
**ejaculate** 250:24,25
  251:2
**ejaculated** 251:7
**elapsed** 218:18
**elementary** 21:13
**Elivaint** 49:12
**ELLYN** 3:12
**Elyseé** 5:25
**Emirlane** 5:24
**employed** 266:12
  266:15
**employee** 266:14
**employment** 38:22
**engaged** 115:21
  169:15
**England** 1:9 5:11
  8:2 233:5,9
**English** 16:15

Confidential - Subject to Further Confidentiality Review

18:13,15 21:4,7
22:10,13,16 36:6
44:4,7 60:20
82:12 100:18,25
115:14 179:16
185:8
**enter** 258:25
**entered** 77:23
**entire** 36:13
**equipment** 183:6
**errata** 267:6,9,12
269:6
**ESQ** 3:3,4,12,19
4:3,11,20 5:3,12
**estimate** 248:16
**estimation** 253:17
**et** 7:10,11
**etcetera** 249:16
**evening** 207:9
228:16
**events** 214:7
**eventually** 173:6
**everybody** 54:16
61:6 216:7
**exact** 225:23
**exactly** 44:21 83:15
87:11 114:11,12
262:23
**examination** 6:2
9:4 266:9
**examined** 8:22
**example** 21:10 48:8
66:17 69:13 90:14
222:7 262:24
**Excuse** 38:11
154:18
**Exhibit** 16:13 36:4
61:5,23 82:11
115:13 130:10
134:3 151:9 185:6
219:17
**exhibits** 16:3
**exist** 264:16
**expect** 72:19
**expensive** 109:25
110:3 196:5 199:2
**experience** 209:9

211:18 225:4
**experienced** 69:7
69:12
**experiences** 214:13
**expires** 266:23
269:17
**explained** 98:15
137:15
**explicit** 115:21
**exploded** 71:2
**expressed** 229:9
**extent** 20:14
116:16 138:24
141:15 148:23
149:2 151:17
159:14 172:3
225:25 226:9,18
227:8,20

**F**

**F** 266:1
**face** 113:15
**facing** 252:12,13
**fact** 23:23 78:11
105:14 155:21
166:10 265:4
**fail** 267:14
**fair** 17:15 208:20
224:18
**Fairfield** 1:8 5:2
7:19 207:11
**family** 9:9
**fan** 78:9
**far** 32:10 40:17
57:7 138:11 159:3
184:4,7,8
**father** 1:7 7:17
26:20,25 60:5,18
139:20 140:20
141:3 145:10
**father's** 24:24
**fault** 154:24
**fed** 65:25
**feed** 39:5 230:1
**feel** 98:2,8 176:1,8
176:9 177:4
220:19 235:2

**feeling** 221:7
**feelings** 220:7,8,16
220:22 221:3
**feels** 220:13
**Felix** 174:2
**fell** 79:20 87:7,15
180:24,25 247:18
**fellows** 146:19
**felt** 54:13 128:10
139:9 176:12
220:13 221:7
225:6,10
**field** 33:2
**fight** 51:9 54:24
59:3 69:17 122:13
122:15 264:14
**fighting** 69:20
105:12,14
**fights** 69:22
**figure** 20:10,18
123:19 152:10
225:18
**filed** 1:22 16:20
17:3,7
**fill** 234:15
**filling** 132:19
**finally** 128:2
**financially** 266:15
**find** 35:5 124:20
234:11,14 236:16
236:18 237:5
**fine** 163:19
**finish** 121:7 147:14
154:18
**finished** 93:23
196:15 251:9
**firm** 7:25
**first** 6:15 8:17,22
16:14 18:8,12
36:2 50:10 53:7,9
66:16 67:15 73:17
74:19 78:19 79:13
80:15 84:17,19
85:22 87:12,13,14
91:15 92:22,23
93:7 94:13 96:9
96:20 103:5

104:22,25,25
111:7,20,22 112:8
115:5 116:9,25
117:19,20,22
127:21 136:19
151:14 164:14
170:16,18 180:7
180:12,16 181:25
186:3,3 191:12
192:3 193:17
195:2,6,9 207:15
208:25 209:4,7,8
209:11,17,22
210:10,19,25
211:11,17 212:11
212:18 213:6,14
214:5,10,11,17
223:11,18,19,20
229:19 248:5,18
248:19 254:21,23
258:11 259:24
**five** 1:14 93:18
150:22 151:2,3,4
**fix** 60:2 118:9,11
118:18,20,21
119:8 121:10
123:4
**fixing** 121:2,7
**floor** 3:6 4:5 84:18
84:19 86:24 255:3
256:10,13,14,15
256:16 257:10,18
**fold** 257:20,21,24
257:24
**Folkman** 4:3 6:4
7:16,17 9:5,14
10:7,11,17 12:18
13:8,14,20 14:3,7
14:21 15:12,20
16:7,11 17:12,21
18:11 20:9,16
21:1,24 22:8,13
22:15,20,23,24
23:7,14 24:16,18
25:6,16 26:1 27:9
28:2,11 29:1,8,21
30:13,20 32:5,13

32:18,25 33:8,24
34:6,20 35:16
36:14,17,22 37:2
37:7,13,18 38:6
38:11,13 39:7
40:10,25 41:12,20
42:17 43:13,19
44:4,8,13 45:1,7
45:13,25 46:5,20
47:5,21 48:7
49:11,16,23 50:15
50:20,25 51:1,17
51:22 52:18 53:15
54:10 55:5,14,24
56:22,25 57:4,11
57:20 59:5,16,25
61:15 62:20 63:11
63:14 64:2,15
65:19 66:7,10
67:22 68:7,15,24
69:19 70:9 71:16
71:25 72:6,10,18
73:1,7 74:1,9,14
75:1,8,17,23,24
76:7,22 77:11,25
78:5,7,10,18 79:2
79:11 80:1,8,14
80:19 81:4 83:1,5
84:2,7,16 85:8
86:17,25 87:6
88:9,18 89:15,25
90:17 91:8,13
92:1,8 93:3,12,17
93:22 94:18,23
96:13 97:1,20
98:16,20,23 99:6
99:23 100:7,21,23
100:24 101:21,23
103:4,14,18 104:1
104:11,15,20
105:18 107:3,9,17
109:6,10 110:22
113:12 114:23
116:8,19 117:10
117:16,22,25
119:1,6,18,25
121:16,24 122:9

123:1,13,17
124:13 125:3
126:10,15 127:6
128:15,24 129:4,5
130:15,18 131:14
132:4 133:2,17,22
134:1,10 137:1,18
137:22 138:5,10
139:2 140:3,10,15
140:17,24 141:6
141:17,24 142:4
143:14,24 144:2,4
145:5,21 146:5,17
147:5,21 148:10
148:15 149:4,13
150:3,13,25
151:20 152:18
153:15 154:20
155:12,19 156:2,7
156:17,25 157:7
157:22 158:20
159:8,17 160:2,12
160:19 161:2,16
162:7,14 163:6,20
164:2,11,12,23
165:11,20,23
166:25 167:9,14
168:7,18 169:20
171:14,24 172:6
174:24 177:1
178:6,11,15,21
**follow** 126:2 229:6
**followed** 229:7
**following** 126:2
**follows** 8:19,23
96:11
**food** 52:6 108:18
120:15 230:13
232:2
**foot** 79:16,20 80:9
80:12 81:20 86:1
86:4,14,15 87:15
180:9,22,24,25
181:16,21 182:3,6
182:10,14,15,21
182:23 183:9,12
183:14,24 185:9

185:11,16,24
186:6 189:7,24
192:14 207:16,17
208:8,11,13,16
209:21 210:5,11
211:1,6 214:4
223:12 247:19
**football** 183:5
230:15
**force** 201:6
**forced** 201:2,8,24
**forcing** 128:2,2
201:19 202:1,8
**foregoing** 22:18
269:3
**forget** 234:16
235:11,20,22
**form** 10:12 160:5
269:5
**found** 51:16 84:19
**four** 1:13 73:16
93:1 251:6
**fourth** 199:24
200:6 215:11,14
215:15 216:19
217:3,5,7,9
250:12
**Foyer** 36:19
**Francilien** 161:3,7
161:8,9 168:10,11
**Francois** 49:12
**freedom** 199:3
**freedoms** 120:12
**friend** 98:13,13,25
130:17 231:22,22
231:25 235:6
**friends** 51:21
119:24 216:2
231:17,19 232:3
234:20,21,25
235:2,4,8,8,12,15
235:19 236:6,9
243:25 244:7,8,11
244:15
**friendships** 244:13
244:13
**frightening** 72:7

**front** 16:12 82:17
195:23 196:10
**full** 228:25
**FUND** 1:8
**furniture** 256:2
**further** 1:23 72:12
72:12 207:1
228:14 232:15
266:11

---

**G**

**G** 3:19 7:1
**G-U-E-R-R-I-E-R**
37:9
**G-U-I-S-M-A-N**
173:14
**gallery** 52:4
**games** 53:22 54:19
65:20 216:8 232:3
**Garabedian** 3:3,5
8:7,7 9:12 10:9,16
12:16 13:6,12,18
13:23 14:16 15:6
15:16 16:5 17:8
17:18 20:6,13,22
21:20 22:4,12,22
23:3,12 25:3,9,22
27:7,22 28:8,19
29:6,19 30:8,18
32:3,11,16,23
33:6,22 34:4,18
35:14 36:20,25
37:5,10,16,22
38:1,4,9 39:3 40:8
40:23 41:4,18
42:15 43:9,15
44:22 45:4,11,22
46:3,18 47:3,19
48:5 49:10,13,21
50:12,18,23 51:15
51:20 52:14 53:12
54:7 55:2,10,21
56:20,24 57:2,9
57:14 59:1 62:16
63:25 64:12 65:17
66:5 67:17 68:2
68:11,18 69:16

70:6 71:14,23
72:3,8,16,22 73:4
73:23 74:6,12,21
75:6,15 76:3,19
77:8,22 78:3,14
78:23 79:7,23
80:6,11,17 81:2
82:24 83:3,25
84:5,13 85:6
86:13,22 87:3
88:7,15 89:10,22
90:15 91:5,11,24
92:5,25 93:10,21
94:15,21 96:25
97:17 98:11 99:4
99:19 100:4 103:2
103:9,16,25
105:16 107:1,7,13
108:22 109:2
110:20 113:10
114:21 116:7,11
116:15 117:2,7,14
118:19 119:4,15
119:23 121:9,20
122:6,24 123:11
123:15 124:10
125:1,22 126:6,13
127:3 128:9,21
131:11 132:2,25
133:11,20,24
134:9 136:23
137:16 138:8,23
140:1,8,21 141:4
141:14,22 142:1
143:21 144:1,3
145:3,18 146:3,15
147:3 148:9,13,22
149:1,11,22
150:10,23 151:16
152:16 153:13
154:18 155:8,17
155:23 156:5,13
156:22 157:5,19
158:17 159:5,13
159:23 160:10,15
160:25 161:14
162:5,12 163:4,7

163:13 164:1,6,21
165:8,17 166:22
167:8,12 168:4,14
169:17 171:11,21
172:2 174:19
176:23 178:2
179:25 180:15
181:23 183:2
186:5,17 189:1
190:3,12 191:9,13
191:22 192:18
193:9 195:3
196:21 197:16
198:14 199:19
200:8 201:18,25
203:19 204:4,21
205:24 206:23
208:1,12 209:3,10
209:19,25 210:6
210:13 212:2,13
212:20 213:15
214:14,21 215:10
216:15 218:2,24
219:6,12 220:24
221:5,13,21,25
222:5,18 223:6,14
224:10,20 225:5
225:14,22 226:3,8
226:17,22 227:2,5
227:17,19,24
228:3,6 229:4,14
230:6 232:5,16
233:18 234:3
236:8,20 237:10
238:3,12,17,24
239:3,9 240:3,11
240:25 241:8
242:7,13,23 244:2
244:14,21,25
245:6,20 246:19
247:11 248:7,11
248:25 249:18,24
250:6,14,20
251:15,25 252:23
253:5,14,24
254:11 255:18
256:22 257:1,12

258:16 259:2,10
259:18 260:3,9,16
260:22,24 261:6
261:19,25 262:24
**garabedianlaw@...**
3:9
**gate** 45:14,16,18
52:19,23 66:4,8
80:23,23 81:16
108:6 127:2,7,9
127:12,14
**gatekeeper** 126:25
127:14
**gay** 90:3 91:19
**Geffrard** 142:13,15
144:23
**general** 29:23
30:11
**generality** 116:1
**gentlemen** 145:9
148:12
**Gervil** 1:3,4 7:10
**gestures** 118:13
120:7 198:23
**getting** 28:14
107:11 263:12
**Giovani** 183:18
**girl** 209:16,18,24
210:1
**girlfriend** 35:18
243:2,3
**girlfriends** 244:1
**girls** 210:1
**Giuerrier** 37:12
**give** 25:21 39:6
52:5,6,7,24 65:14
83:2,6 97:13
98:17 100:9
127:23 128:1,4,13
132:5 135:12
148:11 153:22
170:25 171:1
187:18 189:5,6
196:7 201:1,3,9
201:10 205:19
213:9 222:6
229:25 230:9,11

230:13 236:3
240:20 245:16
246:8,9 248:2
**given** 9:11 135:25
261:23 269:4
**giving** 20:19
237:21 263:6
**glass** 79:16,20
87:15 180:9,23
181:1,1,6 182:15
185:15 247:18
**go** 30:24,24 40:16
40:17 44:15 52:9
52:9,12,17,23
53:1 59:18 61:23
66:3 67:23 68:3
68:12,19,20,23
72:20,23 76:4,21
77:10 80:18,21
84:4,21,21 85:3
85:16,22,23 86:6
87:1 93:17,18
95:2,3 97:3,6,8
98:8,12 106:12,14
106:22 107:16
108:14,14 109:16
109:22,23,25
110:1,2,4,14,15
113:20,23 114:18
118:18 120:9,11
120:16 121:8,22
122:7,8 124:8,9
124:11,12,14,16
124:18,19,24
125:2,16 128:1,14
131:4,8 132:12
135:6,15 147:14
147:14,25 152:14
153:2,4,17 154:4
154:5,6,9,11
155:5,11 157:11
165:25 166:3,5,9
166:12,14 168:9
170:10,20 171:5,7
172:14 175:2
177:16,21,22
178:3,4,10,15

180:5 182:5,25
189:15 192:18
193:18 195:18,19
196:7 199:2,5,6
200:2 203:22
204:19 212:11,14
212:18 213:2,6,17
216:22 217:15,17
217:20,21,25
218:3,6,13,14,20
219:2 230:2,2
231:15 232:24
236:18 240:13
244:17 255:19
262:4
**God** 9:1 176:1,14
176:14,17
**God's** 176:2,9
**goes** 67:19 83:20
196:3 224:19
257:15
**going** 9:22 16:3,19
21:3,5,5,7 22:2,10
35:4 36:4 39:20
41:16 57:15 59:20
61:4 63:1 81:23
82:15 86:6,24
87:8 94:25 95:10
95:12 96:15,17
100:15,17 107:21
107:21,22 108:25
109:3,18,18
113:21,25 114:3
115:11 119:8
123:9 124:1,7,9
124:11,15,16,23
125:2,4,19 128:11
134:5 137:22,25
138:25 141:16
143:16 148:23
149:3 151:17
158:2 159:15,25
163:8 168:11,12
172:4 177:24
178:7,16 180:21
181:25 194:3,6,16
197:25 200:10,11

207:3,12 219:22
219:25 222:8
224:2 225:25
226:10,19 227:8
227:21 228:8
233:15 239:17,20
240:15 243:16
248:1 262:7
263:15
**Golkow** 7:5
**good** 7:16,23,23 9:6
16:18 19:17 20:7
20:7 53:14,19
54:3,20,22 55:4
55:12 68:22 106:1
110:18 120:15
168:8 197:23
207:9 228:16,16
231:3,10
**gotten** 79:16
167:17,19,23
170:7
**gourde** 127:25
128:1,4
**gourdes** 128:12
201:1,4,4,10,11
201:13 238:4,8,8
240:20
**gracious** 262:15
**grade** 21:15 36:2
36:24 38:8 216:11
**graffiti** 90:12 91:15
91:16,21
**Grand** 35:24 36:10
38:15
**grandmother** 24:7
26:9,24 239:15
**greeting** 61:2
**group** 48:11,14,18
48:20 51:19 70:20
70:21 170:16,18
**growing** 40:7
**guard** 80:24,24
**guardian** 113:3
**Guerrier** 37:9
38:16
**guess** 91:9 92:12

121:17 123:21
131:3 156:3 157:1
193:7
**Guillaume** 1:23 2:1
6:3 7:13,24 8:8,21
9:6,8,9 10:18 16:8
18:6,23 29:13,16
57:21 61:10
115:19 138:6
178:24 233:3,25
240:1 244:20
247:25 250:24
253:17 259:5
260:19 269:8
**Guillaume's** 6:14
18:7
**Guillaumes** 11:15
**Guisman** 49:3,3
55:3 173:12,13,14
231:25 236:14
237:15
**guy** 57:6 127:19
263:15 264:17
**guys** 55:11 109:20
109:23,24 110:3
125:17 144:21
161:20 170:9
175:2 237:12,13
**gymnasium** 183:5

**H**

**H** 3:12 6:11
**hair** 179:22 254:2,4
254:5,5,8,9,12
**Haiti** 1:8 14:6,9
28:22 29:24 30:1
39:14 110:1
115:21 161:10
206:1,1
**Haitian** 56:3 62:4
64:3 68:21 100:10
100:11,12,19
101:1,4,8,15,24
102:6 113:17
141:8 183:16
214:19
**Haitians** 55:19

Confidential - Subject to Further Confidentiality Review

**Haitien** 68:25
**half** 18:13,14
**hall** 165:3
**hand** 9:2 110:11
   111:15,18 146:23
   237:15 240:13
   266:18
**hands** 237:8
**handwriting** 18:25
**hanging** 260:2
**HANLY** 3:13,20
**happen** 70:13,13
   70:18,19 75:11
   79:10,19 89:17
   90:7 96:17 220:10
   264:19
**happened** 70:21
   71:5 72:4 73:18
   74:3,17 77:14,16
   78:2,11,16,20,21
   78:25 79:8,9,13
   82:1 83:15 87:11
   90:1,7 92:6,15,16
   92:18 93:5 95:8
   96:24 97:18 98:15
   99:17 111:1
   153:20,21 160:1
   181:2 189:13
   190:17 194:17
   218:3,6 222:9
   224:11 225:9
**happening** 111:13
**happens** 224:17
**happy** 51:8,9 179:3
**harassing** 218:11
**hard** 28:22,22
   66:20 105:25
**Hartford** 4:23
**he'll** 175:7
**head** 10:3 33:13
   35:8 61:1 67:19
   70:17,24 71:2
   72:24 179:21
**health** 134:4
**healthcare** 114:19
**hear** 9:16 57:24
   104:7 153:10,14

153:16 159:11
162:21,22 167:1
167:16,25 172:1
175:11 199:20
203:3 229:19
**heard** 37:19,21
   104:4 156:12,18
   157:2 166:19,23
   169:22 189:25
   190:4 199:16
   232:11
**Heart** 109:24
**height** 260:23
   261:2
**held** 2:3 7:8 13:21
   14:4
**help** 13:16 14:14
   15:15,24 103:19
   105:25 133:14
   151:13 152:10
   154:15,15 158:3
   166:17 170:13,15
   201:24 225:17
   245:12,14,19
   247:9
**helped** 185:22
**helpful** 57:23
**hereinbefore** 266:6
**hereto** 266:15
**hereunto** 266:17
**hey** 146:20
**Hi** 178:24
**hide** 68:12
**higher** 84:4
**hire** 205:10,11
   245:16
**hired** 151:14 152:9
**hit** 70:24
**hold** 100:20 109:8
**home** 24:2,11 25:1
   74:8 79:1 83:11
   99:10 105:10
   106:5,6,9,12,14
   106:22 107:21
   108:3 118:22,24
   127:24 128:1,5
   131:8,12 162:19

162:20 195:20
239:16
**home-brewed**
   67:18
**homeless** 235:25
**homemade** 67:18
**homes** 239:15
**homosexual** 98:3
   111:5 121:13
   123:5 150:16
   152:23,24 153:9
   169:11 188:15
   189:9,20 190:1
   192:24 201:2,7
   205:20 209:5
   211:14 220:11
   236:5
**homosexuals** 153:8
   176:15 205:10,11
   205:19 220:19
   236:3,4 245:17
**hop** 207:12
**Hope** 1:7 4:10 8:4
   60:21 129:19
   141:3 178:25
   179:11
**hospital** 98:9
   130:11,14 131:9
   131:13,17 132:18
   133:5,6 134:22,23
   134:25 135:6,9,11
   135:16,17 136:9
   137:20 138:17
   246:12,13
**HOSPITALLER**
   1:10
**hotel** 124:4,8,21
   128:17,23 147:7,8
   179:24 200:18,24
   216:23 217:14
**hothead** 35:9
**hour** 137:23
**hours** 9:23
**house** 12:9,11 25:4
   25:7,10,12,12,14
   25:19,21,23 26:2
   26:4,5,6 27:17,21

27:24 28:4,10
30:14,15,16,17
45:2,6,10,17,18
79:5 81:14,24
82:2,4 83:9,14,16
84:4 88:20 94:5,9
94:13 97:21 99:12
108:9,12,14,15,16
109:15 113:6,8,20
126:21,25 127:2
131:16 183:15,16
184:14,15,17,20
184:22 186:21,25
187:3 195:22,23
206:15,16,18
239:10 257:15
258:13,25 260:14
**houses** 30:6 205:17
**huff** 221:23
**hugged** 118:13
   120:7 198:24
**Huh** 27:13 34:19
   72:17
**humiliation** 220:7
   220:9,23 221:4
**hundred** 128:4,12
**Hurd** 3:12 96:3
   194:10
**hurt** 81:6,17 131:5
**hurting** 94:2
   111:10,12
**hurts** 87:23

_____
**I**
**idea** 145:17,19
   172:7
**ideas** 148:11
   174:20
**identification**
   16:10 18:10 61:12
**identify** 7:14 21:11
   134:4
**ii** 21:14
**iii** 21:15
**illicit** 115:24 116:2
   116:5
**Illinois** 3:22

**imagined** 40:7
**impeachment**
   264:23
**imperative** 267:11
**implicit** 116:6
**implying** 264:20
**in-between** 63:13
   214:3,6 262:17
**in-person** 14:14
**inaccurately**
   227:18
**incidence** 214:10
   223:18
**incident** 114:20
   118:2 195:12
   196:19,24 207:15
   207:24 209:1,22
   210:10,19 211:1
   211:12,18,25
   212:7 214:3,17
   215:3,8 216:5,20
   216:20 217:3,8
   218:19
**incidents** 221:19,24
   222:14
**include** 235:24
**included** 158:12
**including** 115:23
   175:4
**incorrectly** 29:4
**INDEX** 6:1
**indicate** 21:6 188:4
   189:25 190:18
**indicated** 36:9
   181:15 187:22
   188:16 193:15
   197:2 263:17
**indicates** 185:8
   190:6,23
**individual** 197:13
**indulgence** 263:10
**information** 157:24
**inhale** 68:4
**injured** 175:15,24
**injuries** 247:15
**inside** 12:11 28:24
   39:4 45:12 68:1,8

68:10,19 74:7,23
78:25 79:5 84:22
85:23 108:10,14
108:14 127:1,2,2
127:4 195:25
**instance** 223:11
**instances** 116:2
**instruct** 13:24 14:1
14:17 15:7,17
17:9 20:14,23
21:21 22:5 23:4
23:13 43:10,16
62:17 116:12,15
117:3 138:24
141:15 148:22
149:2 151:16
159:14 172:3
180:1 203:20
204:5,22 225:24
226:9,18 227:7,20
**instructed** 227:17
**instructing** 163:16
164:8 226:15
227:3
**instruction** 164:8
226:7
**instructions** 165:3
267:1
**insurance** 70:14
**interested** 75:10
107:25 266:16
**interesting** 53:23
54:19
**interpret** 228:23
**interpretation**
163:15
**interpreter** 5:24
8:11,14,16,23 9:3
24:17 28:1 36:12
36:15 37:24 38:12
44:3,6,10 63:13
66:6 75:22 96:6,8
98:22 100:20,22
101:20 103:12,19
103:21 104:19
108:25 109:4,8
115:15 117:20

129:2 130:14
140:14 147:20
148:25 192:7
193:21,25 194:10
197:7 214:8
219:17 226:20
228:22 233:6,23
234:4 243:10
251:8
**interpreters** 5:20
103:11 104:17
**interpreting**
103:21
**interrogatories**
6:15 18:9,16
22:21 185:7
**interrogatory**
118:7 185:7
186:14 190:7,22
219:16,19 220:5
224:4
**interrupt** 184:9
**invincible** 54:23
**involve** 236:19
**involved** 228:24
241:6,9,15 242:14
243:22 244:8,10
**issue** 59:19 163:15
182:8 193:24
264:15,23
**issues** 103:22
232:22 262:18
263:3,16 264:25

— J —
**J** 4:3 5:12
**J-A-S-M-I-N** 51:3
**jail** 158:19,24,25
159:4,7
**Jamesly** 1:23 2:1
6:3,14 7:13 8:8,21
9:8,11 11:13 18:7
18:23 115:19
118:14 194:14
269:8
**January** 134:6
**Jardin** 35:25 36:10

38:15
**Jasmin** 50:21,21
51:3,4,5 142:24
142:24 143:1
144:23
**jcerreta@daypit...**
5:8
**Jean** 5:25 19:15,21
49:12 62:10
**Jean-Charles**
161:3,8,9,17
168:10,19
**Jeff** 178:24
**Jeffrey** 4:11 8:3
**JERUSALEM**
1:10
**Jessica** 65:1,2
118:12,15,16,21
118:22,22,24
119:3,22 120:1,3
120:4,5 121:3,10
**Jessica's** 118:9,18
198:20,22
**Jesula** 55:6 140:12
140:15,15
**Jesus** 1:9 5:10 8:1
233:4,8 264:1
**Jiko** 10:22 11:3
**Jimmy** 27:12,15
55:6 140:11,12,15
**jkennedy@mwll...**
4:16
**job** 31:4,5,8,17,22
33:1,18 39:10,12
39:17,22,23,24,25
40:15,16 41:1
205:7 236:2
**jobs** 39:5,8,18 40:4
40:12,19 205:8,14
205:17,19 236:4
245:4,8
**John** 1:10,12,13,13
1:13,14,14,14 5:3
7:18 207:9
**joined** 51:19
**Jonas** 174:6,6,7
**Joseph** 36:19 48:25

50:10,14,17,22
51:3 142:24 143:1
144:23 147:10
161:17,19 168:19
173:18,19,20,21
236:13
**journalist** 154:12
154:14,25 155:2
155:15 156:14
166:17
**judge** 160:17,21
**July** 6:15 11:18,24
11:25 18:9 151:21
**jump** 207:14
**Jury** 6:13 16:9
**justice** 159:25
160:3,5,18,21
167:23
**Justinian** 130:11
130:15 133:4
134:22 136:8
137:20 138:17
246:13
**jut** 264:14

— K —
**keep** 105:24 111:2
111:16 173:4
194:4 213:16
220:17 240:15
244:12
**keeping** 111:3
**Kennedy** 4:11 6:5
8:3,3 178:23,25
180:4,18 182:1
183:7 184:12
186:13,20 189:3
190:5,14 191:10
191:16,25 192:12
192:21 193:11
194:8,20,23 195:5
196:23 197:9,11
197:18,22 198:5
198:16 199:22
200:12 201:22
202:4 203:23
204:8,25 206:2

207:1 239:17
242:11 264:24
**kept** 128:2 157:10
194:2,3 218:10
222:9 223:21
**Kerrigan** 5:12 6:8
7:23,25 163:24
228:1 232:19,21
233:1,2,4,8,10,20
234:6,9 236:11,25
237:16 238:5,15
238:20 239:1,6,12
239:25 240:6,21
241:4,11 242:17
242:25 243:11,12
244:5,18,23 245:2
245:11,22 246:21
247:13 248:9,13
249:2,21 250:2,9
250:17,22 251:10
251:17 252:3
253:2,8,16,20
254:1,13 255:22
257:2,16 258:20
259:3,12,20 260:5
260:11,18 261:1,3
261:8,21 262:3
263:17,24 264:8
265:8
**key** 259:1,1
**kicked** 92:13,16,21
93:9 100:13
102:20 126:8
**kid** 70:21 105:13
105:15,19
**kids** 10:24 11:2,12
31:11,11,12 33:16
37:20,23 48:15,17
48:19 52:2 54:4
54:14,20 55:1
60:12 63:22 66:25
69:21,21,22 70:3
73:10 111:25
112:5,11 145:15
155:21 160:23
167:17 169:24
170:7,17 173:8

174:14 183:4
229:21,21 255:10
260:1
**kill** 71:1 176:8,16
177:4 221:8
**killing** 176:4,5,8
**kind** 39:24,25
99:21 167:23
169:14 221:9
242:1 256:2
**kinds** 247:14
**King** 4:4 7:17
**kitchen** 83:17
84:20
**kleren** 67:19
**km** 2:6
**knew** 36:9 39:19
85:1 146:19
165:25 167:24
168:19 170:4,6
181:10,11 182:11
182:12 264:20
**knife** 220:14
**knock** 81:15
**knocked** 81:16
**know** 9:23 17:24
19:9,21 24:19
26:4 31:6,13,15
31:18,19,22 32:6
32:10,24 33:5,20
33:25 34:5 35:1,5
36:23 37:4 39:21
40:3 44:6 49:22
51:6 53:18 54:21
56:23 57:3,7,12
57:21 58:6 59:9
60:3,5 62:12,13
64:13,13 67:15
73:2,8,18 81:1,3
85:4,9,15 88:17
89:20,23 90:1,18
90:20,24 91:7,15
93:6,8,16 101:12
102:10,13 103:23
105:21,22,24
113:15,15 120:14
122:11 135:23

136:4 138:11,19
139:18,22,23
140:4,9,11,18,22
140:22,25 141:5
141:23 142:11,12
142:14,15,17,18
142:19,20,25
143:1,2,5,6
144:18 145:8,11
145:13,15,24,25
148:14,17 149:19
151:3 152:14,17
153:2,4 155:20
156:4,9,11,14,15
157:14,15 158:12
158:13,14,18,22
158:23 159:2,3,7
159:19,24,24
160:4,7,14,16,17
160:22 161:1,3,4
161:7,9,11,15,18
161:19,21,24,25
162:3,9,10 165:2
166:3,9,12,14,16
167:10 168:12,17
168:24 169:1,5,7
172:5,9 177:20,23
180:3 181:11
182:4,12 184:16
185:3 188:14
197:6,10,12,14,17
197:21 203:13,25
204:10,17 205:22
211:21 212:24
215:7 216:11,13
218:21 227:10
228:3 237:13
239:4,14,15
243:19 245:1,8
246:6,11 248:12
248:15,20 249:19
249:19,25,25
250:1,7,7,11,16
250:21 252:19
253:6 254:5
255:19,21,23,25
256:24 257:8,13

257:21 258:17,19
259:22 260:23
261:2,4,7,10,12
261:13 264:16
**knowing** 75:11
264:18
**knowledge** 266:7
**known** 55:4 99:2
**knows** 135:8 206:1
**Koko** 10:22,25 11:8

---

## L

**L** 12:3,14 23:24
24:12 27:4,5,6,8,8
27:19 99:8 131:2
**Laboul** 30:23,24
**lamps** 258:10
**Land** 60:16 125:6
**landlord** 27:11,14
**laptop** 88:1,3
111:23 255:3
256:9,10
**lascivious** 115:22
**late** 44:16
**law** 3:5 7:25 176:2
176:10
**lawsuit** 140:19
159:20 169:15
**lawsuits** 139:20,25
140:5,7 145:9,12
145:14 170:17
174:18
**lawyer** 14:19
140:19 247:10
**LAWYER'S** 270:1
**lawyers** 13:2,16
14:13 16:20 17:17
116:22 117:9,12
139:3 141:11,20
148:19 149:6,6,15
151:15 152:9
159:10,12 172:1
207:11
**laying** 254:16
**lead** 225:2 259:8
**learn** 34:2 40:16
41:11 51:25 53:25

230:20 231:1,2,6
231:8,9,14 232:3
241:22
**learned** 54:2
**learning** 53:10
54:21
**leave** 26:5 60:15
63:2 66:12 122:16
124:2,7 128:12
201:1,10
**leaving** 94:5 113:5
141:11
**Lecenat** 142:13,15
144:24 147:10
**left** 25:11,13,14,19
25:23 26:7 28:6,7
28:24 34:17,21,23
38:15 46:25 47:4
47:9,12 64:9 67:8
72:25 94:3,11,19
94:24 97:21 99:12
113:1,19 121:22
128:16,17,17
181:6 201:5,14
202:17 216:22
217:14 232:17
242:20 253:3,7
259:24 260:7,8,13
260:25 263:21
**Leroy** 5:21 96:8
**let's** 18:21 21:2
23:17 59:18 63:15
95:9 106:12,22
109:7 151:8 163:7
165:13 168:9
178:15 195:19
**level** 55:13 187:24
**levels** 21:15
**lewd** 115:22
**License** 266:21
**lie** 86:23 87:4
**lied** 87:5
**life** 29:23 209:13
210:8,12 220:20
241:10
**lifted** 122:2 252:15
**light** 165:4 207:20

**lights** 88:10,12,14
88:16 258:10,13
258:14,17,18
**liked** 54:23 119:20
**limited** 115:23
**limiting** 115:25
**limped** 184:6
**limping** 184:1
**line** 15:2 143:23,24
163:24 252:19,21
268:3 270:2
**list** 158:4,7,12
162:8
**listen** 17:5 162:17
162:20 263:15
**literally** 29:22
**little** 9:17 19:8 39:4
51:10 52:8 56:4
57:24,25 58:4
67:7 70:23 71:13
72:2 73:10 86:23
87:18 90:23 97:12
97:13,15 134:6
176:18 198:23
207:12 213:3
262:16,17
**live** 12:3,11 24:7,9
26:17 28:3 30:7
30:10,22 70:7,8
99:7 106:23
130:25 162:15
238:11,22 239:8
**lived** 23:24 25:8
26:18,24 27:3
44:1 45:3,9 131:3
**lives** 30:22
**living** 12:6,9,12,14
23:17,19 26:9,15
27:18,20 30:5
31:3 35:20 48:3
66:15,24 83:17
**LLC** 4:12
**LLP** 4:21 5:4,13
**Lobo** 174:12,13
**located** 155:6
**location** 63:20
**lock** 258:24

**long** 35:6,10 96:15
  108:25 114:7
  115:8 122:11
  151:6 171:25
  211:17,21 212:10
  212:14,17,24
  214:17 215:5
  218:21,25 220:21
  220:25 221:2
  248:6,8,10,12,24
  249:1,4,16,19,25
  250:4,7,10,13,16
**longer** 159:6
**look** 15:23 18:3,21
  21:2 36:4 39:13
  39:19 41:1 61:24
  120:15 134:2
  151:8 202:19
  205:8
**looked** 39:12,17
  80:10 211:22
**looking** 19:19
  22:20 35:9 43:24
  43:25 46:13
  113:25 115:17
  185:5,7,19 236:2
  243:16 245:10,15
  250:15 264:13
**lose** 203:5
**lost** 224:24 225:6
**lot** 44:16 54:18
  58:23 69:17,18
  71:3,19 131:25
  136:24 176:3,5,12
  176:15 210:14,16
  211:22 212:22
  217:23 222:10
  237:7 244:19,22
  245:3,7
**lotion** 132:1,3,21
  137:6 139:16
**loud** 88:8
**louder** 9:17 57:24
  78:9 184:11
**loudly** 88:6,6
**Louis** 1:3,4 5:24,25
  7:10 8:11,11

192:7
**lover** 205:20
**lower** 58:3 253:12
**Lozier** 65:2
**LSR** 2:11 266:2
**Lu** 3:4 8:9
**lumps** 132:9
**lunch** 93:19 95:10
  96:19
**luncheon** 95:14
**Luperón** 2:6
**lxia@garabedian...**
  3:10
**lying** 87:18

## M

**M-O-N-P-R-O-P...**
  98:22
**mad** 95:7
**Madam** 130:12
  212:11,14,18,24
  213:4,5,9
**Madame** 60:15
**Madison** 3:14
**main** 4:13 127:7
**maintain** 244:13
**making** 88:4
  110:17,23,24
  118:12 120:6
  125:12 198:23
  205:10 238:9
**Malta** 1:11,12 4:18
  7:21 228:18
  232:12
**man** 57:5,5 62:6,7
  64:18,19,20
  101:10 103:1
  113:17 157:17
**manage** 59:2
**manager** 80:25
  81:16 82:6,8,9
**Mandela** 109:24
**March** 13:10
**Marchant** 30:10,22
  30:25
**Margarette** 56:2,3
  56:6,9,14 64:4

69:1,3 101:18,22
  102:1
**Margarita** 55:22
  56:1,2,7,9,13 64:4
  69:1 101:18,21
**Marie** 29:16
**Marilyn** 5:21 96:8
**mark** 16:3 252:15
  252:18 253:1,3,9
**marked** 16:10,13
  18:10 61:5,11
  185:6
**marks** 69:18
  252:11,13 253:21
**Marlene** 56:13
  102:1
**married** 34:8
  202:10
**masisi** 90:14
**Massachusetts** 3:7
  4:6 5:15
**math** 53:25 54:2
  231:7,8,9
**matter** 7:10
**matters** 266:8
**mattress** 256:17
**Maureen** 2:11 8:13
  10:3 265:12 266:2
  266:21
**mayonnaise** 52:25
**meals** 147:9
**mean** 14:5 29:22,23
  46:15 53:16 54:8
  60:18 67:5 70:10
  74:2 79:21 82:8
  84:10 92:19 99:17
  119:7,8,9,10
  139:3 143:3
  163:23 175:10
  226:6 229:3
  232:22 234:24
  238:18 243:24,24
**meaning** 76:10
**means** 44:23,23
  75:4 78:1 116:5
  138:19 159:20
  257:13

**medical** 133:9
**medicine** 130:12
  131:17,22 132:6
  137:4 213:9,21,25
**meet** 225:18 262:16
  263:18
**meeting** 14:6 157:8
  157:9,12,15
  170:21 171:7,15
  171:17,22
**meetings** 13:16
  14:4,14 15:14
  157:11 171:10,22
**memory** 180:12,12
  180:14 198:12
**men** 3:11:10 50:9
  96:16 139:19
  140:5 142:10,12
  144:13,19,20
  156:19 237:17
**mention** 199:21
**mentioned** 51:14
  64:4 130:9 140:12
  161:6 213:10
  224:23 241:5
  256:3
**mentioning** 58:9
**Merline** 55:22,25
  56:2,6 64:5 69:1
  101:18,20,21
**mess** 224:2
**met** 51:23 84:17
**Michael** 3:19 5:12
  7:24 233:3
**middle** 113:1 186:2
  198:12 252:20,21
  253:12
**Mike** 8:5 263:25
  265:6
**MILANO** 4:12
**MILITARY** 1:9
**mind** 152:11
  176:13
**mine** 147:15
**mini** 262:16,17
**minute** 143:13,15
  163:5 178:7 228:7

248:14,17 249:22
  250:19
**minutes** 93:19
  137:23 232:18,20
  248:17,17 249:23
  249:23 250:19,19
  261:1
**mispronounce**
  10:22
**mistake** 27:10
  103:10 104:7
**misunderstanding**
  104:8 249:8
**misunderstood**
  130:20 194:16
**Mitch** 10:7 59:17
  163:24 165:20
**Mitchell** 3:3,5 8:7
  262:24 263:9
**mkerrigan@sloa...**
  5:17
**Mo** 125:10,10
**moment** 184:10
  262:6,11
**Monday** 1:24
**money** 24:9 25:24
  27:24 28:14,21,22
  28:23 97:12,13,15
  109:21 125:16,17
  127:24 128:6,13
  128:14 133:13,15
  134:19 135:8
  140:6 141:1
  159:21,25 160:6,9
  160:14,16,23
  161:12,22 162:4
  162:10 167:17,19
  168:13,20,24
  169:1,5,8,11,12
  169:14,18 170:7
  199:1,1 210:23
  238:10,13,18,25
  239:2,4
**Monprophéte**
  98:14,19,19,24
  99:25 100:2
  130:22 132:20

133:12,14 134:18
134:24 135:7,12
138:9 139:4,5
246:9
**month** 172:11
**months** 42:23 43:2
43:3,8 46:22,25
47:8,13,17 105:3
115:5 195:9 249:7
**morning** 7:16,23
7:24 9:6 48:1
52:4,12,16,20
66:3,9 70:15 71:7
76:4,5,21 77:10
81:11 94:2,6,19
94:22 97:16,19,23
97:24 191:11
192:3,11 193:10
200:15 223:2
229:25
**mother** 26:20,23
29:15 35:2 98:14
202:15,16,17
225:17
**mother's** 24:23,25
130:17 202:25
**mothers** 98:25
**motions** 10:13
**motorcycle** 155:10
**motors** 237:8
**mouth** 51:11
110:11 111:15,18
**move** 30:14 64:5
216:19
**moved** 73:22 102:3
**mstewart@simm...**
3:24
**mud** 237:22
**multiple** 104:17
**Murphy** 4:4 7:17
**music** 88:2,3,4
111:19,21
**mustered** 218:14
219:1
**mustering** 218:19

_____

**N**

**N** 7:1
**naked** 251:14,19,22
251:23 252:1,5,10
**name** 7:4,24 9:7,9
9:11 19:3,6,10,14
19:25 20:1 22:17
24:14,16,20 27:11
27:14 29:5,13,14
29:15,16 32:6
37:15 48:21,23
49:8 50:11,13
51:6 57:1 61:7,9
61:13,18,19 62:1
62:3,5,8,10,13,15
62:22,25 64:13
90:19 98:14,17,21
105:21,22 113:16
129:3 130:12
132:15 134:15
140:14 141:10
142:13 149:17,25
150:17 152:22
153:22 157:24,25
158:5,8,9,10,22
170:14,22,23,24
170:25,25 171:1
171:12 175:5,12
178:24 183:17
197:8 202:21,22
202:24,25,25
203:1 207:9
228:17 233:3,7
243:5,6 246:5,6
**named** 11:12 19:21
29:3 32:1 41:16
56:1 90:12 100:12
106:15 124:4
125:9,10 197:13
197:14 203:2
241:12 266:6
**names** 48:16,24
55:17 101:13
102:10,13 134:8
162:8,9 168:10
175:6,8 222:10
**Nannann** 203:1
**Nathalie** 5:20 8:16

21:5 22:11 36:6
**nature** 21:16
**near** 75:13
**necessarily** 243:24
**necessary** 267:4
**need** 9:21 78:7,9
96:5 149:20 178:9
184:10 232:22
238:10 244:17
263:18
**needed** 14:20 142:3
**negative** 265:11
**negotiate** 104:16
**neighborhood**
130:16
**neither** 266:11
**never** 34:8 37:21
70:8 75:19 76:13
76:18 77:1,6,7,9
79:3 91:4,10
102:24 129:13
133:8 139:14
156:12,18 157:2
157:12 166:18,19
173:3 179:11,19
179:22 204:15
211:15,16 216:17
225:9 258:6
261:11
**new** 1:9 3:15,15
5:11 8:2 96:6
168:22 169:14
233:5,9
**news** 156:20
**Nicholas** 64:9,14
64:23,24 65:6
80:21
**Nick** 64:11 66:18
**nickname** 10:25
11:3,7 50:11 51:7
51:9 203:1
**nicknames** 10:19
**Nicodeme** 49:1
174:10,11 236:13
237:14
**night** 84:10 93:24
106:8 112:14,20

113:1,2 121:1,4
121:11,19 123:6
123:23,24 124:3
124:17 126:11,14
188:5,8,14,23
189:13 191:4,5,18
191:19 192:4,10
192:22,25 193:1
200:20 206:4,5
217:18 223:1,2
**nighttime** 81:12
112:18,19 120:25
121:3
**Nike** 82:18,19,22
83:6,8
**nine** 42:9,10 71:12
72:13,20
**nodding** 10:3
**noise** 87:24 110:12
**non-appearance**
262:10
**non-attorneys**
262:12
**noon** 52:25 93:18
**normal** 98:3
**Notary** 266:3,23
269:19
**note** 103:14
**noted** 269:6
**NOTES** 270:1
**notice** 253:21
**noticed** 211:22
212:22
**Notre** 177:21 178:3
196:3
**November** 17:4
**number** 16:8,13
18:5,6 21:6,11
36:5 43:25 56:6,6
61:10 82:10
100:17,21 115:13
116:2 118:8,9,10
130:10 134:3
149:25 150:18
151:9 152:22
153:22 158:1,10
158:11 170:15

175:7 219:16
**numbered** 18:5
**numbers** 175:13
**nurse** 98:10,13
114:18 130:8,11
130:16 132:24
133:1,3,13 136:2
136:3,4,10 137:5
137:15,17 138:13
138:20 139:12
246:8,8,11,22
247:4
**nurses** 132:19,23
133:8

_____

**O**

**O** 7:1
**o'clock** 59:24 95:11
178:5
**O'Connor** 2:11
266:2,21
**oath** 233:12
**object** 117:6
**objection** 9:12
12:16 13:12,18,23
14:16 15:6,16
17:8,18 20:6,13
20:13,22 21:20
22:4 23:3,12 25:3
25:9,22 27:7,22
28:8,19 29:6,19
30:8,18 32:3,11
32:16,23 33:6,22
34:4,18 35:14
36:20,25 37:5,10
37:16,22 38:9
39:3 40:8,23 41:4
41:18 42:15 43:9
43:15 44:22 45:4
45:11,22 46:3,18
47:3,19 48:5
49:10,13,21 50:12
50:18,23 51:15,20
52:14 53:12 54:7
55:2,10,21 56:20
56:24 57:2,9 59:1
62:16 63:25 64:12

Confidential - Subject to Further Confidentiality Review

| | | | | |
|---|---|---|---|---|
| 65:17 66:5 67:17 | 167:8,12 168:4,14 | **objections** 10:11 | 78:1,6 79:12 80:2 | 175:23 179:5,19 |
| 68:2,11,18 69:16 | 169:17 171:11,21 | 228:23 229:2,10 | 80:20,22 81:11,14 | 179:23 180:5,11 |
| 70:6 71:14,23 | 172:2 174:19 | 263:9 | 81:18,22 82:10 | 180:21 182:7,12 |
| 72:3,8,16,22 73:4 | 176:23 178:2 | **obtained** 21:17 | 83:9 84:17,23 | 182:20,24 183:8 |
| 73:23 74:6,12,21 | 179:25 180:15 | **occasion** 199:24 | 85:15,20,25 86:7 | 183:13,23 184:4 |
| 75:6,15 76:3,19 | 181:23 183:2 | 250:5 251:13,24 | 86:18 87:1,10,22 | 184:19 185:1,15 |
| 77:8,22 78:3,14 | 186:5,17 189:1 | **occasions** 183:1 | 88:10,19,22 90:11 | 186:2,21,24 187:2 |
| 78:23 79:7,23 | 190:3,12 191:9,13 | 250:23 | 91:9,14,21 93:4 | 187:8,11,22 |
| 80:6,11,17 81:2 | 191:22 193:9 | **occurred** 196:24 | 93:17,23 94:4,12 | 189:10 190:6 |
| 82:24 83:3,25 | 195:3 196:21 | **occurring** 196:19 | 95:9,10 97:11,14 | 191:8 192:1,6,17 |
| 84:5,13 85:6 | 197:16 198:14 | **odd** 39:18 | 98:5,17 99:16,24 | 193:1,6 194:22 |
| 86:13,22 87:3 | 199:19 200:8 | **offered** 121:12,14 | 100:8,15,18 101:3 | 195:6,11 196:6,18 |
| 88:7,15 89:10,22 | 201:18,25 203:19 | 123:8 124:3 | 102:17 103:5 | 197:19,22 199:12 |
| 90:15 91:5,11,24 | 204:4,21 205:24 | **OFFICES** 3:5 | 104:1 105:14,23 | 199:23 200:13 |
| 92:5,25 93:10 | 206:23 208:1,12 | **oh** 74:2 87:23 | 106:2,17,20 107:4 | 203:16 204:24 |
| 94:15,21 96:25 | 209:3,10,19,25 | 121:25 216:13 | 108:1,5,8,18 | 205:4 206:12 |
| 97:17 98:11 99:4 | 210:6,13 212:2,13 | **ointment** 246:2 | 112:7,12,18,24 | 207:24 208:20,25 |
| 99:19 100:4 103:2 | 212:20 213:15 | **okay** 9:24,25 10:5,6 | 113:7,13,17 114:7 | 211:11,17 213:2 |
| 103:9 105:16 | 214:14,21 215:10 | 10:18 11:23 12:3 | 114:13 115:11,16 | 213:13,19 214:3 |
| 107:1,7,13 110:20 | 216:15 218:2,24 | 12:13,22 13:2,3 | 115:17 116:18,20 | 224:4 225:21 |
| 113:10 114:21 | 219:6,12 220:24 | 13:15 14:12,22 | 116:23,23 117:17 | 226:14 229:16,18 |
| 116:7,11 117:2,14 | 221:5,13,21,25 | 15:13,23 16:19,24 | 118:4,17 120:24 | 232:10 248:1,3,23 |
| 118:19 119:4,15 | 222:5,18 223:6,14 | 17:3,25 18:3,22 | 121:17 123:18 | 249:10,12 254:19 |
| 119:23 121:9,20 | 224:10,20 225:5 | 19:8 20:4,10 | 124:22 125:4,11 | 254:20,22 |
| 122:6,24 123:11 | 225:14,24 226:3,8 | 21:25 22:22 23:15 | 126:11 127:16,21 | **old** 11:21 42:9 |
| 123:15 124:10 | 226:17 227:7,19 | 23:23 24:11,21,22 | 128:16,19,25 | 71:11,12 72:20,20 |
| 125:1,22 126:6,13 | 230:6 232:5 | 25:7,10,17 26:2,7 | 129:18 130:7,9,19 | 98:13,24 241:20 |
| 127:3 128:9,21 | 233:18 234:3,5 | 26:22,25 27:3,20 | 131:1,21 132:14 | **older** 31:11,12 |
| 131:11 132:2,25 | 236:8,20 237:10 | 28:12,17 29:2,17 | 133:3,7,18 134:2 | 71:17 90:24 91:1 |
| 133:11,20,24 | 238:3,12,17,24 | 30:21 31:25 32:9 | 134:21 135:4 | 92:11 113:18 |
| 134:9 136:23 | 239:3,9 240:3,11 | 33:1,9 34:3,7 35:2 | 136:6,14 137:14 | **once** 13:25 50:3 |
| 137:16 138:8,23 | 240:25 241:8 | 35:12,22 37:3,8 | 137:22,24 138:21 | 60:7 70:7 127:13 |
| 140:1,8,21 141:4 | 242:7,13,23 244:2 | 38:7,21 41:13 | 139:18 140:4 | 127:19 129:10,11 |
| 141:14,22 142:1 | 244:14,21,25 | 42:2 43:4 44:19 | 141:7,11 142:8,20 | 129:12 143:10 |
| 145:3,18 146:3,15 | 245:6,20 246:19 | 45:2,8 46:1,14,15 | 143:3,7,14 145:8 | 172:15,18,22 |
| 147:3 148:9,13,22 | 247:11 248:7,11 | 47:22 50:5 51:18 | 147:9 148:16 | 203:24 223:1 |
| 149:1,11,22 | 248:25 249:18,24 | 52:11 53:3,25 | 149:5,14 150:4 | 225:16 241:18 |
| 150:10,23 151:16 | 250:6,14,20 | 55:15,25 56:16 | 151:25 152:9 | 244:16 252:5 |
| 152:16 153:13 | 251:15,25 252:23 | 57:7,11,14,25 | 153:16,21 154:13 | **ones** 49:5,7 52:2 |
| 155:8,17,23 156:5 | 253:5,14,24 | 58:1,7,9,17,20,24 | 157:8 158:14 | 71:13 240:14 |
| 156:13,22 157:5 | 254:11 255:18 | 59:16 60:1,3,10 | 159:10,18 160:8 | 257:7,14,24 |
| 157:19 158:17 | 256:22 257:1,12 | 61:4,16,21,23 | 162:15 163:3,6,21 | **open** 113:3,4 127:4 |
| 159:5,13,23 | 258:16 259:2,10 | 62:5 63:1,11,19 | 164:11,19 165:15 | 127:7,14 255:20 |
| 160:10,15,25 | 259:18 260:3,9,16 | 65:13 66:24 67:14 | 166:7 167:5,15 | 255:21 259:5 |
| 161:14 162:5,12 | 260:22 261:6,19 | 68:8 69:5 72:13 | 168:8 170:10 | **opened** 63:20 81:17 |
| 163:13 164:21 | 261:25 262:25 | 73:8,17 74:2,18 | 171:25 172:14 | 95:2 108:6 126:24 |
| 165:8,17 166:22 | 263:2 264:4 | 75:18,23 77:19 | 173:8 175:14,17 | 127:9 195:24 |

Confidential - Subject to Further Confidentiality Review

259:14
**opportunity** 59:14
229:12
**opposed** 155:14
**order** 1:10,12 4:18
7:21 138:22
228:18 232:11
238:22
**organization** 37:19
**original** 267:12
**ought** 86:19 98:8
**outbreak** 211:24
212:5 213:20
214:11
**outbreaks** 213:13
**outside** 55:11,12,13
68:13 75:13 82:6
97:4 107:5 126:25
217:1,1,22 259:9
259:14 260:2,8,14
**overnight** 206:21
**ow** 110:10 111:13
111:17
**owned** 24:3 27:18
**owner** 26:5

**P**

**P** 7:1
**p.m** 112:23 195:16
262:8 265:15
**page** 6:2,12 18:22
22:10,12,14,14
61:24,24 115:17
268:3 270:2
**pages** 269:4
**paid** 39:2 216:25
**pain** 98:6,7 111:8
223:4
**painful** 175:18
**paint** 67:1,9 221:23
222:3,13,17,22,25
223:8,13,17,25
**pair** 186:12,18
**panic** 220:7,9,23
221:4
**pants** 82:13 83:14
186:16 202:2

**paper** 6:16 15:24
19:1,4,6 61:6,11
61:14 152:22
158:11
**paperwork** 132:19
**paragraph** 115:18
116:1
**paraphrase** 134:5
**pardon** 215:22
**parents** 24:3 26:12
26:18 33:20
**parked** 45:20,24
**parking** 45:19,21
**part** 170:18 229:14
**participating** 59:3
**particularly** 228:22
229:2
**parties** 266:13,15
**partner** 35:12
**partners** 210:18
214:6
**pass** 225:9
**passed** 34:10
202:13 203:11
215:16 241:18
**passing** 24:20
170:9
**Paul** 1:7 4:2 7:17
60:3,5 129:1,4,6,9
129:18,23
**pause** 59:16 239:22
**pay** 12:12 25:12,20
27:24 28:15,18
155:10
**paying** 28:12
179:23 254:15
**peace** 70:8
**pen** 65:13
**penis** 73:16 82:17
87:14,20,20 105:1
109:19 110:9,10
110:13 111:5
120:22 121:13
127:19 128:3,13
186:10,10 187:16
187:17 189:17,18
190:23,24 191:3

195:14 196:13,13
198:9,18 199:9,10
201:12,17 202:3
206:25 212:21
254:10,12
**people** 18:17 47:25
48:17 56:5,8,10
56:13 57:24 70:3
81:25 91:17 94:11
94:16 97:12
108:16 112:1
139:23 144:13,17
159:21 161:4,5
171:17,19,22
175:11 205:22
216:8,10 220:10
220:15 221:15
224:6,9,16 244:19
244:22 245:3,7
255:12
**people's** 48:9
**Pere** 129:6
**performing** 116:5
**period** 74:4,11
75:11 116:3 213:7
**periods** 224:19
**Perlitz** 1:7 7:11
32:10,15 45:3
58:17 73:13 96:21
115:21 116:4
133:10 137:11
139:20 140:20
141:13 145:10
153:12 155:22
156:21 157:4
158:15,19,24
160:24 161:13
162:11 166:20
171:18,20 175:16
175:24 176:12
180:6,9,14 183:19
190:1 193:16
194:25 195:7
199:13 209:23
211:12 212:1,8
214:4,11,18 215:9
236:7,10 246:18

246:24 247:3,7,10
247:16 248:6,24
249:14,15 250:3
250:12,23 251:7
251:14 252:10
253:22 254:2,9,22
254:24 259:25
260:6,13
**Perlitz's** 45:6 253:3
253:9 254:19,24
255:14,15 256:20
258:21 259:8
**person** 41:2 51:2
106:13 113:18
114:19 126:24
132:22 148:20
149:7 161:6
173:22 185:21,23
210:20 221:9
266:6
**personal** 89:2,11
89:14 226:11
264:5
**personally** 238:4
238:13
**Peter** 70:23,23,23
72:2,24
**Philippe** 37:9,11
38:16
**Philoméne** 24:15
31:1,21
**phone** 14:19,22
15:11,14 152:22
153:22 158:1,9
173:4,4 175:12
**physically** 175:23
201:15,16 240:8
240:23 249:16
**pick** 40:1,2 66:18
143:11 237:20
**Picture** 255:10
**pictures** 60:12,14
111:22,23,24,25
112:3,5,5,8,10,11
255:2,7,9,11
**picturing** 83:14
**piece** 6:16 61:6,11

152:22 158:11
181:1
**pieces** 15:24
**Pierre** 5:25 27:12
27:15 38:17,18
49:3,9 173:12
174:2,8 258:2,7
**Pina** 89:24 90:1,12
90:20 91:16,18
92:10,21 93:1
**Pina's** 90:18
**Pitney** 5:4 7:19
**place** 30:12 41:5
66:3 74:3 79:6
82:16 154:4
170:20 183:4
215:3 230:5,9,11
230:15,17,20,25
231:6,11 232:2
236:1 239:7
**places** 14:5
**plage** 124:5,6,19
126:17,19,19
127:17,18,23
128:23
**Plaintiff** 1:5 3:2
6:14 18:7 115:19
115:23,24 116:4,6
**Plaintiffs** 8:6,8,10
**plan** 14:9 121:7
**planned** 14:10
**Plata** 2:5,6 7:9
13:22 14:6 143:8
143:10
**play** 52:6,7 53:7
183:5 216:3 230:1
230:15,17,18
231:14 232:2
**playing** 54:23 88:3
216:7,8,9,10
**Plaza** 5:14
**please** 7:14 9:7,15
9:18,23 10:2,10
21:11 50:24 75:7
98:18 105:23
154:19 169:4
179:2 184:10

254:25 267:3,8
**Plus** 125:25
**PM** 3:12 5:21,25
**pockets** 125:17
**point** 26:10,15 27:3
  27:11 28:18 34:11
  63:4 86:8 104:16
  123:10 189:10
  218:1,7
**pointing** 253:18
**police** 69:24,25
  72:21,23 154:7,9
  154:11 218:10
  237:21
**Pollard** 2:11 8:13
  266:2,21
**population** 169:10
**porches** 48:9
**pornographic**
  112:2,7,10
**Port-au-Prince**
  118:16,25 120:5,6
**portion** 220:4
**PPT** 10:25 11:2,13
  11:16 28:6,7
  32:22 39:1,18
  42:5,11,16 157:17
  189:25 199:18
  208:7,9
**pray** 90:2
**preceding** 116:1
**preface** 203:24
**Preneta** 64:11
**preoccupy** 67:21
**preparation** 12:25
  13:4
**preparing** 215:20
**preschool** 35:24
  36:10
**prescription**
  134:16 135:5
**present** 5:23 96:3
  134:7
**presumably** 88:13
**pretty** 263:23
**previously** 193:15
  209:23

**priest** 177:17,19,20
  177:22,23
**prior** 179:11
  181:20 182:8,9
  188:21 191:17
  204:14
**prison** 158:16
**private** 31:13,15
**privilege** 163:17
  164:10
**privileged** 204:23
**probably** 148:8
  220:1
**problem** 60:2
  182:5 225:15,16
  237:21 264:3
**problems** 70:2
  133:9 138:22
  220:6 224:5,7,15
  225:3 234:17
  235:11,20,23,24
**professional** 134:5
**professor** 68:21,25
  106:15 122:12
**program** 63:19
  65:15,16,18 78:12
  100:14 112:11
  126:9 142:17
  144:22 145:16
  156:6,12,16,20
  157:3 161:25
  168:1 177:15
  217:13
**programs** 166:24
  167:2
**project** 38:17,18
  48:15 51:16,19,23
  52:1,5,11,12
  60:13 73:10 89:7
  89:13,18,21,24
  90:5,22,23 91:7
  91:22 92:13,22
  93:9 102:20
  111:25 112:6
  142:18 143:1
  144:21 146:14,20
  156:19 157:17

162:1 177:12
  178:4 182:4
  217:13 255:10,11
  258:2,4,7
**projects** 118:14
  120:8
**promises** 110:17,24
  111:2,4 125:13
**Prophéte** 130:8,13
  131:6 212:12,15
  212:18,25 213:4,5
  213:9
**propounded** 269:5
**prostitute** 210:21
  210:25 211:5
  243:4,6
**prostitutes** 210:2
**prostitution** 169:16
**psychiatrist** 138:7
  138:12 203:18
  204:3,15,17,18,20
  205:3
**psychiatrists**
  138:17
**public** 31:14,16
  168:15 201:14
  216:24 217:1
  266:3 269:19
**Puerto** 2:5,6 7:9
  13:21 14:6 143:8
  143:10
**pull** 202:2
**punish** 122:12
**punished** 105:9,11
  121:23 122:4,11
  123:12,14 195:13
**punishment** 105:8
  107:5 114:5,7,14
  121:25 122:1,8,10
  122:22 123:9
  124:23 195:15,18
**purchase** 134:19
**purpose** 227:18
**put** 16:12 61:5
  73:15 82:17 87:14
  87:20 89:12,17,21
  91:7 93:1,14

105:1 109:19
  110:10,11,12
  111:15,17 119:14
  119:17 120:21
  121:13 127:19
  128:3,13 142:9
  148:2 152:21
  158:4 186:10
  187:17 189:17
  190:24 191:2
  195:14 196:13
  198:9,18,20,21
  199:9 201:12
  202:2 206:25
  212:21 257:18
  262:15 263:20
**putting** 111:4
  119:12 201:16
  264:15

___

**Q**

**question** 10:12
  17:22 20:17,18
  21:6,8,19 22:5
  28:3 39:16 44:1
  50:24 62:19,21
  76:12 91:9 92:20
  100:17 103:10
  104:4,5,7,21
  109:7,12 116:14
  116:16,20,24
  117:6,6 118:10
  123:10 128:25
  130:10 131:4,10
  134:3,3,11 141:18
  141:19 151:9
  153:25 154:2,8
  156:8 164:3,13
  165:19 166:2,4
  167:7 172:21
  179:1,6,7 181:12
  181:15,20 182:8
  187:2 188:21
  191:17 192:8
  193:21 194:1,9,11
  194:15,18,21
  204:2 205:2

206:13 217:11
  226:21,25 227:6
  227:16 228:2,4,5
  233:21 236:12
  244:24 248:10
  249:3,6 251:1,3
  252:4 255:17
  257:5 259:21
  260:21 263:1,5,5
**questioning** 143:23
  143:25 163:25
  225:22
**questions** 8:18 13:7
  18:17,20 20:11,20
  20:25 22:1 23:6,8
  96:10 145:1
  162:24 163:14,19
  163:22 164:4,7,14
  164:15 165:10,14
  178:22 194:4
  207:14 219:15
  226:16 227:4,13
  229:5 233:13
  247:25 261:16,18
  262:2 269:5
**quiet** 111:16
**quite** 219:1
**quote** 225:23

___

**R**

**R** 7:1 266:1 268:1,1
**rabbits** 39:5
**radio** 87:24,25
  152:20 153:2,4,7
  153:10,19,20
  154:4 155:3,6,14
  155:24 156:24
  157:21 162:17,19
  166:1,3,9,12,15
  167:17,25 172:18
  175:3,9,11
**rag** 223:4,7
**rain** 66:22
**rained** 66:17
**raining** 66:19,19
**raise** 9:2 103:22
  240:13

Confidential - Subject to Further Confidentiality Review

raised 177:7
re-ask 163:14,18
reached 67:4
read 10:14 16:15
16:17 17:2,6,22
19:19 20:5,17
21:3,6,7 22:10,11
22:17 23:1,2,6,8
23:10 36:5,6,12
100:16,18 104:21
115:11 162:9
219:18,18,23,25
230:20,22 267:3
269:3
reading 20:8 22:21
36:15 53:10,14,19
82:11
ready 13:17 14:14
15:15,24 104:18
104:19
realized 111:3
really 19:17 20:7
32:7 35:19 49:7
50:2 53:13 71:21
72:1 78:9 151:24
164:17 165:14
177:23 184:10
realtime 2:12 59:19
266:22
reappearing
213:16
reason 29:12 128:6
135:13,18 145:24
155:4,13 188:14
188:25 189:2,5,6
189:19 265:9
267:5 268:5,7,9
268:11,13,15,17
268:19,21,23
reasons 135:15
147:1 232:1,4
recall 21:18 103:25
134:8
receipt 267:13
received 140:6
141:1
recess 57:17 95:14

138:2 143:18
163:10 178:18
198:2 207:5
228:10
Recite 10:9
record 7:4,15 57:16
57:18 59:21,22,23
95:13 96:4 104:9
104:12 108:22
138:1,3 143:14,17
143:19 163:9,11
178:15,17,19
192:19,20 193:19
198:1,3 207:4,6
228:9,11 239:21
239:23 253:16
262:5,5,8,11,15
263:11,20 264:22
266:10
recording 106:1
rectum 190:24
191:3 195:14
196:14 198:10,19
199:10 201:12,17
202:3 206:25
211:19 212:22
red 82:12,14,15
83:13 186:15,19
187:9
reduced 266:9
referenced 1:21
116:3
referred 149:15
referring 226:22
refers 116:16
reflect 253:16
regard 143:22
177:18
regarded 177:18
regarding 247:10
262:18
region 253:19
related 263:22
266:12
relating 163:15
164:7
relation 242:1,8,14

relations 209:1,24
relationship 241:24
242:2,6
relationships 241:6
243:23,25
relative 266:14
relax 173:4 175:7
released 159:1
religious 176:19
remain 89:14
remainder 38:16
remedy 225:8
remember 21:25
26:21 28:5 32:7,8
34:14,16 35:1
36:21 37:1,6 43:3
48:23,24 49:4,6,8
49:8 54:25 55:8
55:15,17,18,23,25
56:15,16,19 58:13
62:8,9 64:22
71:19 81:3 91:25
113:14 114:9,11
114:12 131:21
133:25 134:15
135:4 140:12
150:21,24 151:1,7
151:13,19,24
152:8 166:1 172:9
172:13 184:24
187:6,8 190:16,17
196:18,22 203:8
207:16,18,20,22
208:3,6,22,24
211:7 212:10
214:25 215:2,5,6
218:25 226:2
254:16 255:5
remembered
151:21
removed 170:24
render 160:21
rent 25:5,20 28:12
28:15,18,23 239:7
239:10,15,16
rented 124:21
renting 25:7,10

repeat 75:7,22
103:13 163:25
263:13
repeating 194:5
263:5
rephrase 179:3
206:12 226:24
replying 265:2
report 166:10
REPORTED 2:10
reporter 8:12 10:4
16:2 24:20
reporting 265:1
represent 8:1
178:25 228:18
233:4
representing 8:4
Republic 2:7 7:9
request 10:1 263:8
reserved 10:13
residues 137:7
respect 10:12
228:22 264:13
response 6:14 18:7
186:15 190:7,22
226:16 227:4,13
rest 90:18 93:24
97:25 98:2 112:13
112:25 233:17
restart 143:23,24
result 135:25 136:1
136:3,10
results 135:23
retained 151:10
152:2
return 222:13
267:11
reveal 138:25
141:16 148:24
149:3 151:18
159:15 172:4
225:25 226:10,19
227:8,21
REVIEW 1:23
revise 165:7,9
RHODES 1:10
rice 53:2

ride 127:24 144:10
144:12
right 10:19 11:10
11:19 12:1,4,10
14:15,23 19:19
20:5 23:21,25
27:4,12 29:10
32:2 33:10,18
34:8 40:14,22
42:6 45:3,14 46:2
46:8,13,16,22
47:6,14 48:2,4,12
48:22 50:8 51:13
52:13,20 56:7
59:13 63:5,15,17
63:20 66:17 72:15
73:19,22 75:2,5
75:13 76:9 78:2
78:13 79:14,17
80:4 81:19 82:23
83:18,21,24 85:17
88:20,25 91:10
97:16 101:19,25
102:4,11 103:13
109:2 113:2,19
115:2,6 116:23
117:19 118:5
120:2 121:3
122:17,23 123:14
125:14 126:12
127:8,17 128:8,20
129:9,20 131:7
139:21,25 141:9
143:8 148:18
151:13 152:3,19
153:6 154:7
160:20 162:11,15
166:6 169:25
170:4,19 171:2
173:10,16,21
175:18,21 179:15
181:19 215:14
224:24 239:19
242:4 244:6 248:4
252:22 253:4,7,15
264:9,21
RMR 2:11 266:3

Golkow Technologies, Inc. - 1.877.370.DEPS

266:22
**Robenson** 106:15
  114:16 122:16
  171:16
**ROBINSON** 4:21
**Rocky** 50:10,11,13
  50:16 51:2,4,4
  173:21,22
**rode** 146:25
**Roman** 177:7,9
**room** 81:21 83:17
  83:23 84:15 85:7
  85:21,24,25 86:6
  86:21 87:17,18,25
  88:8 93:25 94:2
  95:6 96:22 111:19
  112:13,25 113:6,9
  118:9,18 124:21
  126:20 127:22
  128:18 147:6,8
  186:7,8 187:14,23
  187:24 190:21
  192:16 198:20,22
  254:19,24,25
  255:14,16 256:3
  256:11,12,21
  258:11,15,18,22
  259:6,8,15,17,19
  262:13
**roommate** 147:7
**rooms** 147:14
**rub** 190:7,9,11,13
**Rue** 12:3,14 23:20
  23:20 24:11 27:3
  36:3,11 42:11,13
  42:18 46:7,16,25
  47:4,12 48:2,9
  51:14,25 53:4,16
  54:1,5 58:19,21
  58:25 59:7,8,10
  59:12 60:6,7,17
  60:24 63:4,16,23
  64:5 65:16 66:2
  67:23 68:3,8
**rug** 257:17
**rules** 229:6
**Ruth** 243:8,9,13,17

243:20
_____
**S**
**S** 4:20 6:11 7:1
**S-I-B-E-R-T**
  147:22
**S-O-N-S-O-N**
  174:4
**S.J** 1:7 4:2
**Sacré** 196:3
**Sacred** 109:24
**sad** 242:21
**sadness** 224:6,8,15
**Santo** 35:4,9
  202:18
**sat** 146:23
**saw** 49:25 50:2
  58:16 60:7 64:9
  71:8,9,10,18
  72:24 81:17 106:8
  106:10,17 112:8
  118:12,23 127:11
  129:16 131:15
  132:20 134:7,13
  138:16 139:4,4,15
  146:1,4,8,9,11
  153:19 170:8,8
  171:16 184:15
  195:15,16 198:22
  213:4,5,8 251:23
  252:1,5,7,10,12
  252:15 253:22
  254:7
**saying** 19:18 25:19
  37:3 44:20,24
  47:11 54:11 78:19
  90:11,13 91:18
  96:22 98:21
  112:24 115:16
  118:1 122:19
  123:20 140:25
  155:4 169:10,13
  174:21 176:12
  194:17,17 203:25
  220:18,18 262:23
  262:25 263:14
  264:13,18,19

265:6
**says** 22:11,16 44:4
  44:7,24 86:5
  118:8 126:2 152:4
  176:14 193:25,25
**scapula** 253:18
**scar** 185:18
**scared** 72:9
**scars** 213:12
**scattered** 119:13
**schedule** 54:17
**Schnaidine** 202:24
  202:25 203:2
  241:12,24 242:6
  242:18,20 243:2
**school** 21:13,13
  31:14,14 36:3,11
  36:18 37:8,11,15
  38:10,12,14,19
  40:16,17 52:8
  53:1,4,7,10 54:5
  54:14,20 55:1,4
  55:12,12 65:21
  109:23 120:10,10
  125:16 171:2
  195:18 208:3
  216:4,6 223:5
  230:2
**schooling** 35:23
**schools** 21:12 36:8
  109:25 110:2,3
  125:13 196:4
  199:2,3
**schoolwork** 54:15
**scratch** 252:16
**scroll** 193:24
**scrub** 240:23 241:2
**seal** 266:18
**second** 18:14 36:23
  59:17 65:14 84:3
  100:9,20 105:2
  109:9 111:8,10,21
  112:21 114:19,22
  115:4,8 192:19
  196:19,24 199:12
  199:13 215:8
  223:19 227:25

248:23 249:1,7,13
  260:6
**secondhand** 33:11
**security** 80:24
**see** 13:13 17:1
  18:22 19:8,11,13
  19:16 50:7 58:17
  59:6 60:6,25
  69:10,11 72:2
  88:12,16 94:4,8,9
  94:12,16 98:9,12
  98:13 99:9,15
  108:16 113:7
  114:18 126:21,23
  129:10,11,13
  130:21 131:4,6
  132:19,23 133:12
  133:15,21 134:11
  135:1,1,2,18
  138:21 142:11
  146:18 154:12,23
  156:10 158:15,18
  160:18 170:3,6,12
  170:12,13 172:16
  176:7 178:7
  193:25 201:20
  203:17,22 204:2
  204:12,19 205:3
  210:15 211:9
  212:11,14,18,24
  213:9 225:16
  232:3 236:22
  243:13,15,15,17
  243:19 245:3,7
  251:14 252:1,11
  252:13 254:4,6
  255:20 256:8,18
  256:24 257:7,25
  258:1,8,18 259:22
  260:1,4,7,10,14
  260:17 263:16
**seeing** 60:25
**seen** 16:24 31:23
  35:7,10 49:24
  50:2 91:6 129:8
  129:12,14 133:8
  133:18 138:6,20

146:11,13 161:10
  161:20 162:2
  168:15,16,21
  170:1 172:18,19
  172:21 202:20
  204:15 211:15,16
  251:19 258:4,6
**sees** 61:6
**sells** 33:9,11
**send** 106:5 149:25
  170:14,22 175:7
  215:20
**sent** 38:19 41:25
  42:25 43:5 55:12
  105:10 106:4,6,9
**sentence** 158:16
**September** 151:11
  151:12,15 152:3
  152:10
**serving** 158:15
**Session** 3:12 5:20
  5:21,24,25 96:1
**set** 6:15 18:8 86:10
  232:21 266:18
**SEVEN** 1:14
**seventh** 38:7
**sex** 98:3 111:5
  121:13 123:5
  125:20 150:16
  152:23,24 153:9
  189:20,20 200:16
  201:3,7 209:5,15
  209:17 210:1,4,7
  210:12,15,23,24
  211:2,4,15 212:3
**sexual** 115:22,24
  116:5 155:22
  157:3 166:21
  180:6 209:1,8,22
  209:23 210:18
  211:12,18,25
  212:7 214:6,10,12
  214:18,19 215:8
  220:21 221:2,19
  221:24 222:14,16
  222:21 223:11,18
  224:9 242:1,2

243:24
sexually 100:3
  139:8,13 141:21
  148:20 149:7,21
  152:12 153:18
  154:6,10 161:13
  166:10 180:8,13
  192:2,15 193:8,16
  194:25 195:7
  197:3 198:8
  199:14,17,24
  200:4,5,6,13
  206:22 222:24
  244:8
shake 137:24
shaking 10:3
shame 220:7,9,22
  221:3
share 228:23
shared 196:20
she'll 136:10
sheet 267:6,9,12
  269:6
shelf 255:8,8
shelves 119:10,12
  119:14
shirt 83:8 186:24
  187:3,4,7 193:5,8
  252:15
shook 146:23
short 82:13 83:13
  137:24 186:16
  193:7
shorts 82:14,15,18
  82:19,20,21,22
  83:8 127:22
  186:12,19,23
  187:1,9 193:5
  251:21 252:6
shot 70:15,16
shoulder 253:10
show 16:4 18:12
  41:8 147:25
  162:18
shower 108:20,21
  109:11 110:4,5
  111:11 112:16

120:16,17,19,23
  196:8,9 199:6
  230:7,7,10,11
showered 200:23
shows 166:20
  243:21
Shultheis 56:23
  57:1
Sibert 14:25 15:8,9
  147:19,21 149:15
  149:17,19 150:4
  154:13 155:5
  156:20
Sibert's 162:17
siblings 29:2,13,18
  31:25
side 82:7 132:11
  252:25 253:4,4
side-tracked
  264:25
sidewalk 176:8
sign 10:15 22:3
  61:7,8,19,25 62:5
  62:25 267:8
signed 19:5,25
  20:12,21 62:2,3
  62:15,22
silence 146:25
Silvester 197:17
SIMMONS 3:13
  3:20
simply 155:5
single 103:20
sir 105:23 165:25
  178:21 179:4,6,8
  179:10,17,23
  180:5,11,19,21,25
  181:5,9,11,13,15
  181:17 182:3,7,12
  182:16,21,24
  183:9,15,19,23,25
  184:4,5,7,13,17
  184:20,23 185:2,5
  185:8,16,19 186:3
  186:14,22,24
  187:2,12,18,19
  188:4,6,9,12,16

188:21,25 189:4
  189:10,13,22
  190:6,15,20,22,25
  191:4,17,18
  192:13,22 193:2
  193:12,14 194:24
  195:8,12 196:16
  196:20,24 197:1,4
  197:6,15 198:6,17
  199:23 200:7,14
  200:22 201:7,17
  201:23 202:6,10
  202:12,15,21,23
  203:4,7,13,18
  204:9,16,20 205:6
  205:12,15 206:3,7
  206:12,17 207:2,9
  228:13
sister 24:23,24,25
  33:9,17
sisters 29:9
sit 132:10,11
sitting 144:13
situation 12:7
  23:18 158:3
situations 30:6
six 1:14 42:23 43:2
  43:8 46:21,24
  47:8,13,16
Sixth 3:6
sleep 12:15,19,22
  24:8 25:24 28:25
  52:15 66:13,16,21
  66:22 72:5 74:7
  75:3,25 76:11,16
  77:17 78:25,25
  82:15 84:9 86:6
  86:15,20,24 87:1
  87:4,8 112:25
  113:21 188:5,8,11
  188:13,17,18,19
  188:20,22 189:14
  189:19 190:19
  193:1 206:14,20
  206:21 217:18
  218:9,12
sleeping 23:20

24:10 44:21 45:10
  47:22 48:8,17,19
  48:20 52:3 71:4,6
  74:24 75:12 76:20
  76:25 77:18 78:22
  78:22 107:4 176:7
  206:9 218:10
  224:6,8,15 260:2
slept 44:17 45:9,12
  45:21 47:1,7 48:6
  52:4 66:14 72:12
  74:16,18 75:19,20
  76:1,13,14,18
  77:1,5,7,9,14,20
  79:1,9 85:5 163:1
  193:3 206:18,24
  217:23 218:21
slightly 153:25
Sloane 5:13 7:25
slowing 104:6
small 26:20,23 27:1
  34:1 39:5,8 71:15
  91:19 202:14
  256:3,14,17 257:7
smaller 40:9
smell 68:14
sniff 68:20
soapy 230:12
soccer 52:7 53:8
Society 1:9 5:10 8:1
  233:4,8 264:1
soft 257:17
somebody 33:15
  93:14 125:9 152:1
  209:12 240:22
  241:1
somebody's 70:17
someplace 253:10
Sonson 174:4
soon 221:6
sorry 44:11 56:4
  60:1 65:14 76:23
  83:4 92:19 100:10
  103:16 109:5
  117:20 118:10
  129:2 143:17
  147:20 148:25

153:25 154:21,23
  154:24 169:4
  189:11,23 196:15
  203:3 214:8
  215:13 219:20
  226:20 232:19
  233:6 234:4 251:8
  252:8
sort 33:4 53:3
  54:16 81:23 99:14
SOVEREIGN 1:9
space 267:6
spaghetti 52:25
speak 9:15 13:9
  21:4 57:23 59:11
  60:17,19,21,22,23
  65:10 122:2
  129:23,24 130:1,2
  130:4,5,6 150:1
  150:19 157:20
  169:4 175:13
  179:13,16,22
  227:25 263:7
speaking 103:11
  165:21,24 244:4
  263:25
speaks 60:20
specially 104:15
specific 116:2
  248:1,2
specifically 262:20
spell 98:20
spend 124:2 188:7
  189:13 231:13
  233:25 234:2,8,10
  234:20,24 235:1,3
  235:4,9
spent 42:23 43:8
  44:21 46:10,21
  47:13 54:15 191:4
  191:5,18,19
  192:22,25 206:5
spine 252:22,24,25
spinning 67:20
spoke 59:11 65:4,6
  65:8 91:10 175:10
spoken 13:9 91:4

179:11,19
**sports** 216:9
**spot** 237:20
**St** 1:3,3,10 7:10
36:19
**stab** 220:13
**staircase** 83:10,20
83:24 84:11 85:16
**stairs** 84:24 95:5,7
126:21
**Stamford** 5:6
**stand** 127:14
236:21
**standing** 127:12
196:10 255:1
**standpoint** 264:9
**star** 19:10,14
**start** 47:10 63:23
73:12 87:10 100:1
101:16 159:19
220:22 221:3
228:20
**started** 16:2 41:21
42:11 86:9,10
87:5,19 110:7,8
120:6,20,21 121:6
184:25 186:8
187:14 189:16
191:6,20 196:11
196:12 198:23
200:25 201:8
221:6,8 222:10
223:22 224:3
**starting** 21:12
199:8
**state** 3:6 21:14
266:3 267:5
**statement** 142:3
**States** 1:1 7:11 57:8
158:16
**stating** 263:4
**station** 153:3,5,12
153:17,19,20
154:4,7,9 155:3,6
155:11,14,15
157:16 166:1,3,9
166:13,15 167:4

**stay** 30:12 31:23
41:11 66:21 86:15
87:17 93:24 95:4
112:13 121:11,18
121:21 123:5,22
124:17 126:5,9
171:13 179:24
188:25 189:6,9
206:4 236:1 262:5
**stayed** 26:2,4 28:9
44:25 47:17 76:17
94:2 95:3,6 96:22
113:5 122:21
123:6 126:11,14
217:21
**staying** 35:6 50:3,6
147:6
**stays** 30:9 49:14,17
51:4,4
**stepping** 263:11
**Stewart** 3:19 8:5,5
103:23 104:2,13
143:12 178:5,9,13
193:18 194:14,22
219:20 220:2
232:24 262:4,9,14
264:7,12 265:12
**stick** 184:1,2
**stipulations** 10:8
**stomach** 87:19
189:17 196:12
199:9
**stop** 67:3 95:9
201:15,16 202:5
265:6
**stopped** 42:2 67:9
67:10 177:24
214:1 222:8 224:2
**story** 84:3 108:24
166:6
**straight** 132:11
**street** 3:6,21 4:5,13
4:22 5:5 12:8,12
12:14,21 23:19,24
25:2,15,25 28:16
28:25 33:12 48:20
52:3,10,11 55:9

55:16 56:19,21
57:12 58:13,15,18
66:14,23,25,25
68:12 69:6,8,10
69:14,21,22 70:3
70:11 72:5 79:24
97:4,5,9,10,22
99:8 101:19,25
102:2 106:11,18
106:23,24,25
107:2 112:17
113:20,22 114:6
121:22 122:22
124:9,24 129:9,11
129:23 130:21,24
131:2,3 162:21
170:20 171:8
172:19,20,24
181:3,5 183:25
195:16,17 203:9
208:21 210:22
211:10 217:17,19
217:23 218:10,22
229:20,21,22
230:3,4,19,23
231:6,16,18,19,24
232:4,7 236:21
237:22 240:12,13
243:16 245:7,9
**streets** 24:9 26:8
31:24 48:4 70:7
90:4,13 91:17
106:7 107:8
205:25 217:2
218:13 231:12
237:2,18 238:2
240:8 245:4
**strike** 10:13 158:5
189:11,23 200:20
205:5 214:25
**student** 21:12
189:25 199:20
207:25 208:2,7,9
208:10,13,17,18
208:21,23 215:18
215:19,22 217:4,5
217:8,9

**students** 199:17
260:1
**stuff** 68:16 178:12
**subject** 1:23 150:6
165:21 166:17
**subjects** 54:1
**Subscribed** 269:15
**substance** 269:5
**sued** 18:17 162:11
169:23
**suffered** 18:1 133:9
137:11
**suffering** 111:8
**suggested** 154:3
**suicidal** 225:12
**suing** 159:22
169:19
**Suite** 5:14
**sun** 86:9
**suppose** 228:17
**supposed** 41:8
44:15
**sure** 10:11 25:17
36:14 41:13 50:25
56:12 59:2 62:21
63:2 67:24 73:17
75:9,23 81:22
96:15 103:14
123:18 136:6,25
166:5 169:7 182:7
219:24 228:25
229:10
**swear** 8:13,25 96:5
**switch** 239:18
**switched** 223:24
**sworn** 8:17,22 96:9
266:6 269:15
**Sylvester** 197:6,10
197:13,14
**Systems** 2:12
266:22

_____

**T**

**T** 6:11 266:1,1
268:1
**T-A-N** 197:9
**T-shirt** 186:12

252:6
**table** 119:16
**take** 9:21,23 13:15
18:21 21:2 57:13
67:2 69:3 83:10
93:19 108:2,20,21
109:11 110:4
112:16 120:16,23
121:12,14 123:7,8
124:3 127:21,24
132:7 142:8
143:12 153:1
160:5 163:4,7
178:7 196:8
197:24 199:6
200:21 223:4,7
227:24 228:6
230:12 239:17
240:19 241:17,19
249:1,4
**taken** 26:8 57:17
79:25 80:13 86:4
95:15 138:2
143:18 163:10
178:18 198:2
207:5 228:10
**takes** 68:21 135:7
**talk** 15:10 23:17
51:21 59:8,10,15
62:24 65:11 91:2
91:3 100:13
102:19,21 118:15
120:8 138:22
152:14,17 153:7,8
156:23 167:16
168:11 172:24
173:1 174:17
196:1 232:22,25
262:10 265:5
**talked** 59:9 129:1
149:23 150:6
152:11 162:2
163:2 166:20
172:22 211:20
**talking** 35:21 87:13
96:20 121:6
122:20 156:19

157:2 168:6
173:21 225:3
242:2,3 247:21
254:7 258:15
**talks** 167:3
**tall** 260:19,20
261:4
**Tan** 197:6,9,13
**tape** 9:16 197:23
239:18
**taught** 216:11
**teach** 41:16
**teacher** 31:10,11
100:10,11 101:1,4
101:5 141:8
183:17 214:19,23
215:16,23,24,25
216:1,14,16,17,17
**teachers** 64:6
101:15,19,24
102:2,6
**technical** 60:2
**Technologies** 7:5
**Ted** 7:16 163:25
**telephone** 14:11,12
149:25 150:18
157:25 158:10
170:14 175:7
**tell** 8:25 13:1 16:19
17:16 30:3,5 43:7
43:12 48:16 51:10
53:3 61:17 65:12
85:14 87:11 88:24
89:1,4,8 99:24
100:2,5,8 102:17
102:25 108:23
110:25 116:22
117:11 132:14
139:7,11 141:12
141:19 149:20
150:4,7,8,11,11
150:12,15,16,20
153:17 154:5,10
155:13 159:9
165:5,15 172:10
172:12 180:22
184:8 185:11

186:2,16 188:9,10
188:12 190:19
195:11 198:6,11
214:18 215:13
216:4 227:12
233:12,15,22
240:17 246:16,22
247:1,5 248:21
249:10,22 250:10
250:18
**telling** 70:4 86:19
125:15 164:20,22
164:24 215:3
222:7 233:16
**tells** 68:22
**ten** 42:10 71:12
72:14,20
**test** 135:24 136:8
136:12,14,18,19
136:22
**tested** 135:18
**testified** 8:23
148:19 192:13
199:16 212:6
216:21 223:3
236:15 243:1
246:1
**testify** 13:11 15:25
142:21 266:7
**testifying** 13:11
**testimony** 8:18
19:24 96:10 122:5
160:13 179:11
192:1 194:24
204:15 266:10
**Thank** 9:20 57:14
58:2 106:3 137:24
178:21 207:2
220:1,2 228:13
229:18 232:10,14
233:1 243:11
252:9 262:3
265:12,13
**THEODORE** 4:3
**therapist** 138:7
**therapy** 245:19
**they'd** 132:12,13

**thief** 218:11
**thieves** 218:12
**thing** 41:6 109:18
165:24 191:14
227:23,23 247:18
247:23 262:14
263:25
**things** 28:21 40:6
53:3,5 54:9 66:20
67:20 70:4,13
90:3 91:6,20 92:6
110:18 115:12
125:20,24,25
151:10 183:17
198:23 232:2
263:13 265:1
**think** 23:18 40:20
59:18 79:13 89:3
89:5 93:20 98:21
103:12 104:9
114:10 129:15,22
139:7 145:24
148:18 151:4,5
154:21 165:16
171:4 175:25,25
176:4,4 177:5
193:23 194:10,11
194:12 205:1
208:18 214:2
226:14 227:2
228:4 229:8 231:5
254:18,21 263:24
264:24 265:11
**thinking** 245:9
254:22
**thinner** 67:1,9
221:23 222:3,13
222:17,22,25
223:4,8,8,8,13,17
223:21,25 224:1
**thinners** 67:2,11
68:4,13
**third** 115:1,9,10
117:17 118:2
122:19,25 123:3
125:11 197:3
198:7,9,15,18

199:15 200:7
250:3 260:12
**thirty** 267:13
**thought** 89:12
104:3 107:24
118:22 125:23
130:19 148:1
154:22 169:13
170:23 171:9
188:2 194:16
**thoughts** 225:12
**thousand** 122:7
**threats** 116:6
**three** 1:13 5:14
30:9 41:10 56:12
56:16 60:11
101:17 105:3
115:5 129:14,16
144:15 146:25
148:6 191:23
195:9 206:19,24
235:18
**threw** 70:17 89:23
90:6
**throw** 90:10
**throwing** 70:3
**Ti** 51:11,12 70:23
70:23 72:23
**tickets** 148:4,5
**Tiguy** 49:4,12,19
49:25 55:3 162:24
162:25 163:1
173:16,17
**time** 7:7 17:13 25:8
26:21 29:23 30:3
34:1 35:7,10
38:17,24 41:10,11
41:24,25 42:1
47:17 53:13,19,23
54:13,15 57:16,19
58:6 59:21,24
66:12 73:21 74:11
74:15,18 75:10,12
76:14,17,25 77:14
77:19,21 78:19
79:13 80:15 81:5
81:8,9 85:11,12

85:13,14 87:12,13
87:14 92:2,22,23
93:7,7 94:10,13
94:13 95:13 96:5
96:20 98:18 103:5
104:22,25 105:2,7
106:12 111:7,9,10
111:20,21,22
112:21 114:22
115:1,4,6,8,9,10
116:3,9,25 117:17
117:21 118:4
122:25 123:3
125:11 128:19,22
128:23 129:9,12
135:14 136:19
138:1,4 143:17,20
146:1,7,9,14
163:9,12 172:16
172:23 176:15
178:17,20 180:8
180:12,16 181:25
183:11 184:19,21
184:24 186:3,4
187:12 191:12
192:3 193:17
195:2,6,8,10,21
197:3,23 198:1,4
198:7,9,15,18
199:13,15 200:6,7
205:6 206:25
207:4,7,17,18,24
208:7,11,17,23
209:4,7,11,17
212:18 213:2,6,14
213:23 215:2,11
215:14,15 217:3,5
217:7,9 218:15,16
218:18 220:12
221:14,14 223:19
223:19,20 224:17
224:17 228:9,12
232:16 234:1,2,18
234:20,25 235:1,3
235:4,9 239:21,24
240:18 248:5,18
248:19,23 249:1,7

Confidential - Subject to Further Confidentiality Review

249:14,17 250:3
250:12,15 252:2
254:21,23 258:11
259:25 260:6,12
260:24 262:8
263:7
**times** 73:13,16
78:21 93:1 117:19
117:22 129:14,17
135:10 172:19
182:20,24 183:13
205:16 206:3,5,14
206:19,24 210:4,7
210:11,24 211:2,4
211:7 225:21
251:6 252:5
259:16 262:22
**Titit** 55:3,4
**tjf@murphyking...**
4:8
**today** 11:21 12:3,7
12:25 13:11,16
14:15 15:11,15,25
29:18,22 31:17
37:4 39:23 49:6
134:12 137:14
141:25 143:2,3
158:23 159:3
164:20,25 216:21
225:22 227:14
233:17 234:1
241:5 244:20
245:5 261:9,17,24
262:19 264:4,14
**Today's** 7:6
**toilet** 199:11
**told** 14:19 20:4
23:18 31:5 50:3
52:3 56:5 62:4,24
77:13,19 84:9
85:7,10,11,13
86:18 87:4,17
88:24 89:1,3
99:16,17,20 100:9
100:11,12,19
101:1,17 102:3,17
102:19,24,25

103:6 104:22
106:10,14 107:10
107:14 108:4,13
108:21 111:2
113:4 114:5,13
115:4 116:9,22,25
118:23 120:5,16
122:13,16 126:7
129:8,22 130:19
131:16 132:17
137:17 139:5,12
139:14,15 141:7
141:23 142:2,2,22
148:20 149:7,10
149:23,24 151:4,6
152:1,21,21,23
153:20 156:10
158:25 159:1,6,10
173:9,24 174:14
175:6,17 188:5,10
188:17,18,19,19
188:22,23,24
189:12,14 196:4,7
199:5,6 200:24,25
201:9 203:9,11
205:9,18 214:23
215:11,16,17
224:1 229:22,23
231:5 236:3 247:4
261:17
**tonight** 263:21
**topic** 207:14,14
**topics** 175:14
**total** 206:3,15
**totally** 57:11
**touch** 29:17 61:1
179:22 247:9
**touched** 82:17
110:12 179:21
186:9 187:15,15
187:16 190:23
196:13
**touching** 87:5,19
110:8,8 120:20,21
186:8 187:14
189:16 191:1
196:11,12 199:8,8

199:9 200:25
201:9,11 249:16
**Toussaint** 38:17,18
258:2,7
towel 110:6 120:18
120:19 196:11
**training** 33:7 40:4
40:21 41:2
**transcribed** 262:5
**transcript** 267:14
267:15
**transcription** 269:4
**translate** 8:17 38:3
38:4 96:9 115:16
193:23 219:22,25
**translated** 8:18
96:10 229:10
**translating** 262:23
**translation** 18:15
62:1,4 143:22
182:8 264:4,11
265:10
**translations** 262:19
**translator** 57:22
100:16 232:22
262:21 264:5
265:1
**transpiring** 229:1
**transportation**
168:16 201:14
216:25 217:2
**treated** 134:6 182:6
186:6,7
**treatment** 181:7
182:19,23 183:12
184:3 187:13,19
187:23 212:19
**trial** 6:13 14:10,20
16:9
**tried** 69:14 127:21
205:8,17 245:12
245:14
**trip** 147:1
**triple** 265:11
**trouble** 59:17
69:25
**true** 22:18,25 30:21

34:11 39:2 43:21
67:24 69:2 74:20
75:19,25 106:9
124:22 141:3
144:6 146:14
147:2 149:16
151:14 163:1
166:18 264:7
266:10
**Trumbull** 4:22
**trust** 245:24
**trusting** 224:6,9,16
**truth** 8:25 164:20
164:22,24 166:6
227:13 233:12,15
266:7
**truthful** 226:15
227:3
**try** 96:15 105:24
157:9 235:22
236:2,15,18
245:14
**trying** 75:9 76:23
76:24 83:15 92:12
104:14 123:19
153:24 188:24
190:16 201:23
202:1
**turned** 72:24 88:14
88:17
**twice** 131:15
182:22 183:3,8,10
211:8
**two** 1:13 10:18 29:9
34:25 41:10 56:6
56:8,9 82:3,6
84:21 88:23 89:12
105:3 114:9,10
115:5 117:19,22
122:7 144:13,19
144:20,20 145:8
146:19 148:12
182:24 183:1,13
191:23 195:9
214:6 235:18
241:6,9 249:7
261:1

**two-minute** 197:24
**typewriting** 266:9
**typical** 58:25

---

**U**

**U.S.A** 1:11,12 4:19
**Undershirt** 252:8
**understand** 16:22
16:23 17:2 19:18
25:18 30:4 38:5
39:15 41:14 67:5
75:18 76:12 77:12
81:23 83:15 92:12
110:24 117:18
122:15 124:6
136:7 145:1,6,7
153:24 159:22
160:3 164:18
165:14,18 166:8
166:11 167:5,7,13
167:15 168:3,3,5
178:13 179:2,9
188:24 201:23,24
219:21 226:7
228:5 229:12
233:11,21 249:9
249:11 261:17
262:25 263:8
264:12,17
**understanding**
179:10 180:7
194:6 204:14
229:1
**understands** 228:4
**understood** 22:1
89:9 123:19 179:7
261:16
**unfair** 264:20
**uniform** 73:10
**United** 1:1 7:11
57:8 158:16
**University** 1:8 5:2
7:19 207:11
**upper** 253:12
**upsetting** 71:22
72:1
**upstairs** 86:4 94:20

96:23 97:2 113:8
187:14,20,23,24
188:2
**use** 66:25 67:20
131:17,24,24,25
132:21 134:16,17
139:17 184:1,2
199:11 213:21,24
222:17,22,25
223:13,17 235:10
237:8,25
**usually** 97:7 118:20
119:17 129:10
135:12

---

**V**

**v** 1:6
**vanished** 65:13
**verbalize** 10:2
**verbatim** 228:24
229:10
**verification** 22:9
**version** 185:8
219:18
**versus** 7:10
**victim** 91:19 92:10
153:11
**victims** 139:22,24
157:9,13 171:18
171:19,23
**video** 7:8 262:4,7
**videographer** 5:19
7:3,5 8:12 57:15
57:18 59:20,23
78:8 95:12 96:4
105:25 137:25
138:3 143:16,19
163:8,11 178:16
178:19 184:9
197:25 198:3
207:3,6 228:8,11
232:18,20 239:20
239:23 262:7
**VIDEOTAPED**
1:23 2:1
**Village** 28:9 34:17
34:22,23 39:4,9

42:1 43:1,6,20
44:14,15 47:1
48:1 67:9,10 68:5
73:22,24 74:5,20
74:24,25 75:4,20
76:1,5,6,9,13,13
76:17,21 77:1,5
77:10,21,24 78:2
78:16,17,22 105:9
105:13 106:14
107:6,16 109:17
109:21 110:15,16
113:24 114:1,5
121:8,19 122:17
123:23 124:12,14
124:16,18,25
125:2,5 126:5,8
129:11 130:5
195:13 206:8
208:11,14,17,19
215:21 217:4,6,8
217:10,15,21,25
218:4,7,17,20
219:4,8,10
**violated** 188:2
**violence** 69:6,10,11
**visit** 59:7,13 137:19
181:18
**visited** 182:13
**voice** 9:17 78:9
105:24 184:10

---

**W**

**W** 4:11
**wait** 104:5
**waiting** 110:6
120:18,18 199:7
**wake** 70:14
**walk** 83:16 176:6,7
184:5 189:8 240:8
257:18
**walked** 80:2,3
112:9 113:22
**walking** 106:18
**Walky** 48:25
173:18,19,20,23
236:13 237:14

**wall** 90:6 127:8
255:2,6,7,9
**Walsh** 5:13 8:1
**WANAT** 4:12
**want** 12:24,25 13:1
18:12 20:17 25:17
39:22,25 56:12
73:12,17 79:9
81:22 90:9 104:11
109:22 116:21
123:18 125:18
128:7 130:7
141:17 159:9,25
160:3 163:18
165:5,7,9,15
166:5 176:8,16
177:4 180:5
193:14 201:20
202:8 203:13,25
204:10 217:20
218:21 227:24
229:7 235:2
236:23,23 240:1,4
240:7,14,15,16,16
241:2 243:14
245:15 264:22
**wanted** 39:23 40:6
40:12,15 54:22
57:12 125:23,24
136:25 189:19
219:15 221:7
262:14 263:20
**wants** 240:22
**wash** 28:16,21
38:25 39:21 52:5
52:22,24 65:23
97:7,8,10 230:5
232:2 234:12,12
234:15 236:16,19
236:23 237:5,11
237:14,17,19,20
240:4,7,9,14,15
240:17,18,24
241:2,2
**washed** 86:1
240:22 244:10,16
**washes** 237:8,12

**washing** 38:23 39:9
39:17,20 40:2
97:11 203:11
237:2 238:2,19,22
240:2
**wasn't** 39:19 53:13
53:18 54:22 68:5
71:6 78:24 87:8
107:25 111:3
114:14 120:3
122:22 157:14
170:18 193:22
197:20 216:6
221:9 229:14
250:15,16 254:15
264:21
**watch** 39:5
**watchman** 108:6
113:13
**water** 39:6 185:13
185:20 230:12
**way** 106:13 122:4
126:20 152:1
173:20 221:7
241:15 259:15,19
264:17 265:1
**ways** 84:21 175:15
175:23
**we'll** 9:23 58:6
79:12 93:19,20
95:9,11 229:6
231:15 239:18
252:22
**we're** 9:22 22:20
24:19 35:21 59:3
95:10 96:15
107:21 192:13
232:21 239:17
244:8,10,10
254:22 263:15,19
264:18,19
**we've** 93:20 137:22
178:11
**wear** 82:21 211:13
211:16
**wearing** 186:18,23
187:1,3,4,6,9

211:15 252:6
**wears** 251:21
**week** 136:13,15,20
136:22 137:2,19
172:11 213:24
**weeks** 114:9,10
**weigh** 261:9,11
**weighed** 261:11,13
**Welcome** 96:14
**went** 24:9 25:13,14
25:24 28:25 31:6
35:9 42:13,16,18
46:7,16,17,25
53:6 64:6,8 67:10
68:1,5 73:9 74:23
75:3 76:6,16
79:24 80:9,12
81:6 82:7 83:9
84:14,20,20 85:5
85:21 86:11 87:16
95:6,7 97:4,8,10
97:22 98:4,12
99:9,10,15 106:6
107:15 108:3,8,10
108:12 111:10
112:16 114:4,6
118:6,8,11,16,21
118:24,24 120:4,6
120:22 126:18
127:20 128:5
130:11,20 131:12
131:16 134:25
135:14,17 141:2
152:20 153:8
154:3,11,23 156:9
157:16,20 158:14
158:18 170:3,6,12
170:13 171:12,25
174:21 175:9
177:25 178:1
181:7,16,18 182:6
182:23 183:3,5,10
183:11,12 184:2
189:22 190:21
195:22,24,25
198:19,19,21
200:16,23,24

202:18 212:24
213:8,11,21 217:1
217:2,17 218:8,13
223:5 229:22
230:22 232:4,6,7
232:8 257:6
**weren't** 28:18 70:3
75:4 85:16 103:7
104:24 126:3
170:16 241:25
256:1
**wet** 66:20
**whereof** 266:17
**white** 57:5,6 60:16
64:18,20 82:18,20
82:22 83:8 103:1
106:19 108:2
112:1 125:6
186:12 195:21,22
255:1
**Wilnaud** 49:3,9
55:3 173:24,25
174:1,2,3
**Wilner** 32:1,8,9,14
32:17 33:2,7
**Wilner's** 32:6
**win** 159:20,25
160:4
**windows** 255:13,15
255:20,21,24,25
256:1
**wipe** 240:18
**witness** 8:14 117:5
138:24 227:22
228:23,25 229:11
262:21 263:4,14
266:17 267:1
**woke** 191:6,20
192:11 193:3,4
**woman** 62:6 64:25
210:14,21,22
211:3,8 225:7,18
243:3 244:3
**women** 101:18
241:7,9,12 243:23
244:7,9
**won** 160:14

**wonder** 61:7
**wondering** 54:14
**word** 44:20 176:14
257:22 263:2
**words** 9:17 18:23
72:19 154:6 177:8
**wore** 73:9
**work** 28:20 31:13
33:14,15,21,25
35:5,10 40:21
58:14 65:1 94:11
133:6 134:23
202:19 220:19
236:2 237:25
238:22 240:1
244:19,22 245:15
245:16
**worked** 55:19
**working** 32:17 41:3
42:2 58:13 64:22
101:5 246:11
**works** 32:1 133:4
**worried** 89:16
**worst** 40:19
**wouldn't** 59:3
68:16 70:12
104:10 109:20,22
110:1,25 120:9,12
126:4,8 128:12
147:23 162:10
177:21 182:18
196:2 198:25
201:2,10 242:15
**wounds** 185:22
**write** 10:4 24:21
61:13,17 62:1
149:24 157:23
158:5,8 175:6
231:1,2
**writing** 20:8 53:11
53:14,20 91:14,16
**written** 18:13,14,23
19:10,14 22:2
43:23 92:2 105:6
152:5,7 158:11
**wrong** 87:2 104:4,5
165:16

**wrote** 19:1,3 20:1
82:11 83:12 90:2
90:4,5,12 91:6,20
91:21,22 152:1
175:5

---

## X

**X** 6:11
**Xia** 3:4 8:9,9 38:2

## Y

**Y-V-E-N-T-O-N**
29:4
**yard** 45:23 53:8
77:18
**yeah** 73:15 82:5
85:18 89:1 90:9
90:23 119:16
120:14 144:17
147:12 148:2
165:13 169:22
170:1 175:5 178:3
184:6 200:1,23
210:1,22 213:8,16
217:12 218:8
219:24 223:7,21
224:1,25 229:24
230:11 231:2,8,13
232:7,8 235:22
236:1,17 237:7
238:7 240:12
241:1 242:14
251:4 257:23
258:25
**year** 53:7,9 72:20
72:20 172:11,13
**years** 11:21 21:15
28:4 34:25 42:9
71:12 115:20
140:5 150:22
151:2,3,5 241:7
**yelled** 87:23
**York** 3:15,15
**young** 13:10 31:11
34:15 40:9 50:9
72:13 90:21 96:16
139:19 140:5

142:10,12 156:19
157:17 202:14
225:1 241:21
**younger** 40:5,9
90:24
**Yventon** 29:4
30:21 32:1

## Z

**Ziko** 11:4,5,6,7,8
**Zikos** 11:9

## 0

**02108** 4:6 5:15
**02109** 3:7
**06103** 4:23
**06405** 4:14
**06901** 5:6

## 1

**1** 6:13 16:8,13
93:20 115:13
248:14,17 249:22
250:18
**1:00** 95:11
**1:51** 96:5
**10** 6:15 18:9 115:20
248:17 249:23
250:19
**10/31/2017** 266:23
**10:37** 57:16
**10:55** 57:19
**10:59** 59:21
**100** 3:6 127:25
128:1 201:1,4,4,9
201:11,13 238:8
**10016** 3:15
**11:00** 59:24
**112** 3:14
**12** 151:9
**12:02** 95:13
**13** 42:11,13,18 46:7
46:17,25 47:4,12
48:2 51:14 52:1
53:4,16 54:1,5
58:19,21,25 59:7
59:8,10,12 60:6,7

60:17,24 63:4,16
63:23 64:5 65:16
66:2 67:23 68:3,9
232:18,20
**13th** 11:24,25
52:11 55:9,16
56:19,21 57:12
58:13,14,18 97:9
101:19,24 102:2
129:9,11,23
208:21 229:19
230:4,19,23 231:5
231:17,19,24
232:4
**14** 46:13
**14th** 170:20 171:8
**15** 44:1 155:11
**16** 6:13 23:20
**16th** 12:21 97:10
97:22
**17** 36:3,11 44:2,3,5
44:7,17,21,25,25
45:8 47:1 74:4,19
75:13,16,21 76:2
76:16 77:15
206:10
**178** 6:5
**18** 1:24 6:15 7:6
48:9
**18th** 266:5
**19** 82:10 118:8,10
118:10 185:8
**1993** 11:18,24 12:1
**1995** 134:6,12

## 2

**2** 6:14 18:5,6 36:4
43:25 61:23 82:11
130:10 134:3
151:9 185:6
219:17
**20** 27:4,5,6,8
137:23 269:16
**200** 238:4,8
**2002** 42:6,8
**2003** 42:22 73:19
79:14 92:3 115:18

Confidential - Subject to Further Confidentiality Review

117:19,21,23
196:25 197:1
261:4,14
**2003/2004** 199:15
**2004** 42:14,21,22
46:2,8,11,12
47:12 63:7,8,10
63:16 73:19 79:14
92:4 117:19,21,23
122:5 196:25
197:1 261:5,14
**2005** 46:2
**2007** 115:10 116:10
117:1,13 118:1
122:5,8 198:21
199:16
**2008** 91:23 171:2,5
**2009** 171:3,6
**201** 5:5
**2013** 17:4 151:11
151:12,15 152:3
152:10
**2014** 6:15 18:9
151:21
**2015** 1:24 7:6 34:24
266:5,18
**203-315-7000** 4:15
**207** 6:6
**21** 11:21
**212-784-6400** 3:16
**21st** 4:5
**22** 11:22,23 12:3,14
23:20,24 24:12
27:8,19
**228** 6:7
**22nd** 25:1 99:8
106:25 130:21,24
131:2,3
**233** 6:8
**23rd** 266:18
**24** 100:17,21,22
162:8
**25** 155:11 240:20
**27** 22:14
**28** 219:16,19 220:5
224:5
**280** 4:22

**29** 130:10

---
**3**
---
**3** 6:16 61:5,10
**3:05** 138:1
**3:13-cv-01132(R...**
1:2
**3:13-cv-1225-RNC**
1:4
**3:13-cv-1269-RNC**
1:4
**3:13-cv-1437-RNC**
1:5
**3:13-cv-1480-RNC**
1:5
**3:13-cv-1626-RNC**
1:6
**3:13-cv-1627-RNC**
1:6
**3:13-cv-1628-RNC**
1:7
**3:13-cv-1629-RNC**
1:7
**3:13-cv-1630-RNC**
1:8
**3:13-cv-1631-RNC**
1:8
**3:13-cv-1632-RNC**
1:9
**3:13-cv-1633-RNC**
1:9
**3:13-cv-1634-RNC**
1:10
**3:13-cv-1635-RNC**
1:10
**3:13-cv-1636-RNC**
1:11
**3:13-cv-1637-RNC**
1:11
**3:13-cv-1638-RNC**
1:12
**3:13-cv-1639-RNC**
1:12
**3:13-cv-1640-RNC**
1:13
**3:13-cv-1641-RNC**
1:13

**3:13-cv-1642-RNC**
1:14
**3:13-cv-1644-RNC**
1:14
**3:13-cv-1645-RNC**
1:15
**3:13-cv-1647-RNC**
1:15
**3:13-cv-1648-RNC**
1:16
**3:13-cv-1701-RNC**
1:16
**3:13-cv-1767-RNC**
1:17
**3:13-cv-1768-RNC**
1:17
**3:13-cv-1769-RNC**
1:18
**3:13-cv-1881-RNC**
1:18
**3:13-cv-1904-RNC**
1:19
**3:13-cv-1906-RNC**
1:19
**3:13-cv-1907-RNC**
1:20
**3:25** 138:4
**3:35** 143:17
**3:36** 143:17
**3:42** 143:20
**30** 267:13
**300** 238:4
**31** 115:17
**33** 134:3

---
**4**
---
**4:14** 163:9
**4:24** 163:12
**4:50** 178:17
**4:59** 178:20
**471** 4:13
**473** 2:11 266:2,21

---
**5**
---
**5** 2:6 21:11 36:5
248:17 249:23
250:19

**5:00** 178:5
**5:38** 198:1
**5:43** 198:4
**500** 238:4
**547** 2:6
**55** 22:14 61:24

---
**6**
---
**6** 121:4,5
**6:02** 207:4
**6:08** 207:7
**6:49** 228:9
**6:58** 228:12
**60** 10:14
**61** 6:16
**617-423-0400** 4:7
**617-523-6010** 5:16
**617-523-6250** 3:8
**618-259-2222** 3:23
**62002** 3:22

---
**7**
---
**7:19** 239:21
**7:25** 239:24
**7:30** 265:15
**7th** 17:4

---
**8**
---
**8:07** 262:8
**830** 5:14
**860-275-0665** 5:7
**860-275-8200** 4:24

---
**9**
---
**9** 6:4 106:10
**9:00** 112:23 195:16
**9:09** 1:25 7:7
**99** 115:18

# Exhibit K

Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
                          Civil Action No.
                          3:13-cv-01132(RNC)
****************************
GERVIL ST. LOUIS, a/k/a ST.    Consolidated with:
LOUIS GERVIL,                  3:13-cv-1225-RNC
                               3:13-cv-1269-RNC
            Plaintiff,         3:13-cv-1437-RNC
                               3:13-cv-1480-RNC
      v.                       3:13-cv-1626-RNC
                               3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER        3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE    3:13-cv-1629-RNC
E. CARTER; HAITI FUND,         3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;    3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW    3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY    3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.       3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES    3:13-cv-1635-RNC
AND OF MALTA, AMERICAN         3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a     3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN       3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN      3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN    3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;      3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX    3:13-cv-1642-RNC
and JOHN DOE SEVEN,            3:13-cv-1644-RNC
                               3:13-cv-1645-RNC
            Defendants.        3:13-cv-1647-RNC
                               3:13-cv-1648-RNC
                               3:13-cv-1701-RNC
                               3:13-cv-1767-RNC
                               3:13-cv-1768-RNC
                               3:13-cv-1769-RNC
                               3:13-cv-1881-RNC
                               3:13-cv-1904-RNC
                               3:13-cv-1906-RNC
                               3:13-cv-1907-RNC
****************************
This document applies to:
All of the above referenced cases
And those to be filed
****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
     VIDEOTAPED DEPOSITION OF JASMIN JOSEPH

          Tuesday, May 19, 2015
               9:36 a.m.

Confidential - Subject to Further Confidentiality Review

Page 2

1  VIDEOTAPED DEPOSITION OF JASMIN JOSEPH
2
3
   Held At:
4
5    Barcelo Puerto Plata
6    Carretera Luperón, km 5, Puerto Plata 547
7    Dominican Republic
8
9
10  REPORTED BY:
11  Maureen O'Connor Pollard, RMR, CLR, LSR #473
12  Realtime Systems Administrator
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1  APPEARANCES (Continued):
2
3  FOR THE DEFENDANT PAUL E. CARRIER, S.J.:
4    THEODORE J. FOLKMAN, ESQ.
5      MURPHY & KING
6      One Beacon Street, 21st Floor
7      Boston, Massachusetts 02108
8      617-423-0400
9      tjf@murphyking.com
10
11  FOR THE DEFENDANT HOPE E. CARTER:
12    JEFFREY W. KENNEDY, ESQ.
13      MILANO & WANAT LLC
14      471 East Main Street
15      Branford, Connecticut 06405
16      203-315-7000
17      jkennedy@mwllc.us
18
19
20
21
22
23
24
25

Page 3

1  APPEARANCES:
2  FOR THE PLAINTIFF:
3    MITCHELL GARABEDIAN, ESQ.
4    LU XIA, ESQ. (AM Session)
5      LAW OFFICES OF MITCHELL GARABEDIAN
6      100 State Street, Sixth Floor
7      Boston, Massachusetts 02109
8      617-523-6250
9      garabedianlaw@earthlink.com
10     lxia@garabedianlaw.com
11        -and-
12   G. MICHAEL STEWART, ESQ.
13     SIMMONS HANLY CONROY
14     One Court Street
15     Alton, Illinois 62002
16     618-259-2222
17     mstewart@simmonsfirm.com
18
19
20
21
22
23
24
25

Page 5

1  APPEARANCES (Continued):
2
3  FOR THE DEFENDANT ORDER OF MALTA AMERICAN
4  ASSOCIATION, U.S.A.:
5    BRADFORD S. BABBITT, ESQ.
6      ROBINSON & COLE LLP
7      280 Trumbull Street
8      Hartford, Connecticut 06103
9      860-275-8200
10     bbabbitt@rc.com
11
12  FOR THE DEFENDANT FAIRFIELD UNIVERSITY:
13    JOHN CERRETA, ESQ.
14      DAY PITNEY LLP
15      201 Broad Street
16      Stamford, Connecticut 06901
17      860-275-0665
18      jcerreta@daypitney.com
19
20
21
22
23
24
25

2 (Pages 2 to 5)

Confidential - Subject to Further Confidentiality Review

Page 6

1  APPEARANCES (Continued):
2
3  FOR THE DEFENDANT THE SOCIETY OF JESUS OF
4  NEW ENGLAND:
5      MICHAEL J. KERRIGAN, ESQ.
6      SLOANE AND WALSH, LLP
7      Three Center Plaza, Suite 830
8      Boston, Massachusetts 02108
9      617-523-6010
10     mkerrigan@sloanewalsh.com
11
12  Videographer:  Christopher Coughlin
13
14  Interpreter:  Nathalie Coupet (PM Session)
15      Marilyn A. Leroy (AM Session)
16
17  Also Present:
18  Jean Elyseé Pierre Louis, Interpreter
19
20
21
22
23
24
25

Page 7

1          INDEX
2  EXAMINATION                    PAGE
3  JASMIN JOSEPH
4   BY MR. CERRETA                 10
5   BY MR. FOLKMAN                164
6   BY MR. KERRIGAN               192
7   BY MR. BABBITT                219
8   BY MR. KENNEDY                220
9
10
11      E X H I B I T S
12  NO.      DESCRIPTION          PAGE
13  1   Plaintiff Jasmin Joseph's Response
        to Certain Defendants' First Set
14      of Interrogatories.................. 11
15  2   Complaint and Jury Trial Demand...... 16
16  3   Two sheets of paper with
        hand-drawn diagram.................. 94
17
18
19
20
21
22
23
24
25

Page 8

1          P R O C E E D I N G S
2
3      THE VIDEOGRAPHER:  We are now on the
4  record.  My name is Chris Coughlin, and I'm a
5  videographer for Golkow Technologies.  Today's
6  date is May 19, 2015, and the time is 9:36.
7      This video deposition is being held in
8  Puerto Plata, Dominican Republic in the matter
9  of Gervil St. Louis, Plaintiffs versus Douglas
10  Perlitz, Et Al, Defendants, in the United States
11  District Court for the District of Connecticut,
12  Civil Action Number 3:13-cv-01132-RNC.
13      The deponent is Jasmin Joseph.
14      Will counsel please identify
15  yourselves for the record.
16      MR. CERRETA:  My name is John Cerreta,
17  Day Pitney, for Defendant Fairfield University.
18      MR. KERRIGAN:  Good morning.  Good
19  morning, Mr. Joseph.  My name is Michael
20  Kerrigan, I represent the Society of Jesus of
21  New England.
22      MR. FOLKMAN:  Good morning.  My name
23  is Ted Folkman, I represent Father Paul Carrier.
24      MR. BABBITT:  Good morning.  My name
25  is Bradford Babbitt, I represent the Order of

Page 9

1  Malta American Association.
2      MR. KENNEDY:  Good morning.  Jeffrey
3  Kennedy representing Hope Carter.
4      MR. STEWART:  Mike Stewart on behalf
5  of the Plaintiffs.
6      MR. LOUIS:  Jean Elyseé Pierre Louis,
7  Interpreter.
8      THE INTERPRETER:  Marilyn Leroy,
9  Interpreter.
10      MR. GARABEDIAN:  Mitchell Garabedian
11  representing Plaintiffs.
12      MS. XIA:  Lu Xia for Plaintiffs.
13      THE VIDEOGRAPHER:  The court reporter
14  is Maureen Pollard, and she will now swear in
15  the interpreter and the witness.
16
17      MARILYN LEROY, Interpreter,
18  having been first duly sworn to translate the
19  testimony, translated the questions and answers
20  as follows:
21
22      JASMIN JOSEPH,
23  having been first duly sworn, was examined and
24  testified as follows through the interpreter:
25

3 (Pages 6 to 9)

Confidential - Subject to Further Confidentiality Review

Page 10

1    A.   That's why I'm here.
2        THE VIDEOGRAPHER:  Please begin.
3        DIRECT EXAMINATION
4    BY MR. CERRETA:
5    Q.   Good morning.  Would you please state
6    your name for the record?
7    A.   My name is Joseph Jasmin.
8    Q.   And do you sometimes go by Jasmin
9    Joseph?
10   A.   Sometimes, I always do.
11   Q.   Okay.  Should I call you Mr. Joseph?
12   Is that how you like to be addressed?
13   A.   However you like.
14       MR. CERRETA:  Okay.  Before we go
15   further, Counsel, can we have the same
16   stipulations as we had yesterday?
17       MR. GARABEDIAN:  Sure.  Can you recite
18   them?
19       MR. CERRETA:  I believe they're
20   motions to strike and objections except as to
21   form are reserved, and that the witness will
22   have 60 days to read and sign.
23       MR. GARABEDIAN:  Thank you.
24   BY MR. CERRETA:
25   Q.   Okay.  Mr. Joseph, have you ever gone

Page 11

1    by any other names besides Jasmin Joseph or
2    Joseph Jasmin?
3    A.   I have a nickname, Bwa.  They call me
4    Bwa.
5    Q.   What -- does Bwa have an English
6    meaning?
7    A.   No.  I don't know.  I just have a
8    nickname called Bwa.
9    Q.   Okay.  Any other nicknames or aliases
10   that you've gone by?
11   A.   No.
12   Q.   Okay.  Before we got started today I
13   asked the court reporter to mark as Exhibit 1
14   this document (handing).
15       (Whereupon, Joseph Exhibit Number 1,
16       Plaintiff Jasmin Joseph's Response to
17       Certain Defendants' First Set of
18       Interrogatories, was marked for
19       identification.)
20   BY MR. CERRETA:
21   Q.   Okay.  Do you understand that you've
22   brought a lawsuit against Douglas Perlitz and
23   Fairfield University and a number of other
24   Defendants in District Court in the United
25   States?

Page 12

1        THE INTERPRETER:  What's the
2    university, please?
3        MR. CERRETA:  Fairfield University.
4    A.   Yes.
5    BY MR. CERRETA:
6    Q.   Exhibit 1, are you familiar with this
7    document?
8        MR. GARABEDIAN:  Objection.
9    A.   Am I familiar with it?
10   BY MR. CERRETA:
11   Q.   Yes.  Have you ever seen this document
12   before?
13   A.   Have I seen it before, or have I ever
14   seen it?
15   Q.   Have you ever seen it or read it?
16   A.   Have I seen it and read it?  Yes.
17   Q.   Okay.  Just incidentally, are you able
18   to read and write in Haitian Creole?
19   A.   I don't read Creole or write Creole
20   too well.  I can read a little bit, and I can
21   write a little bit.
22   Q.   Okay.  In this document after about
23   the first 25 or so pages, which is in English,
24   it then switches to the Creole version of the
25   document.  Would you mind just having a look and

Page 13

1    seeing if that document looks familiar to you?
2        (Witness reviewing document.)
3    A.   I don't remember.
4    BY MR. CERRETA:
5    Q.   Okay.  Maybe it will help to go to the
6    last page of the document.  Is that your
7    signature on the last page?
8    A.   Yes.
9    Q.   And can you read what that says there
10   on the last page of that document?
11       MR. GARABEDIAN:  Objection.
12   A.   This is what's on the last page,
13   Jasmin Joseph, Joseph Jasmin.
14   BY MR. CERRETA:
15   Q.   Okay.  And what about the other text,
16   is that something that you're able to read?
17       MR. GARABEDIAN:  Objection.
18   A.   Fine.
19   BY MR. CERRETA:
20   Q.   Do you remember reading that at the
21   time you signed it?
22   A.   Yes.
23   Q.   And did you read the whole document
24   before you signed it?
25   A.   Yes.

4 (Pages 10 to 13)

Confidential - Subject to Further Confidentiality Review

Page 14

1    Q.   Okay.  Was there anyone with you at
2  the time you went through the document and
3  signed it?
4          MR. GARABEDIAN:  Objection.  I
5  instruct him not to answer with regard to any
6  attorney/client communication.
7      A.   Okay.  Agreed.
8  BY MR. CERRETA:
9      Q.   Can you answer my question without
10  revealing any conversations you had with your
11  attorney?
12          MR. GARABEDIAN:  Objection.  I
13  instruct him not to answer with regard to
14  revealing attorney/client communication.
15      A.   What my attorney said is correct.
16  BY MR. CERRETA:
17      Q.   Okay.  When Mr. Garabedian instructed
18  you just now, what did you understand that to
19  mean?
20          MR. GARABEDIAN:  Objection.  I
21  instruct him not to answer as to any
22  attorney/client communication.
23          MR. CERRETA:  Just to clarify, are you
24  instructing him not to answer with respect to
25  any attorney/client communications out of this

Page 15

1  room?
2          MR. GARABEDIAN:  I'm instructing him
3  not to answer as to any attorney/client
4  communication.
5          MR. CERRETA:  Including the one -- the
6  previous instruction here in front of us all?
7          MR. GARABEDIAN:  Any attorney/client
8  communication.  Any.
9          Can we go off the record for a second?
10  I'll talk to him if you want.
11          MR. KERRIGAN:  We should sort this out
12  early, we really should.  It's your deposition.
13          MR. CERRETA:  I think it's fine to go
14  off the record.
15          THE VIDEOGRAPHER:  Going off the
16  record.  The time is 9:48.
17          (Whereupon, a recess was taken.)
18          THE VIDEOGRAPHER:  Back on the record.
19  The time is 10:02.
20  BY MR. CERRETA:
21      Q.   Mr. Joseph, do you understand that
22  this document, Exhibit 1, consists of questions
23  that the Defendants asked you to answer in
24  connection with this lawsuit?
25      A.   Yes, I read it with my attorney and

Page 16

1  with my interpreter.
2      Q.   Okay.  And after reading it with your
3  attorney and your interpreter, did you then sign
4  it?
5      A.   Yes.
6      Q.   And by signing it, did you understand
7  that you were verifying that the answers were
8  true and accurate to the best of your ability?
9      A.   Yes, all the answers were true.
10      Q.   Just as a preliminary I'd like to give
11  you one more exhibit which has been marked as
12  Exhibit 2.
13          (Whereupon, Joseph Exhibit Number 2,
14          Complaint and Jury Trial Demand, was
15          marked for identification.)
16  BY MR. CERRETA:
17      Q.   Exhibit 2 is a document that's only in
18  English, but does it look at all familiar to
19  you?
20      A.   Yes.
21      Q.   Do you know what this document is?
22      A.   Well, I don't read English.  I don't
23  read English.
24      Q.   Sure.  I understand.
25          Do you know that as part of this

Page 17

1  lawsuit your attorneys filed on your behalf a
2  complaint with the court in Connecticut?
3      A.   Yes.
4      Q.   And did you ever come to know what was
5  in that complaint before it was filed?
6          MR. GARABEDIAN:  I instruct him not to
7  answer as to any attorney/client communication.
8  Objection.
9          MR. CERRETA:  Was there an answer?
10  Could you translate what his answer was?
11          THE INTERPRETER:  There was no answer.
12          MR. GARABEDIAN:  Excuse me, can you
13  repeat the question?  Was it a yes or no
14  question?
15          MR. CERRETA:  I think it was.
16          MR. GARABEDIAN:  Okay.  He can answer
17  the question yes or no.
18      A.   Ask the question again?
19  BY MR. CERRETA:
20      Q.   Okay.  Did you ever come to know the
21  allegations that were being made in the
22  complaint that was filed on your behalf?
23      A.   Yes.
24      Q.   But you don't ever remember reading
25  this document, or a translation of this

5 (Pages 14 to 17)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 18

1  document?
2      MR. GARABEDIAN:  Once again,
3  objection.  I instruct him not to answer as to
4  attorney/client communication.  Answer yes or
5  no.
6      A.  Yes.
7  BY MR. CERRETA:
8      Q.  Okay.  We'll probably come back to one
9  or both of those documents later.
10         What is your date of birth?
11      A.  1989.
12      Q.  Do you remember the day and the month?
13      A.  Yes.
14      Q.  Was it June 7th, 1989?
15      A.  Yes.
16      Q.  Where were you born?
17      A.  Haiti.
18      Q.  What part of Haiti?
19      A.  Cap-Haïtien.
20      Q.  Are you familiar with a place called
21  Plaine du Nord?  I'm not sure if I'm saying that
22  right.
23      A.  What?
24      Q.  P-L-A-I-N-E D-U N-O-R-D?
25      A.  Yes.

Page 19

1      Q.  Is that part of Cap-Haïtien?
2      A.  Yes, that's where I was born.
3      Q.  After you were born, did you live in
4  that section of Cap-Haïtien for a time?
5      A.  No.
6      Q.  Where did you live right when you were
7  born?
8      A.  La Suisse.
9      Q.  Is la Suisse another section of
10  Cap-Haïtien?
11      A.  Yes, but it's close by.
12      Q.  How long did you live in la Suisse?
13      A.  I don't remember.
14      Q.  Was it just for a few years?
15      A.  I don't remember.
16      Q.  Do you remember your address when you
17  were living in la Suisse?
18      A.  I was real young, I was very young
19  when I left la Suisse, so I don't remember.
20      Q.  Were you living in a residence, in a
21  home?
22      A.  Yes.
23      Q.  Where did you move to after you left
24  la Suisse?
25      A.  Blue Hills.

Page 20

1      Q.  Did you move to a residence in Blue
2  Hills?
3      A.  Yes.
4      Q.  And do you know the address of the
5  place where you lived after you moved from
6  la Suisse?
7      A.  Yes.
8      Q.  What was that?
9      A.  Ruelle Notre Dame, Number 47.
10      Q.  And is that your current address?
11      A.  Yes.
12      Q.  Have you ever always lived there?
13      A.  Yes.
14      Q.  Was there ever a time when you moved
15  out to stay with a friend?
16      A.  Yes.
17      Q.  When was that?
18      A.  I don't remember.
19      Q.  Okay.  Was it after you left PPT?
20      A.  Is it after I left PPT that I went to
21  live with a friend?
22      Q.  Yes.  Is it after you left PPT?
23      A.  I don't remember.
24      Q.  In Exhibit 1, in Interrogatory 2, it
25  says you lived with a friend named Dadou Aldors,

Page 21

1  is that right?
2      A.  Yes, Dadou Aldors.
3      Q.  It says you lived with Dadou Aldors
4  for two to three years after Douglas abused you,
5  is that right?
6      A.  After?
7      Q.  Yes.  Was it after Douglas abused you?
8      A.  Yes.
9      Q.  But now you're back at Rue du Notre
10  Dame?
11      A.  Yes.
12      Q.  What made you move in with Dadou
13  Aldors?
14      A.  Why?
15      Q.  Yes.  Why did you move from your
16  family home at Rue du Notre Dame to Dadou
17  Aldors?
18      A.  Because we were friends, we were
19  friends, we were living together.
20      Q.  Okay.  But in any event, you are now
21  back at Rue du Notre Dame at your family home,
22  correct?
23      A.  Yes.
24      Q.  Have you lived anywhere else in your
25  life other than in la Suisse and Blue Hills, Rue

6 (Pages 18 to 21)

Confidential - Subject to Further Confidentiality Review

Page 22

1    du Notre Dame, and at your friend Dadou Aldors's
2    place?
3        A.   No.
4        Q.   Your current home, how big a house is
5    it?
6        A.   It's not a big house.  It's just one
7    room that the family has.
8        Q.   Does it have bedrooms?
9        A.   Just one.
10       Q.   How many people live there?
11       A.   A lot of us.
12       Q.   How many all together?
13       A.   I have five brothers, my father, my
14   wife, my child, I have five sisters, one whose
15   name I don't remember.
16       Q.   And does everybody live in the one
17   room?
18       A.   Yes.
19       Q.   When you were growing up, were all of
20   your brothers and sisters living there in that
21   house with you the whole time?
22       A.   Yes.
23       Q.   Are any of your brothers or sisters
24   older than you?
25       A.   Yes.

Page 23

1        Q.   How many?
2        A.   One brother, one sister.
3        Q.   Could you give me the names of the two
4    who are older than you?
5        A.   Mackenson Joseph, Yvrose Joseph.
6        Q.   And how about the siblings of yours
7    that are younger than you, what are their names?
8        A.   Leothide Joseph, Makoulada Joseph,
9    Chinay Joseph.  I don't remember my other -- my
10   younger sister's name.  It's a difficult name.
11   I don't remember the name.
12       Q.   The sister whose name you don't
13   remember, does she also live at the home with
14   you?
15       A.   Just that the name is not a very
16   popular name.  It's not an easy name to
17   remember, so I don't remember.
18       Q.   But despite the fact that you don't
19   remember her name, does she live in the family
20   home with you?
21       A.   Yes, but she doesn't -- she's not
22   there the whole day.  She just sleeps in the
23   house.
24       Q.   What's your father's name?
25       A.   Calistene Joseph.

Page 24

1        Q.   And how about your mother's name, what
2    was her name?
3        A.   Otilia Joseph.
4        Q.   And she's now deceased, is that right?
5        A.   Yes.
6        Q.   When did she pass away?
7        A.   I don't remember.  I was young.
8        Q.   Do you have any memory of your mother?
9        A.   Yes, I do, a lot.
10       Q.   So do you remember about how old you
11   were when she died?
12       A.   No, I don't remember.
13       Q.   Do you remember how she died?
14       A.   No.  I know she was ill, but I don't
15   know what was wrong with her.
16       Q.   Has your father ever remarried?
17       A.   No.
18       Q.   Are all of your brothers and sisters
19   the biological children of both your mother and
20   your father?
21           MR. GARABEDIAN:  Objection.
22       A.   Yes.
23   BY MR. CERRETA:
24       Q.   Your father, what does he do for work?
25       A.   He used to work the field, but not

Page 25

1    anymore.
2        Q.   Was that agricultural work?
3        A.   Yes.
4        Q.   Is he retired now?
5        A.   Yeah, he's getting older, so he
6    stopped working.
7        Q.   Is he the owner of the family home?
8        A.   Yes.
9        Q.   Your older brother, Mackenson Joseph,
10   how old is he?
11       A.   27 years old.
12       Q.   Does he work?
13       A.   No.
14       Q.   Do any of your brothers and sisters
15   currently have a job?
16       A.   No.
17       Q.   Have they previously been employed
18   prior to this time?
19       A.   No.
20       Q.   Did any of your brothers attend
21   school?
22       A.   No.
23       Q.   I may have asked that wrong.  I may
24   have said brothers, but have any of your
25   siblings attended school?

7 (Pages 22 to 25)

Confidential - Subject to Further Confidentiality Review

Page 26

1     A.   Just me.
2     Q.   Am I right that you have one
3 stepbrother?
4          MR. GARABEDIAN:  Objection.
5     A.   I don't remember.
6 BY MR. CERRETA:
7     Q.   I was just looking at Interrogatory --
8 the answer to Interrogatory 4 in Exhibit 1, it
9 says "I have a stepbrother but I do not remember
10 his name."  Is that right?
11         MR. GARABEDIAN:  Objection.
12    A.   Yes, I think so.
13 BY MR. CERRETA:
14    Q.   You think you do have a stepbrother?
15    A.   Yes.
16    Q.   But you don't know his name?
17    A.   Anderson Joseph.
18    Q.   And is that stepbrother on your
19 father's side from a previous relationship of
20 your father?
21         MR. GARABEDIAN:  Objection.
22    A.   Yes.
23 BY MR. CERRETA:
24    Q.   Was your father previously married
25 before he was married to your mother?

Page 27

1          MR. GARABEDIAN:  Objection.
2     A.   No.
3 BY MR. CERRETA:
4     Q.   But he did have another -- so how are
5 you related to your stepbrother?
6          MR. GARABEDIAN:  Objection.
7          THE INTERPRETER:  I'm sorry, again?
8 BY MR. CERRETA:
9     Q.   How are you related to your
10 stepbrother?
11         THE INTERPRETER:  I don't understand
12 the question.
13         MR. CERRETA:  Okay.  It's a bad
14 question.  Stepbrother is not going through
15 maybe.
16 BY MR. CERRETA:
17    Q.   Who is Anderson Joseph to you?
18    A.   My brother.
19    Q.   He's your brother?
20    A.   Yes.
21    Q.   Okay.  He's the son of your father?
22    A.   Yes.
23    Q.   And the son of your mother?
24         THE INTERPRETER:  I'm sorry?
25         MR. CERRETA:  And the son of your

Page 28

1 mother.
2     A.   No.
3 BY MR. CERRETA:
4     Q.   Okay.  He's your half-brother?
5          MR. GARABEDIAN:  Objection.
6     A.   Yes, that's what I said.
7 BY MR. CERRETA:
8     Q.   Okay.  You mentioned that you're
9 married, is that right?
10    A.   When did I say that?
11    Q.   Are you married?
12         MR. GARABEDIAN:  Objection.
13    A.   No.
14 BY MR. CERRETA:
15    Q.   Is there a woman that you're in a
16 relationship with?
17    A.   Yes.
18    Q.   Did you refer to that woman as your
19 wife previously?
20    A.   Yeah, that's what we say in Haiti, so
21 I refer to her as my wife.
22    Q.   Okay.  How long have you been
23 together?
24    A.   I don't remember.  I have a lot on my
25 mind.  My mind is not at peace.  I don't

Page 29

1 remember a lot of things.
2     Q.   Do you have a child together?
3     A.   Yes.
4     Q.   What's the name of your wife?
5     A.   Fabiola Cardor.
6     Q.   And what's the name of your child?
7     A.   Jasmine Joseph.
8     Q.   And Jasmine is a girl, is she?
9     A.   Yes.
10    Q.   How old is she?
11    A.   Maybe a year.
12    Q.   Did you get together with your wife
13 after you were a student at PPT?
14         MR. GARABEDIAN:  Objection.
15    A.   After I left PPT, that's when I got
16 involved with the woman.
17 BY MR. CERRETA:
18    Q.   Right now, all the people living in
19 your home, are any of them working?
20         MR. GARABEDIAN:  Objection.
21    A.   No.
22 BY MR. CERRETA:
23    Q.   Do you have any money coming in to pay
24 for expenses?
25         MR. GARABEDIAN:  Objection.

8 (Pages 26 to 29)

Confidential - Subject to Further Confidentiality Review

Page 30

1      A.   No.
2   BY MR. CERRETA:
3      Q.   How about when you were a child, was
4   your father working as an agricultural laborer
5   at that time?
6      A.   Yeah, he used to do a little bit of
7   work.
8      Q.   And was he the only source of income
9   for the whole family when you were growing up?
10     A.   Yes.
11     Q.   What was it like growing up in a one
12  room house with so many people sharing all that
13  confined space?
14          MR. GARABEDIAN:  Objection.
15     A.   I had to do it.
16  BY MR. CERRETA:
17     Q.   Was it a difficult childhood for you?
18          MR. GARABEDIAN:  Objection.
19     A.   Very much so.
20  BY MR. CERRETA:
21     Q.   What were some of the problems that
22  you had?
23          MR. GARABEDIAN:  Objection.
24     A.   I had a lot of problems.
25  BY MR. CERRETA:

Page 31

1      Q.   Was there enough to eat?
2      A.   No.
3      Q.   Were there days when you went hungry,
4   didn't have any food?
5      A.   Yes.
6      Q.   Prior to your wife, did you have any
7   relationships with any other women?
8      A.   No.
9      Q.   And you don't have any other children
10  besides Jasmine?
11     A.   Just her.
12     Q.   Are you currently employed?
13     A.   No.
14     Q.   Have you ever been employed?
15     A.   No.  But when I look for work they
16  don't give me work, because they said they don't
17  hire homosexuals.
18     Q.   Did you ever do masonry work in the
19  past?
20     A.   I used to find day jobs as a mason.
21     Q.   When was the last time you did masonry
22  work?
23     A.   I don't remember.
24     Q.   What was the pay for a mason?
25     A.   They would give me 100 Haitian

Page 32

1   gourdes, 150 Haitian gourdes per day.
2      Q.   Are you actively looking for work
3   right now?
4          MR. GARABEDIAN:  Objection.
5      A.   No.  When I look for work they don't
6   give me the job, they send me away.
7   BY MR. CERRETA:
8      Q.   So you stopped looking?
9      A.   Yes, because -- I stop because they
10  give me nothing, they calling me names.
11     Q.   Were you ever a tailor?
12     A.   Yes.
13     Q.   When did you do tailoring work?
14     A.   After I left to stay with my friend
15  named Dadou.
16     Q.   Does Dadou work for a tailor?
17     A.   Yeah, that's what he was, I used to
18  work with him as a tailor.
19     Q.   And was that when you were working for
20  a man named Boss Gary?  Is that right?
21     A.   Yes, in masonry.
22     Q.   Oh, Boss Gary is a mason?
23     A.   Yes.
24     Q.   Did you receive masonry training from
25  Boss Gary?

Page 33

1      A.   No, I wasn't learning, I was just
2   doing some working, and he would give me 100
3   gourde, 150 Haitian gourde.
4      Q.   Have you had any other jobs?
5      A.   No.
6      Q.   Do you do anything now to get -- to
7   bring money in?
8      A.   No.
9      Q.   How do you get by in terms of
10  day-to-day expenses?
11          MR. GARABEDIAN:  Objection.
12     A.   What do I do?  Out in the street,
13  sometimes I take garbage out for people and they
14  give me 50 gourdes, but that's not work, you
15  don't call that work.
16  BY MR. CERRETA:
17     Q.   Any other activities that you do to
18  raise money?
19     A.   No.
20     Q.   You mentioned previously that you're
21  the only one of your brothers or sisters that
22  attended school, is that right?
23          MR. GARABEDIAN:  Objection.
24     A.   Yes, I said that.
25  BY MR. CERRETA:

9 (Pages 30 to 33)

Confidential - Subject to Further Confidentiality Review

Page 34

```
 1        Q.   What was the name of the first school
 2   you ever attended?
 3        A.   St. Catherine.
 4        Q.   Where is St. Catherine's?
 5        A.   Cap-Haïtien.
 6        Q.   Is it in the Blue Hills section of
 7   Cap-Haïtien?
 8        A.   No.
 9        Q.   What section is it in?
10        A.   Cap-Haïtien, la Route National Number
11   1.
12        Q.   How long were you when you first went
13   to St. Catherine's?
14        A.   I don't remember what that was, but I
15   was young.
16        Q.   Why was it that you got to go to
17   school?
18        MR. GARABEDIAN:  Objection.
19        A.   Someone used to pay for my tuition,
20   that person passed away, and we couldn't pay --
21   the tuition couldn't be paid anymore, so I went
22   to -- my father couldn't pay the tuition, so I
23   went to 13th Street and went to school there.
24   BY MR. CERRETA:
25        Q.   Who was the person that was paying
```

Page 35

```
 1   your tuition as St. Catherine's?
 2        A.   I don't remember the person's name.
 3   The person died a long time ago.  I was young.
 4        Q.   Was it a friend of your father's?
 5        A.   I don't know.  I was young.  I was a
 6   child.
 7        Q.   And then after the person died, you
 8   left St. Catherine's?
 9        A.   Yes, because my father couldn't.
10        Q.   How long did you attend
11   St. Catherine's?
12        A.   I don't remember.
13        Q.   In your interrogatories you say that
14   you attended first grade at St. Catherine's for
15   one year, is that right?
16        A.   Could be, but it happened a long time
17   ago, I was just a child, so between that I don't
18   remember.
19        Q.   Okay.  You mentioned previously after
20   you left St. Catherine's you went to PPT, is
21   that right?
22        A.   Yes, PPT 13th Street.
23        Q.   How did you hear about the 13th Street
24   school?
25        MR. GARABEDIAN:  Objection.
```

Page 36

```
 1        A.   A friend told me that there was a
 2   school at 13th Street that were helping kids, so
 3   the friend took me to the school.
 4   BY MR. CERRETA:
 5        Q.   Do you remember your friend's name?
 6        A.   No.
 7        Q.   Do you remember how old you were when
 8   you first went to the 13th Street school?
 9        A.   I don't remember.
10        Q.   How long were you -- how long did you
11   go to school at the 13th Street Center?
12        A.   How long?
13        Q.   Yes.  How long were you there?
14        A.   How long was I in school there?
15        Q.   Yes.
16        A.   Maybe a year or two.
17        Q.   Do you remember any of your teachers
18   there?
19        A.   In 13th Street?
20        Q.   Yes.  Do you remember any of the
21   teachers at 13th Street?
22        A.   I had a teacher RouRou.  I had one, a
23   teacher named Luckson.
24        Q.   How about Madam Calixte, does that
25   sound familiar?
```

Page 37

```
 1        A.   Yes.
 2        Q.   What did Madam Calixte teach?
 3        A.   She used to do Creole, math, French.
 4        Q.   How about Luckson?
 5        A.   Almost the same thing, Creole, French.
 6        Q.   Was there one other, RouRou?  Was
 7   there one other teacher you mentioned in
 8   attention to those two?
 9        A.   Yes.
10        Q.   Did you have all these teachers at the
11   same time, or were they different grades?
12        MR. GARABEDIAN:  Objection.
13        A.   The same class.  When we moved into
14   Carenage, they were there, too.
15   BY MR. CERRETA:
16        Q.   What was a typical day like at the
17   13th Street facility?
18        MR. GARABEDIAN:  Objection.
19        A.   We in school.
20   BY MR. CERRETA:
21        Q.   Would you line up in the morning
22   outside the facility?
23        A.   Yes.
24        Q.   About how many people would come in on
25   a typical day to 13th Street?
```

10 (Pages 34 to 37)

Confidential - Subject to Further Confidentiality Review

Page 38

1          MR. GARABEDIAN: Objection.
2      A.   I don't remember. I don't know.
3   BY MR. CERRETA:
4      Q.   Was there security before you got into
5   the facility in the morning?
6      A.   Yes, there is a security at the door.
7      Q.   Would you be searched before you went
8   in?
9      A.   Yes.
10     Q.   Were there ever occasions when
11  students would be found with drugs on their
12  person when they were being searched?
13         MR. GARABEDIAN: Objection.
14     A.   Maybe when I'm out. But when I'm
15  there, I've never seen it.
16  BY MR. CERRETA:
17     Q.   After the search, what would be like
18  -- what would be the first activity of the
19  morning at the 13th Street facility?
20     A.   After the search, they ask us -- they
21  have us come in, take a shower, we put on our
22  uniform and go to class.
23     Q.   Would you have something to eat?
24     A.   Yes.
25     Q.   What kind of food would you get during

Page 39

1   the day at the 13th Street facility?
2      A.   We eat three times a day.
3      Q.   Were there times when you wouldn't
4   have any other food other than what you got at
5   the 13th Street facility?
6          MR. GARABEDIAN: Objection.
7      A.   Yes, I just eat the food, and then
8   school.
9   BY MR. CERRETA:
10     Q.   Any of your brothers and sisters go to
11  the 13th Street facility with you?
12     A.   No.
13     Q.   Were there any other teachers that you
14  knew at 13th Street?
15     A.   Madam Merline, Antoinise.
16     Q.   Did you ever know a teacher named
17  Margarette?
18     A.   Yes, I did.
19     Q.   How about Andy Shultheis, do you know
20  him?
21         MR. GARABEDIAN: Objection.
22     A.   What's the name?
23  BY MR. CERRETA:
24     Q.   Andy Shultheis, does that sound
25  familiar?

Page 40

1      A.   Yes, I have seen -- I used to see Andy
2   at the center.
3      Q.   Was he an American?
4      A.   Yes.
5      Q.   Was he a white man?
6      A.   Yes.
7      Q.   Did you ever talk to Andy when you
8   were a student at 13th Street?
9      A.   No, I didn't used to speak.
10     Q.   How about Nick Preneta, does that
11  sound familiar?
12     A.   Yes, I know Nicholas.
13     Q.   Did you ever talk to him when you were
14  a student at 13th Street?
15     A.   Yes, we used to talk.
16     Q.   What was his job there at 13th Street?
17         MR. GARABEDIAN: Objection.
18     A.   I don't remember.
19  BY MR. CERRETA:
20     Q.   At some point did you move from 13th
21  Street to a new facility called Carenage?
22     A.   Yes.
23     Q.   Do you remember when that was?
24     A.   No.
25     Q.   Do you remember how old were you when

Page 41

1   you moved over to Carenage?
2      A.   How old I was?
3      Q.   Yes.
4      A.   No, I don't remember.
5      Q.   Did you have any different teachers
6   when you were at Carenage than you had
7   previously at 13th Street?
8      A.   Yes. I said that before, I said when
9   we went from 13th to Carenage, the same teachers
10  went with us.
11     Q.   Did you ever meet a Haitian teacher
12  called Andy or Anncie at Carenage?
13     A.   No.
14     Q.   At either Carenage or 13th Street, did
15  children ever bring paint thinner into the
16  building?
17         MR. GARABEDIAN: Objection.
18     A.   I don't know. If they do, they won't
19  let you see it, so I don't know.
20  BY MR. CERRETA:
21     Q.   Did you ever see children on the
22  street doing paint thinner?
23     A.   Yes, I've seen it.
24     Q.   Did you ever use paint thinner?
25     A.   No.

11 (Pages 38 to 41)

Page 42

1    Q.   Why not?  What made you not try it?
2         MR. GARABEDIAN:  Objection.
3    A.   When I thought about it, I realized
4    that sniffing paint thinner and smoking, taking
5    drugs, was not going to help my brain.
6    BY MR. CERRETA:
7    Q.   Did you ever see Douglas Perlitz at
8    Carenage or at 13th Street?
9    A.   Yes, I used to see him both at 13th
10   Street and at Carenage.
11   Q.   How often would he be at those places?
12   A.   He stops at the school every two or
13   three days.
14   Q.   Would he stay the full day, or just
15   for a brief period?
16   A.   He would spend like two or three hours
17   and then leave.
18   Q.   Would he go into your classroom and
19   see the class?
20   A.   Yes.
21   Q.   When did you first meet Douglas
22   Perlitz?
23   A.   I don't remember.
24   Q.   Do you remember if it was when you
25   were at 13th Street?

Page 43

1         MR. GARABEDIAN:  Objection.
2    A.   Rue 13 and Carenage, I always see him.
3    BY MR. CERRETA:
4    Q.   Did you ever speak with him?
5    A.   He'd speak with all of the students.
6    Q.   Would he address the class as a whole?
7    A.   Yes.
8    Q.   Did you ever have a one-on-one
9    conversation with Douglas Perlitz?
10        MR. GARABEDIAN:  Objection.
11   A.   Are you talking about when I was at
12   the 13th Street Center, or at Carenage?
13   BY MR. CERRETA:
14   Q.   Yes, I'm sorry.  Did you have a
15   one-on-one conversation at the time when you
16   were a student at 13th Street or Carenage?
17        MR. GARABEDIAN:  Objection.
18   A.   No.
19   BY MR. CERRETA:
20   Q.   When was the first time you ever spoke
21   to Douglas Perlitz one-on-one?
22        MR. GARABEDIAN:  Objection.
23   A.   No, I don't remember.
24   BY MR. CERRETA:
25   Q.   But in any event, it was after the

Page 44

1    time that you were a student at Carenage, is
2    that right?
3         MR. GARABEDIAN:  Objection.
4    A.   Are you talking about it was before I
5    went to Carenage, or after I left Carenage.
6    BY MR. CERRETA:
7    Q.   My question was, was your first
8    one-on-one interaction with Douglas Perlitz
9    after you left Carenage?
10        MR. GARABEDIAN:  Objection.
11   A.   Yes, yes, after I left Carenage and
12   went to the Village, that's when.
13   BY MR. CERRETA:
14   Q.   So at some point was it decided that
15   you were going to leave Carenage for a new
16   school?
17   A.   They took me out of Carenage and put
18   me in a different school.
19   Q.   What was the name of that school?
20   A.   Mere Berge.
21   Q.   Is Mere Berge a school that's run by
22   PPT?
23   A.   PPT put me in that school.  Douglas
24   was paying my tuition.  It's a private school.
25   Q.   Do you remember when you made the move

Page 45

1    from Carenage to -- is it Mere Berge?
2    A.   No, I don't remember.
3    Q.   Do you remember how old you were?
4    A.   When I left Carenage to went to the
5    school called Mere Berge?
6    Q.   That's right.
7    A.   Maybe 15 or 16.
8    Q.   Was it around the year 2006?
9         MR. GARABEDIAN:  Objection.
10   A.   I don't remember the year.
11   BY MR. CERRETA:
12   Q.   So how did you find out that you were
13   going to be switching from Carenage to Mere
14   Berge?
15   A.   Douglas took me out.
16   Q.   Was it Douglas that told you that you
17   were going to be switching?
18   A.   Yes, he told me that I was going to
19   leave Mere Berge, he's going to put me in a
20   different school on the outside.
21   Q.   Where did he tell you this?
22   A.   I was at Carenage -- I was at the
23   Village and at Carenage when he told me that.
24   He saw me and he told me that.
25   Q.   You were at the Village when he told

Confidential - Subject to Further Confidentiality Review

Page 46

1  you you were going to Mere Berge?
2      A.   He's going to put me in a school on
3  the outside.
4      Q.   Okay.  When you were a student at
5  Carenage, did you occasionally visit the
6  Village?
7          MR. GARABEDIAN:  Objection.
8  Objection.
9      A.   Yes.
10 BY MR. CERRETA:
11     Q.   What would be the purpose of you going
12 to the Village?
13     A.   I used to go to the Village to shower,
14 play ball, play basketball.  They used to have
15 match between Carenage and the Village, you
16 know, the same things you see in foreign
17 countries.
18     Q.   So there would be like a Carenage team
19 versus a Village team in games at the Village?
20     A.   Yeah.  Also they used to mix it.  For
21 example, if there weren't enough students at
22 Carenage they would take some of the students at
23 the Village to play against -- and put them with
24 Carenage to play against the Village.
25     Q.   Besides those games, did you have any

Page 47

1  other visits to the Village while you were still
2  a student at Carenage?
3          MR. GARABEDIAN:  Objection.
4      A.   No.
5  BY MR. CERRETA:
6      Q.   So one day while you were playing in
7  one of these games, is that when Douglas
8  informed you that you were going to switch over
9  to Mere Berge?
10     A.   Yes.
11     Q.   And did anyone inform your father
12 about this move?
13         MR. GARABEDIAN:  Objection.
14     A.   No.
15 BY MR. CERRETA:
16     Q.   They didn't have to get permission
17 from anyone to switch you to another school?
18     A.   No.
19     Q.   Where was Mere Berge located?
20     A.   Cap-Haïtien.
21     Q.   How far was it from Carenage?
22     A.   It's a bit of a distance, because
23 Carenage is in 29 A, and Mere Berge is in
24 Decattes Street.
25     Q.   When Douglas Perlitz informed you you

Page 48

1  were going to be switching to Mere Berge, was
2  that before the first time that you say he
3  sexually abused you?
4          MR. GARABEDIAN:  Objection.
5      A.   Yes, that was before he abused me that
6  I went to the school, to the Mere Berge school.
7  BY MR. CERRETA:
8      Q.   During the time you were a student at
9  Mere Berge, were you still living in your family
10 home with your father and brothers and sisters?
11     A.   Yeah, I was living at the house, but I
12 used to do everything at the Village, shower,
13 food, eating, everything, and then I would go
14 home.
15     Q.   Were there other students that PPT was
16 paying to go to Mere Berge at the time?
17         MR. GARABEDIAN:  Objection.
18     A.   Yes, I believe that there were other
19 students.  I was not the only one.
20 BY MR. CERRETA:
21     Q.   Do you know any of their names?
22     A.   Yes.
23     Q.   What were their names?
24     A.   Faniel, there was Faniel, there was
25 Pinel, there's Vanel.  That's it.

Page 49

1      Q.   So when you were attending Mere Berge,
2  how would your day start in the morning on a
3  school day?
4      A.   When I was going to Mere Berge, you
5  get there, but you have to wear your uniform at
6  home, then you go to school.
7      Q.   So would you put your uniform on at
8  home in the morning?
9      A.   Yes.
10     Q.   And then how would you get to Mere
11 Berge from your house?
12     A.   I used to walk to school.
13     Q.   How long was the walk?
14     A.   It would take between 30 to 40
15 minutes.
16     Q.   What time did the day start at Mere
17 Berge, a school day?
18     A.   It was an afternoon school, not in the
19 morning.
20     Q.   I see.
21          From what time to what time would the
22 school day last at Mere Berge?
23         MR. GARABEDIAN:  Objection.
24     A.   We start noon, the day until 4.
25 BY MR. CERRETA:

13 (Pages 46 to 49)

Confidential - Subject to Further Confidentiality Review

Page 50

1    Q.   Did you ever see Douglas Perlitz at
2  Mere Berge?
3    A.   Just once.
4    Q.   What was that one time?
5    A.   I don't remember.  I don't remember.
6  But I saw him in the school, in the office.
7    Q.   Was he in the office talking to a
8  teacher or administrator at the school?
9        MR. GARABEDIAN:  Objection.
10   A.   I don't know.  I don't know.
11 BY MR. CERRETA:
12   Q.   Did he talk to you at all when he was
13 there that one time at Mere Berge?
14   A.   No.  I saw him, he didn't see me.
15   Q.   So the day ended at Mere Berge around
16 4:00 o'clock, is that right?
17   A.   Yes.
18   Q.   And what would you do after that?
19   A.   I went home.
20   Q.   On a typical day, would you go to the
21 Village at all during the school day?
22       MR. GARABEDIAN:  Objection.
23   A.   Yeah, after school I would go to the
24 Village to eat and play ball.
25 BY MR. CERRETA:

Page 51

1    Q.   So on a typical school day, you'd get
2  out of Mere Berge at 4:00 o'clock, is that
3  right?
4        MR. GARABEDIAN:  Objection.
5    A.   Yes, which means that before I go to
6  school I go to Village to eat, and then
7  sometimes after school I go to the Village
8  again.
9  BY MR. CERRETA:
10   Q.   Okay.  Before school started at noon,
11 would you typically go to the village to have a
12 meal?
13       MR. GARABEDIAN:  Objection.
14   A.   Before school?
15 BY MR. CERRETA:
16   Q.   Yes, before school.
17   A.   Yes.
18   Q.   Would you put your uniform on at home
19 and then go to the Village?
20   A.   Yes.
21   Q.   Was this every day, or just sometimes?
22       MR. GARABEDIAN:  Objection.
23   A.   Every day.
24 BY MR. CERRETA:
25   Q.   How about after school, how often

Page 52

1  would you go to the Village after school?
2        MR. GARABEDIAN:  Objection.
3    A.   I don't remember.
4        MR. GARABEDIAN:  Can we take a break
5  for a few minutes?
6        MR. CERRETA:  Yes.  Sure.
7        THE VIDEOGRAPHER:  Going off the
8  record.  The time is 11:05.
9        (Whereupon, a recess was taken.)
10       THE VIDEOGRAPHER:  Back on the record.
11 The time is 11:21.
12 BY MR. CERRETA:
13   Q.   Okay.  Mr. Joseph, when you were
14 attending Mere Berge, did you have standing
15 permission to go to the Village before your day
16 started at Mere Berge?
17       MR. GARABEDIAN:  Objection.
18   A.   I mentioned that already.
19 BY MR. CERRETA:
20   Q.   Who was it who told you you could come
21 before the school day to the Village?
22   A.   Douglas.
23   Q.   Did he tell you this when he told you
24 that PPT would be paying for your tuition there?
25   A.   Yes.

Page 53

1    Q.   So when you would arrive at the
2  Village in the morning, where would you go in
3  the facility?
4    A.   There's only one part of the Village.
5  When you get in the Village, you're in the
6  Village.
7    Q.   Were you able to just walk on to the
8  grounds, or did someone have to let you in?
9    A.   I knock, the security -- I knock and
10 the security open the door.
11   Q.   And once you got inside, were there a
12 number of different buildings at the Village
13 grounds?
14       MR. GARABEDIAN:  Objection.
15   A.   Yes, they have different -- all type
16 of homes.
17 BY MR. CERRETA:
18   Q.   How is the Village laid out?
19       MR. GARABEDIAN:  Objection.
20   A.   It's round, it has mango trees,
21 cherries, flowers, palm trees, and it has nut
22 trees, pistachio, everything.
23 BY MR. CERRETA:
24   Q.   Does it have dormitory buildings where
25 some students live that are attending school at

14 (Pages 50 to 53)

Confidential - Subject to Further Confidentiality Review

Page 54

1　the Village?
2　　　A.　Yes, there's a dorm for the kids that
3　live in there, there's a chapel, there's a
4　basketball court, there's a football court.
5　　　Q.　And when you would arrive in the
6　morning, did you have the run of the place, or
7　was there a particular place where you were
8　supposed to report in the morning?
9　　　A.　No, when I'm in there I'm not limited,
10　I can go anywhere in there.
11　　　Q.　So on a typical day, what would you do
12　when you arrived at the Village?
13　　　A.　When I get there, if I didn't have
14　anything to eat I eat, or I play ball, I play
15　basketball.
16　　　Q.　Was there a particular place on the
17　grounds where you would go to get some food?
18　　　A.　Yes.
19　　　Q.　And were there other children eating
20　there at that spot?
21　　　A.　Yeah, there were other children
22　sometimes eating.
23　　　Q.　Where in the facility was that spot
24　where food was served?
25　　　　　MR. GARABEDIAN:　Objection.

Page 55

1　　　A.　Where?　At the Village.
2　BY MR. CERRETA:
3　　　Q.　Was there -- was it one particular
4　building at the Village where food was served?
5　　　A.　Yes.
6　　　Q.　Where in the facility was that
7　particular building?
8　　　A.　Where?　I don't understand.
9　　　Q.　Well, was there a cafeteria at the
10　Village?
11　　　　　MR. GARABEDIAN:　Objection.
12　　　A.　It's a large room, and it's cut into
13　the kitchen in one part and then the dining room
14　in the other part.
15　BY MR. CERRETA:
16　　　Q.　Would -- I don't know if I'm getting
17　their names right, but I think you had
18　previously mentioned that Faniel, Pinel, and
19　Vanel were also students who were attending Mere
20　Berge at the same time as you, is that right?
21　　　A.　Yes.
22　　　Q.　Would you see them in the morning when
23　you arrived getting food, too?
24　　　A.　At the Village?
25　　　Q.　Yes, at the Village.

Page 56

1　　　A.　Yes.
2　　　Q.　Would other students be eating also?
3　　　A.　Yes.
4　　　Q.　And those would be the students that
5　actually attended school at the Village?
6　　　A.　There were some that go to school in
7　the Village, some other school outside, some the
8　same school that I attended.
9　　　Q.　Do you know any of the names of the
10　other schools that children would attend in
11　addition to Mere Berge?
12　　　A.　Yeah, plenty of other schools.　Yeah,
13　some of the names I do know.
14　　　Q.　What were those names?
15　　　A.　Sacred Heart, Sacrè-Cœur, Nelson
16　Mandela, Martin Luther King, Christophiane,
17　Martin Luther King.
18　　　Q.　Do you remember any of the names of
19　the boys who attended those other schools
20　besides Mere Berge and the Village?
21　　　　　MR. GARABEDIAN:　Objection.
22　　　A.　I don't remember the name.　It's been
23　a long time since the Village closed down.　I
24　don't -- some of them, I don't see them.　I
25　don't remember their names.

Page 57

1　BY MR. CERRETA:
2　　　Q.　Do you remember the names of any of
3　the Village students who you would see when you
4　went there in the morning?
5　　　A.　No, I don't remember.
6　　　Q.　Do you remember the names of any of
7　the staff or employees who were working at the
8　Village?
9　　　A.　No, it's been a while since Village
10　closed down.　I could see their faces, but I
11　don't remember the names.
12　　　Q.　You do remember the name Douglas
13　Perlitz, right?
14　　　A.　Yes.
15　　　Q.　And you would see him at the Village,
16　is that right?
17　　　A.　Yes.
18　　　Q.　But you don't remember the names of
19　any other people who worked there in addition to
20　Douglas Perlitz?
21　　　　　MR. GARABEDIAN:　Objection.
22　　　A.　Besides Douglas Perlitz?　Besides
23　Douglas Perlitz?
24　BY MR. CERRETA:
25　　　Q.　Yes, I was asking if you remember

15 (Pages 54 to 57)

Confidential - Subject to Further Confidentiality Review

Page 58

1 anybody's name of the employees or the staff
2 besides Douglas Perlitz.
3         MR. GARABEDIAN: Objection.
4    A.  Are you talking about the staff, or
5 the people responsible for the Village?
6 BY MR. CERRETA:
7    Q.  Let's start with the staff.
8    A.  I only remember one person's name who
9 used to be a staff.
10   Q.  What was that one person's name?
11   A.  Robenson.
12   Q.  Okay.  And then I think you just
13 referred to, in addition to staff, what you
14 described as people responsible for the Village,
15 is that right?
16   A.  Yeah, I didn't know you were talking
17 about staff.  I thought you were talking about
18 the people that were responsible for the
19 Village.  That's why I said that.
20   Q.  Do you remember the names of any of
21 these people that you viewed as responsible for
22 the Village?
23   A.  Yeah, I knew two other people, they
24 were -- Douglas was under them, so whatever he
25 tells them -- whatever they tell Douglas, that's

Page 59

1 what he tells.
2    Q.  Who are those two people?
3    A.  There was Pere Paul, and Mrs. Carter.
4    Q.  Okay.  You saw both Father Paul and
5 Mrs. Carter at the Village, is that right?
6    A.  Yes.
7    Q.  Had you ever seen Father Paul anywhere
8 else before the Village?
9    A.  I used to see him in the Village,
10 sometimes in the car with Douglas.
11   Q.  Okay.  Did you ever see him at
12 Carenage?
13       MR. GARABEDIAN: Objection.
14   A.  No.
15 BY MR. CERRETA:
16   Q.  Did you ever see him at 13th Street?
17   A.  No.
18       MR. GARABEDIAN: Objection.
19 BY MR. CERRETA:
20   Q.  How about Madam Carter, did you ever
21 see her anywhere outside the Village?
22   A.  In the Village.
23   Q.  How many times did you see Mrs. Carter
24 in the Village?
25   A.  Once.

Page 60

1    Q.  How about Father Paul?
2    A.  Twice.
3    Q.  Okay.  Were those -- am I right that
4 you also saw Father Paul in a different context
5 in addition to those two times at the Village?
6        MR. GARABEDIAN: Objection.
7    A.  Yes.
8 BY MR. CERRETA:
9    Q.  And did I get it right that you saw
10 him in a car those other -- outside of the
11 Village?
12   A.  Yeah, not in the Village.
13   Q.  Okay.  How many times did you see him
14 outside of the Village?
15   A.  Once.
16   Q.  Was he just driving in a car?
17   A.  No, Douglas was driving.
18   Q.  Was Father Paul a passenger?
19   A.  Yes, next to Douglas.  There were
20 other staff in the car also.
21   Q.  Was this just on the streets of
22 Cap-Haïtien?
23   A.  Yes.
24   Q.  Okay.  After you would get your food
25 in the morning at the Village, what would you do

Page 61

1 next?
2    A.  Then I would go to school.
3    Q.  And then how about the occasions in
4 the afternoons when you would come back to the
5 Village after school, what was a typical day
6 like coming back in the afternoon?
7        MR. GARABEDIAN: Objection.
8    A.  After school?
9 BY MR. CERRETA:
10   Q.  Yes, after school.
11   A.  Sometimes if I get off school early, I
12 would go to the Village.  But if I get off
13 school late, I just go home and stay at home,
14 then go to the Village the next day.
15   Q.  On average -- strike that.
16       About how frequently would you go to
17 the Village after school?
18       MR. GARABEDIAN: Objection.
19   A.  I used to do it often.
20 BY MR. CERRETA:
21   Q.  If you had to estimate how many times
22 in a typical month when school was in session
23 would you go to the Village after school, what
24 would that number be?
25   A.  I could not estimate.

16 (Pages 58 to 61)

Confidential - Subject to Further Confidentiality Review

Page 62

1     Q.   Okay.  In your lawsuit in this case
2  you've alleged that Douglas Perlitz sexually
3  abused you, is that right?
4     A.   Twice.  He abused me twice.  The first
5  time he told me to come to his office.  When I
6  get to his office, he touch my buttocks and my
7  front, and then I ran out.
8         And the second time I was in the
9  shower, I was bending down, and he came and put
10  his penis in my rectum, and I cried.  And he
11  told me that "don't tell anyone, if you tell
12  anyone I will put you out."  And so I bought
13  some poison to try to kill myself.
14     Q.   Okay.  I'd like to start first to talk
15  about the first incident that you just
16  mentioned.
17         You mentioned that this happened in
18  Douglas's office, is that right?
19     A.   Yeah, the first time he told me he
20  needed me in his office.  I went to the office.
21  When I reached the -- when I got to the office
22  he put his hand in my pants, and he touched my
23  buttocks, and squeezed my buttocks, so I ran
24  out.
25     Q.   Did this happen in the morning before

Page 63

1  the school day at Mere Berge?
2     A.   Did that happen in the morning?  Yes,
3  in the morning.
4     Q.   So what were you doing when Douglas
5  came out -- came to see you to ask you to come
6  to his office?
7         MR. GARABEDIAN:  Objection.
8     A.   I was at the Village.  I wasn't doing
9  anything.
10  BY MR. CERRETA:
11     Q.   Were you in the area where food was
12  served?
13     A.   I was sitting by a mango tree.  It's
14  round, I was sitting under there.  I was alone.
15  He came to me and said that he needed me.
16     Q.   When you were sitting at the mango
17  tree, had you already eaten when you arrived?
18         MR. GARABEDIAN:  Objection.
19     A.   Yes, I was sitting down.
20  BY MR. CERRETA:
21     Q.   Was that typical for you after you
22  ate, to go sit at this mango tree?
23         MR. GARABEDIAN:  Objection.
24     A.   Yeah, I would sit somewhere to rest to
25  digest my food.

Page 64

1  BY MR. CERRETA:
2     Q.   So Douglas comes up to you at the
3  mango tree, and then what happens?
4     A.   He said "Jasmin, I need you in my
5  office."
6     Q.   Had you had -- strike that.  Sorry.
7         Was it typical for Doug to come up and
8  see you and speak with you while you were at the
9  Village in the mornings before school?
10         MR. GARABEDIAN:  Objection.
11     A.   Does he do that often?
12  BY MR. CERRETA:
13     Q.   Yeah, was this out of the ordinary for
14  him to come up to the mango tree and start
15  talking to you?
16         MR. GARABEDIAN:  Objection.
17     A.   Yeah, we used to have -- to talk
18  one-on-one, and then sometimes in a group.  But
19  at that time I was alone, and then he said to
20  come, he needed me to come to see him, to come
21  and see him.
22  BY MR. CERRETA:
23     Q.   Okay.  Do you know about how long you
24  had been attending Mere Berge at the time of
25  this incident at the mango tree?

Page 65

1         MR. GARABEDIAN:  Objection.
2     A.   I don't know how long I had been
3  there.
4  BY MR. CERRETA:
5     Q.   So when he said "I need you to come to
6  my office," did you ask him any questions about
7  why he wanted to see you in the office?
8     A.   No.
9     Q.   How old were you at the time of this
10  incident?
11     A.   16 years old.
12     Q.   Okay.  So do you walk with him to the
13  office?
14     A.   No.
15     Q.   You did not.
16         Did you and Douglas then go to the
17  office?
18     A.   No.
19     Q.   Okay.  What happened next then?
20     A.   He told me -- after he told me that,
21  he left.
22     Q.   And then what happened?
23     A.   Then two or three minutes later I went
24  to see him.
25     Q.   Okay.  So was Douglas saying in a few

Confidential - Subject to Further Confidentiality Review

Page 66

1  minutes I'd like to see you in my office? Is
2  that the nature of the conversation?
3          MR. GARABEDIAN: Objection.
4      A.  No, he didn't say in a few minutes to
5  come, I want to see you in my office. He just
6  said "I want to see you in my office," so I
7  chose to go in two or three minutes because I
8  didn't know what he wanted me for.
9  BY MR. CERRETA:
10     Q.  So he says "I want to see you in my
11 office," and then he walks away?
12     A.  He said "I need you." I said "where?"
13 He said "my office." And then I went to see
14 him.
15     Q.  Do you remember the time of day when
16 this happened?
17         MR. GARABEDIAN: Objection.
18     A.  I don't remember.
19 BY MR. CERRETA:
20     Q.  But it was before your school day?
21     A.  Yes.
22     Q.  Were there a lot of other people there
23 at the time?
24     A.  There weren't a lot of people.
25     Q.  Was there anybody kind of within

Page 67

1  eyeshot that would have seen you two conversing
2  at the mango tree?
3      A.  No.
4      Q.  So two to three minutes later you
5  arrive at Douglas's office, is that about right?
6      A.  Yes.
7      Q.  What was the distance from the mango
8  tree to the office?
9      A.  Not too far.
10     Q.  So you walk up to his office, and then
11 what happens?
12         MR. GARABEDIAN: Objection.
13     A.  When I got there, he put his hand on
14 my pants and touched my buttock, so I ran and
15 left.
16 BY MR. CERRETA:
17     Q.  Did he say anything before he did
18 this?
19     A.  No.
20     Q.  So you walked in, and the first thing
21 immediately he put his hand on your pants and
22 touched your buttocks?
23     A.  He put his hand inside my pants, and
24 touched, squeezed my buttocks.
25     Q.  So you walk in. Where in the office

Page 68

1  is Douglas when you walk in the door?
2      A.  I already told you, he was in the
3  office.
4      Q.  I know, but does he have a desk in
5  there?
6      A.  Yes, there is a desk.
7      Q.  How big of a room is it?
8      A.  I don't remember.
9      Q.  Did he have any other furniture in
10 there?
11         MR. GARABEDIAN: Objection.
12     A.  Yeah, I'm sure of it.
13 BY MR. CERRETA:
14     Q.  Was his office in a room within a
15 building?
16         MR. GARABEDIAN: Objection.
17     A.  Yes.
18 BY MR. CERRETA:
19     Q.  So did you have to come through --
20 from the outside did you have to walk into a
21 lobby or anything like that in order to get to
22 the office?
23         MR. GARABEDIAN: Objection.
24     A.  The house is his office.
25 BY MR. CERRETA:

Page 69

1      Q.  Was there anybody else in the building
2  when you walked in?
3      A.  No.
4      Q.  When you walk into the building, and
5  you're kind of walking in the door of the
6  building, where is the office situated as you
7  walk in?
8          MR. GARABEDIAN: Objection.
9      A.  When you walk into the office, let's
10 say this door, you walk into the office, and
11 then there's another door to -- that you have to
12 open to go to Douglas's office.
13 BY MR. CERRETA:
14     Q.  Are there multiple rooms as you walk
15 into the building?
16         MR. GARABEDIAN: Objection.
17     A.  Yes.
18 BY MR. CERRETA:
19     Q.  How big a building are we talking
20 here? Is it just one story?
21         MR. GARABEDIAN: Objection.
22     A.  Yeah, they have several rooms, I
23 couldn't tell you that. And it's covered with
24 metal, with the foreign metal, but there are
25 several rooms in the building.

18 (Pages 66 to 69)

Confidential - Subject to Further Confidentiality Review

Page 70

1  BY MR. CERRETA:
2      Q.  So when you come into the office
3  itself, where in the room is the desk?
4          MR. GARABEDIAN:  Objection.
5      A.  That I couldn't remember.  I couldn't
6  tell you.  It's inside the office, but I
7  couldn't tell you where inside the office
8  because I'm not there.
9  BY MR. CERRETA:
10     Q.  Was this your first time in the
11 office?
12     A.  Yes.
13     Q.  Do you remember if there were any
14 windows in the office?
15     A.  Yes.
16     Q.  Where was the window?
17         MR. GARABEDIAN:  Objection.
18     A.  In the house.  In the room.  From the
19 outside you could look through the window and
20 see his office.
21 BY MR. CERRETA:
22     Q.  If you walk into the door of the
23 office, is the window to your -- is it to your
24 right, is it right in front of you, is it to
25 your left?

Page 71

1          MR. GARABEDIAN:  Objection.
2      A.  When you walk in, you could see the
3  window.
4  BY MR. CERRETA:
5      Q.  But where in the room is it?  As you
6  walk into the door, when you walk into the door,
7  is the window over to your right, is it
8  generally in the center of the room, is it to
9  the left of the room?
10         MR. GARABEDIAN:  Objection.
11     A.  To the right.
12 BY MR. CERRETA:
13     Q.  Okay.  And how about the desk, any
14 recollection where the desk is situated as you
15 walk in?
16         MR. GARABEDIAN:  Objection.
17     A.  In the middle, in the middle of the
18 room.
19 BY MR. CERRETA:
20     Q.  And as you walked in that day, do you
21 remember where Douglas was?
22         MR. GARABEDIAN:  Objection.
23     A.  He was in the office.  It happened --
24 what he did to me, he did it in the office.
25 BY MR. CERRETA:

Page 72

1      Q.  Just as you first walked in, do you
2  have any recollection or not of where he was in
3  the office as you walked in that day?
4          MR. GARABEDIAN:  Objection.
5      A.  When I walked in, he was sitting down.
6  He stood up and faced me.  Then he did it, what
7  he did.
8  BY MR. CERRETA:
9      Q.  Did he say anything?
10     A.  No, I didn't get a chance to say
11 anything because I was upset, I left.
12     Q.  Did he say anything as you first
13 walked in?
14     A.  No.  You asked me that already, he
15 didn't say anything.
16     Q.  Okay.  So he's sitting at his desk
17 when you walk in, is that right?
18     A.  Yes.  When I walked in, he got up.
19     Q.  And then he stood up, I believe you
20 said, right?
21     A.  Yes.
22     Q.  And are you facing him at this point?
23         MR. GARABEDIAN:  Objection.
24     A.  Yes.
25 BY MR. CERRETA:

Page 73

1      Q.  Do you say anything to him at this
2  point?
3      A.  I said "here I am."
4      Q.  And then he approaches you, he walks
5  towards you?
6      A.  Yes.
7      Q.  And then what happens after that?
8      A.  He put his hand -- he put his hand
9  inside my pants and squeezed my buttock.
10     Q.  Okay.  Did he go around behind you to
11 put his hands in your pants?
12     A.  Yes.
13     Q.  Okay.  So when he's talking towards
14 you, does he physically walk around your person?
15         MR. GARABEDIAN:  Objection.
16     A.  Yes.
17 BY MR. CERRETA:
18     Q.  And that was when he put his hands
19 down your pants?
20     A.  Yes.
21     Q.  So at this point he squeezes your
22 buttocks, right?
23     A.  Yes.
24     Q.  How long did this embrace last?
25         MR. GARABEDIAN:  Objection.

19 (Pages 70 to 73)

Confidential - Subject to Further Confidentiality Review

Page 74

1     A.   Probably taking 30 to 45 seconds,
2  because I was upset, I left.
3  BY MR. CERRETA:
4     Q.   So did he have his hands on your
5  buttocks for 30 to 45 seconds?
6     A.   Yes, squeezing it.
7     Q.   Is he saying anything when he's doing
8  this?
9     A.   No.  He didn't get a chance to say
10 anything because I left.
11    Q.   He's just standing there squeezing
12 your buttocks?
13    A.   Yes.
14    Q.   Non-verbal?
15        MR. GARABEDIAN:  Objection.
16    A.   No.
17 BY MR. CERRETA:
18    Q.   Is he making any kind of noises, or
19 doing anything?
20        MR. GARABEDIAN:  Objection.
21    A.   No, he didn't get a chance to.
22 BY MR. CERRETA:
23    Q.   Do you say anything while he's got his
24 hands on your buttocks like this?
25    A.   No, I didn't say anything.  I just

Page 75

1  left.
2     Q.   Okay.  But you stood there for about
3  30 to 45 seconds, am I getting that right?
4        MR. GARABEDIAN:  Objection.
5     A.   Yes.
6  BY MR. CERRETA:
7     Q.   What's going through your head at this
8  time when he's got his hands on your buttocks
9  for 30 to 45 seconds?
10    A.   I'm thinking he shouldn't have done
11 that.  He's saying he wants to educate me, and
12 he violated me.
13    Q.   While this is happening he's not
14 actually speaking, though, right?
15    A.   No, he's not speaking.
16    Q.   Okay.  So you're saying this was your
17 thought process, that this guy is supposed to be
18 educating me and now he's violating me, am I
19 right?
20    A.   Yeah, I'm still thinking that.
21    Q.   So after 30 to 45 seconds pass, what
22 makes you get out of there?  What made you
23 leave?
24    A.   Right away I thought that he shouldn't
25 have done that, so started thinking.

Page 76

1     Q.   I'm just wondering if, you know, in an
2  intervening half minute or whatever, if it -- I
3  mean this must have come as a big shock to you
4  when he's got his hands on your buttocks, am I
5  right?
6        MR. GARABEDIAN:  Objection.
7     A.   Yes, I didn't think he would.
8  BY MR. CERRETA:
9     Q.   So you exit the room.  Did you run out
10 of the room?
11    A.   Yes.
12    Q.   Did you say anything as you were
13 leaving?
14    A.   No.
15    Q.   What did you do next?
16    A.   I went -- I sat down and started
17 thinking.
18    Q.   Where did you go sit down?
19    A.   At the same place.
20    Q.   At the mango tree?
21    A.   Yes.
22    Q.   How long did you stay at the mango
23 tree?
24    A.   A lot, a long time.
25    Q.   Can you estimate in minutes or hours

Page 77

1  how long it was?
2     A.   I wasn't thinking about how long it
3  was.  I was sitting for a -- for quite a while.
4  Friends came and asked me what was wrong, I said
5  "nothing."
6     Q.   When you left the office and you were
7  in route back to the mango tree, did you see
8  anyone as you were walking back?
9        MR. GARABEDIAN:  Objection.
10    A.   Yeah, I saw the other boys, the other
11 kids in the yard.  I saw them when I was coming
12 out.
13 BY MR. CERRETA:
14    Q.   Were you running the whole way from
15 the office to the mango tree?
16    A.   I ran out.  Once I got outside, I just
17 walked, I stopped running.
18    Q.   Do you remember the names of the boys
19 who came over to you at the mango tree and asked
20 you -- and spoke with you?
21        MR. GARABEDIAN:  Objection.
22    A.   No.
23 BY MR. CERRETA:
24    Q.   Were they students from Mere Berge?
25    A.   I don't remember.

20  (Pages 74 to 77)

Confidential - Subject to Further Confidentiality Review

Page 78

1    Q.   Did you go to school that day at Mere
2    Berge?
3    A.   No, I didn't go to school.
4    Q.   So what did you do next after -- when
5    you -- did you eventually get up and walk away
6    from the mango tree?
7    A.   Yeah, I was thinking for a while.
8    Q.   And then what did you do?
9    A.   Then I got up.
10   Q.   And where did you go?
11   A.   I got up, and so I don't get too
12   stressed out, I play a little ball so I don't
13   get too stressed out.
14   Q.   While you're playing ball, if you
15   remember, while you're playing ball should you
16   have already left to go to Mere Berge to start
17   school?
18        MR. GARABEDIAN: Objection.
19   A.   I said I didn't go to school that day.
20   BY MR. CERRETA:
21   Q.   When you would be at the Village in
22   the morning before going to school, was there
23   any staff that was kind of supervising you or
24   monitoring you?
25   A.   I don't remember.

Page 79

1    Q.   So if you're at the Village in the
2    morning, how long does it take you to get to
3    Mere Berge to start school?
4        MR. GARABEDIAN: Objection.
5    A.   I leave my house at 7, and then at 12
6    I take a shower, and then the next I go get
7    dressed and go to school.
8    BY MR. CERRETA:
9    Q.   When you would come so the Village
10   before school, would you go directly from the
11   Village to Mere Berge to start your school day?
12        MR. GARABEDIAN: Objection.
13   A.   Yes, I get to Mere Berge, I eat, take
14   a shower, play ball, and then put on my uniform
15   and go to school.
16        You are asking me a question that you
17   already asked me before, and I answered you
18   already.
19   BY MR. CERRETA:
20   Q.   How long would it take you to get from
21   the Village to Mere Berge?
22        MR. GARABEDIAN: Objection.
23   A.   I told you already.
24   BY MR. CERRETA:
25   Q.   Would you mind telling me again? I

Page 80

1    don't remember the answer.
2    A.   You don't remember?
3    Q.   I don't remember. I'm wondering if
4    you could answer that question again.
5    A.   I said it would take me between 30 to
6    40 minutes.
7    Q.   Okay. So would you normally leave the
8    Village to make sure you gave yourself enough
9    time to get to Mere Berge before the school day
10   started at noon?
11   A.   Yes. I get to the school between 12
12   and 1.
13   Q.   Okay. Would you normally travel with
14   the other students who would go to the Village
15   from Mere Berge?
16   A.   When I -- when they there we go
17   together, and if not I go myself.
18   Q.   And would you walk?
19        MR. GARABEDIAN: Objection.
20   A.   Yes.
21   BY MR. CERRETA:
22   Q.   So that day that this incident
23   occurred, were there any of the other boys who
24   were also students at Mere Berge present that
25   day?

Page 81

1        MR. GARABEDIAN: Objection.
2    A.   Yes.
3    BY MR. CERRETA:
4    Q.   And at some point did they leave to go
5    to school?
6        MR. GARABEDIAN: Objection.
7    A.   Yeah, the same thing, they do the same
8    thing that I used to do.
9    BY MR. CERRETA:
10   Q.   Did they come up to you and say "are
11   you coming to school today?"
12   A.   No. They just notice that I didn't go
13   to school, the next day they ask "why didn't you
14   go to school?" I said "no reason."
15   Q.   Was there any staff at the Village
16   that asked you, you know, "why haven't you left
17   for school yet?"
18        MR. GARABEDIAN: Objection.
19   A.   No, that day no one knew that I didn't
20   go to school. I didn't stay. I went home.
21   BY MR. CERRETA:
22   Q.   Okay. Was there any staff at the
23   Village responsible for getting you off to
24   school from the Village in the morning?
25        MR. GARABEDIAN: Objection.

21 (Pages 78 to 81)

Confidential - Subject to Further Confidentiality Review

Page 82

```
1        A.  No, because I know, I have a time to
2   get to school.  Whenever it's time for me to get
3   to school, just leave and go to school.  The
4   staff don't have to tell me.
5   BY MR. CERRETA:
6        Q.  So at some point you leave the Village
7   and you went directly home, is that right?
8        A.  Yes.
9        Q.  Do you recall what time of day it was?
10       A.  No.
11       Q.  Did you see anyone in your travels
12  from the Village to home?
13       A.  There were people in the school yard,
14  and then on my way to school in the street there
15  were other people.
16       Q.  Did you talk to anybody?
17       A.  No.
18       Q.  When you got home, was there anybody
19  at your house?
20       A.  Yes.
21       Q.  Did you say anything about what
22  happened?
23          MR. GARABEDIAN:  Objection.
24       A.  No.
25  BY MR. CERRETA:
```

Page 83

```
1        Q.  At some point after this, you claim
2   that there was a second incident, is that right?
3        A.  Yes.
4        Q.  How much time elapsed between the two
5   incidents?
6        A.  What do you mean?  Are you talking
7   about how many days or how many months?  About a
8   month or two later when he did it a second time.
9        Q.  In that month or two period, did you
10  tell anyone about this incident, the first
11  incident?
12          MR. GARABEDIAN:  Objection.
13       A.  No.
14  BY MR. CERRETA:
15       Q.  Okay.  So the second incident one or
16  two months later, that also took place at the
17  Village, is that right?
18       A.  Both times were at the Village.
19       Q.  Okay.  Was that also in the morning
20  before school, or was it in the afternoon?
21       A.  It was in the afternoon.  I was taking
22  a shower so I could get to school.
23       Q.  It was in the afternoon, but you were
24  showering before you went to school?
25          MR. GARABEDIAN:  Objection.
```

Page 84

```
1        A.  Yes.
2   BY MR. CERRETA:
3        Q.  Was that typical, that you would take
4   a shower in the morning before school at the
5   Village?
6        A.  Yeah, I said that before.
7        Q.  So what happened with the second
8   incident?
9        A.  I was taking a shower and Douglas came
10  up, and I bent down, I was bending down, so he
11  came up and put his penis in my rectum.  I
12  cried.  I cried.  He said "don't tell anyone.
13  If you tell anyone, you're going to be put out."
14  So that bothered me so much that I bought poison
15  so I could kill myself.
16       Q.  Okay.  So the facilities where the
17  showers were, what did that room look like at
18  the Village?
19       A.  It's not inside a house.
20       Q.  Where is it?
21       A.  It's a distance from the home, from
22  the buildings.
23       Q.  How many showers are there at this
24  facility?
25       A.  Not a lot.  About three rooms with
```

Page 85

```
1   showers.
2        Q.  As you're showering, is there anyone
3   else there while you're taking a shower before
4   Douglas got there?
5        A.  No.
6        Q.  In the intervening one to two months
7   after the first incident, had you spoken with
8   Douglas at all since then?
9          MR. GARABEDIAN:  Objection.
10       A.  No, I didn't say anything.
11  BY MR. CERRETA:
12       Q.  Had you ever seen him around the
13  Village?
14       A.  Yeah, I've seen him.  I used to see
15  him.
16       Q.  But you hadn't had a one-on-one
17  conversation in that intervening period?
18          MR. GARABEDIAN:  Objection.
19       A.  No.
20  BY MR. CERRETA:
21       Q.  Okay.  So when you're in the shower,
22  is it private?  Is there a stall around you to
23  afford you privacy?
24       A.  Yes, they are enclosed.
25       Q.  Okay.  And did the enclosure have a
```

Confidential - Subject to Further Confidentiality Review

Page 86

1  lock on it that you could lock the door to the
2  shower?
3      A.  They don't have doors.  There's a
4  wall, it's rather tall, so if you're in the
5  shower, and then somebody else there, they can't
6  see you.
7      Q.  And is there a curtain that affords
8  access in and out of the showers?
9          MR. GARABEDIAN:  Objection.
10     A.  Yes.
11 BY MR. CERRETA:
12     Q.  So when you were standing in the
13 shower that morning, were you kind of facing
14 straight ahead at the water coming down on you?
15         MR. GARABEDIAN:  Objection.
16     A.  I already -- I wet myself, so I bend
17 down to scrub my feet, and then he went -- he
18 walked from behind me and did what he did.
19 BY MR. CERRETA:
20     Q.  Did he have to open up the curtain to
21 get access to you in the shower?
22     A.  Yes, he did.  He opened it.
23     Q.  At the time you bent down, did you
24 know that there was anyone else around you?
25         MR. GARABEDIAN:  Objection.

Page 87

1      A.  I saw him coming in.  Coming in, I saw
2  him.  I let him because I didn't know that was
3  what he was going to do.  Since the first time
4  he did it it was unhappy, I figured he wasn't
5  going to do it again a second time.
6  BY MR. CERRETA:
7      Q.  Okay.  So you're showering, and then
8  at some point you notice that he's in the shower
9  area, too, is that right?
10     A.  Yes.
11     Q.  If you can remember, about how much
12 time elapsed from him coming into the shower
13 area and him coming upon you?
14     A.  I don't know how much time.
15     Q.  Okay.  So when you were bent over, did
16 Douglas say anything to you before he began to
17 assault you?
18         MR. GARABEDIAN:  Objection.
19     A.  No, he didn't say anything.
20 BY MR. CERRETA:
21     Q.  Did you say anything?
22     A.  No, I just showed him that I wasn't --
23 that I wasn't happy, so I cried, and he told me
24 not to tell anyone or I'll get put out, he'll
25 put me out.

Page 88

1      Q.  So as you were bent over, he inserted
2  his penis into your rectum, right?
3      A.  Yes.
4      Q.  Okay.  And then you started to cry, is
5  that correct?
6      A.  Afterwards I cried.
7      Q.  Afterwards.  So initially you weren't
8  crying at this point, is that right?
9      A.  Yes.
10     Q.  And did he -- so did Douglas say
11 anything while he had his penis inside your
12 rectum?
13         MR. GARABEDIAN:  Objection.
14     A.  Afterwards, after he was finished I
15 was crying, he told me not to tell anyone, if I
16 did I'll get put out.
17 BY MR. CERRETA:
18     Q.  During the period of the actual time
19 that he had his penis inside your rectum, was it
20 just complete silence during that period?
21         MR. GARABEDIAN:  Objection.
22     A.  I was moving, and he held on to me.
23 BY MR. CERRETA:
24     Q.  Were you resisting?  Were you trying
25 to get away from him?

Page 89

1      A.  So I could stand up.
2      Q.  Okay.  And was he kind of physically
3  holding you in place so that you couldn't get
4  away from him?
5      A.  Yeah, because, you know, he's a big
6  guy, and I don't have the strength, so he was
7  holding me.
8      Q.  Okay.  But you were trying to get away
9  from him?
10     A.  Yeah, because, you know, I was wet and
11 slippery, but I tried to anyway.
12     Q.  About how long did the -- did this
13 last?
14     A.  I don't know how long it took from the
15 time it happened.  That's all I was thinking
16 about.  Even if there was food I would not have
17 been able to eat.  Even now if I'm eating and
18 the thought comes to my mind, I stop eating.
19     Q.  Did Douglas Perlitz ejaculate at this
20 time when he had his penis inside your rectum?
21         MR. GARABEDIAN:  Objection.
22     A.  I don't think so.
23 BY MR. CERRETA:
24     Q.  So at some point he stopped?
25     A.  He could have, but because I was

23 (Pages 86 to 89)

Confidential - Subject to Further Confidentiality Review

Page 90

1    moving he wasn't able to.
2        Q.   Okay.  So after he stops, do you leave
3    the shower at that point?
4        A.   Yeah, I put my clothes on and left.
5        Q.   Was it then that you started to cry?
6        A.   I sat down.
7        Q.   Okay.  You sat down first before you
8    put your clothes on?
9        A.   Yeah, I put on some shorts and I went
10   outside and sat under the mango tee like I did
11   before.
12       Q.   What exactly -- while you're -- before
13   you left to go to the mango tree, did you say
14   anything to him before he started talking to
15   you?
16           MR. GARABEDIAN:  Objection.
17       A.   I didn't say anything to him.  I
18   ignored him.  He spoke with me.
19   BY MR. CERRETA:
20       Q.   What were his -- as best you remember,
21   what were his words to you at that moment?
22       A.   He said not to tell anyone.  If I do,
23   I would get put out.
24       Q.   During the time of this incident, did
25   you get a look at Douglas Perlitz's body when he

Page 91

1    was naked?
2        A.   If I saw his body?
3        Q.   Yes.
4        A.   I did, but I didn't check his body
5    out.
6        Q.   And did he have all of his clothes off
7    during this incident?
8        A.   Yes.
9        Q.   And you did as well as you were
10   showering, right?
11       A.   Yes.
12       Q.   Okay.  Did you see any birthmarks or
13   anything on his body?
14           MR. GARABEDIAN:  Objection.
15       A.   I don't remember.
16   BY MR. CERRETA:
17       Q.   Was Douglas Perlitz wearing a condom
18   at the time of this incident?
19       A.   No.
20       Q.   So then after this happens, you, as
21   you said, you went to the mango tree.  Do you
22   remember how long you stayed at the mango tree?
23       A.   A long time.
24       Q.   Did anyone -- did you see anyone as
25   you left the shower area and were en route to

Page 92

1    the mango tree?
2            MR. GARABEDIAN:  Objection.
3        A.   No.
4    BY MR. CERRETA:
5        Q.   At any point while you were at the
6    mango tree, did you see anyone?
7        A.   No.  I fell asleep.  While I was
8    sitting there, it's kind of round, but it's
9    large, so I just sleep right there and went to
10   sleep.
11       Q.   Do you remember what you did next
12   after you left the mango tree?
13       A.   I got up, went to a different shower
14   stall, and went home.
15       Q.   So after you left the mango tree, you
16   went back to shower?
17       A.   Yeah, I went to a different shower
18   stall, took a shower, got dressed, and went
19   home.
20       Q.   Was that shower stall in the same
21   vicinity as the other shower stall, or was it in
22   a completely different section of the Village
23   altogether?
24           MR. GARABEDIAN:  Objection.
25       A.   Yeah, the same area, but they're

Page 93

1    separated.
2    BY MR. CERRETA:
3        Q.   When you got back to the shower
4    stalls, was Doug Perlitz still there?
5        A.   I did not see him.
6        Q.   Was anyone at the showers when you got
7    there?
8        A.   No.
9            MR. CERRETA:  Maybe this is a good
10   time to break for lunch.
11           MR. GARABEDIAN:  Yes.
12           THE VIDEOGRAPHER:  Going off the
13   record.  The time is 12:27.
14           (Whereupon, a luncheon recess was
15           taken.)
16
17
18
19
20
21
22
23
24
25

Confidential - Subject to Further Confidentiality Review

Page 94

```
 1            AFTERNOON SESSION
 2
 3        THE VIDEOGRAPHER:  Back on the record.
 4   The time is 1:31.  We need to swear in the new
 5   interpreter.
 6        NATALIE COUPET, Interpreter,
 7   having been first duly sworn to translate the
 8   testimony, translated the questions and answers
 9   as follows:
10
11   BY MR. CERRETA:
12        Q.   Good afternoon, Mr. Joseph.  I'm going
13   to give you what's been marked as Exhibit 3.
14   It's a blank sheet of paper.
15        (Whereupon, Joseph Exhibit Number 3,
16        Two sheets of paper with hand-drawn
17        diagram, was marked for
18        identification.)
19   BY MR. CERRETA:
20        Q.   You can use my pen.  Earlier today you
21   were describing the layout of the Village.  Do
22   you remember that?
23        A.   What, am I going to write on this?
24        Q.   Yeah, I was going to ask you to draw a
25   little picture.
```

Page 95

```
 1        MR. CERRETA:  Does he have his
 2   microphone?
 3        THE INTERPRETER:  I'm going to put it
 4   a little bit higher.
 5   BY MR. CERRETA:
 6        Q.   So earlier today, do you remember you
 7   were describing the layout of the Village?
 8        A.   If you're asking me to do this, I
 9   can't do it.
10        Q.   Well, let me just explain to you what
11   I'm asking, and then we can talk about whether
12   it's something you're capable of.  Okay?
13        A.   I understand what you're saying, but I
14   won't be able to do it.  Let's find another way.
15        MR. GARABEDIAN:  Let him finish the
16   question.
17   BY MR. CERRETA:
18        Q.   All I was going to ask you to do was
19   earlier today you had described the Village, and
20   correct me if I'm wrong, but I believe you had
21   described the Village as having -- as being a
22   walled complex, is that right?
23        MR. GARABEDIAN:  Objection.
24        A.   Yes.
25   BY MR. CERRETA:
```

Page 96

```
 1        Q.   So the first thing I was going to ask
 2   you to do is just to draw on that piece of paper
 3   the outline of the grounds of the Village walls
 4   as if -- as you would see them from overhead.
 5        MR. GARABEDIAN:  Objection.
 6        A.   While I'm drawing the limits, with
 7   what am I going to draw the limits?  When you
 8   ask me -- if you ask me to draw a distance, if I
 9   see this distance between the laptop and here, I
10   understand, I will draw it.  But if you tell me
11   to draw the distance of a Village, to what?  I
12   don't know.
13   BY MR. CERRETA:
14        Q.   I'm not asking you to attempt to draw
15   it to scale.
16        MR. GARABEDIAN:  Objection.
17   BY MR. CERRETA:
18        Q.   I would just -- when you were a
19   student at Carenage or 13th Street, did you ever
20   have occasion to draw pictures of things?
21        A.   Yes, we used to draw things.
22        Q.   Okay.  So all I'm asking you to do is
23   just draw a picture of the Village walls as you
24   would see them from overhead.
25        A.   You know, if it's just about the
```

Page 97

```
 1   Village wall, I can do that, I can take the Bic
 2   pen and do the Village and do squares, if that's
 3   what you want.
 4        Q.   Yes, please.
 5        A.   (Witness complies).  So this is the
 6   Village wall, and four squares, so the houses
 7   are in there (indicating).
 8        Q.   The buildings are within the confines
 9   of the wall, is that what you're saying?
10        A.   Yes.
11        Q.   Okay.  Great.  Would you add to your
12   drawing within the four walls where on the
13   ground Doug Perlitz's -- pardon me, where the
14   building that housed Doug Perlitz's office was
15   within the Village?
16        MR. GARABEDIAN:  Objection.
17        A.   I can't draw.  I'm not good.
18   BY MR. CERRETA:
19        Q.   I'm not -- you don't have to draw the
20   building, but maybe just mark with an X where the
21   building was.
22        A.   I'm going to explain you a little bit
23   something.
24        Q.   Great.
25        A.   The wall, the Village wall is like
```

25 (Pages 94 to 97)

Confidential - Subject to Further Confidentiality Review

Page 98

1  that. The road that goes to the Village gate is
2  like that (indicating).
3      Q.  Would you mind just adding in the road
4  just with a line?
5      A.  I don't need to draw this. This is
6  the wall of the Village. This is the road here
7  (indicating).
8      Q.  I was just wondering if you could add
9  in the road.
10         MR. GARABEDIAN:  Let him finish what
11  he was going to say.
12         MR. CERRETA:  Okay. I'm sorry to
13  interrupt.
14      A.  This is the Village wall. This is the
15  road. When you get to here, that's the gate to
16  go inside the Village. The Village wall is like
17  that, the Village road is like that, and the
18  gate is here. When you get to the gate, when
19  you get to the gate, there are flowers here,
20  flowers right and left.
21         And you continue, and the house -- the
22  building that houses Douglas's offices are on
23  the left under a mango tree. That's the gate.
24  You continue. When you get to the left, you get
25  -- that's the entrance, and the building that

Page 99

1  houses Douglas's -- Douglas is there
2  (indicating).
3  BY MR. CERRETA:
4      Q.  Okay. Would you mind just circling
5  the area on there that would be where Douglas's
6  office is?
7      A.  No problem (witness complies). But I
8  do it here. Why didn't I do it there is because
9  the road goes -- continues to the other houses.
10  That's why I put the house here. When you enter
11  the Village like this, the house is like this.
12      Q.  Okay. During the description I think
13  you mentioned the mango tree?
14      A.  Yes, there's a mango tree in front of
15  it.
16      Q.  Okay. Would you mind just -- maybe
17  just adding the mango tree, where it is, on the
18  drawing?
19         MR. GARABEDIAN:  Objection.
20      A.  Can I draw?
21  BY MR. CERRETA:
22      Q.  Yes.
23         MR. GARABEDIAN:  Objection.
24         Which mango tree are you talking
25  about? I mean there's probably many mango

Page 100

1  trees.
2  BY MR. CERRETA:
3      Q.  Okay. I'll rephrase. That's fine.
4         Earlier today do you remember
5  testifying about a mango tree that you would go
6  to sit under to digest your food?
7      A.  Yeah, there are a lot of mango trees.
8      Q.  Was there a particular mango tree that
9  you would sit under?
10      A.  There are no trees special. I just
11  choose one and just underneath it.
12      Q.  Do you remember -- okay. Do you
13  remember the particular mango tree that you sat
14  under after the first time that Douglas Perlitz
15  abused you?
16         MR. GARABEDIAN:  Objection.
17      A.  Yes.
18  BY MR. CERRETA:
19      Q.  Okay. Could you just add that
20  particular mango tree, just make a notation on
21  the map where that was?
22         MR. GARABEDIAN:  Objection.
23      A.  On this piece of paper?
24  BY MR. CERRETA:
25      Q.  Yes, please.

Page 101

1      A.  The house where Douglas was, when you
2  enter the Village it's on the left side. When
3  the mango tree -- when you go take a shower,
4  bath, the mango tree is on the right-hand side.
5      Q.  Would you mind just adding a notation
6  on the map to indicate where the mango tree is
7  on this map -- on this document?
8         THE INTERPRETER:  Let me -- I didn't
9  finish translating. He wants to say something.
10      A.  I'm going to do something simpler,
11  okay? Let me do something simpler.
12  BY MR. CERRETA:
13      Q.  Okay. Do what you'd like to do.
14      A.  I'm starting. This is the road to go
15  inside the Village. Now I'm inside now. The
16  road inside now is here. Douglas's house is on
17  the left-hand side. The road continues. The
18  mango tree is on the right-hand side, the one
19  I'm used to sitting underneath. The mango tree
20  is on the right side, the mango tree. That's
21  the circle, that's this circle, the mango tree
22  space around the mango tree.
23         The house is on the left-hand side
24  when you enter. That's the road that continues
25  on to other houses. There's a small street, you

26 (Pages 98 to 101)

Confidential - Subject to Further Confidentiality Review

Page 102

1    continue on that, it's a path, a little road,
2    and you go, you get to the showers (indicating).
3         Q.   Okay.  So just to make sure I'm
4    getting it right, the path continues to the
5    other buildings kind of off-screen here, and
6    then the showers would be somewhere over here?
7         MR. GARABEDIAN:  Let the record
8    reflect we're working on the table now, off the
9    sheet of paper.
10        MR. CERRETA:  I was hoping to stay on
11   one sheet of paper, but it didn't work out.
12   Maybe we can add a second sheet of paper to the
13   mix.
14        MR. GARABEDIAN:  Do you have any tape?
15        A.   So this is the road that goes on.  The
16   arrow points to the showers, it leads to the
17   showers.  The rest of the road leads to the
18   other houses (indicating).
19   BY MR. CERRETA:
20        Q.   Okay.  Would you mind adding to the
21   drawing where the showers would be?
22        MR. GARABEDIAN:  Objection.
23        A.   They're not in the house.  Beside the
24   house.  They're not inside the houses.  They're
25   next to the houses.

Page 103

1    BY MR. CERRETA:
2         Q.   I understand.  Could you -- would you
3    mind just indicating where the houses are, and
4    then making some other indication with the pen
5    to indicate where the showers would be, as you
6    said, next to the houses?
7         A.   I already gave the example.
8         Q.   You did.  I just wanted to have a
9    record of it for this exhibit, and for you to
10   add it with the pen.
11        A.   (Witness complies).  Is it okay if I
12   write it on here?
13        Q.   Yes, please do.  Please do.
14        A.   (Witness complies).
15        MR. GARABEDIAN:  This is getting
16   confusing.
17        Off the record for a second?
18        MR. CERRETA:  Sure.
19        THE VIDEOGRAPHER:  Going off the
20   record.  The time is 1:51.
21        (Off the record discussion.)
22        THE VIDEOGRAPHER:  Back on the record.
23   The time is 1:52.
24   BY MR. CERRETA:
25        Q.   Mr. Joseph, I just wanted you to treat

Page 104

1    both of these sheets as if they were one sheet
2    of paper and one drawing of the Village grounds,
3    and then add the buildings and the adjacent
4    showers to it, to the drawing, in relation to
5    the other things that you've already mentioned,
6    the mango tree, the office.  So --
7         MR. GARABEDIAN:  Objection.  It's a
8    little late for that now.  He's already drawn.
9    Are you asking to rework this?
10        MR. CERRETA:  No, I'm not.
11        THE INTERPRETER:  Do you want me to
12   translate what you just said?
13        MR. CERRETA:  Yes, please.
14        A.   But what you're asking me to do
15   here -- but what you're asking me to do is not
16   going to confuse me, because I'm not lying, I
17   know the entire story of the Village, and I can
18   -- this won't confuse me.  I know what I'm
19   saying.
20        MR. GARABEDIAN:  Let him finish.  He
21   didn't finish his answer.  Did he finish his
22   answer?
23        A.   I'm going to continue on this.
24   BY MR. CERRETA:
25        Q.   That would be great.

Page 105

1         A.   This is the house that Douglas used as
2    his office.  That's the other one.  This is like
3    a hallway or through-way, that's the last house
4    here, you go through here to go to the showers.
5    That's what Douglas uses for his office.
6    There's a hand-pump that -- in-between these two
7    houses, manual pump.  On the right-hand side
8    there's one, just one.  And then the rest here,
9    there's a basketball court and a soccer court, a
10   soccer field.
11        Q.   Okay.  Great.  Would you just make a
12   mark to indicate, as you were just describing,
13   where the showers were?
14        A.   I did the arrow here.  That's the path
15   to go to the showers (indicating).
16        Q.   Okay.
17        A.   The showers are here.  This is the
18   arrow (indicating).
19        Q.   Great.  And would you also add in the
20   basketball courts that you were just describing?
21        A.   (Witness complies).  That's the
22   basketball here, it's here.  The rest -- so it's
23   small, but I'm going to force myself to do it
24   anyway.  (Witness drawing).  That's the soccer
25   field.

27 (Pages 102 to 105)

Confidential - Subject to Further Confidentiality Review

Page 106

1    Q.   Were you just indicating that, the
2  drawing is not to scale, that the soccer field
3  is actually much bigger, but that you kind of
4  ran out of room?
5        MR. GARABEDIAN:  The whole drawing is
6  not to scale. Let's not -- come on, the whole
7  drawing is not to scale.  None of it is to
8  scale.  Are we going to make believe that this
9  is to scale?
10       A.   I did it smaller because I already did
11 the road and I didn't want to -- I didn't want
12 to go over the wall, so you won't be able to see
13 the road.  That's the road to go inside the
14 Village.  That's why I did it smaller.
15 BY MR. CERRETA:
16       Q.   Right.  I mean the whole drawing is
17 not to scale.  I mean you're just doing your
18 best here on the fly.
19       MR. GARABEDIAN:  On two separate
20 pieces of paper, while he was working on the
21 table, too.
22       A.   Yes.
23 BY MR. CERRETA:
24       Q.   Okay.  Great.  Thank you very much.
25       A.   And also --

Page 107

1        MR. GARABEDIAN:  No, there's no
2  question.
3  BY MR. CERRETA:
4        Q.   Is there something else you wanted to
5  add to the drawing?
6        MR. GARABEDIAN:  There's no question
7  for you.
8        A.   I wanted to be clear, I wanted to give
9  you more explanation because it looks like you
10 think I'm liar.
11 BY MR. CERRETA:
12       Q.   Please, add more explanation.
13       A.   I was going to give the following
14 explanation.  I was going to make you understand
15 that the house where we meet usually is here,
16 there's another house, we learn a trade, that is
17 here (indicating).
18       Q.   Did you ever go into that house to
19 have meetings to learn a trade?
20       A.   No, I didn't go there.
21       Q.   Was that a building that was used by
22 the students at the Village who attended school
23 there?
24       MR. GARABEDIAN:  Objection.
25       A.   Yeah, there were students who went to

Page 108

1  the Village who went there, too.
2  BY MR. CERRETA:
3        Q.   Okay, great.  Thank you very much.
4        Before the break, you testified that
5  you had seen Father Carrier at the Village on
6  two occasions.  Do I have that right?
7        A.   Yes.
8        Q.   And am I right that you also saw him
9  one more time when he was riding in a car
10 outside of the Village?
11       A.   Yeah, he was going by in a car.
12       Q.   Do you have any other memories of
13 seeing Father Carrier on any other occasion?
14       A.   How many times?
15       Q.   I was just wondering, aside from those
16 three instances we were just talking about, if
17 you have any other memories of seeing him on any
18 other occasion.
19       A.   No.
20       Q.   Okay.  The first time you saw Father
21 Carrier at the Village, were you a student at
22 Mere Berge?
23       THE INTERPRETER:  Mere Berge?
24       MR. CERRETA:  I think it's M-E-R-E
25 B-E-R-E-G-E.

Page 109

1        A.   Yes, that's where I was in school,
2  that's where I was going to school.
3        Q.   And the first time you saw Father Paul
4  at the Village, was that during the period when
5  you were a student at Mere Berge?
6        MR. GARABEDIAN:  Objection.
7        A.   Yes.
8  BY MR. CERRETA:
9        Q.   What do you remember about that first
10 time you saw Father Carrier?
11       A.   What I remember?
12       Q.   Yeah.
13       A.   I don't remember.
14       Q.   You don't remember what he was doing
15 at the Village that day?
16       A.   When I was at the Village?  I wasn't
17 really concentrating on this, I was taking care
18 of my own business.
19       Q.   Okay.  In either instance, do you have
20 any specific memory of what Father Carrier was
21 doing when he was at the Village?
22       MR. GARABEDIAN:  Objection.
23       A.   Yes, Father Paul was with Douglas,
24 they were walking, and together they entered
25 Douglas's office together.

28 (Pages 106 to 109)

Confidential - Subject to Further Confidentiality Review

Page 110

1    BY MR. CERRETA:
2        Q.  Do you remember if this was the first
3    time you had seen Father Paul at the Village, or
4    the second?
5        A.  Second time.
6        Q.  Do you have any specific memory about
7    the first time?
8        A.  I saw them just like that, you know,
9    he was with Douglas, they were talking.  But I
10   was going to go to shower, so I don't know what
11   they said.
12       Q.  How did you know it was Father Paul?
13       A.  How did I know?
14       Q.  Yes.
15       A.  Because in the picture Douglas used to
16   tell us this is Father Paul and we saw him.  So
17   he had told us, we saw that it was Father Paul.
18       Q.  And on the second time, so you saw
19   Douglas and Father Paul go into Douglas's
20   office, is that right?
21       A.  Yeah, I saw them together, they were
22   walking.  And then I looked through the window
23   and I saw them all naked, they didn't have any
24   shirt on.
25       Q.  Okay.  Do you remember how far away

Page 111

1    from the building you were when you saw them
2    walk in?
3        A.  Not very far.
4            (Videographer interruption.)
5    BY MR. CERRETA:
6        Q.  So after you saw them walk in, did you
7    follow them?
8        A.  No.
9        Q.  Did you go over to the window to see
10   what was going on inside of the office?
11       A.  Yes, I climbed over to see what was
12   going on through the window.
13       Q.  So they walk into the office, and you
14   go over to the window to see what's going on
15   inside, is that right?
16       A.  Yeah.
17       Q.  Was there something that piqued your
18   interest that made you want to see what was
19   going on between them in the office?
20           MR. GARABEDIAN:  Objection.
21       A.  Yeah.
22   BY MR. CERRETA:
23       Q.  What was that?
24       A.  They abused me twice.  I went to see
25   if it was out of their own will that they abuse

Page 112

1    me twice.
2        Q.  Okay.  So this was after Douglas --
3    the two previous incidents you talked about
4    where you claim that Douglas abused you, is that
5    correct?
6        A.  Yeah, after these two times that they
7    abused me.
8        Q.  So then you see Douglas and Father
9    Paul going into the office, and you decide to
10   investigate what's going on in the office, is
11   that right?
12       A.  Yeah.
13       Q.  Was there anyone else around the
14   Village when this was going on?
15       A.  I didn't see any other person.  There
16   could be other people, I just didn't see them.
17       Q.  Were you concerned that other people
18   might see you, you know, snooping on what was
19   going on in Doug's office?
20           MR. GARABEDIAN:  Objection.
21       A.  Yeah, of course.
22   BY MR. CERRETA:
23       Q.  Did you kind of look around to make
24   sure no one saw you doing this?
25           MR. GARABEDIAN:  Objection.

Page 113

1        A.  Yeah, where I was standing, I looked
2    around to see if there were people.
3    BY MR. CERRETA:
4        Q.  Did you see anyone?
5        A.  No.
6        Q.  What time of day was this?
7        A.  I don't remember.
8        Q.  Do you remember if it was a school day
9    when you had to be -- when you would be in
10   attendance at Mere Berge?
11       A.  I don't remember.
12       Q.  So when you got to the window, at this
13   point were Douglas and Father Carrier fully
14   clothed?
15           MR. GARABEDIAN:  Objection.
16       A.  No.
17   BY MR. CERRETA:
18       Q.  When you saw them walking into the
19   office, did they have shirts on?
20       A.  I just said, I told you they didn't
21   have clothes on.
22       Q.  I was asking about before they went
23   into the office, did you see them walking into
24   the office?
25       A.  Yes.  At that time they did have

29  (Pages 110 to 113)

Confidential - Subject to Further Confidentiality Review

Page 114

1    clothes on. When they got in, I looked through
2    the window, they didn't have shirts on.
3        Q.  So by the time you got to the window,
4    were their shirts removed?
5        A.  Yeah.
6        Q.  How much time had passed between you
7    seeing them go in and you getting in the window
8    and looking in?
9        A.  How much time passed, or how much time
10   it took?
11       Q.  How much time did it take from the
12   time that you saw them entering the office with
13   their shirts on to the time that you got to the
14   window and looked in?
15           MR. GARABEDIAN: Objection.
16       A.  Four to five minutes.
17   BY MR. CERRETA:
18       Q.  What were you doing in that four to
19   five minute period?
20       Q.  What were they doing?
21       Q.  What were you doing in that four to
22   five minute period?
23       A.  I was sitting in the yard. I already
24   told you that.
25       Q.  So after four to five minutes, you

Page 115

1    decided to walk over to see what was going on
2    inside the office, is that correct?
3        A.  Yes.
4        Q.  So when you get to the window and you
5    peer in, what did you see?
6            MR. GARABEDIAN: Objection.
7        A.  I saw Douglas and Father Paul without
8    any shirt on.
9    BY MR. CERRETA:
10       Q.  Did they have pants on?
11       A.  Yes.
12       Q.  Were they both standing up?
13       A.  Yes.
14       Q.  Did they look like they were
15   conversing?
16           MR. GARABEDIAN: Objection.
17       A.  Yes.
18   BY MR. CERRETA:
19       Q.  They were just talking with their
20   shirts off?
21       A.  Yes.
22       Q.  Did you see where -- had their shirts
23   been discarded in the office somewhere? Did you
24   see them anywhere?
25       A.  I didn't see where they put them.

Page 116

1        Q.  So as best you saw, it was just two
2    guys standing there with their shirts off having
3    a conversation?
4            MR. GARABEDIAN: Objection.
5        A.  Yes.
6    BY MR. CERRETA:
7        Q.  Did you see, were they touching each
8    other at all?
9        A.  They were standing face-to-face.
10       Q.  How much distance between them?
11       A.  Not -- face-to-face, not a lot of
12   distance.
13       Q.  And how long did you -- were you
14   standing at the window watching them?
15       A.  Not a long time.
16       Q.  The whole time were they just standing
17   there face-to-face?
18       A.  I came up, I got there, I saw them
19   standing there, they were all naked, I went
20   down. I just needed to see.
21       Q.  When you say "they were all naked,"
22   they did have pants on, though, right?
23       A.  I already said it. I already said it.
24   They were all naked, but they had pants on.
25       Q.  I'm sorry, I was just trying to

Page 117

1    clarify, because I understood all naked to mean
2    no clothes.
3            MR. GARABEDIAN: Objection.
4            Calm down.
5        A.  I already explained.
6    BY MR. CERRETA:
7        Q.  Do you remember anything else about
8    what you saw when you looked in?
9        A.  What other things there is -- is
10   there?
11       Q.  I'm just asking if you remember
12   anything else about this incident.
13       A.  Yeah, I remember that he abused me
14   twice.
15       Q.  So after you walk away from the
16   window, do you remember what you did next?
17       A.  I went to sit.
18       Q.  Do you remember where you went to sit?
19       A.  In the courtyard. I was sitting in
20   the courtyard.
21       Q.  Was there anybody else around when you
22   were sitting in the courtyard?
23       A.  Yeah, the other kids that were playing
24   in the courtyard.
25       Q.  Did you tell anybody what you had just

30 (Pages 114 to 117)

Confidential - Subject to Further Confidentiality Review

Page 118

1  seen?
2      A.  No.
3      Q.  What did you do after you got done
4  sitting in the courtyard?
5      A.  What?
6      Q.  What did you do after you finished
7  sitting in the courtyard?
8      A.  I washed myself, and then I went home.
9      Q.  Did you tell anybody about what you
10  had seen in the office between Doug and Father
11  Paul?
12      MR. GARABEDIAN:  Objection.
13      A.  No.
14  BY MR. CERRETA:
15      Q.  Do you remember when the first time
16  you told someone about this incident between
17  Doug and Father Paul was?
18      MR. GARABEDIAN:  Objection. I
19  instruct him not to answer as to any
20  attorney/client conversation.
21      You can say when, you can answer when,
22  but no conversations between you and your
23  attorney.
24      A.  When I said that to someone, is that
25  what you're saying?

Page 119

1  BY MR. CERRETA:
2      Q.  Yes.
3      A.  Who, or when?
4      Q.  When.
5      MR. GARABEDIAN:  Just when.
6      A.  I don't remember when I said that to
7  someone.
8  BY MR. CERRETA:
9      Q.  Other than your attorneys, have you
10  ever told anybody about this incident between
11  Doug and Father Paul?
12      MR. GARABEDIAN:  Objection. I
13  instruct him not to answer as to any
14  attorney/client conversation.
15      A.  Besides him, I never told anyone else.
16  BY MR. CERRETA:
17      Q.  Earlier today, am I right that you
18  talked about both Hope Carter and Paul Carrier
19  as being above Doug Perlitz at PPT?  Is that
20  right?
21      A.  Yeah.
22      Q.  How do you know that?
23      A.  Everything they told Douglas was what
24  was -- what was.
25      Q.  Well, were you ever present when Hope

Page 120

1  Carter was having a conversation with Doug
2  Perlitz?
3      A.  He/she used to tell us that, to us in
4  the Village.
5      THE INTERPRETER:  There's a confusion,
6  the interpreter wants to explain.  I said he/she
7  because in Creole, "li" can be he or she, so I
8  don't know who he's talking about.
9  BY MR. CERRETA:
10      Q.  That pronoun you just used, "li," who
11  were you referring to?
12      A.  Madam -- Hope Carter, Ms. Carter.
13      Q.  Have you ever spoken to Hope Carter?
14      A.  It's not me personally, but when we
15  met she used to talk to all of us, all kids at
16  the Village.
17      Q.  Was she speaking through an
18  interpreter?
19      A.  No, there was no translator, but
20  Douglas spoke Creole.  When he spoke -- when she
21  spoke English, he translated for her into
22  Creole, for -- but when she only spoke a little
23  bit, Douglas spoke Creole.
24      Q.  And what did she say that made you
25  think that she was above Doug Perlitz at PPT?

Page 121

1      A.  She used to tell Douglas "let's go
2  eat," and that in December we would get gifts.
3  And it's true, we always got gifts, and this is
4  -- that's how I saw it, I saw that.
5      Q.  Okay.  So was there a time when you
6  were with a group of PPT children listening to
7  Doug Perlitz and Hope Carter?
8      MR. GARABEDIAN:  Objection.
9      A.  I don't understand what you said.
10  BY MR. CERRETA:
11      Q.  Were you ever present with Doug
12  Perlitz and Hope Carter when one or both of them
13  were speaking?
14      MR. GARABEDIAN:  Objection.
15      A.  Yeah, that's how I saw them talk.
16  BY MR. CERRETA:
17      Q.  How many times did you see them
18  talking?
19      MR. GARABEDIAN:  Objection.
20      A.  Just once.
21  BY MR. CERRETA:
22      Q.  And on this one occasion, am I getting
23  it right that she said that you were going to be
24  getting something for Christmas?
25      A.  Yes.

31 (Pages 118 to 121)

Confidential - Subject to Further Confidentiality Review

Page 122

1    Q.   And was she speaking English when she
2    was talking?
3    A.   Yes.
4    Q.   And was Douglas then explaining what
5    she was saying to you in Creole?
6    A.   Yes.
7    Q.   Do you remember when this was?
8    A.   No, I don't remember.
9    Q.   Do you remember where it was?
10   A.   In the Village.
11   Q.   Do you remember anything else that was
12   said at that meeting?
13   A.   I don't remember.
14   Q.   And is this what made you think that
15   Hope Carter was above Douglas Perlitz at PPT?
16   A.   He needs to pee.
17   Q.   Would you mind just answering?  I
18   think there's a question pending.
19       MR. GARABEDIAN:  If he can.  Yes or
20   no.
21   A.   Yes.  Can you ask the question again,
22   please?
23   BY MR. CERRETA:
24   Q.   The question was, is there anything
25   else that made you think -- was there any -- I'm

Page 123

1    sorry, why don't we take the break and I'll try
2    and re-ask the question.
3       THE VIDEOGRAPHER:  Going off the
4    record.  The time is 2:27.
5       (Whereupon, a recess was taken.)
6       THE VIDEOGRAPHER:  Back on the record.
7    The time is 2:39.
8    BY MR. CERRETA:
9    Q.   Okay.  Mr. Joseph, at this meeting
10   that we were discussing earlier, Hope Carter was
11   present, is that right?
12   A.   Yes.
13   Q.   And Doug Perlitz was there?
14   A.   Yes.
15   Q.   And you yourself were there, is that
16   right?
17   A.   Yeah.
18   Q.   Do you remember who else was there?
19   A.   All the little kids.
20   Q.   Do you remember any of their names?
21   A.   No.
22   Q.   Anyone else other than the kids?
23   A.   Yeah, there was -- the staff was there
24   inside.
25   Q.   Anyone else besides the staff?

Page 124

1    A.   No.
2    Q.   Okay.  And at this meeting, did Hope
3    Carter say "let's go eat"?
4    A.   No.
5    Q.   Okay.  What exactly did she say?
6    A.   I already said it.
7    Q.   I thought she had said something about
8    "let's go, we're going to eat."  Am I
9    misremembering that?
10       MR. GARABEDIAN:  Objection.
11   A.   No.  You asked me what she asked.  In
12   December we'll find gifts that Douglas will
13   give, to distribute to us.
14   BY MR. CERRETA:
15   Q.   Did she say anything else?
16   A.   No, she didn't.  She said "go to
17   school, work well, work well so you're going to
18   be good."
19   Q.   And all of this she was saying in
20   English, is that right?
21   A.   Yes, Douglas was translating.
22   Q.   Was there anything else, other than
23   that, that made you think she was above Douglas
24   at PPT?
25   A.   No, just that.

Page 125

1    Q.   Do you remember how long this meeting
2    lasted?
3    A.   I don't remember.
4    Q.   It was also your testimony earlier
5    today that Father Paul was someone who was above
6    Douglas at PPT, is that right?
7    A.   Yeah.  Yes.
8    Q.   And I believe you previously testified
9    that you saw Father Paul two times at the
10   Village, is that correct?
11   A.   Yes.
12   Q.   And you saw him one other time riding
13   in a car on the streets of Cap-Haïtien, is that
14   right?
15   A.   Yes.
16   Q.   And was there anything else other than
17   those three incidents that made you think Father
18   Paul was above Doug Perlitz at PPT?
19       MR. GARABEDIAN:  Objection.
20   A.   No.
21   BY MR. CERRETA:
22   Q.   Did anybody else ever tell you that
23   Father Paul was above Doug Perlitz at PPT?
24   A.   Other people told me?
25   Q.   Yeah, was there anyone who told you

32 (Pages 122 to 125)

Confidential - Subject to Further Confidentiality Review

Page 126

1    that?
2        A.   Who told me?
3        Q.   That's what I'm wondering.  Did
4    anybody tell you that?
5        A.   No.
6            MR. GARABEDIAN:  Object.  Instruct him
7    not to answer as to any attorney/client
8    communication.
9    BY MR. CERRETA:
10       Q.   Okay.  Leaving aside your attorneys,
11   did anybody ever -- anybody else ever tell you
12   that Father Paul was above Doug Perlitz at PPT?
13           MR. GARABEDIAN:  Objection.  Instruct
14   him not to answer as to any attorney/client
15   communication.
16       A.   No.
17   BY MR. CERRETA:
18       Q.   I'd like to ask you about the injuries
19   that you suffered as a result of the abuse
20   you've claimed in this case.
21           After either of these incidents, did
22   you go to see a doctor?
23           MR. GARABEDIAN:  Objection.
24       A.   What do you mean?  I didn't go to a
25   doctor.  I don't have money.  All this is in my

Page 127

1    head.  It's in my head.  What I want to say,
2    it's because I shouldn't even come here to talk
3    about this, I shouldn't talk about this.  This,
4    it has ruined my future, and I know I'm never
5    going to be the way I was before, never.
6    BY MR. CERRETA:
7        Q.   After the incident which you claim
8    Mr. Perlitz put his penis inside your rectum,
9    did you have any physical injuries as a result
10   of that incident?
11           MR. GARABEDIAN:  Objection.
12       A.   I wasn't hurt.
13   BY MR. CERRETA:
14       Q.   What injuries have you suffered as a
15   result of these incidents?
16       A.   What wrong I suffered?  To answer this
17   question, I must tell you that I would need
18   days.  To explain to you the wrong that I
19   suffered, it would take me days.
20       Q.   Maybe I can look at Interrogatory
21   Number 28 in Exhibit 1.  In there you say "I
22   have suffered emotional pain and I have had
23   problems with sleeping, nightmares,
24   concentrating, shame, self-confidence, alcohol
25   abuse, drug abuse, sex, anger, flashbacks, panic

Page 128

1    attacks, less energy, lack of joy in life, and
2    crying."
3        A.   Drugs, I take drugs?
4        Q.   Is that true, do you take drugs?
5        A.   No.  I drink alcohol.
6        Q.   Have you ever taken drugs?
7        A.   No.
8            THE INTERPRETER:  I haven't finished
9    reading the list.
10       A.   Up to now I remember.
11           MR. GARABEDIAN:  Let her finish the
12   question.
13       A.   I don't do crimes.
14   BY MR. CERRETA:
15       Q.   Okay.  Do you have problems sleeping?
16       A.   Yeah.
17       Q.   How often do you have trouble
18   sleeping?
19       A.   How many times?
20       Q.   Do you take any medication to deal
21   with your sleeping problems?
22           MR. GARABEDIAN:  Objection.
23       A.   I don't take medication.  I don't
24   have.
25   BY MR. CERRETA:

Page 129

1        Q.   Do you suffer from nightmares?
2        A.   What is a nightmare?
3        Q.   A bad dream.
4        A.   Last night when I was at the hotel, I
5    had a dream about what the guy did to me when I
6    was -- while I was sleeping.
7        Q.   Is that a regular thing, that you have
8    that dream?
9        A.   No.  Yesterday I was dreaming and I
10   was back at the Village with all the guys, and I
11   remembered what the guy did to me.
12       Q.   Okay.  Have you ever had similar
13   dreams about the incidents that you claim
14   happened?
15           MR. GARABEDIAN:  Objection.
16       A.   I sometimes think of it when I'm
17   awake, but it's the first time that it happened
18   when I was sleeping.
19   BY MR. CERRETA:
20       Q.   And do you have problems
21   concentrating?
22       A.   Yeah.
23       Q.   And what makes you think that your
24   problems concentrating are attributable to the
25   incidents that you claimed happened with

33 (Pages 126 to 129)

Confidential - Subject to Further Confidentiality Review

Page 130

1  Mr. Perlitz?
2      MR. GARABEDIAN: Objection.
3      A.  Because he did something to me that he
4  wasn't supposed to do to me.
5  BY MR. CERRETA:
6      Q.  Any other reason why you think your
7  problems concentrating are because of it?
8      A.  Yeah, yeah, if he hadn't done that, I
9  would have thought that what I have here is
10  natural, but this is what I have in my head that
11  has an impact on me.
12      Q.  Before these two incidents that you
13  claimed happened with Mr. Perlitz, did you ever
14  have any problems concentrating?
15      A.  No.
16      Q.  Did you ever have any problems
17  sleeping?
18      A.  No.
19      Q.  Do you have problems with shame and a
20  lack of self-confidence?  Are those among the
21  injuries that you claim in this case?
22      A.  Repeat, please.
23      Q.  Shame and self-confidence, do you have
24  problems with shame and a lack of
25  self-confidence?

Page 131

1      A.  Here I'm ashamed?  Here?
2      Q.  No.  In Interrogatory 28 we had asked
3  you to describe each injury or condition that
4  you claim to have sustained as a result of the
5  incident alleged in the complaint, and among the
6  injuries that you listed were shame and
7  self-confidence.
8      THE INTERPRETER:  This is bad
9  translation.  This is really bad.
10      MR. KERRIGAN:  What are you reading,
11  Nathalie?
12      THE INTERPRETER:  The translation to
13  Creole.  I would not understand this.
14      MR. KERRIGAN:  The interrogatories?
15      THE INTERPRETER:  28.
16      MR. STEWART:  Just read the English
17  and translate it.
18      MR. CERRETA:  Why don't we read it off
19  the English.
20      A.  It's not that I had it, I still have
21  it.  It's something if I had it, it would be in
22  the past, but I still have it now.  I have
23  problems to sleep, to eat, I don't live well.
24  BY MR. CERRETA:
25      Q.  How about alcohol abuse, did you ever

Page 132

1  abuse alcohol before these two incidents with
2  Douglas Perlitz?
3      A.  Yes, once.
4      Q.  Before these incidents with Douglas
5  Perlitz, you had only taken alcohol one time in
6  your life?
7      MR. GARABEDIAN: Objection.
8      A.  Yes, when he did that, I just drank
9  alcohol once.
10  BY MR. CERRETA:
11      Q.  And how much do you drink alcohol now?
12      Now?
13      Q.  Yes, now.
14      A.  I don't want to strangle my life, so I
15  don't drink alcohol anymore.
16      Q.  When did you stop drinking?
17      A.  I don't remember.
18      Q.  Back when you were drinking, how much
19  did you drink?
20      MR. GARABEDIAN: Objection.
21      A.  A lot.
22  BY MR. CERRETA:
23      Q.  How much is a lot?  Would you have a
24  drink every day?
25      A.  Every day?  I didn't do it -- one day,

Page 133

1  once in one day.
2      Q.  In your whole life, how many times
3  have you had alcohol?
4      A.  Just once.
5      Q.  You've only drank alcohol once in your
6  whole life, is that correct?
7      A.  Just once.
8      Q.  Okay.  When you answered Interrogatory
9  28, did you say that alcohol abuse was among the
10  injuries that were attributable to the abuse by
11  Douglas Perlitz?
12      MR. GARABEDIAN: Objection.
13      A.  What?
14  BY MR. CERRETA:
15      Q.  When you answered Interrogatory 28 in
16  Exhibit 1, did you say that alcohol abuse was
17  one of the injuries you sustained as a result of
18  Doug Perlitz's abuse?
19      MR. GARABEDIAN: Objection.
20      A.  Yes.
21  BY MR. CERRETA:
22      Q.  You did.  Was that incorrect?
23      A.  Ask the question again, please.
24      Q.  Was that incorrect?
25      MR. GARABEDIAN: Objection.

34 (Pages 130 to 133)

Confidential - Subject to Further Confidentiality Review

Page 134

1      A.  What?  What is not true?  Tell me.
2  BY MR. CERRETA:
3      Q.  Is it true or untrue that alcohol
4  abuse is one of the injuries that you claim to
5  have sustained as a result of Doug Perlitz's
6  abuse?
7          MR. GARABEDIAN:  Objection.
8      A.  Yeah.  Yeah.
9  BY MR. CERRETA:
10     Q.  It is, even though you've only used
11  alcohol one time in your whole life?
12     A.  That's what made me drink.  He did
13  that to me and made me drink.
14     Q.  One time?
15     A.  Yes.
16     Q.  Just the one time?
17     A.  Yes.
18     Q.  Okay.  When was that one time that you
19  drank?
20         MR. GARABEDIAN:  Objection.
21     A.  I don't remember.
22  BY MR. CERRETA:
23     Q.  Okay.  Was it before or after you were
24  abused by Douglas Perlitz?
25     A.  Before he abused me?  After he abused

Page 135

1  me, I was thinking, and I drank alcohol.
2      Q.  One time?
3      A.  Yes.
4      Q.  Okay.  How long after the abuse did
5  you try alcohol for the first time?
6      A.  I don't remember.  A friend of mine
7  was drinking alcohol, and I took some from him.
8      Q.  How about drug abuse, is drug abuse
9  one of the injuries you claim as a result of
10  Doug Perlitz's abuse?
11     A.  Drugs?  I don't remember ever taking
12  drugs.
13     Q.  Okay.  When you were answering
14  Interrogatory 28, did you say that drug abuse
15  was one of the injuries you sustained as a
16  result of Doug Perlitz's abuse?
17         MR. GARABEDIAN:  Objection.
18     A.  I don't remember.
19  BY MR. CERRETA:
20     Q.  But in any event, that's wrong?
21     A.  I might have taken it, I don't
22  remember, you know, when you do all these
23  troubles, and I don't remember.
24     Q.  So you might have taken drugs?
25     A.  You can take drugs and you break this

Page 136

1  and then you create trouble, and then after that
2  people tell you you created trouble, you made
3  trouble.
4      Q.  Did anybody ever tell you that you
5  created trouble because you had taken drugs?
6          MR. GARABEDIAN:  Objection.
7      A.  There's some -- one person told me I
8  did trouble, created trouble, but they didn't
9  tell me if I had taken drugs.
10  BY MR. CERRETA:
11     Q.  Who was that person?
12     A.  A friend of mine.
13     Q.  Do you know the friend's name?
14     A.  No.
15     Q.  Did the friend specify what exactly
16  the trouble was that you created?
17         MR. GARABEDIAN:  Objection.
18     A.  Yeah, he told me.  He told me.
19  BY MR. CERRETA:
20     Q.  What did he tell you?
21     A.  I was sitting somewhere, and he went
22  by and he called me and I didn't answer.  He saw
23  my eyes were small.
24     Q.  So he saw your eyes were small, and on
25  that basis did he accuse you of having taken

Page 137

1  drugs?
2          MR. GARABEDIAN:  Objection.
3      A.  He told me, yeah, it's drugs that did
4  that to me.
5  BY MR. CERRETA:
6      Q.  But as you sit here today, do you have
7  any recollection of ever taking drugs in your
8  whole life?
9      A.  I already said it, it's my friend, I'm
10  not aware myself of having ever taken any, but
11  he told me this made me -- caused that on me.
12     Q.  So he looked at your eyes, and then he
13  said based on how your eyes looked that he
14  thought you had taken drugs, is that right?
15     A.  Yes.
16     Q.  But, in fact, you hadn't taken any
17  drugs, is that right?
18     A.  Wow.
19     Q.  Is that a yes or a no?
20     A.  It's very easy to understand.
21     Q.  Is it a yes or a no to the question?
22     A.  Yes.
23     Q.  But you're still claiming that drug
24  abuse is one of the injuries that resulted from
25  Doug Perlitz's abuse?

35 (Pages 134 to 137)

Confidential - Subject to Further Confidentiality Review

Page 138

1        MR. GARABEDIAN: Objection.
2    A.   Yeah.
3    BY MR. CERRETA:
4    Q.   Okay. And that's just based on this
5    one guy's observation of your eyes and his
6    accusation that you had been using drugs, is
7    that right?
8        MR. GARABEDIAN: Objection.
9    A.   Yes.
10   BY MR. CERRETA:
11   Q.   Do you have problems with sex as a
12   result of Doug Perlitz's abuse?
13   A.   With whom?
14   Q.   Well, it says here in Interrogatory
15   Number 28 that sex is one of the injuries that
16   you sustained as a result of the incident
17   alleged in the complaint.
18   A.   Yes.
19   Q.   Do you have a sexual relationship with
20   your wife?
21       MR. GARABEDIAN: Objection.
22   A.   Yes.
23   BY MR. CERRETA:
24   Q.   Do you have any problems being
25   intimate with your wife?

Page 139

1        MR. GARABEDIAN: Objection.
2    A.   If I have a problem?
3    BY MR. CERRETA:
4    Q.   Yeah, do you have any problems with
5    intimacy and your sexual relationship with her?
6        THE INTERPRETER: Intimacy doesn't
7    translate.
8    BY MR. CERRETA:
9    Q.   Do you have any problem with your --
10   any problems with your sexual relationship with
11   your wife?
12       MR. GARABEDIAN: Objection.
13   A.   I can say yes, because after what the
14   thing that Douglas did to me, any -- having sex
15   with my wife is no longer on my mind.
16   BY MR. CERRETA:
17   Q.   But you still do have a sexual
18   relationship with your wife, is that right?
19       MR. GARABEDIAN: Objection.
20   A.   No.
21   BY MR. CERRETA:
22   Q.   Do you and your wife have a daughter?
23   A.   Yes.
24   Q.   Is that your biological daughter?
25       MR. GARABEDIAN: Objection.

Page 140

1    A.   Yes.
2    BY MR. CERRETA:
3    Q.   So you do -- you have had sex with
4    your wife at least some times, am I right?
5        MR. GARABEDIAN: Objection.
6    A.   Yes.
7    BY MR. CERRETA:
8    Q.   Okay. How often do you have sex with
9    your wife?
10       MR. GARABEDIAN: Objection.
11   A.   How often?
12   BY MR. CERRETA:
13   Q.   Yeah, how often.
14   A.   You don't have money, you don't have
15   work, so you shouldn't take it, it's not -- you
16   shouldn't expect it to be a habit to have sex
17   with your spouse whenever you want to.
18   Q.   So you don't have sex with your spouse
19   whenever you want to because you don't have
20   money and you don't have work, is that right?
21       MR. GARABEDIAN: Objection.
22   A.   Yeah, I'm not working.
23   BY MR. CERRETA:
24   Q.   Do you have anger problems?
25   A.   Yes.

Page 141

1    Q.   Can you describe your anger problems?
2    A.   Can I describe that problem?
3    Q.   Yes, please.
4    A.   When I'm right, I don't like people to
5    discard my reasons, give me a knowledge that I'm
6    right, or I can kill you on the spot.
7    Q.   Okay. So when you're right, when you
8    feel that you're in the right, this leads to
9    your anger problems? Am I getting that right?
10       MR. GARABEDIAN: Objection.
11   A.   Yeah, when I am in the right and you
12   are thrashing my reason, me being right, this
13   leads to me being furious.
14   BY MR. CERRETA:
15   Q.   When you get furious, do you feel like
16   you could kill someone on the spot? Am I
17   getting that right?
18       MR. GARABEDIAN: Objection.
19   A.   Yes.
20   BY MR. CERRETA:
21   Q.   Okay. Have you ever acted on those
22   feelings of impulse and lashed out violently
23   against anyone?
24       MR. GARABEDIAN: Objection.
25   A.   I was always like that, even before

36 (Pages 138 to 141)

Confidential - Subject to Further Confidentiality Review

Page 142

1    that happened to me.
2    BY MR. CERRETA:
3        Q.   So is it fair to say even before Doug
4    Perlitz abused you, you always had something of
5    a temper?
6        A.   This made me more excited, even more.
7        Q.   Before the incidents with Douglas
8    Perlitz, did you ever get in fights?
9        A.   I didn't fight.  I would get mad.
10       Q.   How about after, have you had any
11   physical altercations?
12       A.   Yeah, after what -- Douglas did that
13   to me, I almost killed a young person like
14   myself in -- while playing ball.
15       Q.   Okay.  Where was this?  Where did this
16   take place?
17           MR. GARABEDIAN:  Objection.
18       A.   Close to where I live.  Close to my
19   house.
20   BY MR. CERRETA:
21       Q.   How long ago was it?
22       A.   I don't remember.
23       Q.   But it was after the two incidents
24   that you alleged happened with Douglas Perlitz?
25       A.   Yeah, so I just decided not to play

Page 143

1    ball anymore.
2        Q.   What kind of ball game were you
3    playing when this incident happened?
4        A.   Soccer, the same as I watch it on TV.
5        Q.   And did you get into some sort of
6    altercation with a person on the other team?
7            MR. GARABEDIAN:  Objection.
8        A.   No, it's just that there was a goal,
9    and he said it wasn't a goal, so we started
10   fighting about it.
11   BY MR. CERRETA:
12       Q.   And you say you almost killed him, is
13   that right?
14           MR. GARABEDIAN:  Objection.
15       A.   Yes.
16   BY MR. CERRETA:
17       Q.   Did he sustain physical injuries?
18           MR. GARABEDIAN:  Objection.
19       A.   I pulled out a knife on him.
20   BY MR. CERRETA:
21       Q.   Did you use the knife on him?
22       A.   And he didn't have time -- he didn't
23   have time to get hurt, and I pulled out a knife
24   on him.
25       Q.   Okay.  You pulled out a knife.  Then

Page 144

1    what happened?
2        A.   I pulled out a knife on him.
3        Q.   Did you attack him with the knife?
4        A.   Yes.  The other people that were
5    playing with us, they took the knife away from
6    me.
7        Q.   So you didn't actually physically
8    strike him with the knife?
9        A.   I threatened him.  They held my hand
10   back.
11       Q.   You were about to strike him with the
12   knife when these people held you back?
13           MR. GARABEDIAN:  Objection.
14       A.   Yes.
15   BY MR. CERRETA:
16       Q.   And you think this bout of anger was
17   attributable to your -- the incidents you claim
18   happened with Douglas Perlitz?
19       A.   Yeah, it made me more excited.
20       Q.   Do you ever have flashbacks to the
21   incidents that you claim happened with Douglas
22   Perlitz?
23           MR. GARABEDIAN:  Objection.
24       A.   Yes, I'm playing, and then it comes
25   into my mind and I stop.

Page 145

1    BY MR. CERRETA:
2        Q.   How often does that happen?
3        A.   Yeah, I don't really remember.  But I
4    was at school, and even when the Village closed
5    I continued going to school, and I didn't have
6    any more -- a friend was paying for the school,
7    you know, school is not very expensive in Haiti,
8    but then the image went inside my mind and I
9    couldn't continue, I lost -- I stopped at the
10   exam -- I lost the exam, I just left the exam,
11   and I also lost school.
12       Q.   Okay.  After the Village closed, what
13   was the name of the school that you attended?
14       A.   They call it Lycee, which is a high
15   school.
16       Q.   Is that in Cap-Haïtien?
17       A.   Yes.
18       Q.   Is that a private school?
19       A.   Public.
20       Q.   Do you have to pay money to go there?
21       A.   It's not expensive.
22       Q.   How long did you go there after the
23   Village closed?
24       A.   How long?
25       Q.   How long.

37 (Pages 142 to 145)

Confidential - Subject to Further Confidentiality Review

Page 146

```
 1        A.   Not even a year.
 2        Q.   And a friend of yours was paying the
 3   fees for you to attend this school, is that
 4   right?
 5        A.   Yes, it wasn't very expensive.
 6        Q.   What was the friend's name?
 7        A.   I don't remember his name, because it
 8   was the earthquake in Port-au-Prince, and I
 9   don't know if he died or not.  I don't remember
10   his name.
11        Q.   So after he stopped paying your fees,
12   did you lose touch with him?
13        A.   Yes, up to now.
14        Q.   Was this around the time of the
15   earthquake?
16        A.   2010, January, 2010.
17        Q.   Was this man a Haitian man?
18        A.   Yes.
19        Q.   Was he somebody you had known for a
20   long time before?
21        A.   Yes.  We grew up together.  He has
22   some revenues.
23        Q.   What are his revenues?
24        THE INTERPRETER:  I'm sorry?
25   BY MR. CERRETA:
```

Page 147

```
 1        Q.   What are his revenues?
 2        MR. GARABEDIAN:  Objection.
 3        A.   His parents are sending money for him
 4   -- to him.
 5   BY MR. CERRETA:
 6        Q.   So in any event, at some point you
 7   didn't take your exams, and you stopped going to
 8   that school, is that right?
 9        MR. GARABEDIAN:  Objection.
10        A.   Yes, I didn't go to school anymore.
11   BY MR. CERRETA:
12        Q.   And you attribute this to flashbacks
13   to the abuse that made you not take those exams,
14   is that right?
15        A.   What Douglas did to me.
16        Q.   Any other times where you've had these
17   problems with flashbacks?
18        MR. GARABEDIAN:  Objection.
19        A.   Up to now.
20   BY MR. CERRETA:
21        Q.   How often?
22        A.   Up to now.
23        Q.   No, I know.  But how often between
24   this incident when you had the flashbacks and
25   you didn't take your exams until now, how
```

Page 148

```
 1   frequently?
 2        MR. GARABEDIAN:  Objection.
 3        A.   Up to now, it's still now in my head.
 4   It's something I'm never going to forget.  When
 5   I die I'm not -- when I have to die -- to die to
 6   forget this, or will be alive.
 7   BY MR. CERRETA:
 8        Q.   Is it something that's always on your
 9   mind, is that what you're saying?
10        A.   Yes.
11        Q.   How about panic attacks, is that one
12   of the injuries you're claiming as a result of
13   the incidents that you claim happened with Doug
14   Perlitz?
15        A.   What is panic attack?
16        Q.   Well, when you were answering
17   Interrogatory Number 28, did you say that panic
18   attacks was one of the injuries that you claim
19   to have sustained as a result of the incidents
20   with Douglas Perlitz?
21        MR. GARABEDIAN:  Objection.
22        A.   Yes.
23   BY MR. CERRETA:
24        Q.   So what did you mean when you said
25   that?
```

Page 149

```
 1        A.   What does it mean, panic attack?
 2        Q.   What does it mean to you?
 3        MR. GARABEDIAN:  Objection.
 4        A.   You know, I can -- I can go somewhere
 5   to take care of my business, things that are
 6   good for me, and then I just stop and I don't do
 7   it.  For me this is a panic attack.
 8   BY MR. CERRETA:
 9        Q.   When you stop and you don't do it, do
10   you have some fear that comes over you?
11        MR. GARABEDIAN:  Objection.
12        A.   Yeah, I calm myself because I get
13   scared.  I shut down because I get scared.
14   BY MR. CERRETA:
15        Q.   Okay.  How often does that happen?
16        A.   Several times.
17        Q.   Does it happen -- has it happened --
18   could you put a number on it if you had to
19   estimate?
20        THE INTERPRETER:  I have to explain
21   that concept.  This is not Haitian.  From 0 to
22   10, is that what you want?
23   BY MR. CERRETA:
24        Q.   Well, does it happen once a month,
25   once a year?  Can you make any sort of
```

38 (Pages 146 to 149)

Confidential - Subject to Further Confidentiality Review

Page 150

1  approximation?
2      MR. GARABEDIAN: Objection.
3      A.  Every day.
4  BY MR. CERRETA:
5      Q.  Has it happened today?
6      A.  Yeah, today I woke up, I went to eat,
7  and then I went back, because it's in my head.
8      Q.  Have you had problems with people in
9  authority and trusting people, especially
10 foreigners?
11     A.  A lot.
12     Q.  How does that manifest itself?
13         MR. GARABEDIAN: Objection.
14     A.  I'm not happy.
15 BY MR. CERRETA:
16     Q.  Do you get angry with people in
17 authority, positions of authority over you?
18     A.  I don't understand.
19     Q.  Well, have you had problems trusting
20 people, in particular foreigners?  Is that one
21 of the injuries you're claiming in this case?
22     A.  Even if I know someone, it's hard for
23 me to trust that person.
24     Q.  Have you had problems thinking about
25 bringing children into this world?  Is that one

Page 151

1  of the injuries you're claiming?
2      A.  I already have one.
3      Q.  No, I know.  But when you responded to
4  Interrogatory 28, you say "I have had problems
5  thinking about bringing children into this
6  world."
7      A.  To have other children, yes.
8      Q.  But you do have the one child already?
9      A.  Yes.
10     Q.  So you were able to overcome those
11 problems before you had your first child, is
12 that right?
13         MR. GARABEDIAN: Objection.
14     A.  Yes, they were serious problems, but
15 they didn't impact me 100 percent.
16 BY MR. CERRETA:
17     Q.  Okay.  Have you had problems with gay
18 or homosexual people?
19     A.  If I always had problem with people
20 like that?
21     Q.  Yes.  Have you?
22     A.  When I see people who are that -- I
23 used to have problems with people like that.
24 When I used to see them, I used to have problems
25 with gay people, but now that I'm one of them I

Page 152

1  can't have problems with them anymore.
2      Q.  So before these incidents that you
3  claim happened with Douglas Perlitz, you had
4  problems with gay people, is that right?
5      A.  What?
6      Q.  Is it right that before this incident
7  happened with Douglas Perlitz that you had
8  problems with gay or homosexual people?
9      A.  Yes.
10     Q.  But now you say you can't have
11 problems with gay or homosexual people, is that
12 right?
13         MR. GARABEDIAN: Objection.
14     A.  Yeah, because I'm one of them.
15         MR. GARABEDIAN: Can we take a break
16 for a minute?
17         MR. CERRETA: Sure.
18         THE VIDEOGRAPHER: Going off the
19 record.  The time is 3:29.
20         (Whereupon, a recess was taken.)
21         THE VIDEOGRAPHER: Back on the record.
22 The time is 3:45.
23 BY MR. CERRETA:
24     Q.  Mr. Joseph, is another one of the
25 injuries that you're claiming resulted from Doug

Page 153

1  Perlitz's abuse suicidal thoughts?
2      A.  Yes.
3      Q.  And was there a particular incident in
4  which you purchased poison in anticipation of an
5  attempted suicide?
6      A.  Yes, a friend took it away from me.
7      Q.  When was that?
8      A.  I don't remember.
9      Q.  Was it after the incidents of sexual
10 abuse that you claim in this case?
11     A.  Yes, when it happened.
12     Q.  Was it after the time that you had
13 been attending the school that you went to after
14 PPT closed?
15         MR. GARABEDIAN: Objection.
16     A.  Yes.
17 BY MR. CERRETA:
18     Q.  Do you remember whether it was before
19 or after the birth of your daughter?
20     A.  What?
21     Q.  Do you remember whether this incident
22 happened before or after the birth of your
23 daughter?
24     A.  I don't remember.
25     Q.  Where did you get the poison?

39 (Pages 150 to 153)

Confidential - Subject to Further Confidentiality Review

Page 154

1     A.   I bought it.
2     Q.   And this friend who threw it out, what
3  was that person's name?
4     A.   I don't remember his name.
5     Q.   Where were you storing the poison?
6     A.   Where I put it?
7     Q.   Right.
8     A.   Water I was going to drink, to drink
9  down.
10     Q.   Did you purchase this poison from a
11  merchant of some kind?
12     A.   Yes.
13     Q.   After you purchased the poison, where
14  did you put it?
15     A.   In the water.
16     Q.   Did you put it in the water
17  immediately afterwards?
18        MR. GARABEDIAN:  Objection.
19     A.   After I -- you mean after I finished
20  buying it if I put it in water?
21  BY MR. CERRETA:
22     Q.   Yes.
23     A.   Yeah, after I bought it I put it in
24  water, and the friend was there, he saw it and
25  took it away from me, from my hand.

Page 155

1     Q.   Did he see you mixing the poison into
2  the water?
3     A.   He saw me put it, and then boom, he
4  took it from my hand.
5     Q.   Where did this take place where he
6  took it out of your hand?
7     A.   I don't remember.
8     Q.   Was it right outside of the store, or
9  just after you purchased it?
10        MR. GARABEDIAN:  Objection.
11     A.   No, it's not in front of the store.
12  BY MR. CERRETA:
13     Q.   Was it back at your house?
14     A.   Yes.
15     Q.   You were at your house with your
16  friend, is that right?
17     A.   Yes.
18     Q.   Were any of the other people who live
19  in your house present in the house?
20     A.   No.
21     Q.   Everyone was out?
22     A.   Yes.
23     Q.   Do you remember what time of day it
24  was?
25     A.   No.

Page 156

1     Q.   Did your friend know that you had
2  purchased this poison when he came over to your
3  house?
4     A.   No.
5     Q.   Did you tell him "I bought this
6  poison, I'm going to mix it in this water"?
7        MR. GARABEDIAN:  Objection.
8     A.   No.  He saw it in my hand.
9  BY MR. CERRETA:
10     Q.   What did he do with it after he took
11  it out of your hand?
12     A.   He threw it away.
13     Q.   Did he throw it in the garbage there
14  at your house?
15     A.   No.  He threw it on the ground and he
16  put -- he swept his foot on top of it.
17     Q.   Was this on the ground outside?  Did
18  he take it outside of your house?
19     A.   Yes.
20     Q.   Do you know what type of poison it was
21  that you purchased?
22     A.   Poison.
23     Q.   Any particular label that the poison
24  had on it?
25        MR. GARABEDIAN:  Objection.

Page 157

1     A.   No. It's poison for rats.  It kills
2  people, too.
3  BY MR. CERRETA:
4     Q.   It was rat poison?
5     A.   What?
6        THE INTERPRETER:  He doesn't
7  understand the term rat poison, which is a
8  different name, wording in French.
9  BY MR. CERRETA:
10     Q.   Was this the type -- was this poison
11  that you purchased, was it something that people
12  buy in order to kill rats?
13     A.   Yes.
14     Q.   And where was the store that you
15  bought it?
16        MR. GARABEDIAN:  Objection.
17     A.   Where is it?
18  BY MR. CERRETA:
19     Q.   Yeah, where is that store?
20     A.   Marketplace, I bought it at the
21  market, at the market.
22     Q.   Where is that marketplace in relation
23  to your house?
24        MR. GARABEDIAN:  Objection.
25     A.   Not very far.

40 (Pages 154 to 157)

Confidential - Subject to Further Confidentiality Review

Page 158

1  BY MR. CERRETA:
2      Q.   So did you walk back from the
3  marketplace to your house after you purchased
4  it?
5          MR. GARABEDIAN:  Objection.
6      A.   Yes, to take some water.
7  BY MR. CERRETA:
8      Q.   Was your friend with you the whole
9  time?
10     A.   No, when I got home, I saw him there.
11 He came to see me.
12     Q.   Your friend was inside your house when
13 you got home?
14     A.   Yes.
15     Q.   No one else was inside the house?
16     A.   No.
17     Q.   He had just let himself in?
18         MR. GARABEDIAN:  Objection.
19     A.   He came to see me.
20 BY MR. CERRETA:
21     Q.   How much did the poison cost?
22     A.   5 Haitian gourdes.
23     Q.   Was the poison in a liquid form?
24     A.   No.  Powder.
25     Q.   Before you brought this lawsuit, had

Page 159

1  you spoken with any of the other boys who claim
2  that they were abused by Douglas Perlitz?
3          MR. GARABEDIAN:  Objection.
4      A.   Which guys?
5  BY MR. CERRETA:
6      Q.   Any other boys who claimed that they
7  were abused sexually by Douglas Perlitz.
8          MR. GARABEDIAN:  Objection.
9      A.   Did I talk to them?
10 BY MR. CERRETA:
11     Q.   Yes.
12     A.   No.
13     Q.   Did you ever talk to Wisky Jerome?
14     A.   Yes, I talked to him.
15     Q.   How long have you known Wisky Jerome?
16     A.   How long?
17     Q.   How long have you known him?
18     A.   Do I know Wisky Jerome?  How do I know
19 of him?
20     Q.   Yes.  How long have you been known
21 him?
22     A.   Ever since I was at the Village.
23     Q.   Did Wisky Jerome ever talk to you
24 about sexual abuse by Douglas Perlitz?
25     A.   No, he didn't talk to me about abuse.

Page 160

1  He told me that he was a victim.
2      Q.   Did he tell you that he was a victim
3  of abuse by Douglas Perlitz?
4      A.   No.  He just told me that the Village
5  had closed, there's no more school, no more
6  food, and he's not functioning anymore.
7      Q.   Okay.  Was he saying that he was a
8  victim because the school had closed and he was
9  no longer able to attend there?
10         MR. GARABEDIAN:  Objection.
11     A.   He couldn't go to school, eat, shower,
12 play soccer, the environment that we had.
13 BY MR. CERRETA:
14     Q.   Did he ever tell you that he had been
15 abused by Douglas Perlitz?
16     A.   No.
17     Q.   Have you ever been to -- are you
18 familiar with a house called Bel Air?
19     A.   Yes.
20     Q.   What was Bel Air?
21     A.   A house.
22     Q.   Have you ever been there?
23     A.   Once, I just went once there.
24     Q.   When did you go there?
25     A.   One day Douglas told me he needed me,

Page 161

1  so I went to see him at Bel Air.
2      Q.   Was this before or after the incidents
3  that you claim happened with sexual abuse?
4      A.   Before that.
5      Q.   So were you at the Village when he
6  asked you to do this?
7      A.   Yes.
8      Q.   Were you a student at Mere Berge at
9  the time?
10     A.   Yes, I used to go to school at Mere
11 Berge.
12     Q.   Did he tell you, when he asked you to
13 go over there, why he wanted you to go to
14 Bel Air?
15         MR. GARABEDIAN:  Objection.
16     A.   He didn't tell me why.
17 BY MR. CERRETA:
18     Q.   Did you then go over to Bel Air?
19         THE INTERPRETER:  Sorry?
20 BY MR. CERRETA:
21     Q.   Did you then go over to the house in
22 Bel Air?
23     A.   Yes.
24     Q.   How did you get there?
25     A.   I paid a car.

41 (Pages 158 to 161)

Confidential - Subject to Further Confidentiality Review

Page 162

1    Q.   And what happened when you got there?
2    A.   I knocked.  There's a gate, there's a
3    guard, security guard.
4    Q.   Did you have a conversation with the
5    security guard?
6    A.   Yes.
7    Q.   What did you say?
8    A.   I said: Where is Douglas?  I've
9    come."  And he said "wait for him."
10   Q.   What happened next?
11   A.   He made me go in, go inside.  I sat in
12   the yard waiting for Douglas.
13   Q.   And at some point did Douglas come to
14   see you?
15   A.   Yes, he came out to talk to me.
16   Q.   What did he say?
17   A.   He gave me a pat on the back, and he
18   said "go, we'll talk.  Guy, go, we'll talk."
19   Q.   Okay.  So what happened next?
20   A.   After that I just left.  I left.
21   Q.   You just left?
22   A.   He said "you can go.  We'll talk."
23   Q.   So he was saying just go, we'll talk
24   another time?
25   A.   We'll talk.

Page 163

1    Q.   Did this conversation take place
2    inside the house?
3    A.   He never talked to me again.
4    Q.   Well, he never talked to you again
5    that day?
6    A.   Yes, after that he -- that day he
7    never spoke to me again.
8    Q.   Okay.  Where at Bel Air did this
9    conversation between you and Douglas take place
10   when he said "go, we'll talk"?  Where were you
11   guys?
12        MR. GARABEDIAN:  Objection.
13   A.   What do you mean?
14   BY MR. CERRETA:
15   Q.   Were you inside the house?
16   A.   No.
17   Q.   Where were you?
18   A.   Outside in the yard.  After the gate,
19   inside the gate.
20   Q.   And then so after he said this to you,
21   did you then exit back out the gate?
22   A.   Yes, and I left.
23   Q.   And did you ever have occasion to go
24   back to Bel Air?
25   A.   No.

Page 164

1        MR. CERRETA:  I think I may be
2    through.  Can we just go off the record for a
3    couple minutes?
4        MR. GARABEDIAN:  Sure.
5        THE VIDEOGRAPHER:  Going off the
6    record.  The time is 4:02.
7        (Whereupon, a recess was taken.)
8        THE VIDEOGRAPHER:  Back on the record.
9    The time is 4:06.
10       MR. CERRETA:  Thank you for your time,
11   Mr. Joseph.  I have no further questions.
12   A.   Okay.
13   BY MR. FOLKMAN:
14   Q.   Mr. Joseph, hi, my name is Ted
15   Folkman, I'm Father Paul's lawyer.
16       Father Paul Carrier never sexually
17   abused you, right?
18       MR. GARABEDIAN:  Objection.
19   A.   No.
20   BY MR. FOLKMAN:
21   Q.   Okay.  You don't personally know who
22   knew that --
23       MR. GARABEDIAN:  Objection.  Please
24   don't yell at him.
25       MR. KERRIGAN:  What are you talking

Page 165

1    about?
2        MR. GARABEDIAN:  Keep your voice down.
3        MR. FOLKMAN:  Keep my voice down?
4        MR. GARABEDIAN:  Yes.
5        MR. FOLKMAN:  Okay.
6    BY MR. FOLKMAN:
7    Q.   You don't personally know -- can you
8    hear me okay?
9    A.   Yes.
10   Q.   Okay.  You don't personally know who
11   knew before September 15th, 2009 that Douglas
12   had sexually abused you, do you?
13       MR. GARABEDIAN:  Objection.
14       THE INTERPRETER:  Could you repeat the
15   question, please?
16       MR. FOLKMAN:  Sure.
17   BY MR. FOLKMAN:
18   Q.   You don't personally know who knew
19   before September 15th, 2009 that Douglas Perlitz
20   had sexually abused you?
21       MR. GARABEDIAN:  Objection.
22   A.   No, I didn't know anybody else.
23   BY MR. FOLKMAN:
24   Q.   You didn't know anybody who had known
25   that Douglas had abused you, right?

42 (Pages 162 to 165)

Confidential - Subject to Further Confidentiality Review

Page 166

1     MR. GARABEDIAN: Objection.
2     THE INTERPRETER: I'm sorry. Repeat
3  the question, please?
4  BY MR. FOLKMAN:
5     Q.  You don't know whether Paul Carrier
6  knew that Douglas had abused you before
7  September 15th, 2009, do you?
8     MR. GARABEDIAN: Objection.
9     A.  Father Paul abused me?
10 BY MR. FOLKMAN:
11    Q.  No, no, no. Let me try again.
12       You don't know whether Paul Carrier
13 knew that Douglas had abused you?
14    MR. GARABEDIAN: Objection.
15 BY MR. FOLKMAN:
16    Q.  Do you?
17    A.  If I didn't know?
18    Q.  If you didn't know whether Paul
19 Carrier knew.
20    MR. GARABEDIAN: Objection.
21    A.  I don't understand.
22 BY MR. FOLKMAN:
23    Q.  Let me read you something that you
24 said in your interrogatory answers, and tell me
25 if you agree with it, okay? I'm going to read

Page 167

1  you your answer to Question 24.
2     MR. GARABEDIAN: There's no question
3  before you.
4     A.  I have to see the question. I have to
5  see the question. I can't answer like that.
6  BY MR. FOLKMAN:
7     Q.  Okay. The question was, "Identify all
8  persons who you believe actually knew" --
9     A.  Is this in Creole?
10    MR. FOLKMAN: I'm reading in English.
11 Why don't you translate the English, okay,
12 Nathalie?
13 BY MR. FOLKMAN:
14    Q.  The question was, "Identify all
15 persons who you believe actually knew" --
16    THE INTERPRETER: In English I have
17 "you told."
18    MR. FOLKMAN: Number 24?
19    THE INTERPRETER: 24. I'm sorry.
20 BY MR. FOLKMAN:
21    Q.  I'll try one last time. "Identify all
22 persons" --
23    A.  Is there Creole here?
24    Q.  Stick with my question. Okay? I'm
25 going to ask it to you in English, Nathalie is

Page 168

1  going to translate what I say. Okay?
2     MR. STEWART: Are you asking her to
3  read what you're reading, or are you going to --
4     MR. FOLKMAN: I want her to translate
5  what I'm saying.
6     MR. STEWART: So she doesn't need that
7  paper.
8     MR. FOLKMAN: Except for her
9  reference.
10    MR. STEWART: All right.
11 BY MR. FOLKMAN:
12    Q.  Are you ready?
13    A.  I'm listening.
14    Q.  "Identify all persons who you believe
15 actually knew that Perlitz was sexually abusing
16 you at any time prior to September 15th, 2009,
17 and for each such person state the basis for
18 your belief."
19       And your answer was "I do not
20 personally know who knew before September 15th,
21 2009 Douglas sexually abused me."
22       That's true, right?
23    A.  Yes.
24    Q.  Okay. One of the things you said,
25 sir, when you were describing in your answers

Page 169

1  the ways that you've been injured was that you
2  are troubled by the loss of PPT and educational
3  opportunities.
4     A.  Yes.
5     Q.  And what did you mean by that?
6     A.  What that meant?
7     Q.  Yes. What did you mean when you said
8  that, or wrote that?
9     A.  Well, yes, I lost all opportunities.
10 Yes, I lost all opportunities. I'm not going to
11 school anymore. Douglas spoiled my future. All
12 the projects I had for tomorrow, I don't have
13 them anymore.
14    Q.  And that's because PPT closed?
15    A.  Yes.
16    Q.  And PPT was really the source of your
17 educational opportunities in your life, right?
18    MR. GARABEDIAN: Objection.
19    MR. FOLKMAN: Do you want me to try a
20 different question?
21    THE INTERPRETER: Yes.
22 BY MR. FOLKMAN:
23    Q.  The educational opportunities that you
24 had in your life came from PPT, right?
25    A.  Yes.

43 (Pages 166 to 169)

Confidential - Subject to Further Confidentiality Review

Page 170

1        MR. GARABEDIAN: Objection.
2    BY MR. FOLKMAN:
3        Q.   And the times in your life when other
4    people have been providing food for you to eat,
5    that's been PPT also, right?
6        MR. GARABEDIAN: Objection.
7        A.   Yes.
8    BY MR. FOLKMAN:
9        Q.   And the times in your life when people
10   were providing you, for example, with shoes, a
11   little bit of money, that was also PPT, right?
12       MR. GARABEDIAN: Objection.
13       A.   Yes.
14   BY MR. FOLKMAN:
15       Q.   Obviously you wouldn't have wanted
16   Doug Perlitz to stick around in your life after
17   he abused you?
18       A.   I don't understand.
19       Q.   Well, he did something terrible to
20   you, you say, right?
21       A.   Yes.
22       Q.   So you're happy to have him out of
23   your life?
24       MR. GARABEDIAN: Objection.
25       A.   No, it's always in my -- he hurt me.

Page 171

1    He's always in my life.
2    BY MR. FOLKMAN:
3        Q.   Yes.  And you're glad that he's in
4    jail and not around to hurt you anymore?
5        A.   Yes, he's a bit far -- further away,
6    but I will never forget what he did to me.
7        Q.   I understand.
8        And you wish that PPT had been able to
9    stay open so that you can continue your
10   education?
11       MR. GARABEDIAN: Objection.
12       A.   What I would like?
13   BY MR. FOLKMAN:
14       Q.   Yes.
15       A.   Did I say that?
16       Q.   I'm asking.
17       MR. GARABEDIAN: Objection.
18       A.   I don't know.
19   BY MR. FOLKMAN:
20       Q.   Okay.  If you had never gone to PPT,
21   where would you have gone to school?
22       MR. GARABEDIAN: Objection.
23       A.   I would just stay like that.
24   BY MR. FOLKMAN:
25       Q.   Stay in the street you mean?

Page 172

1        A.   Yeah.
2        Q.   If you had never gone to PPT, what
3    sort of jobs would you have been able to apply
4    for?
5        MR. GARABEDIAN: Objection.
6        A.   I wouldn't be the one giving it to me,
7    so only God knows.
8    BY MR. FOLKMAN:
9        Q.   Would you have gotten any job training
10   anywhere else?
11       MR. GARABEDIAN: Objection.
12       A.   Excuse me, I have a question.
13   BY MR. FOLKMAN:
14       Q.   Okay.
15       MR. GARABEDIAN: No questions.  Just
16   answer the questions, don't ask them.
17       MR. KERRIGAN: He's asking for
18   clarification.
19       MR. GARABEDIAN: Okay.
20       A.   If he tells me not to ask questions,
21   I'm not going to ask questions.
22       MR. GARABEDIAN: Go ahead, ask the
23   question.
24       A.   The questions you're asking me, it's
25   in my papers?  Did I say that, or you are just

Page 173

1    asking me questions like that?
2    BY MR. FOLKMAN:
3        Q.   No, I'm just asking you questions.
4        A.   Is it questions that I said or --
5        Q.   Let me start again, okay?
6        MR. GARABEDIAN: Let him ask the
7    questions.
8    BY MR. FOLKMAN:
9        Q.   Let me try one more time.
10       Where would you have gone to get job
11   training if you had not gone to PPT?
12       MR. GARABEDIAN: Objection.
13       A.   I just said, only God knows.
14   BY MR. FOLKMAN:
15       Q.   You don't know?
16       A.   No.
17       Q.   Who would have paid your tuition to go
18   to school if Doug Perlitz hadn't paid it?
19       MR. GARABEDIAN: Objection.
20       A.   The person who would have been able to
21   pay if Douglas hadn't paid, only God knows.
22   BY MR. FOLKMAN:
23       Q.   You don't know?
24       A.   Yeah, I don't know.  Only God knows,
25   he knows who would have paid.

44 (Pages 170 to 173)

Confidential - Subject to Further Confidentiality Review

Page 174

```
1        Q.   Before you went to PPT, before you
2    went to the Village, you were sleeping on the
3    street, right?
4        A.   Yes.
5        Q.   If you hadn't gone to PPT, if you
6    hadn't gone to the Village, would you have
7    continued to sleep on the street?
8             MR. GARABEDIAN:  Objection.
9        A.   Yeah, but I was in the Village.
10   BY MR. FOLKMAN:
11       Q.   I understand.
12            Paul Carrier was not in the same place
13   with you at either of the times that Doug
14   Perlitz sexually abused you, is that true?
15            MR. GARABEDIAN:  Objection.
16       A.   No.
17   BY MR. FOLKMAN:
18       Q.   You said that you saw Doug and Paul
19   walking together or being together at one time
20   at the Village.
21            Do you remember that?
22       A.   Yes.
23       Q.   They were speaking English together?
24       A.   Yes.
25       Q.   And you have no idea what they were
```

Page 175

```
1    saying to each other, right?
2        A.   Yes.
3        Q.   Let me ask you about your religious
4    background.  And the reason I ask is because one
5    of your answers for injuries that you say you
6    suffered was "I am afraid I broke God's law."
7    Okay?
8        A.   Yes.
9        Q.   Are you a Christian?
10            MR. GARABEDIAN:  Objection.
11       A.   A lot.
12   BY MR. FOLKMAN:
13       Q.   You are a Christian?
14       A.   Yes.
15       Q.   And have you always been?
16            MR. GARABEDIAN:  Objection.
17       A.   Yeah, I'm no longer a Christian
18   because I disrespected God, Douglas raped me.
19   BY MR. FOLKMAN:
20       Q.   Are you a Roman Catholic, or were you
21   a Roman Catholic?
22            MR. GARABEDIAN:  Objection.
23       A.   Yes.
24   BY MR. FOLKMAN:
25       Q.   Were you baptized?
```

Page 176

```
1        A.   Yes.
2        Q.   Were you baptized before or after you
3    began to attend PPT?
4        A.   I was baptized before.
5        Q.   Were you confirmed?
6        A.   Yes.
7        Q.   Were you confirmed before or after you
8    started to attend PPT?
9        A.   I was confirmed before going to PPT.
10       Q.   And did you take First Communion?
11       A.   Yes.
12       Q.   And was that also before you had first
13   attended PPT?
14       A.   Yes.
15       Q.   Was there a church in Cap-Haïtien that
16   you attended?
17       A.   Yes.
18       Q.   What was the name of that church?
19       A.   Saint Martin of Porres.
20       Q.   Of Fields?
21            MR. KERRIGAN:  P-O-R-R-E-S.
22   BY MR. FOLKMAN:
23       Q.   Okay.  Do you know who the pastor of
24   that church was?
25            MR. GARABEDIAN:  Objection.
```

Page 177

```
1        A.   It's not a pastor.  It's Catholic.
2    It's father.
3    BY MR. FOLKMAN:
4        Q.   Do you know who the father was at that
5    church?
6        A.   Yes.
7        Q.   Did you make confessions to him?  Of
8    course I don't want you to tell me anything you
9    said.
10       A.   Yes.
11       Q.   Was he your priest?
12       A.   He wasn't my priest.  He was the
13   church's priest.
14       Q.   He was the priest of your church?
15       A.   Where I go, yes.
16       Q.   And do you still attend that church?
17       A.   Yes, I always go.
18       Q.   Okay.  You know who Cyrus Sibert is?
19       A.   If I know who it is?
20       Q.   Yes.
21       A.   Yes, I know him.  He's a journalist, a
22   politician.
23       Q.   A politician?
24       A.   Yes.
25       Q.   What does he do in politics?
```

45 (Pages 174 to 177)

Confidential - Subject to Further Confidentiality Review

Page 178

1     A.   I don't know.  He's a politician.
2     Q.   Have you ever heard his radio show?
3     A.   Yes.
4     Q.   Have you ever heard him discuss on his
5  radio show the claims that Douglas Perlitz
6  abused kids at PPT?
7         MR. GARABEDIAN:  Objection.
8     A.   Yes.
9  BY MR. FOLKMAN:
10    Q.   When did you hear him talk about that
11 on the radio?
12    A.   I don't remember when he was talking
13 about it.
14    Q.   Was it before or after you filed this
15 lawsuit?
16        MR. GARABEDIAN:  Objection.
17    A.   Was it before or after I went into
18 that -- I started this trial?
19 BY MR. FOLKMAN:
20    Q.   Yes.
21    A.   Before I entered the trial I went to
22 go see Cyrus.
23    Q.   And I just want to make sure I
24 understand what you mean when you say "the
25 trial."  Do you mean before you first met with

Page 179

1  your lawyers?
2         MR. GARABEDIAN:  Objection.
3     A.   Ask the question, please.
4         MR. GARABEDIAN:  I instruct him not to
5  reveal any attorney/client communications.
6     A.   No, I didn't say -- you're asking a
7  question, I'm answering your questions.
8  BY MR. FOLKMAN:
9     Q.   Okay.  I don't want you to tell me
10 anything you said to your lawyers.  Okay?
11    A.   No, I don't have a right to do it.
12    Q.   And I don't want you to tell me
13 anything your lawyer said to you.
14    A.   I don't have the right to do it.
15    Q.   Okay.  I just want to make sure we
16 understand each other.
17        So my question is, did you hear that
18 radio show that Cyrus has that you were talking
19 about a minute ago before or after the first
20 time you met your lawyers?
21        MR. GARABEDIAN:  Objection.
22    A.   I heard the show, radio show before.
23 BY MR. FOLKMAN:
24    Q.   And, in fact, Cyrus Sibert is the
25 person who introduced you to your lawyers,

Page 180

1  right?
2         MR. GARABEDIAN:  Objection.
3     A.   Yes.
4  BY MR. FOLKMAN:
5     Q.   How did Cyrus Sibert know that you
6  were somebody who needed a lawyer?
7     A.   How did he know?
8     Q.   Yes.
9     A.   He was saying on the radio that there
10 was this white guy who was helping kids, and he
11 raped them.  If there were children who were
12 victims to come to see him, he would help them
13 find justice.
14    Q.   Okay.  So you heard him say that on
15 the radio, and then you went to see him?
16    A.   Yes.  I tried to look for him.
17    Q.   Now, did you go by yourself, or did
18 you go with others?
19    A.   I was alone.
20    Q.   And what happened when you went to see
21 him?
22    A.   Yeah, I said "I'm victim, since I was
23 in the Village I'm a victim."
24    Q.   And what did he say?
25    A.   He said that he would put me in

Page 181

1  contact with the lawyers for what had happened
2  to me so I could get justice.
3     Q.   Do you know whether he did anything to
4  make sure that what you were telling him was
5  true before he was going to pass you along to
6  the lawyers?
7         MR. GARABEDIAN:  Objection.
8     A.   Did he believe it was true?  I don't
9  know if he believed it.
10 BY MR. FOLKMAN:
11    Q.   I guess what I'm asking is, you told
12 him that you had been abused?
13    A.   If I told Cyrus?  I told him I was a
14 victim.
15    Q.   You told him you were sexually abused
16 by Douglas Perlitz?
17        MR. GARABEDIAN:  Objection.
18    A.   Yes.
19 BY MR. FOLKMAN:
20    Q.   And my question is, do you know
21 whether, other than taking your word for it,
22 whether he did anything else to check whether
23 what you were saying was true or not?
24        MR. GARABEDIAN:  Objection.
25    A.   What did he do?

46 (Pages 178 to 181)

Confidential - Subject to Further Confidentiality Review

Page 182

1  BY MR. FOLKMAN:
2      Q.  That's what I'm asking.
3          MR. GARABEDIAN:  Objection.
4      A.  He took my -- wrote my name, phone
5  number, he said the group of lawyers would call
6  you.
7  BY MR. FOLKMAN:
8      Q.  And how soon after that meeting did
9  the lawyers call you?
10     A.  A week.
11     Q.  Now, you know, don't you, that there
12  were kids, young men, who sued Douglas Perlitz
13  just like you are now and who got money a few
14  years ago?
15         MR. GARABEDIAN:  Objection.
16     A.  There were -- I know that there were
17  young men who complained against Douglas, who
18  sued Douglas, and I know they found justice.  I
19  don't know if they got money.
20  BY MR. FOLKMAN:
21     Q.  You don't know if they got money?
22     A.  No.  I know they found justice.
23     Q.  You don't know if they had new cars?
24         MR. GARABEDIAN:  Objection.
25     A.  No.

Page 183

1  BY MR. FOLKMAN:
2      Q.  You never heard anybody say they got
3  money?
4      A.  No.  I'm not in contact with anyone.
5      Q.  You're not in contact with Francilien
6  Jean-Charles?
7      A.  No.  In the Village I used to know
8  them, to see them, but when the Village stopped
9  I didn't see them anymore, I didn't go near
10  them.  When I took to the streets, there were
11  people who were saying "here are the faggots,
12  the fags," that's why I didn't go to the streets
13  anymore.  I stayed home.
14     Q.  So your testimony is you've never
15  heard that the kids who got justice also got
16  money?  That's not something you've ever heard?
17         MR. GARABEDIAN:  Objection.
18     A.  I just know that they have justice.
19  BY MR. FOLKMAN:
20     Q.  Now, I want to read you something from
21  Page 39 of your complaint, which is, I think,
22  Exhibit 2.
23         THE INTERPRETER:  1.
24         MR. FOLKMAN:  The complaint, I think
25  it's 2.

Page 184

1          THE INTERPRETER:  39?
2          MR. FOLKMAN:  Yes.
3  BY MR. FOLKMAN:
4      Q.  It says "Plaintiff Jasmin Joseph" --
5  Page 39.  That's you, right?
6      A.  Yes.
7      Q.  -- "respectfully demands judgment of
8  20 million US dollars in damages."
9          MR. GARABEDIAN:  It doesn't say that.
10  Objection.
11  BY MR. FOLKMAN:
12     Q.  Let me read it exactly, "Respectfully
13  demands judgment of $20,000,000 in damages
14  against each Defendant."
15         MR. GARABEDIAN:  Objection.
16     A.  Who --
17         MR. GARABEDIAN:  Let the record
18  reflect that the interpreter is reading much
19  more than you're reading.
20  BY MR. FOLKMAN:
21     Q.  Okay.  Let's make sure we get it
22  exactly right.  All right?
23         MR. GARABEDIAN:  Thank you.
24  BY MR. FOLKMAN:
25     Q.  "Wherefore Plaintiff Jasmin Joseph

Page 185

1  respectfully demands damages of $20,000,000 in
2  damages against each Defendant for each claim
3  Plaintiff Jasmin Joseph states against each
4  Defendant, punitive damages, plus costs,
5  interest, attorneys' fees, and such other and
6  further relief as this Court deems just and
7  equitable."
8      A.  The people who abused, or the people
9  who are accused?
10         MR. FOLKMAN:  Did you finish reading
11  what I said first?
12         THE INTERPRETER:  No.
13         MR. FOLKMAN:  You finish and then let
14  him ask, okay?
15  BY MR. FOLKMAN:
16     Q.  Okay.  Did you know --
17         THE INTERPRETER:  Wait.
18         MR. FOLKMAN:  Sorry.
19         MR. GARABEDIAN:  I'm going to object
20  to this and instruct him not to answer.  She's
21  not -- she's supposed to be interpreting your
22  questions, not reading documents.
23         MR. FOLKMAN:  Well, Mitch, you're the
24  one that wanted me to read the whole thing into
25  the record.

47 (Pages 182 to 185)

Confidential - Subject to Further Confidentiality Review

Page 186

1       MR. GARABEDIAN: But you started it.
2   Okay. She's reading for you where she's
3   supposed to be interpreting.
4       MR. FOLKMAN: I read this, and I
5   understand that she's translating what I read.
6   Is that right, Nathalie?
7       THE INTERPRETER: I am.
8       MR. FOLKMAN: Okay. Is that okay with
9   you, Mitch?
10      MR. GARABEDIAN: Okay. Continue.
11      MR. FOLKMAN: Okay. Go ahead,
12  Nathalie.
13      THE INTERPRETER: I'm starting again.
14      MR. FOLKMAN: Okay.
15  BY MR. FOLKMAN:
16      Q.  And that's what you're asking for from
17  the Court?
18      A.  Yes.
19      MR. GARABEDIAN: Objection. Instruct
20  him not to answer.
21      That is a pleading. That's not his
22  statement.
23      MR. FOLKMAN: That's not his
24  statement?
25      MR. GARABEDIAN: That's a pleading.

Page 187

1   You're reading from the complaint.
2       MR. FOLKMAN: It's his complaint.
3       MR. GARABEDIAN: It's his -- it's not
4   a statement. It's a pleading.
5   BY MR. FOLKMAN:
6       Q.  Did anybody ever tell you, sir, that
7   you were asking for $20 million?
8       MR. GARABEDIAN: I instruct him not to
9   answer to the extent he's going to -- I claim
10  the attorney/client privilege. I instruct him
11  not to answer and not to violate the
12  attorney/client privilege.
13  BY MR. FOLKMAN:
14      Q.  Let me ask a different question.
15      MR. GARABEDIAN: Ask it differently,
16  fine.
17  BY MR. FOLKMAN:
18      Q.  Did you know before Nathalie just read
19  that to you that you were asking for $20 million
20  in this lawsuit?
21      A.  I don't understand.
22      Q.  Did you know before you just heard it
23  right now that you were asking a Court to make
24  Father Carrier and the other people who you've
25  sued pay you 20 million in United States

Page 188

1   dollars?
2       MR. GARABEDIAN: Objection. If you're
3   referring to the pleading, I instruct him not to
4   answer. That's not his statement.
5       MR. FOLKMAN: You're instructing him
6   not to answer that question?
7       MR. GARABEDIAN: The pleading, if
8   you're referring to the pleading.
9       MR. FOLKMAN: I'm asking. Let me ask
10  it one more time. And if you want to instruct
11  him, that's fine. I'm not asking about the
12  pleading, I'm asking about what he knew.
13      MR. GARABEDIAN: Make that clear to
14  him.
15  BY MR. FOLKMAN:
16      Q.  What I'm asking you, sir -- and if you
17  don't understand it, let me know, I'm asking you
18  if before you heard it today --
19      A.  What did I just say now?
20      Q.  Excuse me?
21      A.  What did I just say now? That's what
22  I just told you now.
23      Q.  I'm not following you. Let me ask my
24  question and see if you can answer. Okay?
25      Did you know before today --

Page 189

1       A.  You asked me the question. I told you
2   I don't understand.
3       Q.  Okay. Try it one more time. And I'm
4   sorry if we're miscommunicating, I'm not trying
5   to be difficult. Okay?
6       MR. STEWART: Just ask the question.
7   BY MR. FOLKMAN:
8       Q.  All right. Did you know before today
9   that you were asking a Court in the United
10  States to make Father Carrier and the other
11  people that you're suing to pay you -- hang on,
12  I haven't finished -- to make you --
13      A.  To find justice. To find justice.
14      MR. GARABEDIAN: Let him finish. Let
15  him finish.
16  BY MR. FOLKMAN:
17      Q.  I know you want to find justice.
18  That's not my question.
19      My question is, did you know that you
20  were asking these people to pay $20 million
21  before today?
22      A.  If I knew this is the money I was
23  asking for?
24      Q.  Before today.
25      A.  If I knew if it was that money that I

48 (Pages 186 to 189)

Confidential - Subject to Further Confidentiality Review

Page 190

1    was asking?
2        Q.   That amount.
3        A.   Yes.
4        Q.   Yes, you knew?  And that's the amount
5    that you think is the amount necessary to
6    compensate you for the harm you suffered?
7        A.   Yes.
8        Q.   Okay.  You asked --
9            MR. KERRIGAN:  What's he saying?
10   BY MR. FOLKMAN:
11       Q.   What did he say?
12       A.   That's what all the fuss was about.
13   This is a simple question.
14           MR. STEWART:  Take a break.
15           MR. FOLKMAN:  Are you going off the
16   record, Mitch?
17           MR. GARABEDIAN:  Yes.
18           THE VIDEOGRAPHER:  Going off the
19   record.  The time is 4:44.
20           (Whereupon, a recess was taken.)
21           THE VIDEOGRAPHER:  Back on the record.
22   The time is 4:55.
23   BY MR. FOLKMAN:
24       Q.   Sir, you have said that you believed
25   that Father Paul had a sexual relationship with

Page 191

1    Douglas Perlitz, is that true?
2            MR. GARABEDIAN:  Objection.
3        A.   Yes.
4    BY MR. FOLKMAN:
5        Q.   And the reason why you believe that is
6    because, number one, you saw them with their
7    shirts off in Douglas's office, as you told us?
8        A.   Yes.
9        Q.   And because you thought that if
10   Douglas could have sex with you, then he could
11   do the same thing with Father Paul?
12       A.   Yes.
13       Q.   Is there any other reason that you can
14   give me why you thought that Father Carrier,
15   Father Paul, was having a sexual relationship
16   with Douglas Perlitz?
17           MR. GARABEDIAN:  Objection.
18       A.   Yeah, the reason I can say is because
19   I saw them all naked in the room.
20   BY MR. FOLKMAN:
21       Q.   That's the thing you were telling
22   Mr. Cerreta about, right?
23       A.   But isn't that the question he asked
24   me, too?
25       Q.   Yes.  What I'm asking is, that's the

Page 192

1    reason why you thought they were having a sexual
2    relationship?
3        A.   Yes.
4        Q.   And there's no other reason, right?
5        A.   No.
6            MR. FOLKMAN:  I have no more
7    questions.  Thank you.
8        A.   Okay.
9            (Pause.)
10   BY MR. KERRIGAN:
11       Q.   Are we ready to continue?  Mr. Joseph,
12   are you ready to continue?
13       A.   Yes.
14       Q.   Okay.  I'm going to be asking you a
15   few questions, Mr. Joseph.  It won't be a lot.
16   If you don't understand me, you tell me, okay?
17       A.   Okay.
18       Q.   All right.  You understand that you
19   are still under oath; you took an oath before
20   God to tell the truth?
21       A.   Yes.
22       Q.   So you're still required to tell the
23   truth going forward, okay?
24       A.   Yes.
25       Q.   Mr. Joseph, my name is Michael

Page 193

1    Kerrigan, and I represent the Society of Jesus
2    of New England.
3            Have you ever heard of an organization
4    called the Society of Jesus of New England?
5            MR. GARABEDIAN:  Objection.
6        A.   No.
7    BY MR. KERRIGAN:
8        Q.   Mr. Joseph, did anyone other than
9    Douglas Perlitz sexually abuse you in all of
10   your life?
11       A.   Besides Mr. Perlitz, if there were
12   other people?
13       Q.   Correct.
14       A.   No, no other people, just Douglas.
15       Q.   Earlier today, Mr. Joseph, you
16   testified about a number of problems that you
17   have that you believe were caused by Douglas
18   Perlitz, correct?
19       A.   What?
20       Q.   Earlier today you testified, that is
21   to say you told us that you suffer from a number
22   of problems because of Douglas Perlitz and his
23   abuse.
24       A.   Because what he did to me, he caused a
25   lot of problems to me.

49 (Pages 190 to 193)

Confidential - Subject to Further Confidentiality Review

Page 194

1    Q.   Okay.
2    A.   Caused me a lot of problems.
3    Q.   Thank you.
4         Did any doctor or nurse ever tell you
5    that those problems were caused by Douglas
6    Perlitz's abuse?
7         MR. GARABEDIAN:  Objection.
8    A.   I didn't go to the doctor, so how
9    would he know?
10   BY MR. KERRIGAN:
11   Q.   So no doctor and no nurse ever told
12   you that those problems were caused by Douglas
13   Perlitz's abuse?
14   A.   If they wouldn't -- for them to tell
15   me that, I would have needed to go to the
16   doctors.  I didn't go to the doctors.  I didn't
17   tell anyone.
18   Q.   You never told any social workers,
19   either?
20   A.   If I didn't tell any social worker?
21   Q.   I'm asking if you ever told a social
22   worker that you had been abused by Douglas
23   Perlitz.
24        MR. GARABEDIAN:  Objection.
25   A.   I don't know what a social worker is.

Page 195

1    BY MR. KERRIGAN:
2    Q.   Do you know what a counselor is?
3    A.   Therapy?
4    Q.   Yes.  Therapy for your head, for your
5    brain.
6    A.   No.
7    Q.   You don't know what that is?
8    A.   Therapy?
9    Q.   Correct.  Do you know what therapy is?
10   A.   I've heard about therapy, but I don't
11   know if that's it, if that's what I -- what it
12   is.
13   Q.   You never sought treatment or therapy
14   for your problems, is that correct?
15   A.   No.
16   Q.   Have you ever been arrested?
17   A.   Just once.
18   Q.   When --
19   A.   Just once.
20   Q.   Thank you.
21        When was that?
22   A.   I don't remember.
23   Q.   Were you at PPT at the time you were
24   arrested?
25   A.   No, when PPT was closed.

Page 196

1    Q.   After PPT closed, you were arrested?
2    A.   After?
3    Q.   After.
4    A.   Yeah, PPT closed, had closed already.
5    Q.   Why were you arrested?
6    A.   It's just an investigation that the
7    police was conducting in the neighborhood, they
8    just arrested me like that.  And when they saw I
9    wasn't -- I didn't do it, so they freed me.
10   Q.   What were the police investigating?
11        MR. GARABEDIAN:  Objection.
12   A.   I don't know.
13   BY MR. KERRIGAN:
14   Q.   Were you ever told why you were
15   arrested?
16   A.   No, they didn't tell me.
17   Q.   Were you placed in jail?
18   A.   No.
19   Q.   Were you arrested at any other time
20   apart from this time you just told me about?
21   A.   No.
22   Q.   What's the name of your daughter,
23   please?
24   A.   Jasmine.
25   Q.   Are you active in Jasmine's life?

Page 197

1    A.   Yes.
2    Q.   Tell me the ways in which you're
3    active in Jasmine's life?
4    A.   What I do for her?
5    Q.   Correct.
6    A.   I haven't done anything for her yet.
7    Q.   Why not?
8    A.   I'm not prepared for that.
9    Q.   Why are you not prepared?
10        MR. GARABEDIAN:  Objection.
11   A.   Why I'm not prepared?
12   BY MR. KERRIGAN:
13   Q.   Correct.
14   A.   Because God doesn't want me to be
15   prepared for it yet, because everything that's
16   being done is God's will.
17   Q.   Why doesn't God want you to be
18   prepared for your daughter?
19        MR. GARABEDIAN:  Objection.
20   A.   God knows.
21   BY MR. KERRIGAN:
22   Q.   Do you provide any kind of money
23   support for your daughter?
24   A.   What is assistance?
25   Q.   Do you give any money to help feed

50 (Pages 194 to 197)

Confidential - Subject to Further Confidentiality Review

Page 198

1  your daughter, clothe your daughter, keep her
2  housed?
3          MR. GARABEDIAN:  Objection.
4      A.  Yes, I've given money to buy clothes
5  and food for her.
6  BY MR. KERRIGAN:
7      Q.  Where do you get the money?
8      A.  Cyrus gives it to me.
9      Q.  Who?
10     A.  Cyrus.
11     Q.  Cyrus Sibert?
12     A.  Cyrus Sibert.
13     Q.  And how much money does Cyrus Sibert
14  give you?
15     A.  $100.
16     Q.  How often does Cyrus Sibert give you
17  $100?
18     A.  Four times he give me money, four
19  times.
20     Q.  Four times.  Name the four times.  Was
21  it during a particular month that he gave you
22  the money?
23     A.  I don't remember if it was a
24  particular month.
25     Q.  When was the last time you got $100

Page 199

1  from Cyrus Sibert?
2      A.  I don't remember.
3      Q.  Why did you get $100 from Cyrus
4  Sibert?
5      A.  Why?
6      Q.  Correct.
7      A.  So I could buy food and clothes that I
8  put on my back, so I could buy food and clothes.
9      Q.  The money that you got from Cyrus
10  Sibert, Mr. Joseph, is it in US dollars?
11     A.  Yes.
12     Q.  How much in total have you received
13  from Cyrus Sibert, in total?
14         MR. GARABEDIAN:  Objection.
15     A.  $350.
16  BY MR. KERRIGAN:
17     Q.  When did you start getting money from
18  Cyrus Sibert?
19     A.  I don't remember.
20     Q.  Was it after PPT closed?
21     A.  Yes.
22     Q.  Was it after you first met Mr. Sibert
23  about a lawsuit?
24     A.  I don't remember.
25     Q.  If you win this lawsuit and you get

Page 200

1  money, will Cyrus Sibert get any of that money?
2          MR. GARABEDIAN:  Objection.
3      A.  In my hand from me?  From me?
4  BY MR. KERRIGAN:
5      Q.  From anyone.
6          MR. GARABEDIAN:  Objection.
7      A.  Anyone?
8  BY MR. KERRIGAN:
9      Q.  Anyone.
10     A.  No.
11     Q.  So if you win this lawsuit and you get
12  money, you will not give any of that money to
13  Cyrus Sibert?
14     A.  No.
15     Q.  Do you have any agreement with Cyrus
16  Sibert about this lawsuit?
17     A.  About what?
18     Q.  About the case that you brought.
19         MR. GARABEDIAN:  Objection.
20     A.  No.
21  BY MR. KERRIGAN:
22     Q.  Aside from your lawyers, Mr. Joseph,
23  aside from your lawyers, do you have an
24  agreement with anybody else about the case that
25  you've brought?

Page 201

1          MR. GARABEDIAN:  Objection.  I
2  instruct him not to answer as to any
3  attorney/client conversation, communications.
4          You can answer the question.
5      A.  No.
6  BY MR. KERRIGAN:
7      Q.  Apart from Cyrus Sibert, do you earn
8  money, or do you get money from any other
9  source, Mr. Joseph?
10         MR. GARABEDIAN:  Objection.
11     A.  No.
12  BY MR. KERRIGAN:
13     Q.  Why do you think Cyrus Sibert gives
14  you the money for clothes and for food?
15     A.  I don't know.
16     Q.  Does Cyrus Sibert give money to anyone
17  else that you know about?
18     A.  I don't know.
19     Q.  How long have you been in your
20  relationship with your wife or girlfriend,
21  Jasmine?
22         MR. GARABEDIAN:  Objection.
23         MR. FOLKMAN:  Jasmine is the daughter.
24         MR. KERRIGAN:  I think they're both
25  named after each other.

51 (Pages 198 to 201)

Confidential - Subject to Further Confidentiality Review

Page 202

```
1        THE INTERPRETER:  Jasmine, the wife?
2        MR. KERRIGAN:  Jasmine, the wife.
3        MR. GARABEDIAN:  Objection.
4     A.  I don't remember.
5  BY MR. KERRIGAN:
6     Q.  Has it been a year?
7     A.  I don't remember.
8     Q.  You had testified earlier today, or
9  you told us earlier today that you live with
10 Jasmine and a number of other people at your
11 family home, correct?
12       MR. GARABEDIAN:  Objection.
13    A.  Yes.
14 BY MR. KERRIGAN:
15    Q.  How long has Jasmine lived at the
16 family home with you?
17    A.  I don't remember how long.
18       MR. GARABEDIAN:  Let me ask if he
19 needs to take a break.
20 Is your arm hurting you?
21       THE WITNESS:  Yes, it hurts, but we
22 can continue.
23 BY MR. KERRIGAN:
24    Q.  Okay.  We'll continue, Mr. Joseph.  If
25 you need to stop, you just tell me.  Do you
```

Page 203

```
1  understand?
2     A.  Yes.
3     Q.  All right.  Tell me, Mr. Joseph, on an
4  average day, on a regular day, how do you spend
5  your time?
6        MR. GARABEDIAN:  Objection.
7     A.  Absolutely nothing.
8  BY MR. KERRIGAN:
9     Q.  So you get up in the morning, what do
10 you do on a regular day?
11    A.  I can wake up in the morning, and I
12 can play, I can go watch football on TV as
13 something to leisure, but absolutely nothing
14 else.
15    Q.  Do you play any sports or activities?
16    A.  No.
17    Q.  Where do you watch football?
18    A.  Next to my house.
19    Q.  Do you hang out on the street at all?
20       MR. GARABEDIAN:  Objection.
21    A.  Yes.
22 BY MR. KERRIGAN:
23    Q.  Do you hang out with friends on the
24 street?
25    A.  Yes.
```

Page 204

```
1     Q.  And who are the friends that you hang
2  out with on the street?
3     A.  With whom?
4     Q.  Yes.
5     A.  Their names?
6     Q.  Names.
7     A.  A friend of mine called Wilgens.
8     Q.  Can you spell that?
9        THE INTERPRETER:  W-I-L-G-E-N-S.
10    Q.  Thank you.  Who else?
11    A.  He's the only one.
12    Q.  And what do you do when you hang out
13 with Wilgens on the street?
14    A.  We walk.  Where there's football,
15 soccer, we go see it.
16    Q.  You go watch soccer matches?
17    A.  Yes.
18    Q.  Do you do anything else?
19    A.  No.
20    Q.  Do you try to find a job or try to
21 find work?
22    A.  When I go look for work, they
23 humiliate me, they don't give me work.
24    Q.  How many times have you tried to find
25 work?
```

Page 205

```
1     A.  Several times.
2     Q.  How many is several?
3        MR. GARABEDIAN:  Objection.
4     A.  It's not one, two, or three days, it's
5  several times.
6  BY MR. KERRIGAN:
7     Q.  Why do people humiliate you when you
8  try to get work?
9     A.  They say they don't give work to fags.
10    Q.  And how would these people know to
11 call you a fag?
12    A.  They know I was at the Village,
13 everybody.  Everybody knows that whenever a
14 child was at the Village, they were -- they're
15 gay, because this is something that can be heard
16 in the street.
17    Q.  In the street there is talk that every
18 child who attended the Village is gay?
19    A.  Yes.
20    Q.  In the street, is there talk that
21 every child who went to the Village was abused
22 by Douglas Perlitz?
23    A.  Yes.
24    Q.  Do you believe that every child who
25 went to the Village was abused by Douglas
```

Confidential - Subject to Further Confidentiality Review

Page 206

1   Perlitz?
2        MR. GARABEDIAN:  Objection.
3        A.   Yes.
4   BY MR. KERRIGAN:
5        Q.   Why do you say that?
6        A.   Because I was in the Village, he did
7   that to me, so I have in my head that another
8   one that is in the Village, he could have done
9   that to him, too.
10       Q.   Apart from the thought in your head,
11  do you have any other reason for believing that
12  every child who attended the Village was abused
13  by Doug Perlitz?
14       MR. GARABEDIAN:  Objection.
15       A.   Besides what is in my head?
16  BY MR. KERRIGAN:
17       Q.   Correct.
18       A.   What is in my head is always in my
19  head.
20       Q.   Do you believe that every child who
21  went to the Village is entitled to justice?
22       MR. GARABEDIAN:  Objection.
23       A.   Yes.
24  BY MR. KERRIGAN:
25       Q.   And what does justice mean?

Page 207

1        MR. GARABEDIAN:  Objection.
2        A.   What it means.
3   BY MR. KERRIGAN:
4        Q.   What does it mean to you?
5        A.   If one person did me wrong, make him
6   pay for what he did to me, make him see that
7   what he did was not good.
8        Q.   Mr. Joseph, did you help anyone get in
9   touch with an attorney to bring a case against
10  Doug Perlitz or PPT?
11       MR. GARABEDIAN:  Objection.  I
12  instruct him not to answer as to
13  attorney/client -- with regard to
14  attorney/client communications.
15       MR. KERRIGAN:  It's a yes or no
16  question.
17       MR. GARABEDIAN:  You can answer yes or
18  no, but you can't discuss any attorney/client
19  conversations.
20       A.   Yes.
21  BY MR. KERRIGAN:
22       Q.   Who did you help?
23       A.   Frito.
24       Q.   Does Frito have another name?
25       A.   Frito, Frito.  I don't remember his

Page 208

1   last name.
2        Q.   Did you help anyone else?
3        A.   No.
4        Q.   Did Frito tell you he was abused?
5        A.   Yes, he told me he was a victim.
6        Q.   A victim of whom?
7        A.   He told me he was a victim.  He didn't
8   give me any details.
9        Q.   Did he tell you he was a victim of
10  Doug Perlitz?
11       A.   No.
12       Q.   Did he tell you he was a victim of
13  anyone?
14       A.   He told me he was a victim.
15       Q.   Did Frito attend PPT at any time?
16       A.   Yes.
17       Q.   When?
18       A.   I don't remember.
19       Q.   Do you know the name Frito Innocent?
20       A.   Yes.
21       Q.   Is this the Frito that you're talking
22  about?
23       A.   Yes.  There you go.
24       Q.   Do you know if Frito attended the
25  Village, 13th Street, Carenage?

Page 209

1        MR. GARABEDIAN:  Objection.
2        A.   Yeah, he was there.
3   BY MR. KERRIGAN:
4        Q.   Which portion of the project did Frito
5   go to?
6        A.   What?
7        Q.   Did Frito attend Carenage?  Yes or no.
8        A.   He was at Carenage and at 13th Street.
9        Q.   How about the Village?
10       MR. GARABEDIAN:  Objection.
11  BY MR. KERRIGAN:
12       Q.   Was Frito at the Village?
13       MR. GARABEDIAN:  Objection.
14       A.   Yes.
15  BY MR. KERRIGAN:
16       Q.   Mr. Joseph, do you understand a little
17  bit of English?
18       MR. GARABEDIAN:  Objection.
19       A.   Just a bit.
20  BY MR. KERRIGAN:
21       Q.   Where did you learn your English?
22       A.   Where?
23       Q.   Yes.
24       A.   There are friends who were deported
25  who speak English in front of me.  They were

53 (Pages 206 to 209)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 210

1    abroad, and they were deported.
2        Q.   Were you ever taught English at
3    school?
4        A.   No.
5        Q.   Mr. Joseph, have you ever heard the
6    word Jesuit before?
7        A.   No.
8        Q.   Have you ever been to the Justinian
9    Hospital?
10       A.   Yes.
11       Q.   How many times have you been to the
12   Justinian Hospital?
13           MR. GARABEDIAN:  Objection.
14       A.   Just once.
15   BY MR. KERRIGAN:
16       Q.   When was that?
17       A.   I don't know.
18       Q.   Was it after PPT closed?
19       A.   Yes.
20       Q.   Why did you go to Justinian Hospital?
21       A.   I just didn't feel well, and I just
22   went to the hospital.
23       Q.   What was wrong with you?
24       A.   I didn't feel well.
25       Q.   Did you have a fever?

Page 211

1        A.   Yes.  My body was hot.
2        Q.   Did you receive any treatment at
3    Justinian Hospital?
4        A.   No.
5        Q.   Did you sign any paperwork for
6    Justinian Hospital?
7        A.   I don't remember.
8        Q.   Did you see a doctor?
9        A.   Yes.
10       Q.   What did the doctor say was wrong?
11       A.   What did he -- they tell me?
12       Q.   Correct.
13       A.   He didn't tell me anything.  I didn't
14   consult.  I didn't consult.
15       Q.   Did anyone go with you to the hospital
16   on that occasion?
17       A.   No.
18       Q.   Did you talk to any nurses at the
19   hospital?
20       A.   Yes.
21       Q.   Did the nurses tell you anything was
22   wrong with you?
23       A.   They didn't consult me because when I
24   went, I didn't have money.  Since it was a state
25   hospital, I thought I could be cared for for

Page 212

1    free, but they didn't -- I didn't have money.
2        Q.   When you went to the Justinian
3    Hospital, Mr. Joseph, that had nothing to do
4    with Douglas Perlitz's abuse, correct?
5        A.   Yeah, I wanted to go check if it was
6    that that made me the way I am.
7        Q.   You said your body felt hot, right?
8        A.   Yes.
9        Q.   That has nothing to do with Doug
10   Perlitz's abuse, right?
11           MR. GARABEDIAN:  Objection.
12       A.   What?
13   BY MR. KERRIGAN:
14       Q.   Your body being hot has nothing to do
15   with the abuse that you claim that you sustained
16   from Doug Perlitz, right?
17           MR. GARABEDIAN:  Objection.
18       A.   I don't know.  Just a doctor knows.
19   BY MR. KERRIGAN:
20       Q.   And the doctor never told you that?
21       A.   Yeah, because I didn't have any money
22   to consult.
23       Q.   Mr. Joseph, I want you to think back
24   to Doug Perlitz's office in the Village.  Okay?
25       A.   What?

Page 213

1        Q.   I want you to think back to Doug
2    Perlitz's office in the Village.
3        A.   Why?
4        Q.   Because I'm going to ask you a
5    question or two about it.
6        A.   On this?
7        Q.   Right.  I want you to picture in your
8    mind what Doug Perlitz's office at the Village
9    looked like.
10       A.   If -- can I imagine it?
11       Q.   Yes.  I want you to imagine it and
12   just tell me when you're imagining it.
13           MR. GARABEDIAN:  Objection.
14       A.   I don't understand.
15   BY MR. KERRIGAN:
16       Q.   Okay.  You said earlier that Doug
17   Perlitz's office had a window, right?
18       A.   Yes.
19       Q.   Were there bars on the window?
20       A.   If there were bars?
21       Q.   Right.
22       A.   What do you mean "bars"?
23       Q.   Bars like metal bars.
24           MR. GARABEDIAN:  Objection.
25       A.   No.

54 (Pages 210 to 213)

Confidential - Subject to Further Confidentiality Review

Page 214

1    BY MR. KERRIGAN:
2        Q.  Was there a screen on the window?
3            MR. GARABEDIAN:  Objection.
4        A.  What is a screen?
5    BY MR. KERRIGAN:
6        Q.  Was there any covering over the
7    window?
8        A.  A window?
9        Q.  Was there a covering over the window?
10           MR. GARABEDIAN:  Objection.
11       A.  I don't understand.
12   BY MR. KERRIGAN:
13       Q.  Was there glass on the window?
14           MR. GARABEDIAN:  Was there glass on
15   the window?
16           Objection.
17       A.  Aluminum window, you open them inside,
18   and the window was not closed.
19   BY MR. KERRIGAN:
20       Q.  And the window was made of glass?
21           MR. GARABEDIAN:  Objection.
22       A.  No.
23   BY MR. KERRIGAN:
24       Q.  What was the window made of?
25       A.  Aluminum window.

Page 215

1        Q.  What color was the inside of Doug
2    Perlitz's office?
3        A.  Inside and outside, just one color.
4        Q.  What was that color?
5        A.  White.
6        Q.  Were there any cabinets in the office?
7        A.  Just a table.
8        Q.  Were there any papers in the office?
9        A.  I don't know.
10       Q.  Were there any books in the office?
11       A.  I don't know.
12       Q.  Have you been to any other hospitals
13   apart from the Justinian Hospital?
14       A.  No.
15       Q.  Have you ever been diagnosed or told
16   that you have any kind of an illness or disease?
17           MR. GARABEDIAN:  Objection.
18       A.  What?
19   BY MR. KERRIGAN:
20       Q.  Have you ever been told that you have
21   an illness or a disease?
22       A.  Who should have told me that?
23       Q.  I'm asking if anyone ever told you
24   that.
25       A.  The only person who could have told me

Page 216

1    would be a doctor.
2        Q.  And did a doctor ever tell you that?
3        A.  No.  I didn't go to the hospital.
4        Q.  How much money would you need to earn,
5    Mr. Joseph, in order to get your own house to
6    rent in Cap-Haïtien?
7            MR. GARABEDIAN:  Objection.
8        A.  I don't know.
9    BY MR. KERRIGAN:
10       Q.  How much money would you need to earn
11   in order to live comfortably in Cap-Haïtien?
12           MR. GARABEDIAN:  Objection.
13       A.  I don't know.
14   BY MR. KERRIGAN:
15       Q.  If you could earn any amount of money
16   for work, what would that amount be?
17           MR. GARABEDIAN:  Objection.
18       A.  What?
19   BY MR. KERRIGAN:
20       Q.  If you could earn any amount of money
21   for work, what would that amount be?
22           MR. GARABEDIAN:  Objection.
23       A.  If I had work, and they asked me what
24   wages I want?
25   BY MR. KERRIGAN:

Page 217

1        Q.  Correct.
2        A.  I would like to know what wages I
3    would earn from work?
4        Q.  Yes.  What would you ask for?
5            MR. GARABEDIAN:  Objection.
6        A.  How much I would ask to earn at work?
7    BY MR. KERRIGAN:
8        Q.  Yes.
9            MR. GARABEDIAN:  Objection.
10       A.  I don't know.  I don't know.  They
11   will give me the money I earn for the work I do.
12   BY MR. KERRIGAN:
13       Q.  And how much money would you ask for?
14           MR. GARABEDIAN:  Objection.
15       A.  I don't know.  The money I deserve,
16   and they will give me the money I deserve for
17   the work I do.
18   BY MR. KERRIGAN:
19       Q.  So you would not know how much to ask
20   for?
21           MR. GARABEDIAN:  Objection.
22       A.  I don't know.
23   BY MR. KERRIGAN:
24       Q.  You don't understand the question, or
25   you don't know the answer?

55 (Pages 214 to 217)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 218

1          MR. GARABEDIAN: Objection.
2     A.   I don't know the answer.
3   BY MR. KERRIGAN:
4     Q.   Do you know how much a mason in
5   Cap-Haïtien makes?
6          MR. GARABEDIAN: Objection.
7     A.   I don't know. I don't know.
8   BY MR. KERRIGAN:
9     Q.   How much does a tailor in Cap-Haïtien
10  make?
11         MR. GARABEDIAN: Objection.
12    A.   I don't know.
13  BY MR. KERRIGAN:
14    Q.   Mr. Joseph, have you understood the
15  questions that I've asked you?
16    A.   Of course I understand. I answered.
17    Q.   And when you didn't understand, you
18  told me, correct?
19         MR. GARABEDIAN: Objection.
20    A.   Yes.
21  BY MR. KERRIGAN:
22    Q.   Is there anything you'd like to change
23  about the answers you've given to me?
24    A.   No.
25    Q.   Have you answered my questions

Page 219

1   completely?
2     A.   If I have an answer for all?
3     Q.   I'm asking if you've answered my
4   questions completely.
5          MR. GARABEDIAN: Objection.
6     A.   Yes.
7   BY MR. KERRIGAN:
8     Q.   Okay. Thank you very much.
9     A.   Me, too.
10         MR. KERRIGAN: Off the record, I
11  suppose.
12         THE VIDEOGRAPHER: Going off the
13  record. The time is 5:39.
14         (Whereupon, a recess was taken.)
15         THE VIDEOGRAPHER: Back on the record.
16  The time is 5:41.
17         THE INTERPRETER: This sheet, I'd like
18  to take care of it.
19  BY MR. BABBITT:
20    Q.   Good afternoon, my name is Bradford
21  Babbitt, I represent the Order of Malta American
22  Association.
23         Do you know what the Haiti Fund,
24  Incorporated is?
25    A.   What?

Page 220

1     Q.   Do you know what the Haiti Fund,
2   Incorporated is?
3     A.   No.
4     Q.   Never heard of that name before?
5     A.   No.
6     Q.   Do you know what the Order of Malta
7   American Association is?
8     A.   No.
9     Q.   You've never heard that name before?
10    A.   No, no.
11    Q.   All right. I have no further
12  questions. Thank you.
13    A.   Okay.
14  BY MR. KENNEDY:
15    Q.   Now, Mr. Joseph, my name is Jeff
16  Kennedy, I represent Hope Carter.
17         Sir, before you came here today, did
18  you meet with Cyrus Sibert?
19    A.   Yes.
20    Q.   When did you meet with him, sir?
21    A.   In the car, or bus.
22    Q.   Did he travel with you here to the
23  deposition?
24    A.   Yeah, we went inside the same car.
25    Q.   Okay. So you drove -- did Cyrus drive

Page 221

1   you here to the deposition?
2     A.   Yeah, we came together.
3     Q.   Okay. Who else came with you, sir?
4     A.   There are two other guys that came
5   with us.
6     Q.   Okay. And did Cyrus drive a car here
7   from Haiti?
8     A.   We boarded the same Caribbean Tour.
9     Q.   Is that a bus, sir?
10    A.   Caribbean Tour.
11    Q.   Caribbean Tour. Thank you.
12         And Cyrus was on the Caribbean Tour
13  with you?
14    A.   Yes.
15    Q.   Okay. Did you take the Caribbean Tour
16  bus from Haiti to the Dominican Republic, sir?
17    A.   Yes.
18    Q.   Okay. And when did you do that, sir?
19    A.   When?
20    Q.   Yes, sir.
21    A.   This Saturday.
22    Q.   This Saturday.
23         Okay. And you said there were two
24  other gentlemen with you, sir?
25    A.   Yes.

56 (Pages 218 to 221)

Confidential - Subject to Further Confidentiality Review

Page 222

```
 1      Q.  Did you know those two other
 2  gentlemen, sir?
 3      A.  Yes.
 4      Q.  Okay.  And who were those two
 5  gentlemen, sir?
 6      A.  Jamesly, Geffrard.
 7      Q.  And did you know Jamesly and Geffrard
 8  before you took the bus, sir?
 9      A.  No.
10      Q.  And did the four of you all sit
11  together on the bus, sir?
12          MR. GARABEDIAN:  Objection.
13      A.  Yeah, we were sitting on the benches.
14  BY MR. KENNEDY:
15      Q.  Okay.  And how long was the bus ride,
16  sir?
17      A.  I don't remember.
18      Q.  Okay.  And did Cyrus pay for your bus
19  ticket, sir?
20      A.  If Cyrus paid it?
21      Q.  Yes.
22      A.  Yes.
23      Q.  And did Cyrus come to the hotel with
24  you, sir?
25      A.  Yes.
```

Page 223

```
 1      Q.  Okay.  Is he staying at the -- he's
 2  staying at the same hotel you are, sir?
 3          MR. GARABEDIAN:  Objection.
 4      A.  No.
 5  BY MR. KENNEDY:
 6      Q.  Okay.  He's staying at a different
 7  hotel?
 8          MR. GARABEDIAN:  Objection.
 9      A.  I don't remember in which hotel he is.
10  BY MR. KENNEDY:
11      Q.  Okay.  Now, during the bus ride, did
12  you discuss this lawsuit with Cyrus?
13          MR. GARABEDIAN:  Objection.
14      A.  No.
15  BY MR. KENNEDY:
16      Q.  During the bus ride, did you discuss
17  the lawsuit with the other two gentlemen, sir?
18          MR. GARABEDIAN:  Objection.
19      A.  No, no.
20  BY MR. KENNEDY:
21      Q.  Okay.  Now, since you've been in the
22  Dominican Republic, have you met with Cyrus?
23          MR. GARABEDIAN:  Objection.
24      A.  No.
25  BY MR. KENNEDY:
```

Page 224

```
 1      Q.  Sir, have you told Cyrus what
 2  Mr. Perlitz did to you, sir?
 3          MR. GARABEDIAN:  Objection.
 4      A.  I told him I was a victim.
 5  BY MR. KENNEDY:
 6      Q.  But did you tell him specifically what
 7  acts Mr. Perlitz did to you, sir?
 8          MR. GARABEDIAN:  Objection.
 9      A.  No.
10  BY MR. KENNEDY:
11      Q.  You've never told him specifically
12  what Mr. Perlitz did to you, sir?
13      A.  No.
14      Q.  Sir, how many times have you met with
15  Cyrus?
16      A.  I don't remember.
17      Q.  Is it more than twice, sir?
18      A.  I don't remember.
19      Q.  Sir, are you aware other alleged
20  victims have had their depositions taken in this
21  lawsuit?
22          MR. GARABEDIAN:  Objection.
23  BY MR. KENNEDY:
24      Q.  Fair enough.  Let me rephrase.
25          Sir, are you aware that other
```

Page 225

```
 1  Plaintiffs have given depositions?
 2          MR. GARABEDIAN:  Objection.
 3      A.  I don't know.
 4          MR. KENNEDY:  I don't think I have
 5  anything further.  Thank you very much for your
 6  time, sir.
 7          MR. GARABEDIAN:  That's it?
 8          THE VIDEOGRAPHER:  Going off the
 9  record.  This concludes the May 19th, 2015
10  deposition, and the time is 5:50.
11          (Whereupon, the deposition was
12  concluded.)
```

57 (Pages 222 to 225)

Confidential - Subject to Further Confidentiality Review

Page 226

```
 1        C E R T I F I C A T E
 2        I, MAUREEN O'CONNOR POLLARD, LSR #473,
 3  RMR, CLR, and Notary Public in and for the State
 4  of Connecticut, do hereby certify that there
 5  came before me on the 19th day of May, 2015, the
 6  person hereinbefore named, who was duly sworn to
 7  testify to the truth of their knowledge
 8  concerning the matters in this cause, and their
 9  examination reduced to typewriting under my
10  direction and is a true record of the testimony.
11        I further certify that I am neither
12  attorney for or related or employed by any of
13  the parties to the action, and that I am not a
14  relative or employee of any attorney or counsel
15  employed by the parties hereto or financially
16  interested in the action.
17        In witness whereof, I have hereunto
18  set my hand and seal this 24th day of May, 2015.
19
20  _____
21        MAUREEN O'CONNOR POLLARD, License #473
22        Realtime Systems Administrator, RMR
23        Notary Commission Expires:  10/31/2017
24
25
```

Page 228

```
 1        ------
          E R R A T A
 2        ------
 3  PAGE  LINE  CHANGE
 4  ____  ____ _____
 5        REASON: _____
 6  ____  ____ _____
 7        REASON: _____
 8  ____  ____ _____
 9        REASON: _____
10  ____  ____ _____
11        REASON: _____
12  ____  ____ _____
13        REASON: _____
14  ____  ____ _____
15        REASON: _____
16  ____  ____ _____
17        REASON: _____
18  ____  ____ _____
19        REASON: _____
20  ____  ____ _____
21        REASON: _____
22  ____  ____ _____
23        REASON: _____
24  ____  ____ _____
25
```

Page 227

```
 1        INSTRUCTIONS TO WITNESS
 2
 3        Please read your deposition over
 4  carefully and make any necessary corrections.
 5  You should state the reason in the appropriate
 6  space on the errata sheet for any corrections
 7  that are made.
 8        After doing so, please sign the
 9  errata sheet and date it.  It will be attached
10  to your deposition.
11        It is imperative that you return
12  the original errata sheet to the deposing
13  attorney within thirty (30) days of receipt of
14  the deposition transcript by you.  If you fail
15  to do so, the deposition transcript may be
16  deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25
```

Page 229

```
 1        ACKNOWLEDGMENT OF DEPONENT
 2
 3        I, _____, do
    Hereby certify that I have read the foregoing
 4  pages, and that the same is a correct
    transcription of the answers given by me to the
 5  questions therein propounded, except for the
    corrections or changes in form or substance, if
 6  any, noted in the attached Errata Sheet.
 7
 8  _____
    JASMIN JOSEPH            DATE
 9
10
11
12
13
14
15  Subscribed and sworn
    To before me this
16  _____ day of _____, 20_____.
17  My commission expires: _____
18
19  _____
    Notary Public
20
21
22
23
24
25
```

58 (Pages 226 to 229)

Confidential - Subject to Further Confidentiality Review

Page 230

```
 1          LAWYER'S NOTES
 2     PAGE LINE
 3     ____ ____ _____
 4     ____ ____ _____
 5     ____ ____ _____
 6     ____ ____ _____
 7     ____ ____ _____
 8     ____ ____ _____
 9     ____ ____ _____
10     ____ ____ _____
11     ____ ____ _____
12     ____ ____ _____
13     ____ ____ _____
14     ____ ____ _____
15     ____ ____ _____
16     ____ ____ _____
17     ____ ____ _____
18     ____ ____ _____
19     ____ ____ _____
20     ____ ____ _____
21     ____ ____ _____
22     ____ ____ _____
23     ____ ____ _____
24     ____ ____ _____
25
```

Golkow Technologies, Inc. - 1.877.370.DEPS

**A**

**a.m** 1:25
**a/k/a** 1:3,11
**ability** 16:8
**able** 12:17 13:16
  53:7 89:17 90:1
  95:14 106:12
  151:10 160:9
  171:8 172:3
  173:20
**abroad** 210:1
**absolutely** 203:7,13
**abuse** 111:25
  126:19 127:25,25
  131:25 132:1
  133:9,10,16,18
  134:4,6 135:4,8,8
  135:10,14,16
  137:24,25 138:12
  147:13 153:1,10
  159:24,25 160:3
  161:3 193:9,23
  194:6,13 212:4,10
  212:15
**abused** 21:4,7 48:3
  48:5 62:3,4
  100:15 111:24
  112:4,7 117:13
  134:24,25,25
  142:4 159:2,7
  160:15 164:17
  165:12,20,25
  166:6,9,13 168:21
  170:17 174:14
  178:6 181:12,15
  185:8 194:22
  205:21,25 206:12
  208:4
**abusing** 168:15
**access** 86:8,21
**accurate** 16:8
  227:16
**accusation** 138:6
**accuse** 136:25
**accused** 185:9
**ACKNOWLED...**

**229:1**
**acted** 141:21
**action** 1:2 8:12
  226:13,16
**active** 196:25 197:3
**actively** 32:2
**activities** 33:17
  203:15
**activity** 38:18
**acts** 224:7
**actual** 88:18
**add** 97:11 98:8
  100:19 102:12
  103:10 104:3
  105:19 107:5,12
**adding** 98:3 99:17
  101:5 102:20
**addition** 56:11
  57:19 58:13 60:5
**address** 19:16 20:4
  20:10 43:6
**addressed** 10:12
**adjacent** 104:3
**administrator** 2:12
  50:8 226:22
**afford** 85:23
**affords** 86:7
**afraid** 175:6
**afternoon** 49:18
  61:6 83:20,21,23
  94:1,12 219:20
**afternoons** 61:4
**ago** 35:3,17 142:21
  179:19 182:14
**agree** 166:25
**Agreed** 14:7
**agreement** 200:15
  200:24
**agricultural** 25:2
  30:4
**ahead** 86:14 172:22
  186:11
**Air** 160:18,20
  161:1,14,18,22
  163:8,24
**Al** 8:10
**alcohol** 127:24

**128:5 131:25**
**132:1,5,9,11,15**
**133:3,5,9,16**
**134:3,11 135:1,5**
**135:7**
**Aldors** 20:25 21:2
  21:3,13,17
**Aldors's** 22:1
**aliases** 11:9
**alive** 148:6
**allegations** 17:21
**alleged** 62:2 131:5
  138:17 142:24
  224:19
**altercation** 143:6
**altercations** 142:11
**altogether** 92:23
**Alton** 3:15
**Aluminum** 214:17
  214:25
**American** 1:11,12
  5:3 9:1 40:3
  219:21 220:7
**amount** 190:2,4,5
  216:15,16,20,21
**and-** 3:11
**Anderson** 26:17
  27:17
**Andy** 39:19,24 40:1
  40:7 41:12
**anger** 127:25
  140:24 141:1,9
  144:16
**angry** 150:16
**Anncie** 41:12
**answer** 14:5,9,13
  14:21,24 15:3,23
  17:7,9,10,11,16
  18:3,4 26:8 80:1,4
  104:21,22 118:19
  118:21 119:13
  126:7,14 127:16
  136:22 167:1,5
  168:19 172:16
  185:20 186:20
  187:9,11 188:4,6
  188:24 201:2,4

**207:12,17 217:25**
**218:2 219:2**
**answered** 79:17
  133:8,15 218:16
  218:25 219:3
**answering** 122:17
  135:13 148:16
  179:7
**answers** 9:19 16:7
  16:9 94:8 166:24
  168:25 175:5
  218:23 229:4
**anticipation** 153:4
**Antoinise** 39:15
**anybody** 66:25
  69:1 82:16,18
  117:21,25 118:9
  119:10 125:22
  126:4,11,11 136:4
  165:22,24 183:2
  187:6 200:24
**anybody's** 58:1
**anymore** 25:1
  34:21 132:15
  143:1 147:10
  152:1 160:6
  169:11,13 171:4
  183:9,13
**anyway** 89:11
  105:24
**apart** 196:20 201:7
  206:10 215:13
**APPEARANCES**
  3:1 4:1 5:1 6:1
**applies** 1:21
**apply** 172:3
**approaches** 73:4
**appropriate** 227:5
**approximation**
  150:1
**area** 63:11 87:9,13
  91:25 92:25 99:5
**arm** 202:20
**arrested** 195:16,24
  196:1,5,8,15,19
**arrive** 53:1 54:5
  67:5

**arrived** 54:12
  55:23 63:17
**arrow** 102:16
  105:14,18
**ashamed** 131:1
**aside** 108:15
  126:10 200:22,23
**asked** 11:13 15:23
  25:23 72:14 77:4
  77:19 79:17 81:16
  124:11 131:2
  161:6,12 189:1
  190:8 191:23
  216:23 218:15
**asking** 57:25 79:16
  95:8,11 96:14,22
  104:9,14,15
  113:22 117:11
  168:2 171:16
  172:17,24 173:1,3
  179:6 181:11
  182:2 186:16
  187:7,19,23 188:9
  188:11,12,16,17
  189:9,20,23 190:1
  191:25 192:14
  194:21 215:23
  219:3
**asleep** 92:7
**assault** 87:17
**assistance** 197:24
**Association** 1:11
  1:12 5:4 9:1
  219:22 220:7
**ate** 63:22
**attached** 227:9
  229:6
**attack** 144:3
  148:15 149:1,7
**attacks** 128:1
  148:11,18
**attempt** 96:14
**attempted** 153:5
**attend** 25:20 35:10
  56:10 146:3 160:9
  176:3,8 177:16
  208:15 209:7

**attendance** 113:10
**attended** 25:25
  33:22 34:2 35:14
  56:5,8,19 107:22
  145:13 176:13,16
  205:18 206:12
  208:24
**attending** 49:1
  52:14 53:25 55:19
  64:24 153:13
**attention** 37:8
**attorney** 14:11,15
  15:25 16:3 118:23
  207:9 226:12,14
  227:13
**attorney/client**
  14:6,14,22,25
  15:3,7 17:7 18:4
  118:20 119:14
  126:7,14 179:5
  187:10,12 201:3
  207:13,14,18
**attorneys** 17:1
  119:9 126:10
**attorneys'** 185:5
**attributable** 129:24
  133:10 144:17
**attribute** 147:12
**authority** 150:9,17
  150:17
**average** 61:15
  203:4
**awake** 129:17
**aware** 137:10
  224:19,25

**B**

**B** 7:11
**B-E-R-E-G-E**
  108:25
**Babbitt** 5:5 7:7
  8:24,25 219:19,21
**back** 15:18 18:8
  21:9,21 52:10
  61:4,6 77:7,8
  92:16 93:3 94:3
  103:22 123:6

129:10 132:18
144:10,12 150:7
152:21 155:13
158:2 162:17
163:21,24 164:8
190:21 199:8
212:23 213:1
219:15
**background** 175:4
**bad** 27:13 129:3
  131:8,9
**ball** 46:14 50:24
  54:14 78:12,14,15
  79:14 142:14
  143:1,2
**baptized** 175:25
  176:2,4
**Barcelo** 2:5
**bars** 213:19,20,22
  213:23,23
**based** 137:13 138:4
**basis** 136:25
  168:17
**basketball** 46:14
  54:4,15 105:9,20
  105:22
**bath** 101:4
**bbabbitt@rc.com**
  5:10
**Beacon** 4:6
**bedrooms** 22:8
**began** 87:16 176:3
**behalf** 9:4 17:1,22
**Bel** 160:18,20
  161:1,14,18,22
  163:8,24
**belief** 168:18
**believe** 10:19 48:18
  72:19 95:20 106:8
  125:8 167:8,15
  168:14 181:8
  191:5 193:17
  205:24 206:20
**believed** 181:9
  190:24
**believing** 206:11
**benches** 222:13

**bend** 86:16
**bending** 62:9 84:10
**bent** 84:10 86:23
  87:15 88:1
**Berge** 44:20,21
  45:1,5,14,19 46:1
  47:9,19,23 48:1,6
  48:9,16 49:1,4,11
  49:17,22 50:2,13
  50:15 51:2 52:14
  52:16 55:20 56:11
  56:20 63:1 64:24
  77:24 78:2,16
  79:3,11,13,21
  80:9,15,24 108:22
  108:23 109:5
  113:10 161:8,11
**best** 16:8 90:20
  106:18 116:1
**Bic** 97:1
**big** 22:4,6 68:7
  69:19 76:3 89:5
**bigger** 106:3
**biological** 24:19
  139:24
**birth** 18:10 153:19
  153:22
**birthmarks** 91:12
**bit** 12:20,21 30:6
  47:22 95:4 97:22
  120:23 170:11
  171:5 209:17,19
**blank** 94:14
**Blue** 19:25 20:1
  21:25 34:6
**boarded** 221:8
**body** 90:25 91:2,4
  91:13 211:1 212:7
  212:14
**books** 215:10
**boom** 155:3
**born** 18:16 19:2,3,7
**Boss** 32:20,22,25
**Boston** 3:7 4:7 6:8
**bothered** 64:14
**bought** 62:12 84:14
  154:1,23 156:5

157:15,20
**bout** 144:16
**boys** 56:19 77:10
  77:18 80:23 159:1
  159:6
**Bradford** 5:5 8:25
  219:20
**brain** 42:5 195:5
**Branford** 4:15
**break** 52:4 93:10
  108:4 123:1
  135:25 152:15
  190:14 202:19
**brief** 42:15
**bring** 33:7 41:15
  207:9
**bringing** 150:25
  151:5
**Broad** 5:15
**broke** 175:6
**brother** 23:2 25:9
  27:18,19
**brothers** 22:13,20
  22:23 24:18 25:14
  25:20,24 33:21
  39:10 48:10
**brought** 11:22
  158:25 200:18,25
**building** 41:16 55:4
  55:7 68:15 69:1,4
  69:6,15,19,25
  97:14,20,21 98:22
  98:25 107:21
  111:1
**buildings** 53:12,24
  84:22 97:8 102:5
  104:3
**bus** 220:21 221:9
  221:16 222:8,11
  222:15,18 223:11
  223:16
**business** 109:18
  149:5
**buttock** 67:14 73:9
**buttocks** 62:6,23
  62:23 67:22,24
  73:22 74:5,12,24

75:8 76:4
**buy** 157:12 198:4
  199:7,8
**buying** 154:20
**Bwa** 11:3,4,5,8

**C**

**C** 8:1 226:1,1
**cabinets** 215:6
**cafeteria** 55:9
**Calistene** 23:25
**Calixte** 36:24 37:2
**call** 10:11 11:3
  33:15 145:14
  182:5,9 205:11
**called** 11:8 18:20
  40:21 41:12 45:5
  136:22 160:18
  193:4 204:7
**calling** 32:10
**calm** 117:4 149:12
**Cap-Haïtien** 18:19
  19:1,4,10 34:5,7
  34:10 47:20 60:22
  125:13 145:16
  176:15 216:6,11
  218:5,9
**capable** 95:12
**car** 59:10 60:10,16
  60:20 108:9,11
  125:13 161:25
  220:21,24 221:6
**Cardor** 29:5
**care** 109:17 149:5
  219:18
**cared** 211:25
**carefully** 227:4
**Carenage** 37:14
  40:21 41:1,6,9,12
  41:14 42:8,10
  43:2,12,16 44:1,5
  44:5,9,11,15,17
  45:1,4,13,22,23
  46:5,5,15,18,22,24
  47:2,21,23 59:12
  96:19 208:25
  209:7,8

**Caribbean** 221:8
221:10,11,12,15
**Carretera** 2:6
**Carrier** 1:7 4:3
8:23 108:5,13,21
109:10,20 113:13
119:18 164:16
166:5,12,19
174:12 187:24
189:10 191:14
**cars** 182:23
**Carter** 1:8 4:11 9:3
59:3,5,20,23
119:18 120:1,12
120:12,13 121:7
121:12 122:15
123:10 124:3
220:16
**case** 62:1 126:20
130:21 150:21
153:10 200:18,24
207:9
**cases** 1:21
**Catherine** 34:3
**Catherine's** 34:4
34:13 35:1,8,11
35:14,20
**Catholic** 175:20,21
177:1
**cause** 226:8
**caused** 137:11
193:17,24 194:2,5
194:12
**center** 6:7 36:11
40:2 43:12 71:8
**Cerreta** 5:13 7:4
8:16,16 10:4,14
10:19,24 11:20
12:3,5,10 13:4,14
13:19 14:8,16,23
15:5,13,20 16:16
17:9,15,19 18:7
24:23 26:6,13,23
27:3,8,13,16,25
28:3,7,14 29:17
29:22 30:2,16,20
30:25 32:7 33:16

33:25 34:24 36:4
37:15,20 38:3,16
39:9,23 40:19
41:20 42:6 43:3
43:13,19,24 44:6
44:13 45:11 46:10
47:5,15 48:7,20
49:25 50:11,25
51:9,15,24 52:6
52:12,19 53:17,23
55:2,15 57:1,24
58:6 59:15,19
60:8 61:9,20
63:10,20 64:1,12
64:22 65:4 66:9
66:19 67:16 68:13
68:18,25 69:13,18
70:1,9,21 71:4,12
71:19,25 72:8,25
73:17 74:3,17,22
75:6 76:8 77:13
77:23 78:20 79:8
79:19,24 80:21
81:3,9,21 82:5,25
83:14 84:2 85:11
85:20 86:11,19
87:6,20 88:17,23
89:23 90:19 91:16
92:4 93:2,9 94:11
94:19 95:1,5,17
95:25 96:13,17
97:18 98:12 99:3
99:21 100:2,18,24
101:12 102:10,19
103:1,18,24
104:10,13,24
106:15,23 107:3
107:11 108:2,24
109:8 110:1 111:5
111:22 112:22
113:3,17 114:17
115:9,18 116:6
117:6 118:14
119:1,8,16 120:9
121:10,16,21
122:23 123:8
124:14 125:21

126:9,17 127:6,13
128:14,25 129:19
130:5 131:18,24
132:10,22 133:14
133:21 134:2,9,22
135:19 136:10,19
137:5 138:3,10,23
139:3,8,16,21
140:2,7,12,23
141:14,20 142:2
142:20 143:11,16
143:20 144:15
145:1 146:25
147:5,11,20 148:7
148:23 149:8,14
149:23 150:4,15
151:16 152:17,23
153:17 154:21
155:12 156:9
157:3,9,18 158:1
158:7,20 159:5,10
160:13 161:17,20
163:14 164:1,10
191:22
**Certain** 7:13 11:17
**certify** 226:4,11
229:3
**chance** 72:10 74:9
74:21
**change** 218:22
228:3
**changes** 229:5
**chapel** 54:3
**check** 91:4 181:22
212:5
**cherries** 53:21
**child** 22:14 29:2,6
30:3 35:6,17
151:8,11 205:14
205:18,21,24
206:12,20
**childhood** 30:17
**children** 24:19 31:9
41:15,21 54:19,21
56:10 121:6
150:25 151:5,7
180:11

**Chinay** 23:9
**choose** 100:11
**chose** 66:7
**Chris** 8:4
**Christian** 175:9,13
175:17
**Christmas** 121:24
**Christopher** 6:12
**Christophiane**
56:16
**church** 176:15,18
176:24 177:5,14
177:16
**church's** 177:13
**circle** 101:21,21
**circling** 99:4
**Civil** 1:2 8:12
**claim** 83:1 112:4
127:7 129:13
130:21 131:4
134:4 135:9
144:17,21 148:13
148:18 152:3
153:10 159:1
161:3 185:2 187:9
212:15
**claimed** 126:20
129:25 130:13
159:6
**claiming** 137:23
148:12 150:21
151:1 152:25
**claims** 178:5
**clarification**
172:18
**clarify** 14:23 117:1
**class** 37:13 38:22
42:19 43:6
**classroom** 42:18
**clear** 107:8 188:13
**climbed** 111:11
**close** 19:11 142:18
142:18
**closed** 56:23 57:10
145:4,12,23
153:14 160:5,8
169:14 195:25

196:1,4,4 199:20
210:18 214:18
**clothe** 198:1
**clothed** 113:14
**clothes** 90:4,8 91:6
113:21 114:1
117:2 198:4 199:7
199:8 201:14
**CLR** 2:11 226:3
**COLE** 5:6
**color** 215:1,3,4
**come** 17:4,20 18:8
37:24 38:21 52:20
61:4 62:5 63:5
64:7,14,20,20,20
65:5 66:5 68:19
70:2 76:3 79:9
81:10 106:6 127:2
162:9,13 180:12
222:23
**comes** 64:2 89:18
144:24 149:10
**comfortably**
216:11
**coming** 29:23 61:6
77:11 81:11 86:14
87:1,1,12,13
**commission** 226:23
229:17
**communication**
14:6,14,22 15:4,8
17:7 18:4 126:8
126:15
**communications**
14:25 179:5 201:3
207:14
**Communion**
176:10
**compensate** 190:6
**complained** 182:17
**complaint** 7:15
16:14 17:2,5,22
131:5 138:17
183:21,24 187:1,2
**complete** 88:20
**completely** 92:22
219:1,4

complex 95:22
complies 97:5 99:7
    103:11,14 105:21
concentrating
    109:17 127:24
    129:21,24 130:7
    130:14
concept 149:21
concerned 112:17
concerning 226:8
concluded 225:12
concludes 225:9
condition 131:3
condom 91:17
conducting 196:7
confessions 177:7
CONFIDENTIAL
    1:23
CONFIDENTIA...
    1:23
confined 30:13
confines 97:8
confirmed 176:5,7
    176:9
confuse 104:16,18
confusing 103:16
confusion 120:5
Connecticut 1:1
    4:15 5:8,16 8:11
    17:2 226:4
connection 15:24
CONROY 3:13
consists 15:22
Consolidated 1:3
consult 211:14,14
    211:23 212:22
contact 181:1
    183:4,5
context 60:4
continue 98:21,24
    102:1 104:23
    145:9 171:9
    186:10 192:11,12
    202:22,24
continued 4:1 5:1
    6:1 145:5 174:7
continues 99:9

101:17,24 102:4
conversation 43:9
    43:15 66:2 85:17
    116:3 118:20
    119:14 120:1
    162:4 163:1,9
    201:3
conversations
    14:10 118:22
    207:19
conversing 67:1
    115:15
correct 14:15 21:22
    88:5 95:20 112:5
    115:2 125:10
    133:6 193:13,18
    195:9,14 197:5,13
    199:6 202:11
    206:17 211:12
    212:4 217:1
    218:18 229:4
corrections 227:4,6
    229:5
cost 158:21
costs 185:4
Coughlin 6:12 8:4
counsel 8:14 10:15
    226:14
counselor 195:2
countries 46:17
Coupet 6:14 94:6
couple 164:3
course 112:21
    177:8 218:16
court 1:1 3:14 8:11
    9:13 11:13,24
    17:2 54:4,4 105:9
    105:9 185:6
    186:17 187:23
    189:9 227:16
courts 105:20
courtyard 117:19
    117:20,22,24
    118:4,7
covered 69:23
covering 214:6,9
create 136:1

created 136:2,5,8
    136:16
Creole 12:18,19,19
    12:24 37:3,5
    120:7,20,22,23
    122:5 131:13
    167:9,23
cried 62:10 84:12
    84:12 87:23 88:6
crimes 128:13
cry 88:4 90:5
crying 88:8,15
    128:2
current 20:10 22:4
currently 25:15
    31:12
curtain 86:7,20
cut 55:12
Cyrus 177:18
    178:22 179:18,24
    180:5 181:13
    198:8,10,11,12,13
    198:16 199:1,3,9
    199:13,18 200:1
    200:13,15 201:7
    201:13,16 220:18
    220:25 221:6,12
    222:18,20,23
    223:12,22 224:1
    224:15

_____

            D

D 8:1
D-U 18:24
Dadou 20:25 21:2,3
    21:12,16 22:1
    32:15,16
damages 184:8,13
    185:1,2,4
Dame 20:9 21:10
    21:16,21 22:1
date 8:6 18:10
    227:9 229:8
daughter 139:22
    139:24 153:19,23
    196:22 197:18,23
    198:1,1 201:23

day 5:14 8:17 18:12
    23:22 31:20 32:1
    37:16,25 39:1,2
    42:14 47:6 49:2,3
    49:16,17,22,24
    50:15,20,21 51:1
    51:21,23 52:15,21
    54:11 61:5,14
    63:1 66:15,20
    71:20 72:3 78:1
    78:19 79:11 80:9
    80:22,25 81:13,19
    82:9 109:15 113:6
    113:8 132:24,25
    132:25 133:1
    150:3 155:23
    160:25 163:5,6
    203:4,4,10 226:5
    226:18 229:16
day-to-day 33:10
days 10:22 31:3
    42:13 83:7 127:18
    127:19 205:4
    227:13
deal 128:20
Decattes 47:24
deceased 24:4
December 121:2
    124:12
decide 112:9
decided 44:14
    115:1 142:25
deemed 227:16
deems 185:6
Defendant 4:3,11
    5:3,12 6:3 8:17
    184:14 185:2,4
Defendants 1:15
    8:10 11:24 15:23
Defendants' 7:13
    11:17
Demand 7:15
    16:14
demands 184:7,13
    185:1
deponent 8:13
    229:1

deported 209:24
    210:1
deposing 227:12
deposition 1:23 2:1
    8:7 15:12 220:23
    221:1 225:10,11
    227:3,10,14,15
depositions 224:20
    225:1
describe 131:3
    141:1,2
described 58:14
    95:19,21
describing 94:21
    95:7 105:12,20
    168:25
description 7:12
    99:12
deserve 217:15,16
desk 68:4,6 70:3
    71:13,14 72:16
despite 23:18
details 208:8
diagnosed 215:15
diagram 7:16
    94:17
die 148:5,5,5
died 24:11,13 35:3
    35:7 146:9
different 37:11
    41:5 44:18 45:20
    53:12,15 60:4
    92:13,17,22 157:8
    169:20 187:14
    223:6
differently 187:15
difficult 23:10
    30:17 189:5
digest 63:25 100:6
dining 55:11
DIRECT 10:3
direction 226:10
directly 79:10 82:7
discard 141:5
discarded 115:23
discuss 178:4
    207:18 223:12,16

**discussing** 123:10
**discussion** 103:21
**disease** 215:16,21
**disrespected**
  175:18
**distance** 47:22 67:7
  84:21 96:8,9,11
  116:10,12
**distribute** 124:13
**District** 1:1,1 8:11
  8:11 11:24
**doctor** 126:22,25
  194:4,8,11 211:8
  211:10 212:18,20
  216:1,2
**doctors** 194:16,16
**document** 1:21
  11:14 12:7,11,22
  12:25 13:1,2,6,10
  13:23 14:2 15:22
  16:17,21 17:25
  18:1 101:7
**documents** 18:9
  185:22
**DOE** 1:13,13,13,13
  1:14,14,14
**doing** 33:2 41:22
  63:4,8 74:7,19
  106:17 109:14,21
  112:24 114:18,20
  114:21 227:8
**dollars** 184:8 188:1
  199:10
**Dominican** 2:7 8:8
  221:16 223:22
**door** 38:6 53:10
  68:1 69:5,10,11
  70:22 71:6,6 86:1
**doors** 86:3
**dorm** 54:2
**dormitory** 53:24
**Doug** 64:7 93:4
  97:13,14 118:10
  118:17 119:11,19
  120:1,25 121:7,11
  123:13 125:18,23
  126:12 133:18

134:5 135:10,16
137:25 138:12
142:3 148:13
152:25 170:16
173:18 174:13,18
206:13 207:10
208:10 212:9,16
212:24 213:1,8,16
215:1
**Doug's** 112:19
**Douglas** 1:7 8:9
  11:22 21:4,7 42:7
  42:21 43:9,21
  44:8,23 45:15,16
  47:7,25 50:1
  52:22 57:12,20,22
  57:23 58:2,24,25
  59:10 60:17,19
  62:2 63:4 64:2
  65:16,25 68:1
  71:21 84:9 85:4,8
  87:16 88:10 89:19
  90:25 91:17 99:1
  100:14 101:1
  105:1,5 109:23
  110:9,15,19 112:2
  112:4,8 113:13
  115:7 119:23
  120:20,23 121:1
  122:4,15 124:12
  124:21,23 125:6
  132:2,4 133:11
  134:24 139:14
  142:7,12,24
  144:18,21 147:15
  148:20 152:3,7
  159:2,7,24 160:3
  160:15,25 162:8
  162:12,13 163:9
  165:11,19,25
  166:6,13 168:21
  169:11 173:21
  175:18 178:5
  181:16 182:12,17
  182:18 191:1,10
  191:16 193:9,14
  193:17,22 194:5

194:12,22 205:22
205:25 212:4
**Douglas's** 62:18
  67:5 69:12 98:22
  99:1,5 101:16
  109:25 110:19
  191:7
**drank** 132:8 133:5
  134:19 135:1
**draw** 94:24 96:2,7
  96:8,10,11,14,20
  96:21,23 97:17,19
  98:5 99:20
**drawing** 96:6 97:12
  99:18 102:21
  104:2,4 105:24
  106:2,5,7,16
  107:5
**drawn** 104:8
**dream** 129:3,5,8
**dreaming** 129:9
**dreams** 129:13
**dressed** 79:7 92:18
**drink** 128:5 132:11
  132:15,19,24
  134:12,13 154:8,8
**drinking** 132:16,18
  135:7
**drive** 220:25 221:6
**driving** 60:16,17
**drove** 220:25
**drug** 127:25 135:8
  135:8,14 137:23
**drugs** 38:11 42:5
  128:3,3,4,6
  135:11,12,24,25
  136:5,9 137:1,3,7
  137:14,17 138:6
**du** 18:21 21:9,16
  21:21 22:1
**duly** 9:18,23 94:7
  226:6

──────────── E ────────────
**E** 1:7,8 4:3,11 7:11
  8:1,1 226:1,1
  228:1

**earlier** 94:20 95:6
  95:19 100:4
  119:17 123:10
  125:4 193:15,20
  202:8,9 213:16
**early** 15:12 61:11
**earn** 201:7 216:4
  216:10,15,20
  217:3,6,11
**earthquake** 146:8
  146:15
**East** 4:14
**easy** 23:16 137:20
**eat** 31:1 38:23 39:2
  39:7 50:24 51:6
  54:14,14 79:13
  89:17 121:2 124:3
  124:8 131:23
  150:6 160:11
  170:4
**eaten** 63:17
**eating** 48:13 54:19
  54:22 56:2 89:17
  89:18
**educate** 75:11
**educating** 75:18
**education** 171:10
**educational** 169:2
  169:17,23
**either** 41:14 109:19
  126:21 174:13
  194:19
**ejaculate** 89:19
**elapsed** 83:4 87:12
**Elyseé** 6:18 9:6
**embrace** 73:24
**emotional** 127:22
**employed** 25:17
  31:12,14 226:12
  226:15
**employee** 226:14
**employees** 57:7
  58:1
**en** 91:25
**enclosed** 85:24
**enclosure** 85:25
**ended** 50:15

**energy** 128:1
**England** 1:9 6:4
  8:21 193:2,4
**English** 11:5 12:23
  16:18,22,23
  120:21 122:1
  124:20 131:16,19
  167:10,11,16,25
  174:23 209:17,21
  209:25 210:2
**enter** 99:10 101:2
  101:24
**entered** 109:24
  178:21
**entering** 114:12
**entire** 104:17
**entitled** 206:21
**entrance** 98:25
**environment**
  160:12
**equitable** 185:7
**errata** 227:6,9,12
  229:6
**especially** 150:9
**ESQ** 3:3,4,12 4:4
  4:12 5:5,13 6:5
**estimate** 61:21,25
  76:25 149:19
**Et** 8:10
**event** 21:20 43:25
  135:20 147:6
**eventually** 78:5
**everybody** 22:16
  205:13,13
**exactly** 90:12 124:5
  136:15 184:12,22
**exam** 145:10,10,10
**examination** 7:2
  10:3 226:9
**examined** 9:23
**example** 46:21
  103:7 170:10
**exams** 147:7,13,25
**excited** 142:6
  144:19
**Excuse** 17:12
  172:12 188:20

exhibit 11:13,15
  12:6 15:22 16:11
  16:12,13,17 20:24
  26:8 94:13,15
  103:9 127:21
  133:16 183:22
exit 76:9 163:21
expect 140:16
expenses 29:24
  33:10
expensive 145:7,21
  146:5
expires 226:23
  229:17
explain 95:10
  97:22 120:6
  127:18 149:20
explained 117:5
explaining 122:4
explanation 107:9
  107:12,14
extent 187:9
eyes 136:23,24
  137:12,13 138:5
eyeshot 67:1

**F**

F 226:1
Fabiola 29:5
face-to-face 116:9
  116:11,17
faced 72:6
faces 57:10
facilities 84:16
facility 37:17,22
  38:5,19 39:1,5,11
  40:21 53:3 54:23
  55:6 84:24
facing 72:22 86:13
fact 23:18 137:16
  179:24
fag 205:11
faggots 183:11
fags 183:12 205:9
fail 227:14
fair 142:3 224:24
Fairfield 1:8 5:12

8:17 11:23 12:3
familiar 12:6,9
  13:1 16:18 18:20
  36:25 39:25 40:11
  160:18
family 21:16,21
  22:7 23:19 25:7
  30:9 48:9 202:11
  202:16
Faniel 48:24,24
  55:18
far 47:21 67:9
  110:25 111:3
  157:25 171:5
father 1:7 8:23
  22:13 24:16,20,24
  26:20,24 27:21
  30:4 34:22 35:9
  47:11 48:10 59:4
  59:7 60:1,4,18
  108:5,13,20 109:3
  109:10,20,23
  110:3,12,16,17,19
  112:8 113:13
  115:7 118:10,17
  119:11 125:5,9,17
  125:23 126:12
  164:15,16 166:9
  177:2,4 187:24
  189:10 190:25
  191:11,14,15
father's 23:24
  26:19 35:4
fear 149:10
feed 197:25
feel 141:8,15
  210:21,24
feelings 141:22
fees 146:3,11 185:5
feet 86:17
fell 92:7
felt 212:7
fever 210:25
field 24:25 105:10
  105:25 106:2
Fields 176:20
fight 142:9

fighting 143:10
fights 142:8
figured 87:4
filed 1:22 17:1,5,22
  178:14
financially 226:15
find 31:20 45:12
  95:14 124:12
  180:13 189:13,13
  189:17 204:20,21
  204:24
fine 13:18 15:13
  100:3 187:16
  188:11
finish 95:15 98:10
  101:9 104:20,21
  104:21 128:11
  185:10,13 189:14
  189:15
finished 88:14
  118:6 128:8
  154:19 189:12
first 7:13 9:18,23
  11:17 12:23 34:1
  34:12 35:14 36:8
  38:18 42:21 43:20
  44:7 48:2 62:4,14
  62:15,19 67:20
  70:10 72:1,12
  83:10 85:7 87:3
  90:7 94:7 96:1
  100:14 108:20
  109:3,9 110:2,7
  118:15 129:17
  135:5 151:11
  176:10,12 178:25
  179:19 185:11
  199:22
five 1:14 22:13,14
  114:16,19,22,25
flashbacks 127:25
  144:20 147:12,17
  147:24
Floor 3:6 4:6
flowers 53:21
  98:19,20
fly 106:18

Folkman 4:4 7:5
  8:22,23 164:13,15
  164:20 165:3,5,6
  165:16,17,23
  166:4,10,15,22
  167:6,10,13,18,20
  168:4,8,11 169:19
  169:22 170:2,8,14
  171:2,13,19,24
  172:8,13 173:2,8
  173:14,22 174:10
  174:17 175:12,19
  175:24 176:22
  177:3 178:9,19
  179:8,23 180:4
  181:10,19 182:1,7
  182:20 183:1,19
  183:24 184:2,3,11
  184:20,24 185:10
  185:13,15,18,23
  186:4,8,11,14,15
  186:23 187:2,5,13
  187:17 188:5,9,15
  189:7,16 190:10
  190:15,23 191:4
  191:20 192:6
  201:23
follow 111:7
following 107:13
  188:23
follows 9:20,24
  94:9
food 31:4 38:25
  39:4,7 48:13
  54:17,24 55:4,23
  60:24 63:11,25
  89:16 100:6 160:6
  170:4 198:5 199:7
  199:8 201:14
foot 156:16
football 54:4
  203:12,17 204:14
force 105:23
foregoing 229:3
foreign 46:16 69:24
foreigners 150:10
  150:20

forget 148:4,6
  171:6
form 10:21 158:23
  229:5
forward 192:23
found 38:11 182:18
  182:22
four 1:13 97:6,12
  114:16,18,21,25
  198:18,18,20,20
  222:10
Francilien 183:5
free 212:1
freed 196:9
French 37:3,5
  157:8
frequently 61:16
  148:1
friend 20:15,21,25
  22:1 32:14 35:4
  36:1,3 135:6
  136:12,15 137:9
  145:6 146:2 153:6
  154:2,24 155:16
  156:1 158:8,12
  204:7
friend's 36:5
  136:13 146:6
friends 21:18,19
  77:4 203:23 204:1
  209:24
Frito 207:23,24,25
  207:25 208:4,15
  208:19,21,24
  209:4,7,12
front 15:6 62:7
  70:24 99:14
  155:11 209:25
full 42:14
fully 113:13
functioning 160:6
Fund 1:8 219:23
  220:1
furious 141:13,15
furniture 68:9
further 1:23 10:15
  164:11 171:5

185:6 220:11
225:5 226:11
**fuss** 190:12
**future** 127:4
169:11

**G**

**G** 3:12 8:1
**game** 143:2
**games** 46:19,25
47:7
**Garabedian** 3:3,5
9:10,10 10:17,23
12:8 13:11,17
14:4,12,17,20
15:2,7 17:6,12,16
18:2 24:21 26:4
26:11,21 27:1,6
28:5,12 29:14,20
29:25 30:14,18,23
32:4 33:11,23
34:18 35:25 37:12
37:18 38:1,13
39:6,21 40:17
41:17 42:2 43:1
43:10,17,22 44:3
44:10 45:9 46:7
47:3,13 48:4,17
49:23 50:9,22
51:4,13,22 52:2,4
52:17 53:14,19
54:25 55:11 56:21
57:21 58:3 59:13
59:18 60:6 61:7
61:18 63:7,18,23
64:10,16 65:1
66:3,17 67:12
68:11,16,23 69:8
69:16,21 70:4,17
71:1,10,16,22
72:4,23 73:15,25
74:15,20 75:4
76:6 77:9,21
78:18 79:4,12,22
80:19 81:1,6,18
81:25 82:23 83:12
83:25 85:9,18

86:9,15,25 87:18
88:13,21 89:21
90:16 91:14 92:2
92:24 93:11 95:15
95:23 96:5,16
97:16 98:10 99:19
99:23 100:16,22
102:7,14,22
103:15 104:7,20
106:5,19 107:1,6
107:24 109:6,22
111:20 112:20,25
113:15 114:15
115:6,16 116:4
117:3 118:12,18
119:5,12 121:8,14
121:19 122:19
124:10 125:19
126:6,13,23
127:11 128:11,22
129:15 130:2
132:7,20 133:12
133:19,25 134:7
134:20 135:17
136:6,17 137:2
138:1,8,21 139:1
139:12,19,25
140:5,10,21
141:10,18,24
142:17 143:7,14
143:18 144:13,23
147:2,9,18 148:2
148:21 149:3,11
150:2,13 151:13
152:13,15 153:15
154:18 155:10
156:7,25 157:16
157:24 158:5,18
159:3,8 160:10
161:15 163:12
164:4,18,23 165:2
165:4,13,21 166:1
166:8,14,20 167:2
169:18 170:1,6,12
170:24 171:11,17
171:22 172:5,11
172:15,19,22

173:6,12,19 174:8
174:15 175:10,16
175:22 176:25
178:7,16 179:2,4
179:21 180:2
181:7,17,24 182:3
182:15,24 183:17
184:9,15,17,23
185:19 186:1,10
186:19,25 187:3,8
187:15 188:2,7,13
189:14 190:17
191:2,17 193:5
194:7,24 196:11
197:10,19 198:3
199:14 200:2,6,19
201:1,10,22 202:3
202:12,18 203:6
203:20 205:3
206:2,14,22 207:1
207:11,17 209:1
209:10,13,18
210:13 212:11,17
213:13,24 214:3
214:10,14,21
215:17 216:7,12
216:17,22 217:5,9
217:14,21 218:1,6
218:11,19 219:5
222:12 223:3,8,13
223:18,23 224:3,8
224:22 225:2,7
**garabedianlaw@...**
3:9
**garbage** 33:13
156:13
**Gary** 32:20,22,25
**gate** 98:1,15,18,18
98:19,23 162:2
163:18,19,21
**gay** 151:17,25
152:4,8,11 205:15
205:18
**Geffrard** 222:6,7
**generally** 71:8
**gentlemen** 221:24
222:2,5 223:17

**Gervil** 1:3,4 8:9
**getting** 25:5 55:16
55:23 75:3 81:23
102:4 103:15
114:7 121:22,24
141:9,17 199:17
**gifts** 121:2,3 124:12
**girl** 29:8
**girlfriend** 201:20
**give** 16:10 23:3
31:16,25 32:6,10
33:2,14 94:13
107:8,13 124:13
141:5 191:14
197:25 198:14,16
198:18 200:12
201:16 204:23
205:9 208:8
217:11,16
**given** 198:4 218:23
225:1 229:4
**gives** 198:8 201:13
**giving** 172:6
**glad** 171:3
**glass** 214:13,14,20
**go** 10:8,14 13:5
15:9,13 34:16
36:11 38:22 39:10
42:18 46:13 48:13
48:16 49:6 50:20
50:23 51:5,6,7,11
51:19 52:1,15
53:2 54:10,17
56:6 61:2,12,13
61:14,16,23 63:22
65:16 66:7 69:12
73:10 76:18 78:1
78:3,10,16,19
79:6,7,10,15
80:14,16,17 81:4
81:12,14,20 82:3
90:13 98:16 100:5
101:3,14 102:2
105:4,4,15 106:12
106:13 107:18,20
110:10,19 111:9
111:14 114:7

121:1 124:3,8,16
126:22,24 145:20
145:22 147:10
149:4 160:11,24
161:10,13,13,18
161:21 162:11,11
162:18,18,22,23
163:10,23 164:2
172:22 173:17
177:15,17 178:22
180:17,18 183:9
183:12 186:11
194:8,15,16
203:12 204:15,16
204:22 208:23
209:5 210:20
211:15 212:5
216:3
**goal** 143:8,9
**God** 172:7 173:13
173:21,24 175:18
192:20 197:14,17
197:20
**God's** 175:6 197:16
**goes** 98:1 99:9
102:15
**going** 15:15 27:14
42:5 44:15 45:13
45:17,18,19 46:1
46:2,11 47:8 48:1
49:4 52:7 75:7
78:22 84:13 87:3
87:5 93:12 94:12
94:23,24 95:3,18
96:1,7 97:22
98:11 101:10
103:19 104:16,23
105:23 106:8
107:13,14 108:11
109:2 110:10
111:10,12,14,19
112:9,10,14,19
115:1 121:23
123:3 124:8,17
127:5 145:5 147:7
148:4 152:18
154:8 156:6 164:5

Confidential - Subject to Further Confidentiality Review

166:25 167:25
168:1,3 169:10
172:21 176:9
181:5 185:19
187:9 190:15,18
192:14,23 213:4
219:12 225:8
**Golkow** 8:5
**good** 8:18,18,22,24
9:2 10:5 93:9
94:12 97:17
124:18 149:6
207:7 219:20
**gotten** 172:9
**gourde** 33:3,3
**gourdes** 32:1,1
33:14 158:22
**grade** 35:14
**grades** 37:11
**great** 97:11,24
104:25 105:11,19
106:24 108:3
**grew** 146:21
**ground** 97:13
156:15,17
**grounds** 53:8,13
54:17 96:3 104:2
**group** 64:18 121:6
182:5
**growing** 22:19 30:9
30:11
**guard** 162:3,3,5
**guess** 181:11
**guy** 75:17 89:6
129:5,11 162:18
180:10
**guy's** 138:5
**guys** 116:2 129:10
159:4 163:11
221:4

**H**

**H** 7:11
**habit** 140:16
**Haiti** 1:8 18:17,18
28:20 145:7
219:23 220:1

**221**:7,16
**Haitian** 12:18
31:25 32:1 33:3
41:11 146:17
149:21 158:22
**half** 76:2
**half-brother** 28:4
**hallway** 105:3
**hand** 62:22 67:13
67:21,23 73:8,8
144:9 154:25
155:4,6 156:8,11
200:3 226:18
**hand-drawn** 7:16
94:16
**hand-pump** 105:6
**handing** 11:14
**hands** 73:11,18
74:4,24 75:8 76:4
**hang** 189:11
203:19,23 204:1
204:12
**HANLY** 3:13
**happen** 62:25 63:2
145:2 149:15,17
149:24
**happened** 35:16
62:17 65:19,22
66:16 71:23 82:22
84:7 89:15 129:14
129:17,25 130:13
142:1,24 143:3
144:1,18,21
148:13 149:17
150:5 152:3,7
153:11,22 161:3
162:1,10,19
180:20 181:1
**happening** 75:13
**happens** 64:3 67:11
73:7 91:20
**happy** 87:23
150:14 170:22
**hard** 150:22
**harm** 190:6
**Hartford** 5:8
**he'll** 87:24

**he/she** 120:3,6
**head** 75:7 127:1,1
130:10 148:3
150:7 195:4 206:7
206:10,15,18,19
**hear** 35:23 165:8
178:10 179:17
**heard** 178:2,4
179:22 180:14
183:2,15,16
187:22 188:18
193:3 195:10
205:15 210:5
220:4,9
**Heart** 56:15
**held** 2:3 8:7 88:22
144:9,12
**help** 13:5 42:5
180:12 197:25
207:8,22 208:2
**helping** 36:2
180:10
**hereinbefore** 226:6
**hereto** 226:15
**hereunto** 226:17
**hi** 164:14
**high** 145:14
**higher** 95:4
**Hills** 19:25 20:2
21:25 34:6
**hire** 31:17
**holding** 89:3,7
**home** 19:21 21:16
21:21 22:4 23:13
23:20 25:7 29:19
48:10,14 49:6,8
50:19 51:18 61:13
61:13 81:20 82:7
82:12,18 84:21
92:14,19 118:8
158:10,13 183:13
202:11,16
**homes** 53:16
**homosexual** 151:18
152:8,11
**homosexuals** 31:17
**Hope** 1:7 4:11 9:3

119:18,25 120:12
120:13 121:7,12
122:15 123:10
124:2 220:16
**hoping** 102:10
**hospital** 210:9,12
210:20,22 211:3,6
211:15,19,25
212:3 215:13
216:3
**HOSPITALLER**
1:10
**hospitals** 215:12
**hot** 211:1 212:7,14
**hotel** 129:4 222:23
223:2,7,9
**hours** 42:16 76:25
**house** 22:4,6,21
23:23 30:12 48:11
49:11 68:24 70:18
79:5 82:19 84:19
98:21 99:10,11
101:1,16,23
102:23,24 105:1,3
107:15,16,18
142:19 155:13,15
155:19,19 156:3
156:14,18 157:23
158:3,12,15
160:18,21 161:21
163:2,15 203:18
216:5
**housed** 97:14 198:2
**houses** 97:6 98:22
99:1,9 101:25
102:18,24,25
103:3,6 105:7
**humiliate** 204:23
205:7
**hungry** 31:3
**hurt** 127:12 143:23
170:25 171:4
**hurting** 202:20
**hurts** 202:21

**I**

**idea** 174:25

**identification**
11:19 16:15 94:18
**identify** 8:14 167:7
167:14,21 168:14
**ignored** 90:18
**ill** 24:14
**Illinois** 3:15
**illness** 215:16,21
**image** 145:8
**imagine** 213:10,11
**imagining** 213:12
**immediately** 67:21
154:17
**impact** 130:11
151:15
**imperative** 227:11
**impulse** 141:22
**in-between** 105:6
**incident** 62:15
64:25 65:10 80:22
83:2,10,11,15
84:8 85:7 90:24
91:7,18 117:12
118:16 119:10
127:7,10 131:5
138:16 143:3
147:24 152:6
153:3,21
**incidentally** 12:17
**incidents** 83:5
112:3 125:17
126:21 127:15
129:13,25 130:12
132:1,4 142:7,23
144:17,21 148:13
148:19 152:2
153:9 161:2
**Including** 15:5
**income** 30:8
**Incorporated**
219:24 220:2
**incorrect** 133:22
133:24
**INDEX** 7:1
**indicate** 101:6
103:5 105:12
**indicating** 97:7

98:2,7 99:2 102:2
102:18 103:3
105:15,18 106:1
107:17
**indication** 103:4
**inform** 47:11
**informed** 47:8,25
**initially** 88:7
**injured** 169:1
**injuries** 126:18
127:9,14 130:21
131:6 133:10,17
134:4 135:9,15
137:24 138:15
143:17 148:12,18
150:21 151:1
152:25 175:5
**injury** 131:3
**Innocent** 208:19
**inserted** 88:1
**inside** 53:11 67:23
70:6,7 73:9 84:19
88:11,19 89:20
98:16 101:15,15
101:16 102:24
106:13 111:10,15
115:2 123:24
127:8 145:8
158:12,15 162:11
163:2,15,19
214:17 215:1,3
220:24
**instance** 109:19
**instances** 108:16
**instruct** 14:5,13,21
17:6 18:3 118:19
119:13 126:6,13
179:4 185:20
186:19 187:8,10
188:3,10 201:2
207:12
**instructed** 14:17
**instructing** 14:24
15:2 188:5
**instruction** 15:6
**INSTRUCTIONS**
227:1

**interaction** 44:8
**interest** 111:18
185:5
**interested** 226:16
**interpreter** 6:14,18
9:7,8,9,15,17,24
12:1 16:1,3 17:11
27:7,11,24 94:5,6
95:3 101:8 104:11
108:23 120:5,6,18
128:8 131:8,12,15
139:6 146:24
149:20 157:6
161:19 165:14
166:2 167:16,19
169:21 183:23
184:1,18 185:12
185:17 186:7,13
202:1 204:9
219:17
**interpreting**
185:21 186:3
**interrogatories**
7:14 11:18 35:13
131:14
**interrogatory**
20:24 26:7,8
127:20 131:2
133:8,15 135:14
138:14 148:17
151:4 166:24
**interrupt** 98:13
**interruption** 111:4
**intervening** 76:2
85:6,17
**intimacy** 139:5,6
**intimate** 138:25
**introduced** 179:25
**investigate** 112:10
**investigating**
196:10
**investigation** 196:6
**involved** 29:16

_____

**J**

**J** 4:4 6:5
**jail** 171:4 196:17

**Jamesly** 222:6,7
**January** 146:16
**Jasmin** 1:23 2:1 7:3
7:13 8:13 9:22
10:7,8 11:1,2,16
13:13,13 64:4
184:4,25 185:3
229:8
**Jasmine** 29:7,8
31:10 196:24
201:21,23 202:1,2
202:10,15
**Jasmine's** 196:25
197:3
**jcerreta@daypit...**
5:18
**Jean** 6:18 9:6
**Jean-Charles**
183:6
**Jeff** 220:15
**Jeffrey** 4:12 9:2
**Jerome** 159:13,15
159:18,23
**JERUSALEM**
1:10
**Jesuit** 210:6
**Jesus** 1:9 6:3 8:20
193:1,4
**jkennedy@mwll...**
4:17
**job** 25:15 32:6
40:16 172:9
173:10 204:20
**jobs** 31:20 33:4
172:3
**John** 1:10,12,13,13
1:13,14,14,14
5:13 8:16
**Joseph** 1:23 2:1 7:3
8:13,19 9:22 10:7
10:9,11,25 11:1,2
11:15 13:13,13
15:21 16:13 23:5
23:5,8,8,9,25 24:3
25:9 26:17 27:17
29:7 52:13 94:12
94:15 103:25

123:9 152:24
164:11,14 184:4
184:25 185:3
192:11,15,25
193:8,15 199:10
200:22 201:9
202:24 203:3
207:8 209:16
210:5 212:3,23
216:5 218:14
220:15 229:8
**Joseph's** 7:13
11:16
**journalist** 177:21
**joy** 128:1
**judgment** 184:7,13
**June** 18:14
**Jury** 7:15 16:14
**justice** 180:13
181:2 182:18,22
183:15,18 189:13
189:13,17 206:21
206:25
**Justinian** 210:8,12
210:20 211:3,6
212:2 215:13

_____

**K**

**keep** 165:2,3 198:1
**Kennedy** 4:12 7:8
9:2,3 220:14,16
222:14 223:5,10
223:15,20,25
224:5,10,23 225:4
**Kerrigan** 6:5 7:6
8:18,20 15:11
131:10,14 164:25
172:17 176:21
190:9 192:10
193:1,7 194:10
195:1 196:13
197:12,21 198:6
199:16 200:4,8,21
201:6,12,24 202:2
202:5,14,23 203:8
203:22 205:6
206:4,16,24 207:3

207:15,21 209:3
209:11,15,20
210:15 212:13,19
213:15 214:1,5,12
214:19,23 215:19
216:9,14,19,25
217:7,12,18,23
218:3,8,13,21
219:7,10
**kids** 36:2 54:2
77:11 117:23
120:15 123:19,22
178:6 180:10
182:12 183:15
**kill** 62:13 84:15
141:6,16 157:12
**killed** 142:13
143:12
**kills** 157:1
**kind** 38:25 66:25
69:5 74:18 78:23
86:13 89:2 92:8
102:5 106:3
112:23 143:2
154:11 197:22
215:16
**King** 4:5 56:16,17
**kitchen** 55:13
**km** 2:6
**knew** 39:14 58:23
81:19 164:22
165:11,18 166:6
166:13,19 167:8
167:15 168:15,20
188:12 189:22,25
190:4
**knife** 143:19,21,23
143:25 144:2,3,5
144:8,12
**knock** 53:9,9
**knocked** 162:2
**know** 11:7 16:21,25
17:4,20 20:4
24:14,15 26:16
35:5 38:2 39:16
39:19 40:12 41:18
41:19 46:16 48:21

50:10,10 55:16
56:9,13 58:16
64:23 65:2 66:8
68:4 76:1 81:16
82:1 86:24 87:2
87:14 89:5,10,14
96:12,25 104:17
104:18 110:8,10
110:12,13 112:18
119:22 120:8
127:4 135:22
136:13 145:7
146:9 147:23
149:4 150:22
151:3 156:1,20
159:18,18 164:21
165:7,10,18,22,24
166:5,12,17,18
168:20 171:18
173:15,23,24
176:23 177:4,18
177:19,21 178:1
180:5,7 181:3,9
181:20 182:11,16
182:18,19,21,22
182:23 183:7,18
185:16 187:18,22
188:17,25 189:8
189:17,19 194:9
194:25 195:2,7,9
195:11 196:12
201:15,17,18
205:10,12 208:19
208:24 210:17
212:18 215:9,11
216:8,13 217:2,10
217:10,15,19,22
217:25 218:2,4,7
218:7,12 219:23
220:1,6 222:1,7
225:3
**knowledge** 141:5
226:7
**known** 146:19
159:15,17,20
165:24
**knows** 172:7

173:13,21,24,25
197:20 205:13
212:18

## L

**la** 19:8,9,12,17,19
19:24 20:6 21:25
34:10
**label** 156:23
**laborer** 30:4
**lack** 128:1 130:20
130:24
**laid** 53:18
**laptop** 96:9
**large** 55:12 92:9
**lashed** 141:22
**lasted** 125:2
**late** 61:13 104:8
**law** 3:5 175:6
**lawsuit** 11:22 15:24
17:1 62:1 158:25
178:15 187:20
199:23,25 200:11
200:16 223:12,17
224:21
**lawyer** 164:15
179:13 180:6
**LAWYER'S** 230:1
**lawyers** 179:1,10
179:20,25 181:1,6
182:5,9 200:22,23
**layout** 94:21 95:7
**leads** 102:16,17
141:8,13
**learn** 107:16,19
209:21
**learning** 33:1
**leave** 42:17 44:15
45:19 75:23 79:5
80:7 81:4 82:3,6
90:2
**leaving** 76:13
126:10
**left** 19:19,23 20:19
20:20,22 29:15
32:14 35:8,20
44:5,9,11 45:4

65:21 67:15 70:25
71:9 72:11 74:2
74:10 75:1 77:6
78:16 81:16 90:4
90:13 91:25 92:12
92:15 98:20,23,24
101:2 145:10
162:20,20,21
163:22
**left-hand** 101:17
101:23
**leisure** 203:13
**Leothide** 23:8
**Leroy** 6:15 9:8,17
**let's** 58:7 69:9
95:14 106:6 121:1
124:3,8 184:21
**li** 120:7,10
**liar** 107:10
**License** 226:21
**life** 21:25 128:1
132:6,14 133:2,6
134:11 137:8
169:17,24 170:3,9
170:16,23 171:1
193:10 196:25
197:3
**limited** 54:9
**limits** 96:6,7
**line** 37:21 98:4
228:3 230:2
**liquid** 158:23
**list** 128:9
**listed** 131:6
**listening** 121:6
168:13
**little** 12:20,21 30:6
78:12 94:25 95:4
97:22 102:1 104:8
120:22 123:19
170:11 209:16
**live** 19:3,6,12 20:21
22:10,16 23:13,19
53:25 54:3 131:23
142:18 155:18
202:9 216:11
**lived** 20:5,12,25

21:3,24 202:15
**living** 19:17,20
21:19 22:20 29:18
48:9,11
**LLC** 4:13
**LLP** 5:6,14 6:6
**lobby** 68:21
**located** 47:19
**lock** 86:1,1
**long** 19:12 28:22
34:12 35:3,10,16
36:10,10,12,13,14
49:13 56:23 64:23
65:2 73:24 76:22
76:24 77:1,2 79:2
79:20 89:12,14
91:22,23 116:13
116:15 125:1
135:4 142:21
145:22,24,25
146:20 159:15,16
159:17,20 201:19
202:15,17 222:15
**longer** 139:15
160:9 175:17
**look** 12:25 16:18
31:15 32:5 70:19
84:17 90:25
112:23 115:14
127:20 180:16
204:22
**looked** 110:22
113:1 114:1,14
117:8 137:12,13
213:9
**looking** 26:7 32:2,8
114:8
**looks** 13:1 107:9
**lose** 146:12
**loss** 169:2
**lost** 145:9,10,11
169:9,10
**lot** 22:11 24:9
28:24 29:1 30:24
66:22,24 76:24
84:25 100:7
116:11 132:21,23

150:11 175:11
192:15 193:25
194:2
**Louis** 1:3,4 6:18
8:9 9:6,6
**LSR** 2:11 226:2
**Lu** 3:4 9:12
**Luckson** 36:23
37:4
**lunch** 93:10
**luncheon** 93:14
**Luperón** 2:6
**Luther** 56:16,17
**lxia@garabedian...**
3:10
**Lycee** 145:14
**lying** 104:16

## M

**M-E-R-E** 108:24
**Mackenson** 23:5
25:9
**mad** 142:9
**Madam** 36:24 37:2
39:15 59:20
120:12
**Main** 4:14
**making** 74:18
103:4
**Makoulada** 23:8
**Malta** 1:11,12 5:3
9:1 219:21 220:6
**man** 32:20 40:5
146:17,17
**Mandela** 56:16
**mango** 53:20 63:13
63:16,22 64:3,14
64:25 67:2,7
76:20,22 77:7,15
77:19 78:6 90:10
90:13 91:21,22
92:1,6,12,15
98:23 99:13,14,17
99:24,25 100:5,7
100:8,13,20 101:3
101:4,6,18,19,20
101:21,22 104:6

manifest 150:12
manual 105:7
map 100:21 101:6
    101:7
Margarette 39:17
Marilyn 6:15 9:8
    9:17
mark 11:13 97:20
    105:12
marked 11:18
    16:11,15 94:13,17
market 157:21,21
marketplace
    157:20,22 158:3
married 26:24,25
    28:9,11
Martin 56:16,17
    176:19
mason 31:20,24
    32:22 218:4
masonry 31:18,21
    32:21,24
Massachusetts 3:7
    4:7 6:8
match 46:15
matches 204:16
math 37:3
matter 8:8
matters 226:8
Maureen 2:11 9:14
    226:2,21
meal 51:12
mean 14:19 76:3
    83:6 99:25 106:16
    106:17 117:1
    126:24 148:24
    149:1,2 154:19
    163:13 169:5,7
    171:25 178:24,25
    206:25 207:4
    213:22
meaning 11:6
means 51:5 207:2
meant 169:6
medication 128:20
    128:23
meet 41:11 42:21

107:15 220:18,20
meeting 122:12
    123:9 124:2 125:1
    182:8
meetings 107:19
memories 108:12
    108:17
memory 24:8
    109:20 110:6
men 182:12,17
mentioned 28:8
    33:20 35:19 37:7
    52:18 55:18 62:16
    62:17 99:13 104:5
merchant 154:11
Mere 44:20,21 45:1
    45:5,13,19 46:1
    47:9,19,23 48:1,6
    48:9,16 49:1,4,10
    49:16,22 50:2,13
    50:15 51:2 52:14
    52:16 55:19 56:11
    56:20 63:1 64:24
    77:24 78:1,16
    79:3,11,13,21
    80:9,15,24 108:22
    108:23 109:5
    113:10 161:8,10
Merline 39:15
met 120:15 178:25
    179:20 199:22
    223:22 224:14
metal 69:24,24
    213:23
Michael 3:12 6:5
    8:19 192:25
microphone 95:2
middle 71:17,17
Mike 9:4
MILANO 4:13
MILITARY 1:9
million 184:8 187:7
    187:19,25 189:20
mind 12:25 28:25
    28:25 79:25 89:18
    98:3 99:4,16
    101:5 102:20

103:3 122:17
    139:15 144:25
    145:8 148:9 213:8
mine 135:6 136:12
    204:7
minute 76:2 114:19
    114:22 152:16
    179:19
minutes 49:15 52:5
    65:23 66:1,4,7
    67:4 76:25 80:6
    114:16,25 164:3
miscommunicati...
    189:4
misremembering
    124:9
Mitch 185:23 186:9
    190:16
Mitchell 3:3,5 9:10
mix 46:20 102:13
    156:6
mixing 155:1
mkerrigan@sloa...
    6:10
moment 90:21
money 29:23 33:7
    33:18 126:25
    140:14,20 145:20
    147:3 170:11
    182:13,19,21
    183:3,16 189:22
    189:25 197:22,25
    198:4,7,13,18,22
    199:9,17 200:1,1
    200:12,12 201:8,8
    201:14,16 211:24
    212:1,21 216:4,10
    216:15,20 217:11
    217:13,15,16
monitoring 78:24
month 18:12 61:22
    83:8,9 149:24
    198:21,24
months 83:7,16
    85:6
morning 8:18,19
    8:22,24 9:2 10:5

37:21 38:5,19
    49:2,8,19 53:2
    54:6,8 55:22 57:4
    60:25 62:25 63:2
    63:3 78:22 79:2
    81:24 83:19 84:4
    86:13 203:9,11
mornings 64:9
mother 24:8,19
    26:25 27:23 28:1
mother's 24:1
motions 10:20
move 19:23 20:1
    21:12,15 40:20
    44:25 47:12
moved 20:5,14
    37:13 41:1
moving 88:22 90:1
mstewart@simm...
    3:17
multiple 69:14
MURPHY 4:5

N

N 8:1
N-O-R-D 18:24
naked 91:1 110:23
    116:19,21,24
    117:1 191:19
name 8:4,16,19,22
    8:24 10:6,7 22:15
    23:10,10,11,12,15
    23:16,16,19,24
    24:1,2 26:10,16
    29:4,6 34:1 35:2
    36:5 39:22 44:19
    56:22 57:12 58:1
    58:8,10 136:13
    145:13 146:6,7,10
    154:3,4 157:8
    164:14 176:18
    182:4 192:25
    196:22 198:20
    207:24 208:1,19
    219:20 220:4,9,15
named 20:25 32:15
    32:20 36:23 39:16

201:25 226:6
names 11:1 23:3,7
    32:10 48:21,23
    55:17 56:9,13,14
    56:18,25 57:2,6
    57:11,18 58:20
    77:18 123:20
    204:5,6
NATALIE 94:6
Nathalie 6:14
    131:11 167:12,25
    186:6,12 187:18
National 34:10
natural 130:10
nature 66:2
near 183:9
necessary 190:5
    227:4
need 64:4 65:5
    66:12 94:4 98:5
    127:17 168:6
    202:25 216:4,10
needed 62:20 63:15
    64:20 116:20
    160:25 180:6
    194:15
needs 122:16
    202:19
neighborhood
    196:7
neither 226:11
Nelson 56:15
never 38:15 119:15
    127:4,5 148:4
    163:3,4,7 164:16
    171:6,20 172:2
    183:2,14 194:18
    195:13 212:20
    220:4,9 224:11
new 1:9 6:4 8:21
    40:21 44:15 94:4
    182:23 193:2,4
Nicholas 40:12
Nick 40:10
nickname 11:3,8
nicknames 11:9
night 129:4

Confidential - Subject to Further Confidentiality Review

**nightmare** 129:2
**nightmares** 127:23
  129:1
**noises** 74:18
**Non-verbal** 74:14
**noon** 49:24 51:10
  80:10
**Nord** 18:21
**normally** 80:7,13
**Notary** 226:3,23
  229:19
**notation** 100:20
  101:5
**noted** 229:6
**NOTES** 230:1
**notice** 81:12 87:8
**Notre** 20:9 21:9,16
  21:21 22:1
**number** 8:12 11:15
  11:23 16:13 20:9
  34:10 53:12 61:24
  94:15 127:21
  138:15 148:17
  149:18 167:18
  182:5 191:6
  193:16,21 202:10
**nurse** 194:4,11
**nurses** 211:18,21
**nut** 53:21

---

**O**

**O** 8:1
**o'clock** 50:16 51:2
**O'Connor** 2:11
  226:2,21
**oath** 192:19,19
**object** 126:6
  185:19
**objection** 12:8
  13:11,17 14:4,12
  14:20 17:8 18:3
  24:21 26:4,11,21
  27:1,6 28:5,12
  29:14,20,25 30:14
  30:18,23 32:4
  33:11,23 34:18
  35:25 37:12,18

38:1,13 39:6,21
40:17 41:17 42:2
43:1,10,17,22
44:3,10 45:9 46:7
46:8 47:3,13 48:4
48:17 49:23 50:9
50:22 51:4,13,22
52:2,17 53:14,19
54:25 55:11 56:21
57:21 58:3 59:13
59:18 60:6 61:7
61:18 63:7,18,23
64:10,16 65:1
66:3,17 67:12
68:11,16,23 69:8
69:16,21 70:4,17
71:1,10,16,22
72:4,23 73:15,25
74:15,20 75:4
76:6 77:9,21
78:18 79:4,12,22
80:19 81:1,6,18
81:25 82:23 83:12
83:25 85:9,18
86:9,15,25 87:18
88:13,21 89:21
90:16 91:14 92:2
92:24 95:23 96:5
96:16 97:16 99:19
99:23 100:16,22
102:22 104:7
107:24 109:6,22
111:20 112:20,25
113:15 114:15
115:6,16 116:4
117:3 118:12,18
119:12 121:8,14
121:19 124:10
125:19 126:13,23
127:11 128:22
129:15 130:2
132:7,20 133:12
133:19,25 134:7
134:20 135:17
136:6,17 137:2
138:1,8,21 139:1
139:12,19,25

140:5,10,21
141:10,18,24
142:17 143:7,14
143:18 144:13,23
147:2,9,18 148:2
148:21 149:3,11
150:2,13 151:13
152:13 153:15
154:18 155:10
156:7,25 157:16
157:24 158:5,18
159:3,8 160:10
161:15 163:12
164:18,23 165:13
165:21 166:1,8,14
166:20 169:18
170:1,6,12,24
171:11,17,22
172:5,11 173:12
173:19 174:8,15
175:10,16,22
176:25 178:7,16
179:2,21 180:2
181:7,17,24 182:3
182:15,24 183:17
184:10,15 186:19
188:2 191:2,17
193:5 194:7,24
196:11 197:10,19
198:3 199:14
200:2,6,19 201:1
201:10,22 202:3
202:12 203:6,20
205:3 206:2,14,22
207:1,11 209:1,10
209:13,18 210:13
212:11,17 213:13
213:24 214:3,10
214:16,21 215:17
216:7,12,17,22
217:5,9,14,21
218:1,6,11,19
219:5 222:12
223:3,8,13,18,23
224:3,8,22 225:2
**objections** 10:20
**observation** 138:5

**Obviously** 170:15
**occasion** 96:20
  108:13,18 121:22
  163:23 211:16
**occasionally** 46:5
**occasions** 38:10
  61:3 108:6
**occurred** 80:23
**off-screen** 102:5
**office** 50:6,7 62:5,6
  62:18,20,20,21
  63:6 64:5 65:6,7
  65:13,17 66:1,5,6
  66:11,13 67:5,8
  67:10,25 68:3,14
  68:22,24 69:6,9
  69:10,12 70:2,6,7
  70:11,14,20,23
  71:23,24 72:3
  77:6,15 97:14
  99:6 104:6 105:2
  105:5 109:25
  110:20 111:10,13
  111:19 112:9,10
  112:19 113:19,23
  113:24 114:12
  115:2,23 118:10
  191:7 212:24
  213:2,8,17 215:2
  215:6,8,10
**offices** 3:5 98:22
**Oh** 32:22
**okay** 10:11,14,25
  11:9,12,21 12:17
  12:22 13:5,15
  14:1,7,17 16:2
  17:16,20 18:8
  20:19 21:20 27:13
  27:21 28:4,8,22
  35:19 46:4 51:10
  52:13 58:12 59:4
  59:11 60:3,13,24
  62:1,14 64:23
  65:12,19,25 71:13
  72:16 73:10,13
  75:2,16 80:7,13
  81:22 83:15,19

84:16 85:21,25
87:7,15 88:4 89:2
89:8 90:2,7 91:12
95:12 96:22 97:11
98:12 99:4,12,16
100:3,12,19
101:11,13 102:3
102:20 103:11
105:11,16 106:24
108:3,20 109:19
110:25 112:2
121:5 123:9 124:2
124:5 126:10
128:15 129:12
133:8 134:18,23
135:4,13 138:4
140:8 141:7,21
142:15 143:25
145:12 149:15
151:17 160:7
162:19 163:8
164:12,21 165:5,8
165:10 166:25
167:7,11,24 168:1
168:24 171:20
172:14,19 173:5
175:7 176:23
177:18 179:9,10
179:15 180:14
184:21 185:14,16
186:2,8,8,10,11
186:14 188:24
189:3,5 190:8
192:8,14,16,17,23
194:1 202:24
212:24 213:16
219:8 220:13,25
221:3,6,15,18,23
222:4,15,18 223:1
223:6,11,21
**old** 24:10 25:10,11
  29:10 36:7 40:25
  41:2 45:3 65:9,11
**older** 22:24 23:4
  25:5,9
**once** 18:2 50:3
  53:11 59:25 60:15

77:16 121:20 132:3,9 133:1,4,5 133:7 149:24,25 160:23,23 195:17 195:19 210:14
**one-on-one** 43:8,15 43:21 44:8 64:18 85:16
**open** 53:10 69:12 86:20 171:9 214:17
**opened** 86:22
**opportunities** 169:3,9,10,17,23
**order** 1:10,12 5:3 8:25 68:21 157:12 216:5,11 219:21 220:6
**ordinary** 64:13
**organization** 193:3
**original** 227:12
**Otilia** 24:3
**outline** 96:3
**outside** 37:22 45:20 46:3 56:7 59:21 60:10,14 68:20 70:19 77:16 90:10 108:10 155:8 156:17,18 163:18 215:3
**overcome** 151:10
**overhead** 96:4,24
**owner** 25:7

**P**

**P** 8:1
**P-L-A-I-N-E** 18:24
**P-O-R-R-E-S** 176:21
**page** 7:2,12 13:6,7 13:10,12 183:21 184:5 228:3 230:2
**pages** 12:23 229:4
**paid** 34:21 161:25 173:17,18,21,25 222:20
**pain** 127:22

**paint** 41:15,22,24 42:4
**palm** 53:21
**panic** 127:25 148:11,15,17 149:1,7
**pants** 62:22 67:14 67:21,23 73:9,11 73:19 115:10 116:22,24
**paper** 7:16 94:14 94:16 96:2 100:23 102:9,11,12 104:2 106:20 168:7
**papers** 172:25 215:8
**paperwork** 211:5
**pardon** 97:13
**parents** 147:3
**part** 16:25 18:18 19:1 53:4 55:13 55:14
**particular** 54:7,16 55:3,7 100:8,13 100:20 150:20 153:3 156:23 198:21,24
**parties** 226:13,15
**pass** 24:6 75:21 181:5
**passed** 34:20 114:6 114:9
**passenger** 60:18
**pastor** 176:23 177:1
**pat** 162:17
**path** 102:1,4 105:14
**Paul** 1:7 4:3 8:23 59:3,4,7 60:1,4,18 109:3,23 110:3,12 110:16,17,19 112:9 115:7 118:11,17 119:11 119:18 125:5,9,18 125:23 126:12 164:16 166:5,9,12

166:18 174:12,18 190:25 191:11,15
**Paul's** 164:15
**Pause** 192:9
**pay** 29:23 31:24 34:19,20,22 145:20 173:21 187:25 189:11,20 207:6 222:18
**paying** 34:25 44:24 48:16 52:24 145:6 146:2,11
**peace** 28:25
**pee** 122:16
**peer** 115:5
**pen** 94:20 97:2 103:4,10
**pending** 122:18
**penis** 62:10 84:11 88:2,11,19 89:20 127:8
**people** 22:10 29:18 30:12 33:13 37:24 57:19 58:5,14,18 58:21,23 59:2 66:22,24 82:13,15 112:16,17 113:2 125:24 136:2 141:4 144:4,12 150:8,9,16,20 151:18,19,22,23 151:25 152:4,8,11 155:18 157:2,11 170:4,9 183:11 185:8,8 187:24 189:11,20 193:12 193:14 202:10 205:7,10
**percent** 151:15
**Pere** 59:3
**period** 42:15 83:9 85:17 88:18,20 109:4 114:19,22
**Perlitz** 1:7 8:10 11:22 42:7,22 43:9,21 44:8 47:25 50:1 57:13

57:20,22,23 58:2 62:2 89:19 91:17 93:4 100:14 119:19 120:2,25 121:7,12 122:15 123:13 125:18,23 126:12 127:8 130:1,13 132:2,5 133:11 134:24 142:4,8,24 144:18 144:22 148:14,20 152:3,7 159:2,7 159:24 160:3,15 165:19 168:15 170:16 173:18 174:14 178:5 181:16 182:12 191:1,16 193:9,11 193:18,22 194:23 205:22 206:1,13 207:10 208:10 212:16 224:2,7,12
**Perlitz's** 90:25 97:13,14 133:18 134:5 135:10,16 137:25 138:12 153:1 194:6,13 212:4,10,24 213:2 213:8,17 215:2
**permission** 47:16 52:15
**person** 34:20,25 35:3,7 38:12 73:14 112:15 136:7,11 142:13 143:6 150:23 168:17 173:20 179:25 207:5 215:25 226:6
**person's** 35:2 58:8 58:10 154:3
**personally** 120:14 164:21 165:7,10 165:18 168:20
**persons** 167:8,15 167:22 168:14
**phone** 182:4

**physical** 127:9 142:11 143:17
**physically** 73:14 89:2 144:7
**picture** 94:25 96:23 110:15 213:7
**pictures** 96:20
**piece** 96:2 100:23
**pieces** 106:20
**Pierre** 6:18 9:6
**Pinel** 48:25 55:18
**piqued** 111:17
**pistachio** 53:22
**Pitney** 5:14 8:17
**place** 18:20 20:5 22:2 54:6,7,16 76:19 83:16 89:3 142:16 155:5 163:1,9 174:12
**placed** 196:17
**places** 42:11
**Plaine** 18:21
**Plaintiff** 1:5 3:2 7:13 11:16 184:4 184:25 185:3
**Plaintiffs** 8:9 9:5 9:11,12 225:1
**Plata** 2:5,6 8:8
**play** 46:14,14,23,24 50:24 54:14,14 78:12 79:14 142:25 160:12 203:12,15
**playing** 47:6 78:14 78:15 117:23 142:14 143:3 144:5,24
**Plaza** 6:7
**pleading** 186:21,25 187:4 188:3,7,8 188:12
**please** 8:14 10:2,5 12:2 97:4 100:25 103:13,13 104:13 107:12 122:22 130:22 133:23 141:3 164:23

Confidential - Subject to Further Confidentiality Review

165:15 166:3
179:3 196:23
227:3,8
**plenty** 56:12
**plus** 185:4
**PM** 6:14
**point** 40:20 44:14
72:22 73:2,21
81:4 82:6 83:1
87:8 88:8 89:24
90:3 92:5 113:13
147:6 162:13
**points** 102:16
**poison** 62:13 84:14
153:4,25 154:5,10
154:13 155:1
156:2,6,20,22,23
157:1,4,7,10
158:21,23
**police** 196:7,10
**politician** 177:22
177:23 178:1
**politics** 177:25
**Pollard** 2:11 9:14
226:2,21
**popular** 23:16
**Porres** 176:19
**Port-au-Prince**
146:8
**portion** 209:4
**positions** 158:17
**Powder** 158:24
**PPT** 20:19,20,22
29:13,15 35:20,22
44:22,23 48:15
52:24 119:19
120:25 121:6
122:15 124:24
126:12 153:14
169:2,14,16,24
170:5,11 171:8,20
172:2 173:11
174:1,5 176:3,8,9
176:13 178:6
195:23,25 196:1,4
199:20 207:10

208:15 210:18
**preliminary** 16:10
**Preneta** 40:10
**prepared** 197:8,9
197:11,15,18
**present** 6:17 80:24
119:25 121:11
123:11 155:19
**previous** 15:6
26:19 112:3
**previously** 25:17
26:24 28:19 33:20
35:19 41:7 55:18
125:8
**priest** 177:11,12,13
177:14
**prior** 25:18 31:6
168:16
**privacy** 85:23
**private** 44:24 85:22
145:18
**privilege** 187:10,12
**probably** 18:8 74:1
99:25
**problem** 99:7
139:2,9 141:2
151:19
**problems** 30:21,24
127:23 128:15,21
129:20,24 130:7
130:14,16,19,24
131:23 138:11,24
139:4,10 140:24
141:1,9 147:17
150:8,19,24 151:4
151:11,14,17,23
151:24 152:1,4,8
152:11 193:16,22
193:25 194:2,5,12
195:14
**process** 75:17
**project** 209:4
**projects** 169:12
**pronoun** 120:10
**propounded** 229:5
**provide** 197:22
**providing** 170:4,10

**Public** 145:19
226:3 229:19
**Puerto** 2:5,6 8:8
8:8
**pulled** 143:19,23
143:25 144:2
**pump** 105:7
**punitive** 185:4
**purchase** 154:10
**purchased** 153:4
154:13 155:9
156:2,21 157:11
158:3
**purpose** 46:11
**put** 38:21 44:17,23
45:19 46:2,23
49:7 51:18 62:9
62:12,22 67:13,21
67:23 73:8,8,11
73:18 79:14 84:11
84:13 87:24,25
88:16 90:4,8,9,23
95:3 99:10 115:25
127:8 149:18
154:6,14,16,20,23
155:3 156:16
180:25 199:8

**Q**
**question** 14:9
17:13,14,17,18
27:12,14 44:7
79:16 80:4 95:16
107:2,6 122:18,21
122:24 123:2
127:17 128:12
133:23 137:21
165:15 166:3
167:1,2,4,5,7,14
167:24 169:20
172:12,23 179:3,7
179:17 181:20
187:14 188:6,24
189:1,6,18,19
190:13 191:23
201:4 207:16
213:5 217:24
**questions** 9:19

15:22 65:6 94:8
164:11 172:15,16
172:20,21,24
173:1,3,4,7 179:7
185:22 192:7,15
218:15,25 219:4
220:12 229:5
**quite** 77:3

**R**
**R** 8:1 226:1 228:1,1
**radio** 178:2,5,11
179:18,22 180:9
180:15
**raise** 33:18
**ran** 62:7,23 67:14
77:16 106:4
**raped** 175:18
180:11
**rat** 157:4,7
**rats** 157:1,12
**re-ask** 123:2
**reached** 62:21
**read** 10:22 12:15
12:16,18,19,20
13:9,16,23 15:25
16:22,23 131:16
131:18 166:23,25
168:3 183:20
184:12 185:24
186:4,5 187:18
227:3 229:3
**reading** 13:20 16:2
17:24 128:9
131:10 167:10
168:3 184:18,19
185:10,22 186:2
187:1
**ready** 168:12
192:11,12
**real** 19:18
**realized** 42:3
**really** 15:12 109:17
131:9 145:3
169:16
**Realtime** 2:12
226:22

**reason** 81:14 130:6
141:12 175:4
191:5,13,18 192:1
192:4 206:11
227:5 228:5,7,9
228:11,13,15,17
228:19,21,23
**reasons** 141:5
**recall** 82:9
**receipt** 227:13
**receive** 32:24 211:2
**received** 199:12
**recess** 15:17 52:9
93:14 123:5
152:20 164:7
190:20 219:14
**recite** 10:17
**recollection** 71:14
72:2 137:7
**record** 8:4,15 10:6
15:9,14,16,18
52:8,10 93:13
94:3 102:7 103:9
103:17,20,21,22
123:4,6 152:19,21
164:2,6,8 184:17
185:25 190:16,19
190:21 219:10,13
219:15 225:9
226:10
**rectum** 62:10 84:11
88:2,12,19 89:20
127:8
**reduced** 226:9
**refer** 28:18,21
**reference** 168:9
**referenced** 1:21
**referred** 58:13
**referring** 120:11
188:3,8
**reflect** 102:8
184:18
**regard** 14:5,13
207:13
**regular** 129:7
203:4,10
**related** 27:5,9

226:12
**relation** 104:4
157:22
**relationship** 26:19
28:16 138:19
139:5,10,18
190:25 191:15
192:2 201:20
**relationships** 31:7
**relative** 226:14
**relief** 185:6
**religious** 175:3
**remarried** 24:16
**remember** 13:3,20
17:24 18:12 19:13
19:15,16,19 20:18
20:23 22:15 23:9
23:11,13,17,17,19
24:7,10,12,13
26:5,9 28:24 29:1
31:23 34:14 35:2
35:12,18 36:5,7,9
36:17,20 38:2
40:18,23,25 41:4
42:23,24 43:23
44:25 45:2,3,10
50:5,5 52:3 56:18
56:22,25 57:2,5,6
57:11,12,18,25
58:8,20 66:15,18
68:8 70:5,13
71:21 77:18,25
78:15,25 80:1,2,3
87:11 90:20 91:15
91:22 92:11 94:22
95:6 100:4,12,13
109:9,11,13,14
110:2,25 113:7,8
113:11 117:7,11
117:13,16,18
118:15 119:6
122:7,8,9,11,13
123:18,20 125:1,3
128:10 132:17
134:21 135:6,11
135:18,22,23
142:22 145:3

146:7,9 153:8,18
153:21,24 154:4
155:7,23 174:21
178:12 195:22
198:23 199:2,19
199:24 202:4,7,17
207:25 208:18
211:7 222:17
223:9 224:16,18
**remembered**
129:11
**removed** 114:4
**rent** 216:6
**repeat** 17:13
130:22 165:14
166:2
**rephrase** 100:3
224:24
**report** 54:8
**REPORTED** 2:10
**reporter** 9:13
11:13
**represent** 8:20,23
8:25 193:1 219:21
220:16
**representing** 9:3
9:11
**Republic** 2:7 8:8
221:16 223:22
**required** 192:22
**reserved** 10:21
**residence** 19:20
20:1
**resisting** 88:24
**respect** 14:24
**respectfully** 184:7
184:12 185:1
**responded** 151:3
**Response** 7:13
11:16
**responsible** 58:5,14
58:18,21 81:23
**rest** 63:24 102:17
105:8,22
**result** 126:19 127:9
127:15 131:4
133:17 134:5

135:9,16 138:12
138:16 148:12,19
**resulted** 137:24
152:25
**retired** 25:4
**return** 227:11
**reveal** 179:5
**revealing** 14:10,14
**revenues** 146:22,23
147:1
**REVIEW** 1:23
**reviewing** 13:2
**rework** 104:9
**RHODES** 1:10
**ride** 222:15 223:11
223:16
**riding** 108:9
125:12
**right** 18:22 19:6
21:1,5 24:4 26:2
26:10 28:9 29:18
32:3,20 33:22
35:15,21 44:2
45:6 50:16 51:3
55:17,20 57:13,16
58:15 59:5 60:3,9
62:3,18 67:5
70:24,24 71:7,11
72:17,20 73:22
75:3,14,19,24
76:5 82:7 83:2,17
87:9 88:2,8 91:10
92:9 95:22 98:20
101:20 102:4
106:16 108:6,8
110:20 111:15
112:11 116:22
119:17,20 121:23
123:11,16 124:20
125:6,14 137:14
137:17 138:7
139:18 140:4,20
141:4,6,7,8,9,11
141:12,17 143:13
146:4 147:8,14
151:12 152:4,6,12
154:7 155:8,16

164:17 165:25
168:10,22 169:17
169:24 170:5,11
170:20 174:3
175:1 179:11,14
180:1 184:5,22,22
186:6 187:23
189:8 191:22
192:4,18 203:3
212:7,10,16 213:7
213:17,21 220:11
**right-hand** 101:4
101:18 105:7
**RMR** 2:11 226:3
226:22
**road** 98:1,3,6,9,15
98:17 99:9 101:14
101:16,17,24
102:1,15,17
106:11,13,13
**Robenson** 58:11
**ROBINSON** 5:6
**Roman** 175:20,21
**room** 10:12 22:7,17
30:12 55:12,13
68:7,14 70:3,18
71:5,8,9,18 76:9
76:10 84:17 106:4
191:19
**rooms** 69:14,22,25
84:25
**round** 53:20 63:14
92:8
**RouRou** 36:22 37:6
**route** 34:10 77:7
91:25
**Rue** 21:9,16,21,25
43:2
**Ruelle** 20:9
**ruined** 127:4
**run** 44:21 54:6 76:9
**running** 77:14,17

---

**S**

**S** 5:5 7:11 8:1
**S.J** 1:7 4:3
**Sacrè-Cœur** 56:15

**Sacred** 56:15
**Saint** 176:19
**sat** 76:16 90:6,7,10
100:13 162:11
**Saturday** 221:21
221:22
**saw** 45:24 50:6,14
59:4 60:4,9 77:10
77:11 87:1,1 91:2
108:8,20 109:3,10
110:8,16,17,18,21
110:23 111:1,6
112:24 113:18
114:12 115:7
116:1,18 117:8
121:4,4,15 125:9
125:12 136:22,24
154:24 155:3
156:8 158:10
174:18 191:6,19
196:8
**saying** 18:21 65:25
74:7 75:11,16
95:13 97:9 104:19
118:25 122:5
124:19 148:9
160:7 162:23
168:5 175:1 180:9
181:23 183:11
190:9
**says** 13:9 20:25
21:3 26:9 66:10
138:14 184:4
**scale** 96:15 106:2,6
106:7,8,9,17
**scared** 149:13,13
**school** 25:21,25
33:22 34:1,17,23
35:24 36:2,3,8,11
36:14 37:19 39:8
42:12 44:16,18,19
44:21,23,24 45:5
45:20 46:2 47:17
48:6,6 49:3,6,12
49:17,18,22 50:6
50:8,21,23 51:1,6
51:7,10,14,16,25

52:1,21 53:25
56:5,6,7,8 61:2,5
61:8,10,11,13,17
61:22,23 63:1
64:9 66:20 78:1,3
78:17,19,22 79:3
79:7,10,11,15
80:9,11 81:5,11
81:13,14,17,20,24
82:2,3,3,13,14
83:20,22,24 84:4
107:22 109:1,2
113:8 124:17
145:4,5,6,7,11,13
145:15,18 146:3
147:8,10 153:13
160:5,8,11 161:10
169:11 171:21
173:18 210:3
schools 56:10,12,19
screen 214:2,4
scrub 86:17
seal 226:18
search 38:17,20
searched 38:7,12
second 15:9 62:8
83:2,8,15 84:7
87:5 102:12
103:17 110:4,5,18
seconds 74:1,5 75:3
75:9,21
section 19:4,9 34:6
34:9 92:22
security 38:4,6
53:9,10 162:3,5
see 40:1 41:19,21
42:7,9,19 43:2
46:16 49:20 50:1
50:14 55:22 56:24
57:3,10,15 59:9
59:11,16,21,23
60:13 63:5 64:8
64:20,21 65:7,24
66:1,5,6,10,13
70:20 71:2 77:7
82:11 85:14 86:6
91:12,24 92:6

93:5 96:4,9,24
106:12 111:9,11
111:14,18,24
112:8,15,16,18
113:2,4,23 115:1
115:5,22,24,25
116:7,20 121:17
126:22 151:22,24
155:1 158:11,19
161:1 162:14
167:4,5 178:22
180:12,15,20
183:8,9 188:24
204:15 207:6
211:8
seeing 13:1 108:13
108:17 114:7
seen 12:11,13,14,15
12:16 38:15 40:1
41:23 59:7 67:1
85:12,14 108:5
110:3 118:1,10
self-confidence
127:24 130:20,23
130:25 131:7
send 32:6
sending 147:3
separate 106:19
separated 93:1
September 165:11
165:19 166:7
168:16,20
serious 151:14
served 54:24 55:4
63:12
session 3:4 6:14,15
61:22 94:1
set 7:13 11:17
226:18
SEVEN 1:14
sex 127:25 138:11
138:15 139:14
140:3,8,16,18
191:10
sexual 138:19
139:5,10,17 153:9
159:24 161:3

190:25 191:15
192:1
sexually 48:3 62:2
159:7 164:16
165:12,20 168:15
168:21 174:14
181:15 193:9
shame 127:24
130:19,23,24
131:6
sharing 30:12
sheet 94:14 102:9
102:11,12 104:1
219:17 227:6,9,12
229:6
sheets 7:16 94:16
104:1
shirt 110:24 115:8
shirts 113:19 114:2
114:4,13 115:20
115:22 116:2
191:7
shock 76:3
shoes 170:10
shorts 90:9
show 178:2,5
179:18,22,22
showed 87:22
shower 38:21 46:13
48:12 62:9 79:6
79:14 83:22 84:4
84:9 85:3,21 86:2
86:5,13,21 87:8
87:12 90:3 91:25
92:13,16,17,18,20
92:21 93:3 101:3
110:10 160:11
showering 83:24
85:2 87:7 91:10
showers 84:17,23
85:1 86:8 93:6
102:2,6,16,17,21
103:5 104:4 105:4
105:13,15,17
Shultheis 39:19,24
shut 149:13
Sibert 177:18

179:24 180:5
198:11,12,13,16
199:1,4,10,13,18
199:22 200:1,13
200:16 201:7,13
201:16 220:18
siblings 23:6 25:25
side 26:19 101:2,4
101:17,18,20,23
105:7
sign 10:22 16:3
211:5 227:8
signature 13:7
signed 13:21,24
14:3
signing 16:6
silence 88:20
similar 129:12
SIMMONS 3:13
simple 190:13
simpler 101:10,11
sir 168:25 187:6
188:16 190:24
220:17,20 221:3,9
221:16,18,20,24
222:2,5,8,11,16
222:19,24 223:2
223:17 224:1,2,7
224:12,14,17,19
224:25 225:6
sister 23:2,12
sister's 23:10
sisters 22:14,20,23
24:18 25:14 33:21
39:10 48:10
sit 63:22,24 76:18
100:6,9,11 117:17
117:18 137:6
222:10
sitting 63:13,14,16
63:19 72:5,16
77:3 92:8 101:19
114:23 117:19,22
118:4,7 136:21
222:13
situated 69:6 71:14
SIX 1:14

Sixth 3:6
sleep 92:9,10
131:23 174:7
sleeping 127:23
128:15,18,21
129:6,18 130:17
174:2
sleeps 23:22
slippery 89:11
SLOANE 6:6
small 101:25
105:23 136:23,24
smaller 106:10,14
smoking 42:4
sniffing 42:4
snooping 112:18
soccer 105:9,10,24
106:2 143:4
160:12 204:15,16
social 194:18,20,21
194:25
Society 1:9 6:3 8:20
193:1,4
somebody 86:5
146:19 180:6
son 27:21,23,25
soon 182:8
sorry 27:7,24 43:14
64:6 98:12 116:25
123:1 146:24
161:19 166:2
167:19 185:18
189:4
sort 15:11 143:5
149:25 172:3
sought 195:13
sound 36:25 39:24
40:11
source 30:8 169:16
201:9
SOVEREIGN 1:9
space 30:13 101:22
227:6
speak 40:9 43:4,5
64:8 209:25
speaking 75:14,15
120:17 121:13

122:1 174:23
**special** 100:10
**specific** 109:20
110:6
**specifically** 224:6
224:11
**specify** 136:15
**spell** 204:8
**spend** 42:16 203:4
**spoiled** 169:11
**spoke** 43:20 77:20
90:18 120:20,20
120:21,22,23
163:7
**spoken** 85:7 120:13
159:1
**sports** 203:15
**spot** 54:20,23 141:6
141:16
**spouse** 140:17,18
**squares** 97:2,6
**squeezed** 62:23
67:24 73:9
**squeezes** 73:21
**squeezing** 74:6,11
**St** 1:3,3,10 8:9 34:3
34:4,13 35:1,8,11
35:14,20
**staff** 57:7 58:1,4,7
58:9,13,17 60:20
78:23 81:15,22
82:4 123:23,25
**stall** 85:22 92:14,18
92:20,21
**stalls** 93:4
**Stamford** 5:16
**stand** 89:1
**standing** 52:14
74:11 86:12 113:1
115:12 116:2,9,14
116:16,19
**start** 49:2,16,24
58:7 62:14 64:14
78:16 79:3,11
173:5 199:17
**started** 11:12 51:10
52:16 75:25 76:16

80:10 88:4 90:5
90:14 143:9 176:8
178:18 186:1
**starting** 101:14
186:13
**state** 3:6 10:5
168:17 211:24
226:3 227:5
**statement** 186:22
186:24 187:4
188:4
**states** 1:1 8:10
11:25 185:3
187:25 189:10
**stay** 20:15 32:14
42:14 61:13 76:22
81:20 102:10
171:9,23,25
**stayed** 91:22
183:13
**staying** 223:1,2,6
**stepbrother** 26:3,9
26:14,18 27:5,10
27:14
**Stewart** 3:12 9:4,4
131:16 168:2,6,10
189:6 190:14
**stick** 167:24 170:16
**stipulations** 10:16
**stood** 72:6,19 75:2
**stop** 32:9 89:18
132:16 144:25
149:6,9 202:25
**stopped** 25:6 32:8
77:17 89:24 145:9
146:11 147:7
183:8
**stops** 42:12 90:2
**store** 155:8,11
157:14,19
**storing** 154:5
**story** 69:20 104:17
**straight** 86:14
**strangle** 132:14
**street** 3:6,14 4:6,14
5:7,15 33:12
34:23 35:22,23

36:2,8,11,19,21
37:17,25 38:19
39:1,5,11,14 40:8
40:14,16,21 41:7
41:14,22 42:8,10
42:25 43:12,16
47:24 59:16 82:14
96:19 101:25
171:25 174:3,7
203:19,24 204:2
204:13 205:16,17
205:20 208:25
209:8
**streets** 60:21
125:13 183:10,12
**strength** 89:6
**stressed** 78:12,13
**strike** 10:20 61:15
64:6 144:8,11
**student** 29:13 40:8
40:14 43:16 44:1
46:4 47:2 48:8
96:19 108:21
109:5 161:8
**students** 38:11 43:5
46:21,22 48:15,19
53:25 55:19 56:2
56:4 57:3 77:24
80:14,24 107:22
107:25
**SUBJECT** 1:23
**Subscribed** 229:15
**substance** 229:5
**sued** 182:12,18
187:25
**suffer** 129:1 193:21
**suffered** 126:19
127:14,16,19,22
175:6 190:6
**suicidal** 153:1
**suicide** 153:5
**suing** 189:11
**Suisse** 19:8,9,12,17
19:19,24 20:6
21:25
**Suite** 6:7
**supervising** 78:23

**support** 197:23
**suppose** 219:11
**supposed** 54:8
75:17 130:4
185:21 186:3
**sure** 10:17 16:24
18:21 52:6 68:12
80:8 102:3 103:18
112:24 152:17
164:4 165:16
178:23 179:15
181:4 184:21
**sustain** 143:17
**sustained** 131:4
133:17 134:5
135:15 138:16
148:19 212:15
**swear** 9:14 94:4
**swept** 156:16
**switch** 47:8,17
**switches** 12:24
**switching** 45:13,17
48:1
**sworn** 9:18,23 94:7
226:6 229:15
**Systems** 2:12
226:22

———————
**T**
**T** 7:11 226:1,1
228:1
**table** 102:8 106:21
215:7
**tailor** 32:11,16,18
218:9
**tailoring** 32:13
**take** 33:13 38:21
46:22 49:14 52:4
79:2,6,13,20 80:5
84:3 97:1 101:3
114:11 123:1
127:19 128:3,4,20
128:23 135:25
140:15 142:16
147:7,13,25 149:5
152:15 155:5
156:18 158:6

163:1,9 176:10
190:14 202:19
219:18 221:15
**taken** 15:17 52:9
93:15 123:5 128:6
132:5 135:21,24
136:5,9,25 137:10
137:14,16 152:20
164:7 190:20
219:14 224:20
**talk** 15:10 40:7,13
40:15 50:12 62:14
64:17 82:16 95:11
120:15 121:15
127:2,3 159:9,13
159:23,25 162:15
162:18,18,22,23
162:25 163:10
178:10 205:17,20
211:18
**talked** 112:3
119:18 159:14
163:3,4
**talking** 43:11 44:4
50:7 58:4,16,17
64:15 69:19 73:13
83:6 90:14 99:24
108:16 110:9
115:19 120:8
121:18 122:2
164:25 178:12
179:18 208:21
**tall** 86:4
**tape** 102:14
**taught** 210:2
**teach** 37:2
**teacher** 36:22,23
37:7 39:16 41:11
50:8
**teachers** 36:17,21
37:10 39:13 41:5
41:9
**team** 46:18,19
143:6
**Technologies** 8:5
**Ted** 8:23 164:14
**tee** 90:10

Confidential - Subject to Further Confidentiality Review

**tell** 45:21 52:23
  58:25 62:11,11
  69:23 70:6,7 82:4
  83:10 84:12,13
  87:24 88:15 90:22
  96:10 110:16
  117:25 118:9
  120:3 121:1
  125:22 126:4,11
  127:17 134:1
  136:2,4,9,20
  156:5 160:2,14
  161:12,16 166:24
  177:8 179:9,12
  187:6 192:16,20
  192:22 194:4,14
  194:17,20 196:16
  197:2 202:25
  203:3 208:4,9,12
  211:11,13,21
  213:12 216:2
  224:6
**telling** 79:25 181:4
  191:21
**tells** 58:25 59:1
  172:20
**temper** 142:5
**term** 157:7
**terms** 33:9
**terrible** 170:19
**testified** 9:24 108:4
  125:8 193:16,20
  202:8
**testify** 226:7
**testifying** 100:5
**testimony** 9:19
  94:8 125:4 183:14
  226:10
**text** 13:15
**Thank** 10:23
  106:24 108:3
  164:10 184:23
  192:7 194:3
  195:20 204:10
  219:8 220:12
  221:11 225:5
**THEODORE** 4:4

**therapy** 195:3,4,8,9
  195:10,13
**thing** 37:5 67:20
  81:7,8 96:1 129:7
  139:14 185:24
  191:11,21
**things** 29:1 46:16
  96:20,21 104:5
  117:9 149:5
  168:24
**think** 15:13 17:15
  26:12,14 55:17
  58:12 76:7 89:22
  99:12 107:10
  108:24 120:25
  122:14,18,25
  124:23 125:17
  129:16,23 130:6
  144:16 164:1
  183:21,24 190:5
  201:13,24 212:23
  213:1 225:4
**thinking** 75:10,20
  75:25 76:17 77:2
  78:7 89:15 135:1
  150:24 151:5
**thinner** 41:15,22
  41:24 42:4
**thirty** 227:13
**thought** 42:3 58:17
  75:17,24 89:18
  124:7 130:9
  137:14 191:9,14
  192:1 206:10
  211:25
**thoughts** 153:1
**thrashing** 141:12
**threatened** 144:9
**three** 1:13 6:7 21:4
  39:2 42:13,16
  65:23 66:7 67:4
  84:25 108:16
  125:17 205:4
**threw** 154:2 156:12
  156:15
**through-way** 105:3
**throw** 156:13

**ticket** 222:19
**time** 8:6 13:21 14:2
  15:16,19 19:4
  20:14 22:21 25:18
  30:5 31:21 35:3
  35:16 37:11 43:15
  43:20 44:1 48:2,8
  48:16 49:16,21,21
  50:4,13 52:8,11
  55:20 56:23 62:5
  62:8,19 64:19,24
  65:9 66:15,23
  70:10 75:8 76:24
  80:9 82:1,2,9 83:4
  83:8 86:23 87:3,5
  87:12,14 88:18
  89:15,20 90:24
  91:18,23 93:10,13
  94:4 100:14
  103:20,23 108:9
  108:20 109:3,10
  110:3,5,7,18
  113:6,25 114:3,6
  114:9,9,11,12,13
  116:15,16 118:15
  121:5 123:4,7
  125:12 129:17
  132:5 134:11,14
  134:16,18 135:2,5
  143:22,23 146:14
  146:20 152:19,22
  153:12 155:23
  158:9 161:9
  162:24 164:6,9,10
  167:21 168:16
  173:9 174:19
  179:20 188:10
  189:3 190:19,22
  195:23 196:19,20
  198:25 203:5
  208:15 219:13,16
  225:6,10
**times** 39:2,3 59:23
  60:5,13 61:21
  83:18 108:14
  112:6 121:17
  125:9 128:19

133:2 140:4
  147:16 149:16
  170:3,9 174:13
  198:18,19,20,20
  204:24 205:1,5
  210:11 224:14
**tjf@murphyking...**
  4:9
**today** 11:12 81:11
  94:20 95:6,19
  100:4 119:17
  125:5 137:6 150:5
  150:6 188:18,25
  189:8,21,24
  193:15,20 202:8,9
  220:17
**Today's** 8:5
**told** 36:1 45:16,18
  45:23,24,25 52:20
  52:23 62:5,11,19
  65:20,20 68:2
  79:23 87:23 88:15
  110:17 113:20
  114:24 118:16
  119:10,15,23
  125:24,25 126:2
  136:7,18,18 137:3
  137:11 160:1,4,25
  167:17 181:11,13
  181:13,15 188:22
  189:1 191:7
  193:21 194:11,18
  194:21 196:14,20
  202:9 208:5,7,14
  212:20 215:15,20
  215:22,23,25
  218:18 224:1,4,11
**tomorrow** 169:12
**top** 156:16
**total** 199:12,13
**touch** 62:6 146:12
  207:9
**touched** 62:22
  67:14,22,24
**touching** 116:7
**Tour** 221:8,10,11
  221:12,15

**trade** 107:16,19
**training** 32:24
  172:9 173:11
**transcript** 227:14
  227:15
**transcription** 229:4
**translate** 9:18
  17:10 94:7 104:12
  131:17 139:7
  167:11 168:1,4
**translated** 9:19
  94:8 120:21
**translating** 101:9
  124:21 186:5
**translation** 17:25
  131:9,12
**translator** 120:19
**travel** 80:13 220:22
**travels** 82:11
**treat** 103:25
**treatment** 195:13
  211:2
**tree** 63:13,17,22
  64:3,14,25 67:2,8
  76:20,23 77:7,15
  77:19 78:6 90:13
  91:21,22 92:1,6
  92:12,15 98:23
  99:13,14,17,24
  100:5,8,13,20
  101:3,4,6,18,19
  101:20,21,22
  104:6
**trees** 53:20,21,22
  100:1,7,10
**trial** 7:15 16:14
  178:18,21,25
**tried** 89:11 180:16
  204:24
**trouble** 128:17
  136:1,2,3,5,8,8,16
**troubled** 169:2
**troubles** 135:23
**true** 16:8,9 121:3
  128:4 134:1,3
  168:22 174:14
  181:5,8,23 191:1

Confidential - Subject to Further Confidentiality Review

226:10
**Trumbull** 5:7
**trust** 150:23
**trusting** 150:9,19
**truth** 192:20,23
226:7
**try** 42:1 62:13
123:1 135:5
166:11 167:21
169:19 173:9
189:3 204:20,20
205:8
**trying** 88:24 89:8
116:25 189:4
**Tuesday** 1:24
**tuition** 34:19,21,22
35:1 44:24 52:24
173:17
**TV** 143:4 203:12
**twice** 60:2 62:4,4
111:24 112:1
117:14 224:17
**two** 1:13 7:16 21:4
23:3 36:16 37:8
42:12,16 58:23
59:2 60:5 65:23
66:7 67:1,4 83:4,8
83:9,16 85:6
94:16 105:6
106:19 108:6
112:3,6 116:1
125:9 130:12
132:1 142:23
205:4 213:5 221:4
221:23 222:1,4
223:17
**type** 53:15 156:20
157:10
**typewriting** 226:9
**typical** 37:16,25
50:20 51:1 54:11
61:5,22 63:21
64:7 84:3
**typically** 51:11

**U**

**U.S.A** 1:11,12 5:4

**underneath** 100:11
101:19
**understand** 11:21
14:18 15:21 16:6
16:24 27:11 55:8
95:13 96:10 103:2
107:14 121:9
131:13 137:20
150:18 157:7
166:21 170:18
171:7 174:11
178:24 179:16
186:5 187:21
188:17 189:2
192:16,18 203:1
209:16 213:14
214:11 217:24
218:16,17
**understood** 117:1
218:14
**unhappy** 87:4
**uniform** 38:22 49:5
49:7 51:18 79:14
**United** 1:1 8:10
11:24 187:25
189:9
**university** 1:8 5:12
8:17 11:23 12:2,3
**untrue** 134:3
**upset** 72:11 74:2
**use** 41:24 94:20
143:21
**uses** 105:5
**usually** 107:15

**V**

**v** 1:6
**Vanel** 48:25 55:19
**verifying** 16:7
**version** 12:24
**versus** 8:9 46:19
**vicinity** 92:21
**victim** 160:1,2,8
180:22,23 181:14
208:5,6,7,9,12,14
224:4
**victims** 180:12

224:20
**video** 8:7
**videographer** 6:12
8:3,5 9:13 10:2
15:15,18 52:7,10
93:12 94:3 103:19
103:22 111:4
123:3,6 152:18,21
164:5,8 190:18,21
219:12,15 225:8
**VIDEOTAPED**
1:23 2:1
**viewed** 58:21
**village** 44:12 45:23
45:25 46:6,12,13
46:15,19,19,23,24
47:1 48:12 50:21
50:24 51:6,7,11
51:19 52:1,15,21
53:2,4,5,6,12,18
54:1,12 55:1,4,10
55:24,25 56:5,7
56:20,23 57:3,8,9
57:15 58:5,14,19
58:22 59:5,8,9,21
59:22,24 60:5,11
60:12,14,25 61:5
61:12,14,17,23
63:8 64:9 78:21
79:1,9,11,21 80:8
80:14 81:15,23,24
82:6,12 83:17,18
84:5,18 85:13
92:22 94:21 95:7
95:19,21 96:3,11
96:23 97:1,2,6,15
97:25 98:1,6,14
98:16,16,17 99:11
101:2,15 104:2,17
106:14 107:22
108:1,5,10,21
109:4,15,16,21
110:3 112:14
120:4,16 122:10
125:10 129:10
145:4,12,23
159:22 160:4

161:5 174:2,6,9
174:20 180:23
183:7,8 205:12,14
205:18,21,25
206:6,8,12,21
208:25 209:9,12
212:24 213:2,8
**violate** 187:11
**violated** 75:12
**violating** 75:18
**violently** 141:22
**visit** 46:5
**visits** 47:1
**voice** 165:2,3

**W**

**W** 4:12
**W-I-L-G-E-N-S**
204:9
**wages** 216:24 217:2
**wait** 162:9 185:17
**waiting** 162:12
**wake** 203:11
**walk** 49:12,13 53:7
65:12 67:10,25
68:1,20 69:4,7,9
69:10,14 70:22
71:2,6,6,15 72:17
73:14 78:5 80:18
111:2,6,13 115:1
117:15 158:2
204:14
**walked** 67:20 69:2
71:20 72:1,3,5,13
72:18 77:17 86:18
**walking** 69:5 77:8
109:24 110:22
113:18,23 174:19
**walks** 66:11 73:4
**wall** 86:4 97:1,6,9
97:25,25 98:6,14
98:16 106:12
**walled** 95:22
**walls** 96:3,23 97:12
**WALSH** 6:6
**WANAT** 4:13
**want** 15:10 66:5,6

66:10 97:3 104:11
106:11,11 111:18
127:1 132:14
140:17,19 149:22
168:4 169:19
177:8 178:23
179:9,12,15
183:20 188:10
189:17 197:14,17
212:23 213:1,7,11
216:24
**wanted** 65:7 66:8
103:8,25 107:4,8
107:8 161:13
170:15 185:24
212:5
**wants** 75:11 101:9
120:6
**washed** 118:8
**wasn't** 33:1 63:8
77:2 87:4,22,23
90:1 109:16
127:12 130:4
143:9 146:5
177:12 196:9
**watch** 143:4 203:12
203:17 204:16
**watching** 116:14
**water** 86:14 154:8
154:15,16,20,24
155:2 156:6 158:6
**way** 77:14 82:14
95:14 127:5 212:6
**ways** 169:1 197:2
**we'll** 18:8 124:12
162:18,18,22,23
162:25 163:10
202:24
**we're** 102:8 124:8
189:4
**wear** 49:5
**wearing** 91:17
**week** 182:10
**went** 14:2 20:20
31:3 34:12,21,23
34:23 35:20 36:8
38:7 41:9,10 44:5

Confidential - Subject to Further Confidentiality Review

44:12 45:4 48:6
50:19 57:4 62:20
65:23 66:13 76:16
81:20 82:7 83:24
86:17 90:9 91:21
92:9,13,14,16,17
92:18 107:25
108:1 111:24
113:22 116:19
117:17,18 118:8
136:21 145:8
150:6,7 153:13
160:23 161:1
174:1,2 178:17,21
180:15,20 205:21
205:25 206:21
210:22 211:24
212:2 220:24
**weren't** 46:21
66:24 88:7
**wet** 86:16 89:10
**Wherefore** 184:25
**whereof** 226:17
**white** 40:5 180:10
215:5
**wife** 22:14 28:19,21
29:4,12 31:6
138:20,25 139:11
139:15,18,22
140:4,9 201:20
202:1,2
**Wilgens** 204:7,13
**win** 199:25 200:11
**window** 70:16,19
70:23 71:3,7
110:22 111:9,12
111:14 113:12
114:2,3,7,14
115:4 116:14
117:16 213:17,19
214:2,7,8,9,13,15
214:17,18,20,24
214:25
**windows** 70:14
**wish** 171:8
**Wisky** 159:13,15
159:18,23

**witness** 9:15 10:21
13:2 97:5 99:7
103:11,14 105:21
105:24 202:21
226:17 227:1
**woke** 150:6
**woman** 28:15,18
29:16
**women** 31:7
**wondering** 76:1
80:3 98:8 108:15
126:3
**word** 181:21 210:6
**wording** 157:8
**words** 90:21
**work** 24:24,25 25:2
25:12 30:7 31:15
31:16,18,22 32:2
32:5,13,16,18
33:14,15 102:11
124:17,17 140:15
140:20 204:21,22
204:23,25 205:8,9
216:16,21,23
217:3,6,11,17
**worked** 57:19
**worker** 194:20,22
194:25
**workers** 194:18
**working** 25:6 29:19
30:4 32:19 33:2
57:7 102:8 106:20
140:22
**world** 150:25 151:6
**wouldn't** 39:3
170:15 172:6
194:14
**Wow** 137:18
**write** 12:18,19,21
94:23 103:12
**wrong** 24:15 25:23
77:4 95:20 127:16
127:18 135:20
207:5 210:23
211:10,22
**wrote** 169:8 182:4

**X**

**X** 7:11 97:20
**Xia** 3:4 9:12,12

**Y**

**yard** 77:11 82:13
114:23 162:12
163:18
**yeah** 25:5 28:20
30:6 32:17 46:20
48:11 50:23 54:21
56:12,12 58:16,23
60:12 62:19 63:24
64:13,17 68:12
69:22 75:20 77:10
78:7 81:7 84:6
85:14 89:5,10
90:4,9 92:17,25
94:24 100:7
107:25 108:11
109:12 110:21
111:16,21 112:6
112:12,21 113:1
114:5 117:13,23
119:21 121:15
123:17,23 125:7
125:25 128:16
129:22 130:8,8
134:8,8 136:18
137:3 138:2 139:4
140:13,22 141:11
142:12,25 144:19
145:3 149:12
150:6 152:14
154:23 157:19
172:1 173:24
174:9 175:17
180:22 191:18
196:4 209:2 212:5
212:21 220:24
221:2 222:13
**year** 29:11 35:15
36:16 45:8,10
146:1 149:25
202:6
**years** 19:14 21:4
25:11 65:11

182:14
**yell** 164:24
**yesterday** 10:16
129:9
**young** 19:18,18
24:7 34:15 35:3,5
142:13 182:12,17
**younger** 23:7,10
**Yvrose** 23:5

**Z**

**0**

**0** 149:21
**02108** 4:7 6:8
**02109** 3:7
**06103** 5:8
**06405** 4:15
**06901** 5:16

**1**

**1** 7:13 11:13,15
12:6 15:22 20:24
26:8 34:11 80:12
127:21 133:16
183:23
**1:31** 94:4
**1:51** 103:20
**1:52** 103:23
**10** 7:4 149:22
**10/31/2017** 226:23
**10:02** 15:19
**100** 3:6 31:25 33:2
151:15 198:15,17
198:25 199:3
**11** 7:14
**11:05** 52:8
**11:21** 52:11
**12** 79:5 80:11
**12:27** 93:13
**13** 43:2
**13th** 34:23 35:22
35:23 36:2,8,11
36:19,21 37:17,25
38:19 39:1,5,11
39:14 40:8,14,16
40:20 41:7,9,14

42:8,9,25 43:12
43:16 59:16 96:19
208:25 209:8
**15** 45:7
**150** 32:1 33:3
**15th** 165:11,19
166:7 168:16,20
**16** 7:15 45:7 65:11
**164** 7:5
**19** 1:24 8:6
**192** 7:6
**1989** 18:11,14
**19th** 225:9 226:5

**2**

**2** 7:15 16:12,13,17
20:24 183:22,25
**2:27** 123:4
**2:39** 123:7
**20** 184:8 187:7,19
187:25 189:20
229:16
**20,000,000** 184:13
185:1
**2006** 45:8
**2009** 165:11,19
166:7 168:16,21
**201** 5:15
**2010** 146:16,16
**2015** 1:24 8:6 225:9
226:5,18
**203-315-7000** 4:16
**219** 7:7
**21st** 4:6
**220** 7:8
**24** 167:1,18,19
**24th** 226:18
**25** 12:23
**27** 25:11
**28** 127:21 131:2,15
133:9,15 135:14
138:15 148:17
151:4
**280** 5:7
**29** 47:23

**3**

Golkow Technologies, Inc. - 1.877.370.DEPS

**3** 7:16 94:13,15
**3:13-cv-01132-R...**
  8:12
**3:13-cv-01132(R...**
  1:2
**3:13-cv-1225-RNC**
  1:4
**3:13-cv-1269-RNC**
  1:4
**3:13-cv-1437-RNC**
  1:5
**3:13-cv-1480-RNC**
  1:5
**3:13-cv-1626-RNC**
  1:6
**3:13-cv-1627-RNC**
  1:6
**3:13-cv-1628-RNC**
  1:7
**3:13-cv-1629-RNC**
  1:7
**3:13-cv-1630-RNC**
  1:8
**3:13-cv-1631-RNC**
  1:8
**3:13-cv-1632-RNC**
  1:9
**3:13-cv-1633-RNC**
  1:9
**3:13-cv-1634-RNC**
  1:10
**3:13-cv-1635-RNC**
  1:10
**3:13-cv-1636-RNC**
  1:11
**3:13-cv-1637-RNC**
  1:11
**3:13-cv-1638-RNC**
  1:12
**3:13-cv-1639-RNC**
  1:12
**3:13-cv-1640-RNC**
  1:13
**3:13-cv-1641-RNC**
  1:13
**3:13-cv-1642-RNC**
  1:14

**3:13-cv-1644-RNC**
  1:14
**3:13-cv-1645-RNC**
  1:15
**3:13-cv-1647-RNC**
  1:15
**3:13-cv-1648-RNC**
  1:16
**3:13-cv-1701-RNC**
  1:16
**3:13-cv-1767-RNC**
  1:17
**3:13-cv-1768-RNC**
  1:17
**3:13-cv-1769-RNC**
  1:18
**3:13-cv-1881-RNC**
  1:18
**3:13-cv-1904-RNC**
  1:19
**3:13-cv-1906-RNC**
  1:19
**3:13-cv-1907-RNC**
  1:20
**3:29** 152:19
**3:45** 152:22
**30** 49:14 74:1,5
  75:3,9,21 80:5
  227:13
**350** 199:15
**39** 183:21 184:1,5

**4**

**4** 26:8 49:24
**4:00** 50:16 51:2
**4:02** 164:6
**4:06** 164:9
**4:44** 190:19
**4:55** 190:22
**40** 49:14 80:6
**45** 74:1,5 75:3,9,21
**47** 20:9
**471** 4:14
**473** 2:11 226:2,21

**5**

**5** 2:6 158:22

**5:39** 219:13
**5:41** 219:16
**5:50** 225:10
**50** 33:14
**547** 2:6

**6**

**60** 10:22
**617-423-0400** 4:8
**617-523-6010** 6:9
**617-523-6250** 3:8
**618-259-2222** 3:16
**62002** 3:15

**7**

**7** 79:5
**7th** 18:14

**8**

**830** 6:7
**860-275-0665** 5:17
**860-275-8200** 5:9

**9**

**9:36** 1:25 8:6
**9:48** 15:16
**94** 7:16

# Exhibit L

Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Civil Action No.
3:13-cv-01132(RNC)

****************************

GERVIL ST. LOUIS, a/k/a ST.     Consolidated with:
LOUIS GERVIL,                   3:13-cv-1225-RNC
                                3:13-cv-1269-RNC
                Plaintiff,      3:13-cv-1437-RNC
                                3:13-cv-1480-RNC
        v.                      3:13-cv-1626-RNC
                                3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER         3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE     3:13-cv-1629-RNC
E. CARTER; HAITI FUND,          3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;     3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW     3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY     3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.        3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES     3:13-cv-1635-RNC
AND OF MALTA, AMERICAN          3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a      3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN        3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN       3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN     3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;       3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX     3:13-cv-1642-RNC
and JOHN DOE SEVEN,             3:13-cv-1644-RNC
                                3:13-cv-1645-RNC
                Defendants.     3:13-cv-1647-RNC
                                3:13-cv-1648-RNC
                                3:13-cv-1701-RNC
                                3:13-cv-1767-RNC
                                3:13-cv-1768-RNC
                                3:13-cv-1769-RNC
                                3:13-cv-1881-RNC
                                3:13-cv-1904-RNC
                                3:13-cv-1906-RNC
                                3:13-cv-1907-RNC
****************************
This document applies to:
All of the above referenced cases
And those to be filed
****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
    VIDEOTAPED DEPOSITION OF WADSON DORCINE

        Wednesday, September 30th, 2015
                9:14 a.m.

Confidential - Subject to Further Confidentiality Review

Page 2

```
1    VIDEOTAPED DEPOSITION OF WADSON DORCINE
2
3
     Held At:
4
5       Barcelo Puerto Plata
6       Carretera Luperón, km 5, Puerto Plata 547
7       Dominican Republic
8
9
10   REPORTED BY:
11   Maureen O'Connor Pollard, RMR, CLR, LSR #473
12   Realtime Systems Administrator
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1    APPEARANCES (Continued):
2
3    FOR THE DEFENDANT HOPE E. CARTER:
4       JEFFREY W. KENNEDY, ESQ.
5       MILANO & WANAT LLC
6       471 East Main Street
7       Branford, Connecticut 06405
8       203-315-7000
9       jkennedy@mwllc.us
10
11   FOR THE DEFENDANT ORDER OF MALTA AMERICAN
12   ASSOCIATION, U.S.A.:
13      BRADFORD S. BABBITT, ESQ.
14      ROBINSON & COLE LLP
15      280 Trumbull Street
16      Hartford, Connecticut 06103
17      860-275-8200
18      bbabbitt@rc.com
19
20
21
22
23
24
25
```

Page 3

```
1    APPEARANCES:
2    FOR THE PLAINTIFF:
3       MITCHELL GARABEDIAN, ESQ.
4       LU XIA, ESQ.
5       LAW OFFICES OF MITCHELL GARABEDIAN
6       100 State Street, Sixth Floor
7       Boston, Massachusetts 02109
8       617-523-6250
9       garabedianlaw@earthlink.com
10      lxia@garabedianlaw.com
11      -and-
12   JO ANNA POLLOCK, ESQ.
13      SIMMONS HANLY CONROY
14      One Court Street
15      Alton, Illinois 62002
16      jpollock@simmonsfirm.com
17
18   FOR THE DEFENDANT PAUL E. CARRIER, S.J.:
19      AARON D. ROSENBERG, ESQ.
20      MURPHY & KING
21      One Beacon Street, Twenty First Floor
22      Boston, Massachusetts 02108
23      617-423-0400
24      arosenberg@murphyking.com
25
```

Page 5

```
1    APPEARANCES (Continued):
2
3    FOR THE DEFENDANT FAIRFIELD UNIVERSITY:
4       JOHN W. CERRETA, ESQ.
5       DAY PITNEY LLP
6       242 Trumbull Street
7       Hartford, Connecticut 06103
8       860-275-0100
9       jcerreta@daypitney.com
10
11   FOR THE DEFENDANT THE SOCIETY OF JESUS OF
12   NEW ENGLAND:
13      MICHAEL KERRIGAN, ESQ.
14      SLOANE AND WALSH, LLP
15      Three Center Plaza, SUite 830
16      Boston, Massachusetts 02108
17      617-523-6010
18      mkerrigan@sloanewalsh.com
19
20   Videographer:  Christopher Coughlin
21
22   Interpreter:  Philippe Chamy
23
24   Also Present:
25   Jean Elyseé Pierre Louis, Interpreter
```

2 (Pages 2 to 5)

Confidential - Subject to Further Confidentiality Review

Page 6

1           INDEX
2    EXAMINATION                    PAGE
3    WADSON DORCINE
4      BY MR. BABBITT                9
5      BY MR. KERRIGAN             154
6      BY MR. ROSENBERG           172
7      BY MR. CERRETA              173
8      BY MR. KENNEDY              175
9
10
11       E X H I B I T S
12   NO.       DESCRIPTION          PAGE
13   1   Plaintiff Wadson Dorcine's
         Response to Certain Defendants'
14       First Set of Interrogatories......... 12
15
16
17
18
19
20
21
22
23
24
25

Page 8

1           MR. KENNEDY:  Good morning.  I'm Jeff
2    Kennedy, I represent Hope Carter.
3           MR. GARABEDIAN:  Good morning.
4    Mitchell Garabedian, I represent all Plaintiffs
5    in the St. Louis matter, including Wadson
6    Dorciné.
7           THE INTERPRETER:  Did you want to
8    swear me in?
9           MS. POLLOCK:  Good morning.  My name
10   is Jo Anna Pollock, and I also represent the
11   Plaintiffs.
12           MS. XIA:  Good morning, Lu Xia
13   representing Plaintiffs.
14           THE VIDEOGRAPHER:  The court reporter
15   is Maureen Pollard, and she will now swear in
16   the witness and the interpreter.
17
18           PHILIPPE CHAMY,
19   having been duly sworn to translate the
20   questions and answers to the best of his
21   ability, translated as follows:
22
23           WADSON DORCINE,
24   having been first duly sworn, was examined and
25   testified as follows through the interpreter:

Page 7

1           P R O C E E D I N G S
2
3           THE VIDEOGRAPHER:  We are now on the
4    record.  My name is Chris Coughlin, I'm a
5    videographer for Golkow Technologies.  Today's
6    date is September 30, 2015, and the time is
7    9:14 a.m..
8           This video deposition is being held in
9    Puerto Plata, Dominican Republic, in the matter
10   of Gervil St. Lewis versus Douglas Perlitz, et
11   al, for the United States District Court,
12   District of Connecticut.
13           The deponent is Wadson Dorciné.
14           Will counsel please identify
15   yourselves for the record.
16           MR. BABBITT:  Good morning.  I'm
17   Bradford Babbitt, I represent the American
18   Association of the Order of Malta.
19           MR. KERRIGAN:  Good morning,
20   Mr. Dorciné.  My name is Michael Kerrigan, and I
21   represent the Society of Jesus of New England.
22           MR. ROSENBERG:  Good morning.  Aaron
23   Rosenberg, I represent Father Paul Carrier.
24           MR. CERRETA:  Good morning.  John
25   Cerreta representing Fairfield University.

Page 9

1           THE VIDEOGRAPHER:  Please begin.
2           MR. BABBITT:  Thank you.
3           Before we get started, Counsel, will
4    you reserve -- we're going to reserve all
5    objections except as to form?
6           MS. POLLOCK:  Sure.
7           MR. BABBITT:  You want 60 days to read
8    and sign?
9           MS. POLLOCK:  Yes, please.
10           MR. BABBITT:  We're waiving
11   notarization?
12           MS. POLLOCK:  Yes.
13           DIRECT EXAMINATION
14   BY MR. BABBITT:
15   Q.   Good morning again, sir.  I'm Brad
16   Babbitt.  Can you tell me what your full name
17   is?
18   A.   My name is Wadson Dorciné.
19   Q.   Is that spelled D-O-R-C-I-N-E?
20   A.   Yes.
21   Q.   Thank you.
22        Do you go by any other nicknames?
23   A.   No.
24   Q.   Do you know any other names that
25   people use to refer to you?

3 (Pages 6 to 9)

Confidential - Subject to Further Confidentiality Review

Page 10

1    A.   No.
2    Q.   What is your date of birth?
3    A.   November 20, 1992.
4    Q.   Thank you.
5         Do you understand English?
6    A.   No.
7    Q.   Do you speak Creole?
8    A.   Yes.
9    Q.   Do you read Creole?
10   A.   No.
11   Q.   Do you write Creole?
12   A.   No.
13   Q.   You understand that you've just taken
14   an oath to tell the truth?
15   A.   Yes.
16   Q.   You swore to tell the truth before
17   God?
18   A.   Yes.
19   Q.   Do you believe in God?
20   A.   Yes.
21   Q.   I'm going to ask you questions this
22   morning.
23   A.   Okay.
24   Q.   And I need to get accurate and
25   truthful answers.  Okay?

Page 11

1    A.   Yes.
2    Q.   The other lawyers sitting to my right
3    will also be asking you questions.  They will
4    also need to have you provide truthful and
5    accurate answers.
6         Please tell me if any of my questions
7    are confusing or unclear.  Please don't answer a
8    question unless you understand it.
9         Are you having any difficulty
10   understanding our interpreter?
11   A.   I don't yet know the interpreter.  I
12   don't know whether well interpreting or not well
13   interpreting for me.
14   Q.   Have you understood everything the
15   interpreter said to you in Creole so far today?
16   A.   Yes.
17   Q.   Okay.  Have you taken any medicine
18   today?
19   A.   No.
20   Q.   Have you taken any drugs today?
21   A.   No.  I don't take drugs.
22   Q.   Have you drunk any alcohol today?
23   A.   No.
24   Q.   Do you know of any reason you cannot
25   today give truthful and accurate testimony?

Page 12

1    A.   I have every reason to tell the truth
2    today.
3    Q.   And do you know of any reason you
4    could not tell the truth today?
5    A.   No.
6    Q.   Thank you.
7         I've put before you what I've marked
8    as Exhibit 1 in this case.
9         (Whereupon, Dorciné Exhibit Number 1,
10        Plaintiff Wadson Dorcine's Response to
11        Certain Defendants' First Set of
12        Interrogatories, was marked for
13        identification.)
14   BY MR. BABBITT:
15   Q.   Please take a look at it.  And I'll
16   state for the record the first portion is in
17   English, and then the Creole translation, or
18   maybe it's an English translation is first and
19   then the Creole appears behind it.
20        (Witness reviewing document.)
21   BY MR. BABBITT:
22   Q.   Have you had a chance to review
23   Exhibit 1?
24   A.   Could you please repeat what you said?
25   Q.   Have you had a chance to review

Page 13

1    Exhibit 1?
2    A.   Yes.
3    Q.   Please take a look at the last page of
4    Exhibit 1.  Do you recognize your signature on
5    Exhibit 1?
6    A.   Yes.
7    Q.   You signed that page?
8    A.   Yes.
9    Q.   Where were you when you signed the
10   page?
11   A.   I was in a hotel.
12   Q.   What hotel?
13   A.   I don't remember which one.
14   Q.   What city was the hotel in?
15   A.   Cap-Haïtien.
16   Q.   Is Cap-Haïtien where you lived at the
17   time you signed this document?
18   A.   Yes.
19   Q.   You've lived in Cap-Haïtien for most
20   of your life?
21   A.   Almost all my life.
22   Q.   Where in Cap-Haïtien was this hotel?
23   A.   I couldn't give you the address.
24   Q.   What neighborhood was it in?
25   A.   In downtown.

4 (Pages 10 to 13)

Confidential - Subject to Further Confidentiality Review

Page 14

1    Q.  Please keep your voice up so the
2  interpreter can hear you.
3       Had you ever seen the hotel before you
4  went there to sign this document?
5    A.  No.
6    Q.  Where in the hotel were you when you
7  signed the document?
8    A.  In a room.
9    Q.  What room?
10   A.  I don't know.
11   Q.  Was it a bedroom?  Was there a bed in
12  the room?
13   A.  No.
14   Q.  Was it a public room, like a
15  restaurant?
16   A.  No.
17   Q.  Who else was in the room when you
18  signed it?
19   A.  I had -- there were several companions
20  with me.
21   Q.  Who?
22   A.  My lawyer.
23   Q.  Who else?
24   A.  No one else.
25   Q.  And when you say your lawyer, was

Page 15

1  Mr. Mitch in the room?
2    A.  Yes.
3    Q.  Any other lawyers?
4    A.  All my lawyers.
5    Q.  Anyone other than your lawyers?
6    A.  No.
7    Q.  Did you put the date on the page
8  that's the last page of Exhibit 1?
9    A.  Yes.
10   Q.  Was Cyrus Sibert with you when you
11  signed the document?
12   A.  No.
13   Q.  How about Margarette Joseph, was she
14  there?
15   A.  No.
16   Q.  How about Matthew, was he there?
17   A.  No.
18   Q.  How about Jean Gary, was he there?
19   A.  No.
20   Q.  When you signed Exhibit 1 -- let me
21  start again.
22       Did you read Exhibit 1 before you
23  signed it?
24   A.  No.  I looked at it, and since I don't
25  know how to read, a person read it for me.

Page 16

1    Q.  Before you signed Exhibit 1, did you
2  understand what information was contained in it?
3    A.  Yes.
4    Q.  And when you signed Exhibit 1 on that
5  last page, were you verifying that the
6  information contained in Exhibit 1 was true?
7    A.  Yes.
8    Q.  As you sit here today, do you believe
9  the information contained in Exhibit 1 is still
10  true?
11   A.  Yes.
12   Q.  When was the last time you talked to
13  Margarette Joseph?
14   A.  I don't remember.
15   Q.  Have you spoken with her since PPT
16  closed?
17   A.  I don't remember.
18   Q.  Have you seen her since PPT closed?
19   A.  No.
20   Q.  Where does she live?
21   A.  I don't know.
22   Q.  When did you last speak to Cyrus
23  Sibert?
24   A.  I don't remember the last time.
25   Q.  Have you seen him at this hotel since

Page 17

1  you've been here?
2    A.  Yes.
3    Q.  Did you see him yesterday?
4    A.  No.
5    Q.  Did you see him this morning?
6    A.  No.
7    Q.  When was the last time you saw him
8  here at this hotel?
9       MS. POLLOCK:  Objection.  Asked and
10  answered.
11   A.  Last time I saw him was when we came
12  to the hotel on Saturday.
13  BY MR. BABBITT:
14   Q.  He travelled with you to the hotel?
15   A.  Yes.
16   Q.  Did he buy your ticket?
17   A.  Yes.
18   Q.  Did you talk to him about this
19  deposition?
20   A.  No.
21   Q.  Did you talk to him about why you were
22  coming to this hotel?
23   A.  No.
24       MS. POLLOCK:  I've got to object, and
25  instruct the witness not to disclose any

5 (Pages 14 to 17)

Confidential - Subject to Further Confidentiality Review

Page 18

1  communications that would have been provided
2  from your lawyer to you.
3          Can you interpret that?
4          THE INTERPRETER: Can you repeat for
5  me?
6          MS. POLLOCK: Sure. I'm going to
7  object and instruct the witness not to disclose
8  any communications between his lawyers and him
9  on the basis of attorney/client privilege.
10         A. Okay.
11 BY MR. BABBITT:
12     Q. Did Cyrus tell you why he was buying
13 you a ticket to come here?
14         MS. POLLOCK: Do you want me to just
15 make -- keep saying same objection, or do you
16 want me to go through the whole --
17         MR. BABBITT: I don't know whether he
18 was translating for somebody else or whether any
19 other lawyers were present at any time, so I
20 don't know.
21         MS. POLLOCK: I understand.
22         MR. BABBITT: I get your objection.
23 I'm not asking for lawyer information, but I'm
24 asking to find out what Cyrus told him.
25         MS. POLLOCK: I understand. I

Page 19

1  understand.
2          So again, you can testify about
3  conversations that you had with Cyrus in
4  general, but not about things that the lawyer
5  told Cyrus to tell you.
6          A. Okay.
7  BY MR. BABBITT:
8      Q. Did Cyrus tell you why he was buying
9  you a ticket to come here?
10         MS. POLLOCK: Same objection.
11         THE INTERPRETER: I will repeat from
12 the record.
13         A. No.
14 BY MR. BABBITT:
15     Q. Who else did you travel to this hotel
16 with?
17         A. I came, I travelled with Brisma, also
18 with Claude. I forget the other names. Cyrus
19 Sibert.
20     Q. Did you know Brismac Joseph from PPT?
21     A. Yes.
22     Q. Did you know Claude from PPT?
23     A. Yes.
24     Q. Did you ask them -- did you ask
25 Brismac Joseph why he was coming to this hotel?

Page 20

1      A. No.
2      Q. Did you talk with Brismac about coming
3  to this hotel?
4      A. No.
5      Q. Did you talk with Claude about coming
6  to this hotel?
7      A. No.
8      Q. Did you talk with Claude about this
9  deposition?
10     A. No.
11     Q. Did you talk with Claude about any
12 deposition?
13     A. No.
14     Q. Did you talk with Brismac about any
15 deposition?
16     A. No.
17     Q. How many times have you been to the
18 Dominican Republic in your life?
19     A. I've been one time to the Dominican
20 Republic. Twice I tried to come by going
21 through the bushes, but I didn't end up doing
22 it.
23     Q. Did you tell anyone other than your
24 lawyers that you were coming here for this
25 deposition?

Page 21

1      A. No.
2      Q. Did you talk with anyone other than
3  your lawyers about this deposition?
4      A. No.
5      Q. Do you have a phone?
6      A. No.
7      Q. When did you last have a phone?
8      A. I had a telephone, and at one point it
9  got damaged, and I don't remember when it was
10 damaged, and since then I don't have a phone.
11     Q. Do you send -- did you send -- when
12 you had a phone, did you send text messages on
13 the phone?
14     A. No.
15     Q. Never did that?
16     A. No.
17         MS. POLLOCK: Objection. Asked and
18 answered.
19 BY MR. BABBITT:
20     Q. Did you ever send or receive e-mail on
21 your phone?
22     A. No.
23     Q. Did you ever send or receive
24 electronic mail or e-mail in any other way?
25     A. No.

6 (Pages 18 to 21)

Confidential - Subject to Further Confidentiality Review

Page 22

1    Q.    Are you married?
2    A.    No.
3    Q.    Have you ever been married?
4    A.    No.
5    Q.    Do you have any children?
6    A.    No.
7    Q.    Do you have a girlfriend?
8    A.    No.
9    Q.    Have you ever had a girlfriend?
10   A.    No.
11   Q.    Where do you live today?
12   A.    I live in Blue Hills.
13   Q.    Blue Hills?  Is that a neighborhood in
14   Cap-Haïtien?
15   A.    Yes.
16   Q.    How long have you lived in Blue Hills?
17   A.    A lot of time.  I don't remember.
18   Q.    Is the neighborhood of Blue Hills near
19   the location of the Village that was part of
20   PPT?
21   A.    It's the same neighborhood.
22   Q.    Who lives with you in Blue Hills?
23   A.    My parents.
24   Q.    What is your mother's name?
25   A.    Vierge Marie Nelson.

Page 23

1    Q.    How old is she?
2    A.    I don't know.
3    Q.    Does your mother have a job?
4    A.    No.
5         THE INTERPRETER:  For the court
6    reporter, Vierge Marie like Virgin Maria.
7    BY MR. BABBITT:
8    Q.    Has your mother ever had a job?
9    A.    Yes.
10   Q.    When did she have a job?
11   A.    The last time she had a job was at
12   PPT, Pierre Toussaint.
13   Q.    What did she do at PPT?
14   A.    She washed and ironed.
15   Q.    How long did she work at PPT?
16   A.    I don't know.  I don't remember.
17   Q.    Did she work at PPT while you were a
18   student there?
19   A.    Yes.
20   Q.    Was she work -- and when she worked at
21   PPT, did she work at the Village?
22   A.    Yes.
23   Q.    Was she working at the Village when
24   you were attending Rue 13?
25   A.    No.

Page 24

1    Q.    Did she start working at the Village
2    after you attended Rue 13?
3    A.    Yes.
4    Q.    Did she start working at the Village
5    at the same time as you started attending the
6    Village?
7    A.    At the same time I was at the Village,
8    yes.
9    Q.    Did she work every day at the Village?
10   A.    No.
11   Q.    What days did she work at the Village?
12   A.    She used to work on Wednesdays, and
13   that's it.
14   Q.    She only worked one day a week at the
15   Village?
16   A.    Yes.
17   Q.    And what is your father's name?
18   A.    Jackilo Dorciné.
19   Q.    And how old is he?
20   A.    I don't know.
21   Q.    Does he have a job?
22   A.    No.
23   Q.    Did he have a job?
24   A.    Yes.
25   Q.    What was his job?

Page 25

1    A.    He was working in Pierre Toussaint.
2    Q.    What was his job in Pierre Toussaint?
3    A.    He used to tend the gardens, he was
4    also a security guard, and he would do some
5    washing -- watchman.  He would be like a
6    security guard watching.
7    Q.    When did he work at PPT?
8    A.    Every day.
9    Q.    And how long did he work at PPT?
10   A.    A lot of time, because he was there
11   right from the start of PPT all the way to the
12   end.
13   Q.    When you say "the start of PPT," do
14   you mean the start of the Village?
15   A.    Yes, the Village.
16   Q.    Do you remember what year the Village
17   started?
18   A.    No.
19   Q.    Did your father work at any other of
20   the school -- any other portions or programs of
21   PPT other than the Village?
22   A.    Just the Village.
23   Q.    Did he -- did your father serve as the
24   gatekeeper at the Village?
25   A.    Yes.

7 (Pages 22 to 25)

Confidential - Subject to Further Confidentiality Review

Page 26

```
 1       Q.   He was in charge of opening and
 2  closing the gate when someone wanted to come
 3  through the wall?
 4       A.   Yes.
 5       Q.   There was a large wall around the
 6  Village, correct?
 7       A.   Yes.
 8       Q.   When your father worked at the
 9  Village, were you living in Blue Hills?
10       A.   Yes.
11       Q.   Did you ever live inside the Village?
12       A.   Yes.
13       Q.   Did your mother and father live with
14  you inside the Village?
15       A.   Yes.
16       Q.   Where in the Village did you live when
17  you lived with your mother and father inside the
18  Village?
19       A.   It would be a little bit difficult for
20  me to give you the exact location.
21       Q.   Was there a house that you lived in
22  inside the Village with your mother and father?
23       A.   Yes.
24       Q.   And did you live in that house
25  throughout the time that your father worked at
```

Page 27

```
 1  the Village?
 2       A.   No.
 3       Q.   How long after your father started
 4  working at the Village did you start living in
 5  the Village?
 6       A.   I couldn't tell you.  I don't remember
 7  anymore.
 8       Q.   Did you continue to live inside the
 9  Village with your mother and father until PPT
10  closed?
11       A.   No.
12       Q.   When did you stop living inside the
13  Village?
14       A.   I can't give you the exact date.  It's
15  Douglas that had thrown my parents out.
16       Q.   Why did Douglas throw your parents
17  out?
18       A.   It was his choice.  He chose for them
19  no longer to live in the Village.
20       Q.   Did your father continue working at
21  the Village after Douglas did not want them to
22  live there?
23       A.   Yes.
24       Q.   Did Douglas ever say in your presence
25  why he did not want your parents to live there
```

Page 28

```
 1  anymore?
 2       A.   No.
 3       Q.   Who lived in the house inside the
 4  Village after your parents and you no longer
 5  lived there?
 6       A.   There was no one living in it.  They
 7  turned it into a schoolroom.
 8       Q.   The house you had been living in with
 9  your mother and father was turned into a
10  schoolroom?
11       A.   Yes.
12       Q.   And when you stopped living in the
13  Village with your parents, where did you go to
14  live?
15       A.   I went to live in the same area in
16  Blue Hills.
17       Q.   What's the address of that place that
18  you went to live in Blue Hills?
19       A.   I don't know.  I don't have it.
20       Q.   Do you still live in the same place?
21       A.   Yes.
22       Q.   Before you moved -- before you started
23  living in the Village with your mother and
24  father, where were you living?
25       A.   St. Raphael.
```

Page 29

```
 1       Q.   Who did you live with in St. Raphael?
 2       A.   With my parents.
 3       Q.   And when you left St. Raphael, you
 4  went to live at the Village with your parents?
 5       A.   Yes.
 6       Q.   Did you ever live at the Village
 7  with -- in the buildings with the other
 8  students, and not with your parents?
 9       A.   Yes, I was living as the children of
10  the Village lived.
11       Q.   When you say "children of the
12  Village," do you mean students of PPT?
13       A.   Yes.
14       Q.   So you slept at night in a building
15  with other students?
16       A.   No.
17       Q.   Where did you sleep at night when you
18  were living as a children of the Village?
19       A.   At my parents' home.
20       Q.   So throughout the time that you lived
21  at the Village, you lived with your parents in
22  their home?
23       A.   Yes.
24       THE INTERPRETER:  The interpreter
25  would like to make a comment.
```

8 (Pages 26 to 29)

Confidential - Subject to Further Confidentiality Review

Page 30

1        There's an ambiguity with "living."
2   It doesn't necessarily mean sleeping.  That's
3   why there was the confusion, in my opinion.
4        MR. BABBITT:  Okay.  Thank you.  And
5   based on that, and I appreciate that.
6   BY MR. BABBITT:
7      Q.   So throughout the time that you
8   lived --
9        THE INTERPRETER:  You can use that
10  word.
11     Q.   Throughout the time that your parents
12  had a house inside the Village, did you sleep in
13  your parents' house at the Village?
14     A.   Yes.
15     Q.   How long did your parents have a house
16  inside the Village before Douglas decided to
17  make it into a classroom?
18     A.   At a certain point in time while my
19  parents were living in the Village, they had
20  elsewhere the foundations of a house.  And when
21  Douglas asked them to leave, they went to live
22  on that foundation, and they used sheets to sort
23  of create a shelter.
24     Q.   Do you know how long your parents had
25  a house inside the Village before Douglas

Page 31

1   decided to make it into a classroom?
2      A.   No, I was too young to really recall
3   the times.
4      Q.   When your father worked at the
5   Village, was Doug Perlitz his boss?
6      A.   I didn't understand.
7      Q.   When your father worked at the
8   Village, was Doug Perlitz in charge of the
9   Village?
10     A.   I'm having trouble with understanding
11  the name.  Are you speaking about Douglas
12  Perlitz?
13     Q.   Yes, Douglas Perlitz.
14     A.   Yes.  The answer is yes.
15     Q.   When your father worked at the
16  Village, Douglas Perlitz was in charge of the
17  Village?
18     A.   Yes.
19     Q.   And when your mother worked at the
20  Village, was Douglas Perlitz in charge of the
21  Village?
22     A.   Yes.
23     Q.   And I think you told us that Douglas
24  Perlitz decided at one point to change the house
25  that you were living in with your parents into a

Page 32

1   classroom, is that right?
2      A.   He had thrown my parents out, but my
3   parents were still working in the Village.
4      Q.   And do you know if -- was it Douglas
5   Perlitz's decision to throw your parents out?
6      A.   Yes.
7      Q.   Did anybody else make that decision,
8   to your knowledge?
9      A.   I don't know.
10     Q.   Did you live in Blue Hills before you
11  started living in the Village with your parents?
12     A.   No.
13     Q.   So the first time you lived in Blue
14  Hills was after you were no longer living in the
15  Village with your parents?
16     A.   Yes.
17     Q.   Do you have any brothers?
18     A.   Yes.
19     Q.   What are their names?
20     A.   Wanderson Dorciné, Daniel Dorciné.
21     Q.   How old is Wanderson?
22     A.   I don't know.
23     Q.   Is he older or younger than you?
24     A.   He's younger.
25     Q.   Where does he live?

Page 33

1      A.   Blue Hills.
2      Q.   Did he live with you and your mother
3   when you were living at -- your mother and
4   father when you were living at the Village?
5      A.   Yes.
6      Q.   And does he still live with you and
7   your mother and your father?
8      A.   Yes.
9      Q.   Is he married?
10     A.   No.
11     Q.   Does he have any children?
12     A.   No.
13     Q.   Does he have a job?
14     A.   No.
15     Q.   Has he ever had a job?
16     A.   No.
17     Q.   How about Daniel, how old is Daniel?
18     A.   Six years old.
19     Q.   And does he live with your mother and
20  your father and you?
21     A.   Yes.
22     Q.   Do you have any sisters?
23     A.   Yes.
24     Q.   What are their names?
25     A.   Jakilene Dorciné.

9 (Pages 30 to 33)

Confidential - Subject to Further Confidentiality Review

Page 34

1    Q.   Any other sisters?
2    A.   Rosemida Dorciné, Jenniflore Dorciné.
3    Q.   And how old is Jakilene?
4    A.   I don't know.
5    Q.   Is she older or younger than you?
6    A.   She's older.
7    Q.   Where does she live?
8    A.   At the same place with mom and dad.
9    Q.   Did she live with you and your mother
10   and your father when you were living at the
11   Village?
12   A.   Yes.
13   Q.   Does Jakilene have any children?
14   A.   No.
15   Q.   Is she married?
16   A.   No.
17   Q.   Does she have a job?
18   A.   No.
19   Q.   Has she ever had a job?
20   A.   No.
21   Q.   How old is Rosemida?
22   A.   I don't know.
23   Q.   Is she older or younger than you?
24   A.   Younger.
25   Q.   Does she live with you and your mother

Page 35

1    and father?
2    A.   Yes.
3    Q.   Did she live with you and your mother
4    and your father when you lived at the Village?
5    A.   Yes.
6    Q.   Is she older or younger than Daniel?
7    A.   She's older.
8    Q.   Does she have a job?
9    A.   No.
10   Q.   Has she ever had a job?
11   A.   No.
12   Q.   Does she have any children?
13   A.   No.
14   Q.   Is she married?
15   A.   No.
16   Q.   How about Jenniflore, how old?
17   A.   I don't know.
18   Q.   Is she older or younger than you?
19   A.   Younger.
20   Q.   Is she older or younger than Daniel?
21   A.   She's older than Daniel.
22   Q.   Does she live with your mother and
23   your father and you?
24   A.   Yes.
25   Q.   Did she live with you and your mother

Page 36

1    and your father when you lived at the Village?
2    A.   Yes.
3    Q.   Does Jenniflore have a job?
4    A.   No.
5    Q.   Has she ever had a job?
6    A.   No.
7    Q.   Does she have any children?
8    A.   No.
9    Q.   Is she married?
10   A.   No.
11   Q.   How many rooms does the house you live
12   in have?
13   A.   Three.
14   Q.   Where was the first place you attended
15   school?
16   A.   I went to school in Beracca.
17   Q.   Where is that school?
18   A.   In a place called Fort St. Michel.
19   Q.   Is Fort St. Michel a part of
20   Cap-Haïtien?
21   A.   Yes.
22   Q.   Did you go to school when you were
23   living in St. Raphael?
24   A.   That I don't remember, because I was
25   very, very young, and I moved to Cap-Haïtien

Page 37

1    when I was five years old.
2    Q.   So the first school that you remember
3    attending was in Fort St. Michel in Cap-Haïtien,
4    is that right?
5    A.   Yes.
6    Q.   When you attended Beracca, was your
7    family living at the Village?
8    A.   Yes.
9    Q.   How far away from the Village was
10   Beracca?
11   A.   It's quite a ways, but I couldn't say
12   how much.
13   Q.   Did you walk to Beracca?  Sorry.  Did
14   you walk to Beracca?
15   A.   Yes.
16   Q.   Would someone walk with you, or did
17   you walk alone?
18   A.   No, there was somebody walking with
19   me.
20   Q.   Did your brothers go to Beracca with
21   you?
22   A.   No.
23   Q.   Did your sisters go to Beracca with
24   you?
25   A.   Yes.

10 (Pages 34 to 37)

Confidential - Subject to Further Confidentiality Review

Page 38

1    Q.  All three?
2    A.  Two of them.
3    Q.  Which ones?
4    A.  Jakilene and Rosemida.
5    Q.  And did you walk with them to and from
6    school?
7    A.  No, with my father.
8    Q.  Your father walked with you to school?
9    A.  Yes, to take us to school.
10   Q.  And would your father pick you up at
11   school and walk you back home again?
12   A.  Yes.
13   Q.  How many grades did you attend at
14   Beracca?
15   A.  I don't remember.
16   Q.  How many years did you attend Beracca?
17   A.  I don't remember.
18   Q.  Did Beracca cost money to attend?
19   A.  Yes.
20   Q.  How much?
21   A.  I don't know.
22   Q.  Who paid that?
23   A.  My parents.
24   Q.  Why did you stop attending Beracca?
25   A.  Because my parents could no longer

Page 39

1    afford to pay.
2    Q.  What was the next school that you
3    attended?
4    A.  I went to school in Don Bosco.
5    Q.  Is Don Bosco a neighborhood in
6    Cap-Haïtien, or is it a name of a school?
7    A.  The name of a school.
8    Q.  Where is Don Bosco located?
9    A.  I don't remember the name of the
10   neighborhood.
11   Q.  Is it a neighborhood in Cap-Haïtien?
12   A.  Yes.
13   Q.  And when you attended Don Bosco, did
14   you live with your parents at the Village?
15   A.  Yes.
16   Q.  Did you walk to Don Bosco?
17   A.  Yes.
18   Q.  Did you walk with your father?
19   A.  Yes.
20   Q.  Did any of your brothers or sisters
21   attend that school?
22   A.  Only sisters.
23   Q.  Which ones?
24   A.  Jakilene.
25   Q.  Rosemida did not attend?

Page 40

1    A.  Yes, she did.
2    Q.  Rosemida did attend?
3    A.  Yes.
4    Q.  Did your brothers go to school?
5    A.  No.
6    Q.  They never went to any school?
7    A.  Yes, they did.
8    Q.  What school did they attend?
9    A.  I don't remember the names.
10   Q.  What grades did you attend at Don
11   Bosco?
12   A.  I don't remember.
13   Q.  You don't know whether -- let me start
14   again.
15       You don't remember whether you did the
16   first and third grades at Don Bosco?
17       THE INTERPRETER:  The first and third
18   grades?
19       MR. BABBITT:  First and third grades.
20   A.  It seems that I remember the second
21   year and the third year, but I'm not sure.
22   BY MR. BABBITT:
23   Q.  You're not sure, but you think you may
24   have attended the second year and third year at
25   Don Bosco?

Page 41

1    A.  Yes.
2    Q.  And did you attend the first and
3    second grades at Beracca?
4    A.  Yes, maybe.
5    Q.  You're not sure?
6    A.  No.  I don't remember everything.
7    Q.  Did Don Bosco cost money to attend?
8    A.  Yes.
9    Q.  And who paid for that?
10   A.  My parents.
11   Q.  Why did you stop attending Don Bosco?
12   A.  For economic reasons.
13   Q.  Could your parents no longer afford
14   Don Bosco?
15   A.  That's right.
16   Q.  What was the next school you attended?
17   A.  I went to Rue 13, Street 13.
18   Q.  Was Rue 13 part of PPT?
19   A.  Yes, it was a PPT Center.
20   Q.  Did you attend Rue 13 every day?
21   A.  Yes.
22   Q.  Did you walk there?
23   A.  Yes.
24   Q.  Did your father walk with you?
25   A.  No.

11 (Pages 38 to 41)

Confidential - Subject to Further Confidentiality Review

Page 42

1    Q.   Did anybody walk with you?
2    A.   No.
3    Q.   Did your brothers attend Rue 13 with
4  you?
5    A.   No.
6    Q.   How many grades did you attend at
7  Rue 13?
8    A.   I don't remember.
9    Q.   Were you living with your mom and dad
10  at the Village when you were attending Rue 13?
11    A.   Yes.
12    Q.   Did you eat --
13    A.   I correct myself.  No, I correct
14  myself.  I had already left the Village, and I
15  was living at Blue Hills.
16    Q.   At the time you started attending
17  Rue 13, Douglas had already decided that you and
18  your parents had to leave the Village, is that
19  correct?
20    A.   Yes.
21    Q.   So you were -- at the time you
22  attended Rue 13, you were living with your
23  parents and your siblings in a house in Blue
24  Hills?
25    MS. POLLOCK:  Objection.

Page 43

1  Mischaracterizes the witness's testimony.
2    And just, so I'm now speaking with the
3  interpreter, when I make general objections you
4  don't need to interpret.  If you could only
5  interpret when I instruct him not to answer.
6    THE INTERPRETER:  Okay.  That makes my
7  life easier.
8    MS. POLLOCK:  Thank you.
9    MR. BABBITT:  I don't think we got an
10  answer from the witness.
11    THE INTERPRETER:  I'm sorry, can you
12  repeat?
13    MR. BABBITT:  Not a problem at all.
14  BY MR. BABBITT:
15    Q.   At the time you attended Rue 13, you
16  were living with your parents and your siblings
17  in a house in Blue Hills, is that correct?
18    MS. POLLOCK:  Same objection.
19    A.   Yes.
20    MS. POLLOCK:  We've been going an
21  hour.  When you're at a good stopping point, I'd
22  like to use the restroom.
23    MR. BABBITT:  If you'd want to use a
24  break, that's fine, we can take a break.
25    MS. POLLOCK:  Thank you.

Page 44

1    THE VIDEOGRAPHER:  Going off the
2  record.  The time is 10:16.
3    (Whereupon, a recess was taken.)
4    THE VIDEOGRAPHER:  Back on the record.
5  The time is 10:31.
6  BY MR. BABBITT:
7    Q.   Mr. Dorciné, are your parents married?
8    A.   Yes.
9    Q.   Do you recall when you started
10  attending the Village?
11    A.   The time I started attending the
12  Village as a child of the Village you mean?
13    Q.   As a student, yes.  Thank you.
14    A.   Yes.
15    Q.   And when did you start attending the
16  Village as a student?
17    A.   I started as a student in the Village
18  around the time of 2004 to 2005.
19    Q.   What grades did you attend at the
20  Village?
21    A.   I don't remember.
22    Q.   How long did you stay at the Village
23  as a student?
24    A.   It's very hard for me to give you
25  times.  Those calculations are hard for me.  I

Page 45

1  can tell you approximately when I entered and at
2  what approximate time the Village closed.  That
3  I can give you.
4    Q.   What was the approximate time that
5  the Village closed?
6    A.   Around 2008, 2009.
7    Q.   When you were attending the Village as
8  a student, did you sleep at the house that your
9  parents lived in?
10    A.   No.  When I was a student at the
11  Village, I had already left the Village, so I
12  wasn't sleeping there.
13    Q.   And when you were a student at the
14  Village, did you sleep in Blue Hills in the
15  house that your parents lived in?
16    A.   Yes.
17    Q.   When you were a student at the
18  Village, did you eat your meals at the Village,
19  or did you eat meals at the house in Blue Hills
20  with your parents?
21    A.   In the Village.
22    Q.   Did it cost money to attend school at
23  the Village?
24    A.   Yes.  Douglas used to make my parents
25  pay.

Confidential - Subject to Further Confidentiality Review

Page 46

1    Q.   How much?
2    A.   200 gourdes.
3    Q.   How often?
4    A.   Every semester.
5         THE INTERPRETER:  The interpreter
6    maintains his interpretation.
7    A.   Every semester.
8    Q.   Did your parents -- did your father
9    tell you that Doug was requiring him to pay 200
10   gourdes every semester to attend the Village?
11   A.   Yes.
12   Q.   Did your father pay Douglas for you to
13   attend the Village each year that you were at
14   the Village as a student?
15   A.   Yes.
16   Q.   Did it cost money to attend Rue 13?
17   A.   No.
18   Q.   Do you know anyone else who had to pay
19   Douglas to attend the Village as a student?
20   A.   I don't remember the names, but there
21   were several.
22   Q.   Did everyone have to pay, or just some
23   people have to pay to attend the Village as a
24   student?
25   A.   Not everybody, but a certain quantity

Page 47

1    of people, yes.
2    Q.   Did your father ever tell you why
3    Douglas was charging him for you to be able to
4    be a student at the Village?
5    A.   No.
6    Q.   Did you ever come to understand why
7    Douglas was charging for you to be a student at
8    the Village?
9    A.   What I ended up understanding was that
10   Douglas was a mean person.
11        THE VIDEOGRAPHER:  May I interrupt?
12   Would you ask the witness if he could
13   keep his voice up for the recording, please?
14        THE INTERPRETER:  Does the mic need to
15   be higher?
16        THE VIDEOGRAPHER:  No.  Thank you,
17   sir.
18   BY MR. BABBITT:
19   Q.   You believe Douglas was charging you
20   to be a student at the Village because he was a
21   mean person?
22   A.   Yes.
23   Q.   Any other reason?
24   A.   I don't have other reasons.
25   Q.   Do you know the names of anyone else

Page 48

1    that Douglas charged to be a student at the
2    Village?
3    A.   I would remember their faces, but not
4    -- I don't remember their names.
5    Q.   How many other people did Douglas
6    charge to be a student?
7    A.   A lot, but I couldn't give you an
8    exact number.
9    Q.   Did he charge the same amount, 200
10   gourdes per semester?
11   A.   Yes.
12   Q.   After the Village closed, did you
13   attend school anywhere else?
14   A.   I went to a center that was called
15   Boys Center.
16   Q.   Where was that school located?
17   A.   Rue 14.
18   Q.   Was that in Cap-Haïtien?
19   A.   Yes.
20   Q.   How many years did you attend that
21   school?
22   A.   I don't remember.
23   Q.   Was it more than one year, or less
24   than one year?
25   A.   I don't remember.

Page 49

1    Q.   What was the highest grade that you
2    finished at the Village?
3    A.   They used to put two classes together,
4    and I got to what they used to call fourth and
5    fifth of their system of grading.
6         THE INTERPRETER:  The interpreter
7    would like to add that he's not sure what that
8    corresponds to in the American system of
9    grading.
10   Q.   What grade did you attend when you
11   went to the Boys Center?
12   A.   Sixth.
13        THE INTERPRETER:  Same comment.
14   Q.   Did you live -- excuse me.
15   Did you sleep at the house with your
16   mother and father when you attended Boys Center?
17   A.   At my parents' home you mean?
18   Q.   Yes.
19   A.   Yes.
20   Q.   Did you walk to Boys Center?
21   A.   Yes.
22   Q.   Why did you stop going to Boys Center?
23   A.   Because they stopped.
24   Q.   The school?  Did the Boys Center
25   close?

13 (Pages 46 to 49)

Confidential - Subject to Further Confidentiality Review

Page 50

1      A.   Yes.
2      Q.   Did you take an examination at the end
3  of your sixth grade year?
4      A.   Yes.
5      Q.   Did you pass the examination?
6      A.   No.
7      Q.   Did you attend any other schools after
8  Boys Center?
9      A.   No.
10     Q.   Did you ever attend a school called
11 Sacred Heart Institute?
12     A.   I didn't go to the Sacred Heart, but
13 the Center held their classes at Sacred Heart.
14     Q.   Boys Center held classes at Sacred
15 Heart?
16     A.   Yes.
17     Q.   Do you know what year Boys Center
18 closed?
19     A.   No.
20     Q.   Do you have a job today?
21     A.   No.
22     Q.   Have you ever had a job?
23     A.   No.
24     Q.   Have you tried to get jobs but not
25 been hired?

Page 51

1      A.   I've tried many times to try to get a
2  job.  In the area where I lived I tried to get a
3  job in the construction industry as a mason, but
4  they do not accept anyone who went to the
5  Village because they say that you're a faggot.
6  If you went to PPT, that means that you were a
7  faggot.  So they discriminate.
8      Q.   Have you ever tried to get a job
9  anywhere other than the area where you live?
10     A.   Sometimes I try to get a job in other
11 places where people won't recognize who I am,
12 and occasionally I've been able to get day job
13 for one day, but not a permanent job.
14     Q.   When you came to the Dominican
15 Republic before this trip, did you try to get a
16 job here?
17         THE INTERPRETER:  Here in the
18 Dominican Republic?
19         MR. BABBITT:  In the Dominican
20 Republic.  I'm sorry.
21     A.   I was never able to come here.  I was
22 stopped and expulsed from the company before I
23 could come over.
24     Q.   I see.  So this is -- is this trip to
25 the Dominican Republic the first time you have

Page 52

1  made it into the Dominican Republic country?
2      A.   Yes, that's right.
3      Q.   Do you have training as a mason?
4      A.   No, but I could still help out and
5  help the masons do their job by hauling
6  different -- the blocks, for example.
7      Q.   When was the last time you saw a
8  doctor?
9      A.   It's been a long time.  I've never had
10 the financial means to see a doctor, even when I
11 was sick.
12     Q.   When was the last time you saw a
13 nurse?
14     A.   I've never done that.  Only once I've
15 been to see a doctor, and that was a long time
16 ago.
17     Q.   What did you go to see the doctor
18 about when you saw the doctor a long time ago?
19     A.   I was wounded.
20     Q.   How were you wounded?
21     A.   I was injured while wrestling.
22     Q.   How old were you when you were injured
23 while wrestling?
24     A.   I was about 14.
25     Q.   And how were you injured when you were

Page 53

1  wrestling?
2      A.   I got punched in the mouth, and my
3  mouth had an issue.
4      Q.   And you haven't seen a doctor since
5  that time?
6      A.   No.
7      Q.   Have you seen a nurse since that time?
8      A.   No.
9      Q.   Did you ever see a doctor as a result
10 of what Douglas Perlitz did to you?
11     A.   It's true that I was sick because of
12 that, sometimes I have a bad stomachache and a
13 really bad headache, but I've never had the
14 economic means to go to the hospital and get it
15 checked out.
16     Q.   You believe you've had a stomachache
17 as a result of what Douglas did to you?
18     A.   Most probably, because I never had any
19 problem there before.
20     Q.   And you believe you've had a headache
21 or headaches as a result of what Douglas did to
22 you?
23     A.   Yes, because it makes me -- it makes
24 me think a lot, it makes me -- it acts on me
25 psychologically.

14 (Pages 50 to 53)

Confidential - Subject to Further Confidentiality Review

Page 54

1    Q.   But you haven't seen a doctor about
2  these issues?
3    A.   I don't have the economic means.
4    Q.   So you haven't seen a doctor because
5  you don't have the economic means?
6      MS. POLLOCK: Objection. Vague.
7    A.   Yes.
8  BY MR. BABBITT:
9    Q.   And you haven't seen a nurse about
10  these issues?
11    A.   No.
12    Q.   Have you been to a hospital about your
13  stomachache or headache?
14    A.   No.
15    Q.   Have you ever been arrested?
16    A.   No.
17    Q.   Have you ever sniffed paint thinner?
18    A.   No.
19    Q.   Do you know any -- if any of the boys
20  who attended Rue 13 sniffed paint thinner?
21    A.   I've seen that done, but I cannot give
22  you names because I don't remember who they are.
23    Q.   When you were attending Rue 13, how
24  many other boys attended with you?
25    A.   I didn't have anyone with me. I was

Page 55

1  the only one that went.
2    Q.   Please keep your voice up when you're
3  responding.
4      THE INTERPRETER: The interpreter
5  would like that question to be reformulated,
6  please.
7      MR. BABBITT: Sure.
8      THE INTERPRETER: That last question.
9    Q.   When you were attending Rue 13, how
10  many other students attended Rue 13?
11    A.   There were a lot of other students,
12  but I can't give you a number. I couldn't tell
13  you how many.
14    Q.   Did you know any other students who
15  attended Rue 13 at the same time that you did
16  before you started attending Rue 13?
17    A.   No.
18    Q.   Are you familiar with a school called
19  Carenage?
20    A.   I know of it, but I didn't go there.
21    Q.   Was Carenage part of PPT?
22    A.   Yes.
23    Q.   Did any of your brothers attend
24  Carenage?
25    A.   My brothers, no, no.

Page 56

1    Q.   Did you know anyone that attended
2  Carenage?
3    A.   I know several of them, but I don't
4  remember their names.
5    Q.   Before you attended the Village, did
6  you know anyone who was a student at the
7  Village?
8    A.   I would sometimes see them go by, but
9  I didn't know their names.
10    Q.   Did you use drugs when you attended
11  Rue 13?
12    A.   No.
13    Q.   Did you use drugs when you attended
14  the Village?
15    A.   I didn't ever take any drugs, except
16  moonshine, and the reason I took moonshine is
17  because of what happened inside the Village.
18    Q.   What do you mean by "what happened
19  inside the Village"?
20    A.   So what happened was that Douglas
21  would tell me to leave the class and throw me
22  out of the class because of the money my parents
23  had not paid, and then he would take me into his
24  office and start touching me in my private
25  parts, and he would put his penis in my behind.

Page 57

1  And I didn't want this, but he forced me, and he
2  told me that if I didn't accept he would throw
3  me out of the Village.
4    Q.   How many times did Douglas do that?
5    A.   Only one time.
6    Q.   You never drank moonshine before that
7  happened?
8    A.   No.
9    Q.   Did you ever drink any other kind of
10  alcohol before that happened?
11    A.   No.
12    Q.   When you drank -- do you still drink
13  moonshine?
14    A.   Yes.
15    Q.   How often?
16    A.   I couldn't tell you how many times.
17    Q.   Every day?
18    A.   If I have the money to afford it, I
19  do.
20    Q.   How do you get the money to afford it?
21    A.   Sometimes I spend three or four months
22  without finding a job, but if I do find a job,
23  then that's what I do with the money.
24    Q.   What kind of jobs have you had?
25    A.   The work in construction, helping

Confidential - Subject to Further Confidentiality Review

Page 58

1    masons, for example, buckets of mortar to be
2    hauled.
3         Q.   When was the last time you had that
4    kind of a job?
5         A.   I don't remember.
6         Q.   Have you had that kind of a job in
7    2015, in this year?
8         A.   For 2015, I think I had two jobs of
9    that kind.
10        Q.   When you say two jobs, how long did
11   you work in each of those two jobs?
12        A.   Twice.  In the year I did it twice.
13   Each time from 8:00 a.m. to 4:00 p.m..
14        Q.   So you've had a job only two days in
15   this year?
16        A.   Yes.
17        Q.   Did any of the other students who
18   attended Rue 13 use drugs?
19        A.   I don't know.
20        Q.   Did any of the other student who
21   attended the Village use drugs?
22        A.   I don't know.
23        Q.   What did you know about Rue 13 before
24   you attended as a student?
25        A.   It was a white man named Bill that

Page 59

1    built the Village.  He promised my parents that
2    we would all find a way to go into the Village.
3    But Douglas said this isn't correct, because --
4    he threw my parents out and he said that before
5    I could enter the Village I had to first go
6    through to Rue 13.
7         Q.   Do you know anything more about the
8    white man named Bill who built the Village?
9         A.   No.  I know only that he was an
10   engineer.
11        Q.   When you say Bill built the Village,
12   did he design the buildings, did he build them
13   himself?  What do you mean by that?
14        A.   He was the engineer.
15        Q.   Was he Haitian, or did he come from
16   some other country?
17        A.   No.  A white man.
18        Q.   Do you know what country he came from?
19        A.   I don't know which country.
20             THE INTERPRETER:  The interpreter
21   would like to correct himself.  Instead of a
22   white man, put a foreigner.
23   BY MR. BABBITT:
24        Q.   How often did you see Bill at the
25   Village before you became a student there?

Page 60

1         A.   I couldn't tell you how many times.  I
2    don't remember.
3         Q.   Many times?
4         A.   Yes.
5         Q.   After you became a student at the
6    Village, did you see Bill at the Village?
7         A.   No.
8         Q.   Once you became a student at the
9    Village, never saw Bill again?
10        A.   That's right.  No, I never saw him.
11        Q.   And Bill promised that you could
12   attend the Village as a student?
13        A.   Yes.
14        Q.   And Bill made that promise to your
15   parents when your father was the gatekeeper at
16   the Village?
17        A.   He promised this at the time that my
18   parents were living in the Village.
19        Q.   And Douglas told your parents that was
20   not correct, that promise was not correct?
21        A.   I couldn't say yes or no, because I
22   don't know what Douglas said to my parents.
23        Q.   Did you have to attend Rue 13 before
24   you could attend the Village?
25        A.   Yes, that's what Douglas had asked.

Page 61

1         Q.   And Douglas made that decision?
2         A.   Yes.
3         Q.   Did Douglas decide who got to go to be
4    a student at the Village?
5         A.   He's not the one that had sent me to
6    the Village.  When I was at Rue 13, Andy is the
7    one that sent me to the Village.
8         Q.   Is that Andy Shultheis?
9         A.   What I gave you is what I know.
10        Q.   What was Andy's role at Rue 13?
11        A.   He's the one that I saw as being the
12   head of that Center.
13        Q.   Andy was the head of Rue 13?
14        A.   Yes.
15        Q.   And Rue 13 was part of PPT?
16        A.   Yes.
17        Q.   Was Douglas Andy's boss?
18        A.   Yes, of course.
19        Q.   Did you see Andy every day when you
20   were a student at Rue 13?
21        A.   No.
22        Q.   How often would you see Andy at Rue 13
23   when you were a student there?
24        A.   He's always around, but not a specific
25   day.

16 (Pages 58 to 61)

Confidential - Subject to Further Confidentiality Review

Page 62

1    Q.   Before you attended Rue 13, did you
2    know that the students at Rue 13 were provided
3    meals?
4    A.   Yes.
5    Q.   Before you attended Rue 13, did you
6    know that Rue 13 provided students a place to
7    wash?
8    A.   Yes.
9    Q.   Before you attended Rue 13, did you
10   know that Rue 13 taught student how to read
11   Creole?
12   A.   Well, since it's a school, yes.
13   Q.   And before you attended Rue 13, did
14   you know that Rue 13 taught students math?
15   A.   Yes.
16   Q.   Before you attended Rue 13, did you
17   know that students at Rue 13 played football?
18       THE INTERPRETER:  That's American for
19   football.
20       MR. BABBITT:  I was thinking soccer.
21   A.   Yes, I knew that.
22   Q.   Were these the reasons that you wanted
23   to attend Rue 13?
24   A.   Yes.  It's what is reasons, because my
25   parents could no longer do those things for me.

Page 63

1    Q.   Were there any other reasons that you
2    wanted to attend Rue 13?
3    A.   The reason I wanted to go to Rue 13 is
4    that I wanted a good place where I could learn
5    so that I could become somebody in the future.
6    Q.   And did you believe that Rue 13 was a
7    good place where you could learn?
8    A.   Yes.
9    Q.   Before you attended Rue 13, did anyone
10   tell you that Douglas Perlitz was sexually
11   abusing students at Rue 13?
12   A.   No.  If I had known, I would not have
13   gone.
14   Q.   Before you attended Rue 13, did anyone
15   tell you that Douglas Perlitz was sexually
16   abusing students at the Village?
17   A.   No.
18   Q.   At any time during the period that you
19   lived at the Village with your mom and your dad,
20   did anyone tell you that Douglas Perlitz was
21   abusing students at the Village?
22   A.   No.  This is something Douglas would
23   do in secret, and he would say that if you ever
24   tell anyone, you'll be thrown out of the
25   Village.

Page 64

1    Q.   Before you attended Rue 13, did you
2    hear any rumors that Douglas Perlitz was abusing
3    students at PPT?
4    A.   No.
5    Q.   Before you attended Rue 13, did you
6    ever hear anyone call students at PTT gay, or
7    faggot?
8    A.   No.
9    Q.   When you attended Rue 13, what time
10   did school start?
11   A.   I don't remember.
12   Q.   What was the first thing you would do
13   when you got to Rue 13 each day?
14   A.   We would take a bath.  They would give
15   us food.  And then we went to school.
16   Q.   Did they provide you with clothes to
17   wear after your bath?
18   A.   No, they would give us a uniform, a
19   pair of shorts, and a T-shirt.
20   Q.   And did you wear the uniform while you
21   were attending school at Rue 13 each day?
22   A.   Yes.
23   Q.   What did you do after you took your
24   bath, had a meal, and changed into your uniform?
25   A.   I went to school.

Page 65

1    Q.   What topics did you study?
2    A.   All the subjects that they teach in
3    school.
4    Q.   Did you study history?
5    A.   Yes.
6    Q.   Math?
7    A.   Yes.
8    Q.   Creole?
9    A.   Yes.
10   Q.   Science?
11   A.   Yes.
12   Q.   Religion?
13   A.   Yes.
14   Q.   How long would the classes last?
15   A.   I don't remember.
16   Q.   Did you eat another meal at Rue 13?
17   A.   Yes.
18   Q.   Did you leave Rue 13 in the middle of
19   the day?
20   A.   I would leave Rue 13 at 3:00 p.m..
21   Q.   And was that the end of the day at
22   Rue 13, 3:00 p.m.?
23   A.   Yes.
24   Q.   So on a typical day, you would eat two
25   meals at Rue 13?

17 (Pages 62 to 65)

Confidential - Subject to Further Confidentiality Review

Page 66

```
 1     A.  Yes.
 2     Q.  And would you eat a meal in the
 3   evening with your parents?
 4     A.  Yes.
 5     Q.  Did you know Nick Preneta?
 6     A.  No, I don't remember.
 7     Q.  Did you know Jessica Lozier?
 8     A.  I remember a Jessica, but I never knew
 9   her last name.
10     Q.  How did you know Jessica?
11     A.  She was a foreigner.
12     Q.  What country did Jessica come from?
13     A.  I don't remember.
14        THE INTERPRETER:  I'm sorry.  The
15   interpreter corrects himself.
16     A.  I don't know.
17     Q.  Did you know Jessica when you were a
18   student at Rue 13, or when you were a student at
19   the Village, or some other time?
20     A.  When I was in the Village.
21     Q.  When you were at Rue 13, did you play
22   soccer?
23     A.  No.
24     Q.  When you were at Rue 13, did you play
25   basketball?
```

Page 67

```
 1     A.  No.
 2     Q.  Did other students play basketball?
 3     A.  No.
 4     Q.  Did other students play soccer?
 5     A.  Yes.  Other students, yes.
 6     Q.  Do you remember the names of the
 7   teachers who taught you classes at Rue 13?
 8     A.  No, I don't remember their names.
 9     Q.  Other than Andy, were there any other
10   foreigners who worked at Rue 13?
11     A.  Yes.
12     Q.  Who was that?
13     A.  I don't remember their names.
14     Q.  How many other foreigners worked at
15   Rue 13?
16        THE INTERPRETER:  I'm sorry, I'm going
17   to repeat the question.
18     A.  There were many.  I don't remember.
19     Q.  Did you attend -- when you were a
20   student at Rue 13, did you attend school every
21   day?
22     A.  Yes.
23     Q.  Did Rue 13 have school on Saturdays?
24     A.  No.
25     Q.  Did Rue 13 have classes or have school
```

Page 68

```
 1   on Sundays?
 2     A.  No.
 3     Q.  But you attended Monday through
 4   Friday?
 5     A.  Yes.
 6     Q.  Did you see Douglas Perlitz at Rue 13?
 7     A.  Yes.
 8     Q.  How often?
 9     A.  I don't remember.
10     Q.  Every day?
11     A.  No.
12     Q.  What was he -- what would you see him
13   do when he was at Rue 13?
14     A.  I didn't see anything.  I would just
15   see him in the yard.
16     Q.  You would see him in the yard, but you
17   didn't see what he was doing?
18     A.  No.
19     Q.  Did you ever see Hope Carter at
20   Rue 13?
21     A.  No.
22     Q.  Did you ever see Father Paul Carrier
23   at Rue 13?
24     A.  No.
25     Q.  How did you learn that you were going
```

Page 69

```
 1   to start attending the Village?
 2     A.  Andy is the one that told me.  He said
 3   "get ready, you're going to be going to the
 4   Village."
 5     Q.  Did Andy say anything else to you
 6   about that?
 7     A.  No.  That's it.
 8     Q.  What time of day did you start
 9   attending the Village?
10     A.  I don't remember.
11     Q.  Did you start attending the Village at
12   the beginning of the school year?
13     A.  Yes.
14     Q.  Did the classes at Rue 13 take a break
15   during the summer months?
16     A.  I don't remember.
17     Q.  Did the classes at the Village take a
18   break during the summer months?
19     A.  Yes, they would take a break.  They
20   would take a break.
21     Q.  While you were attending -- I'm sorry.
22        While you were a student at Rue 13,
23   did you know that students at the Village ate
24   meals there?
25     A.  Yes.
```

18 (Pages 66 to 69)

Confidential - Subject to Further Confidentiality Review

Page 70

1    Q.   While you were a student at Rue 13,
2  did you know that the Village gave students a
3  place to live?
4    A.   Yes.
5    Q.   When you were a student at Rue 13, did
6  you know that the Village taught student how to
7  read Creole?
8    A.   Yes.
9    Q.   When you were a student at Rue 13, did
10  you know that the Village taught students how to
11  write Creole?
12    A.   Yes.
13    Q.   When you were a student at Rue 13, did
14  you know that the Village taught students math?
15    A.   Yes.
16    Q.   When you were a student at Rue 13, did
17  you know that the Village taught students
18  science?
19    A.   Yes.
20    Q.   When you were a student at Rue 13, did
21  you know that students at the Village played
22  football -- soccer?
23    A.   Yes.
24    Q.   When you were a student at Rue 13, did
25  you know that students at the Village played

Page 71

1  basketball?
2    A.   Yes.
3    Q.   Were these reasons that you wanted to
4  attend the Village?
5    A.   Yes, it was all of these reasons, and
6  so that I could have a better future.
7    Q.   Were there any other reasons that you
8  wanted to attend the Village when you were a
9  student at Rue 13?
10    A.   The reason I wanted to go to the
11  Village was that I wanted to continue my
12  schooling.  I knew also I would get food, and my
13  parents were not able to provide these for me.
14    Q.   Before you attended the Village, did
15  anyone tell you that Douglas Perlitz was
16  sexually abusing students at the Village?
17    A.   No.
18    Q.   Before you attended the Village, did
19  you hear anyone call Douglas Perlitz gay?
20    A.   No.
21    Q.   Before you attended the Village, did
22  you ever hear anyone call students at the
23  Village Douglas Perlitz's woman?
24    A.   No.
25    Q.   Before you attended the Village, did

Page 72

1  you hear anyone suggest or hint that Douglas
2  Perlitz was sexually abusing students at the
3  Village?
4    A.   No.  If I had heard any such things, I
5  would never have gone.
6    Q.   And before you attended the Village as
7  a student, your father worked at the Village,
8  correct?
9    A.   Yes.
10    Q.   Did he ever tell you before you became
11  a student there that Doug Perlitz was abusing
12  students?
13    A.   No.  It was a secret.
14    Q.   Now, inside the Village, inside the
15  wall, there was a garden?
16    A.   Yes.
17    Q.   And there was a school building?
18    A.   Yes.
19    Q.   Was there more than one school
20  building, or just one school building?
21    A.   Several.
22    Q.   And in those several buildings, that's
23  where classes were held at the Village?
24    A.   There were places where people stayed,
25  there were offices, there were kitchen, there

Page 73

1  were places for the school itself, and there
2  were places where you could learn a craft.
3    Q.   There were buildings --
4    A.   An occupation.  I'm sorry.
5    Q.   And there were buildings where
6  students slept at night?
7    A.   Yes.
8    Q.   How many?
9    A.   I don't know.  I couldn't give you
10  exact number.
11    Q.   There was a place where the students
12  played soccer?
13    A.   Yes.
14    Q.   Was there a place where the students
15  played basketball?
16    A.   Yes.
17    Q.   Was there a church, or a chapel?
18    A.   Yes.
19    Q.   Did Doug Perlitz have an office inside
20  the Village?
21    A.   Yes.
22    Q.   What building was Douglas's office in?
23    A.   I couldn't give you the positions as
24  we're not physically there in the yard.
25    Q.   Was Douglas's office in the same

19 (Pages 70 to 73)

Confidential - Subject to Further Confidentiality Review

Page 74

1   building with the chapel?
2       A.   No.
3       Q.   Was Douglas's office in the same
4   building where classes were held?
5       A.   No.
6       Q.   Was Douglas's office in the same
7   building where you ate meals?
8       A.   No.
9       Q.   What else was in the building with
10  Douglas's office?
11      THE INTERPRETER:  I'm going to ask the
12  question again, if it's okay.
13      A.   There were other rooms where Douglas's
14  office was, but I had never been inside.
15      Q.   You don't know what those other rooms
16  were used for?
17      A.   No.
18      Q.   And in the time that you were a
19  student at PPT -- at the Village, you never went
20  into those other rooms?
21      A.   No.
22      Q.   And in the time that you lived at the
23  Village with your parents, before you became a
24  student at the Village, you didn't go in those
25  other rooms?

Page 75

1       A.   No.
2       Q.   Was there a great big tree in the yard
3   in the middle of the Village?
4       A.   There are several trees.
5       Q.   Several trees in the yard in the
6   Village?
7       A.   Yes.
8       Q.   And was Douglas -- the building in
9   which Douglas's office existed, was that
10  building near the courtyard with the trees?
11      A.   Yes.  There was a big mango tree in
12  front of the office.
13      Q.   And was the building that the office
14  was in, was that near the building where the
15  kitchen was where you had your meals?
16      MS. POLLOCK:  Objection.  Vague.
17      A.   No.
18  BY MR. BABBITT:
19      Q.   Would the students, when you were a
20  PPT student -- let me withdraw and start again.
21      When you were a student at the
22  Village, did the students congregate around that
23  big mango tree between classes?
24      A.   Yes.
25      Q.   I'm sorry, as I look at the transcript

Page 76

1   it doesn't appear we have an answer to one of
2   the questions before, but I think we have an
3   answer, but let me go back.
4       I asked you a moment ago the question
5   was there a big mango tree in front of the
6   office, and could you tell me if that's true or
7   not?
8       A.   Yes.
9       Q.   Thank you.
10      How many times when you were a student
11  at the Village did you go into Doug Perlitz's
12  office?
13      A.   Many times.
14      Q.   Why would you go into Doug Perlitz's
15  office?
16      A.   They would have us work, but they
17  would pay us 50 gourdes every two weeks, and
18  this is the reason why I would go to his office.
19      Q.   You went to his office to collect your
20  pay?
21      A.   Yes.
22      Q.   How many students when you were a
23  student at the Village worked and were paid?
24      A.   All of them.
25      Q.   And was everybody paid 50 gourdes

Page 77

1   every two weeks?
2       A.   I don't know.  I just gave the numbers
3   for myself, what I would receive.
4       Q.   What work did you do in return for the
5   50 gourdes you were paid every two weeks?
6       A.   I would wash dishes, mop the floor,
7   and clean out the garden.
8       Q.   And what would you do with the money
9   that you received from the school?
10      A.   I would buy clothes.
11      Q.   Did you give the money, any of the
12  money that you received to your mother and
13  father?
14      A.   Yes.
15      Q.   And you walked to school -- when you
16  were a student at the Village, you walked to
17  school each day?
18      A.   Yes.
19      Q.   Did you attend -- when you were a
20  student at the Village, did you attend every day
21  that the school had classes?
22      A.   Yes.
23      Q.   On the days that you attended school,
24  did you eat a meal at your mother and father's
25  house before going to school, or would you eat

20  (Pages 74 to 77)

Confidential - Subject to Further Confidentiality Review

Page 78

1   at the school?
2     A.  I ate at school.
3     Q.  And eating the meal at school, was
4   that the first thing you would do on a typical
5   day at the school?
6     A.  We would get to the school, and we
7   would have a place where we would have our
8   uniforms, and we would take a bath and put on
9   our uniforms.  Then we would eat.
10     Q.  You would keep your uniforms at the
11   school?
12     A.  It would stay in the dormitories where
13   the kids slept.
14     Q.  And did someone at the school wash
15   your uniforms for you?
16     A.  No.  We would wash our own uniforms.
17     Q.  You would take your uniform home to
18   wash it, or would you wash it at the school?
19     A.  I would wash it either at home or
20   inside the Village.
21     Q.  And after you took a bath and put on
22   your uniforms, you would then eat a meal?
23     A.  Yes.
24     Q.  Did all of the students eat together
25   at the same time?

Page 79

1     A.  Yes.
2     Q.  Did members of the staff and teachers
3   also eat with you that morning meal?
4     A.  Yes.
5     Q.  What did you do after you ate that
6   meal?
7     A.  We went to school.
8     Q.  What subjects did you study?
9     A.  All subjects that exist in the school.
10     Q.  Who were your teachers at the school?
11     A.  There were many that would give
12   classes.
13     Q.  Do you remember their names?
14     A.  I might remember a few names.  It was
15   Mémé, there was Patrice, Judex, Madame Nelta,
16   Master Patrice, Master Nelson, Master Daniel.  I
17   forget the names of the others.
18     Q.  What subject did Mémé teach?
19     A.  Art.
20     Q.  And in art, did you draw, paint?
21     A.  I would draw flowers.  That's what I
22   used to do anyway.
23     Q.  What did Patrice teach?
24     A.  He taught social science.
25     Q.  How about Judex?

Page 80

1     A.  Experimental science.
2     Q.  Madame Nelta?
3     A.  She taught grammar.
4     Q.  Master Patrice?
5     A.  I think I gave it to you already.
6     Q.  Oh, Patrice and Master Patrice are the
7   same people?
8     A.  Yes, it's the same person.
9     Q.  Master Nelson?
10     A.  Math.
11     Q.  How about Master Daniel?
12     A.  French.
13     Q.  How many classes would you take a day?
14     A.  I don't remember.  A lot.
15     Q.  Would you eat a meal in the middle of
16   the day?
17     A.  Yes.
18     Q.  Did all of the students eat that
19   midday meal together?
20     A.  Yes.
21     Q.  And did any of the staff or teachers
22   eat the meal with you?
23     A.  Yes.
24     Q.  Did the teachers in the classes that
25   you took give exams, or examinations?

Page 81

1     A.  Yes.
2     Q.  And did you get a grade in each class
3   that you took?
4     A.  Yes.
5     Q.  What did you do after the midday meal?
6     A.  We would go back to school.
7     Q.  How many hours in the afternoon would
8   you go to school?
9     A.  We would only do one subject, and it
10   would last maybe one hour.
11     Q.  And then what would you do?
12     A.  Then we would remove our uniforms.
13     Q.  And then what?
14     A.  Then we would go to the yard and play.
15     Q.  What games would you play?
16     A.  Soccer, basketball.
17     Q.  How long would you play?
18     A.  Don't remember.
19     Q.  Would you eat a meal at the end of the
20   day at school?
21     A.  Yes.
22     Q.  Did you eat at school, or did you eat
23   a meal at the end of the day with your mother
24   and father?
25     A.  At school.

Confidential - Subject to Further Confidentiality Review

Page 82

```
 1      Q.   What time would you leave the Village
 2   to go home?
 3      A.   Around 4:00 p.m.
 4      Q.   Did the Village hold classes on
 5   Saturday and Sunday?
 6      A.   No.  It was closed to us.  We weren't
 7   allowed to go to the Village those days.
 8      Q.   Did the Village take a break or a
 9   vacation at Christmastime?
10      A.   There was a small break, not for a
11   long period of time.
12      Q.   Did the Village take a break in the
13   summer months?
14      A.   Yes.
15      Q.   How long would that break take?
16      A.   It lasts three months, but they could
17   sometimes give us just two months.
18      Q.   When you were a student at the Village
19   during that summer break, what did you do?
20      A.   There was nothing for me to do.  I
21   would just walk around, play, nothing else.
22      Q.   Were you ever punished at the Village?
23      A.   Yes.
24      Q.   For what?
25      A.   If I don't know my lessons they would
```

Page 83

```
 1   punish me sometimes.
 2      Q.   How would they punish you if you did
 3   not know your lessons?
 4           THE INTERPRETER:  The interpreter
 5   would like to request a clarification.
 6      A.   They would give me the chore of using
 7   a sickle to clean out the fields.
 8      Q.   So if you did not know your lessons,
 9   you were punished by having to go cut the grass
10   in the fields with a sickle?
11      A.   You had to remove the bad weeds, for
12   example.
13      Q.   How often were you punished like that?
14      A.   I don't remember.
15      Q.   More than once?
16      A.   Yes.
17      Q.   Were you punished for anything else at
18   the Village other than not knowing your lessons?
19      A.   Yes.
20      Q.   For what?
21      A.   Fights between two kids.
22      Q.   How often did you get into fights when
23   you were a student at the Village?
24           THE INTERPRETER:  The interpreter
25   would like to correct himself.
```

Page 84

```
 1      A.   For -- not fights, we would have
 2   verbal fights between students, that's the
 3   reason why I was punished.
 4      Q.   How often did you get into --
 5           THE INTERPRETER:  I'm sorry.  The
 6   deponent said I never fought in terms of a
 7   physical fight with another student.
 8           Go ahead.  I'm sorry.
 9      Q.   And how often did you get into verbal
10   fights with other students?
11      A.   Many times.
12      Q.   And you never got into a physical
13   fight with another student at the Village?
14      A.   No.
15      Q.   Who decided your punishment?
16      A.   All of the staff.
17      Q.   Did you ever see Hope Carter at the
18   Village?
19      A.   Yes.
20      Q.   How many times?
21      A.   Many times.
22      Q.   What was Mrs. Carter doing at the
23   Village when you saw her there?
24      A.   They would come when there were
25   special activities organized at the school, they
```

Page 85

```
 1   would teach us how to play different games, and
 2   they would bring us gifts.  Many groups of
 3   foreigners would come down.
 4      Q.   Mrs. Carter would come with a group of
 5   foreigners?
 6      A.   Yes.
 7      Q.   And the groups, these groups of
 8   foreigners would teach you how to play different
 9   games?
10      A.   Yes.  For example football,
11   basketball.
12      Q.   Mrs. Carter would bring -- would come
13   to the school with groups who would bring you
14   gifts?
15      A.   Yes.
16      Q.   How many times did you get a gift from
17   a group that came with Mrs. Carter?
18      A.   Many times.
19      Q.   What gifts did you get?
20      A.   Tennis shoes, shirts, cologne, candy.
21      Q.   Did you get these gifts only at
22   Christmastime, or at other times during the
23   year?
24      A.   It was during the Christmas, but also
25   other vacation periods.  And they would come and
```

22 (Pages 82 to 85)

Confidential - Subject to Further Confidentiality Review

Page 86

1    teach us how to play soccer and basketball, they
2    would bring us the special soccer shoes, and
3    other gifts.
4        Q.   Did Mrs. Carter speak Creole?
5        A.   I don't know.  I know she would say a
6    few words in Creole, but I don't think she spoke
7    Creole.
8        Q.   Did you speak Creole to her?
9        A.   No.
10       Q.   Did she speak Creole to you?
11       A.   No.
12       Q.   Did you know the names of anyone else
13   who visited the school with Mrs. Carter?
14       A.   No.  I only know Mrs. Carter and
15   Father Paul.
16       Q.   Was Father Paul with Mrs. Carter each
17   time that she was there?
18       A.   I wouldn't know exactly.
19       Q.   When you saw Mrs. Carter at the
20   Village, how long would she be at the Village?
21       A.   I couldn't say exactly how long, but
22   she would, for example, spend the day.
23       Q.   Would she stay at the Village when you
24   saw her there, or would she stay somewhere else?
25           MS. POLLOCK:  Objection.  Vague.

Page 87

1        A.   I don't know, because I never myself
2    slept in the Village.
3    BY MR. BABBITT:
4        Q.   So you don't know whether Mrs. Carter
5    slept in the Village because you didn't sleep
6    there?
7        A.   That's right.
8        Q.   How many times did you see Father Paul
9    at the Village?
10       A.   Many times.
11       Q.   What was Father Paul doing at the
12   Village when you saw him there?
13       A.   I didn't see him do anything, but I
14   know that he was there.  I know that he was one
15   of the sponsors of the Village, so he would be
16   around.
17       Q.   How do you know Father Paul was one of
18   the sponsors of the Village?
19       A.   Douglas would often say to us.
20       Q.   What would Douglas say?
21       A.   He would say "these people are the
22   backbone of the Village, it's thanks to them
23   that the Village exists, and if it weren't for
24   them the Village wouldn't exist."
25       Q.   Did Douglas use the word "sponsor," or

Page 88

1    is that a word that you have used instead of
2    Douglas?
3        A.   No, that's the word he would tell us,
4    he would use when he would tell us about this.
5           MS. POLLOCK:  I just want to ask him
6    real quick, do you want to go on a little bit
7    before lunch, or do you want to stop?  It's
8    totally up to you.
9           THE WITNESS:  I'd like to take a
10   break.
11          THE VIDEOGRAPHER:  Going off the
12   record.  The time is 12:02.
13          (Whereupon, a recess was taken.)
14          THE VIDEOGRAPHER:  Back on the record.
15   The time is 12:19.
16   BY MR. BABBITT:
17       Q.   Sir, I asked you earlier whether you
18   spoke to Hope Carter in Creole, and I believe
19   you said no.
20           Did you ever speak to Mrs. Carter
21   through an interpreter?
22       A.   If I ever spoke through an interpreter
23   to interpret for me?
24       Q.   Yes.  I'm asking if you spoke to
25   Mrs. Carter using an interpreter.

Page 89

1        A.   No.  The person that interprets for us
2    when Mrs. Carter is speaking to us is Douglas.
3        Q.   That was the only person who ever
4    interpreted for Mrs. Carter was Douglas?
5        A.   I don't know, but when she would be
6    speaking to us as a group, he was the one that
7    did that.
8        Q.   So the only way you ever understood
9    what Mrs. Carter was saying to you in a group
10   was because Douglas told you?
11       A.   No.  If they would -- if they had done
12   that, it wouldn't have gotten this far.
13       Q.   Okay.  So when Douglas -- I beg your
14   pardon.
15           When Mrs. Carter spoke to you and
16   other students, Douglas Perlitz was always the
17   person who interpreted for her?
18       A.   Yes.
19       Q.   How about Father Paul, did you ever
20   speak in Creole to him?
21       A.   No.
22       Q.   Did he speak in Creole to you?
23       A.   No.
24       Q.   Did you speak to him through an
25   interpreter at any time?

23 (Pages 86 to 89)

Confidential - Subject to Further Confidentiality Review

Page 90

1      A.   Douglas would be the one that would be
2  interpreting for us when these people would be
3  addressing us as a group, but they did not speak
4  to us individually.
5      Q.   So Douglas was the only person who
6  ever interpreted for Father Paul?
7      A.   I don't know who interprets for Father
8  Paul in other circumstances, but when he would
9  be speaking to our group, Douglas was the one
10 that would interpret.
11     Q.   When you were a student at the
12 Village, did you know where Doug lived?
13     A.   I don't know if he had other places
14 where he would stay, but I know that he would
15 sleep in Bel Air.
16     Q.   Before you became a student at the
17 Village, when you were a student at Rue 13, did
18 Douglas live at Bel Air then?
19     A.   I don't know.
20     Q.   Did you ever go to Bel Air?
21     A.   Yes.
22     Q.   How many times?
23     A.   Many times.
24     Q.   Why did you go to Bel Air many times?
25     A.   I would go with my parents.

Page 91

1      Q.   What were your parents doing at
2  Bel Air?
3      A.   My parents were working at the
4  Village.  But when it came time for them to
5  collect their pay, what Douglas was paying them,
6  they would go to Bel Air.
7      Q.   Were all of the staff members of the
8  Village paid at Bel Air?
9      A.   I don't know.
10     Q.   Did you ever go to Bel Air without
11 your parents?
12     A.   No.
13     Q.   Did you ever go inside the house at
14 Bel Air?
15     A.   No.
16     Q.   You would stay outside when your
17 parents would go to get paid?
18     A.   I stayed in the yard.
19     Q.   Would your parents go inside the house
20 while you stayed in the yard, or would you and
21 your parents stay outside?
22     A.   Douglas would come out and take care
23 of them outside.
24     Q.   And would Douglas pay your parents in
25 Haitian gourdes, or Haitian dollars, or

Page 92

1  something else?
2      A.   In gourdes.
3      Q.   Every week, or every two weeks, or
4  some other period?
5      A.   Every month.
6      Q.   Did you ever see Father Carrier at
7  Bel Air?
8      A.   No.  I don't know that name.
9      Q.   Did you ever see Father Paul at
10 Bel Air?
11     A.   No.
12     Q.   Did you ever see Hope Carter at
13 Bel Air?
14     A.   No.
15     Q.   Did you know a person by the name of
16 Sylvester Tan?
17     A.   Yes.
18     Q.   Who was he?
19     A.   A foreigner.
20     Q.   Where did he come from, do you know?
21     A.   No.
22     Q.   Do you remember when -- well, was he
23 at the Village?
24     A.   Yes, I would see him inside the
25 Village.

Page 93

1      Q.   When did you see him inside the
2  Village?
3      A.   I saw him many times.
4      Q.   How long did he -- well, withdrawn.
5  Let me start again.
6          What was he doing when you saw him at
7  the Village?
8      A.   He would come and he would pray with
9  us.
10     Q.   Was Sylvester Tan a priest?
11     A.   I don't know.
12     Q.   How long was Sylvester Tan at the
13 Village?
14     A.   I don't remember.
15     Q.   Did you see Sylvester Tan at the
16 Village before or after Douglas Perlitz sexually
17 abused you?
18     A.   After.
19     Q.   Did you ever go hiking with Sylvester
20 Tan?
21     A.   No.
22     Q.   Did you ever go on any trips with
23 Sylvester Tan?
24     A.   No.
25     Q.   Did you go on a retreat with Sylvester

24 (Pages 90 to 93)

Confidential - Subject to Further Confidentiality Review

Page 94

1   Tan?
2       A.  No.
3       Q.  Did you ever go on a retreat while you
4   were a student at the Village?
5       A.  What is a retreat?
6       Q.  Did you ever sleep overnight with
7   students from the Village at another location,
8   some other place?
9       A.  No.
10      Q.  Did you attend religious classes with
11  Madame Junie when you were a student at the
12  Village?
13      A.  No.
14      Q.  Did you make your First Communion when
15  you were a student at the Village?
16      A.  I have not had my First Communion.
17      Q.  Are you a Roman Catholic?
18      A.  No.
19      Q.  Now, there was a wall around the
20  Village, you've told us.  Did you ever see
21  graffiti about Doug Perlitz on the wall?
22      A.  Outside the Village on the wall, they
23  had written "Douglas is a faggot."
24      Q.  And did those words appear just once,
25  or more than once?

Page 95

1       A.  They were written many, many times in
2   many places along the wall.  They were written
3   in red paint, and they were erased in yellow
4   paint.
5       Q.  Who wrote them in red paint?
6       A.  I don't know.
7       Q.  Who erased them in yellow paint?
8       A.  I don't know.
9       Q.  When you say they were written many
10  times in many places along the wall, were all of
11  those many times written at the same -- on the
12  same night, or the same day?
13      A.  Only one time they wrote all of them.
14      Q.  Did you see that graffiti before or
15  after Douglas Perlitz sexually abused you?
16      A.  That graffiti appeared when Douglas
17  was no longer able to come to Haiti.
18      Q.  You saw the graffiti at a time when
19  Douglas was no longer at the school?
20      A.  When there were orders blocking him
21  from entering the country.
22      Q.  Did you see that graffiti after the
23  school was closed, after the Village was closed?
24      A.  No.  The Village was continuing.  It
25  was still functioning.

Page 96

1       Q.  How long did the Village continue to
2   function after Douglas was not allowed to come
3   to Haiti?
4       A.  I don't remember.
5       Q.  Did you see the graffiti before or
6   after you met Sylvester Tan?
7       A.  It was after Sylvester came.
8       Q.  And you only saw graffiti about
9   Douglas Perlitz once, is that right?
10      A.  Yes.
11      Q.  When you saw graffiti that called
12  Douglas a faggot, did you talk with any of the
13  other students about the graffiti?
14      A.  No.  I'm a very private person.
15      Q.  Did any of the other student talk to
16  you about the graffiti?
17      A.  I overheard students speak about this,
18  but I couldn't tell you the names, but students
19  were speaking about this.
20      Q.  What did you overhear?
21      A.  What was written.
22      Q.  What did the students you overheard
23  say about the graffiti?
24      A.  That's what I said.  I didn't really
25  dwell on it, I just overheard them mention

Page 97

1   exactly what was on the wall.
2       Q.  Did you talk about the graffiti with
3   any of your teachers?
4       A.  No.
5       Q.  Did you talk about the graffiti with
6   any of the staff employed by the Village?
7       A.  Everybody saw it, but I myself had no
8   comments about it.
9       Q.  Did you overhear any of the teachers
10  talk about it?
11      A.  No.
12      Q.  Did you overhear any of the staff
13  members talk about it?
14      A.  No.
15      Q.  After you saw the graffiti, did you
16  believe that Doug Perlitz had sexually abused
17  other students?
18      A.  I wasn't sure about it, but it crossed
19  my mind.
20      Q.  Before you saw the graffiti, did you
21  believe that Doug Perlitz had sexually abused
22  any other students?
23      A.  Yes, I had supposed that this might be
24  the case, because it was a village full of
25  children, and I figured that I might not be the

25 (Pages 94 to 97)

Confidential - Subject to Further Confidentiality Review

Page 98

1    only one subjected to this.
2        Q.    So after you had been sexually abused
3    by Douglas Perlitz, you thought that other
4    students might also have been abused, is that
5    right?
6        A.    I thought that it might be the case.
7    But I had no proof, I didn't see anything.
8        Q.    Before you were abused, did you ever
9    hear any student say that Doug Perlitz had
10   abused them?
11       A.    No.
12       Q.    Before you were abused by Doug
13   Perlitz, did you believe that any other students
14   had been sexually abused by Doug Perlitz?
15       A.    No.
16       Q.    Before you were abused by Doug
17   Perlitz, did you ever hear any teacher say that
18   Doug Perlitz was gay?
19       A.    No.
20       Q.    Before you were abused by Doug
21   Perlitz, did you ever hear any student say that
22   Doug Perlitz was gay?
23       A.    No.
24       Q.    Before you were abused by Doug
25   Perlitz, did you ever hear any teacher say that

Page 99

1    Doug Perlitz was forcing students to have sex
2    with him?
3        A.    No.
4        Q.    Before you were abused, did your
5    father ever tell you that Doug Perlitz was gay?
6        A.    No.
7        Q.    Before you were abused, did your
8    father ever tell you that Doug Perlitz was
9    forcing students to have sex with him?
10       A.    No.
11       Q.    When your father worked at the
12   Village, did he talk with Douglas every day that
13   he was at the Village?
14       A.    No.
15       Q.    Before you were abused, did you ever
16   hear anyone say that Doug Perlitz was gay?
17       A.    No.
18       Q.    Before you were abused, did you ever
19   hear anyone say that Doug Perlitz was forcing
20   students to have sex with him?
21       A.    No.
22       Q.    Before you were abused, did you know
23   any students who slept at Doug's house at
24   Bel Air?
25       A.    No.

Page 100

1        Q.    After you were abused by Doug Perlitz,
2    did you know any students who slept at Doug's
3    house at Bel Air?
4        A.    I don't know.  And I'm never there --
5    I was never there at night, so I wouldn't know.
6        Q.    Margarette Joseph worked at the
7    Village, correct?
8        A.    Yes.
9        Q.    What was her job?
10       A.    I don't know.
11       Q.    Did you ever talk to her when she was
12   at the Village?
13       A.    No.
14       Q.    Did she ever talk to the students when
15   you were part of that group?
16       A.    No.
17       Q.    Did you see her at the Village every
18   day?
19       A.    No.
20       Q.    Did she have an office at the Village?
21       A.    I don't know.
22           MR. BABBITT:  Okay.  Why don't we take
23   a break for lunch.  It's essentially 12:45.
24           MS. POLLOCK:  Sure.
25           THE VIDEOGRAPHER:  Going off the

Page 101

1    record.  The time is 12:45.
2           (Whereupon, a recess was taken.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

26 (Pages 98 to 101)

Confidential - Subject to Further Confidentiality Review

Page 102

1        AFTERNOON SESSION
2
3        THE VIDEOGRAPHER: Back on the record.
4    The time is 1:55.
5    BY MR. BABBITT:
6        Q.   Good afternoon, Mr. Dorciné. We're
7    back after lunch. Are you ready to proceed?
8        A.   Yes.
9        Q.   You believe that Geffrard Lecenat was
10   abused by Douglas Perlitz, is that right?
11       A.   That's what I think.
12       Q.   And what leads you to think that?
13       A.   Because when I went to meet with
14   people and my lawyers, he was also there.
15       Q.   Have you ever talked with Mr. Lecenat
16   about his experiences with Doug?
17       MR. GARABEDIAN: Objection. And
18   instruct him not to answer to the extent it
19   involves attorney/client privilege.
20       A.   No.
21   BY MR. BABBITT:
22       Q.   How many times have you seen Geffrard
23   Lecenat with your lawyers?
24       A.   I couldn't tell you how many times.
25       Q.   Where does Mr. Lecenat live?

Page 103

1        A.   Blue Hills.
2        Q.   The same neighborhood that you live
3    in?
4        A.   Yes.
5        Q.   How often do you see him?
6        A.   I don't see him often.
7        Q.   You also believe that Josnel Lecenat
8    was abused by Mr. Perlitz?
9        A.   Yes, that's what I think.
10       Q.   Why do you think that?
11       A.   Because I also saw him at that same
12   place.
13       Q.   What was the place that you saw
14   Mr. Josnel Lecenat?
15       A.   Where the people who were going to
16   introduce me to the lawyers were.
17       Q.   Did you see Mr. Josnel Lecenat that
18   same time you saw Mr. Geffrard Lecenat?
19       A.   I don't remember.
20       Q.   How many times have you seen Josnel
21   Lecenat with your lawyers?
22       A.   Many times.
23       Q.   Where does Mr. Josnel Lecenat live?
24       A.   Blue Hills.
25       Q.   Same neighborhood as you?

Page 104

1        A.   Yes.
2        Q.   When you've seen Mr. Josnel Lecenat
3    many times with your lawyers, where was
4    Mr. Lecenat, and where were you?
5        A.   I saw him, but he wasn't next to me.
6    He was there, but he wasn't minding my business,
7    and I wasn't minding his.
8        Q.   Were you in a building when you saw
9    him?
10       A.   Yes.
11       Q.   What building?
12       A.   I couldn't tell you exactly. I saw
13   him in a hotel and a lot of other places.
14       Q.   What was the name of the hotel you saw
15   him in?
16       A.   I don't remember.
17       Q.   Was it the same hotel in which you
18   signed your responses to the interrogatories
19   which we've marked as Exhibit 1?
20       A.   Yes.
21       Q.   Have you ever talked with Mr. Josnel
22   Lecenat about being abused by Doug Perlitz?
23       MR. GARABEDIAN: Objection. I
24   instruct him not to answer about communication
25   involving the attorney/client privilege.

Page 105

1    BY MR. BABBITT:
2        Q.   Did you talk with Mr. Josnel Lecenat
3    about coming here for this deposition?
4        A.   No.
5        Q.   You believe that Joseph Jean Pierre
6    was also abused by Douglas Perlitz?
7        A.   Yes. That's what I think.
8        Q.   Why do you think that?
9        A.   The same reason. I saw him, we
10   crossed paths at the lawyers.
11       Q.   When did you first believe that Joseph
12   Jean Pierre had been abused by Douglas Perlitz?
13       MR. GARABEDIAN: Objection. I
14   instruct him not to answer as to any
15   communication involving the attorney/client
16   privilege.
17       THE INTERPRETER: I can answer as
18   myself as interpreter?
19       MR. BABBITT: He already gave the
20   answer.
21       MR. GARABEDIAN: Tell him what I just
22   said.
23       A.   The answer was when we crossed paths,
24   I suspected it.
25   BY MR. BABBITT:

27 (Pages 102 to 105)

Confidential - Subject to Further Confidentiality Review

Page 106

1    Q.   When did you cross paths and begin
2  suspecting that Mr. Joseph Jean Pierre had been
3  abused by Douglas Perlitz?
4        MR. GARABEDIAN:  Objection.  I
5  instruct him not to answer as to any
6  communication involving the attorney/client
7  privilege.
8        THE INTERPRETER:  Can he answer the
9  question?
10        MR. GARABEDIAN:  Yes.
11    A.   Could you repeat the question?
12  BY MR. BABBITT:
13    Q.   I'll pose a different question.
14        Did you begin suspecting that
15  Mr. Joseph Jean Pierre had been abused by Doug
16  Perlitz before PPT closed?
17    A.   It's not that I know.  I saw him at a
18  place where kids who were victims of the Village
19  also were at.
20    Q.   Before PPT closed, did you think or
21  suspect that Joseph Jean Pierre had been abused
22  by Mr. Perlitz?
23    A.   No.
24    Q.   Before PPT closed, did you think that
25  Geffrard Lecenat had been abused by Mr. Perlitz?

Page 107

1    A.   No.
2    Q.   Before PPT closed, did you suspect
3  that Josnel Lecenat had been abused by
4  Mr. Perlitz?
5    A.   No.
6    Q.   Did you ever speak with Joseph Jean
7  Pierre about being abused by Mr. Perlitz?
8        MR. GARABEDIAN:  Objection.  I
9  instruct him not to answer as to any
10  communication involving attorney/client
11  privilege.
12        Go ahead and answer.
13  BY MR. BABBITT:
14    Q.   You believe Emile Jean Pierre was also
15  abused by Mr. Perlitz, is that true?
16    A.   Regarding all of these people, these
17  are things that crossed my mind, yes.
18    Q.   And before PPT closed, did you think
19  that Emile Jean Pierre had been abused by
20  Mr. Perlitz?
21    A.   Again, it's something that I -- that
22  crossed my mind, but I don't know.
23    Q.   Well, did it cross your mind before
24  PPT closed?
25    A.   No, not before PPT closed.

Page 108

1    Q.   And I'm sorry, the record doesn't
2  appear to have an answer to one of my earlier
3  questions.
4        I had asked, did you speak with Joseph
5  Jean Pierre about being abused by Mr. Perlitz,
6  Mr. Garabedian objected, but said he could go
7  ahead and answer as long as he didn't answer as
8  to any communications involving attorney/client
9  privilege, but we didn't have an answer.  So I
10  guess I just repeat the question, you can repeat
11  your objection.
12        Did you ever speak with Joseph Jean
13  Pierre about being abused by Mr. Perlitz?
14        MR. GARABEDIAN:  Note my objection
15  with regard to any communication regarding the
16  attorney/client privilege.
17    A.   No.
18  BY MR. BABBITT:
19    Q.   Thank you.
20        Now, with respect to Emile Jean
21  Pierre, why is it that you think he was abused
22  by Mr. Perlitz?
23        MR. GARABEDIAN:  Objection.  I
24  instruct him not to answer as to any
25  communication regarding the attorney/client

Page 109

1  privilege.
2    A.   Could you repeat the question, please?
3  BY MR. BABBITT:
4    Q.   Why is it that you think Emile Jean
5  Pierre was abused by Mr. Perlitz?
6        MR. GARABEDIAN:  Objection.  I
7  instruct him not to answer as to any
8  communication involving the attorney/client
9  privilege.
10    A.   I lost the question.
11        THE INTERPRETER:  He keeps losing the
12  question when there's the objection, so I'm just
13  going to ask it myself, okay?
14        MR. GARABEDIAN:  Note my objection.
15    A.   It's just that I saw him at the place
16  where I was also going.
17  BY MR. BABBITT:
18    Q.   Was that the same place you saw
19  Geffrard Lecenat and Josnel Lecenat and Joseph
20  Jean Pierre?
21    A.   Yes.
22    Q.   And you also believe that Eliphete
23  Alibert was also abused by Mr. Perlitz?
24        MR. GARABEDIAN:  Objection.  I
25  instruct him not to answer as to any

28 (Pages 106 to 109)

Confidential - Subject to Further Confidentiality Review

Page 110

1  communication involving attorney/client
2  privilege.
3      A.  It crossed my mind.  I thought he
4  might have also been subject to that abuse.
5  BY MR. BABBITT:
6      Q.  Why do you think that?
7      A.  Because I saw him at the same place I
8  was going to.
9      Q.  Was that the same place you saw Joseph
10 Jean Pierre and Geffrard Lecenat?
11     A.  Yes.
12     Q.  Did you think that Eliphete Alibert
13 had been abused by Mr. Perlitz before PPT
14 closed?
15     A.  No.
16     Q.  I apologize, that was a poorly phrased
17 question.  Let me rephrase it.
18         Before PPT closed, did you think that
19 Eliphete Alibert had been abused by Mr. Perlitz?
20     A.  No.
21     Q.  Did you ever speak with Eliphete
22 Alibert about being abused by Douglas Perlitz?
23         MR. GARABEDIAN:  Objection.  I
24 instruct him not to answer as to any
25 communication involving attorney/client

Page 111

1  privilege.
2         He can answer.
3         THE INTERPRETER:  He answered no.
4  BY MR. BABBITT:
5      Q.  Before PPT closed, none of these
6  individuals had told you that they were being
7  abused by Mr. Perlitz, is that right?
8      A.  No.
9      Q.  In your response to Interrogatory No.
10 23, you state that after the Village closed, you
11 met many other kids and they told me about
12 abuse, but I don't know their names.
13         MR. BABBITT:  Go ahead and translate
14 that, please, and I'll ask a question.
15     A.  They didn't tell me their personal
16 stories.  They were talking about what Douglas
17 was doing in general, but not what Douglas did
18 do them.
19 BY MR. BABBITT:
20     Q.  Where did you meet these students?
21     A.  As I was walking around.
22     Q.  In Blue Hills neighborhood?
23     A.  No.
24     Q.  Where?
25     A.  In the City of Cap-Haïtien.

Page 112

1      Q.  And what did these students tell you
2  about what Douglas was doing in general?
3      A.  They were saying that Douglas
4  committed sexual abuses.
5      Q.  But none of them told you that Douglas
6  had committed sexual abuses to them?
7      A.  No.
8      Q.  Did any of these students tell you
9  they were going to get money because Douglas had
10 abused them?
11     A.  No.
12     Q.  Do you know if any students got money
13 because Douglas abused them?
14     A.  I have heard of this, but I don't know
15 it.  I never knew what it was about.
16     Q.  Who have you heard received money?
17     A.  I don't remember the names.  The only
18 one I remember is Jean Gary who I heard has a
19 lot of money, but I don't know under what
20 circumstances.
21     Q.  Was Jean Gary a student at PPT when
22 you were there?
23     A.  Yes.
24     Q.  He was at the Village when you were at
25 the Village?

Page 113

1      A.  Yes.
2      Q.  Was he at the Village the whole time
3  that you were at the Village?
4      A.  Yes.
5      Q.  Where does he live now?
6      A.  I don't know.
7      Q.  How much money did he get?
8         MR. GARABEDIAN:  Objection.
9      A.  I don't know.
10 BY MR. BABBITT:
11     Q.  How do you know he got money?
12     A.  I don't know for sure that he got
13 money.  I heard that he has money.
14     Q.  When was the last time you spoke with
15 Jean Gary?
16     A.  I don't remember.
17     Q.  Did you talk to Jean Gary before you
18 came to this deposition?
19     A.  No.
20     Q.  Did you ever talk to Jean Gary about
21 signing a list to get a lawyer?
22     A.  No.  The only thing, Jean Gary came to
23 my house, and he said "here, you can go to see
24 this person here."  He gave me the coordinates
25 of a person I could see that could help me get

29 (Pages 110 to 113)

Confidential - Subject to Further Confidentiality Review

Page 114

1   justice and get a lawyer.
2       Q.   Why did Jean Gary come to your house
3   and tell you that?
4       A.   Because he knew I was part of Pierre
5   Toussaint.
6       Q.   Did Jean Gary ask you if you had been
7   abused?
8       A.   No.
9       Q.   Jean Gary just came to your house and
10  said "because you were at PPT, you should go to
11  this person to get justice"?
12      A.   No.  He said simply that "I know you
13  were part of PPT, and since you were part of
14  PPT, if you suffered abuse, then here's the
15  person that you can go to that can help you find
16  a lawyer."
17      Q.   Who is that person that Jean Gary told
18  you you could go to to help find a lawyer?
19      A.   It's Cyrus Sibert.
20      Q.   And did Jean Gary tell you how much
21  money he collected?
22      A.   No.
23      Q.   Did Jean Gary tell you that he
24  collected any money?
25      A.   No.

Page 115

1       Q.   Did Jean Gary come to see you driving
2   a car?
3       A.   No.
4       Q.   Does he own a car?
5       A.   I don't know.
6       Q.   Does he own a business?
7       A.   I don't know.
8       Q.   And after Jean Gary told you to go see
9   Cyrus Sibert, did you do that?
10      A.   I told him he could go, and I was
11  planning on looking to see what I was going to
12  do.  But I just told him to go.
13      Q.   And after you said that to Jean Gary,
14  did you go see Cyrus Sibert?
15      A.   Yes.
16      Q.   Where did you go see Cyrus?
17      A.   In the town.
18      Q.   Where in the town?
19      A.   I couldn't tell you where exactly.
20      Q.   What neighborhood?
21      A.   I don't remember.
22      Q.   Did Jean Gary tell you where to find
23  Mr. Sibert?
24      A.   Yes.
25      Q.   Was it at a hotel?

Page 116

1       A.   No.
2       Q.   Was it a radio station?
3       A.   No.
4       Q.   Was it a house?
5       A.   Yes.
6       Q.   Was it Mr. Sibert's house?
7       A.   I don't know.
8       Q.   Was it a part of town you'd never seen
9   before?
10      A.   Yes.
11      Q.   A part of Cap-Haïtien where you've
12  lived all your life, never seen it before?
13      A.   No.  And the reason why I didn't know
14  Cap-Haïtien that well is that I stayed to my --
15  I didn't walk around a lot, because if they
16  knew, people knew that you were part of PPT,
17  they would call you a faggot or call you
18  Mrs. Douglas.
19      Q.   Did anyone -- did you know anyone in
20  the part of town that you went to meet
21  Mr. Sibert in?
22      A.   I didn't know people in the
23  neighborhood, but all of Cap-Haïtien knew what
24  had gone on.
25      Q.   All of Cap-Haïtien knows that you were

Page 117

1   a student at PPT?
2       A.   No.  But whenever people in the town
3   see a group of guys in a particular place, and
4   if they know one of them is there because of
5   this case, then they kind of suss you out.
6       Q.   When you met with Cyrus Sibert, what
7   did you say to him?
8       A.   I said that I would like to meet with
9   the lawyer who is willing to meet with children
10  who were at Pierre Toussaint.
11      Q.   What did Mr. Sibert say to you?
12          MR. GARABEDIAN.  Objection.  I
13  instruct him not to answer as to any
14  attorney/client communication.
15          THE WITNESS:  Can I answer the
16  question?
17          MR. GARABEDIAN:  If it doesn't involve
18  a communication between your attorney and you.
19      A.   Can you repeat the question that the
20  lawyer asked for me, please?
21  BY MR. BABBITT:
22      Q.   What did Mr. Sibert say to you?
23      A.   He said "give me your phone number and
24  I will put you in touch with the lawyer."
25      Q.   Did he say anything else to you that

30 (Pages 114 to 117)

Confidential - Subject to Further Confidentiality Review

Page 118

1    time you met with Mr. Sibert?
2        A.    No.
3        Q.    Since the Village has closed, have you
4    ever talked with any other students at PPT who
5    said they had not been abused by Mr. Perlitz?
6        A.    This subject in general is a subject
7    that I never broach with anyone.
8        Q.    Never talk about Doug Perlitz or what
9    he did to you?
10       A.    No.
11       Q.    And that was true before the school
12   closed, and it's still true today, correct?
13       A.    I don't speak about this with people.
14   However, it sometimes comes back to me in my
15   memory, and sometimes I have nightmares over
16   this, but I don't talk about this to other
17   people.
18       Q.    Do you know, or did you know Met
19   Robinson at PPT?
20       A.    Yes.
21       Q.    Did he work at PPT?
22       A.    Yes.
23       Q.    What was his job?
24       A.    I don't remember.
25       Q.    Did you see him every day when you

Page 119

1    were at PPT?
2        A.    Yes.
3        Q.    And when you saw him, what was he
4    doing?
5        A.    I wasn't following his actions.
6        Q.    Did you ever see him doing anything?
7        A.    What do you mean, "anything"?
8        Q.    Did you ever see Mr. Robinson doing
9    anything at PPT?
10       A.    I would see him in different parts in
11   the school.  I would see him in the kitchen, for
12   example.
13       Q.    And what was he doing in the kitchen
14   when you saw him?
15       A.    It's not that I saw him doing
16   anything, but I saw him walking through the
17   kitchen.
18       Q.    When Douglas was not at PPT, was Met
19   Robinson in charge?
20       A.    I don't remember.
21       Q.    Was there anybody else that you think
22   was in charge when Doug wasn't there?
23       A.    There were many people there, but I
24   don't know who was the boss.
25       Q.    Did Mr. Robinson ever say or indicate

Page 120

1    to you that he knew Doug Perlitz was abusing
2    students?
3        A.    No.
4        Q.    Did any teacher or staff member ever
5    say to you that person knew Doug Perlitz
6    was abusing students?
7        A.    No.
8        Q.    How many times did Doug Perlitz
9    sexually abuse you?
10       A.    Only one time.
11       Q.    When did this happen?
12       A.    This happened while school was going
13   on.  While I was in class and Douglas was
14   proceeding to send home the kids who hadn't
15   paid, it seemed that I was the only student that
16   hadn't paid, and the following happened.
17           He asked me to come to his office, and
18   when I went to his office he started touching
19   me, he started touching my private parts.  He
20   put his penis in my behind.  I wasn't -- I
21   didn't want this.  I was against it.  But he
22   kept forcing me, and he said if I didn't go
23   along with it, he would kick me out of the
24   Village.
25       Q.    What year did this happen?

Page 121

1        A.    I no longer remember.
2        Q.    In your response to Interrogatory 19
3    in Exhibit 1, you state that this happened in
4    2006/2007.
5        A.    Yes, that's what I said.
6        Q.    When you responded to that
7    interrogatory, when you responded to that
8    interrogatory, how did you know that was the
9    year?
10       A.    When this happened, that's what I
11   remembered.
12       Q.    I'm sorry.  When you responded to the
13   interrogatories, that's what you remembered, is
14   that what you mean?
15       A.    Yes, that's what I said.  But a lot of
16   things can escape my mind.  Very often I have
17   trouble remembering things because my head does
18   not easily remember.
19       Q.    Is there any reason that the years
20   2006, 2007 stuck out for you when you were
21   responding to Interrogatory 19 and telling us
22   what year this happened?
23       A.    Because those are the years in which
24   it happened.
25       Q.    As you sit here today, you know it

31 (Pages 118 to 121)

Confidential - Subject to Further Confidentiality Review

Page 122

1   happened in 2006, 2007, is that right?
2      A.   Yes. That's what I remember.
3      Q.   How long had you been at the Village
4   as a student before you were abused?
5      A.   I don't remember.
6      Q.   How long after you were abused did the
7   Village close?
8      A.   My head cannot remember all of those
9   things. I don't remember them. It's occasional
10  that I'm able to recall certain things.
11     Q.   Were you abused by Mr. Perlitz before
12  or after the first time you met Jessica Lozier?
13     A.   What was that again?
14     Q.   Were you abused by Mr. Perlitz before
15  or after the first time that you met Jessica
16  Lozier?
17     A.   Before that. That had already
18  occurred.
19     Q.   You had been abused before you met
20  Jessica, is that right?
21     A.   Yes.
22     Q.   So when Mr. Perlitz abused you, did he
23  come to the class you were sitting in and tell
24  you to leave the class?
25     A.   Yes. He came to pick me up in the

Page 123

1   classroom in which I was.
2      Q.   And did he tell you to come to his
3   office?
4      A.   Yes. He came to get me, and escorted
5   me to his office.
6      Q.   And what did he tell you when he came
7   to get you?
8      A.   He said "You owe the school. You
9   cannot stay in the classroom. Get out."
10     Q.   When did he say that, when you were in
11  his office or when you were walking to his
12  office?
13          MR. GARABEDIAN: Objection.
14     A.   While I was in the classroom. He said
15  "You owe the school. You can't stay in the
16  classroom. Get out."
17  BY MR. BABBITT:
18     Q.   Did he say anything else?
19     A.   No. And then he escorted me to go
20  with him to his office.
21     Q.   Did he tell you you had to go to his
22  office?
23     A.   No. He simply escorted me to his
24  office without saying anything else.
25     Q.   How did you know that you were

Page 124

1   supposed to go with him to his office?
2      A.   He held me.
3      Q.   How did he hold you?
4      A.   He held my hand and guided me.
5      Q.   On the day that Mr. Perlitz abused
6   you, was your father working at the Village?
7      A.   Yes.
8      Q.   What was he doing?
9          MR. GARABEDIAN: Objection.
10     A.   I had already said what my father did
11  in the Village. He was working as the
12  gatekeeper. He would also take care of the yard
13  maintenance with a sickle.
14  BY MR. BABBITT:
15     Q.   Is that what he was doing the day you
16  got abused?
17     A.   Yes, that's what he always does.
18     Q.   As Mr. Perlitz was walking holding
19  your hand on the way to his office, did you see
20  your father?
21     A.   No.
22     Q.   What happened when you and Mr. Perlitz
23  got to his office?
24     A.   He started touching my private parts.
25  He undressed me, and started touching my private

Page 125

1   parts. And then he removed his pants. He only
2   had his shirt on. And he put his penis in my
3   behind. And he forced me and forced me, and I
4   was not accepting, but he said that if you don't
5   accept they will put -- throw me out of the
6   Village.
7      Q.   Mr. Perlitz took you into his office?
8      A.   Yes.
9      Q.   Did he close the door?
10     A.   Yes.
11     Q.   Is there a window in his office?
12     A.   I don't remember.
13     Q.   Were the lights on in his office?
14     A.   Yes.
15     Q.   What furniture was in his office?
16     A.   There's a table with drawers, that has
17  drawers. It has -- there's also a chair, and a
18  sofa.
19     Q.   And you had been in his office every
20  two weeks to collect your pay, correct?
21          MR. GARABEDIAN: Objection.
22     A.   Yes.
23  BY MR. BABBITT:
24     Q.   What was Mr. Perlitz wearing?
25     A.   He had a pair of pants and a shirt.

32 (Pages 122 to 125)

Confidential - Subject to Further Confidentiality Review

Page 126

1  Q.  What kind of shirt?
2  A.  A T-shirt.
3  Q.  What kind of pants?
4  A.  A camouflage pair of pants that has a
5  lot of -- like a cargo pant.
6       MR. GARABEDIAN:  Is that what he said,
7  like a cargo pants?
8       THE INTERPRETER:  He said in Creole
9  something else.  I'm saying it in English.
10 BY MR. BABBITT:
11 Q.  What time of year was it?
12 A.  I don't remember the month, but it was
13 during the school year.
14 Q.  Did he say anything to you when you
15 walked in the office?
16 A.  What he said is what I told you.
17 Q.  Did he say anything when you first
18 walked into the office before he started
19 touching you?
20 A.  Before he started touching me?
21 Q.  Yes.
22 A.  He didn't say anything.  He simply
23 started undressing me.
24 Q.  From the time you left the classroom
25 when he told you that you owed money to the

Page 127

1  school and you had to leave to the time he had
2  you in the office, he said nothing?
3  A.  No.  The only thing he did was escort
4  me to his office, close the door, and started to
5  proceed with the actions described.
6  Q.  When he was holding your hand and
7  walking from the classroom to his office, did
8  you see any students in the courtyard?
9  A.  No.  Everybody was in school.
10 Q.  Was this before the midday meal, or
11 after the midday meal?
12 A.  I no longer recall.
13 Q.  What were you wearing?
14 A.  I was wearing the uniform.  That's
15 what was on me.
16 Q.  What did the uniform consist of?
17 A.  A shirt and a pair of pants.
18 Q.  Pants or shorts?
19 A.  No, regular pants, long pants.
20 Q.  When he started touching you, were you
21 still wearing your clothes, or did he take your
22 clothes off first?
23 A.  The first thing he did was start to
24 unbutton and unzip.
25 Q.  Unbutton and unzip your clothes or his

Page 128

1  clothes?
2  A.  My clothes first.
3  Q.  Were you both standing when he started
4  touching you?
5  A.  Yes.
6  Q.  Were you facing him or facing away
7  from him?
8  A.  When he first started unbuttoning me
9  he was standing in front of me, and then he had
10 me turn around, and then he put me on the couch
11 where he continued.
12 Q.  How did he put you on the couch?
13 A.  He put my --
14      (Interpreters speaking.)
15 A.  He had me lean on the couch, bend over
16 on the couch, and then he put his penis in my
17 behind.
18 Q.  Before he had you lean on the couch,
19 did he say anything to you?
20 A.  He had started forcing me, and he said
21 that if I didn't accept this, they would throw
22 me out of the Village -- he would throw me out
23 of the Village.
24 Q.  And did he put his hand on your penis
25 before he leaned you on the couch?

Page 129

1  A.  Yes.  He started touching all of my
2  private parts.
3  Q.  Did he try to kiss you?
4  A.  No.
5  Q.  Did he put your hands on his penis?
6  A.  No.
7  Q.  Did he put your hands on any other
8  part of his body?
9  A.  No.
10 Q.  And before he told you that you had to
11 accept this or he would throw you out of the
12 Village, he had already told you in the
13 classroom that you had to leave the Village,
14 correct?
15 A.  He didn't say that I would have to
16 leave the Village entirely.  He said that so
17 long as my parents didn't pay that I would have
18 to leave, but if my parents paid I would be able
19 to come back.
20 Q.  After Douglas unbuttoned and unzipped
21 your clothing, did he remove your pants?
22 A.  He didn't remove my pants completely.
23 He pulled them down.
24 Q.  After he pulled them down, how long
25 did he touch you before he leaned you over the

33 (Pages 126 to 129)

Confidential - Subject to Further Confidentiality Review

Page 130

1    couch?
2        A.   This didn't take a lot of time.
3        Q.   Did he tell you that if you didn't
4    accept this he would throw you out of the
5    Village before or after he leaned you over the
6    couch?
7        A.   He said that many times.  He said it
8    before, and he said it after.
9        Q.   How many times?
10       A.   I don't remember, but he said it many
11   times.
12       Q.   Did he say anything else?
13       A.   No.
14       Q.   Did he remove your shirt?
15       A.   No.
16       Q.   When did Douglas remove his pants?
17       A.   He first unbuttoned my pants, and then
18   he started fondling me, and then he unbuttoned
19   his pants.
20       Q.   You've testified that he put his penis
21   in your butt.  When he did so, did he wear a
22   condom?
23       A.   No.
24       Q.   Was he standing when he put his penis
25   in your butt?

Page 131

1        A.   I wasn't looking, because I wasn't
2    facing him.
3        Q.   Were your feet on the floor when you
4    were leaning over the couch?
5        A.   Yes.
6        Q.   When he put his penis in your butt,
7    did you say anything?
8        A.   Yes.
9        Q.   What?
10       A.   I said "it hurts, it hurts."
11       Q.   Did you yell that?
12       A.   Yes, I yelled.
13       Q.   How many times?
14       A.   I don't remember how many times, but I
15   was -- it was -- I was screaming, so I said it
16   many times.
17       Q.   Did any of the buildings at the
18   Village have air conditioning?
19       A.   Inside his office there was air
20   conditioning.
21       Q.   Doug Perlitz's office was air
22   conditioned?
23       A.   I know it was very cold, but I don't
24   know where it came from exactly, if it was some
25   type of a fan or something else.  But it was

Page 132

1    very cold.
2        Q.   And you don't know whether there was a
3    window in the room?
4        A.   I don't remember.
5        Q.   How long did he have his penis in your
6    butt?
7        A.   I don't remember.
8        Q.   Did he ejaculate?
9        A.   I don't quite -- I don't quite know
10   what happened or when it happened.
11       Q.   After he took his penis from your
12   butt, did he say anything?
13       A.   Yes, he said "if anyone ever finds
14   out, we're going to throw you out of the
15   Village."  That's the only thing he said.
16       Q.   Did you say anything?
17       A.   I couldn't say anything, because I
18   didn't understand what was going on.  And also I
19   didn't want to be thrown out of the Village,
20   because it was my only hope.
21       Q.   Did you get dressed?
22       A.   Yes.
23       Q.   Did he get dressed?
24       A.   Yes.
25       Q.   How long did you stay in the office

Page 133

1    after you got dressed?
2        A.   Once I was dressed, he put me out.
3        Q.   How long were you in his office from
4    the time you arrived to the time he put you out?
5        A.   I don't remember.
6        Q.   Where did you go when he put you out
7    of the office?
8        A.   He had me go back to the classroom.
9        Q.   Did he tell you where to go when you
10   were leaving the office?
11       A.   He said "go back to your classroom."
12       Q.   Did you go back to the same classroom
13   from which Doug had pulled you out of?
14       A.   Yes.
15       Q.   They were still studying the same
16   subject?
17       A.   I wasn't thinking about anything other
18   than what had just happened to me at the time.
19       Q.   Did you see anyone in the courtyard
20   when you were going back to your classroom?
21       A.   No.  I saw no one in the courtyard.  I
22   just went back to the classroom.
23       Q.   At any time that you were in Douglas's
24   office on the day he abused you in his office,
25   did Douglas offer you money?

34 (Pages 130 to 133)

Confidential - Subject to Further Confidentiality Review

Page 134

1     A.  No.
2     Q.  At any time when you were in the
3  office on the day that Doug Perlitz abused you
4  in his office, did Douglas offer you anything of
5  value in return for sex?
6         MR. GARABEDIAN:  Objection.
7     A.  No.  No.  He only said that --
8  threatened me and said that he would throw me
9  out of the Village.
10  BY MR. BABBITT:
11     Q.  When you go back to the classroom, did
12  you tell anybody in the classroom what had
13  happened?
14     A.  No.
15     Q.  At any time before PPT closed, did you
16  tell any students at PPT what had happened?
17     A.  No.
18     Q.  At any time before PPT closed, did you
19  tell any teacher at PPT what had happened?
20     A.  No.
21     Q.  At any time before PPT closed, did you
22  tell any staff member at PPT what had happened?
23     A.  No.  I didn't tell this to anyone at
24  all.  The only people I could have said
25  something to would have been Mrs. Carter or

Page 135

1  Father Paul since they're the ones who were
2  giving the money for the Village.  But the
3  occasion never arose where I had the opportunity
4  to do so.
5     Q.  Why did you think that you could not
6  tell a teacher at PPT that Douglas had abused
7  you?
8     A.  I didn't -- I couldn't tell this to
9  any of the teachers because they would not have
10  been able to do anything for me to begin with.
11  The only people that I could have told would
12  have been the police, but I would have been
13  perhaps thrown in jail, or even been killed,
14  because justice is on the side of people who
15  have money.
16     Q.  Did you ever hear Cyrus Sibert on the
17  radio?
18     A.  No.
19     Q.  Did you ever hear that Cyrus Sibert in
20  2007 was talking on the radio about Doug
21  Perlitz?
22     A.  I don't own a radio.  I never listen
23  to the news.
24         MR. GARABEDIAN:  Can we take a break?
25         MR. BABBITT:  In a minute.

Page 136

1  BY MR. BABBITT:
2     Q.  Did you ever hear anyone else mention
3  the name Cyrus Sibert and the fact that he was
4  talking about Doug Perlitz on the radio?
5     A.  No.
6         MR. BABBITT:  Mr. Garabedian wants to
7  take a break, and that's fine.
8         MR. GARABEDIAN:  Ten minutes.  Thanks.
9         THE VIDEOGRAPHER:  Going off the
10  record.  The time is 3:06.
11         (Whereupon, a recess was taken.)
12         THE VIDEOGRAPHER:  Back on the record.
13  The time is 3:32.
14  BY MR. BABBITT:
15     Q.  Mr. Dorciné, after Douglas abused you,
16  you continued to attend school at the Village?
17     A.  Yes.
18     Q.  You participated in the classes that
19  the school offered?
20     A.  Yes.
21     Q.  And your parents continued to be
22  employed at the Village?
23     A.  Yes.
24     Q.  Between the day that Douglas abused
25  you and the day that PPT closed, did you ever

Page 137

1  talk to Douglas about what he had done?
2     A.  No.
3     Q.  Before PPT closed, did you tell
4  Sylvester Tan that Douglas had abused you?
5     A.  No.
6     Q.  Did you tell Jessica?
7     A.  No.
8     Q.  Did you know Brittany McLean?
9     A.  Yes.
10     Q.  Did you tell Brittany?
11     A.  No.
12     Q.  Did you tell Nick Preneta?
13     A.  I don't remember that name.
14     Q.  Did you tell Madame Junie?
15     A.  I never saw that person, because I
16  wasn't part of catechism.
17     Q.  Did you tell Robinson?
18     A.  No.
19     Q.  Did you tell Margarette Joseph?
20     A.  No.
21     Q.  Did you ever speak with anyone from
22  the United States Government about Douglas
23  Perlitz?
24     A.  No.
25     Q.  Before you started attending Rue 13,

35 (Pages 134 to 137)

Confidential - Subject to Further Confidentiality Review

Page 138

1    had you ever heard of the Society of Jesus of
2    New England?
3        A.   No.
4        Q.   While you were attending Rue 13, did
5    you hear that name, the Society of Jesus of New
6    England?
7        A.   No.
8        Q.   Before you started attending Rue 13,
9    had you ever heard of the Haiti Fund?
10       A.   No.
11       Q.   While you were attending Rue 13, did
12   you hear about the Haiti Fund?
13       A.   No.
14       Q.   While you were attending the Village,
15   did you hear about the Haiti Fund?
16       A.   No.
17       Q.   Before you started attending Rue 13,
18   had you ever heard of the Order of Malta?
19       A.   No.
20       Q.   At any time while you were attending
21   Rue 13, did you ever hear of the Order of Malta?
22       A.   No.
23       Q.   At any time you were attending the
24   Village, did you hear of the Order of Malta?
25       A.   Yes.  I've heard people speak about

Page 139

1    it.
2        Q.   Who did you hear speak about it?
3        A.   Douglas used to tell us that they are
4    one of the people that are helping, that is
5    helping the Village, one of the sponsors.
6        Q.   Did he tell you what the Order of
7    Malta was?
8        A.   No.
9        Q.   Tell me everything that Doug ever said
10   about the Order of Malta.
11       A.   The only thing he said, that it was a
12   company or a group or something that was
13   helping, that was helping the Village.
14       Q.   At any time before you started
15   attending Rue 13, had you heard of Fairfield
16   University?
17       A.   No.
18       Q.   At any time while you were attending
19   Rue 13, had you heard of Fairfield University?
20       A.   It's when I was in the Village that I
21   heard speak about that.
22       Q.   You didn't hear anything about
23   Fairfield University before you started
24   attending the Village?
25       A.   No.

Page 140

1        Q.   What did you hear when you were a
2    student at the Village about Fairfield
3    University?
4        A.   He would talk to us about Fairfield
5    University when Father Paul was there, he would
6    tell us that Father Paul was one of the people
7    that could help us get into Fairfield University
8    as students.
9        Q.   What did Douglas say about what grade
10   you would have to complete before you could
11   attend Fairfield University?
12       A.   We would have to finish school, we'd
13   have to complete our schooling.
14       Q.   And what grade would you have had to
15   complete to complete your schooling?
16       A.   We would have to get to the level
17   called philosophy.
18       Q.   And did the Village offer classes to
19   get you to the level called philosophy when you
20   were a student at the Village?
21       A.   No.  Inside the Village you only got
22   to the sixth year, and to complete your
23   schooling you had to go somewhere else.
24       Q.   I see.  Okay.
25            Did Douglas say who would -- let me

Page 141

1    start again.
2             Did Douglas say anything else about
3    what you would have had to do in order to attend
4    Fairfield University?
5        A.   No.
6        Q.   Did Douglas tell you how Father Paul
7    was going to help you to get into Fairfield
8    University?
9        A.   No.
10       Q.   Have you had nightmares since Douglas
11   Perlitz abused you?
12       A.   Yes.
13       Q.   How often?
14       A.   Many times I've had bad dreams, but I
15   can't tell you how many times.
16       Q.   Every night?
17       A.   No.
18       Q.   Every week?
19       A.   I can't give you a number.  It's
20   happened to me many times, but I couldn't tell
21   you how often.
22       Q.   Do you believe that your nightmares
23   are caused by what Douglas did to you?
24       A.   Yes.  Also I continue to imagine what
25   he did, and that's the reason why I have

36 (Pages 138 to 141)

Confidential - Subject to Further Confidentiality Review

Page 142

1  nightmares.
2      Q.  Is that what the nightmare consists
3  of, you imagining what Douglas did to you?
4      A.  I think a lot about what happened, and
5  then when I sleep the dreams come.
6      Q.  What dreams?
7      A.  The dreams about what happened.
8      Q.  How long after the abuse did you have
9  the first nightmare that you believe was a
10 result of the abuse?
11         MR. GARABEDIAN:  Objection.
12     A.  I don't remember.
13 BY MR. BABBITT:
14     Q.  Do you have nightmares that are not
15 related to Doug Perlitz's abuse?
16         MR. GARABEDIAN:  Objection.
17     A.  Yes.
18 BY MR. BABBITT:
19     Q.  How often?
20     A.  Many times, but I can't give you a
21 quantity, because every time you go to sleep you
22 dream.
23     Q.  Do you have nightmares that are not
24 related to Doug Perlitz's abuse more or less
25 often that you have nightmares that you believe

Page 143

1  are related to Doug Perlitz's abuse?
2         MR. GARABEDIAN:  Objection.
3      A.  No.  Usually what happens is when I
4  think about that, the nightmares come.
5  BY MR. BABBITT:
6      Q.  Do you have nightmares that are not
7  related to Doug Perlitz's abuse more or less
8  often than you have nightmares that you believe
9  are related to Doug Perlitz's abuse?
10         MR. GARABEDIAN:  Objection.
11     A.  I couldn't tell you how many dreams,
12 nightmares I have.
13 BY MR. BABBITT:
14     Q.  Do you suffer emotional pain as a
15 result of Douglas Perlitz's abuse?
16     A.  Yes.
17     Q.  Describe that.
18     A.  Sometimes it drives me crazy.  I feel
19 like leaving, going somewhere, forgetting
20 completely about Haiti, just going somewhere
21 else many times.  I feel like I'm nothing, I'm
22 nothing in society.  I feel as though I've been
23 condemned by God, as though God has punished me.
24 Everywhere I go people refuse to give me work,
25 they humiliate me, and they call me a faggot.

Page 144

1  And I'm very closed in on myself, I have to hide
2  myself away.
3      Q.  Have you ever tried to get therapy for
4  the emotional pain that you suffer?
5      A.  You have to have money for that, and I
6  don't have any.
7      Q.  Have you ever tried to get counseling
8  with respect to the emotional pain that you
9  suffer?
10     A.  I don't understand the word
11 "counseling."
12     Q.  Did you ever try to get help of any
13 kind for the pain that you suffer?
14     A.  No.
15     Q.  Do you suffer any physical pain as a
16 result of Douglas Perlitz's abuse?
17     A.  Yes.
18     Q.  Where do you suffer physical pain
19 today?
20     A.  My tummy hurts, my head hurts.
21     Q.  And has your stomach hurt since 2006
22 or 2007 when Mr. Perlitz abused you?
23     A.  Ever since that time, my head and my
24 stomach started to act up hurting me.
25     Q.  Did it start the day of the abuse?

Page 145

1      A.  No.
2      Q.  When did it start?
3      A.  It took about one or two weeks.
4      Q.  Your stomach and your head started
5  hurting one or two weeks after the abuse?
6      A.  Yes.
7      Q.  And they have hurt since then?
8      A.  It's not all the time every day.  It
9  just comes back.  It comes back.
10     Q.  How often does it come back?
11     A.  I couldn't tell you exactly how much,
12 but it comes back very often.  For example, in
13 the course of one month, it can happen to me six
14 or seven times.
15     Q.  In the course of one month, your
16 stomach and your head can hurt six or seven
17 times?
18     A.  Or seven or eight times.
19     Q.  And that's been the case for eight or
20 nine years?
21     A.  I didn't calculate the date.
22     Q.  Has any doctor ever told you that your
23 stomach hurting is connected in any way to the
24 abuse that you say Mr. Perlitz inflicted on you?
25     A.  No.  I've never been to the doctors.

37 (Pages 142 to 145)

Confidential - Subject to Further Confidentiality Review

Page 146

1    That's what I think is the case, because it's
2    ever since that happened that I'm suffering.
3        Q.   When your stomach and your head hurt,
4    are you able to work?
5        A.   No.
6        Q.   When your stomach and your head hurt,
7    are you able to eat?
8        A.   I can spend the whole day without
9    eating anything.
10       Q.   When your stomach and your head hurt,
11   are you able to eat?
12       A.   It happens that I spend the whole day
13   that I don't eat anything, and only when the
14   pain goes away I'm able to eat something.
15       Q.   When your stomach and your head hurt,
16   are you able to sleep?
17       A.   Pain does not allow you to sleep.
18   When you're suffering pain, you cannot neither
19   eat nor sleep.
20       Q.   What do you do when you're suffering
21   stomach and head pain?
22       A.   I can't do anything.  And I don't have
23   the economic means to go see a doctor, so I just
24   wait, I just wait until it goes away.
25       Q.   Do you take any medicine of any kind

Page 147

1    when you have this pain?
2        A.   No.  It's happened that I buy pills in
3    the street, but these pills are not even -- are
4    not in conformity with any regulation.
5        Q.   What are the pills that you buy in the
6    street?
7        A.   I buy Odone, O-D-O-N, and also other
8    pills.  I don't remember their names.
9        Q.   Who do you buy them from?
10       A.   People that are walking in the street
11   selling pills.
12       Q.   Where do you get the money to buy
13   these?
14       A.   When I have a day of work, I can buy
15   one.  They don't cost a lot of money.  They cost
16   like 5 gourdes for one.
17       Q.   And you've worked two days in the
18   current year, in 2015, is that right?
19       A.   Yes.
20       Q.   When is the last time you bought these
21   pills?
22       A.   I don't remember the last time I
23   bought any.
24       Q.   Have you ever talked to -- spoken with
25   someone named Matthew about your experience with

Page 148

1    Mr. Perlitz?
2        A.   No.
3        Q.   Do you know anybody named Matthew?
4        A.   I remember that name, but this is not
5    someone I talked with.
6        Q.   How do you remember that name?
7        A.   It seems that I've seen him with
8    Cyrus, but it's not someone that I ever had
9    conversations with.
10       Q.   Has Matthew ever given you any money?
11       A.   No.
12       Q.   Has Cyrus ever given you any money?
13       A.   Yes.
14       Q.   How many times?
15       A.   Twice, $100.
16       Q.   He gave you money two times?
17       A.   Yes.
18       Q.   Each time he gave you $100?
19       A.   The first time he gave me 500 US -- I
20   mean -- I'm sorry.
21           The first time he gave me 100 US
22   dollars, and the second time he gave me 5,000
23   Haitian gourdes.
24       Q.   When did he give you 100 US dollars?
25       A.   I don't remember the date.

Page 149

1        Q.   Did he give you the 100 American
2    dollars the first time you met him?
3        A.   No.
4        Q.   How many times have you met Cyrus
5    Sibert?
6        A.   I don't remember how many times I met
7    him, but I met him several times.
8        Q.   How many times did you meet him before
9    he gave you 100 American dollars?
10       A.   I don't remember.
11       Q.   Did you ask him for money?
12       A.   No.
13       Q.   Did he just offer you the money?
14       A.   He saw the situation, how I was
15   living, he saw how I was dressed, and it broke
16   his heart, and he decided to give me something.
17       Q.   The 100 American dollars was a gift
18   from Cyrus to you?
19           MR. GARABEDIAN:  Objection.
20       A.   Yes.
21   BY MR. BABBITT:
22       Q.   Did he tell you anything about the
23   gift that he gave you of 100 American dollars?
24       A.   No.
25       Q.   How about the 5,000 Haitien gourdes,

38 (Pages 146 to 149)

Confidential - Subject to Further Confidentiality Review

Page 150

1    when did he give you that?
2        A.   When I was coming here, he gave me
3    5,000 gourdes.
4        Q.   Why did he do that?
5        A.   He said -- I don't know why exactly,
6    but he said, you know, "you can't go just any
7    old way, you have to prepare yourself a little
8    bit to go, you have to put something on."
9        Q.   Did you use the 5,000 Haitian gourdes
10   to buy clothes?
11       A.   I bought a few things, because that
12   money really cannot buy a lot of clothes.
13       Q.   What few things did you buy?
14       A.   I bought clothes.  I bought things for
15   my -- to wear on my feet.  And that's it.
16       Q.   Since PPT closed, has anyone else
17   given you a gift of 100 American dollars?
18       MR. GARABEDIAN:  Objection.  Instruct
19   him not to answer as to any attorney/client
20   communication as it involves privilege.
21       A.   Could you repeat the question, please?
22   BY MR. BABBITT:
23       Q.   Since PPT closed, has anyone else
24   given you a gift of 100 American dollars?
25       MR. GARABEDIAN:  Same objection.

Page 151

1        A.   No.
2    BY MR. BABBITT:
3        Q.   Have you received any money from
4    Mr. Mitch?
5        MR. GARABEDIAN:  Objection.  Instruct
6    him not to answer as it involves attorney/client
7    communication.  Don't answer.
8        MR. BABBITT:  The payment of money
9    involves --
10       MR. GARABEDIAN:  Yes.
11       MR. BABBITT:  -- communication?
12       MR. GARABEDIAN:  Yes.
13       MR. BABBITT:  Okay.
14   BY MR. BABBITT:
15       Q.   Did any --
16       MR. GARABEDIAN:  If there was.
17       MR. BABBITT:  I don't know whether
18   there was, we don't know whether there was, all
19   we know is you've now instructed the witness not
20   to tell us whether he's received money from you.
21       MR. GARABEDIAN:  Note my objection.
22       MR. BABBITT:  Right.  I get that.  You
23   have objected and instructed -- not only
24   objected, you've instructed the witness not to
25   answer.

Page 152

1        MR. GARABEDIAN:  That's right.
2    BY MR. BABBITT:
3        Q.   Have you received any money from any
4    of your lawyers?
5        MR. GARABEDIAN:  Objection.  Instruct
6    him not to answer based on attorney/client
7    privilege involving communications.
8        MR. BABBITT:  It's your contention
9    that the payment of money is communication?
10       MR. GARABEDIAN:  If there was payment,
11   and we're not saying there was.
12       MR. BABBITT:  If there was, it's your
13   contention --
14       MR. GARABEDIAN:  It's my contention --
15       MR. BABBITT:  I'm going to make a
16   record, Mitch.  Hang on.
17       It's your contention if there was any
18   payment by you to a witness, to your client,
19   that's a form of communication?
20       MR. GARABEDIAN:  Yes.
21   BY MR. BABBITT:
22       Q.   Has anybody else given you a gift of
23   Haitian gourdes since PPT closed?
24       A.   No.
25       Q.   Did Cyrus Sibert tell you where he got

Page 153

1    the money that he gave you?
2        MR. GARABEDIAN:  Objection.
3        A.   No.
4    BY MR. BABBITT:
5        Q.   Did you promise to pay Cyrus back from
6    any money that you receive?
7        A.   I don't know whether or not I will
8    ever get any money.  The only thing I know is
9    that he gave me something.
10       Q.   Did you promise to pay Cyrus back from
11   any money that you receive?
12       A.   No.
13       Q.   Have you promised to pay -- to give
14   Cyrus any money from your lawsuit?
15       A.   No.
16       Q.   Has Cyrus told you that he will get
17   money from your lawsuit?
18       A.   No.
19       Q.   Did Cyrus get money from the lawsuits
20   that were settled before?
21       MR. GARABEDIAN:  Objection.
22       A.   I don't know.
23   BY MR. BABBITT:
24       Q.   Mr. Dorciné, did you understand the
25   questions that I've asked you today?

39 (Pages 150 to 153)

Confidential - Subject to Further Confidentiality Review

Page 154

1    A.   Yes.
2    Q.   And if you didn't understand my
3  questions, you let me know, is that correct?
4    A.   Yes.
5    Q.   Is there anything you want to change
6  about your answers that you've given today?
7    A.   No.
8        MR. BABBITT:  Thank you.  I have
9  nothing further.  Thank you.
10       THE VIDEOGRAPHER:  Going off the
11 record.  The time is 3:58.
12       (Whereupon, a recess was taken.)
13       THE VIDEOGRAPHER:  Back on the record.
14 The time is 4:08.
15 BY MR. KERRIGAN:
16   Q.   Mr. Dorciné, good afternoon.
17   A.   Good afternoon.
18   Q.   My name is Michael Kerrigan, and I
19 represent the Society of Jesus of New England.
20       We're back from a break, Mr. Dorciné,
21 and you are still under oath.  Do you understand
22 that?
23   A.   Yes.
24   Q.   You understand you're still required
25 to tell the truth, correct?

Page 155

1    A.   Yes.
2    Q.   Earlier today in the deposition,
3  Mr. Dorciné, you told Mr. Babbitt that you had
4  not heard of the Society of Jesus of New
5  England, is that correct?
6    A.   I hadn't heard spoken about it before,
7  but when I was in the Village I heard people
8  speak about it.
9    Q.   And did you hear the name Society of
10 Jesus of New England before you started
11 attending the Village?
12   A.   No.
13   Q.   While you were at the Village, did you
14 hear the name Society of Jesus of New England?
15   A.   Yes.
16   Q.   What did you hear about the Society of
17 Jesus of New England while you were at the
18 Village?
19   A.   Douglas told us that they were one of
20 the sponsors of the Village.  When we were at
21 the chapel one day, Father Paul and Douglas were
22 there, and Father Paul was celebrating Mass for
23 us, and at the end of the Mass Douglas showed us
24 a badge that Father Paul was wearing, and he
25 said that that represented the Society of Jesus.

Page 156

1    Q.   Did Douglas say anything else about
2  the Society of Jesus of New England other than
3  the Society was a sponsor of the Village?
4    A.   No.
5    Q.   When did Douglas mention the Society
6  of Jesus of New England?
7    A.   While we were at a Mass.
8    Q.   It was one time at the Mass?
9    A.   Yes.
10   Q.   When was the Mass?
11   A.   I don't remember.
12   Q.   Do you know anything else,
13 Mr. Dorciné, about the Society of Jesus of New
14 England?
15   A.   No.
16   Q.   Mr. Dorciné, do you have any friends
17 who did not go to PPT?
18   A.   Yes.
19   Q.   Do you have any young men/male friends
20 who did not go to PPT?
21       MR. GARABEDIAN:  Objection.
22   A.   Yes.
23 BY MR. KERRIGAN:
24   Q.   And do you have male friends who are
25 your age that did not go to PPT?

Page 157

1    A.   Yes.
2    Q.   What are some of their names, just
3  first names?
4    A.   My friends?
5    Q.   Yes.
6    A.   Winson.  Tiguy, T-I-G-U-Y, Tiguy.
7  That's it.
8    Q.   Do you have any other friends who did
9  not go to PPT?
10   A.   No.
11   Q.   Where does Winson live?
12   A.   Blue Hills.
13   Q.   In the same neighborhood you're living
14 in?
15   A.   We don't live very close to one
16 another, but it's the same area.
17   Q.   Does Winson have a job?
18   A.   No.
19   Q.   How about Tiguy, where does Tiguy
20 live?
21   A.   Madlin.
22   Q.   Is Madlin an area of town?
23   A.   Yes.
24   Q.   Is that near Blue Hills?
25   A.   No.

40 (Pages 154 to 157)

Confidential - Subject to Further Confidentiality Review

Page 158

1    Q.   Where is that near?
2    A.   Cap-Haïtien.
3    Q.   Does Tiguy have a job?
4    A.   I don't know.
5    Q.   Do you have other friends that you
6    spend time with?
7    A.   No.
8    Q.   Now, Mr. Dorciné, if you had not been
9    abused by Douglas, would you have completed your
10   classes at the Village?
11   A.   Yes.  I was hoping for that.
12   Q.   And would you have continued on to
13   another school?
14   A.   Yes.
15   Q.   What school?
16   A.   I don't know.
17   Q.   What are the choices of schools?
18   A.   There are a lot of schools in the
19   area.  I don't remember the names, but there are
20   a lot of them.
21   Q.   What are the names that you remember
22   for these schools?
23   A.   No.
24   Q.   How many schools would be available
25   for you to go to after the Village?

Page 159

1    A.   That I had decided to go to, what do
2    you mean?
3    Q.   I mean how many schools are there that
4    you could have gone to?
5    A.   In Blue Hills itself there's no other
6    school that had the higher grades.
7    Q.   What about outside of Blue Hills, what
8    other schools were available to you?
9    A.   There are a lot of them.  I don't
10   remember their names, but there are a lot of
11   them.
12   Q.   Can you give me the name of one
13   school?
14   A.   I don't remember the names at all.
15   Q.   And you think that you would have gone
16   to one of these schools that you can't remember
17   the names of?
18   A.   Yes.
19   Q.   And what grade do these schools go up
20   to?
21   A.   To the last grade.
22   Q.   What is the last grade?
23   A.   Philosophy.
24   Q.   And what year of school would that be,
25   sixth year, seventh year, eighth year, ninth

Page 160

1    year, or more?
2    A.   You have to go through 14 classes.
3    Q.   So that would be grade 14?
4         MR. GARABEDIAN:  Objection.
5    A.   Yes.
6    BY MR. KERRIGAN:
7    Q.   And are there schools in Cap-Haïtien
8    that go up to the 14th year, or 14th grade?
9    A.   Yes.
10   Q.   Can you name any of those?
11   A.   No.
12   Q.   Can you understand any English?
13   A.   No.
14   Q.   What would you have studied at these
15   schools?
16   A.   Which school?
17   Q.   Any school.  Would you have studied
18   something in particular?
19   A.   Do you mean when I would have gone to
20   university, or do you mean in the high school or
21   in the regular elementary school?
22   Q.   The high school.
23   A.   I thought of continuing my schooling
24   until I had finished.
25   Q.   And are there universities available

Page 161

1    to you in Haiti?
2    A.   Yes, but they are not up to par.
3    Q.   What do you mean by that?
4    A.   The quality of the education is not
5    very good.
6    Q.   What are the names of the universities
7    that would have been available to you in Haiti,
8    or that are available to you in Haiti?
9    A.   I don't remember the names.
10   Q.   Have you ever tried to get into any of
11   the schools that go up to the 14th year?
12   A.   No.
13   Q.   Why not?
14   A.   Because I didn't finish the schooling
15   that gets to those levels.
16   Q.   What schooling would you need to
17   finish to get to that level?
18   A.   You mean how to start in order to end
19   up at the school that ends at the 14th year?
20   Q.   That's right.
21   A.   You have to first finish the
22   certificate level, and when you do the
23   certificate level there's an exam, and that
24   allows you to proceed on to the higher grades.
25   Q.   Have you tried to get your certificate

41 (Pages 158 to 161)

Confidential - Subject to Further Confidentiality Review

Page 162

1  and pass the certificate level?
2     A.   No, I wasn't able to get my head
3  together to remember anything to be able to pass
4  the test.
5     Q.   And have you tried more than once?
6     A.   Only one time.
7     Q.   Do you plan to try again?
8     A.   Yes, I'd like to try again, but I
9  don't have the economic means.
10    Q.   So it's a question of money, that's
11  why you're not going back to school?
12        MR. GARABEDIAN:  Objection.
13    A.   I'm not working, and my parents can't
14  afford to help me, so only money would be able
15  to help me.
16  BY MR. KERRIGAN:
17    Q.   How much would it cost for you to
18  complete the classes needed to get your
19  certificate?
20    A.   I don't know, because I never inquired
21  about the prices.  And every year the prices go
22  up, they change, so I would have to see.
23    Q.   You have never looked into how much it
24  would cost?
25    A.   No.

Page 163

1     Q.   Are there any free schools or public
2  schools in Haiti?
3     A.   They do exist, but they don't get to
4  those levels.
5     Q.   Are there any charitable schools in
6  Haiti that get to that level?
7     A.   I don't know of any.
8     Q.   Mr. Dorciné, is the unemployment rate
9  in Haiti high?
10    A.   Very high.
11    Q.   How high is it?  Do you know what
12  percentage of people are unemployed in Haiti?
13    A.   No.
14    Q.   Are many of your friend out of work?
15    A.   No.
16    Q.   Are many of your friends working?
17    A.   No.
18    Q.   Okay.  Are many of your friends not
19  working?
20    A.   Yes.
21    Q.   Okay.  Can you name any of your
22  friends who have a job?
23    A.   I don't have any friends who have
24  jobs.
25    Q.   Now, you yourself have worked two days

Page 164

1  this year, correct?
2     A.   Yes.
3     Q.   Have you tried to find work?
4     A.   I tried to find work, but I wasn't
5  able to find any because they don't want to give
6  anyone -- they don't want to give gays jobs in
7  the country.
8     Q.   Why not?
9     A.   Because it's something which is
10  humiliation.
11    Q.   What is humiliation?
12    A.   They insult you, they call you names,
13  they tell you "get out of here, faggot."
14    Q.   Why do they do that?
15    A.   I don't know.  It's a humiliation.
16    Q.   Is there something wrong with being
17  gay in Haiti?
18    A.   Yes.
19    Q.   What is wrong about that?
20    A.   It's something which God condemns.
21    Q.   Do you condemn that as well?
22    A.   I have to condemn it because that's
23  what's in the bible and that's what they teach
24  at church.
25    Q.   What religion are you, Mr. Dorciné?

Page 165

1     A.   I am Protestant.
2     Q.   Which Protestant church do you belong
3  to?
4     A.   Baptist.
5     Q.   And have you been a Baptist all your
6  life?
7     A.   Yes.
8     Q.   If you got a job, would you be
9  physically able to work?
10        MR. GARABEDIAN:  Objection.
11    A.   I'm not sure of that, because when I'm
12  in pain, the pain doesn't allow me to do
13  anything.
14  BY MR. KERRIGAN:
15    Q.   When you say "pain," you're referring
16  to your stomach pain and your head pain?
17    A.   Yes.
18    Q.   What have you done specifically to try
19  to find work?
20    A.   What I do is I leave the area where
21  I'm in and I try to go find work elsewhere.
22    Q.   What do you do when you try to go find
23  work?
24    A.   I try to look for work where I can
25  help out the masons carry the loads of cement.

42 (Pages 162 to 165)

Confidential - Subject to Further Confidentiality Review

Page 166

1    Q.  Do you just walk up to job sites where
2    people are working?
3    A.  I ask them very often, they already
4    have enough people, or sometimes they even have
5    too many people already on-site.
6    Q.  And that's why they won't give you
7    work?
8    A.  And what happens when I leave the area
9    where I am to go find work elsewhere, since they
10   don't know who I am, I also don't find work.
11   Q.  So even when people don't know that
12   you went to the Village, you still can't find
13   work, correct?
14   A.  That's right.  And there are a lot of
15   people looking, because it's a country which has
16   a very high unemployment rate.
17   Q.  How much does a mason worker earn in a
18   month?
19   A.  A mason does not work per month.
20   Q.  How often does a mason get paid?
21   A.  The people carrying the loads of
22   cement mortar, they get 250 gourdes per day.
23   Q.  Is that a good rate?
24   A.  No.
25   Q.  What would be a good rate for a mason

Page 167

1    assistant to earn a day?
2    A.  I don't know what the rates are.  I
3    only know what they've given me when I have
4    worked and when I have asked for work.
5    Q.  What does a mason earn per day?
6    A.  I don't know.  I'm not one of the
7    people that is employed on the construction
8    sites, so I don't know.  They are all
9    independent and they make their own prices.
10   Q.  Have you ever washed cars for work in
11   the streets?
12   A.  No.
13   Q.  Have you done any other work since
14   leaving the Village, other than acting as a
15   mason's assistant?
16   A.  No.
17   Q.  How many times since you left the
18   Village have you worked as a mason's assistant?
19   A.  How many times since I left the
20   Village?
21   Q.  Correct.
22   A.  I can't tell you how many times.
23   Q.  Is it five times, or less?
24   A.  More.
25   Q.  Is it ten times, or less?

Page 168

1    A.  I couldn't tell you.
2    Q.  Mr. Dorciné, how much does it cost in
3    Cap-Haïtien to rent a place to live?
4    A.  I don't know.  I'm not used to renting
5    homes.
6    Q.  How much would it cost to buy a place
7    to live?
8    A.  I don't know.  I'm not used to
9    negotiating or seeing those prices.  But the
10   people who are used to that say that it's very,
11   very expensive.
12   Q.  If you win your case against Douglas,
13   do you expect to get money?
14   A.  I'm not thinking of that.  The only
15   thing is that I'm here to ask for justice.
16   Q.  What is justice?
17   A.  I don't know.  The judge will know.
18   Q.  Has Cyrus Sibert ever told you what
19   you can expect from this case?
20   A.  No.
21   Q.  Has anyone other than your lawyers
22   told you what to expect from this case?
23   A.  No.
24   Q.  Mr. Dorciné, how do you spend your
25   days?

Page 169

1    A.  I walk, and then I lie down during the
2    day because I have nothing else to do.
3    Q.  Do you do anything else?
4    A.  No.
5    Q.  Do you watch TV?
6    A.  I don't have such things.
7    Q.  Do you talk on the phone?
8    A.  Not often.
9    Q.  When you talk on the phone, who do you
10   talk to?
11   A.  With my family, with my friends.
12   Q.  What else do you do to spend your
13   time, other than walk and lie down?
14   A.  If I have a little bit of money in my
15   pocket I will buy moonshine, I will drink until
16   I fall down in the middle of street.
17   Q.  How often has that happened?
18   A.  Many times, especially when that
19   incident comes back to haunt my mind.
20   Q.  Do you ever play sports or soccer with
21   your friends?
22   A.  No.
23   Q.  Are you able to play sports if you
24   wanted to?
25   A.  Yes.

43 (Pages 166 to 169)

Confidential - Subject to Further Confidentiality Review

Page 170

1    Q.   And you're able to take care of
2  yourself each day?
3    A.   What do you mean?
4    Q.   You're able to dress yourself, wash
5  yourself, feed yourself?
6    A.   Yes.
7    Q.   If you want to go outside and go for a
8  walk, you can do that, correct?
9    A.   I can't walk a lot, though, because
10 what happens is if I walk around the area where
11 I live, people will see me and will call me a
12 faggot.
13   Q.   But physically you're able to walk any
14 time you want to, correct?
15       MR. GARABEDIAN:  Objection.
16   A.   No.
17 BY MR. KERRIGAN:
18   Q.   Why not?
19       THE INTERPRETER:  Interpreter corrects
20 himself.  The answer is yes.
21   Q.   And you are able to go out and look
22 for work if you want to, correct?
23   A.   It's not a question of whether I want,
24 it's whether or not I find any.
25   Q.   No, but my question is exactly that.

Page 171

1  I want to know, if you want to go out and look
2  for work, you are free to do that, correct?
3    A.   When I'm not in pain, I can walk and
4  look around in many different places to look for
5  work.
6    Q.   Is there a lot of poverty in
7  Cap-Haïtien, Mr. Dorciné?
8    A.   Yes.
9    Q.   Have you seen a lot of this poverty
10 yourself?
11   A.   Yes.
12   Q.   And does the poverty affect people who
13 did not go to PPT?
14   A.   Yes.
15   Q.   Mr. Dorciné, before Douglas hurt you,
16 is it correct to say that you got great benefit
17 from Rue 13 and great benefit from the Village?
18   A.   Yes.
19   Q.   Mr. Dorciné, have you understood my
20 questions to you today?
21   A.   Yes.
22   Q.   And if you didn't understand, you told
23 me about that?
24   A.   Yes.
25       MR. KERRIGAN:  Thank you very much.

Page 172

1    A.   Thank you.
2        THE VIDEOGRAPHER:  Going off the
3  record.  The time is 4:44.
4        (Pause.)
5        THE VIDEOGRAPHER:  Back on the record.
6  The time is 4:45.
7  BY MR. ROSENBERG:
8    Q.   Good afternoon, sir.  As I said
9  earlier, my name is Aaron Rosenberg, and I
10 represent Father Paul Carrier.
11       You said earlier that you're a
12 Baptist, correct?
13   A.   Yes.
14   Q.   And do you go to a particular church?
15   A.   Yes.
16   Q.   How often would you say you go to
17 church?
18   A.   Many times.
19   Q.   Do you go every week?
20   A.   I couldn't tell you exactly, but
21 usually it's on Sunday once a week.
22   Q.   And where is the church that you go to
23 now?
24   A.   In Cap-Haïtien.
25   Q.   How far from where you live?

Page 173

1    A.   Quite a ways, but I couldn't tell you.
2    Q.   And is that the same church that
3  you've gone to your whole life?
4    A.   When I was in the Village, there were
5  Masses, but my own church was that other place.
6    Q.   So when you were in the Village, did
7  you go to your other church, or did you not have
8  time because of the Village?
9    A.   I continued to go, because on Saturday
10 and Sunday I was not at the Village.
11   Q.   So when you were not at the Village on
12 Saturday and Sundays, you did go to the same
13 church that you go to now?
14   A.   Yes.
15       MR. ROSENBERG:  I have nothing else.
16       THE VIDEOGRAPHER:  Going off the
17 record.  The time is 4:48.
18       (Pause.)
19       THE VIDEOGRAPHER:  Back on the record.
20 The time is 4:49.
21 BY MR. CERRETA:
22   Q.   Good afternoon, sir.  My name is John
23 Cerreta for Fairfield University.
24       You testified earlier today that
25 Douglas told you and other students that Father

44 (Pages 170 to 173)

Confidential - Subject to Further Confidentiality Review

Page 174

1   Paul could help you get into Fairfield
2   University as students.  Do I have that right?
3       A.  Yes.
4       Q.  Did Douglas tell you this when Father
5   Paul was present?
6       A.  Yes.
7       Q.  Do you remember how many times Douglas
8   told you this when Father Paul was present?
9       A.  Only one time.
10      Q.  Did Douglas ever tell you this when
11  Father Paul was not present?
12      A.  No.  I don't know if he said it to
13  other children, but not in front of me.
14      Q.  Did Douglas tell you anything else
15  about Fairfield University?
16      A.  No.
17      Q.  While you were a student -- I'm sorry,
18  do you want to continue?
19      A.  He simply said to us while I was a
20  student that Father Paul could -- had the
21  ability to help us get into Fairfield University
22  if we finished school.
23      Q.  Do you remember him telling you
24  anything else about Fairfield University, other
25  than that?

Page 175

1       A.  No.
2       Q.  While you were a student at PPT, did
3   anybody tell you anything else about Fairfield
4   University?
5       A.  No.
6       MR. CERRETA:  Thank you, sir.  That's
7   all I have.
8       THE VIDEOGRAPHER:  Going off the
9   record.  The time is 4:52.
10      (Pause.)
11      THE VIDEOGRAPHER:  Back on the record.
12  The time is 4:52.
13  BY MR. KENNEDY:
14      Q.  Hi, Mr. Dorciné.  I know we met
15  earlier this morning, my name is Jeff Kennedy, I
16  represent Hope Carter.  I have some questions
17  for you.
18      It's my understanding you saw
19  Mrs. Carter at the Village several times, is
20  that correct?
21      A.  Yes.
22      Q.  I think you also indicated that she
23  would come there and play activities and give
24  gifts, is that correct?
25      A.  Yes.

Page 176

1       Q.  Did you ever do any activities with
2   Mrs. Carter?
3       A.  No, not individually, but together as
4   a group I would meet with Mrs. Carter and we
5   would play football or basketball, and then
6   sometimes we would have meetings and they would
7   talk to us.  But as a group, again, we would
8   have a meeting with Mrs. Carter or Father Paul,
9   and Douglas always told us that they were the
10  backbone of the Village, that they were
11  sponsors.
12      Q.  And how many times did Douglas say
13  this to the group?
14      A.  In front of me, only once.
15      Q.  Okay.  When was that, sir?
16      A.  I don't remember.  A lot of time has
17  gone by.
18      Q.  Okay.  Now, you don't speak English,
19  do you, sir?
20      A.  No.
21      Q.  And you've never spoken to
22  Mrs. Carter, have you?
23      A.  No.
24      Q.  Have you ever been present when
25  Douglas translated for Mrs. Carter to the group?

Page 177

1       A.  If I was there?
2       Q.  Yes, sir.
3       A.  Yes.
4       Q.  And what did Douglas say?
5       A.  He told us that they were the boss of
6   the Village, the sponsors of the Village, and
7   that if they didn't -- if it weren't for them,
8   the Village would go to pieces, wouldn't exist.
9       Q.  Did Douglas say anything else about
10  Mrs. Carter?
11      A.  No.
12      Q.  So all Douglas told you was that she
13  was a supporter of the Village, correct?
14      A.  He said they were the pillars of the
15  Village, and if those pillars weren't there the
16  pillars would come tumbling down.
17      Q.  And those were Douglas's words?
18      A.  That's what he was saying in their
19  presence.
20      Q.  I believe you indicated you saw
21  Mrs. Carter -- I'm sorry, that you heard Douglas
22  speak with Mrs. Carter present one time, is that
23  correct?
24      A.  Yes.
25      Q.  Okay.  And how long was that meeting,

45 (Pages 174 to 177)

Confidential - Subject to Further Confidentiality Review

Page 178

1    sir?
2        A.    The talk you mean?
3        Q.    Yes, sir.
4        A.    It didn't last very long, but I can't
5    give you an estimation on the time.
6        Q.    Do you have a clear memory of that
7    meeting, sir?
8        A.    Yes.
9        Q.    Who else was present, sir?
10       A.    All of the other kids in the group.
11       Q.    Can you tell me some of the names,
12   sir?
13       A.    I don't remember their names.
14       Q.    You don't remember any of the students
15   that were present, sir?
16       A.    There are a lot of them.  I don't
17   remember them, though.
18       Q.    You can't remember one name, sir?
19       A.    No, because some of the students that
20   were there were taking classes outside the
21   Village, some of them were in the Village, and
22   it was not a very stable situation, so they
23   would sort of come and go.
24       Q.    Were some of these students that you
25   went to school with at the Village, sir?

Page 179

1        A.    Yes.
2        Q.    Can you describe Mrs. Carter for me
3    physically, sir?
4        A.    You mean her physical appearance?
5        Q.    Yes, sir.
6        A.    She is an older woman.  She always has
7    her pants right -- very high on her waist, and
8    she always has a little satchel hanging.  She
9    has a lot of varicose veins in all of her body.
10       Q.    Anything else you remember, sir?
11       A.    No.
12       Q.    Sir, do you remember Jessica Lozier,
13   sir?
14       A.    I remember her, but I can't describe
15   her.
16       Q.    Now, how many times have you met
17   Jessica Lozier, sir?
18       A.    Many times.
19       Q.    But you can't describe her, can you?
20       A.    I don't remember her face well enough
21   to describe it.
22       Q.    Do you remember Andy Schultheis, sir?
23       A.    Andy?
24       Q.    Yes, sir.
25       A.    Yes.

Page 180

1        Q.    Okay.  Can you describe Andy for me?
2        A.    He's very tall, but I can't give you
3    all the details.
4        Q.    Well, why not, sir?
5        A.    I don't remember everything about him.
6        Q.    Did you spend a lot of time with Andy?
7        A.    I spent a good deal -- bit of time
8    with him.
9        Q.    Do you know if Andy had a Haitian
10   girlfriend, sir?
11       A.    Yes.
12       Q.    Do you know what her name was, sir?
13       A.    No.
14       Q.    Did you ever speak to her, sir?
15       A.    No.
16       Q.    When your dad was working at the
17   Village, did he have occasion to speak to the
18   PPT students, sir?
19       A.    I never saw that.
20       Q.    But he worked there every day,
21   correct, sir?
22       A.    Yes.
23       Q.    And he would interact with the
24   students, correct, because he was the
25   gatekeeper?

Page 181

1            MR. GARABEDIAN:  Objection.
2        A.    He would see them, but I didn't follow
3    what he was doing, and I don't know whether he
4    was actually engaged with them or not.
5    BY MR. KENNEDY:
6        Q.    Okay.  Did your dad know some of their
7    names?
8        A.    Yes, he knew their names, but I don't
9    know if he remembers their names.
10       Q.    What about your mom, did your mom know
11   some of the PPT students?
12       A.    Yes.
13       Q.    Okay.  And would your mom have
14   occasion to speak to the PPT students?
15       A.    When she was doing the wash, she would
16   maybe ask them what their wash was or hand them
17   back their wash, or if they needed things
18   ironed.  That was about it.
19       Q.    Have you spoken to your mom and dad
20   about the allegations about abuse by
21   Mr. Perlitz?
22       A.    No.
23       Q.    I know that you testified earlier,
24   sir, that before Mr. Perlitz abused you, on
25   occasions you would have to go to his office to

46 (Pages 178 to 181)

Confidential - Subject to Further Confidentiality Review

Page 182

1    pick up a paycheck, is that correct, or money?
2    I'm sorry. To pick up your pay. Is that
3    correct?
4        A.  Yes.
5        Q.  And on those occasions, was
6    Mr. Perlitz ever by himself in the office?
7        A.  No, there were always several kids
8    coming in and out.
9        Q.  Before Mr. Perlitz abused you, had you
10   ever been alone with him, sir?
11       A.  No.
12       Q.  Now, I think you testified earlier
13   that on the day that Mr. Perlitz abused you, he
14   came to your classroom, correct?
15       A.  Yes.
16       Q.  And at that time he told you to get
17   out of the class because you hadn't paid, is
18   that correct?
19           MR. GARABEDIAN: Objection.
20       A.  Yes.
21   BY MR. KENNEDY:
22       Q.  And he said that while the class was
23   going on, correct?
24       A.  Yes. Everybody was there. Everybody
25   was working inside the classroom.

Page 183

1        Q.  Who was the teacher, sir?
2        A.  Many teachers. Every time one subject
3    matter was finished, the teacher would leave and
4    the other would come in.
5        Q.  And do you have a clear memory of that
6    day, sir?
7        A.  What happened to me you mean?
8        Q.  Yes. Do you remember that day well?
9        A.  Yes.
10       Q.  Who were some of the other students
11   that were in the class with you when Mr. Perlitz
12   came into the room?
13       A.  I don't remember their names. The
14   class had many students, and it's been many -- a
15   long, long time since I've ever seen them.
16       Q.  Were some of these people your
17   friends, sir?
18       A.  No, but since it's a village, we were
19   all friends.
20       Q.  Okay. So some of the people in the
21   class were your friends?
22       A.  All the people inside the classroom
23   were my friends.
24       Q.  Now, I believe you indicated that
25   Mr. Perlitz took you by the hand and led you to

Page 184

1    his office, is that correct?
2        A.  Yes.
3        Q.  Was his office in the same building as
4    where your class was, sir?
5        A.  No.
6        Q.  Okay. Was it in another building?
7        A.  Yes.
8        Q.  How far was the walk from the
9    classroom to the office that had -- I'm sorry,
10   to Mr. Perlitz's office?
11       A.  I couldn't explain to you. It would
12   be hard for me to explain to you the distance
13   because we're not physically on the site.
14       Q.  Okay. Well, in time, can you tell me
15   how long it would take to walk?
16       A.  No, I didn't have a watch. I didn't
17   check to see how many minutes.
18       Q.  And on the walk, did you pass other
19   PPT students?
20       A.  All of them were inside the classroom.
21       Q.  Okay. Was there -- did you have to go
22   through a yard to get to Douglas's office, sir?
23       A.  Yes. I had to cross the yard to leave
24   the school to get to the office.
25       Q.  And did you -- I believe you indicated

Page 185

1    before that your dad would often clean the yard
2    with a sickle, is that correct?
3            MR. GARABEDIAN: Objection.
4        A.  Yes.
5    BY MR. KENNEDY:
6        Q.  And when you got to Mr. Perlitz's
7    office, was the door open -- was there a door to
8    his office?
9            MR. GARABEDIAN: Objection.
10       A.  Yes.
11   BY MR. KENNEDY:
12       Q.  When you got there, was it open or
13   closed?
14       A.  He opened the door, and then closed
15   it.
16       Q.  And am I correct that Mr. Perlitz said
17   nothing to you from the time that you left the
18   classroom until he began to abuse you in the
19   office?
20           MR. GARABEDIAN: Objection.
21       A.  No. He simply said we're going to the
22   office. He had spoken to me in the classroom,
23   and he spoke to me again inside the office.
24   BY MR. KENNEDY:
25       Q.  Okay. What did he say to you inside

47 (Pages 182 to 185)

Confidential - Subject to Further Confidentiality Review

Page 186

1  the office?
2          MR. GARABEDIAN:  Objection.
3      A.  He said "if you don't accept to do
4  this with me, they're going to throw you out of
5  the Village."  He forced me.
6  BY MR. KENNEDY:
7      Q.  So he said this to you before he
8  started to touch you?
9          MR. GARABEDIAN:  Objection.
10     A.  He said this many times, before and
11 after.
12 BY MR. KENNEDY:
13     Q.  He said it many times.  How many
14 times, sir, before?  How many times did he say
15 this before he started to touch you, sir?
16     A.  He told me that once, then he started
17 to touch me.  I wasn't in agreement.  I started
18 screaming and yelling.  And when he finished he
19 said if I ever say -- talk about this they're
20 going to throw me out of the Village.
21     Q.  Were you screaming and yelling before
22 he put his penis in your behind, sir?
23     A.  Yes.
24     Q.  Were you screaming and yelling when he
25 fondled your genitals, sir?

Page 187

1      A.  No.  I was pushing, pushing away with
2  my hands.  I wasn't in agreement, but he was
3  forcing me.
4      Q.  At what point did you scream and yell,
5  sir?
6          MR. GARABEDIAN:  Objection.
7      A.  When he put my penis -- his penis in
8  my behind.
9  BY MR. KENNEDY:
10     Q.  I believe you just testified that you
11 started to yell and scream before he did that,
12 sir, is that correct?
13         MR. GARABEDIAN:  Objection.
14     A.  No.
15 BY MR. KENNEDY:
16     Q.  Okay.  How long did you yell and
17 scream, sir?
18         MR. GARABEDIAN:  Objection.
19     A.  I couldn't tell you how much time.
20 BY MR. KENNEDY:
21     Q.  Was your father working that day, sir?
22     A.  Yes.
23     Q.  And was this during the time -- was
24 this during the time of day when your dad would
25 have been working?

Page 188

1      A.  He was working, but I don't know if he
2  was near or far, because I didn't see him.
3      Q.  What about your mom, was your mom
4  working on that day, sir?
5      A.  No.
6      Q.  She was not?
7      A.  No.
8      Q.  Besides Mrs. Carter and Father Paul,
9  do you remember the name of any other white
10 visitors who visited the Village, sir?
11     A.  They're the ones that I would see most
12 often.  They're the ones that I was used to
13 seeing.
14     Q.  I understand, sir.
15         But my question was, besides them,
16 besides Mrs. Carter and Father Paul, do you
17 remember the names of any other white person who
18 came to visit the Village?
19     A.  No.
20     Q.  Sir, were you at the Village when it
21 closed?
22     A.  Yes.
23     Q.  Do you remember an individual named
24 Michael McCooey?
25     A.  I don't remember that name.

Page 189

1      Q.  After Mr. Perlitz abused you, I think
2  you indicated you went back to the classroom, is
3  that correct?
4      A.  Yes.
5      Q.  Were you upset or crying at that
6  point, sir?
7      A.  I wasn't crying, because I didn't want
8  people to know about this.
9      Q.  Were you upset, sir?
10     A.  Very.
11     Q.  Did any student ask "where did you go
12 with Mr. Perlitz?"
13     A.  No.
14     Q.  Sir, how did you get from Haiti to the
15 Dominican Republic for your deposition?
16         MR. GARABEDIAN:  Objection.
17         THE INTERPRETER:  The interpreter
18 would like to make a clarification for the
19 deponent.
20         MR. KENNEDY:  Sure.
21     A.  By bus.
22 BY MR. KENNEDY:
23     Q.  And did you come with anybody else?
24 Did you come by yourself on the bus, or did you
25 come with other people?

48 (Pages 186 to 189)

Confidential - Subject to Further Confidentiality Review

Page 190

```
 1        A.   I came with other people.
 2        Q.   What other people did you come with,
 3  sir?
 4        A.   I came with Cyrus, I came with Brisma,
 5  with Raynel, and with Claude.
 6        Q.   And did you sit with anybody on the
 7  bus, sir?
 8        A.   I was sitting with Brisma.
 9        Q.   And did you discuss the fact that you
10  were coming for a deposition with Brisma?
11        A.   No.
12        Q.   Did you discuss with Cyrus anything
13  about your lawsuit on the bus trip?
14        A.   No.
15        Q.   How long was the bus trip, sir?
16        A.   It was a lot of time, but I didn't
17  have a watch.
18        Q.   Several hours, sir?
19        A.   Yes.
20        Q.   And who paid for your bus ticket, sir?
21        A.   Cyrus.
22        Q.   Sir, if you're successful in your
23  lawsuit, if you win your lawsuit, will you be
24  giving any of the money to Cyrus?
25             MR. GARABEDIAN:  Objection.
```

Page 191

```
 1        A.   No.
 2  BY MR. KENNEDY:
 3        Q.   What about Margarette Joseph, will you
 4  be giving Margarette Joseph any money, sir?
 5        A.   No.
 6        Q.   Sir, how did you hear that Jean Gary
 7  had money?
 8        A.   Rumors.
 9        Q.   Who told you the rumors, sir?
10        A.   The population of Cap-Haïtien,
11  everybody was talking about how kids that were
12  in that Village saw them became rich.
13        Q.   And you had heard that before you went
14  to see Cyrus, correct?
15        A.   Yes.
16             MR. KENNEDY:  I have nothing further.
17  Thank you very much, sir.
18             THE VIDEOGRAPHER:  Going off the
19  record.  The time is 5:23.
20             (Pause.)
21             THE VIDEOGRAPHER:  Back on the record.
22  The time is 5:26.
23             MR. CERRETA:  We just wanted to put on
24  the record that, as I understand it from
25  Plaintiffs' counsel, there are some Facebook
```

Page 192

```
 1  records that recently come to light, or that
 2  Plaintiffs' counsel has just received access to,
 3  and there is insufficient time to review those
 4  for privilege before tomorrow's deposition.
 5        Is that right, Mitch?
 6             MR. GARABEDIAN:  Yes.  We received
 7  access to them earlier today, and we believe
 8  there are more than 100 Facebook messages that
 9  we have to review with regard to privilege
10  before we can produce them.
11             MR. CERRETA:  And we'd like to go
12  forward tomorrow on the understanding that if --
13  once the privilege review is complete and these
14  records are produced to us, that at a future
15  block of time when we're all gathered together
16  to depose other Plaintiffs, that if there's
17  something in those Facebook records that we need
18  to question Mr. Saincirin about we'll have an
19  opportunity -- that you will produce them, and
20  we'll have an opportunity to question about the
21  Facebook records at a future time.
22             MR. GARABEDIAN:  That's agreed.
23             MR. CERRETA:  And I think --
24             MR. GARABEDIAN:  As long as the
25  questioning is not redundant and repetitive.
```

Page 193

```
 1             MR. CERRETA:  Right.
 2        And I think we also agreed that all
 3  parties would bear their own costs for that.
 4  And also, within reason, that we would be
 5  extended the same courtesy should a good faith
 6  issue come up at our upcoming depositions.
 7             MR. GARABEDIAN:  Of course.
 8             MR. CERRETA:  Okay.  Great.
 9             THE VIDEOGRAPHER:  This concludes the
10  September 30, 2015 deposition of Mr. Dorciné.
11  Going off the record.  The time is 5:28.
12             (Whereupon, the deposition was
13             concluded.)
14
15
16
17
18
19
20
21
22
23
24
25
```

49 (Pages 190 to 193)

Confidential - Subject to Further Confidentiality Review

Page 194

```
 1        C E R T I F I C A T E
 2        I, MAUREEN O'CONNOR POLLARD, LSR #473,
 3   RMR, CLR, and Notary Public in and for the State
 4   of Connecticut, do hereby certify that there
 5   came before me on the 30th day of September,
 6   2015, the person hereinbefore named, who was
 7   duly sworn to testify to the truth of their
 8   knowledge concerning the matters in this cause,
 9   and their examination reduced to typewriting
10   under my direction and is a true record of the
11   testimony.
12        I further certify that I am neither
13   attorney for or related or employed by any of
14   the parties to the action, and that I am not a
15   relative or employee of any attorney or counsel
16   employed by the parties hereto or financially
17   interested in the action.
18        In witness whereof, I have hereunto
19   set my hand and seal this 6th day of October,
20   2015.
21
22   _____
23   MAUREEN O'CONNOR POLLARD, License #473
24   Realtime Systems Administrator, RMR
25   Notary Commission Expires:  10/31/2017
```

Page 195

```
 1           INSTRUCTIONS TO WITNESS
 2
 3           Please read your deposition over
 4   carefully and make any necessary corrections.
 5   You should state the reason in the appropriate
 6   space on the errata sheet for any corrections
 7   that are made.
 8           After doing so, please sign the
 9   errata sheet and date it.  It will be attached
10   to your deposition.
11           It is imperative that you return
12   the original errata sheet to the deposing
13   attorney within thirty (30) days of receipt of
14   the deposition transcript by you.  If you fail
15   to do so, the deposition transcript may be
16   deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25
```

Page 196

```
 1        ------
 2        E R R A T A
 3        ------
 3   PAGE  LINE  CHANGE
 4   _____
 5   ___  ___   REASON: _____
 6   _____
 7   ___  ___   REASON: _____
 8   _____
 9   ___  ___   REASON: _____
10   _____
11   ___  ___   REASON: _____
12   _____
13   ___  ___   REASON: _____
14   _____
15   ___  ___   REASON: _____
16   _____
17   ___  ___   REASON: _____
18   _____
19   ___  ___   REASON: _____
20   _____
21   ___  ___   REASON: _____
22   _____
23   ___  ___   REASON: _____
24   ___  ___
25
```

Page 197

```
 1        ACKNOWLEDGMENT OF DEPONENT
 2
 3        I, _____, do
     Hereby certify that I have read the foregoing
 4   pages, and that the same is a correct
     transcription of the answers given by me to the
 5   questions therein propounded, except for the
     corrections or changes in form or substance, if
 6   any, noted in the attached Errata Sheet.
 7
 8   _____
     WADSON DORCINE          DATE
 9
10
11
12
13
14
15   Subscribed and sworn
     To before me this
16   _____ day of _____, 20____.
17   My commission expires: _____
18
19   _____
     Notary Public
20
21
22
23
24
25
```

50 (Pages 194 to 197)

Confidential - Subject to Further Confidentiality Review

Page 198

```
 1          LAWYER'S NOTES
 2     PAGE  LINE
 3     ____ ____ _____
 4     ____ ____ _____
 5     ____ ____ _____
 6     ____ ____ _____
 7     ____ ____ _____
 8     ____ ____ _____
 9     ____ ____ _____
10     ____ ____ _____
11     ____ ____ _____
12     ____ ____ _____
13     ____ ____ _____
14     ____ ____ _____
15     ____ ____ _____
16     ____ ____ _____
17     ____ ____ _____
18     ____ ____ _____
19     ____ ____ _____
20     ____ ____ _____
21     ____ ____ _____
22     ____ ____ _____
23     ____ ____ _____
24     ____ ____ _____
25
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

**A**

**a.m** 1:25 7:7 58:13
**a/k/a** 1:3,11
**Aaron** 3:19 7:22
  172:9
**ability** 8:21 174:21
**able** 47:3 51:12,21
  71:13 95:17
  122:10 129:18
  135:10 146:4,7,11
  146:14,16 162:2,3
  162:14 164:5
  165:9 169:23
  170:1,4,13,21
**abuse** 110:4 111:12
  114:14 120:9
  142:8,10,15,24
  143:1,7,9,15
  144:16,25 145:5
  145:24 181:20
  185:18
**abused** 93:17 95:15
  97:16,21 98:2,4,8
  98:10,12,14,16,20
  98:24 99:4,7,15
  99:18,22 100:1
  102:10 103:8
  104:22 105:6,12
  106:3,15,21,25
  107:3,7,15,19
  108:5,13,21 109:5
  109:23 110:13,19
  110:22 111:7
  112:10,13 114:7
  118:5 122:4,6,11
  122:14,19,22
  124:5,16 133:24
  134:3 135:6
  136:15,24 137:4
  141:11 144:22
  158:9 181:24
  182:9,13 189:1
**abuses** 112:4,6
**abusing** 63:11,16
  63:21 64:2 71:16
  72:2,11 120:1,6

**accept** 51:4 57:2
  125:5 128:21
  129:11 130:4
  186:3
**accepting** 125:4
**access** 192:2,7
**accurate** 10:24
  11:5,25 195:16
**ACKNOWLED...**
  197:1
**act** 144:24
**acting** 167:14
**action** 1:2 194:14
  194:17
**actions** 119:5 127:5
**activities** 84:25
  175:23 176:1
**acts** 53:24
**add** 49:7
**address** 13:23
  28:17
**addressing** 90:3
**Administrator**
  2:12 194:24
**affect** 171:12
**afford** 39:1 41:13
  57:18,20 162:14
**afternoon** 81:7
  102:1,6 154:16,17
  172:8 173:22
**age** 156:25
**ago** 52:16,18 76:4
**agreed** 192:22
  193:2
**agreement** 186:17
  187:2
**ahead** 84:8 107:12
  108:7 111:13
**air** 90:15,18,20,24
  91:2,6,8,10,14
  92:7,10,13 99:24
  100:3 131:18,19
  131:21
**al** 7:11
**alcohol** 11:22 57:10
**Alibert** 109:23
  110:12,19,22

**allegations** 181:20
**allow** 146:17
  165:12
**allowed** 82:7 96:2
**allows** 161:24
**Alton** 3:15
**ambiguity** 30:1
**American** 1:11,12
  4:11 7:17 49:8
  62:18 149:1,9,17
  149:23 150:17,24
**amount** 48:9
**and-** 3:11
**Andy** 61:6,8,13,19
  61:22 67:9 69:2,5
  179:22,23 180:1,6
  180:9
**Andy's** 61:10,17
**Anna** 3:12 8:10
**answer** 11:7 31:14
  43:5,10 76:1,3
  102:18 104:24
  105:14,17,20,23
  106:5,8 107:9,12
  108:2,7,7,9,24
  109:7,25 110:24
  111:2 117:13,15
  150:19 151:6,7,25
  152:6 170:20
**answered** 17:10
  21:18 111:3
**answers** 8:20 10:25
  11:5 154:6 197:4
**anybody** 32:7 42:1
  119:21 134:12
  148:3 152:22
  175:3 189:23
  190:6
**anymore** 27:7 28:1
**anyway** 79:22
**apologize** 110:16
**appear** 76:1 94:24
  108:2
**appearance** 179:4
**APPEARANCES**
  3:1 4:1 5:1
**appeared** 95:16

**appears** 12:19
**applies** 1:21
**appreciate** 30:5
**appropriate** 195:5
**approximate** 45:2
  45:4
**approximately**
  45:1
**area** 28:15 51:2,9
  157:16,22 158:19
  165:20 166:8
  170:10
**arose** 135:3
**arosenberg@mu...**
  3:24
**arrested** 54:15
**arrived** 133:4
**art** 79:19,20
**asked** 17:9 21:17
  30:21 60:25 76:4
  88:17 108:4
  117:20 120:17
  153:25 167:4
**asking** 11:3 18:23
  18:24 88:24
**assistant** 167:1,15
  167:18
**Association** 1:11
  1:12 4:12 7:18
**ate** 69:23 74:7 78:2
  79:5
**attached** 195:9
  197:6
**attend** 38:13,16,18
  39:21,25 40:2,8
  40:10 41:2,7,20
  42:3,6 44:19
  45:22 46:10,13,16
  46:19,23 48:13,20
  49:10 50:7,10
  55:23 60:12,23,24
  62:23 63:2 67:19
  67:20 71:4,8
  77:19,20 94:10
  136:16 140:11
  141:3
**attended** 24:2

36:14 37:6 39:3
  39:13 40:24 41:16
  42:22 43:15 49:16
  54:20,24 55:10,15
  56:1,5,10,13
  58:18,21,24 62:1
  62:5,9,13,16 63:9
  63:14 64:1,5,9
  68:3 71:14,18,21
  71:25 72:6 77:23
**attending** 23:24
  24:5 37:3 38:24
  41:11 42:10,16
  44:10,11,15 45:7
  54:23 55:9,16
  64:21 69:1,9,11
  69:21 137:25
  138:4,8,11,14,17
  138:20,23 139:15
  139:18,24 155:11
**attorney** 117:18
  194:13,15 195:13
**attorney/client**
  18:9 102:19
  104:25 105:15
  106:6 107:10
  108:8,16,25 109:8
  110:1,25 117:14
  150:19 151:6
  152:6
**available** 158:24
  159:8 160:25
  161:7,8

**B**

**B** 6:11
**Babbitt** 4:13 6:4
  7:16,17 9:2,7,10
  9:14,16 12:14,21
  17:13 18:11,17,22
  19:7,14 21:19
  23:7 30:4,6 40:19
  40:22 43:9,13,14
  43:23 44:6 47:18
  51:19 54:8 55:7
  59:23 62:20 75:18
  87:3 88:16 100:22

Confidential - Subject to Further Confidentiality Review

102:5,21 105:1,19
105:25 106:12
107:13 108:18
109:3,17 110:5
111:4,13,19
113:10 117:21
123:17 124:14
125:23 126:10
134:10 135:25
136:1,6,14 142:13
142:18 143:5,13
149:21 150:22
151:2,8,11,13,14
151:17,22 152:2,8
152:12,15,21
153:4,23 154:8
155:3
back 38:11 44:4
76:3 81:6 88:14
102:3,7 118:14
129:19 133:8,11
133:12,20,22
134:11 136:12
145:9,9,10,12
153:5,10 154:13
154:20 162:11
169:19 172:5
173:19 175:11
181:17 189:2
191:21
backbone 87:22
176:10
bad 53:12,13 83:11
141:14
badge 155:24
Baptist 165:4,5
172:12
Barcelo 2:5
based 30:5 152:6
basis 18:9
basketball 66:25
67:2 71:1 73:15
81:16 85:11 86:1
176:5
bath 64:14,17,24
78:8,21
bbabbitt@rc.com

4:18
Beacon 3:21
bear 193:3
bed 14:11
bedroom 14:11
beg 89:13
began 185:18
beginning 69:12
Bel 90:15,18,20,24
91:2,6,8,10,14
92:7,10,13 99:24
100:3
believe 10:19 16:8
47:19 53:16,20
63:6 88:18 97:16
97:21 98:13 102:9
103:7 105:5,11
107:14 109:22
141:22 142:9,25
143:8 177:20
183:24 184:25
187:10 192:7
belong 165:2
bend 128:15
benefit 171:16,17
Beracca 36:16 37:6
37:10,13,14,20,23
38:14,16,18,24
41:3
best 8:20
better 71:6
bible 164:23
big 75:2,11,23 76:5
Bill 58:25 59:8,11
59:24 60:6,9,11
60:14
birth 10:2
bit 26:19 88:6
150:8 169:14
180:7
block 192:15
blocking 95:20
blocks 52:6
Blue 22:12,13,16
22:18,22 26:9
28:16,18 32:10,13
33:1 42:15,23

43:17 45:14,19
103:1,24 111:22
157:12,24 159:5,7
body 129:8 179:9
Bosco 39:4,5,8,13
39:16 40:11,16,25
41:7,11,14
boss 31:5 61:17
119:24 177:5
Boston 3:7,22 5:16
bought 147:20,23
150:11,14,14
boys 48:15 49:11
49:16,20,22,24
50:8,14,17 54:19
54:24
Brad 9:15
Bradford 4:13 7:17
Branford 4:7
break 43:24,24
69:14,18,19,20
82:8,10,12,15,19
88:10 100:23
135:24 136:7
154:20
bring 85:2,12,13
86:2
Brisma 19:17
190:4,8,10
Brismac 19:20,25
20:2,14
Brittany 137:8,10
broach 118:7
broke 149:15
brothers 32:17
37:20 39:20 40:4
42:3 55:23,25
buckets 58:1
build 59:12
building 29:14
72:17,20,20 73:22
74:1,4,7,9 75:8,10
75:13,14 104:8,11
184:3,6
buildings 29:7
59:12 72:22 73:3
73:5 131:17

built 59:1,8,11
bus 189:21,24
190:7,13,15,20
bushes 20:21
business 104:6
115:6
butt 130:21,25
131:6 132:6,12
buy 17:16 77:10
147:2,5,7,9,12,14
150:10,12,13
168:6 169:15
buying 18:12 19:8

**C**

C 7:1 194:1,1
calculate 145:21
calculations 44:25
call 49:4 64:6 71:19
71:22 116:17,17
143:25 164:12
170:11
called 36:18 48:14
50:10 55:18 96:11
140:17,19
camouflage 126:4
candy 85:20
Cap-Haïtien 13:15
13:16,19,22 22:14
36:20,25 37:3
39:6,11 48:18
111:25 116:11,14
116:23,25 158:2
160:7 168:3 171:7
172:24 191:10
car 115:2,4
care 91:22 124:12
170:1
carefully 195:4
Carenage 55:19,21
55:24 56:2
cargo 126:5,7
Carretera 2:6
Carrier 1:7 3:18
7:23 68:22 92:6
172:10
carry 165:25

carrying 166:21
cars 167:10
Carter 1:8 4:3 8:2
68:19 84:17,22
85:4,12,17 86:4
86:13,14,16,19
87:4 88:18,20,25
89:2,4,9,15 92:12
134:25 175:16,19
176:2,4,8,22,25
177:10,21,22
179:2 188:8,16
case 12:8 97:24
98:6 117:5 145:19
146:1 168:12,19
168:22
cases 1:21
catechism 137:16
Catholic 94:17
cause 194:8
caused 141:23
celebrating 155:22
cement 165:25
166:22
center 5:15 41:19
48:14,15 49:11,16
49:20,22,24 50:8
50:13,14,17 61:12
Cerreta 5:4 6:7
7:24,25 173:21,23
175:6 191:23
192:11,23 193:1,8
certain 6:13 12:11
30:18 46:25
122:10
certificate 161:22
161:23,25 162:1
162:19
certify 194:4,12
197:3
chair 125:17
Chamy 5:22 8:18
chance 12:22,25
change 31:24 154:5
162:22 196:3
changed 64:24
changes 197:5

chapel 73:17 74:1
  155:21
charge 26:1 31:8
  31:16,20 48:6,9
  119:19,22
charged 48:1
charging 47:3,7,19
charitable 163:5
check 184:17
checked 53:15
child 44:12
children 22:5 29:9
  29:11,18 33:11
  34:13 35:12 36:7
  97:25 117:9
  174:13
choice 27:18
choices 158:17
chore 83:6
chose 27:18
Chris 7:4
Christmas 85:24
Christmastime
  82:9 85:22
Christopher 5:20
church 73:17
  164:24 165:2
  172:14,17,22
  173:2,5,7,13
circumstances 90:8
  112:20
city 13:14 111:25
Civil 1:2
clarification 83:5
  189:18
class 56:21,22 81:2
  120:13 122:23,24
  182:17,22 183:11
  183:14,21 184:4
classes 49:3 50:13
  50:14 65:14 67:7
  67:25 69:14,17
  72:23 74:4 75:23
  77:21 79:12 80:13
  80:24 82:4 94:10
  136:18 140:18
  158:10 160:2

162:18 178:20
classroom 30:17
  31:1 32:1 123:1,9
  123:14,16 126:24
  127:7 129:13
  133:8,11,12,20,22
  134:11,12 182:14
  182:25 183:22
  184:9,20 185:18
  185:22 189:2
Claude 19:18,22
  20:5,8,11 190:5
clean 77:7 83:7
  185:1
clear 178:6 183:5
client 152:18
close 49:25 122:7
  125:9 127:4
  157:15
closed 16:16,18
  27:10 45:2,5
  48:12 50:18 82:6
  95:23,23 106:16
  106:20,24 107:2
  107:18,24,25
  110:14,18 111:5
  111:10 118:3,12
  134:15,18,21
  136:25 137:3
  144:1 150:16,23
  152:23 185:13,14
  188:21
closing 26:2
clothes 64:16 77:10
  127:21,22,25
  128:1,2 150:10,12
  150:14
clothing 129:21
CLR 2:11 194:3
cold 131:23 132:1
COLE 4:14
collect 76:19 91:5
  125:20
collected 114:21,24
cologne 85:20
come 18:13 19:9
  20:20 26:2 47:6

51:21,23 59:15
  66:12 84:24 85:3
  85:4,12,25 91:22
  92:20 93:8 95:17
  96:2 114:2 115:1
  120:17 122:23
  123:2 129:19
  142:5 143:4
  145:10 175:23
  177:16 178:23
  183:4 189:23,24
  189:25 190:2
  192:1 193:6
comes 118:14
  145:9,9,12 169:19
coming 17:22
  19:25 20:2,5,24
  105:3 150:2 182:8
  190:10
comment 29:25
  49:13
comments 97:8
commission 194:25
  197:17
committed 112:4,6
communication
  104:24 105:15
  106:6 107:10
  108:15,25 109:8
  110:1,25 117:14
  117:18 150:20
  151:7,11 152:9,19
communications
  18:1,8 108:8
  152:7
Communion 94:14
  94:16
companions 14:19
company 51:22
  139:12
complete 140:10,13
  140:15,15,22
  162:18 192:13
completed 158:9
completely 129:22
  143:20
concerning 194:8

concluded 193:13
concludes 193:9
condemn 164:21
  164:22
condemned 143:23
condemns 164:20
conditioned 131:22
conditioning
  131:18,20
condom 130:22
CONFIDENTIAL
  1:23
CONFIDENTIA...
  1:23
conformity 147:4
confusing 11:7
confusion 30:3
congregate 75:22
connected 145:23
Connecticut 1:1
  4:7,16 5:7 7:12
  194:4
CONROY 3:13
consist 127:16
consists 142:2
Consolidated 1:3
construction 51:3
  57:25 167:7
contained 16:2,6,9
contention 152:8
  152:13,14,17
continue 27:8,20
  71:11 96:1 141:24
  174:18
continued 4:1 5:1
  128:11 136:16,21
  158:12 173:9
continuing 95:24
  160:23
conversations 19:3
  148:9
coordinates 113:24
correct 26:6 42:13
  42:13,19 43:17
  59:3,21 60:20,20
  72:8 83:25 100:7
  118:12 125:20

129:14 154:3,25
  155:5 164:1
  166:13 167:21
  170:8,14,22 171:2
  171:16 172:12
  175:20,24 177:13
  177:23 180:21,24
  182:1,3,14,18,23
  184:1 185:2,16
  187:12 189:3
  191:14 197:4
corrections 195:4,6
  197:5
corrects 66:15
  170:19
corresponds 49:8
cost 38:18 41:7
  45:22 46:16
  147:15,15 162:17
  162:24 168:2,6
costs 193:3
couch 128:10,12,15
  128:16,18,25
  130:1,6 131:4
Coughlin 5:20 7:4
counsel 7:14 9:3
  191:25 192:2
  194:15
counseling 144:7
  144:11
country 52:1 59:16
  59:18,19 66:12
  95:21 164:7
  166:15
course 61:18
  145:13,15 193:7
court 1:1 3:14 7:11
  8:14 23:5 195:16
courtesy 193:5
courtyard 75:10
  127:8 133:19,21
craft 73:2
crazy 143:18
create 30:23
Creole 10:7,9,11
  11:15 12:17,19
  62:11 65:8 70:7

70:11 86:4,6,7,8
86:10 88:18 89:20
89:22 126:8
**cross** 106:1 107:23
184:23
**crossed** 97:18
105:10,23 107:17
107:22 110:3
**crying** 189:5,7
**current** 147:18
**cut** 83:9
**Cyrus** 15:10 16:22
18:12,24 19:3,5,8
19:18 114:19
115:9,14,16 117:6
135:16,19 136:3
148:8,12 149:4,18
152:25 153:5,10
153:14,16,19
168:18 190:4,12
190:21,24 191:14

**D**

**D** 3:19 7:1
**D-O-R-C-I-N-E**
9:19
**dad** 34:8 42:9
63:19 180:16
181:6,19 185:1
187:24
**damaged** 21:9,10
**Daniel** 32:20 33:17
33:17 35:6,20,21
79:16 80:11
**date** 7:6 10:2 15:7
27:14 145:21
148:25 195:9
197:8
**day** 5:5 24:9,14
25:8 41:20 51:12
51:13 57:17 61:19
61:25 64:13,21
65:19,21,24 67:21
68:10 69:8 77:17
77:20 78:5 80:13
80:16 81:20,23
86:22 95:12 99:12

100:18 118:25
124:5,15 133:24
134:3 136:24,25
144:25 145:8
146:8,12 147:14
155:21 166:22
167:1,5 169:2
170:2 180:20
182:13 183:6,8
187:21,24 188:4
194:5,19 197:16
**days** 9:7 24:11
58:14 77:23 82:7
147:17 163:25
168:25 195:13
**deal** 180:7
**decide** 61:3
**decided** 30:16 31:1
31:24 42:17 84:15
149:16 159:1
**decision** 32:5,7
61:1
**deemed** 195:16
**DEFENDANT**
3:18 4:3,11 5:3,11
**Defendants** 1:15
**Defendants'** 6:13
12:11
**deponent** 7:13 84:6
189:19 197:1
**depose** 192:16
**deposing** 195:12
**deposition** 1:23 2:1
7:8 17:19 20:9,12
20:15,25 21:3
105:3 113:18
155:2 189:15
190:10 192:4
193:10,12 195:3
195:10,14,15
**depositions** 193:6
**describe** 143:17
179:2,14,19,21
180:1
**described** 127:5
**DESCRIPTION**
6:12

**design** 59:12
**details** 180:3
**different** 52:6 85:1
85:8 106:13
119:10 171:4
**difficult** 26:19
**difficulty** 11:9
**DIRECT** 9:13
**direction** 194:10
**disclose** 17:25 18:7
**discriminate** 51:7
**discuss** 190:9,12
**dishes** 77:6
**distance** 184:12
**District** 1:1,1 7:11
7:12
**doctor** 52:8,10,15
52:17,18 53:4,9
54:1,4 145:22
146:23
**doctors** 145:25
**document** 1:21
12:20 13:17 14:4
14:7 15:11
**DOE** 1:13,13,13,13
1:14,14,14
**doing** 20:21 68:17
84:22 87:11 91:1
93:6 111:17 112:2
119:4,6,8,13,15
124:8,15 181:3,15
195:8
**dollars** 91:25
148:22,24 149:2,9
149:17,23 150:17
150:24
**Dominican** 2:7 7:9
20:18,19 51:14,18
51:19,25 52:1
189:15
**Don** 39:4,5,8,13,16
40:10,16,25 41:7
41:11,14
**door** 125:9 127:4
185:7,7,14
**DORCINE** 1:23
2:1 6:3 8:23

197:8
**Dorciné** 7:13,20
8:6 9:18 12:9
24:18 32:20,20
33:25 34:2,2 44:7
102:6 136:15
153:24 154:16,20
155:3 156:13,16
158:8 163:8
164:25 168:2,24
171:7,15,19
175:14 193:10
**Dorcine's** 6:13
12:10
**dormitories** 78:12
**Doug** 31:5,8 46:9
72:11 73:19 76:11
76:14 90:12 94:21
97:16,21 98:9,12
98:14,16,18,20,22
98:24 99:1,5,8,16
99:19 100:1
102:16 104:22
106:15 118:8
119:22 120:1,5,8
131:21 133:13
134:3 135:20
136:4 139:9
142:15,24 143:1,7
143:9
**Doug's** 99:23 100:2
**Douglas** 1:7 7:10
27:15,16,21,24
30:16,21,25 31:11
31:13,16,20,23
32:4 42:17 45:24
46:12,19 47:3,7
47:10,19 48:1,5
53:10,17,21 56:20
57:4 59:3 60:19
60:22,25 61:1,3
61:17 63:10,15,20
63:22 64:2 68:6
71:15,19,23 72:1
75:8 87:19,20,25
88:2 89:2,4,10,13
89:16 90:1,5,9,18

91:5,22,24 93:16
94:23 95:15,16,19
96:2,9,12 98:3
99:12 102:10
105:6,12 106:3
110:22 111:16,17
112:2,3,5,9,13
116:18 119:18
120:13 129:20
130:16 133:25
134:4 135:6
136:15,24 137:1,4
137:22 139:3
140:9,25 141:2,6
141:10,23 142:3
143:15 144:16
155:19,21,23
156:1,5 158:9
168:12 171:15
173:25 174:4,7,10
174:14 176:9,12
176:25 177:4,9,12
177:21
**Douglas's** 73:22,25
74:3,6,10,13 75:9
133:23 177:17
184:22
**downtown** 13:25
**drank** 57:6,12
**draw** 79:20,21
**drawers** 125:16,17
**dream** 142:22
**dreams** 141:14
142:5,6,7 143:11
**dress** 170:4
**dressed** 132:21,23
133:1,2 149:15
**drink** 57:9,12
169:15
**drives** 143:18
**driving** 115:1
**drugs** 11:20,21
56:10,13,15 58:18
58:21
**drunk** 11:22
**duly** 8:19,24 194:7
**dwell** 96:25

Confidential - Subject to Further Confidentiality Review

**E**

E 1:7,8 3:18 4:3
6:11 7:1,1 194:1,1
196:1
e-mail 21:20,24
earlier 88:17 108:2
155:2 172:9,11
173:24 175:15
181:23 182:12
192:7
earn 166:17 167:1
167:5
easier 43:7
easily 121:18
East 4:6
eat 42:12 45:18,19
65:16,24 66:2
77:24,25 78:9,22
78:24 79:3 80:15
80:18,22 81:19,22
81:22 146:7,11,13
146:14,19
eating 78:3 146:9
economic 41:12
53:14 54:3,5
146:23 162:9
education 161:4
eight 145:18,19
eighth 159:25
either 78:19
ejaculate 132:8
electronic 21:24
elementary 160:21
Eliphete 109:22
110:12,19,21
Elyseé 5:25
Emile 107:14,19
108:20 109:4
emotional 143:14
144:4,8
employed 97:6
136:22 167:7
194:13,16
employee 194:15
ended 47:9
ends 161:19

engaged 181:4
engineer 59:10,14
England 1:9 5:12
7:21 138:2,6
154:19 155:5,10
155:14,17 156:2,6
156:14
English 10:5 12:17
12:18 126:9
160:12 176:18
enter 59:5
entered 45:1
entering 95:21
entirely 129:16
erased 95:3,7
errata 195:6,9,12
197:6
escape 121:16
escort 127:3
escorted 123:4,19
123:23
especially 169:18
ESQ 3:3,4,12,19
4:4,13 5:4,13
essentially 100:23
estimation 178:5
et 7:10
evening 66:3
everybody 46:25
76:25 97:7 127:9
182:24,24 191:11
exact 26:20 27:14
48:8 73:10
exactly 86:18,21
97:1 104:12
115:19 131:24
145:11 150:5
170:25 172:20
exam 161:23
examination 6:2
9:13 50:2,5 194:9
examinations
80:25
examined 8:24
example 52:6 58:1
83:12 85:10 86:22
119:12 145:12

exams 80:25
excuse 49:14
Exhibit 12:8,9,23
13:1,4,5 15:8,20
15:22 16:1,4,6,9
104:19 121:3
exist 79:9 87:24
163:3 177:8
existed 75:9
exists 87:23
expect 168:13,19
168:22
expensive 168:11
experience 147:25
experiences 102:16
Experimental 80:1
expires 194:25
197:17
explain 184:11,12
expulsed 51:22
extended 193:5
extent 102:18

**F**

F 194:1
face 179:20
Facebook 191:25
192:8,17,21
faces 48:3
facing 128:6,6
131:2
fact 136:3 190:9
faggot 51:5,7 64:7
94:23 96:12
116:17 143:25
164:13 170:12
fail 195:14
Fairfield 1:8 5:3
7:25 139:15,19,23
140:2,4,7,11
141:4,7 173:23
174:1,15,21,24
175:3
faith 193:5
fall 169:16
familiar 55:18
family 37:7 169:11

fan 131:25
far 11:15 37:9
89:12 172:25
184:8 188:2
father 1:7 7:23
25:19,23 26:8,13
26:17,22,25 27:3
27:9,20 28:9,24
31:4,7,15 33:4,7
33:20 34:10 35:1
35:4,23 36:1 38:7
38:8,10 39:18
41:24 46:8,12
47:2 49:16 60:15
68:22 72:7 77:13
81:24 86:15,16
87:8,11,17 89:19
90:6,7 92:6,9 99:5
99:8,11 124:6,10
124:20 135:1
140:5,6 141:6
155:21,22,24
172:10 173:25
174:4,8,11,20
176:8 187:21
188:8,16
father's 24:17
77:24
feed 170:5
feel 143:18,21,22
feet 131:3 150:15
fields 83:7,10
fifth 49:5
fight 84:7,13
fights 83:21,22
84:1,2,10
figured 97:25
filed 1:22
financial 52:10
financially 194:16
find 18:24 57:22
59:2 114:15,18
115:22 164:3,4,5
165:19,21,22
166:9,10,12
170:24
finding 57:22

finds 132:13
fine 43:24 136:7
finish 140:12
161:14,17,21
finished 49:2
160:24 174:22
183:3 186:18
first 3:21 6:14 8:24
12:11,16,18 32:13
36:14 37:2 40:16
40:17,19 41:2
51:25 59:5 64:12
78:4 94:14,16
105:11 122:12,15
126:17 127:22,23
128:2,8 130:17
142:9 148:19,21
149:2 157:3
161:21
five 1:14 37:1
167:23
floor 3:6,21 77:6
131:3
flowers 79:21
follow 181:2
following 119:5
120:16
follows 8:21,25
fondled 186:25
fondling 130:18
food 64:15 71:12
football 62:17,19
70:22 85:10 176:5
forced 57:1 125:3,3
186:5
forcing 99:1,9,19
120:22 128:20
187:3
foregoing 197:3
foreigner 59:22
66:11 92:19
foreigners 67:10,14
85:3,5,8
forget 19:18 79:17
forgetting 143:19
form 9:5 152:19
197:5

Confidential - Subject to Further Confidentiality Review

**Fort** 36:18,19 37:3
**forward** 192:12
**fought** 84:6
**foundation** 30:22
**foundations** 30:20
**four** 1:13 57:21
**fourth** 49:4
**free** 163:1 171:2
**French** 80:12
**Friday** 68:4
**friend** 163:14
**friends** 156:16,19
  156:24 157:4,8
  158:5 163:16,18
  163:22,23 169:11
  169:21 183:17,19
  183:21,23
**front** 75:12 76:5
  128:9 174:13
  176:14
**full** 9:16 97:24
**function** 96:2
**functioning** 95:25
**Fund** 1:8 138:9,12
  138:15
**furniture** 125:15
**further** 1:23 154:9
  191:16 194:12
**future** 63:5 71:6
  192:14,21

**G**

**G** 7:1
**games** 81:15 85:1,9
**Garabedian** 3:3,5
  8:3,4 102:17
  104:23 105:13,21
  106:4,10 107:8
  108:6,14,23 109:6
  109:14,24 110:23
  113:8 117:12,17
  123:13 124:9
  125:21 126:6
  134:6 135:24
  136:6,8 142:11,16
  143:2,10 149:19
  150:18,25 151:5

151:10,12,16,21
152:1,5,10,14,20
153:2,21 156:21
160:4 162:12
165:10 170:15
181:1 182:19
185:3,9,20 186:2
186:9 187:6,13,18
189:16 190:25
192:6,22,24 193:7
**garabedianlaw@...**
  3:9
**garden** 72:15 77:7
**gardens** 25:3
**Gary** 15:18 112:18
  112:21 113:15,17
  113:20,22 114:2,6
  114:9,17,20,23
  115:1,8,13,22
  191:6
**gate** 26:2
**gatekeeper** 25:24
  60:15 124:12
  180:25
**gathered** 192:15
**gay** 64:6 71:19
  98:18,22 99:5,16
  164:17
**gays** 164:6
**Geffrard** 102:9,22
  103:18 106:25
  109:19 110:10
**general** 19:4 43:3
  111:17 112:2
  118:6
**genitals** 186:25
**Gervil** 1:3,4 7:10
**gift** 85:16 149:17
  149:23 150:17,24
  152:22
**gifts** 85:2,14,19,21
  86:3 175:24
**girlfriend** 22:7,9
  180:10
**give** 11:25 13:23
  26:20 27:14 44:24
  45:3 48:7 54:21

55:12 64:14,18
73:9,23 77:11
79:11 80:25 82:17
83:6 117:23
141:19 142:20
143:24 148:24
149:1,16 150:1
153:13 159:12
164:5,6 166:6
175:23 178:5
180:2
**given** 148:10,12
  150:17,24 152:22
  154:6 167:3 197:4
**giving** 135:2
  190:24 191:4
**go** 9:22 18:16 28:13
  36:22 37:20,23
  40:4 50:12 52:17
  53:14 55:20 56:8
  59:2,5 61:3 63:3
  71:10 74:24 76:3
  76:11,14,18 81:6
  81:8,14 82:2,7
  83:9 84:8 88:6
  90:20,24,25 91:6
  91:10,13,17,19
  93:19,22,25 94:3
  107:12 108:6
  111:13 113:23
  114:10,15,18
  115:8,10,12,14,16
  120:22 123:19,21
  124:1 133:6,8,9
  133:11,12 134:11
  140:23 142:21
  143:24 146:23
  150:6,8 156:17,20
  156:25 157:9
  158:25 159:1,19
  160:2,8 161:11
  162:21 165:21,22
  166:9 170:7,7,21
  171:1,13 172:14
  172:16,19,22
  173:7,9,12,13
  177:8 178:23

181:25 184:21
189:11 192:11
**God** 10:17,19
  143:23,23 164:20
**goes** 146:14,24
**going** 9:4 10:21
  18:6 20:20 43:20
  44:1 49:22 67:16
  68:25 69:3,3
  74:11 77:25 88:11
  100:25 103:15
  109:13,16 110:8
  112:9 115:11
  120:12 132:14,18
  133:20 136:9
  141:7 143:19,20
  152:15 154:10
  162:11 172:2
  173:16 175:8
  182:23 185:21
  186:4,20 191:18
  193:11
**Golkow** 7:5
**good** 7:16,19,22,24
  8:1,3,9,12 9:15
  43:21 63:4,7
  102:6 154:16,17
  161:5 166:23,25
  172:8 173:22
  180:7 193:5
**gotten** 89:12
**gourdes** 46:2,10
  48:10 76:17,25
  77:5 91:25 92:2
  147:16 148:23
  149:25 150:3,9
  152:23 166:22
**Government**
  137:22
**grade** 49:1,10 50:3
  81:2 140:9,14
  159:19,21,22
  160:3,8
**grades** 38:13 40:10
  40:16,18,19 41:3
  42:6 44:19 159:6
  161:24

**grading** 49:5,9
**graffiti** 94:21 95:14
  95:16,18,22 96:5
  96:8,11,13,16,23
  97:2,5,15,20
**grammar** 80:3
**grass** 83:9
**great** 75:2 171:16
  171:17 193:8
**group** 85:4,17 89:6
  89:9 90:3,9
  100:15 117:3
  139:12 176:4,7,13
  176:25 178:10
**groups** 85:2,7,7,13
**guard** 25:4,6
**guess** 108:10
**guided** 124:4
**guys** 117:3

**H**

**H** 6:11
**Haiti** 1:8 95:17
  96:3 138:9,12,15
  143:20 161:1,7,8
  163:2,6,9,12
  164:17 189:14
**Haitian** 59:15
  91:25,25 148:23
  150:9 152:23
  180:9
**Haitien** 149:25
**hand** 124:4,19
  127:6 128:24
  181:16 183:25
  194:19
**hands** 129:5,7
  187:2
**Hang** 152:16
**hanging** 179:8
**HANLY** 3:13
**happen** 120:11,25
  145:13
**happened** 56:17,18
  56:20 57:7,10
  120:12,16 121:3
  121:10,22,24

Confidential - Subject to Further Confidentiality Review

122:1 124:22
132:10,10 133:18
134:13,16,19,22
141:20 142:4,7
146:2 147:2
169:17 183:7
**happens** 143:3
146:12 166:8
170:10
**hard** 44:24,25
184:12
**Hartford** 4:16 5:7
**hauled** 58:2
**hauling** 52:5
**haunt** 169:19
**head** 61:12,13
121:17 122:8
144:20,23 145:4
145:16 146:3,6,10
146:15,21 162:2
165:16
**headache** 53:13,20
54:13
**headaches** 53:21
**hear** 14:2 64:2,6
71:19,22 72:1
98:9,17,21,25
99:16,19 135:16
135:19 136:2
138:5,12,15,21,24
139:2,22 140:1
155:9,14,16 191:6
**heard** 72:4 112:14
112:16,18 113:13
138:1,9,18,25
139:15,19,21
155:4,6,7 177:21
191:13
**heart** 50:11,12,13
50:15 149:16
**held** 2:3 7:8 50:13
50:14 72:23 74:4
124:2,4
**help** 52:4,5 113:25
114:15,18 140:7
141:7 144:12
162:14,15 165:25

174:1,21
**helping** 57:25
139:4,5,13,13
**hereinbefore** 194:6
**hereto** 194:16
**hereunto** 194:18
**Hi** 175:14
**hide** 144:1
**high** 160:20,22
163:9,10,11
166:16 179:7
**higher** 47:15 159:6
161:24
**highest** 49:1
**hiking** 93:19
**Hills** 22:12,13,16
22:18,22 26:9
28:16,18 32:10,14
33:1 42:15,24
43:17 45:14,19
103:1,24 111:22
157:12,24 159:5,7
**hint** 72:1
**hired** 50:25
**history** 65:4
**hold** 82:4 124:3
**holding** 124:18
127:6
**home** 29:19,22
38:11 49:17 78:17
78:19 82:2 120:14
**homes** 168:5
**hope** 1:7 4:3 8:2
68:19 84:17 88:18
92:12 132:20
175:16
**hoping** 158:11
**hospital** 53:14
54:12
**HOSPITALLER**
1:10
**hotel** 13:11,12,14
13:22 14:3,6
16:25 17:8,12,14
17:22 19:15,25
20:3,6 104:13,14
104:17 115:25

**hour** 43:21 81:10
**hours** 81:7 190:18
**house** 26:21,24
28:3,8 30:12,13
30:15,20,25 31:24
36:11 42:23 43:17
45:8,15,19 49:15
77:25 91:13,19
99:23 100:3
113:23 114:2,9
116:4,6
**humiliate** 143:25
**humiliation** 164:10
164:11,15
**hurt** 144:21 145:7
145:16 146:3,6,10
146:15 171:15
**hurting** 144:24
145:5,23
**hurts** 131:10,10
144:20,20

———————
**I**
**identification**
12:13
**identify** 7:14
**Illinois** 3:15
**imagine** 141:24
**imagining** 142:3
**imperative** 195:11
**incident** 169:19
**including** 8:5
**independent** 167:9
**INDEX** 6:1
**indicate** 119:25
**indicated** 175:22
177:20 183:24
184:25 189:2
**individual** 188:23
**individually** 90:4
176:3
**individuals** 111:6
**industry** 51:3
**inflicted** 145:24
**information** 16:2,6
16:9 18:23
**injured** 52:21,22

52:25
**inquired** 162:20
**inside** 26:11,14,17
26:22 27:8,12
28:3 30:12,16,25
56:17,19 72:14,14
73:19 74:14 78:20
91:13,19 92:24
93:1 131:19
140:21 182:25
183:22 184:20
185:23,25
**Institute** 50:11
**instruct** 17:25 18:7
43:5 102:18
104:24 105:14
106:5 107:9
108:24 109:7,25
110:24 117:13
150:18 151:5
152:5
**instructed** 151:19
151:23,24
**INSTRUCTIONS**
195:1
**insufficient** 192:3
**insult** 164:12
**interact** 180:23
**interested** 194:17
**interpret** 18:3 43:4
43:5 88:23 90:10
**interpretation** 46:6
**interpreted** 89:4,17
90:6
**interpreter** 5:22,25
8:7,16,25 11:10
11:11,15 14:2
18:4 19:11 23:5
29:24,24 30:9
40:17 43:3,6,11
46:5,5 47:14 49:6
49:6,13 51:17
55:4,4,8 59:20,20
62:18 66:14,15
67:16 74:11 83:4
83:4,24,24 84:5
88:21,22,25 89:25

105:17,18 106:8
109:11 111:3
126:8 170:19,19
189:17,17
**Interpreters**
128:14
**interpreting** 11:12
11:13 90:2
**interprets** 89:1
90:7
**interrogatories**
6:14 12:12 104:18
121:13
**interrogatory**
111:9 121:2,7,8
121:21
**interrupt** 47:11
**introduce** 103:16
**involve** 117:17
**involves** 102:19
150:20 151:6,9
**involving** 104:25
105:15 106:6
107:10 108:8
109:8 110:1,25
152:7
**ironed** 23:14
181:18
**issue** 53:3 193:6
**issues** 54:2,10

———————
**J**
**Jackilo** 24:18
**jail** 135:13
**Jakilene** 33:25 34:3
34:13 38:4 39:24
**jcerreta@daypit...**
5:9
**Jean** 5:25 15:18
105:5,12 106:2,15
106:21 107:6,14
107:19 108:5,12
108:20 109:4,20
110:10 112:18,21
113:15,17,20,22
114:2,6,9,17,20
114:23 115:1,8,13

115:22 191:6
**Jeff** 8:1 175:15
**JEFFREY** 4:4
**Jenniflore** 34:2
35:16 36:3
**JERUSALEM**
1:10
**Jessica** 66:7,8,10
66:12,17 122:12
122:15,20 137:6
179:12,17
**Jesus** 1:9 5:11 7:21
138:1,5 154:19
155:4,10,14,17,25
156:2,6,13
**jkennedy@mwll...**
4:9
**Jo** 3:12 8:10
**job** 23:3,8,10,11
24:21,23,25 25:2
33:13,15 34:17,19
35:8,10 36:3,5
50:20,22 51:2,3,8
51:10,12,13,16
52:5 57:22,22
58:4,6,14 100:9
118:23 157:17
158:3 163:22
165:8 166:1
**jobs** 50:24 57:24
58:8,10,11 163:24
164:6
**John** 1:10,12,13,13
1:13,14,14,14 5:4
7:24 173:22
**Joseph** 15:13 16:13
19:20,25 100:6
105:5,11 106:2,15
106:21 107:6
108:4,12 109:19
110:9 137:19
191:3,4
**Josnel** 103:7,14,17
103:20,23 104:2
104:21 105:2
107:3 109:19
**jpollock@simmo...**

3:16
**Judex** 79:15,25
**judge** 168:17
**Junie** 94:11 137:14
**justice** 114:1,11
135:14 168:15,16

## K

**keep** 14:1 18:15
47:13 55:2 78:10
**keeps** 109:11
**Kennedy** 4:4 6:8
8:1,2 175:13,15
181:5 182:21
185:5,11,24 186:6
186:12 187:9,15
187:20 189:20,22
191:2,16
**kept** 120:22
**Kerrigan** 5:13 6:5
7:19,20 154:15,18
156:23 160:6
162:16 165:14
170:17 171:25
**kick** 120:23
**kids** 78:13 83:21
106:18 111:11
120:14 178:10
182:7 191:11
**killed** 135:13
**kind** 57:9,24 58:4,6
58:9 117:5 126:1
126:3 144:13
146:25
**KING** 3:20
**kiss** 129:3
**kitchen** 72:25
75:15 119:11,13
119:17
**km** 2:6
**knew** 62:21 66:8
71:12 112:15
114:4 116:16,16
116:23 120:1,5
181:8
**know** 9:24 11:11,12
11:24 12:3 14:10

15:25 16:21 18:17
18:20 19:20,22
23:2,16 24:20
28:19 30:24 32:4
32:9,22 34:4,22
35:17 38:21 40:13
46:18 47:25 50:17
54:19 55:14,20
56:1,3,6,9 58:19
58:22,23 59:7,9
59:18,19 60:22
61:9 62:2,6,10,14
62:17 66:5,7,10
66:16,17 69:23
70:2,6,10,14,17
70:21,25 73:9
74:15 77:2 82:25
83:3,8 86:5,5,12
86:14,18 87:1,4
87:14,14,17 89:5
90:7,12,13,14,19
91:9 92:8,15,20
93:11 95:6,8
99:22 100:2,4,5
100:10,21 106:17
107:22 111:12
112:12,14,19
113:6,9,11,12
114:12 115:5,7
116:7,13,19,22
117:4 118:18,18
119:24 121:8,25
123:25 131:23,24
132:2,9 137:8
148:3 150:5,6
151:17,18,19
153:7,8,22 154:3
156:12 158:4,16
162:20 163:7,11
164:15 166:10,11
167:2,3,6,8 168:4
168:8,17,17 171:1
174:12 175:14
180:9,12 181:3,6
181:9,10,23 188:1
189:8
**knowing** 83:18

**knowledge** 32:8
194:8
**known** 63:12
**knows** 116:25

## L

**large** 26:5
**lasts** 82:16
**LAW** 3:5
**lawsuit** 153:14,17
190:13,23,23
**lawsuits** 153:19
**lawyer** 14:22,25
18:2,23 19:4
113:21 114:1,16
114:18 117:9,20
117:24
**LAWYER'S** 198:1
**lawyers** 11:2 15:3,4
15:5 18:8,19
20:24 21:3 102:14
102:23 103:16,21
104:3 105:10
152:4 168:21
**leads** 102:12
**lean** 128:15,18
**leaned** 128:25
129:25 130:5
**leaning** 131:4
**learn** 63:4,7 68:25
73:2
**leave** 30:21 42:18
56:21 65:18,20
82:1 122:24 127:1
129:13,16,18
165:20 166:8
183:3 184:23
**leaving** 133:10
143:19 167:14
**Lecenat** 102:9,15
102:23,25 103:7
103:14,17,18,21
103:23 104:2,4,22
105:2 106:25
107:3 109:19,19
110:10
**led** 183:25

**left** 29:3 42:14
45:11 126:24
167:17,19 185:17
**lessons** 82:25 83:3
83:8,18
**level** 140:16,19
161:17,22,23
162:1 163:6
**levels** 161:15 163:4
**Lewis** 7:10
**License** 194:23
**lie** 169:1,13
**life** 13:20,21 20:18
43:7 116:12 165:6
173:3
**light** 192:1
**lights** 125:13
**LINE** 196:3 198:2
**list** 113:21
**listen** 135:22
**little** 26:19 88:6
150:7 169:14
179:8
**live** 16:20 22:11,12
26:11,13,16,24
27:8,19,22,25
28:14,15,18,20
29:1,4,6 30:21
32:10,25 33:2,6
33:19 34:7,9,25
35:3,22,25 36:11
39:14 49:14 51:9
70:3 90:18 102:25
103:2,23 113:5
157:11,15,20
168:3,7 170:11
172:25
**lived** 13:16,19
22:16 26:17,21
28:3,5 29:10,20
29:21 30:8 32:13
35:4 36:1 45:9,15
51:2 63:19 74:22
90:12 116:12
**lives** 22:22
**living** 26:9 27:4,12
28:6,8,12,23,24

29:9,18 30:1,19
31:25 32:11,14
33:3,4 34:10
36:23 37:7 42:9
42:15,22 43:16
60:18 149:15
157:13
**LLC** 4:5
**LLP** 4:14 5:5,14
**loads** 165:25
166:21
**located** 39:8 48:16
**location** 22:19
26:20 94:7
**long** 22:16 23:15
25:9 27:3 30:15
30:24 44:22 52:9
52:15,18 58:10
65:14 81:17 82:11
82:15 86:20,21
93:4,12 96:1
108:7 122:3,6
127:19 129:17,24
132:5,25 133:3
142:8 177:25
178:4 183:15,15
184:15 187:16
190:15 192:24
**longer** 27:19 28:4
32:14 38:25 41:13
62:25 95:17,19
121:1 127:12
**look** 12:15 13:3
75:25 165:24
170:21 171:1,4,4
**looked** 15:24
162:23
**looking** 115:11
131:1 166:15
**losing** 109:11
**lost** 109:10
**lot** 22:17 25:10
48:7 53:24 55:11
80:14 104:13
112:19 116:15
121:15 126:5
130:2 142:4

147:15 150:12
158:18,20 159:9
159:10 166:14
170:9 171:6,9
176:16 178:16
179:9 180:6
190:16
**Louis** 1:3,4 5:25
8:5
**Lozier** 66:7 122:12
122:16 179:12,17
**LSR** 2:11 194:2
**Lu** 3:4 8:12
**lunch** 88:7 100:23
102:7
**Luperón** 2:6
**lxia@garabedian...**
3:10

─────────

## M

**Madame** 79:15
80:2 94:11 137:14
**Madlin** 157:21,22
**mail** 21:24
**Main** 4:6
**maintains** 46:6
**maintenance**
124:13
**male** 156:24
**Malta** 1:11,12 4:11
7:18 138:18,21,24
139:7,10
**man** 58:25 59:8,17
59:22
**mango** 75:11,23
76:5
**Margarette** 15:13
16:13 100:6
137:19 191:3,4
**Maria** 23:6
**Marie** 22:25 23:6
**marked** 12:7,12
104:19
**married** 22:1,3
33:9 34:15 35:14
36:9 44:7
**mason** 51:3 52:3

166:17,19,20,25
167:5
**mason's** 167:15,18
**masons** 52:5 58:1
165:25
**Mass** 155:22,23
156:7,8,10
**Massachusetts** 3:7
3:22 5:16
**Masses** 173:5
**Master** 79:16,16,16
80:4,6,9,11
**math** 62:14 65:6
70:14 80:10
**matter** 7:9 8:5
183:3
**matters** 194:8
**Matthew** 15:16
147:25 148:3,10
**Maureen** 2:11 8:15
194:2,23
**McCooey** 188:24
**McLean** 137:8
**meal** 64:24 65:16
66:2 77:24 78:3
78:22 79:3,6
80:15,19,22 81:5
81:19,23 127:10
127:11
**meals** 45:18,19
62:3 65:25 69:24
74:7 75:15
**mean** 25:14 29:12
30:2 44:12 47:10
47:21 49:17 56:18
59:13 119:7
121:14 148:20
159:2,3 160:19,20
161:3,18 170:3
178:2 179:4 183:7
**means** 51:6 52:10
53:14 54:3,5
146:23 162:9
**medicine** 11:17
146:25
**meet** 102:13 111:20
116:20 117:8,9

149:8 176:4
**meeting** 176:8
177:25 178:7
**meetings** 176:6
**member** 120:4
134:22
**members** 79:2 91:7
97:13
**Mémé** 79:15,18
**memory** 118:15
178:6 183:5
**men/male** 156:19
**mention** 96:25
136:2 156:5
**messages** 21:12
192:8
**met** 96:6 111:11
117:6 118:1,18
119:18 122:12,15
122:19 149:2,4,6
149:7 175:14
179:16
**mic** 47:14
**Michael** 5:13 7:20
154:18 188:24
**Michel** 36:18,19
37:3
**midday** 80:19 81:5
127:10,11
**middle** 65:18 75:3
80:15 169:16
**MILANO** 4:5
**MILITARY** 1:9
**mind** 97:19 107:17
107:22,23 110:3
121:16 169:19
**minding** 104:6,7
**minute** 135:25
**minutes** 136:8
184:17
**Mischaracterizes**
43:1
**Mitch** 15:1 151:4
152:16 192:5
**Mitchell** 3:3,5 8:4
**mkerrigan@sloa...**
5:18

**mom** 34:8 42:9
63:19 181:10,10
181:13,19 188:3,3
**moment** 76:4
**Monday** 68:3
**money** 38:18 41:7
45:22 46:16 56:22
57:18,20,23 77:8
77:11,12 112:9,12
112:16,19 113:7
113:11,13,13
114:21,24 126:25
133:25 135:2,15
144:5 147:12,15
148:10,12,16
149:11,13 150:12
151:3,8,20 152:3
152:9 153:1,6,8
153:11,14,17,19
162:10,14 168:13
169:14 182:1
190:24 191:4,7
**month** 92:5 126:12
145:13,15 166:18
166:19
**months** 57:21
69:15,18 82:13,16
82:17
**moonshine** 56:16
56:16 57:6,13
169:15
**mop** 77:6
**morning** 7:16,19
7:22,24 8:1,3,9,12
9:15 10:22 17:5
79:3 175:15
**mortar** 58:1 166:22
**mother** 23:3,8
26:13,17,22 27:9
28:9,23 31:19
33:2,3,7,19 34:9
34:25 35:3,22,25
49:16 77:12,24
81:23
**mother's** 22:24
**mouth** 53:2,3
**moved** 28:22 36:25

**MURPHY** 3:20

**N**

N 7:1
name 7:4,20 8:9
    9:16,18 22:24
    24:17 31:11 39:6
    39:7,9 66:9 92:8
    92:15 104:14
    136:3 137:13
    138:5 148:4,6
    154:18 155:9,14
    159:12 160:10
    163:21 172:9
    173:22 175:15
    178:18 180:12
    188:9,25
named 58:25 59:8
    147:25 148:3
    188:23 194:6
names 9:24 19:18
    32:19 33:24 40:9
    46:20 47:25 48:4
    54:22 56:4,9 67:6
    67:8,13 79:13,14
    79:17 86:12 96:18
    111:12 112:17
    147:8 157:2,3
    158:19,21 159:10
    159:14,17 161:6,9
    164:12 178:11,13
    181:7,8,9 183:13
    188:17
near 22:18 75:10
    75:14 157:24
    158:1 188:2
necessarily 30:2
necessary 195:4
need 10:24 11:4
    43:4 47:14 161:16
    192:17
needed 162:18
    181:17
negotiating 168:9
neighborhood
    13:24 22:13,18,21
    39:5,10,11 103:2

103:25 111:22
    115:20 116:23
    157:13
neither 146:18
    194:12
Nelson 22:25 79:16
    80:9
Nelta 79:15 80:2
never 21:15 40:6
    51:21 52:9,14
    53:13,18 57:6
    60:9,10 66:8 72:5
    74:14,19 84:6,12
    87:1 100:4,5
    112:15 116:8,12
    118:7,8 135:3,22
    137:15 145:25
    162:20,23 176:21
    180:19
New 1:9 5:12 7:21
    138:2,5 154:19
    155:4,10,14,17
    156:2,6,13
news 135:23
Nick 66:5 137:12
nicknames 9:22
night 29:14,17 73:6
    95:12 100:5
    141:16
nightmare 142:2,9
nightmares 118:15
    141:10,22 142:1
    142:14,23,25
    143:4,6,8,12
nine 145:20
ninth 159:25
notarization 9:11
Notary 194:3,25
    197:19
Note 108:14 109:14
    151:21
noted 197:6
NOTES 198:1
November 10:3
number 12:9 48:8
    55:12 73:10
    117:23 141:19

numbers 77:2
nurse 52:13 53:7
    54:9

**O**

O 7:1
O'Connor 2:11
    194:2,23
O-D-O-N 147:7
oath 10:14 154:21
object 17:24 18:7
objected 108:6
    151:23,24
objection 17:9
    18:15,22 19:10
    21:17 42:25 43:18
    54:6 75:16 86:25
    102:17 104:23
    105:13 106:4
    107:8 108:11,14
    108:23 109:6,12
    109:14,24 110:23
    113:8 117:12
    123:13 124:9
    125:21 134:6
    142:11,16 143:2
    143:10 149:19
    150:18,25 151:5
    151:21 152:5
    153:2,21 156:21
    160:4 162:12
    165:10 170:15
    181:1 182:19
    185:3,9,20 186:2
    186:9 187:6,13,18
    189:16 190:25
objections 9:5 43:3
occasion 135:3
    180:17 181:14
occasional 122:9
occasionally 51:12
occasions 181:25
    182:5
occupation 73:4
occurred 122:18
October 194:19
Odone 147:7

offer 133:25 134:4
    140:18 149:13
offered 136:19
office 56:24 73:19
    73:22,25 74:3,6
    74:10,14 75:9,12
    75:13 76:6,12,15
    76:18,19 100:20
    120:17,18 123:3,5
    123:11,12,20,22
    123:24 124:1,19
    124:23 125:7,11
    125:13,15,19
    126:15,18 127:2,4
    127:7 131:19,21
    132:25 133:3,7,10
    133:24,24 134:3,4
    181:25 182:6
    184:1,3,9,10,22
    184:24 185:7,8,19
    185:22,23 186:1
offices 3:5 72:25
Oh 80:6
okay 10:23,25
    11:17 18:10 19:6
    30:4 43:6 74:12
    89:13 100:22
    109:13 140:24
    151:13 163:18,21
    176:15,18 177:25
    180:1 181:6,13
    183:20 184:6,14
    184:21 185:25
    187:16 193:8
old 23:1 24:19
    32:21 33:17,18
    34:3,21 35:16
    37:1 52:22 150:7
older 32:23 34:5,6
    34:23 35:6,7,18
    35:20,21 179:6
on-site 166:5
once 52:14 60:8
    83:15 94:24,25
    96:9 133:2 162:5
    172:21 176:14
    186:16 192:13

ones 38:3 39:23
    135:1 188:11,12
open 185:7,12
opened 185:14
opening 26:1
opinion 30:3
opportunity 135:3
    192:19,20
order 1:10,12 4:11
    7:18 138:18,21,24
    139:6,10 141:3
    161:18
orders 95:20
organized 84:25
original 195:12
outside 91:16,21,23
    94:22 159:7 170:7
    178:20
overhear 96:20
    97:9,12
overheard 96:17
    96:22,25
overnight 94:6
owe 123:8,15
owed 126:25

**P**

P 7:1
p.m 58:13 65:20,22
    82:3
page 6:2,12 13:3,7
    13:10 15:7,8 16:5
    196:3 198:2
pages 197:4
paid 38:22 41:9
    56:23 76:23,25
    77:5 91:8,17
    120:15,16 129:18
    166:20 182:17
    190:20
pain 143:14 144:4
    144:8,13,15,18
    146:14,17,18,21
    147:1 165:12,12
    165:15,16,16
    171:3
paint 54:17,20

79:20 95:3,4,5,7
**pair** 64:19 125:25
126:4 127:17
**pant** 126:5
**pants** 125:1,25
126:3,4,7 127:17
127:18,19,19
129:21,22 130:16
130:17,19 179:7
**par** 161:2
**pardon** 89:14
**parents** 22:23
27:15,16,25 28:4
28:13 29:2,4,8,21
30:11,15,19,24
31:25 32:2,3,5,11
32:15 38:23,25
39:14 41:10,13
42:18,23 43:16
44:7 45:9,15,20
45:24 46:8 56:22
59:1,4 60:15,18
60:19,22 62:25
66:3 71:13 74:23
90:25 91:1,3,11
91:17,19,21,24
129:17,18 136:21
162:13
**parents'** 29:19
30:13 49:17
**part** 22:19 36:19
41:18 55:21 61:15
100:15 114:4,13
114:13 116:8,11
116:16,20 129:8
137:16
**participated**
136:18
**particular** 117:3
160:18 172:14
**parties** 193:3
194:14,16
**parts** 56:25 119:10
120:19 124:24
125:1 129:2
**pass** 50:5 162:1,3
184:18

**paths** 105:10,23
106:1
**Patrice** 79:15,16,23
80:4,6,6
**Paul** 1:7 3:18 7:23
68:22 86:15,16
87:8,11,17 89:19
90:6,8 92:9 135:1
140:5,6 141:6
155:21,22,24
172:10 174:1,5,8
174:11,20 176:8
188:8,16
**Pause** 172:4 173:18
175:10 191:20
**pay** 39:1 45:25 46:9
46:12,18,22,23
76:17,20 91:5,24
125:20 129:17
125:10,13 182:2
**paycheck** 182:1
**paying** 91:5
**payment** 151:8
152:9,10,18
**penis** 56:25 120:20
125:2 128:16,24
129:5 130:20,24
131:6 132:5,11
186:22 187:7,7
**people** 9:25 46:23
47:1 48:5 51:11
72:24 80:7 87:21
90:2 102:14
103:15 107:16
116:16,22 117:2
118:13,17 119:23
134:24 135:11,14
138:25 139:4
140:6 143:24
147:10 155:7
163:12 166:2,4,5
166:11,15,21
167:7 168:10
170:11 171:12
183:16,20,22
189:8,25 190:1,2
**percentage** 163:12

**period** 63:18 82:11
92:4
**periods** 85:25
**Perlitz** 1:7 7:10
31:5,8,12,13,16
31:20,24 53:10
63:10,15,20 64:2
68:6 71:15,19
72:2,11 73:19
89:16 93:16 94:21
95:15 96:9 97:16
97:21 98:3,9,13
98:14,17,18,21,22
98:25 99:1,5,8,16
99:19 100:1
102:10 103:8
104:22 105:6,12
106:3,16,22,25
107:4,7,15,20
108:5,13,22 109:5
109:23 110:13,19
110:22 111:7
118:5,8 120:1,5,8
122:11,14,22
124:5,18,22 125:7
125:24 134:3
135:21 136:4
137:23 141:11
144:22 145:24
148:1 181:21,24
182:6,9,13 183:11
183:25 185:16
189:1,12
**Perlitz's** 32:5 71:23
76:11,14 131:21
142:15,24 143:1,7
143:9,15 144:16
184:10 185:6
**permanent** 51:13
**person** 15:25 47:10
47:21 80:8 89:1,3
89:17 90:5 92:15
96:14 113:24,25
114:11,15,17
120:5 137:15
188:17 194:6
**personal** 111:15

**Philippe** 5:22 8:18
**philosophy** 140:17
140:19 159:23
**phone** 21:5,7,10,12
21:13,21 117:23
169:7,9
**phrased** 110:16
**physical** 84:7,12
144:15,18 179:4
**physically** 73:24
165:9 170:13
179:3 184:13
**pick** 38:10 122:25
182:1,2
**pieces** 177:8
**Pierre** 5:25 23:12
25:1,2 105:5,12
106:2,15,21 107:7
107:14,19 108:5
108:13,21 109:5
109:20 110:10
114:4 117:10
**pillars** 177:14,15
177:16
**pills** 147:2,3,5,8,11
147:21
**PITNEY** 5:5
**place** 28:17,20 34:8
36:14,18 62:6
63:4,7 70:3 73:11
73:14 78:7 94:8
103:12,13 106:18
109:15,18 110:7,9
117:3 168:3,6
173:5
**places** 51:11 72:24
73:1,2 90:13 95:2
95:10 104:13
171:4
**Plaintiff** 1:5 3:2
6:13 12:10
**Plaintiffs** 8:4,11,13
192:16
**Plaintiffs'** 191:25
192:2
**plan** 162:7
**planning** 115:11

**Plata** 2:5,6 7:9
**play** 66:21,24 67:2
67:4 81:14,15,17
82:21 85:1,8 86:1
169:20,23 175:23
176:5
**played** 62:17 70:21
70:25 73:12,15
**Plaza** 5:15
**please** 7:14 9:1,9
11:6,7 12:15,24
13:3 14:1 47:13
55:2,6 109:2
111:14 117:20
150:21 195:3,8
**pocket** 169:15
**point** 21:8 30:18
31:24 43:21 187:4
189:6
**police** 135:12
**Pollard** 2:11 8:15
194:2,23
**Pollock** 3:12 8:9,10
9:6,9,12 17:9,24
18:6,14,21,25
19:10 21:17 42:25
43:8,18,20,25
54:6 75:16 86:25
88:5 100:24
**poorly** 110:16
**population** 191:10
**portion** 12:16
**portions** 25:20
**pose** 106:13
**positions** 73:23
**poverty** 171:6,9,12
**PPT** 16:15,18
19:20,22 22:20
23:12,13,15,17,21
25:7,9,11,13,21
27:9 29:12 41:18
41:19 51:6 55:21
61:15 64:3 74:19
75:20 106:16,20
106:24 107:2,18
107:24,25 110:13
110:18 111:5

112:21 114:10,13
114:14 116:16
117:1 118:4,19,21
119:1,9,18 134:15
134:16,18,19,21
134:22 135:6
136:25 137:3
150:16,23 152:23
156:17,20,25
157:9 171:13
175:2 180:18
181:11,14 184:19
**pray** 93:8
**Preneta** 66:5
137:12
**prepare** 150:7
**presence** 27:24
177:19
**present** 5:24 18:19
174:5,8,11 176:24
177:22 178:9,15
**prices** 162:21,21
167:9 168:9
**priest** 93:10
**private** 56:24 96:14
120:19 124:24,25
129:2
**privilege** 18:9
102:19 104:25
105:16 106:7
107:11 108:9,16
109:1,9 110:2
111:1 150:20
152:7 192:4,9,13
**probably** 53:18
**problem** 43:13
53:19
**proceed** 102:7
127:5 161:24
**proceeding** 120:14
**produce** 192:10,19
**produced** 192:14
**programs** 25:20
**promise** 60:14,20
153:5,10
**promised** 59:1
60:11,17 153:13

**proof** 98:7
**propounded** 197:5
**Protestant** 165:1,2
**provide** 11:4 64:16
71:13
**provided** 18:1 62:2
62:6
**psychologically**
53:25
**PTT** 64:6
**public** 14:14 163:1
194:3 197:19
**Puerto** 2:5,6 7:9
**pulled** 129:23,24
133:13
**punched** 53:2
**punish** 83:1,2
**punished** 82:22
83:9,13,17 84:3
143:23
**punishment** 84:15
**pushing** 187:1,1
**put** 12:7 15:7 49:3
56:25 59:22 78:8
78:21 117:24
120:20 125:2,5
128:10,12,13,16
128:24 129:5,7
130:20,24 131:6
133:2,4,6 150:8
186:22 187:7
191:23

**Q**
**quality** 161:4
**quantity** 46:25
142:21
**question** 11:8 55:5
55:8 67:17 74:12
76:4 106:9,11,13
108:10 109:2,10
109:12 110:17
111:14 117:16,19
150:21 162:10
170:23,25 188:15
192:18,20
**questioning** 192:25

**questions** 8:20
10:21 11:3,6 76:2
108:3 153:25
154:3 171:20
175:16 197:5
**quick** 88:6
**quite** 37:11 132:9,9
173:1

**R**
**R** 7:1 194:1 196:1,1
**radio** 116:2 135:17
135:20,22 136:4
**Raphael** 28:25 29:1
29:3 36:23
**rate** 163:8 166:16
166:23,25
**rates** 167:2
**Raynel** 190:5
**read** 9:7 10:9 15:22
15:25,25 62:10
70:7 195:3 197:3
**ready** 69:3 102:7
**real** 88:6
**really** 31:2 53:13
96:24 150:12
**Realtime** 2:12
194:24
**reason** 11:24 12:1,3
47:23 56:16 63:3
71:10 76:18 84:3
105:9 116:13
121:19 141:25
193:4 195:5 196:5
196:7,9,11,13,15
196:17,19,21,23
**reasons** 41:12
47:24 62:22,24
63:1 71:3,5,7
**recall** 31:2 44:9
122:10 127:12
**receipt** 195:13
**receive** 21:20,23
77:3 153:6,11
**received** 77:9,12
112:16 151:3,20
152:3 192:2,6

**recess** 44:3 88:13
101:2 136:11
154:12
**recognize** 13:4
51:11
**record** 7:4,15 12:16
19:12 44:2,4
88:12,14 101:1
102:3 108:1
136:10,12 152:16
154:11,13 172:3,5
173:17,19 175:9
175:11 191:19,21
191:24 193:11
194:10
**recording** 47:13
**records** 192:1,14
192:17,21
**red** 95:3,5
**reduced** 194:9
**redundant** 192:25
**refer** 9:25
**referenced** 1:21
**referring** 165:15
**reformulated** 55:5
**refuse** 143:24
**regard** 108:15
192:9
**regarding** 107:16
108:15,25
**regular** 127:19
160:21
**regulation** 147:4
**related** 142:15,24
143:1,7,9 194:13
**relative** 194:15
**religion** 65:12
164:25
**religious** 94:10
**remember** 13:13
16:14,17,24 21:9
22:17 23:16 25:16
27:6 36:24 37:2
38:15,17 39:9
40:9,12,15,20
41:6 42:8 44:21
46:20 48:3,4,22

**remembered**
121:11,13
**remembering**
121:17
**remembers** 181:9
**remove** 81:12
83:11 129:21,22
130:14,16
**removed** 125:1
**rent** 168:3
**renting** 168:4
**repeat** 12:24 18:4
19:11 43:12 67:17
106:11 108:10,10
109:2 117:19
150:21
**repetitive** 192:25
**rephrase** 110:17
**REPORTED** 2:10
**reporter** 8:14 23:6

48:25 54:22 56:4
58:5 60:2 64:11
65:15 66:6,8,13
67:6,8,13,18 68:9
69:10,16 79:13,14
80:14 81:18 83:14
92:22 93:14 96:4
103:19 104:16
112:17,18 113:16
115:21 118:24
119:20 121:1,18
122:2,5,8,9
125:12 126:12
130:10 131:14
132:4,7 133:5
137:13 142:12
147:8,22 148:4,6
148:25 149:6,10
156:11 158:19,21
159:10,14,16
161:9 162:3 174:7
174:23 176:16
178:13,14,17,18
179:10,12,14,20
179:22 180:5
183:8,13 188:9,17
188:23,25

**represent** 7:17,21
7:23 8:2,4,10
154:19 172:10
175:16
**represented** 155:25
**representing** 7:25
8:13
**Republic** 2:7 7:9
20:18,20 51:15,18
51:20,25 52:1
189:15
**request** 83:5
**required** 154:24
**requiring** 46:9
**reserve** 9:4,4
**respect** 108:20
144:8
**responded** 121:6,7
121:12
**responding** 55:3
121:21
**response** 6:13
12:10 111:9 121:2
**responses** 104:18
**restaurant** 14:15
**restroom** 43:22
**result** 53:9,17,21
142:10 143:15
144:16
**retreat** 93:25 94:3
94:5
**return** 77:4 134:5
195:11
**review** 1:23 12:22
12:25 192:3,9,13
**reviewing** 12:20
**RHODES** 1:10
**rich** 191:12
**right** 11:2 25:11
32:1 37:4 41:15
52:2 60:10 87:7
96:9 98:5 102:10
111:7 122:1,20
147:18 151:22
152:1 161:20
166:14 174:2
179:7 192:5 193:1

**RMR** 2:11 194:3
194:24
**Robinson** 4:14
118:19 119:8,19
119:25 137:17
**role** 61:10
**Roman** 94:17
**room** 14:8,9,12,14
14:17 15:1 132:3
183:12
**rooms** 36:11 74:13
74:15,20,25
**Rosemida** 34:2,21
38:4 39:25 40:2
**Rosenberg** 3:19 6:6
7:22,23 172:7,9
173:15
**Rue** 23:24 24:2
41:17,18,20 42:3
42:7,10,17,22
43:15 46:16 48:17
54:20,23 55:9,10
55:15,16 56:11
58:18,23 59:6
60:23 61:6,10,13
61:15,20,22 62:1
62:2,5,6,9,10,13
62:14,16,17,23
63:2,3,6,9,11,14
64:1,5,9,13,21
65:16,18,20,22,25
66:18,21,24 67:7
67:10,15,20,23,25
68:6,13,20,23
69:14,22 70:1,5,9
70:13,16,20,24
71:9 90:17 137:25
138:4,8,11,17,21
139:15,19 171:17
**rumors** 64:2 191:8
191:9

———————————
**S**

**S** 4:13 6:11 7:1
**S.J** 1:7 3:18
**Sacred** 50:11,12,13
50:14

**Saincirin** 192:18
**satchel** 179:8
**Saturday** 17:12
82:5 173:9,12
**Saturdays** 67:23
**saw** 17:7,11 52:7,12
52:18 60:9,10
61:11 84:23 86:19
86:24 87:12 93:3
93:6 95:18 96:8
96:11 97:7,15,20
103:11,13,18
104:5,8,12,14
105:9 106:17
109:15,18 110:7,9
119:3,14,15,16
133:21 137:15
149:14,15 175:18
177:20 180:19
181:20
**saying** 18:15 89:9
112:3 123:24
126:9 152:11
177:18
**school** 25:20 36:15
36:16,17,22 37:2
38:6,8,9,11 39:2,4
39:6,7,21 40:4,6,8
41:16 45:22 48:13
48:16,21 49:24
50:10 55:18 62:12
64:10,15,21,25
65:3 67:20,23,25
69:12 72:17,19,20
73:1 77:9,15,17
77:21,23,25 78:1
78:2,3,5,6,11,14
78:18 79:7,9,10
81:6,8,20,22,25
84:25 85:13 86:13
95:19,23 118:11
119:11 120:12
123:8,15 126:13
127:1,9 136:16,19
140:12 158:13,15
159:6,13,24
160:16,17,20,21

160:22 161:19
162:11 174:22
178:25 184:24
**schooling** 71:12
140:13,15,23
160:23 161:14,16
**schoolroom** 28:7
28:10
**schools** 50:7 158:17
158:18,22,24
159:3,8,16,19
160:7,15 161:11
163:1,2,5
**Schultheis** 179:22
**science** 65:10 70:18
79:24 80:1
**scream** 187:4,11,17
**screaming** 131:15
186:18,21,24
**seal** 194:19
**second** 40:20,24
41:3 148:22
**secret** 63:23 72:13
**security** 25:4,6
**see** 17:3,5 51:24
52:10,15,17 53:9
56:8 59:24 60:6
61:19,22 68:6,12
68:14,15,16,17,19
68:22 84:17 87:8
87:13 92:6,9,12
92:24 93:1,15
94:20 95:14,22
96:5 98:7 100:17
103:5,6,17 113:23
113:25 115:1,8,11
115:14,16 117:3
118:25 119:6,8,10
119:11 124:19
127:8 133:19
140:24 146:23
162:22 170:11
181:2 184:17
188:2,11 191:14
**seeing** 168:9
188:13
**seen** 14:3 16:18,25

53:4,7 54:1,4,9,21
102:22 103:20
104:2 116:8,12
148:7 171:9
183:15
**selling** 147:11
**semester** 46:4,7,10
48:10
**send** 21:11,11,12
21:20,23 120:14
**sent** 61:5,7
**September** 1:24
7:6 193:10 194:5
**serve** 25:23
**SESSION** 102:1
**set** 6:14 12:11
194:19
**settled** 153:20
**seven** 1:14 145:14
145:16,18
**seventh** 159:25
**sex** 99:1,9,20 134:5
**sexual** 112:4,6
**sexually** 63:10,15
71:16 72:2 93:16
95:15 97:16,21
98:2,14 120:9
**sheet** 195:6,9,12
197:6
**sheets** 30:22
**shelter** 30:23
**shirt** 125:2,25
126:1 127:17
130:14
**shirts** 85:20
**shoes** 85:20 86:2
**shorts** 64:19
127:18
**showed** 155:23
**Shultheis** 61:8
**Sibert** 15:10 16:23
19:19 114:19
115:9,14,23
116:21 117:6,11
117:22 118:1
135:16,19 136:3
149:5 152:25

168:18
**Sibert's** 116:6
**siblings** 42:23
    43:16
**sick** 52:11 53:11
**sickle** 83:7,10
    124:13 185:2
**side** 135:14
**sign** 9:8 14:4 195:8
**signature** 13:4
**signed** 13:7,9,17
    14:7,18 15:11,20
    15:23 16:1,4
    104:18
**signing** 113:21
**SIMMONS** 3:13
**simply** 114:12
    123:23 126:22
    174:19 185:21
**sir** 9:15 47:17
    88:17 172:8
    173:22 175:6
    176:15,19 177:2
    178:1,3,7,9,12,15
    178:18,25 179:3,5
    179:10,12,13,17
    179:22,24 180:4
    180:10,12,14,18
    180:21 181:24
    182:10 183:1,6,17
    184:4,22 186:14
    186:15,22,25
    187:5,12,17,21
    188:4,10,14,20
    189:6,9,14 190:3
    190:7,15,18,20,22
    191:4,6,9,17
**sisters** 33:22 34:1
    37:23 39:20,22
**sit** 16:8 121:25
    190:6
**site** 184:13
**sites** 166:1 167:8
**sitting** 11:2 122:23
    190:8
**situation** 149:14
    178:22

**six** 1:14 33:18
    145:13,16
**sixth** 3:6 49:12 50:3
    140:22 159:25
**sleep** 29:17 30:12
    45:8,14 49:15
    87:5 90:15 94:6
    142:5,21 146:16
    146:17,19
**sleeping** 30:2 45:12
**slept** 29:14 73:6
    78:13 87:2,5
    99:23 100:2
**SLOANE** 5:14
**small** 82:10
**sniffed** 54:17,20
**soccer** 62:20 66:22
    67:4 70:22 73:12
    81:16 86:1,2
    169:20
**social** 79:24
**society** 1:9 5:11
    7:21 138:1,5
    143:22 154:19
    155:4,9,14,16,25
    156:2,3,5,13
**sofa** 125:18
**somebody** 18:18
    37:18 63:5
**sorry** 37:13 43:11
    51:20 66:14 67:16
    69:21 73:4 75:25
    84:5,8 108:1
    121:12 148:20
    174:17 177:21
    182:2 184:9
**sort** 30:22 178:23
**SOVEREIGN** 1:9
**space** 195:6
**speak** 10:7 16:22
    86:4,8,10 88:20
    89:20,22,24 90:3
    96:17 107:6 108:4
    108:12 110:21
    118:13 137:21
    138:25 139:2,21
    155:8 176:18

177:22 180:14,17
    181:14
**speaking** 31:11
    43:2 89:2,6 90:9
    96:19 128:14
**special** 84:25 86:2
**specific** 61:24
**specifically** 165:18
**spelled** 9:19
**spend** 57:21 86:22
    146:8,12 158:6
    168:24 169:12
    180:6
**spent** 180:7
**spoke** 86:6 88:18
    88:22,24 89:15
    113:14 185:23
**spoken** 16:15
    147:24 155:6
    176:21 181:19
    185:22
**sponsor** 87:25
    156:3
**sponsors** 87:15,18
    139:5 155:20
    176:11 177:6
**sports** 169:20,23
**St** 1:3,3,10 7:10 8:5
    28:25 29:1,3
    36:18,19,23 37:3
**stable** 178:22
**staff** 79:2 80:21
    84:16 91:7 97:6
    97:12 120:4
    134:22
**standing** 128:3,9
    130:24
**start** 15:21 24:1,4
    25:11,13,14 27:4
    40:13 44:15 56:24
    64:10 69:1,8,11
    75:20 93:5 127:23
    141:1 144:25
    145:2 161:18
**started** 9:3 24:5
    25:17 27:3 28:22
    32:11 42:16 44:9

44:11,17 55:16
    120:18,19 124:24
    124:25 126:18,20
    126:23 127:4,20
    128:3,8,20 129:1
    130:18 137:25
    138:8,17 139:14
    139:23 144:24
    145:4 155:10
    186:8,15,16,17
    187:11
**state** 3:6 12:16
    111:10 121:3
    194:3 195:5
**States** 1:1 7:11
    137:22
**station** 116:2
**stay** 44:22 78:12
    86:23,24 90:14
    91:16,21 123:9,15
    132:25
**stayed** 72:24 91:18
    91:20 116:14
**stomach** 144:21,24
    145:4,16,23 146:3
    146:6,10,15,21
    165:16
**stomachache** 53:12
    53:16 54:13
**stop** 27:12 38:24
    41:11 49:22 88:7
**stopped** 28:12
    49:23 51:22
**stopping** 43:21
**stories** 111:16
**street** 3:6,14,21 4:6
    4:15 5:6 41:17
    147:3,6,10 169:16
**streets** 167:11
**stuck** 121:20
**student** 23:18
    44:13,16,17,23
    45:8,10,13,17
    46:14,19,24 47:4
    47:7,20 48:1,6
    56:6 58:20,24
    59:25 60:5,8,12

61:4,20,23 62:10
    66:18,18 67:20
    69:22 70:1,5,6,9
    70:13,16,20,24
    71:9 72:7,11
    74:19,24 75:20,21
    76:10,23 77:16,20
    82:18 83:23 84:7
    84:13 90:11,16,17
    94:4,11,15 96:15
    98:9,21 112:21
    117:1 120:15
    122:4 140:2,20
    174:17,20 175:2
    189:11
**students** 29:8,12,15
    55:10,11,14 58:17
    62:2,6,14,17
    63:11,16,21 64:3
    64:6 67:2,4,5
    69:23 70:2,10,14
    70:17,21,25 71:16
    71:22 72:2,12
    73:6,11,14 75:19
    75:22 76:22 78:24
    80:18 84:2,10
    89:16 94:7 96:13
    96:17,18,22 97:17
    97:22 98:4,13
    99:1,9,20,23
    100:2,14 111:20
    112:1,8,12 118:4
    120:2,6 127:8
    134:16 140:8
    173:25 174:2
    178:14,19,24
    180:18,24 181:11
    181:14 183:10,14
    184:19
**studied** 160:14,17
**study** 65:1,4 79:8
**studying** 133:15
**subject** 1:23 79:18
    81:9 110:4 118:6
    118:6 133:16
    183:2
**subjected** 98:1

**subjects** 65:2 79:8
  79:9
**Subscribed** 197:15
**substance** 197:5
**successful** 190:22
**suffer** 143:14 144:4
  144:9,13,15,18
**suffered** 114:14
**suffering** 146:2,18
  146:20
**suggest** 72:1
**SUite** 5:15
**summer** 69:15,18
  82:13,19
**Sunday** 82:5
  172:21 173:10
**Sundays** 68:1
  173:12
**supporter** 177:13
**supposed** 97:23
  124:1
**sure** 9:6 18:6 40:21
  40:23 41:5 49:7
  55:7 97:18 100:24
  113:12 165:11
  189:20
**suspect** 106:21
  107:2
**suspected** 105:24
**suspecting** 106:2
  106:14
**suss** 117:5
**swear** 8:8,15
**swore** 10:16
**sworn** 8:19,24
  194:7 197:15
**Sylvester** 92:16
  93:10,12,15,19,23
  93:25 96:6,7
  137:4
**system** 49:5,8
**Systems** 2:12
  194:24

**T**

**T** 6:11 194:1,1
  196:1

**T-I-G-U-Y** 157:6
**T-shirt** 64:19 126:2
**table** 125:16
**take** 11:21 12:15
  13:3 38:9 43:24
  50:2 56:15,23
  64:14 69:14,17,19
  69:20 78:8,17
  80:13 82:8,12,15
  88:9 91:22 100:22
  124:12 127:21
  130:2 135:24
  136:7 146:25
  170:1 184:15
**taken** 10:13 11:17
  11:20 44:3 88:13
  101:2 136:11
  154:12
**talk** 17:18,21 20:2
  20:5,8,11,14 21:2
  96:12,15 97:2,5
  97:10,13 99:12
  100:11,14 105:2
  113:17,20 118:8
  118:16 137:1
  140:4 169:7,9,10
  176:7 178:2
  186:19
**talked** 16:12
  102:15 104:21
  118:4 147:24
  148:5
**talking** 111:16
  135:20 136:4
  191:11
**tall** 180:2
**Tan** 92:16 93:10,12
  93:15,20,23 94:1
  96:6 137:4
**taught** 62:10,14
  67:7 70:6,10,14
  70:17 79:24 80:3
**teach** 65:2 79:18,23
  85:1,8 86:1
  164:23
**teacher** 98:17,25
  120:4 134:19

135:6 183:1,3
**teachers** 67:7 79:2
  79:10 80:21,24
  97:3,9 135:9
  183:2
**Technologies** 7:5
**telephone** 21:8
**tell** 9:16 10:14,16
  11:6 12:1,4 18:12
  19:5,8 20:23 27:6
  45:1 46:9 47:2
  55:12 56:21 57:16
  60:1 63:10,15,20
  63:24 71:15 72:10
  76:6 88:3,4 96:18
  99:5,8 102:24
  104:12 105:21
  111:15 112:1,8
  114:3,20,23
  115:19,22 122:23
  123:2,6,21 130:3
  133:9 134:12,16
  134:19,22,23
  135:6,8 137:3,6
  137:10,12,14,17
  137:19 139:3,6,9
  140:6 141:6,15,20
  143:11 145:11
  149:22 151:20
  152:25 154:25
  164:13 167:22
  168:1 172:20
  173:1 174:4,10,14
  175:3 178:11
  184:14 187:19
**telling** 121:21
  174:23
**ten** 136:8 167:25
**tend** 25:3
**Tennis** 85:20
**terms** 84:6
**test** 162:4
**testified** 8:25
  130:20 173:24
  181:23 182:12
  187:10
**testify** 19:2 194:7

**testimony** 11:25
  43:1 194:11
**text** 21:12
**Thank** 9:2,21 10:4
  12:6 30:4 43:8,25
  44:13 47:16 76:9
  108:19 154:8,9
  171:25 172:1
  175:6 191:17
**thanks** 87:22 136:8
**therapy** 144:3
**thing** 64:12 78:4
  113:22 127:3,23
  132:15 139:11
  153:8 168:15
**things** 19:4 62:25
  72:4 107:17
  121:16,17 122:9
  122:10 150:11,13
  150:14 169:6
  181:17
**think** 31:23 40:23
  43:9 53:24 58:8
  76:2 80:5 86:6
  102:11,12 103:9
  103:10 105:7,8
  106:20,24 107:18
  108:21 109:4
  110:6,12,18
  119:21 135:5
  142:4 143:4 146:1
  159:15 175:22
  182:12 189:1
  192:23 193:2
**thinking** 62:20
  133:17 168:14
**thinner** 54:17,20
**third** 40:16,17,19
  40:21,24
**thirty** 195:13
**thought** 98:3,6
  110:3 160:23
**threatened** 134:8
**three** 1:13 5:15
  36:13 38:1 57:21
  82:16
**threw** 59:4

**throw** 27:16 32:5
  56:21 57:2 125:5
  128:21,22 129:11
  130:4 132:14
  134:8 186:4,20
**thrown** 27:15 32:2
  63:24 132:19
  135:13
**ticket** 17:16 18:13
  19:9 190:20
**Tiguy** 157:6,6,19
  157:19 158:3
**time** 7:6 13:17
  16:12,24 17:7,11
  18:19 20:19 22:17
  23:11 24:5,7
  25:10 26:25 29:20
  30:7,11,18 32:13
  42:16,21 43:15
  44:2,5,11,18 45:2
  45:4 51:25 52:7,9
  52:12,15,18 53:5
  53:7 55:15 57:5
  58:3,13 60:17
  63:18 64:9 66:19
  69:8 74:18,22
  78:25 82:1,11
  86:17 88:12,15
  89:25 91:4 95:13
  95:18 101:1 102:4
  103:18 113:2,14
  118:1 120:10
  122:12,15 126:11
  126:24 127:1
  130:2 133:4,4,18
  133:23 134:2,15
  134:18,21 136:10
  136:13 138:20,23
  139:14,18 142:21
  144:23 145:8
  147:20,22 148:18
  148:19,21,22
  149:2 154:11,14
  156:8 158:6 162:6
  169:13 170:14
  172:3,6 173:8,17
  173:20 174:9

175:9,12 176:16
177:22 178:5
180:6,7 182:16
183:2,15 184:14
185:17 187:19,23
187:24 190:16
191:19,22 192:3
192:15,21 193:11
**times** 20:17 31:3
44:25 51:1 57:4
57:16 60:1,3
76:10,13 84:11,20
84:21 85:16,18,22
87:8,10 90:22,23
90:24 93:3 95:1
95:10,11 102:22
102:24 103:20,22
104:3 120:8 130:7
130:9,11 131:13
131:14,16 141:14
141:15,20 142:20
143:21 145:14,17
145:18 148:14,16
149:4,6,7,8
167:17,19,22,23
167:25 169:18
172:18 174:7
175:19 176:12
179:16,18 186:10
186:13,14,14
**today** 11:15,18,20
11:22,25 12:2,4
16:8 22:11 50:20
118:12 121:25
144:19 153:25
154:6 155:2
171:20 173:24
192:7
**Today's** 7:5
**told** 18:24 19:5
31:23 57:2 60:19
69:2 89:10 94:20
111:6,11 112:5
114:17 115:8,10
115:12 126:16,25
129:10,12 135:11
145:22 153:16

155:3,19 168:18
168:22 171:22
173:25 174:8
176:9 177:5,12
182:16 186:16
191:9
**tomorrow** 192:12
**tomorrow's** 192:4
**topics** 65:1
**totally** 88:8
**touch** 117:24
129:25 186:8,15
186:17
**touching** 56:24
120:18,19 124:24
124:25 126:19,20
127:20 128:4
129:1
**Toussaint** 23:12
25:1,2 114:5
117:10
**town** 115:17,18
116:8,20 117:2
157:22
**training** 52:3
**transcript** 75:25
195:14,15
**transcription** 197:4
**translate** 8:19
111:13
**translated** 8:21
176:25
**translating** 18:18
**translation** 12:17
12:18
**travel** 19:15
**travelled** 17:14
19:17
**tree** 75:2,11,23
76:5
**trees** 75:4,5,10
**tried** 20:20 50:24
51:1,2,8 144:3,7
161:10,25 162:5
164:3,4
**trip** 51:15,24
190:13,15

**trips** 93:22
**trouble** 31:10
121:17
**true** 16:6,10 53:11
76:6 107:15
118:11,12 194:10
**Trumbull** 4:15 5:6
**truth** 10:14,16 12:1
12:4 154:25 194:7
**truthful** 10:25 11:4
11:25
**try** 51:1,10,15
129:3 144:12
162:7,8 165:18,21
165:22,24
**tumbling** 177:16
**tummy** 144:20
**turn** 128:10
**turned** 28:7,9
**TV** 169:5
**Twenty** 3:21
**twice** 20:20 58:12
58:12 148:15
**two** 1:13 38:2 49:3
58:8,10,11,14
65:24 76:17 77:1
77:5 82:17 83:21
92:3 125:20 145:3
145:5 147:17
148:16 163:25
**type** 131:25
**typewriting** 194:9
**typical** 65:24 78:4

———————
**U**
**U.S.A** 1:11,12 4:12
**unbutton** 127:24
127:25
**unbuttoned** 129:20
130:17,18
**unbuttoning** 128:8
**unclear** 11:7
**understand** 10:5
10:13 11:8 16:2
18:21,25 19:1
31:6 47:6 132:18
144:10 153:24

154:2,21,24
160:12 171:22
188:14 191:24
**understanding**
11:10 31:10 47:9
175:18 192:12
**understood** 11:14
89:8 171:19
**undressed** 124:25
**undressing** 126:23
**unemployed**
163:12
**unemployment**
163:8 166:16
**uniform** 64:18,20
64:24 78:17
127:14,16
**uniforms** 78:8,9,10
78:15,16,22 81:12
**United** 1:1 7:11
137:22
**universities** 160:25
161:6
**university** 1:8 5:3
7:25 139:16,19,23
140:3,5,7,11
141:4,8 160:20
173:23 174:2,15
174:21,24 175:4
**unzip** 127:24,25
**unzipped** 129:20
**upcoming** 193:6
**upset** 189:5,9
**use** 9:25 30:9 43:22
43:23 56:10,13
58:18,21 87:25
88:4 150:9
**usually** 143:3
172:21

———————
**V**
**v** 1:6
**vacation** 82:9
85:25
**Vague** 54:6 75:16
86:25
**value** 134:5

**varicose** 179:9
**veins** 179:9
**verbal** 84:2,9
**verifying** 16:5
**versus** 7:10
**victims** 106:18
**video** 7:8
**videographer** 5:20
7:3,5 8:14 9:1
44:1,4 47:11,16
88:11,14 100:25
102:3 136:9,12
154:10,13 172:2,5
173:16,19 175:8
175:11 191:18,21
193:9
**VIDEOTAPED**
1:23 2:1
**Vierge** 22:25 23:6
**village** 22:19 23:21
23:23 24:1,4,6,7,9
24:11,15 25:14,15
25:16,21,22,24
26:6,9,11,14,16
26:18,22 27:1,4,5
27:9,13,19,21
28:4,13,23 29:4,6
29:10,12,18,21
30:12,13,16,19,25
31:5,8,9,16,17,20
31:21 32:3,11,15
33:4 34:11 35:4
36:1 37:7,9 39:14
42:10,14,18 44:10
44:12,12,16,17,20
44:22 45:2,5,7,11
45:11,14,18,18,21
45:23 46:10,13,14
46:19,23 47:4,8
47:20 48:2,12
49:2 51:5 56:5,7
56:14,17,19 57:3
58:21 59:1,2,5,8
59:11,25 60:6,6,9
60:12,16,18,24
61:4,6,7 63:16,19
63:21,25 66:19,20

69:1,4,9,11,17,23
70:2,6,10,14,17
70:21,25 71:4,8
71:11,14,16,18,21
71:23,25 72:3,6,7
72:14,23 73:20
74:19,23,24 75:3
75:6,22 76:11,23
77:16,20 78:20
82:1,4,7,8,12,18
82:22 83:18,23
84:13,18,23 86:20
86:20,23 87:2,5,9
87:12,15,18,22,23
87:24 90:12,17
91:4,8 92:23,25
93:2,7,13,16 94:4
94:7,12,15,20,22
95:23,24 96:1
97:6,24 99:12,13
100:7,12,17,20
106:18 111:10
112:24,25 113:2,3
118:3 120:24
122:3,7 124:6,11
125:6 128:22,23
129:12,13,16
130:5 131:18
132:15,19 134:9
135:2 136:16,22
138:14,24 139:5
139:13,20,24
140:2,18,20,21
155:7,11,13,18,20
156:3 158:10,25
166:12 167:14,18
167:20 171:17
173:4,6,8,10,11
175:19 176:10
177:6,6,8,13,15
178:21,21,25
180:17 183:18
186:5,20 188:10
188:18,20 191:12
**Virgin** 23:6
**visit** 188:18
**visited** 86:13

188:10
**visitors** 188:10
**voice** 14:1 47:13
55:2

---
**W**

**W** 4:4 5:4
**Wadson** 1:23 2:1
6:3,13 7:13 8:5,23
9:18 12:10 197:8
**waist** 179:7
**wait** 146:24,24
**waiving** 9:10
**walk** 37:13,14,16
37:17 38:5,11
39:16,18 41:22,24
42:1 49:20 82:21
116:15 166:1
169:1,13 170:8,9
170:10,13 171:3
184:8,15,18
**walked** 38:8 77:15
77:16 126:15,18
**walking** 37:18
111:21 119:16
123:11 124:18
127:7 147:10
**wall** 26:3,5 72:15
94:19,21,22 95:2
95:10 97:1
**WALSH** 5:14
**WANAT** 4:5
**Wanderson** 32:20
32:21
**want** 8:7 9:7 18:14
18:16 27:21,25
43:23 57:1 88:5,6
88:7 120:21
132:19 154:5
164:5,6 170:7,14
170:22,23 171:1,1
174:18 189:7
**wanted** 26:2 62:22
63:2,3,4 71:3,8,10
71:11 169:24
191:23
**wants** 136:6

**wash** 62:7 77:6
78:14,16,18,18,19
170:4 181:15,16
181:17
**washed** 23:14
167:10
**washing** 25:5
**wasn't** 45:12 97:18
104:5,6,7 119:5
119:22 120:20
131:1,1 133:17
137:16 162:2
164:4 186:17
187:2 189:7
**watch** 169:5 184:16
190:17
**watching** 25:6
**watchman** 25:5
**way** 21:24 25:11
59:2 89:8 124:19
145:23 150:7
**ways** 37:11 173:1
**we'll** 192:18,20
**we're** 9:4,10 73:24
102:6 132:14
152:11 154:20
184:13 185:21
192:15
**we've** 43:20 104:19
**wear** 64:17,20
130:21 150:15
**wearing** 125:24
127:13,14,21
155:24
**Wednesday** 1:24
**Wednesdays** 24:12
**weeds** 83:11
**week** 24:14 92:3
141:18 172:19,21
**weeks** 76:17 77:1,5
92:3 125:20 145:3
145:5
**went** 14:4 28:15,18
29:4 30:21 36:16
39:4 40:6 41:17
48:14 49:11 51:4
51:6 55:1 64:15

64:25 74:19 76:19
79:7 102:13
116:20 120:18
133:22 166:12
178:25 189:2
191:13
**weren't** 82:6 87:23
177:7,15
**whereof** 194:18
**white** 58:25 59:8,17
59:22 188:9,17
**willing** 117:9
**win** 168:12 190:23
**window** 125:11
132:3
**Winson** 157:6,11
157:17
**withdraw** 75:20
**withdrawn** 93:4
**witness** 8:16 12:20
17:25 18:7 43:10
47:12 88:9 117:15
151:19,24 152:18
194:18 195:1
**witness's** 43:1
**woman** 71:23 179:6
**word** 30:10 87:25
88:1,3 144:10
**words** 86:6 94:24
177:17
**work** 23:15,17,20
23:21 24:9,11,12
25:7,9,19 57:25
58:11 76:16 77:4
118:21 143:24
146:4 147:14
163:14 164:3,4
165:9,19,21,23,24
166:7,9,10,13,19
167:4,10,13
170:22 171:2,5
**worked** 23:20
24:14 26:8,25
31:4,7,15,19
67:10,14 72:7
76:23 99:11 100:6
147:17 163:25

167:4,18 180:20
**worker** 166:17
**working** 23:23 24:1
24:4 25:1 27:4,20
32:3 91:3 124:6
124:11 162:13
163:16,19 166:2
180:16 182:25
187:21,25 188:1,4
**wouldn't** 86:18
87:24 89:12 100:5
177:8
**wounded** 52:19,20
**wrestling** 52:21,23
53:1
**write** 10:11 70:11
**written** 94:23 95:1
95:2,9,11 96:21
**wrong** 164:16,19
**wrote** 95:5,13

---
**X**

**X** 6:11
**Xia** 3:4 8:12,12

---
**Y**

**yard** 68:15,16
73:24 75:2,5
81:14 91:18,20
124:12 184:22,23
185:1
**year** 25:16 40:21
40:21,24,24 46:13
48:23,24 50:3,17
58:7,12,15 69:12
85:23 120:25
121:9,22 126:11
126:13 140:22
147:18 159:24,25
159:25,25 160:1,8
161:11,19 162:21
164:1
**years** 33:18 37:1
38:16 48:20
121:19,23 145:20
**yell** 131:11 187:4
187:11,16

Confidential - Subject to Further Confidentiality Review

**yelled** 131:12
**yelling** 186:18,21
  186:24
**yellow** 95:3,7
**yesterday** 17:3
**young** 31:2 36:25
  156:19
**younger** 32:23,24
  34:5,23,24 35:6
  35:18,19,20

---

**Z**

---

**0**

**02108** 3:22 5:16
**02109** 3:7
**06103** 4:16 5:7
**06405** 4:7

---

**1**

**1** 6:13 12:8,9,23
  13:1,4,5 15:8,20
  15:22 16:1,4,6,9
  104:19 121:3
**1:55** 102:4
**10/31/2017** 194:25
**10:16** 44:2
**10:31** 44:5
**100** 3:6 148:15,18
  148:21,24 149:1,9
  149:17,23 150:17
  150:24 192:8
**12** 6:14
**12:02** 88:12
**12:19** 88:15
**12:45** 100:23 101:1
**13** 23:24 24:2 41:17
  41:17,18,20 42:3
  42:7,10,17,22
  43:15 46:16 54:20
  54:23 55:9,10,15
  55:16 56:11 58:18
  58:23 59:6 60:23
  61:6,10,13,15,20
  61:22 62:1,2,5,6,9
  62:10,13,14,16,17
  62:23 63:2,3,6,9

63:11,14 64:1,5,9
64:13,21 65:16,18
65:20,22,25 66:18
66:21,24 67:7,10
67:15,20,23,25
68:6,13,20,23
69:14,22 70:1,5,9
70:13,16,20,24
71:9 90:17 137:25
138:4,8,11,17,21
139:15,19 171:17
**14** 48:17 52:24
  160:2,3
**14th** 160:8,8
  161:11,19
**154** 6:5
**172** 6:6
**173** 6:7
**175** 6:8
**19** 121:2,21
**1992** 10:3

---

**2**

**20** 10:3 197:16
**200** 46:2,9 48:9
**2004** 44:18
**2005** 44:18
**2006** 121:20 122:1
  144:21
**2006/2007** 121:4
**2007** 121:20 122:1
  135:20 144:22
**2008** 45:6
**2009** 45:6
**2015** 1:24 7:6 58:7
  58:8 147:18
  193:10 194:6,20
**203-315-7000** 4:8
**23** 111:10
**242** 5:6
**250** 166:22
**280** 4:15

---

**3**

**3:00** 65:20,22
**3:06** 136:10
**3:13-cv-01132(R...**

**1:2**
**3:13-cv-1225-RNC**
  **1:4**
**3:13-cv-1269-RNC**
  **1:4**
**3:13-cv-1437-RNC**
  **1:5**
**3:13-cv-1480-RNC**
  **1:5**
**3:13-cv-1626-RNC**
  **1:6**
**3:13-cv-1627-RNC**
  **1:6**
**3:13-cv-1628-RNC**
  **1:7**
**3:13-cv-1629-RNC**
  **1:7**
**3:13-cv-1630-RNC**
  **1:8**
**3:13-cv-1631-RNC**
  **1:8**
**3:13-cv-1632-RNC**
  **1:9**
**3:13-cv-1633-RNC**
  **1:9**
**3:13-cv-1634-RNC**
  **1:10**
**3:13-cv-1635-RNC**
  **1:10**
**3:13-cv-1636-RNC**
  **1:11**
**3:13-cv-1637-RNC**
  **1:11**
**3:13-cv-1638-RNC**
  **1:12**
**3:13-cv-1639-RNC**
  **1:12**
**3:13-cv-1640-RNC**
  **1:13**
**3:13-cv-1641-RNC**
  **1:13**
**3:13-cv-1642-RNC**
  **1:14**
**3:13-cv-1644-RNC**
  **1:14**
**3:13-cv-1645-RNC**
  **1:15**

**3:13-cv-1647-RNC**
  **1:15**
**3:13-cv-1648-RNC**
  **1:16**
**3:13-cv-1701-RNC**
  **1:16**
**3:13-cv-1767-RNC**
  **1:17**
**3:13-cv-1768-RNC**
  **1:17**
**3:13-cv-1769-RNC**
  **1:18**
**3:13-cv-1881-RNC**
  **1:18**
**3:13-cv-1904-RNC**
  **1:19**
**3:13-cv-1906-RNC**
  **1:19**
**3:13-cv-1907-RNC**
  **1:20**
**3:32** 136:13
**3:58** 154:11
**30** 7:6 193:10
  195:13
**30th** 1:24 194:5

---

**4**

**4:00** 58:13 82:3
**4:08** 154:14
**4:44** 172:3
**4:45** 172:6
**4:48** 173:17
**4:49** 173:20
**4:52** 175:9,12
**471** 4:6
**473** 2:11 194:2,23

---

**5**

**5** 2:6 147:16
**5,000** 148:22
  149:25 150:3,9
**5:23** 191:19
**5:26** 191:22
**5:28** 193:11
**50** 76:17,25 77:5
**500** 148:19
**547** 2:6

**6**

**60** 9:7
**617-423-0400** 3:23
**617-523-6010** 5:17
**617-523-6250** 3:8
**62002** 3:15
**6th** 194:19

---

**7**

---

**8**

**8:00** 58:13
**830** 5:15
**860-275-0100** 5:8
**860-275-8200** 4:17

---

**9**

**9** 6:4
**9:14** 1:25 7:7

# Exhibit M

Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Civil Action No.
3:13-cv-01132(RNC)

*****************************

GERVIL ST. LOUIS, a/k/a ST.     Consolidated with:
LOUIS GERVIL,                   3:13-cv-1225-RNC
                                3:13-cv-1269-RNC
              Plaintiff,        3:13-cv-1437-RNC
                                3:13-cv-1480-RNC
     v.                         3:13-cv-1626-RNC
                                3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER         3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE     3:13-cv-1629-RNC
E. CARTER; HAITI FUND,          3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;     3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW     3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY     3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.        3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES     3:13-cv-1635-RNC
AND OF MALTA, AMERICAN          3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a      3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN        3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN       3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN     3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;       3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX     3:13-cv-1642-RNC
and JOHN DOE SEVEN,             3:13-cv-1644-RNC
                                3:13-cv-1645-RNC
              Defendants.       3:13-cv-1647-RNC
                                3:13-cv-1648-RNC
                                3:13-cv-1701-RNC
                                3:13-cv-1767-RNC
                                3:13-cv-1768-RNC
                                3:13-cv-1769-RNC
                                3:13-cv-1881-RNC
                                3:13-cv-1904-RNC
                                3:13-cv-1906-RNC
                                3:13-cv-1907-RNC
*****************************
This document applies to:
All of the above referenced cases
And those to be filed
*****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
    VIDEOTAPED DEPOSITION OF JEAN MOISE EMILE

         Wednesday, October 28, 2015
               9:01 a.m.

Confidential - Subject to Further Confidentiality Review

Page 2

```
 1    VIDEOTAPED DEPOSITION OF JEAN MOISE EMILE
 2
 3
      Held At:
 4      Iberostar Costa Dorada
 5      Carretera Luperon Km 4
 6      Marapica, Puerto Plata
 7      Dominican Republic
 8
 9
10    REPORTED BY:
11    Maureen O'Connor Pollard, RMR, CLR, LSR #473
12    Realtime Systems Administrator
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1    APPEARANCES (Continued):
 2
 3    FOR THE DEFENDANT PAUL E. CARRIER, S.J.:
 4      TIMOTHY P. O'NEILL, ESQ.
 5        MURPHY & KING
 6        One Beacon Street, 21st Floor
 7        Boston, Massachusetts 02108
 8        617-423-0400
 9        tpo@murphyking.com
10
11    FOR THE DEFENDANT HOPE E. CARTER:
12      JEFFREY W. KENNEDY, ESQ.
13        MILANO & WANAT LLC
14        471 East Main Street
15        Branford, Connecticut 06405
16        203-315-7000
17        jkennedy@mwllc.us
18
19
20
21
22
23
24
25
```

Page 3

```
 1    APPEARANCES:
 2    FOR THE PLAINTIFF:
 3      LU XIA, ESQ.
 4        LAW OFFICES OF MITCHELL GARABEDIAN
 5        100 State Street, Sixth Floor
 6        Boston, Massachusetts 02109
 7        617-523-6250
 8        lxia@garabedianlaw.com
 9        -and-
10      ELLYN H. HURD, ESQ.
11        SIMMONS HANLY CONROY
12        112 Madison Avenue
13        New York, New York 10016
14        212-784-6400
15        ehurd@simmonsfirm.com
16        -and-
17      G. MICHAEL STEWART, ESQ.
18        SIMMONS HANLY CONROY
19        One Court Street
20        Alton, Illinois 62002
21        mstewart@simmonsfirm.com
22
23
24
25
```

Page 5

```
 1    APPEARANCES (Continued):
 2
 3    FOR THE DEFENDANT ORDER OF MALTA AMERICAN
 4    ASSOCIATION, U.S.A.:
 5      BRADFORD S. BABBITT, ESQ.
 6        ROBINSON & COLE LLP
 7        280 Trumbull Street
 8        Hartford, Connecticut 06103
 9        860-275-8200
10        bbabbitt@rc.com
11
12    FOR THE DEFENDANT FAIRFIELD UNIVERSITY:
13      JOHN W. CERRETA, ESQ.
14        DAY PITNEY LLP
15        242 Trumbull Street
16        Hartford, Connecticut 06103
17        860-275-0100
18        jcerreta@daypitney.com
19
20
21
22
23
24
25
```

2 (Pages 2 to 5)

Confidential - Subject to Further Confidentiality Review

Page 6

1    APPEARANCES (Continued):
2
3    FOR THE DEFENDANT THE SOCIETY OF JESUS OF
4    NEW ENGLAND:
5        REBECCA A. COBBS, ESQ.
6        SLOANE AND WALSH, LLP
7        Three Center Plaza, Suite 830
8        Boston, Massachusetts 02108
9        617-523-6010
10       rcobbs@sloanewalsh.com
11
12
13   Videographer:  Christopher Coughlin
14
15   Interpreter:  Nathalie Coupet
16       Philippe Chamy
17
18   Also Present:
19   Jean Elysée Pierre Louis, Interpreter
20
21
22
23
24
25

Page 7

1        INDEX
2    EXAMINATION            PAGE
3    JEAN MOISE EMILE
4    BY MR. CERRETA         11
5    BY MR. KENNEDY         114
6    BY MR. BABBITT         156
7    BY MR. O'NEILL         165
8    BY MS. COBBS           198
9    BY MR. STEWART         207
10   BY MR. KENNEDY         208
11
12
13       E X H I B I T S
14   NO.    DESCRIPTION        PAGE
15   1    Plaintiff Jean Moise Emile's
          Response to Certain Defendants'
16        First Set of Interrogatories......... 12
17   2    Copy of Jean Moise Emile's Passport...115
18   3    Jean Moise Emile's Visa...............118
19   4    Complaint and Jury Trial Demand......175
20
21
22
23
24
25

Page 8

1        P R O C E E D I N G S
2
3        THE VIDEOGRAPHER:  We are now on the
4    record.  My name is Chris Coughlin, and I'm a
5    videographer for Golkow Technologies.  Today's
6    date is October 28, 2015, and the time is
7    9:01 a.m..
8        This video deposition is being held in
9    Puerto Plata, the Dominican Republic, in the
10   matter of Gervil, St. Louis, Plaintiffs, versus
11   Douglas Perlitz et al, Defendants, in the
12   United States District Court for the District of
13   Connecticut, Civil Action Number
14   3:13-cv-01132-RNC.
15       The deponent is Jean Louis Emile.
16       Will counsel please identify
17   yourselves for the record.
18       MR. CERRETA:  Good morning.  John
19   Cerreta for Fairfield University.
20       MR. O'NEILL:  Timothy O'Neill
21   representing Paul Carrier.
22       MR. BABBITT:  Bradford Babbitt, I
23   represent the American Association of the Order
24   of Malta.
25       MR. KENNEDY:  Good morning.  I'm Jeff

Page 9

1    Kennedy, I represent Hope Carter.
2        MS. COBBS:  Good morning.  I'm Rebecca
3    Cobbs, I represent the Society of Jesus of
4    New England.
5        MS. XIA:  Good morning.  Lu Xia
6    representing the Plaintiffs.
7        MR. STEWART:  Mike Stewart on behalf
8    of the Plaintiffs.
9        MS. HURD:  Ellyn Hurd for the
10   Plaintiffs.
11       THE VIDEOGRAPHER:  The court reporter
12   is Maureen Pollard, and she will now swear in
13   the witness and the interpreter.
14
15       NATHALIE COUPET, Translator,
16   having been duly sworn to translate the
17   questions and the answers to the best of her
18   ability, translated as follows:
19
20       JEAN MOISE EMILE,
21   having been first duly sworn, was examined and
22   testified as follows through the interpreter:
23       MR. CERRETA:  Mike, before we begin,
24   in prior depositions we agreed that all
25   objections except as to form will be reserved to

3 (Pages 6 to 9)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 10

1    the time of trial, motions to strike will be
2    reserved until the time of trial. Also I think
3    that the Plaintiff will have 60 days to read and
4    sign.
5         Is all of that agreeable?
6         MR. STEWART: Agreed.
7         I understood there was some dispute
8    last time about what constitutes a speaking
9    objection. If I were to say "objection, vague,"
10   I believe there was some feeling that that was a
11   speaking objection. Do I have a
12   misunderstanding as to that?
13        MR. CERRETA: I don't think that was
14   my --
15        MR. STEWART: How about this. Are we
16   in agreement that if I say objection, I'm
17   preserving my objection and I don't have to --
18        MR. CERRETA: Yes, I think that's
19   fine.
20        MR. STEWART: Okay. Fair enough.
21   We'll just proceed that way then.
22        You said objection for one is good for
23   all, correct?
24        MR. CERRETA: Yes, I don't think I
25   said that. That has been the prior stipulation,

Page 11

1    too.
2         MR. STEWART: Thank you.
3         EXAMINATION
4    BY MR. CERRETA:
5         Q. Good morning, Mr. Emile. Would you
6    state your name for the record?
7         A. Jean Moise Emile.
8         Q. And what is your date of birth?
9         A. June 1, 1989.
10        Q. Do you understand that you just took
11   an oath to tell the truth at today's deposition?
12        A. Yes.
13        Q. Are you taking any medication today
14   that would prevent you from telling the truth at
15   today's deposition?
16        A. No.
17        Q. Are you taking any drugs that would
18   prevent you from testifying accurately at
19   today's deposition?
20        A. No.
21        Q. Do you speak any English, Mr. Emile?
22        A. No.
23        Q. Do you understand any English when
24   it's spoken?
25        A. No.

Page 12

1         Q. How about Creole, do you speak Haitian
2    Creole?
3         A. Yes.
4         Q. Are you able to read Creole?
5         A. No.
6         Q. Are you able to write any Creole?
7         A. No.
8         Q. I'm going to hand to you what's been
9    marked as Exhibit 1.
10        (Whereupon, Emile Exhibit Number 1,
11        Plaintiff Jean Moise Emile's Response
12        to Certain Defendants' First Set of
13        Interrogatories, was marked for
14        identification.)
15   BY MR. CERRETA:
16        Q. Do you recognize this document?
17        A. Yes.
18        Q. What is this document?
19        A. This document, these are the questions
20   I -- they asked me on the paper so I could
21   answer them.
22        Q. Do you remember receiving some written
23   questions from the Defendants in this lawsuit?
24        A. Yes.
25        Q. And did you then provide answers to

Page 13

1    those written questions?
2         A. Yes.
3         Q. If you wouldn't mind just flipping to
4    about halfway through, the English stops and a
5    Haitian version, a Haitian Creole version picks
6    up.
7         MR. CERRETA: If you wouldn't mind
8    just flipping for him.
9         A. Yes.
10        Q. Have you ever seen this Haitian Creole
11   version of this document?
12        A. I believe so.
13        Q. Are you able to read, say, the first
14   sentence of the Creole version of the document?
15        A. No.
16        Q. Did someone read those questions to
17   you?
18        A. Yes, my interpreters.
19        Q. Did you then provide your answers to
20   those questions?
21        A. Yes, I had a Bic in my hand and I was
22   correcting it, a pen Bic.
23        Q. So you were able to make changes to a
24   written document to make sure all of the answers
25   were accurate?

4 (Pages 10 to 13)

Confidential - Subject to Further Confidentiality Review

Page 14

1    A.  I believe so.
2    Q.  If you wouldn't mind just flipping to
3  the very last page of the exhibit.  Is that your
4  name written on the page?
5    A.  I believe so.
6    Q.  Did you write your name on that page?
7    A.  I believe so.
8    Q.  And is that your signature?
9    A.  Yes.
10    Q.  And do you understand that when you
11  gave that signature you were saying that all of
12  your answers to the Defendants' written
13  questions were truthful and accurate?
14       MR. STEWART:  Objection.
15    A.  I believe so.
16  BY MR. CERRETA:
17    Q.  Where were you when you reviewed and
18  signed the answers to the Defendants'
19  interrogatories?
20    A.  At the hotel.
21    Q.  And you said that there was an
22  interpreter present with you, is that right?
23    A.  Yes.
24    Q.  Was there anyone else present?
25    A.  My lawyer.

Page 15

1    Q.  Do you remember that lawyer's name?
2       MR. STEWART:  Objection.
3    A.  No.
4  BY MR. CERRETA:
5    Q.  Was it just one lawyer present?
6       MR. STEWART:  Objection.
7    A.  Yes, and one interpreter.
8  BY MR. CERRETA:
9    Q.  Was anyone else present with you?
10    A.  I believe so.
11    Q.  Do you believe that there were others
12  with you when you signed the deposition -- I'm
13  sorry, when you signed your answers to the
14  interrogatories?
15    A.  My lawyers and the interpreter.
16    Q.  Was there anyone else besides your
17  lawyers and your interpreter present?
18    A.  I believe so.
19    Q.  Who else was present?
20    A.  Cyrus.
21    Q.  Cyrus Sibert?
22    A.  Yes.
23    Q.  Was he in the room with you when you
24  went over these --
25       MR. STEWART:  Objection.

Page 16

1  BY MR. CERRETA:
2    Q.  -- answers to interrogatories?
3    A.  No.
4    Q.  Where was he when you were going
5  through the answers to the interrogatories?
6       MR. STEWART:  Objection.
7    A.  He was sitting in another area.
8  BY MR. CERRETA:
9    Q.  On the signature it says that you
10  signed the document on September 20, 2014, is
11  that correct?
12       THE INTERPRETER:  2015?
13       MR. CERRETA:  September 20, 2014.
14    A.  I believe so.
15    Q.  Would you mind just flipping back to
16  the last page?  Is that your handwriting there,
17  the number 20?
18    A.  I believe so.
19    Q.  And when you signed this document,
20  were all of your answers truthful and accurate?
21       MR. STEWART:  Objection.
22    A.  I believe so.
23  BY MR. CERRETA:
24    Q.  You don't have any reason to believe
25  that there was anything untruthful or inaccurate

Page 17

1  about them, do you?
2       MR. STEWART:  Objection.
3    A.  I believe so.
4  BY MR. CERRETA:
5    Q.  You believe all your answers were
6  truthful and accurate, right?
7    A.  I believe so.
8    Q.  Mr. Emile, did you look at any
9  documents to prepare for today's deposition?
10    A.  No.
11    Q.  Did you review your answers, your
12  prior answers to the interrogatories to get
13  ready for today's deposition?
14       MR. STEWART:  I'm going to object and
15  instruct him not to answer to the extent that it
16  invades attorney/client privileges as to what he
17  and his attorneys discussed in preparation.
18  You've asked if he reviewed, he said yes, I
19  think that's sufficient, so I'm going to
20  instruct him not to answer as to specifically
21  what he discussed with his lawyers.
22       Don't answer.
23       He actually said he did not look at
24  the documents prior to coming here today.  But
25  same objection, same instruction.

5 (Pages 14 to 17)

Confidential - Subject to Further Confidentiality Review

Page 18

1        A.  Okay.
2    BY MR. CERRETA:
3        Q.  Did you watch any videos to get ready
4    for today's deposition?
5            MR. STEWART:  Same objection.  You
6    cannot answer that.
7    BY MR. CERRETA:
8        Q.  Did you look at any photographs to
9    prepare for today's deposition?
10           THE INTERPRETER:  Same objection.
11   BY MR. CERRETA:
12       Q.  Did anyone translate any documents for
13   you to get ready for today's deposition?
14           MR. STEWART:  Same objection.
15           MR. CERRETA:  So just so the record is
16   clear, your position is that any videos he may
17   have watched, or photographs he may have looked
18   at, or documents that he may have read or had
19   translated to him are all protected by the
20   attorney/client privilege?
21           MR. STEWART:  My objection is that
22   you're asking him about conversations he had
23   with his attorneys, and you're asking him to
24   disclose the content of those discussions to
25   prepare for.  You've asked if he met.  You can

Page 19

1    ask did he meet, but to go into what did he
2    discuss with us, how did he prepare, I don't
3    think is appropriate.
4            MR. CERRETA:  I think --
5            MR. STEWART:  I'm sorry, sir.
6            MR. CERRETA:  I think I just asked
7    just if he had watched any videos or read any
8    documents.
9            MR. STEWART:  I think it's a fine hair
10   that you're -- respectfully, that you're
11   splitting, sir, because you're asking him what
12   did he do with us, and I think that's
13   privileged.  If it's not --
14           MR. CERRETA:  I guess we just have a
15   difference of opinion.  That's fine.
16           MR. STEWART:  Yes, sir.  Thank you.
17   BY MR. CERRETA:
18       Q.  Did you speak with anyone other than
19   your attorneys to get ready for today's
20   deposition?
21       A.  No.
22       Q.  Do you have any documents relating to
23   your time as a student at PPT?
24       A.  No.
25       Q.  Are you married, Mr. Emile?

Page 20

1        A.  No.
2        Q.  Have you ever been married?
3        A.  No.
4        Q.  Are you currently in a relationship?
5        A.  No.
6        Q.  Do you have any children?
7        A.  No.
8        Q.  Where do you live today?
9        A.  I'm at the hotel.
10       Q.  Where is your permanent address in
11   Haiti?
12       A.  Blue Hills, Ruelle Street Posé.
13       Q.  Is there a street address for the
14   house?
15       A.  No.
16       Q.  Is that a house that you live in?
17       A.  Yes.
18       Q.  Does anyone live there with you?
19       A.  Yes.
20       Q.  Who lives there with you?
21       A.  My family.
22       Q.  What are the names of the family
23   members who live with you?
24       A.  My Aunt Marthe.
25       Q.  Anyone else besides your Aunt Marthe?

Page 21

1        A.  Yes, my family.
2        Q.  What are their names?
3        A.  One is called Jerry, there's Patrick,
4    and Carlene.
5        Q.  Anyone else besides your Aunt Marthe,
6    Jerry, Patrick, and Carlene live at that house
7    with you?
8        A.  Friends.
9        Q.  What are the names of those friends?
10       A.  I don't know their names.
11       Q.  But they live with you?
12       A.  Yes.  They've just started living at
13   the house, but I don't know their names.
14       Q.  When did they move in?
15       A.  Last month.
16       Q.  How big is the house?
17       A.  No.
18       Q.  How many rooms are there in the house?
19       A.  Two bedrooms.
20       Q.  Do you share a bedroom with anyone?
21       A.  Yes.
22       Q.  Who do you share a bedroom with?
23       A.  Patrick.
24       Q.  How is Patrick related to you?
25       A.  My family.

6 (Pages 18 to 21)

Confidential - Subject to Further Confidentiality Review

Page 22

1     Q.  What's the nature of your familial
2  relationship with Patrick?
3     A.  Family.
4     Q.  Is he a brother of yours?
5     A.  No.  Family.
6     Q.  Is he a cousin of yours?
7     A.  Family.
8     Q.  Is he a child of your Aunt Marthe?
9     A.  No.
10     Q.  So how is he related to you?
11     A.  My family, other people.
12     Q.  Patrick is not your brother, right?
13     MR. STEWART:  Objection.
14     A.  No.
15  BY MR. CERRETA:
16     Q.  So who is Patrick's mother?
17     A.  Frances.
18     Q.  Is Frances related to you?
19     A.  Yes.
20     Q.  Is Patrick a cousin of yours?
21     MR. STEWART:  Objection.
22     A.  Yes.
23  BY MR. CERRETA:
24     Q.  How about Jerry; you're related to
25  Jerry you said?

Page 23

1     A.  Yes.
2     Q.  Is Jerry also a cousin of yours?
3     THE INTERPRETER:  Can you repeat the
4  question, please?
5     Q.  Is Jerry also a cousin of yours?
6     A.  Yes.
7     Q.  Is Carlene a cousin of yours?
8     A.  Yes.
9     Q.  How long have you been living with
10  your Aunt Marthe at the house in Blue Hills?
11     A.  For -- it's been four years now.
12     Q.  Where did you live before you moved to
13  your current address in Blue Hills?
14     A.  Kiteyo.
15     Where I was living?
16     Q.  Yes.  Where were you living before you
17  moved to the house that you currently live in in
18  Blue Hills?
19     A.  Kiteyo.
20     Q.  And you say you moved out of that
21  house in Kiteyo four years ago?
22     A.  Yes.
23     Q.  How long were you in the house in
24  Kiteyo?
25     A.  Three years.

Page 24

1     Q.  Did anyone live with you at the house
2  in Kiteyo?
3     A.  The same people I just mentioned.
4     Q.  Is Kiteyo also in Blue Hills?
5     A.  No.
6     Q.  Before the house in Kiteyo, where did
7  you live?
8     A.  I went -- I came to Blue Hills.
9     Q.  Did you live at a different house in
10  Blue Hills, not the one at Ruelle Posé?
11     A.  No, that house in Posé Street, Ruelle
12  Posé.
13     Q.  You had lived there earlier, a
14  previous time?
15     A.  No.  I was at Kiteyo before, and then
16  I went to the house in Blue Hills.
17     Q.  When you were first born, where were
18  you living?
19     MR. STEWART:  Objection.
20     A.  Kiteyo.
21  BY MR. CERRETA:
22     Q.  And were you living there with your
23  parents as a child?
24     A.  Yes.  And after that I went to my
25  family.

Page 25

1     Q.  After that, you went to live with your
2  Aunt Marthe?
3     A.  Yes.
4     Q.  How old were you when you went to live
5  with your Aunt Marthe?
6     A.  I don't know.
7     Q.  What are your parents -- what were the
8  names of your parents?
9     A.  Medeline Bruno and Pierre Jérémie.
10     Q.  And when you were a child, did you
11  live in Blue Hills with both of your parents?
12     A.  Yes.
13     Q.  Are both of your parents still living?
14     A.  My mother is still here, but my father
15  passed away.
16     Q.  When did your father pass away?
17     A.  I don't remember.  I don't know.
18     Q.  Were you a young child when your
19  father passed away?
20     A.  Yes.
21     Q.  Was it before or after you started
22  going to PPT?
23     A.  He died before I went.
24     Q.  Do you have any memory of your father?
25     MR. STEWART:  Objection.

7 (Pages 22 to 25)

Confidential - Subject to Further Confidentiality Review

Page 26

```
1      A.  No.
2   BY MR. CERRETA:
3      Q.  Before he passed away, did he work?
4         MR. STEWART:  Objection.
5      A.  No.
6   BY MR. CERRETA:
7      Q.  How about your mother, did she work
8   when you were a young child?
9         MR. STEWART:  Objection.
10     A.  No.
11  BY MR. CERRETA:
12     Q.  Do you have any brothers and sisters?
13     A.  Yes.
14     Q.  What are their names?
15     A.  I have Samuel Pierre, Alexis Ninelson,
16  and Fredelin Emile.
17     Q.  And did they all live with you and
18  your parents when you were young?
19     A.  No.
20     Q.  When you were a small child living
21  with your parents, did any of your siblings live
22  with you?
23        MR. STEWART:  Objection.
24     A.  Just Alexis Ninelson.
25  BY MR. CERRETA:
```

Page 27

```
1      Q.  Not Fredelin?
2      A.  No.
3      Q.  Is he a younger sibling of yours?
4      A.  Yes.
5      Q.  When you stopped living with your
6   parents and moved to live with your aunt, do you
7   remember how old you were?
8      A.  No.
9      Q.  Was it before or after you started
10  going to PPT?
11     A.  It's after.
12     Q.  Why did you leave your parents' house
13  and move in with your aunt?
14        MR. STEWART:  Objection.
15     A.  Because he told me to come to stay
16  with them instead.
17  BY MR. CERRETA:
18     Q.  Was your father alive when you moved
19  to your aunt's house?
20     A.  No, he had passed away.
21     Q.  Does your -- when you moved to your
22  aunt's, was your mother still living close by?
23     A.  No.
24     Q.  Did you still see your mother
25  regularly after you moved to your aunt's house?
```

Page 28

```
1      A.  No.
2      Q.  Do you see your mother regularly now?
3      A.  No.
4      Q.  When was the last time you spoke with
5   your mother?
6      A.  Last month.
7      Q.  When you were living with your aunt,
8   did your aunt -- I'm sorry.  Strike that.
9         Does your aunt work?
10     A.  No.
11     Q.  Is your aunt married?
12     A.  No.
13     Q.  When you were living -- back when you
14  were living with your mother, did your mother
15  have any income to support the family?
16     A.  No.
17     Q.  Was your mother able to provide food
18  and other necessities for the family?
19     A.  No. No.
20     Q.  So how were you able to get food to
21  eat?
22     A.  So I used to ask my friends who used
23  to give me.
24     Q.  How about after you moved in with your
25  aunt, was your aunt able to provide food and
```

Page 29

```
1   other necessities for you and the other children
2   living there?
3      A.  No.
4      Q.  Have you ever lived anywhere else,
5   other than the house where you lived with your
6   parents as a small child or the residences that
7   you've lived in with your aunt?
8      A.  No.
9      Q.  Has there ever been a time in your
10  life that you've lived on the streets?
11     A.  Yes.
12     Q.  And when was that?
13     A.  I was at my house, then every morning
14  I went to the city to go to the center.
15     Q.  Was this when you were a child?
16     A.  The way I am now.
17     Q.  So you were an adult?
18     A.  No.
19     Q.  When you say the center, are you
20  referring to a center affiliated with PPT?
21     A.  Yes.
22     Q.  Has there ever been a time in your
23  life when you have not had a place to sleep at
24  night?
25        MR. STEWART:  Objection.
```

8 (Pages 26 to 29)

Confidential - Subject to Further Confidentiality Review

Page 30

1     A.  Yes.
2   BY MR. CERRETA:
3     Q.  How old were you when you would not
4   have a place to sleep at night?
5     A.  I don't know.
6     Q.  Was it before or after you started
7   going to PPT?
8     A.  Before I started going.
9     Q.  Do you know if it was before or after
10  you left your parents' house to go live with
11  your aunt?
12    A.  Before.
13    Q.  Why did you have to -- why did you not
14  have a place to stay during that time?
15    A.  I was in my aunt's house, and I had no
16  place to go to school, so I went to the center.
17    Q.  Has there ever been a time in your
18  life when you had to sleep out on the streets?
19    A.  No.
20    Q.  So at night you've always been able to
21  go back to a house to sleep?
22    A.  Yes.
23    Q.  You earlier mentioned that one of your
24  brothers is named Emile Fredelin.  Do I have
25  that right?

Page 31

1        THE INTERPRETER:  Fredelin Emile.
2     Q.  Fredelin Emile?
3     A.  Yes.
4     Q.  Where does he live presently?
5        MR. STEWART:  Objection.
6     A.  In a place called Champin.
7        THE INTERPRETER:  C-H-A-M-P-A-I-N.
8     Q.  Is Champin part of Cap-Haïtien?
9     A.  Yes.
10    Q.  How far is Champin from the Blue Hills
11  area?
12    A.  Quite a distance.
13    Q.  Does your brother Fredelin have a job?
14    A.  No.
15    Q.  How often do you see your brother?
16    A.  Last month.
17    Q.  You have another brother, Samuel, is
18  that correct?
19    A.  Yes.
20    Q.  Where does Samuel live?
21    A.  Champin.
22    Q.  Does he live with Fredelin in Champin?
23        THE INTERPRETER:  Can you repeat the
24  question?
25    Q.  Do he and Fredelin share a residence

Page 32

1   in Champin?
2     A.  No.
3     Q.  Does Samuel have a job?
4     A.  No.
5     Q.  I'm sorry, would you remind me of the
6   names of your other siblings?
7        MR. STEWART:  Objection.
8     A.  Alexis Ninelson, yes.
9   BY MR. CERRETA:
10    Q.  Alexis Ninelson, is that one person?
11    A.  Yes.  He's my brother.
12    Q.  Where does he live?
13    A.  Champin.
14    Q.  And is he working?
15    A.  No.
16    Q.  Do you have a sister?
17    A.  Yes.
18    Q.  And does she have a job?
19    A.  No.
20    Q.  How old is your sister?
21    A.  I don't know.
22    Q.  Did any of your other siblings go to
23  PPT?
24    A.  No.
25    Q.  Are you currently employed?

Page 33

1     A.  No.
2     Q.  Have you ever been employed?
3     A.  No.
4     Q.  Have you ever received any wages for
5   work?
6     A.  No.
7     Q.  Have you ever done any mason work?
8     A.  No.
9     Q.  Have you ever washed cars for money?
10    A.  Yes.
11    Q.  How often do you wash cars for money?
12    A.  Twice.
13    Q.  Only twice?
14    A.  Yes.
15    Q.  When was that?
16    A.  Last month.
17    Q.  How much money do you receive for
18  washing cars?
19    A.  $20.
20    Q.  Is that 20 Haitian dollars?
21    A.  Yes.
22    Q.  Besides washing cars, have you ever
23  had any other source of income?
24    A.  No.
25    Q.  Are you currently looking for work?

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 34

```
 1      A.  No.
 2      Q.  How are you able to support yourself
 3  and have the food and other necessities?
 4      A.  I ask my friends.  I don't find, I
 5  don't have.
 6      Q.  You ask your friends for money?
 7      A.  Yes, and food.
 8      Q.  What are the names of the friends that
 9  you ask for money and food?
10      A.  I don't know.
11      Q.  Have you ever worked as a boatman or a
12  ferry operator?
13      A.  Like a little wooden boat?
14      Q.  Any boat.
15      A.  Yes.
16      Q.  Did you receive money for that work?
17      A.  Yes, every person, two gourdes per
18  person.
19      Q.  When was the last time you worked
20  operating the little boat?
21      A.  Last month.
22      Q.  And where do you do this work?
23      A.  Blue Hills.
24      Q.  And is it kind of like a water taxi?
25      A.  Yes.
```

Page 35

```
 1      Q.  Do you own the boat?
 2      A.  No.
 3      Q.  Who owns the boat?
 4      A.  My friend.
 5      Q.  Does your friend let you use it?
 6      A.  Yes, when he drives it, and then he
 7  gets tired so he lets me do it.
 8      Q.  How often does he let you operate the
 9  boat?
10      A.  Every time he's tired.
11      Q.  How often is that?
12      A.  Four times.
13      Q.  Four times total?
14      A.  Yes.
15      Q.  And are you -- were you able to keep
16  all of the fares that you received from people
17  those four times?
18      A.  No.  I gave it to him.
19      Q.  Were you able to keep any of it for
20  yourself?
21      A.  He gave me.
22      Q.  He gave you a portion?
23      A.  Yes.
24      Q.  Besides the water taxi and washing
25  cars, do you have any other means of income from
```

Page 36

```
 1  work?
 2      A.  No.
 3      Q.  Have you ever received any money from
 4  Cyrus Sibert?
 5      A.  Yes.  Sometimes I have needs, and I
 6  just show up and he gives me a little bit of
 7  money.
 8      Q.  How much money have you received from
 9  Cyrus Sibert?
10      A.  $100.
11      Q.  100 US dollars?
12      A.  Haitian.
13      Q.  You say sometimes you'll show up when
14  you have needs and ask Cyrus for money?
15      A.  Yes.
16      Q.  How many times have you asked Cyrus
17  for money?
18      A.  Well, during four times.
19      Q.  How much money did you receive from
20  Cyrus the first time you asked him for money?
21      A.  $100.
22      Q.  100 Haitian dollars, or US dollars?
23      A.  Haitian.
24      Q.  When was that, the first time you
25  received money from Cyrus?
```

Page 37

```
 1      A.  Last month.
 2      Q.  The first time you received money from
 3  Cyrus was last month?
 4      A.  After.
 5      Q.  Is it your testimony there have been
 6  four total occasions in which Cyrus Sibert has
 7  given you money?
 8      A.  Yes.
 9      Q.  And when was the first time that he
10  gave you money?
11      A.  I don't recall.
12      Q.  Was it before or after you brought
13  this lawsuit against the Defendants?
14      A.  Before.
15      Q.  When did you first meet Cyrus Sibert?
16      A.  When I went to see him, I went to the
17  city, I went -- arrived at the city, I needed to
18  see him.  I gave him his -- my phone number, he
19  took my name.  That was the time.
20      MR. CERRETA:  We've been going for a
21  little while.  Why don't we take a little break,
22  and we'll pick back up.
23      MR. STEWART:  Thank you.
24      THE VIDEOGRAPHER:  Going off the
25  record.  The time is 9:59.
```

10 (Pages 34 to 37)

Confidential - Subject to Further Confidentiality Review

Page 38

1      (Whereupon, a recess was taken.)
2      THE VIDEOGRAPHER:  Back on the record.
3  The time is 10:15.
4  BY MR. CERRETA:
5      Q.  Mr. Emile, your siblings, Samuel
6  Pierre, Alexis Ninelson Pierre, and Fredelin
7  Pierre, are they half siblings of yours?
8      THE INTERPRETER:  Can you repeat the
9  names slower, please?
10      MR. CERRETA:  Sure.  Do you have the
11  realtime?  It should be right there.
12      A.  They are my brothers and sisters.
13  BY MR. CERRETA:
14      Q.  Do they have a different father than
15  you?
16      A.  Same father.
17      Q.  And same mother?
18      A.  Yes.
19      Q.  Before the break you were describing
20  the first time you met Cyrus Sibert.  When was
21  that?
22      A.  It's when I went to the city, when I
23  went down to the city.
24      Q.  The City of Cap-Haïtien?
25      A.  Yes.

Page 39

1      Q.  Why did you go to see Cyrus Sibert?
2      A.  I went to see Cyrus, I went where he
3  was for a -- to explain to him something that
4  happened to me.
5      Q.  What made you want to go see Cyrus to
6  explain this to him?
7      A.  Well, there was -- I went to see him
8  because there was a white person who was taking
9  care of me, and he chose to abuse me, so I went
10  to see him so he could make me -- help me find
11  someone who could help me get justice.
12      Q.  How did you know that Cyrus Sibert
13  would be able to help you find justice?
14      A.  Well, I used to hear people talk about
15  him, so I just went to him.
16      Q.  What did they say about him?
17      A.  He's a lawyer.
18      Q.  Cyrus Sibert?
19      A.  Yes.
20      Q.  Who told you Cyrus Sibert was a
21  lawyer?
22      A.  I've heard people talk about him.
23      Q.  When did you go to see Cyrus Sibert?
24      MR. STEWART:  Objection.  Asked and
25  answered.

Page 40

1      You can answer if you know.
2      A.  When I went down to the city.
3  BY MR. CERRETA:
4      Q.  What year was this?
5      A.  I don't know.
6      Q.  Was it before or after the earthquake
7  in Haiti in 2010?
8      A.  Before the earthquake.
9      Q.  Did you know that a prior group of
10  Plaintiffs filed suit against the Defendants and
11  received money?
12      MR. STEWART:  Objection.
13  BY MR. CERRETA:
14      Q.  I'm sorry, why don't I try to rephrase
15  just to make the question a little clearer.
16      Did you know that a prior group of
17  former students at PPT brought a case in court
18  against the Defendants and received money?
19      A.  Yes, I knew.  But after that I went to
20  see Cyrus so I could find my justice.
21      Q.  So the first time you went to see
22  Cyrus in the center of the city, was that after
23  that prior group of former students --
24      MR. STEWART:  Objection.
25  BY MR. CERRETA:

Page 41

1      Q.  -- received money?
2      MR. STEWART:  Objection.  I don't know
3  -- I just -- I'd tell him not to talk.  I don't
4  know what he was getting ready to say but he was
5  pointing to us, so I would tell him not to share
6  any conversations he had with his attorneys.
7      A.  Okay.
8  BY MR. CERRETA:
9      Q.  I don't want to hear -- you can answer
10  my question.  My question is not calling for you
11  to reveal any discussions with your attorneys.
12      My question was just, the first time
13  you went to see Cyrus Sibert, was that before or
14  after the other students had received money?
15      MR. STEWART:  Objection.
16      A.  Can you repeat the question, please?
17      MR. STEWART:  The before or after I
18  think is throwing him off.  I think it's
19  confusing him.
20      MR. CERRETA:  Okay.  Thank you.
21      MR. STEWART:  It's just not a -- I
22  don't think it's a phrase that is used, so I
23  think it's tripping him up what you're asking
24  him.  I think that's --
25      MR. CERRETA:  I'll try to rephrase it.

11 (Pages 38 to 41)

Confidential - Subject to Further Confidentiality Review

Page 42

1       MR. STEWART: I know, I'm telling you
2   what I think, which is probably worth very
3   little.
4       MR. CERRETA: I appreciate it. Thank
5   you.
6   BY MR. CERRETA:
7       Q. The first time you went to see Cyrus
8   Sibert, was that after the other students had
9   received money for their case?
10      MR. STEWART: Objection.
11      A. Before. Before.
12  BY MR. CERRETA:
13      Q. So why -- what made you want to go
14  talk to Cyrus Sibert at that time?
15      A. It's a white person who accused me --
16  who abused me, and so I went to see Cyrus so he
17  could get me my justice, could get me someone
18  who could give me my justice.
19      Q. Did you have -- that first time when
20  you went to see Cyrus, were you able to see him
21  and speak with him?
22      A. Yes.
23      MR. STEWART: Hold on. Just one
24  correction for the record. At line 36.02, it
25  says it is a white person who accused me, and

Page 43

1   then she corrects and says --
2       THE INTERPRETER: I didn't correct.
3   He corrected himself. I'm saying exactly what
4   he said.
5       MR. STEWART: That's fine. We're just
6   trying to make sure. I apologize, sir, please.
7       MR. CERRETA: No problem.
8   BY MR. CERRETA:
9       Q. So what did you tell Cyrus the first
10  time you went to see him?
11      A. I told Cyrus that I was in this place,
12  there was a white person who was taking care of
13  us, and he chose to abuse us, he abused us.
14      Q. Was that white person Douglas Perlitz?
15      A. Yes.
16      Q. Did you tell Cyrus that?
17      A. Yes.
18      Q. Before you told Cyrus, had you ever
19  told anyone else about Douglas Perlitz abusing
20  you?
21      A. No.
22      Q. What did Cyrus say to you?
23      A. He took my name, took my phone number,
24  and he said he would call me.
25      Q. And did he then call you?

Page 44

1       A. No, a lawyer called me.
2       Q. What was that lawyer's name?
3       A. Mitch.
4       Q. How long after this meeting was the
5   first time that you received money from Cyrus
6   Sibert?
7       A. I don't know.
8       Q. The first time you received money, was
9   that before the time you went to the hotel to
10  review and sign your interrogatories?
11      A. No, no.
12      Q. It was after you had signed the
13  interrogatories?
14      MR. STEWART: Objection. Object to
15  the form of the question.
16      A. No.
17  BY MR. CERRETA:
18      Q. Was the first time that you received
19  money from Cyrus Sibert after you had already
20  signed your answers to interrogatories?
21      MR. STEWART: Objection.
22      A. No.
23  BY MR. CERRETA:
24      Q. Earlier today you described how you
25  went to a hotel, you had a meeting, and then you

Page 45

1   signed the answers to the interrogatories,
2   right?
3       A. Yes.
4       Q. At the time of that meeting, had you
5   received any money already from Cyrus Sibert?
6       A. After.
7       Q. So the first time you received money
8   from Cyrus Sibert was after that occasion when
9   you went to the hotel and signed your answers to
10  the interrogatories, correct?
11      A. Yes.
12      Q. So did you go to see Cyrus Sibert that
13  first time you received money from him?
14      MR. STEWART: Object.
15      A. No.
16  BY MR. CERRETA:
17      Q. Did you ask Cyrus Sibert for the
18  money?
19      A. No.
20      Q. How did you come to receive the 100
21  Haitian dollars from Cyrus Sibert the first time
22  he gave you money?
23      A. Well, I'm in poverty, so he gave me a
24  little bit of change.
25      Q. Did you go to see him to ask him for

12 (Pages 42 to 45)

Confidential - Subject to Further Confidentiality Review

Page 46

1  that?
2      A.  To ask for money?
3      Q.  Yes.
4      A.  Yeah, because I live in poverty, I owe
5  money to people, give me a little bit of money
6  so I can organize myself.
7      Q.  The second time you received money
8  from Cyrus Sibert, how much did he give you?
9      A.  $100.
10     Q.  100 Haitian dollars?
11     A.  Yes.
12     Q.  And the third time you received money
13  from Cyrus Sibert, how much money did he give
14  you?
15     A.  $100.
16     Q.  100 Haitian dollars?
17     A.  Yes.
18     Q.  And the fourth time you received money
19  from Cyrus Sibert, how much did he give you?
20     A.  $100.
21     Q.  100 Haitian dollars?
22     A.  Yes.
23     Q.  Have you received any other money from
24  Cyrus Sibert?
25     A.  No.

Page 47

1      Q.  What did you do with the money that
2  Cyrus gave you?
3      A.  Well, I'm in poverty, so sometimes I
4  need to buy something, I bought it.
5      Q.  When Cyrus gave you this money, did
6  you agree to pay him back at some future time?
7      A.  When he gave me the money, did he
8  agree for me to repay him?
9      Q.  Yes.  Do you have an agreement with
10  Cyrus Sibert to repay him the money he has given
11  you at some future time?
12     A.  No. No.
13     Q.  If you receive money in this case,
14  will you be giving some of your money to Cyrus
15  Sibert?
16         MR. STEWART:  Objection.
17     A.  No.
18  BY MR. CERRETA:
19     Q.  Did you travel with Cyrus Sibert from
20  the Dominican Republic to here -- excuse me,
21  from Haiti to the Dominican Republic?  I'm
22  sorry.
23     A.  No.
24     Q.  Who did you travel with when you came
25  from Haiti to the Dominican Republic?

Page 48

1      A.  My interpreters.
2      Q.  What were their names?
3      A.  What's your name?
4      Q.  Just for the record, this gentleman
5  here?
6         MR. STEWART:  Elysée.
7      A.  Mr. Elysée.
8  BY MR. CERRETA:
9      Q.  Was there another interpreter also?
10     A.  No.
11        MR. STEWART:  It happens.  We all
12  forget names.  It's okay.  Don't be embarrassed.
13  That's okay.  We try to forget as much of this
14  as we can, this process.
15  BY MR. CERRETA:
16     Q.  Before you brought your case against
17  the Defendants, did you ever put your name on a
18  list of victims of Douglas Perlitz?
19     A.  No.
20        MR. CERRETA:  Could we go off the
21  record for maybe one minute?
22        THE VIDEOGRAPHER:  Going off the
23  record.  The time is 10:40.
24        (Whereupon, a recess was taken.)
25        THE VIDEOGRAPHER:  Back on the record.

Page 49

1  The time is 10:45.
2  BY MR. CERRETA:
3      Q.  Mr. Emile, do you know a person named
4  Jean Gary, or Schoubert Hedouville?
5         THE INTERPRETER:  Can you repeat the
6  last name, please?
7         MR. CERRETA:  Hedouville.
8      A.  Yes, I used to be in the same place
9  with them, but now I'm not in the same place
10  where they are.  I used to see them in there,
11  inside.
12  BY MR. CERRETA:
13     Q.  Have you ever heard that Jean Gary was
14  collecting names for a list of victims of
15  Douglas Perlitz?
16     A.  No.
17     Q.  Have you ever heard of any list being
18  circulated for people to put their names on to
19  say that they were victims of Douglas Perlitz?
20     A.  No.
21     Q.  Mr. Emile, what is the name of the
22  first school that you attended as a child?
23     A.  St. Vincent of Paul.
24     Q.  How old were you when you went to
25  St. Vincent de Paul?

13 (Pages 46 to 49)

Confidential - Subject to Further Confidentiality Review

Page 50

1     A.  I don't know.
2     Q.  You were born in 1989, is that right?
3     A.  Yes.
4     Q.  In your interrogatories, you said that
5   you went to St. Vincent de Paul from about 2001
6   to 2003, is that correct?
7     A.  Yes.
8     Q.  So were you about 12 years old when
9   you started at St. Vincent de Paul?
10    A.  Yeah.
11    Q.  And that was the first time that you
12  had ever gone to school, is that correct?
13    A.  Yes.
14    Q.  When you started at St. Vincent
15  de Paul, were you still living with your mother,
16  or had you already moved in with your aunt?
17    A.  In my aunt's house.
18    Q.  Did it cost money to go to the
19  St. Vincent de Paul school?
20    A.  Yes.
21    Q.  Who paid for the cost of attendance at
22  St. Vincent de Paul?
23    A.  My friend.
24    Q.  What were the names of these friends?
25    A.  It's a friend.  I couldn't go to

Page 51

1   school, so -- but I didn't know his name, he
2   paid for me, and then he went away.
3     Q.  Did he tell you why he was paying for
4   the cost of the school?
5       MR. STEWART:  Objection.
6     A.  No.
7   BY MR. CERRETA:
8     Q.  Was he a close friend of yours?
9     A.  No.  He was just walking by, and he
10  saw me, I was complaining that I couldn't go to
11  school, so he paid school for me, and then he
12  left.
13    Q.  Do you know how much it cost to go to
14  the St. Vincent de Paul school?
15    A.  It's $300.
16    Q.  300 Haitian dollars?
17    A.  Yes.
18    Q.  So did you attend the first, second,
19  and third grades at St. Vincent de Paul?
20    A.  Yes.
21    Q.  Do you remember the names of your
22  teachers at St. Vincent de Paul?
23    A.  No.
24    Q.  After the third grade at St. Vincent
25  de Paul, did you move on to a different school?

Page 52

1     A.  I went to the center.
2     Q.  Was that the center at 13th Street?
3     A.  Yes.
4     Q.  In your answers to interrogatories,
5   you say that you went to the center --
6       THE INTERPRETER:  Can you repeat the
7   beginning of the sentence?
8     Q.  In your answers to interrogatories,
9   you say that you first went to the school at the
10  center on 13th Street in about 2003, is that
11  right?
12    A.  Yes.
13    Q.  So at that point you would have been
14  about 14 years old, is that right?
15    A.  Yes.
16    Q.  What made you switch from St. Vincent
17  de Paul to going to the center at 13th Street?
18    A.  I couldn't pay for the school anymore.
19    Q.  And was the 13th Street Center a place
20  you could go and you wouldn't have to pay any
21  money?
22    A.  Yes.
23    Q.  How did you hear about the school at
24  13th Street?
25    A.  I heard about it, because I heard that

Page 53

1   if you're a child and there's no one to help you
2   out, then you can go, you can go and go to
3   school.
4     Q.  Were friends of yours already going to
5   the 13th Street Center when you first started
6   attending?
7     A.  No.
8     Q.  How would you get to the 13th Street
9   Center from your aunt's house in the mornings?
10    A.  It was 7:00 o'clock in the morning, I
11  left my house at 6 in the morning, and I got
12  there at 7.
13    Q.  Did you walk?
14    A.  Sometimes I go in the back of a car.
15  Sometimes when I don't have money to pay for the
16  one dollar for the car ride, I walk.
17    Q.  Could you describe for me a typical
18  day that you would have at the school at 13th
19  Street?
20    A.  Sometimes I watch TV, I sit in a
21  classroom, I play ball, and we play a game
22  called square ball, something we do with socks.
23    Q.  When you would arrive at 13th Street,
24  would they also give you something to eat?
25    A.  Yes.

14 (Pages 50 to 53)

Confidential - Subject to Further Confidentiality Review

Page 54

1    Q.  There would also be time for lessons,
2  school lessons during the day?
3    A.  No.
4    Q.  You did attend classes at the 13th
5  Street Center, though, right?
6    A.  Yeah.  I just went to go to learn in
7  school.  But when school was out, they didn't
8  make us stay somewhere, so to study.  When
9  school was out, they just let us go like that.
10    Q.  So on a typical day, what would be the
11  first thing that the student would do when they
12  would arrive in the morning at 13th Street?
13    MR. STEWART:  Objection.
14    A.  When you get there they make you take
15  a shower, to put a uniform, then you go to
16  class.  They make you eat, and then you go to
17  class.
18  BY MR. CERRETA:
19    Q.  When you would arrive in the morning
20  at 13th Street, would you have to be searched
21  before entering the premises?
22    A.  Yeah, they check to see if you didn't
23  have on you any blades or knives.  If they
24  didn't find anything, they let you go in.
25    Q.  Did you ever see if they found blades

Page 55

1  or knives on anyone trying to come in?
2    MR. STEWART:  Objection.
3    A.  No.
4  BY MR. CERRETA:
5    Q.  Who were your teachers when you were
6  attending 13th Street?
7    A.  Margarita.
8    Q.  What did Margarita teach?
9    A.  She used to teach us how to count, how
10  to read.  That's it.
11    Q.  Do you remember any other teachers at
12  13th Street?
13    A.  No.
14    Q.  Do you know a person named Andy
15  Schultheis?
16    A.  Andy?
17    Q.  Yes.  Do you know Andy?
18    A.  Yes.  Yes.
19    Q.  Was he at 13th Street?
20    A.  Yes.
21    Q.  What was his job at 13th Street?
22    MR. STEWART:  Objection.
23    A.  To -- his job was to see how children
24  were functioning, were functioning.
25  BY MR. CERRETA:

Page 56

1    Q.  Did you ever talk to Andy when you
2  were a student at 13th Street?
3    A.  No.
4    Q.  Did you ever see Douglas Perlitz at
5  13th Street?
6    A.  Yes.
7    Q.  How often would Douglas Perlitz be at
8  13th Street?
9    A.  I don't know.
10    Q.  You attended 13th Street, you did the
11  first and second grade there, is that right?
12    A.  Yes.  They regrouped it and made it
13  one class.
14    Q.  And about how long were you a student
15  at the 13th Street Center?
16    A.  I don't know.
17    Q.  Do you think it was more than a year?
18    A.  I don't know.
19    Q.  Was Douglas Perlitz at the 13th Street
20  Center, say, more than once a week?
21    A.  I don't know.
22    Q.  What would Douglas Perlitz be doing
23  when you would see him at the 13th Street
24  Center?
25    A.  He used to show up, spend a little

Page 57

1  time there, and leave.
2    Q.  Would he speak with staff?
3    A.  I don't know.
4    Q.  Did he ever speak with the students?
5    A.  I don't know.
6    Q.  When you were at the 13th Street
7  Center, did you ever speak to Douglas Perlitz?
8    A.  No.
9    Q.  Besides Andy and Douglas, did you ever
10  see any other white people at the 13th Street
11  Center?
12    A.  No.
13    Q.  At some point -- I'm sorry.
14    A.  After that, Nicholas showed up one
15  day.
16    Q.  After -- but this was after your time
17  at the 13th Street Center?
18    A.  Yes, after that Nicholas came.
19    Q.  Okay.  But in terms of just your time
20  at the 13th Street Center, the only white people
21  who you saw there would have been Andy and
22  Douglas, is that right?
23    A.  I saw Andy, Nicholas, and Douglas.
24    Q.  And that was it in terms of foreigners
25  or white people at the 13th Street Center?

15 (Pages 54 to 57)

Confidential - Subject to Further Confidentiality Review

Page 58

1      A.  I don't know if there were any other
2    white people there, but as far as I'm concerned,
3    it's just Andy, Nicholas, and Douglas.
4      Q.  Those are the only three that you
5    remember, to the best of your recollection?
6      A.  Yes.
7      Q.  So at some point you left 13th Street
8    Center and went to a different place for school,
9    right?
10     A.  I went to Carenage.
11     Q.  Do you remember how old you were when
12   you transitioned from 13th Street to Carenage?
13     A.  No.  No.
14     Q.  And at Carenage, did you -- were you
15   still being taught by Margarita?
16     A.  Yes.  Yes.
17     Q.  What grades did you attend when you
18   were at Carenage?
19     A.  Second and third.
20     Q.  At some point did Andy Schultheis
21   leave Haiti?
22     A.  Yes.
23     Q.  And you previously mentioned Nicholas
24   Preneta, am I right?
25     A.  Yes, Nicholas was there.

Page 59

1      Q.  Did you also see Douglas Perlitz when
2    you were a student at Carenage?
3      A.  Yes, he used to come, and then he
4    left.
5      Q.  How often would Douglas Perlitz come
6    to Carenage?
7         MR. STEWART:  Objection.
8      A.  I don't know.
9    BY MR. CERRETA:
10     Q.  Would you say it was approximately
11   once a week, or more than that?
12        MR. STEWART:  Objection.
13     A.  I don't know.
14   BY MR. CERRETA:
15     Q.  Did you ever see any other Americans,
16   or white people, at Carenage?
17     A.  There could have been other people,
18   but I personally saw Douglas, he came, and then
19   he left.
20     Q.  Were there ever any visitors who came
21   to Carenage?
22     A.  There could have been, that might have
23   come, but I personally didn't see any.  I just
24   saw Douglas.
25     Q.  Do you know Father Paul Carrier?

Page 60

1      A.  Yes.
2      Q.  Did you ever see Father Paul Carrier
3    at Carenage?
4      A.  Yes.
5      Q.  How often would Father Paul Carrier
6    visit when you were a student at Carenage?
7      A.  Well, I don't know.
8      Q.  Do you have any recollection of a time
9    when Father Carrier came to visit Carenage?
10     A.  No.
11     Q.  At Carenage, did Father Paul Carrier
12   ever speak to any of the students?
13     A.  I don't know.
14     Q.  Is it your testimony that you do
15   remember seeing Father Carrier at Carenage?
16        MR. STEWART:  Objection.
17     A.  Yes, I used to see him.
18   BY MR. CERRETA:
19     Q.  But you don't remember how often he
20   would come to Carenage?
21     A.  Yes.
22        MR. STEWART:  Take a break?
23        MR. CERRETA:  Sure.
24        THE VIDEOGRAPHER:  Going off the
25   record.  The time is 11:14.

Page 61

1         (Whereupon, a recess was taken.)
2         THE VIDEOGRAPHER:  Back on the record.
3    The time is 11:28.
4    BY MR. CERRETA:
5      Q.  Mr. Emile, before we went on a break
6    you had said that you remember seeing Father
7    Paul Carrier at Carenage during the time when
8    you were a student there, is that right?
9      A.  Yes.
10     Q.  But you're not able to remember how
11   often he would visit there during your time as a
12   student, is that right?
13     A.  No.
14     Q.  Would Father Carrier come there with
15   Douglas Perlitz?
16     A.  Yes.
17     Q.  And did Father Carrier ever speak to
18   the students at Carenage?
19     A.  I don't know.
20     Q.  Did you ever speak to Father Carrier
21   when you were a student at Carenage?
22     A.  No.
23     Q.  Do you know Madame Carter, or Hope
24   Carter?
25     A.  Yes.

16 (Pages 58 to 61)

Confidential - Subject to Further Confidentiality Review

Page 62

1     Q.  Did she ever visit Carenage?
2     A.  Yes.
3     Q.  Do you remember how often she visited
4  Carenage?
5     A.  No.
6     Q.  Did you ever speak to Hope Carter when
7  you were a student at Carenage?
8     A.  Only when I was at the Village.
9     Q.  But at Carenage, you never spoke to
10  Mrs. Carter, is that right?
11     A.  No.
12     Q.  At Carenage, did Mrs. Carter ever
13  speak to a group of students?
14     A.  I don't know.
15     Q.  You don't have any memory of her
16  speaking to a group of students at Carenage?
17     A.  No.
18     Q.  Were there ever any other visitors
19  from the United States that came to Carenage
20  when you were a student there?
21        MR. STEWART:  Objection.
22     A.  I don't know if there were others.
23  But as far as I'm concerned, these are the
24  people I used to see.
25  BY MR. CERRETA:

Page 63

1     Q.  You don't have any recollection of any
2  other visitors coming to Carenage besides
3  Mrs. Carter and Father Carrier?
4     A.  No.
5     Q.  In this case you have alleged that
6  Douglas Perlitz sexually abused you, is that
7  right?
8     A.  Yeah.  He took me, he forced me to
9  pull down my pants, and he forced his penis into
10  my butt.
11     Q.  When did this happen?
12     A.  At the beginning of the school year in
13  2006.
14     Q.  And was this when you were a student
15  at Carenage?
16     A.  Yes.
17     Q.  Was this the beginning of your second
18  year at Carenage?
19     A.  The second and third year, they
20  regrouped and made it in one year.
21     Q.  When the incident of abuse happened at
22  the beginning of the school year in 2006, had
23  you already been a student at Carenage during
24  the previous school year?
25     A.  At the beginning of the school year in

Page 64

1  2006.
2     Q.  The 2006 school year, was that your
3  first year at Carenage?
4     A.  Yes.
5     Q.  So when this incident of abuse
6  happened, had you just started attending
7  Carenage?
8        MR. STEWART:  Objection.
9     A.  Yes.
10  BY MR. CERRETA:
11     Q.  What time of year does the school year
12  begin, or did the school year begin at Carenage?
13     A.  The 2006 year, at the beginning of the
14  year for the 2006.
15     Q.  I was just wondering if it was at the
16  beginning of the calendar year in January of
17  2006, or if the school year began at a different
18  time of the year after a break.
19        MR. STEWART:  Objection.
20     A.  I don't know.
21  BY MR. CERRETA:
22     Q.  Was there -- at Carenage, would there
23  be a summer break during which no classes would
24  be going on?
25        MR. STEWART:  Objection.

Page 65

1     A.  Yes.  There was a little break where
2  they made us play ball, play dominos, and
3  basketball.
4  BY MR. CERRETA:
5     Q.  Was there any time during the year
6  when the Carenage school would be closed for a
7  break?
8     A.  The school was closed, but we still
9  stayed at Carenage to play ball and basketball.
10     Q.  So the time you were abused by Douglas
11  Perlitz, was this after that break when a new
12  school -- when a new year of classes had just
13  begun?
14     A.  At the time when there was school.
15     Q.  Had the school -- had the year of
16  school just begun?
17     A.  Yes.
18     Q.  Do you remember what month of the year
19  that was when school had just begun?
20     A.  No.
21     Q.  When this incident of abuse happened,
22  had you ever -- prior to this incident of abuse,
23  had you ever spoken with Douglas Perlitz?
24     A.  No.
25     Q.  So this was the first time that you

17 (Pages 62 to 65)

Confidential - Subject to Further Confidentiality Review

Page 66

1   ever met him person-to-person?
2       A.  Yes.
3       Q.  Would you describe for me everything
4   that happened during this incident of abuse?
5       A.  No.
6           MR. STEWART:  So they have a right to
7   have you -- to ask you questions about what
8   happened.  Mr. Cerreta will try not to drag it
9   out too long, but you need to say what happened,
10  okay?
11      A.  Yes.
12          MR. STEWART:  Go ahead and tell him
13  what happened.
14      A.  I was in a classroom, he called me.
15  He went with me inside a little room.  He pulled
16  down my pants.  He told me women are not good,
17  and he forced his penis inside my butt.
18  BY MR. CERRETA:
19      Q.  What happened next?
20      A.  He made me leave to go back to the
21  classroom.
22      Q.  When he came into the classroom to
23  call you, was class going on at that time?
24      A.  Yes.
25      Q.  Was your teacher in there with the

Page 67

1   class?
2       A.  Yes.
3       Q.  What teacher was that?
4       A.  Margarita.
5       Q.  So Douglas walked in, and did he say
6   something to Margarita?
7       A.  He told Margarita he needed me, and he
8   took me and brought me -- brought me outside,
9   took me outside.
10      Q.  At this point had you ever spoken to
11  Douglas before?
12      A.  No.
13      Q.  But he came in and he asked for you
14  personally by name?
15      A.  Yes.  Yes.
16      Q.  Did he say why he wanted you to come?
17      A.  It's when he got there, he didn't
18  tell, he just called me, and he just went with
19  me.
20      Q.  After he had taken you out of the
21  classroom, did he say anything to you?
22      A.  He said if I told that to anyone he
23  would put me -- throw me out.
24      Q.  After he had taken you out of the
25  classroom, you say he brought you to another

Page 68

1   room, is that right?
2       A.  No.  He was at the school, and then he
3   made me go inside the classroom once.
4       Q.  Okay.  Douglas came into the
5   classroom, told Margarita that he wanted you to
6   come with him, right?
7       A.  Yes.
8       Q.  And he then took you somewhere, right?
9       A.  Yes, he brought me to a little
10  bedroom.
11      Q.  As he was -- as you two were walking
12  from the classroom to this other room, did he
13  say anything to you?
14      A.  No, he just came, and he told me women
15  were not good, and he forced me to pull down my
16  pants, and he forced his penis inside my butt.
17      Q.  But on that walk from the classroom to
18  the room where he took you, did you two have any
19  conversation at that point?
20      A.  No.  He just made me leave the
21  classroom.  He said he needed me.  He told the
22  lady he needed me, so she just let me go.
23      Q.  As you were walking, did you ask him
24  why he was taking you out of class?
25      A.  No.  He said he needed me, that's all.

Page 69

1       Q.  So he took you into a little room?
2       A.  Yes.
3       Q.  And did you testify that it was a
4   little bedroom?  Is that right?
5       A.  Yeah, a bedroom.
6       Q.  There was a bed in the room?
7       A.  Yes.
8       Q.  Did he say anything to you after you
9   went into the room together?
10      A.  Yeah.  He said women were no good, not
11  to go get involved with women.  Then he made me
12  pull my pants down, and put his penis in my
13  butt.
14      Q.  When you went into this room, did he
15  lock the door?
16          MR. STEWART:  Objection.
17      A.  Yes.
18  BY MR. CERRETA:
19      Q.  How big was the room?
20      A.  Well, I don't know.
21      Q.  It had a bed, you said earlier?
22      A.  Yes.  Yes.
23      Q.  Was there any other furniture?
24      A.  I don't know.
25      Q.  Were there any windows?

18 (Pages 66 to 69)

Confidential - Subject to Further Confidentiality Review

Page 70

1    A. Yes, there was a little window.
2    Q. So when you walked in, you testified
3    that he told you women were no good, is that
4    correct?
5    A. Yes.
6    Q. And then before he abused you, did you
7    respond to him when he said this?
8    A. No.
9    Q. When he said this to you, were you
10   standing up, or were you sitting down?
11   A. I was standing, and he forced me to
12   pull down my pants, and he put his penis in my
13   butt, and he said if I told -- said that to
14   anyone he would throw me out.
15   Q. When you say he forced you to pull
16   down your pants, did he physically pull the
17   pants down?
18   A. He forced me to do it, and then he put
19   his penis inside my butt. He forced me.
20   Q. Did he tell you to pull your pants
21   down?
22   A. Yes.
23   Q. And did you then pull your pants down?
24   A. Yes.
25   Q. Did you say anything?

Page 71

1    A. No.
2    Q. Before he put his penis in your butt,
3    did he touch you anywhere else?
4    MR. STEWART: Objection.
5    A. He put his hand on my butt -- in my
6    butt, and they he put his penis inside my butt.
7    BY MR. CERRETA:
8    Q. Did he touch you anywhere else?
9    A. No.
10   Q. Did he ever kiss you during this time?
11   MR. STEWART: Objection.
12   A. No.
13   BY MR. CERRETA:
14   Q. Did he make you touch him at all
15   during this time?
16   A. No, just simply that he put his hand
17   to my butt, and then he put his penis inside my
18   butt, and he made me pull down my pants, and he
19   put his penis inside my butt. He said if I told
20   anyone, he would throw me out.
21   Q. When he put his penis inside your
22   butt, did you attempt to resist?
23   MR. STEWART: Objection.
24   A. Well, he was the one -- it's not that
25   I could not accept, he was the one who was

Page 72

1    managing the Carenage, if I didn't accept he
2    would put me outside, he would throw me out.
3    Q. Did Doug Perlitz ejaculate when he was
4    assaulting you?
5    MR. STEWART: Objection.
6    A. I don't know.
7    BY MR. CERRETA:
8    Q. At some point he stopped and took his
9    penis out of your butt, is that correct?
10   A. Yes.
11   Q. And then what happened next?
12   A. He forced me to -- he made me pull up
13   my pants, and he brought me to the classroom.
14   Q. During the time this was happening,
15   did anyone interrupt you?
16   MR. STEWART: Objection.
17   A. There was Madame -- Miss -- this was
18   this Miss, Mrs. that was coming, he heard it, so
19   he stopped. Then he made me pull my pants up,
20   and then he brought me to the classroom.
21   BY MR. CERRETA:
22   Q. Okay. So there was someone
23   approaching from outside of the room?
24   A. Yes. He heard somebody's feet
25   approaching, so he made me pull up my pants and

Page 73

1    brought me to the classroom.
2    Q. Did he open the door after he made you
3    pull up your pants?
4    MR. STEWART: Objection.
5    A. Yes.
6    BY MR. CERRETA:
7    Q. And when he opened the door, did you
8    see this person who was approaching?
9    A. No, I didn't see the person, I just
10   heard that person's feet, and then he made me
11   pull up my pants. He opened the door and he
12   made me -- and he brought me to the classroom.
13   Q. When he opened the door, was there a
14   person there outside the door?
15   A. No.
16   Q. When you heard that person's feet, did
17   that person knock on the door?
18   A. No.
19   Q. During the whole time that this abuse
20   was going on, did you say anything to Douglas?
21   A. No.
22   Q. Do you know how long this incident
23   lasted from the time you went into this room to
24   the time that Douglas brought you back to class?
25   MR. STEWART: Objection.

19 (Pages 70 to 73)

Confidential - Subject to Further Confidentiality Review

Page 74

1       A.  No.
2   BY MR. CERRETA:
3       Q.  On the walk back after Douglas opened
4   the door and you left this room, did you see
5   anyone on the way back to the classroom?
6       A.  I saw Ms. Calixte.
7       Q.  Where was Madame Calixte?
8       A.  She was downstairs.  She was going up.
9       Q.  So the space between the classroom and
10  the room where Douglas took you, did you have to
11  go to a different floor by stairs?
12      A.  No.
13      Q.  You saw Madame Calixte as you were
14  walking back to the classroom as she was going
15  up a set of stairs, is that right?
16      A.  Yes.
17      Q.  Did you say anything to Madame
18  Calixte?
19      A.  No.
20      Q.  Did Douglas say anything?
21      A.  No.
22      Q.  You say you don't recollect whether
23  Douglas Perlitz ejaculated at the time he
24  sexually abused you?
25          MR. STEWART:  Objection.

Page 75

1       A.  Yes.
2   BY MR. CERRETA:
3       Q.  You don't have any memory of whether
4   that happened or whether it did not happen?
5       A.  No.
6       Q.  When the abuse was over, were you
7   bleeding?
8       A.  No.
9       Q.  When you came back to the classroom,
10  did Douglas say anything to Margarita?
11      A.  No.  He just made me enter the
12  classroom.  He just brought me inside the
13  classroom, and made me go in.  I just followed
14  the class that the Mrs. was giving.
15      Q.  After you came back, did the Mrs. --
16  was the Mrs. Margarita, is that right?
17      A.  No.  Ms. Calixte.
18      Q.  Okay.  When Douglas came to get you at
19  the time he abused you, he took you out of a
20  class and brought me to this other room, right?
21      A.  Yes.
22      Q.  And who was teaching that class that
23  he removed you from?
24      A.  Margarita.
25      Q.  After the incident was over, he

Page 76

1   brought you back to a class, is that right?
2       A.  Yes.
3       Q.  But this class was being taught by
4   Madame Calixte?
5       A.  No.  Margarita.
6       Q.  Okay.  Was it the same class that you
7   had left when Douglas took you out of the room?
8       A.  Yes.
9       Q.  Did Margarita say anything to you
10  after you arrived back in the class?
11      A.  No.  No.
12      Q.  Did any of the other students talk
13  with you after you arrived back in the class?
14      A.  No.
15      Q.  Did you tell anyone anything about why
16  Douglas had taken you out of the room?
17          MR. STEWART:  Other than your
18  attorneys.
19  BY MR. CERRETA:
20      Q.  That day, that day when this happened,
21  did you tell anyone?
22      A.  No.
23      Q.  After this incident happened, did you
24  tell anyone about it before the day you went to
25  go see Cyrus Sibert?

Page 77

1       A.  No.
2       Q.  So Cyrus Sibert was the first person
3   you ever told?
4       A.  Yes.
5       Q.  After this incident, did you continue
6   attending Carenage?
7       A.  Yes.
8       Q.  How old were you at the time of this
9   incident?
10          MR. STEWART:  Objection.
11      A.  I don't know.
12  BY MR. CERRETA:
13      Q.  But it was your testimony earlier
14  today that the incident occurred in 2006 at the
15  beginning of the year?
16          MR. STEWART:  School year.
17  BY MR. CERRETA:
18      Q.  I'm sorry.  Let me rephrase that,
19  because I don't think I accurately characterized
20  the testimony.
21          Was it your testimony earlier today
22  that this incident occurred in 2006 at the
23  beginning of the school year?
24      A.  Yes.
25      Q.  So at that time you would have been

20  (Pages 74 to 77)

Confidential - Subject to Further Confidentiality Review

Page 78

1    approximately 17 years old, is that right?
2        MR. STEWART: Objection.
3        A. I don't remember.
4    BY MR. CERRETA:
5        Q. So you continued as a student at
6    Carenage after this incident, correct?
7        A. Yes.
8        Q. Did you complete that whole school
9    year that was just beginning at Carenage?
10       A. I don't remember.
11       Q. At some point you left Carenage and
12   transitioned to become a student at the Village,
13   right?
14       A. Yes.
15       Q. But you went to -- well, did you start
16   attending the Village in 2007?
17       A. Yes.
18       Q. So between this incident of abuse at
19   the beginning of the 2006 school year and when
20   you started attending the Village in 2007, were
21   you attending classes at the Carenage -- at
22   Carenage throughout that period?
23       A. Yes, I went to school in Rue 13 then,
24   I went to the Carenage, and then I went to the
25   Village.

Page 79

1        Q. After the incident of abuse, you
2    continued going to Carenage up through the time
3    you moved to the Village, is that accurate?
4        A. Yes.
5        Q. Did you ever see Douglas Perlitz after
6    this incident occurred?
7        A. No.
8        Q. Was he ever again at Carenage during
9    the school day when you were there?
10       THE INTERPRETER: During the school
11   day when you were there?
12       Q. After this incident occurred, did you
13   ever see Douglas Perlitz at Carenage another
14   time?
15       A. Well, I saw him at the Village.
16   That's where I saw him.
17       Q. So you don't remember ever seeing him
18   again at Carenage after the incident of sexual
19   abuse?
20       A. Yes.
21       Q. Yes, you have no recollection?
22       A. Yes.
23       Q. Did you ever speak to Douglas Perlitz
24   after this incident of sexual abuse happened?
25       A. When I went to the Village.

Page 80

1        Q. Did you and Douglas Perlitz ever
2    discuss the incident of sexual abuse that had
3    previously occurred?
4        A. No.
5        Q. Did Douglas Perlitz ever sexually
6    abuse you any other time?
7        A. No.
8        Q. After the incident of sexual abuse,
9    did you consider not going back to Carenage?
10       MR. STEWART: Objection.
11       A. No, I always went.
12   BY MR. CERRETA:
13       Q. Were you concerned that you might be
14   put in a similar situation where Douglas Perlitz
15   might try to abuse you again?
16       A. I was scared, but I had to go anyway.
17       Q. Why did you have to go?
18       A. Because I didn't have any possibility
19   to go anywhere else, that's where -- I couldn't
20   find it.
21       Q. So why was it that at the end of the
22   school year you moved on to the Village?
23       A. Well, they just sent me there. I
24   don't know why.
25       Q. Who told you that you were going to be

Page 81

1    moving from Carenage to the Village?
2        A. They call my name -- they called out
3    my name, they said I was supposed to go to the
4    Village, so I went to the Village.
5        Q. And did you start at the Village at
6    the beginning of the 2007 school year?
7        A. Yes.
8        Q. You testified previously that you saw
9    Douglas Perlitz at the Village, right?
10       A. Yes.
11       Q. When you saw him, was that the first
12   time you had seen him --
13       A. Can you repeat the question, please?
14       Q. Sure.
15       Was it your testimony previously that
16   you saw Douglas Perlitz at the Village?
17       A. Yes.
18       Q. When you saw him at the Village, was
19   that the first time you had seen Douglas Perlitz
20   since the incident of sexual abuse at Carenage?
21       A. Yes. When I got to the Village, I saw
22   him.
23       Q. And did you speak with him?
24       A. Just when we had the meeting at the
25   place where we were eating, Madame Carter was

21 (Pages 78 to 81)

Confidential - Subject to Further Confidentiality Review

Page 82

```
 1   there, she was making a speech, and he was
 2   translating for her, and he said as long as we
 3   had a good average, we could move -- go on to
 4   Fairfield -- to go to Fairfield.
 5       Q.  This occurred when a lot of students
 6   were assembled, is that right?
 7       A.  Yes.  Yes.
 8       Q.  And it was Douglas and Madame Carter
 9   were the two people speaking to the group of
10   students?
11       A.  And Father Paul.
12       Q.  And this time, this was the first time
13   that Douglas Perlitz had spoken to you since the
14   incident of sexual abuse, is that right?
15       A.  Yes.
16       Q.  So Madame Carter was speaking in
17   English during this meeting, is that right?
18       A.  She was speaking in English, and
19   Douglas was translating for her.
20       Q.  And she said that if you had a good
21   average you would move on to Fairfield
22   University?
23       A.  She said if we did all our classes,
24   she would send us to Fairfield University.
25       Q.  And this was Douglas translating that?
```

Page 83

```
 1       A.  Yes.
 2       Q.  Was the -- as Douglas translated it,
 3   she said if you completed all your classes
 4   Mrs. Carter would send you to Fairfield
 5   University?
 6       A.  He said anybody who would finish their
 7   classes -- her classes -- his classes that
 8   Madame Carter and Father Paul were capable of
 9   sending that person to University of Fairfield.
10       Q.  Do you remember anything else that
11   Douglas said or that Douglas translated during
12   this meeting?
13       A.  No.
14       Q.  Aside from this meeting, did you ever
15   speak with Douglas either one-on-one or in a
16   group on any other occasion?
17           MR. STEWART:  Other than what he's
18   testified to?
19       A.  No.
20   BY MR. CERRETA:
21       Q.  Sure.
22           You had previously discussed the
23   incident of sexual abuse when Douglas spoke to
24   you, correct?  Douglas spoke to you during the
25   time that he was abusing you, am I right?
```

Page 84

```
 1       A.  No.  When he called me, he made me
 2   enter this bedroom only.
 3       Q.  And that was the first time you had
 4   ever spoken with Douglas Perlitz?
 5       A.  Yes, yes, when he called me when I was
 6   in the classroom.
 7       Q.  And this incident when he was
 8   translating for Mrs. Carter, was this the second
 9   time that Douglas Perlitz had ever spoken to
10   you?
11       A.  Yes, at the Village.
12       Q.  Aside from those two times, was there
13   ever any other time that you spoke with Douglas?
14   I'm sorry.  Strike that.
15           Aside from those two times, was there
16   ever any other time that Douglas Perlitz spoke
17   to you?
18       A.  No.
19       Q.  During the time you were just
20   describing that Douglas was speaking to the
21   group, did Father Paul Carrier say anything to
22   the group?
23       A.  Yes.  He said that also, as long as we
24   finished our classes he would send us to
25   Fairfield University, there was a possibility
```

Page 85

```
 1   for him to send us to Fairfield University.
 2       Q.  So both Madame Carter and Father
 3   Carrier said this to the group?
 4       A.  Yes.
 5       Q.  And both Father Carrier and Madame
 6   Carter were speaking in English when they were
 7   speaking, is that correct?
 8       A.  Yes, they were speaking English, and
 9   Douglas was translating it for them.
10       Q.  Aside from this one time you've just
11   described, did you ever see Madame Carter at the
12   Village on any other occasions?
13       A.  Yeah, they come every December.  They
14   appear in December.  They come in December.
15   They bring things like tennis shoes, T-shirts,
16   Fairfield University T-shirts and balls.
17       Q.  Madame Carter would bring these items?
18       A.  Yes.
19       Q.  Would Madame Carter come with anyone
20   else?
21       A.  I don't know if she came with other
22   people, but as far as I'm concerned, I saw her
23   every December, that's when she would come.
24       Q.  You started at the Village in 2007,
25   right?
```

22 (Pages 82 to 85)

Confidential - Subject to Further Confidentiality Review

Page 86

1          MR. STEWART: Objection.
2      A. Yes.
3  BY MR. CERRETA:
4      Q. So when you say every December, how
5  many Decembers are we talking about?
6          MR. STEWART: Objection.
7      A. I don't remember, but it's every
8  December. It's in December I used to see her.
9  BY MR. CERRETA:
10      Q. Do you think that you were a student
11  at the Village during December of more than one
12  year?
13          MR. STEWART: Objection.
14      A. Yes.
15  BY MR. CERRETA:
16      Q. So you saw Madame Carter the first
17  December after you started at the Village, in
18  December of 2007, is that correct?
19          MR. STEWART: Objection.
20      A. Yes.
21  BY MR. CERRETA:
22      Q. Do you think -- was there another
23  occasion besides December of 2007 that you saw
24  Madame Carter at the Village handing out these
25  items?

Page 87

1      A. No.
2      Q. So it was just the one time Madame
3  Carter brought the T-shirts and the balls and
4  other items?
5      A. Yes. Yes.
6      Q. Did Madame Carter say anything on this
7  occasion when she brought the items?
8      A. No. She just gave them, and then they
9  distributed them.
10      Q. Was Father Carrier there on this
11  occasion?
12      A. Yes.
13      Q. Did he say anything to the group?
14      A. No. Just when we were all in a group
15  inside, that's the only time when he spoke to
16  us.
17      Q. Was that the time that you spoke of
18  previously when you discussed getting --
19  completing all your classes and then potentially
20  going on to Fairfield University?
21      A. Yes. Yes.
22      Q. Aside from that one time, has father
23  -- did you ever see Father Carrier speak to a
24  group of students on any other occasion?
25      A. No.

Page 88

1      Q. Did you ever speak to Father Carrier
2  one-on-one?
3      A. Just when we were in a group.
4      Q. How about Madame Carter, did you ever
5  speak to her one-on-one?
6      A. No, just when we were in a group.
7      Q. Were there ever any other visitors
8  besides Father Carrier and Madame Carter that
9  came to the Village?
10          MR. STEWART: Objection.
11      A. There could have been other visitors,
12  but as far as I'm concerned, the ones I saw were
13  Madame Carter and Father Paul.
14  BY MR. CERRETA:
15      Q. What grade did you start at when you
16  went to the Village?
17      A. Second, third.
18      Q. Do you remember your teachers at the
19  Village?
20      A. Yes. They were Master Mémé, Master
21  Judex and Romel, and Madame Nelta.
22      Q. Do you remember what subject they
23  taught?
24      A. For example, there's a class in the
25  afternoon, another person would come by and give

Page 89

1  the class, another one person would come by and
2  give that class. That's how it was.
3      Q. Did the different teachers teach
4  different -- have their own subject that they
5  taught?
6      A. Yes.
7      Q. Do you remember what subject Madame
8  Nelta taught?
9      A. She used to give French classes.
10      Q. How about the others, do you remember
11  what subjects they taught?
12      A. Master Romel used to teach us Creole.
13  Master Mémé teach us singing. And Judex used to
14  teach us Haitian history.
15      Q. When you were a student at the
16  Village, did you sleep over there?
17      A. No, they didn't let us sleep.
18      Q. At the time when you were a student at
19  the Village, were you living with your aunt in
20  Blue Hills?
21      A. Yes.
22      Q. Would you travel from your aunt's
23  house to the Village every morning?
24      A. Yes.
25      Q. How would you get from your aunt's

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 90

1  house to the Village?
2     A.  I used to leave at 6:00 a.m., and got
3  to the Village at 7:00 a.m..  They made us take
4  a shower, eat, and then go to class.  We used to
5  raise the flag, and then go to class.
6     Q.  Okay.  So you say you would arrive
7  about 7:00 a.m., and then everyone would shower,
8  is that right?
9     A.  Yes.  They made us take a shower, eat,
10  raise the flag, and go to class.
11     Q.  And how long would the classes last
12  after everyone showered, raised the flag, and
13  everyone ate?
14     A.  I don't know.
15     Q.  After the classes, would there be more
16  activities at the Village before the end of the
17  day?
18     A.  Yes.  After you finished the classes,
19  then school would be out, and then there was a
20  yard where we would stay and study if we wanted,
21  and if we didn't want then we would play ball or
22  basketball.
23     Q.  Well, what time would you go home at
24  the end of the day at the Village?
25     A.  7 to 6.

Page 91

1     Q.  Now, there were some students who
2  would sleep over at the Village, is that right?
3     A.  Yes.  But me, they didn't let me stay
4  to sleep at the Village.
5     Q.  Was there ever any night where you
6  stayed over at the Village?
7     A.  No.
8     Q.  Were there any other -- strike that.
9     Do you know someone named Jessica
10  Lozier?
11     A.  Yes.
12     Q.  How do you know Jessica Lozier?
13     A.  I've seen her at the Village, but I
14  haven't spoken to her.
15     Q.  Have you ever spoken to Jessica
16  Lozier?
17     A.  No.
18     Q.  What would Jessica Lozier be doing
19  when you would see her at the Village?
20     A.  I used to see her, she would enter
21  sometimes, she was walking in the yard, and she
22  would enter an office, and leave.  That's what I
23  saw her doing.
24     Q.  How about Brittany McLean, do you know
25  Brittany McLean?

Page 92

1     A.  Yes, I've seen her at the Village.
2     Q.  Have you ever spoken with her?
3     A.  Just once when I was playing ball, and
4  the ball went outside, and I told her to throw
5  the ball back to me.
6     Q.  Do you know Robinson?
7     A.  Yes.
8     Q.  How do you know Robinson?
9     A.  He's a director of the school.  He was
10  one of the directors of the school.
11     Q.  Did you ever speak with Robinson?
12     A.  Sometimes he goes by, he looks and
13  then he goes by.  Besides that, nothing else.
14     Q.  But you never actually had a
15  conversation with Robinson?
16     A.  No.
17     Q.  Did you remain a student at the
18  Village until it closed?
19     A.  Yes.
20     Q.  While you were a student at the
21  Village, did anybody ever tell you that they had
22  been sexually abused by Douglas Perlitz?
23     A.  No.
24     Q.  Did you ever hear any rumors or
25  statements that Douglas Perlitz had abused

Page 93

1  children other than you?
2     MR. STEWART:  Objection.
3     A.  Just when -- just when Master Mémé and
4  Master Judex would call the kids fags.
5  BY MR. CERRETA:
6     Q.  You heard Master Mémé and Master Judex
7  call the kids fags?
8     A.  Yes.  When they would send children --
9  the children to do something and they didn't
10  want, they would call the children names like
11  fag and Douglas girlfriend.
12     Q.  Did they ever call you these names?
13     A.  No.  When they would call the children
14  that, these names, I would get mad when they
15  would say that.
16     Q.  And based on those names they were
17  calling the children, you believe that they knew
18  Douglas was abusing children?
19     A.  Yes, they knew.  Yes, they knew.  They
20  decided to hide it, to make it a secret so they
21  wouldn't lose their jobs.  Robinson had heard
22  about it and he left, and then Douglas went to
23  get Robinson back, so he came back, and then
24  Douglas left, and he never came back.
25     Q.  Is the reason that you think that the

24 (Pages 90 to 93)

Confidential - Subject to Further Confidentiality Review

Page 94

1    staff decided to hide it -- I'm sorry.  Strike
2    that.
3         Mémé and Judex were calling certain
4    kids names, is that right?
5         A.  Yes.
6         Q.  And based on those names, you believe
7    that they had decided to hide the fact that
8    Douglas was abusing children, is that correct?
9         MR. STEWART:  Objection.
10        A.  Yes, they decided to make it a secret.
11   And Robinson had left because he heard they were
12   calling the kids fags.
13   BY MR. CERRETA:
14        Q.  So Robinson heard that these two other
15   teachers were calling children fags?
16        A.  Yes.
17        Q.  And do you think that's why Robinson
18   left PPT?
19        A.  Yeah.  Well, he just left, so I
20   believe it was that.
21        Q.  Were you present -- I'm sorry.
22        Was Robinson present when you heard
23   these two other teachers call children fags and
24   other derogatory names?
25        MR. STEWART:  Objection.

Page 95

1         A.  Yes, he was walking by.
2         MR. STEWART:  Ready to break for
3    lunch?
4         MR. CERRETA:  Yes, I guess we might as
5    well.  Come back in an hour from now?
6         MR. STEWART:  An hour is good.
7         THE VIDEOGRAPHER:  Going off the
8    record.  The time is 12:49.
9         (Whereupon, a recess was taken.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 96

1              AFTERNOON SESSION
2
3         PHILIPPE CHAMY, Translator,
4    having been duly sworn to translate the
5    questions and answers to the best of his
6    ability, translated as follows:
7
8         THE VIDEOGRAPHER:  Back on record.
9    The time is 2:03.
10   BY MR. CERRETA:
11        Q.  Good afternoon, Mr. Emile.  Before the
12   break you were saying that you thought Robinson
13   left the Village because he had heard some other
14   teachers calling some of the boys derogatory
15   names, is that right?
16        A.  Yes.
17        Q.  And based on that, you think that
18   Robinson may have known that Douglas Perlitz was
19   abusing children, is that right?
20        A.  He heard them calling the children
21   faggots.
22        Q.  Did you ever speak to Robinson about
23   why he had left?
24        A.  No.
25        Q.  Aside from those names that Robinson

Page 97

1    had heard, do you know of any other reason that
2    Robinson might have known about the abuse?
3         A.  No.
4         Q.  After the Village closed, did you go
5    to another school?
6         A.  No.
7         Q.  Did you ever attend classes through a
8    program called Kids Alive?
9         A.  Yes.
10        Q.  And was that a school program that
11   Kids Alive was running?
12        A.  It gave food, and then it stopped.
13        Q.  Do you remember what grades you
14   attended at the Kids Alive program?
15        A.  First, second, and third.  The same.
16        Q.  For how long did you attend the Kids
17   Alive program?
18        A.  I don't remember.
19        Q.  Do you remember any of the teachers
20   that were at the Kids Alive program?
21        A.  No.
22        Q.  Are you familiar with a place called
23   Bel Air?
24        A.  Yes, I remember, I went to Bel Air.  I
25   had spoken to Douglas in Bel Air.

25 (Pages 94 to 97)

Confidential - Subject to Further Confidentiality Review

Page 98

1    Q.  How many times have you been to
2  Bel Air?
3    A.  Only one time.
4    Q.  And what is Bel Air?
5    A.  It's a house.
6    Q.  Is that the house where Douglas stayed
7  in Haiti?
8    A.  Yes.
9    Q.  Why did you go to Bel Air this one
10  time?
11    A.  I went to Bel Air to get money in
12  order to pay for my transportation.  And when I
13  was there, there was Mrs. Carter, there was
14  Father Paul, and they were playing basketball,
15  and then there were some that were eating.
16    THE INTERPRETER:  And he was
17  continuing.
18    A.  There were some that were cooking
19  food.
20    Q.  So you went to Bel Air to get some
21  money for transportation, is that right?
22    A.  Yes.
23    Q.  And where did you need to go that you
24  needed this money for transportation?
25    A.  I was going to go home.

Page 99

1    Q.  To your aunt's home?
2    A.  Yes.
3    Q.  And was the money for a taxi ride or
4  something?
5    A.  To pay for public transportation.
6    Q.  Was this when you were a student at
7  the Village, or when you were at another one of
8  the PPT schools?
9    A.  It was while I was in Carenage, I had
10  been disciplined, and I was told to go home, so
11  I went to Bel Air to get money to be able to pay
12  for my transport home.
13    Q.  Why had you been disciplined?
14    A.  Because I was there late.
15    Q.  Who had sent you home?
16    A.  The security guard that was at the
17  gate.
18    Q.  Do you know that person's name?
19    A.  No.
20    Q.  This one time when you went to
21  Bel Air, was it before or after the incident
22  where Douglas Perlitz sexually abused you?
23    A.  Before.
24    Q.  So when you arrived at Bel Air, you
25  saw Mrs. Carter and Father Paul playing

Page 100

1  basketball, is that correct?
2    A.  Yes, with the other kids.
3    Q.  And was this -- when you first arrived
4  at Bel Air, do you have to go through a gate to
5  get onto the property?
6    A.  Yes.
7    Q.  And then after you walked through the
8  gate, you saw this basketball game that was
9  going on?
10    A.  Yes.  I was standing in the yard, and
11  I saw them play basketball.
12    Q.  Did you speak to any of the people who
13  were there playing basketball?
14    A.  No.  I only spoke to Douglas.
15    Q.  Was Douglas out there playing
16  basketball as well?
17    A.  No.  He was standing there, and I
18  called him, I said I needed money to pay for my
19  transport.  He gave me $10.  And then I left.
20    Q.  Did you have any interaction with
21  Father Paul Carrier?
22    A.  No.
23    Q.  Did you have any interaction with
24  Madame Carter on this occasion?
25    A.  No.  I saw her, but I didn't speak to

Page 101

1  her.
2    Q.  Your discussion with Douglas Perlitz,
3  did this take place in the yard outside of the
4  house?
5    A.  In the yard.  I was standing in the
6  yard.
7    Q.  And Douglas gave you the money for the
8  public transportation?
9    A.  Yes, $10.
10    Q.  And after that, you left?
11    A.  Yes.
12    Q.  Did you ever return to Bel Air at any
13  time after that?
14    A.  No.
15    Q.  Did you ever on any occasion go inside
16  of the actual house that was at Bel Air?
17    A.  No.  No.
18    Q.  Do you know a student at PPT named
19  Pina?
20    A.  No.
21    Q.  Did you ever hear about a student
22  named Pina that said Douglas abused him?
23    MR. STEWART:  Objection.
24    A.  No.
25  BY MR. CERRETA:

Confidential - Subject to Further Confidentiality Review

Page 102

1      Q.  Did you ever hear about a student
2  named Pina being kicked out of the Village after
3  saying that Douglas abused him?
4         MR. STEWART:  Objection.
5         THE INTERPRETER:  The interpreter
6  requests a clarification.  Did you say Pina
7  again, or Pita?
8         MR. CERRETA:  Pina, P-I-N-A.
9      A.  I had seen that they had put him out,
10  that they had him leave, but I didn't know what
11  was the reason.  Whether it was for abuse, I
12  didn't know that.
13  BY MR. CERRETA:
14      Q.  So you are familiar with this student
15  named Pina?
16      A.  He was a student like me.
17      Q.  And he was kicked out of the Village?
18      A.  Yes.
19      Q.  But you don't know why he was kicked
20  out?
21      A.  No.
22      Q.  Did you ever hear Pina say that
23  Douglas had abused him?
24      A.  No.
25      Q.  Is Pina a nickname?

Page 103

1         MR. STEWART:  Objection.
2      A.  It's his name, the proper name.
3  That's the one I know anyway.
4  BY MR. CERRETA:
5      Q.  Do you know a student named Luckson
6  Mesidor?
7      A.  I've seen him, but I don't really hang
8  out with him.  I don't know him personally.
9      Q.  Besides the incident you spoke about
10  with Douglas Perlitz, have you ever been
11  sexually abused by anyone else?
12         MR. STEWART:  Objection.
13      A.  No.
14  BY MR. CERRETA:
15      Q.  Have you ever reported the incident of
16  sexual abuse committed by Douglas Perlitz to the
17  police?
18      A.  No.
19      Q.  Have you ever spoken to anyone from
20  the US Government about the incident of sexual
21  abuse committed by Douglas Perlitz?
22      A.  Only to Mitch.
23         MR. STEWART:  Move to strike.
24         You don't talk about things that you
25  talked to me about or Ellyn or Lu or Mitch,

Page 104

1  okay?
2  BY MR. CERRETA:
3      Q.  Mr. Emile --
4         MR. STEWART:  It's okay.
5  BY MR. CERRETA:
6      Q.  Mr. Emile, you've alleged in the case
7  that you've brought that you suffered injuries
8  as a result of the abuse committed by Douglas
9  Perlitz, is that right?
10      A.  Yes.
11      Q.  Have you ever been to see a doctor for
12  the injuries that you suffered as a result of
13  the abuse?
14      A.  No.
15      Q.  Have you ever been to a therapist or
16  counselor to talk about the injuries resulting
17  from the abuse?
18         MR. STEWART:  Objection.
19      A.  No.
20  BY MR. CERRETA:
21      Q.  What injuries are you claiming in this
22  lawsuit as a result of the abuse?
23         MR. STEWART:  Objection.
24      A.  Justice.
25  BY MR. CERRETA:

Page 105

1      Q.  You'd like to receive justice?
2      A.  Yes.
3      Q.  But how have you been injured by
4  Douglas Perlitz's abuse?
5      A.  I don't feel well at all.  I don't
6  feel fine at all.
7      Q.  Any particular symptoms that you're
8  suffering from?
9         MR. STEWART:  Objection.
10      A.  I don't feel well.  I don't feel that
11  I want to talk to anyone at all.  I feel like I
12  just want to sit in a corner.  I don't feel
13  well.  I want to be alone all the time, and when
14  I'm alone I think about these things.
15  BY MR. CERRETA:
16      Q.  Do you have problems with alcohol
17  abuse?
18      A.  Sometimes if I think about what
19  Douglas has done to me, I drink some moonshine.
20      Q.  How often do you drink moonshine?
21      A.  Two or three times.
22      Q.  Two or three times ever?
23      A.  I don't remember.  Sometimes I drink a
24  little bit of moonshine when I remember these
25  events, when it comes to mind.  It's happened a

27 (Pages 102 to 105)

Confidential - Subject to Further Confidentiality Review

Page 106

1  few times.
2      Q.  Before the incident of sexual abuse,
3  had you ever taken any alcohol?
4      A.  No.
5      Q.  And how many times since the incident
6  of abuse would you say you've had alcohol to
7  drink?
8      MR. STEWART:  Objection.
9      A.  Each time I think about this, I drink
10  a little bit of moonshine.
11  BY MR. CERRETA:
12      Q.  Do you think that was -- do you think
13  it's two or three times that you've had
14  moonshine to drink since the incident of abuse?
15      A.  Yes.  Every time I think of it.
16      Q.  Do you have any physical pain as a
17  result of the abuse that you suffered by Douglas
18  Perlitz?
19      A.  Sometimes my stomach hurts, and I take
20  a pill, and then I'm fine.
21      Q.  How often do you get these
22  stomachaches?
23      A.  I don't know.  But each time I feel
24  it, I take a pill.
25      Q.  What kind of pill do you take?

Page 107

1      A.  Ampicillin.
2      Q.  Do you have to get a prescription for
3  that pill?
4      A.  When I take it, I feel good.  When I
5  take it, I no longer feel what I felt before.
6      Q.  Where do you get these pills?
7      A.  Sometimes I buy them at the bodega.
8      Q.  Have you been to a doctor about your
9  stomach problems?
10      A.  No.
11      Q.  Do you think the stomach problems are
12  related to Douglas Perlitz's sexual abuse?
13      A.  I don't know.
14      Q.  Do you claim that you have problems
15  with intimacy as a result of Douglas Perlitz's
16  sexual abuse?
17      A.  Yes, I have problems, because the
18  people think that I was one of the insiders, and
19  I was a faggot, and they think that they don't
20  want to talk to me, they tell me they don't want
21  to communicate with me, and so I don't feel well
22  with them.  I don't feel comfortable with these
23  people that think that they know what happened
24  to me.
25      Q.  Who are these people that have said

Page 108

1  this to you?
2      A.  People outside.
3      Q.  People in Cap-Haïtien?
4      A.  Yes.
5      Q.  People in the Blue Hills area?
6      A.  Yes.
7      Q.  How often have you had these problems
8  with people saying these things to you?
9      A.  Each time I call someone that I know,
10  or I see them, they tell me "don't talk to us,
11  we don't talk to faggots, we don't want to talk
12  to you."
13      Q.  Do you claim that there's any other
14  problems that you have as a result of the abuse?
15      MR. STEWART:  Objection.
16      A.  Sometimes I ask for work, and they
17  won't give me any work because of what happened.
18  BY MR. CERRETA:
19      Q.  What sort of work have you sought?
20      A.  Sometimes I ask to work in the
21  construction industry as a mason, for example,
22  and they won't give me the work.
23      THE INTERPRETER:  The interpreter
24  requests a clarification.
25      A.  So to do -- I ask for work in --

Page 109

1  menial work in the construction industry, and
2  I'm refused.
3      Q.  How many times have you sought work in
4  the construction industry since PPT closed?
5      A.  Every time I see them, I don't have
6  any more money, my funds are getting low, I look
7  for work, and I don't find any.
8      Q.  Has anybody ever hired you to do any
9  construction work?
10      A.  No.
11      Q.  Do you know, can you remember how many
12  times people have refused to hire you because of
13  the -- because they think you are Mrs. Douglas,
14  or masisi, or something like that?
15      A.  I don't remember.
16      Q.  Are you currently looking for work
17  actively?
18      A.  No.
19      Q.  When was the last time you went out
20  and tried to find some work?
21      A.  I don't remember.
22      Q.  Earlier today you were describing how
23  Father Paul and Madame Carter had talked about
24  Fairfield University.  Do you remember that?
25      A.  Yes.

28 (Pages 106 to 109)

Confidential - Subject to Further Confidentiality Review

Page 110

1    Q.  And do I have it right that they said
2  if you completed your classes, there could be an
3  opportunity for you to go to Fairfield
4  University, you and the other students?
5        MR. STEWART:  Objection.
6    A.  Yes.
7  BY MR. CERRETA:
8    Q.  While you were a student at PPT, did
9  you ever hear anything else about Fairfield
10  University?
11    A.  No.
12    Q.  Did you ever hear that Fairfield
13  University was one of the sponsors of the
14  project?
15    A.  Yes, they told me that it was a
16  university that was very important for the
17  Village.
18    Q.  Who told you that?
19    A.  Mrs. Carter, and the second time it
20  was Douglas.  Mrs. Carter, Father Paul, and
21  Douglas used to tell me that.
22    Q.  When did they tell you this?
23    A.  The day we were gathered together as a
24  group.
25    Q.  Was this the same day when the

Page 111

1  discussion was had about completing your classes
2  and potentially moving on to be a student at
3  Fairfield University?
4    A.  Yes.
5    Q.  Aside from that time, was there any
6  other time that you heard anything about
7  Fairfield University while you were a student at
8  PPT?
9    A.  It was only -- no, it was only when we
10  were gathered together as a group.
11    Q.  On that one occasion when Father Paul
12  and Madame Carter were speaking, with Douglas
13  interpreting?
14    A.  Yes.
15    Q.  How many times did you see Father Paul
16  -- how many times would you estimate that you've
17  seen Father Paul Carrier?
18    A.  Well, I don't know.
19    Q.  Did you ever see Father Paul speaking
20  with Douglas Perlitz?
21    A.  Yes, I've seen them stand together and
22  talk, but I don't speak English, so I don't know
23  what they were saying.
24    Q.  Okay.  Do you know, do you have any
25  basis to know what was being said between them

Page 112

1  in those conversations?
2    A.  No.
3    Q.  Have you ever been arrested,
4  Mr. Emile?
5    A.  No.
6    Q.  Have you ever used paint thinner?
7        MR. STEWART:  Objection.
8    A.  No.
9        MR. CERRETA:  Do you mind if we take a
10  break?  I'm getting towards the end, I just want
11  to collect my thoughts.
12        MR. STEWART:  What do you think, ten
13  minutes or so?
14        MR. CERRETA:  For me.
15        MR. STEWART:  That would be great.
16        THE VIDEOGRAPHER:  Going off the
17  record.  The time is 2:38.
18        (Whereupon, a recess was taken.)
19        THE VIDEOGRAPHER:  Back on the record.
20  The time is 2:52.
21  BY MR. CERRETA:
22    Q.  Mr. Emile, do you think Nicholas
23  Preneta should have known that Douglas Perlitz
24  sexually abused you?
25        MR. STEWART:  Objection.

Page 113

1    A.  I don't think so.
2  BY MR. CERRETA:
3    Q.  Do you think that Douglas told
4  Nicholas Preneta about everything he did?
5        MR. STEWART:  Objection.
6    A.  I don't think so.
7  BY MR. CERRETA:
8    Q.  How about Jessica Lozier, do you think
9  she should have known --
10        MR. STEWART:  Objection.
11  BY MR. CERRETA:
12    Q.  -- that Douglas Perlitz sexually
13  abused you?
14        MR. STEWART:  Sorry.  Objection.
15    A.  I don't think so.
16  BY MR. CERRETA:
17    Q.  Was Jessica Lozier a leader of Project
18  Pierre Toussaint?
19    A.  I don't think so.
20        MR. CERRETA:  That's all I have.
21  Thank you, sir.
22        MR. STEWART:  Thank you, sir.
23    A.  Yes, thank you.
24        THE VIDEOGRAPHER:  Going off the
25  record.  The time is 2:55.

Confidential - Subject to Further Confidentiality Review

Page 114

1      (Pause.)
2      THE VIDEOGRAPHER:  Back on the record.
3   The time is 2:56.
4           EXAMINATION
5   BY MR. KENNEDY:
6      Q.  Hi, Mr. Emile.
7      A.  Hello.
8      Q.  I know we met earlier this morning,
9   but let me -- but since it's been a while, let
10  me reintroduce myself.  I'm Jeff Kennedy, I
11  represent Hope Carter.
12     A.  Yes.
13     Q.  And I have some questions for you
14  today, sir.
15     A.  Okay.
16     Q.  First of all, sir, if there's any
17  question I ask you this afternoon that you don't
18  understand, please ask me to rephrase it, I'd be
19  happy to do so.
20     A.  Yes.
21     Q.  And if you do respond, sir, I'm going
22  to assume you understood my question.
23     A.  Okay.
24     Q.  If you need to take a break at any
25  time, you can let me know or let your counsel

Page 115

1   know, we'd be happy to take a break, sir.
2      A.  Yes.
3      Q.  The only thing I ask is that if there
4   is a question pending that you answer the
5   question before you take a break.
6          And it's the same rule as when
7   Mr. Cerreta was asking you questions, you're
8   still sworn to tell the truth.
9          You understand?
10     A.  Yes.
11     Q.  And you understand that you swore
12  before God to tell the truth here today?
13     A.  Yes.
14     Q.  And do you believe in God, sir?
15     A.  Yes.
16     Q.  Sir, I'm going to show you what's been
17  marked Exhibit 2 for identification.
18          (Whereupon, Emile Exhibit Number 2,
19          Copy of Jean Moise Emile's Passport,
20          was marked for identification.)
21  BY MR. KENNEDY:
22     Q.  I realize that's a copy, but have you
23  ever seen that document before, sir?
24     A.  No.
25     Q.  Do you know what that document is,

Page 116

1   sir?
2      A.  No.
3      Q.  Sir, when you came here from Haiti,
4   did you have a passport, sir?
5      A.  Yes.  Yes, I was home, and then I went
6   to the station, and there's a girl that called
7   me and she gave me the passport, and I got on
8   the bus.
9      Q.  Who was the girl, sir?
10     A.  The girl that was standing in front of
11  the bus.
12     Q.  Do you know who that was, sir?
13     A.  No.
14     Q.  Who called you, sir?
15     A.  The lady.
16     Q.  The lady who had the passport?
17     A.  Yes.  I had left home, I went to the
18  station, and the lady called me to get on the
19  bus.
20     Q.  And you don't know who this lady who
21  called you was, sir?
22     A.  No, I don't know.
23     Q.  Did she speak Creole, sir?
24     A.  Yes.
25     Q.  Do you know if she worked with Cyrus

Page 117

1   Sibert, sir?
2      A.  No.
3      Q.  Do you know if Cyrus helped you get
4   your passport, sir?
5      A.  I don't think so.
6      Q.  Did she hand you the passport at the
7   bus station, sir?
8      A.  Yes.
9      Q.  Okay.  And then what did you do with
10  the passport, sir?
11     A.  She handed me the passport, I went on
12  the bus, and I took the passport and I put it in
13  my suitcase.  That's it.
14     Q.  You don't know -- and I apologize if
15  I've already asked this, but you don't know this
16  woman's name, sir?
17          MR. STEWART:  Objection.
18     A.  No.
19  BY MR. KENNEDY:
20     Q.  Do you know if she worked for the
21  government, sir?
22          MR. STEWART:  Objection.
23     A.  No.
24  BY MR. KENNEDY:
25     Q.  Sir, before you received your

30 (Pages 114 to 117)

Confidential - Subject to Further Confidentiality Review

Page 118

1  passport, did you yourself do anything to obtain
2  the passport?
3      A.  I didn't.  The only thing is that they
4  handed me a passport, that's all.
5      Q.  So previously you didn't go to any
6  government building or facility and request a
7  passport, sir?
8      A.  No.
9      Q.  And, sir, I'm going to show you what's
10 been marked Defendants' Exhibit 3 for
11 identification.
12          (Whereupon, Emile Exhibit Number 3,
13          Jean Moise Emile's Visa, was marked for
14          identification.)
15 BY MR. KENNEDY:
16     Q.  Have you ever seen that document
17 before, sir?
18     A.  No.
19     Q.  This is the first that you've seen it,
20 today, sir?
21     A.  Yes.
22     Q.  Sir, go back to Exhibit Number 2.  The
23 photograph that's on that passport, do you know
24 when that photograph was taken, sir?
25     A.  I don't think so, no.

Page 119

1      Q.  Well, you don't know when the photo
2  was taken, sir?
3      A.  No.
4      Q.  Do you remember getting dressed up for
5  a photograph, sir, when you were in Haiti?
6          MR. STEWART:  Objection.
7      A.  No.
8  BY MR. KENNEDY:
9      Q.  Sir, did you speak to Cyrus Sibert to
10 prepare for your deposition today?
11         MR. STEWART:  Objection.  Instruct him
12 not to answer, attorney/client privilege.
13 BY MR. KENNEDY:
14     Q.  Sir, do you carry any Haitian
15 identification cards with you, sir?
16         MR. STEWART:  Objection.
17     A.  No.
18 BY MR. KENNEDY:
19     Q.  Do you have a driver's license, sir?
20         MR. STEWART:  Objection.
21     A.  No.
22 BY MR. KENNEDY:
23     Q.  Do you drive a car, sir?
24     A.  No.
25     Q.  Do you drive a motorcycle, sir?

Page 120

1      A.  No.
2      Q.  Have you ever driven a motorcycle,
3  sir?
4      A.  No.
5      Q.  Do you have a cell phone, sir?
6      A.  Yes.
7      Q.  And what is that number for that cell
8  phone, sir?
9      A.  44167189.
10     Q.  And how long have you had that cell
11 phone, sir?
12     A.  Well, I don't remember.
13     Q.  How did you afford to pay for that
14 cell phone, sir?
15         MR. STEWART:  Objection.
16     A.  Well, I asked a friend, I had asked
17 him, and he gave it to me, and I paid him for
18 it.
19 BY MR. KENNEDY:
20     Q.  Who was that friend, sir?
21     A.  A friend that was passing, I was
22 telling him I was going to look for work to buy
23 a phone, and he took money out of his pocket and
24 he gave it to me so that I could go buy a phone.
25     Q.  What was that man's name, sir?

Page 121

1      A.  He's a friend like this, like that, he
2  was just passing through.  I don't know.
3      Q.  You don't know his name, sir?
4      A.  No.
5      Q.  When did this happen, sir, that he
6  gave you the money to buy a phone?
7      A.  I don't remember.
8      Q.  How long have you had the phone, sir?
9          MR. STEWART:  Objection.
10     A.  I don't remember.
11 BY MR. KENNEDY:
12     Q.  Is it more than a year, sir?
13         MR. STEWART:  Objection.
14     A.  I don't remember.
15 BY MR. KENNEDY:
16     Q.  Do you text with that phone, sir?
17     A.  No.
18     Q.  Do you e-mail, sir?
19     A.  No.
20     Q.  Do you have an e-mail account, sir?
21     A.  No.
22     Q.  Sir, currently are you in contact with
23 any other former PPT students?
24     A.  I don't remember.
25     Q.  You don't remember if you're in

31 (Pages 118 to 121)

Confidential - Subject to Further Confidentiality Review

Page 122

1    contact with any former PPT students, sir?
2         A.  No.
3         Q.  Do you still talk to any former PPT
4    students, sir?
5         A.  No.
6         Q.  When is the last time that you spoke
7    to any former PPT students, sir?
8         A.  No, I don't talk to them at all.
9         Q.  So you don't talk to any former PPT
10   students now?
11        A.  No.
12        Q.  Do you know Raynel Odilbert, sir?
13        A.  I've heard them call out that name in
14   the Village, but I never spoke to him.
15        Q.  What about Louis Saincirin, sir, have
16   you ever spoken to him?
17        A.  No.
18        Q.  Do you know who that is, sir?
19        A.  Who was that?
20        Q.  I'm asking him, do you know who Louis
21   Saincirin is?
22        A.  No.
23        Q.  What about Jheempson Brismac Joseph,
24   sir, do you know who that is, sir?
25        A.  No.

Page 123

1         Q.  What about Kensley Previl, sir, do you
2    know who that is?
3         A.  No.
4         Q.  What about Emile Jean Pierre, do you
5    know who that is, sir?
6         A.  No.
7         Q.  Do you know who Ilguens Jean is, sir?
8             MR. STEWART:  Objection.
9             THE INTERPRETER:  I'm sorry, can you
10   repeat that name for me?
11            MR. KENNEDY:  Sure.  Would it help the
12   interpreter if I spelled it?
13            THE INTERPRETER:  Can I take a look at
14   that paper for a minute?
15            MR. KENNEDY:  Not now.
16            THE INTERPRETER:  Spell it, please.
17            MR. KENNEDY:  I-L-G-U-E-N-S.
18        A.  No.
19        Q.  Gesner Lecenat, do you know who that
20   is, sir?
21        A.  No.
22        Q.  Do you know who Wadson Dorciné is,
23   sir?
24        A.  No.
25        Q.  Do you know who Geffrard Lecenat is,

Page 124

1    sir?
2         A.  No.
3         Q.  Do you know who Jamesly Guillaume is,
4    sir, G-U-I-L-L-A-U-M-E?
5         A.  No.
6         Q.  Sir, before you came here today to
7    have your deposition taken, did you speak to any
8    former PPT student?
9         A.  No.
10        Q.  Are you aware that some other former
11   PPT students have come to the Dominican Republic
12   to have their deposition taken?
13            MR. STEWART:  Objection.
14        A.  No.
15   BY MR. KENNEDY:
16        Q.  Sir, when you went -- sir, you went to
17   Rue 13, correct?
18        A.  Yes.
19        Q.  And I believe you indicated before
20   that you know who Andy Schultheis is?
21        A.  Yes.  Andy, yes.
22        Q.  Did you ever speak with Andy?
23        A.  No.
24        Q.  Are you aware that Andy can speak --
25   could speak Creole?

Page 125

1         A.  He never spoke Creole in front of me.
2         Q.  Were you aware if Andy had a Haitian
3    girlfriend, sir?
4             MR. STEWART:  Objection.
5         A.  No.
6    BY MR. KENNEDY:
7         Q.  To the best of your understanding,
8    sir, what was Andy's position at Rue 13?
9         A.  Well, what he would do is visit and go
10   around everywhere to make sure everything was
11   okay.
12        Q.  Sir, did you enjoy your time at
13   Rue 13?
14            MR. STEWART:  Objection.
15        A.  Well, the only thing I liked about it
16   is the school itself, because schooling is very
17   hard to come by.
18   BY MR. KENNEDY:
19        Q.  And were you given food at Rue 13,
20   sir?
21        A.  Yes.
22        Q.  And you were given some schooling at
23   Rue 13, sir?
24            THE INTERPRETER:  The interpreter
25   requests that the question be repeated.

32 (Pages 122 to 125)

Confidential - Subject to Further Confidentiality Review

Page 126

1         MR. KENNEDY: Sure.
2     Q. Did you go to classes at Rue 13, sir?
3     A. Yes.
4     Q. Did you learn to read and write at
5 Rue 13, sir?
6         MR. STEWART: Objection.
7     A. They were showing us. I didn't quite
8 understand everything, but I was following
9 along.
10 BY MR. KENNEDY:
11     Q. And who was showing you, sir?
12     A. Margarita.
13     Q. And she was a teacher, sir?
14     A. Yes.
15     Q. While you were at Rue 13, did you ever
16 hear any rumor about Douglas Perlitz hurting any
17 students, sir?
18     A. No.
19     Q. When you were at Rue 13, did you at
20 any time have any fear that Douglas Perlitz
21 would hurt you, sir?
22     A. I didn't think so.
23     Q. Why didn't you think so, sir?
24         MR. STEWART: Objection.
25     A. Because I knew he was a foreigner

Page 127

1 there taking care of us, I wasn't thinking that
2 he would do this to us.
3 BY MR. KENNEDY:
4     Q. And when you first went to Carenage,
5 sir, were you afraid that Douglas Perlitz would
6 hurt you?
7     A. I didn't think that.
8     Q. And just so I'm clear, sir, you allege
9 that Douglas Perlitz hurt you in the year 2006,
10 correct?
11     A. Yes.
12     Q. It was not in 2005, correct?
13     A. No, 2006.
14     Q. Okay. And as I understand it, at some
15 point you went to the Village, correct?
16     A. Yes.
17     Q. Did you ever sleep at the Village,
18 sir?
19     A. No.
20     Q. When you did go to the Village, sir,
21 how many days a week did you go?
22     A. Each time school was open, I would go.
23     Q. And was that every day -- I'm sorry.
24 Was that five days a week, sir?
25     A. I don't think so.

Page 128

1     Q. How many days a week do you think it
2 was, sir?
3     A. Five times in the week.
4     Q. Can you tell me some of the other
5 students who you went to the Village with, sir?
6     A. I would see them, but I really don't
7 know their names.
8     Q. Can you give me one name, sir?
9     A. I knew Pina. He's the only one whose
10 name I knew, because they had thrown him out, so
11 I knew his name.
12     Q. But you don't know the names of
13 anybody else, sir?
14     A. No.
15     Q. And how long did you go to the Village
16 for, sir?
17     A. Well, I was in the Village for -- I
18 don't know how long.
19     Q. Was it over a year, sir?
20     A. I don't think so.
21     Q. What about at Carenage, sir, can you
22 tell me some of the names of the students that
23 you went to Carenage with?
24     A. I don't know their names.
25     Q. What about Rue 13, sir, can you give

Page 129

1 me the names of any students you went to Rue 13
2 with?
3     A. No.
4     Q. Sir, do you know who Marguerite Joseph
5 is?
6     A. No.
7     Q. Sir, did you ever tell Robinson that
8 Douglas Perlitz hurt you?
9     A. No.
10     Q. Sir, are you aware that other former
11 PPT students are claiming that Douglas Perlitz
12 hurt them?
13         MR. STEWART: Objection.
14     A. No.
15 BY MR. KENNEDY:
16     Q. The first time that Cyrus gave you
17 money, sir, where were you?
18     A. I was home.
19     Q. Did he come to your house, sir?
20     A. I was home, and I was in need, so I
21 went to town, and he gave me money.
22     Q. So when you say you were at home, you
23 were in -- is it Blue Hills, sir?
24     A. Yes.
25     Q. And where -- when you say in town,

33 (Pages 126 to 129)

Confidential - Subject to Further Confidentiality Review

Page 130

1    where was Cyrus, sir?
2        A.  In Cap-Haïtien.
3        Q.  And did you have to take public
4    transportation from Blue Hills to the area where
5    Cyrus was in Cap-Haïtien?
6        A.  Yes.
7        Q.  And how did you pay for the public
8    transportation, sir?
9        A.  $1.
10       Q.  Did Cyrus give you the money for the
11   transportation, sir?
12       A.  No.
13       Q.  And the second time that Cyrus gave
14   you, I believe it was 100 Haitian dollars, where
15   were you at the time that he gave you that
16   money, sir?
17       A.  I was home.  I was in need.  I paid a
18   dollar for public transportation to go to him,
19   and he gave me what he gave me.
20       Q.  Sir, going back to the first time that
21   Cyrus gave you money, how did you know to go to
22   him, sir?
23       A.  I went to town, and a friend of mine,
24   Pierre Jacky, showed me where to go to go and
25   see him, and I went to see him.

Page 131

1        Q.  Is Pierre Jacky a former PPT student?
2        A.  No.
3        Q.  Does Pierre Jacky work for Cyrus
4    Sibert, sir?
5        A.  I don't think so.
6        Q.  Do you know how Pierre Jacky knew
7    Cyrus Sibert, sir?
8            MR. STEWART:  Objection.
9        A.  I don't think so.
10   BY MR. KENNEDY:
11       Q.  I'm sorry, sir, you don't know?  I'm
12   still just a little confused about the answer,
13   sir.  Let me re-ask it again.
14           Do you know how Pierre Jacky knew
15   Cyrus Sibert, sir?
16           MR. STEWART:  Objection.
17       A.  No.
18   BY MR. KENNEDY:
19       Q.  And the third time that Cyrus Sibert
20   gave you 100 Haitian dollars, when was that,
21   sir?
22       A.  I don't know.
23       Q.  Was it in the last six months, sir?
24           MR. STEWART:  Objection.
25       A.  The third time?

Page 132

1    BY MR. KENNEDY:
2        Q.  Yes, sir.
3        A.  No.
4        Q.  It was more than six months ago?
5        A.  No.
6        Q.  Sir, the fourth time that Cyrus Sibert
7    gave you money, do you remember when that was,
8    sir?
9        A.  Yes.  I was in need, and I went to see
10   him.
11       Q.  And when was that, sir?
12       A.  I don't remember.
13       Q.  Was it in the last six months, sir?
14       A.  I don't remember.
15       Q.  Sir, when the lady handed you the
16   passport to get on the -- before you got on the
17   bus, sir, did she give you anything else?
18       A.  No.
19       Q.  Sir, did you ever see Hope Carter at
20   Rue 13?
21       A.  Yes, I used to see her.
22       Q.  You used to see her at Rue 13?
23       A.  Yes.
24       Q.  How many times, sir?
25       A.  I don't remember.

Page 133

1        Q.  Was it more than once?
2        A.  I don't remember.
3        Q.  What was she doing when you saw her at
4    Rue 13?
5        A.  I saw her standing, looking around,
6    and then she left.
7        Q.  Did you speak to her, sir, at Rue 13?
8        A.  No.
9        Q.  Did you see her speak to anybody at
10   Rue 13, sir?
11       A.  No.
12       Q.  How long did she look around before
13   she left, sir?
14       A.  I don't remember.
15       Q.  Was she with anybody when you saw her
16   at Rue 13, sir?
17       A.  She was the only one I saw there
18   standing.
19       Q.  So the answer is no, you didn't see
20   her with anybody, sir?
21       A.  Yes.
22       Q.  Was Douglas there, sir, at the time
23   you saw her standing at Rue 13?
24       A.  Yes, Douglas was inside.  But she was
25   standing alone.

34 (Pages 130 to 133)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 134

1    Q. Did you see her speak to any student
2  at Rue 13, sir?
3    A. No, I just saw her standing there. I
4  didn't hear her talk to any students.
5    Q. And this occurred one time, sir?
6      MR. STEWART: Objection.
7    A. I don't remember.
8  BY MR. KENNEDY:
9    Q. Did you ever see Hope Carter at
10  Carenage, sir?
11    A. Yes.
12    Q. How many times, sir?
13    A. I don't remember.
14    Q. Was it more than once, sir?
15    A. I don't remember.
16    Q. Do you remember what she was doing
17  when you saw her at Carenage?
18    A. I saw her there standing looking
19  around, then she went in. And I went out, I was
20  drinking something. She was standing. And
21  after that, I don't know what she did.
22    Q. How long did you see her standing
23  around at Carenage, sir?
24    A. I don't remember.
25    Q. Do you remember what she was wearing,

Page 135

1  sir?
2    A. No.
3    Q. Did you see -- did you speak to Hope
4  Carter when you saw her at Carenage, sir?
5    A. No.
6    Q. Did you see Hope Carter speak to any
7  student at Carenage, sir?
8    A. I don't think so.
9    Q. Do you remember if Hope Carter was
10  with anybody when you saw her at Carenage?
11    A. I don't think so.
12    Q. Do you remember what year you saw her
13  at Carenage, sir?
14    A. No.
15    Q. Do you remember seeing Hope Carter at
16  the Village, sir?
17    A. Yes.
18    Q. How many times, sir?
19    A. Only once. It was in the month of
20  December.
21    Q. And that's the time that you were
22  given some Christmas gifts, is that correct,
23  sir?
24      MR. STEWART: Objection.
25    A. Yes.

Page 136

1  BY MR. KENNEDY:
2    Q. You also testified earlier today that
3  Hope Carter and Father Paul spoke through -- I'm
4  sorry, had Doug Perlitz interpret for them and
5  spoke about students going to Fairfield
6  University, is that correct?
7    A. Yes, that's when we were in a group in
8  the Village.
9    Q. Okay. Sir, I was just confused,
10  because I asked you before how many times you
11  remember seeing Hope Carter at the Village --
12  strike that. I'm sorry, sir. Let me re-ask it.
13      Sir, did Hope Carter and Father Paul
14  say this to the group in the December meeting?
15  Was this at the same time you got gifts?
16    A. No. They spoke, and they said that if
17  we got good grades we would be able to go to
18  Fairfield University perhaps, and then Douglas
19  had the gifts, and then he distributed them.
20    Q. Okay. So, but the conversation about
21  Fairfield University was at the same time that
22  you got the gifts, is that correct?
23    A. Yes, after they had made the speech.
24    Q. When you said -- when you say they
25  made the speech, who made the speech, sir?

Page 137

1      MR. STEWART: Objection.
2    A. Mrs. Carter and Father Paul, and
3  Douglas was interpreting.
4  BY MR. KENNEDY:
5    Q. So did you see Mrs. Carter speaking to
6  Douglas, sir?
7    A. Yes, when we were standing together as
8  a group.
9    Q. Fair to say, sir, you don't understand
10  English, is that correct?
11    A. No.
12    Q. Okay. So you don't know what
13  Mrs. Carter and Douglas were talking about, do
14  you?
15    A. No. I don't speak English, I don't
16  know.
17    Q. What other students were present when
18  you heard this speech, sir?
19    A. There were a whole bunch of us.
20    Q. Right. Can you give me some names,
21  sir?
22    A. Well, I wasn't in the same grade as
23  they were, so I don't know their names.
24    Q. What grade were you in, sir?
25    A. In second and third.

35 (Pages 134 to 137)

Confidential - Subject to Further Confidentiality Review

Page 138

1    Q. And at that point, sir, could you read
2  and write Creole?
3    A. Well, I speak Creole, but I can't
4  really write it.
5    Q. Sir, how long was the speech that Hope
6  Carter and Father Paul gave through Douglas?
7    MR. STEWART: Objection.
8    A. I don't know.
9  BY MR. KENNEDY:
10    Q. Was it more than a minute, sir?
11    MR. STEWART: Objection.
12    A. I don't know.
13  BY MR. KENNEDY:
14    Q. What time of day was it, sir?
15    A. A day of December.
16    Q. Were any of the Haitian staff at the
17  Village present, sir?
18    A. They were standing outside.
19    Q. Can you tell me the names of the
20  Haitian staff that were standing outside?
21    A. All the masters and mistresses of the
22  school that were there.
23    Q. What were some of their names, sir?
24    MR. STEWART: Objection.
25    A. Master Romel, for example, Master

Page 139

1  Judex, there was Mémé, Madame Murta. Those are
2  the names that I knew.
3    Q. How did you know they were standing
4  outside, sir?
5    A. I saw them standing outside.
6    Q. Do you know if they heard the speech,
7  sir?
8    MR. STEWART: Objection.
9    A. No.
10  BY MR. KENNEDY:
11    Q. And I believe you just -- you
12  previously testified that you don't remember the
13  names of any other PPT student that was present
14  during the speech, correct?
15    A. If I didn't remember?
16    Q. I'm sorry, sir.
17    Do you remember the names of any PPT
18  student that was present during the speech that
19  Hope Carter and Father Paul gave through Douglas
20  Perlitz about Fairfield University?
21    A. Yes, I saw them standing outside. The
22  names I remember I told you, it was Master
23  Judex, Mémé, Master Romel, Madame Murta.
24    Q. Sir, that's not my question. My
25  question was not the name of the teachers or the

Page 140

1  Haitian staff.
2    My question was, do you remember the
3  names of any PPT students that were present
4  during the speech that Hope Carter and Father
5  Paul allegedly gave through Douglas about
6  Fairfield University?
7    MR. STEWART: Objection.
8    A. No.
9  BY MR. KENNEDY:
10    Q. And, sir, I believe you testified
11  earlier that you saw Hope Carter at Bel Air, is
12  that correct?
13    A. Yes.
14    Q. And how many times did you see her at
15  Bel Air, sir?
16    A. Only one time, the one time I went to
17  Bel Air.
18    Q. And was that before or after the time
19  where you claim you heard Mrs. Carter and Father
20  Paul talking about Fairfield University?
21    MR. STEWART: Objection.
22    A. Before.
23  BY MR. KENNEDY:
24    Q. So you saw her at Bel Air first, and
25  then you saw her at the Village after, is that

Page 141

1  correct?
2    A. Yes.
3    Q. And I believe you indicated before
4  that you went to Bel Air to get money from Doug
5  Perlitz, is that correct?
6    A. Yes.
7    Q. And you went there, and you needed
8  money for transportation, is that correct?
9    A. Yes.
10    Q. And that was the first time you had
11  ever been to Bel Air, sir?
12    A. Yes.
13    Q. Had Doug Perlitz ever given you money
14  before that day, sir?
15    A. No.
16    Q. How did you know to go ask Doug
17  Perlitz for money, sir?
18    A. Well, I needed money to pay for
19  transport, so I took a chance and I went up to
20  Bel Air to see if I would find him, and luck had
21  it that he was there, so I asked him, and he
22  gave it to me, and I went.
23    Q. Had you ever asked him for money
24  before then, sir?
25    MR. STEWART: Objection.

36 (Pages 138 to 141)

Confidential - Subject to Further Confidentiality Review

Page 142

1      A.  No.
2  BY MR. KENNEDY:
3      Q.  Then how did you know that he might
4  give you money, sir?
5      A.  Well, I just asked him, just like
6  that.
7      Q.  How did you get to Bel Air, sir, that
8  day?
9      A.  I was walking, and then my feet were
10  hurting, and then I thought, well, let me go to
11  Bel Air, I'll ask Douglas for money to -- $10 to
12  take transportation.
13      Q.  And where were you taking
14  transportation to, sir?
15      A.  Home.
16      Q.  And home is Blue Hills, sir?
17      A.  Yes.
18      Q.  And you had never been to Bel Air
19  before, is that correct, sir?
20      A.  No.
21      Q.  How did you know how to get there,
22  sir?
23      A.  Well, I knew vaguely where it was.  I
24  went there, I found the house, Bel Air, I had
25  the security guard let me in, I saw Douglas, and

Page 143

1  he gave me the $10.  I saw Hope Carter and
2  Father Paul playing basketball.  I asked Douglas
3  for the $10, and he gave it to me.
4      Q.  When you say you saw Hope Carter and
5  Father Paul playing basketball, were they
6  actually playing in a game, sir?
7      A.  Yes.
8      Q.  Sir, can you describe Hope Carter for
9  me physically?
10      A.  An old lady.
11      Q.  Anything else, sir?
12      A.  She is an old lady, and she pulls up
13  her pants right up to her heart, and her body is
14  covered in these veins.
15      Q.  What color are the veins, sir?
16      A.  Green.
17      Q.  Have you yourself ever said anything
18  to Hope Carter through an interpreter, sir?
19      A.  No, only when we were in a group
20  together did I speak with her.
21      Q.  When you saw Hope Carter playing
22  basketball, was Douglas also playing, sir?
23      A.  No, he was just standing there.  I
24  called him, I asked him for the $10, he gave it
25  to me, and I left.

Page 144

1      Q.  Did you see Hope Carter interact with
2  Douglas Perlitz at Bel Air, sir?
3      A.  No.  When I got there, Douglas was
4  standing there, they were playing basketball, I
5  asked Douglas for $10, and he gave it to me, and
6  I left.
7      Q.  But you didn't see Hope Carter speak
8  to Douglas Perlitz at Bel Air, did you?
9      A.  No.
10      Q.  The time you saw Hope Carter at
11  Bel Air, were you going to the Village, sir?
12      A.  No, I was going home.
13      Q.  I apologize, sir.
14      The time when you saw Hope Carter,
15  were you currently a student at the Village?
16      A.  No, I was in Carenage.
17      Q.  Sir, did you ever complain about the
18  food at the Village, sir?
19      A.  No, whatever they gave me, I took.  I
20  didn't complain.
21      Q.  So you don't -- you never complained
22  to the teachers about the food, sir?
23      A.  No.
24      MR. STEWART:  Do you think you've got
25  a lot left?  We've been going about an hour.

Page 145

1      MR. KENNEDY:  We can take a five or
2  ten minute break.
3      MR. STEWART:  Do you mind?
4      MR. KENNEDY:  No, not at all.
5      THE VIDEOGRAPHER:  Going off the
6  record.  The time is 3:58.
7      (Whereupon, a recess was taken.)
8      THE VIDEOGRAPHER:  Back on the record.
9  The time is 4:13.
10  BY MR. KENNEDY:
11      Q.  Sir, it's fair to say Hope Carter was
12  not a teacher at Rue 13, was she?
13      A.  No.
14      Q.  And it's also fair to say that Hope
15  Carter was not a teacher at Carenage, was she?
16      A.  No.
17      Q.  And it's also fair to say that Hope
18  Carter was not a teacher at the Village, was
19  she?
20      A.  No.
21      Q.  Sir, what was your understanding of
22  Hope Carter's role with PPT?
23      A.  She was a person who was very
24  important.
25      Q.  What do you base that opinion on, sir?

37 (Pages 142 to 145)

Confidential - Subject to Further Confidentiality Review

Page 146

1    A.  Well, she was very important, because
2   whenever something was missing, or it was a
3   lack, it was to her that Douglas went to so that
4   the need would be filled.  She was above
5   Douglas, so she was always there visiting.  And
6   when she came to visit we would prepare food,
7   and she would come and visit every area.
8    Q.  Well, how do you know, sir, that she
9   was above Douglas?
10    A.  Because if -- when they saw that she
11   was coming, if the kids had not yet eaten, he
12   would rush around to make sure to prepare the
13   food so that the kids would eat.  Or for the
14   other things, too, he would make sure that the
15   kids had done what they were supposed to do.
16   When Douglas knew that they were coming, Hope
17   Carter and Father Paul, he would make sure that
18   there was food prepared for everyone.  And when
19   they would come down, they would visit
20   everywhere.  It's by their way of behaving and
21   the way that they were acting when they knew she
22   was coming.
23    Q.  It's by the way that Douglas was
24   acting, sir?
25    A.  No, it's the way the people were

Page 147

1   behaving themselves that I could see that they
2   were -- those people were important to the
3   Village.
4    Q.  I'm just trying to understand, sir.
5   You say it's the way the people were behaving.
6   Which people are you referring to, sir?
7    A.  Mrs. Carter and Father Paul.
8    Q.  Okay.  Let's break it down here, sir.
9    What was Mrs. Carter doing, sir?  How
10   was she behaving?
11    A.  She was visiting all areas to make
12   sure that all areas were as they should be.
13    Q.  And was Father Paul doing the same
14   thing, sir?
15    A.  Yes.
16    Q.  It's fair to say Hope Carter never
17   told you that she was above Douglas, did she?
18    A.  No, she never told me that.  It's the
19   way that they were behaving and the way that
20   they were acting that made me see that they were
21   very important people.
22    Q.  And by you watching how they were
23   behaving, that's the sole basis for your reason
24   to believe that Hope Carter was an important
25   person to PPT?

Page 148

1    A.  Yes.
2    Q.  Douglas never told you that Hope
3   Carter was above him, did she?
4    A.  When we were in a group, however, he
5   told me that those people were very important
6   for the Village.
7    Q.  What exactly did he say, sir?
8    MR. STEWART:  Objection.
9    A.  Well, they were speaking English and
10   Douglas was translating for them, and they were
11   saying that they were people who were very
12   important for the Village.
13   BY MR. KENNEDY:
14    Q.  So Hope Carter and Father Paul told
15   the students through Doug Perlitz that they were
16   very important people to the Village?
17    A.  Yes.  Douglas interpreted for them.
18    Q.  Do you remember exactly what they
19   said, sir?
20    MR. STEWART:  Objection.
21    A.  No, I don't speak English.  Douglas
22   was translating for them.
23   BY MR. KENNEDY:
24    Q.  You don't remember exactly what
25   Douglas said, sir?

Page 149

1    A.  In Creole or in English?
2    Q.  In Creole, sir.
3    A.  Yes, he said that these people were
4   very important for the Village.
5    Q.  Did he explain why they were very
6   important, sir?
7    A.  No.  He said that.  He didn't add
8   anything to it.
9    Q.  He just said "these are important
10   people"?
11    A.  Yes.
12    Q.  Do you remember him saying anything
13   else, sir?
14    A.  He didn't say anything else.  He said
15   that if we managed to complete our schooling,
16   there was a possibility of sending us to
17   Fairfield.
18    Q.  Okay.  Besides Douglas translating and
19   saying that these are important people, and that
20   there's a possibility of sending you to
21   Fairfield, do you remember anything else that
22   Douglas said at that time?
23    A.  No, that's all I heard him say.  That
24   was all.
25    Q.  Sir, do you know what the Haiti Fund

38 (Pages 146 to 149)

Confidential - Subject to Further Confidentiality Review

Page 150

1    is?
2        A.  No.
3        Q.  You've never heard of that entity,
4    sir?
5        A.  No.
6        Q.  Did you ever meet an individual named
7    Brian Russell, sir?
8        A.  No.
9        Q.  Sir, you were present at the time the
10   Village closed, is that correct?
11       A.  Yes.
12       Q.  Did you ever meet an individual named
13   Sylvester Tan?
14       A.  Yes, it's a person that was studying
15   in order to become a priest.
16       Q.  Did you actually meet him, sir?
17       A.  Sometimes he would gather us together
18   and have us pray in the chapel, and then we
19   would leave.
20       Q.  When you say, sir, "gather us," who is
21   -- who beside yourself are you speaking of?
22       A.  All the kids, he would gather us
23   together and have us pray, and then we would
24   leave.
25       Q.  Can you tell me some of the names of

Page 151

1    the kids, sir, that you would pray with with
2    Sylvester Tan?
3        A.  No, I don't know their names.
4        Q.  And, sir, do you know if Sylvester Tan
5    can speak Creole?
6        A.  No, he never spoke Creole in front of
7    me.
8        Q.  And did you ever speak -- I apologize
9    if I have asked this, but did you ever speak to
10   Sylvester Tan, sir?
11       MR. STEWART:  Objection.
12       A.  No.
13   BY MR. KENNEDY:
14       Q.  Sir, do you remember a white man named
15   Michael who came down right about the time the
16   Village was closing?
17       A.  Yes, I saw a white man, but I didn't
18   speak with him.
19       Q.  And this was at the time the Village
20   was closing, sir?
21       A.  Yes.
22       Q.  Did he address the student through an
23   interpreter, sir?
24       MR. STEWART:  Objection.
25       A.  No, I never saw him speak.  I saw that

Page 152

1    he came.
2    BY MR. KENNEDY:
3        Q.  Sir, have you ever been to Cyrus
4    Sibert's radio station?
5        A.  No.
6        Q.  Have you ever heard of any -- I'm
7    sorry.
8            Have you ever heard any of Cyrus
9    Sibert's radio shows, sir?
10       A.  No, I don't have a radio, but I did
11   hear people speak about him.
12       Q.  When did you hear that, sir?
13       A.  From people that were in conversation,
14   people speak about him.
15       Q.  Can you give me the names of those
16   people, sir?
17       A.  People passing by.
18       Q.  You don't remember their names, sir?
19       A.  No.
20       Q.  Do you remember what they said about
21   Cyrus Sibert, sir?
22       A.  They said Cyrus was a lawyer.
23       Q.  And were these people that went to
24   PPT, sir?
25       A.  No.

Page 153

1        Q.  Do you know what those people's jobs
2    were, sir?
3        A.  The people passing by you mean?
4        Q.  Yes, sir.
5        A.  No, I don't know.
6        Q.  Sir, is it difficult to get a job in
7    Haiti right now?
8        MR. STEWART:  Objection.
9        A.  Yes.
10   BY MR. KENNEDY:
11       Q.  Is there a lot of unemployment, sir?
12       MR. STEWART:  Objection.
13       A.  Yes.
14   BY MR. KENNEDY:
15       Q.  Are a lot of your friend unemployed,
16   sir?
17       MR. STEWART:  Objection.
18       A.  Well, I don't live in the same areas
19   they do, so I don't know.
20   BY MR. KENNEDY:
21       Q.  Are any members of your family
22   working, sir?
23       A.  No.
24       Q.  Sir, if you know, do you know how much
25   it costs to rent a home in Blue Hills?

39 (Pages 150 to 153)

Confidential - Subject to Further Confidentiality Review

Page 154

```
1       A.  No.
2       Q.  Sir, in total, how many times did you
3   speak with Douglas Perlitz?
4       A.  I don't remember.
5       Q.  Sir, have you kept any writing or any
6   kind of diary or journal about your time at PPT?
7       A.  No.
8       Q.  What's the farthest grade that you've
9   gotten to, sir?
10      A.  Second and third.
11      Q.  Do you have a girlfriend, sir?
12      A.  No.
13      Q.  Have you ever had a girlfriend, sir?
14      A.  No.
15      Q.  Sir, did you have to pay any tuition
16  at Rue 13?
17          MR. STEWART:  Objection.
18      A.  No.
19  BY MR. KENNEDY:
20      Q.  Did you have to pay any tuition at
21  Carenage, sir?
22          MR. STEWART:  Objection.
23      A.  No.
24  BY MR. KENNEDY:
25      Q.  Did you have to pay any tuition at the
```

Page 155

```
1   Village, sir?
2           MR. STEWART:  Objection.
3       A.  No.
4   BY MR. KENNEDY:
5       Q.  Bear with me.
6       Sir, when Douglas Perlitz hurt you,
7   did you see Douglas naked at all, sir?
8       A.  No.
9       Q.  Sir, I believe you testified earlier
10  that after Douglas hurt you, you went back to
11  the classroom, is that correct, sir?
12      A.  Yes.
13      Q.  And can you tell me any of the
14  students' names that were in that classroom,
15  sir?
16          MR. STEWART:  Objection.
17      A.  Well, I don't live in the same area as
18  they do.  I don't know their names.
19  BY MR. KENNEDY:
20      Q.  So the answer is no, you can't tell me
21  the name of any other students that were in the
22  classroom, is that correct?
23      A.  No, I don't remember their names.
24          MR. KENNEDY:  That's all I have, sir.
25  Thank you very much.
```

Page 156

```
1           MR. STEWART:  Thank you.
2       A.  Thank you.
3           THE VIDEOGRAPHER:  Going off the
4   record.  The time is 4:45.
5       (Pause.)
6           THE VIDEOGRAPHER:  Back on the record.
7   The time is 4:36.
8           EXAMINATION
9   BY MR. BABBITT:
10      Q.  Good afternoon.  I represent the
11  American Association of the Order of Malta.
12      When you attended school at the
13  Village, did you know a woman by the name of
14  Margarette Joseph?
15      A.  No.
16      Q.  Before you started attending Rue 13,
17  did you know anyone who went to school there?
18      A.  No.  When I was going, they would put
19  the names of the students that were admitted on
20  a bulletin board, and I saw my name, and that's
21  how I knew I was going.
22      Q.  But before your name appeared on that
23  bulletin board, you didn't know the names of
24  anyone else who attended that school, is that
25  correct?
```

Page 157

```
1       A.  Well, there were a lot of kids, but I
2   don't remember their names.
3       Q.  I understand you don't remember their
4   names.
5       Before you started attending that
6   school, did you know any of those kids?
7           MR. STEWART:  Asked and -- objection.
8       A.  There were a bunch of children.  There
9   were some that were in their own homes, and I
10  don't know where they were, and there were some
11  that were in the streets.
12  BY MR. BABBITT:
13      Q.  Before you started attending Rue 13,
14  did you know that the school provided food to
15  the students that attended that school?
16      A.  It's when I got there that I saw that
17  they gave food and they gave everything.
18      Q.  Before you attended that school, you
19  didn't know what the school would give you?
20      A.  No.
21      Q.  Why did you want to go to Rue 13?
22      A.  Well, simply to go to school, because
23  it's very difficult to get a school -- to find a
24  school.  I wanted to go to school.
25      Q.  Before you started attending Carenage,
```

40 (Pages 154 to 157)

Confidential - Subject to Further Confidentiality Review

Page 158

1  did you know anyone who attended -- who went to
2  school there?
3      A.  No.  I don't remember, I don't
4  remember their names.  And it was the same
5  thing, some of them lived in other areas, and I
6  didn't know where they lived, and others were in
7  the streets, so I don't remember their names.
8      Q.  Before you attended Carenage, did you
9  know that Carenage provided food to the students
10 there?
11     MR. STEWART:  Objection.
12     A.  Yes, when they were sending us, the
13 same setup they had in Rue 13, it was the same
14 that they had for Carenage as well.
15 BY MR. BABBITT:
16     Q.  And you knew that before you started
17 attending Carenage, is that right?
18     A.  Yes, the same setup they have in
19 Rue 13 is the same setup they have for Carenage.
20     Q.  Is that why you wanted to attend
21 Carenage?
22     A.  No.  Carenage was closed, they had
23 asked for the building back, so they had to go
24 and move out elsewhere.
25     Q.  Do you mean Carenage was closed, or

Page 159

1  Rue 13 was closed?
2      A.  Rue 13.  They asked for the building
3  back, so they had to move it elsewhere in
4  another location.
5      Q.  And when Rue 13 closed, you wanted to
6  attend Carenage to continue getting an
7  education?
8      A.  Yes.
9      Q.  Any other reasons you wanted to go to
10 Carenage?
11     A.  Yes, for the school, because schooling
12 is something which is very important.
13     Q.  Before you attended Carenage, did
14 anyone tell you that Doug Perlitz was sexually
15 abusing students at Carenage?
16     A.  No.
17     Q.  Before you attended Carenage, did
18 anyone tell you that Doug Perlitz was sexually
19 abusing students at the Village?
20     A.  No.
21     Q.  Before you attended Carenage, did
22 anyone tell you that Doug Perlitz was gay?
23     A.  No.
24     Q.  Before you attended Carenage, did
25 anyone suggest or hint to you that Doug Perlitz

Page 160

1  was sexually abusing students anywhere at PPT?
2      A.  Before I went to Carenage?
3      Q.  Yes.
4      A.  No.
5      Q.  Before you started attending the
6  Village, did you know anyone who attended the
7  Village?
8      A.  No.
9      Q.  Before you attended the Village, did
10 you know that the students who went to school at
11 the Village were fed there?
12     MR. STEWART:  Objection.
13     A.  Yes.
14 BY MR. BABBITT:
15     Q.  Before you attended the Village, did
16 you know that students at the Village had a
17 place to wash?
18     MR. STEWART:  Objection.
19     A.  Before I went to the Village?
20 BY MR. BABBITT:
21     Q.  Yes.
22     A.  Yes, I knew.
23     Q.  Before you attended the Village, did
24 you know that students at the Village learned to
25 read Creole?

Page 161

1      A.  Yes, they taught us to -- they taught
2  us to write Creole.  But Creole is our language,
3  still we don't know how to write it well.
4      Q.  Before you attended the Village, did
5  you know that students at the Village were
6  taught math?
7      MR. STEWART:  Objection.
8      A.  Yes.
9  BY MR. BABBITT:
10     Q.  Before you attended the Village, did
11 you know that students at the Village played
12 football, soccer?  His football.
13     MR. STEWART:  Objection.
14     A.  Yes.
15 BY MR. BABBITT:
16     Q.  Were these reasons that you wanted to
17 attend the Village?
18     A.  The reason I went is for the
19 schooling.  The schooling was very important.
20 The other things were there, and I was -- had no
21 issues with that, then that was fine.  But the
22 main reason was the schooling, because schooling
23 is very important.
24     Q.  Are these all the reasons that you
25 attended the Village?

41 (Pages 158 to 161)

Confidential - Subject to Further Confidentiality Review

Page 162

1    A.  Yes, for the school.
2    Q.  Okay.  Before you attended the
3  Village, did any person tell you that Doug
4  Perlitz was sexually abusing students at the
5  Village?
6        MR. STEWART:  Objection.
7    A.  No.
8  BY MR. BABBITT:
9    Q.  Before you attended the Village, did
10  any person suggest or hint that Doug Perlitz was
11  sexually abusing students at the Village?
12        MR. STEWART:  Objection.
13    A.  No.
14  BY MR. BABBITT:
15    Q.  There was a wall around the Village,
16  was there not?
17    A.  Yes.
18    Q.  Did you ever see graffiti on the wall
19  relating to Doug Perlitz?
20        MR. STEWART:  Objection.
21  BY MR. BABBITT:
22    Q.  Let's start with ever.
23    A.  Are you speaking about when I was
24  already in the Village?
25    Q.  Well, let's start there.

Page 163

1        When you were attending the Village,
2  did you ever see graffiti on the wall in which
3  Doug Perlitz was mentioned?
4        MR. STEWART:  Objection.
5    A.  No.
6  BY MR. BABBITT:
7    Q.  At any other time before or after you
8  were attending the Village, did you see graffiti
9  on the wall that mentioned Doug Perlitz?
10        MR. STEWART:  Objection.
11    A.  No.
12  BY MR. BABBITT:
13    Q.  Did you ever hear anybody, any
14  students at PPT, talk about graffiti on the wall
15  that mentioned Doug Perlitz?
16        MR. STEWART:  Objection.
17    A.  No.
18  BY MR. BABBITT:
19    Q.  Did you ever hear any students argue
20  with Doug Perlitz, demanding that Doug give them
21  money?
22        MR. STEWART:  Objection.
23    A.  No.
24  BY MR. BABBITT:
25    Q.  When you were a student at the

Page 164

1  Village, did you ever hear that Doug Perlitz was
2  paying, or giving money, or paying money to
3  students at the Village?
4    A.  No.
5    Q.  Before you started attending Rue 13,
6  had you ever heard of the name the American
7  Association of the Order of Malta?
8    A.  No.
9    Q.  Before you started attending Carenage,
10  did you hear the name of the American
11  Association of the Order of Malta?
12    A.  No.
13    Q.  At any time before you started
14  attending the Village, did you ever hear the
15  name the American Association of the Order of
16  Malta?
17    A.  No.
18    Q.  At any time before PPT closed, did you
19  hear the name the American Association of the
20  Order of Malta?
21    A.  No.
22        MR. BABBITT:  Thank you.  I have
23  nothing further.
24        THE VIDEOGRAPHER:  Going off the
25  record.  The time is 4:52.

Page 165

1        (Whereupon, a recess was taken.)
2        THE VIDEOGRAPHER:  Back on the record.
3  The time is 5:01.
4        EXAMINATION
5  BY MR. O'NEILL:
6    Q.  Mr. Emile, my name is Timothy O'Neill.
7  I introduced myself at the beginning.  I am the
8  attorney for Paul Carrier.
9        Now, when the first attorney was
10  questioning you, Mr. Emile, he asked you -- or
11  you told him in response to one of his questions
12  that you went to see Cyrus Vance to help you
13  find justice.
14        MR. STEWART:  Who is Cyrus Vance?
15  BY MR. O'NEILL:
16    Q.  Cyrus Sibert.  Sorry.  Cyrus Vance was
17  an attorney general, I think.  Cyrus Sibert.
18    A.  Yes.
19    Q.  And I believe you also testified at
20  that time that after you went to see Cyrus
21  Sibert, at that time he referred you to counsel,
22  is that correct?
23    A.  Yes.
24    Q.  And you retained counsel on August 13,
25  2013, I believe, is that correct?

42 (Pages 162 to 165)

Confidential - Subject to Further Confidentiality Review

Page 166

1      A.  I don't remember.
2      Q.  Well, let's look at your
3  interrogatories.
4          Your answers to interrogatories were
5  the truth, the whole truth, weren't they?
6      MR. STEWART:  Objection.
7      A.  Yes.
8  BY MR. O'NEILL:
9      Q.  And in fact, you looked at them with
10  the help of counsel and agents, perhaps, you
11  looked at them with a Bic pen in your hand so
12  you could make changes, is that right?
13      A.  Yes.
14      Q.  Even though you can't write and read?
15      MR. STEWART:  Objection.
16      A.  Well, the interpreters were reading
17  them for me, so I was making the corrections.
18  BY MR. O'NEILL:
19      Q.  How were you making the corrections,
20  with the Bic pen?
21      A.  With a Bic.
22      Q.  How did you read the words?
23      MR. STEWART:  Objection.
24      A.  The interpreters were reading, and I
25  was making the corrections with a Bic.

Page 167

1  BY MR. O'NEILL:
2      Q.  You have -- do you have these answers
3  to interrogatories?  It's an exhibit, I'll give
4  you that (handing).  It's Number 1.
5          If you look at number 12 on the
6  exhibit list, you can look at the Creole if you
7  want with the help of the interpreter, he'll
8  read it for you.
9      THE INTERPRETER:  This is in English,
10  isn't it?
11      MR. O'NEILL:  There's Creole at the
12  end, the second part.  There's English, and then
13  after that there's Creole.
14      THE INTERPRETER:  I don't see the
15  Creole.  It doesn't matter.
16      MR. O'NEILL:  It should be in there.
17      THE INTERPRETER:  We can use the
18  English or the Creole.  Do you want to use the
19  English or the Creole?  Either way.  I'll read
20  the interrogatory.
21      MR. O'NEILL:  Okay.  I'll check the
22  Creole.
23  BY MR. O'NEILL:
24      Q.  The Interrogatory Number 12 says
25  "Please state when you first retained counsel in

Page 168

1  this matter and who referred you to counsel."
2  You said, "I was referred to counsel by Cyrus
3  Sibert.  I do not know where he resides.  I
4  retained counsel in approximately August of
5  2013."
6          Does that remind you of your answer to
7  the interrogatories that you retained counsel
8  approximately August of 2013?
9      MR. STEWART:  Objection.
10      A.  I don't remember which date.
11  BY MR. O'NEILL:
12      Q.  Well, you said in answer to an
13  interrogatory under oath that it was
14  approximately August 13th.  Doesn't that help
15  you remember that it was August 13th,
16  approximately, of 2013?
17      MR. STEWART:  Objection.  Asked and
18  answered.  Also misstates what it says right
19  before you, Counsel.
20      MR. O'NEILL:  Wait a minute.  Make
21  your objection, please.  Don't make a talking
22  objection.
23      MR. STEWART:  I've made my objection.
24      MR. O'NEILL:  Just say objection.
25      MR. STEWART:  Well, you keep saying

Page 169

1  the same thing over and over again.
2  BY MR. O'NEILL:
3      Q.  Did you state under oath in your
4  answers to interrogatories that you retained
5  counsel approximately August, 2013?
6      MR. STEWART:  Objection.
7      A.  Yes.
8  BY MR. O'NEILL:
9      Q.  All right.  So when you signed those
10  interrogatories, if you look at your signature
11  on the back of the Creole one, they're signed
12  June 20, 2014.  Do you see that?
13      MR. STEWART:  Objection.  Objection.
14      A.  Yes.
15  BY MR. O'NEILL:
16      Q.  Okay.  Where were they signed?
17      A.  In the hotel.
18      Q.  Which hotel?
19      A.  Mont Jolie.
20      Q.  What?
21      THE INTERPRETER:  M-O-N-T J-O-L-I-E,
22  two words.
23      Q.  Who was present?
24      A.  My interpreters and the lawyer.
25      Q.  Okay.  What was the lawyer's name.

43 (Pages 166 to 169)

Confidential - Subject to Further Confidentiality Review

Page 170

1  Not what he said, but what was his name?
2      MR. STEWART: Objection.
3      A. I don't remember.
4  BY MR. O'NEILL:
5      Q. You don't remember who the lawyer was?
6      MR. STEWART: Objection.
7  BY MR. O'NEILL:
8      Q. Is that your answer, you don't
9  remember who the lawyer was?
10     MR. STEWART: Objection.
11     A. Yes, I remember that the lawyer was
12 Mitch.
13 BY MR. O'NEILL:
14     Q. Okay. Any other lawyers present that
15 you remember?
16     A. I don't remember the names of the
17 other ones.
18     Q. Cyrus Sibert was present?
19     A. Yes, he was next --
20     Q. Was --
21     MR. STEWART: Hold on, the answer was
22 not completed, sir.
23     MR. O'NEILL: It wasn't completed?
24     A. He was next --
25     THE INTERPRETER: Next to something.

Page 171

1  It's unclear.
2  BY MR. O'NEILL:
3      Q. Okay. Finish it. Next to what?
4      A. He was sitting somewhere else.
5      Q. Where?
6      MR. STEWART: Objection.
7      A. Next on the other side.
8  BY MR. O'NEILL:
9      Q. Well, you're at the hotel, you have to
10 try to tell us where he was sitting compared to
11 where you were sitting.
12     A. Yes, in the same hotel, but he wasn't
13 sitting next to me, he was sitting somewhere
14 else.
15     Q. All right. But you don't know where?
16     A. On another table.
17     MR. STEWART: Objection.
18 BY MR. O'NEILL:
19     Q. Another table near where you were?
20     A. No.
21     Q. How far away?
22     A. A bit of distance.
23     Q. What's a bit of distance? Can you
24 estimate it for us?
25     A. For example, if I were sitting over

Page 172

1  here, he would be sitting over there where the
2  other lawyer is.
3      Q. Okay. Which other lawyer? There's a
4  bunch of them there.
5      A. At the end of the table.
6      Q. Okay. How many feet is that, would
7  you say?
8      MR. STEWART: Objection.
9      A. I don't know.
10 BY MR. O'NEILL:
11     Q. Okay. You're guessing, aren't you?
12     MR. STEWART: Objection.
13     A. No.
14 BY MR. O'NEILL:
15     Q. You're telling me an accurate
16 distance?
17     MR. STEWART: Objection.
18     A. The distance is as follows. If I were
19 sitting at this end of the table there, Cyrus
20 would be sitting at the other end of the table
21 over there.
22 BY MR. O'NEILL:
23     Q. That is approximately 12 places or 12
24 chairs separate from where you pointed to where
25 you said that Cyrus was, is that about right?

Page 173

1      MR. STEWART: Objection.
2      A. Yes.
3  BY MR. O'NEILL:
4      Q. All right. Now, you said to the first
5  lawyer when he asked you about your going to
6  Cyrus to find justice, you said you already knew
7  that a group of students had been given money,
8  isn't that correct?
9      A. They had already found their justice.
10     Q. You knew that they had received money,
11 didn't you?
12     MR. STEWART: Objection.
13     A. Yes.
14 BY MR. O'NEILL:
15     Q. In fact, you knew that some of them
16 were driving around Cap-Haïtien in very fancy
17 cars and automobiles and SUVs, didn't you?
18     A. I didn't see them. I knew that they
19 had cars, but I never saw it. But I knew that
20 they had gotten their justice.
21     Q. Well, does getting justice mean
22 getting money in your mind?
23     MR. STEWART: Objection.
24     A. No, I've heard them speak about
25 justice, so I was listening to find out what it

44 (Pages 170 to 173)

Page 174

```
 1   was, and I went to Cyrus to help him find my own
 2   justice.  But it's the judge that knows what the
 3   justice is.
 4   BY MR. O'NEILL:
 5       Q.  The judge.  What judge?
 6       A.  The judge.
 7       Q.  Which judge?
 8           MR. STEWART:  Objection.
 9       A.  The judge that will be deciding.
10   BY MR. O'NEILL:
11       Q.  And so if the judge decides to give
12   you justice without giving you money, would you
13   understand that you'd been given justice?
14           MR. STEWART:  Objection.
15       A.  Yes.
16   BY MR. O'NEILL:
17       Q.  Okay.  So you can go through all of
18   this, and if the judge gives you justice but no
19   money, you will think that you have justice?
20       A.  Yes.
21       Q.  Okay.  And what does justice mean,
22   then, if it doesn't mean money?
23           MR. STEWART:  Objection.
24       A.  No.  It's the judge that knows what
25   the justice is.
```

Page 175

```
 1   BY MR. O'NEILL:
 2       Q.  But you're using the word justice,
 3   you're seeking your justice.  Tell me what you
 4   mean by it.
 5           MR. STEWART:  Objection.
 6       A.  No, it's justice that I am seeking,
 7   but it's the judge who will know what to give me
 8   for the justice that I'm seeking.
 9   BY MR. O'NEILL:
10       Q.  Well, what are you seeking?  If you
11   can't tell me what it is, how will the judge
12   know what it is?
13           MR. STEWART:  Objection.
14       A.  The judge knows, the judge knows what
15   that is.  He knows what he will decide.
16   BY MR. O'NEILL:
17       Q.  Okay.  I don't think I'll go any
18   further there.
19           Let's look at the complaint that's
20   been marked Exhibit 4.
21           (Whereupon, Emile Exhibit Number 4,
22           Complaint and Jury Trial Demand, was
23           marked for identification.)
24   BY MR. O'NEILL:
25       Q.  Have you ever seen the Complaint that
```

Page 176

```
 1   was filed before a judge in Federal Court in
 2   Connecticut in your name?  I'll show you it,
 3   Exhibit 4 (handing).
 4       A.  No.
 5       Q.  Have you ever seen that before?
 6       A.  No.
 7       Q.  Did you know that a Complaint in your
 8   name was going to be filed on your behalf in
 9   Connecticut?
10           MR. STEWART:  I'm going to instruct
11   him not to answer as to anything -- any
12   conversations that he had with his attorneys,
13   I'm going to direct him not to answer.
14           MR. O'NEILL:  Look, I'm sick of
15   hearing that objection.  I'm not asking for
16   anything that his attorney said.
17           MR. STEWART:  I'm making an objection.
18           MR. O'NEILL:  You're giving him a
19   signal not to answer the question.
20           MR. STEWART:  I'm going to instruct
21   him.  I don't need to give him a signal, I'm
22   going to say to him do not answer that question.
23           MR. O'NEILL:  Because why?
24           MR. STEWART:  If you would stop with
25   the horrible interruptions.
```

Page 177

```
 1           MR. O'NEILL:  This is about the
 2   hundredth objection like this that we've seen.
 3   Give me a basis for it.
 4           MR. STEWART:  The basis is you're
 5   asking him what he was told.
 6           MR. O'NEILL:  I'm not.  I'm asking
 7   what he knows.
 8           MR. STEWART:  You are asking him to
 9   relate what he was told.
10           MR. O'NEILL:  I am not.
11           MR. STEWART:  Sir, I know you want to
12   keep saying the same thing over and over, but
13   you have to let me say my part, and then you can
14   interrupt and say whatever, but I need to put
15   the whole thing on the record.
16           MR. O'NEILL:  Put it on, because we'll
17   come back and do his deposition to get it again,
18   I'm telling you that right now.
19           MR. STEWART:  What I'm saying to you
20   is you are asking him to provide information
21   that he was told by his attorneys.
22           MR. O'NEILL:  That's what you're
23   saying.  I'm asking what he knows.  And I'll
24   repeat, reading what I asked him before the
25   interruption.
```

45 (Pages 174 to 177)

Confidential - Subject to Further Confidentiality Review

Page 178

1  BY MR. O'NEILL:
2      Q.  Did you know that a Complaint in your
3  name was going to be filed on your behalf in
4  Connecticut?
5          MR. STEWART:  I still think it's
6  objection.
7          MR. O'NEILL:  You're telling him not
8  to answer that question?
9          MR. STEWART:  If it makes you happy
10 and it will move you along --
11         MR. O'NEILL:  It would make me
12 delighted.
13         MR. STEWART:  I would love to see
14 that.
15         Read it.  Do you know the question,
16 Mr. Interpreter?
17         Without telling what you were told
18 by -- tell him without saying exactly what he
19 was told by his attorneys, he can answer that
20 question.
21         Are we in agreement.
22         MR. O'NEILL:  I would love that.  Tell
23 Mitch that also.
24         MR. STEWART:  Sir, it's not necessary
25 to be nasty.  Let's just finish this up, please.

Page 179

1          THE INTERPRETER:  Sir, would you mind
2  repeating the question so I have it fresh?
3          MR. O'NEILL:  I'm reading it from what
4  it was before, on line 108, line 13.
5  BY MR. O'NEILL:
6      Q.  Did you know that a Complaint in your
7  name was going to be filed on your behalf in
8  Connecticut?  And keeping in mind your
9  attorney's words not to mention what was told to
10 you by any attorney in your words.
11     A.  No, I didn't know.
12     Q.  Okay.  The date of the Complaint is
13 filed -- could I see Exhibit 4?  This is an
14 exhibit in the case, and it's dated November 7,
15 2013.
16         Now, having in mind that you went
17 seeking justice to Cyrus Sibert in August -- or
18 before August, that you retained an attorney
19 approximately in August, and that this Complaint
20 was filed with your name on it on or around
21 November of 2013, the first thing the Complaint
22 says, and we'll read it -- could I have it again
23 -- maybe not the very first, there's a long
24 prologue.  We have to go to around -- I think
25 it's around 93 or 94, so let's do that,

Page 180

1  paragraph.
2          Paragraph 99 of this complaint in
3  English reads, and I'll read it for you, "In or
4  around 2005, when Plaintiff Jean Moise Emile was
5  approximately 16 years of age, Defendant
6  Perlitz, while in Haiti, engaged in explicit
7  sexual behavior and lewd and lascivious behavior
8  with the Plaintiff, including but not limited to
9  illicit sexual conduct with the Plaintiff."
10         Did Douglas Perlitz abuse you in or
11 around 2005?
12         MR. STEWART:  Objection.
13     A.  No, it was in 2006, at the beginning
14 of the school year in 2006.
15 BY MR. O'NEILL:
16     Q.  And at the beginning of the school
17 year in 2006, you were 16 years old?
18     A.  I don't remember.
19     Q.  Well, when were you born?
20         MR. STEWART:  Objection.
21     A.  I was born June 1, 1989.
22 BY MR. O'NEILL:
23     Q.  Doesn't that help you tell us how old
24 you were in 2006?
25         MR. STEWART:  Objection.

Page 181

1      A.  No.
2  BY MR. O'NEILL:
3      Q.  Can you count?
4          MR. STEWART:  Objection.
5      A.  No.
6  BY MR. O'NEILL:
7      Q.  You can't count?
8          MR. STEWART:  Objection.
9  BY MR. O'NEILL:
10     Q.  Now, you went to the first grade, you
11 already testified, at St. Vincent de Paul school
12 from the first to the third grade, is that
13 correct?
14     A.  Yes, second and third.
15     Q.  And then you went to Rue 13?
16     A.  Yes.
17     Q.  And you then went to there for the
18 first and second grade?
19     A.  Yes.
20     Q.  And your first to third grade at
21 St. Vincent de Paul was 2001 to 2003, isn't that
22 correct?
23     A.  Yes.
24     Q.  And then the Rue 13 was 2003 to 2004,
25 and 2004 to 2005, the first and second grade

46 (Pages 178 to 181)

Confidential - Subject to Further Confidentiality Review

Page 182

```
 1   there, is that right?
 2       MR. STEWART:  Objection.
 3       A.  Second and third.
 4   BY MR. O'NEILL:
 5       Q.  And then you went to the Carenage
 6   2005-'6, and 2006-'7 for the second grade and
 7   the third grade, right?
 8       MR. STEWART:  Objection.
 9       A.  Yes, second and third.
10   BY MR. O'NEILL:
11       Q.  And then you went to the Village in
12   2007, you testified, I believe, and that would
13   be when you were 17 to 18?
14       MR. STEWART:  Objection.
15       A.  Yes.
16   BY MR. O'NEILL:
17       Q.  So that's at least six years of
18   school, and you're still not out of the third
19   grade, correct?
20       A.  No.  Every time I go they put me back
21   to the same grade again.
22       Q.  Your marks weren't very good, were
23   they?
24       MR. STEWART:  Objection.
25       A.  No.
```

Page 183

```
 1   BY MR. O'NEILL:
 2       Q.  So when you say and you claim you
 3   heard Hope Carter and others, apparently
 4   including Paul Carrier, promising children
 5   assembled, including yourself, that they with
 6   good marks and good attendance had an
 7   opportunity to go to Fairfield University, you
 8   at 18 years of age didn't think that was
 9   addressed to you, did you?
10       MR. STEWART:  Objection.
11       A.  No, for all of us.
12   BY MR. O'NEILL:
13       Q.  Well, did you feel that you had a good
14   chance to go to Fairfield University based on
15   what was said?
16       A.  Yes, if I finished my school.
17       Q.  Well, you were already 18, is that
18   correct?
19       MR. STEWART:  Objection.
20       A.  Yes.
21   BY MR. O'NEILL:
22       Q.  In fact, in your answers to
23   interrogatories, you said what you hoped to get
24   out of the Village was to learn to be a welder,
25   isn't that right?
```

Page 184

```
 1       MR. STEWART:  Objection.
 2       A.  Yes.
 3   BY MR. O'NEILL:
 4       Q.  Okay.  Now, I'm a little confused, and
 5   I wonder if you can help me with what you have
 6   said about your family.
 7       Your father was Emile Jerome, is that
 8   correct?
 9       A.  No.  Pierre Jérémie.
10       Q.  Your father was who?
11       A.  He was a person.
12       Q.  What was your father's name?
13       A.  Pierre Jérémie.
14       Q.  Pierre Jaime?
15       A.  Pierre Jérémie.
16       Q.  If you look at the Interrogatory
17   Answer Number 4, please, I'll read it, and the
18   interpreter can interpret it.  The question is,
19   "With regard to your family, please identify
20   your parents, all of your siblings (including
21   biological, step, adopted, or foster siblings),
22   and all of your children (including biological,
23   adopted, step, and/or foster children)."  That's
24   the question.
25       I'll let you translate that.  That's
```

Page 185

```
 1   the question.
 2       Your answer on Interrogatory 4 is, "My
 3   father's name was Emile Jérémie" who is
 4   deceased.  "My mother's name is Medeline Bruno,
 5   who lives in Champin, Cap-Haïtien and is not
 6   working."
 7       MR. STEWART:  Objection.
 8   BY MR. O'NEILL:
 9       Q.  Isn't it the case, Mr. Emile, and
10   isn't it the practice in Haiti that a son would
11   be called after -- or a daughter, would use the
12   father's name, such as you have, using Emile?
13       MR. STEWART:  Objection.
14   BY MR. O'NEILL:
15       Q.  Your brother Emile Fredelin uses the
16   name Emile as you do, isn't that right?
17       A.  Yes.
18       Q.  And the other brothers that you list
19   here use the last name of Pierre, Samuel Pierre,
20   Ninelson Pierre, and a sister Fredeline Pierre.
21   My question is, isn't that because your mother
22   had those three children with a man whose last
23   name was Pierre?
24       A.  Well, he's the man who is the father,
25   that's how I found the name, so I gave it as it
```

47 (Pages 182 to 185)

Confidential - Subject to Further Confidentiality Review

Page 186

1    was.
2        Q.  Who is the man who is the father?
3        A.  Pierre Jérémie.
4        Q.  Not Emile Jérémie?
5            MR. STEWART:  Objection.
6    BY MR. O'NEILL:
7        Q.  You're saying your father's name is
8    not Emile Jérémie, but Pierre Jérémie?
9        A.  Yes.
10       Q.  So did you give a wrong name when you
11   answered your interrogatories and called him
12   Emile Jérémie?
13       A.  I don't know.
14       Q.  You don't know.  All right.
15           Prior introduction was Exhibit 2 and
16   3.  Exhibit 3 is a visa to come into the
17   Dominican Republic.  Would you look at that
18   (handing)?
19           Was it your testimony that you've
20   never seen that before?
21       A.  Yes.
22       Q.  How did you get into the Dominican
23   Republic if that wasn't shown at the border?
24           MR. STEWART:  Objection.
25       A.  I simply showed them my passport.  I

Page 187

1    showed them my passport, and then after that
2    they let me in.  But I hadn't looked at this
3    before.
4    BY MR. O'NEILL:
5        Q.  Okay.  And how long have you known
6    that you were coming here for a deposition?
7            MR. STEWART:  Objection.
8        A.  I don't know.
9    BY MR. O'NEILL:
10       Q.  When did you first find out that you
11   were coming here for a deposition?
12       A.  I don't know.  I just went to the
13   station, they called my name, and I went in.
14       Q.  That's only last week.  Are you saying
15   you only knew you were going to be deposed last
16   week?
17       A.  No.
18       Q.  So you knew before that?
19       A.  I simply went to the station, they
20   handed me the passport, I went on the bus, and I
21   came in.
22       Q.  That was a week ago?
23           MR. STEWART:  Objection.
24   BY MR. O'NEILL:
25       Q.  Or rather, that was Monday?  You came

Page 188

1    here Monday, didn't you, of this week?
2        A.  Yes.
3        Q.  So you didn't know until Monday of
4    this week that you were going to be deposed?
5        A.  Yes, I came in Monday, and today I
6    knew.
7        Q.  Today you knew what?
8        A.  I knew I was going to a deposition.
9        Q.  And that was the first time you knew
10   it was today?
11       A.  No.  I knew that, but it's only today
12   that I knew I was going to do it.
13       Q.  When did you know that?
14       A.  Since Monday.
15       Q.  Since Monday.
16           You notice the date on your visa?
17           MR. STEWART:  Objection.
18   BY MR. O'NEILL:
19       Q.  Do you see the date?  I'll point it
20   out.
21           MR. STEWART:  Wait for a question.
22       I'm sorry, sir, is there a question?
23           MR. O'NEILL:  Yes.  Does he see the
24   date of the visa.
25   BY MR. O'NEILL:

Page 189

1        Q.  Do you see it says 21 October, 2015?
2        A.  Yes.
3        Q.  That's only about a week ago, isn't
4    it?
5        A.  Yes.
6        Q.  Do you know who got you this visa?
7        A.  No.
8        Q.  Did you know who you were going to be
9    coming with to be deposed?  The other three
10   people that were named as supposedly to come
11   here for depositions, did you know their names?
12           MR. STEWART:  Objection.
13       A.  No.
14   BY MR. O'NEILL:
15       Q.  You didn't have any idea who they
16   were?
17       A.  No.
18       Q.  Now, going back to Cyrus Sibert, how
19   did you know that Cyrus Sibert could help you
20   find justice, as you've described it, or failed
21   to describe it, as the case may be?
22           MR. STEWART:  Objection.  Objection.
23       A.  I had explained that to him.  He took
24   my phone number.
25   BY MR. O'NEILL:

48 (Pages 186 to 189)

Confidential - Subject to Further Confidentiality Review

Page 190

1    Q.  The question, think of the question,
2  the question is, how did you know that Cyrus
3  Sibert was a person that you would go to to find
4  justice for you?
5          MR. STEWART:  Objection.
6    A.  It's because I had heard people speak
7  about him.
8  BY MR. O'NEILL:
9    Q.  You'd heard people speak about the
10  money that people got, didn't you?
11    A.  No.  I heard them speak about justice.
12  I heard them say that they had found their
13  justice.
14    Q.  Who said this?
15    A.  People in the street.
16    Q.  Wait a minute.  Don't you know any
17  names?
18          MR. STEWART:  Objection.
19  BY MR. O'NEILL:
20    Q.  Are you wandering around without
21  knowing who said what?
22          MR. STEWART:  Objection.
23    A.  It's in the street that I heard this.
24  BY MR. O'NEILL:
25    Q.  In 2013?

Page 191

1    A.  I don't remember.
2    Q.  Well, you know that you went to Cyrus
3  Sibert at some point before August 13th, 2013?
4          MR. STEWART:  Objection.
5    A.  I don't remember.
6  BY MR. O'NEILL:
7    Q.  Didn't you go with a big crowd of
8  young men after you heard about the money that
9  had hit the streets in Cap-Haïtien and march on
10  Cyrus Vance's radio station or house, whatever
11  he uses?
12          MR. STEWART:  Objection.
13  BY MR. O'NEILL:
14    Q.  Didn't you do that with Wisky Jerome
15  and some other kids?
16          MR. STEWART:  Objection.
17          THE INTERPRETER:  The interpreter
18  requests a clarification.  Sir, are you
19  referring to Cyrus Sibert?
20          MR. O'NEILL:  Yes.  No.  Didn't he
21  go --
22  BY MR. O'NEILL:
23    Q.  Didn't you go with a big crowd of
24  young men after you heard about the money that
25  hit the streets in Cap-Haïtien and march on --

Page 192

1  you're right -- Cyrus Sibert's radio station or
2  house, whatever he uses?
3          MR. STEWART:  Objection.
4    A.  No.  It's just that I wanted to see
5  him, so I went to the town, and I went to my
6  friend Pierre Jacky, and he showed me where to
7  go.
8  BY MR. O'NEILL:
9    Q.  But you knew, you already knew you
10  wanted to go to Cyrus Sibert, didn't you, before
11  you talked to your friend Pierre Jacky?
12          MR. STEWART:  Objection.
13    A.  Yes, I had heard people speak about
14  him, and I wanted to see him.
15  BY MR. O'NEILL:
16    Q.  So you heard unnamed people, that you
17  can't tell us who they were, speak about Cyrus
18  Sibert?
19    A.  No.
20    Q.  No, that you didn't hear from unnamed
21  people that you were to -- that you could speak
22  to Cyrus Sibert?  That's a question.
23    A.  Could you clarify the question,
24  please?
25    Q.  I asked you before, so you heard

Page 193

1  unnamed people -- from unnamed people, that you
2  can't tell us who -- that you can't tell us who
3  they were, speak about Cyrus Sibert, didn't you
4  tell us that?  You said no.  So I was asking,
5  didn't you tell us that, basically.
6          MR. STEWART:  Objection.
7    A.  It's because it's people who were in
8  the street, I don't know who they are.  I've
9  heard those people in the street speak, I don't
10  know their names.
11  BY MR. O'NEILL:
12    Q.  As of this time in 2013, just before
13  you go to Cyrus Sibert to find justice for you,
14  you have never told anyone that you were abused,
15  is that correct?
16    A.  No.
17    Q.  And that's seven long years you don't
18  mention it to any one person?
19    A.  No.
20    Q.  No what?
21    A.  No, I never told anyone anything.
22    Q.  If you look at Interrogatory 24, and
23  I'll read it for you, you say in the question --
24  the question is of 24, "Identify all persons who
25  you believe actually knew that Perlitz was

49 (Pages 190 to 193)

Confidential - Subject to Further Confidentiality Review

Page 194

1  sexually abusing you at any time prior to
2  September 15, 2009, and for each such person,
3  state the basis of your belief."
4       And you say, "I do not personally know
5  who knew before September 15, 2009 that Douglas
6  sexually abused me."
7       My question is, who knew after
8  September 15, 2009 that Douglas abused you?
9       MR. STEWART:  Objection.
10      A.  Nobody.
11 BY MR. O'NEILL:
12      Q.  You've mentioned a person called Pina.
13 Did Pina tell you he was sexually abused by Doug
14 Perlitz, Douglas Perlitz?
15      A.  No.
16      Q.  Your answer to Interrogatory Number 23
17 is, "A student named Pina said Douglas abused
18 him."  Didn't you say that in your answers to
19 interrogatories?
20      A.  No.  No.
21      Q.  So your Bic pen missed that?  You
22 should have crossed that out, shouldn't you?
23      MR. STEWART:  Objection.
24      Let's take a break after this one.
25      A.  I didn't know.

Page 195

1       MR. STEWART:  Let's take a break.
2  BY MR. O'NEILL:
3       Q.  But it's not true to say --
4       MR. STEWART:  Wait.  Wait.
5       MR. O'NEILL:  I'm sorry.
6       MR. STEWART:  We're taking a break.
7       MR. O'NEILL:  What?
8       MR. STEWART:  We're taking a break.
9       MR. O'NEILL:  You're taking a break?
10      MR. STEWART:  He answered.  Didn't he
11 answer your question?  Did you get an answer to
12 your question?
13      MR. O'NEILL:  Let me think.
14      MR. STEWART:  I thought he answered.
15      MR. O'NEILL:  My question --
16 BY MR. O'NEILL:
17      Q.  No, you didn't answer the question.  I
18 said, sir, your Bic pen missed that, you should
19 have crossed that out, shouldn't you?  And you
20 said you didn't know.  That's not an answer to
21 my question.  So I want an answer to that
22 question.
23      A.  Yes, I didn't know.  And I saw them
24 kick him out, but I didn't know whether it was
25 because of that reason.

Page 196

1       MR. STEWART:  All right.  Let's take a
2  break.
3       MR. O'NEILL:  Okay.
4       MR. STEWART:  Let's check the time.
5       THE VIDEOGRAPHER:  Going off the
6  record.  The time is 5:59.
7       (Whereupon, a recess was taken.)
8       (Nathalie Coupet now interpreter.)
9       THE VIDEOGRAPHER:  Back on the record.
10 The time is 6:11.
11      MR. O'NEILL:  All right.  Everyone
12 ready?
13      THE INTERPRETER:  Yes.
14 BY MR. O'NEILL:
15      Q.  Okay.  Looking at Interrogatory Number
16 26, your answer which you gave under oath, you
17 said in the first sentence of that, and I'm
18 going to break it down, "I believe all the staff
19 who used to work at Project Pierre Toussaint
20 knew that Douglas was abusing kids."
21      MR. O'NEILL:  You can read that.
22      Q.  Now, my question is, having read that
23 answer that you gave, I'm not interested in what
24 you believe, I want to know what facts you base
25 the statement that all the staff knew that

Page 197

1  Douglas was abusing kids, what facts that you
2  know are the basis of that statement.
3       MR. STEWART:  Objection.
4       A.  Yes, they knew.  They didn't want to
5  lose their jobs.  They kept is as a secret.
6  BY MR. O'NEILL:
7       Q.  You're not answering my question, with
8  all due respect.
9       The question is, what facts do you
10 base that -- what did you know, what facts did
11 you know that's the basis of the statement that
12 Douglas was abusing kids, that that was known to
13 all the staff that Douglas was abusing kids?
14 What's your basis for saying that?  What are the
15 facts?
16      MR. STEWART:  Objection.
17      A.  It was the teachers, they knew, but
18 they didn't say anything because they were
19 afraid to lose their jobs when they would call
20 the children fags.
21 BY MR. O'NEILL:
22      Q.  How did you know that the whole staff
23 knew that Perlitz was abusing the kids?  What
24 facts do you know?
25      MR. STEWART:  Objection.

50 (Pages 194 to 197)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 198

1  BY MR. O'NEILL:
2       Q. Is it just something you heard from
3  others and didn't know yourself? Tell me the
4  facts.
5           MR. STEWART: Objection.
6       A. Yeah, he did that to me. I knew he
7  had done that to me.
8  BY MR. O'NEILL:
9       Q. That's nothing to do with the question
10 I asked you.
11          What facts do you know that justifies
12 you saying that Douglas -- that the whole staff
13 knew that Douglas was abusing kids? What facts
14 is in your head that you know and you can state
15 right here?
16      A. No, I didn't know anything.
17          MR. O'NEILL: Your witness, Rebecca.
18          THE VIDEOGRAPHER: Going off the
19 record. The time is 6:16.
20          (Whereupon, a recess was taken.)
21          THE VIDEOGRAPHER: Back on the record.
22 The time is 6:24.
23          EXAMINATION
24 BY MS. COBBS:
25      Q. Good evening, Mr. Emile. I introduced

Page 199

1  myself earlier today. My name is Rebecca Cobbs,
2  and I represent the Society of Jesus of New
3  England.
4           And, Mr. Emile, you understand that
5  you are still under oath?
6       A. Yes.
7       Q. And please let me know if you need to
8  take a break at any time, and we can take a
9  break.
10      A. I'm okay.
11      Q. Mr. Emile, what do you like to do for
12 fun?
13      A. I play basketball, play ball, play
14 square ball.
15      Q. Do you do anything else in your
16 leisure time?
17      A. No.
18      Q. Mr. Emile, when you were at Rue 13,
19 were you friends with other students there?
20      A. No.
21      Q. About how many students were at
22 Rue 13?
23      A. There was many children. I can't
24 count them all.
25      Q. More than the number of people in this

Page 200

1  room right now?
2       A. Yes.
3       Q. How many times more?
4       A. Many, many.
5           MR. STEWART: I object.
6  BY MS. COBBS:
7       Q. And you weren't friends with any other
8  students at Rue 13?
9       A. No.
10      Q. And when you were at Carenage, were
11 you friends with any of the other students at
12 Carenage?
13      A. No.
14      Q. Were there more students at Carenage
15 than there were at Rue 13?
16      A. Yes.
17      Q. And you weren't friends with any of
18 the students?
19      A. No. No.
20      Q. But while you were at Carenage, did
21 you play on sports teams with the other
22 students?
23          MR. STEWART: Objection.
24      A. Yeah, basketball, when I play
25 basketball they want to play, too, we play.

Page 201

1  BY MS. COBBS:
2       Q. And did you sit next to other students
3  while you were at Carenage in the classroom?
4       A. Yes, but I don't remember their names.
5       Q. And while you were at Carenage, did
6  you sit next to them while you ate meals?
7       A. Yes.
8       Q. And would you have conversations with
9  them?
10      A. No.
11      Q. While you were at Carenage, you never
12 had any conversation with your fellow students?
13      A. No.
14      Q. While you were at Rue 13, did you ever
15 have any conversations with other students?
16      A. No.
17      Q. Did you play on sports teams with
18 other students while you were at Rue 13?
19          MR. STEWART: Objection.
20      A. Yes, play ball.
21 BY MS. COBBS:
22      Q. And did you sit next to other students
23 while you were at Rue 13 in your classes?
24      A. Yes.
25      Q. But you never spoke ever with any of

51 (Pages 198 to 201)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 202

1    your other students while you were at Rue 13?
2         MR. STEWART:  Objection.
3         A.  No, only the Mrs., the miss.
4    BY MS. COBBS:
5         Q.  While you were at the Village, were
6    you friends with any of the other students
7    there?
8         A.  No.
9         Q.  Did you play on sports teams with them
10   while you were at the Village?
11        A.  Yes, ball.
12        Q.  And you sat with them while you ate
13   your meals?
14        A.  Yes.
15        Q.  And you sat next to them when you took
16   your classes?
17        A.  Yes.
18        Q.  And did you ever have any
19   conversations with any students during your time
20   at the Village?
21        A.  No.
22        Q.  And this is from -- I think you
23   testified earlier that the school day lasted
24   from 7:00 a.m. to 6 or so p.m., is that right?
25        A.  Yes.

Page 203

1         Q.  Did you have friends who were not
2    students at the Village?
3         A.  Yes, outside.  Yes, outside the
4    Village.
5         Q.  But never anyone inside?
6         A.  No.
7         Q.  Mr. Emile, I think you testified
8    earlier that there was a conversation in
9    December where Douglas Perlitz translated
10   statements made by Father Carrier and Madame
11   Carter, is that correct?
12        A.  Yes.
13        Q.  Have you told us everything that you
14   remember about the contents of that
15   conversation?
16        A.  No, just that I don't speak English.
17   I didn't hear the conversation because I don't
18   speak English.
19        Q.  Well, during that conversation, Doug
20   Perlitz was translating for Father Carrier and
21   Madame Carter, is that correct?  I'm sorry,
22   Madame Carter.  Excuse me.
23        A.  Yes.
24        Q.  And have you told us everything based
25   on -- everything that you recall based on what

Page 204

1    Doug Perlitz translated regarding that
2    conversation in December?
3         A.  Yeah, he said if we did -- finished
4    all our classes and we had a good average, then
5    he had a possibility to send us to the
6    University of Fairfield.
7         Q.  Has Doug Perlitz ever translated any
8    other conversations for Father Carrier while you
9    were there?
10        A.  No.
11        Q.  Have you ever been involved in any
12   other conversations with Father Carrier?
13        A.  No.
14        Q.  Has anyone ever translated anything on
15   behalf of Father Carrier, other than Doug
16   Perlitz, during that December conversation?
17        A.  No.
18        Q.  Have you ever personally spoken to
19   Father Carrier?
20        A.  No.
21        Q.  Has Father Carrier ever spoken
22   directly to you?
23        A.  No.
24        Q.  Mr. Emile, have you ever heard of the
25   Society of Jesus of New England?

Page 205

1         A.  Yes, I've heard people talk about it.
2         Q.  And what have you heard people talk
3    about?
4         A.  Yes, they said that Father Paul and
5    the other, Sylvester, these are two people who
6    were Jesuits, and they were learning to become
7    priests.
8         Q.  Who is "they" when you said they said
9    that Father Paul and Sylvester were studying to
10   be Jesuits?
11        A.  The kids.
12        Q.  Do you remember any of the kids'
13   names?
14        A.  No.  They were just going, walking by,
15   just walking by.  I heard them say it, say that,
16   and I saw Father Paul praying inside the chapel,
17   that's how I knew.
18        Q.  Was this while you were at the
19   Village?
20        A.  Yes.
21        Q.  Other than this one occasion where you
22   heard students passing by mention that Father
23   Carrier was -- and Sylvester were Jesuits, have
24   you heard anyone else say anything about the
25   Jesuits?

52 (Pages 202 to 205)

Confidential - Subject to Further Confidentiality Review

Page 206

1     A.  No.  No.
2     Q.  Do you know anything else about the
3  Jesuits?
4     A.  No.
5     MR. STEWART:  While you're looking at
6  your notes, can I talk to him for just a minute?
7  We don't even need to go off the record, I just
8  want to get something clear.
9     THE VIDEOGRAPHER:  Going off the
10  record.  The time is 6:38.
11     (Whereupon, a recess was taken.)
12     THE VIDEOGRAPHER:  Back on the record.
13  The time is 6:41.
14  BY MS. COBBS:
15     Q.  Mr. Emile, have you told me everything
16  that you know about the Jesuits?
17     A.  Yes, it's -- yes.
18     Q.  You told me everything you know about
19  the Society of Jesus of New England?
20     A.  Yes.
21     Q.  Mr. Emile, how do you understand the
22  word conversation?
23     A.  Conversation?
24     Q.  What does that mean?
25     A.  When a person talks to another person.

Page 207

1     MS. COBBS:  I have no more questions.
2     MR. STEWART:  Just real quick.
3     EXAMINATION
4  BY MR. STEWART:
5     Q.  Mr. Emile, did you ever talk to other
6  students at Rue 13?
7     A.  Yes, they used to tell me let's go
8  play basketball, let's play ball, let's eat.
9     Q.  Did you have the same type of
10  conversation at Carenage?
11     A.  Yes, let's go --
12     Q.  Did you have the same type of talks at
13  Carenage?
14     A.  Yes.
15     MR. STEWART:  Okay.  That's all.
16  Anything, Madame?
17     MS. COBBS:  No.
18     MR. STEWART:  Jeff, did you have a
19  couple?
20     MR. KENNEDY:  Incredibly brief.
21     MR. STEWART:  Mr. Babbitt, were you
22  saying you had something?
23     MR. BABBITT:  No.
24     MR. STEWART:  Okay.  Almost done.
25     EXAMINATION

Page 208

1  BY MR. KENNEDY:
2     Q.  Hi.  If you remember, my name is Jeff
3  Kennedy, I represent Hope Carter.  I just have a
4  couple quick questions for you, sir.
5     A.  Yes.
6     Q.  Did you ever see Hope Carter make any
7  hand gestures when she was with Doug Perlitz?
8     A.  No.  I saw her mouth talk, and that's
9  the only thing.
10     Q.  Okay.  You never saw her make any hand
11  gestures, did you, sir?
12     A.  No.
13     Q.  And you've never spoken personally to
14  Hope Carter, have you, sir?
15     A.  No.
16     Q.  And she never spoke personally to you,
17  sir, did she?
18     A.  No.
19     Q.  And it would be fair to say that Hope
20  Carter never gave you any advice, did she, sir?
21     A.  No.
22     MR. KENNEDY:  Okay.  That's all I
23  have, sir.  Thank you very much.
24     MR. STEWART:  Before we shut it all
25  down, on his passport and on his visa, his whole

Page 209

1  passport number is on there.  Can we agree to
2  mark through the last four numbers of the
3  passport number, please?
4     MR. O'NEILL:  Sure.
5     MR. STEWART:  If there's no objection.
6     MR. BABBITT:  No objection.
7     MR. STEWART:  Thank you, ladies and
8  gentlemen.
9     THE VIDEOGRAPHER:  This concludes the
10  October 28, 2015 deposition of Jean Moise Emile.
11  Going off the record.  The time is 6:46.
12     (Whereupon, the deposition was
13     concluded.)
14
15
16
17
18
19
20
21
22
23
24
25

53 (Pages 206 to 209)

Confidential - Subject to Further Confidentiality Review

Page 210

```
 1          C E R T I F I C A T E
 2        I, MAUREEN O'CONNOR POLLARD, LSR #473,
 3    RMR, CLR, and Notary Public in and for the State
 4    of Connecticut, do hereby certify that there
 5    came before me on the 28th day of October, 2015,
 6    the person hereinbefore named, who was duly
 7    sworn to testify to the truth of their knowledge
 8    concerning the matters in this cause, and their
 9    examination reduced to typewriting under my
10    direction and is a true record of the testimony.
11        I further certify that I am neither
12    attorney for or related or employed by any of
13    the parties to the action, and that I am not a
14    relative or employee of any attorney or counsel
15    employed by the parties hereto or financially
16    interested in the action.
17        In witness whereof, I have hereunto
18    set my hand and seal this 1st day of November,
19    2015.
20
21    _____
22        MAUREEN O'CONNOR POLLARD, License #473
23        Realtime Systems Administrator, RMR
24        Notary Commission Expires:  10/31/2017
25
```

Page 211

```
 1        INSTRUCTIONS TO WITNESS
 2
 3            Please read your deposition over
 4    carefully and make any necessary corrections.
 5    You should state the reason in the appropriate
 6    space on the errata sheet for any corrections
 7    that are made.
 8            After doing so, please sign the
 9    errata sheet and date it.  It will be attached
10    to your deposition.
11            It is imperative that you return
12    the original errata sheet to the deposing
13    attorney within thirty (30) days of receipt of
14    the deposition transcript by you.  If you fail
15    to do so, the deposition transcript may be
16    deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25
```

Page 212

```
 1        ------
 2        E R R A T A
 3        ------
 4    PAGE  LINE  CHANGE
 5    ___  ___  _____
 6        REASON: _____
 7    ___  ___  _____
 8        REASON: _____
 9    ___  ___  _____
10        REASON: _____
11    ___  ___  _____
12        REASON: _____
13    ___  ___  _____
14        REASON: _____
15    ___  ___  _____
16        REASON: _____
17    ___  ___  _____
18        REASON: _____
19    ___  ___  _____
20        REASON: _____
21    ___  ___  _____
22        REASON: _____
23    ___  ___  _____
24        REASON: _____
25
```

Page 213

```
 1        ACKNOWLEDGMENT OF DEPONENT
 2
 3        I, _____, do
      Hereby certify that I have read the foregoing
 4    pages, and that the same is a correct
      transcription of the answers given by me to the
 5    questions therein propounded, except for the
      corrections or changes in form or substance, if
 6    any, noted in the attached Errata Sheet.
 7
 8    _____
      JEAN MOISE EMILE          DATE
 9
10
11
12
13
14
15    Subscribed and sworn
      To before me this
16    _____ day of _____, 20_____.
17    My commission expires: _____
18
19    _____
      Notary Public
20
21
22
23
24
25
```

54 (Pages 210 to 213)

Confidential - Subject to Further Confidentiality Review

Page 214

1          LAWYER'S NOTES
2     PAGE  LINE
3     ____  ____  _____
4     ____  ____  _____
5     ____  ____  _____
6     ____  ____  _____
7     ____  ____  _____
8     ____  ____  _____
9     ____  ____  _____
10    ____  ____  _____
11    ____  ____  _____
12    ____  ____  _____
13    ____  ____  _____
14    ____  ____  _____
15    ____  ____  _____
16    ____  ____  _____
17    ____  ____  _____
18    ____  ____  _____
19    ____  ____  _____
20    ____  ____  _____
21    ____  ____  _____
22    ____  ____  _____
23    ____  ____  _____
24    ____  ____  _____
25

Golkow Technologies, Inc. - 1.877.370.DEPS

**A**

**a.m** 1:25 8:7 90:2,3
90:7 202:24
**a/k/a** 1:3,11
**ability** 9:18 96:6
**able** 12:4,6 13:13
13:23 28:17,20,25
30:20 34:2 35:15
35:19 39:13 42:20
61:10 99:11
136:17
**abuse** 39:9 43:13
63:21 64:5 65:21
65:22 66:4 73:19
75:6 78:18 79:1
79:19,24 80:2,6,8
80:15 81:20 82:14
83:23 97:2 102:11
103:16,21 104:8
104:13,17,22
105:4,17 106:2,6
106:14,17 107:12
107:16 108:14
180:10
**abused** 42:16 43:13
63:6 65:10 70:6
74:24 75:19 92:22
92:25 99:22
101:22 102:3,23
103:11 112:24
113:13 193:14
194:6,8,13,17
**abusing** 43:19
83:25 93:18 94:8
96:19 159:15,19
160:1 162:4,11
194:1 196:20
197:1,12,13,23
198:13
**accept** 71:25 72:1
**account** 121:20
**accurate** 13:25
14:13 16:20 17:6
79:3 172:15
211:16
**accurately** 11:18

77:19
**accused** 42:15,25
**ACKNOWLED...**
213:1
**acting** 146:21,24
147:20
**action** 1:2 8:13
210:13,16
**actively** 109:17
**activities** 90:16
**actual** 101:16
**add** 149:7
**address** 20:10,13
23:13 151:22
**addressed** 183:9
**Administrator**
2:12 210:23
**admitted** 156:19
**adopted** 184:21,23
**adult** 29:17
**advice** 208:20
**affiliated** 29:20
**afford** 120:13
**afraid** 127:5
197:19
**afternoon** 88:25
96:1,11 114:17
156:10
**age** 180:5 183:8
**agents** 166:10
**ago** 23:21 132:4
187:22 189:3
**agree** 47:6,8 209:1
**agreeable** 10:5
**agreed** 9:24 10:6
**agreement** 10:16
47:9 178:21
**ahead** 66:12
**Air** 97:23,24,25
98:2,4,9,11,20
99:11,21,24 100:4
101:12,16 140:11
140:15,17,24
141:4,11,20 142:7
142:11,18,24
144:2,8,11
**al** 8:11

**alcohol** 105:16
106:3,6
**Alexis** 26:15,24
32:8,10 38:6
**alive** 27:18 97:8,11
97:14,17,20
**allege** 127:8
**alleged** 63:5 104:6
**allegedly** 140:5
**Alton** 3:20
**American** 1:11,12
5:3 8:23 156:11
164:6,10,15,19
**Americans** 59:15
**Ampicillin** 107:1
**and-** 3:9,16
**and/or** 184:23
**Andy** 55:14,16,17
56:1 57:9,21,23
58:3,20 124:20,21
124:22,24 125:2
**Andy's** 125:8
**answer** 12:21 17:15
17:20,22 18:6
40:1 41:9 115:4
119:12 131:12
133:19 155:20
168:6,12 170:8,21
176:11,13,19,22
178:8,19 184:17
185:2 194:16
195:11,11,17,20
195:21 196:16,23
**answered** 39:25
168:18 186:11
195:10,14
**answering** 197:7
**answers** 9:17 12:25
13:19,24 14:12,18
15:13 16:2,5,20
17:5,11,12 44:20
45:1,9 52:4,8 96:5
166:4 167:2 169:4
183:22 194:18
213:4
**anybody** 83:6
92:21 109:8

128:13 133:9,15
133:20 135:10
163:13
**anymore** 52:18
**anyway** 80:16
103:3
**apologize** 43:6
117:14 144:13
151:8
**apparently** 183:3
**appear** 85:14
**APPEARANCES**
3:1 4:1 5:1 6:1
**appeared** 156:22
**applies** 1:21
**appreciate** 42:4
**approaching** 72:23
72:25 73:8
**appropriate** 19:3
211:5
**approximately**
59:10 78:1 168:4
168:8,14,16 169:5
172:23 179:19
180:5
**area** 16:7 31:11
108:5 130:4 146:7
155:17
**areas** 147:11,12
153:18 158:5
**argue** 163:19
**arrested** 112:3
**arrive** 53:23 54:12
54:19 90:6
**arrived** 37:17
76:10,13 99:24
100:3
**Aside** 83:14 84:12
84:15 85:10 87:22
96:25 111:5
**asked** 12:20 17:18
18:25 19:6 36:16
36:20 39:24 67:13
117:15 120:16,16
136:10 141:21,23
142:5 143:2,24
144:5 151:9 157:7

158:23 159:2
165:10 168:17
173:5 177:24
192:25 198:10
**asking** 18:22,23
19:11 41:23 115:7
122:20 176:15
177:5,6,8,20,23
193:4
**assaulting** 72:4
**assembled** 82:6
183:5
**Association** 1:11
1:12 5:4 8:23
156:11 164:7,11
164:15,19
**assume** 114:22
**ate** 90:13 201:6
202:12
**attached** 211:9
213:6
**attempt** 71:22
**attend** 51:18 54:4
58:17 97:7,16
158:20 159:6
161:17
**attendance** 50:21
183:6
**attended** 49:22
56:10 97:14
156:12,24 157:15
157:18 158:1,8
159:13,17,21,24
160:6,9,15,23
161:4,10,25 162:2
162:9
**attending** 53:6 55:6
64:6 77:6 78:16
78:20,21 156:16
157:5,13,25
158:17 160:5
163:1,8 164:5,9
164:14
**attorney** 165:8,9,17
176:16 179:10,18
210:12,14 211:13
**attorney's** 179:9

attorney/client
    17:16 18:20
    119:12
attorneys 17:17
    18:23 19:19 41:6
    41:11 76:18
    176:12 177:21
    178:19
August 165:24
    168:4,8,14,15
    169:5 179:17,18
    179:19 191:3
aunt 20:24,25 21:5
    22:8 23:10 25:2,5
    27:6,13 28:7,8,9
    28:11,25,25 29:7
    30:11 50:16 89:19
aunt's 27:19,22,25
    30:15 50:17 53:9
    89:22,25 99:1
automobiles
    173:17
Avenue 3:12
average 82:3,21
    204:4
aware 124:10,24
    125:2 129:10

B

B 7:13
Babbitt 5:5 7:6
    8:22,22 156:9
    157:12 158:15
    160:14,20 161:9
    161:15 162:8,14
    162:21 163:6,12
    163:18,24 164:22
    207:21,23 209:6
back 16:15 28:13
    30:21 37:22 38:2
    47:6 48:25 53:14
    61:2 66:20 73:24
    74:3,5,14 75:9,15
    76:1,10,13 80:9
    92:5 93:23,23,24
    95:5 96:8 112:19
    114:2 118:22

130:20 145:8
    155:10 156:6
    158:23 159:3
    165:2 169:11
    177:17 182:20
    189:18 196:9
    198:21 206:12
ball 53:21,22 65:2
    65:9 90:21 92:3,4
    92:5 199:13,14
    201:20 202:11
    207:8
balls 85:16 87:3
base 145:25 196:24
    197:10
based 93:16 94:6
    96:17 183:14
    203:24,25
basically 193:5
basis 111:25
    147:23 177:3,4
    194:3 197:2,11,14
basketball 65:3,9
    90:22 98:14 100:1
    100:8,11,13,16
    143:2,5,22 144:4
    199:13 200:24,25
    207:8
bbabbitt@rc.com
    5:10
Beacon 4:6
Bear 155:5
bed 69:6,21
bedroom 21:20,22
    68:10 69:4,5 84:2
bedrooms 21:19
began 64:17
beginning 52:7
    63:12,17,22,25
    64:13,16 77:15,23
    78:9,19 81:6
    165:7 180:13,16
begun 65:13,16,19
behalf 9:7 176:8
    178:3 179:7
    204:15
behaving 146:20

147:1,5,10,19,23
behavior 180:7,7
Bel 97:23,24,25
    98:2,4,9,11,20
    99:11,21,24 100:4
    101:12,16 140:11
    140:15,17,24
    141:4,11,20 142:7
    142:11,18,24
    144:2,8,11
belief 194:3
believe 10:10 13:12
    14:1,5,7,15 15:10
    15:11,18 16:14,18
    16:22,24 17:3,5,7
    93:17 94:6,20
    115:14 124:19
    130:14 139:11
    140:10 141:3
    147:24 155:9
    165:19,25 182:12
    193:25 196:18,24
best 9:17 58:5 96:5
    125:7
Bic 13:21,22
    166:11,20,21,25
    194:21 195:18
big 21:16 69:19
    191:7,23
biological 184:21
    184:22
birth 11:8
bit 36:6 45:24 46:5
    105:24 106:10
    171:22,23
blades 54:23,25
bleeding 75:7
Blue 20:12 23:10
    23:13,18 24:4,8
    24:10,16 25:11
    31:10 34:23 89:20
    108:5 129:23
    130:4 142:16
    153:25
board 156:20,23
boat 34:13,14,20
    35:1,3,9

boatman 34:11
bodega 107:7
body 143:13
border 186:23
born 24:17 50:2
    180:19,21
Boston 3:6 4:7 6:8
bought 47:4
boys 96:14
Bradford 5:5 8:22
Branford 4:15
break 37:21 38:19
    60:22 61:5 64:18
    64:23 65:1,7,11
    95:2 96:12 112:10
    114:24 115:1,5
    145:2 147:8
    194:24 195:1,6,8
    195:9 196:2,18
    199:8,9
Brian 150:7
brief 207:20
bring 85:15,17
Brismac 122:23
Brittany 91:24,25
brother 22:4,12
    31:13,15,17 32:11
    185:15
brothers 26:12
    30:24 38:12
    185:18
brought 37:12
    40:17 48:16 67:8
    67:8,25 68:9
    72:13,20 73:1,12
    73:24 75:12,20
    76:1 87:3,7 104:7
Bruno 25:9 185:4
building 118:6
    158:23 159:2
bulletin 156:20,23
bunch 137:19
    157:8 172:4
bus 116:8,11,19
    117:7,12 132:17
    187:20
butt 63:10 66:17

68:16 69:13 70:13
    70:19 71:2,5,6,6
    71:17,18,19,22
    72:9
buy 47:4 107:7
    120:22,24 121:6

C

C 8:1 210:1,1
C-H-A-M-P-A-I-N
    31:7
calendar 64:16
Calixte 74:6,7,13
    74:18 75:17 76:4
call 43:24,25 66:23
    81:2 93:4,7,10,12
    93:13 94:23 108:9
    122:13 197:19
called 21:3 31:6
    44:1 53:22 66:14
    67:18 81:2 84:1,5
    97:8,22 100:18
    116:6,14,18,21
    143:24 185:11
    186:11 187:13
    194:12
calling 41:10 93:17
    94:3,12,15 96:14
    96:20
Cap-Haïtien 31:8
    38:24 108:3 130:2
    130:5 173:16
    185:5 191:9,25
capable 83:8
car 53:14,16
    119:23
cards 119:15
care 39:9 43:12
    127:1
carefully 211:4
Carenage 58:10,12
    58:14,18 59:2,6
    59:16,21 60:3,6,9
    60:11,15,20 61:7
    61:18,21 62:1,4,7
    62:9,12,16,19
    63:2,15,18,23

64:3,7,12,22 65:6
65:9 72:1 77:6
78:6,9,11,21,22
78:24 79:2,8,13
79:18 80:9 81:1
81:20 99:9 127:4
128:21,23 134:10
134:17,23 135:4,7
135:10,13 144:16
145:15 154:21
157:25 158:8,9,14
158:17,19,21,22
158:25 159:6,10
159:13,15,17,21
159:24 160:2
164:9 182:5
200:10,12,14,20
201:3,5,11 207:10
207:13
**Carlene** 21:4,6
23:7
**Carretera** 2:5
**Carrier** 1:7 4:3
8:21 59:25 60:2,5
60:9,11,15 61:7
61:14,17,20 63:3
84:21 85:3,5
87:10,23 88:1,8
100:21 111:17
165:8 183:4
203:10,20,21
204:8,12,15,19,21
205:23
**carry** 119:14
**cars** 33:9,11,18,22
35:25 173:17,19
**Carter** 1:8 4:11 9:1
61:23,24 62:6,10
62:12 63:3 81:25
82:8,16 83:4,8
84:8 85:2,6,11,17
85:19 86:16,24
87:3,6 88:4,8,13
98:13 99:25
100:24 109:23
110:19,20 111:12
114:11 132:19

134:9 135:4,6,9
135:15 136:3,11
136:13 137:2,5,13
138:6 139:19
140:4,11,19 143:1
143:4,8,18,21
144:1,7,10,14
145:11,15,18
146:17 147:7,9,16
147:24 148:3,14
183:3 203:11,22
208:3,6,14,20
**Carter's** 145:22
**case** 40:17 42:9
47:13 48:16 63:5
104:6 179:14
185:9 189:21
**cases** 1:21
**cause** 210:8
**cell** 120:5,7,10,14
**center** 6:7 29:14,19
29:20 30:16 40:22
52:1,2,5,10,17,19
53:5,9 54:5 56:15
56:20,24 57:7,11
57:17,20,25 58:8
**Cerreta** 5:13 7:4
8:18,19 9:23
10:13,18,24 11:4
12:15 13:7 14:16
15:4,8 16:1,8,13
16:23 17:4 18:2,7
18:11,15 19:4,6
19:14,17 22:15,23
24:21 26:2,6,11
26:25 27:17 30:2
32:9 37:20 38:4
38:10,13 40:3,13
40:25 41:8,20,25
42:4,6,12 43:7,8
44:17,23 45:16
47:18 48:8,15,20
49:2,7,12 51:7
54:18 55:4,25
59:9,14 60:18,23
61:4 62:25 64:10
64:21 65:4 66:8

66:18 69:18 71:7
71:13 72:7,21
73:6 74:2 75:2
76:19 77:12,17
78:4 80:12 83:20
86:3,9,15,21
88:14 93:5 94:13
95:4 96:10 101:25
102:8,13 103:4,14
104:2,5,20,25
105:15 106:11
108:18 110:7
112:9,14,21 113:2
113:7,11,16,20
115:7
**certain** 7:15 12:12
94:3
**certify** 210:4,11
213:3
**chairs** 172:24
**Champin** 31:6,8,10
31:21,22 32:1,13
185:5
**Chamy** 6:16 96:3
**chance** 141:19
183:14
**change** 45:24 212:3
**changes** 13:23
166:12 213:5
**chapel** 150:18
205:16
**characterized**
77:19
**check** 54:22 167:21
196:4
**child** 22:8 24:23
25:10,18 26:8,20
29:6,15 49:22
53:1
**children** 20:6 29:1
55:23 93:1,8,9,10
93:13,17,18 94:8
94:15,23 96:19,20
157:8 183:4
184:22,23 185:22
197:20 199:23
**chose** 39:9 43:13

**Chris** 8:4
**Christmas** 135:22
**Christopher** 6:13
**circulated** 49:18
**city** 29:14 37:17,17
38:22,23,24 40:2
40:22
**Civil** 1:2 8:13
**claim** 107:14
108:13 140:19
183:2
**claiming** 104:21
129:11
**clarification** 102:6
108:24 191:18
**clarify** 192:23
**class** 54:16,17
56:13 66:23 67:1
68:24 73:24 75:14
75:20,22 76:1,3,6
76:10,13 88:24
89:1,2 90:4,5,10
**classes** 54:4 64:23
65:12 78:21 82:23
83:3,7,7,7 84:24
87:19 89:9 90:11
90:15,18 97:7
110:2 111:1 126:2
201:23 202:16
204:4
**classroom** 53:21
66:14,21,22 67:21
67:25 68:3,5,12
68:17,21 72:13,20
73:1,12 74:5,9,14
75:9,12,13 84:6
155:11,14,22
201:3
**clear** 18:16 127:8
206:8
**clearer** 40:15
**close** 27:22 51:8
**closed** 65:6,8 92:18
97:4 109:4 150:10
158:22,25 159:1,5
164:18
**closing** 151:16,20

**CLR** 2:11 210:3
**Cobbs** 6:5 7:8 9:2,3
198:24 199:1
200:6 201:1,21
202:4 206:14
207:1,17
**COLE** 5:6
**collect** 112:11
**collecting** 49:14
**color** 143:15
**come** 27:15 45:20
55:1 59:3,5,23
60:20 61:14 67:16
68:6 85:13,14,19
85:23 88:25 89:1
95:5 124:11
125:17 129:19
146:7,19 177:17
186:16 189:10
**comes** 105:25
**comfortable**
107:22
**coming** 17:24 63:2
72:18 146:11,16
146:22 187:6,11
189:9
**commission** 210:24
213:17
**committed** 103:16
103:21 104:8
**communicate**
107:21
**compared** 171:10
**complain** 144:17
144:20
**complained** 144:21
**complaining** 51:10
**complaint** 7:19
175:19,22,25
176:7 178:2 179:6
179:12,19,21
180:2
**complete** 78:8
149:15
**completed** 83:3
110:2 170:22,23
**completing** 87:19

Confidential - Subject to Further Confidentiality Review

111:1
concerned 58:2
  62:23 80:13 85:22
  88:12
concerning 210:8
concluded 209:13
concludes 209:9
conduct 180:9
CONFIDENTIAL
  1:23
CONFIDENTIA...
  1:23
confused 131:12
  136:9 184:4
confusing 41:19
Connecticut 1:1
  4:15 5:8,16 8:13
  176:2,9 178:4
  179:8 210:4
CONROY 3:11,18
consider 80:9
Consolidated 1:3
constitutes 10:8
construction
  108:21 109:1,4,9
contact 121:22
  122:1
content 18:24
contents 203:14
continue 77:5
  159:6
continued 4:1 5:1
  6:1 78:5 79:2
continuing 98:17
conversation 68:19
  92:15 136:20
  152:13 201:12
  203:8,15,17,19
  204:2,16 206:22
  206:23 207:10
conversations
  18:22 41:6 112:1
  176:12 201:8,15
  202:19 204:8,12
cooking 98:18
copy 7:17 115:19
  115:22

corner 105:12
correct 10:23 16:11
  31:18 43:2 45:10
  50:6,12 70:4 72:9
  78:6 83:24 85:7
  86:18 94:8 100:1
  124:17 127:10,12
  127:15 135:22
  136:6,22 137:10
  139:14 140:12
  141:1,5,8 142:19
  150:10 155:11,22
  156:25 165:22,25
  173:8 181:13,22
  182:19 183:18
  184:8 193:15
  203:11,21 213:4
corrected 43:3
correcting 13:22
correction 42:24
corrections 166:17
  166:19,25 211:4,6
  213:5
corrects 43:1
cost 50:18,21 51:4
  51:13
Costa 2:4
costs 153:25
Coughlin 6:13 8:4
counsel 8:16
  114:25 165:21,24
  166:10 167:25
  168:1,2,4,7,19
  169:5 210:14
counselor 104:16
count 55:9 181:3,7
  199:24
Coupet 6:15 9:15
  196:8
couple 207:19
  208:4
court 1:1 3:19 8:12
  9:11 40:17 176:1
  211:16
cousin 22:6,20 23:2
  23:5,7
covered 143:14

Creole 12:1,2,4,6
  13:5,10,14 89:12
  116:23 124:25
  125:1 138:2,3
  149:1,2 151:5,6
  160:25 161:2,2
  167:6,11,13,15,18
  167:19,22 169:11
crossed 194:22
  195:19
crowd 191:7,23
current 23:13
currently 20:4
  23:17 32:25 33:25
  109:16 121:22
  144:15
Cyrus 15:20,21
  36:4,9,14,16,20
  36:25 37:3,6,15
  38:20 39:1,2,5,12
  39:18,20,23 40:20
  40:22 41:13 42:7
  42:14,16,20 43:9
  43:11,16,18,22
  44:5,19 45:5,8,12
  45:17,21 46:8,13
  46:19,24 47:2,5
  47:10,14,19 76:25
  77:2 116:25 117:3
  119:9 129:16
  130:1,5,10,13,21
  131:3,7,15,19
  132:6 152:3,8,21
  152:22 165:12,14
  165:16,16,17,20
  168:2 170:18
  172:19,25 173:6
  174:1 179:17
  189:18,19 190:2
  191:2,10,19 192:1
  192:10,17,22
  193:3,13

━━━━━━ D ━━━━━━

D 8:1
date 8:6 11:8
  168:10 179:12

188:16,19,24
  211:9 213:8
dated 179:14
daughter 185:11
day 5:14 53:18 54:2
  54:10 57:15 76:20
  76:20,24 79:9,11
  90:17,24 110:23
  110:25 127:23
  138:14,15 141:14
  142:8 202:23
  210:5,18 213:16
days 10:3 127:21
  127:24 128:1
  211:13
de 49:25 50:5,9,15
  50:19,22 51:14,19
  51:22,25 52:17
  181:11,21
deceased 185:4
December 85:13,14
  85:14,23 86:4,8,8
  86:11,17,18,23
  135:20 136:14
  138:15 203:9
  204:2,16
Decembers 86:5
decide 175:15
decided 93:20 94:1
  94:7,10
decides 174:11
deciding 174:9
deemed 211:16
Defendant 4:3,11
  5:3,12 6:3 180:5
Defendants 1:15
  8:11 12:23 37:13
  40:10,18 48:17
Defendants' 7:15
  12:12 14:12,18
  118:10
delighted 178:12
Demand 7:19
  175:22
demanding 163:20
deponent 8:15
  213:1

deposed 187:15
  188:4 189:9
deposing 211:12
deposition 1:23 2:1
  8:8 11:11,15,19
  15:12 17:9,13
  18:4,9,13 19:20
  119:10 124:7,12
  177:17 187:6,11
  188:8 209:10,12
  211:3,10,14,15
depositions 9:24
  189:11
derogatory 94:24
  96:14
describe 53:17 66:3
  143:8 189:21
described 44:24
  85:11 189:20
describing 38:19
  84:20 109:22
DESCRIPTION
  7:14
diary 154:6
died 25:23
difference 19:15
different 24:9
  38:14 51:25 58:8
  64:17 74:11 89:3
  89:4
difficult 153:6
  157:23
direct 176:13
direction 210:10
directly 204:22
director 92:9
directors 92:10
disciplined 99:10
  99:13
disclose 18:24
discuss 19:2 80:2
discussed 17:17,21
  83:22 87:18
discussion 101:2
  111:1
discussions 18:24
  41:11

Golkow Technologies, Inc. - 1.877.370.DEPS

**dispute** 10:7
**distance** 31:12
   171:22,23 172:16
   172:18
**distributed** 87:9
   136:19
**District** 1:1,1 8:12
   8:12
**doctor** 104:11
   107:8
**document** 1:21
   12:16,18,19 13:11
   13:14,24 16:10,19
   115:23,25 118:16
**documents** 17:9,24
   18:12,18 19:8,22
**DOE** 1:13,13,13,13
   1:14,14,14
**doing** 56:22 91:18
   91:23 133:3
   134:16 147:9,13
   211:8
**dollar** 53:16 130:18
**dollars** 33:20 36:11
   36:22,22 45:21
   46:10,16,21 51:16
   130:14 131:20
**Dominican** 2:7 8:9
   47:20,21,25
   124:11 186:17,22
**dominos** 65:2
**door** 69:15 73:2,7
   73:11,13,14,17
   74:4
**Dorada** 2:4
**Dorciné** 123:22
**Doug** 72:3 136:4
   141:4,13,16
   148:15 159:14,18
   159:22,25 162:3
   162:10,19 163:3,9
   163:15,20,20
   164:1 194:13
   203:19 204:1,7,15
   208:7
**Douglas** 1:7 8:11
   43:14,19 48:18

49:15,19 56:4,7
   56:19,22 57:7,9
   57:22,23 58:3
   59:1,5,18,24
   61:15 63:6 65:10
   65:23 67:5,11
   68:4 73:20,24
   74:3,10,20,23
   75:10,18 76:7,16
   79:5,13,23 80:1,5
   80:14 81:9,16,19
   82:8,13,19,25
   83:2,11,11,15,23
   83:24 84:4,9,13
   84:16,20 85:9
   92:22,25 93:11,18
   93:22,24 94:8
   96:18 97:25 98:6
   99:22 100:14,15
   101:2,7,22 102:3
   102:23 103:10,16
   103:21 104:8
   105:4,19 106:17
   107:12,15 109:13
   110:20,21 111:12
   111:20 112:23
   113:3,12 126:16
   126:20 127:5,9
   129:8,11 133:22
   133:24 136:18
   137:3,6,13 138:6
   139:19 140:5
   142:11,25 143:2
   143:22 144:2,3,5
   144:8 146:3,5,9
   146:16,23 147:17
   148:2,10,17,21,25
   149:18,22 154:3
   155:6,7,10 180:10
   194:5,8,14,17
   196:20 197:1,12
   197:13 198:12,13
   203:9
**downstairs** 74:8
**drag** 66:8
**dressed** 119:4
**drink** 105:19,20,23

106:7,9,14
**drinking** 134:20
**drive** 119:23,25
**driven** 120:2
**driver's** 119:19
**drives** 35:6
**driving** 173:16
**drugs** 11:17
**due** 197:8
**duly** 9:16,21 96:4
   210:6

──────────
**E**
──────────
**E** 1:7,8 4:3,11 7:13
   8:1,1 210:1,1
   212:1
**e-mail** 121:18,20
**earlier** 24:13 30:23
   44:24 69:21 77:13
   77:21 109:22
   114:8 136:2
   140:11 155:9
   199:1 202:23
   203:8
**earthquake** 40:6,8
**East** 4:14
**eat** 28:21 53:24
   54:16 90:4,9
   146:13 207:8
**eaten** 146:11
**eating** 81:25 98:15
**education** 159:7
**ehurd@simmons...**
   3:15
**either** 83:15 167:19
**ejaculate** 72:3
**ejaculated** 74:23
**Ellyn** 3:10 9:9
   103:25
**Elysée** 6:19 48:6,7
**embarrassed** 48:12
**Emile** 1:23 2:1 7:3
   8:15 9:20 11:5,7
   11:21 12:10 17:8
   19:25 26:16 30:24
   31:1,2 38:5 49:3
   49:21 61:5 96:11

104:3,6 112:4,22
   114:6 115:18
   118:12 123:4
   165:6,10 175:21
   180:4 184:7 185:3
   185:9,12,15,16
   186:4,8,12 198:25
   199:4,11,18 203:7
   204:24 206:15,21
   207:5 209:10
   213:8
**Emile's** 7:15,17,18
   12:11 115:19
   118:13
**employed** 32:25
   33:2 210:12,15
**employee** 210:14
**engaged** 180:6
**England** 1:9 6:4
   9:4 199:3 204:25
   206:19
**English** 11:21,23
   13:4 82:17,18
   85:6,8 111:22
   137:10,15 148:9
   148:21 149:1
   167:9,12,18,19
   180:3 203:16,18
**enjoy** 125:12
**enter** 75:11 84:2
   91:20,22
**entering** 54:21
**entity** 150:3
**errata** 211:6,9,12
   213:6
**ESQ** 3:3,10,17 4:4
   4:12 5:5,13 6:5
**estimate** 111:16
   171:24
**et** 8:11
**evening** 198:25
**events** 105:25
**exactly** 43:3 148:7
   148:18,24 178:18
**examination** 7:2
   11:3 114:4 156:8
   165:4 198:23

207:3,25 210:9
**examined** 9:21
**example** 88:24
   108:21 138:25
   171:25
**excuse** 47:20
   203:22
**exhibit** 12:9,10
   14:3 115:17,18
   118:10,12,22
   167:3,6 175:20,21
   176:3 179:13,14
   186:15,16
**expires** 210:24
   213:17
**explain** 39:3,6
   149:5
**explained** 189:23
**explicit** 180:6
**extent** 17:15

──────────
**F**
──────────
**F** 210:1
**facility** 118:6
**fact** 94:7 166:9
   173:15 183:22
**facts** 196:24 197:1
   197:9,10,15,24
   198:4,11,13
**fag** 93:11
**faggot** 107:19
**faggots** 96:21
   108:11
**fags** 93:4,7 94:12
   94:15,23 197:20
**fail** 211:14
**failed** 189:20
**fair** 10:20 137:9
   145:11,14,17
   147:16 208:19
**Fairfield** 1:8 5:12
   8:19 82:4,4,21,24
   83:4,9 84:25 85:1
   85:16 87:20
   109:24 110:3,9,12
   111:3,7 136:5,18
   136:21 139:20

140:6,20 149:17
149:21 183:7,14
204:6
familial 22:1
familiar 97:22
102:14
family 20:21,22
21:1,25 22:3,5,7
22:11 24:25 28:15
28:18 153:21
184:6,19
fancy 173:16
far 31:10 58:2
62:23 85:22 88:12
171:21
fares 35:16
farthest 154:8
father 1:7 25:14,16
25:19,24 27:18
38:14,16 59:25
60:2,5,9,11,15
61:6,14,17,20
63:3 82:11 83:8
84:21 85:2,5
87:10,22,23 88:1
88:8,13 98:14
99:25 100:21
109:23 110:20
111:11,15,17,19
136:3,13 137:2
138:6 139:19
140:4,19 143:2,5
146:17 147:7,13
148:14 184:7,10
185:24 186:2
203:10,20 204:8
204:12,15,19,21
205:4,9,16,22
father's 184:12
185:3,12 186:7
fear 126:20
fed 160:11
Federal 176:1
feel 105:5,6,10,16
105:11,12 106:23
107:4,5,21,22
183:13

feeling 10:10
feet 72:24 73:10,16
142:9 172:6
fellow 201:12
felt 107:5
ferry 34:12
filed 1:22 40:10
176:1,8 178:3
179:7,13,20
filled 146:4
financially 210:15
find 34:4 39:10,13
40:20 54:24 80:20
109:7,20 141:20
157:23 165:13
173:6,25 174:1
187:10 189:20
190:3 193:13
fine 10:19 19:9,15
43:5 105:6 106:20
161:21
finish 83:6 171:3
178:25
finished 84:24
90:18 183:16
204:3
first 7:16 9:21
12:12 13:13 24:17
36:20,24 37:2,9
37:15 38:20 40:21
41:12 42:7,19
43:9 44:5,8,18
45:7,13,21 49:22
50:11 51:18 52:9
53:5 54:11 56:11
64:3 65:25 77:2
81:11,19 82:12
84:3 86:16 97:15
100:3 114:16
118:19 127:4
129:16 130:20
140:24 141:10
165:9 167:25
173:4 179:21,23
181:10,12,18,20
181:25 187:10
188:9 196:17

five 1:14 127:24
128:3 145:1
flag 90:5,10,12
flipping 13:3,8 14:2
16:15
floor 3:5 4:6 74:11
followed 75:13
following 126:8
follows 9:18,22
96:6 172:18
food 28:17,20,25
34:3,7,9 97:12
98:19 125:19
144:18,22 146:6
146:13,18 157:14
157:17 158:9
football 161:12,12
forced 63:8,9 66:17
68:15,16 70:11,15
70:18,19 72:12
foregoing 213:3
foreigner 126:25
foreigners 57:24
forget 48:12,13
form 9:25 44:15
213:5
former 40:17,23
121:23 122:1,3,7
122:9 124:8,10
129:10 131:1
foster 184:21,23
found 54:25 142:24
173:9 185:25
190:12
four 1:13 23:11,21
35:12,13,17 36:18
37:6 209:2
fourth 46:18 132:6
Frances 22:17,18
Fredelin 26:16
27:1 30:24 31:1,2
31:13,22,25 38:6
185:15
Fredeline 185:20
French 89:9
fresh 179:2
friend 35:4,5 50:23

50:25 51:8 120:16
120:20,21 121:1
130:23 153:15
192:6,11
friends 21:8,9
28:22 34:4,6,8
50:24 53:4 199:19
200:7,11,17 202:6
203:1
front 116:10 125:1
151:6
fun 199:12
functioning 55:24
55:24
Fund 1:8 149:25
funds 109:6
furniture 69:23
further 1:23
164:23 175:18
210:11
future 47:6,11

─────────
G

G 3:17 8:1
G-U-I-L-L-A-U-...
124:4
game 53:21 100:8
143:6
GARABEDIAN
3:4
Gary 49:4,13
gate 99:17 100:4,8
gather 150:17,20
150:22
gathered 110:23
111:10
gay 159:22
Geffrard 123:25
general 165:17
gentleman 48:4
gentlemen 209:8
Gervil 1:3,4 8:10
Gesner 123:19
gestures 208:7,11
getting 41:4 87:18
109:6 112:10
119:4 159:6

173:21,22
gifts 135:22 136:15
136:19,22
girl 116:6,9,10
girlfriend 93:11
125:3 154:11,13
give 28:23 42:18
46:5,8,13,19
53:24 88:25 89:2
89:9 108:17,22
128:8,25 130:10
132:17 137:20
142:4 152:15
157:19 163:20
167:3 174:11
175:7 176:21
177:3 186:10
given 37:7 47:10
125:19,22 135:22
141:13 173:7
174:13 213:4
gives 36:6 174:18
giving 47:14 75:14
164:2 174:12
176:18
go 19:1 29:14 30:10
30:16,21 32:22
39:1,5,23 42:13
45:12,25 48:20
50:18,25 51:10,13
52:20 53:2,2,2,14
54:6,9,15,16,24
66:12,20 68:3,22
69:11 74:11 75:13
76:25 80:16,17,19
81:3 82:3,4 90:4,5
90:10,23 97:4
98:9,23,25 99:10
100:4 101:15
110:3 118:5,22
120:24 125:9
126:2 127:20,21
127:22 128:15
130:18,21,24,24
136:17 141:16
142:10 157:21,22
157:24 158:23

159:9 174:17
175:17 179:24
182:20 183:7,14
190:3 191:7,21,23
192:7,10 193:13
206:7 207:7,11
**God** 115:12,14
**goes** 92:12,13
**going** 12:8 16:4
17:14,19 25:22
27:10 30:7,8
37:20,24 48:22
52:17 53:4 60:24
64:24 66:23 73:20
74:8,14 79:2 80:9
80:25 87:20 95:7
98:25 100:9
112:16 113:24
114:21 115:16
118:9 120:22
130:20 136:5
144:11,12,25
145:5 156:3,18,21
164:24 173:5
176:8,10,13,20,22
178:3 179:7
187:15 188:4,8,12
189:8,18 196:5,18
198:18 205:14
206:9 209:11
**Golkow** 8:5
**good** 8:18,25 9:2,5
10:22 11:5 66:16
68:15 69:10 70:3
82:3,20 95:6
96:11 107:4
136:17 156:10
182:22 183:6,6,13
198:25 204:4
**gotten** 154:9
173:20
**gourdes** 34:17
**government** 103:20
117:21 118:6
**grade** 51:24 56:11
88:15 137:22,24
154:8 181:10,12

181:18,20,25
182:6,7,19,21
**grades** 51:19 58:17
97:13 136:17
**graffiti** 162:18
163:2,8,14
**great** 112:15
**Green** 143:16
**group** 40:9,16,23
62:13,16 82:9
83:16 84:21,22
85:3 87:13,14,24
88:3,6 110:24
111:10 136:7,14
137:8 143:19
148:4 173:7
**guard** 99:16 142:25
**guess** 19:14 95:4
**guessing** 172:11
**Guillaume** 124:3

― H ―

**H** 3:10 7:13
**hair** 19:9
**Haiti** 1:8 20:11
40:7 47:21,25
58:21 98:7 116:3
119:5 149:25
153:7 180:6
185:10
**Haitian** 12:1 13:5,5
13:10 33:20 36:12
36:22,23 45:21
46:10,16,21 51:16
89:14 119:14
125:2 130:14
131:20 138:16,20
140:1
**half** 38:7
**halfway** 13:4
**hand** 12:8 13:21
71:5,16 117:6
166:11 208:7,10
210:18
**handed** 117:11
118:4 132:15
187:20

**handing** 86:24
167:4 176:3
186:18
**handwriting** 16:16
**hang** 103:7
**HANLY** 3:11,18
**happen** 63:11 75:4
121:5
**happened** 39:4
63:21 64:6 65:21
66:4,8,9,13,19
72:11 75:4 76:20
76:23 79:24
105:25 107:23
108:17
**happening** 72:14
**happens** 48:11
**happy** 114:19
115:1 178:9
**hard** 125:17
**Hartford** 5:8,16
**he'll** 167:7
**head** 198:14
**hear** 39:14 41:9
52:23 92:24
101:21 102:1,22
110:9,12 126:16
134:4 152:11,12
163:13,19 164:1
164:10,14,19
192:20 203:17
**heard** 39:22 49:13
49:17 52:25,25
72:18,24 73:10,16
93:6,21 94:11,14
94:22 96:13,20
97:1 111:6 122:13
137:18 139:6
140:19 149:23
150:3 152:6,8
164:6 173:24
183:3 190:6,9,11
190:12,23 191:8
191:24 192:13,16
192:25 193:9
198:2 204:24
205:1,2,15,22,24

**hearing** 176:15
**heart** 143:13
**Hedouville** 49:4,7
**held** 2:3 8:8
**Hello** 114:7
**help** 39:10,11,13
53:1 123:11
165:12 166:10
167:7 168:14
174:1 180:23
184:5 189:19
**helped** 117:3
**hereinbefore** 210:6
**hereto** 210:15
**hereunto** 210:17
**Hi** 114:6 208:2
**hide** 93:20 94:1,7
**Hills** 20:12 23:10
23:13,18 24:4,8
24:10,16 25:11
31:10 34:23 89:20
108:5 129:23
130:4 142:16
153:25
**hint** 159:25 162:10
**hire** 109:12
**hired** 109:8
**history** 89:14
**hit** 191:9,25
**Hold** 42:23 170:21
**home** 90:23 98:25
99:1,10,12,15
116:5,17 129:18
129:20,22 130:17
142:15,16 144:12
153:25
**homes** 157:9
**Hope** 1:7 4:11 9:1
61:23 62:6 114:11
132:19 134:9
135:3,6,9,15
136:3,11,13 138:5
139:19 140:4,11
143:1,4,8,18,21
144:1,7,10,14
145:11,14,17,22
146:16 147:16,24

148:2,14 183:3
208:3,6,14,19
**hoped** 183:23
**horrible** 176:25
**HOSPITALLER**
1:10
**hotel** 14:20 20:9
44:9,25 45:9
169:17,18 171:9
171:12
**hour** 95:5,6 144:25
**house** 20:14,16
21:6,13,16,18
23:10,17,21,23
24:1,6,9,11,16
27:12,19,25 29:5
29:13 30:10,15,21
50:17 53:9,11
89:23 90:1 98:5,6
101:4,16 129:19
142:24 191:10
192:2
**hundredth** 177:2
**Hurd** 3:10 9:9,9
**hurt** 126:21 127:6
127:9 129:8,12
155:6,10
**hurting** 126:16
142:10
**hurts** 106:19

― I ―

**I-L-G-U-E-N-S**
123:17
**Iberostar** 2:4
**idea** 189:15
**identification**
12:14 115:17,20
118:11,14 119:15
175:23
**identify** 8:16
184:19 193:24
**Ilguens** 123:7
**illicit** 180:9
**Illinois** 3:20
**imperative** 211:11
**important** 110:16

Confidential - Subject to Further Confidentiality Review

145:24 146:1
147:2,21,24 148:5
148:12,16 149:4,6
149:9,19 159:12
161:19,23
**inaccurate** 16:25
**incident** 63:21 64:5
65:21,22 66:4
73:22 75:25 76:23
77:5,9,14,22 78:6
78:18 79:1,6,12
79:18,24 80:2,8
81:20 82:14 83:23
84:7 99:21 103:9
103:15,20 106:2,5
106:14
**including** 180:8
183:4,5 184:20,22
**income** 28:15 33:23
35:25
**Incredibly** 207:20
**INDEX** 7:1
**indicated** 124:19
141:3
**individual** 150:6,12
**industry** 108:21
109:1,4
**information** 177:20
**injured** 105:3
**injuries** 104:7,12
104:16,21
**inside** 49:11 66:15
66:17 68:3,16
70:19 71:6,17,19
71:21 75:12 87:15
101:15 133:24
203:5 205:16
**insiders** 107:18
**instruct** 17:15,20
119:11 176:10,20
**instruction** 17:25
**INSTRUCTIONS**
211:1
**interact** 144:1
**interaction** 100:20
100:23
**interested** 196:23

210:16
**interpret** 136:4
184:18
**interpreted** 148:17
**interpreter** 6:15,19
9:13,22 14:22
15:7,15,17 16:12
18:10 23:3 31:1,7
31:23 38:8 43:2
48:9 49:5 52:6
79:10 98:16 102:5
102:5 108:23,23
123:9,12,13,16
125:24,24 143:18
151:23 167:7,9,14
167:17 169:21
170:25 178:16
179:1 184:18
191:17,17 196:8
196:22
**interpreters** 13:18
48:1 166:16,24
169:24
**interpreting**
111:13 137:3
**interrogatories**
7:16 12:13 14:19
15:14 16:2,5
17:12 44:10,13,20
45:1,10 50:4 52:4
52:8 166:3,4
167:3 168:7 169:4
169:10 183:23
186:11 194:19
**interrogatory**
167:20,24 168:13
184:16 185:2
193:22 194:16
196:15
**interrupt** 72:15
177:14
**interruption**
177:25
**interruptions**
176:25
**intimacy** 107:15
**introduced** 165:7

198:25
**introduction**
186:15
**invades** 17:16
**involved** 69:11
204:11
**issues** 161:21
**items** 85:17 86:25
87:4,7

——————————
**J**
——————————
**J-O-L-I-E** 169:21
**Jacky** 130:24 131:1
131:3,6,14 192:6
192:11
**Jaime** 184:14
**Jamesly** 124:3
**January** 64:16
**jcerreta@daypit...**
5:18
**Jean** 1:23 2:1 6:19
7:3,15,17,18 8:15
9:20 11:7 12:11
49:4,13 115:19
118:13 123:4,7
180:4 209:10
213:8
**Jeff** 8:25 114:10
207:18 208:2
**JEFFREY** 4:12
**Jérémie** 25:9 184:9
184:13,15 185:3
186:3,4,8,8,12
**Jerome** 184:7
191:14
**Jerry** 21:3,6 22:24
22:25 23:2,5
**JERUSALEM**
1:10
**Jessica** 91:9,12,15
91:18 113:8,17
**Jesuits** 205:6,10,23
205:25 206:3,16
**Jesus** 1:9 6:3 9:3
199:2 204:25
206:19
**Jheempson** 122:23

**jkennedy@mwll...**
4:17
**job** 31:13 32:3,18
55:21,23 153:6
**jobs** 93:21 153:1
197:5,19
**John** 1:10,12,13,13
1:13,14,14,14
5:13 8:18
**Jolie** 169:19
**Joseph** 122:23
129:4 156:14
**journal** 154:6
**Judex** 88:21 89:13
93:4,6 94:3 139:1
139:23
**judge** 174:2,5,5,6,7
174:9,11,18,24
175:7,11,14,14
176:1
**June** 11:9 169:12
180:21
**Jury** 7:19 175:22
**justice** 39:11,13
40:20 42:17,18
104:24 105:1
165:13 173:6,9,20
173:21,25 174:2,3
174:12,13,18,19
174:21,25 175:2,3
175:6,8 179:17
189:20 190:4,11
190:13 193:13
**justifies** 198:11

——————————
**K**
——————————
**keep** 35:15,19
168:25 177:12
**keeping** 179:8
**Kennedy** 4:12 7:5
7:10 8:25 9:1
114:5,10 115:21
117:19,24 118:15
119:8,13,18,22
120:19 121:11,15
123:11,15,17
124:15 125:6,18

126:1,10 127:3
129:15 131:10,18
132:1 134:8 136:1
137:4 138:9,13
139:10 140:9,23
142:2 145:1,4,10
148:13,23 151:13
152:2 153:10,14
153:20 154:19,24
155:4,19,24
207:20 208:1,3,22
**Kensley** 123:1
**kept** 154:5 197:5
**kick** 195:24
**kicked** 102:2,17,19
**kids** 93:4,7 94:4,12
97:8,11,14,16,20
100:2 146:11,13
146:15 150:22
151:1 157:1,6
191:15 196:20
197:1,12,13,23
198:13 205:11
**kids'** 205:12
**kind** 34:24 106:25
154:6
**KING** 4:5
**kiss** 71:10
**Kiteyo** 23:14,19,21
23:24 24:2,4,6,15
24:20
**Km** 2:5
**knew** 40:19 93:17
93:19,19 126:25
128:9,10,11 131:6
131:14 139:2
142:23 146:16,21
156:21 158:16
160:22 173:6,10
173:15,18,19
187:15,18 188:6,7
188:8,9,11,12
192:9,9 193:25
194:5,7 196:20,25
197:4,17,23 198:6
198:13 205:17
**knives** 54:23 55:1

knock 73:17
know 21:10,13 25:6
　25:17 30:5,9
　32:21 34:10 39:12
　40:1,5,9,16 41:2,4
　42:1 44:7 49:3
　50:1 51:1,13
　55:14,17 56:9,16
　56:18,21 57:3,5
　58:1 59:8,13,25
　60:7,13 61:19,23
　62:14,22 64:20
　69:20,24 72:6
　73:22 77:11 80:24
　85:21 90:14 91:9
　91:12,24 92:6,8
　97:1 99:18 101:18
　102:10,12,19
　103:3,5,8 106:23
　107:13,23 108:9
　109:11 111:18,22
　111:24,25 114:8
　114:25 115:1,25
　116:12,20,22,25
　117:3,14,15,20
　118:23 119:1
　121:2,3 122:12,18
　122:20,24 123:2,5
　123:7,19,22,25
　124:3,20 128:7,12
　128:18,24 129:4
　130:21 131:6,11
　131:14,22 134:21
　137:12,16,23
　138:8,12 139:3,6
　141:16 142:3,21
　146:8 149:25
　151:3,4 153:1,5
　153:19,24,24
　155:18 156:13,17
　156:23 157:6,10
　157:14,19 158:1,6
　158:9 160:6,10,16
　160:24 161:3,5,11
　168:3 171:15
　172:9 175:7,12
　176:7 177:11

178:2,15 179:6,11
　186:13,14 187:8
　187:12 188:3,13
　189:6,8,11,19
　190:2,16 191:2
　193:8,10 194:4,25
　195:20,23,24
　196:24 197:2,10
　197:11,22,24
　198:3,11,14,16
　199:7 206:2,16,18
knowing 190:21
knowledge 210:7
known 96:18 97:2
　112:23 113:9
　187:5 197:12
knows 174:2,24
　175:14,14,15
　177:7,23

_____

**L**

lack 146:3
ladies 209:7
lady 68:22 116:15
　116:16,18,20
　132:15 143:10,12
language 161:2
lascivious 180:7
lasted 73:23 202:23
late 99:14
LAW 3:4
lawsuit 12:23 37:13
　104:22
lawyer 14:25 15:5
　39:17,21 44:1
　152:22 169:24
　170:5,9,11 172:2
　172:3 173:5
lawyer's 15:1 44:2
　169:25 214:1
lawyers 15:15,17
　17:21 170:14
leader 113:17
learn 54:6 126:4
　183:24
learned 160:24
learning 205:6

leave 27:12 57:1
　58:21 66:20 68:20
　90:2 91:22 102:10
　150:19,24
Lecenat 123:19,25
left 30:10 51:12
　53:11 58:7 59:4
　59:19 74:4 76:7
　78:11 93:22,24
　94:11,18,19 96:13
　96:23 100:19
　101:10 116:17
　133:6,13 143:25
　144:6,25
leisure 199:16
lessons 54:1,2
let's 147:8 162:22
　162:25 166:2
　175:19 178:25
　179:25 194:24
　195:1 196:1,4
　207:7,8,8,11
lewd 180:7
license 119:19
　210:22
life 29:10,23 30:18
liked 125:15
limited 180:8
line 42:24 179:4,4
　212:3 214:2
list 48:18 49:14,17
　167:6 185:18
listening 173:25
little 34:13,20 36:6
　37:21,21 40:15
　42:3 45:24 46:5
　56:25 65:1 66:15
　68:9 69:1,4 70:1
　105:24 106:10
　131:12 184:4
live 20:8,16,18,23
　21:6,11 23:12,17
　24:1,7,9 25:1,4,11
　26:17,21 27:6
　30:10 31:4,20,22
　32:12 46:4 153:18
　155:17

lived 24:13 29:4,5,7
　29:10 158:5,6
lives 20:20 185:5
living 21:12 23:9
　23:15,16 24:18,22
　25:13 26:20 27:5
　27:22 28:7,13,14
　29:2 50:15 89:19
LLC 4:13
LLP 5:6,14 6:6
location 159:4
lock 69:15
long 23:9,23 44:4
　56:14 66:9 73:22
　82:2 84:23 90:11
　97:16 120:10
　121:8 128:15,18
　133:12 134:22
　138:5 179:23
　187:5 193:17
longer 107:5
look 17:8,23 18:8
　109:6 120:22
　123:13 133:12
　166:2 167:5,6
　169:10 175:19
　176:14 184:16
　186:17 193:22
looked 18:17 166:9
　166:11 187:2
looking 33:25
　109:16 133:5
　134:18 196:15
　206:5
looks 92:12
lose 93:21 197:5,19
lot 82:5 144:25
　153:11,15 157:1
Louis 1:3,4 6:19
　8:10,15 122:15,20
love 178:13,22
low 109:6
Lozier 91:10,12,16
　91:18 113:8,17
LSR 2:11 210:2
Lu 3:3 9:5 103:25
luck 141:20

Luckson 103:5
lunch 95:3
Luperon 2:5
lxia@garabedian...
　3:8

_____

**M**

M-O-N-T 169:21
mad 93:14
Madame 61:23
　72:17 74:7,13,17
　76:4 81:25 82:8
　82:16 83:8 85:2,5
　85:11,17,19 86:16
　86:24 87:2,6 88:4
　88:8,13,21 89:7
　100:24 109:23
　111:12 139:1,23
　203:10,21,22
　207:16
Madison 3:12
main 4:14 161:22
making 82:1
　166:17,19,25
　176:17
Malta 1:11,12 5:3
　8:24 156:11 164:7
　164:11,16,20
man 151:14,17
　185:22,24 186:2
man's 120:25
managed 149:15
managing 72:1
Marapica 2:6
march 191:9,25
Margarette 156:14
Margarita 55:7,8
　58:15 67:4,6,7
　68:5 75:10,16,24
　76:5,9 126:12
Marguerite 129:4
mark 209:2
marked 12:9,13
　115:17,20 118:10
　118:13 175:20,23
marks 182:22
　183:6

married 19:25 20:2
  28:11
Marthe 20:24,25
  21:5 22:8 23:10
  25:2,5
masisi 109:14
mason 33:7 108:21
Massachusetts 3:6
  4:7 6:8
Master 88:20,20
  89:12,13 93:3,4,6
  93:6 138:25,25
  139:22,23
masters 138:21
math 161:6
matter 8:10 167:15
  168:1
matters 210:8
Maureen 2:11 9:12
  210:2,22
McLean 91:24,25
meals 201:6 202:13
mean 153:3 158:25
  173:21 174:21,22
  175:4 206:24
means 35:25
Medeline 25:9
  185:4
medication 11:13
meet 19:1 37:15
  150:6,12,16
meeting 44:4,25
  45:4 81:24 82:17
  83:12,14 136:14
members 20:23
  153:21
Mémé 88:20 89:13
  93:3,6 94:3 139:1
  139:23
memory 25:24
  62:15 75:3
men 191:8,24
menial 109:1
mention 179:9
  193:18 205:22
mentioned 24:3
  30:23 58:23 163:3

163:9,15 194:12
Mesidor 103:6
met 18:25 38:20
  66:1 114:8
Michael 3:17
  151:15
Mike 9:7,23
MILANO 4:13
MILITARY 1:9
mind 13:3,7 14:2
  16:15 105:25
  112:9 145:3
  173:22 179:1,8,16
mine 130:23
minute 48:21
  123:14 138:10
  145:2 168:20
  190:16 206:6
minutes 112:13
missed 194:21
  195:18
missing 146:2
misstates 168:18
mistresses 138:21
misunderstanding
  10:12
Mitch 44:3 103:22
  103:25 170:12
  178:23
MITCHELL 3:4
Moise 1:23 2:1 7:3
  7:15,17,18 9:20
  11:7 12:11 115:19
  118:13 180:4
  209:10 213:8
Monday 187:25
  188:1,3,5,14,15
money 33:9,11,17
  34:6,9,16 36:3,7,8
  36:14,17,19,20,25
  37:2,7,10 40:11
  40:18 41:1,14
  42:9 44:5,8,19
  45:5,7,13,18,22
  46:2,5,5,7,12,13
  46:18,23 47:1,5,7
  47:10,13,14 50:18

52:21 53:15 98:11
  98:21,24 99:3,11
  100:18 101:7
  109:6 120:23
  121:6 129:17,21
  130:10,16,21
  132:7 141:4,8,13
  141:17,18,23
  142:4,11 163:21
  164:2,2 173:7,10
  173:22 174:12,19
  174:22 190:10
  191:8,24
Mont 169:19
month 21:15 28:6
  31:16 33:16 34:21
  37:1,3 65:18
  135:19
months 131:23
  132:4,13
moonshine 105:19
  105:20,24 106:10
  106:14
morning 8:18,25
  9:2,5 11:5 29:13
  53:10,11 54:12,19
  89:23 114:8
mornings 53:9
mother 22:16
  25:14 26:7 27:22
  27:24 28:2,5,14
  28:14,17 38:17
  50:15 185:21
mother's 185:4
motions 10:1
motorcycle 119:25
  120:2
mouth 208:8
move 21:14 27:13
  51:25 82:3,21
  103:23 158:24
  159:3 178:10
moved 23:12,17,20
  27:6,18,21,25
  28:24 50:16 79:3
  80:22
moving 81:1 111:2

mstewart@simm...
  3:21
MURPHY 4:5
Murta 139:1,23

**N**

N 8:1
naked 155:7
name 8:4 11:6 14:4
  14:6 15:1 37:19
  43:23 44:2 48:3
  48:17 49:6,21
  51:1 67:14 81:2,3
  99:18 103:2,2
  117:16 120:25
  121:3 122:13
  123:10 128:8,10
  128:11 139:25
  155:21 156:13,20
  156:22 164:6,10
  164:15,19 165:6
  169:25 170:1
  176:2,8 178:3
  179:7,20 184:12
  185:3,4,12,16,19
  185:23,25 186:7
  186:10 187:13
  199:1 208:2
named 30:24 49:3
  55:14 91:9 101:18
  101:22 102:2,15
  103:5 150:6,12
  151:14 189:10
  194:17 210:6
names 20:22 21:2,9
  21:10,13 25:8
  26:14 32:6 34:8
  38:9 48:2,12
  49:14,18 50:24
  51:21 93:10,12,14
  93:16 94:4,6,24
  96:15,25 128:7,12
  128:22,24 129:1
  137:20,23 138:19
  138:23 139:2,13
  139:17,22 140:3
  150:25 151:3

152:15,18 155:14
  155:18,23 156:19
  156:23 157:2,4
  158:4,7 170:16
  189:11 190:17
  193:10 201:4
  205:13
nasty 178:25
Nathalie 6:15 9:15
  196:8
nature 22:1
near 171:19
necessary 178:24
  211:4
necessities 28:18
  29:1 34:3
need 47:4 66:9
  98:23 114:24
  129:20 130:17
  132:9 146:4
  176:21 177:14
  199:7 206:7
needed 37:17 67:7
  68:21,22,25 98:24
  100:18 141:7,18
needs 36:5,14
neither 210:11
Nelta 88:21 89:8
never 62:9 92:14
  93:24 122:14
  125:1 142:18
  144:21 147:16,18
  148:2 150:3 151:6
  151:25 173:19
  186:20 193:14,21
  201:11,25 203:5
  208:10,13,16,20
new 1:9 3:13,13 6:4
  9:4 65:11,12
  199:2 204:25
  206:19
Nicholas 57:14,18
  57:23 58:3,23,25
  112:22 113:4
nickname 102:25
night 29:24 30:4,20
  91:5

**Ninelson** 26:15,24
32:8,10 38:6
185:20
**Notary** 210:3,24
213:19
**noted** 213:6
**notes** 206:6 214:1
**notice** 188:16
**November** 179:14
179:21 210:18
**number** 8:13 12:10
16:17 37:18 43:23
115:18 118:12,22
120:7 167:4,5,24
175:21 184:17
189:24 194:16
196:15 199:25
209:1,3
**numbers** 209:2

---
**O**
---

**O** 8:1
**o'clock** 53:10
**O'Connor** 2:11
210:2,22
**O'Neill** 4:4 7:7 8:20
8:20 165:5,6,15
166:8,18 167:1,11
167:16,21,23
168:11,20,24
169:2,8,15 170:4
170:7,13,23 171:2
171:8,18 172:10
172:14,22 173:3
173:14 174:4,10
174:16 175:1,9,16
175:24 176:14,18
176:23 177:1,6,10
177:16,22 178:1,7
178:11,22 179:3,5
180:15,22 181:2,6
181:9 182:4,10,16
183:1,12,21 184:3
185:8,14 186:6
187:4,9,24 188:18
188:23,25 189:14
189:25 190:8,19

190:24 191:6,13
191:20,22 192:8
192:15 193:11
194:11 195:2,5,7
195:9,13,15,16
196:3,11,14,21
197:6,21 198:1,8
199:17 209:4
**oath** 11:11 168:13
169:3 196:16
199:5
**object** 17:14 44:14
45:14 200:5
**objection** 10:9,9,11
10:16,17,22 14:14
15:2,6,25 16:6,21
17:2,25 18:5,10
18:14,21 22:13,21
24:19 25:25 26:4
26:9,23 27:14
29:25 31:5 32:7
39:24 40:12,24
41:2,15 42:10
44:14,21 47:16
51:5 54:13 55:2
55:22 59:7,12
60:16 62:21 64:8
64:19,25 69:16
71:4,11,23 72:5
72:16 73:4,25
74:25 77:10 78:2
80:10 86:1,6,13
86:19 88:10 93:2
94:9,25 101:23
102:4 103:1,12
104:18,23 105:9
106:8 108:15
110:5 112:7,25
113:5,10,14
117:17,22 119:6
119:11,16,20
120:15 121:9,13
123:8 124:13
125:4,14 126:6,24
129:13 131:8,16
131:24 134:6
135:24 137:1

138:7,11,24 139:8
140:7,21 141:25
148:8,20 151:11
151:24 153:8,12
153:17 154:17,22
155:2,16 157:7
158:11 160:12,18
161:7,13 162:6,12
162:20 163:4,10
163:16,22 166:6
166:15,23 168:9
168:17,21,22,23
168:24 169:6,13
169:13 170:2,6,10
171:6,17 172:8,12
172:17 173:1,12
173:23 174:8,14
174:23 175:5,13
176:15,17 177:2
178:6 180:12,20
180:25 181:4,8
182:2,8,14,24
183:10,19 184:1
185:7,13 186:5,24
187:7,23 188:17
189:12,22,22
190:5,18,22 191:4
191:12,16 192:3
192:12 193:6
194:9,23 197:3,16
197:25 198:5
200:23 201:19
202:2 209:5,6
**objections** 9:25
**obtain** 118:1
**occasion** 45:8
83:16 86:23 87:7
87:11,24 100:24
101:15 111:11
205:21
**occasions** 37:6
85:12
**occurred** 77:14,22
79:6,12 80:3 82:5
134:5
**October** 1:24 8:6
189:1 209:10

210:5
**Odilbert** 122:12
**office** 91:22
**OFFICES** 3:4
**okay** 10:20 18:1
41:7,20 48:12,13
57:19 66:10 68:4
72:22 75:18 76:6
90:6 104:1,4
111:24 114:15,23
117:9 125:11
127:14 136:9,20
137:12 147:8
149:18 162:2
167:21 169:16,25
170:14 171:3
172:3,6,11 174:17
174:21 175:17
179:12 184:4
187:5 196:3,15
199:10 207:15,24
208:10,22
**old** 25:4 27:7 30:3
32:20 49:24 50:8
52:14 58:11 77:8
78:1 143:10,12
180:17,23
**once** 56:20 59:11
68:3 92:3 133:1
134:14 135:19
**one-on-one** 83:15
88:2,5
**ones** 88:12 170:17
**open** 73:2 127:22
**opened** 73:7,11,13
74:3
**operate** 35:8
**operating** 34:20
**operator** 34:12
**opinion** 19:15
145:25
**opportunity** 110:3
183:7
**order** 1:10,12 5:3
8:23 98:12 150:15
156:11 164:7,11
164:15,20

**organize** 46:6
**original** 211:12
**outside** 67:8,9 72:2
72:23 73:14 92:4
101:3 108:2
138:18,20 139:4,5
139:21 203:3,3
**owe** 46:4
**owns** 35:3

---
**P**
---

**P** 4:4 8:1
**P-I-N-A** 102:8
**p.m** 202:24
**page** 7:2,14 14:3,4
14:6 16:16 212:3
214:2
**pages** 213:4
**paid** 50:21 51:2,11
120:17 130:17
**pain** 106:16
**paint** 112:6
**pants** 63:9 66:16
68:16 69:12 70:12
70:16,17,20,23
71:18 72:13,19,25
73:3,11 143:13
**paper** 12:20 123:14
**paragraph** 180:1,2
**parents** 24:23 25:7
25:8,11,13 26:18
26:21 27:6 29:6
184:20
**parents'** 27:12
30:10
**part** 31:8 167:12
177:13
**particular** 105:7
**parties** 210:13,15
**pass** 25:16
**passed** 25:15,19
26:3 27:20
**passing** 120:21
121:2 152:17
153:3 205:22
**passport** 7:17
115:19 116:4,7,16

Confidential - Subject to Further Confidentiality Review

117:4,6,10,11,12
118:1,2,4,7,23
132:16 186:25
187:1,20 208:25
209:1,3
**Patrick** 21:3,6,23
21:24 22:2,12,20
**Patrick's** 22:16
**Paul** 1:7 4:3 8:21
49:23,25 50:5,9
50:15,19,22 51:14
51:19,22,25 52:17
59:25 60:2,5,11
61:7 82:11 83:8
84:21 88:13 98:14
99:25 100:21
109:23 110:20
111:11,15,17,19
136:3,13 137:2
138:6 139:19
140:5,20 143:2,5
146:17 147:7,13
148:14 165:8
181:11,21 183:4
205:4,9,16
**Pause** 114:1 156:5
**pay** 47:6 52:18,20
53:15 98:12 99:5
99:11 100:18
120:13 130:7
141:18 154:15,20
154:25
**paying** 51:3 164:2
164:2
**pen** 13:22 166:11
166:20 194:21
195:18
**pending** 115:4
**penis** 63:9 66:17
68:16 69:12 70:12
70:19 71:2,6,17
71:19,21 72:9
**people** 22:11 24:3
35:16 39:14,22
46:5 49:18 57:10
57:20,25 58:2
59:16,17 62:24

82:9 85:22 100:12
107:18,23,25
108:2,3,5,8
109:12 146:25
147:2,5,6,21
148:5,11,16 149:3
149:10,19 152:11
152:13,14,16,17
152:23 153:3
189:10 190:6,9,10
190:15 192:13,16
192:21 193:1,1,7
193:9 199:25
205:1,2,5
**people's** 153:1
**period** 78:22
**Perlitz** 1:7 8:11
43:14,19 48:18
49:15,19 56:4,7
56:19,22 57:7
59:1,5 61:15 63:6
65:11,23 72:3
74:23 79:5,13,23
80:1,5,14 81:9,16
81:19 82:13 84:4
84:9,16 92:22,25
96:18 99:22 101:2
103:10,16,21
104:9 106:18
111:20 112:23
113:12 126:16,20
127:5,9 129:8,11
136:4 139:20
141:5,13,17 144:2
144:8 148:15
154:3 155:6
159:14,18,22,25
162:4,10,19 163:3
163:9,15,20 164:1
180:6,10 193:25
194:14,14 197:23
203:9,20 204:1,7
204:16 208:7
**Perlitz's** 105:4
107:12,15
**permanent** 20:10
**person** 32:10 34:17

34:18 39:8 42:15
42:25 43:12,14
49:3 55:14 73:8,9
73:14,17 77:2
83:9 88:25 89:1
145:23 147:25
150:14 162:3,10
184:11 190:3
193:18 194:2,12
206:25,25 210:6
**person's** 73:10,16
99:18
**person-to-person**
66:1
**personally** 59:18
59:23 67:14 103:8
194:4 204:18
208:13,16
**persons** 193:24
**Philippe** 6:16 96:3
**phone** 37:18 43:23
120:5,8,11,14,23
120:24 121:6,8,16
189:24
**photo** 119:1
**photograph** 118:23
118:24 119:5
**photographs** 18:8
18:17
**phrase** 41:22
**physical** 106:16
**physically** 70:16
143:9
**pick** 37:22
**picks** 13:5
**Pierre** 6:19 25:9
26:15 38:6,6,7
113:18 123:4
130:24 131:1,3,6
131:14 184:9,13
184:14,15 185:19
185:19,20,20,23
186:3,8 192:6,11
196:19
**pill** 106:20,24,25
107:3
**pills** 107:6

**Pina** 101:19,22
102:2,6,8,15,22
102:25 128:9
194:12,13,17
**Pita** 102:7
**PITNEY** 5:14
**place** 29:23 30:4,14
30:16 31:6 43:11
49:8,9 52:19 58:8
81:25 97:22 101:3
160:17
**places** 172:23
**Plaintiff** 1:5 3:2
7:15 10:3 12:11
180:4,8,9
**Plaintiffs** 8:10 9:6
9:8,10 40:10
**Plata** 2:6 8:9
**play** 53:21,21 65:2
65:2,9 90:21
100:11 199:13,13
199:13 200:21,24
200:25,25 201:17
201:20 202:9
207:8,8
**played** 161:11
**playing** 92:3 98:14
99:25 100:13,15
143:2,5,6,21,22
144:4
**Plaza** 6:7
**please** 8:16 23:4
38:9 41:16 43:6
49:6 81:13 114:18
123:16 167:25
168:21 178:25
184:17,19 192:24
199:7 209:3 211:3
211:8
**pocket** 120:23
**point** 52:13 57:13
58:7,20 67:10
68:19 72:8 78:11
127:15 138:1
188:19 191:3
**pointed** 172:24
**pointing** 41:5

**police** 103:17
**Pollard** 2:11 9:12
210:2,22
**portion** 35:22
**Posé** 20:12 24:10
24:11,12
**position** 18:16
125:8
**possibility** 80:18
84:25 149:16,20
204:5
**potentially** 87:19
111:2
**poverty** 45:23 46:4
47:3
**PPT** 19:23 25:22
27:10 29:20 30:7
32:23 40:17 94:18
99:8 101:18 109:4
110:8 111:8
121:23 122:1,3,7
122:9 124:8,11
129:11 131:1
139:13,17 140:3
145:22 147:25
152:24 154:6
160:1 163:14
164:18
**practice** 185:10
**pray** 150:18,23
151:1
**praying** 205:16
**premises** 54:21
**Preneta** 58:24
112:23 113:4
**preparation** 17:17
**prepare** 17:9 18:9
18:25 19:2 119:10
146:6,12
**prepared** 146:18
**prescription** 107:2
**present** 6:18 14:22
14:24 15:5,9,17
15:19 94:21,22
137:17 138:17
139:13,18 140:3
150:9 169:23

Confidential - Subject to Further Confidentiality Review

170:14,18
**presently** 31:4
**preserving** 10:17
**prevent** 11:14,18
**Previl** 123:1
**previous** 24:14
   63:24
**previously** 58:23
   80:3 81:8,15
   83:22 87:18 118:5
   139:12
**priest** 150:15
**priests** 205:7
**prior** 9:24 10:25
   17:12,24 40:9,16
   40:23 65:22
   186:15 194:1
**privilege** 18:20
   119:12
**privileged** 19:13
**privileges** 17:16
**probably** 42:2
**problem** 43:7
**problems** 105:16
   107:9,11,14,17
   108:7,14
**proceed** 10:21
**process** 48:14
**program** 97:8,10
   97:14,17,20
**project** 110:14
   113:17 196:19
**prologue** 179:24
**promising** 183:4
**proper** 103:2
**property** 100:5
**propounded** 213:5
**protected** 18:19
**provide** 12:25
   13:19 28:17,25
   177:20
**provided** 157:14
   158:9
**public** 99:5 101:8
   130:3,7,18 210:3
   213:19
**Puerto** 2:6 8:9

**pull** 63:9 68:15
   69:12 70:12,15,16
   70:20,23 71:18
   72:12,19,25 73:3
   73:11
**pulled** 66:15
**pulls** 143:12
**put** 48:17 49:18
   54:15 67:23 69:12
   70:12,18 71:2,5,6
   71:16,17,19,21
   72:2 80:14 102:9
   117:12 156:18
   177:14,16 182:20

## Q

**question** 23:4
   31:24 40:15 41:10
   41:10,12,16 44:15
   81:13 114:17,22
   115:4,5 125:25
   139:24,25 140:2
   176:19,22 178:8
   178:15,20 179:2
   184:18,24 185:1
   185:21 188:21,22
   190:1,1,2 192:22
   192:23 193:23,24
   194:7 195:11,12
   195:15,17,21,22
   196:22 197:7,9
   198:9
**questioning** 165:10
**questions** 9:17
   12:19,23 13:1,16
   13:20 14:13 66:7
   96:5 114:13 115:7
   165:11 207:1
   208:4 213:5
**quick** 207:2 208:4
**quite** 31:12 126:7

## R

**R** 8:1 210:1 212:1,1
**radio** 152:4,9,10
   191:10 192:1
**raise** 90:5,10

**raised** 90:12
**Raynel** 122:12
**rcobbs@sloanew...**
   6:10
**re-ask** 131:13
   136:12
**read** 10:3 12:4
   13:13,16 18:18
   19:7 55:10 126:4
   138:1 160:25
   166:14,22 167:8
   167:19 178:15
   179:22 180:3
   184:17 193:23
   196:21,22 211:3
   213:3
**reading** 166:16,24
   177:24 179:3
**reads** 180:3
**ready** 17:13 18:3
   18:13 19:19 41:4
   95:2 196:12
**real** 207:2
**realize** 115:22
**really** 103:7 128:6
   138:4
**realtime** 2:12 38:11
   210:23
**reason** 16:24 93:25
   97:1 102:11
   147:23 161:18,22
   195:25 211:5
   212:5,7,9,11,13
   212:15,17,19,21
   212:23
**reasons** 159:9
   161:16,24
**Rebecca** 6:5 9:2
   198:17 199:1
**recall** 37:11 203:25
**receipt** 211:13
**receive** 33:17 34:16
   36:19 45:20 47:13
   105:1
**received** 33:4 35:16
   36:3,8,25 37:2
   40:11,18 41:1,14

42:9 44:5,8,18
   45:5,7,13 46:7,12
   46:18,23 117:25
   173:10
**receiving** 12:22
**recess** 38:1 48:24
   61:1 95:9 112:18
   145:7 165:1 196:7
   198:20 206:11
**recognize** 12:16
**recollect** 74:22
**recollection** 58:5
   60:8 63:1 79:21
**record** 8:4,17 11:6
   18:15 37:25 38:2
   42:24 48:4,21,23
   48:25 60:25 61:2
   95:8 96:8 112:17
   112:19 113:25
   114:2 145:6,8
   156:4,6 164:25
   165:2 177:15
   196:6,9 198:19,21
   206:7,10,12
   209:11 210:10
**reduced** 210:9
**referenced** 1:21
**referred** 165:21
   168:1,2
**referring** 29:20
   147:6 191:19
**refused** 109:2,12
**regard** 184:19
**regarding** 204:1
**regrouped** 56:12
   63:20
**regularly** 27:25
   28:2
**reintroduce** 114:10
**relate** 177:9
**related** 21:24 22:10
   22:18,24 107:12
   210:12
**relating** 19:22
   162:19
**relationship** 20:4
   22:2

**relative** 210:14
**remain** 92:17
**remember** 12:22
   15:1 25:17 27:7
   51:21 55:11 58:5
   58:11 60:15,19
   61:6,10 62:3
   65:18 78:3,10
   79:17 83:10 86:7
   88:18,22 89:7,10
   97:13,18,19,24
   105:23,24 109:11
   109:15,21,24
   119:4 120:12
   121:7,10,14,24,25
   132:7,12,14,25
   133:2,14 134:7,13
   134:15,16,24,25
   135:9,12,15
   136:11 139:12,15
   139:17,22 140:2
   148:18,24 149:12
   149:21 151:14
   152:18,20 154:4
   155:23 157:2,3
   158:3,4,7 166:1
   168:10,15 170:3,5
   170:9,11,15,16
   180:18 191:1,5
   201:4 203:14
   205:12 208:2
**remind** 32:5 168:6
**removed** 75:23
**rent** 153:25
**repay** 47:8,10
**repeat** 23:3 31:23
   38:8 41:16 49:5
   52:6 81:13 123:10
   177:24
**repeated** 125:25
**repeating** 179:2
**rephrase** 40:14
   41:25 77:18
   114:18
**reported** 2:10
   103:15
**reporter** 9:11

**represent** 8:23 9:1
9:3 114:11 156:10
199:2 208:3
**representing** 8:21
9:6
**Republic** 2:7 8:9
47:20,21,25
124:11 186:17,23
**request** 118:6
**requests** 102:6
108:24 125:25
191:18
**reserved** 9:25 10:2
**residence** 31:25
**residences** 29:6
**resides** 168:3
**resist** 71:22
**respect** 197:8
**respectfully** 19:10
**respond** 70:7
114:21
**response** 7:15
12:11 165:11
**result** 104:8,12,22
106:17 107:15
108:14
**resulting** 104:16
**retained** 165:24
167:25 168:4,7
169:4 179:18
**return** 101:12
211:11
**reveal** 41:11
**review** 1:23 17:11
44:10
**reviewed** 14:17
17:18
**RHODES** 1:10
**ride** 53:16 99:3
**right** 14:22 17:6
22:12 30:25 38:11
45:2 50:2 52:11
52:14 54:5 56:11
57:22 58:9,24
61:8,12 62:10
63:7 66:6 68:1,6,8
69:4 74:15 75:16

75:20 76:1 78:1
78:13 81:9 82:6
82:14,17 83:25
85:25 90:8 91:2
94:4 96:15,19
98:21 104:9 110:1
137:20 143:13
151:15 153:7
158:17 166:12
168:18 169:9
171:15 172:25
173:4 177:18
182:1,7 183:25
185:16 186:14
192:1 196:1,11
198:15 200:1
202:24
**RMR** 2:11 210:3
210:23
**Robinson** 5:6 92:6
92:8,11,15 93:21
93:23 94:11,14,17
94:22 96:12,18,22
96:25 97:2 129:7
**role** 145:22
**Romel** 88:21 89:12
138:25 139:23
**room** 15:23 66:15
68:1,12,18 69:1,6
69:9,14,19 72:23
73:23 74:4,10
75:20 76:7,16
200:1
**rooms** 21:18
**Rue** 78:23 124:17
125:8,13,19,23
126:2,5,15,19
128:25 129:1
132:20,22 133:4,7
133:10,16,23
134:2 145:12
154:16 156:16
157:13,21 158:13
158:19 159:1,2,5
164:5 181:15,24
199:18,22 200:8
200:15 201:14,18

201:23 202:1
207:6
**Ruelle** 20:12 24:10
24:11
**rule** 115:6
**rumor** 126:16
**rumors** 92:24
**running** 97:11
**rush** 146:12
**Russell** 150:7

---

**S**

**S** 5:5 7:13 8:1
**S.J** 1:7 4:3
**Saincirin** 122:15
122:21
**Samuel** 26:15
31:17,20 32:3
38:5 185:19
**sat** 202:12,15
**saw** 51:10 57:21,23
59:18,24 74:6,13
79:15,16 81:8,11
81:16,18,21 85:22
86:16,23 88:12
91:23 99:25 100:8
100:11,25 133:3,5
133:15,17,23
134:3,17,18 135:4
135:10,12 139:5
139:21 140:11,24
140:25 142:25
143:1,4,21 144:10
144:14 146:10
151:17,25,25
156:20 157:16
173:19 195:23
205:16 208:8,10
**saying** 14:11 43:3
96:12 102:3 108:8
111:23 148:11
149:12,19 168:25
177:12,19,23
178:18 186:7
187:14 197:14
198:12 207:22
**says** 16:9 42:25

43:1 167:24
168:18 179:22
189:1
**scared** 80:16
**school** 30:16 49:22
50:12,19 51:1,4
51:11,11,14,25
52:9,18,23 53:3
53:18 54:2,7,7,9
58:8 63:12,22,24
63:25 64:2,11,12
64:17 65:6,8,12
65:14,15,16,19
68:2 77:16,23
78:8,19,23 79:9
79:10 80:22 81:6
90:19 92:9,10
97:5,10 125:16
127:22 138:22
156:12,17,24
157:6,14,15,18,19
157:22,23,24,24
158:2 159:11
160:10 162:1
180:14,16 181:11
182:18 183:16
202:23
**schooling** 125:16
125:22 149:15
159:11 161:19,19
161:22,22
**schools** 99:8
**Schoubert** 49:4
**Schultheis** 55:15
58:20 124:20
**seal** 210:18
**searched** 54:20
**second** 46:7 51:18
56:11 58:19 63:17
63:19 84:8 88:17
97:15 110:19
130:13 137:25
154:10 167:12
181:14,18,25
182:3,6,9
**secret** 93:20 94:10
197:5

**security** 99:16
142:25
**see** 27:24 28:2
31:15 37:16,18
39:1,2,5,7,10,23
40:20,21 41:13
42:7,16,20,20
43:10 45:12,25
49:10 54:22,25
55:23 56:4,23
57:10 59:1,15,23
60:2,17 62:24
73:8,9 74:4 76:25
79:5,13 85:11
86:8 87:23 91:19
91:20 104:11
108:10 109:5
111:15,19 128:6
130:25,25 132:9
132:19,21,22
133:9,19 134:1,9
134:22 135:3,6
137:5 140:14
141:20 144:1,7
147:1,20 155:7
162:18 163:2,8
165:12,20 167:14
169:12 173:18
178:13 179:13
188:19,23 189:1
192:4,14 208:6
**seeing** 60:15 61:6
79:17 135:15
136:11
**seeking** 175:3,6,8
175:10 179:17
**seen** 13:10 81:12,19
91:13 92:1 102:9
103:7 111:17,21
115:23 118:16,19
175:25 176:5
177:2 186:20
**send** 82:24 83:4
84:24 85:1 93:8
204:5
**sending** 83:9
149:16,20 158:12

Confidential - Subject to Further Confidentiality Review

**sent** 80:23 99:15
**sentence** 13:14
  52:7 196:17
**separate** 172:24
**September** 16:10
  16:13 194:2,5,8
**SESSION** 96:1
**set** 7:16 12:12
  74:15 210:18
**setup** 158:13,18,19
**seven** 1:14 193:17
**sexual** 79:18,24
  80:2,8 81:20
  82:14 83:23
  103:16,20 106:2
  107:12,16 180:7,9
**sexually** 63:6 74:24
  80:5 92:22 99:22
  103:11 112:24
  113:12 159:14,18
  160:1 162:4,11
  194:1,6,13
**share** 21:20,22
  31:25 41:5
**sheet** 211:6,9,12
  213:6
**shoes** 85:15
**show** 36:6,13 56:25
  115:16 118:9
  176:2
**showed** 57:14
  130:24 186:25
  187:1 192:6
**shower** 54:15 90:4
  90:7,9
**showered** 90:12
**showing** 126:7,11
**shown** 186:23
**shows** 152:9
**shut** 208:24
**Sibert** 15:21 36:4,9
  37:6,15 38:20
  39:1,12,18,20,23
  41:13 42:8,14
  44:6,19 45:5,8,12
  45:17,21 46:8,13
  46:19,24 47:10,15

47:19 76:25 77:2
117:1 119:9 131:4
131:7,15,19 132:6
152:21 165:16,17
165:21 168:3
170:18 179:17
189:18,19 190:3
191:3,19 192:10
192:18,22 193:3
193:13
**Sibert's** 152:4,9
  192:1
**sibling** 27:3
**siblings** 26:21 32:6
  32:22 38:5,7
  184:20,21
**sick** 176:14
**side** 171:7
**sign** 10:4 44:10
  211:8
**signal** 176:19,21
**signature** 14:8,11
  16:9 169:10
**signed** 14:18 15:12
  15:13 16:10,19
  44:12,20 45:1,9
  169:9,11,16
**similar** 80:14
**SIMMONS** 3:11
  3:18
**simply** 71:16
  157:22 186:25
  187:19
**singing** 89:13
**sir** 19:5,11,16 43:6
  113:21,22 114:14
  114:16,21 115:1
  115:14,16,23
  116:1,3,4,9,12,14
  116:21,23 117:1,4
  117:7,10,16,21,25
  118:7,9,17,20,22
  118:24 119:2,5,9
  119:14,15,19,23
  119:25 120:3,5,8
  120:11,14,20,25
  121:3,5,8,12,16

121:18,20,22
122:1,4,7,12,15
122:18,24,24
123:1,5,7,20,23
124:1,4,6,16,16
125:3,8,12,20,23
126:2,5,11,13,17
126:21,23 127:5,8
127:18,20,24
128:2,5,8,13,16
128:19,21,25
129:4,7,10,17,19
129:23 130:1,8,11
130:16,20,22
131:4,7,11,13,15
131:21,23 132:2,6
132:8,11,13,15,17
132:19,24 133:7
133:10,13,16,20
133:22 134:2,5,10
134:12,14,23
135:1,4,7,13,16
135:18,23 136:9
136:12,13,25
137:6,9,18,21,24
138:1,5,10,14,17
138:23 139:4,7,16
139:24 140:10,15
141:11,14,17,24
142:4,7,14,16,19
142:22 143:6,8,11
143:15,18,22
144:2,11,13,17,18
144:22 145:11,21
145:25 146:8,24
147:4,6,8,9,14
148:7,19,25 149:2
149:6,13,25 150:4
150:7,9,16,20
151:1,4,10,14,20
151:23 152:3,9,12
152:16,18,21,24
153:2,4,6,11,16
153:22,24 154:2,5
154:9,11,13,15,21
155:1,6,7,9,11,15
155:24 170:22

177:11 178:24
179:1 188:22
191:18 195:18
208:4,11,14,17,20
208:23
**sister** 32:16,20
  185:20
**sisters** 26:12 38:12
**sit** 53:20 105:12
  201:2,6,22
**sitting** 16:7 70:10
  171:4,10,11,13,13
  171:25 172:1,19
  172:20
**situation** 80:14
**six** 1:14 131:23
  132:4,13 182:17
**Sixth** 3:5
**sleep** 29:23 30:4,18
  30:21 89:16,17
  91:2,4 127:17
**SLOANE** 6:6
**slower** 38:9
**small** 26:20 29:6
**soccer** 161:12
**Society** 1:9 6:3 9:3
  199:2 204:25
  206:19
**socks** 53:22
**sole** 147:23
**somebody's** 72:24
**son** 185:10
**sorry** 15:13 19:5
  28:8 32:5 40:14
  47:22 57:13 77:18
  84:14 94:1,21
  113:14 123:9
  127:23 131:11
  136:4,12 139:16
  152:7 165:16
  188:22 195:5
  203:21
**sort** 108:19
**sought** 108:19
  109:3
**source** 33:23
**SOVEREIGN** 1:9

**space** 74:9 211:6
**speak** 11:21 12:1
  19:18 42:21 57:2
  57:4,7 60:12
  61:17,20 62:6,13
  79:23 81:23 83:15
  87:23 88:1,5
  92:11 96:22
  100:12,25 111:22
  116:23 119:9
  124:7,22,24,25
  133:7,9 134:1
  135:3,6 137:15
  138:3 143:20
  144:7 148:21
  151:5,8,9,18,25
  152:11,14 154:3
  173:24 190:6,9,11
  192:13,17,21
  193:3,9 203:16,18
**speaking** 10:8,11
  62:16 82:9,16,18
  84:20 85:6,7,8
  111:12,19 137:5
  148:9 150:21
  162:23
**specifically** 17:20
**speech** 82:1 136:23
  136:25,25 137:18
  138:5 139:6,14,18
  140:4
**Spell** 123:16
**spelled** 123:12
**spend** 56:25
**splitting** 19:11
**spoke** 28:4 62:9
  83:23,24 84:13,16
  87:15,17 100:14
  103:9 122:6,14
  125:1 136:3,5,16
  151:6 201:25
  208:16
**spoken** 11:24 65:23
  67:10 82:13 84:4
  84:9 91:14,15
  92:2 97:25 103:19
  122:16 204:18,21

208:13
sponsors 110:13
sports 200:21
  201:17 202:9
square 53:22
  199:14
St 1:3,3,10 8:10
  49:23,25 50:5,9
  50:14,19,22 51:14
  51:19,22,24 52:16
  181:11,21
staff 57:2 94:1
  138:16,20 140:1
  196:18,25 197:13
  197:22 198:12
stairs 74:11,15
stand 111:21
standing 70:10,11
  100:10,17 101:5
  116:10 133:5,18
  133:23,25 134:3
  134:18,20,22
  137:7 138:18,20
  139:3,5,21 143:23
  144:4
start 78:15 81:5
  88:15 162:22,25
started 21:12 25:21
  27:9 30:6,8 50:9
  50:14 53:5 64:6
  78:20 85:24 86:17
  156:16 157:5,13
  157:25 158:16
  160:5 164:5,9,13
state 3:5 11:6
  167:25 169:3
  194:3 198:14
  210:3 211:5
statement 196:25
  197:2,11
statements 92:25
  203:10
States 1:1 8:12
  62:19
station 116:6,18
  117:7 152:4
  187:13,19 191:10

192:1
stay 27:15 30:14
  54:8 90:20 91:3
stayed 65:9 91:6
  98:6
step 184:21,23
Stewart 3:17 7:9
  9:7,7 10:6,15,20
  11:2 14:14 15:2,6
  15:25 16:6,21
  17:2,14 18:5,14
  18:21 19:5,9,16
  22:13,21 24:19
  25:25 26:4,9,23
  27:14 29:25 31:5
  32:7 37:23 39:24
  40:12,24 41:2,15
  41:17,21 42:1,10
  42:23 43:5 44:14
  44:21 45:14 47:16
  48:6,11 51:5
  54:13 55:2,22
  59:7,12 60:16,22
  62:21 64:8,19,25
  66:6,12 69:16
  71:4,11,23 72:5
  72:16 73:4,25
  74:25 76:17 77:10
  77:16 78:2 80:10
  83:17 86:1,6,13
  86:19 88:10 93:2
  94:9,25 95:2,6
  101:23 102:4
  103:1,12,23 104:4
  104:18,23 105:9
  106:8 108:15
  110:5 112:7,12,15
  112:25 113:5,10
  113:14,22 117:17
  117:22 119:6,11
  119:16,20 120:15
  121:9,13 123:8
  124:13 125:4,14
  126:6,24 129:13
  131:8,16,24 134:6
  135:24 137:1
  138:7,11,24 139:8

140:7,21 141:25
  144:24 145:3
  148:8,20 151:11
  151:24 153:8,12
  153:17 154:17,22
  155:2,16 156:1
  157:7 158:11
  160:12,18 161:7
  161:13 162:6,12
  162:20 163:4,10
  163:16,22 165:14
  166:6,15,23 168:9
  168:17,23,25
  169:6,13 170:2,6
  170:10,21 171:6
  171:17 172:8,12
  172:17 173:1,12
  173:23 174:8,14
  174:23 175:5,13
  176:10,17,20,24
  177:4,8,11,19
  178:5,9,13,24
  180:12,20,25
  181:4,8 182:2,8
  182:14,24 183:10
  183:19 184:1
  185:7,13 186:5,24
  187:7,23 188:17
  188:21 189:12,22
  190:5,18,22 191:4
  191:12,16 192:3
  192:12 193:6
  194:9,23 195:1,4
  195:6,8,10,14
  196:1,4 197:3,16
  197:25 198:5
  200:5,23 201:19
  202:2 206:5 207:2
  207:4,15,18,21,24
  208:24 209:5,7
stipulation 10:25
stomach 106:19
  107:9,11
stomachaches
  106:22
stop 176:24
stopped 27:5 72:8

72:19 97:12
stops 13:4
street 3:5,19 4:6,14
  5:7,15 20:12,13
  24:11 52:2,10,17
  52:19,24 53:5,8
  53:19,23 54:5,12
  54:20 55:6,12,19
  55:21 56:2,5,8,10
  56:15,19,23 57:6
  57:10,17,20,25
  58:7,12 190:15,23
  193:8,9
streets 29:10 30:18
  157:11 158:7
  191:9,25
strike 10:1 28:8
  84:14 91:8 94:1
  103:23 136:12
student 19:23
  54:11 56:2,14
  59:2 60:6 61:8,12
  61:21 62:7,20
  63:14,23 78:5,12
  86:10 89:15,18
  92:17,20 99:6
  101:18,21 102:1
  102:14,16 103:5
  110:8 111:2,7
  124:8 131:1 134:1
  135:7 139:13,18
  144:15 151:22
  163:25 194:17
students 40:17,23
  41:14 42:8 57:4
  60:12 61:18 62:13
  62:16 76:12 82:5
  82:10 87:24 91:1
  110:4 121:23
  122:1,4,7,10
  124:11 126:17
  128:5,22 129:1,11
  134:4 136:5
  137:17 140:3
  148:15 155:21
  156:19 157:15
  158:9 159:15,19

160:1,10,16,24
  161:5,11 162:4,11
  163:14,19 164:3
  173:7 199:19,21
  200:8,11,14,18,22
  201:2,12,15,18,22
  202:1,6,19 203:2
  205:22 207:6
students' 155:14
study 54:8 90:20
studying 150:14
  205:9
subject 1:23 88:22
  89:4,7
subjects 89:11
Subscribed 213:15
substance 213:5
suffered 104:7,12
  106:17
suffering 105:8
sufficient 17:19
suggest 159:25
  162:10
suit 40:10
suitcase 117:13
Suite 6:7
summer 64:23
support 28:15 34:2
supposed 81:3
  146:15
supposedly 189:10
sure 13:24 38:10
  43:6 60:23 81:14
  83:21 123:11
  125:10 126:1
  146:12,14,17
  147:12 209:4
SUVs 173:17
swear 9:12
switch 52:16
swore 115:11
sworn 9:16,21 96:4
  115:8 210:7
  213:15
Sylvester 150:13
  151:2,4,10 205:5
  205:9,23

Confidential - Subject to Further Confidentiality Review

**symptoms** 105:7
**Systems** 2:12
  210:23

**T**

**T** 7:13 210:1,1
  212:1
**T-shirts** 85:15,16
  87:3
**table** 171:16,19
  172:5,19,20
**take** 37:21 54:14
  60:22 90:3,9
  101:3 106:19,24
  106:25 107:4,5
  112:9 114:24
  115:1,5 123:13
  130:3 142:12
  145:1 194:24
  195:1 196:1 199:8
  199:8
**taken** 38:1 48:24
  61:1 67:20,24
  76:16 95:9 106:3
  112:18 118:24
  119:2 124:7,12
  145:7 165:1 196:7
  198:20 206:11
**talk** 39:14,22 41:3
  42:14 56:1 76:12
  103:24 104:16
  105:11 107:20
  108:10,11,11
  111:22 122:3,8,9
  134:4 163:14
  205:1,2 206:6
  207:5 208:8
**talked** 103:25
  109:23 192:11
**talking** 86:5 137:13
  140:20 168:21
**talks** 206:25 207:12
**Tan** 150:13 151:2,4
  151:10
**taught** 58:15 76:3
  88:23 89:5,8,11
  161:1,1,6

**taxi** 34:24 35:24
  99:3
**teach** 55:8,9 89:3
  89:12,13,14
**teacher** 66:25 67:3
  126:13 145:12,15
  145:18
**teachers** 51:22 55:5
  55:11 88:18 89:3
  94:15,23 96:14
  97:19 139:25
  144:22 197:17
**teaching** 75:22
**teams** 200:21
  201:17 202:9
**Technologies** 8:5
**tell** 11:11 41:3,5
  43:9,16 51:3
  66:12 67:18 70:20
  76:15,21,24 92:21
  107:20 108:10
  110:21,22 115:8
  115:12 128:4,22
  129:7 138:19
  150:25 155:13,20
  159:14,18,22
  162:3 171:10
  175:3,11 178:18
  178:22 180:23
  192:17 193:2,2,4
  193:5 194:13
  198:3 207:7
**telling** 11:14 42:1
  120:22 172:15
  177:18 178:7,17
**ten** 112:12 145:2
**tennis** 85:15
**terms** 57:19,24
**testified** 9:22 70:2
  81:8 83:18 136:2
  139:12 140:10
  155:9 165:19
  181:11 182:12
  202:23 203:7
**testify** 69:3 210:7
**testifying** 11:18
**testimony** 37:5

60:14 77:13,20,21
  81:15 186:19
  210:10
**text** 121:16
**thank** 11:2 19:16
  37:23 41:20 42:4
  113:21,22,23
  155:25 156:1,2
  164:22 208:23
  209:7
**therapist** 104:15
**thing** 54:11 115:3
  118:3 125:15
  147:14 158:5
  169:1 177:12,15
  179:21 208:9
**things** 85:15
  103:24 105:14
  108:8 146:14
  161:20
**think** 10:2,13,18,24
  17:19 19:3,4,6,9
  19:12 41:18,18,22
  41:23,24 42:2
  56:17 77:19 86:10
  86:22 93:25 94:17
  96:17 105:14,18
  106:9,12,12,15
  107:11,18,19,23
  109:13 112:12,22
  113:1,3,6,8,15,19
  117:5 118:25
  126:22,23 127:7
  127:25 128:1,20
  131:5,9 135:8,11
  144:24 165:17
  174:19 175:17
  178:5 179:24
  183:8 190:1
  195:13 202:22
  203:7
**thinking** 127:1
**thinner** 112:6
**third** 46:12 51:19
  51:24 58:19 63:19
  88:17 97:15
  131:19,25 137:25

154:10 181:12,14
  181:20 182:3,7,9
  182:18
**thirty** 211:13
**thought** 96:12
  142:10 195:14
**thoughts** 112:11
**three** 1:13 6:7
  23:25 58:4 105:21
  105:22 106:13
  185:22 189:9
**throw** 67:23 70:14
  71:20 72:2 92:4
**throwing** 41:18
**thrown** 128:10
**time** 8:6 10:1,2,8
  19:23 24:14 28:4
  29:9,22 30:14,17
  34:19 35:10 36:20
  36:24 37:2,9,19
  37:25 38:3,20
  40:21 41:12 42:7
  42:14,19 43:10
  44:5,8,9,18 45:4,7
  45:13,21 46:7,12
  46:18 47:6,11
  48:23 49:1 50:11
  54:1 57:1,16,19
  60:8,25 61:3,7,11
  64:11,18 65:5,10
  65:14,25 66:23
  71:10,15 72:14
  73:19,23,24 74:23
  75:19 77:8,25
  79:2,14 80:6
  81:12,19 82:12,12
  83:25 84:3,9,13
  84:16,19 85:10
  87:2,15,17,22
  89:18 90:23 95:8
  96:9 98:3,10
  99:20 101:13
  105:13 106:9,15
  106:23 108:9
  109:5,19 110:19
  111:5,6 112:17,20
  113:25 114:3,25

122:6 125:12
  126:20 127:22
  129:16 130:13,15
  130:20 131:19,25
  132:6 133:22
  134:5 135:21
  136:15,21 138:14
  140:16,16,18
  141:10 144:10,14
  145:6,9 149:22
  150:9 151:15,19
  154:6 156:4,7
  163:7 164:13,18
  164:25 165:3,20
  165:21 182:20
  188:9 193:12
  194:1 196:4,6,10
  198:19,22 199:8
  199:16 202:19
  206:10,13 209:11
**times** 35:12,13,17
  36:16,18 84:12,15
  98:1 105:21,22
  106:1,5,13 109:3
  109:12 111:15,16
  128:3 132:24
  134:12 135:18
  136:10 140:14
  154:2 200:3
**Timothy** 4:4 8:20
  165:6
**tired** 35:7,10
**today** 11:13 17:24
  20:8 44:24 77:14
  77:21 109:22
  114:14 115:12
  118:20 119:10
  124:6 136:2 188:5
  188:7,10,11 199:1
**today's** 8:5 11:11
  11:15,19 17:9,13
  18:4,9,13 19:19
**told** 27:15 39:20
  43:11,18,19 66:16
  67:7,22 68:5,14
  68:21 70:3,13
  71:19 77:3 80:25

92:4 99:10 110:15
110:18 113:3
139:22 147:17,18
148:2,5,14 165:11
177:5,9,21 178:17
178:19 179:9
193:14,21 203:13
203:24 206:15,18
**total** 35:13 37:6
154:2
**touch** 71:3,8,14
**Toussaint** 113:18
196:19
**town** 129:21,25
130:23 192:5
**tpo@murphykin...**
4:9
**transcript** 211:14
211:15
**transcription** 213:4
**transitioned** 58:12
78:12
**translate** 9:16
18:12 96:4 184:25
**translated** 9:18
18:19 83:2,11
96:6 203:9 204:1
204:7,14
**translating** 82:2,19
82:25 84:8 85:9
148:10,22 149:18
203:20
**Translator** 9:15
96:3
**transport** 99:12
100:19 141:19
**transportation**
98:12,21,24 99:5
101:8 130:4,8,11
130:18 141:8
142:12,14
**travel** 47:19,24
89:22
**trial** 7:19 10:1,2
175:22
**tried** 109:20
**tripping** 41:23

**true** 195:3 210:10
**Trumbull** 5:7,15
**truth** 11:11,14
115:8,12 166:5,5
210:7
**truthful** 14:13
16:20 17:6
**try** 40:14 41:25
48:13 66:8 80:15
171:10
**trying** 43:6 55:1
147:4
**tuition** 154:15,20
154:25
**TV** 53:20
**twice** 33:12,13
**two** 1:13 21:19
34:17 68:11,18
82:9 84:12,15
94:14,23 105:21
105:22 106:13
169:22 205:5

_____

**U**

**U.S.A** 1:11,12 5:4
**unclear** 171:1
**understand** 11:10
11:23 14:10
114:18 115:9,11
126:8 127:14
137:9 147:4 157:3
174:13 199:4
206:21
**understanding**
125:7 145:21
**understood** 10:7
114:22
**unemployed**
153:15
**unemployment**
153:11
**uniform** 54:15
**United** 1:1 8:12
62:19

**university** 1:8 5:12
8:19 82:22,24
83:5,9 84:25 85:1
85:16 87:20
109:24 110:4,10
110:13,16 111:3,7
136:6,18,21
139:20 140:6,20
183:7,14 204:6
**unnamed** 192:16
192:20 193:1,1
**untruthful** 16:25
**use** 35:5 167:17,18
185:11,19
**uses** 185:15 191:11
192:2

_____

**V**

**v** 1:6
**vague** 10:9
**vaguely** 142:23
**Vance** 165:12,14
165:16
**Vance's** 191:10
**veins** 143:14,15
**version** 13:5,5,11
13:14
**versus** 8:10
**victims** 48:18 49:14
49:19
**video** 8:8
**videographer** 6:13
8:3,5 9:11 37:24
38:2 48:22,25
60:24 61:2 95:7
96:8 112:16,19
113:24 114:2
145:5,8 156:3,6
164:24 165:2
196:5,9 198:18,21
206:9,12 209:9
**videos** 18:3,16 19:7
**VIDEOTAPED**
1:23 2:1
**Village** 62:8 78:12
78:16,20,25 79:3
79:15,25 80:22

81:1,4,4,5,9,16,18
81:21 84:11 85:12
85:24 86:11,17,24
88:9,16,19 89:16
89:19,23 90:1,3
90:16,24 91:2,4,6
91:13,19 92:1,18
92:21 96:13 97:4
99:7 102:2,17
110:17 122:14
127:15,17,20
128:5,15,17
135:16 136:8,11
138:17 140:25
144:11,15,18
145:18 147:3
148:6,12,16 149:4
150:10 151:16,19
155:1 156:13
159:19 160:6,7,9
160:11,15,16,19
160:23,24 161:4,5
161:10,11,17,25
162:3,5,9,11,15
162:24 163:1,8
164:1,3,14 182:11
183:24 202:5,10
202:20 203:2,4
205:19
**Vincent** 49:23,25
50:5,9,14,19,22
51:14,19,22,24
52:16 181:11,21
**visa** 7:18 118:13
186:16 188:16,24
189:6 208:25
**visit** 60:6,9 61:11
62:1 125:9 146:6
146:7,19
**visited** 62:3
**visiting** 146:5
147:11
**visitors** 59:20
62:18 63:2 88:7
88:11

_____

**W**

**W** 4:12 5:13
**Wadson** 123:22
**wages** 33:4
**Wait** 168:20
188:21 190:16
195:4,4
**walk** 53:13,16
68:17 74:3
**walked** 67:5 70:2
100:7
**walking** 51:9 68:11
68:23 74:14 91:21
95:1 142:9 205:14
205:15
**wall** 162:15,18
163:2,9,14
**WALSH** 6:6
**WANAT** 4:13
**wandering** 190:20
**want** 39:5 41:9
42:13 90:21 93:10
105:11,12,13
107:20,20 108:11
112:10 157:21
167:7,18 177:11
195:21 196:24
197:4 200:25
206:8
**wanted** 67:16 68:5
90:20 157:24
158:20 159:5,9
161:16 192:4,10
192:14
**wash** 33:11 160:17
**washed** 33:9
**washing** 33:18,22
35:24
**wasn't** 127:1
137:22 170:23
171:12 186:23
**watch** 18:3 53:20
**watched** 18:17 19:7
**watching** 147:22
**water** 34:24 35:24
**way** 10:21 29:16
74:5 146:20,21,23
146:25 147:5,19

147:19 167:19
**we'll** 10:21 37:22
177:16 179:22
**We're** 43:5 195:6,8
**we've** 37:20 144:25
177:2
**wearing** 134:25
**Wednesday** 1:24
**week** 56:20 59:11
127:21,24 128:1,3
187:14,16,22
188:1,4 189:3
**welder** 183:24
**went** 15:24 24:8,16
24:24 25:1,4,23
29:14 30:16 37:16
37:16,17 38:22,23
39:2,2,7,9,15 40:2
40:19,21 41:13
42:7,16,20 43:10
44:9,25 45:9
49:24 50:5 51:2
52:1,5,9 54:6 58:8
58:10 61:5 66:15
67:18 69:9,14
73:23 76:24 78:15
78:23,24,24 79:25
80:11 81:4 88:16
92:4 93:22 97:24
98:11,20 99:11,20
109:19 116:5,17
117:11 124:16,16
127:4,15 128:5,23
129:1,21 130:23
130:25 132:9
134:19,19 140:16
141:4,7,19,22
142:24 146:3
152:23 155:10
156:17 158:1
160:2,10,19
161:18 165:12,20
174:1 179:16
181:10,15,17
182:5,11 187:12
187:13,19,20
191:2 192:5,5

**weren't** 166:5
182:22 200:7,17
**whereof** 210:17
**white** 39:8 42:15,25
43:12,14 57:10,20
57:25 58:2 59:16
151:14,17
**window** 70:1
**windows** 69:25
**Wisky** 191:14
**witness** 9:13
198:17 210:17
211:1
**woman** 156:13
**woman's** 117:16
**women** 66:16 68:14
69:10,11 70:3
**wonder** 184:5
**wondering** 64:15
**wooden** 34:13
**word** 175:2 206:22
**words** 166:22
169:22 179:9,10
**work** 26:3,7 28:9
33:5,7,25 34:16
34:22 36:1 108:16
108:17,19,20,22
108:25 109:1,3,7
109:9,16,20
120:22 131:3
196:19
**worked** 34:11,19
116:25 117:20
**working** 32:14
153:22 185:6
**worth** 42:2
**wouldn't** 13:3,7
14:2 52:20 93:21
**write** 12:6 14:6
126:4 138:2,4
161:2,3 166:14
**writing** 154:5
**written** 12:22 13:1
13:24 14:4,12
**wrong** 186:10

**X**

**X** 7:13
**Xia** 3:3 9:5,5

**Y**

**yard** 90:20 91:21
100:10 101:3,5,6
**Yeah** 46:4 50:10
54:6,22 63:8 69:5
69:10 85:13 94:19
198:6 200:24
204:3
**year** 40:4 56:17
63:12,18,19,20,22
63:24,25 64:2,3
64:11,11,12,13,14
64:16,17,18 65:5
65:12,15,18 77:15
77:16,23 78:9,19
80:22 81:6 86:12
121:12 127:9
128:19 135:12
180:14,17
**years** 23:11,21,25
50:8 52:14 78:1
180:5,17 182:17
183:8 193:17
**York** 3:13,13
**young** 25:18 26:8
26:18 191:8,24
**younger** 27:3

**Z**

**0**

**02108** 4:7 6:8
**02109** 3:6
**06103** 5:8,16
**06405** 4:15

**1**

**1** 7:15 11:9 12:9,10
130:9 167:4
180:21
**10** 100:19 101:9
142:11 143:1,3,24
144:5
**10/31/2017** 210:24

**10:15** 38:3
**10:40** 48:23
**10:45** 49:1
**100** 3:5 36:10,11,21
36:22 45:20 46:9
46:10,15,16,20,21
130:14 131:20
**10016** 3:13
**108** 179:4
**11** 7:4
**11:14** 60:25
**11:28** 61:3
**112** 3:12
**114** 7:5
**115** 7:17
**118** 7:18
**12** 7:16 50:8 167:5
167:24 172:23,23
**12:49** 95:8
**13** 78:23 124:17
125:8,13,19,23
126:2,5,15,19
128:25 129:1
132:20,22 133:4,7
133:10,16,23
134:2 145:12
154:16 156:16
157:13,21 158:13
158:19 159:1,2,5
164:5 165:24
179:4 181:15,24
199:18,22 200:8
200:15 201:14,18
201:23 202:1
207:6
**13th** 52:2,10,17,19
52:24 53:5,8,18
53:23 54:4,12,20
55:6,12,19,21
56:2,5,8,10,15,19
56:23 57:6,10,17
57:20,25 58:7,12
168:14,15 191:3
**14** 52:14
**15** 194:2,5,8
**156** 7:6
**16** 180:5,17

**165** 7:7
**17** 78:1 182:13
**175** 7:19
**18** 182:13 183:8,17
**198** 7:8
**1989** 11:9 50:2
180:21
**1st** 210:18

**2**

**2** 7:17 115:17,18
118:22 186:15
**2:03** 96:9
**2:38** 112:17
**2:52** 112:20
**2:55** 113:25
**2:56** 114:3
**20** 16:10,13,17
33:19,20 169:12
213:16
**2001** 50:5 181:21
**2003** 50:6 52:10
181:21,24
**2004** 181:24,25
**2005** 127:12 180:4
180:11 181:25
**2005-'6** 182:6
**2006** 63:13,22 64:1
64:2,13,14,17
77:14,22 78:19
127:9,13 180:13
180:14,17,24
**2006-'7** 182:6
**2007** 78:16,20 81:6
85:24 86:18,23
182:12
**2009** 194:2,5,8
**2010** 40:7
**2013** 165:25 168:5
168:8,16 169:5
179:15,21 190:25
191:3 193:12
**2014** 16:10,13
169:12
**2015** 1:24 8:6 16:12
189:1 209:10
210:5,19

Confidential - Subject to Further Confidentiality Review

**203-315-7000** 4:16
**207** 7:9
**208** 7:10
**21** 189:1
**212-784-6400** 3:14
**21st** 4:6
**23** 194:16
**24** 193:22,24
**242** 5:15
**26** 196:16
**28** 1:24 8:6 209:10
**280** 5:7
**28th** 210:5

___

**3**

**3** 7:18 118:10,12
  186:16,16
**3:13-cv-01132-R...**
  8:14
**3:13-cv-01132(R...**
  1:2
**3:13-cv-1225-RNC**
  1:4
**3:13-cv-1269-RNC**
  1:4
**3:13-cv-1437-RNC**
  1:5
**3:13-cv-1480-RNC**
  1:5
**3:13-cv-1626-RNC**
  1:6
**3:13-cv-1627-RNC**
  1:6
**3:13-cv-1628-RNC**
  1:7
**3:13-cv-1629-RNC**
  1:7
**3:13-cv-1630-RNC**
  1:8
**3:13-cv-1631-RNC**
  1:8
**3:13-cv-1632-RNC**
  1:9
**3:13-cv-1633-RNC**
  1:9
**3:13-cv-1634-RNC**
  1:10

**3:13-cv-1635-RNC**
  1:10
**3:13-cv-1636-RNC**
  1:11
**3:13-cv-1637-RNC**
  1:11
**3:13-cv-1638-RNC**
  1:12
**3:13-cv-1639-RNC**
  1:12
**3:13-cv-1640-RNC**
  1:13
**3:13-cv-1641-RNC**
  1:13
**3:13-cv-1642-RNC**
  1:14
**3:13-cv-1644-RNC**
  1:14
**3:13-cv-1645-RNC**
  1:15
**3:13-cv-1647-RNC**
  1:15
**3:13-cv-1648-RNC**
  1:16
**3:13-cv-1701-RNC**
  1:16
**3:13-cv-1767-RNC**
  1:17
**3:13-cv-1768-RNC**
  1:17
**3:13-cv-1769-RNC**
  1:18
**3:13-cv-1881-RNC**
  1:18
**3:13-cv-1904-RNC**
  1:19
**3:13-cv-1906-RNC**
  1:19
**3:13-cv-1907-RNC**
  1:20
**3:58** 145:6
**30** 211:13
**300** 51:15,16
**36.02** 42:24

___

**4**

**4** 2:5 7:19 175:20

175:21 176:3
  179:13 184:17
  185:2
**4:13** 145:9
**4:36** 156:7
**4:45** 156:4
**4:52** 164:25
**44167189** 120:9
**471** 4:14
**473** 2:11 210:2,22

___

**5**

**5:01** 165:3
**5:59** 196:6

___

**6**

**6** 53:11 90:25
  202:24
**6:00** 90:2
**6:11** 196:10
**6:16** 198:19
**6:24** 198:22
**6:38** 206:10
**6:41** 206:13
**6:46** 209:11
**60** 10:3
**617-423-0400** 4:8
**617-523-6010** 6:9
**617-523-6250** 3:7
**62002** 3:20

___

**7**

**7** 53:12 90:25
  179:14
**7:00** 53:10 90:3,7
  202:24

___

**8**

**830** 6:7
**860-275-0100** 5:17
**860-275-8200** 5:9

___

**9**

**9:01** 1:25 8:7
**9:59** 37:25
**93** 179:25
**94** 179:25

**99** 180:2

# Exhibit N

Confidential - Subject to Further Confidentiality Review

                    UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
        ****************************
GERVIL ST. LOUIS, a/k/a ST.         Consolidated with:
LOUIS GERVIL,                       3:13-cv-1225-RNC
                                    3:13-cv-1269-RNC
                    Plaintiff,      3:13-cv-1437-RNC
                                    3:13-cv-1480-RNC
        v.                          3:13-cv-1626-RNC
                                    3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER             3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE         3:13-cv-1629-RNC
E. CARTER; HAITI FUND,              3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;         3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW         3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY         3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.            3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES         3:13-cv-1635-RNC
AND OF MALTA, AMERICAN              3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a          3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN            3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN           3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN         3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;           3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX         3:13-cv-1642-RNC
and JOHN DOE SEVEN,                 3:13-cv-1644-RNC
                                    3:13-cv-1645-RNC
                    Defendants.     3:13-cv-1647-RNC
                                    3:13-cv-1648-RNC
                                    3:13-cv-1701-RNC
                                    3:13-cv-1767-RNC
                                    3:13-cv-1768-RNC
                                    3:13-cv-1769-RNC
                                    3:13-cv-1881-RNC
                                    3:13-cv-1904-RNC
                                    3:13-cv-1906-RNC
                                    3:13-cv-1907-RNC
        ****************************
This document applies to:
All of the above referenced cases
And those to be filed
        ****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
            VIDEOTAPED DEPOSITION OF
            JHEEMPSON BRISMAC JOSEPH
            Tuesday, September 29, 2015

Confidential - Subject to Further Confidentiality Review

Page 2

```
1
2        VIDEOTAPED DEPOSITION OF
3        JHEEMPSON BRISMAC JOSEPH
4
5
6
7
8    Held At:
9       Barcelo Puerto Plata
10      Carretera Luperón, km 5, Puerto Plata 547
11      Dominican Republic
12
13
14   REPORTED BY:
15   Maureen O'Connor Pollard, RMR, CLR, LSR #473
16   Realtime Systems Administrator
17
18
19
20
21
22
23
24
25
```

Page 4

```
1    APPEARANCES (Continued):
2
3    FOR THE DEFENDANT PAUL E. CARRIER, S.J.:
4       TIMOTHY P. O'NEILL, ESQ.
5       MURPHY & KING
6       One Beacon Street, Twenty First Floor
7       Boston, Massachusetts 02108
8       617-423-0400
9       tpo@murphyking.com
10
11   FOR THE DEFENDANT HOPE E. CARTER:
12      JEFFREY W. KENNEDY, ESQ.
13      MILANO & WANAT LLC
14      471 East Main Street
15      Branford, Connecticut 06405
16      203-315-7000
17      jkennedy@mwllc.us
18
19
20
21
22
23
24
25
```

Page 3

```
1    APPEARANCES:
2    FOR THE PLAINTIFF:
3       MITCHELL GARABEDIAN, ESQ.
4       LU XIA, ESQ.
5          LAW OFFICES OF MITCHELL GARABEDIAN
6          100 State Street, Sixth Floor
7          Boston, Massachusetts 02109
8          617-523-6250
9          garabedianlaw@earthlink.com
10         lxia@garabedianlaw.com
11         -and-
12      ELLYN H. HURD, ESQ.
13         SIMMONS HANLY CONROY
14         112 Madison Avenue
15         New York, New York 10016
16         212-784-6400
17         ehurd@simmonsfirm.com
18         -and-
19      JO ANNA POLLOCK, ESQ.
20         SIMMONS HANLY CONROY
21         One Court Street
22         Alton, Illinois 62002
23         jpollock@simmonsfirm.com
24
25
```

Page 5

```
1    APPEARANCES (Continued):
2
3    FOR THE DEFENDANT ORDER OF MALTA AMERICAN
4    ASSOCIATION, U.S.A.:
5       BRADFORD S. BABBITT, ESQ.
6       ROBINSON & COLE LLP
7       280 Trumbull Street
8       Hartford, Connecticut 06103
9       860-275-8200
10      bbabbitt@rc.com
11
12   FOR THE DEFENDANT FAIRFIELD UNIVERSITY:
13      JOHN W. CERRETA, ESQ.
14      DAY PITNEY LLP
15      242 Trumbull Street
16      Hartford, Connecticut 06103
17      860-275-0100
18      jcerreta@daypitney.com
19
20
21
22
23
24
25
```

2 (Pages 2 to 5)

Confidential - Subject to Further Confidentiality Review

Page 6

```
1    APPEARANCES (Continued):
2
3    FOR THE DEFENDANT THE SOCIETY OF JESUS OF
4    NEW ENGLAND:
5       MICHAEL KERRIGAN, ESQ.
6          SLOANE AND WALSH, LLP
7          Three Center Plaza, Suite 830
8          Boston, Massachusetts 02108
9          617-523-6010
10         mkerrigan@sloanewalsh.com
11
12
13   Videographer:  Christopher Coughlin
14
15   Interpreter:  Nathalie Coupet
16
17   Also Present:
18   Jean Elyseé Pierre Louis, Interpreter
19
20
21
22
23
24
25
```

Page 7

```
1              INDEX
2    EXAMINATION                       PAGE
3    JHEEMPSON BRISMAC JOSEPH
4      BY MR. CERRETA                  189
5      BY MR. KENNEDY                  193
6      BY MR. BABBITT                  206
7
8
9          E X H I B I T S
10   NO.     DESCRIPTION              PAGE
11    1   Complaint and Jury Trial Demand...... 19
12    2   Plaintiff Jheempson Brismac
          Joseph's Response to Certain
13        Defendants' First Set of
          Interrogatories..................... 21
14
      3   Mr. Joseph's National
15        Identification Card................. 32
16    4   Mr. Joseph's Passport............... 33
17
18
19
20
21
22
23
24
25
```

Page 8

```
1        P R O C E E D I N G S
2
3        THE VIDEOGRAPHER:  We are now on the
4    record.  My name is Chris Coughlin, I'm a
5    videographer for Golkow Technologies.  Today's
6    date is September 29, 2015, and the time is
7    9:06 a.m..
8        This deposition is being held in
9    Puerto Plata, Dominican Republic, in the matter
10   of Gervil St. Louis versus Douglas Perlitz, et
11   al, United States District Court, the District
12   of Connecticut, Civil Action Number
13   3:13-cv-01132-RNC.
14       The deponent is Jheempson Brismac
15   Joseph.
16       Will counsel please identify
17   yourselves for the record.
18       MR. KERRIGAN:  Good morning, Counsel.
19   Good morning, Mr. Joseph.  My name is Michael
20   Kerrigan, I represent the Society of Jesus of
21   New England.
22       MR. CERRETA:  Good morning.  John
23   Cerreta representing Fairfield University.
24       MR. O'NEILL:  Timothy O'Neill
25   representing the Reverend Paul Carrier.
```

Page 9

```
1        MR. KENNEDY:  Good morning.  Jeff
2    Kennedy representing Hope Carter.
3        MR. BABBITT:  I'm Bradford Babbitt
4    representing the American Association of the
5    Order of Malta.
6        MR. GARABEDIAN:  Good morning.
7    Mitchell Garabedian representing the Plaintiffs
8    in the Gervil St. Louis matter, including the
9    deponent today, Jheempson Brismac Joseph.
10       MS. POLLOCK:  Good morning.  My name
11   is Jo Anna Pawlik from Simmons Hanly Conroy, and
12   I represent the Plaintiffs.
13       MS. XIA:  Good morning.  Lu Xia
14   representing Plaintiffs.
15       THE VIDEOGRAPHER:  The court reporter
16   is Maureen Pollard, and she will now swear in
17   the witness and the interpreter.
18
19       NATHALIE COUPET,
20   having been duly sworn to translate the
21   testimony to the best of her ability, translated
22   as follows:
23       JHEEMPSON BRISMAC JOSEPH,
24   having been first duly sworn, was examined and
25   testified as follows through the interpreter:
```

3 (Pages 6 to 9)

Confidential - Subject to Further Confidentiality Review

Page 10

1    MR. KERRIGAN: Before we begin, I just
2  ask counsel, I'd like to have Elysée just
3  identify himself for the record and his role
4  here, if that's alright.
5    MR. PIERRE LOUIS: My name is John
6  Elysée Pierre Louis, and I'm the interpreter for
7  the lawyers, Mitch and Jo Anna Pollock.
8    MR. KERRIGAN: Thank you very much.
9  Jo Anna, a few administrative matters.
10   We'll agree to the usual stipulations;
11  by that I mean we'll reserve all objections
12  except as to the form of the question, and
13  reserve all motions to strike until the time of
14  trial. Is that fair?
15    MS. POLLOCK: Sure.
16    MR. KERRIGAN: Would Mr. Joseph like
17  to read and sign the transcript?
18    MS. POLLOCK: Yes. We request the
19  60 days.
20    MR. KERRIGAN: Okay. That's fine.
21  And we'll waive the notary.
22    MS. POLLOCK: Yes.
23    MR. KERRIGAN: We agree for purposes
24  of objections, if any are to be made, that an
25  objection for one is an objection for all.

Page 11

1    MS. POLLOCK: Sure.
2    MR. KERRIGAN: Do counsel have
3  anything else to add or anything in the way of
4  administrative? Good.
5    Anything else, Jo Anna?
6    MS. POLLOCK: No, thank you.
7    DIRECT EXAMINATION
8  BY MR. KERRIGAN:
9    Q. Mr. Joseph, would you please state
10  your name, full name, for the record?
11    A. Joseph Brismac Jheempson. Brismac,
12  B-R-I-S-M-A-K. Brismac is correct. And
13  Jheempson is J-H-E-E-M-P-S-O-N.
14    Q. Is it okay if I call you Mr. Joseph
15  for today?
16    A. Yes.
17    Q. Mr. Joseph, my name is Michael
18  Kerrigan, I represent the Society of Jesus of
19  New England. We're here today to take a
20  statement from you called a deposition. Do you
21  understand that's why you're here today?
22    A. Yes.
23    Q. It's because you brought a case or a
24  lawsuit against certain people, is that correct?
25    A. Yes.

Page 12

1    Q. Throughout the day we're going to be
2  asking you questions, and we need you to answer
3  verbally; that is, with words.
4    Do you understand that?
5    A. Okay.
6    Q. You have to keep your voice nice and
7  loud so that that man down there can hear you,
8  okay? Do you understand that?
9    A. Yes.
10    Q. And I'll remind you. If we need to
11  have you keep your voice up, I'll try to remind
12  you, okay? Do you understand?
13    A. Yes.
14    Q. Do you understand that you have been
15  sworn in by our court reporter?
16    A. Okay.
17    Q. Do you understand that you swore
18  before God to tell the truth today?
19    A. Yes.
20    Q. Do you believe in God?
21    A. Yes.
22    Q. Do you understand that you're required
23  to tell the truth just like you would if you
24  were in front of a judge?
25    A. Yes.

Page 13

1    Q. Your attorney is next to you. If you
2  need to speak to your attorney at any time, you
3  may, but if I ask you a question, please answer
4  the question before speaking to your attorney.
5  Do you understand?
6    A. Yes.
7    Q. If you need to take a break, you will
8  let me know, okay? You have to say yes or no.
9    A. Yes.
10    Q. If you don't understand any of my
11  questions, you will tell me, correct?
12    A. Okay.
13    Q. It's important that you understand the
14  questions.
15    A. Yes.
16    Q. Okay. Now, Mr. Joseph, are you taking
17  any kind of medication that would prevent you
18  from testifying accurately today?
19    A. No.
20    Q. Are you taking any drugs that would
21  prevent you from testifying accurately today?
22    A. I used to do that. I don't do that
23  anymore.
24    Q. When did you used to do drugs?
25    A. When I was in the streets.

4 (Pages 10 to 13)

Confidential - Subject to Further Confidentiality Review

Page 14

1    Q.  When was that?
2    A.  When I was sleeping in the streets.
3  And then when I went in the Village, I stopped
4  doing that.  I haven't -- doing that anymore.
5    Q.  How old were you when you last did
6  drugs?
7    A.  I don't remember.  I don't remember
8  this.
9    Q.  Was it when you were a small child, or
10  a teenager?
11    A.  I don't remember.
12    Q.  What kind of drugs did you do?
13    A.  Thinners.
14    Q.  Paint thinners?
15    A.  Paint thinners.
16    Q.  How often would you sniff paint
17  thinner?
18    A.  I don't remember.
19    Q.  You stopped using paint thinner before
20  you went to the Village, is that correct?
21    A.  Yes.
22    Q.  Have you taken any other drugs besides
23  paint thinner?
24    A.  No, no.
25    Q.  Mr. Joseph, have you used any other

Page 15

1  names other than Jheempson Brismac Joseph?
2    A.  No.
3    Q.  You have a nickname, do you not?
4    A.  In all the schools I've been to,
5  they've always called me Brisma.
6    Q.  Can you spell that, please?  Is it
7  B-R-I-S-M-A-C?
8    A.  My name is Brismac, but they call me
9  Brisma.  So B-R-I-S-M-A.
10    Q.  What about the name Briswoch,
11  B-R-I-S-W-O-C-H?
12    A.  No.
13    Q.  You've never been called Briswoch?
14    A.  I don't remember this.  I don't
15  remember.
16    Q.  Have you used any other names?
17    A.  No.
18    Q.  When were you born, Mr. Joseph?
19    A.  1990, November 3rd.
20    Q.  Mr. Joseph, have you ever brought a
21  case besides this case?
22    A.  No.
23    Q.  Have you ever been involved with any
24  other case other than this one?
25    A.  No.

Page 16

1    Q.  Did you read anything to prepare for
2  today's statement?
3    A.  No.
4    Q.  Did you speak with anyone to prepare
5  for today's statement?
6    A.  Yes.
7    Q.  With whom did you speak?  And I just
8  want names, please.
9    A.  With my lawyers only.
10    Q.  Do you know the names of the lawyers
11  with whom you spoke?
12    A.  One person I remember is Mitch.
13    Q.  Is Mitch in the room today?
14    A.  Yes.
15    Q.  Where is he?
16    A.  (Indicating).
17    Q.  Which one?
18    A.  (Indicating).
19    Q.  Okay.  Thank you.
20      Did you speak with any of your other
21  lawyers?
22    A.  No.
23    Q.  Did you speak with anyone besides your
24  lawyers?
25    A.  No.

Page 17

1    Q.  Did you speak with Cyrus Sibert to
2  prepare for today?
3    A.  No.
4    Q.  Did you watch any videos or anything
5  on TV to prepare for today?
6    A.  No.
7    Q.  Mr. Joseph, have you kept any kind of
8  writings, or any kind of diary or journals about
9  your time at PPT?
10    A.  No, I don't remember I did things like
11  that.
12    Q.  Mr. Joseph, do you have any documents
13  that relate to PPT?
14    A.  When I was in the Village you mean?
15    Q.  At any time when you were involved
16  with PPT, any project/program from PPT.
17    A.  I don't remember this.
18    Q.  Do you have any documents today that
19  relate to your time at PPT?
20    A.  Repeat, please?
21    Q.  Do you have any documents today that
22  relate to PPT?
23    A.  Yes.
24    Q.  What are those documents?
25    A.  Papers when I was signing.

5 (Pages 14 to 17)

Confidential - Subject to Further Confidentiality Review

Page 18

1    Q.  Which papers did you sign?
2    A.  Reports for this deposition.
3    Q.  Do you know the name of those reports?
4    A.  No, I don't remember this.
5    Q.  Okay.  Where do you live, Mr. Joseph?
6    A.  Blue Hills, Cap-Haïtien.
7    Q.  What is your address?
8    A.  I don't have any address.
9    Q.  Mr. Joseph, you speak Creole, is that
10   correct?
11   A.  Yes.
12   Q.  Do you speak English?
13   A.  No.
14   Q.  Do you understand English?
15   A.  No.
16   Q.  Do you speak any other language other
17   than Creole?
18   A.  Just Creole.
19   Q.  Can you write Creole?
20   A.  I can write some words, just some
21   words I can write, but I can't write everything.
22   Q.  What kind of words can you write in
23   Creole?
24   A.  Dad, mom, things like that.
25   Q.  You can write your name in Creole?

Page 19

1    A.  Yes.
2    Q.  Can you read Creole, Mr. Joseph?
3    A.  I'm not very good at that.
4    Q.  Did you take reading classes for
5    Creole?
6    A.  Yes.
7    Q.  How many years of classes did you
8    take?
9    A.  I don't remember this.
10   Q.  Mr. Joseph, I'm going to show you some
11   documents.  I'm just going to ask you to see if
12   you recognize it.
13   MR. KERRIGAN:  Jo Anna, that's
14   Exhibit 1 (handing).
15   MS. POLLOCK:  Thank you.
16   (Whereupon, Joseph Exhibit Number 1,
17   Complaint and Jury Trial Demand, was
18   marked for identification.)
19   MR. KERRIGAN:  Counsel, I've marked as
20   Exhibit 1 the Complaint and Jury Demand for
21   Mr. Joseph.  It's dated November 7, 2013.  I
22   have full copies for Plaintiffs' counsel and for
23   the witness, and the first page of the document
24   for everybody else (handing).
25   BY MR. KERRIGAN:

Page 20

1    Q.  Mr. Joseph, we've put in front of you
2    a document, and it's called Exhibit 1.  Do you
3    see that document in front of you?
4    A.  Yes.
5    Q.  Do you recognize that document?
6    A.  No, I don't remember.
7    Q.  I'm going to call this document a
8    Complaint.  Okay.  Do you understand when I say
9    Complaint, I mean this document, Exhibit 1?
10   A.  Okay.
11   Q.  The document is in English, I
12   understand, but it's the case you've never seen
13   this before today?
14   A.  No, I don't remember this.
15   Q.  Do you remember reviewing this
16   document at all?
17   A.  I don't remember at all.
18   Q.  Do you know whether or not your
19   lawyers gave this to the court for you?
20   A.  I don't remember.  I can't tell you
21   this.
22   Q.  Do you know anything that's in your
23   complaint?
24   A.  I don't know anything about it.  I
25   don't know.

Page 21

1    Q.  Thank you, Mr. Joseph.
2    Mr. Joseph, the next document I'm
3    going to give you has been marked as Exhibit 2.
4    (Whereupon, Joseph Exhibit Number 2,
5    Plaintiff Jheempson Brismac Joseph's
6    Response to Certain Defendants' First
7    Set of Interrogatories, was marked for
8    identification.)
9    MR. KERRIGAN:  For the record,
10   Exhibit 2 is entitled "Plaintiff Jheempson
11   Brismac Joseph's Response to Certain Defendants'
12   First Set of Interrogatories."  The document is
13   dated July 11, 2014, for the benefit of counsel.
14   BY MR. KERRIGAN:
15   Q.  Mr. Joseph, would you please look at
16   Exhibit 2?  Are you looking at the document?
17   You have to say yes or no.
18   A.  Yes.
19   Q.  Okay.  And you are looking at the page
20   that's in Creole, is that correct?
21   A.  Yes.
22   Q.  Mr. Joseph, could you read this for
23   me?  See this title here, would you please read
24   that for me, if you can?
25   MS. POLLOCK:  I was just going to say,

6 (Pages 18 to 21)

Confidential - Subject to Further Confidentiality Review

Page 22

1    for the record, can you tell him what page
2    you're on?
3         MR. KERRIGAN:  Sure.  I'm on the first
4    page of the Creole version of the answers to
5    interrogatories, and there is no page number on
6    it.
7    BY MR. KERRIGAN:
8         Q.  Could you read it out loud, please, to
9    the translator?
10        MR. KERRIGAN:  Could the translator
11   translate to English for us, please.
12        A.  "The answers the Plaintiff Jheempson
13   Brismac Joseph gave for the first series of
14   interrogation of the defense."
15   BY MR. KERRIGAN:
16        Q.  You were able to read that line okay,
17   Mr. Joseph?
18        A.  What I just read?
19        Q.  Yes.  Were you able to do that okay?
20        A.  Yes.
21        Q.  Would you turn to the next page,
22   please?  Do you see that up at the top of the
23   page there's a question that in English says
24   "Interrogatory No. 1"?  Do you see that?
25        A.  Yes.

Page 23

1         Q.  Okay.  And just below that there is a
2    line in English which says "Answer to
3    Interrogatory No. 1."  Do you see that written
4    in Creole in front of you?
5         A.  Yes.
6         Q.  Okay.  And there's an answer just
7    underneath that.
8         Do you see that?
9         A.  I see it.
10        Q.  Okay.  And that's written in Creole,
11   correct?
12        A.  Yes.
13        Q.  Would you please read that to the
14   translator in a nice loud voice, as best you
15   can?
16        MR. KERRIGAN:  Would the translator
17   please translate into English his reading of it.
18        A.  "My name is Jheempson Brismac Joseph.
19   They know me as Briswoch.  I was born on
20   November 3, 1990.  I live in Delmas 32 in
21   Port-au-Prince."
22        Q.  Thank you, Mr. Joseph.
23        Were you able to read that Creole
24   okay?
25        A.  Yes.

Page 24

1         Q.  And is that answer correct that you
2    read?
3         A.  Yes.
4         Q.  Is there anything that is incorrect
5    about that answer?
6         A.  There might be some small mistakes,
7    but all of here, everything is the truth.
8         Q.  Okay.  Did you find any small mistakes
9    in that answer?
10        A.  I don't remember Briswoch.  I don't
11   remember putting it.
12        Q.  Mr. Joseph, have you seen this
13   document before, Exhibit 2?
14        A.  I don't remember.
15        Q.  Can you flip back to the first page in
16   Creole?  Have you seen that document before
17   today?
18        A.  I don't remember seeing this.
19        Q.  Do you remember reviewing any part of
20   those answers before today?
21        A.  I remember the first question, but I
22   don't remember those.
23        Q.  Do you remember any of the other
24   questions in this document, Exhibit 2?
25        A.  I don't remember.

Page 25

1         Q.  Turn to the very last page, please.
2    Are you looking at the last page, Mr. Joseph?
3         A.  Yes.
4         Q.  Do you recognize that page?
5         A.  Yes.
6         Q.  What is that page?
7         A.  I see Jheempson Brismac.
8         Q.  Is that page called a Verification
9    page?
10        A.  Yeah.
11        Q.  Can you read that verification page
12   for the translator in a big loud voice?
13        A.  "I, Joseph Brismac, read the answers
14   that were written above and they are correct and
15   precise in my best capacity."
16        MS. POLLOCK:  For the record, are you
17   reading what this says, or what he said?
18        THE INTERPRETER:  Which is the same.
19        MS. POLLOCK:  Okay.
20        MR. KERRIGAN:  Thank you, Jo Anna.
21   BY MR. KERRIGAN:
22        Q.  You were able to read that
23   verification okay, Mr. Joseph?
24        A.  Yes.
25        Q.  And is that verification correct?

Confidential - Subject to Further Confidentiality Review

Page 26

1    A.  Yeah.  It might have mistakes, but
2  it's correct.
3    Q.  The answers that you gave need to be
4  accurate.  Do you believe that the answers that
5  you gave in that document are accurate,
6  Mr. Joseph?
7    A.  Yes.
8    Q.  Did anyone read the questions and
9  answers to you?
10    A.  No, I don't remember this.
11    Q.  When did you sign the verification?
12    A.  I don't remember.
13    Q.  Is that your signature on the
14  verification page?
15    A.  Yes.  Yes.
16    Q.  The document says that the
17  verification was signed on 11 July, 2014, is
18  that correct?
19    A.  I don't remember this.
20    Q.  Do you remember meeting with your
21  lawyers to go over that document at any time?
22    A.  Repeat for me, please?
23    Q.  Did you ever go over or review the
24  questions and answers with your lawyers at any
25  time?

Page 27

1    A.  Yes.
2    Q.  When was that?
3    A.  I don't remember when.
4    Q.  Where was it?
5    A.  Cap-Haïtien.
6    Q.  Where in Cap-Haïtien?
7    A.  Haiti.
8    Q.  Were you at a hotel, or someplace
9  else?
10    A.  At a hotel.
11    Q.  Which hotel?
12    A.  I don't remember the name.  I don't
13  remember.
14    Q.  How many attorneys were present?
15    A.  When I came I was late, I didn't get a
16  chance to talk to them.  I just barely saw them.
17  They just came with the papers.  They just came
18  with the papers.
19    Q.  How many attorneys?
20    A.  I don't remember.
21    Q.  What were the names of the attorneys?
22    A.  I don't remember.
23    Q.  Was Cyrus Sibert there?
24    A.  Yes, he was there.
25    Q.  Did Cyrus go over the answers with

Page 28

1  you?
2    A.  I don't remember exactly who looked --
3  went through the questions with me, but I
4  remember there was someone.
5    Q.  Was it one person, or more than one
6  person who went through these with you?
7    A.  I don't remember how many people
8  exactly.
9    Q.  Do you know if anyone checked your
10  answers to make sure that they were accurate?
11    A.  What?
12    Q.  Did anyone check your answers to make
13  sure they were correct?
14    A.  A person.
15    Q.  Who?
16    A.  I don't remember.
17    Q.  Was there anyone else there at the
18  hotel when you signed Exhibit 2, aside from your
19  lawyers and Cyrus Sibert?
20    A.  Well, we had the other kids in the
21  hotel.
22    Q.  What other kids?
23    A.  The other kids.  I don't remember
24  their names.
25    Q.  Were these other kids from PPT?

Page 29

1    A.  Yes.
2    Q.  How many other kids from PPT were at
3  the hotel when you signed these answers?
4    A.  I don't remember this.
5    Q.  Was it ten other kids?
6    A.  I don't remember at all.
7    Q.  You don't remember if it was more than
8  ten or less than ten?
9    A.  I don't remember.
10    Q.  And you don't remember the names of
11  any of the other kids?
12    A.  No.
13    Q.  How did you know they were from PPT?
14    A.  I saw them.  I recognized their face.
15    Q.  Did you sign any other papers at the
16  hotel that day besides the verification?
17    A.  No.
18    Q.  Were you given any documents or any
19  papers at the meeting at the hotel?
20    A.  I don't remember.  I don't remember.
21  I don't remember their giving me any other paper
22  besides this document.
23    Q.  How did you get to the hotel in
24  Cap-Haïtien in order to sign the answers?
25    A.  I was in Port-au-Prince, Cyrus called

8 (Pages 26 to 29)

Confidential - Subject to Further Confidentiality Review

Page 30

1  me to come because there were papers I needed to
2  sign. I was in Port-au-Prince. I went to
3  Cap-Haïtien. When I got to the hotel -- I
4  didn't know how to get there, I asked. When I
5  found it, I found the hotel, so I went there.
6  And when I got there, I saw Cyrus. He's the one
7  I knew best.
8      Q. What street was the hotel on in
9  Cap-Haïtien?
10     A. I don't remember which street.
11     Q. Now, Mr. Joseph, I'm just going to ask
12 you one last time about this document for now.
13         MS. POLLOCK: This document being
14 Exhibit 2?
15         MR. KERRIGAN: This document being
16 Exhibit 2.
17 BY MR. KERRIGAN:
18     Q. You believe that the answers you gave
19 are accurate, is that correct?
20         MS. POLLOCK: Objection. Asked and
21 answered.
22     A. Yes, I believe that. There might be a
23 little error, but all are true.
24 BY MR. KERRIGAN:
25     Q. When you say "there might be a little

Page 31

1  error," what do you mean?
2      A. Like the Briswoch thing, I don't
3  remember this.
4      Q. You believe that the document on the
5  whole is accurate?
6      A. Yes.
7      Q. And these answers are important,
8  Mr. Joseph, because we use these in court and we
9  might be giving these to a judge. Do you
10 understand that?
11     A. Okay.
12     Q. You understand that?
13     A. I understand.
14     Q. And you understand that it's important
15 to be truthful and accurate in this document?
16     A. Yes.
17     Q. All right. I'm going to call this
18 document your answers throughout this
19 deposition. Do you understand that?
20     A. Okay.
21     Q. All right. There's only one document
22 that has Jheempson Brismac Joseph's answers, and
23 this is it, okay?
24     A. Okay.
25     Q. Mr. Joseph, who typed your answers, do

Page 32

1  you know?
2      A. I don't know this.
3      Q. Mr. Joseph, I'm giving you what we
4  have marked as Exhibit 3.
5          (Whereupon, Joseph Exhibit Number 3,
6          Mr. Joseph's National Identification
7          Card, was marked for identification.)
8          MR. KERRIGAN: For counsel, this is
9  Mr. Joseph's national identification card.
10     A. Yes.
11 BY MR. KERRIGAN:
12     Q. Mr. Joseph, have you had the chance to
13 look at Exhibit 3?
14     A. Do I understand it?
15     Q. Have you looked at it?
16     A. I looked at it.
17     Q. What is that document?
18     A. My card.
19     Q. What card?
20     A. National identification card.
21     Q. Is that a card that is issued to you
22 by the government of the Republic of Haiti?
23     A. Yes.
24     Q. When did you get that card?
25     A. I don't remember.

Page 33

1      Q. Is that card accurate?
2      A. Yes, it is.
3      Q. Take your time and read all the
4  information on that card, and after you're done
5  reading, please tell us whether that information
6  is all correct.
7      A. (Witness complies).
8          Yes, it's correct.
9      Q. That's a picture of you on that card,
10 correct?
11     A. Yes.
12     Q. Did anyone help you obtain that card?
13     A. No, I went to do it, have it done.
14     Q. Where did you have that done?
15     A. Cap-Haïtien.
16     Q. Where in Cap-Haïtien?
17     A. I don't remember.
18     Q. Mr. Joseph, I'm going to give you what
19 we've marked as Exhibit 4.
20         (Whereupon, Joseph Exhibit Number 4,
21         Mr. Joseph's Passport, was marked for
22         identification.)
23         MR. KERRIGAN: For counsel, Exhibit 4
24 is a passport.
25 BY MR. KERRIGAN:

9 (Pages 30 to 33)

Confidential - Subject to Further Confidentiality Review

Page 34

1    Q. Will you take a look at Exhibit 4, and
2  let me know when you're done, Mr. Joseph?
3        THE INTERPRETER: Can you repeat,
4  please?
5    Q. Can you take a look at Exhibit 4, and
6  let me know when you're done, Mr. Joseph?
7    A. I finished looking at it.
8    Q. What is Exhibit 4?
9    A. This document?
10    Q. Yes. What is that document?
11    A. That's a passport.
12    Q. That's your passport, correct?
13    A. Yes.
14    Q. When did you obtain that passport?
15    A. When I was boarding the Caribe to come
16  here, Caribe to come here.
17    Q. What is the Caribe?
18    A. The car.
19    Q. When would that have been?
20    A. I don't remember the day. I don't
21  remember the day.
22    Q. Did anyone help you to get this
23  passport?
24    A. Yes.
25    Q. Who helped you?

Page 35

1    A. Cyrus.
2    Q. When did Cyrus help you?
3    A. The same day I came here.
4    Q. The same day you came where?
5    A. When I was leaving Cap-Haïtien to come
6  here.
7    Q. To come here for this deposition?
8    A. Yes. Yes.
9    Q. Had you seen your passport before you
10  got on the bus to come to your deposition?
11    A. No.
12    Q. Did anyone other than Cyrus Sibert
13  help you obtain the passport?
14    A. No.
15    Q. Did you have to give any kinds of
16  documents or sign any papers in order to get the
17  passport?
18    A. No, I don't recall signing, ever
19  signing anything.
20    Q. Do you know how long it took for Cyrus
21  Sibert to obtain this passport?
22    A. No, no.
23    Q. Is the information on the passport
24  accurate?
25    A. Yes, it's correct.

Page 36

1    Q. Take your time now and read it
2  closely.
3        (Witness reviewing document.)
4    A. I see that it is correct.
5  BY MR. KERRIGAN:
6    Q. Thank you.
7        Mr. Joseph, do you have a birth
8  certificate?
9    A. Yes.
10    Q. Where is the birth certificate?
11    A. I have it. I didn't come here with
12  it, but I do have it.
13    Q. Where is it?
14    A. At home in Cap-Haïtien.
15    Q. At the house where you live with your
16  uncle?
17    A. With whom?
18    Q. With your uncle?
19    A. Yes. And my mother.
20    Q. Did you ever give your passport --
21  excuse me.
22        Did you ever give your birth
23  certificate to your lawyers?
24    A. No, I gave it to Cyrus.
25    Q. Did Cyrus ask you for your birth

Page 37

1  certificate?
2    A. Yes, he asked.
3    Q. When was that?
4    A. I don't remember when.
5    Q. Did you give Cyrus a copy of your
6  birth certificate?
7    A. Yes, I gave him a copy and the
8  original.
9    Q. Are there any other documents that you
10  gave to Cyrus Sibert?
11    A. My voter's registration card.
12    Q. Is the voter registration card
13  different from the national identification card?
14    A. It is the same.
15    Q. Take a look at Exhibit 3, please. Is
16  that a voter registration card?
17    A. Yes.
18    Q. Does it say on there that it's an
19  electoral card?
20    A. No. That's how we say it in Creole.
21    Q. Did you give any other documents to
22  Cyrus Sibert?
23    A. No, I don't remember giving anything
24  else, just that.
25    Q. Did you give any documents at all to

10 (Pages 34 to 37)

Confidential - Subject to Further Confidentiality Review

Page 38

1    any of your lawyers, Mr. Joseph?
2        A. Lawyers?
3        Q. Correct, lawyers.
4        A. No.
5        Q. Do you have any licenses?
6        A. No.
7        Q. Do you drive?
8        A. I don't drive.
9        Q. Do you ride motorcycles?
10       A. I don't ride. I don't know how to
11   ride a motorcycle.
12       Q. Do you have a cell phone?
13       A. Yes.
14       Q. What brand is the phone?
15       A. I don't remember.
16       Q. Is it a Digicel phone?
17       A. Yes.
18       Q. What is the number of that phone?
19       A. 48703876.
20       Q. 48703876, correct?
21       A. Correct.
22       Q. How long have you had that phone?
23       A. Just the other day.
24       Q. Did you have a cell phone before the
25   phone you have now?

Page 39

1        A. No.
2        Q. When specifically did you get the cell
3    phone?
4        A. I bought it.
5        Q. When?
6        A. Just the other day. I don't remember.
7        Q. Just a few days ago?
8        A. A few months.
9        Q. How much did it cost?
10       A. $150.
11       Q. American dollars?
12       A. Haitian.
13       Q. Haitian gourdes?
14       A. Gourdes.
15       Q. Where did you get the money?
16       A. I worked washing cars to get it.
17       Q. Did anyone give you the money to buy
18   the phone?
19       A. I worked.
20       Q. No one gave you money to buy the
21   phone?
22       MS. POLLOCK: Asked and answered.
23       A. To buy the phone?
24   BY MR. KERRIGAN:
25       Q. Correct.

Page 40

1        A. No, I don't remember this.
2        Q. Before you bought this phone a few
3    months ago, did you have any other cell phones
4    at any time?
5        A. No.
6        Q. What do you use the phone for?
7        A. I call people when I need them, and
8    they call me when they need me. We talk over
9    the phone.
10       Q. Do you call friends?
11       A. Yes.
12       Q. Do you call former students of PPT?
13       A. No, I don't remember this.
14       Q. Do you send text messages with your
15   phone?
16       A. I don't know anything about that.
17       Q. Do you know what a text message is?
18       A. No, I don't know. I don't understand.
19       Q. Other than talking on the phone, do
20   you use the phone to send messages?
21       A. No.
22       Q. Does the phone have a camera?
23       A. Yes, it has a camera, but not a big
24   one.
25       Q. Do you use the camera?

Page 41

1        A. No, I don't have a memory card. It
2    should have a memory card.
3        Q. Have you taken any pictures with the
4    camera?
5        A. No.
6        Q. Do you have any computers, or do you
7    use any computers?
8        THE INTERPRETER: Do you want me to
9    ask do you have and do you use, both?
10       MR. KERRIGAN: I'll strike and
11   rephrase. It was compound.
12       Q. Do you have any computers, Mr. Joseph?
13       A. I don't have it.
14       Q. Have you ever used a computer before?
15       A. No, no.
16       Q. Have you ever used e-mail before?
17       A. E-mail, I don't understand.
18       Q. Do you know what e-mail is, or
19   electronic mail?
20       A. I don't know anything about this.
21       Q. So you've never used e-mail, you have
22   never sent an e-mail or received an e-mail?
23       A. No, I've never received nor sent. I
24   don't know anything about this.
25       Q. Mr. Joseph, have you ever been

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 42

1    arrested before?
2        A.  No.
3        Q.  Have you ever been in trouble with the
4    police?
5        A.  No.
6        Q.  Are you married?
7        A.  No.
8        Q.  Have you ever been married?
9        A.  No, I've never been married.
10       Q.  Do you have any children?
11       A.  No.
12       Q.  Have you ever had any children?
13       A.  No.
14       Q.  Have you ever had any stepchildren?
15       A.  It was just when I was in the Village,
16   after the Village closed I didn't get any idea
17   to do that.
18       Q.  Have you ever had any stepchildren?
19       A.  No.
20       Q.  Do you have a girlfriend, Mr. Joseph?
21       A.  I don't.
22       Q.  Have you ever had a girlfriend?
23       A.  When I was in the Village.  I told you
24   that already.
25       Q.  What was the name of your girlfriend

Page 43

1    in the Village?
2        A.  She's not here.  She's in Santo
3    Domingo.  But her name was Junia.
4        Q.  Can you spell that for us, please?
5        A.  I don't know how.
6        Q.  Can you say the name for us again
7    slowly?
8        A.  Junia.
9        THE INTERPRETER:  I'm guessing it's
10   J-U-N-I-A.
11       MR. KERRIGAN:  With that translator
12   clarification, that was your comment, that's
13   fine.
14       Q.  Could you say it one more time for me?
15       A.  Junia.
16       Q.  How long was Junia your girlfriend?
17       A.  I don't remember.
18       Q.  Was she your girlfriend the whole time
19   you were at the Village?
20       A.  No.  She left, she was in farmhouse,
21   rented house.  She was a temporary rent, she
22   rented temporarily, and then she went to stay
23   somewhere else.  Then she went to Santo Domingo.
24       Q.  Where did she rent a place?
25       A.  In the same project.

Page 44

1        Q.  In Cap-Haïtien?
2        A.  Yes.
3        Q.  Where in Cap-Haïtien?
4        A.  Blue Hills.  Blue Hills.
5        Q.  Was there a street address for your
6    girlfriend's place in Blue Hills?
7        A.  No, I don't know it.
8        Q.  Who did she live with in Cap-Haïtien?
9        A.  With her mother.
10       Q.  Anyone else?
11       A.  No, no.  I don't have other people.
12       Q.  Did Junia go to the Village and attend
13   classes at the Village?
14       A.  No.  Inside they didn't take girls.
15   Outside.
16       MS. POLLOCK:  Can we take a break so I
17   can use the restroom?
18       MR. KERRIGAN:  We can, sure.
19       THE VIDEOGRAPHER:  Going off the
20   record.  The time is 10:11.
21       (Whereupon, a recess was taken.)
22       THE VIDEOGRAPHER:  Back on the record.
23   The time is 10:27.
24   BY MR. KERRIGAN:
25       Q.  Mr. Joseph, we're back from the break,

Page 45

1    and you are still under oath.  Do you understand
2    that?
3        A.  Yes.
4        Q.  Have you ever heard the word SMS
5    before?
6        A.  No.
7        Q.  Before the break we were talking about
8    your former girlfriend, Junia.
9        A.  Yes.
10       Q.  Okay.  When did you and Junia
11   separate?
12       A.  I don't remember.
13       Q.  Did you separate while you were at the
14   Village?
15       A.  Yes.
16       Q.  Did you separate before the Village
17   closed?
18       A.  Yes, yes.
19       Q.  Did Junia ever visit the Village?
20       A.  No.
21       Q.  Did you ever -- strike that.
22       Why did you and Junia separate?
23       A.  Not for anything special.  She just
24   stopped talking to me.
25       Q.  Your separation from Junia had nothing

12 (Pages 42 to 45)

Confidential - Subject to Further Confidentiality Review

Page 46

1    to do with PPT, correct?
2        A.  No.
3        Q.  Did you separate -- strike that.
4            In this case, Mr. Joseph, you're
5    claiming that Douglas Perlitz hurt you, is that
6    correct?
7        A.  Yes.
8        Q.  Did you separate with Junia before or
9    after Douglas Perlitz hurt you?
10       A.  Before.
11       Q.  Have you had any other girlfriend
12   apart from Junia?
13       A.  No.
14       Q.  Where does Junia live now in Santo
15   Domingo?
16       A.  I don't know where she lives.
17       Q.  Now, Mr. Joseph, your father was
18   Joseph Briac, B-R-I-A-C, is that correct?
19       A.  Yes.
20       Q.  Is he alive, or deceased?
21       A.  He passed away.
22       Q.  When did he die?
23       A.  I don't remember.
24       Q.  How old were you when he died?
25       A.  I don't remember how old I was.

Page 47

1        Q.  Did he die before or after you were
2    involved with PPT?
3        A.  After the Village closed.
4        Q.  When did the Village close?
5        A.  About four or five months after
6    Douglas did that to me.
7        Q.  Did your father ever visit the
8    Village?
9        A.  No.
10       Q.  Your mother, Mr. Joseph, is Joseph
11   Milouse, M-I-L-O-U-S-E, correct?
12       A.  Yes.
13       Q.  Is she alive today?
14       A.  Yes, she's still here.
15       Q.  Where does she live?
16       A.  Blue Hills.
17       Q.  Who does she live with there?
18       A.  With her children and a little sister.
19       Q.  Do you live with your mother?
20       A.  Yes.
21       Q.  Who lives in that house with you and
22   your mother?  Give me their names, please.
23       A.  The four of us.  Her children and a
24   sister of hers, the husband of her sister, and a
25   little baby, too.

Page 48

1        Q.  What are the names of all the people
2    that live in the house, please?
3        A.  So there's Isema, last name is Isema.
4    Last name Isema, I-S-M-A.  First name Guerlin,
5    G-U-E-R-L-A-I-N.  Then last name Isema again,
6    first name J-E-A-N-D-L-I-N.  Then third, last
7    name Isema again, and first name S-I-L-I-A-N-A.
8    Fourth person, last name Isema again, and first
9    name M-I-S-L-A-N-D-E.  And my mother's sister,
10   her name is Shirley, S-H-I-R-L-E-Y.  And her
11   husband is Samuel.  I don't remember their last
12   names.  And then there's me, too.
13       Q.  What is the address of the house at
14   Blue Hills where you live?
15       A.  I don't remember.  There's none.  I
16   don't remember.
17       Q.  How many rooms are in the house?
18       A.  Two bedrooms.
19       Q.  Do all of your stepsisters and
20   stepbrothers share a bedroom?
21       A.  Yes.
22       Q.  Who sleeps in which bedrooms?
23       A.  Everybody sleeps in bedrooms.  I'm the
24   only one who lives in the dining room, I just
25   close it off with a curtain.

Page 49

1        Q.  Is it common for many people to share
2    a room to sleep in at the house in Blue Hills?
3        A.  It's a project.  It happens a lot.
4        Q.  Do people sleep in beds or on the
5    floor at the house in Blue Hills?
6        A.  There are some who live -- who sleep
7    on the floor.  Others who live -- who sleep on
8    the bed, on beds.
9        Q.  Do all of your stepsisters and
10   stepbrothers share sleeping rooms with your
11   mother and your mother's sister and her husband?
12           MS. POLLOCK:  Objection.  Vague.
13       A.  Yes, they all sleep -- they all share
14   the bedroom.  It's just one sister who lives
15   with her husband, she lives in her husband's
16   home.
17   BY MR. KERRIGAN:
18       Q.  Which sister is that?
19       A.  Siliana Isema.
20       Q.  How old is Guerlin, G-U-E-R-L-I-N?
21       A.  I don't remember their age.
22       Q.  Older or younger than you?
23       A.  I'm older.
24       Q.  Is Guerlin a child or a teenager?
25       A.  He's developed.

13  (Pages 46 to 49)

Confidential - Subject to Further Confidentiality Review

Page 50

1    Q. How old is Jeandlin, J-E-A-N-D-L-I-N?
2    A. I don't remember their age.
3    Q. Is she a child or -- excuse me. Is he
4 a child or a teenager?
5    A. Yes. He's a little boy.
6    Q. How old is Siliana?
7    A. She's a girl. She's living with her
8 husband.
9    Q. So she doesn't live in Blue Hills with
10 your mother, correct?
11    A. Yes. She's not -- she doesn't live
12 there.
13    Q. Okay. How about your sister
14 Miselande, how old is she?
15    A. I don't know.
16    Q. Is she a child or a teenager?
17    A. She's a child. She's not 18 yet.
18    Q. Is she a teenager?
19    A. She's older than 13.
20    Q. How old is Shirley, your mother's
21 sister?
22    A. I don't know.
23    Q. She's older than you?
24    A. I'm older.
25    Q. Would Shirley be a teenager?

Page 51

1    A. Yes. She has children, but she's
2 barely 18.
3    Q. How old is Samuel?
4    A. I don't remember his name.
5    Q. Is he older than you?
6    A. Yes, a lot more.
7    Q. Does anyone else live at the house in
8 Blue Hills with your mother?
9    A. Are there other people? No.
10    Q. How long have you lived at that house
11 with your mother?
12    A. Me?
13    Q. You.
14    A. I don't remember, but I started living
15 with my mother for a long time. It's been a
16 long time since I've lived with my mother.
17    Q. Were you living with your mother when
18 you were taking classes at the Village?
19    A. Yes.
20    Q. And that was at the house in Blue
21 Hills?
22    A. Yes.
23    Q. So you would have been living with
24 your mother in Blue Hills at the time that
25 Douglas hurt you?

Page 52

1    A. Yes.
2    Q. Now, Mr. Joseph, you had six other
3 brothers and sisters who died, is that correct?
4    A. Yes. They were with their father --
5 oh, stepfather.
6       (Translators talking.)
7    A. On my father's side.
8    Q. That would be on Joseph Briac's side
9 of the family?
10    A. Yes.
11    Q. Did you know any of those siblings?
12    A. I had met them, but I was small, so I
13 didn't know really who they were.
14    Q. How did they die?
15    A. There are those who died when they
16 were in infancy, those who died when they
17 started growing up, but none of those reached
18 15 years old of age.
19    Q. Did all of them die of natural causes?
20    A. Disease, yes.
21    Q. Did any of your stepbrothers or
22 stepsisters visit Project Pierre Toussaint?
23    A. No.
24    Q. Did any of your stepbrothers attend
25 PPT, any program of PPT?

Page 53

1    A. No.
2    Q. Are there any other brothers and
3 sisters that you have that we have not talked
4 about, Mr. Joseph?
5    A. Just the people I mentioned are my
6 brothers and sisters, that I recognize them as
7 my brothers and sisters.
8    Q. Are there any others that you haven't
9 mentioned?
10    A. Just the ones I mentioned.
11    Q. Okay. Do any of your brothers or
12 sisters work today, Mr. Joseph?
13    A. No.
14    Q. Does your mother work?
15    A. She's not working. She's just selling
16 secondhand clothes. That's what she does.
17    Q. Does your aunt work?
18    A. No.
19    Q. Does your Uncle Samuel work?
20    A. I don't know what line of work he
21 has -- does.
22    Q. He does work?
23    A. Yes, yes, he works, but I don't know
24 what he does. When he goes out, he just goes
25 out.

14 (Pages 50 to 53)

Confidential - Subject to Further Confidentiality Review

Page 54

1    Q.  Now, Mr. Joseph, you were born in
2  Grande Rivière du Nord, correct?
3    A.  Yes.
4    Q.  The spelling for our stenographer is
5  G-R-A-N-D-E, R-I-V-I-E-R-E, D-U, N-O-R-D.
6      You left Grande Rivière du Nord in
7  1999, is that correct?
8    A.  '99?
9    Q.  Yes.
10    A.  I don't remember.
11    Q.  In your answers to questions it says
12  in 1999 you left Grande Rivière du Nord.  Is
13  that correct?
14    A.  I don't remember.  I don't remember.
15      MR. KERRIGAN:  Jo Ann, I'm looking at
16  Number 2 in the answer.
17      MS. POLLOCK:  Thank you.
18  BY MR. KERRIGAN:
19    Q.  After leaving Grande Rivière du Nord,
20  you went to live in Cap-Haïtien in an area
21  called Fort St. Michel, is that correct?
22    A.  Yes.
23    Q.  What street is Fort St. Michel --
24  strike that.
25      On what street did you live when you

Page 55

1  were in Fort St. Michel?
2    A.  A place called Nan Saline.  There's a
3  lot of seawater.
4    Q.  Can you spell that street for us,
5  please?
6    A.  It could be written as such, but I'm
7  not sure.
8    Q.  Okay.  Do your best.
9      THE INTERPRETER:  So N-A-N, second
10  word S-A-L-I-N-E.
11      MS. POLLOCK:  For the record, that was
12  the interpreter's spelling, correct?
13      THE INTERPRETER:  Mm-hmm.
14      MS. POLLOCK:  Not the witness's.
15      MR. KERRIGAN:  Thank you.
16  BY MR. KERRIGAN:
17    Q.  Mr. Joseph, did you live on Rue du
18  Peuple, R-U-E D-U P-E-U-P-L-E when you were in
19  Cap-Haïtien?
20    A.  Yes.  It's Nan Saline, that area
21  that's called Rue du Peuple.
22    Q.  How long did you live there?
23    A.  I don't remember.
24    Q.  Who did you live with when you first
25  moved to Cap-Haïtien?

Page 56

1    A.  With my mother, brothers and sisters,
2  and my father-in-law.
3    Q.  The same brothers and sisters and
4  father-in-law you've already told me about?
5      MS. POLLOCK:  Stepfather?
6      THE INTERPRETER:  Stepfather, I'm
7  sorry.
8    A.  Yes, the same.
9  BY MR. KERRIGAN:
10    Q.  When you were 12 years old you moved
11  to Blue Hills with your mother, is that correct?
12      THE INTERPRETER:  When you were?
13      MR. KERRIGAN:  12 years old.
14    A.  Yes.
15  BY MR. KERRIGAN:
16    Q.  Who else lived with you at Blue Hills?
17    A.  Just these people, with my stepfather.
18  He hadn't left my mother yet.
19    Q.  What is your stepfather's name?
20    A.  Jean Batiel Isema.  Last name Isema,
21  first name J-E-A-N, second word B-A-T-I-E-L.
22    Q.  Then, Mr. Joseph, you moved to
23  Charrier, C-H-A-R-R-I-E-R, in Cap-Haïtien?
24    A.  Yes.
25    Q.  And when you moved there, it was

Page 57

1  around the time you began at Rue 13 at PPT,
2  correct?
3    A.  No, after the Village closed.
4    Q.  You moved to Charrier after the
5  Village closed?
6    A.  Yes.
7    Q.  Was there any time before you even
8  went to the Village that you lived at Charrier
9  in Cap-Haïtien?
10    A.  What?
11    Q.  Before you started at the Village, was
12  there any time that you lived at Charrier,
13  Cap-Haïtien?
14    A.  After the Village closed, because of
15  my uncle, after the earthquake he came to live
16  here, and I went to stay with him.
17    Q.  That's your Uncle Pierre Wilner,
18  W-I-L-N-E-R?
19    A.  Yes.
20    Q.  What does your Uncle Pierre do for a
21  living?
22    A.  He works for PNH, which is the
23  National Police.
24    Q.  What is his role or title or position
25  with the police?

15 (Pages 54 to 57)

Confidential - Subject to Further Confidentiality Review

Page 58

1     A.  I can't tell you exactly, but just
2  what I saw is that he doesn't wear a uniform.
3     Q.  Does not?
4        THE INTERPRETER:  He does not wear a
5  uniform.
6     Q.  Does he wear a suit to work?
7     A.  No.  No, he doesn't.
8     Q.  Does he carry a gun?
9     A.  I don't know.  I've never seen a
10  weapon.
11     Q.  You believe he's a policeman and not a
12  clerk or an administrative person?
13     A.  He works in office, an office.  And
14  his card has PNH on it, but he doesn't wear a
15  uniform.
16     Q.  Your Uncle Pierre's nickname is Nènè,
17  N-E-N-E?
18     A.  Nènè.
19        THE INTERPRETER:  But an accent on the
20  upper left, lower right both times.
21     Q.  How long did you live at Charrier in
22  Cap-Haïtien after the Village closed?
23     A.  I don't remember.
24     Q.  From Charrier you moved to
25  Port-au-Prince, is that correct?

Page 59

1     A.  My uncle had gone first when I went
2  back to Blue Hills.  When he got there he had
3  someone send for me, and he sent me some money,
4  and I went there.  That's how.
5     Q.  Is your Uncle Pierre your mother's
6  brother?
7     A.  Yes, my mother's brother.
8     Q.  It says in your answers to questions,
9  Mr. Joseph, that you moved to Port-au-Prince in
10  2013.  Is that correct?
11     A.  I don't remember, but that could be
12  true.
13     Q.  What is the address where you live
14  today -- excuse me, strike that.
15        What is the address where you lived in
16  Port-au-Prince?
17     A.  In a place called Carrefour Feuille.
18  So Carrefour is C-A-R-R-E-F-O-U-R, Feuille,
19  F-E-U-I-L-L-E.  In an open market called Mache
20  Tinèl.  M-A-C-H-E, second word T-I-N-E-L, with
21  on the E an accent upper left, lower right.
22     Q.  What is Delmas 32, D-E-L-M-A-S?
23     A.  It's an area.
24     Q.  An area of Port-au-Prince?
25     A.  Yes.  After when I left Carrefour

Page 60

1  Feuille, I went to stay there with my uncle.
2     Q.  When you were living in
3  Port-au-Prince, was it always with your uncle?
4     A.  Yes.
5     Q.  Did anyone else live with you and your
6  uncle in Port-au-Prince?
7     A.  In the house?
8     Q.  Yes.
9     A.  Yes, his wife and his children.
10     Q.  What is his wife's name?
11     A.  Her name is Esther, but I don't
12  remember her last name.
13     Q.  And what are the children's names?
14     A.  Pierre Estaphanie.
15     Q.  Anyone else?
16     A.  Pierre Wilnadji.  So he has two
17  children, last name Pierre, P I-E-R R E, first
18  name Willny, W-I-L-L-N-Y.  Second child, last
19  name Pierre, first name Estephanie,
20  E-S-T-E-P-H-A-N-I-E.  He has a child he had
21  prior to these two called, last name Pierre
22  again, and first name Wilnadji, W-I-L-N-A-D-J-I.
23  And he just had a baby, I don't know the name of
24  the baby yet.
25     Q.  When was it that you moved from

Page 61

1  Port-au-Prince back to Blue Hills with your
2  mother where you live now?
3     A.  I remember it was in January I left
4  Port-au-Prince, and I went back to Blue Hills.
5     Q.  In January of 2015?
6     A.  Yes, January, 2015.
7     Q.  And you've lived with your mother,
8  brothers, and sisters in Blue Hills since
9  January, 2015?
10     A.  Yes, up to now.
11     Q.  So you've always had a place to live,
12  whether it be in Cap-Haïtien or Port-au-Prince,
13  all your life, isn't that correct, Mr. Joseph?
14     A.  Port-au-Prince or Cap-Haïtien?
15     Q.  Or Cap-Haïtien or Port-au-Prince.
16     A.  Yes.  When I was in Port-au-Prince I
17  live at my uncle's, and when I'm in Cap-Haïtien
18  I live with my mother.
19     Q.  So you always have place to stay,
20  correct?
21     A.  Well, in Port-au-Prince it's a rented
22  house, after a certain date where you have to
23  give it up.  It's not a stable home.
24        But in Cap-Haïtien it is a stable
25  home.  It's my mother's house.  It's in a

Confidential - Subject to Further Confidentiality Review

Page 62

1  project.
2      Q.  Is it correct, Mr. Joseph, that all
3  your life you've had someplace to stay, to live?
4      A.  Yes.
5      Q.  Have you ever been to school,
6  Mr. Joseph?
7      A.  Yes, I went to school.
8      Q.  I want you to think back to the first
9  time you ever went to school, and tell me when
10  that was.
11      A.  When I was in Grande Rivière with my
12  father.
13      Q.  Where did you go to school there?
14      A.  Innovator.
15      Q.  What is that?
16      A.  The name of the school.
17      Q.  Was that a public school?
18      A.  I don't remember.
19      Q.  How long were you?
20      A.  I was a small child in kindergarten.
21      Q.  Did the Innovator school have anything
22  to do with Project Pierre Toussaint?
23      A.  No.
24      Q.  What did you do at the Innovator
25  school?

Page 63

1      A.  I just went to school.
2      Q.  What did you do when you went to
3  school?
4      A.  What I used to do?
5      Q.  Yes.
6      A.  Ate, I worked.  I worked, I worked at
7  school.
8      Q.  Did you play at school?
9      A.  Yes.  I was a child.
10      Q.  How long were you at the Innovator
11  school?
12      A.  I don't remember.
13      Q.  Was the Innovator school free?
14      A.  No, it wasn't free.
15      Q.  Who paid for the school?
16      A.  My father.  He hadn't passed away yet.
17      Q.  How long were you at the Innovator
18  school, Mr. Joseph?
19      A.  I don't remember.
20      Q.  Did you stop going to the Innovator
21  school at some point?
22      A.  Yes.
23      Q.  Did you go to another school after the
24  Innovator school?
25      A.  Yes.  I went to Cap-Haïtien.

Page 64

1      Q.  What school did you go to in
2  Cap-Haïtien?
3      A.  Rue 13, Carenage, in the Center in
4  relation -- related to the Village.
5      Q.  When you say Rue 13, Carenage, and the
6  Village, are those all part of a bigger program?
7      A.  The Village.
8      Q.  When did you start going to Rue 13?
9      A.  I don't remember.
10      Q.  How old were you?
11      A.  I don't recall my age.
12      Q.  Were you a child, or a teenager?
13      A.  No, I wasn't a teenager.  I was a
14  child.
15      Q.  Does Rue 13 have anything to do with
16  PPT?
17      A.  Yes.
18      Q.  How is Rue 13 related to PPT?
19      A.  You have to go through there first
20  before you go to the Village.
21      Q.  Why did you go to Rue 13?
22      A.  Why?
23      Q.  Why.
24      A.  To eat, because I would stay all the
25  time in the streets, and to eat, and I wanted to

Page 65

1  learn how to write my name.  I couldn't write my
2  name yet.
3      Q.  Around that time when you started
4  Rue 13, were you hanging out on the streets?
5      A.  Yes.  Sometimes I slept in the street,
6  sometimes I slept at home.
7      Q.  Did you sleep at home more than you
8  slept in the street?
9      A.  I used to sleep in the streets more.
10      Q.  If you had wanted to go home to sleep
11  at that time, were you free to go home to sleep?
12      A.  Yeah, I could.
13      Q.  You chose to sleep out in the streets,
14  correct?
15      A.  Yeah, I was -- because in the streets
16  sometimes I felt better because I ate, and I
17  washed cars.
18      Q.  How did you hear about Rue 13,
19  Mr. Joseph?
20      A.  It was a friend of mine, a friend I
21  had, a child like myself, he was washing cars,
22  but he was talking about Rue 13, Rue 13, so I
23  went with him.  And when I got there they gave
24  me food, they gave me things to wear, and they
25  taught me how to write my name.  That's why I

17 (Pages 62 to 65)

Confidential - Subject to Further Confidentiality Review

Page 66

1 continued going to Rue 13.
2    Q.  Were those all good things that you
3 got from Rue 13?
4    A.  Yeah, I ate.
5    Q.  What else did you get from Rue 13
6 besides clothes and food?
7    A.  And I played ball, and I found school
8 where they showed me how to write.
9    Q.  What was the average day at Rue 13
10 like, Mr. Joseph?  What did you do?
11    A.  During the day?
12    Q.  Let's start in the morning when you
13 arrived.  Tell us what time you would arrive
14 usually, and then what you would do throughout
15 the whole day.
16    A.  Sometimes I would get there, I would
17 arrive at 9:00 a.m. because I would walk to
18 there.  When I would get there we would watch
19 TV, we would play games.  And at 2:00 p.m. we
20 had school.  At 5:00 p.m. we left and we went
21 back to the streets, while those who had houses
22 went back home, and those who stayed in the
23 streets went back to the streets.  That's how we
24 did.
25    Q.  In the morning would you get clothes

Page 67

1 to put on?
2    A.  No, not easy -- not often.
3    Q.  Would you have a place to bathe or
4 take a shower?
5    A.  Yes, shower.
6    Q.  Did you get breakfast at Rue 13?
7    A.  Yes.
8    Q.  Did you have a place to play at
9 Rue 13?
10    A.  Yes.
11    Q.  Did you have a locker at Rue 13?
12    A.  No.
13    Q.  Did you get lunch at Rue 13?
14    A.  Yes.
15    Q.  And you said already you got some
16 writing classes?
17    A.  Yes.
18    Q.  Were there any other classes?
19    A.  Yes, there were other classes.
20    Q.  What were the other classes?
21    A.  It got all the way to fifth year.
22    Q.  Did you get to make friends at Rue 13?
23    A.  All the children, all of them, we were
24 in the same place, so that's -- we were all
25 friends.  That's why I can say I had friends.

Page 68

1    Q.  How many other children were attending
2 Rue 13 when you were there?
3    A.  I can't count.  There were a lot of
4 them, many.
5    Q.  More than ten?
6    A.  A lot.
7    Q.  More than 20?
8    A.  I don't remember, but a lot of
9 children.
10    Q.  Were there any teachers or instructors
11 at Rue 13?
12    A.  Yeah, there were several teachers.
13    Q.  What were the names of some of the
14 other children who you met at Rue 13,
15 Mr. Joseph?
16    A.  I don't remember, but it's been such a
17 long time since we've seen each other, I don't
18 really remember.  But if I saw them, I would
19 recognize them, and I would tell you I recognize
20 him and him.
21    Q.  Can you remember the name or nickname
22 of anybody you met at Rue 13?
23    A.  Yes.
24    Q.  Tell me the names of anyone you
25 remember.

Page 69

1    A.  James Marthe.
2    Q.  Can we spell that, please?
3    A.  Another boy called Tidou, Emmanuel,
4 Peter, Simon, St. Mark.  And then I don't
5 remember the rest.
6    Q.  Mr. Joseph, who Emmanuel be Emmanuel
7 Clervil?
8    A.  Yes.
9    Q.  Have you spoken to Emmanuel Clervil
10 recently?
11    A.  I haven't spoken to him at all since
12 the Village closed.
13    Q.  And that would have been what year,
14 Mr. Joseph?
15    A.  Since we were inside the Village.  I
16 don't remember which year.
17    Q.  Have you spoken to Tidou, Peter,
18 Simon, or St. Mark at any time after you left
19 Rue 13?
20    A.  The Village, or Rue 13?
21    Q.  Rue 13.
22    A.  After I left Rue 13 I spoke to all of
23 these guys.  But after I left the Village, then
24 with none of them.
25    Q.  Did Tidou, Peter, Simon, St. Mark, and

18 (Pages 66 to 69)

Confidential - Subject to Further Confidentiality Review

Page 70

1    Emmanuel attend the Village with you?
2        A.   Just James Marthe and Simon.  The
3    other ones were already in there.
4        Q.   Have you spoken to any of these people
5    after the Village closed?
6        A.   No.
7        Q.   Have you spoken to any of those men
8    about your case?
9        A.   I haven't spoken to them at all since
10   the Village closed.
11       Q.   Did you speak to any of those
12   individuals about how Doug hurt you?
13       A.   I could never say something like that.
14   I would be afraid for them to call me names.
15       Q.   What kind of names?
16       A.   They would say Douglas is rough, and
17   Douglas is a fag.
18       Q.   And they would call you names?
19       A.   No, because they didn't know what had
20   happened to me.  When this thing happened, I
21   didn't tell anyone about this, just to my
22   lawyers.
23       Q.   Getting back to Rue 13, Mr. Joseph,
24   what were the names of all the teachers and
25   staff that you can remember who worked at

Page 71

1    Rue 13.
2        A.   I can tell you some of them, not all.
3        Q.   Tell me all the ones you remember,
4    please.
5        A.   It was Andy, the white guy, he was the
6    boss.  There was Master Romere, Madame Calixte,
7    Madame Margarita, Andy.  There was a security
8    guard, we call him White, he used to separate us
9    when we started fighting.  There was a -- there
10   was one who used to cook the food, prepare the
11   food, her name was Roknise, but she passed away.
12   And there's another one who used to prepare the
13   food for us, she has a terrible nickname, I
14   don't know if that's her real name, but her name
15   is Grimèl.  And I don't know the rest.
16       Q.   What did Andy do as the boss at Rue
17   13?
18       A.   I don't know what his exact position
19   was.  He was always in his office.
20       Q.   You called him the boss earlier of
21   Rue 13, correct?
22       A.   Yeah.  He was managing everything,
23   everything.  They would tell you, "go see Andy
24   about it."
25       Q.   What did you see Master Romere do at

Page 72

1    Rue 13?
2        A.   He would turn on the television for
3    us.  But I don't know what else he would do.  He
4    was always with us.  I don't know what role he
5    played really.
6        Q.   How about Madame Calixte, what did you
7    see her do?
8        A.   Madame Calixte, in the morning when
9    we'd come in, there was a special spot where she
10   would sit, and she would give us coffee and
11   bread, because that's what they gave us in the
12   morning.
13       Q.   What else would Madame Calixte do?
14       A.   That's all she did.  I don't know
15   about anything else.
16       Q.   What about Madame Margarita, what did
17   you see her do?
18       A.   She was doing -- giving class.  That's
19   what she did exactly.
20       Q.   Which classes?
21       A.   First year.
22       Q.   What did she teach?
23       A.   Write, she taught us to write, and to
24   count.
25       Q.   Is this Margarita Joseph?

Page 73

1        A.   I don't know her last name.
2        Q.   Okay.  And how about White, the
3    security guard?
4        A.   He was like a security guard, he was
5    providing security.  When we would fight, he
6    would separate us.
7        Q.   Did he search you when you came to
8    Rue 13 in the morning?
9        A.   Yes.
10       Q.   When you went to Rue 13, did you give
11   your real name to the teachers and the staff
12   there?
13       A.   Just not -- just not Brismac.  They
14   just knew me as Brisma.
15       Q.   Your nickname?
16       A.   They've always called me Brisma.
17       Q.   Did you receive any kind of documents
18   or papers from anyone at Rue 13?
19       A.   I don't remember that.
20       Q.   Did you ever see Douglas Perlitz at
21   Rue 13?
22       A.   Yeah, he used to come visit us.
23       Q.   How often?
24       A.   I don't remember.
25       Q.   How often did you go to Rue 13?

19 (Pages 70 to 73)

Confidential - Subject to Further Confidentiality Review

Page 74

1     A.  Many times.  I don't remember.
2     Q.  Would you go there every day of the
3  week?
4     A.  Yes, every day.  I was just hoping for
5  them to send me to the Village.
6     Q.  Did you do well at Rue 13?
7     A.  What kind of performance?
8     Q.  All-around; in school, in getting
9  along with others?
10     A.  Yeah, just kids like myself who would
11  give -- hit me a lot.
12     Q.  Why?
13     A.  Not anything in particular.  Just when
14  he wants to be invincible, then he pulls your
15  ears and then you give him -- you hit him, and
16  then you start fighting.
17     Q.  Did you do well at Rue 13?
18        MS. POLLOCK:  Objection.  Vague.
19  Asked and answered.
20     A.  Just the thing I just mentioned, the
21  kids liked to fight a lot.  But yes.
22  BY MR. KERRIGAN:
23     Q.  Were you ever thrown out of Rue 13?
24     A.  What do you mean kicked out?
25     Q.  Were you ever told to leave Rue 13 for

Page 75

1  bad behavior?
2     A.  No.  They might punish us.
3     Q.  Did you ever see any other white
4  visitors at Rue 13 aside from Douglas?
5     A.  Yeah, they came, but not often.
6     Q.  Who did you see for white visitors at
7  Rue 13?
8     A.  I don't remember.  I don't remember.
9     Q.  Can you name anybody who visited
10  Rue 13 who was white?
11     A.  No, I don't remember.
12     Q.  When Douglas visited Rue 13, what
13  would he do?
14     A.  I don't know.  We just saw him, that's
15  all.
16        MS. POLLOCK:  We've been going about
17  an hour.  Can we take a break?
18        MR. KERRIGAN:  Sure, let me just --
19  I'll just finish with this.
20        MS. POLLOCK:  Sure.
21  BY MR. KERRIGAN:
22     Q.  Mr. Joseph, what did you understand
23  Douglas's job was when you were at Rue 13?
24     A.  I don't know.  I was small.  I didn't
25  have -- my mind wasn't so developed.  The only

Page 76

1  thing I knew was I was just checking to get food
2  and to stay there enough to be able to be sent
3  to the Village.  That's all I know.
4     Q.  And you were at Rue 13 for two years,
5  is that correct?
6     A.  Yes.
7     Q.  What grades did you complete at
8  Rue 13?
9     A.  When I entered, I went to first year,
10  and then they sent me to second year, and it was
11  the same lady that was doing both.
12     Q.  Did you enjoy your time at Rue 13,
13  Mr. Joseph?
14     A.  Yeah, because that's where I found a
15  little bit of food, and they showed me how to
16  write, so I liked it.  I was happy.
17     Q.  It was a good place to go, wasn't it?
18     A.  Yes.
19     Q.  Did you receive any religious
20  instruction at Rue 13?
21     A.  No, they didn't show me this.
22     Q.  When you were at Rue 13, Mr. Joseph,
23  did you at any time have any fear that Douglas
24  would harm you?
25     A.  When I was in Rue 13?

Page 77

1     Q.  Correct.
2     A.  I wasn't afraid yet, because I didn't
3  know who he was.  It's when
4  I got to the Village that he became the boss.
5     Q.  And you had no reason to be afraid
6  when you were at Rue 13 that Douglas would harm
7  you, is that correct?
8     A.  No, because I didn't know anything
9  about him.  As far as we knew, he was a visitor
10  in Rue 13.  I didn't know anything about him.
11     Q.  And you had no suspicions when you
12  were at Rue 13 that Douglas would ever harm you,
13  is that correct?
14     A.  I didn't know who he was.  I didn't
15  know anything about him.
16     Q.  Thank you.
17        MR. KERRIGAN:  Jo Anna has asked for a
18  break, so we'll take a break.
19        THE VIDEOGRAPHER:  Going off the
20  record.  The time is 11:37.
21        (Whereupon, a recess was taken.)
22        THE VIDEOGRAPHER:  Back on the record.
23  The time is 12:01.
24        MR. KERRIGAN:  I'm going to make an
25  administrative note before we continue with the

20  (Pages 74 to 77)

Confidential - Subject to Further Confidentiality Review

Page 78

1    questioning. This is something that counsel
2    discussed during a break, and it's the
3    following.
4         We're putting spellings of the names
5    on the record, obviously because these are not
6    native to names a lot of us, and we find that
7    it's much easier both in reviewing and having a
8    transcription made that we spell these names.
9    All of the spellings that have been made so far
10   and all of the future spellings we're going to
11   agree are the translator's spellings as opposed
12   to the witness's spellings or my own spellings.
13        Is that agreed, Jo Anna?
14        MS. POLLOCK: Yes.
15        MR. KERRIGAN: Nathalie, you're okay
16   with that?
17        THE INTERPRETER: Yes.
18        MR. KERRIGAN: Great.
19   BY MR. KERRIGAN:
20        Q.  Mr. Joseph, we are back on the record
21   and you're still under oath. Do you understand
22   that?
23        A.  Okay. Yes.
24        Q.  Before the break, Mr. Joseph, you had
25   indicated that when you were attending Rue 13,

Page 79

1    you often times lived on the street, correct?
2         A.  Yes, I was living in the streets, and
3    when I wanted I would go home.
4         Q.  You also indicated, Mr. Joseph, that
5    you sometimes chose to sleep overnight in the
6    streets, is that correct?
7         A.  Yes. Yes.
8         Q.  Now, when you say you slept in the
9    streets, Mr. Joseph, do you mean that you
10   actually slept on the street itself, or
11   someplace else?
12        A.  I would sleep on people's -- like a
13   gallery, people's galleries where they sell
14   things or where they prepare food, where they
15   sell. Sometimes I had a little job, and when I
16   finished doing it I wouldn't be able to go back
17   home, so I slept under tin roofs or on the
18   floor, on the street on the gallery. This is to
19   say I didn't sleep inside a house.
20        Q.  Okay. So it was outside?
21        A.  Yes, outside.
22        Q.  Now, when you say sometimes you would
23   finish a job late and couldn't go home, does
24   that mean it was too late at night for you to go
25   all the way back to Blue Hills?

Page 80

1         A.  Yes, it was too late.
2         Q.  Mr. Joseph, at some point you left Rue
3    13, correct?
4         A.  Yes.
5         Q.  When was that?
6         A.  I don't remember.
7         Q.  Why did you leave Rue 13?
8         A.  They took out the center, they sent it
9    to Carenage. The same center on Rue 13, they
10   sent it to Carenage. I was in there.
11        Q.  What is Carenage?
12        A.  A center.
13        Q.  Did Rue 13 become Carenage?
14        A.  Yes, the same program.
15        Q.  Where was Carenage located?
16        A.  Almost next -- almost close to the
17   square.
18        Q.  Which square?
19        A.  Carenage Portail Rouge.
20        THE INTERPRETER: It's an area,
21   P-O-R-T-A-I-L, next word R-O-U-G-E.
22        Q.  When you went to Carenage, how old
23   were you?
24        A.  I don't remember how old I was.
25        Q.  Did the same students and children at

Page 81

1    Rue 13 go over with you to Carenage?
2         A.  The same program, exactly the same.
3         Q.  Was it the same children as well?
4         A.  Yes.
5         Q.  Was it the same staff as well?
6         A.  Same thing. Same thing. Just Andy,
7    he had already left Rue 13. We just had a new
8    white person called Nicholas who came to replace
9    Andy.
10        Q.  Did Nicholas replace Andy at Rue 13?
11        A.  Uh-uh. Andy was at Rue 13.
12        Q.  Did Nick take over for Andy at
13   Carenage?
14        A.  Is it him?
15        Q.  I'm sorry. Did Nicholas take over for
16   Andy at Carenage?
17        A.  Yes.
18        Q.  Did Andy ever work at Carenage?
19        A.  No.
20        Q.  Were there any other white people who
21   worked or volunteered at Carenage?
22        A.  No, I don't remember seeing any other
23   white person, just Nicholas.
24        Q.  Was there ever a white person named
25   Brittany or Jessica at Carenage?

21 (Pages 78 to 81)

Confidential - Subject to Further Confidentiality Review

Page 82

1  A.  No, I don't remember that.
2  Q.  Do you know the names Brittany or
3  Jessica?
4  A.  No.
5  Q.  When you were at Carenage, Mr. Joseph,
6  what did you do for activities there?
7  A.  Same activity I said earlier.
8  Q.  Same activities as you performed at
9  Rue 13?
10  A.  Uh-huh.  And they continued.
11  Q.  How long did you stay at Carenage?
12  A.  I don't remember.  I don't remember.
13  Q.  Mr. Joseph, I'm looking at your
14  answers to questions, I'm looking at Number 5,
15  and you indicate that you went to Carenage and
16  attended first and second grades.  Is that
17  correct?
18  A.  First and second year?
19  Q.  First and second year.
20  A.  Yes.
21  Q.  That's correct?
22  A.  Yes.
23  Q.  You spent two years at Carenage?
24  A.  I don't remember.
25  Q.  But you attended first and second

Page 83

1  grade at Carenage, correct?
2  A.  Yes, I spent there.
3  Q.  Spent where there?
4  A.  I don't remember.
5  Q.  When you were at Carenage, Mr. Joseph,
6  did you ever see Douglas there?
7  A.  No, he wouldn't come often.
8  Q.  How often would he come?
9  A.  I don't remember.  Just a few times.
10  Q.  When Douglas came to Carenage, what
11  would you see him doing?
12  A.  I don't remember things like that.
13  Q.  When you were at Carenage, did you
14  have any idea of what Douglas's role was at
15  Carenage, his job?
16  A.  No, I didn't know anything.
17  Q.  What was Nicholas's job at Carenage?
18  A.  Nicholas, oh, I thought you were
19  talking about Douglas.
20  Q.  No, I was.  I'm now switching over to
21  Nicholas.
22  A.  Yes.  He replaced Andy's job, and
23  everything he would say we would have to do.
24  Q.  Was Nick the manager or the boss of
25  Carenage when you were there?

Page 84

1  A.  Who?
2  Q.  Nicholas.
3  A.  Yes.
4  Q.  When you were at Carenage, Mr. Joseph,
5  did you ever see any white visitors come to
6  Carenage?
7  A.  Yes, that happened, but not often.
8  Q.  Who did you see for white visitors at
9  Carenage?
10  A.  I don't know their names.
11  Q.  Were they men, or women, or children?
12  A.  They were girls, and sometimes little
13  white people, and men, too.
14  Q.  Did you recognize any of the white
15  people who visited?
16  A.  No.
17  Q.  Did anyone else visit Carenage other
18  than white people every now and again?
19  A.  Just the children's parents who would
20  come to visit, because sometimes they would have
21  meetings.  But besides that, no one else came.
22  Q.  How often would you attend Carenage
23  when you were there, Mr. Joseph?
24  A.  Can you repeat the question, please?
25  Q.  Sure.

Page 85

1      How often did you go to Carenage when
2  you were there?  How many days of the week?
3  A.  Well, I can't identify this, but
4  sometimes I go the entire week, sometimes I
5  don't.
6  Q.  Would you say you would go the entire
7  week more often than not?
8  A.  I missed a few days in a week.  That
9  happened.
10  Q.  Were you a regular student at
11  Carenage?
12  THE INTERPRETER:  Can you rephrase the
13  question, please?
14  MR. KERRIGAN:  Sure.
15  Q.  Were you regularly at Carenage?
16  A.  What do you mean "regularly"?
17  Q.  Most every day?
18  A.  Yes, almost every day.
19  Q.  Were you ever ejected from Carenage,
20  or told to leave Carenage?
21  A.  No, they never did that, unless you
22  had bad behavior and they would punish you and
23  say "go home and come back tomorrow."
24  Q.  Were you punished at any time at
25  Carenage?

22 (Pages 82 to 85)

Confidential - Subject to Further Confidentiality Review

Page 86

1     A.  Well, I wasn't much trouble, so this
2  didn't happen often.
3     Q.  Did you enjoy your time at Carenage,
4  Mr. Joseph?
5     A.  Yes, not bad.
6     Q.  It was a good program?
7     A.  Yes.
8     Q.  You had food there.  You had --
9     A.  Yes.
10    Q.  You had friends there?
11    A.  Yes, all the kids.
12    Q.  You had good schooling there?
13    A.  Yes.
14    Q.  You had the chance to play ball there?
15    A.  Yeah, basket -- basketball.
16    Q.  Basketball.
17        And you had nice people who were
18  working there to help you, correct?
19    A.  Yes.
20    Q.  At any time while you were at
21  Carenage, Mr. Joseph, were you afraid that
22  Douglas would hurt you in any way?
23    A.  I didn't know anything about him.
24  It's when you know someone that you can be
25  afraid of them.  I didn't know him.

Page 87

1     Q.  So you had no fear that Douglas would
2  hurt you while you were at Carenage?
3     A.  No, I didn't know him.
4     Q.  And you had no reason to suspect that
5  Douglas would hurt you while you were at
6  Carenage, correct?
7     A.  No.
8     Q.  Did you have to pay any money to
9  attend Carenage?
10    A.  What money?  Is it for the school?  Is
11  it for the administration, like a child goes to
12  school and they tell you it's $100 for the
13  entire year, something like that?
14    Q.  Something like that.  Did you or your
15  family ever pay any money for your time at
16  Carenage?
17    A.  No.
18    Q.  Did you or your family ever pay any
19  money for your time at Rue 13?
20    A.  No.
21    Q.  At some point you left Carenage,
22  correct?
23    A.  Yes.
24    Q.  When did you leave?
25    A.  I don't remember.  I don't remember.

Page 88

1     Q.  How old were you?
2     A.  I don't remember my age.
3     Q.  Why did you leave Carenage?
4     A.  I don't know who did this, if it was
5  Nicholas or Douglas, but they sent us to school
6  outside.  I don't -- everybody who had reached
7  an average grade, they were sent to the Village.
8     Q.  Where were you sent?
9     A.  In which school?
10    Q.  Yes.
11    A.  When I left Carenage and which school
12  did they send me?
13    Q.  Yes.
14    A.  A school called Mèbèrge.
15        THE INTERPRETER:  Capital M-E, upper
16  left lower right, B-E, upper left lower right,
17  G-E.
18    A.  Afternoon school, an afternoon school.
19    Q.  Was that located on Rue 2?
20    A.  Yes, of course.
21    Q.  How long did you attend school at
22  Mèbèrge?
23    A.  One year.  I spent one year there.
24    Q.  Would that have been third grade?
25    A.  Yes, third grade.

Page 89

1     Q.  Did that school have any connection
2  with PPT?
3     A.  I can't say yes for sure.  Well, I
4  don't know, but I saw the white people, I saw
5  Douglas who came to visit us inside the school,
6  and I saw Nicholas who came inside.
7     Q.  How many times did Douglas visit
8  Mèbèrge?
9        THE INTERPRETER:  I'm sorry, Douglas
10  you said?
11        MR. KERRIGAN:  Douglas.
12    A.  I don't remember how often.
13    Q.  Did Douglas work there, or visit
14  there?
15    A.  No, they sent us to that school, but
16  Douglas was already inside the Village.
17    Q.  When you saw Douglas at Mèbèrge, was
18  he working there, or was he visiting there?
19    A.  He came to visit us because we were
20  part of the Village, both Rue 13 and Carenage.
21  We had to go through there to go to the Village.
22    Q.  How about Nicholas, you saw Nicholas
23  at Mèbèrge?
24    A.  Yes.
25    Q.  How many times did you see Nicholas at

23 (Pages 86 to 89)

Confidential - Subject to Further Confidentiality Review

Page 90

1 Mèbèrge?
2    A. I don't remember.
3    Q. When you saw Nicholas at Mèbèrge, was
4 he working there, or visiting there?
5    A. He wasn't working there.
6    Q. He was visiting there?
7    A. He came to see us, yes.
8    Q. Were there any other staffers or
9 teachers at PPT who came to visit you at
10 Mèbèrge?
11    A. No.
12    Q. Were there any white people who came
13 to see you at Mèbèrge?
14    A. No, I didn't see other people.
15    Q. White people, correct?
16    A. No.
17    Q. You saw no white people at Mèbèrge
18 other than Nicholas and Douglas, correct?
19    A. Yes.
20    Q. Who were your teachers at Mèbèrge?
21    A. I don't remember their names -- her
22 name, but it was a lady.
23    Q. What did you study?
24    A. Math, French, Creole, and history --
25    Q. You were there for one year, correct?

Page 91

1    A. -- and other subjects.
2       Yes.
3    Q. When did you leave Mèbèrge?
4    A. After, I don't really remember, after.
5 I don't remember who got the report card, it was
6 either Douglas or Nicholas, to check if we got
7 an average grade, then we were sent to the
8 Village. It wasn't right away after the school
9 started, it took a little while, a little while.
10    Q. After you left Mèbèrge, did you go to
11 another school?
12    A. Yes.
13    Q. Where did you go from there?
14    A. At the Village.
15    Q. Is the Village part of PPT?
16    A. Yes, PPT itself.
17    MS. POLLOCK: It's 12:30, and I don't
18 know if you want to -- you probably don't have
19 time to go into everything on the Village, but
20 just use your judgment.
21    MR. KERRIGAN: Does the group have a
22 sense of whether we want to break for lunch?
23 Why don't we go ahead and do that then.
24    MS. POLLOCK: Break now?
25    MR. KERRIGAN: New subject. We'll go

Page 92

1 off record now for our lunch break.
2    MS. POLLOCK: For an hour?
3    MR. KERRIGAN: For an hour.
4    THE VIDEOGRAPHER: Going off the
5 record. The time is 12:30.
6    (Whereupon, a luncheon recess was
7    taken.)

Page 93

1    AFTERNOON SESSION
2
3    THE VIDEOGRAPHER: Back on the record.
4 The time is 1:40.
5 BY MR. KERRIGAN:
6    Q. Mr. Joseph, we are back from our
7 break, and you are still under oath. Do you
8 understand that?
9    A. Yes.
10    Q. Mr. Joseph, did you have the
11 opportunity to eat lunch?
12    A. Yes.
13    Q. Did you sit with anyone?
14    A. I was alone.
15    Q. Did you speak with anyone during
16 lunch?
17    A. After that a friend came. He didn't
18 ask me questions, I didn't ask him questions.
19    Q. Who was the friend who came?
20    A. He's at the hotel also.
21    Q. What's his name?
22    A. I don't remember his name.
23    Q. Did you talk about the case?
24    A. No.
25    Q. Did you eat lunch with him?

24 (Pages 90 to 93)

Confidential - Subject to Further Confidentiality Review

Page 94

1      A.  I ate by myself.  I didn't eat with
2  him.
3      Q.  And you met him after you ate lunch?
4      A.  No.
5      Q.  When did you meet him?
6      A.  I didn't meet him after that.
7      Q.  Did you speak to anyone other than
8  your lawyers on the break?
9      A.  For the time now?
10     Q.  For the break we just had, did you
11  speak to anyone other than your lawyers?
12     A.  No, I didn't talk to anyone.
13     Q.  Where did you eat lunch?
14     A.  Down there.
15     Q.  Did you go to the buffet?
16     A.  Yes.
17     Q.  And you sat by yourself?
18     A.  Yes.
19     Q.  Nobody joined you at any time?
20     A.  No.
21     Q.  And nobody talked about the case with
22  you?
23     A.  No.
24     Q.  Thank you.
25         Mr. Joseph, you went to the Village at

Page 95

1  some point, is that correct?
2      A.  I don't understand.
3      Q.  After you went to Mêbèrge, you went to
4  the Village, is that correct?
5      A.  When I left the Village -- the school
6  of Mêbèrge?
7      Q.  Correct.
8      A.  Yes.
9      Q.  What year did you start going to the
10  Village?
11     A.  I don't remember that.
12     Q.  How old were you when you started
13  going to the Village?
14     A.  I don't remember the age, my age.
15     Q.  When you started at the Village, what
16  grade did you start?
17     A.  Second year.
18     Q.  Is that also called second grade?
19     A.  Yes, first, second class.
20     Q.  And when you started at the Village,
21  you started the second grade, correct?
22     A.  Yes.  They made me repeat.
23     Q.  In your answers to questions,
24  Mr. Joseph, I'm looking at answer Number 5, you
25  indicate that you were sent to the Village where

Page 96

1  you repeated third grade.  Is that correct, that
2  you repeated third grade?
3      A.  At the Village?
4      Q.  Yes.
5      A.  I did the third class in the Village.
6      Q.  How many years in total did you spend
7  at the Village?
8      A.  I don't remember.  I don't remember
9  that at all.
10     Q.  You stayed at the Village until it
11  closed, is that correct?
12     A.  Yes.
13     Q.  When did the Village close?
14     A.  I don't remember.
15     Q.  I'm going to tell you, Mr. Joseph,
16  that the Village closed in the summer of 2008.
17  Will you accept that?
18     A.  I don't know.  I can't accept it.
19     Q.  Did the Village close in the summer
20  months?
21     A.  I don't know.  I don't remember when
22  it closed.  I don't recall this.
23     Q.  And one last time, Mr. Joseph, do you
24  recall what grades or what classes you attended
25  while you were at the Village?  Was it first

Page 97

1  grade, second grade, third grade, or something
2  else?
3      A.  I already had changed and went to the
4  fourth.  The Village had closed.
5      Q.  While you were at the Village, though,
6  did you attend the first grade, second grade,
7  third grade, or something else?
8      A.  I don't understand that question.
9      Q.  Do you know what grades you attended
10  when you were at the Village?
11     A.  I remember, but when the Village
12  closed, I can't tell you directly which class I
13  was.
14     Q.  Okay.  When you were at the Village,
15  Mr. Joseph, did you live at the Village at any
16  time?
17     A.  To sleep there you mean?
18     Q.  Yes.
19     A.  No, I didn't sleep.  I arrived there
20  at 5.
21     Q.  You never slept over at the Village?
22     A.  Once, I only slept once because there
23  was a party at the Village, and then they put us
24  out at midnight so we could go home.
25     Q.  Where did you sleep that night?

25 (Pages 94 to 97)

Confidential - Subject to Further Confidentiality Review

Page 98

1    A.  I went home.
2    Q.  So you never slept at the Village?
3    A.  No.
4    Q.  You never slept there, correct?
5    A.  No.
6    Q.  I just want to make sure we're clear
7  on it.  Is it correct to say that you never
8  slept at the Village?
9    A.  No, I never slept at the Village.
10    Q.  Thank you.
11        You were living in Blue Hills at the
12  time you attended the Village?
13    A.  Yes.
14    Q.  At what time in the morning would you
15  arrive at the Village, typically?
16    A.  They told us 8:00 o'clock.
17    Q.  Who is "they"?
18    A.  That's the time when the school opened
19  so everybody from the outside could get in.
20    Q.  And on the average day, Mr. Joseph,
21  when would you leave the Village at the end of
22  the day?
23    A.  You mean I arrive at 7, 8:00 in the
24  morning, and what time I leave?
25    Q.  That's what I'm asking.

Page 99

1    A.  5, 6:00 o'clock, around that time.
2    Q.  What would you do when you were at the
3  Village?  What types of activities, what types
4  of classes?
5    A.  What class I had?
6    Q.  Yes.  Tell me all the things you would
7  do at the Village.
8    A.  I went to school, I played ball, I
9  played basketball.  We used to watch movies.  We
10  had some programs, some programs between us on
11  the weekend.  On Saturdays we did the cinema.
12    Q.  How many days of the week would you
13  attend the Village?
14    A.  When I didn't have anything else to
15  do, I would always go.  I don't remember how
16  many days.
17    Q.  Would you go to the Village Monday,
18  Tuesday, Wednesday, Thursday, Friday?
19    A.  Except for Sundays.
20    Q.  So you'd go to the Village on
21  Saturday, too?
22    A.  Yes.
23    Q.  Did you go to the Village that many
24  days during the week right up until the Village
25  closed?

Page 100

1    A.  Yes, as long as I wasn't sick I would
2  go.
3    Q.  Mr. Joseph, what were some of the
4  classes that you took at the Village?  What did
5  you study?
6    A.  When I entered for the first time at
7  the Village?
8    Q.  Yes.
9    A.  Yes.  And other subjects, for example
10  the book has number two on it, second year, the
11  Joy of Reading.
12    Q.  Did you take any other classes at any
13  time while you were at the Village?
14    A.  Yes, I remember I was doing third
15  class.
16    Q.  And what did you study in third class?
17    A.  Math, French, Creole, and other books,
18  I don't remember.  And music with Master Mémé.
19    Q.  Did you study anything else while you
20  were at the Village at any time?
21    A.  To learn other things?
22    Q.  Yes.
23    A.  Woodwork.
24    Q.  Carpentry?
25    A.  Yes.

Page 101

1    Q.  Did you study anything else at the
2  Village?
3    A.  No.
4    Q.  Who were your -- strike that.
5        Did you play sports at the Village?
6    A.  What sports?  Ball, basketball?
7    Q.  Any sports.
8    A.  Yes.  I played ball, and I played
9  basketball in there.
10    Q.  Did you play soccer?
11    A.  Yes.
12    Q.  Did you play anything else?
13    A.  Yes.  Basketball, I played basketball,
14  too.
15    Q.  Did you receive any clothing from the
16  Village?
17    A.  Yes.  I remember they gave me a
18  T-shirt with "Fairfield" on it.
19    Q.  Who gave you that?
20    A.  Madame Carter.  It's Madame Carter who
21  brought that for us, but she didn't want -- she
22  wasn't the one who gave it to me, there were
23  people helping her.  But she was there when they
24  were distributing it.
25    Q.  Who gave it to you?

26 (Pages 98 to 101)

Confidential - Subject to Further Confidentiality Review

Page 102

1    A.  I don't remember.  It was a teacher.
2    Q.  Was that some kind of a gift?
3    A.  Yes, because she gave it to me.  If
4  somebody gives you something and you didn't have
5  it before, then it's a gift.
6    Q.  It was a gift from the teacher?
7    A.  It wasn't him directly.  It's Madame
8  Carter who came with it.
9    Q.  Apart from the T-shirt, did you get
10  any other clothing from the Village?
11    A.  Yes, they did.  Shorts, and every
12  December they give us tennis shoes.
13    Q.  Any other clothing?
14    A.  No, I don't remember they gave us --
15  they gave me other clothing.
16    Q.  When you say they gave us clothing, do
17  you mean the other students at PPT?
18    A.  Yeah, all of us inside PPT, not to me
19  only, all of us in there.
20    Q.  Who were your teachers or instructors
21  at the Village?
22    A.  I have Master Tchouway, and Mémé,
23  Patrice, Master Daniel, and Madame Nelta.
24    Q.  Any other teachers?
25    A.  Master Claudino.  I don't remember any

Page 103

1  more.
2    MR. KERRIGAN:  For the record, I'm
3  looking at answer to Interrogatory No. 6 for
4  some spellings.  Patrice, P-A-T-R-I-C-E, Mémé,
5  M-E-M-E, Nelta, N-E-L-T-A, and that's as far as
6  I can get us.
7    THE INTERPRETER:  C-L-A-U-D-I-N-O.
8  Master Tchouway, T-C-H-O-U-W-A-Y.
9    Q.  Thank you, Mr. Joseph.
10    What did Patrice teach you?
11    A.  History.
12    Q.  What did Mémé teach you?
13    A.  Music.
14    Q.  What did Daniel teach you?
15    A.  French.
16    Q.  What did Nelta teach you?
17    A.  French language.
18    Q.  What did Claudino teach you?
19    A.  Math.
20    Q.  What did Tchouway teach you?
21    A.  Creole.
22    Q.  Did you ever see any white people at
23  the Village while you were there?
24    A.  Yes, often.
25    Q.  Who did you see?

Page 104

1    A.  When they came, they didn't stay, but
2  from those who came and stayed, I saw Sylvester,
3  Brittany, and Jessica.
4    Q.  What is Sylvester's last name?
5    A.  I don't know that.
6    Q.  What is Brittany's last name?
7    A.  I don't know for any of them.
8    Q.  You don't know Jessica's last name?
9    A.  No.
10    Q.  Did any other white people stay at the
11  Village or PPT while you were at the Village,
12  apart from Sylvester, Brittany, and Jessica?
13    A.  Stay or visit?
14    Q.  Stay.
15    A.  No.  No, I didn't see that.
16    Q.  Did you ever see Doug at the Village,
17  Douglas?
18    A.  Oh, well, he was the boss.
19    Q.  What do you mean when you say "he was
20  the boss"?
21    A.  Because he was always looking for the
22  Village, he would always be looking for people
23  to help him, and he's the one I knew best before
24  any other people there.
25    Q.  When did you first meet Douglas at the

Page 105

1  Village?
2    A.  When did I meet him?
3    Q.  Yes.
4    A.  When I got to the Village, he's the
5  one who had me registered.
6    Q.  And how often would you see Douglas
7  when you were at the Village?
8    A.  I don't remember, but it's often,
9  because it's inside that he --
10    Q.  That he what?
11    A.  What?  What do you mean?
12    Q.  When Douglas was at the Village, what
13  did you see him doing?
14    A.  Maybe he did things I didn't know
15  about, but he always made us understand that he
16  was our father inside the Village.
17    Q.  Did Douglas tell you that he was your
18  father inside the Village?
19    A.  Well, it was him, everything we --
20  whenever we had a problem inside, we went to see
21  him.  He would organize everything inside.  And
22  it was only him that we really knew, and we were
23  more at ease with him.
24    Q.  When you say "we," who do you mean?
25    A.  All, everyone inside the Village, all

27 (Pages 102 to 105)

Confidential - Subject to Further Confidentiality Review

Page 106

1    the children.
2        Q.  Did Douglas set the rules for the
3    Village?
4        A.  I can't tell you if it was him.
5        Q.  Did Douglas hire people and fire
6    people at the Village?
7        A.  How do you mean "fire"?
8        Q.  Terminate, throw out.
9        A.  Are you talking about the children
10   inside the Village, or people working there?
11       Q.  People working there.
12       A.  I can't tell you, because while I was
13   there I never saw anybody being fired.
14       Q.  Was it Douglas who let people into the
15   Village and sent them away from the Village?
16   And it's the students I'm talking about this
17   time.
18       A.  Yes, he used to do that.
19       Q.  Were you ever thrown out of the
20   Village by Douglas?
21       A.  No.
22       Q.  Did you ever see any white people
23   visit the Village, Mr. Joseph?  Visitors.
24       A.  Right, right.  Yes.
25       Q.  Who did you see?

Page 107

1        A.  I only remember about the people I
2    told you about, Jessica, Silvester, and
3    Brittany. I don't remember the names of the
4    other people, but they used to come.
5        Q.  Okay.  Do you remember any other white
6    people who visited the Village at any time other
7    than Brittany, Jessica, and Sylvester?
8        MS. POLLOCK:  And Madame Carter?
9        A.  Yes, like Father Paul, Madame Carter
10   who was the big boss of the Village.  I remember
11   these people, those people who didn't stay.
12   BY MR. KERRIGAN:
13       Q.  Who else did you see visiting the
14   Village for white people apart from Carrier and
15   Carter?
16       A.  I don't remember any more.
17       Q.  You only remember Carter and Carrier?
18       A.  And then Jessica, Sylvester, and
19   Brittany.
20       Q.  Okay.  Let's leave Sylvester, Jessica,
21   and Brittany off to the side for now.  And I'm
22   asking you who you saw for white people who were
23   just visitors to the Village other than Carrier
24   and Carter.
25       A.  I don't remember any more.

Page 108

1        Q.  You only remember Carter and Carrier
2    among the visitors?
3        A.  Yeah.  I remember Father Paul and
4    Madame Carter, but I don't remember.  There
5    might have been others, I just don't remember.
6        Q.  Why do you remember Father Carrier and
7    Ms. Carter and nobody else?
8        A.  The other people didn't come often.
9    They would just make -- come for one visit and
10   leave.  But Father Paul and Madame Carter, they
11   gave us advice, they came to talk to us, and
12   they prayed with us.
13       Q.  Did anyone else come down to pray with
14   you or to offer you advice or to spend time at
15   the Village besides Father Carrier and
16   Ms. Carter?
17       A.  White people, or Haitians?
18       Q.  White people.
19       A.  I don't remember any more.  Sylvester
20   used to pray with us in the chapel.
21       Q.  How many times did you see Mrs. Carter
22   at the Village?
23       A.  I don't remember how often.
24       Q.  Was it five times?
25       A.  I don't remember how many times at

Page 109

1    all, at all.
2        Q.  So it could have been one time that
3    you saw Ms. Carter at the Village?
4        A.  It's more, but I don't remember.  It
5    could have been twice or more.
6        Q.  When you saw Ms. Carter at the
7    Village, what was she doing?
8        A.  She plays with the children, and in
9    case there's a meeting we all regroup in the
10   chapel, and there we pray together and she gives
11   us advice.  If there are gifts, she gives us the
12   gifts.
13       Q.  Did you ever speak directly with
14   Ms. Carter?
15       A.  Sometimes I would have liked to talk
16   to her, but I don't speak English and she speaks
17   English.  I speak Creole.
18       Q.  So you never spoke directly with
19   Ms. Carter, correct?
20       A.  No, I never spoke to her.
21       Q.  Why do you say she gave you advice?
22       A.  She gave us advice so we would finish
23   school.  If we learned really well, we finished
24   school, she would send us to Fairfield
25   University if we finished school.  She would

28 (Pages 106 to 109)

Confidential - Subject to Further Confidentiality Review

Page 110

1  always give us strength.
2      Q.  She would send whom to Fairfield
3  University?
4      A.  The children inside the Village.  As
5  long as you finish school, you were intelligent,
6  she had access, she had the power to make -- for
7  that to happen.
8      Q.  For what to happen?
9      A.  She had access to Fairfield
10 University.
11     Q.  To get students into Fairfield
12 University?
13     A.  Yes, if you finished school.
14     Q.  Who told you that Carter had access to
15 get students into Fairfield University?
16     A.  She said that with her own mouth.
17     Q.  Did you hear her say that?
18     A.  Well, she didn't say it directly.  But
19 it was Robinson, and when Robinson wasn't there,
20 then it was Douglas.  That's what she said with
21 her own mouth.  Well, she didn't say it with her
22 own mouth, it's what people said that she had
23 said, because they would translate for her.
24     Q.  When Ms. Carter -- strike that.
25         When you heard Ms. Carter speak, was

Page 111

1  it always when you were with a group of PPT
2  students?
3      A.  Yes, in the chapel we always --
4      Q.  You always what?
5      A.  We were always regrouped in the
6  chapel.
7      Q.  When you say "we," you mean students
8  at the Village?
9      A.  When I say "we," it's all the children
10 at PPT, and also the teachers and Douglas.
11 Well, Douglas was always there.
12     Q.  Did you ever hear anyone say that
13 Ms. Carter was a donor, someone who gives money
14 to help others?
15     A.  No, I didn't hear that.
16     Q.  Was Ms. Carter a nice woman?
17     A.  She's nice when she's talking.  She's
18 always making all these gestures, and she's
19 always laughing.
20     Q.  And when Ms. Carter spoke to the group
21 of students at the Village, she was giving you
22 encouragement and encouraging you to drive to do
23 great things, is that correct?
24     A.  Yes.
25     Q.  She was not the big boss of the

Page 112

1  project at the Village, was she?
2      A.  Well, I can't know that for sure, but
3  I don't know all the bosses at the Village.  The
4  ones that I knew were Madame Carter and Father
5  Paul, those are the ones that I knew better.
6      Q.  Why would you call Madame Carter a
7  boss of the Village?
8      A.  All she did was come and give some
9  gifts and encouragement.  Sometimes when they
10 come, there's some steps that they're doing,
11 that Douglas -- he's always looking for things,
12 and they participate in those activities.
13 Douglas always said that Madame Carter and
14 Father Paul used to help him to bring the
15 Village forward.
16     Q.  Is that the only reason why you
17 believe that Carter was a boss?
18     A.  Yes, because Douglas is always talking
19 about her, he says she's always standing with
20 him in everything that's going on in the
21 Village.
22     Q.  Did Douglas say anything else about
23 Ms. Carter?
24     A.  I don't remember.
25     Q.  Have you told us everything you

Page 113

1  remember about what Ms. Carter said at any time?
2      A.  What do you mean?
3      Q.  Do you remember anything else that
4  Ms. Carter said at any time?
5      A.  No, just advice so that we can
6  progress in school, that we behave well so that
7  we can go far.
8      Q.  Is there anything else at all that
9  Ms. Carter said to the group of students at the
10 Village at any time?
11     A.  No, I don't remember anything else.
12     Q.  Mr. Joseph, have you ever given money
13 to anybody as a gift?
14     A.  Did they?
15     Q.  No, you.  I'm asking you.  At any time
16 have you ever given somebody money as a gift?
17     A.  Yeah, my little brother, I've already
18 gave him a dollar or two gourdes, what I have.
19     Q.  And you do that out of kindness, isn't
20 that right?
21     A.  Yeah, it's my little brother.
22     Q.  That doesn't make you the big boss of
23 your little brother, does it?
24     A.  No.  Well, I help him out, I stand
25 with him in solidarity.  I bring him to school,

29 (Pages 110 to 113)

Confidential - Subject to Further Confidentiality Review

Page 114

1  I help him there, so I can say that I'm his
2  boss. I bring him to school, I help him with
3  school, I give him food, and I do things for
4  him, activities, steps if my mother -- should my
5  mother pass away, then I would be the one in
6  charge of him.
7      Q.  To you, Mr. Joseph, if you help
8  someone like you help your brother, does that
9  make you the boss of your brother?
10     A.  Yes, because I'm helping him.
11     Q.  Let's talk about Father Carrier.  How
12 often did you see Father Carrier at the Village?
13     A.  I don't remember how many times.
14     Q.  Was it one time?
15     A.  I don't remember how many times.
16     Q.  Do you remember, was it five times?
17     A.  I said that I didn't remember how
18 often.
19     Q.  So you can't tell us how often Father
20 Paul visited the Village, correct?
21     A.  No, I can't tell you that indeed.  I
22 can't tell you this is how many times he came.
23     Q.  When you saw Father Carrier at the
24 Village, what did you see him doing?
25     A.  He would come, but further he would

Page 116

1      Q.  Does Father Carrier speak Creole?
2      A.  No, he doesn't speak Creole.
3      Q.  What language does he speak?
4      A.  I don't remember what language he
5  speaks.  Probably English or something.
6      Q.  How many times did you hear Father
7  Carrier speak to students in the chapel?
8      A.  Several times.  I don't remember how
9  often, but several.
10     Q.  Do you remember when?
11     A.  No.
12         THE INTERPRETER:  Could we have a
13 break, please?
14         MR. KERRIGAN:  We can.  We'll go off
15 the record.
16         THE VIDEOGRAPHER:  Going off the
17 record.  The time is 2:32.
18         (Whereupon, a recess was taken.)
19         THE VIDEOGRAPHER:  Back on the record.
20 The time is 2:49.
21 BY MR. KERRIGAN:
22     Q.  Mr. Joseph, we're back after a break,
23 and you are still under oath.  Do you
24 understand?
25     A.  Yes.

Page 115

1  play with the children, he would play with us,
2  if he had advice to give us he would, like that.
3      Q.  Would Father Carrier do anything else
4  other than play with the children and give some
5  advice?
6      A.  He prays with us, and when he leaves
7  Haiti he gives some money to Douglas so he can
8  give us.  But I never got any of that money.
9  That's what children say, but I don't know if
10 it's true.
11     Q.  You never saw Father Carrier give any
12 money to Douglas, correct?
13     A.  I don't know anything about that.
14     Q.  Would Father Carrier do anything else
15 other than play with the kids, give some advice,
16 and pray?
17     A.  I don't remember other things.
18     Q.  Did you ever speak directly with
19 Father Carrier?
20     A.  No.
21     Q.  Did you ever hear Father Carrier
22 speak?
23     A.  Yes, he sometimes talks in the chapel,
24 and sometimes Robinson and Douglas translate for
25 him.

Page 117

1      Q.  When you heard Father Carrier speak
2  through a translator, what did Father Carrier
3  say?
4      A.  I don't remember everything, but he
5  always said hello to us, asked how we were
6  doing, gave us advice.  He would talk to us, and
7  show us how to pray.
8      Q.  Father Carrier is a priest, correct?
9      A.  Yes, he's a Father, he's a priest.
10     Q.  What religion does he belong to?
11     A.  Catholic.
12     Q.  What religion do you belong to?
13     A.  Catholic.
14     Q.  Is it usual for a priest to show other
15 Catholics how to pray?
16     A.  Yes, if he knows more than you, he can
17 show you.
18     Q.  That's what priests do, right?
19     A.  Well, I don't know what they do, but
20 Father Paul, that's what he did with us.  So I
21 don't know exactly what they do.
22     Q.  What advice did Father Paul give to
23 the group of students through a translator?
24     A.  He, same as with Madame Carter, he
25 would say -- tell us to continue school, to be

Confidential - Subject to Further Confidentiality Review

Page 118

1  strong, not to engage in disorderly conduct, and
2  not to fight among each other, with one another.
3      Q.  Did Father Carrier say anything else
4  to the group of student through a translator at
5  any time?
6      A.  I don't remember.
7      Q.  Have you told us everything that you
8  remember that you ever heard Father Carrier say
9  through a translator?
10     A.  Did I what?
11     Q.  Do you remember anything else that
12  Father Carrier said to the students at the
13  Village at any time?
14     A.  I don't remember other things.
15     Q.  Why did you call Father Carrier the
16  boss earlier today?
17     A.  It's Douglas who told us.  He would
18  always talk about Father Paul and Madame Carter,
19  so we believed him because he's the one we knew,
20  so the one you know is the one you believe.
21     Q.  What did Douglas tell you about Father
22  Carrier?
23     A.  He would say the same thing about
24  Father Paul and Madame Carter, he would say he's
25  one of the -- he's someone who is helping him to

Page 119

1  support the Village.
2      Q.  What did Doug say -- strike that.
3          How did Father Carrier help the
4  Village, according to Douglas?
5      A.  He didn't tell us exactly this is how
6  Father Paul is helping the Village.
7      Q.  What did Douglas tell you exactly
8  about Father Carrier?
9      A.  He didn't say anything, just Father is
10  always someone who is always trying to help him
11  improve the Village, make the Village advance,
12  progress.
13     Q.  Did Douglas say anything else about
14  Father Carrier?
15     A.  I don't remember any other thing he
16  said.
17     Q.  And you as a student of the Village,
18  Mr. Joseph, you were always trying to improve
19  the Village, too, weren't you?
20     A.  What do you mean?
21     Q.  I mean that you were trying to make
22  the Village a better place while you were there,
23  correct?
24     A.  For me it was the best.
25     Q.  And you tried to make it a better

Page 120

1  place, just like Father Carrier and Hope Carter,
2  correct?
3      A.  It was the best for me, because that's
4  where everything I found there, I found a
5  school, I found food, even a toothbrush, that's
6  what I found.  I didn't have any other place.
7      Q.  And did you do what you could,
8  Mr. Joseph, to improve the Village when you were
9  there and make it a better place?
10     A.  What do you mean I did everything I
11  could?
12     Q.  You behaved yourself, you went to
13  class?
14     A.  Yes, I behaved well.  I never behaved
15  such a way to get a red card.  I didn't get red
16  cards in the Village.
17     Q.  Did Father Carrier ever give anything
18  to you directly?
19     A.  With his own hands?
20     Q.  With his own hands.
21     A.  No, no.
22     Q.  Did you ever get anything from Father
23  Carrier from someone else's hands?
24     A.  I don't remember this.
25     Q.  Did you get any gifts from Hope

Page 121

1  Carter, directly from her hands?
2      A.  No.  Whenever they do something for
3  us, they go through the Village.  They don't do
4  things directly.
5      Q.  Did you ever get anything from Hope
6  Carter through someone else's hands?
7      A.  Yeah, the T-shirt, the Fairfield
8  T-shirt.  It was a teacher who gave me mine, but
9  he gave also to the other children.  But she was
10  there, she was there when they were distributing
11  it.
12     Q.  Was there anything else other than the
13  T-shirt that you believe came from Mrs. Carter?
14     A.  I don't know about anything else.  I
15  don't remember.
16     Q.  Did you believe Douglas when he told
17  the group of students that Father Carrier and
18  Ms. Carter helped to support the project?
19     A.  Yeah, he always talks about them
20  saying good things.
21     Q.  And you believed Douglas?
22     A.  Yeah, everything he said, that's what
23  we believed.
24     Q.  Do you believe Douglas was an honest
25  man when he ran the Village?

31 (Pages 118 to 121)

Confidential - Subject to Further Confidentiality Review

Page 122

1    A.  When he was administrating the
2  Village?
3    Q.  Correct.
4    A.  There are things -- I can say there
5  are things that he did, he's not a good person.
6    Q.  Is he an honest person?
7    A.  Well, he would always give things, if
8  you went to seek him he would always -- he would
9  give you things.  But after he did that to me, I
10  didn't think of him as a good person at all.
11  For me he was our father in there, in the
12  Village.  After that, I didn't think he was a
13  good person at all.
14    Q.  Today do you believe that Douglas was
15  an honest person back when he ran the Village?
16    MS. POLLOCK:  Objection.  Vague.
17  Asked and answered.
18    A.  What do you mean "honest"?
19  BY MR. KERRIGAN:
20    Q.  Tell the truth.  Someone who tells the
21  truth is honest.  Do you believe that Douglas
22  told the truth when he was running the Village
23  when you were there?
24    A.  There are things I'm not able to tell
25  you if he always told the truth.  I don't know.

Page 123

1    Q.  You don't know whether Douglas told
2  the truth or not when he was running the
3  Village, correct?
4    A.  I don't know anything about that.
5    Q.  Have you ever visited a house called
6  Bel Air?
7    A.  Yes, but it had already closed.
8    Q.  You visited Bel Air once after the
9  Village had closed, is that correct?
10    A.  Yes, yes.
11    Q.  Was there anyone there?
12    A.  Yes, there were people.
13    Q.  Who was there?
14    A.  Nicholas, and Jessica, Brittany, and
15  all the children of the Village, they invited
16  for the meeting.
17    Q.  What meeting?
18    A.  Nicholas was giving us strength, he
19  said "don't take paint thinners, don't fight."
20    Q.  Was there anything else said at the
21  meeting?
22    A.  I don't remember other things.
23    Q.  Who else was at the meeting at
24  Bel Air?
25    A.  Brittany and Jessica, I remember them,

Page 124

1  and Nicholas.
2    Q.  How many students from PPT were there?
3    A.  I don't really remember.
4    Q.  Was it in the day, or the night?
5    A.  Afternoon, 2:00 p.m..
6    Q.  Was this meeting held before or after
7  Douglas left PPT forever?
8    A.  After the Village closed.
9    Q.  Have you ever been to Bel Air at
10  night?
11    A.  Just the time when I went to Bel Air
12  for the meeting.
13    Q.  And that was an afternoon meeting,
14  correct?
15    A.  Yes.
16    Q.  Have you ever been to Bel Air at
17  night?
18    A.  No.
19    Q.  Do you know the name Met Robinson?
20    A.  Yes.
21    Q.  Who is Met Robinson?
22    A.  He was inside the Village with us.
23    Q.  What was his job in the Village?
24    A.  He's the one in charge of the
25  cashier's money, when we work for money and they

Page 125

1  give us 50 gourdes per week.
2    Q.  Did you work for money?
3    A.  Yes.
4    Q.  What did you do for money?
5    A.  I used to prepare the ground, sweep
6  tables, sweep the floor, and pick up the trash.
7    Q.  Did you do these chores all the time
8  while you were at the Village?
9    A.  Yeah, every week there was a group of
10  people.  It wasn't always the same people every
11  week.
12    Q.  Do you know -- oh, did Met Robinson
13  have any other jobs other than handling the
14  cash?
15    A.  I don't remember what other things he
16  used to do directly, besides what I told you.
17    Q.  Do you know the name Margarette
18  Joseph?
19    A.  I know her, but I didn't know her last
20  name.
21    Q.  Have you ever spoken to Margarette
22  Joseph?
23    A.  Yes, I used to speak with her when I
24  was in Rue 13 and Carenage, 13th Street and
25  Carenage.

32 (Pages 122 to 125)

Confidential - Subject to Further Confidentiality Review

Page 126

1      Q.  Did Margarette Joseph have any job at
2  the Village while you were there?
3      A.  No, I didn't see her working.  And she
4  didn't come often at the Village.
5      Q.  Have you ever spoken to Margarette
6  Joseph about your case against Douglas?
7      A.  I never saw her -- since the trial
8  started, I never met her.
9      Q.  Have you spoken to Margarette at any
10  time about how Douglas harmed you?
11      THE INTERPRETER:  How Douglas --
12      MR. KERRIGAN:  Harmed you.
13      A.  No.
14      Q.  Mr. Joseph, at any time while you were
15  at the Village before Douglas hurt you, did you
16  have any reason to fear Douglas?
17      A.  No.
18      Q.  Before Douglas hurt you, you never had
19  any suspicions that Douglas would hurt you, is
20  that correct?
21      A.  No, I never had doubts.
22      Q.  If you had had any fear or concerns
23  about Douglas hurting you, you would have been
24  able to tell that to somebody at the Village, is
25  that correct?

Page 127

1      A.  If I knew this would happen, I would
2  not have set a foot there.
3      Q.  And if you had any concerns about
4  Douglas, you could have raised them, or spoken
5  to the teachers at the Village about it, is that
6  correct?
7      A.  What would I tell the teacher?
8      Q.  If you had any fear about Douglas.
9      MS. POLLOCK:  Before or after the
10  meeting?
11      MR. KERRIGAN:  Before.
12      A.  If I had doubts about him?
13  BY MR. KERRIGAN:
14      Q.  Correct.
15      A.  I don't understand about doubts.
16      Q.  If you any fear of Douglas before he
17  abused you, would you have been able to tell
18  someone at the Village about your fear?
19      A.  I would not have been scared of him,
20  because only after he did that to me, I would
21  not have known that.
22      Q.  Before Douglas hurt you, Mr. Joseph,
23  you thought that the Village was a good, safe
24  place for you, is that correct?
25      A.  Before he did that to me?

Page 128

1      Q.  Correct.
2      A.  Yes.
3      Q.  And you were there almost every day of
4  the week for many years, correct?
5      A.  At this Village?
6      Q.  Correct.
7      A.  Yes.
8      Q.  Now, you claim in your case that
9  Douglas hurt you, is that correct?
10      A.  Yes.
11      Q.  Now I'm going to ask you, Mr. Joseph,
12  to tell us all in your own words what happened
13  to you, how it happened.  And take a minute to
14  think about it, and you want to give us all the
15  details that you can remember.  Okay?  And when
16  you're done, you tell us.
17      A.  Okay.
18      Q.  Just give Nathalie a chance to
19  translate for you, okay?
20      A.  Okay.
21      Q.  When you're ready, you go ahead.
22      A.  I'm not ready yet.
23      Q.  Take your time.
24      A.  I'm ready.
25      Q.  Why don't you start with your day

Page 129

1  before you encountered Douglas.  Tell us when
2  you arrived, where you arrived, what you were
3  doing.  Tell us everything that led up to the
4  harm.  Give the translator a chance now, and
5  she'll tell us.
6      A.  When school had started, it was around
7  8:30.  I went in, in the room, in the class.
8  When recess came, the bell rang, and we all went
9  to play basketball with my friends.  I was
10  playing and I fell, and I was bleeding.  And all
11  the kid were saying, "Brisma, you're hurt, take
12  off your pants so that your pants won't be
13  soiled."  And they said "go get bandage, go to
14  the office."
15      Q.  What happened next?
16      MS. POLLOCK:  For the record, you've
17  asked him to stop, right?
18      MR. KERRIGAN:  I've asked him to give
19  Nathalie a chance.
20      MS. POLLOCK:  I understand, just so it
21  don't look like he's just stopping.
22      A.  So what really happened, so I started
23  walking towards the office, administration.
24  Douglas was there.  He helped me.  I wiped my
25  leg.  While I was just standing there, he made

33 (Pages 126 to 129)

Confidential - Subject to Further Confidentiality Review

Page 130

1  me bend over the desk, and he was blind force on
2  me.  And I was fighting back, but he's stronger
3  than I am, I lost my strength.
4  BY MR. KERRIGAN:
5      Q.  What happened next?
6      A.  I didn't want.  I didn't want.  But he
7  applied all his strength, and I lost my
8  strength.  He pulled down my shorts, and then he
9  put his penis in my butt.  I didn't say
10  anything.  I couldn't say anything, he would
11  have thrown me out.  That's how it happened.
12      As I was leaving, I met a teacher,
13  met.
14      Q.  What happened next?
15      A.  I stumbled upon this master, this
16  professor, while I was coming out of the office,
17  but Douglas had already put a bandage and taken
18  care of my leg.  And I stumbled upon Mémé, and
19  said "Brisma, what are you doing here?"  I
20  didn't answer.  He said "Don't ever come here
21  when there's no one here."
22      School had started again.  I was -- I
23  had to go back in class.
24      Q.  What happened next?
25      A.  I went to class.

Page 131

1      Q.  Did you finish your day at the
2  Village?
3      A.  Yes, I stayed, but I spent a bad day
4  that day.
5      Q.  Did you stay until the end of the day
6  at 5 or 6:00 o'clock like usual?
7      A.  Yes.
8      Q.  Did you tell anybody about the harm
9  that day?
10      A.  No, I didn't have enough strength to
11  say that.  I didn't say that to anybody else.
12  They could have called me Douglas's woman,
13  girlfriend, that I'm a fag.  And if he had known
14  about it, he would have thrown me out.
15      Q.  Who would have thrown you out?
16      A.  Douglas.
17      Q.  Since the day you were hurt by
18  Douglas, Mr. Joseph, have you told anybody that
19  he hurt you?
20      A.  No.  Besides my lawyers, I never told
21  anyone else because I don't have any strength --
22  enough strength to tell other people about it.
23      Q.  When did you first tell your lawyers
24  that Douglas hurt you?  When?
25      MS. POLLOCK:  I'm going to object,

Page 132

1  Mike.  I don't know where you're going with this
2  line of questioning, but you're clearly
3  approaching -- you've already entered the
4  attorney/client privilege.
5      MR. KERRIGAN:  That's why I emphasized
6  the when.
7      MS. POLLOCK:  That really gets into
8  what he told us, right?
9      MR. KERRIGAN:  The question is just
10  when, though.
11      MS. POLLOCK:  Well, you're very close.
12      A.  I don't remember.  I went to see
13  Cyrus.  He was the first one I went to.
14  BY MR. KERRIGAN:
15      Q.  Was Cyrus Sibert the first person you
16  told about Douglas hurting you?
17      A.  Yes, first person.
18      Q.  When did you first tell Cyrus Sibert
19  that Doug had hurt you?
20      A.  I went to the Carenage Square just to
21  wash some cars and get a little bit of money to
22  get food.  I saw -- some of my friends were
23  sitting there on the square, so I said "hi," and
24  they said "hi," and I said "what's going on?"
25  And they said, "oh, this is something that has

Page 133

1  to do with the kids at the Village."  And so I
2  said "okay, I'm going to come sit and listen."
3      Q.  Is that when you went to go see Cyrus
4  Sibert?
5      A.  Yes, that's when I saw Cyrus.
6      Q.  When was that?
7      A.  At the same time.
8      Q.  What year was it?
9      A.  I don't remember, but it wasn't a long
10  time.  Two or three years.
11      Q.  Two or three years after Douglas hurt
12  you?
13      A.  No, after I went to Cyrus.
14      Q.  When did you go to see Cyrus the first
15  time?
16      A.  Once when I was in the back, I was at
17  the Carenage, I was looking to work and to wash
18  cars, then I saw my friends, and I saw them, I
19  said "hello."  And I recognized them because
20  they were like me in the Village, and we started
21  talking.  And I said "what's up, guys?  What's
22  going on?"  And he said "this is something
23  that's being done for -- that is in relation
24  with the Village, that concerns the Village."
25  Since I was a child of the Village, I sat down

34 (Pages 130 to 133)

Confidential - Subject to Further Confidentiality Review

Page 134

1  to hear.  And one after the other they went to
2  Cyrus, so I said "I'm going to Cyrus to explain
3  to him."
4      Q.  How long after Douglas hurt you did
5  you meet your friends at Carenage Square for
6  this meeting?  I just want to know when.
7      A.  I don't remember this.
8      Q.  Mr. Joseph, I'm going to ask you some
9  questions about the day when Douglas hurt you,
10 okay?
11     A.  Okay.
12     Q.  Was that the only time that Douglas
13 ever hurt you or abused you?
14     A.  Yes, just once.
15     Q.  Did anyone else other than Douglas
16 Perlitz ever sexually hurt you or abuse you?
17     A.  No.
18     Q.  When you were playing ball with your
19 friends, what were the names of your friends
20 that morning?
21     A.  When I was playing basketball?
22     Q.  Yes, with whom?
23     A.  Yeah, we were playing, there were
24 children from the Village, but I don't remember
25 their names.

Page 135

1      Q.  You were at the Village, is that
2  correct?
3      A.  Yes.
4      Q.  What office did you go into?
5      A.  Douglas's office --
6      Q.  Where is that?
7      A.  -- precisely.
8      Q.  Sorry.
9      A.  At the Village.
10     Q.  Where was the office inside the
11 Village?
12     A.  Inside, there's a number for the
13 house, there's House 3, 4, 5, but I forgot the
14 number of the house, the house number.
15     Q.  Why did you go to Douglas's office
16 when you were hurt?
17     A.  Well, yeah, he's the one I found there
18 to take care of my wound.
19     Q.  What part of your body was hurt?
20     A.  My knee.
21     Q.  Which knee?
22     A.  Right foot -- right leg.
23     Q.  Was it your knee?
24     A.  Yes, my knee.
25     Q.  Had you taken your pants off outside

Page 136

1  like your friends suggested before going into
2  the office?
3      A.  When I thought I had -- there was sand
4  sticking on my pants, so I took it off.  It was
5  large pants, and I had shorts under on me.  So I
6  went to care for the wound, for care for the
7  wound to the office.  When I got there, I had
8  blood on my leg, and I found Douglas there.  He
9  presented like he was going to help me, he was
10 going to help me and take care of my wound.  But
11 I had already wiped some blood from my leg.
12     Q.  Did you take your pants off outside
13 before going into the office?
14     A.  The big pants I had on, I had taken it
15 already off near the basketball field.
16     Q.  Was there anybody else in Douglas's
17 office when you went in there?
18     A.  No, just him.
19     Q.  Was there anyone else in the building
20 when you went into Douglas's office?
21     A.  No.  School was -- there was no
22 recess, school was ongoing and people were doing
23 their activities.
24     Q.  So there were other people in the
25 building, is that correct?

Page 137

1      A.  No, there was no one.
2      Q.  Just Douglas?
3      A.  Yes.
4      Q.  When you went into the office, what
5  did you say to Douglas?
6      A.  I didn't tell him anything.  When
7  Douglas appeared, he saw I was bleeding, he saw
8  the blood, and he pretended like he was going to
9  help me.
10     THE INTERPRETER:  He needs to take a
11 break.
12     MR. KERRIGAN:  Okay.
13     THE VIDEOGRAPHER:  Going off the
14 record.  The time is 3:38.
15     (Whereupon, a recess was taken.)
16     THE VIDEOGRAPHER:  Back on the record.
17 The time is 4:01.
18     MS. POLLOCK:  I'd like to just make a
19 statement for the record, that counsel had
20 questioned the Plaintiff earlier about a line of
21 questioning about who he had lunch with and who
22 he sat by at lunch, and there was an error in
23 translation that you may want to go back and
24 revisit with him.
25     MR. KERRIGAN:  Thank you.

35 (Pages 134 to 137)

Confidential - Subject to Further Confidentiality Review

Page 138

1  BY MR. KERRIGAN:
2      Q.  Mr. Joseph, we're back from a break,
3  and you are still under oath.  Do you understand
4  that?
5      A.  Yes.
6      Q.  I understand from your attorney that
7  you had a bit of headache, and we took a few
8  minutes to get you some aspirin, is that
9  correct?
10     A.  Yes.
11     Q.  And you're prepared to proceed now?
12     A.  Yes.
13     Q.  Okay.  Mr. Joseph, when you entered
14  the office where Douglas was on the day that he
15  hurt you, did he say anything on you?
16     A.  Before or --
17     Q.  Before.
18     A.  No.
19     Q.  So Douglas didn't say anything to you
20  before he hurt you?
21     A.  He gave me something to wipe my wound.
22  While I was wiping my wound, he did that to me.
23     Q.  What was Douglas wearing?
24     A.  I don't remember that.
25     Q.  Were you wearing a shirt?

Page 139

1      A.  Me?
2      Q.  Yes.
3      A.  I didn't have a shirt, I had a -- I
4  didn't have a T-shirt, I had a shirt, a uniform
5  shirt on.
6      Q.  You had a Village uniform shirt on?
7      A.  Yes.
8      Q.  Does Douglas's office have any
9  windows?
10     A.  Yes, it has.
11     Q.  How many?
12     A.  Just one.  It's always closed.
13     Q.  Was the window closed on the day that
14  Douglas hurt you?
15     A.  I didn't look at that.
16     Q.  Was there anything in Douglas's
17  office, any furniture, any desks, anything?
18     A.  Yes.
19     Q.  What was in Douglas's office that day?
20     A.  There was a table, a desk, that's it,
21  in the middle of the room, because the room is
22  not very big.  It was in the middle of the room,
23  of the office.
24     Q.  Was there anything else in the office
25  but furniture?

Page 140

1      A.  There were chairs.  I don't remember
2  how many.  There were pictures of children of
3  the Village when we were doing our First
4  Communion.  It was glued on the wall.
5      Q.  Were there any other pictures on the
6  wall?
7      A.  Pictures?
8      Q.  Yes.
9      A.  No.  I said there were pictures on the
10  wall, pictures of the kids for their First
11  Communion.
12     Q.  Other than the First Communion
13  pictures, were there any other pictures on the
14  walls?
15     A.  No, I don't remember this.
16     Q.  What color was Douglas's office?
17     A.  I don't remember the color.  I don't
18  remember the color.
19     Q.  How long was it from when you entered
20  the office until Douglas hurt you?
21     A.  How long until now?
22     Q.  No.  When you first walked into
23  Douglas's office on the day he hurt you, how
24  much time passed from when you walked into the
25  office until Douglas hurt you?

Page 141

1      A.  How much time went by?
2      Q.  Correct.
3      A.  I don't remember.
4      Q.  Did Douglas come up behind you?
5      A.  When?
6      Q.  Just before he harmed you.
7      A.  Yeah, he came behind me before.
8      Q.  When you were in the office, just
9  before Douglas hurt you, did you see him coming
10  towards you?
11     A.  No, I didn't hear.  While I was wiping
12  my leg, and he had already come close to me, and
13  he bent me over the desk and he was applying all
14  his force on me.
15     Q.  Did Douglas have his clothes on when
16  he did that?
17     A.  Yes.
18     Q.  At any time did Douglas take his
19  clothes off?
20     A.  No, I don't remember this.
21     Q.  Did you see Douglas naked at any time?
22     A.  No.
23     Q.  Did you see Douglas's penis at any
24  time?
25     A.  I don't remember if I saw it, because

36 (Pages 138 to 141)

Confidential - Subject to Further Confidentiality Review

Page 142

1    I was turning my back to him when he did that.
2        Q.  You indicated before that you tried to
3    resist, is that correct?
4        A.  Yeah, I was resisting, I didn't want.
5    But the more I resisted, the more he pushed, he
6    pushed me, put pressure on me, and he has more
7    strength than I do.  I didn't have enough
8    strength compared to his strength.  I didn't
9    want to.  But the more I didn't want to, the
10   more he pushed me.  He cornered me over the
11   desk, on the desk.
12       Q.  Did you yell out to anyone?
13       A.  No, I didn't call out.  I made a lot
14   of -- I tweaked on my face because it hurt me a
15   lot.
16       Q.  Why didn't you call out for help?
17       A.  He would have kicked me out right away
18   if I had made any noise.  He would have put me
19   out on the spot.  If I had known he would not
20   have -- would have put me out, then I would have
21   yelled to -- for someone to free me.  I didn't,
22   really didn't want, but he didn't give -- he
23   wouldn't have given me a chance, and would have
24   kicked me out.
25       Q.  Did Douglas tell you that he would

Page 143

1    kick you out if you said anything?
2        A.  No.  I thought that.  I had that
3    thought.
4        Q.  Why did you think that?
5        A.  Because I know that if I made some
6    noise everybody would come, and he would put me
7    out right away, he would kick me out right away.
8        Q.  Did you say anything to Douglas while
9    he was hurting you?
10       A.  No.  I was fighting with my body, and
11   the more I was fighting, trying to fight him
12   off, the more he would corner me to the table,
13   to the desk.
14       Q.  Did Douglas wear a condom?
15       A.  I don't remember this because I was
16   turning my back to him.
17       Q.  Did Douglas ejaculate?
18       A.  I was giving him my back, I don't
19   know.
20       Q.  How long did Douglas have his penis
21   inside you?
22       A.  I don't remember how long.  I couldn't
23   check.
24       Q.  Do you know if it was a few seconds,
25   or a few minutes?

Page 144

1        A.  I don't know how long, because I can't
2    be able to tell you.  At that time I was a
3    child.
4        Q.  How old were you at the time?
5        A.  I don't remember.  I wasn't 18, I
6    didn't turn 18 yet.  15 to 16.
7        Q.  In your answers, Mr. Joseph, you
8    indicate you were 17 years old when the abuse
9    occurred, is that correct?
10       A.  I don't remember.  I don't remember.
11       Q.  In your Complaint, you indicate that
12   you were 17 years old when the abuse occurred.
13       MS. POLLOCK:  Look at the Complaint.
14   What paragraph.
15       MR. KERRIGAN:  99.
16       THE INTERPRETER:  Could I have the
17   Creole?
18       MS. POLLOCK:  We don't have it in
19   Creole.
20   BY MR. KERRIGAN:
21       Q.  Do you believe you were 17 when
22   Douglas abused you?
23       A.  I could have been 17, but because when
24   that happened I wasn't 18 at all.
25       Q.  Did the abuse last for ten minutes?

Page 145

1        A.  I don't remember how long it last.
2        Q.  Do you know if the abuse lasted for
3    five minutes?
4        A.  I don't remember at all.  I wasn't
5    thinking about that.
6        Q.  So you have no idea of the time at
7    all, correct?
8        A.  No, I don't have an idea of that.
9        Q.  After the abuse occurred, Mr. Joseph,
10   did Douglas say anything to you?
11       A.  I don't remember what he told me.  I
12   don't remember.
13       Q.  Did somebody take your shorts off
14   before the abuse?
15       A.  Someone?
16       Q.  Did either you or Douglas take off
17   your shorts?
18       A.  Did I take it off before?
19       Q.  No.  I would like to know if your
20   shorts were taken off before Douglas hurt you.
21       A.  If I took my shorts off completely?
22       Q.  Were your shorts on or off when
23   Douglas hurt you?
24       MS. POLLOCK:  Objection.  Vague.
25       Do you mean completely off?  That's

37 (Pages 142 to 145)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 146

1    what he's --
2         MR. KERRIGAN: Okay. Let's see how he
3    answers this one and see if it doesn't clarify.
4         A. When he was doing this, when he was
5    going to do?
6    BY MR. KERRIGAN:
7         Q. Yes.
8         A. Yeah, it was only because I took off
9    my big pants.
10        Q. When Douglas was hurting you, did you
11   have your shorts pulled up to your waist or your
12   knees, or maybe your ankles?
13        A. It was on me.
14        Q. How could Douglas put his penis into
15   your rectum if you had your shorts on?
16        A. He was applying strength on me, and I
17   had the shorts on. He applied even more
18   pressure. I had taken my pants, the big pants
19   off. I still didn't want to, but I didn't have
20   enough strength. And I didn't make any noise.
21   He would kick me out. I was turning my back to
22   him, that's when he pulled my shorts down, while
23   I was wiping my wound.
24        Q. So Douglas pulled your shorts down, is
25   that correct?

Page 147

1         A. Yes. Yes.
2         Q. After the abuse occurred, Mr. Joseph,
3    how long did you stay in the office?
4         A. After he did that to me, he took care
5    of my wound and I went back to class. I went to
6    get my pants on the portion of the wall of the
7    school, I took my pants, and then went to class.
8         Q. And Douglas didn't say anything to you
9    in the office after he had harmed you?
10        A. No. I wasn't -- he didn't say
11   anything. I was crying.
12        Q. Now, you said that you stumbled onto
13   Mémé outside the office after the abuse,
14   correct?
15        A. Yes. As soon as I went out the door,
16   I stumbled upon Mémé, upon him.
17        Q. And what specifically did Mémé tell
18   you?
19        A. He said "Brisma, what are you doing?
20   What did you do?" He said "don't ever come here
21   when you're on your own." I didn't say
22   anything. I continued my -- I continued
23   walking, and I left.
24        Q. Were you bleeding from your buttocks
25   at any time, or from your rectum?

Page 148

1         A. No, I didn't. But it hurt a lot.
2         Q. What do you believe Mémé meant when he
3    told you not to come to the office by yourself?
4         A. Maybe he was aware of what could have
5    happened to me, that's what I think, and maybe
6    he knew things.
7         Q. Did Mémé ever tell you that he knew
8    that Douglas was abusing other people?
9         A. No, he never told me that.
10        Q. Now, Mr. Joseph, did you ever speak to
11   Douglas at any time after the abuse about the
12   abuse?
13        THE INTERPRETER: Can you repeat the
14   question, please?
15   BY MR. KERRIGAN:
16        Q. Did you ever speak to Douglas at any
17   time after the abuse about the abuse?
18        A. No, I haven't talked to him.
19        Q. Mr. Joseph, did Douglas ever give you
20   anything of value, like sneakers, in exchange
21   for sex?
22        A. No, I never got anything like that.
23   When I got something, it was when they were
24   distributing to all the children, and I got
25   mine. But he never gave me things special on

Page 149

1    the side.
2         Q. So Douglas never gave you anything of
3    value in exchange for sex, correct?
4         MS. POLLOCK: Objection.
5    Mischaracterizes the witness's testimony.
6         A. No.
7    BY MR. KERRIGAN:
8         Q. Was my statement correct, Mr. Joseph?
9         MS. POLLOCK: Same objection.
10   BY MR. KERRIGAN:
11        Q. Did you understand my question?
12        A. What question?
13        Q. Okay. I'll ask it again just to be
14   clear.
15        Douglas never gave you anything of
16   value in exchange for sex, is that correct?
17        MS. POLLOCK: Objection. Vague.
18        A. No, he never gave me anything. I
19   don't think he would have given me anything for
20   that, because I would never have accepted.
21   BY MR. KERRIGAN:
22        Q. Did Douglas ever tell you that you
23   would suffer monetary or financial harm if you
24   didn't have sex with him?
25        THE INTERPRETER: Monetary or --

38 (Pages 146 to 149)

Confidential - Subject to Further Confidentiality Review

Page 150

1         MR. KERRIGAN: Financial.
2     A.   I didn't say anything. He said if I
3  talked he would kick me out. That really made
4  me -- scared me a lot. I didn't say anything.
5  And I saw that everything that happened and all
6  -- and I hadn't said anything and he still kick
7  me out. Maybe he had come to hear something.
8  That really hurt me a lot. I said if I told
9  anyone else he would kick me out.
10 BY MR. KERRIGAN:
11    Q.   When did Douglas tell you that?
12    A.   One time. I don't remember. But
13 after he did that to me.
14    Q.   It was after the abuse?
15    A.   Yes.
16    Q.   Was it before the Village closed, or
17 after the Village closed?
18    A.   Before that.
19    Q.   Did Douglas ever touch your penis?
20    A.   No.
21    Q.   Did Douglas ever touch your testicles?
22    A.   Yes.
23    Q.   When?
24    A.   At the time when he was taking the
25 shorts off from me.

Page 151

1     Q.   How did he touch your testicles?
2     A.   Well, he took the shorts -- he pulled
3  the shorts down. He was applying strength on
4  me, and his hand fell on my penis.
5     Q.   On your penis, or your testicles?
6     A.   On the balls.
7     Q.   Did Douglas ever fondle your
8  testicles?
9     A.   While he was taking the shorts,
10 pulling the shorts down, and he was bending me
11 over the desk, his hand fell on my penis.
12    Q.   On your penis or your testicles,
13 Mr. Joseph?
14    A.   On the balls.
15    Q.   Now, Mr. Joseph, the abuse occurred
16 about four to five months before the Village
17 closed, is that correct?
18         MS. POLLOCK: Objection. Asked and
19 answered.
20 BY MR. KERRIGAN:
21    Q.   That's what you said earlier in the
22 deposition, is that correct?
23    A.   Four to five months?
24    Q.   Yes.
25    A.   I don't remember.

Page 152

1     Q.   You said earlier that the Village
2  closed four to five months after the abuse.
3         MS. POLLOCK: Objection.
4  Mischaracterizes the witness's testimony.
5  BY MR. KERRIGAN:
6     Q.   Are you now saying that you don't
7  remember?
8     A.   That could have happened. Maybe I
9  have said that, but I don't remember.
10    Q.   As you sit here today, do you know how
11 much time passed between when Douglas hurt you
12 and the Village closed?
13         MS. POLLOCK: Objection. Asked and
14 answered.
15    A.   I can't do this reasoning. I don't
16 remember.
17 BY MR. KERRIGAN:
18    Q.   After Douglas hurt you, did you remain
19 a student at the Village?
20    A.   Yes, I continued going.
21    Q.   How much longer were you a student at
22 PPT after the abuse?
23    A.   I don't remember.
24    Q.   Did you seek any medical help for any
25 injury that you sustained from Douglas?

Page 153

1     A.   The wound he cared for?
2     Q.   No.
3         When Douglas abused you, you said that
4  it was painful, correct?
5     A.   Yes.
6     Q.   Did you seek medical help for that
7  pain?
8         MS. POLLOCK: From Douglas?
9         MR. KERRIGAN: From anyone.
10        MS. POLLOCK: This is confusing.
11 Sorry.
12    A.   I didn't try to find anything. I
13 didn't have the right inside the Village for
14 this. Everything, everything you do for
15 yourself, you have to go through them.
16 BY MR. KERRIGAN:
17    Q.   How about outside the Village, did you
18 ever seek medical care outside the Village?
19    A.   What do you mean "outside"?
20    Q.   At the Justinien Hospital, or some
21 other hospital?
22    A.   No.
23    Q.   Was your body hurt by the abuse that
24 Douglas gave you?
25    A.   There were a few weeks when my butt,

39 (Pages 150 to 153)

Page 154

1  my bottom hurt.  I couldn't sit, I couldn't
2  walk.
3      Q.  During those few weeks, did you ever
4  seek any kind of medical care for your bottom?
5      A.  No, I was suffering silently.
6      Q.  Would anyone have seen you suffering?
7      A.  No, I didn't let anyone know, because
8  I knew, I felt if people knew they would tease
9  me.
10      Q.  Tease you in what way?
11      A.  They would have called me Douglas's
12  woman, fag.  They would have tried to find out
13  how that is, how that happened.
14      Q.  And you did not want to be called a
15  fag?
16      A.  Yes.
17      Q.  Why not?
18      A.  If somebody calls me that, I'm not
19  going to be well at all, because I know guys are
20  not supposed to do that.
21      Q.  Where did you learn that guys are not
22  supposed to do that?
23      A.  Yeah, they're always talking about
24  that in the bible, and I know that this is not
25  good.

Page 155

1      Q.  Do you believe it's wrong to be gay?
2      A.  It's not good at all.  It's not good.
3      Q.  Why not?
4      A.  It's not good.  It shouldn't be
5  happening.  It shouldn't be done.
6      Q.  Do you believe it's a sin to be gay?
7      A.  It's a big sin.
8      Q.  Was any other part of your body,
9  Mr. Joseph, hurt by Mr. Douglas?
10      A.  No.
11      Q.  Did your bottom heal within several
12  weeks of the abuse?
13      A.  It wasn't the same way as before.
14  From time to time I feel so-so.
15      Q.  What do you feel from time to time?
16      A.  It used to hurt.  It hurts less.  I
17  wasn't able to sit.  I would sit on one side.
18  But I started sitting correctly, and I see that
19  it's starting -- the pain is fading away a bit.
20      Q.  Are you saying you still have pain in
21  your bottom even now?
22      A.  I don't think so.  I don't suspect so.
23      Q.  So you have no more pain in your
24  bottom, correct?
25      A.  No, I don't suspect that.

Page 156

1      Q.  How about any other part of your mind
2  or body, do you believe that you have any other
3  harm that was caused by Douglas?
4      A.  When he did that to me I didn't feel
5  well at all.  And also, plus the fact that I
6  lost the Village, and I couldn't find work
7  anywhere because of what he did to me.
8      Q.  Why do you believe you couldn't find
9  work because of what Douglas did to you?
10      A.  Because every time they recognize that
11  I was a child from the Village, whether I did it
12  or did not do it, whether that person did or
13  didn't do anything, they would say this is
14  Douglas's woman, girlfriend.  They just
15  recognize you as a child from the Village, they
16  say that then.  Although I didn't tell anyone.
17  This is like a knife striking me in the heart
18  every time I hear that.
19          When I do find work, they agree to
20  give it to me.  When I come back, depending on
21  what they heard from the other people, they say
22  we're not accepting you anymore because you're a
23  fag, you're going to spoil the other people.
24  That's why I think I'm damaged, and I can't
25  succeed in doing anything in my life.

Page 157

1      Q.  Now, Mr. Joseph, you said, I believe,
2  that anybody who went to the Village, whether
3  they were abused or not, is considered to be a
4  fag to people in Haiti, is that correct?
5          MS. POLLOCK:  Objection.
6  Mischaracterizes the witness's testimony.
7      A.  Yes.
8  BY MR. KERRIGAN:
9      Q.  Is that true of --
10      A.  As they don't need to know if you were
11  abused or not, if you were in there.  And if it
12  really happened to you, that's even worse.
13      Q.  So you believe that anyone who went to
14  the Village will have trouble finding a job in
15  Haiti, is that correct?
16      A.  Yes.
17      Q.  It doesn't matter whether you were
18  abused or not?
19      A.  Yes, as long as you were inside the
20  Village.
21      Q.  And how would an employer know that
22  you were at the Village at some point?
23      A.  When they go to ask for work, if they
24  don't recognize us they say yes.  Then we leave,
25  then there are other people who do recognize us

Confidential - Subject to Further Confidentiality Review

Page 158

1   who know this, and they say "oh, yeah, this guy,
2   he's a fag." In Blue Hills everybody knows you.
3   At PPT, they know all of us at PPT, they say
4   "oh, that's a child from the Village."
5       Q.  Is there a lot of unemployment in
6   Haiti, Mr. Joseph?
7       A.  A lot of people are not working in
8   Haiti.
9       Q.  So a lot of people have difficulty
10  getting jobs who didn't go to the Village, isn't
11  that right?
12      A.  I don't know anything about that.
13      Q.  Were you hurt in any other way by
14  Douglas, whether to your body or to your mind?
15      A.  Yes, in my mind.
16      Q.  How?
17      A.  I was thinking that everything -- I
18  can't succeed in anything.  I tried to do an
19  exam four times, I never succeeded.  I'm not
20  good.  I felt like throwing myself under a car.
21  I can't find food.  And in class I always think
22  about what happened.  And also the Village that
23  I lost.  Sometimes I walk, and I used to -- and
24  I became clean, and now I go back to the
25  situation that I had left behind.  I've never

Page 159

1   felt good even one day.
2       Q.  Is there any other ways in which your
3   mind has been harmed?
4       A.  Yes, especially in the area, you can't
5   do any cleaning work, can't talk to people, they
6   call you fag, especially in the area where I am,
7   girls and boys, every little boy that was in the
8   Village.  So that even sticks to me, even
9   heavier load on me.
10          (Interpreters speaking.)
11      A.  I can't have any girlfriends.
12      Q.  Why not?
13      A.  Because of what happened to me.
14      Q.  What prevents you from getting a
15  girlfriend?
16      A.  Because I don't have any means.  I
17  don't want things to happen to me, because I
18  have reached a certain level, I don't want this
19  misery to happen to my child.  It's not easy for
20  me to talk to people, to talk to girls,
21  especially in Blue Hills since this spread
22  throughout the place, the area, this rumor
23  spread throughout the area.
24      Q.  And again, Mr. Joseph, the rumor
25  affects everybody who went to the Village, not

Page 160

1   just people who were abused, correct?
2       A.  I can't tell you, but this affects
3   everybody, whether abused or not, as soon as you
4   were in the Village.
5       Q.  Have you tried getting work or getting
6   girlfriends outside of Blue Hills?
7       A.  Outside of Blue Hills?  No, I'm not in
8   these things.  My heart is not in a happy place.
9   I don't want to have girlfriend.
10      Q.  Have you tried to seek work outside of
11  Blue Hills or Cap-Haïtien?
12      A.  Yeah.
13      Q.  Where?
14      A.  Sometimes I go to baker to wash cars.
15      Q.  What is baker?
16          (Interpreters talking.)
17      A.  Bakery.
18      Q.  Oh, the bakery.
19      A.  Sorry.  Bakery.
20      Q.  Is the bakery a place where a lot of
21  former PPT students gather?
22      A.  No.  The baker where they do bread.
23  The bakery where they do bread.
24      Q.  What city is that in?
25      A.  Sometimes I go to Blue Hills,

Page 161

1   sometimes I go to city, because I looked -- I
2   went to look for work in two bakeries already,
3   one in Blue Hills and one in the city.
4       Q.  How many times have you tried to get
5   work with any employer?
6       A.  I can't count.  I always try to find
7   work.  But, for example, when I wash a car, and
8   I go to get the money, I say you can pay me how
9   much you want, but then he recognize me as a
10  child from the Village, and then he gives me the
11  money, and he said "oh, don't worry about that,
12  you fag," and he hits me in my head and said
13  "you fag."  Everybody looks at me.  I give back
14  his money.  I don't feel well at all.
15          (Interpreters talking.)
16          THE INTERPRETER:  I'm going to repeat.
17      A.  I was looking for work and I found a
18  car, I found a car, and I was working behind the
19  car.  When it was time to get the money, so I
20  asked for my money, there was a person.  When I
21  came up to that person he didn't want to give me
22  money.  He recognized that I was a child from
23  the Village.  I said "give me the money."  He
24  said "oh, can't you wait for me?"  And I said
25  "oh, give me the money you want.  I'm going to

41 (Pages 158 to 161)

Confidential - Subject to Further Confidentiality Review

Page 162

1    show it, show you." He said "you fag." I said
2    nothing. I didn't say anything. He gave me the
3    money, and then he give me -- hit me in the head
4    and said "you fag." And everybody in the car
5    was looking at me. I was really ashamed. And I
6    didn't spend the day with the driver, I just
7    gave him back his money.
8    BY MR. KERRIGAN:
9        Q. Mr. Joseph, have you ever tried to get
10   help for the problems you believe you have with
11   your mind that were caused by Douglas's abuse?
12       A. No, I didn't try to get any
13   assistance.
14       Q. Why not?
15       A. I didn't look for help at all.
16       Q. Why?
17       A. It's always -- with Haitians you tell
18   them something in confidence, and they take your
19   confidence and spread it around, and they will
20   call me names. I didn't want that, so I didn't
21   try to talk to them. It wouldn't do anything
22   for me anyway, and they would be calling me
23   names.
24           MS. POLLOCK: Mike, it's been an hour,
25   do you want to take a break?

Page 163

1            MR. KERRIGAN: Sure. Do you want to
2    take one?
3            MS. POLLOCK: Sure.
4            THE VIDEOGRAPHER: Going off the
5    record. The time is 5:04.
6            (Whereupon, a recess was taken.)
7            THE VIDEOGRAPHER: Back on the record.
8    The time is 5:18.
9    BY MR. KERRIGAN:
10       Q. Mr. Joseph, we're back from a break,
11   and you are still under oath. Do you
12   understand?
13       A. Yes.
14       Q. Mr. Joseph, if you were able to get
15   help for your mind, would you seek that help?
16       A. Yes -- no. Assistance for my mind to
17   be at peace?
18       Q. Correct.
19       A. Well, yeah.
20       Q. Is there anyone at the Justinien
21   Hospital, or any other medical provider, who
22   could help you with your mind?
23       A. In this manner, in this way, in this
24   meaning, I don't think the hospital could do
25   anything for me --

Page 164

1        Q. Have you asked --
2        A. -- what I have in my mind.
3        Q. Have you asked anyone at the hospital
4    or any medical person to help you with your
5    mind?
6        A. No, I didn't talk to people about it.
7        Q. Mr. Joseph, after the Village closed,
8    you went on to other schools, didn't you?
9        A. No, I stayed at the Village.
10           After the Village closed?
11       Q. Yes.
12       A. Yes. Yes.
13       Q. Where did you go to school after the
14   Village closed?
15       A. National School of Blue Hills.
16       Q. And at the National School of Blue
17   Hills, you were able to complete the fourth
18   grade, is that correct?
19       A. Yes.
20       Q. You were able to complete the fifth
21   grade, is that correct?
22       A. Yes. I got to the sixth class.
23       Q. Did you complete the sixth grade
24   class?
25       A. Yeah, I did. Well, no, we were 35 of

Page 165

1    us who went to do the test, and I'm the only
2    one -- we were 35, and I'm the only one who
3    failed.
4        Q. Those who passed the sixth grade test,
5    would they go on to other schooling?
6        A. Yes. There was no primary school in
7    the school.
8        Q. Did those who passed the sixth grade
9    test go on to another school?
10       A. Yes.
11       Q. What school?
12       A. I don't know, but they went to another
13   school. They didn't stay in that school.
14       Q. Now, you went on to another school as
15   well after the National School of Blue Hills,
16   correct?
17       A. Yeah, when I didn't -- when I failed,
18   I left that school and went to Port-au-Prince.
19       Q. What school did you go to in
20   Port-au-Prince?
21       A. Paraguay in Carrefour Feuille.
22   C-A-R-R-E-F-O-U-R, F-E-U-I-L-L-E.
23       Q. And what grade did you get up to at
24   the Paraguay school?
25       A. I repeated the sixth year, because I

42 (Pages 162 to 165)

Confidential - Subject to Further Confidentiality Review

Page 166

1   wasn't good.
2       Q.  Did you pass the sixth grade exam?
3       A.  I failed it.
4       Q.  Have you been to any other schools
5   after the Paraguay school?
6       A.  No, I always stayed there.
7       Q.  Have you had any other schools since
8   the Paraguay school?
9       A.  No.
10      Q.  Why not?
11      A.  I didn't have any means, and I was
12  discouraged.  It's only this year I passed the
13  exam.  I succeeded in Paraguay school this year,
14  and also Paraguay was less expensive.
15      Q.  Did you pass the sixth grade exam this
16  year, Mr. Joseph?
17      A.  Yes.
18      Q.  Congratulations.
19          Where do you go from here in school?
20      A.  No, I'm not going to continue.  I
21  don't have the means.  I'm stopping here.
22      Q.  You were able to work hard and get
23  through the sixth grade exam?
24      A.  Yes, I worked hard, hard, hard.
25      Q.  Did you study hard?

Page 167

1       A.  Yes.
2       Q.  If you had the money, would you go on
3   to further schooling?
4       A.  Yes, I would continue to go.
5       Q.  So it's a matter of money?
6       A.  Yes, I don't have money.  I have no
7   one to help me.
8       Q.  Did any of your brothers and sisters,
9   Mr. Joseph, go up to the sixth grade in school?
10      A.  Yes.  My little brother is attending
11  the eighth class.
12      Q.  Are any of your other brothers and
13  sisters in school beyond sixth grade?
14      A.  No.
15      Q.  Do you have any friends who have gone
16  past the sixth grade?
17      A.  Yes, I have friends who finished, I
18  was in school with them, and now they're in
19  eighth grade, and others are in tenth grade, and
20  some are in fourth grade.
21      Q.  What is the highest grade that a
22  student can get to?
23      A.  Twelfth grade.
24      Q.  Mr. Joseph, have you ever heard of the
25  Society of Jesus of New England?

Page 168

1       A.  Society of Jesus, I don't recall that.
2       Q.  Have you ever heard that name before,
3   Society of Jesus of New England?
4       A.  I don't know.  If we're talking about
5   Jesuits, yes.  But if not, no.
6       Q.  Have you heard of the Jesuits before?
7       A.  Yeah, because Father Paul is a Jesuit,
8   and Sylvester also is a part of that.
9       Q.  Other than the fact that Father
10  Carrier is a Jesuit and Sylvester Tan is a
11  Jesuit, do you know anything else about the
12  Jesuits?
13      A.  No, I don't know anything.
14      Q.  Now, Mr. Joseph, you had started to
15  tell me earlier about a meeting that you had
16  with some former PPT students at -- I believe,
17  was it Carenage Square?
18      A.  Yes.
19      Q.  And you don't recall when that meeting
20  was?
21      A.  I don't remember.
22      Q.  Was it after you passed the sixth
23  grade exam, or before you passed the sixth grade
24  exam?
25      A.  At that time I failed the exam.

Page 169

1       Q.  So it was before you passed the exam?
2       A.  Yes.
3       Q.  And why was it you met with the former
4   PPT students at Carenage Square?
5       A.  Well, I was looking for work, small
6   jobs, you know, like washing cars.  That's the
7   place where I found majority of my jobs, get a
8   little bit of money to eat.  I found my friends,
9   I came up to them, I recognized them, I said
10  "how are you doing?"  And they told me that
11  something is happening here about the Village.
12  Since I was a child of the Village, I sat down.
13  That's why I met them, I met people.
14      Q.  Who was at that meeting?
15      A.  Children of the Village.  I don't
16  remember their names.  Not all of them, just
17  some of them.
18      Q.  How many?
19      A.  I don't remember how many.
20      Q.  You said earlier that one by one these
21  former students went to go see Cyrus Sibert?
22      A.  They were forming a line.  Cyrus might
23  be where Mitch was.  And the children, the line
24  started from there all the way here.  Oh, he put
25  them aside at a certain distance so they

43 (Pages 166 to 169)

Confidential - Subject to Further Confidentiality Review

Page 170

1  wouldn't hear.
2       Q.  So there was a line of former PPT
3  students, and they were lining up to talk to
4  Cyrus Sibert?
5       A.  Until the time we got to Cyrus.
6       Q.  Did anyone tell you that you should
7  put in your name so that you could bring a case
8  against Douglas?
9       A.  No, I didn't talk to anyone about
10  that.
11      Q.  Did anyone ever ask you to put your
12  name on a list?
13      A.  Except for my lawyers, I didn't
14  speak -- tell anybody about it.
15      Q.  About the abuse?
16      A.  No, I didn't find anyone for that.
17      Q.  Did you speak to Cyrus after waiting
18  in line to speak with him?
19      A.  Yeah, I spoke to him.
20      Q.  And what did you tell him?
21      A.  When I came up to him, I said "hello."
22  He said "what do you want?"  I said "I'm just
23  sitting here, I saw all my friends sitting here,
24  and I just sat here to see what was being said."
25  He said there was something being done about the

Page 171

1  Village, "if you have -- you want to tell your
2  truth, you can tell your truth.  Don't lie, just
3  tell the truth."  You have to tell him what
4  went -- what happened.
5       Q.  Did Sibert mention Douglas?
6       A.  No, he didn't talk to me about
7  Douglas.  He asked me one question about him,
8  "as a child in the Village, did you know about
9  Douglas?  Do you recognize Douglas?"  I said
10  "yes."  When I said that, "did he do sex with
11  you, sexual relations with you?  If that
12  happened, say the truth, don't lie.  If he
13  didn't do that to you, just leave."
14      Q.  What did you tell Sibert?
15      A.  "I have to tell you, it was hard for
16  me to tell this to you if I don't really know
17  you."  He said "I'm a journalist," now I can
18  talk to him.  Although I didn't feel good
19  telling him, I still told him, I took it upon
20  myself to tell him and tell him the truth.
21  That's how I met him.  That's how he knew that
22  something like that happened to me.
23      Q.  What did you think that Cyrus was
24  going to do for you?
25      A.  I don't understand.  He said to give

Page 172

1  him his phone number and he will call me.  But
2  he didn't tell me anything.
3       Q.  And you told Cyrus about the abuse
4  right there?
5       A.  Yes.
6       Q.  Mr. Joseph, before you were abused by
7  Douglas, had you ever heard of Cyrus Sibert?
8       A.  I don't know him.  I had never heard
9  of him.
10      Q.  You never heard him on the radio
11  before you were abused?
12      A.  No.  I don't have a radio.
13      Q.  Before you were abused, did you ever
14  see writing on the wall at the Village?
15      A.  My eyes never saw that.
16      Q.  Did you ever see any writing on the
17  wall about Douglas?
18      A.  No.
19      Q.  Did you ever see any kind of writing
20  or graffiti about Douglas and his abuse of PPT
21  boys at any time?
22      THE INTERPRETER:  Can you repeat the
23  question, please?
24  BY MR. KERRIGAN:
25      Q.  Did you ever see any writings or

Page 173

1  graffiti about Douglas abusing PPT boys at any
2  time?
3       A.  I never saw that.
4       Q.  After you spoke with Cyrus Sibert
5  about the abuse, did anyone contact you about
6  your discussion with Cyrus?
7       MS. POLLOCK:  I'm going to object and
8  instruct the witness not to disclose any
9  conversations that you had with your attorneys.
10      Interpreter, can you please interpret
11  that?
12      THE INTERPRETER:  I'm sorry, can you
13  repeat your objection?
14      MS. POLLOCK:  I'm objecting, and
15  instructing the witness not to disclose any
16  conversations that he's had with his attorneys.
17      A.  Okay.
18      THE INTERPRETER:  Can you repeat the
19  question?
20      MR. KERRIGAN:  Sure.
21      THE INTERPRETER:  I have it.
22      A.  I gave him my phone number.  It was my
23  little aunt's phone number.  Cyrus did call.
24  And Cyrus said "Brisma, you will get a phone
25  call."  I said "who is it going to be?"  He said

44 (Pages 170 to 173)

Confidential - Subject to Further Confidentiality Review

Page 174

```
 1    "just let the person call you, talk, tell the
 2    truth, and you will know who it is."  And really
 3    indeed, I received an international phone call.
 4         MR. KERRIGAN:  Is that the end?
 5         THE INTERPRETER:  Yes.
 6    BY MR. KERRIGAN:
 7         Q.  Was the international phone call from
 8    a lawyer?
 9         A.  Yes.
10         Q.  What was the lawyer's name?
11         A.  He presented himself as Mitch's --
12    Mitch -- lawyer Mitch.
13         Q.  In your answer to the questions that
14    we looked at earlier, Mr. Joseph, on answer
15    Number 12, it says that you retained counsel in
16    approximately August of 2013.  Is that correct?
17         A.  I can't recall the date.
18         Q.  Do you have any reason to doubt your
19    answer to Number 12?
20         A.  No, I don't have doubts.  But I might
21    not recall in which year that happened.
22         Q.  Did you hire the attorney, Mitch, as
23    your attorney?
24         MS. POLLOCK:  I'm going to instruct
25    the witness this answer should only be answered
```

Page 175

```
 1    yes or no.
 2         A.  Yes.
 3    BY MR. KERRIGAN:
 4         Q.  Do you know when that was?
 5         A.  I don't remember when.
 6         Q.  Do you know the name Jean Gary?
 7         A.  Yes, I've heard about that person,
 8    because that person was at the Village.
 9         Q.  Do you know anything else about Jean
10    Gary, other than that he was at the Village?
11         A.  I don't know anything about him.
12         Q.  Did Jean Gary ever talk to you about
13    your case or any case about Douglas?
14         A.  No, I didn't speak about that.  I've
15    never seen -- I don't seen Jean Gary.
16         Q.  Do you know the name Schoubert
17    Hedouville?
18         A.  Yes, strikes -- rings a bell.  He was
19    at the Village.
20         Q.  Do you know anything else about
21    Schoubert Hedouville, other than he was at the
22    Village?
23         A.  No.
24         Q.  Do you know the name Frisnel Jean?
25         A.  I don't remember that name.
```

Page 176

```
 1         Q.  Do you know the name Rodlin Rodney
 2    Romeus?
 3         A.  I know the name Rodney, but I don't
 4    know his last name.
 5         Q.  And what do you mean about Rodney?
 6         A.  He was -- he went through Rue 13 and
 7    Carenage, and he went to the Village also, but
 8    he wasn't at the school at the Village.
 9         Q.  Do you know anything else about
10    Rodney?
11         A.  No.
12         Q.  Mr. Joseph, when you hired Mitchell as
13    your lawyer, were you aware that there were
14    other PPT students who had got money through
15    cases against Doug Perlitz?
16         A.  No, I didn't know.  Only very -- a
17    long time after that.
18         Q.  When you hired Mitchell as your
19    attorney, were you aware that any cases had been
20    brought against Douglas?
21         A.  No, I didn't know that.
22         Q.  Before you hired Mitchell as your
23    attorney, had you seen any PPT student driving
24    fancy cars, or buying nice things for
25    themselves?
```

Page 177

```
 1         A.  It's only when I was deep in the case,
 2    I had come from Port-au-Prince to come sign
 3    papers, and then I heard people talk about the
 4    guys.  But that was a long time afterwards.
 5         Q.  A long time after you hired Mitch?
 6         A.  Yes.
 7         Q.  Did you ever get any money from Cyrus
 8    Sibert?
 9         A.  Yes, that happened, but not often.
10         Q.  When was the first time you got money
11    from Cyrus?
12         A.  I remember they gave me before the
13    first paper -- they sent the first papers for me
14    to sign, he gave me 100 gourdes to pay a car.
15    One other time so I could leave Port-au-Prince
16    and come here.  And he knew I didn't have
17    anybody to help me, so he gave me 1,000 gourdes
18    so I could go back to Port-au-Prince.  He knew I
19    didn't have my mother then here, or anyone to
20    help me here.
21         Q.  Did he give you 100 gourdes or 1,000
22    gourdes?
23         A.  100 gourdes the first time.
24         Q.  When was that?
25         A.  The first time when I just met him
```

45 (Pages 174 to 177)

Confidential - Subject to Further Confidentiality Review

Page 178

1    when I said -- when I met the kids in Carenage
2    and I was looking for a way to talk to him, I
3    sat down.
4        Q.  And Cyrus gave you 100 gourdes after
5    you told --
6        A.  To pay a car, for a car.
7        Q.  What was the car for?
8        A.  Probably transportation car so I could
9    go back home.
10       Q.  Home to Blue Hills?
11       A.  Yes, so I could go back to Blue Hills.
12       Q.  Why would he give you that money?
13       A.  We didn't ask.  He gave it to us.  He
14   said so we could pay a car to leave.
15       Q.  And then on another occasion, you said
16   that Cyrus gave you 1,000 gourdes to get
17   transportation so you could sign some documents
18   for your case, is that correct?
19       A.  Yes.
20       Q.  Where were you going, from
21   Port-au-Prince to where?
22       A.  I was at Port-au-Prince.  While I was
23   in Port-au-Prince I went to Cap-Haïtien just to
24   sign.  He said "come, there's a document you
25   have to sign."  I signed the paper.  He gave me

Page 179

1    1,000 gourdes so I could sign the paper and go
2    back, so I could pay the car to go back home, to
3    go back.
4        Q.  Okay.  Was this Exhibit 2 the document
5    you signed when you came to Cap-Haïtien?
6        A.  I don't remember.  I signed several
7    documents.
8        Q.  At any other time did Cyrus Sibert
9    give you any money?
10       A.  Yes, especially when I come from
11   Port-au-Prince -- I come to Port-au-Prince, when
12   I go back he always gives me 1,000 gourdes.
13       Q.  How many times has he given you 1,000
14   gourdes?
15       A.  I don't remember how often.
16       Q.  Did Cyrus give you any money to have
17   you come here today?
18       A.  Yes.
19       Q.  How much?
20       A.  In total, I was sick in my head, I
21   told him that, and he gave me $400, then $2,000
22   for clothes, so a total of 2,400 Haitian
23   dollars, not other types of dollars.
24       Q.  Are those gourdes or dollars, or is it
25   the same thing?

Page 180

1        A.  Haitian dollars.
2        Q.  What did you use that money for?
3        A.  I bought a shirt, jeans, tennis shoes,
4    a little perfume, and I also bought food, all of
5    that.
6        Q.  Did you use that money for anything
7    else?
8        A.  No, it wasn't even enough for
9    everything I wanted to do.  It's done.  It's
10   finished.  It's gone.
11       Q.  Are the clothes that you're wearing
12   today bought with money that Cyrus gave you?
13       A.  Yeah.  This, jeans, these shoes, the
14   majority of things I came with here.
15       Q.  Why did Cyrus give you the money for
16   that?
17       A.  He said he was going to go somewhere
18   for my complaint, that's why he gave me the
19   money, so I could buy everything I needed,
20   suitcase, so I could come here.
21       Q.  Did you get any other money from Cyrus
22   Sibert at any time?
23       A.  Before that he gave me 100 US dollars.
24       Q.  When did he give you that?
25       A.  I don't recall.  When I came to sign a

Page 181

1    paper.
2        Q.  What was that money for?
3        A.  So I could find food.  And I told him
4    I didn't have shoes, so he gave me shoes,
5    sandals, as a gift.
6        Q.  When Cyrus gave you the gift of
7    sandals and money, that didn't make him the boss
8    of you, did it?
9        A.  No.  He didn't give me the sandals.
10       Q.  When Cyrus gave you the money that you
11   told us about --
12       A.  Money to buy sandals.
13       Q.  When Cyrus gave you that money, that
14   didn't mean he was the boss of you, correct?
15       A.  Yeah, he was sort of my boss, because
16   he was helping me.  When somebody is helping
17   you, he's sort of your boss.
18       Q.  Did you receive anything else from
19   Cyrus, whether it be money or gifts or clothes,
20   or anything at all?
21       A.  Clothes, never.  After these two
22   there, I don't think so.  Just money he gave me.
23   He just gave me money.
24       Q.  Have you told us all the money that
25   Cyrus has ever given you?

46 (Pages 178 to 181)

Confidential - Subject to Further Confidentiality Review

Page 182

```
 1      A.  Did I tell you everything?
 2      Q.  Yes.
 3      A.  That's what I remember.  That's what
 4   I'm telling.  It didn't happen often.
 5      Q.  Do you expect, Mr. Joseph, to get
 6   money if you win your case against Douglas?
 7      A.  No, I don't know.  It depends on what
 8   the judge says.  I'm going to accept it.
 9      Q.  Even if it's no money, will you accept
10   it?
11      A.  Yeah, what he decides is what I will
12   accept.
13      Q.  If you get any money from your case,
14   Mr. Joseph, will Cyrus Sibert get any of that
15   money?
16      A.  That could happen.  I don't know.
17   They will know.
18      Q.  Do you know if Cyrus has received any
19   money from any case brought against Douglas?
20      A.  I don't know these things.
21      Q.  Has any other student from PPT talked
22   to you about their case against Douglas?
23      A.  Can you repeat, please?
24      Q.  Yes.
25          Has any former student from PPT talked
```

Page 183

```
 1   to you about their cases against Douglas?
 2      A.  Are you talking about -- are those the
 3   people you're asking me, are they the one who
 4   won their cases against Douglas?
 5      Q.  Them, or anybody else.
 6      A.  No, they didn't tell me anything.  I
 7   don't talk to them.
 8      Q.  Have you received any money from any
 9   of your lawyers for this case?
10          MS. POLLOCK:  I'm going to object and
11   instruct the witness not to answer the question.
12          MR. KERRIGAN:  And your objection is
13   based on the fact that this could get into
14   communications?
15          MS. POLLOCK:  I think you're there.
16          MR. KERRIGAN:  You think the transfer
17   of money from a lawyer to a client is a
18   communication?
19          MS. POLLOCK:  Yes.  I think you're
20   there.
21          MR. KERRIGAN:  I disagree with you.
22          MS. POLLOCK:  That's fine.  I'm still
23   instructing him not to answer.
24          MR. KERRIGAN:  So I'll reserve my
25   right.
```

Page 184

```
 1          MS. POLLOCK:  No problem.
 2   BY MR. KERRIGAN:
 3      Q.  Did you receive money from anybody
 4   else in connection with your case against
 5   Douglas, apart from Cyrus?
 6          MR. GARABEDIAN:  Objection.  Instruct
 7   him not to answer as to any attorney/client
 8   communication.
 9          MR. KERRIGAN:  Can we have one
10   attorney making objections, please?
11          MS. POLLOCK:  Objection.  I instruct
12   the witness not to answer as to any
13   communications with his attorneys.  The witness
14   can answer about communications with anyone else
15   other than his attorneys.
16      A.  No.
17   BY MR. KERRIGAN:
18      Q.  Mr. Joseph, how do you spend your
19   average days these days?  What do you do on any
20   day, any given day?
21      A.  Oh, you mean things that are good for
22   me, like activities like playing, things like
23   that?
24      Q.  Anything at all.  How do you spend
25   your time?
```

Page 185

```
 1          MS. POLLOCK:  Objection.
 2      A.  I don't know which day.
 3   BY MR. KERRIGAN:
 4      Q.  Any day.
 5      A.  One thing I like to do is to listen to
 6   music.  Since the Village closed, I haven't
 7   spent one day where I played or my heart was
 8   happy.
 9      Q.  When you get up in the morning, what
10   do you do typically during your day?  Do you go
11   out in the street?  Do you hang around with
12   friends?  What do you do?
13      A.  It's not every day that I go out to
14   the street.  Sometimes I just stay home, and I
15   eat whatever my mother gives to me.  Sometimes
16   just stay home.
17      Q.  Are you able to take care of yourself?
18      A.  No.
19      Q.  Are you able to dress yourself in the
20   morning and get up and go out for a walk if you
21   need to, or go out into the street?
22      A.  Yeah, I can do that whenever, but I
23   don't do this really often because my heart is
24   not happy.
25      Q.  You're able to go out to try to find
```

47 (Pages 182 to 185)

Confidential - Subject to Further Confidentiality Review

Page 186

1 work whenever you want to?
2     A.   Yeah, if I find I can go look for it,
3 but it's not easy for me to find.
4     Q.   Are you able to play any games or
5 sports if you choose to do so?
6     A.   Sports, I don't do any sports.
7     Q.   Are you able to if you wanted to?
8     A.   Yes, if I were happy, if my heart were
9 at peace when I wake up.  When I wake up, first
10 thing I have in my mind is where am I going to
11 find a spoonful of food for me to eat.
12     Q.   Do you hang around with your friends?
13     A.   No.  A friend may come and see how I'm
14 doing and leave.  I don't hang out with friends,
15 I don't walk with them, I don't hang out outside
16 with them.
17     MR. KERRIGAN:  Jo Anna, I'm going to
18 put a belated objection on the record.  You had
19 given one instruction not to answer, I objected
20 and reserved on it, then there was the double
21 team effort.  I'm going to belatedly object to
22 that if it wasn't clear.  If you'd like I'll
23 re-ask the question, you can put the instruction
24 on the record, or you can accept the belated
25 objection.

Page 187

1     MS. POLLOCK:  You're belatedly
2 objecting that both lawyers objected?
3     MR. KERRIGAN:  No, I'm counting your
4 instruction as the valid instruction here.
5 There was a second instruction not to answer, so
6 I just want to get on the record --
7     MS. POLLOCK:  No problem.  That's
8 fine.
9     MR. KERRIGAN:  Very good.
10     MS. POLLOCK:  We're getting on the
11 record the fact that you're objecting to my
12 instructing the witness after Mitchell
13 instructed the witness not to answer, correct?
14     MR. KERRIGAN:  Correct.
15     MS. POLLOCK:  Okay.  No problem.
16     MR. KERRIGAN:  And I disagree with
17 your instruction, and we'll reserve on that for
18 when we need to raise it.  Thanks.
19 BY MR. KERRIGAN:
20     Q.   Mr. Joseph, have you understood the
21 questions I've asked you today?
22     A.   Just one question I didn't really
23 understand.  I answered quickly, briefly.
24     Q.   Which question didn't you understand?
25     A.   I was in the room, I was sitting

Page 188

1 eating, my friend came, he sat with me on the
2 table.  You asked me if I was eating with him,
3 asking if we're sitting and eating together, I
4 said no because I thought -- we were at the same
5 table, my food was here and his food was here,
6 but we weren't eating together.  We were just at
7 the same table.
8     Q.   Who was sitting at the table with you?
9     A.   A friend called Claude.
10     Q.   Does Claude have a case against
11 Douglas?
12     A.   I can't tell you.  But since I see him
13 here with me, I think that.
14     Q.   Did you talk with Claude during lunch?
15     A.   Yeah, we talked.
16     Q.   What did you talk about?
17     A.   He said he didn't really like the
18 food.  He said "what food do you prefer?"  I
19 said "rice, juice, I don't like the rest."
20 That's it.
21     Q.   Did you talk about anything else with
22 Claude?
23     A.   No.  I was sitting first, and I
24 finished first, so I left.
25     Q.   Have you understood all of my other

Page 189

1 questions, Mr. Joseph?
2     A.   Yeah, I understand.
3     Q.   And have you answered all of my other
4 questions accurately?
5     A.   Yes.
6     Q.   Thank you.
7     MS. POLLOCK:  Do you want to take a
8 break?  It's been an hour.
9     THE VIDEOGRAPHER:  Going off the
10 record.  The time is 6:17.
11     (Whereupon, a recess was taken.)
12     THE VIDEOGRAPHER:  Back on the record.
13 The time is 6:25.
14 BY MR. CERRETA:
15     Q.   Good evening, Mr. Joseph.  I
16 introduced myself a long time ago at the
17 beginning of the day, but my name is John
18 Cerreta, I'm the lawyer for Fairfield
19 University.
20     You testified earlier today that you
21 received a T-shirt with a Fairfield University
22 logo on it, is that right?
23     A.   It was written "Fairfield."
24     Q.   Were those handed out to you and the
25 other boys at the Village?

48 (Pages 186 to 189)

Confidential - Subject to Further Confidentiality Review

Page 190

1    A.  Yes, yes.
2    Q.  Did you ever receive any other
3  merchandise that had a Fairfield University logo
4  on it?
5    A.  No, I don't remember that.
6    Q.  You also testified earlier today about
7  being told that if you completed all your
8  classes you might be able to attend Fairfield
9  University someday, is that right?
10    A.  Yes, Ms. Carter told us that.
11    Q.  And was it your testimony that
12  Ms. Carter told you that through someone
13  interpreting into Creole, is that right?
14    A.  Yes.
15    Q.  Was it just one time that Madame
16  Carter through an interpreter told you that?
17    A.  I don't remember how many times she
18  said that.
19    Q.  Did anybody else tell you that?
20    A.  Douglas, Douglas always told us that.
21    Q.  Do you know how many times Douglas
22  told you that?
23    A.  No, I don't remember.
24    Q.  What exactly would you have to do in
25  order to get into Fairfield University?

Page 191

1    A.  Madame Carter, since she was a part of
2  that university, if we did school very well, one
3  day would come if we worked well, and we had a
4  good behavior at school and at home, she had
5  access to that university, and then we could go.
6    Q.  Would you have to complete your
7  classes at the Village in order to go to
8  Fairfield University?
9    A.  Talking about finishing, I'm talking
10  about school.
11    Q.  What grade would you have to go up to
12  in order to get into Fairfield University?
13    A.  Madame Carter said that when we were
14  done, she could do something like that because
15  she had access.
16    Q.  Done with what?
17    A.  With school, we were done with school.
18    Q.  Up to the twelfth grade?
19    A.  Yes, twelfth grade.
20    Q.  What made you think that Madame Carter
21  was a part of Fairfield University?
22    A.  She said it also.  And because of
23  these T-shirts she always gave us, she made us
24  understand that, believe that.
25    Q.  Other than the T-shirts she gave you,

Page 192

1  was there any other reason that you thought
2  Madame Carter was affiliated with Fairfield
3  University?
4        MS. POLLOCK:  Other than what the
5  witness testified to?
6    A.  No, she said it, and she had those
7  shirts.  I don't know.  She said once we're
8  done, she would -- we're finished, she would
9  help us.
10  BY MR. CERRETA:
11    Q.  Did she say anything else other than
12  that to make you think she was affiliated with
13  Fairfield University?
14    A.  No, I don't remember she said
15  anything, because she would always give us
16  advice to give us strength.
17    Q.  Do you remember Madame Carter saying
18  anything else about Fairfield University, other
19  than what you've already told me?
20    A.  I don't remember.  Just what I said is
21  what I remember.
22    Q.  While you were a student of PPT, do
23  you remember anyone else telling you anything
24  else about Fairfield University?
25    A.  No.  After Hope Carter, Madame Carter

Page 193

1  and Douglas, they talked about that, and when
2  Madame Carter would come it would -- Douglas and
3  Robinson would translate, and I didn't hear
4  anything else besides that.  But everybody knew,
5  all the kids knew.  She said that in our
6  presence, in front of all the kids in the
7  Village.
8    Q.  But other than what you've told me,
9  she didn't say anything else that you can
10  remember?
11    A.  No, I don't remember.
12    Q.  How about Douglas, other than what
13  you've told me already, do you remember anything
14  else that Douglas told you about Fairfield
15  University?
16    A.  No, I don't remember anything else.
17    Q.  While you were a student at PPT, do
18  you remember being told anything else about
19  Fairfield University?
20    A.  I don't remember.
21        MR. CERRETA:  Thank you very much.
22  BY MR. KENNEDY:
23    Q.  Hi, Mr. Joseph.  I know we met a long
24  time ago this morning, I'm Jeff Kennedy, I
25  represent Hope Carter.  I have some questions

49 (Pages 190 to 193)

Confidential - Subject to Further Confidentiality Review

Page 194

1  for you.
2       How many times did Mrs. Carter speak
3  to you through an interpreter?
4       A.  I don't remember.  You know, she
5  doesn't speak Creole.  Every time she comes
6  there's always someone to translate for her.
7       Q.  And these translators were either
8  Douglas or Robinson?
9       A.  Yes.
10      Q.  But as we sit here today, you don't
11  remember how many times that she spoke through
12  these individuals to you or a group of students?
13      A.  Often, often.  Several times.  I don't
14  know.
15      Q.  Okay.  And you mentioned earlier today
16  that there was an indication through an
17  interpreter that Mrs. Carter had access to
18  Fairfield University, is that correct?
19      A.  Yes, she said this thing.
20      Q.  And she told you that through an
21  interpreter, is that your testimony?
22      A.  Yes.
23      Q.  Okay.  And how many times did she tell
24  you that through an interpreter?
25      A.  I don't remember how often.

Page 195

1       Q.  Was it more than once?
2       A.  I don't remember at all.
3       Q.  Okay.  And you also indicated before
4  that many times Mrs. Carter would say things to
5  give you strength, is that correct?
6       A.  Yes, in school, "don't have bad
7  behavior, don't fight."
8       Q.  Okay.  How many times did she say that
9  through an interpreter, or a group of students?
10  I'm sorry.
11      A.  I didn't count how many times.
12      Q.  Now, I think you indicated before that
13  -- strike that.  I'm sorry.
14      Was Mrs. Carter nice to you?
15      A.  Yes.  She's not a bad person.
16      Q.  How was she nice to you, sir?
17      A.  Yeah, when she's talking among us,
18  when we are meeting, when she's talking she's
19  always smiling, laughing, and she's always
20  shaking her head.
21      Q.  Okay.  I think you also indicated that
22  she also brought gifts, is that correct?
23      A.  Yes, she brought gifts, shirts,
24  T-shirts.
25      Q.  Can you describe her physically for

Page 196

1  me, sir?
2       A.  She's not a young person, she's an old
3  person.  Her hair is not black.  She always wore
4  glasses.  She doesn't wear skirts a lot, she
5  always puts pants on, wears pants.
6       Q.  Anything else, sir?
7       A.  I don't have any other details.
8       And she has a hump.
9       Q.  Sir, do you know Kensley Previl?
10      A.  I don't remember this person.
11      Q.  What about Ilguens Jean?
12      A.  Ilguens how?
13      Q.  Do you know him, sir?
14      A.  No, I don't know him.
15      Q.  Do you know who that is, sir?
16      A.  Where is he?  If you tell me, if I
17  know him.
18      Q.  Do you know a former PPT student named
19  Ilguens Jean?
20      A.  Yes, I know him.
21      Q.  Okay.  And have you spoken to him
22  recently, sir?
23      A.  Yeah, we talk, we make jokes.
24      Q.  When is the last time that you saw
25  him, sir?

Page 197

1       A.  Since he stays close by, I see him all
2  the time.
3       Q.  Okay.  Are you aware that he came to
4  the Dominican Republic to have his deposition
5  taken, sir?
6       A.  Ilguens?
7       Q.  Yes, sir.
8       A.  Yes, I remember that.
9       Q.  Okay.  And did you speak to him after
10  he came back from the Dominican Republic?
11      A.  After he came back, I didn't see him.
12  I think he went out.
13      Q.  Okay.  So you didn't -- you haven't
14  spoken to him since he's been back from the
15  Dominican Republic, sir?
16      A.  No, I didn't see him.
17      Q.  Do you know an individual named Emile
18  Jean Pierre, a former PPT student?
19      A.  Yes, I know him.
20      Q.  Is he a friend of yours, sir?
21      A.  We don't talk like telling jokes, but
22  he always calls me and I always call him when I
23  see him, wherever I am and he's there.
24      Q.  Do you have a cell phone, sir?
25      A.  Yes, I have.

Confidential - Subject to Further Confidentiality Review

Page 198

1      Q.  Okay.  And have you ever spoken to
2   Ilguens Jean on your cell phone?
3      A.  Yeah, I've called him.
4      Q.  So you have his phone number, sir?
5      A.  I don't know his number by heart.
6      Q.  You don't know his number by heart,
7   but you do have his phone number, sir?
8      A.  Yes, I do have his number.
9      Q.  What about Emile Jean Pierre, do you
10  have his phone number, sir?
11     A.  No, I don't.
12     Q.  Have you ever called him on the phone,
13  sir?
14     A.  Who?
15     Q.  Emile Jean Pierre.
16     A.  I don't have his phone number.
17     Q.  Now, are you aware that Emile Jean
18  Pierre came to the Dominican Republic to have
19  his deposition taken, sir?
20     A.  Yes, I know.
21     Q.  Did you speak to him about his
22  deposition, sir?
23     A.  If I see him he'll say "Brisma," I say
24  "Emile," and that's it.
25     Q.  Sir, I think you just indicated to me

Page 199

1   that you knew that both Emile Jean Pierre and
2   Ilguens Jean came for their depositions in the
3   Dominican Republic.  How did you know that, sir?
4      A.  I didn't -- I knew because I didn't
5   see them, and I asked for them.  They told me
6   they had gone to the Dominican Republic.  And
7   also I was aware with regards to people, I saw
8   them at the hotel.
9      Q.  Which hotel, sir?
10     A.  In Cap-Haïtien.  I don't remember the
11  name.
12     Q.  Was there a meeting at this hotel?
13     A.  Yes.
14     Q.  And who was at this meeting, sir?
15     A.  Someone who came to present Mitch, but
16  I don't remember.
17     Q.  Do you know an individual named Paul
18  Kendrick, sir?
19     A.  Paul Ehrlich?
20     Q.  No.  Paul Kendrick, sir.
21     A.  No, I don't remember that person.
22     Q.  Was the person who came to present
23  Mitch a white person, sir?
24     A.  Yes.
25     Q.  Was he an American, sir?

Page 200

1      A.  I can't tell you his nationality.
2      Q.  Do you know if he was Haitian, sir?
3      A.  No, he was a white person.  He can't
4   be Haitian.
5      Q.  And who else was at that meeting
6   besides Mitch, sir?
7      A.  Cyrus.
8      Q.  And were other former PPT students
9   there, sir?
10     A.  Yes, we were all, all of us concerned.
11     Q.  And when was -- and when was this
12  meeting, sir?
13     A.  I don't remember, but it didn't happen
14  a long time ago.  This year.
15     Q.  It happened this year?
16     A.  Yes, this year.
17     Q.  Do you know what month in 2015, sir?
18     A.  I don't remember the month.
19     Q.  Okay.  And did Cyrus speak to the
20  group, sir?
21         MS. POLLOCK:  I'm going to instruct
22  the witness, caution the witness not to disclose
23  any conversations that were given to you or any
24  other students by Mitchell or any other lawyer
25  on the grounds of attorney/client privilege.

Page 201

1      A.  Cyrus was translating for the person
2   who came to present Mitch.
3   BY MR. KENNEDY:
4      Q.  And was the person who came to present
5   Mitch a lawyer?
6      A.  I don't know.
7      Q.  Okay.  And what did Cyrus say to the
8   group, sir?
9         MS. POLLOCK:  I'm going to instruct
10  the witness not to answer this question on the
11  grounds of attorney/client privilege.
12         MR. KENNEDY:  Okay.  We'll make a note
13  for the record.
14     A.  Can you repeat the question, please?
15  BY MR. KENNEDY:
16     Q.  My question was, and what did Cyrus
17  say to the group, sir?
18         MS. POLLOCK:  Again I'm instructing
19  the witness not to answer the question on the
20  grounds of the attorney/client privilege.
21         MR. KENNEDY:  For the record, I object
22  to your objection.
23  BY MR. KENNEDY:
24     Q.  Is Cyrus an attorney, sir?
25     A.  I remember he said he was a

51 (Pages 198 to 201)

Confidential - Subject to Further Confidentiality Review

Page 202

1  journalist, but I don't remember if he said he
2  was a lawyer, too.
3      Q.  Cyrus isn't representing you, is he,
4  sir?
5      A.  I don't know anything about that.
6  What do you mean, "represent"?
7      Q.  He's not representing you as a lawyer,
8  is he, sir?
9      A.  I don't know.  No.
10      Q.  And did you come from Haiti to the
11  Dominican Republic with Cyrus?
12      A.  Yes.
13      Q.  Okay.  And how did you come to the
14  Dominican Republic?
15      A.  He gave me money so I could buy what I
16  needed.  Because of the hurricane it didn't
17  happen, he said he would call me again.  After
18  he called me, he said he was going to wait for
19  me on Carenage Square so we could travel, and I
20  came at 7:00 p.m., I waited for him.  When I
21  waited for him, I saw him, we went -- we crossed
22  the yard where the car is.  I sat, he checked
23  his passport, he made his check inside the
24  office.  When we started our trip -- we started
25  our trip when he finished checking the passport,

Page 203

1  he checked everything, then we boarded the,
2  one-by-one, the car, and we started our trip.
3      Q.  And I believe from earlier testimony
4  today, Cyrus provided you with your passport, is
5  that correct, sir?
6      A.  Yes, he found it.
7      Q.  You had never seen the passport
8  before, sir?
9      A.  No.
10      MS. POLLOCK:  Counsel, you're at seven
11  hours and you still have another lawyer to ask
12  questions.
13      MR. KENNEDY:  Okay.
14  BY MR. KENNEDY:
15      Q.  Now, sir, who else travelled with you
16  besides Cyrus?
17      A.  There were three of us.
18      Q.  What were the names?  Who were the
19  three people, sir, three other people?  I'm
20  sorry.
21      A.  Wadson, and Cyrus, me, too, and
22  Raynel.  And another person who was doing the
23  trip with us.
24      Q.  And do you know who that other person
25  was, sir?

Page 204

1      A.  It's Cyrus who made us travel.
2      Q.  Sir, how long was the trip from Haiti
3  to the Dominican Republic?
4      A.  I didn't have anything in my hand to
5  verify, but we got to a place where we stepped
6  out of the bus, and we boarded another bus.
7      Q.  And was that in the Dominican
8  Republic, sir?
9      A.  Yes.  When we got there, we took a
10  taxi to come here.
11      Q.  And did you all sit together on the
12  bus, sir?
13      MS. POLLOCK:  Objection.  Vague.
14  BY MR. KENNEDY:
15      Q.  Did you all sit on the first bus
16  coming from Haiti to the Dominican Republic?
17      A.  All the people who left Cap-Haïtien?
18      Q.  Yes, sir.
19      A.  When we had to come get down, I saw
20  some of them, but not all of them.  And the
21  people I did see were me, Raynel, Wadson, and
22  Cyrus.  That's the people.  These are people I
23  recognize, and I remember their faces.
24      Q.  And on this trip, did you discuss your
25  lawsuit with Cyrus?

Page 205

1      A.  While I was sitting in the car?
2      Q.  On the bus, yes, sir.
3      A.  I didn't talk to Cyrus about that.
4      Q.  Okay.  And since you've been in the
5  Dominican Republic, have you spoken to Cyrus
6  about your deposition, sir?
7      A.  No, I didn't talk to him.  When I went
8  to eat earlier, I did see him.
9      Q.  Is he staying at the Barcelo, sir,
10  this hotel?
11      A.  Yes, that's where I saw him.
12      Q.  Sir, you yourself are staying at this
13  hotel, correct?
14      A.  Barcelo Hotel.
15      Q.  Yes.
16      A.  Yes, yes, where I am.
17      Q.  Are you sharing a room with anybody,
18  sir?
19      A.  Yes.
20      Q.  And who is that, sir?
21      A.  Wadson.  I forgot his last name.
22      MR. KENNEDY:  Just a matter of
23  housekeeping, could you just state the basis for
24  your objection?
25      MS. POLLOCK:  Attorney/client

52 (Pages 202 to 205)

Confidential - Subject to Further Confidentiality Review

Page 206

1  privilege.
2       MR. KENNEDY: On the question about
3  Cyrus speaking to the group?
4       MS. POLLOCK: Yes.
5       MR. KENNEDY: That's the basis of the
6  objection --
7       MS. POLLOCK: Yes.
8       MR. KENNEDY: -- is attorney/client
9  privilege?
10      MS. POLLOCK: Yes. He was
11  interpreting for someone else who I'm almost
12  positive was a lawyer at my firm.
13      MR. KENNEDY: Okay. Thank you very
14  much, sir.
15      THE VIDEOGRAPHER: Going off the
16  record. The time is 6:59.
17      (Pause.)
18      THE VIDEOGRAPHER: Back on the record.
19  The time is 6:59.
20  BY MR. BABBITT:
21   Q. Good afternoon. I'm Bradford Babbitt.
22  I represent the American Association of the
23  Order of Malta.
24      At any time before PPT closed, did you
25  hear the name Haiti Fund?

Page 207

1   A. I don't understand these words.
2   Q. Have you ever heard -- did you ever
3  hear, before PPT closed, the words Haiti Fund
4  together like that?
5   A. I don't remember that.
6   Q. At any time before PPT closed, did you
7  hear the name Order of Malta?
8   A. I don't remember this thing.
9   Q. I'm sorry, just to be clear, before
10  PPT closed, you don't remember ever hearing the
11  name Order of Malta?
12   A. I've never heard things like that,
13  about things like that. I don't know. I don't
14  know.
15      MR. BABBITT: Okay. That's the only
16  questions I have. Thank you.
17      THE VIDEOGRAPHER: This concludes the
18  September 29, 2015 deposition of Mr. Joseph.
19  Going off the record. The time is 7:01.
20      (Whereupon, the deposition was
21      concluded.)
22
23
24
25

Page 208

1           C E R T I F I C A T E
2       I, MAUREEN O'CONNOR POLLARD, LSR #473,
3  RMR, CLR, and Notary Public in and for the State
4  of Connecticut, do hereby certify that there
5  came before me on the 29th day of September,
6  2015, the person hereinbefore named, who was
7  duly sworn to testify to the truth of their
8  knowledge concerning the matters in this cause,
9  and their examination reduced to typewriting
10  under my direction and is a true record of the
11  testimony.
12      I further certify that I am neither
13  attorney for or related or employed by any of
14  the parties to the action, and that I am not a
15  relative or employee of any attorney or counsel
16  employed by the parties hereto or financially
17  interested in the action.
18      In witness whereof, I have hereunto
19  set my hand and seal this 5th day of October,
20  2015.
21
22      _____
23      MAUREEN O'CONNOR POLLARD, License #473
24      Realtime Systems Administrator, RMR
25      Notary Commission Expires: 10/31/2017

Page 209

1           INSTRUCTIONS TO WITNESS
2
3       Please read your deposition over
4  carefully and make any necessary corrections.
5  You should state the reason in the appropriate
6  space on the errata sheet for any corrections
7  that are made.
8       After doing so, please sign the
9  errata sheet and date it. It will be attached
10  to your deposition.
11      It is imperative that you return
12  the original errata sheet to the deposing
13  attorney within thirty (30) days of receipt of
14  the deposition transcript by you. If you fail
15  to do so, the deposition transcript may be
16  deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

53 (Pages 206 to 209)

Confidential - Subject to Further Confidentiality Review

Page 210

```
1          ------
         E R R A T A
2          ------
3    PAGE  LINE  CHANGE
4    ____  ____  _____
5        REASON: _____
6    ____  ____  _____
7        REASON: _____
8    ____  ____  _____
9        REASON: _____
10   ____  ____  _____
11       REASON: _____
12   ____  ____  _____
13       REASON: _____
14   ____  ____  _____
15       REASON: _____
16   ____  ____  _____
17       REASON: _____
18   ____  ____  _____
19       REASON: _____
20   ____  ____  _____
21       REASON: _____
22   ____  ____  _____
23       REASON: _____
24   ____  ____  _____
25
```

Page 212

```
1              LAWYER'S NOTES
2    PAGE  LINE
3    ____  ____  _____
4    ____  ____  _____
5    ____  ____  _____
6    ____  ____  _____
7    ____  ____  _____
8    ____  ____  _____
9    ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____
25
```

Page 211

```
1         ACKNOWLEDGMENT OF DEPONENT
2
3         I, _____, do
     Hereby certify that I have read the foregoing
4    pages, and that the same is a correct
     transcription of the answers given by me to the
5    questions therein propounded, except for the
     corrections or changes in form or substance, if
6    any, noted in the attached Errata Sheet.
7
8    _____
     JHEEMPSON BRISMAC JOSEPH    DATE
9
10
11
12
13
14
15   Subscribed and sworn
     To before me this
16   _____ day of _____, 20____.
17   My commission expires: _____
18
19   _____
     Notary Public
20
21
22
23
24
25
```

54 (Pages 210 to 212)

Confidential - Subject to Further Confidentiality Review

## A

**a.m** 8:7 66:17
**a/k/a** 1:3,11
**ability** 9:21
**able** 22:16,19 23:23
  25:22 76:2 79:16
  122:24 126:24
  127:17 144:2
  155:17 163:14
  164:17,20 166:22
  185:17,19,25
  186:4,7 190:8
**abuse** 134:16 144:8
  144:12,25 145:2,9
  145:14 147:2,13
  148:11,12,17,17
  150:14 151:15
  152:2,22 153:23
  155:12 162:11
  170:15 172:3,20
  173:5
**abused** 127:17
  134:13 144:22
  153:3 157:3,11,18
  160:1,3 172:6,11
  172:13
**abusing** 148:8
  173:1
**accent** 58:19 59:21
**accept** 96:17,18
  182:8,9,12 186:24
**accepted** 149:20
**accepting** 156:22
**access** 110:6,9,14
  191:5,15 194:17
**accurate** 26:4,5
  28:10 30:19 31:5
  31:15 33:1 35:24
  209:16
**accurately** 13:18
  13:21 189:4
**ACKNOWLED...**
  211:1
**action** 1:2 8:12
  208:14,17
**activities** 82:6,8

99:3 112:12 114:4
  136:23 184:22
**activity** 82:7
**add** 11:3
**address** 18:7,8 44:5
  48:13 59:13,15
**administrating**
  122:1
**administration**
  87:11 129:23
**administrative**
  10:9 11:4 58:12
  77:25
**Administrator**
  2:16 208:24
**advance** 119:11
**advice** 108:11,14
  109:11,21,22
  113:5 115:2,5,15
  117:6,22 192:16
**affiliated** 192:2,12
**afraid** 70:14 77:2,5
  86:21,25
**afternoon** 88:18,18
  93:1 124:5,13
  206:21
**age** 49:21 50:2
  52:18 64:11 88:2
  95:14,14
**ago** 39:7 40:3
  189:16 193:24
  200:14
**agree** 10:10,23
  78:11 156:19
**agreed** 78:13
**ahead** 91:23 128:21
**Air** 123:6,8,24
  124:9,11,16
**al** 8:11
**alive** 46:20 47:13
**All-around** 74:8
**alright** 10:4
**Alton** 3:22
**American** 1:11,12
  5:3 9:4 39:11
  199:25 206:22
**and-** 3:11,18

**Andy** 71:5,7,16,23
  77:3 81:6,9,10,11
  81:12,16,18
**Andy's** 83:22
**ankles** 146:12
**Ann** 54:15
**Anna** 3:19 9:11
  10:7,9 11:5 19:13
  25:20 77:17 78:13
  186:17
**answer** 12:2 13:3
  23:2,6 24:1,5,9
  54:16 95:24 103:3
  130:20 174:13,14
  174:19,25 183:11
  183:23 184:7,12
  184:14 186:19
  187:5,13 201:10
  201:19
**answered** 30:21
  39:22 74:19
  122:17 151:19
  152:14 174:25
  187:23 189:3
**answers** 22:4,12
  24:20 25:13 26:3
  26:4,9,24 27:25
  28:10,12 29:3,24
  30:18 31:7,18,22
  31:25 54:11 59:8
  82:14 95:23 144:7
  146:3 211:4
**anybody** 68:22
  75:9 106:13
  113:13 131:8,11
  131:18 136:16
  157:2 170:14
  177:17 183:5
  184:3 190:19
  205:17
**anymore** 13:23
  14:4 156:22
**anyway** 162:22
**apart** 46:12 102:9
  104:12 107:14
  184:5
**APPEARANCES**

3:1 4:1 5:1 6:1
**appeared** 137:7
**applied** 130:7
  146:17
**applies** 1:21
**applying** 141:13
  146:16 151:3
**approaching** 132:3
**appropriate** 209:5
**approximately**
  174:16
**area** 54:20 55:20
  59:23,24 80:20
  159:4,6,22,23
**arrested** 42:1
**arrive** 66:13,17
  98:15,23
**arrived** 66:13
  97:19 129:2,2
**ashamed** 162:5
**aside** 28:18 75:4
  169:25
**asked** 30:4,20 37:2
  39:22 74:19 77:17
  117:5 122:17
  129:17,18 151:18
  152:13 161:20
  164:1,3 171:7
  187:21 188:2
  199:5
**asking** 12:2 98:25
  107:22 113:15
  183:3 188:3
**aspirin** 138:8
**assistance** 162:13
  163:16
**Association** 1:11
  1:12 5:4 9:4
  206:22
**ate** 63:6 65:16 66:4
  94:1,3
**attached** 209:9
  211:6
**attend** 44:12 52:24
  70:1 84:22 87:9
  88:21 97:6 99:13
  190:8

**attended** 82:16,25
  96:24 97:9 98:12
**attending** 68:1
  78:25 167:10
**attorney** 13:1,2,4
  138:6 174:22,23
  176:19,23 184:10
  201:24 208:13,15
  209:13
**attorney/client**
  132:4 184:7
  200:25 201:11,20
  205:25 206:8
**attorneys** 27:14,19
  27:21 173:9,16
  184:13,15
**August** 174:16
**aunt** 53:17
**aunt's** 173:23
**Avenue** 3:14
**average** 66:9 88:7
  91:7 98:20 184:19
**aware** 148:4 176:13
  176:19 197:3
  198:17 199:7

## B

**B** 7:9
**B-A-T-I-E-L** 56:21
**B-E** 88:16
**B-R-I-A-C** 46:18
**B-R-I-S-M-A** 15:9
**B-R-I-S-M-A-C**
  15:7
**B-R-I-S-M-A-K**
  11:12
**B-R-I-S-W-O-C-H**
  15:11
**Babbitt** 5:5 7:6 9:3
  9:3 206:20,21
  207:15
**baby** 47:25 60:23
  60:24
**back** 24:15 44:22
  44:25 59:2 61:1,4
  62:8 66:21,22,23
  70:23 77:22 78:20

Confidential - Subject to Further Confidentiality Review

79:16,25 85:23
93:3,6 116:19,22
122:15 130:2,23
133:16 137:16,23
138:2 142:1
143:16,18 146:21
147:5 156:20
158:24 161:13
162:7 163:7,10
177:18 178:9,11
179:2,2,3,12
189:12 197:10,11
197:14 206:18
**bad** 75:1 85:22
86:5 131:3 195:6
195:15
**baker** 160:14,15,22
**bakeries** 161:2
**bakery** 160:17,18
160:19,20,23
**ball** 66:7 86:14
99:8 101:6,8
134:18
**balls** 151:6,14
**bandage** 129:13
130:17
**Barcelo** 2:9 205:9
205:14
**barely** 27:16 51:2
**based** 183:13
**basis** 205:23 206:5
**basket** 86:15
**basketball** 86:15
86:16 99:9 101:6
101:9,13,13 129:9
134:21 136:15
**bathe** 67:3
**Batiel** 56:20
**bbabbitt@rc.com**
5:10
**Beacon** 4:6
**bed** 49:8
**bedroom** 48:20
49:14
**bedrooms** 48:18,22
48:23
**beds** 49:4,8

**began** 57:1
**beginning** 189:17
**behave** 113:6
**behaved** 120:12,14
120:14
**behavior** 75:1
85:22 191:4 195:7
**Bel** 123:6,8,24
124:9,11,16
**belated** 186:18,24
**belatedly** 186:21
187:1
**believe** 12:20 26:4
30:18,22 31:4
58:11 112:17
118:20 121:13,16
121:24 122:14,21
144:21 148:2
155:1,6 156:2,8
157:1,13 162:10
168:16 191:24
203:3
**believed** 118:19
121:21,23
**bell** 129:8 175:18
**belong** 117:10,12
**bend** 130:1
**bending** 151:10
**benefit** 21:13
**bent** 141:13
**best** 9:21 23:14
25:15 30:7 55:8
104:23 119:24
120:3
**better** 65:16 112:5
119:22,25 120:9
**beyond** 167:13
**bible** 154:24
**big** 25:12 40:23
107:10 111:25
113:22 136:14
139:22 146:9,18
155:7
**bigger** 64:6
**birth** 36:7,10,22,25
37:6
**bit** 76:15 132:21

138:7 155:19
169:8
**black** 196:3
**bleeding** 129:10
137:7 147:24
**blind** 130:1
**blood** 136:8,11
137:8
**Blue** 18:6 44:4,4,6
47:16 48:14 49:2
49:5 50:9 51:8,20
51:24 56:11,16
59:2 61:1,4,8
79:25 98:11 158:2
159:21 160:6,7,11
160:25 161:3
164:15,16 165:15
178:10,11
**boarded** 203:1
204:6
**boarding** 34:15
**body** 135:19
143:10 153:23
155:8 156:2
158:14
**book** 100:10
**books** 100:17
**born** 15:18 23:19
54:1
**boss** 71:6,16,20
77:3,4 83:24
104:18,20 107:10
111:25 112:7,17
113:22 114:2,9
118:16 181:7,14
181:15,17
**bosses** 112:3
**Boston** 3:7 4:7 6:8
**bottom** 154:1,4
155:11,21,24
**bought** 39:4 40:2
180:3,4,12
**boy** 50:5 69:3 159:7
**boys** 159:7 172:21
173:1 189:25
**Bradford** 5:5 9:3
206:21

**brand** 38:14
**Branford** 4:15
**bread** 72:11 160:22
160:23
**break** 13:7 44:16
44:25 45:7 75:17
77:18,18 78:2,24
91:22,24 92:1
93:7 94:8,10
116:13,22 137:11
138:2 162:25
163:10 189:8
**breakfast** 67:6
**Briac** 46:18
**Briac's** 52:8
**briefly** 187:23
**bring** 112:14
113:25 114:2
170:7
**Brisma** 15:5,9
73:14,16 129:11
130:19 147:19
173:24 198:23
**Brismac** 1:24 2:3
7:3,12 8:14 9:9,23
11:11,11,12 15:1
15:8 21:5,11
22:13 23:18 25:7
25:13 31:22 73:13
211:8
**Briswoch** 15:10,13
23:19 24:10 31:2
**Brittany** 81:25
82:2 104:3,12
107:3,7,19,21
123:14,25
**Brittany's** 104:6
**brother** 59:6,7
113:17,21,23
114:8,9 167:10
**brothers** 52:3 53:2
53:6,7,11 56:1,3
61:8 167:8,12
**brought** 11:23
15:20 101:21
176:20 182:19
195:22,23

**buffet** 94:15
**building** 136:19,25
**bus** 35:10 204:6,6
204:12,15 205:2
**butt** 130:9 153:25
**buttocks** 147:24
**buy** 39:17,20,23
180:19 181:12
202:15
**buying** 176:24

---
**C**
---
**C** 8:1 208:1,1
**C-A-R-R-E-F-O-...**
59:18 165:22
**C-H-A-R-R-I-E-R**
56:23
**C-L-A-U-D-I-N-O**
103:7
**Calixte** 71:6 72:6,8
72:13
**call** 11:14 15:8 20:7
31:17 40:7,8,10
40:12 70:14,18
71:8 112:6 118:15
142:13,16 159:6
162:20 172:1
173:23,25 174:1,3
174:7 197:22
202:17
**called** 11:20 15:5
15:13 20:2 25:8
29:25 54:21 55:2
55:21 59:17,19
60:21 69:3 71:20
73:16 81:8 88:14
95:18 123:5
131:12 154:11,14
188:9 198:3,12
202:18
**calling** 162:22
**calls** 154:18 197:22
**camera** 40:22,23
40:25 41:4
**Cap-Haïtien** 18:6
27:5,6 29:24 30:3
30:9 33:15,16

35:5 36:14 44:1,3
44:8 54:20 55:19
55:25 56:23 57:9
57:13 58:22 61:12
61:14,15,17,24
63:25 64:2 160:11
178:23 179:5
199:10 204:17
**capacity** 25:15
**Capital** 88:15
**car** 34:18 158:20
161:7,18,18,19
162:4 177:14
178:6,6,7,8,14
179:2 202:22
203:2 205:1
**card** 7:15 32:7,9,18
32:19,20,21,24
33:1,4,9,12 37:11
37:12,13,16,19
41:1,2 58:14 91:5
120:15
**cards** 120:16
**care** 130:18 135:18
136:6,6,10 147:4
153:18 154:4
185:17
**cared** 153:1
**carefully** 209:4
**Carenage** 64:3,5
80:9,10,11,13,15
80:19,22 81:1,13
81:16,18,21,25
82:5,11,15,23
83:1,5,10,13,15
83:17,25 84:4,6,9
84:17,22 85:1,11
85:15,19,20,25
86:3,21 87:2,6,9
87:16,21 88:3,11
89:20 125:24,25
132:20 133:17
134:5 168:17
169:4 176:7 178:1
202:19
**Caribe** 34:15,16,17
**Carpentry** 100:24

**Carrefour** 59:17
59:18,25 165:21
**Carretera** 2:10
**Carrier** 1:7 4:3
8:25 107:14,17,23
108:1,6,15 114:11
114:12,23 115:3
115:11,14,19,21
116:1,7 117:1,2,8
118:3,8,12,15,22
119:3,8,14 120:1
120:17,23 121:17
168:10
**carry** 58:8
**cars** 39:16 65:17,21
132:21 133:18
160:14 169:6
176:24
**Carter** 1:8 4:11 9:2
101:20,20 102:8
107:8,9,15,17,24
108:1,4,7,10,16
108:21 109:3,6,14
109:19 110:14,24
110:25 111:13,16
111:20 112:4,6,13
112:17,23 113:1,4
113:9 117:24
118:18,24 120:1
121:1,6,13,18
190:10,12,16
191:1,13,20 192:2
192:17,25,25
193:2,25 194:2,17
195:4,14
**case** 11:23 15:21,21
15:24 20:12 46:4
70:8 93:23 94:21
109:9 126:6 128:8
170:7 175:13,13
177:1 178:18
182:6,13,19,22
183:9 184:4
188:10
**cases** 1:21 176:15
176:19 183:1,4
**cash** 125:14

**cashier's** 124:25
**Catholic** 117:11,13
**Catholics** 117:15
**cause** 208:8
**caused** 156:3
162:11
**causes** 52:19
**caution** 200:22
**cell** 38:12,24 39:2
40:3 197:24 198:2
**center** 6:7 64:3
80:8,9,12
**Cerreta** 5:13 7:4
8:22,23 189:14,18
192:10 193:21
**certain** 7:12 11:24
21:6,11 61:22
159:18 169:25
**certificate** 36:8,10
36:23 37:1,6
**certify** 208:4,12
211:3
**chairs** 140:1
**chance** 27:16 32:12
86:14 128:18
129:4,19 142:23
**CHANGE** 210:3
**changed** 97:3
**changes** 211:5
**chapel** 108:20
109:10 111:3,6
115:23 116:7
**charge** 114:6
124:24
**Charrier** 56:23
57:4,8,12 58:21
58:24
**check** 28:12 91:6
143:23 202:23
**checked** 28:9
202:22 203:1
**checking** 76:1
202:25
**child** 14:9 49:24
50:3,4,16,17
60:18,20 62:20
63:9 64:12,14

65:21 87:11
133:25 144:3
156:11,15 158:4
159:19 161:10,22
169:12 171:8
**children** 42:10,12
47:18,23 51:1
60:9,17 67:23
68:1,9,14 80:25
81:3 84:11 106:1
106:9 109:8 110:4
111:9 115:1,4,9
121:9 123:15
134:24 140:2
148:24 169:15,23
**children's** 60:13
84:19
**choose** 186:5
**chores** 125:7
**chose** 65:13 79:5
**Chris** 8:4
**Christopher** 6:13
**cinema** 99:11
**city** 160:24 161:1,3
**Civil** 1:2 8:12
**claim** 128:8
**claiming** 46:5
**clarification** 43:12
**clarify** 146:3
**class** 72:18 95:19
96:5 97:12 99:5
100:15,16 120:13
129:7 130:23,25
147:5,7 158:21
164:22,24 167:11
**classes** 19:4,7 44:13
51:18 67:16,18,19
67:20 72:20 96:24
99:4 100:4,12
190:8 191:7
**Claude** 188:9,10,14
188:22
**Claudino** 102:25
103:18
**clean** 158:24
**cleaning** 159:5
**clear** 98:6 149:14

186:22 207:9
**clearly** 132:2
**clerk** 58:12
**Clervil** 69:7,9
**client** 183:17
**close** 47:4 48:25
80:16 96:13,19
132:11 141:12
197:1
**closed** 42:16 45:17
47:3 57:3,5,14
58:22 69:12 70:5
70:10 96:11,16,22
97:4,12 99:25
123:7,9 124:8
139:12,13 150:16
150:17 151:17
152:2,12 164:7,10
164:14 185:6
206:24 207:3,6,10
**closely** 36:2
**clothes** 53:16 66:6
66:25 141:15,19
179:22 180:11
181:19,21
**clothing** 101:15
102:10,13,15,16
**CLR** 2:15 208:3
**coffee** 72:10
**COLE** 5:6
**color** 140:16,17,18
**come** 30:1 34:15,16
35:5,7,10 36:11
72:9 73:22 83:7,8
84:5,20 85:23
107:4 108:8,9,13
112:8,10 114:25
126:4 130:20
133:2 141:4,12
143:6 147:20
148:3 150:7
156:20 177:2,2,16
178:24 179:10,11
179:17 180:20
186:13 191:3
193:2 202:10,13
204:10,19

comes 194:5
coming 130:16
  141:9 204:16
comment 43:12
commission 208:25
  211:17
common 49:1
communication
  183:18 184:8
communications
  183:14 184:13,14
Communion 140:4
  140:11,12
compared 142:8
complaint 7:11
  19:17,20 20:8,9
  20:23 144:11,13
  180:18
complete 76:7
  164:17,20,23
  191:6
completed 190:7
completely 145:21
  145:25
complies 33:7
compound 41:11
computer 41:14
computers 41:6,7
  41:12
concerned 200:10
concerning 208:8
concerns 126:22
  127:3 133:24
concluded 207:21
concludes 207:17
condom 143:14
conduct 118:1
confidence 162:18
  162:19
CONFIDENTIAL
  1:23
CONFIDENTIA...
  1:23
confusing 153:10
Congratulations
  166:18
Connecticut 1:1

4:15 5:8,16 8:12
  208:4
connection 89:1
  184:4
Conroy 3:13,20
  9:11
considered 157:3
Consolidated 1:3
contact 173:5
continue 77:25
  117:25 166:20
  167:4
continued 4:1 5:1
  6:1 66:1 82:10
  147:22,22 152:20
conversations
  173:9,16 200:23
cook 71:10
copies 19:22
copy 37:5,7
corner 143:12
cornered 142:10
correct 11:12,24
  13:11 14:20 18:10
  21:20 23:11 24:1
  25:14,25 26:2,18
  28:13 30:19 33:6
  33:8,10 34:12
  35:25 36:4 38:3
  38:20,21 39:25
  46:1,6,18 47:11
  50:10 52:3 54:2,7
  54:13,21 55:12
  56:11 57:2 58:25
  59:10 61:13,20
  62:2 65:14 71:21
  76:5 77:1,7,13
  79:1,6 80:3 82:17
  82:21 83:1 86:18
  87:6,22 90:15,18
  90:25 95:1,4,7,21
  96:1,11 98:4,7
  109:19 111:23
  114:20 115:12
  117:8 119:23
  120:2 122:3 123:3
  123:9 124:14

126:20,25 127:6
  127:14,24 128:1,4
  128:6,9 135:2
  136:25 138:9
  141:2 142:3 144:9
  145:7 146:25
  147:14 149:3,8,16
  151:17,22 153:4
  155:24 157:4,15
  160:1 163:18
  164:18,21 165:16
  174:16 178:18
  181:14 187:13,14
  194:18 195:5,22
  203:5 205:13
  211:4
corrections 209:4,6
  211:5
correctly 155:18
cost 39:9
Coughlin 6:13 8:4
counsel 8:16,18
  10:2 11:2 19:19
  19:22 21:13 32:8
  33:23 78:1 137:19
  174:15 203:10
  208:15
count 68:3 72:24
  161:6 195:11
counting 187:3
Coupet 6:15 9:19
course 88:20
court 1:1 3:21 8:11
  9:15 12:15 20:19
  31:8 209:16
Creole 18:9,17,18
  18:19,23,25 19:2
  19:5 21:20 22:4
  23:4,10,23 24:16
  37:20 90:24
  100:17 103:21
  109:17 116:1,2
  144:17,19 190:13
  194:5
crossed 202:21
crying 147:11
curtain 48:25

Cyrus 17:1 27:23
  27:25 28:19 29:25
  30:6 35:1,2,12,20
  36:24,25 37:5,10
  37:22 132:13,15
  132:18 133:3,5,13
  133:14 134:2,2
  169:21,22 170:4,5
  170:17 171:23
  172:3,7 173:4,6
  173:23,24 177:7
  177:11 178:4,16
  179:8,16 180:12
  180:15,21 181:6
  181:10,13,19,25
  182:14,18 184:5
  200:7,19 201:1,7
  201:16,24 202:3
  202:11 203:4,16
  203:21 204:1,22
  204:25 205:3,5
  206:3

D

D 8:1
D-E-L-M-A-S
  59:22
D-U 54:5 55:18
Dad 18:24
damaged 156:24
Daniel 102:23
  103:14
date 8:6 61:22
  174:17 209:9
  211:8
dated 19:21 21:13
day 5:14 12:1 29:16
  34:20,21 35:3,4
  38:23 39:6 66:9
  66:11,15 74:2,4
  85:17,18 98:20,22
  124:4 128:3,25
  131:1,3,4,5,9,17
  134:9 138:14
  139:13,19 140:23
  159:1 162:6
  184:20,20 185:2,4

185:7,10,13
  189:17 191:3
  208:5,19 211:16
days 10:19 39:7
  85:2,8 99:12,16
  99:24 184:19,19
  209:13
deceased 46:20
December 102:12
decides 182:11
deemed 209:16
deep 177:1
DEFENDANT 4:3
  4:11 5:3,12 6:3
Defendants 1:15
Defendants' 7:13
  21:6,11
defense 22:14
Delmas 23:20
  59:22
Demand 7:11
  19:17,20
depending 156:20
depends 182:7
deponent 8:14 9:9
  211:1
deposing 209:12
deposition 1:23 2:2
  8:8 11:20 18:2
  31:19 35:7,10
  151:22 197:4
  198:19,22 205:6
  207:18,20 209:3
  209:10,14,15
depositions 199:2
describe 195:25
DESCRIPTION
  7:10
desk 130:1 139:20
  141:13 142:11,11
  143:13 151:11
desks 139:17
details 128:15
  196:7
developed 49:25
  75:25
diary 17:8

Confidential - Subject to Further Confidentiality Review

**die** 46:22 47:1
52:14,19
**died** 46:24 52:3,15
52:16
**different** 37:13
**difficulty** 158:9
**Digicel** 38:16
**dining** 48:24
**DIRECT** 11:7
**direction** 208:10
**directly** 97:12
102:7 109:13,18
110:18 115:18
120:18 121:1,4
125:16
**disagree** 183:21
187:16
**disclose** 173:8,15
200:22
**discouraged**
166:12
**discuss** 204:24
**discussed** 78:2
**discussion** 173:6
**Disease** 52:20
**disorderly** 118:1
**distance** 169:25
**distributing** 101:24
121:10 148:24
**District** 1:1,1 8:11
8:11
**document** 1:21
19:23 20:2,3,5,7,9
20:11,16 21:2,12
21:16 24:13,16,24
26:5,16,21 29:22
30:12,13,15 31:4
31:15,18,21 32:17
34:9,10 36:3
178:24 179:4
**documents** 17:12
17:18,21,24 19:11
29:18 35:16 37:9
37:21,25 73:17
178:17 179:7
**DOE** 1:13,13,13,13
1:14,14,14

**doing** 14:4,4 72:18
76:11 79:16 83:11
100:14 105:13
109:7 112:10
114:24 117:6
129:3 130:19
136:22 140:3
146:4 147:19
156:25 169:10
186:14 203:22
209:8
**dollar** 113:18
**dollars** 39:11
179:23,23,24
180:1,23
**Domingo** 43:3,23
46:15
**Dominican** 2:11
8:9 197:4,10,15
198:18 199:3,6
202:11,14 204:3,7
204:16 205:5
**donor** 111:13
**door** 147:15
**double** 186:20
**doubt** 174:18
**doubts** 126:21
127:12,15 174:20
**Doug** 70:12 104:16
119:2 132:19
176:15
**Douglas** 1:7 8:10
46:5,9 47:6 51:25
70:16,17 73:20
75:4,12 76:23
77:6,12 83:6,10
83:19 86:22 87:1
87:5 88:5 89:5,7,9
89:11,13,16,17
90:18 91:6 104:17
104:25 105:6,12
105:17 106:2,5,14
106:20 110:20
111:10,11 112:11
112:13,18,22
115:7,12,24
118:17,21 119:4,7

119:13 121:16,21
121:24 122:14,21
123:1 124:7 126:6
126:10,11,15,16
126:18,19,23
127:4,8,16,22
128:9 129:1,24
130:17 131:16,18
131:24 132:16
133:11 134:4,9,12
134:15 136:8
137:2,5,7 138:14
138:19,23 139:14
140:20,25 141:4,9
141:15,18,21
142:25 143:8,14
143:17,20 144:22
145:10,16,20,23
146:10,14,24
147:8 148:8,11,16
148:19 149:2,15
149:22 150:11,19
150:21 151:7
152:11,18,25
153:3,8,24 155:9
156:3,9 158:14
170:8 171:5,7,9,9
172:7,17,20 173:1
175:13 176:20
182:6,19,22 183:1
183:4 184:5
188:11 190:20,20
190:21 193:1,2,12
193:14 194:8
**Douglas's** 75:23
83:14 131:12
135:5,15 136:16
136:20 139:8,16
139:19 140:16,23
141:23 154:11
156:14 162:11
**dress** 185:19
**drive** 38:7,8 111:22
**driver** 162:6
**driving** 176:23
**drugs** 13:20,24
14:6,12,22

**du** 54:2,6,12,19
55:17,21
**duly** 9:20,24 208:7

_____

**E**

**E** 1:7,8 4:3,11 7:9
8:1,1 59:21 60:17
208:1,1 210:1
**e-mail** 41:16,17,18
41:21,22,22
**E-S-T-E-P-H-A-...**
60:20
**earlier** 71:20 82:7
118:16 137:20
151:21 152:1
168:15 169:20
174:14 189:20
190:6 194:15
203:3 205:8
**ears** 74:15
**earthquake** 57:15
**ease** 105:23
**easier** 78:7
**East** 4:14
**easy** 67:2 159:19
186:3
**eat** 64:24,25 93:11
93:25 94:1,13
169:8 185:15
186:11 205:8
**eating** 188:1,2,3,6
**effort** 186:21
**Ehrlich** 199:19
**ehurd@simmons...**
3:17
**eighth** 167:11,19
**either** 91:6 145:16
194:7
**ejaculate** 143:17
**ejected** 85:19
**electoral** 37:19
**electronic** 41:19
**ELLYN** 3:12
**else's** 120:23 121:6
**Elysée** 6:18
**Elysée** 10:2,6
**Emile** 197:17 198:9

198:15,17,24
199:1
**Emmanuel** 69:3,6
69:6,9 70:1
**emphasized** 132:5
**employed** 208:13
208:16
**employee** 208:15
**employer** 157:21
161:5
**encountered** 129:1
**encouragement**
111:22 112:9
**encouraging**
111:22
**engage** 118:1
**England** 1:9 6:4
8:21 11:19 167:25
168:3
**English** 18:12,14
20:11 22:11,23
23:2,17 109:16,17
116:5
**enjoy** 76:12 86:3
**entered** 76:9 100:6
132:3 138:13
140:19
**entire** 85:4,6 87:13
**entitled** 21:10
**errata** 209:6,9,12
211:6
**error** 30:23 31:1
137:22
**especially** 159:4,6
159:21 179:10
**ESQ** 3:3,4,12,19
4:4,12 5:5,13 6:5
**Estaphanie** 60:14
**Estephanie** 60:19
**Esther** 60:11
**et** 8:10
**evening** 189:15
**everybody** 19:24
48:23 88:6 98:19
143:6 158:2
159:25 160:3
161:13 162:4

Confidential - Subject to Further Confidentiality Review

193:4
exact 71:18
exactly 28:2,8 58:1
  72:19 81:2 117:21
  119:5,7 190:24
exam 158:19 166:2
  166:13,15,23
  168:23,24,25
  169:1
examination 7:2
  11:7 208:9
examined 9:24
example 100:9
  161:7
exchange 148:20
  149:3,16
excuse 36:21 50:3
  59:14
Exhibit 19:14,16
  19:20 20:2,9 21:3
  21:4,10,16 24:13
  24:24 28:18 30:14
  30:16 32:4,5,13
  33:19,20,23 34:1
  34:5,8 37:15
  179:4
expect 182:5
expensive 166:14
expires 208:25
  211:17
explain 134:2
eyes 172:15

                F
F 208:1
F-E-U-I-L-L-E
  59:19 165:22
face 29:14 142:14
faces 204:23
fact 156:5 168:9
  183:13 187:11
fading 155:19
fag 70:17 131:13
  154:12,15 156:23
  157:4 158:2 159:6
  161:12,13 162:1,4
fail 209:14

failed 165:3,17
  166:3 168:25
fair 10:14
Fairfield 1:8 5:12
  8:23 101:18
  109:24 110:2,9,11
  110:15 121:7
  189:18,21,23
  190:3,8,25 191:8
  191:12,21 192:2
  192:13,18,24
  193:14,19 194:18
family 52:9 87:15
  87:18
fancy 176:24
far 77:9 78:9 103:5
  113:7
farmhouse 43:20
father 1:7 46:17
  47:7 52:4 62:12
  63:16 105:16,18
  107:9 108:3,6,10
  108:15 112:4,14
  114:11,12,19,23
  115:3,11,14,19,21
  116:1,6 117:1,2,8
  117:9,20,22 118:3
  118:8,12,15,18,21
  118:24 119:3,6,8
  119:9,14 120:1,17
  120:22 121:17
  122:11 168:7,9
father's 52:7
father-in-law 56:2
  56:4
fear 76:23 87:1
  126:16,22 127:8
  127:16,18
feel 155:14,15
  156:4 161:14
  171:18
fell 129:10 151:4,11
felt 65:16 154:8
  158:20 159:1
Feuille 59:17,18
  60:1 165:21
field 136:15

fifth 67:21 164:20
fight 73:5 74:21
  118:2 123:19
  143:11 195:7
fighting 71:9 74:16
  130:2 143:10,11
filed 1:22
financial 149:23
  150:1
financially 208:16
find 24:8 78:6
  153:12 154:12
  156:6,8,19 158:21
  161:6 170:16
  181:3 185:25
  186:2,3,11
finding 157:14
fine 10:20 43:13
  183:22 187:8
finish 75:19 79:23
  109:22 110:5
  131:1
finished 34:7 79:16
  109:23,25 110:13
  167:17 180:10
  188:24 192:8
  202:25
finishing 191:9
fire 106:5,7
fired 106:13
firm 206:12
first 4:6 7:13 9:24
  19:23 21:6,12
  22:3,13 24:15,21
  48:4,6,7,8 55:24
  56:21 59:1 60:17
  60:19,22 62:8
  64:19 72:21 76:9
  82:16,18,19,25
  95:19 96:25 97:6
  100:6 104:25
  131:23 132:13,15
  132:17,18 133:14
  140:3,10,12,22
  177:10,13,13,23
  177:25 186:9
  188:23,24 204:15

five 1:14 47:5
  108:24 114:16
  145:3 151:16,23
  152:2
flip 24:15
floor 3:6 4:6 49:5,7
  79:18 125:6
following 78:3
follows 9:22,25
fondle 151:7
food 65:24 66:6
  71:10,11,13 76:1
  76:15 79:14 86:8
  114:3 120:5
  132:22 158:21
  180:4 181:3
  186:11 188:5,5,18
  188:18
foot 127:2 135:22
force 130:1 141:14
foregoing 211:3
forever 124:7
forgot 135:13
  205:21
form 10:12 211:5
former 40:12 45:8
  160:21 168:16
  169:3,21 170:2
  182:25 196:18
  197:18 200:8
forming 169:22
Fort 54:21,23 55:1
forward 112:15
found 30:5,5 66:7
  76:14 120:4,4,5,6
  135:17 136:8
  161:17,18 169:7,8
  203:6
four 1:13 47:5,23
  151:16,23 152:2
  158:19
fourth 48:8 97:4
  164:17 167:20
free 63:13,14 65:11
  142:21
French 90:24
  100:17 103:15,17

Friday 99:18
friend 65:20,20
  93:17,19 186:13
  188:1,9 197:20
friends 40:10 67:22
  67:25,25 86:10
  129:9 132:22
  133:18 134:5,19
  134:19 136:1
  167:15,17 169:8
  170:23 185:12
  186:12,14
Frisnel 175:24
front 12:24 20:1,3
  23:4 193:6
full 11:10 19:22
Fund 1:8 206:25
  207:3
furniture 139:17
  139:25
further 1:23
  114:25 167:3
  208:12
future 78:10

                G
G 8:1
G-E 88:17
G-R-A-N-D-E 54:5
G-U-E-R-L-A-I-N
  48:5
G-U-E-R-L-I-N
  49:20
galleries 79:13
gallery 79:13,18
games 66:19 186:4
Garabedian 3:3,5
  9:6,7 184:6
garabedianlaw@...
  3:9
Gary 175:6,10,12
  175:15
gather 160:21
gay 155:1,6
Gervil 1:3,4 8:10
  9:8
gestures 111:18

**getting** 70:23 74:8
  158:10 159:14
  160:5,5 187:10
**gift** 102:2,5,6
  113:13,16 181:5,6
**gifts** 109:11,12
  112:9 120:25
  181:19 195:22,23
**girl** 50:7
**girlfriend** 42:20,22
  42:25 43:16,18
  45:8 46:11 131:13
  156:14 159:15
  160:9
**girlfriend's** 44:6
**girlfriends** 159:11
  160:6
**girls** 44:14 84:12
  159:7,20
**give** 21:3 33:18
  35:15 36:20,22
  37:5,21,25 39:17
  47:22 61:23 72:10
  73:10 74:11,15
  102:12 110:1
  112:8 114:3 115:2
  115:4,8,11,15
  117:22 120:17
  122:7,9 125:1
  128:14,18 129:4
  129:18 142:22
  148:19 156:20
  161:13,21,23,25
  162:3 171:25
  177:21 178:12
  179:9,16 180:15
  180:24 181:9
  192:15,16 195:5
**given** 29:18 113:12
  113:16 142:23
  149:19 179:13
  181:25 184:20
  186:19 200:23
  211:4
**gives** 102:4 109:10
  109:11 111:13
  115:7 161:10

  179:12 185:15
**giving** 29:21 31:9
  32:3 37:23 72:18
  111:21 123:18
  143:18
**glasses** 196:4
**glued** 140:4
**go** 26:21,23 27:25
  44:12 62:13 63:23
  64:1,19,20,21
  65:10,11 71:23
  73:25 74:2 76:17
  79:3,16,23,24
  81:1 85:1,4,6,23
  89:21,21 91:10,13
  91:19,23,25 94:15
  97:24 99:15,17,20
  99:23 100:2 113:7
  116:14 121:3
  128:21 129:13,13
  130:23 133:3,14
  135:4,15 137:23
  153:15 157:23
  158:10,24 160:14
  160:25 161:1,8
  164:13 165:5,9,19
  166:19 167:2,4,9
  169:21 177:18
  178:9,11 179:1,2
  179:3,12 180:17
  185:10,13,20,21
  185:25 186:2
  191:5,7,11
**God** 12:18,20
**goes** 53:24,24 87:11
**going** 12:1 19:10,11
  20:7 21:3,25
  30:11 31:17 33:18
  44:19 63:20 64:8
  66:1 75:16 77:19
  77:24 78:10 92:4
  95:9,13 96:15
  112:20 116:16
  128:11 131:25
  132:1,24 133:2,22
  134:2,8 136:1,9
  136:10,13 137:8

  137:13 146:5
  152:20 154:19
  156:23 161:16,25
  163:4 166:20
  171:24 173:7,25
  174:24 178:20
  180:17 182:8
  183:10 186:10,17
  186:21 189:9
  200:21 201:9
  202:18 206:15
  207:19
**Golkow** 8:5
**good** 8:18,19,22 9:1
  9:6,10,13 11:4
  19:3 66:2 76:17
  86:6,12 121:20
  122:5,10,13
  127:23 154:25
  155:2,2,4 158:20
  159:1 166:1
  171:18 184:21
  187:9 189:15
  191:4 206:21
**gourdes** 39:13,14
  113:18 125:1
  177:14,17,21,22
  177:23 178:4,6
  179:1,12,14,24
**government** 32:22
**grade** 83:1 88:7,24
  88:25 91:7 95:16
  95:18,21 96:1,2
  97:1,1,1,6,6,7
  164:18,21,23
  165:4,8,23 166:2
  166:15,23 167:9
  167:13,16,19,19
  167:20,21,23
  168:23,23 191:11
  191:18,19
**grades** 76:7 82:16
  96:24 97:9
**graffiti** 172:20
  173:1
**Grande** 54:2,6,12
  54:19 62:11

**great** 78:18 111:23
**Grimèl** 71:15
**ground** 125:5
**grounds** 200:25
  201:11,20
**group** 91:21 111:1
  111:20 113:9
  117:23 118:4
  121:17 125:9
  194:12 195:9
  200:20 201:8,17
  206:3
**growing** 52:17
**guard** 71:8 73:3,4
**Guerlin** 48:4 49:20
  49:24
**guessing** 43:9
**gun** 58:8
**guy** 71:5 158:1
**guys** 69:23 133:21
  154:19,21 177:4

       ——————
         **H**
**H** 3:12 7:9
**hair** 196:3
**Haiti** 1:8 27:7
  32:22 115:7 157:4
  157:15 158:6,8
  202:10 204:2,16
  206:25 207:3
**Haitian** 39:12,13
  179:22 180:1
  200:2,4
**Haitians** 108:17
  162:17
**hand** 151:4,11
  204:4 208:19
**handed** 189:24
**handing** 19:14,24
**handling** 125:13
**hands** 120:19,20,23
  121:1,6
**hang** 185:11
  186:12,14,15
**hanging** 65:4
**Hanly** 3:13,20 9:11
**happen** 86:2 110:7

**great** 110:8 127:1
  159:17,19 182:4
  182:16 200:13
  202:17
**happened** 70:20,20
  84:7 85:9 128:12
  128:13 129:15,22
  130:5,11,14,24
  144:24 148:5
  150:5 152:8
  154:13 157:12
  158:22 159:13
  171:4,12,22
  174:21 177:9
  200:15
**happening** 155:5
  169:11
**happens** 49:3
**happy** 76:16 160:8
  185:8,24 186:8
**hard** 166:22,24,24
  166:24,25 171:15
**harm** 76:24 77:6,12
  129:4 131:8
  149:23 156:3
**harmed** 126:10,12
  141:6 147:9 159:3
**Hartford** 5:8,16
**he'll** 198:23
**head** 161:12 162:3
  179:20 195:20
**headache** 138:7
**heal** 155:11
**hear** 12:7 65:18
  110:17 111:12,15
  115:21 116:6
  134:1 141:11
  150:7 156:18
  170:1 193:3
  206:25 207:3,7
**heard** 45:4 110:25
  117:1 118:8
  156:21 167:24
  168:2,6 172:7,8
  172:10 175:7
  177:3 207:2,12
**hearing** 207:10

heart 156:17 160:8
185:7,23 186:8
198:5,6
heavier 159:9
Hedouville 175:17
175:21
held 2:8 8:8 124:6
hello 117:5 133:19
170:21
help 33:12 34:22
35:2,13 86:18
104:23 111:14
112:14 113:24
114:1,2,7,8 119:3
119:10 136:9,10
137:9 142:16
152:24 153:6
162:10,15 163:15
163:15,22 164:4
167:7 177:17,20
192:9
helped 34:25
121:18 129:24
helping 101:23
114:10 118:25
119:6 181:16,16
hereinbefore 208:6
hereto 208:16
hereunto 208:18
hi 132:23,24 193:23
highest 167:21
Hills 18:6 44:4,4,6
47:16 48:14 49:2
49:5 50:9 51:8,21
51:24 56:11,16
59:2 61:1,4,8
79:25 98:11 158:2
159:21 160:6,7,11
160:25 161:3
164:15,17 165:15
178:10,11
hire 106:5 174:22
hired 176:12,18,22
177:5
history 90:24
103:11
hit 74:11,15 162:3

hits 161:12
home 36:14 49:16
61:23,25 65:6,7
65:10,11 66:22
79:3,17,23 85:23
97:24 98:1 178:9
178:10 179:2
185:14,16 191:4
honest 121:24
122:6,15,18,21
Hope 1:7 4:11 9:2
120:1,25 121:5
192:25 193:25
hoping 74:4
hospital 153:20,21
163:21,24 164:3
HOSPITALLER
1:10
hotel 27:8,10,11
28:18,21 29:3,16
29:19,23 30:3,5,8
93:20 199:8,9,12
205:10,13,14
hour 75:17 92:2,3
162:24 189:8
hours 203:11
house 36:15 43:21
47:21 48:2,13,17
49:2,5 51:7,10,20
60:7 61:22,25
79:19 123:5
135:13,13,14,14
housekeeping
205:23
houses 66:21
hump 196:8
HURD 3:12
hurricane 202:16
hurt 46:5,9 51:25
70:12 86:22 87:2
87:5 126:15,18,19
127:22 128:9
129:11 131:17,19
131:24 132:19
133:11 134:4,9,13
134:16 135:16,19
138:15,20 139:14

140:20,23,25
141:9 142:14
145:20,23 148:1
150:8 152:11,18
153:23 154:1
155:9,16 158:13
hurting 126:23
132:16 143:9
146:10
hurts 155:16
husband 47:24
48:11 49:11,15
50:8
husband's 49:15

                I
I-E-R 60:17
I-S-M-A 48:4
idea 42:16 83:14
145:6,8
identification 7:15
19:18 21:8 32:6,7
32:9,20 33:22
37:13
identify 8:16 10:3
85:3
Ilguens 196:11,12
196:19 197:6
198:2 199:2
Illinois 3:22
imperative 209:11
important 13:13
31:7,14
improve 119:11,18
120:8
including 9:8
incorrect 24:4
INDEX 7:1
indicate 82:15
95:25 144:8,11
indicated 78:25
79:4 142:2 195:3
195:12,21 198:25
Indicating 16:16
16:18
indication 194:16
individual 197:17

199:17
individuals 70:12
194:12
infancy 52:16
information 33:4,5
35:23
injury 152:25
Innovator 62:14,21
62:24 63:10,13,17
63:20,24
inside 44:14 69:15
79:19 89:5,6,16
102:18 105:9,16
105:18,20,21,25
106:10 110:4
124:22 135:10,12
143:21 153:13
157:19 202:23
instruct 173:8
174:24 183:11
184:6,11 200:21
201:9
instructed 187:13
instructing 173:15
183:23 187:12
201:18
instruction 76:20
186:19,23 187:4,4
187:5,17
INSTRUCTIONS
209:1
instructors 68:10
102:20
intelligent 110:5
interested 208:17
international 174:3
174:7
interpret 173:10
interpreter 6:15,18
9:17,25 10:6
25:18 34:3 41:8
43:9 55:9,13 56:6
56:12 58:4,19
78:17 80:20 85:12
88:15 89:9 103:7
116:12 126:11
137:10 144:16

148:13 149:25
161:16 172:22
173:10,12,18,21
174:5 190:16
194:3,17,21,24
195:9
interpreter's 55:12
Interpreters
159:10 160:16
161:15
interpreting
190:13 206:11
interrogation
22:14
interrogatories
7:13 21:7,12 22:5
Interrogatory
22:24 23:3 103:3
introduced 189:16
invincible 74:14
invited 123:15
involved 15:23
17:15 47:2
Isema 48:3,3,4,5,7
48:8 49:19 56:20
56:20
issued 32:21

                J
J-E-A-N 56:21
J-E-A-N-D-L-I-N
48:6 50:1
J-H-E-E-M-P-S-...
11:13
J-U-N-I-A 43:10
James 69:1 70:2
January 61:3,5,6,9
jcerreta@daypit...
5:18
Jean 6:18 56:20
175:6,9,12,15,24
196:11,19 197:18
198:2,9,15,17
199:1,2
Jeandlin 50:1
jeans 180:3,13
Jeff 9:1 193:24

Confidential - Subject to Further Confidentiality Review

**JEFFREY** 4:12
**JERUSALEM**
   1:10
**Jessica** 81:25 82:3
   104:3,12 107:2,7
   107:18,20 123:14
   123:25
**Jessica's** 104:8
**Jesuit** 168:7,10,11
**Jesuits** 168:5,6,12
**Jesus** 1:9 6:3 8:20
   11:18 167:25
   168:1,3
**Jheempson** 1:24
   2:3 7:3,12 8:14
   9:9,23 11:11,13
   15:1 21:5,10
   22:12 23:18 25:7
   31:22 211:8
**jkennedy@mwll...**
   4:17
**Jo** 3:19 9:11 10:7,9
   11:5 19:13 25:20
   54:15 77:17 78:13
   186:17
**job** 75:23 79:15,23
   83:15,17,22
   124:23 126:1
   157:14
**jobs** 125:13 158:10
   169:6,7
**John** 1:10,12,13,13
   1:13,14,14,14
   5:13 8:22 10:5
   189:17
**joined** 94:19
**jokes** 196:23
   197:21
**Joseph** 1:24 2:3 7:3
   8:15,19 9:9,23
   10:16 11:9,11,14
   11:17 13:16 14:25
   15:1,18,20 17:7
   17:12 18:5,9 19:2
   19:10,16,21 20:1
   21:1,2,4,15,22
   22:13,17 23:18,22

24:12 25:2,13,23
26:6 30:11 31:8
31:25 32:3,5,12
33:18,20 34:2,6
36:7 38:1 41:12
41:25 42:20 44:25
46:4,17,18 47:10
47:10 52:2,8 53:4
53:12 54:1 55:17
56:22 59:9 61:13
62:2,6 63:18
65:19 66:10 68:15
69:6,14 70:23
72:25 75:22 76:13
76:22 78:20,24
79:4,9 80:2 82:5
82:13 83:5 84:4
84:23 86:4,21
93:6,10 94:25
95:24 96:15,23
97:15 98:20 100:3
103:9 106:23
113:12 114:7
116:22 119:18
120:8 125:18,22
126:1,6,14 127:22
128:11 131:18
134:8 138:2,13
144:7 145:9 147:2
148:10,19 149:8
151:13,15 155:9
157:1 158:6
159:24 162:9
163:10,14 164:7
166:16 167:9,24
168:14 172:6
174:14 176:12
182:5,14 184:18
187:20 189:1,15
193:23 207:18
211:8
**Joseph's** 7:12,14,16
   21:5,11 31:22
   32:6,9 33:21
**journalist** 171:17
   202:1
**journals** 17:8

**Joy** 100:11
**jpollock@simmo...**
   3:23
**judge** 12:24 31:9
   182:8
**judgment** 91:20
**juice** 188:19
**July** 21:13 26:17
**Junia** 43:3,8,15,16
   44:12 45:8,10,19
   45:22,25 46:8,12
   46:14
**Jury** 7:11 19:17,20
**Justinien** 153:20
   163:20

## K

**keep** 12:6,11
**Kendrick** 199:18
   199:20
**Kennedy** 4:12 7:5
   9:1,2 193:22,24
   201:3,12,15,21,23
   203:13,14 204:14
   205:22 206:2,5,8
   206:13
**Kensley** 196:9
**kept** 17:7
**Kerrigan** 6:5 8:18
   8:20 10:1,8,16,20
   10:23 11:2,8,18
   19:13,19,25 21:9
   21:14 22:3,7,10
   22:15 23:16 25:20
   25:21 30:15,17,24
   32:8,11 33:23,25
   36:5 39:24 41:10
   43:11 44:18,24
   49:17 54:15,18
   55:15,16 56:9,13
   56:15 74:22 75:18
   75:21 77:17,24
   78:15,18,19 85:14
   89:11 91:21,25
   92:3 93:5 103:2
   107:12 116:14,21
   122:19 126:12

127:11,13 129:18
130:4 132:5,9,14
137:12,25 138:1
144:15,20 146:2,6
148:15 149:7,10
149:21 150:1,10
151:20 152:5,17
153:9,16 157:8
162:8 163:1,9
172:24 173:20
174:4,6 175:3
183:12,16,21,24
184:2,9,17 185:3
186:17 187:3,9,14
187:16,19
**kick** 143:1,7 146:21
   150:3,6,9
**kicked** 74:24
   142:17,24
**kid** 129:11
**kids** 28:20,22,23,25
   29:2,5,11 74:10
   74:21 86:11
   115:15 133:1
   140:10 178:1
   193:5,6
**kind** 13:17 14:12
   17:7,8 18:22
   70:15 73:17 74:7
   102:2 154:4
   172:19
**kindergarten** 62:20
**kindness** 113:19
**kinds** 35:15
**KING** 4:5
**km** 2:10
**knee** 135:20,21,23
   135:24
**knees** 146:12
**knew** 30:7 73:14
   76:1 77:9 104:23
   105:22 112:4,5
   118:19 127:1
   148:6,7 154:8,8
   171:21 177:16,18
   193:4,5 199:1,4
**knife** 156:17

**know** 13:8 16:10
   18:3 20:18,22,24
   20:25 23:19 28:9
   29:13 30:4 32:1,2
   34:2,6 35:20
   38:10 40:16,17,18
   41:18,20,24 43:5
   44:7 46:16 50:15
   50:22 52:11,13
   53:20,23 58:9
   60:23 70:19 71:14
   71:15,18 72:3,4
   72:14 73:1 75:14
   75:24 76:3 77:3,8
   77:10,14,15 82:2
   83:16 84:10 86:23
   86:24,25 87:3
   88:4 89:4 91:18
   96:18,21 97:9
   104:5,7,8 105:14
   112:2,3 115:9,13
   117:19,21 118:20
   121:14 122:25
   123:1,4 124:19
   125:12,17,19,19
   132:1 134:6 143:5
   143:19,24 144:1
   145:2,19 152:10
   154:7,19,24
   157:10,21 158:1,3
   158:12 165:12
   168:4,11,13 169:6
   171:8,16 172:8
   174:2 175:4,6,9
   175:11,16,20,24
   176:1,3,4,9,16,21
   182:7,16,17,18,20
   185:2 190:21
   192:7 193:23
   194:4,14 196:9,13
   196:14,15,17,18
   196:20 197:17,19
   198:5,6,20 199:3
   199:17 200:2,17
   201:6 202:5,9
   203:24 207:13,14
**knowledge** 208:8

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

**known** 127:21
131:13 142:19
**knows** 117:16
158:2

**L**

**lady** 76:11 90:22
**language** 18:16
103:17 116:3,4
**large** 136:5
**lasted** 145:2
**late** 27:15 79:23,24
80:1
**laughing** 111:19
195:19
**LAW** 3:5
**lawsuit** 11:24
204:25
**lawyer** 174:8,12
176:13 183:17
189:18 200:24
201:5 202:2,7
203:11 206:12
**lawyer's** 174:10
212:1
**lawyers** 10:7 16:9
16:10,21,24 20:19
26:21,24 28:19
36:23 38:1,2,3
70:22 94:8,11
131:20,23 170:13
183:9 187:2
**learn** 65:1 100:21
154:21
**learned** 109:23
**leave** 74:25 80:7
85:20 87:24 88:3
91:3 98:21,24
107:20 108:10
157:24 171:13
177:15 178:14
186:14
**leaves** 115:6
**leaving** 35:5 54:19
130:12
**led** 129:3
**left** 43:20 54:6,12

56:18 58:20 59:21
59:25 61:3 66:20
69:18,22,23 80:2
81:7 87:21 88:11
88:16,16 91:10
95:5 124:7 147:23
158:25 165:18
188:24 204:17
**leg** 129:25 130:18
135:22 136:8,11
141:12
**Let's** 66:12 107:20
114:11 146:2
**level** 159:18
**License** 208:23
**licenses** 38:5
**lie** 171:2,12
**life** 61:13 62:3
156:25
**liked** 74:21 76:16
109:15
**line** 22:16 23:2
53:20 132:2
137:20 169:22,23
170:2,18 210:3
212:2
**lining** 170:3
**list** 170:12
**listen** 133:2 185:5
**little** 30:23,25
47:18,25 50:5
76:15 79:15 84:12
91:9,9 113:17,21
113:23 132:21
159:7 167:10
169:8 173:23
180:4
**live** 18:5 23:20
36:15 44:8 46:14
47:15,17,19 48:2
48:14 49:6,7 50:9
50:11 51:7 54:20
54:25 55:17,22,24
57:15 58:21 59:13
60:5 61:2,11,17
61:18 62:3 97:15
**lived** 51:10,16

56:16 57:8,12
59:15 61:7 79:1
**lives** 46:16 47:21
48:24 49:14,15
**living** 50:7 51:14
51:17,23 57:21
60:2 79:2 98:11
**LLC** 4:13
**LLP** 5:6,14 6:6
**load** 159:9
**located** 80:15 88:19
**locker** 67:11
**logo** 189:22 190:3
**long** 35:20 38:22
43:16 51:10,15,16
55:22 58:21 62:19
63:10,17 68:17
82:11 88:21 100:1
110:5 133:9 134:4
140:19,21 143:20
143:22 144:1
145:1 147:3
157:19 176:17
177:4,5 189:16
193:23 200:14
204:2
**longer** 152:21
**look** 21:15 32:13
34:1,5 37:15
129:21 139:15
144:13 161:2
162:15 186:2
**looked** 28:2 32:15
32:16 161:1
174:14
**looking** 21:16,19
25:2 34:7 54:15
82:13,14 95:24
103:3 104:21,22
112:11 133:17
161:17 162:5
169:5 178:2
**looks** 161:13
**lost** 130:3,7 156:6
158:23
**lot** 49:3 51:6 55:3
68:3,6,8 74:11,21

78:6 142:13,15
148:1 150:4,8
158:5,7,9 160:20
196:4
**loud** 12:7 22:8
23:14 25:12
**Louis** 1:3,4 6:18
8:10 9:8 10:5,6
**lower** 58:20 59:21
88:16,16
**LSR** 2:15 208:2
**Lu** 3:4 9:13
**lunch** 67:13 91:22
92:1 93:11,16,25
94:3,13 137:21,22
188:14
**luncheon** 92:6
**Luperón** 2:10
**lxia@garabedian...**
3:10

**M**

**M-A-C-H-E** 59:20
**M-E** 88:15
**M-E-M-E** 103:5
**M-I-L-O-U-S-E**
47:11
**M-I-S-L-A-N-D-E**
48:9
**Mache** 59:19
**Madame** 71:6,7
72:6,8,13,16
101:20,20 102:7
102:23 107:8,9
108:4,10 112:4,6
112:13 117:24
118:18,24 190:15
191:1,13,20 192:2
192:17,25 193:2
**Madison** 3:14
**mail** 41:19
**Main** 4:14
**majority** 169:7
180:14
**making** 111:18
184:10
**Malta** 1:11,12 5:3

9:5 206:23 207:7
207:11
**man** 12:7 121:25
**manager** 83:24
**managing** 71:22
**manner** 163:23
**Margarette** 125:17
125:21 126:1,5,9
**Margarita** 71:7
72:16,25
**Mark** 69:4,18,25
**marked** 19:18,19
21:3,7 32:4,7
33:19,21
**market** 59:19
**married** 42:6,8,9
**Marthe** 69:1 70:2
**Massachusetts** 3:7
4:7 6:8
**master** 71:6,25
100:18 102:22,23
102:25 103:8
130:15
**Math** 90:24 100:1
103:19
**matter** 8:9 9:8
157:17 167:5
205:22
**matters** 10:9 208:8
**Maureen** 2:15 9:16
208:2,23
**mean** 10:11 17:14
20:9 31:1 74:24
79:9,24 85:16
97:17 98:23
102:17 104:19
105:11,24 106:7
111:7 113:2
119:20,21 120:10
122:18 145:25
153:19 176:5
181:14 184:21
202:6
**meaning** 163:24
**means** 159:16
166:11,21
**meant** 148:2

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Mèbèrge 88:14,22
    89:8,17,23 90:1,3
    90:10,13,17,20
    91:3,10 95:3,6
medical 152:24
    153:6,18 154:4
    163:21 164:4
medication 13:17
meet 94:5,6 104:25
    105:2 134:5
meeting 26:20
    29:19 109:19
    123:16,17,21,23
    124:6,12,13
    127:10 134:6
    168:15,19 169:14
    195:18 199:12,14
    200:5,12
meetings 84:21
Mémé 100:18
    102:22 103:4,12
    130:18 147:13,16
    147:17 148:2,7
memory 41:1,2
men 70:7 84:11,13
mention 171:5
mentioned 53:5,9
    53:10 74:20
    194:15
merchandise 190:3
message 40:17
messages 40:14,20
met 52:12 68:14,22
    94:3 124:19,21
    125:12 126:8
    130:12,13 169:3
    169:13,13 171:21
    177:25 178:1
    193:23
Michael 6:5 8:19
    11:17
Michel 54:21,23
    55:1
middle 139:21,22
midnight 97:24
Mike 132:1 162:24
MILANO 4:13

MILITARY 1:9
Milouse 47:11
mind 75:25 156:1
    158:14,15 159:3
    162:11 163:15,16
    163:22 164:2,5
    186:10
mine 65:20 121:8
    148:25
minute 128:13
minutes 138:8
    143:25 144:25
    145:3
Mischaracterizes
    149:5 152:4 157:6
Miselande 50:14
misery 159:19
missed 85:8
mistakes 24:6,8
    26:1
Mitch 10:7 16:12
    16:13 169:23
    174:12,12,22
    177:5 199:15,23
    200:6 201:2,5
Mitch's 174:11
Mitchell 3:3,5 9:7
    176:12,18,22
    187:12 200:24
mkerrigan@sloa...
    6:10
Mm-hmm 55:13
mom 18:24
Monday 99:17
monetary 149:23
    149:25
money 39:15,17,20
    59:3 87:8,10,15
    87:19 111:13
    113:12,16 115:7,8
    115:12 124:25,25
    125:2,4 132:21
    161:8,11,14,19,20
    161:22,23,25
    162:3,7 167:2,5,6
    169:8 176:14
    177:7,10 178:12

179:9,16 180:2,6
    180:12,15,19,21
    181:2,7,10,12,13
    181:19,22,23,24
    182:6,9,13,15,19
    183:8,17 184:3
    202:15
month 200:17,18
months 39:8 40:3
    47:5 96:20 151:16
    151:23 152:2
morning 8:18,19
    8:22 9:1,6,10,13
    66:12,25 72:8,12
    73:8 98:14,24
    134:20 185:9,20
    193:24
mother 36:19 44:9
    47:10,19,22 49:11
    50:10 51:8,11,15
    51:16,17,24 53:14
    56:1,11,18 61:2,7
    61:18 114:4,5
    177:19 185:15
mother's 48:9
    49:11 50:20 59:5
    59:7 61:25
motions 10:13
motorcycle 38:11
motorcycles 38:9
mouth 110:16,21
    110:22
moved 55:25 56:10
    56:22,25 57:4
    58:24 59:9 60:25
movies 99:9
MURPHY 4:5
music 100:18
    103:13 185:6

_____N_____

N 8:1
N-A-N 55:9
N-E-L-T-A 103:5
N-E-N-E 58:17
N-O-R-D 54:5
naked 141:21

name 8:4,19 9:10
    10:5 11:10,10,17
    15:8,10 18:3,25
    23:18 27:12 42:25
    43:3,6 48:3,4,4,5
    48:6,7,7,8,9,10
    51:4 56:19,20,21
    60:10,11,12,17,18
    60:19,19,21,22,23
    62:16 65:1,2,25
    68:21 71:11,14,14
    73:1,11 75:9
    90:22 93:21,22
    104:4,6,8 124:19
    125:17,20 168:2
    170:7,12 174:10
    175:6,16,24,25
    176:1,3,4 189:17
    199:11 205:21
    206:25 207:7,11
named 81:24
    196:18 197:17
    199:17 208:6
names 15:1,16 16:8
    16:10 27:21 28:24
    29:10 47:22 48:1
    48:12 60:13 68:13
    68:24 70:14,15,18
    70:24 78:4,6,8
    82:2 84:10 90:21
    107:3 134:19,25
    162:20,23 169:16
    203:18
Nan 55:2,20
Nathalie 6:15 9:19
    78:15 128:18
    129:19
national 7:14 32:6
    32:9,20 37:13
    57:23 164:15,16
    165:15
nationality 200:1
native 78:6
natural 52:19
near 136:15
necessary 209:4
need 12:2,10 13:2,7

26:3 40:7,8
    157:10 185:21
    187:18
needed 30:1 180:19
    202:16
needs 137:10
neither 208:12
Nelta 102:23 103:5
    103:16
Nène 58:16,18
never 15:13 20:12
    41:21,22,23 42:9
    58:9 70:13 85:21
    97:21 98:2,4,7,9
    106:13 109:18,20
    115:8,11 120:14
    126:7,8,18,21
    131:20 148:9,22
    148:25 149:2,15
    149:18,20 158:19
    158:25 172:8,10
    172:15 173:3
    175:15 181:21
    203:7 207:12
new 1:9 3:15,15 6:4
    8:21 11:19 81:7
    91:25 167:25
    168:3
nice 12:6 23:14
    86:17 111:16,17
    176:24 195:14,16
Nicholas 81:8,10
    81:15,23 83:18,21
    84:2 88:5 89:6,22
    89:22,25 90:3,18
    91:6 123:14,18
    124:1
Nicholas's 83:17
Nick 81:12 83:24
nickname 15:3
    58:16 68:21 71:13
    73:15
night 79:24 97:25
    124:4,10,17
noise 142:18 143:6
    146:20
Nord 54:2,6,12,19

Golkow Technologies, Inc. - 1.877.370.DEPS

**notary** 10:21 208:3
  208:25 211:19
**note** 77:25 201:12
**noted** 211:6
**NOTES** 212:1
**November** 15:19
  19:21 23:20
**number** 8:12 19:16
  21:4 22:5 32:5
  33:20 38:18 54:16
  82:14 95:24
  100:10 135:12,14
  135:14 172:1
  173:22,23 174:15
  174:19 198:4,5,6
  198:7,8,10,16

**O**

**O** 8:1
**o'clock** 98:16 99:1
  131:6
**O'Connor** 2:15
  208:2,23
**O'Neill** 4:4 8:24,24
**oath** 45:1 78:21
  93:7 116:23 138:3
  163:11
**object** 131:25
  173:7 183:10
  186:21 201:21
**objected** 186:19
  187:2
**objecting** 173:14
  187:2,11
**objection** 10:25,25
  30:20 49:12 74:18
  122:16 145:24
  149:4,9,17 151:18
  152:3,13 157:5
  173:13 183:12
  184:6,11 185:1
  186:18,25 201:22
  204:13 205:24
  206:6
**objections** 10:11,24
  184:10
**obtain** 33:12 34:14

35:13,21
**obviously** 78:5
**occasion** 178:15
**occurred** 144:9,12
  145:9 147:2
  151:15
**October** 208:19
**offer** 108:14
**office** 58:13,13
  71:19 129:14,23
  130:16 135:4,5,10
  135:15 136:2,7,13
  136:17,20 137:4
  138:14 139:8,17
  139:19,23,24
  140:16,20,23,25
  141:8 147:3,9,13
  148:3 202:24
**OFFICES** 3:5
**oh** 52:5 83:18
  104:18 125:12
  132:25 158:1,4
  160:18 161:11,24
  161:25 169:24
  184:21
**okay** 10:20 11:14
  12:5,8,12,16 13:8
  13:12,16 16:19
  18:5 20:8,10
  21:19 22:16,19
  23:1,6,10,24 24:8
  25:19,23 31:11,20
  31:23,24 45:10
  50:13 53:11 55:8
  73:2 78:15,23
  79:20 97:14 107:5
  107:20 128:15,17
  128:19,20 133:2
  134:10,11 137:12
  138:13 146:2
  149:13 173:17
  179:4 187:15
  194:15,23 195:3,8
  195:21 196:21
  197:3,9,13 198:1
  200:19 201:7,12
  202:13 203:13

205:4 206:13
  207:15
**old** 14:5 46:24,25
  49:20 50:1,6,14
  50:20 51:3 52:18
  56:10,13 64:10
  80:22,24 88:1
  95:12 144:4,8,12
  196:2
**older** 49:22,23
  50:19,23,24 51:5
**once** 97:22,22
  123:8 133:16
  134:14 192:7
  195:1
**one-by-one** 203:2
**ones** 53:10 70:3
  71:3 112:4,5
**ongoing** 136:22
**open** 59:19
**opened** 98:18
**opportunity** 93:11
**opposed** 78:11
**order** 1:10,12 5:3
  9:5 29:24 35:16
  190:25 191:7,12
  206:23 207:7,11
**organize** 105:21
**original** 37:8
  209:12
**outside** 44:15 79:20
  79:21 88:6 98:19
  135:25 136:12
  147:13 153:17,18
  153:19 160:6,7,10
  186:15
**overnight** 79:5

**P**

**P** 4:4 8:1 60:17
**P-A-T-R-I-C-E**
  103:4
**P-E-U-P-L-E** 55:18
**P-O-R-T-A-I-L**
  80:21
**p.m** 66:19,20 124:5
  202:20

**page** 7:2,10 19:23
  21:19 22:1,4,5,21
  22:23 24:15 25:1
  25:2,4,6,8,9,11
  26:14 210:3 212:2
**pages** 211:4
**paid** 63:15
**pain** 153:7 155:19
  155:20,23
**painful** 153:4
**paint** 14:14,15,16
  14:19,23 123:19
**pants** 129:12,12
  135:25 136:4,5,12
  136:14 146:9,18
  146:18 147:6,7
  196:5,5
**paper** 29:21 177:13
  178:25 179:1
  181:1
**papers** 17:25 18:1
  27:17,18 29:15,19
  30:1 35:16 73:18
  177:3,13
**paragraph** 144:14
**Paraguay** 165:21
  165:24 166:5,8,13
  166:14
**parents** 84:19
**part** 24:19 64:6
  89:20 91:15
  135:19 155:8
  156:1 168:8 191:1
  191:21
**participate** 112:12
**particular** 74:13
**parties** 208:14,16
**party** 97:23
**pass** 114:5 166:2,15
**passed** 46:21 63:16
  71:11 140:24
  152:11 165:4,8
  166:12 168:22,23
  169:1
**passport** 7:16
  33:21,24 34:11,12
  34:14,23 35:9,13

35:17,21,23 36:20
  202:23,25 203:4,7
**Patrice** 102:23
  103:4,10
**Paul** 1:7 4:3 8:25
  107:9 108:3,10
  112:5,14 114:20
  117:20,22 118:18
  118:24 119:6
  168:7 199:17,19
  199:20
**Pause** 206:17
**Pawlik** 9:11
**pay** 87:8,15,18
  161:8 177:14
  178:6,14 179:2
**peace** 163:17 186:9
**penis** 130:9 141:23
  143:20 146:14
  150:19 151:4,5,11
  151:12
**people** 11:24 28:7
  40:7 44:11 48:1
  49:1,4 51:9 53:5
  56:17 70:4 81:20
  84:13,15,18 86:17
  89:4 90:12,14,15
  90:17 101:23
  103:22 104:10,22
  104:24 106:5,6,10
  106:11,14,22
  107:1,4,6,11,11
  107:14,22 108:8
  108:17,18 110:22
  123:12 125:10,10
  131:22 136:22,24
  148:8 154:8
  156:21,23 157:4
  157:25 158:7,9
  159:5,20 160:1
  164:6 169:13
  177:3 183:3 199:7
  203:19,19 204:17
  204:21,22,22
**people's** 79:12,13
**performance** 74:7
**performed** 82:8

Confidential - Subject to Further Confidentiality Review

perfume 180:4
Perlitz 1:7 8:10
  46:5,9 73:20
  134:16 176:15
person 16:12 28:5
  28:6,14 48:8
  58:12 81:8,23,24
  122:5,6,10,13,15
  132:15,17 156:12
  161:20,21 164:4
  174:1 175:7,8
  195:15 196:2,3,10
  199:21,22,23
  200:3 201:1,4
  203:22,24 208:6
Peter 69:4,17,25
Peuple 55:18,21
phone 38:12,14,16
  38:18,22,24,25
  39:3,18,21,23
  40:2,6,9,15,19,20
  40:22 172:1
  173:22,23,24
  174:3,7 197:24
  198:2,4,7,10,12
  198:16
phones 40:3
physically 195:25
pick 125:6
picture 33:9
pictures 41:3 140:2
  140:5,7,9,10,13
  140:13
Pierre 6:18 10:5,6
  52:22 57:17,20
  59:5 60:14,16,17
  60:19,21 62:22
  197:18 198:9,15
  198:18 199:1
Pierre's 58:16
PITNEY 5:14
place 43:24 44:6
  55:2 59:17 61:11
  61:19 67:3,8,24
  76:17 119:22
  120:1,6,9 127:24
  159:22 160:8,20

169:7 204:5
Plaintiff 1:5 3:2
  7:12 21:5,10
  22:12 137:20
Plaintiffs 9:7,12,14
Plaintiffs' 19:22
Plata 2:9,10 8:9
play 63:8 66:19
  67:8 86:14 101:5
  101:10,12 115:1,1
  115:4,15 129:9
  186:4
played 66:7 72:5
  99:8,9 101:8,8,13
  185:7
playing 129:10
  134:18,21,23
  184:22
plays 109:8
Plaza 6:7
please 8:16 11:9
  13:3 15:6 16:8
  17:20 21:15,23
  22:8,11,22 23:13
  23:17 25:1 26:22
  33:5 34:4 37:15
  43:4 47:22 48:2
  55:5 69:2 71:4
  84:24 85:13
  116:13 148:14
  172:23 173:10
  182:23 184:10
  201:14 209:3,8
plus 156:5
PNH 57:22 58:14
point 63:21 80:2
  87:21 95:1 157:22
police 42:4 57:23
  57:25
policeman 58:11
Pollard 2:15 9:16
  208:2,23
Pollock 3:19 9:10
  10:7,15,18,22
  11:1,6 19:15
  21:25 25:16,19
  30:13,20 39:22

44:16 49:12 54:17
  55:11,14 56:5
  74:18 75:16,20
  78:14 91:17,24
  92:2 107:8 122:16
  127:9 129:16,20
  131:25 132:7,11
  137:18 144:13,18
  145:24 149:4,9,17
  151:18 152:3,13
  153:8,10 157:5
  162:24 163:3
  173:7,14 174:24
  183:10,15,19,22
  184:1,11 185:1
  187:1,7,10,15
  189:7 192:4
  200:21 201:9,18
  203:10 204:13
  205:25 206:4,7,10
Port-au-Prince
  23:21 29:25 30:2
  58:25 59:9,16,24
  60:3,6 61:1,4,12
  61:14,15,16,21
  165:18,20 177:2
  177:15,18 178:21
  178:22,23 179:11
  179:11
Portail 80:19
portion 147:6
position 57:24
  71:18
positive 206:12
power 110:6
PPT 17:9,13,16,16
  17:19,22 28:25
  29:2,13 40:12
  46:1 47:2 52:25
  52:25 57:1 64:16
  64:18 89:2 90:9
  91:15,16 102:17
  102:18 104:11
  111:1,10 124:2,7
  152:22 158:3,3
  160:21 168:16
  169:4 170:2

172:20 173:1
  176:14,23 182:21
  182:25 192:22
  193:17 196:18
  197:18 200:8
  206:24 207:3,6,10
pray 108:13,20
  109:10 115:16
  117:7,15
prayed 108:12
prays 115:6
precise 25:15
precisely 135:7
prefer 188:18
prepare 16:1,4
  17:2,5 71:10,12
  79:14 125:5
prepared 138:11
presence 193:6
present 6:17 27:14
  199:15,22 201:2,4
presented 136:9
  174:11
pressure 142:6
  146:18
pretended 137:8
prevent 13:17,21
prevents 159:14
Previl 196:9
priest 117:8,9,14
priests 117:18
primary 165:6
prior 60:21
privilege 132:4
  200:25 201:11,20
  206:1,9
probably 91:18
  116:5 178:8
problem 105:20
  184:1 187:7,15
problems 162:10
proceed 138:11
professor 130:16
program 52:25
  64:6 80:14 81:2
  86:6
programs 99:10,10

progress 113:6
  119:12
project 43:25 49:3
  52:22 62:1,22
  112:1 121:18
project/program
  17:16
propounded 211:5
provided 203:4
provider 163:21
providing 73:5
public 62:17 208:3
  211:19
Puerto 2:9,10 8:9
pulled 130:8
  146:11,22,24
  151:2
pulling 151:10
pulls 74:14
punish 75:2 85:22
punished 85:24
purposes 10:23
pushed 142:5,6,10
put 20:1 67:1 97:23
  130:9,17 142:6,18
  142:20 143:6
  146:14 169:24
  170:7,11 186:18
  186:23
puts 196:5
putting 24:11 78:4

_____
        Q
question 10:12
  13:3,4 22:23
  24:21 84:24 85:13
  97:8 132:9 148:14
  149:11,12 171:7
  172:23 173:19
  183:11 186:23
  187:22,24 201:10
  201:14,16,19
  206:2
questioned 137:20
questioning 78:1
  132:2 137:21
questions 12:2

Golkow Technologies, Inc. - 1.877.370.DEPS

13:11,14 24:24
26:8,24 28:3
54:11 59:8 82:14
93:18,19 95:23
134:9 174:13
187:21 189:1,4
193:25 203:12
207:16 211:5
**quickly** 187:23

### R

**R** 8:1 60:17 208:1
210:1,1
**R-I-V-I-E-R-E**
54:5
**R-O-U-G-E** 80:21
**R-U-E** 55:18
**radio** 172:10,12
**raise** 187:18
**raised** 127:4
**ran** 121:25 122:15
**rang** 129:8
**Raynel** 203:22
204:21
**re-ask** 186:23
**reached** 52:17 88:6
159:18
**read** 10:17 16:1
19:2 21:22,23
22:8,16,18 23:13
23:23 24:2 25:11
25:13,22 26:8
33:3 36:1 209:3
211:3
**reading** 19:4 23:17
25:17 33:5 100:11
**ready** 128:21,22,24
**real** 71:14 73:11
**really** 52:13 68:18
72:5 91:4 105:22
109:23 124:3
129:22 132:7
142:22 150:3,8
157:12 162:5
171:16 174:2
185:23 187:22
188:17

**Realtime** 2:16
208:24
**reason** 77:5 87:4
112:16 126:16
174:18 192:1
209:5 210:5,7,9
210:11,13,15,17
210:19,21,23
**reasoning** 152:15
**recall** 35:18 64:11
96:22,24 168:1,19
174:17,21 180:25
**receipt** 209:13
**receive** 73:17 76:19
101:15 181:18
184:3 190:2
**received** 41:22,23
174:3 182:18
183:8 189:21
**recess** 44:21 77:21
92:6 116:18 129:8
136:22 137:15
163:6 189:11
**recognize** 19:12
20:5 25:4 53:6
68:19,19 84:14
156:10,15 157:24
157:25 161:9
171:9 204:23
**recognized** 29:14
133:19 161:22
169:9
**record** 8:4,17 10:3
11:10 21:9 22:1
25:16 44:20,22
55:11 77:20,22
78:5,20 92:1,5
93:3 103:2 116:15
116:17,19 129:16
137:14,16,19
163:5,7 186:18,24
187:6,11 189:10
189:12 201:13,21
206:16,18 207:19
208:10
**rectum** 146:15
147:25

**red** 120:15,15
**reduced** 208:9
**referenced** 1:21
**regards** 199:7
**registered** 105:5
**registration** 37:11
37:12,16
**regroup** 109:9
**regrouped** 111:5
**regular** 85:10
**regularly** 85:15,16
**relate** 17:13,19,22
**related** 64:4,18
208:13
**relation** 64:4
133:23
**relations** 171:11
**relative** 208:15
**religion** 117:10,12
**religious** 76:19
**remain** 152:18
**remember** 14:7,7
14:11,18 15:14,15
16:12 17:10,17
18:4 19:9 20:6,14
20:15,17,20 24:10
24:11,14,18,19,21
24:22,23,25 26:10
26:12,19,20 27:3
27:12,13,20,22
28:2,4,7,16,23
29:4,6,7,9,10,20
29:20,21 30:10
31:3 32:25 33:17
34:20,21 37:4,23
38:15 39:6 40:1
40:13 43:17 45:12
46:23,25 48:11,15
48:16 49:21 50:2
51:4,14 54:10,14
54:14 55:23 58:23
59:11 60:12 61:3
62:18 63:12,19
64:9 68:8,16,18
68:21,25 69:5,16
70:25 71:3 73:19
73:24 74:1 75:8,8

75:11 80:6,24
81:22 82:1,12,12
82:24 83:4,9,12
87:25,25 88:2
89:12 90:2,21
91:4,5 93:22
95:11,14 96:8,8
96:14,21 97:11
99:15 100:14,18
101:17 102:1,14
102:25 105:8
107:1,3,5,10,16
107:17,25 108:1,3
108:4,5,6,19,23
108:25 109:4
112:24 113:1,3,11
114:13,15,16,17
115:17 116:4,8,10
117:4 118:6,8,11
118:14 119:15
120:24 121:15
123:22,25 124:3
125:15 128:15
132:12 133:9
134:7,24 138:24
140:1,15,17,18
141:3,20,25
143:15,22 144:5
144:10,10 145:1,4
145:11,12 150:12
151:25 152:7,9,16
152:23 168:21
169:16,19 175:5
175:25 177:12
179:6,15 182:3
190:5,17,23
192:14,17,20,21
192:23 193:10,11
193:13,16,18,20
194:4,11,25 195:2
196:10 197:8
199:10,16,21
200:13,18 201:25
202:1 204:23
207:5,8,10
**remind** 12:10,11
**rent** 43:21,24

**rented** 43:21,22
61:21
**repeat** 17:20 26:22
34:3 84:24 95:22
148:13 161:16
172:22 173:13,18
182:23 201:14
**repeated** 96:1,2
165:25
**rephrase** 41:11
85:12
**replace** 81:8,10
**replaced** 83:22
**report** 91:5
**REPORTED** 2:14
**reporter** 9:15
12:15
**reports** 18:2,3
**represent** 8:20 9:12
11:18 193:25
202:6 206:22
**representing** 8:23
8:25 9:2,4,7,14
202:3,7
**Republic** 2:11 8:9
32:22 197:4,10,15
198:18 199:3,6
202:11,14 204:3,8
204:16 205:5
**request** 10:18
**required** 12:22
**reserve** 10:11,13
183:24 187:17
**reserved** 186:20
**resist** 142:3
**resisted** 142:5
**resisting** 142:4
**Response** 7:12 21:6
21:11
**rest** 69:5 71:15
188:19
**restroom** 44:17
**retained** 174:15
**return** 209:11
**Reverend** 8:25
**review** 1:23 26:23
**reviewing** 20:15

Confidential - Subject to Further Confidentiality Review

24:19 36:3 78:7
**revisit** 137:24
**RHODES** 1:10
**rice** 188:19
**ride** 38:9,10,11
**right** 31:17,21
    58:20 59:21 88:16
    88:16 91:8 99:24
    106:24,24 113:20
    117:18 129:17
    132:8 135:22,22
    142:17 143:7,7
    153:13 158:11
    172:4 183:25
    189:22 190:9,13
**rings** 175:18
**Rivière** 54:2,6,12
    54:19 62:11
**RMR** 2:15 208:3
    208:24
**Robinson** 5:6
    110:19,19 115:24
    124:19,21 125:12
    193:3 194:8
**Rodlin** 176:1
**Rodney** 176:1,3,5
    176:10
**Roknise** 71:11
**role** 10:3 57:24
    72:4 83:14
**Romere** 71:6,25
**Romeus** 176:2
**roofs** 79:17
**room** 16:13 48:24
    49:2 129:7 139:21
    139:21,22 187:25
    205:17
**rooms** 48:17 49:10
**Rouge** 80:19
**rough** 70:16
**Rue** 55:17,21 57:1
    64:3,5,8,15,18,21
    65:4,18,22,22
    66:1,3,5,9 67:6,9
    67:11,13,22 68:2
    68:11,14,22 69:19
    69:20,21,22 70:23

71:1,16,21 72:1
73:8,10,18,21,25
74:6,17,23,25
75:4,7,10,12,23
76:4,8,12,20,22
76:25 77:6,10,12
78:25 80:2,7,9,13
81:1,7,10,11 82:9
87:19 88:19 89:20
125:24 176:6
**rules** 106:2
**rumor** 159:22,24
**running** 122:22
    123:2

**S**

**S** 5:5 7:9 8:1
**S-A-L-I-N-E** 55:10
**S-H-I-R-L-E-Y**
    48:10
**S-I-L-I-A-N-A**
    48:7
**S.J** 1:7 4:3
**safe** 127:23
**Saline** 55:2,20
**Samuel** 48:11 51:3
    53:19
**sand** 136:3
**sandals** 181:5,7,9
    181:12
**Santo** 43:2,23
    46:14
**sat** 94:17 133:25
    137:22 169:12
    170:24 178:3
    188:1 202:22
**Saturday** 99:21
**Saturdays** 99:11
**saw** 27:16 29:14
    30:6 58:2 68:18
    75:14 89:4,4,6,17
    89:22 90:3,17
    104:2 106:13
    107:22 109:3,6
    114:23 115:11
    126:7 132:22
    133:5,18,18 137:7

137:7 141:25
150:5 170:23
172:15 173:3
196:24 199:7
202:21 204:19
205:11
**saying** 121:20
    129:11 152:6
    155:20 192:17
**says** 22:23 23:2
    25:17 26:16 54:11
    59:8 112:19
    174:15 182:8
**scared** 127:19
    150:4
**school** 62:5,7,9,13
    62:16,17,21,25
    63:1,3,7,8,11,13
    63:15,18,21,23,24
    64:1 66:7,20 74:8
    87:10,12 88:5,9
    88:11,14,18,18,21
    89:1,5,15 91:8,11
    95:5 98:18 99:8
    109:23,24,25
    110:5,13 113:6,25
    114:2,3 117:25
    120:5 129:6
    130:22 136:21,22
    147:7 164:13,15
    164:16 165:6,7,9
    165:11,13,13,14
    165:15,18,19,24
    166:5,8,13,19
    167:9,13,18 176:8
    191:2,4,10,17,17
    195:6
**schooling** 86:12
    165:5 167:3
**schools** 15:4 164:8
    166:4,7
**Schoubert** 175:16
    175:21
**seal** 208:19
**search** 73:7
**seawater** 55:3
**second** 55:9 56:21

59:20 60:18 76:10
82:16,18,19,25
95:17,18,19,21
97:1,6 100:10
187:5
**secondhand** 53:16
**seconds** 143:24
**security** 71:7 73:3
    73:4,5
**see** 19:11 20:3
    21:23 22:22,24
    23:3,8,9 25:7 36:4
    71:23,25 72:7,17
    73:20 75:3,6 83:6
    83:11 84:5,8
    89:25 90:7,13,14
    103:22,25 104:15
    104:16 105:6,13
    105:20 106:22,25
    107:13 108:21
    114:12,24 126:3
    132:12 133:3,14
    141:9,21,23 146:2
    146:3 155:18
    169:21 170:24
    172:14,16,19,25
    175:15 186:13
    188:12 197:1,11
    197:16,23 198:23
    199:5 204:21
    205:8
**seeing** 24:18 81:22
**seek** 122:8 152:24
    153:6,18 154:4
    160:10 163:15
**seen** 20:12 24:12,16
    35:9 58:9 68:17
    154:6 175:15
    176:23 203:7
**sell** 79:13,15
**selling** 53:15
**send** 40:14,20 59:3
    74:5 88:12 109:24
    110:2
**sense** 91:22
**sent** 41:22,23 59:3
    76:2,10 80:8,10

88:5,7,8 89:15
91:7 95:25 106:15
177:13
**separate** 45:11,13
    45:16,22 46:3,8
    71:8 73:6
**separation** 45:25
**September** 1:25
    8:6 207:18 208:5
**series** 22:13
**SESSION** 93:1
**set** 7:13 21:7,12
    106:2 127:2
    208:19
**seven** 1:14 203:10
**sex** 148:21 149:3,16
    149:24 171:10
**sexual** 171:11
**sexually** 134:16
**shaking** 195:20
**share** 48:20 49:1,10
    49:13
**sharing** 205:17
**she'll** 129:5
**sheet** 209:6,9,12
    211:6
**Shirley** 48:10 50:20
    50:25
**shirt** 138:25 139:3
    139:4,5,6 180:3
**shirts** 192:7 195:23
**shoes** 102:12 180:3
    180:13 181:4,4
**shorts** 102:11
    130:8 136:5
    145:13,17,20,21
    145:22 146:11,15
    146:17,22,24
    150:25 151:2,3,9
    151:10
**show** 19:10 76:21
    117:7,14,17 162:1
    162:1
**showed** 66:8 76:15
**shower** 67:4,5
**Sibert** 17:1 27:23
    28:19 35:12,21

Confidential - Subject to Further Confidentiality Review

37:10,22 132:15
132:18 133:4
169:21 170:4
171:5,14 172:7
173:4 177:8 179:8
180:22 182:14
**siblings** 52:11
**sick** 100:1 179:20
**side** 52:7,8 107:21
149:1 155:17
**sign** 10:17 18:1
26:11 29:15,24
30:2 35:16 177:2
177:14 178:17,24
178:25 179:1
180:25 209:8
**signature** 26:13
**signed** 26:17 28:18
29:3 178:25 179:5
179:6
**signing** 17:25 35:18
35:19
**silently** 154:5
**Siliana** 49:19 50:6
**Silvester** 107:2
**Simmons** 3:13,20
9:11
**Simon** 69:4,18,25
70:2
**sin** 155:6,7
**sir** 195:16 196:1,6
196:9,13,15,22,25
197:5,7,15,20,24
198:4,7,10,13,19
198:22,25 199:3,9
199:14,18,20,23
199:25 200:2,6,9
200:12,17,20
201:8,17,24 202:4
202:8 203:5,8,15
203:19,25 204:2,8
204:12,18 205:2,6
205:9,12,18,20
206:14
**sister** 47:18,24,24
48:9 49:11,14,18
50:13,21

**sisters** 52:3 53:3,6
53:7,12 56:1,3
61:8 167:8,13
**sit** 72:10 93:13
133:2 152:10
154:1 155:17,17
194:10 204:11,15
**sitting** 132:23
155:18 170:23,23
187:25 188:3,8,23
205:1
**situation** 158:25
**six** 1:14 52:2
**sixth** 3:6 164:22,23
165:4,8,25 166:2
166:15,23 167:9
167:13,16 168:22
168:23
**skirts** 196:4
**sleep** 49:2,4,6,7,13
65:7,9,10,11,13
79:5,12,19 97:17
97:19,25
**sleeping** 14:2 49:10
**sleeps** 48:22,23
**slept** 65:5,6,8 79:8
79:10,17 97:21,22
98:2,4,8,9
**SLOANE** 6:6
**slowly** 43:7
**small** 14:9 24:6,8
52:12 62:20 75:24
169:5
**smiling** 195:19
**SMS** 45:4
**sneakers** 148:20
**sniff** 14:16
**so-so** 155:14
**soccer** 101:10
**Society** 1:9 6:3 8:20
11:18 167:25
168:1,3
**soiled** 129:13
**solidarity** 113:25
**somebody** 102:4
113:16 126:24
145:13 154:18

181:16
**someday** 190:9
**someplace** 27:8
62:3 79:11
**soon** 147:15 160:3
**sorry** 56:7 81:15
89:9 135:8 153:11
160:19 173:12
195:10,13 203:20
207:9
**sort** 181:15,17
**SOVEREIGN** 1:9
**space** 209:6
**speak** 13:2 16:4,7
16:20,23 17:1
18:9,12,16 70:11
93:15 94:7,11
109:13,16,17
110:25 115:18,22
116:1,2,3,7 117:1
125:23 148:10,16
170:14,17,18
175:14 194:2,5
197:9 198:21
200:19
**speaking** 13:4
159:10 206:3
**speaks** 109:16
116:5
**special** 45:23 72:9
148:25
**specifically** 39:2
147:17
**spell** 15:6 43:4 55:4
69:2 78:8
**spelling** 54:4 55:12
**spellings** 78:4,9,10
78:11,12,12 103:4
**spend** 96:6 108:14
162:6 184:18,24
**spent** 82:23 83:2,3
88:23 131:3 185:7
**spoil** 156:23
**spoke** 16:11 69:22
109:18,20 111:20
170:19 173:4
194:11

**spoken** 69:9,11,17
70:4,7,9 125:21
126:5,9 127:4
196:21 197:14
198:1 205:5
**spoonful** 186:11
**sports** 101:5,6,7
186:5,6,6
**spot** 72:9 142:19
**spread** 159:21,23
162:19
**square** 80:17,18
132:20,23 134:5
168:17 169:4
202:19
**St** 1:3,3,10 8:10 9:8
54:21,23 55:1
69:4,18,25
**stable** 61:23,24
**staff** 70:25 73:11
81:5
**staffers** 90:8
**stand** 113:24
**standing** 112:19
129:25
**start** 64:8 66:12
74:16 95:9,16
128:25
**started** 51:14 52:17
57:11 65:3 71:9
91:9 95:12,15,20
95:21 126:8 129:6
129:22 130:22
133:20 155:18
168:14 169:24
202:24,24 203:2
**starting** 155:19
**state** 3:6 11:9
205:23 208:3
209:5
**statement** 11:20
16:2,5 137:19
149:8
**States** 1:1 8:11
**stay** 43:22 57:16
60:1 61:19 62:3
64:24 76:2 82:11

104:1,10,13,14
107:11 131:5
147:3 165:13
185:14,16
**stayed** 66:22 96:10
104:2 131:3 164:9
166:6
**staying** 205:9,12
**stays** 197:1
**stenographer** 54:4
**stepbrothers** 48:20
49:10 52:21,24
**stepchildren** 42:14
42:18
**stepfather** 52:5
56:5,6,17
**stepfather's** 56:19
**stepped** 204:5
**steps** 112:10 114:4
**stepsisters** 48:19
49:9 52:22
**sticking** 136:4
**sticks** 159:8
**stipulations** 10:10
**stop** 63:20 129:17
**stopped** 14:3,19
45:24
**stopping** 129:21
166:21
**street** 3:6,21 4:6,14
5:7,15 30:8,10
44:5 54:23,25
55:4 65:5,8 79:1
79:10,18 125:24
185:11,14,21
**streets** 13:25 14:2
64:25 65:4,9,13
65:15 66:21,23,23
79:2,6,9
**strength** 110:1
123:18 130:3,7,8
131:10,21,22
142:7,8,8 146:16
146:20 151:3
192:16 195:5
**strike** 10:13 41:10
45:21 46:3 54:24

Golkow Technologies, Inc. - 1.877.370.DEPS

59:14 101:4
110:24 119:2
195:13
**strikes** 175:18
**striking** 156:17
**strong** 118:1
**stronger** 130:2
**student** 85:10
118:4 119:17
152:19,21 167:22
176:23 182:21,25
192:22 193:17
196:18 197:18
**students** 40:12
80:25 102:17
106:16 110:11,15
111:2,7,21 113:9
116:7 117:23
118:12 121:17
124:2 160:21
168:16 169:4,21
170:3 176:14
194:12 195:9
200:8,24
**study** 90:23 100:5
100:16,19 101:1
166:25
**stumbled** 130:15
130:18 147:12,16
**subject** 1:23 91:25
**subjects** 91:1 100:9
**Subscribed** 211:15
**substance** 211:5
**succeed** 156:25
158:18
**succeeded** 158:19
166:13
**suffer** 149:23
**suffering** 154:5,6
**suggested** 136:1
**suit** 58:6
**suitcase** 180:20
**Suite** 6:7
**summer** 96:16,19
**Sundays** 99:19
**support** 119:1
121:18

**supposed** 154:20
154:22
**sure** 10:15 11:1
22:3 28:10,13
44:18 55:7 75:18
75:20 84:25 85:14
89:3 98:6 112:2
163:1,3 173:20
**suspect** 87:4
155:22,25
**suspicions** 77:11
126:19
**sustained** 152:25
**swear** 9:16
**sweep** 125:5,6
**switching** 83:20
**swore** 12:17
**sworn** 9:20,24
12:15 208:7
211:15
**Sylvester** 104:2,12
107:7,18,20
108:19 168:8,10
**Sylvester's** 104:4
**Systems** 2:16
208:24

─────────────

**T**

**T** 7:9 208:1,1 210:1
**T-C-H-O-U-W-...**
103:8
**T-I-N-E-L** 59:20
**T-shirt** 101:18
102:9 121:7,8,13
139:4 189:21
**T-shirts** 191:23,25
195:24
**table** 139:20
143:12 188:2,5,7
188:8
**tables** 125:6
**take** 11:19 13:7
19:4,8 33:3 34:1,5
36:1 37:15 44:14
44:16 67:4 75:17
77:18 81:12,15
100:12 123:19

128:13,23 129:11
135:18 136:10,12
137:10 141:18
145:13,16,18
162:18,25 163:2
185:17 189:7
**taken** 14:22 41:3
44:21 77:21 92:7
116:18 130:17
135:25 136:14
137:15 145:20
146:18 163:6
189:11 197:5
198:19
**talk** 27:16 40:8
93:23 94:12
108:11 109:15
114:11 117:6
118:18 159:5,20
159:20 162:21
164:6 170:3,9
171:6,18 174:1
175:12 177:3
178:2 183:7
188:14,16,21
196:23 197:21
205:3,7
**talked** 53:3 94:21
148:18 150:3
182:21,25 188:15
193:1
**talking** 40:19 45:7
45:24 52:6 65:22
83:19 106:9,16
111:17 112:18
133:21 154:23
160:16 161:15
168:4 183:2 191:9
191:9 195:17,18
**talks** 115:23 121:19
**Tan** 168:10
**taught** 65:25 72:23
**taxi** 204:10
**Tchouway** 102:22
103:8,20
**teach** 72:22 103:10
103:12,14,16,18

103:20
**teacher** 102:1,6
121:8 127:7
130:12
**teachers** 68:10,12
70:24 73:11 90:9
90:20 102:20,24
111:10 127:5
**team** 186:21
**tease** 154:8,10
**Technologies** 8:5
**teenager** 14:10
49:24 50:4,16,18
50:25 64:12,13
**television** 72:2
**tell** 12:18,23 13:11
20:20 22:1 33:5
58:1 62:9 66:13
68:19,24 70:21
71:2,3,23 87:12
96:15 97:12 99:6
105:17 106:4,12
114:19,21,22
117:25 118:21
119:5,7 122:20,24
126:24 127:7,17
128:12,16 129:1,3
129:5 131:8,22,23
132:18 137:6
142:25 144:2
147:17 148:7
149:22 150:11
156:16 160:2
162:17 168:15
170:6,14,20 171:1
171:2,3,3,14,15
171:16,20,20
172:2 174:1 182:1
183:6 188:12
190:19 194:23
196:16 200:1
**telling** 171:19
182:4 192:23
197:21
**tells** 122:20
**temporarily** 43:22
**temporary** 43:21

**ten** 29:5,8,8 68:5
144:25
**tennis** 102:12 180:3
**tenth** 167:19
**Terminate** 106:8
**terrible** 71:13
**test** 165:1,4,9
**testicles** 150:21
151:1,5,8,12
**testified** 9:25
189:20 190:6
192:5
**testify** 208:7
**testifying** 13:18,21
**testimony** 9:21
149:5 152:4 157:6
190:11 194:21
203:3 208:11
**text** 40:14,17
**thank** 10:8 11:6
16:19 19:15 21:1
23:22 25:20 36:6
54:17 55:15 77:16
94:24 98:10 103:9
137:25 189:6
193:21 206:13
207:16
**Thanks** 187:18
**thing** 31:2 70:20
74:20 76:1 81:6,6
118:23 119:15
179:25 185:5
186:10 194:19
207:8
**things** 17:10 18:24
65:24 66:2 79:14
83:12 99:6 100:21
105:14 111:23
112:11 114:3
115:17 118:14
121:4,20 122:4,5
122:7,9,24 123:22
125:15 148:6,25
159:17 160:8
176:24 180:14
182:20 184:21,22
195:4 207:12,13

think 62:8 122:10
  122:12 128:14
  143:4 148:5
  149:19 155:22
  156:24 158:21
  163:24 171:23
  181:22 183:15,16
  183:19 188:13
  191:20 192:12
  195:12,21 197:12
  198:25
thinking 145:5
  158:17
thinner 14:17,19
  14:23
thinners 14:13,14
  14:15 123:19
third 48:6 88:24,25
  96:1,2,5 97:1,7
  100:14,16
thirty 209:13
thought 83:18
  127:23 136:3
  143:2,3 188:4
  192:1
three 1:13 6:7
  133:10,11 203:17
  203:19,19
throw 106:8
throwing 158:20
thrown 74:23
  106:19 130:11
  131:14,15
Thursday 99:18
Tidou 69:3,17,25
time 8:6 10:13 13:2
  17:9,15,19 26:21
  26:25 30:12 33:3
  36:1 40:4 43:14
  43:18 44:20,23
  51:15,16,24 57:1
  57:7,12 62:9
  64:25 65:3,11
  66:13 68:17 69:18
  76:12,23 77:20,23
  85:24 86:3,20
  87:15,19 91:19

92:5 93:4 94:9,19
  96:23 97:16 98:12
  98:14,18,24 99:1
  100:6,13,20
  106:17 107:6
  108:14 109:2
  113:1,4,10,15
  114:14 116:17,20
  118:5,13 124:11
  125:7 126:10,14
  128:23 133:7,10
  133:15 134:12
  137:14,17 140:24
  141:1,18,21,24
  144:2,4 145:6
  147:25 148:11,17
  150:12,24 152:11
  155:14,14,15,15
  156:10,18 161:19
  163:5,8 168:25
  170:5 172:21
  173:2 176:17
  177:4,5,10,15,23
  177:25 179:8
  180:22 184:25
  189:10,13,16
  190:15 193:24
  194:5 196:24
  197:2 200:14
  206:16,19,24
  207:6,19
times 58:20 74:1
  79:1 83:9 89:7,25
  108:21,24,25
  114:13,15,16,22
  116:6,8 158:19
  161:4 179:13
  190:17,21 194:2
  194:11,13,23
  195:4,8,11
Timothy 4:4 8:24
tin 79:17
Tinèl 59:20
title 21:23 57:24
today 9:9 11:15,19
  11:21 12:18 13:18
  13:21 16:13 17:2

17:5,18,21 20:13
  24:17,20 47:13
  53:12 59:14
  118:16 122:14
  152:10 179:17
  180:12 187:21
  189:20 190:6
  194:10,15 203:4
today's 8:5 16:2,5
told 42:23 56:4
  74:25 85:20 98:16
  107:2 110:14
  112:25 118:7,17
  121:16 122:22,25
  123:1 125:16
  131:18,20 132:8
  132:16 145:11
  148:3,9 150:8
  169:10 171:19
  172:3 178:5
  179:21 181:3,11
  181:24 190:7,10
  190:12,16,20,22
  192:19 193:8,13
  193:14,18 194:20
  199:5
tomorrow 85:23
toothbrush 120:5
top 22:22
total 96:6 179:20
  179:22
touch 150:19,21
  151:1
Toussaint 52:22
  62:22
tpo@murphykin...
  4:9
transcript 10:17
  209:14,15
transcription 78:8
  211:4
transfer 183:16
translate 9:20
  22:11 23:17
  110:23 115:24
  128:19 193:3
  194:6

translated 9:21
translating 201:1
translation 137:23
translator 22:9,10
  23:14,16 25:12
  43:11 117:2,23
  118:4,9 129:4
translator's 78:11
translators 52:6
  194:7
transportation
  178:8,17
trash 125:6
travel 202:19 204:1
travelled 203:15
trial 7:11 10:14
  19:17 126:7
tried 119:25 142:2
  154:12 158:18
  160:5,10 161:4
  162:9
trip 202:24,25
  203:2,23 204:2,24
trouble 42:3 86:1
  157:14
true 30:23 59:12
  115:10 157:9
  208:10
Trumbull 5:7,15
truth 12:18,23 24:7
  122:20,21,22,25
  123:2 171:2,2,3
  171:12,20 174:2
  208:7
truthful 31:15
try 12:11 153:12
  161:6 162:12,21
  185:25
trying 119:10,18,21
  143:11
Tuesday 1:25
  99:18
turn 22:21 25:1
  72:2 144:6
turning 142:1
  143:16 146:21
TV 17:5 66:19

tweaked 142:14
twelfth 167:23
  191:18,19
Twenty 4:6
twice 109:5
two 1:13 48:18
  60:16,21 76:4
  82:23 100:10
  113:18 133:10,11
  161:2 181:21
typed 31:25
types 99:3,3 179:23
typewriting 208:9
typically 98:15
  185:10

─────────

U

U.S.A 1:11,12 5:4
Uh-huh 82:10
Uh-uh 81:11
uncle 36:16,18
  53:19 57:15,17,20
  58:16 59:1,5 60:1
  60:3,6
uncle's 61:17
underneath 23:7
understand 11:21
  12:4,8,12,14,17
  12:22 13:5,10,13
  18:14 20:8,12
  31:10,12,13,14,19
  32:14 40:18 41:17
  45:1 75:22 78:21
  93:8 95:2 97:8
  105:15 116:24
  127:15 129:20
  138:3,6 149:11
  163:12 171:25
  187:23,24 189:2
  191:24 207:1
understood 187:20
  188:25
unemployment
  158:5
uniform 58:2,5,15
  139:4,6
United 1:1 8:11

**university** 1:8 5:12
8:23 109:25 110:3
110:10,12,15
189:19,21 190:3,9
190:25 191:2,5,8
191:12,21 192:3
192:13,18,24
193:15,19 194:18
**upper** 58:20 59:21
88:15,16
**use** 31:8 40:6,20,25
41:7,9 44:17
91:20 180:2,6
**usual** 10:10 117:14
131:6
**usually** 66:14

**V**

**v** 1:6
**Vague** 49:12 74:18
122:16 145:24
149:17 204:13
**valid** 187:4
**value** 148:20 149:3
149:16
**verbally** 12:3
**verification** 25:8
25:11,23,25 26:11
26:14,17 29:16
**verify** 204:5
**version** 22:4
**versus** 8:10
**videographer** 6:13
8:3,5 9:15 44:19
44:22 77:19,22
92:4 93:3 116:16
116:19 137:13,16
163:4,7 189:9,12
206:15,18 207:17
**videos** 17:4
**VIDEOTAPED**
1:23 2:2
**Village** 14:3,20
17:14 42:15,16,23
43:1,19 44:12,13
45:14,16,19 47:3
47:4,8 51:18 57:3

57:5,8,11,14
58:22 64:4,6,7,20
69:12,15,20,23
70:1,5,10 74:5
76:3 77:4 88:7
89:16,20,21 91:8
91:14,15,19 94:25
95:4,5,10,13,15
95:20,25 96:3,5,7
96:10,13,16,19,25
97:4,5,10,11,14
97:15,21,23 98:2
98:8,9,12,15,21
99:3,7,13,17,20
99:23,24 100:4,7
100:13,20 101:2,5
101:16 102:10,21
103:23 104:11,11
104:16,22 105:1,4
105:7,12,16,18,25
106:3,6,10,15,15
106:20,23 107:6
107:10,14,23
108:15,22 109:3,7
110:4 111:8,21
112:1,3,7,15,21
113:10 114:12,20
114:24 118:13
119:1,4,6,11,11
119:17,19,22
120:8,16 121:3,25
122:2,12,15,22
123:3,9,15 124:8
124:22,23 125:8
126:2,4,15,24
127:5,18,23 128:5
131:2 133:1,20,24
133:24,25 134:24
135:1,9,11 139:6
140:3 150:16,17
151:16 152:1,12
152:19 153:13,17
153:18 156:6,11
156:15 157:2,14
157:20,22 158:4
158:10,22 159:8
159:25 160:4

161:10,23 164:7,9
164:10,14 169:11
169:12,15 171:1,8
172:14 175:8,10
175:19,22 176:7,8
185:6 189:25
191:7 193:7
**visit** 45:19 47:7
52:22 73:22 84:17
84:20 89:5,7,13
89:19 90:9 104:13
106:23 108:9
**visited** 75:9,12
84:15 107:6
114:20 123:5,8
**visiting** 89:18 90:4
90:6 107:13
**visitor** 77:9
**visitors** 75:4,6 84:5
84:8 106:23
107:23 108:2
**voice** 12:6,11 23:14
25:12
**volunteered** 81:21
**voter** 37:12,16
**voter's** 37:11

**W**

**W** 4:12 5:13
**W-I-L-L-N-Y**
60:18
**W-I-L-N-A-D-J-I**
60:22
**W-I-L-N-E-R**
57:18
**Wadson** 203:21
204:21 205:21
**waist** 146:11
**wait** 161:24 202:18
**waited** 202:20,21
**waiting** 170:17
**waive** 10:21
**wake** 186:9,9
**walk** 66:17 154:2
158:23 185:20
186:15
**walked** 140:22,24

**walking** 129:23
147:23
**wall** 140:4,6,10
147:6 172:14,17
**walls** 140:14
**WALSH** 6:6
**WANAT** 4:13
**want** 16:8 41:8
62:8 91:18,22
98:6 101:21
128:14 130:6,6
134:6 137:23
142:4,9,9,22
146:19 154:14
159:17,18 160:9
161:9,21,25
162:20,25 163:1
170:22 171:1
186:1 187:6 189:7
**wanted** 64:25 65:10
79:3 180:9 186:7
**wants** 74:14
**wash** 132:21
133:17 160:14
161:7
**washed** 65:17
**washing** 39:16
65:21 169:6
**wasn't** 63:14 64:13
75:25 76:17 77:2
86:1 90:5 91:8
100:1 101:22
102:7 110:19
125:10 133:9
144:5,24 145:4
147:10 155:13,17
166:1 176:8 180:8
186:22
**watch** 17:4 66:18
99:9
**way** 11:3 67:21
79:25 86:22
120:15 154:10
155:13 158:13
163:23 169:24
178:2
**ways** 159:2

**we'll** 10:10,11,21
77:18 91:25
116:14 187:17
201:12
**we're** 11:19 12:1
44:25 78:4,10
98:6 116:22 138:2
156:22 163:10
168:4 187:10
188:3 192:7,8
**we've** 20:1 33:19
68:17 75:16
**weapon** 58:10
**wear** 58:2,4,6,14
65:24 143:14
196:4
**wearing** 138:23,25
180:11
**wears** 196:5
**Wednesday** 99:18
**week** 74:3 85:2,4,7
85:8 99:12,24
125:1,9,11 128:4
**weekend** 99:11
**weeks** 153:25 154:3
155:12
**went** 14:3,20 28:3,6
30:2,5 33:13
43:22,23 54:20
57:8,16 59:1,4
60:1 61:4 62:7,9
63:1,2,25 65:23
66:20,22,23 73:10
76:9 80:22 82:15
94:25 95:3,3 97:3
98:1 99:8 105:20
120:12 122:8
124:11 129:7,8
130:25 132:12,13
132:20 133:3,13
134:1 136:6,17,20
137:4 141:1 147:5
147:5,7,15 157:2
157:13 159:25
161:2 164:8 165:1
165:12,14,18
169:21 171:4

176:6,7 178:23
197:12 202:21
205:7
**weren't** 119:19
188:6
**whereof** 208:18
**white** 71:5,8 73:2
75:3,6,10 81:8,20
81:23,24 84:5,8
84:13,14,18 89:4
90:12,15,17
103:22 104:10
106:22 107:5,14
107:22 108:17,18
199:23 200:3
**wife** 60:9
**wife's** 60:10
**Willny** 60:18
**Wilnadji** 60:16,22
**Wilner** 57:17
**win** 182:6
**window** 139:13
**windows** 139:9
**wipe** 138:21
**wiped** 129:24
136:11
**wiping** 138:22
141:11 146:23
**witness** 9:17 19:23
33:7 36:3 173:8
173:15 174:25
183:11 184:12,13
187:12,13 192:5
200:22,22 201:10
201:19 208:18
209:1
**witness's** 55:14
78:12 149:5 152:4
157:6
**woman** 111:16
131:12 154:12
156:14
**women** 84:11
**won** 183:4
**Woodwork** 100:23
**word** 45:4 55:10
56:21 59:20 80:21

**words** 12:3 18:20
18:21,22 128:12
207:1,3
**wore** 196:3
**work** 53:12,14,17
53:19,20,22 58:6
81:18 89:13
124:25 125:2
133:17 156:6,9,19
157:23 159:5
160:5,10 161:2,5
161:7,17 166:22
169:5 186:1
**worked** 39:16,19
63:6,6,6 70:25
81:21 166:24
191:3
**working** 53:15
86:18 89:18 90:4
90:5 106:10,11
126:3 158:7
161:18
**works** 53:23 57:22
58:13
**worry** 161:11
**worse** 157:12
**wouldn't** 79:16
83:7 142:23
162:21 170:1
**wound** 135:18
136:6,7,10 138:21
138:22 146:23
147:5 153:1
**write** 18:19,20,21
18:21,22,25 65:1
65:1,25 66:8
72:23,23 76:16
**writing** 67:16
172:14,16,19
**writings** 17:8
172:25
**written** 23:3,10
25:14 55:6 189:23
**wrong** 155:1

**X**

**X** 7:9

**Xia** 3:4 9:13,13

**Y**

**yard** 202:22
**yeah** 25:10 26:1
65:12,15 66:4
68:12 71:22 73:22
74:10 75:5 76:14
86:15 102:18
108:3 113:17,21
121:7,19,22 125:9
134:23 135:17
141:7 142:4 146:8
154:23 158:1
160:12 163:19
164:25 165:17
168:7 170:19
180:13 181:15
182:11 185:22
186:2 188:15
189:2 195:17
196:23 198:3
**year** 67:21 69:13
69:16 72:21 76:9
76:10 82:18,19
87:13 88:23,23
90:25 95:9,17
100:10 133:8
165:25 166:12,13
166:16 174:21
200:14,15,16
**years** 19:7 52:18
56:10,13 76:4
82:23 96:6 128:4
133:10,11 144:8
144:12
**yell** 142:12
**yelled** 142:21
**York** 3:15,15
**young** 196:2
**younger** 49:22

**Z**

**0**

**02108** 4:7 6:8
**02109** 3:7

**06103** 5:8,16
**06405** 4:15

**1**

**1** 7:11 19:14,16,20
20:2,9 22:24 23:3
**1,000** 177:17,21
178:16 179:1,12
179:13
**1:40** 93:4
**10/31/2017** 208:25
**10:11** 44:20
**10:27** 44:23
**100** 3:6 87:12
177:14,21,23
178:4 180:23
**10016** 3:15
**11** 21:13 26:17
**11:37** 77:20
**112** 3:14
**12** 56:10,13 174:15
174:19
**12:01** 77:23
**12:30** 91:17 92:5
**13** 50:19 57:1 64:3
64:5,8,15,18,21
65:4,18,22,22
66:1,3,5,9 67:6,9
67:11,13,22 68:2
68:11,14,22 69:19
69:20,21,22 70:23
71:1,17,21 72:1
73:8,10,18,21,25
74:6,17,23,25
75:4,7,10,12,23
76:4,8,12,20,22
76:25 77:6,10,12
78:25 80:3,7,9,13
81:1,7,10,11 82:9
87:19 89:20
125:24 176:6
**13th** 125:24
**15** 52:18 144:6
**150** 39:10
**16** 144:6
**17** 144:8,12,21,23
**18** 50:17 51:2 144:5

**144**:6,24
**189** 7:4
**19** 7:11
**193** 7:5
**1990** 15:19 23:20
**1999** 54:7,12

**2**

**2** 7:12 21:3,4,10,16
24:13,24 28:18
30:14,16 54:16
88:19 179:4
**2,000** 179:21
**2,400** 179:22
**2:00** 66:19 124:5
**2:32** 116:17
**2:49** 116:20
**20** 68:7 211:16
**2008** 96:16
**2013** 19:21 59:10
174:16
**2014** 21:13 26:17
**2015** 1:25 8:6 61:5
61:6,9 200:17
207:18 208:6,20
**203-315-7000** 4:16
**206** 7:6
**21** 7:13
**212-784-6400** 3:16
**242** 5:15
**280** 5:7
**29** 1:25 8:6 207:18
**29th** 208:5

**3**

**3** 7:14 23:20 32:4,5
32:13 37:15
135:13
**3:13-cv-01132-R...**
8:13
**3:13-cv-01132(R...**
1:2
**3:13-cv-1225-RNC**
1:4
**3:13-cv-1269-RNC**
1:4
**3:13-cv-1437-RNC**

Confidential – Subject to Further Confidentiality Review

| | | |
|---|---|---|
| 1:5 | **3:13-cv-1767-RNC** | **60** 10:19 |
| **3:13-cv-1480-RNC** | 1:17 | **617-423-0400** 4:8 |
| 1:5 | **3:13-cv-1768-RNC** | **617-523-6010** 6:9 |
| **3:13-cv-1626-RNC** | 1:17 | **617-523-6250** 3:8 |
| 1:6 | **3:13-cv-1769-RNC** | **62002** 3:22 |
| **3:13-cv-1627-RNC** | 1:18 | |
| 1:6 | **3:13-cv-1881-RNC** | **7** |
| **3:13-cv-1628-RNC** | 1:18 | **7** 19:21 98:23 |
| 1:7 | **3:13-cv-1904-RNC** | **7:00** 202:20 |
| **3:13-cv-1629-RNC** | 1:19 | **7:01** 207:19 |
| 1:7 | **3:13-cv-1906-RNC** | |
| **3:13-cv-1630-RNC** | 1:19 | **8** |
| 1:8 | **3:13-cv-1907-RNC** | **8:00** 98:16,23 |
| **3:13-cv-1631-RNC** | 1:20 | **8:30** 129:7 |
| 1:8 | **3:38** 137:14 | **830** 6:7 |
| **3:13-cv-1632-RNC** | **30** 209:13 | **860-275-0100** 5:17 |
| 1:9 | **32** 7:15 23:20 59:22 | **860-275-8200** 5:9 |
| **3:13-cv-1633-RNC** | **33** 7:16 | |
| 1:9 | **35** 164:25 165:2 | **9** |
| **3:13-cv-1634-RNC** | **3rd** 15:19 | **9:00** 66:17 |
| 1:10 | | **9:06** 8:7 |
| **3:13-cv-1635-RNC** | **4** | **99** 54:8 144:15 |
| 1:10 | **4** 7:16 33:19,20,23 | |
| **3:13-cv-1636-RNC** | 34:1,5,8 135:13 | |
| 1:11 | **4:01** 137:17 | |
| **3:13-cv-1637-RNC** | **400** 179:21 | |
| 1:11 | **471** 4:14 | |
| **3:13-cv-1638-RNC** | **473** 2:15 208:2,23 | |
| 1:12 | **48703876** 38:19,20 | |
| **3:13-cv-1639-RNC** | | |
| 1:12 | **5** | |
| **3:13-cv-1640-RNC** | **5** 2:10 82:14 95:24 | |
| 1:13 | 97:20 99:1 131:6 | |
| **3:13-cv-1641-RNC** | 135:13 | |
| 1:13 | **5:00** 66:20 | |
| **3:13-cv-1642-RNC** | **5:04** 163:5 | |
| 1:14 | **5:18** 163:8 | |
| **3:13-cv-1644-RNC** | **50** 125:1 | |
| 1:14 | **547** 2:10 | |
| **3:13-cv-1645-RNC** | **5th** 208:19 | |
| 1:15 | | |
| **3:13-cv-1647-RNC** | **6** | |
| 1:15 | **6** 103:3 | |
| **3:13-cv-1648-RNC** | **6:00** 99:1 131:6 | |
| 1:16 | **6:17** 189:10 | |
| **3:13-cv-1701-RNC** | **6:25** 189:13 | |
| 1:16 | **6:59** 206:16,19 | |

# Exhibit O

Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
Civil Action No.
3:13-cv-01132(RNC)

*****************************

| | |
|---|---|
| GERVIL ST. LOUIS, a/k/a ST. LOUIS GERVIL, | Consolidated with: |
| | 3:13-cv-1225-RNC |
| | 3:13-cv-1269-RNC |
| Plaintiff, | 3:13-cv-1437-RNC |
| | 3:13-cv-1480-RNC |
| v. | 3:13-cv-1626-RNC |
| | 3:13-cv-1627-RNC |
| DOUGLAS PERLITZ, FATHER | 3:13-cv-1628-RNC |
| PAUL E. CARRIER, S.J.; HOPE | 3:13-cv-1629-RNC |
| E. CARTER; HAITI FUND, | 3:13-cv-1630-RNC |
| INC.; FAIRFIELD UNIVERSITY; | 3:13-cv-1631-RNC |
| THE SOCIETY OF JESUS OF NEW | 3:13-cv-1632-RNC |
| ENGLAND; SOVEREIGN MILITARY | 3:13-cv-1633-RNC |
| HOSPITALLER ORDER OF ST. | 3:13-cv-1634-RNC |
| JOHN OF JERUSALEM OF RHODES | 3:13-cv-1635-RNC |
| AND OF MALTA, AMERICAN | 3:13-cv-1636-RNC |
| ASSOCIATION, U.S.A.; a/k/a | 3:13-cv-1637-RNC |
| ORDER OF MALTA, AMERICAN | 3:13-cv-1638-RNC |
| ASSOCIATION, U.S.A.; JOHN | 3:13-cv-1639-RNC |
| DOE ONE; JOHN DOE TWO; JOHN | 3:13-cv-1640-RNC |
| DOE THREE; JOHN DOE FOUR; | 3:13-cv-1641-RNC |
| JOHN DOE FIVE; JOHN DOE SIX | 3:13-cv-1642-RNC |
| and JOHN DOE SEVEN, | 3:13-cv-1644-RNC |
| | 3:13-cv-1645-RNC |
| Defendants. | 3:13-cv-1647-RNC |
| | 3:13-cv-1648-RNC |
| | 3:13-cv-1701-RNC |
| | 3:13-cv-1767-RNC |
| | 3:13-cv-1768-RNC |
| | 3:13-cv-1769-RNC |
| | 3:13-cv-1881-RNC |
| | 3:13-cv-1904-RNC |
| | 3:13-cv-1906-RNC |
| | 3:13-cv-1907-RNC |

*****************************
This document applies to:
All of the above referenced cases
And those to be filed
*****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
VIDEOTAPED DEPOSITION OF RAYNEL ODILBERT

Monday, September 28, 2015
9:09 a.m.

Confidential - Subject to Further Confidentiality Review

Page 2

1    VIDEOTAPED DEPOSITION OF RAYNEL ODILBERT
2
3
   Held At:
4    Barcelo Puerto Plata
5    Carretera Luperón, km 5, Puerto Plata 547
6    Dominican Republic
7
8
9    REPORTED BY:
10   Maureen O'Connor Pollard, RMR, CLR, LSR #473
11   Realtime Systems Administrator
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1    APPEARANCES (Continued):
2    FOR THE DEFENDANT PAUL E. CARRIER, S.J.:
3        TIMOTHY P. O'NEILL, ESQ.
4        MURPHY & KING
5        One Beacon Street, Twenty First Floor
6        Boston, Massachusetts 02108
7        617-423-0400
8        tpo@murphyking.com
9
10   FOR THE DEFENDANT HOPE E. CARTER:
11       JEFFREY W. KENNEDY, ESQ.
12       MILANO & WANAT LLC
13       471 East Main Street
14       Branford, Connecticut 06405
15       203-315-7000
16       jkennedy@mwllc.us
17
18   FOR THE DEFENDANT ORDER OF MALTA AMERICAN
19   ASSOCIATION, U.S.A.:
20       BRADFORD S. BABBITT, ESQ.
21       ROBINSON & COLE LLP
22       280 Trumbull Street
23       Hartford, Connecticut 06103
24       860-275-8200
25       bbabbitt@rc.com

Page 3

1    APPEARANCES:
2    FOR THE PLAINTIFF:
3        MITCHELL GARABEDIAN, ESQ.
4        LAW OFFICES OF MITCHELL GARABEDIAN
5        100 State Street, Sixth Floor
6        Boston, Massachusetts 02109
7        617-523-6250
8        garabedianlaw@earthlink.com
9        -and-
10       ELLYN H. HURD, ESQ.
11       SIMMONS HANLY CONROY
12       112 Madison Avenue
13       New York, New York 10016
14       212-784-6400
15       ehurd@simmonsfirm.com
16       -and-
17       JO ANNA POLLOCK, ESQ.
18       SIMMONS HANLY CONROY
19       One Court Street
20       Alton, Illinois 62002
         618-259-2222
21       jpollock@simmonsfirm.com
22
23
24
25

Page 5

1    APPEARANCES (Continued):
2    FOR THE DEFENDANT FAIRFIELD UNIVERSITY:
3        JOHN W. CERRETA, ESQ.
4        DAY PITNEY LLP
5        242 Trumbull Street
6        Hartford, Connecticut 06103
7        860-275-0100
8        jcerreta@daypitney.com
9
10   FOR THE DEFENDANT THE SOCIETY OF JESUS OF
11   NEW ENGLAND:
12       MICHAEL KERRIGAN, ESQ.
13       SLOANE AND WALSH, LLP
14       Three Center Plaza, Suite 830
15       Boston, Massachusetts 02108
16       617-523-6010
17       mkerrigan@sloanewalsh.com
18
19
20   Videographer: Christopher Coughlin
21
22   Interpreter: Nathalie Coupet
23
24   Also Present:
25   Jean Elyseé Pierre Louis, Interpreter

2 (Pages 2 to 5)

Confidential - Subject to Further Confidentiality Review

Page 6

1                INDEX
2    EXAMINATION                PAGE
3    RAYNEL ODILBERT
4    BY MR. O'NEILL             9
5    BY MR. CERRETA            109
6    BY MR. KERRIGAN          137
7    BY MR. KENNEDY           169
8    BY MR. BABBITT           198
9
10
11            E X H I B I T S
12   NO.    DESCRIPTION          PAGE
13    1    Complaint and Jury Trial Demand......  9
14    2    Plaintiff Raynel Odilbert's
           Response to Certain Defendants'
15         First Set of Interrogatories......... 10
16    3    Copy of Raynel Odilbert's Birth
           Certificate.......................... 10
17
18    4    Copy of Raynel Odilbert's Passport... 11
19
      5    Copy of Raynel Odilbert's Visa....... 11
20    6    List of Claimants covered by the
           2013 Settlement Agreement............105
21    7    Document titled Pending Related
           Cases...............................106
22
23    8    List of names.......................108
24
25

Page 7

1            P R O C E E D I N G S
2
3         THE VIDEOGRAPHER:  We are now on the
4    record.  My name is Chris Coughlin, and I'm a
5    videographer for Golkow Technologies.
6         Today's date is September 28, 2015,
7    and the time is 9:09 a.m..
8         This video deposition is being held in
9    Puerto Plata, Dominican Republic in the matter
10   of Gervil St. Louis, Plaintiff, versus Douglas
11   Perlitz, et al, Defendants, in the United States
12   District Court for the District of Connecticut,
13   Civil Action Number 3:13-cv-01132-RNC.
14        The deponent is Raynel Odilbert.
15        Will counsel please identify
16   yourselves and swear in the witness -- and state
17   whom you represent.
18        MR. O'NEILL:  My name is Timothy
19   O'Neill, and I represent the Reverend Paul
20   Carrier.
21        MR. KERRIGAN:  Good morning,
22   Mr. Odilbert.  My name is Michael Kerrigan, and
23   I represent --
24        THE INTERPRETER:  He's telling you his
25   name.

Page 8

1         MR. KERRIGAN:  Feel free.
2         THE WITNESS:  Raynel Odilbert.
3         MR. KERRIGAN:  Good to meet you.
4    I'm an attorney representing the
5    Society of Jesus of New England.
6         MR. CERRETA:  Good morning.  John
7    Cerreta for Fairfield University.
8         MR. KENNEDY:  Good morning.  I'm
9    Jeffrey Kennedy.  I represent Hope Carter.
10        MR. BABBITT:  Good morning.  Bradford
11   Babbitt on behalf of the American Association of
12   the Order of Malta.
13        MR. GARABEDIAN:  Good morning.
14   Mitchell Garabedian representing all Plaintiffs
15   in the Gervil St. Louis matter, including Raynel
16   Odilbert.
17        MS. POLLOCK:  Jo Anna Pollock from
18   Simmons Hanly Conroy, and I represent the
19   Plaintiffs.
20        MS. HURD:  Ellyn Hurd from Simmons
21   Hanly Conroy representing the Plaintiffs.
22        THE VIDEOGRAPHER:  The court reporter
23   is Maureen Pollard, and she will now swear in
24   the witness and the interpreter.
25

Page 9

1         NATHALIE COUPET,
2    having been duly sworn to translate the
3    testimony to the best of her ability, translated
4    as follows:
5
6         RAYNEL ODILBERT,
7    having been first duly sworn, was examined and
8    testified as follows through the interpreter:
9        DIRECT EXAMINATION
10   BY MR. O'NEILL:
11    Q.   As you heard, my name is Timothy
12   O'Neill, and I represent Father Carrier.
13        MR. O'NEILL:  I'm going to start by
14   introducing premarked exhibits.  Exhibit 1 is
15   the Complaint in this matter filed November 7,
16   2013.
17        (Whereupon, Odilbert Exhibit Number 1,
18        Complaint and Jury Trial Demand, was
19        marked for identification.)
20        MR. O'NEILL:  I didn't make copy for
21   everyone, but there are four or five copies
22   here.
23        MR. GARABEDIAN:  As long as the
24   deponent has a copy.
25        MR. O'NEILL:  He does.

3  (Pages 6 to 9)

Confidential - Subject to Further Confidentiality Review

Page 10

1     MR. O'NEILL:  Next I will mark as
2  Exhibit 2 Plaintiff Raynel Odilbert's response
3  to certain interrogatories.
4        (Whereupon, Odilbert Exhibit Number 2,
5        Plaintiff Raynel Odilbert's Response
6        to Certain Defendants' First Set of
7        Interrogatories, was marked for
8        identification.)
9     MR. O'NEILL:  I will introduce as
10  Exhibit 3 a copy of Mr. Odilbert's birth
11  certificate.
12        (Whereupon, Odilbert Exhibit Number 3,
13        Copy of Raynel Odilbert's Birth
14        Certificate, was marked for
15        identification.)
16     MS. POLLOCK:  Is there an extra copy
17  of Exhibits 1 through 3 for me?
18     MR. CERRETA:  You can take mine
19  (handing).
20     MS. POLLOCK:  Thank you.  Do you have
21  the Complaint, an extra copy of Exhibit 1?
22     MR. CERRETA:  I think you have it.
23     MS. POLLOCK:  I see it.  Thank you.
24     MR. O'NEILL:  For Exhibit 4, a copy of
25  your passport, Mr. Odilbert's passport

Page 11

1  photograph.
2        (Whereupon, Odilbert Exhibit Number 4,
3        Copy of Raynel Odilbert's Passport,
4        was marked for identification.)
5     MR. GARABEDIAN:  Jo Anna, do you have
6  Exhibit 3?
7     MR. O'NEILL:  Finally, Exhibit 5, a
8  copy of the Visa to the Dominican Republic.
9        (Whereupon, Odilbert Exhibit Number 5,
10        Copy of Raynel Odilbert's Visa, was
11        marked for identification.)
12     MS. POLLOCK:  Is there an extra copy
13  of Exhibit 5?
14     MR. CERRETA:  I have one down here
15  (handing).
16  BY MR. O'NEILL:
17     Q.  Mr. Odilbert, how long have you been
18  here in Barcelo, the luxury resort Barcelo?
19     A.  Since Saturday.
20     Q.  And how did you get here?
21     A.  I came here with Cyrus.
22     Q.  Cyrus who?
23     A.  Sibert.
24     Q.  And who else?  Did you come with
25  anyone else, Cyrus Sibert and anyone else?

Page 12

1     A.  I came here with the other guys for
2  the deposition.
3     Q.  Who are the other guys?
4     A.  I don't remember their names.
5     Q.  Didn't you know them from before?
6     A.  I recognized them, but I didn't
7  remember their names.
8     Q.  You recognized them from being
9  students at the Village?
10     A.  Yes, they were students at the Pierre
11  Toussaint Village.
12     Q.  How long have you known Cyrus Sibert?
13     A.  Since 2013.
14     Q.  You didn't know him before then?
15     A.  No.
16     Q.  Did you know of him?  Did you know
17  that he was on the radio, for example?
18     A.  Yes, I knew he was on the radio, but I
19  didn't know him.
20     Q.  But you met him in 2013?
21     A.  Yes.
22     Q.  For the first time?
23     A.  For the first time.
24     Q.  Now, next month in October,
25  Mr. Odilbert, you turn 29, don't you, 29 years

Page 13

1  old?
2     A.  Yes.
3     Q.  You're 28 right now, but by October --
4  your birth date is October what?
5     A.  October 25th.  October 25th, 1986.
6     Q.  Now, we introduced a copy of your
7  birth certificate as Exhibit -- I didn't save
8  one for myself -- Exhibit 3?
9     A.  Yes.
10     Q.  Did you have a copy of your birth
11  certificate before?
12     A.  No.
13     Q.  Is this the first time this copy that
14  your -- how did this copy come into being?  Who
15  got it for you?
16     A.  Cyrus Sibert.
17     Q.  Okay.  Was that recently that he got
18  you that birth certificate?
19     A.  It's been a while.
20     Q.  A year?
21     A.  About a year.
22     Q.  Okay.  Do you read Creole?
23     A.  I'm not very good at it.
24     Q.  You did the first grade, the second
25  grade, the third grade, the fourth grade, the

4 (Pages 10 to 13)

Confidential - Subject to Further Confidentiality Review

Page 14

1    fifth grade, and the sixth grade, and you can't
2    read Creole?
3        A.  I'm not good at reading in Creole.
4        Q.  Well, what does that mean?  Can you
5    read the newspaper, for example, in Haiti?
6        A.  I'm not very good at reading.
7        Q.  Well, can you read a newspaper?
8        A.  There are things that I'm able to
9    read, but not everything.
10       Q.  Well, tell me what things you can
11   read.
12       A.  Some things, but I can't tell you
13   directly.
14       Q.  You don't remember the things you can
15   read?
16       A.  For example, if I see my name, I'll be
17   able to read it.
18       Q.  What else?
19       A.  If I see my child's name, I will be
20   able to read it, my parents' name, my father, my
21   mother's name, I will be able to read it.
22       Q.  Just names?
23       A.  Yes.
24       Q.  Can you read your birth certificate?
25   Can you read that to me, what it says?

Page 15

1        A.  There are a lot of things I can see.
2        Q.  Tell me what they are.
3        A.  I see my date of birth, my name, I'll
4    be able to read those.
5        Q.  What else?
6        A.  Nothing else.
7        Q.  You studied French in school?
8        A.  I was in sixth class, I started to
9    learn, and I was -- I learned more French than
10   anything else.  But I wasn't good at it.  I
11   wasn't -- small classes.
12       Q.  You did the sixth grade twice, didn't
13   you?
14       A.  Twice.
15       Q.  You did it once at the Village, the
16   Village?
17       A.  I did second -- I did third year,
18   fourth year, fifth year, sixth year at the
19   Village.
20       Q.  And you also did sixth year at another
21   school after the Village, didn't you?  You
22   repeated sixth grade?
23       A.  I repeated sixth grade.
24       Q.  What was the name of the school you
25   repeated it at?

Page 16

1        A.  The school is called Sacré Coeur,
2    Sacred Heart.
3        Q.  What else did you study in sixth grade
4    at Sacred Heart School?
5        A.  And then I learned mathematics, but I
6    didn't learn anything else after that because I
7    didn't learn any other language.
8        Q.  All right.  At the Village, or the
9    Village, you studied social studies, didn't you?
10       A.  Yes.
11       Q.  And who was your instructor in social
12   studies at the Village?
13       A.  Patrice.
14       Q.  What did the teacher by the name of
15   Mémé teach?  M-E-M-E.
16       A.  Mathematics.
17       Q.  Now, all this while in the sixth
18   grade, the fifth grade, the fourth grade, the
19   third grade, the second grade, and the first
20   grade, you were learning Creole, weren't you?
21       A.  I was learning Creole French, but I
22   wasn't very good at school.
23       Q.  But they didn't hold you back to keep
24   you in the first grade, did they?  They moved
25   you on to the second grade, the third grade, the

Page 17

1    fourth grade, and the sixth grade?
2        MS. POLLOCK:  Objection.  Vague.
3        A.  I had -- I reached the average, had
4    average grades.
5    BY MR. O'NEILL:
6        Q.  Did they test you on Creole?
7        A.  I didn't reach the average grade in
8    Creole.
9        Q.  Did you take tests is the question.
10       A.  Yes.
11       Q.  Did you have to write the answers out
12   in the tests?
13       A.  Some things I did write, but not
14   everything.  I didn't write everything.
15       Q.  What did you write?
16       A.  I don't remember.  It's been a long
17   time.
18       Q.  When you were in school at the Village
19   starting in 2004, having been born in 1986, how
20   old were you in 2004, using your mathematics?
21       A.  I'm going to think a little bit to
22   calculate this.
23       Q.  Okay.  Take your time.
24       A.  I was 23 years old.
25       Q.  In 2004?

5 (Pages 14 to 17)

Confidential - Subject to Further Confidentiality Review

Page 18

1    A. Let me think again.
2    Q. Sure.
3    A. I can't -- I don't know. I'm not very
4  good in math.
5    Q. According to my calculations, you
6  would have turned 19 in -- I mean 18, sorry, in
7  October, 2004. Does that seem right or correct?
8  You don't have to agree, but that's the way I
9  calculated it.
10    A. I didn't calculate this, because I'm
11  not very good in math.
12    Q. Okay. Will you accept the fact that
13  in 2004, up until October or your birth date in
14  October, you were 18, and then -- rather 17, and
15  then you turned 18 in October, 2004?
16    A. But I'm not good in math, so I don't
17  know.
18    Q. Well, if we count from your birthday,
19  and math tells us that you were 17 until you
20  turned 18 in October, 2004, will you accept that
21  as the age you were at that time?
22    MS. POLLOCK: Objection to form.
23    MR. GARABEDIAN: Objection.
24    MR. KERRIGAN: Can we have one counsel
25  objecting, please?

Page 19

1    A. I should be the one calculating it. I
2  didn't calculate it.
3  BY MR. O'NEILL:
4    Q. Well, calculate it then.
5    MS. POLLOCK: Object to the form.
6  BY MR. O'NEILL:
7    Q. Do you want a pen?
8    A. Can you help me out, please, to
9  calculate?
10    Q. You were born 1986 in October. You
11  turned 10 in 1996, 10 years later, October?
12    MS. POLLOCK: What is the witness
13  saying? What is he asking you?
14    THE INTERPRETER: I was 10 years old?
15    MS. POLLOCK: You need to let us know
16  that.
17    A. Yes.
18  BY MR. O'NEILL:
19    Q. You agree in October, 1996, you turned
20  10?
21    A. Yes.
22    Q. So if you count from 1996 to 2004,
23  that will be eight years, wouldn't it, '97, '98,
24  count it on your fingers, '97, '98, '99, 2000,
25  2001, 2002, 2003, 2004?

Page 20

1    A. Mm-hmm.
2    Q. So you would have been 18 in 2004. Do
3  you agree?
4    A. Say it again.
5    Q. Okay. You agree 1996, you were 10?
6    A. One second. Yes, I agree.
7    Q. So if you added another ten years,
8  let's do it this way, if you add another ten
9  years to that, 1996, that would be 2006. In
10  2006, you would turn 20 in 2006?
11    A. Yes.
12    Q. So subtract two years from 2006; 2005,
13  2004?
14    MS. POLLOCK: What did he say?
15    A. Yes, it's 18 years old.
16  BY MR. O'NEILL:
17    Q. So you agree in 2004 in October you
18  turned 18, is that fair to say?
19    A. I was 10 in 1996. Okay. In 2004, I
20  was 18.
21    Q. All right. October, 2004.
22    A. October 25th.
23    Q. Now, do you live at Ruelle Capoise, or
24  how do you say it, where you live now?
25    A. Yes.

Page 21

1    Q. How do you say it?
2    A. Yes, it's Ruelle Capoise.
3    Q. Ruelle Capoise. I never studied
4  French, forgive my pronunciation.
5    And you live near the airport?
6    A. Yes.
7    Q. Who do you live there with?
8    A. I live at a cousin's house, a female
9  cousin.
10    Q. And what's her name?
11    A. Madame Moïse, Ms. Moïse.
12    Q. How do you spell that last name, do
13  you know?
14    A. M-O-I, with the two dots, S-E.
15    Q. How long have you lived there?
16    A. A long time. I don't really remember,
17  but it's been a while.
18    Q. Well, how many years?
19    A. I don't remember.
20    Q. Is there something wrong with your
21  memory?
22    MS. POLLOCK: Objection, Counsel.
23    MR. O'NEILL: Make an objection, and
24  that's all you do, and he can answer the
25  question.

6 (Pages 18 to 21)

Confidential - Subject to Further Confidentiality Review

Page 22

1       MS. POLLOCK: Understand.
2       MR. O'NEILL: Let's hear that question
3   again.
4       A.  I don't know how many years I've been
5   living at her house, because until now I'm still
6   there. I'm still living there.
7   BY MR. O'NEILL:
8       Q.  Do you have trouble remembering dates
9   and times?
10      A.  I can remember years, but not dates.
11  Because the place where I am now, I've been
12  going there ever since I was a child, I've
13  always slept there.
14      Q.  In 2015, you lived there full-time in
15  this Ruelle Capoise?  You lived there in 2015?
16      A.  Full-time.
17      Q.  2014, last year, did you live there?
18      A.  All the time.  That's where I sleep.
19      Q.  2013, did you live there?
20      A.  Yes.  I've always stayed there.
21      Q.  2012, did you live there?
22      A.  I was there.
23      Q.  2011, did you live there?
24      A.  Since I was small, I've always been
25  there.

Page 23

1       Q.  Well, you said in your interrogatories
2   you lived in the streets for several years,
3   didn't you?
4       A.  Yes.
5       Q.  So you weren't living at Ruelle
6   Capoise in the years you were living in the
7   streets?
8       A.  She -- sometimes I went to sleep at
9   her place, she would go get me in the street,
10  but sometimes she wouldn't find me, so I would
11  always be there.
12      Q.  So you weren't living in the streets?
13      A.  I used to live in the street also, but
14  from time to time they would always come to get
15  me.
16      Q.  Why were you living in the streets
17  where you had a house you could go to and sleep
18  in?
19      A.  When I moved from the rural area, I
20  went straight to the streets.  But I wasn't
21  interested in going there, although these people
22  were my family, I didn't stay there all the
23  time.  Only when I went to the Village, then I
24  stayed there all the time, and I used to go
25  sleep there on weekends.

Page 24

1       Q.  Why did you live on the streets when
2   you had a perfectly good place to sleep?
3       A.  It wasn't my house.  It was my
4   family's house.
5       Q.  Well, you're there now?
6       A.  I sleep there.  I sleep there, but
7   that doesn't mean that they're in charge of me.
8   I just sleep there.
9       Q.  Well, he's 27 years old, why would
10  they be in charge of him?  28, sorry.
11      A.  They are not in charge of me.
12      Q.  That's right.  Why would they be in
13  charge of you at any point that you've been
14  living there from 2012 on?
15      A.  They're not in charge of me.  I just
16  sleep in their house.  They are not in charge of
17  me.
18      Q.  You're the father of a baby boy,
19  aren't you?
20      A.  Yes.
21      Q.  How old is he?
22      A.  17 months.
23      Q.  17 months, so nearly a year and a half
24  old?
25      A.  He's not almost a year and a half.  He

Page 25

1   is one year and a half in one month.  A mistake
2   I made, my mistake.
3       Q.  And what is your baby boy's name?
4       A.  Raynelson Odilbert, same as my name.
5       Q.  Can you spell that?
6       A.  R-A-Y-N-E-L-S-O-N, last name
7   O-D-I-L-B-E-R-T.
8       Q.  Raynelson Odilbert.
9          When was he born?  What's his date of
10  birth?
11      A.  I don't remember the month.
12      Q.  It was in 2014 that he was born,
13  correct?
14      A.  No.
15      Q.  What year was he born?
16      A.  Wait, wait, wait, wait.  Let me see.
17  Let me verify.
18      Q.  Okay.  Is it correct to say he was
19  born in 2014?
20      A.  Yes, it's correct.
21      Q.  Are you a proud father?
22      A.  Yes.
23      Q.  Do you take care and look after your
24  son?
25      A.  When I have, when I don't have, then

7 (Pages 22 to 25)

Confidential - Subject to Further Confidentiality Review

Page 26

1   he just stays like that.  But I still stay with
2   the -- his mother.  And, you know, Haiti, it's a
3   country of high unemployment.  When I don't have
4   I don't have.
5       Q.  Okay.  What's the mother's name?
6       A.  Her name is Rosemichelle.  One word,
7   R-O-S-E-M-I-C-H-E-L-L-E, last name D-O-S-S-O-U.
8       Q.  D-O-S-S-O --
9       A.  U.
10      Q.  -- U.
11          Okay.  Where does she live?
12      A.  In a place called Dondon.
13      Q.  Dondon?
14          THE INTERPRETER:  D-O-N-D-O-N.
15      Q.  How far is that from Cap-Haïtien?
16      A.  When you take a cab, Haitian public
17   transportation, you go to Dondon, the area of
18   Dondon, you pay $15 Haitian money.
19      Q.  How long does it take you in a cab to
20   get from Cap-Haïtien to Dondon?
21      A.  When it's motorcycle taxi, you pay 100
22   gourdes, and it takes you an hour.
23      Q.  She lives, this woman -- I can't say
24   her name, I'm sorry.
25          THE INTERPRETER:  Rosemichelle.

Page 27

1          MR. O'NEILL:  Rosemichelle.
2          THE INTERPRETER:  Michelle.
3       Q.  Rosemichelle, what's her address?
4   What sheet does she live on?
5       A.  Dondon.
6       Q.  That's a town, isn't it?  Where in
7   Dondon does she live?
8       A.  On the outskirts of Dondon.
9       Q.  Well, what's the address?
10      A.  Within Dondon there are several
11   districts, and she lives within the district
12   called Lapaix.
13      Q.  How is that spelled?
14          THE INTERPRETER:  It means peace.
15   L-A-P-A-I-X.
16      Q.  Your mother lives in Dondon, doesn't
17   she?
18      A.  My mother lives in Dondon.
19      Q.  Does she live near Rosemichelle?
20      A.  Rosemichelle lives at my mother's
21   house.
22      Q.  Do you stay with Rosemichelle?
23      A.  She lives at her mother's house.
24      Q.  And how far is that from your mother's
25   house in Dondon?

Page 28

1       A.  It's in the same area, but I can't
2   tell you what distance.  I don't have anything
3   to measure, you know.
4       Q.  How long does it take you to walk from
5   Rosemichelle's house to your mother's house?
6       A.  I've never checked.  I don't know.
7       Q.  Well, is it a long walk, or a short
8   walk?
9          MS. POLLOCK:  Objection.  Vague.
10      A.  Not long.
11   BY MR. O'NEILL:
12      Q.  Very short?
13          MS. POLLOCK:  Objection.  Vague.
14      A.  A small time, small -- not long.
15   BY MR. O'NEILL:
16      Q.  How do you support your baby boy and
17   Rosemichelle?
18      A.  I used to do motorcycle taxi, that's
19   what I'm doing now.  But at the time I was in
20   Dominican Republic, I was working under banana
21   trees, that's what I did to take care of
22   Rosemichelle.
23      Q.  How long have you had a relationship,
24   man and woman, with Rosemichelle?
25      A.  She was my girlfriend for three years,

Page 29

1   and then it's been three years since we've had
2   the child, so I've been with her for a total of
3   six years.
4       Q.  Well, your child isn't three years
5   old.
6       A.  No, my child is not three years old
7   yet, but I was -- we were boyfriend-girlfriend
8   for three years before.
9       Q.  So three years before the birth of
10   your son you have had a relationship with
11   Rosemichelle, is that true?
12      A.  Yes.
13      Q.  So you've had a relationship with her
14   for a total of about four years, is that
15   correct?
16      A.  It's been six years.
17      Q.  Six years.  Okay.
18          So that puts us back to -- this is
19   2015, so we're back at 2000 -- six years, 2010,
20   2009?
21      A.  We were boyfriend-girlfriend since
22   2009.  But at that time she wasn't living at the
23   same area, she was living in Port-au-Prince.
24      Q.  Well, you were living in 2009 in
25   Cap-Haïtien?

8 (Pages 26 to 29)

Confidential - Subject to Further Confidentiality Review

Page 30

1    A.  I was staying in Cap-Haïtien.
2    Q.  So how could you have a relationship
3  with Rosemichelle if she's in Port-au-Prince?
4    A.  She's from the same area as I am.  We
5  talked.  She went to Port-au-Prince to work, we
6  continued talking over the phone.
7    Q.  Did you see her during that year when
8  she was in Port-au-Prince?
9    A.  She was in Port-au-Prince for a long
10  time.  I didn't see her then.
11    Q.  So when did she come to an area that
12  you could see her, either Dondon or Cap-Haïtien?
13    A.  She came to Dondon.  At that time I
14  was in Santo Domingo.  I don't remember that
15  year, but I was in Santo Domingo, but I talked
16  to her over the phone, she was in -- when she
17  was in Port-au-Prince.  Then she came back to
18  Dondon, and she was working in Port-au-Prince.
19    Q.  When you say she came back to Dondon,
20  was that just for a visit, or was she back
21  living in Dondon?
22    A.  Yes.
23    Q.  Yes what?
24    A.  She came -- she left Port-au-Prince.
25  She came to Dondon.  But, you know, I was here.

Page 31

1  She didn't stay very long in Dondon.
2    Q.  Where did she go then after she didn't
3  stay long in Dondon?
4    A.  She took her car -- she went to
5  Cap-Haïtien, and then she took her car, she went
6  back to Port-au-Prince.
7    Q.  And can you help us as to what year
8  that was?
9    A.  I don't know which year.
10    Q.  How long before she got pregnant and
11  had a baby?
12    A.  Okay.  I remember the year she came.
13  She came in 2012, beginning of 2012.
14    Q.  Came where?
15    A.  She left Port-au-Prince, she came to
16  Dondon.  I went to Santo Domingo, I was in Santo
17  Domingo, that's where I was living.  I left
18  Dondon, I left her in Dondon.  While I was in
19  there she went back to Port-au-Prince.  While I
20  was here, I went back to Haiti at the end of
21  2012, December, 2012, and she came in 2013, and
22  we were doing things there, and she had a big
23  belly.
24    Q.  And when you say "we were doing things
25  there, and she had a big belly," where are you

Page 32

1  talking about?
2    A.  Sex.
3    Q.  No, I'm not talking about what he was
4  doing.  Where?
5    A.  Dondon.
6    Q.  Okay.  Let's analyze the years.
7       In 2010, you were repeating the sixth
8  grade in Sacré Coeur, if that's the right name
9  of the school, isn't that correct?
10       MS. POLLOCK:  Objection.  Misstates.
11    A.  Yes.
12  BY MR. O'NEILL:
13    Q.  So you weren't working anywhere at
14  that point, were you?
15    A.  I wasn't working.
16    Q.  In 2011, you were no longer at Sacré
17  Coeur, correct?
18    A.  I wasn't.  I wasn't in school in 2011.
19    Q.  Were you working anywhere?
20    A.  At all that time, during that time I
21  was in Santo Domingo, I would prepare the soil,
22  I would help grow the bananas with Spanish
23  people.
24    Q.  Are you saying that you were in Santo
25  Domingo in 2011?

Page 33

1    A.  I was in Santo Domingo in 2011, but I
2  don't remember the month.
3    Q.  How long were you in Santo Domingo?
4    A.  I did nine months.
5    Q.  Did you have a Passport?
6    A.  No.  I used to go through the bushes.
7    Q.  So you were an illegal resident of
8  Santo Domingo?
9    A.  No.  I didn't have papers.  No.
10  There's a place I used to stay, there's a place
11  called Hatillo Palma where I used to stay where
12  all the bananas are, and that's where I used to
13  stay.  There are no immigration there, you're
14  safe.
15    Q.  How much money did you make in that
16  nine-month stay in Santo Domingo?
17    A.  Well, sometimes I work, sometimes I
18  don't work, but the days I did work I earned 250
19  pesos for the day.  But sometimes I work,
20  sometimes I don't work.
21    Q.  Well, how much did you work?
22    A.  I don't remember, because I stayed a
23  long time there.
24    Q.  Did you save a lot of money?
25       MS. POLLOCK:  Objection.  Vague.

Page 34

1    A.  No.  Money to -- for food, I was
2  renting a house.  When I came back to Haiti, I
3  didn't have any money.  I didn't put any money.
4  BY MR. O'NEILL:
5    Q.  You made enough just to live on in
6  Santo Domingo?
7    A.  Yes, just to live.
8    Q.  And when you came back to Haiti, would
9  that have been in 2012?
10    A.  I went back to Haiti in 2012.
11    Q.  Do you remember the month?
12    A.  At the end of 2012.
13    Q.  Well, you were only nine months in
14  Santo Domingo, so I assume you were back in
15  Haiti by 2012.  If you were in Santo Domingo in
16  2011 for nine months, you must have come back to
17  Haiti by 2012, right?
18    A.  In 2012, I went back to Haiti from the
19  Dominican Republic.  In 2011, the end of 2011, I
20  went to Santo Domingo.  And at the end of 2012
21  -- at the end of 2011, I was in Santo Domingo.
22  At the end of 2012, around the seventh -- I
23  remember how many months I spent, but I don't
24  remember when I came back to Haiti.  And I
25  haven't gone back to Santo Domingo since then,

Page 35

1  only now that I return.
2    Q.  So can you tell me with a reasonable
3  or fair amount of certainty that you were back
4  in Haiti in 2012?
5    A.  In 2012, I went back to Haiti.
6    Q.  Now, inasmuch as you were in Haiti in
7  some part of 2011, did you have any job in Haiti
8  when you were there before you went to Santo
9  Domingo?
10    A.  No work in Haiti.
11    Q.  When you -- I'm sorry.  Go on.
12    A.  Now I'm doing taxi, now.
13    Q.  In 2012 when you came back to Haiti,
14  did you have any work that you did?
15    A.  I don't have a job.  I didn't have a
16  job.
17    Q.  Let's move to 2013.  In 2013, in
18  August of 2013, you said you, in your
19  interrogatories, you met Cyrus Vance who
20  referred you to an attorney?
21    THE INTERPRETER:  You met who?
22  BY MR. O'NEILL:
23    Q.  Cyrus.  I was confusing Sibert with
24  the Attorney General of the United States.  I
25  meant Cyrus Sibert.

Page 36

1    THE INTERPRETER:  You met Cyrus Sibert
2  where?  I'm sorry, continue.
3    MR. O'NEILL:  In August, 2013.  Number
4  -- does he need to know the number?
5    A.  I met Cyrus Sibert on December, 2013,
6  not August.
7    Q.  Well, let's look at your answers to
8  ints and we'll find that.
9    MR. O'NEILL:  If anyone has it, let me
10  know.
11    MR. KERRIGAN:  Number 12.
12    MR. O'NEILL:  Thank you.
13  BY MR. O'NEILL:
14    Q.  Look at Interrogatory Number 12 in
15  Creole.  Can you read that?
16    A.  This question?
17    MS. POLLOCK:  For the record, Counsel,
18  we're looking at Exhibit 2, correct?
19    MR. O'NEILL:  Yes, in the Haitian part
20  of it.
21  BY MR. O'NEILL:
22    Q.  The English says, 12, "Please state
23  when you first retained counsel in this matter
24  and who referred you to counsel."  And you said
25  "I was referred to counsel by Cyrus Sibert in

Page 37

1  August, 2013."
2    Do you see that in Haitian?  Is that
3  wrong, incorrect?
4    A.  I forgot.  I didn't remember.  But it
5  was in December, 2013.
6    Q.  So it is incorrect?  Your
7  interrogatory answer there is not correct?
8    A.  Is not correct.
9    Q.  All right.
10    MR. O'NEILL:  I think we'll take a ten
11  minute break.
12    THE VIDEOGRAPHER:  Going off the
13  record.  The time is 10:11.
14    (Whereupon, a recess was taken.)
15    THE VIDEOGRAPHER:  Back on the record.
16  The time is 10:30.
17  BY MR. O'NEILL:
18    Q.  Mr. Odilbert, we were talking about
19  the year 2013, and I called your attention to an
20  interrogatory that said that you had met Cyrus
21  Sibert to refer you to an attorney in August,
22  2013, and you corrected that, said that's wrong,
23  and it was December, 2013.  Do you see that?  Do
24  you agree with that?  That's where we left off?
25    A.  I believe so.

10  (Pages 34 to 37)

Confidential - Subject to Further Confidentiality Review

Page 38

1    Q.   Now, in 2013, you are living where?
2    A.   I still was at the same place at my
3    family's house.
4    Q.   At your family's house.
5    And was Rosemichelle living with you
6    at your family house?
7    A.   No, she wasn't staying in my family's
8    house.
9    Q.   Where was she in 2013?
10    A.   Rosemichelle?
11    Q.   Yes.
12    A.   She was at Dondon.  She was still my
13    girlfriend.
14    Q.   I understand.
15    A.   In 2013, she had a big belly.
16    Q.   Okay.  And you were seeing her then
17    when you would go to Dondon?
18    A.   Yeah, I always saw her when I went
19    there.
20    Q.   She didn't come to Cap-Haïtien?
21    A.   She used to go to Cap-Haïtien to my --
22    came to my family's house once in a while.
23    Q.   Did she stay with you overnight in
24    your family house once in a while?
25    A.   No, she didn't sleep at my family's

Page 39

1    house.
2    Q.   Where did she sleep?
3    A.   She has family in Cap-Haïtien, when
4    she goes to Cap-Haïtien she sleeps there.
5    Q.   Now, we talked about earlier that you
6    were doing a repeat of the sixth grade in 2010,
7    is that correct?
8    A.   I repeated sixth grade.
9    Q.   And then in 2011, you were living in
10    Cap-Haïtien for a while, and then went to the
11    Dominican Republic, is that correct?
12    A.   In 2011.
13    Q.   Yes.
14    A.   Yes.
15    Q.   Is that correct?
16    A.   Yes, that's correct.
17    Q.   And then in late 2011, you went for a
18    period of time to the Dominican Republic?
19    A.   A while, yes.
20    Q.   Now, in Cap-Haïtien, you never had a
21    job at that time, 2011, did you?
22    A.   I wasn't working then.  2011, in 2011
23    I wasn't working in Cap-Haïtien, but I went to
24    the Dominican Republic and I was working with
25    figs and bananas in a place called Hatillo

Page 40

1    Palma.
2    Q.   I understand.  We've been through
3    that.
4    And you were involved in a robbery in
5    Dominican Republic where someone robbed you, is
6    that correct?
7    A.   Yes.
8    Q.   Just tell us what happened.
9    A.   Yeah, I was working on a Saturday, I
10    had just got my money, my wages, and I saw a
11    group of thugs, called tigere in Spanish, and
12    they wanted to give me -- to strike me with a
13    machete.  God saved me on that day.  That's why
14    I went back to Haiti and I never came back to
15    that country.  They stole 6,000 pesos from me.
16    Q.   Are you saved that money up?
17    A.   No.
18    MR. O'NEILL:  That's a lot of
19    translation.  What is he saying, Nathalie?
20    A.   They took the money from me.  They
21    were going to strike me with a machete.  They
22    ran after me, and I ran, I fled.  And I was --
23    before when they came up to me I was being --
24    making the ridicule, so I wouldn't give them --
25    money, but I had to give them the money.  But

Page 41

1    they still gave me -- struck me with the machete
2    here.  And I started yelling for help.  And I
3    ran, and I ran into a neighborhood where there
4    were people.
5    Q.   Now, I believe in your interrogatories
6    it said that you received an injury to your
7    hand, not your head.
8    A.   Yeah, I was hurt in this hand, too,
9    because this hand is damaged.
10    Q.   Which hand?  Show me.
11    A.   This hand (indicating).
12    Q.   Where is the damage?  How is it
13    damaged?
14    A.   It's completely damaged.  I can't do
15    this (indicating).
16    Q.   You can't make a fist?
17    A.   No.
18    Q.   And after that, you came back to
19    Cap-Haïtien?
20    A.   I went back to my country.  I didn't
21    go back to Santo Domingo.
22    Q.   And that was in 2012?
23    A.   2012 I went back to Haiti.
24    Q.   And I believe you said you didn't do
25    any work in Cap-Haïtien in 2012, you didn't have

Confidential - Subject to Further Confidentiality Review

Page 42

1  a job, is that still correct?
2      MS. POLLOCK: Objection. Asked and
3  answered.
4  BY MR. O'NEILL:
5      Q. Based on your memory.
6      A. In 2012, no, I didn't have any jobs.
7  Only in 2013 did I find someone to give me a
8  motorcycle to drive, not very long ago.
9      Q. Well, we'll get there.
10     When did you first meet Cyrus Sibert?
11     MS. POLLOCK: Objection. Asked and
12 answered.
13     A. I met Cyrus Sibert in 2013, I think,
14 because I went to talk to him to tell him that
15 Douglas had abused me.
16 BY MR. O'NEILL:
17     Q. Okay. And do you know when that was?
18 When as opposed to what, when that was when you
19 met him. Was it spring, summer, fall, or
20 winter?
21     A. I don't know.
22     Q. Well, you said in your answers before
23 we took a break that you corrected the
24 interrogatory answer that said you met him in
25 August, '13, to be referred to counsel in

Page 43

1  August, whatever the date was, August, 2013, you
2  said that's wrong, it was December, correct?
3      MS. POLLOCK: Objection. Misstates
4  the witness's testimony.
5  BY MR. O'NEILL:
6      Q. Do you recall that answer?
7      A. Yes, I think it was in the month --
8  during the month of December.
9      Q. How did you happen to go to see Cyrus
10 Vance -- Cyrus Sibert who you never met before?
11     A. Because he's on the radio. I was sort
12 of forced to go to him -- to see him so he
13 could give me justice. Or not to give me
14 justice, I went to see him because he was a
15 journalist.
16     Q. Some boys came and put your name on a
17 list, didn't they?
18     A. What? Who?
19     Q. You signed your name on a list? Wisky
20 Jerome and some other boys came, and you signed
21 your name on a list, didn't you?
22     A. I don't remember.
23     Q. When you say you don't remember, it
24 could have happened, you just forget?
25     MS. POLLOCK: Objection.

Page 44

1  Argumentative.
2      A. Can you ask the question again,
3  please?
4  BY MR. O'NEILL:
5      Q. You were approached by some boys who
6  had been at Project Pierre Toussaint, and they
7  gave you a thing to sign your name on a list
8  to take to Mr. Sibert, didn't they?
9      A. I don't know these two boys. I on my
10 own went to find Cyrus, and I talked to him.
11     Q. You have never -- up until 2013, you
12 never told anyone that you were abused by
13 Douglas Perlitz, did you?
14     A. No, I didn't say that to anyone.
15     Q. And you know in August, 2013 a bunch
16 of students from PPT got a lot of money, don't
17 you?
18     A. I know they got justice. But I came
19 here to find my own justice on my own, because
20 we were in the same Village, all of us.
21     Q. What's the Creole word for justice?
22     THE INTERPRETER: You're asking me?
23     MR. O'NEILL: I'm asking him.
24     THE INTERPRETER: I'll tell him.
25     MR. O'NEILL: Well, what word does he

Page 45

1  use for justice?
2      A. That's how you say in Creole, justice.
3  BY MR. O'NEILL:
4      Q. Had you ever used that word before
5  2013? Had you ever heard it? Did you ever
6  speak it before 2013?
7      A. Before 2013? I went to Cyrus Sibert
8  to talk to him. I knew he couldn't give me --
9  that Cyrus could not give me justice, only the
10 judge can give justice. He can only publish it.
11     Q. That's not the question I asked. Do
12 you have the question I asked in mind? The
13 question was, and I'll read it back from the
14 transcript here, have you ever used that word
15 before 2013, the word justice?
16     A. No.
17     Q. In August, 2013, you agreed that you
18 found out that a bunch of boys that had been at
19 the school got a big pile of money, didn't you?
20     MS. POLLOCK: Objection. Vague,
21 argumentative.
22     A. Yes, yes.
23 BY MR. O'NEILL:
24     Q. And how did you connect that fact,
25 that these group of boys that had been at the

12 (Pages 42 to 45)

Confidential - Subject to Further Confidentiality Review

Page 46

1    school you attended got a big pile of money, how
2    did you connect that with Cyrus Sibert?
3         A.  I went to Cyrus not because the boys
4    had gotten money, I went to see Cyrus just to
5    talk to him, to tell him what happened, had
6    happened to me.
7         Q.  Why did you go to Cyrus to tell him
8    what happened?
9         A.  Because I know he's a journalist.
10        Q.  You knew that he had helped those
11   other boys get a big pile of money, didn't you?
12        MS. POLLOCK:  Objection.  Vague,
13   argumentative.
14        A.  I knew he had helped the other boys
15   find justice.
16   BY MR. O'NEILL:
17        Q.  Well, justice meant, at least in part,
18   a big pile of money, didn't it?
19        MS. POLLOCK:  Objection.  Vague,
20   argumentative.
21        A.  It depends on the judge.
22   BY MR. O'NEILL:
23        Q.  And you agree you found that out, that
24   they got their justice, which included a big
25   pile of money, in August of 2013?

Page 47

1         MS. POLLOCK:  Objection.  Vague,
2    argumentative.
3         A.  Yes, in the form of money.
4    BY MR. O'NEILL:
5         Q.  And these young men began to drive
6    around in fancy SUVs?
7         A.  Well, I don't know the price of those
8    cars.  I'm on foot, but I have seen them driving
9    cars.
10        Q.  Built new homes, some of them, didn't
11   they?
12        A.  Mm-hmm.
13        Q.  Is that yes?
14        A.  Yes.
15        Q.  Okay.  And you knew that in August or
16   shortly thereafter that these things were
17   happening with this group of boys, or young men?
18        MS. POLLOCK:  Objection.  Vague,
19   compound.
20        A.  I didn't know.  I didn't know.  I
21   didn't know.
22   BY MR. O'NEILL:
23        Q.  Okay.  Did Cyrus Sibert give you some
24   money to help you out?
25        A.  Well, he can give me -- he has given

Page 48

1    me a little bit of money for me to eat, but he
2    hasn't helped me really 100 percent.  Yes.
3         Q.  He has given you money.  How much
4    money did he give you?
5         A.  Well, once he gave me 1,000 Haitian
6    gourdes.  After that I forgot the amounts he
7    gave me.
8         Q.  But he gave you money that you've now
9    forgotten the amounts?
10        A.  It hasn't been just one time that he's
11   given me money.  Sometimes I go to see him and I
12   said "oh, things are really bad," and so he
13   gives me a little bit of money so we can buy
14   food.  But he doesn't give me money easily,
15   often.
16        Q.  Do you ask him for money more times
17   than he gives you money?
18        A.  Well, sometimes I ask him, you know,
19   so things are not good for me, I ask him.  But I
20   don't ask him all the time all the time, because
21   he can't give me.
22        Q.  How many times have you asked him for
23   money since you first met him?
24        A.  I don't remember how often, how many
25   times.

Page 49

1         Q.  Ten times?
2         A.  I don't remember.
3         Q.  Well, asking someone for money is
4    something that you would remember, isn't it?
5         MS. POLLOCK:  Objection.
6    Argumentative.
7         A.  Yeah, I don't remember, because I
8    don't always ask him when I need it.  He gives
9    me sometimes.
10   BY MR. O'NEILL:
11        Q.  Is anyone else giving you money?
12        A.  None at all.
13        Q.  Marguerite Joseph?
14        A.  She doesn't give me money.  Marguerite
15   lives in Port-au-Prince, I don't see her at all.
16        Q.  Anyone else give you money?
17        A.  These are friends, I have friends,
18   friends.
19        Q.  What friends have given you money?
20        A.  I have a friend whose name is Gerald,
21   he gave me 1,000 gourdes once.
22        Q.  Anyone else?
23        A.  No.
24        Q.  Did Cyrus Sibert help you buy the
25   motorcycle?

13  (Pages 46 to 49)

Confidential - Subject to Further Confidentiality Review

Page 50

1    A.  No, the motorcycle isn't mine.
2    Q.  Whose is it?
3    A.  I'm driving it for somebody else.
4  Every day I give some -- a portion of my wages.
5    Q.  When did you start making money by
6  riding a motorcycle?
7    A.  It has been four months that I've been
8  driving a motorcycle.  After six months the
9  motorcycle goes to me, it's a contract.  Every
10  day I give 300 gourdes, whether I work or not.
11    Q.  And you've had it for -- if I
12  understand that correctly, you've been driving
13  it for four months, only for four months?
14    A.  Four months.
15    Q.  That's in 2015 then, this year?
16    A.  Yes, I started this year.
17    Q.  And before that in Cap-Haïtien, you've
18  never worked?
19    A.  I wasn't working.  I've done some
20  other little activities, but I've been -- that's
21  really begging, I was begging.
22    Q.  So when these group of young men
23  showed up in Cap-Haïtien in August, 2013 and
24  clearly had received a lot of money, it was
25  after that that you went to see Cyrus Sibert,

Page 51

1  correct?
2      MS. POLLOCK:  Objection.  Vague.
3    A.  I went to see Cyrus in 2013.  It's
4  really after that.
5  BY MR. O'NEILL:
6    Q.  After that.
7      And it was because you had found out
8  that Cyrus Sibert helped that group of boys get
9  what you called justice and a lot of money that
10  you went to see him?
11      MS. POLLOCK:  Objection.
12  Mischaracterizes the witness's testimony.
13  Vague.
14    A.  I'm not them and they are not me.  I
15  went to get justice on my own, because they're
16  not me and I'm not them.
17  BY MR. O'NEILL:
18    Q.  The question wasn't that.  Answer my
19  question.  I'll read my question again, and try
20  and answer the question I'm asking.
21      The question is, it was because you
22  found out that Cyrus Sibert helped that group of
23  boys get what you called justice and a lot of
24  money that you went to see him?
25      MS. POLLOCK:  Objection.

Page 52

1  Mischaracterizes the witness's testimony.
2  Vague.  Argumentative.
3    A.  Because I know Cyrus Sibert is a
4  journalist, he is able to publish this for me,
5  have this published for me, that's why I went to
6  see him.
7  BY MR. O'NEILL:
8    Q.  You knew that he had helped those
9  other boys, didn't you?
10      MS. POLLOCK:  Objection.  Asked and
11  answered.
12    A.  I knew.
13  BY MR. O'NEILL:
14    Q.  All right.  When you went to see him,
15  where did you go?
16    A.  Carenage.
17    Q.  Is that a place in Cap-Haïtien?
18    A.  Yes.
19    Q.  Is that where his home is?
20    A.  That's not where he lives, but that's
21  where he goes.  But there's another person who
22  lives there.  The person's name is Matthyeu.
23    Q.  Matthyeu.  Who is Matthyeu?
24    A.  One of his friends.
25    Q.  Is that who you went to see?

Page 53

1    A.  No, it's Cyrus, but the house is
2  Matthyeu's mother's house, but sometimes Cyrus
3  goes there because Matthyeu is his friend.
4    Q.  Can you spell this Matthyeu for me?
5    A.  Matthyeu, M-A-T-T-H-Y-E-U.
6    Q.  What kind of work does Matthyeu do?
7    A.  I don't know what his work -- what
8  kind of work he does.
9    Q.  Does he work for Cyrus?
10    A.  Yes, maybe he is working for Cyrus.
11    Q.  What did you tell Matthyeu?  Is that
12  who you saw when you went to see Cyrus?
13      MS. POLLOCK:  Objection.  Compound.
14    A.  No, I didn't see Matthyeu.  I saw
15  Cyrus directly.
16  BY MR. O'NEILL:
17    Q.  And where was Cyrus?  Was he in
18  Matthyeu's house?
19      THE INTERPRETER:  Where was Matthyeu?
20      MR. O'NEILL:  No.  Where was Cyrus.
21    A.  There's a room in there where they
22  sold clothes, it's in the house, it's a room
23  that they rent out to people who make clothes,
24  but the house belongs to Matthyeu's mom.  I met
25  Cyrus there.  That's Cyrus who I saw there.

14 (Pages 50 to 53)

Confidential - Subject to Further Confidentiality Review

Page 54

1    Q. How did you know he was going to be
2 there?
3    A. That's where he goes.
4    Q. Every day?
5    A. Not every day, but sometimes he's at
6 the radio station.
7    Q. Does he have a home in Cap-Haïtien,
8 Cyrus?
9    A. I don't know his house. I don't know
10 his house.
11    Q. So you go in, you see him in
12 Matthyeu's house, and he's in a room there?
13        MS. POLLOCK: Objection.
14 Mischaracterizes the witness's testimony.
15    A. In a room where they make clothes,
16 they sew clothes.
17 BY MR. O'NEILL:
18    Q. That's where Cyrus was?
19    A. That's where he received me.
20    Q. Was he sewing clothes?
21    A. No. He just asked the people for
22 authorization to receive me.
23    Q. All right. Did they know you were
24 coming?
25    A. Here?

Page 55

1    Q. No.
2        Did Cyrus know that you were coming to
3 see him?
4    A. I didn't tell Cyrus I was coming, but
5 I came to see him anyway. I knew he was a
6 journalist.
7    Q. So you wanted him to write something
8 about you?
9    A. Yes, I wanted that.
10    Q. Did he write something about you?
11    A. About me, or for me?
12    Q. No, about you. Did he print something
13 in a newspaper? Did he -- you say he's a
14 journalist. What did he do as a journalist for
15 you?
16        MS. POLLOCK: Objection. Compound.
17    A. I was talking, he was writing.
18 BY MR. O'NEILL:
19    Q. You were what?
20    A. I was talking, he was writing.
21    Q. You were not seeing him because he was
22 a journalist, you were seeing him because he
23 helped the other boys get money, weren't you?
24        MS. POLLOCK: Counsel, there's no need
25 to raise your voice at my client.

Page 56

1    A. He just -- so he could -- I went to
2 see him so he could publish it for me. And I
3 also knew -- I went to see him also because I
4 knew he had helped the other boys. And also
5 because he was the biggest -- the greatest
6 journalist in Cap-Haïtien, that he could help
7 me.
8 BY MR. O'NEILL:
9    Q. And up to that point, you had never
10 told anyone that you were abused.
11        MS. POLLOCK: Is that a question?
12 BY MR. O'NEILL:
13    Q. Is that correct?
14    A. I told Cyrus.
15    Q. Is that the first person you ever told
16 that you were abused?
17        MS. POLLOCK: Objection. Asked and
18 answered.
19    A. He was the first person.
20 BY MR. O'NEILL:
21    Q. In what year was this?
22    A. 2013.
23    Q. And you were reporting abuse going
24 back at least nine years?
25        MS. POLLOCK: Objection.

Page 57

1 Mischaracterizes the witness's testimony.
2 Assumes facts not in evidence.
3    A. I don't understand the question.
4 BY MR. O'NEILL:
5    Q. Well, you, at least in your
6 interrogatories, claim two sets of abuse?
7    A. Yes.
8    Q. And if we are to believe what you say
9 in the interrogatories, one of the abuse
10 incidents happened before you went to the
11 Village, and the second happened after you went
12 to the Village?
13    A. Yes.
14    Q. And that means it happened before
15 December, 2004, right?
16        MS. POLLOCK: Objection. Vague.
17    A. It happened at the beginning of 2004.
18 BY MR. O'NEILL:
19    Q. So the beginning of 2004 to 2013 is
20 how many years?
21    A. It's nine years.
22    Q. Nine years before?
23    A. Yes.
24    Q. And you had told no one for nine
25 years?

15 (Pages 54 to 57)

Confidential - Subject to Further Confidentiality Review

Page 58

1    A.   No one.
2    Q.   Not your mother?
3    A.   My mother, no.
4    Q.   Not your girlfriend?
5    A.   No, I never would say this to my
6    girlfriend.
7    Q.   Did you know that the boys that got a
8    lot of money had been sexually abused by
9    Perlitz?
10   A.   I didn't know, because they didn't tell
11   me that.
12   Q.   Why did you think they got justice and
13   money then in August, 2013?
14   A.   Because they were victims.
15   Q.   Victims of whom?
16   A.   Douglas Perlitz.
17   Q.   So you knew that in August, 2013?
18        MS. POLLOCK:  Objection.  Vague.
19   A.   I knew that, but they didn't tell me
20   to my face.  They didn't say "this is what
21   Douglas did to me."
22   BY MR. O'NEILL:
23   Q.   I understand.
24   A.   They didn't explain.
25   Q.   Now, you said that you were referred

Page 59

1    to an attorney by Cyrus Sibert in December,
2    2013, is that correct?
3         MS. POLLOCK:  Objection.
4    Mischaracterizes the witness's testimony.
5         MR. O'NEILL:  Wait a minute.  How are
6    you -- you're making a statement -- wait a
7    minute.  You're making a statement on the
8    objection, Ms. Pollock.  It's not -- you object
9    and you don't make a statement.  If you're
10   saying it mischaracterized the witness's
11   testimony, put on the record how that question
12   mischaracterized his testimony.
13        MS. POLLOCK:  I don't want to make a
14   speaking objection.
15        MR. O'NEILL:  Then don't make one.
16        MS. POLLOCK:  Don't interrupt me when
17   I'm talking.
18        MR. O'NEILL:  Okay.
19        MS. POLLOCK:  I don't want to violate
20   Federal Rules by making a speaking objection, so
21   I'm making an objection to the form and allowing
22   you to proceed.
23        MR. O'NEILL:  You're not.
24        MS. POLLOCK:  If you have a question,
25   ask me.

Page 60

1         MR. O'NEILL:  You're saying it
2    mischaracterizes the witness's testimony.
3         MS. POLLOCK:  The witness's testimony.
4    He told you about December, 2014, now you're
5    completely trying to get him to say it was
6    December, 2014.
7         MR. O'NEILL:  You're arguing.  You're
8    not telling me what the misstatement was.
9         MS. POLLOCK:  I just explained it to
10   you.  I'm not arguing.
11        MR. O'NEILL:  The record will speak
12   for itself.  When you object, object.
13        MS. POLLOCK:  I am doing so.
14        MR. O'NEILL:  And don't characterize
15   the objection, that's not what you do.  You can
16   do that with the judge later, and you won't get
17   very far.
18        MS. POLLOCK:  I don't need to argue.
19   Just proceed, Counsel.
20   BY MR. O'NEILL:
21   Q.   Let's go on to the last question that
22   was asked.  The question was, now, you said that
23   you were referred to an attorney by Cyrus Sibert
24   in December, 2013, isn't that correct?
25   A.   I think December or November.

Page 61

1    Q.   Well, can you choose between the two
2    of them?
3    A.   I think it's one of these two months.
4    Please write down that I think it's one of these
5    two months.
6    Q.   Well, it's written down when you say
7    it.  She's writing everything down.  Okay.
8         Now, at this time that you were --
9    when you met Mr. Sibert in November or December
10   and he referred you to a particular attorney, is
11   that a different occasion than the occasion
12   you've spoken about when you went seeking
13   justice and found him in Mr. Matthyeu's house?
14   A.   I don't understand the way you said
15   it.
16   Q.   You have given us a date of November
17   or December, 2013 that Mr. Sibert gave you
18   reference to an attorney.  Do you understand
19   that much?
20   A.   Yes.
21   Q.   You have also testified that after you
22   knew that a bunch of young men received justice
23   and money, and that Cyrus Sibert had some role
24   in that, you went to see him.  You've testified
25   to that, too, haven't you?

16 (Pages 58 to 61)

Confidential - Subject to Further Confidentiality Review

Page 62

1         MS. POLLOCK: Objection.
2    Mischaracterizes his testimony.
3         A.  My testimony is that Cyrus is a
4    journalist, he helped the other boys get
5    justice.  I needed justice on my own.  I went to
6    see him to give my testimony.
7    BY MR. O'NEILL:
8         Q.  Okay.  So those are two separate --
9    are those two separate occasions?  The first
10   time you went to see him was after -- when you
11   were seeking justice and you told him about the
12   abuse, and another time was when he told you
13   about the attorney, two separate times?
14        A.  I don't understand the question.
15        Q.  Well, let's try again.  Listen
16   carefully.
17        The first time that you saw Cyrus
18   Sibert was when you went to seek justice with
19   him, and you told him that you had been abused,
20   is that correct?  That's the first time you went
21   to see him?
22        A.  That was the first time.
23        Q.  Was the time that he told you --
24   Sibert gave you the name of an attorney, was
25   that a separate time?

Page 63

1         A.  He said no, he was going to present
2    the case to a lawyer, but I didn't know the
3    lawyer's name.
4         Q.  He told you on a separate occasion
5    about the lawyer's name, didn't he, in December
6    of 2013?
7         A.  After I met with him to give my
8    testimony, I never met him again during that
9    year, because I had my own activities.  I met
10   him during a different year.
11        Q.  When did you meet him again?  After
12   this first meeting, when did you meet Cyrus
13   Sibert again?
14        A.  I don't remember when I met him.  I
15   see him go by, but he's not -- it's not
16   important for me to talk to him.
17        Q.  What's the name of the attorney that
18   Mr. Sibert gave you?
19        A.  The lawyer's name is Mitch.
20        Q.  Was that the only name?
21        A.  That's the only name.
22        Q.  When did he tell you that Mitch was
23   the lawyer that he was referring you to?
24        A.  I don't remember directly, because I
25   can't remember the times.

Page 64

1         Q.  Well, let's look at Interrogatory
2    Number 12 again in Creole.  The English
3    translation of this interrogatory, and you have
4    the Haitian Creole in front of you, "Please
5    state when you first retained counsel in this
6    matter and who referred you to counsel."  And
7    your answer was under oath, "I was referred to
8    counsel by Cyrus Sibert in August, 2013."
9         Do you see that?
10        MR. O'NEILL:  Interpret it for him, or
11   tell him -- read it in Creole.
12        THE INTERPRETER:  I'm going to tell
13   you what it says in Creole, because I'm not sure
14   of the translation.
15        MR. O'NEILL:  Just --
16        MS. POLLOCK:  What's your --
17        MR. O'NEILL:  I don't want to hear.
18        MS. POLLOCK:  I want to hear her
19   concern about translation.
20        MR. O'NEILL:  Well, then, I don't.  I
21   want you to read the Creole.
22        THE INTERPRETER:  I'm going to read
23   his answer.
24   BY MR. O'NEILL:
25        Q.  Do you understand --

Page 65

1         MR. O'NEILL:  What's he saying?
2         THE INTERPRETER:  August, maybe it's
3    November, December.
4    BY MR. O'NEILL:
5         Q.  You already corrected that earlier in
6    this deposition and said it was December, not
7    August.
8         MS. POLLOCK:  There's no need to raise
9    your voice, Counsel.
10        MR. O'NEILL:  I'm not raising my
11   voice.  This is the way I speak.  Don't try and
12   make a record that's not true.
13        MS. POLLOCK:  You're raising your
14   voice at the end of your question, Counsel.
15   We'll watch the video.  Proceed.
16        MR. O'NEILL:  It will be on the video.
17   My voice is my voice, that's the way I am in
18   court, or every other place.  So you'll have to
19   live with it.
20        MS. POLLOCK:  No, I don't.
21        MR. O'NEILL:  Stop interrupting, which
22   is purposeful.
23        MS. POLLOCK:  Stop raising your voice
24   at my client, and when you do I'm going to make
25   a record of it.

17 (Pages 62 to 65)

Confidential - Subject to Further Confidentiality Review

Page 66

1     MR. O'NEILL:  It will be on the
2  record.
3     MS. POLLOCK:  Good.
4  BY MR. O'NEILL:
5     Q.  "Please state when you first retained
6  counsel in this matter," and your answer, at
7  least in English, is "I was referred to counsel
8  by Cyrus Sibert in August, 2013."
9     My question is, you changed that
10  earlier in this deposition and said that was
11  incorrect, that it was in December, and I
12  believe now you're saying it was either November
13  or December, is that correct?
14     A.  Yes.
15     MR. O'NEILL:  The videographer tells
16  me he's running out of tape, so we'll take a
17  break.
18     THE VIDEOGRAPHER:  Going off the
19  record.  The time is 11:28.
20     (Whereupon, a recess was taken.)
21     THE VIDEOGRAPHER:  Back on the record.
22  The time is 11:42.
23  BY MR. O'NEILL:
24     Q.  Now, just before we broke off,
25  Mr. Odilbert, you said that it was November or

Page 67

1  December, 2013 when Cyrus Sibert told you the
2  name of the attorney that he was referring you
3  to, is that correct?
4     A.  This question is very confusing to me,
5  because I don't remember the month.  I don't
6  recall.
7     Q.  You already told us it was November or
8  December, didn't you?
9     A.  Yes, but I don't really remember
10  directly-directly the month.  I don't really
11  remember.
12     Q.  Did something happen between the time
13  you left this room for a recess and coming back
14  that has caused you to change your testimony?
15     MS. POLLOCK:  Objection.
16  Mischaracterizes the record.
17     A.  No.  It's because I say that I don't
18  remember the month, that's why I'm saying
19  November or December.  I was thinking, I was
20  thinking for myself that I wasn't recalling the
21  exact month.  I'm happy you asked the question
22  again.
23  BY MR. O'NEILL:
24     Q.  But what is -- you changed the written
25  answer under oath to the interrogatories that it

Page 68

1  was in August that he referred you by name to an
2  attorney, you said that was incorrect, that it
3  was in December.  And then you've come back and
4  said it was November or December.  And so what
5  are you saying now, you don't even know?
6     A.  Well, generally I could say maybe it
7  could have been in August.  It looks like it
8  would -- was more toward August, because that
9  escape me a lot, a lot, a lot.
10     Q.  And this sudden discovery happened
11  while we were on break?
12     MS. POLLOCK:  Objection.
13  Mischaracterizes the witness's testimony.
14  Argumentative.
15  BY MR. O'NEILL:
16     Q.  Is that true?
17     A.  Well, it was while I was answering the
18  questions, and I was coming out of -- when I was
19  coming out of the bathroom I was thinking, you
20  know, I was thinking, that's a reflection,
21  thinking that I had -- that it was more the
22  month of August.
23     Q.  So you want to change your testimony
24  again?
25     A.  I want to come back to August.

Page 69

1  Because I had a problem in my head, my memory
2  doesn't hold many things.
3     Q.  Okay.  Let's look at the complaint.
4     A.  Because when I was hit --
5     Q.  I don't need any more explanation.
6     MS. POLLOCK:  If the witness has
7  something to say --
8     MR. O'NEILL:  There's no question in
9  front of him.
10  BY MR. O'NEILL:
11     Q.  Let's look at the Complaint, which is
12  Exhibit 1, I think.  I have to look and see.  Is
13  that right?
14     MR. KERRIGAN:  Yes, 1.
15     A.  Is this in English?
16  BY MR. O'NEILL:
17     Q.  It's in English.
18     Were you ever told that a Complaint
19  was filed on your behalf in Federal Court in
20  Connecticut?
21     A.  They didn't tell me that.
22     Q.  Did you ever see a Complaint?
23     A.  What do you mean, how complaint?
24     Q.  Did you ever see?  This is a
25  Complaint, Exhibit 1.

18 (Pages 66 to 69)

Confidential - Subject to Further Confidentiality Review

Page 70

1    A. I don't remember seeing this.
2    Q. You don't remember what?
3    A. I don't remember seeing a document
4  that I submitted, a Complaint.
5    Q. Do you understand that you have a case
6  that's pending in a court in Connecticut? On
7  your behalf something was filed in a court in
8  Connecticut?
9    A. Do I know, or do I understand?
10   Q. Both.
11   A. Yes, I know, and I understand.
12   Q. Could I just see the exhibit? If you
13  look at the back of this exhibit, will you
14  accept my representation that this Complaint was
15  filed, according to the Exhibit 1, November 7,
16  2013, and there's a bunch of attorneys, but one
17  of them is Mitchell Garabedian? Do you see
18  that?
19       MR. O'NEILL: Can you point out the
20  name Mitchell Garabedian to him on the
21  Complaint, please?
22   A. Yes, I accept.
23  BY MR. O'NEILL:
24   Q. Do you know that only one instance of
25  sexual abuse is alleged in that Complaint?

Page 71

1    A. I was a victim twice of sexual abuse
2  by Douglas. He put his penis in my butt hole
3  twice. It's not because I agreed to it. He was
4  going to throw me out if I didn't do it.
5    Q. My question is, do you know -- listen
6  to my question, please. Do you know that only
7  one instance of sexual abuse is alleged in the
8  Complaint that I just showed you?
9    A. No.
10   Q. You don't know that.
11      Now, let's look at Exhibit Number 2, I
12  believe are the interrogatories. Look at the
13  Creole version, at the very last page.
14      MS. POLLOCK: The verification?
15  BY MR. O'NEILL:
16   Q. Verification. Do you see that?
17   A. Mm-hmm.
18   Q. Yes or no?
19   A. Yes.
20   Q. Is that your signature?
21   A. That's my signature. I don't know for
22  the rest.
23   Q. Okay. And your signature is Raynel
24  Odilbert?
25   A. Yes.

Page 72

1    Q. And you wrote that yourself?
2    A. Yes.
3    Q. It says in this document, read the
4  Creole to him, "Siyen annba," from that line.
5    A. Which line?
6    Q. The last line before the signature.
7       THE INTERPRETER: Can I --
8       MR. O'NEILL: No, just read it.
9    A. I signed there.
10  BY MR. O'NEILL:
11   Q. Do you agree that you signed this on
12  the 19th of September, 2014?
13   A. Yes.
14   Q. Where did you sign this?
15   A. In Haiti.
16   Q. And where in Haiti?
17   A. In hotel in Cap-Haïtien.
18   Q. And who was present when you signed
19  it?
20   A. Mitch.
21   Q. Anyone else?
22   A. Mitch was there. There were other
23  people besides him, I forgot their names.
24   Q. Was Sibert there?
25   A. He might have been there, but he

Page 73

1  wasn't at same place where I was.
2    Q. How could he have been there and not
3  be in the same place?
4    A. We were not on the same table, on the
5  same place. Maybe he was in the yard,
6  courtyard. It's a hotel.
7    Q. I'm only interested in what he
8  observed. Did he observe that Sibert was there?
9       MS. POLLOCK: Objection.
10   A. Well, I didn't see Cyrus, but I think
11  he might have been there. That's what I told
12  you.
13  BY MR. O'NEILL:
14   Q. Were you able to read this document
15  that you signed that's marked Exhibit 2?
16   A. This is Number 2?
17      MR. O'NEILL: Just the Creole part,
18  was he able to read?
19   A. Can I read this?
20      MR. O'NEILL: No, was he able to read
21  it?
22   A. I looked and I signed.
23   Q. Were you able to read it?
24   A. I didn't read everything in there.
25   Q. Did you read anything in there?

19 (Pages 70 to 73)

Confidential - Subject to Further Confidentiality Review

Page 74

1     A.  I read some of it, because
2  everything -- the majority of it is the truth,
3  so I read a little bit.
4     Q.  The majority is the truth, but you
5  read a little bit?
6     A.  I read the majority of it, and I left
7  the rest.
8     Q.  Why don't you start --
9     A.  I can't read a little bit.
10    Q.  Why don't you start --
11    A.  When I read, my head.
12       MR. O'NEILL:  Well, is he still
13  speaking?
14    A.  No.
15    Q.  Finish the answer, then, in case I
16  interrupted it.
17    A.  That's it.  I can't read a lot because
18  my head.
19    Q.  You can't read a lot, but you read the
20  majority of it?
21    A.  I read it.
22    Q.  Okay.  So why don't you start with
23  Number 1 and read the Creole to me, both the
24  question and answer.
25       (Witness reading aloud.)

Page 75

1     A.  I'm done.
2     Q.  Okay.  And did everyone sit around
3  when you read every one of those questions and
4  answers before you signed it?
5     A.  Yeah, they waited for me.
6     Q.  How long was that?
7     A.  I don't remember exactly.  I didn't
8  have a watch.
9     Q.  When you signed this document, it was
10  already typed, wasn't it?
11    A.  Yeah, it was already typed.
12    Q.  So you had gone through the questions
13  and answers with someone else before this
14  document was typed, isn't that correct?
15    A.  I don't understand what you said.
16    Q.  Well, let's try it again.
17       You had gone through the questions and
18  gave answers to someone prior to the document
19  being typed up, isn't that correct?
20       MS. POLLOCK:  I'm going to -- hold on,
21  please.  I'm going to object and make sure that
22  the witness is not going to -- instruct the
23  witness not to testify to any conversations he
24  actually had with counsel.
25       MR. O'NEILL:  Wait a minute.  There's

Page 76

1  nothing in there asking questions from
2  attorneys.
3       MS. POLLOCK:  I understand that that's
4  not your intent right now.  What I don't want to
5  happen is for the witness to start talking about
6  it.  So I'm just telling him he can answer the
7  question to the extent he doesn't disclose
8  conversations with his attorney.  So I'm asking
9  the interpreter, please provide that.
10       MR. O'NEILL:  You know, that's just a
11  continuation of interruption.  The question is a
12  simple question, and I expect a simple answer.
13       MS. POLLOCK:  That's good.
14       MR. O'NEILL:  Let's try the question
15  again.
16       MS. POLLOCK:  No.  I want the
17  interpreter to instruct the witness not to
18  disclose conversations he had with his counsel.
19  Go ahead.
20    A.  I'm not giving you any answer to that
21  question.
22  BY MR. O'NEILL:
23    Q.  Did Cyrus Sibert go through the
24  questions and answers with you prior to the
25  document being typed?

Page 77

1       THE WITNESS:  No.
2     Q.  Who did?
3     A.  I was alone on a table.
4     Q.  I'm not talking about when he was
5  reading.  I'm talking about how this document
6  was formed based on answers you had given at
7  another time.
8     A.  I don't know how they did this
9  document.
10    Q.  Well, they had to know the answers in
11  order to type them out, didn't they?
12    A.  Yes, they knew the answers, of course.
13    Q.  How did they know the answers?
14    A.  That's when I went to give my
15  testimony, when I gave my testimony along with
16  Cyrus.
17    Q.  That was way back when you said Cyrus
18  was writing things down when he asked you
19  questions?
20    A.  Yes.
21    Q.  That was back in, are you saying,
22  August of 2013?
23    A.  Yes.
24    Q.  That was the only time you met with
25  Cyrus where he asked you questions?

20  (Pages 74 to 77)

Confidential - Subject to Further Confidentiality Review

Page 78

1    A.  That's the only time I met him.
2    Q.  And he asked you questions that became
3 the answers here?
4    A.  Yes.
5    Q.  Okay.  And that all happened, now you
6 say, in August, 2013?
7    A.  Yes.
8    Q.  Are you sure?
9    A.  Yes, it's in August, 2013.
10    Q.  All right.  Now, in December, 2004,
11 you went into the Village, isn't that correct?
12    A.  Yes.
13    Q.  And the Village is an area surrounded
14 by a big wall with places where the students can
15 live, is that correct?
16    A.  Yes.
17    Q.  And you were there for, I believe you
18 said, about three and a half years, is that
19 correct?
20    THE WITNESS:  Yes.
21    Q.  Until the Village closed?
22    A.  Douglas threw me out once.
23    Q.  I'm not asking that question.  I asked
24 him the question I asked.  So let's get that.
25    The question is, you were there for, I

Page 79

1 believe you said, three and a half years, is
2 that correct?  You said yes.  The next question
3 is, until the Village closed?  You were there
4 until the Village closed?
5    MS. POLLOCK:  Objection.  Asked and
6 answered.
7    A.  He had put me out once, and then I
8 went -- came back again, and I stayed there
9 until the Village closed.
10 BY MR. O'NEILL:
11    Q.  And when was the Village closed?
12    A.  I think in 2009.
13    Q.  Okay.  And what did you do after the
14 Village closed?
15    A.  I went back to the street.
16    Q.  Why didn't you just go to your family
17 house?
18    A.  No, I could always go back to sleep at
19 my family's house, but they were not in charge
20 of my belly, feeding me, so...
21    Q.  You were 23 at this point, right?
22 You're not a kid anymore.
23    A.  I'm not a child, yeah.
24    Q.  You're 23?
25    A.  But I was looking for things to eat.

Page 80

1    Q.  You were 22 going on 23, to be exact,
2 isn't that right?
3    A.  Yes.
4    Q.  So you're an adult?
5    A.  Yes, I was independent.
6    Q.  Sure.
7    MR. O'NEILL:  What was all that?
8    A.  Well, yeah, but Douglas ruined my
9 chances.  He ruined my life.  It's at the
10 Village that I could have gone to big school and
11 go to big university and become a big boss.  But
12 since that didn't work out, I went back to the
13 streets, and to look for food.  I couldn't live
14 on -- I couldn't depend on my family for that.
15    MR. O'NEILL:  What's the word he used
16 in Creole for "boss" just now?
17    THE INTERPRETER:  Boss.
18    MR. O'NEILL:  He said boss?
19    THE INTERPRETER:  Yes.
20    Q.  Boss Mo, do you remember Boss Mo?
21    A.  Yes.
22    Q.  Why was he called Boss Mo?
23    A.  Because he used to fix plumbing, he
24 used to drive a car.  That was his name.  That's
25 how we were told his name was.  He used to be a

Page 81

1 driver inside the Village.
2    Q.  Now, at this time, now we're talking
3 2009, didn't you join up with a thing called
4 Boys Center?
5    A.  This organization is the one that made
6 me go to Sacré Coeur, but I remember it was in
7 2010.
8    Q.  Okay.  What did you do in 2009?  You
9 didn't join the Boys Center?
10    A.  I remember the Boys Center opened in
11 2010.
12    Q.  And what was it?  What did they do?
13    A.  Well, in general, they used to give us
14 uncooked food so we could bring home.  By that
15 time we knew that the Village had closed.  I
16 didn't know the source of it, but they gave us
17 uncooked food.
18    And also they put me -- they enabled
19 me to go to the school called Sacré Coeur.  And
20 it would give us a little bit of money every
21 15 days, 150 Haitian dollars.
22    Q.  Okay.  And that started in 2010?
23    A.  Yes, I remember it started in 2010,
24 beginning of 2010.
25    Q.  All right.  Did you ever hear of a

21 (Pages 78 to 81)

Confidential - Subject to Further Confidentiality Review

Page 82

1  group called Kids Alive?
2      A.  Yeah, at the Boys Center where I was
3  at, the badge that I had was Boys Center and
4  Kids Alive.
5      Q.  So it was the same thing?
6      A.  It wasn't the same thing, but it went
7  through Kids Alive to give us the help, the
8  assistance.
9      Q.  How did you live in the street?  What
10 did you do both before you got into the Village
11 and after this time?
12     A.  I used to wipe cars, wash cars, and
13 beg.  That's it.  There was nothing else.
14     Q.  How did you beg?  Who did you beg
15 from?
16     A.  People walking.  Any person.
17     Q.  How did you eat on the street?
18     A.  In my mouth.
19     Q.  No.  How did you get money to eat?
20 Did you get enough to eat, or were you starving?
21     A.  I used to finish leftovers.  When
22 somebody eats, and the leftovers, I would eat
23 them.
24     Q.  Now, you were born where?
25     A.  Me?  In a place called St. Michel de

Page 83

1  Latalay.
2      Q.  And you had -- what was your mother's
3  name?
4      A.  Rosemary Fareus, my mother's name was
5  Rosemary, last name F-A-R-E-U-S.
6      Q.  About 1998 you moved from this
7  St. Michel --
8          MR. O'NEILL:  What did he call it, de
9  Latalay?
10         THE INTERPRETER:  de Latalay.
11     Q.  -- de Latalay, you moved from there
12 with your mom to Dondon, is that right?
13     A.  Yes.  My mother went with me to
14 Dondon.
15     Q.  And Dondon in 1998, you left there
16 eventually and came to Cap-Haïtien when you were
17 12 years of age?
18         THE INTERPRETER:  I'm sorry, can you
19 repeat the question?
20     Q.  Sure.
21         And you left this Dondon where you
22 were staying with your mother and went to
23 Cap-Haïtien at 12 living on the streets?
24     A.  I was in the streets.
25     Q.  Why did you leave your mother?

Page 84

1      A.  My mother was really very, very -- had
2  so many problems.  I don't even know where I
3  went.
4      Q.  What kind of problems with your
5  mother?
6          MS. POLLOCK:  I'm sorry, let him
7  finish.  Let's get the correct translation.
8      A.  My mother didn't know where I was.
9  BY MR. O'NEILL:
10     Q.  What was wrong with your mother that
11 you had to leave?
12     A.  My mother was paying the school, then
13 she didn't have the means anymore.  And also I
14 had bad luck.  So I left the house.
15     Q.  What was the -- I'm sorry.
16     A.  She didn't have the means to pay for
17 school.  I saw that all the kids were going to
18 school, so I had to go to the streets.
19     Q.  What was the bad luck that you had?
20     A.  I don't know.
21     Q.  Well, you said your mother didn't have
22 the means, and I also had bad luck.  Well, what
23 kind of bad luck?  What do you mean?
24     A.  I used to fight with the other kids a
25 lot.

Page 85

1      Q.  In Dondon?
2      A.  Yes.
3      Q.  Why did you go to Cap-Haïtien?
4          THE INTERPRETER:  Why didn't you?
5          MR. O'NEILL:  Why did he.
6      A.  When I arrive there I went straight to
7  the streets.  I was working with cars, sleeping
8  in the streets.  I didn't have really any
9  objective, just working in the streets, washing
10 cars.  I had a lot of difficult times.  The
11 older guys were hitting me a lot, but I took it
12 upon myself and stuck it out.
13     Q.  Where was -- when you moved to Dondon
14 with your mother, did your brother and two
15 sisters come with you?
16     A.  Mm-hmm.
17     Q.  You have to say yes or no.
18     A.  Yes.
19     Q.  Okay.  Your brother, is it Ocilien
20 Jonas?
21     A.  Yes.
22     Q.  Is he younger or older than you?
23     A.  He's younger.  I was 10 when he was
24 born.
25     Q.  Okay.  And your two sisters, Odilene

22 (Pages 82 to 85)

Confidential - Subject to Further Confidentiality Review

Page 86

1    and Roselene --
2        A.   Roselene.
3        Q.   -- Roselene, are they older or
4    younger?
5        A.   They're older.
6        Q.   Okay.  And did they live with your
7    mother?
8        A.   They have their husbands.
9        Q.   Did they live with your mother in that
10   house?
11       Now, your father's name was --
12       MS. POLLOCK:  She's got to translate.
13       A.   They live on the outskirts of Dondon,
14   but they have their husbands.  They live in the
15   little wooden houses, but their husbands are in
16   Santo Domingo.
17   BY MR. O'NEILL:
18       Q.   Your father's name was Tiroulaud
19   Odilbert?  I'm not saying it right.  What's your
20   father's name?
21       A.   My father's name was Alteis Odilbert.
22       Q.   Can you spell the Alteis?
23       A.   A-L-T-E-I-S.  Last name Odilbert,
24   O-D-I-L-B-E-R-T.
25       Q.   Where did he live, then, in 1998?

Page 87

1        A.   He died, passed away a long time ago.
2    I didn't know him.
3        Q.   How old were you when he passed away?
4        A.   I was a baby.
5        Q.   You had two stepbrothers?
6        A.   I have one, just one brother with not
7    the same father.
8        Q.   Okay.  And did your father and mother,
9    did they separate before he died?
10       When you moved to --
11       MS. POLLOCK:  She's got to translate.
12       MR. O'NEILL:  Sorry.  I understand
13   Creole, so...
14       A.   After he passed away, my mother and I
15   went into Dondon, went to Dondon, and she took a
16   husband in Dondon, so she reside in Dondon.
17       Q.   So she had another man who lived with
18   her in Dondon?
19       A.   Not while she was with my father.
20   After my father passed away, she took another
21   husband.
22       Q.   Okay.
23       A.   And they are married until now.  They
24   are still married.  But he's not my father.
25       Q.   My question -- well, let me ask

Page 88

1    another question.
2        Did you, your mother -- when you moved
3    with your mother to Dondon, who lived in the
4    house in Dondon that your mother moved to?
5        A.   I don't remember exactly who was
6    there.
7        Q.   Your brothers, or your brother?
8        A.   My sister was there, the guy my mother
9    is with, his children were there, kids all
10   living together.
11       MR. O'NEILL:  Okay.  Lunchtime.
12       THE VIDEOGRAPHER:  Going off the
13   record.  The time is 12:30.
14       (Whereupon, a luncheon recess was
15   taken.)
16
17
18
19
20
21
22
23
24
25

Page 89

1        AFTERNOON SESSION
2
3        THE VIDEOGRAPHER:  Back on the record.
4    The time is 1:39.
5    BY MR. O'NEILL:
6        Q.   Good afternoon, Mr. Odilbert.
7        A.   To you, too, sir.
8        Q.   Okay.  On that good note, we'll start.
9        Based on your answers to
10   interrogatories, Mr. Odilbert, it's fair to say
11   that you were in one way or another involved in
12   PPT, Project Pierre Toussaint, institutions from
13   the time you were at Rue 13 all the way to 2008
14   or '9 -- 2009?
15       A.   Yes.
16       Q.   And up until December of 2008 when you
17   went into the Village, all that time you were in
18   the other institutions, Rue 3, Rue 13, you were
19   living in the street?
20       MS. POLLOCK:  Counsel, you said
21   December, 2008.
22       MR. O'NEILL:  Did I?
23       MS. POLLOCK:  Yes.
24   BY MR. O'NEILL:
25       Q.   December, 2004, sorry, it should be.

23 (Pages 86 to 89)

Confidential - Subject to Further Confidentiality Review

Page 90

1  Prior to 2004 -- so let me rephrase the
2  question.
3        Until December of 2004 when you went
4  into the Village, all the time that you were in
5  the other institutions, that's the Rue 3 and 4,
6  the Rue 3 and 13, you were on the street, living
7  on the street?
8     A. I was on the street. I only ate at
9  the center. I ate at the center. I went to
10 school at noon. At 5:00 p.m. everybody was free
11 to go back to the street.
12    Q. So the answer is yes, you were living
13 on the streets when you were in Rue 3 and Rue
14 13?
15    A. Yes, I was in the street.
16    Q. Do you recall when you first started
17 in Rue 3?
18    A. I forgot this, because it happened
19 very long -- a long time ago.
20    Q. We know that you went to live in the
21 streets, by your previous answers, in 1998, you
22 left Dondon and came to Cap-Haïtien and lived in
23 the streets from 1998 on, is that right?
24    A. Yes.
25    Q. How long were you at Rue 3 before you

Page 91

1  went to Rue 13?
2     A. I don't really remember. I didn't
3  really go regularly. I just used to go eat
4  once in a while, and I used to go to Rue 13 more
5  than anywhere else.
6     Q. You were in Rue 13 until you were
7  admitted to the Village in December, 2004,
8  correct? You were going to Rue 13?
9     A. Yes, 2001, 2002, when it just opened,
10 that's when I started going.
11    Q. To where?
12    A. In Rue 13.
13    Q. Rue 13.
14       Okay. So you were at Rue 13 from 2001
15 to 2008, December?
16       MS. POLLOCK: Counsel, you said 2008
17 again.
18       MR. O'NEILL: Did I say 2008?
19       MS. POLLOCK: Yes.
20 BY MR. O'NEILL:
21    Q. 2004, correct?
22    A. Yeah. I saw you wrote 2008, but it's
23 2004.
24    Q. 2004 is the answer.
25       What happened at Rue 13? Was there

Page 92

1  any education going on, or was it just a place
2  to go and have a meal and maybe wash up or
3  something?
4     A. There was Master Romere, Madame
5  Calixte, Junie, Margarita, they were all teacher
6  for kids. For myself personally, I had Master
7  Romere doing class for me.
8     Q. What did they teach?
9     A. It's not like a regular school where
10 you spent all day in school. They showed --
11 when you came, they showed you a little -- some
12 little things to do here and there, like
13 little -- to solve little math problems, but you
14 didn't go stay all day.
15    Q. Okay. Now, in the Complaint that was
16 filed in, I think it was September, we said --
17       MS. POLLOCK: No.
18       MR. O'NEILL: Let me just look at
19 that.
20 BY MR. O'NEILL:
21    Q. September, 2014.
22       MS. POLLOCK: The Complaint?
23       MR. O'NEILL: Sorry. That was the
24 answers to ints I was on.
25       MR. KERRIGAN: Is it the November 7th?

Page 93

1  First page.
2       MR. O'NEILL: I'm looking here,
3  November 7, 2013, sorry.
4  BY MR. O'NEILL:
5     Q. Is that correct?
6       MS. POLLOCK: Can you ask the question
7  again?
8  BY MR. O'NEILL:
9     Q. So the Complaint as filed was filed in
10 November 7, 2013. And in the 99th paragraph of
11 that Complaint, which I know you haven't read,
12 but it's the document that's in court, it says
13 "In or around 2004" --
14       MR. O'NEILL: You can try and say
15 that.
16    Q. Since "In or around 2004, when
17 Plaintiff" --
18       THE INTERPRETER: Could I have the
19 document, please, so I can read it?
20       MR. O'NEILL: I'll read the portion,
21 and then you can translate it.
22       MS. POLLOCK: Did somebody take his
23 exhibit?
24       THE INTERPRETER: I have it.
25 BY MR. O'NEILL:

24 (Pages 90 to 93)

Confidential - Subject to Further Confidentiality Review

Page 94

1      Q.  So Number 99, "In or around 2004, when
2  Plaintiff Raynel Odilbert was approximately
3  17 years of age, Defendant Perlitz engaged in
4  explicit sexual behavior and lewd and lascivious
5  behavior, including but not limited to illicit
6  sexual contact with the Plaintiff."
7          MR. O'NEILL:  You can read that to
8  him.
9      Q.  Did Perlitz abuse you in and around
10  2004?
11     A.  Douglas forced me so he could put his
12  penis in my butt twice.  It's not that I agreed
13  to it, but he would have put me out, thrown me
14  out of the Village if I didn't agree to it.
15     Q.  The question was, the Complaint that I
16  read and was translated for you states that it
17  was in and around 2004 when Douglas Perlitz
18  engaged in explicit sexual behavior with you.
19  Is that true?
20     A.  Yes.
21     Q.  It's true?
22     A.  Yes.
23     Q.  When was the second incident?  You say
24  there's only one incident in the Complaint, but
25  you say there were two.  When was the second

Page 95

1  one?
2          MS. POLLOCK:  Objection.
3  Mischaracterizes the record.  Misstates the
4  witness's testimony.
5      A.  It happened twice to me.
6  BY MR. O'NEILL:
7      Q.  In the second time that it happened,
8  you said that you had been kicked out of the
9  Village by Perlitz, and that he offered to let
10  you back in if you had sex with him, is that
11  true?
12     A.  Yes.
13     Q.  And I believe in your interrogatories,
14  but you tell me if this is your memory, in your
15  interrogatories you say that when that second
16  incident happened, Brittany was sleeping
17  upstairs, or was upstairs, is that correct?
18  Nicholas and Brittany, you said, were upstairs.
19     A.  Yes, they were sleeping upstairs.
20  Yeah, but, you know, Douglas is the one in
21  charge of all the white people that come in to
22  Haiti.  They are not allowed to knock on his
23  door if he doesn't call them.
24     Q.  The question had to do with Brittany,
25  not what you answered.

Page 96

1          The question is, was Brittany
2  upstairs, to your knowledge, when that second
3  incident happened?
4      A.  Yeah, because that's where they were
5  staying, all the way up there.
6      Q.  Well, how did you know that she was
7  there?
8      A.  That's where he lived.
9      Q.  Brittany lived there?
10     A.  Yeah, that's where she lived.
11     Q.  So you didn't actually see her?
12     A.  I used to see Brittany in Bel Air,
13  because that's where she used to live.
14     Q.  I understand that.
15          But the night that -- or the day that
16  Douglas Perlitz brought you there to have sex
17  with you after you'd been kicked out, did you
18  see Brittany, observe her, see her in Bel Air?
19     A.  I didn't sleep there the second time.
20  It was about 10:00 p.m..  They give me a little
21  bit of money to buy some food, and then I went
22  down.  I didn't see them, but I knew that's
23  where they slept, that's where they lived.  They
24  were sleeping.
25     Q.  I understand.  But he didn't see them?

Page 97

1      A.  No.
2      Q.  But you knew that Brittany was already
3  there at the time the second sexual abuse
4  happened?  You knew she was there?
5      A.  I don't know.  But I know that these
6  people, they don't stay out very late.  After
7  they're done in the Village, they're done
8  working in the Village, they go to sleep.  They
9  don't take -- they don't go for walks.  So they
10  were in their rooms.
11     Q.  Okay.  Let me rephrase the question.
12  Maybe I can do it better.
13          When that second incident happened
14  where Douglas brought you to Bel Air, and it was
15  after you had been kicked out of the Village, he
16  brings you to Bel Air, you knew by that time
17  Brittany had already arrived from United States?
18     A.  She was in Haiti.  She was in Haiti.
19  She was in Haiti.
20     Q.  Now --
21     A.  Andy wasn't in Haiti.  That's the one
22  who wasn't there.
23     Q.  I want you to describe in as much
24  detail as you remember what happened in the
25  second incident.  How did you meet up with Doug

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 98

1  Perlitz?  How did you happen to get to Bel Air?
2  Tell me all of the circumstances that happened.
3      A.  The second time?
4      Q.  Yes, the second time.
5      A.  I was washing cars.  Douglas went by.
6  I was washing cars in a bar/restaurant, then
7  Douglas came by in a Land Cruiser Toyota.  He
8  told me, "Raynel, I need you.  Go to Bel Air, I
9  need you."  I didn't know why he said that.
10     Q.  Well, you already had sex with him
11 before.  Didn't you suspect that he was looking
12 for more sex?
13     A.  I didn't suspect anything.  Since he
14 was the one allowing me to go back to go to
15 school and to go back into the Village, I went
16 to Bel Air.  And when I got to Bel Air, he said
17 "this is what you have to do.  If you want to go
18 to school, if you want to have a good life, you
19 have to have sex with me."  I had to let him put
20 his penis in my butt.
21     Q.  Wait a minute.  We'll get to that.
22         MS. POLLOCK:  Are you finished
23 interpreting what he said?
24     A.  So I could go back to the Village.
25 BY MR. O'NEILL:

Page 99

1      Q.  Okay.  So he, Perlitz, said to you
2  that "you can go back to the Village if you have
3  sex with me"?
4      A.  Yes.
5      Q.  And you agreed?
6      A.  He put pressure, he forced me to
7  agree.
8      Q.  Well, how did he force you?  Other
9  than telling you unless you did that you
10 wouldn't be able to come back to the Village,
11 other than that, what else did he do that forced
12 you?
13     A.  He was forcing me.  He touched me.  He
14 forced me to have sex with him.
15     Q.  Well, did you agree to have sex with
16 him so you could get back into the Village?
17     A.  Yeah, he forced me a lot.  He put
18 pressure on me.  And I said I agreed, but he was
19 putting a lot of pressure on me.  And he did
20 that on Sunday, I remember it was a Sunday, and
21 I went back on Monday.
22     Q.  So the pressure that he put on you was
23 you would never get back into the Village unless
24 you did what he wanted you to do?
25     A.  I would have never been able to come

Page 100

1  back to the Village if I didn't agree to it.
2      Q.  Okay.  And tell us what the sex was.
3      A.  He forced me.  He put -- he forced me
4  to put my hands on the wall, and he put his
5  penis in my butt.
6      Q.  Okay.  And what else?
7      A.  And then he asked me to put -- he put
8  his -- he asked me to put his penis in my mouth,
9  and he was rolling my tits, too.  At 10:00 p.m.,
10 he had me leave, he gave me a little bit of
11 money.  And he back.  On the next day, I
12 went back.  He made me come back to the Village
13 to go to school.
14     Q.  He made you go back to the Village?
15 You wanted to go back to the Village.
16     A.  I want.  He told me the next day come
17 to the Village.
18     Q.  Well, you wanted to go to the Village,
19 didn't you?
20     A.  I wanted to go to the Village to go to
21 school.
22     Q.  Yes.  And that's what --
23     A.  That was my only hope.  I didn't have
24 any hope.
25     Q.  And that's why you had sex with him?

Page 101

1      A.  It's not because of that directly, but
2  he forced me.
3      Q.  Well, the force was the ultimatum that
4  you couldn't get back to the Village unless you
5  had sex; that's the force, isn't it?
6          MS. POLLOCK:  Objection.
7  Mischaracterizes the witness's testimony.
8      A.  Yeah, he forced me a lot.  He
9  presented this image to me, he said it's in the
10 Village that you can become someone.  He forced
11 me.
12 BY MR. O'NEILL:
13     Q.  So that's pressure?  That's pressure
14 on you?
15     A.  Yeah, he pressured me.
16     Q.  And you agreed?
17     A.  I accepted.
18     Q.  And you were 21 -- you were probably
19 22 years old at that point?
20     A.  I don't remember how old I was.
21     Q.  Well, Brittany didn't get to Bel Air
22 until October of 2007.  Will you accept that?
23         THE INTERPRETER:  October?
24     Q.  October, 2007.  She was at a language
25 school when she came in August, and by October

Confidential - Subject to Further Confidentiality Review

Page 102

1  she was at the Village working for PPT, and she
2  lived at Bel Air from about October on. So will
3  you accept that this incident happened when
4  Brittany was there after October of 2000 -- what
5  did I say, 2000 --
6      THE INTERPRETER: 7.
7  BY MR. O'NEILL:
8      Q. -- 7, or into 2008, you're not sure of
9  the date, right?
10     A. I didn't understand.
11     Q. If Brittany -- will you accept the
12  fact that Brittany didn't arrive in Haiti until
13  August of 2017?
14     MS. POLLOCK: 2017? Your dates are
15  all over the place.
16     MR. O'NEILL: 2007.
17     THE INTERPRETER: You said 2017.
18     MR. O'NEILL: Sorry, we haven't even
19  gotten to 2017 yet.
20     A. I don't know.
21  BY MR. O'NEILL:
22     Q. Will you accept the representation
23  that I'm telling you, that she didn't get there
24  until 2017, August?
25     A. I accept this.

Page 103

1      Q. There's a list of names, and I
2  probably won't pronounce them correctly, so I'll
3  ask our wonderful interpreter to go through a
4  list of names, and you tell me if you knew these
5  people while you were at PPT. That's all I want
6  to know, "yeah, I knew them," "no, I didn't."
7      MR. O'NEILL: Okay. Just the number,
8  you don't -- just say the number, just go down
9  the names starting with Joseph Jean-Charles.
10     A. Joseph Jean-Charles. I know him.
11     Q. Okay.
12     A. Benson Alcime. I know Benson.
13     Kenson Baptiste. Yes, I know Kenson
14  Baptiste.
15     Jean Ronald Belonne. I know him.
16  He's my friend.
17     Donald Cadet. I know Donald, Donald.
18     Edier Dorsainvil. Didi Dorsainvil, I
19  know him. We call him Didi.
20     Emmanuel Dorvil. I know him. He's
21  from someplace in Haiti.
22     Peterson Eugene. I know him.
23     Fredlin Fils-Aime. I know him well.
24     Peterson Gedeus. He's my friend.
25  Peterson, I know him very well, he's my friend.

Page 104

1      Schoubert Hedouville. I know
2  Schoubert very well.
3      Francilien Jean-Charles. I know him
4  very well. He's -- he has big dreadlocks all
5  the way down here.
6      Q. His butt?
7      A. Down here. Lower back.
8      Jimmy Jesula. I know Jimmy very well.
9      Fredelin Legrand. Who is this
10  Fredelin Legrand? This one I don't remember.
11     James Mathieu. I know James very
12  well.
13     Denis Mesamour. I know him very well.
14  We have the same godmother who baptized us.
15     Luckson Mesidor. I know him well.
16     Mackenson Michel. I know him well.
17     Francklyn Pierre. I know him well.
18     Robens Pierre. I know him well.
19     Romeus Rodlin Rosanne. I know him.
20  But it's Rodney, not Rodlin.
21     Q. Okay.
22     THE VIDEOGRAPHER: Can we go off the
23  record for one minute? I'm having a technical
24  difficulty.
25     MR. O'NEILL: Do you want to go off?

Page 105

1  Yes.
2      THE VIDEOGRAPHER: Going off the
3  record. The time is 2:16.
4      (Pause.)
5      (Whereupon, Odilbert Exhibit Number 6,
6      List of Claimants covered by the 2013
7      Settlement Agreement, was marked for
8      identification.)
9      THE VIDEOGRAPHER: Back on the record.
10  The time is 2:18.
11  BY MR. O'NEILL:
12     Q. Now that it's been marked as
13  Exhibit 6, the list of names, would you begin
14  reading where you left off and finish the list?
15     A. Okay.
16     Noel Smith. I know him really,
17  really, really well.
18     Q. Who?
19     A. Noel Smith.
20     Thony Vall. I know Thony.
21     Michael Saintelus. I know him very
22  well.
23     Q. Do you know -- these people that you
24  know very well, know them now, you meet them,
25  you see them?

27 (Pages 102 to 105)

Confidential - Subject to Further Confidentiality Review

Page 106

1          MS. POLLOCK:  Objection.  Vague.
2          A.  So yes, these are all people I know
3    from Rue 13 or from the Village.  Peterson
4    Gedeus, Robens Louis, I know him very, very
5    well, we are always together.  They always put
6    us together in the Village.  And they would take
7    our dirty clothes, and we would always be
8    together.
9          Q.  Okay.
10         A.  And Smith is a little guy, I know him.
11   Robens Pierre, he's my friend, we've always been
12   in the street together in Rue 13.  There's only
13   one guy I don't really know.
14         Q.  Thank you.  I'm going to show you now
15   what's been marked Exhibit 7.
16         MR. O'NEILL:  And just read the first
17   name.  We don't need to read Douglas Perlitz's
18   name.
19         (Whereupon, Odilbert Exhibit Number 7,
20         Document titled Pending Related Cases,
21         was marked for identification.)
22   BY MR. O'NEILL:
23         Q.  The same way, if you know them, have
24   Mr. Odilbert identify them as people he knows or
25   doesn't know.

Page 107

1          A.  Gervil St. Louis.  I know him really
2    well.
3          Ilguens Jean.  I know Ilguens Jean.
4          Felix Pierre.  Well, I might recognize
5    him by his face.  By the name, it's been a while
6    since we were in the Village.
7          Q.  That's okay.
8          A.  Wisky Jerome.  I know him very well.
9          Jose Bernardin.  I know him well.
10   He's my friend.
11         Jheempson Brismac.  I know Jheempson
12   Brismac very well.
13         Eliphete Alibert.  I know him well.
14         Christophe Faustin.  Yeah, he's a
15   friend from the Village.
16         Dimitry Joseph.  I know him.
17         Dorat Jean.  I know him very well.
18         Eliodor Fleuridor.  I know him.
19         Frisnel Jean.  I know Frisnel Jean.
20         Gesner Lecenat.  I know him well.
21         Jamesly Guillaume.  I know James very
22   well.
23         Jasmin Joseph.  Yes, I know Jasmin.
24         Jean Moise Emile.  I know Emile very
25   well.

Page 108

1          Johnson Audate.  I know Audate very
2    well.
3          Q.  There's one additional page on that
4    that I -- we'll mark it as the next exhibit,
5    Exhibit 8.
6          (Whereupon, Odilbert Exhibit Number 8,
7          List of names, was marked for
8          identification.)
9    BY MR. O'NEILL:
10         Q.  So these names, there's seven more,
11   just the names.
12         A.  James Mathieu.  I know him.
13         Luckson Mesidor.  I know Luckson
14   Mesidor.
15         Robens Pierre.  I know Robens Pierre
16   very well.
17         Romeus Rodlin Rosanne.
18         Noel Smith.  I know him well, well.
19   He's my friend.
20         Jimmy Jesula.  I know him well.
21         Michel Mackenson.  I know him well.
22   He's from Fort Liberté, it's a place.
23         MR. O'NEILL:  You will be pleased to
24   know, Mr. Odilbert, that I have no further
25   questions.

Page 109

1          A.  To you also, I thank you, too.
2          MS. POLLOCK:  Do we want to take a
3    break?
4          MR. O'NEILL:  It's up to you guys.  I
5    wouldn't mind ten minutes.
6          MS. POLLOCK:  Sure.
7          THE VIDEOGRAPHER:  Going off the
8    record.  The time is 2:24.
9          (Whereupon, a recess was taken.)
10         THE VIDEOGRAPHER:  Back on the record.
11   The time is 2:41.
12   BY MR. CERRETA:
13         Q.  Good afternoon, Mr. Odilbert.  I
14   introduced myself earlier, but my name is John
15   Cerreta, I represent Fairfield University.
16         A.  Okay.
17         Q.  Do you remember the first time you met
18   Douglas Perlitz?
19         A.  I forget.  I don't remember.
20         Q.  When did you first start attending a
21   school or a center affiliated with PPT?
22         A.  I don't remember.  I don't remember
23   when.
24         Q.  Where was the first place that you
25   went that was part of PPT?

28 (Pages 106 to 109)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 110

1      A.  The first one I went to was Rue 3, but
2  I didn't go a lot there, it was just to go eat.
3      Q.  Is Rue 3 3rd Street?
4      A.  Yes.
5      Q.  And at the time that you went to the
6  3rd Street Center, were you living on the
7  streets at that time?
8      A.  I was living in the streets.
9      Q.  How did you hear about the place at
10  3rd Street?
11      A.  Well, there's a place where they sell
12  a lot of secondhand clothes, and there was a
13  street seller selling these secondhand clothes,
14  said to me, "hey, look, there's a center
15  where they give small street kids food to eat."
16  So I looked for that place, for that center
17  where I could go.
18      Q.  And what would a typical day be like
19  there at the 3rd Street Center?  What would you
20  do when you got there?
21      A.  I never spent an entire day at 3rd
22  Street.  I usually go to the one in 13th Street.
23      Q.  Can you estimate how many times you
24  went to the 3rd Street Center?
25      A.  I can't evaluate.  I don't remember.

Page 111

1      Q.  Okay.  Do you think you went to the
2  3rd Street Center more than, say, ten times?
3      A.  Not more.  I don't remember how long.
4  But I walk there and I don't go.  But when 13th
5  Street opened, I went there regularly.
6      Q.  Did you ever set foot inside the 3rd
7  Street Center?
8      A.  Yeah.
9      Q.  And you say you never spent a full day
10  there, though, is that right?
11      A.  No, I didn't spend a full day in Rue
12  3, 3rd Street.
13      Q.  Was the program just for a part of the
14  day, or would you leave before the day's
15  activities were over?
16      A.  The program -- well, I went to eat.
17  When I finished eating, I went -- I left.  I
18  don't know how long it last.
19      Q.  Do you remember any of the students
20  who attended the 3rd Street Center with you?
21      A.  I remember Francilien, Robel, Wilnaud,
22  and then I forgot the rest.
23      Q.  Do you remember any of the teachers
24  there or the staff there at the 3rd Street
25  Center?

Page 112

1      A.  I remember two, Manuel and Robinson.
2      Q.  Did you ever see Douglas Perlitz at
3  the 3rd Street Center?
4      A.  Well, I haven't seen him there.  I
5  didn't stay there also, so I don't know.  But he
6  used to delegate to people working there, so he
7  would be in the street driving, that's where I
8  saw him.
9      Q.  Okay.  So is it your testimony that
10  you don't have any recollection of actually
11  seeing Douglas Perlitz at the 3rd Street Center?
12      A.  No.
13      Q.  But you would see him in the streets
14  -- I'm sorry.
15      A.  But the center is his.  But he has
16  people working there who are in charge of
17  everything.  Even if the boss isn't -- the
18  master isn't there, everything is working.  The
19  owner.
20      Q.  Do you remember seeing anyone else at
21  PPT who was a white person or an American, at
22  the 3rd Street Center?
23      A.  Well, I don't remember.  I don't
24  remember.
25      Q.  Do you know a man named Andy

Page 113

1  Shultheis?
2      A.  I remember, I seen Andy at Rue 13.
3      Q.  But you don't have any recollection of
4  seeing Andy at 3rd Street Center?
5      A.  No, I didn't see him.
6      Q.  How many times did Douglas Perlitz
7  sexually abuse you?
8      A.  He forced me, he put his penis in my
9  butt twice.  It's not because I agree to it.  He
10  told me if I didn't agree he would throw me out.
11          Did you understand what I said?
12      Q.  Yes.
13          Would you tell me everything you can
14  remember about the first time that Douglas
15  Perlitz abused you?
16      A.  He took me in front of the classrooms,
17  around 6:00 p.m., he took me in a car, in a red
18  car, in a red Nissan to Bel Air.  When I got to
19  Bel Air he was watching TV with me.  He laid out
20  a bed on the floor for me.  I laid down.  When I
21  woke up at night I saw Douglas was touching all
22  my body, and he forced his penis inside my butt.
23      Q.  How old were you this first time that
24  Douglas Perlitz sexually abused you?
25      A.  17.

Confidential - Subject to Further Confidentiality Review

Page 114

1     Q.  So when he pulled up around 6:00 p.m.,
2   did he say anything to you?
3     A.  He said "come with me." He's a white
4   guy, so I said -- so I went with him.  But I was
5   in the street.
6     Q.  Did you know him when he pulled up?
7   Had you ever met him before?
8     A.  I used to see him at the center.
9     Q.  Which center was that?
10     A.  13th Street, 13th Street.
11     Q.  So he said "come with me."  Did he
12   give any explanation of why he wanted you to
13   come with him?
14     A.  No.  He didn't explain anything to me.
15   And even when I laid down on the bed, I never
16   thought this would happen, because I didn't know
17   he was a fag, that he would put his penis in my
18   butt.
19     Q.  So when he pulled up in the Nissan, do
20   you remember anything else he said to you other
21   than get into the car?
22     MS. POLLOCK:  Objection.
23   Mischaracterizes the witness's testimony.
24   BY MR. CERRETA:
25     Q.  I'm sorry, let me rephrase that.  I

Page 115

1   don't want to mischaracterize his testimony.
2     A.  He said "come with me to my house."  I
3   didn't know why.  I didn't know.
4     Q.  Okay.  But you did get into the car?
5     A.  I did enter the car.
6     Q.  Do you remember speaking to Douglas in
7   the car at all on the way, on the drive?
8     A.  No.
9     Q.  There was no conversation between you
10   in the car?
11     A.  I didn't talk to him.  I didn't talk
12   to him, just climbed in the car.  In Bel Air we
13   just watched TV.  He gave me some food.  We
14   continued watching television.  And he laid down
15   the bed for me on the floor, and I went in the
16   bed.
17        When I woke up in the middle of the
18   night, I saw that he was touching all my body,
19   and his -- I saw his penis in my butt.  And when
20   I woke up totally, he stood up and went to his
21   bed.  He scared me so much that he didn't allow
22   me to say that to anyone.
23     Q.  When you first arrived and he gave you
24   some food, did he explain why he had invited you
25   over?

Page 116

1     A.  He didn't explain.
2     Q.  So you had some dinner.  Did Douglas
3   eat the food with you?  Did you share a meal
4   together?
5     A.  I don't remember everything because I
6   was small, young.
7     Q.  Okay.  You were 17 years old at this
8   time, is that right?
9     A.  But I wasn't very well developed.  You
10   know, I was in the street.
11     Q.  Do you remember anything else about
12   when you were eating the food, any conversations
13   that you had with Douglas during the meal?
14     A.  No.
15     Q.  How much time elapsed between when you
16   got there and when it was bedtime, when Douglas
17   prepared the bed?
18     A.  I don't know.  I don't know how long.
19   He just made the bed for me.  And later I saw
20   that he laid down next to me, behind my back.
21     Q.  After you ate and you were watching
22   TV, was Douglas sitting with you during the time
23   you were watching TV?
24     A.  He was sitting.  I don't remember if
25   he was sitting, but he was watching, and he was

Page 117

1   on the bed.
2     Q.  Okay.  So after the meal, did you go
3   to Douglas's bedroom to watch TV?
4     A.  We were eating in Douglas's bedroom,
5   and that's -- in there we were watching TV.
6   That's what I remember.  The rest I don't
7   remember.
8     Q.  So after you watched TV and he
9   prepared the bed, did he say anything to you
10   before the sexual abuse started?
11     A.  He didn't say anything.  He just laid
12   out the bed and put a pillow under my head.
13   When I woke up in the middle of the night,
14   that's when I saw Douglas next to me, and he
15   forced me to -- he put his penis in my butt.
16   But I wasn't aware of anything.  He didn't
17   explain anything.
18     Q.  When you woke up, was Douglas already
19   assaulting you?
20     A.  Yes.  Exactly.
21     Q.  Did you say anything?
22     A.  I didn't say anything.  I was scared.
23     Q.  Did he say anything to you when you
24   woke up?
25     A.  He didn't say anything.  He just said

30 (Pages 114 to 117)

Confidential - Subject to Further Confidentiality Review

Page 118

1 don't say anything (indicating). Don't say
2 anyone -- don't tell anyone.
3     Q. During this incident when he was
4 assaulting you, did he ejaculate?
5     A. I didn't ejaculate, but I was
6 bleeding. My butt was hurting, and there was a
7 little bit of blood, a little bit.
8     Q. After he was done, did he say anything
9 to you after that?
10     A. No. He said "don't tell anyone."
11     Q. When you got to Bel Air that evening,
12 did you see anyone else in the house?
13     A. I didn't look in the yard to see if I
14 could see anyone. Douglas brought me downstairs
15 right away in his bedroom, because his bedroom
16 is a bit on the -- separated from the rest.
17     Q. So is it your testimony that you
18 didn't see anyone else besides Douglas at
19 Bel Air that evening?
20     A. I didn't see anyone. But Andy was in
21 Haiti, I don't know if he was inside or not.
22     Q. That first incident, did anything else
23 happen by way of sexual abuse other than Douglas
24 putting his penis in your butt?
25     A. I just bled a little bit. I said

Page 119

1 that.
2     Q. That first incidence of abuse, was
3 there any kissing or anything like that?
4     MS. POLLOCK: Objection. Vague.
5     A. No.
6 BY MR. CERRETA:
7     Q. Was there any other abuse besides what
8 you've told me that first time, that first
9 incident?
10     A. No.
11     Q. So what happened after the abuse was
12 over?
13     MS. POLLOCK: Objection. Vague.
14     A. After that I continued going to
15 Rue 13.
16 BY MR. CERRETA:
17     Q. I'm sorry, that was a bad question.
18     Immediately after the abuse was over,
19 did you stay in the bedroom for the rest of the
20 night?
21     A. Yes. Yes, but I woke up very, very,
22 very early. I remember that. I woke up very
23 early.
24     Q. So what happened when you woke up?
25     A. I waited for the car to bring me to

Page 120

1 Rue 13. There were little -- I was inside the
2 center, but there were little children outside.
3 I took the car to go to Rue 13.
4     Q. So when you woke up, you waited for a
5 car?
6     A. Yes.
7     Q. What car were you waiting for?
8     A. Tacoma Toyota that brings children to
9 the Rue 13 Center.
10     Q. So who was driving that car that
11 picked you up; the Toyota Tacoma was it?
12     A. I think it was Andy, Andy.
13     Q. Did you say anything to Andy about
14 what had happened?
15     A. Mm-mm, I never said that, anything.
16     Q. When you woke -- I'm sorry, continue.
17     A. This is between God and myself, and
18 Douglas who knew what he did.
19     Q. Was Andy there at Bel Air when you
20 woke up in the morning?
21     THE INTERPRETER: Was Andy?
22 BY MR. CERRETA:
23     Q. Was Andy there at Bel Air when you
24 woke up in the morning?
25     A. Well, Andy came, but I was somewhere

Page 121

1 where there was a pipe, and there was a pipe.
2 Andy saw me in the yard. When the car came,
3 there were other children there that were all
4 going to the center, we used to go to a place
5 where we could buy figs, bananas, and bread. He
6 didn't think I had slept there. He saw me over
7 there, and he saw me there.
8     Q. Did Andy pull up in the Toyota Tacoma
9 to pick you and the other children up?
10     A. Yeah, he went inside the center with
11 the car, with all the children, and he made them
12 come out so they could ring the bell to prepare
13 the meal. He entered with the car with all the
14 children. He made all the children come out.
15 He prepared the meal, the food, and he rang the
16 bell so that all the children would come in.
17     After ringing the bell so that the
18 children could eat and wash, he made us leave,
19 get out again, so we would come back at noon.
20     Q. Okay. The morning after the first
21 incident of abuse, did Andy pick you up at Bel
22 Air in a Toyota Tacoma?
23     A. When I entered, I didn't see the
24 Tacoma inside. It's in the morning I saw the
25 Tacoma in the yard. But Andy didn't see me in

Confidential - Subject to Further Confidentiality Review

Page 122

1  the yard. After all the children gathered, we
2  all entered the Tacoma, and we left.
3      Q. Was there anybody else in the Tacoma
4  besides Andy and the other children and you?
5      A. I think John could have been there,
6  but I don't remember.
7      Q. Who is John?
8      A. A white guy. It's a woman, a girl.
9  She spent maybe three months in Haiti. She left
10 and Andy had stayed behind.
11     Q. Is her name Joan?
12     A. Joan.
13     Q. At some point when you were attending
14 the Village, am I right that it was your
15 testimony that you were kicked out for a time?
16     A. Yes. Yes.
17     Q. Why were you kicked out?
18     A. Because we went to the beach, all the
19 kids from the Village, even Douglas was there,
20 maybe other white people were there, I don't
21 know. I was having too much fun, I guess, and I
22 became drunk. Douglas didn't want me to come
23 back to the Village. Even the bus didn't let me
24 in. So in hiding, I went to the Village with
25 all -- in the bus with all the kids.

Page 123

1      When I got there, I went to sleep. I
2  wanted to go to sleep. Douglas called the
3  staff, an employee from the staff, and said
4  "have Raynel leave." I went up to Bel Air.
5  Douglas put me to sleep in the Land Cruiser.
6      The next day I went back to the
7  Village. He made me pack up my things, my
8  clothes, and he put me out. All the caressing I
9  did, he didn't accept it, and he put me out,
10 kicked me out.
11     Q. Okay. So there was an incident at the
12 beach where you became drunk, is that right?
13     A. Mm-mm. You know, during the summer
14 months I'm on vacation, so I was trying to have
15 fun.
16     Q. School was not in session during -- at
17 the time of this incident? It was summer break
18 from the Village.
19     A. Yeah. Each summer we go, we always go
20 to the beach to have fun.
21     Q. Who else was at the beach this day?
22     A. All the students inside the project,
23 they were all there. All the employees were
24 there, too.
25     Q. So was it Douglas that, when you

Page 124

1  became drunk, that took you away from the beach?
2      A. He saw that I was drunk, said he won't
3  let me go back to the Village. After I was -- I
4  sobered up, I tried to sneak into the car to go
5  back to the Village. I didn't think he would
6  throw me out because of that. I didn't think
7  that.
8      Q. So did you ask him not to be thrown
9  out?
10     A. I asked "why are you kicking me out?"
11 He said I'm unbearable, he can't let
12 me in. I said "well, it's during the summer
13 months, I'm trying to have fun." He said -- he
14 wouldn't listen.
15     Q. How old were you at the time of this
16 incident?
17     THE INTERPRETER: The second incident?
18     MS. POLLOCK: Incident of abuse?
19     A. About 22.
20 BY MR. CERRETA:
21     Q. Let me just try to ask the question
22 again. I'm sorry.
23         How old were you at the time of the
24 second incident of sexual abuse by Douglas
25 Perlitz?

Page 125

1      A. I think about 23 years old, something
2  like that.
3      Q. So when you -- when he told you that
4  you were being kicked out of the Village, did
5  you then caress him? Is that your testimony?
6      A. I said "please, don't put me out
7  because I don't have anything else," but he
8  didn't listen to me.
9      Q. Okay. Was it your testimony a minute
10 ago "all the caressing I did, he didn't accept
11 it, and he put me out, kicked me out"? Is that
12 right?
13     A. Yeah, he didn't listen to me, he
14 kicked me out anyway.
15     Q. But were you trying to caress him in
16 an attempt to get him not to kick you out?
17     A. No, with words.
18     Q. With words. No touching?
19     A. No, no. With words.
20     Q. You testified a little while ago that
21 you have some memory problems, is that right?
22     A. Yeah, I have problems to remember
23 things.
24     Q. And did you mention that was related
25 to an incident which you were hit on the head?

32 (Pages 122 to 125)

Confidential - Subject to Further Confidentiality Review

Page 126

1    A.  Ask the question again.
2    Q.  The memory problems, was it your
3  testimony earlier today that those are related
4  to an incident in which you were hit on the
5  head?
6    A.  No, because when I was at the Village,
7  because of what Douglas did to me, I have
8  problems remembering and working well, that's
9  why I didn't go far in my school.
10    Q.  At some point were you hit on the head
11  by a band of robbers with a machete?
12    A.  After the Village was closed I went to
13  Santo Domingo, thugs caught me, and they hit me
14  with the machete.  They stole 6,000 pesos from
15  me.
16    Q.  Your memory problems, have they come
17  on since the incident which you were hit with
18  the machete?
19    A.  Since before.  I've always had
20  problems remembering.  After I was hit, I became --
21  I would become dizzy if I made too many mental
22  efforts.  And when I drink something cold, I
23  feel it here (indicating).
24    Q.  Okay.  Have you ever been arrested?
25    A.  Well, they arrested me once, but I

Page 127

1  didn't stay in prison.  I wasn't in prison for
2  long time.  Because the police is always abusing
3  the street children.
4        MS. POLLOCK:  Just answer yes or no.
5  BY MR. CERRETA:
6    Q.  What were you arrested for on that
7  time?
8    A.  For nothing.  I didn't do anything.  I
9  was walking, the police saw me, and they
10  arrested me.
11    Q.  When was this?
12    A.  At night.
13    Q.  Do you remember how old you were?
14    A.  I don't remember.  I used to live in
15  the streets, I used to walk all night.
16    Q.  Do you remember if it was before or
17  after the Village closed?
18    A.  Before, Before.  I wasn't at the
19  Village at that time.
20    Q.  In the interrogatories that you
21  answered, I'm looking at the answer to
22  Interrogatory Number 69, you indicate in there
23  that Fairfield University was an organization
24  that came to the Village, is that right?
25    A.  Yes.

Page 128

1    Q.  Who from Fairfield University came to
2  the Village?
3    A.  Father Paul and Madame Carter, they
4  were representatives of Fairfield.  And these
5  two people were the heads, the boss of the
6  Village.  They were in charge of the Village.
7    Q.  Did you ever talk to Father Paul?
8    A.  We used to talk to Father Paul in
9  group, all gathered in a group, and Douglas was
10  translating for us.
11    Q.  Do you remember how many times you met
12  Father Paul?
13    A.  I met him every December.  Every time
14  we were about to have a vacation, he would bring
15  gifts, and like tennis shoes.  And Douglas
16  always said it's thanks to Father Paul and
17  Madame Carter that we were able to have these
18  gifts.
19    Q.  Every December at the Village would
20  you see Father Paul and Madame Carter?
21    A.  They come in December.  But also not
22  only in December, some other times, but I don't
23  remember.  But every December 21st, they come,
24  both of them, with gifts for us.
25    Q.  So when they would come for the group,

Page 129

1  is that when Douglas would translate things that
2  Father Paul was saying to the group?
3    A.  Yes, he translated for the group.  He
4  said things, but I don't remember what he said.
5  I don't recall.
6    Q.  Was it your testimony a moment ago
7  that you understood Hope Carter to be a
8  representative of Fairfield University?  Is that
9  right?
10    A.  It's not that I thought, I knew she
11  was a representative of Fairfield University,
12  and she was one of the person in charge of the
13  project for sure.
14    Q.  How did you know that she was a
15  representative of Fairfield University?
16    A.  At the Village they would always talk
17  about this university.  And they themselves were
18  talking about and university, and Douglas used
19  to talk to us about that university.  And she
20  made a promise to us that when we're done
21  studying here we could go study in that
22  university.  But Douglas was probably lying.
23    Q.  Okay.  So what do you remember Douglas
24  saying about the university?
25    A.  I don't remember.  I don't remember

33 (Pages 126 to 129)

Confidential - Subject to Further Confidentiality Review

Page 130

1  what they used to say about the university. But
2  I remember that when Hope, Ms. Carter, and
3  Father Paul used to come, they would say that --
4  he would say that it's thanks to these people
5  that we had such nice tennis shoes. But I don't
6  remember what they would say about the
7  university, Fairfield University.
8      Q.  He would say it's thanks to the
9  university that you had nice tennis shoes?
10     A.  Thanks to Madame Carter and Father
11 Paul. About the university, what I remember is
12 that he would say if we would finish all our
13 classes, we would be able to go study in that
14 university.
15     Q.  Who would say that?
16     A.  Douglas.
17     Q.  Did anybody else besides Douglas ever
18 say that?
19     A.  No.  In Haiti the person in charge of
20 the Village was Douglas, but overseas it was
21 Madame Carter and Father Paul.
22     MS. POLLOCK:  Can we take a break
23 whenever you've got a good stopping point?
24     MR. CERRETA:  Yes, we can take a break
25 right now.

Page 131

1      THE VIDEOGRAPHER:  Going off the
2  record.  The time is 3:32.
3      (Whereupon, a recess was taken.)
4      THE VIDEOGRAPHER:  Back on the record.
5  The time is 3:43.
6  BY MR. CERRETA:
7      Q.  Okay, sir.  Before the break, you
8  testified that Doug told you if you would finish
9  all of your classes you would be able to go
10 study at Fairfield University, is that right?
11     A.  Not just me, all us -- all of us.
12     Q.  You and the other group of students at
13 the Village, is that right?
14     A.  Yes, he used to say that in front of
15 -- in the presence of Father Paul and Madame
16 Carter.
17     Q.  Other than that, do you remember him
18 saying anything else to you about Fairfield
19 University?
20     A.  Well, I don't remember what he used to
21 say besides that.
22     Q.  Do you think that he did say other
23 things about Fairfield University?
24     A.  Well, I don't know.  I can't think.
25     Q.  Do you remember anyone else besides

Page 132

1  Douglas telling you anything about Fairfield
2  University?
3      A.  Well, Father Paul was there, and he
4  translated.  Father Paul used to say that I
5  guess in English, and so he would translate that
6  into Creole.  He would say that if we finished
7  our classes, since they were person -- the
8  people in charge of the project and they were
9  representatives of Fairfield University, they
10 were there to convey this message to us, Father
11 Paul and Hope Carter -- and Madame Carter.  And
12 he used to say that in their presence.
13     Q.  It was Douglas that would say this in
14 their presence?
15     A.  When they were there.
16     Q.  And as best as you could tell, Douglas
17 was translating something that Father Paul was
18 saying in English?
19     A.  Yes.  Douglas was translating what
20 Father Paul and Madame Carter were saying.
21     Let me add something.  A lot of us, we
22 were happy, we thought we were going to study at
23 Fairfield University.
24     Q.  And you thought you were going to do
25 this once you finished your classes at the

Page 133

1  Village?
2      A.  Yeah, I always thought that.
3      Q.  Do you remember anybody else saying
4  anything else about Fairfield University?
5      A.  No.
6      Q.  After that incident at the beach when
7  you got drunk and were kicked out of the
8  Village, how much time passed before you were
9  allowed back in?
10     A.  Three months.  Three months.  Three
11 months during the summer break.
12     Q.  So were you allowed back in right at
13 the beginning of the next school year after the
14 summer break?
15     A.  After he abused me, that's when I
16 returned to the Village.
17     Q.  Did you -- were you let back in right
18 at the beginning of the school year, or had you
19 missed some time while you had been kicked out?
20     A.  I didn't miss any time.
21     Q.  So you were able to start on time at
22 the beginning of that 2007 school year?
23     A.  2007?
24     Q.  That was the question, yes, 2007
25 school year.

34 (Pages 130 to 133)

Confidential - Subject to Further Confidentiality Review

Page 134

1     A.  Yes.
2     Q.  So just to clarify, when you were
3  kicked out of the Village, you didn't actually
4  miss any time at all from school, from the
5  actual school lessons during the time you were
6  kicked out, is that right?
7     A.  I didn't miss anything.  I spent three
8  months from the summer break outside, but he
9  made me come back after that.  But to be able to
10  come back physically, physically, he put his
11  penis in my butt, so that's why I could come
12  back.
13     Q.  But that second incident of abuse, it
14  took place while it was still the summer break
15  from school at the Village, is that right?
16     A.  The second incident, it was still
17  vacation time.  It happened to me on Sunday, and
18  on Monday the school opened.
19     Q.  So the very next day was the first day
20  of school?
21     A.  He asked me to buy pants, that he
22  would give me the shirt.  The shirt would come
23  from Miami.  He had me buy pants, and then when I
24  got to the Village he gave me the shirt.
25

Page 135

1     Q.  Okay.  The second incident of abuse
2  occurred on a Sunday, you had previously
3  testified, is that right?
4     A.  Yes.
5     Q.  And then the next day, you went to
6  school back at the Village on a Monday, is that
7  right?
8     A.  But I didn't go to Bel Air to get the
9  car.  I came from my house directly with my
10  clothes.  When I got there, all the Village --
11  the Village kids told me, "what?"  I said "well,
12  if you see me here it's because the boss of the
13  Village told me I could come back."
14     Q.  This was on that Monday morning?
15     A.  Yes, it was Monday morning.
16     Q.  When did Douglas tell you to buy the
17  pants?
18     A.  The same evening.  He said "make all
19  the efforts you can to buy one, just one pair of
20  pants."  And I made efforts to buy blue pants
21  indeed.
22     Q.  So he abused you the second time on a
23  Sunday, and then -- was it then that he told you
24  to buy the pants, after the abuse?
25     A.  Yes.

Page 136

1     Q.  And then did you, in fact, make
2  efforts to buy the pants that Sunday night?
3     A.  No, I didn't -- I didn't do efforts to
4  buy the pants in the evening.  It was in the
5  morning.  I went to place on the bridge where
6  they hang clothes, and I bought pants for 100
7  gourdes.  Then I went and took a public
8  transportation taxi to go to the Village, and I
9  got there really early.
10     Q.  On the Sunday after he abused you for
11  the second time, did Douglas also say that he
12  would come from Miami with the uniform shirt?
13     A.  The uniforms were already available.
14  He had already come back from Miami, they were
15  already available, and it's written on them
16  "Project Pierre Toussaint Venerable."
17     Q.  So when did you get your shirt; was it
18  that first Monday when you got to school, or did
19  you get it on the Sunday evening after the
20  second incident of abuse?
21     A.  No, when I got to the Village they
22  gave me the shirt, and they gave me shoes, too,
23  also.  They gave me a suitcase, books, suitcase,
24  undershirt, and toothbrush so I could go to
25  school.  But he wasn't the one who gave me that,

Page 137

1  there are teachers who distribute those.
2     Q.  Do you know a place in Cap-Haïtien
3  called Rue 12A?
4     A.  Yes.  The Center is between Rue 12 and
5  Rue 13, that's how the Center is.  If you don't
6  say Rue 12, then it's Rue 13, it's between these
7  two there.  You understand?
8     Q.  When you're talking about the Center,
9  are you referring to the 13th Street Center?
10     A.  Yes.
11     MR. CERRETA:  That's all I have.
12  Thank you.
13     THE VIDEOGRAPHER:  Going off the
14  record.  The time is 3:48.
15     (Pause.)
16     THE VIDEOGRAPHER:  Back on the record.
17  The time is 4:09.
18  BY MR. KERRIGAN:
19     Q.  Mr. Odilbert, my name is Michael
20  Kerrigan, I represent the Society of Jesus of
21  New England.  And I have a few questions for you
22  today.  Okay?
23     Mr. Odilbert, are you taking any kind
24  of medication that would affect your ability to
25  testify today?

35 (Pages 134 to 137)

Confidential - Subject to Further Confidentiality Review

Page 138

1    A.  No, I didn't take any medicine.
2    Q.  Are you taking any drugs that would
3  affect your ability to testify today?
4    A.  No.
5    Q.  Have you ever taken drugs?
6    A.  Mm-mm.
7    Q.  Have you ever sniffed paint thinner?
8    A.  When I was in the street I used to
9  take thinners when I was really, really young.
10   Q.  How young?
11   A.  When I had just left my house, when
12  another boy made me take thinners.
13   Q.  How old were you when you took the
14  paint thinner?
15   A.  Maybe about 12 years old.  I had just
16  left home.  I didn't use it for a long time
17  because it didn't do me well.  That was an
18  experience.
19   Q.  How many times did you sniff paint
20  thinner?
21   A.  I forgot how many.
22   Q.  Would it be ten times?
23   A.  Not ten times, not even.
24   Q.  Less than ten?
25   A.  Less, but I don't remember.

Page 139

1    Q.  When was the last time you sniffed
2  paint thinner?
3    A.  I don't remember.  It was a long time
4  ago.
5    Q.  Was it when you were 12 years old?
6    A.  Mm-hmm.  When I was in the street I
7  was 12.
8    Q.  Now, Mr. Odilbert, if you don't
9  understand anything I'm asking you, you will
10  tell me, correct?
11   A.  Yes.
12   Q.  Okay?  Is that fair?
13   A.  Okay.
14   Q.  Mr. Odilbert, what did you do to
15  prepare for today's deposition?
16   A.  I prayed to God, to ask God for
17  strength.
18   Q.  Do you believe in God?
19   A.  Mm-hmm.
20   Q.  What is your religion?
21     Excuse me.  Is that a yes or a no?
22   A.  Yes.
23   Q.  Yes, you believe in God?
24   A.  Yes, I believe in God, because I pray
25  to God.

Page 140

1    Q.  Have you always believed in God?
2    A.  Yes, because I've always prayed.
3    Q.  Have you always had a strong
4  relationship with God?
5    A.  I've been always praying, praying.
6    Q.  How often do you pray?
7    A.  Unlimited number of times, because in
8  a single day I can pray three times.
9    Q.  Your faith has always been strong?
10   A.  I've always had faith up to now.
11   Q.  And you have a strong faith today?
12   A.  I have good faith, strong faith.
13   Q.  What is your religion?
14   A.  I'm a Baptist.
15   Q.  Have you always been a Baptist?
16   A.  But it's been a while since I've gone
17  to church.  I have a little problem, that's why
18  I didn't go to church.  But I've always been
19  Baptist.  I'm a Baptist.
20   Q.  What is the little problem that leads
21  you not to go to church?
22   A.  It's personal.
23   Q.  Personal in what way?
24   A.  I have a problem because I'm trying to
25  find a way to give money to my wife, and I

Page 141

1  haven't been to church for a while, but that's
2  because I have so many things.  I don't sit.
3  I'm always doing something.  I'm always riding
4  the motorcycle.
5    Q.  Were you born a Baptist?
6    A.  The Village -- when I was born, I was
7  a Baptist.  But the Village was Catholic so I
8  did my First Communion, but then I returned to
9  my original religion.
10   Q.  Do you have a church in Haiti that you
11  attend now?
12   A.  Yes.
13   Q.  What's the name of that church?
14   A.  Village Christophe, and the pastor at
15  this church is Sentanne.
16   Q.  Can you spell that for me, please?
17   A.  Pastor Sentanne, S-E-N-T-A-N-N-E.
18   Q.  Mr. Odilbert, aside from praying, what
19  else did you do to prepare for today's
20  statement?
21   A.  I don't believe in anything else but
22  God.
23   Q.  In preparing for today's statement,
24  Mr. Odilbert, did you read any papers?
25   A.  What document?

36 (Pages 138 to 141)

Page 142

1    Q.  Any documents.
2    A.  I didn't read any document.
3    Q.  Did you speak to anyone to prepare for
4  today's statement?
5    A.  I talked to God so he could give me
6  strength so I could testify about what Douglas
7  did to me.
8    Q.  Did you speak to any people to prepare
9  for today's statement?
10   A.  No.
11   Q.  Did you speak to Cyrus Sibert about
12 today's statement?
13   A.  No.
14   Q.  Did you talk to any of the other men
15 who came to Puerto Plata with you about the
16 deposition?
17   A.  No.
18   Q.  Did you talk to the other men who came
19 with you to Puerto Plata about your case?
20   A.  No.  We don't have the same file, the
21 same case.
22   Q.  Did you talk to them about your case
23 at any time?
24   A.  No.
25   Q.  Did any of the others who came with

Page 143

1  you to Puerto Plata talk to you about their
2  cases?
3    A.  We didn't talk about that at all.
4    Q.  Did you talk about anything with the
5  others?
6    A.  No, no.
7    Q.  How long is the ride from Haiti to
8  Puerto Plata?
9    A.  I left Haiti at 8:00 o'clock.  I got
10 to Santiago at noon.  I didn't look at the time
11 when I got here, but I think it was about 2:30
12 on Saturday.  I think it was about 2:00 o'clock,
13 2, 2:30, around that time.  I didn't have any
14 watch.
15   Q.  Who travelled with you?
16   A.  From Haiti?
17   Q.  Yes.
18   A.  Cyrus.
19   Q.  Anyone else?
20   A.  There were other people, but it was
21 these guys, the guys, the kids.  But the person
22 in charge of the trip, during the trip was
23 Cyrus.
24   Q.  What are the names of the others who
25 came with you and Cyrus?

Page 144

1    A.  That's his nickname, Claude is his
2  nickname, that's not his real name.  I don't
3  remember the name of the other ones.
4    Q.  What is Claude's real name?
5    A.  I don't remember.
6    Q.  Did you do anything else to prepare
7  for today's statement, Mr. Odilbert, other than
8  pray to God?
9    A.  I just prayed, prayed.  I didn't do
10 anything else.  I already said that twice here.
11   Q.  Mr. Odilbert, earlier you said you
12 hadn't been to church in a while because you'd
13 been busy trying to get money to send to your
14 girlfriend, is that correct?
15   A.  She's not my girlfriend.  Because we
16 had a child together, she's the mother of my
17 child.  That's why I didn't go to church.  I
18 will look for a way to go back to church.
19   Q.  Do you consider Rosemichelle to be
20 your girlfriend?
21   A.  She's the mother of my child.
22   Q.  Do you still have a relationship with
23 Rosemichelle?
24   A.  Yes.
25   Q.  What is the nature of your

Page 145

1  relationship?
2    A.  She's the mother of my child.  We are
3  in love.  We have a child together.  We are
4  raising a child together, and his mind is not
5  good yet.
6    Q.  You've been together with Rosemichelle
7  for more than six years now, is that right?
8    A.  It's not more than six years.  We were
9  three years as boyfriend and girlfriend.  It's
10 not more than six years, but it could be six
11 years.
12   Q.  How many years do you think?
13   A.  It's six years.
14   Q.  You think it's six years?
15   A.  We were three months -- three years
16 boyfriend and girlfriend.  We have a 17-month
17 old son together, and she carried the baby for
18 nine months, so it's going to be six years.
19   Q.  You've had a good relationship with
20 Rosemichelle over the years?
21   A.  Yes, and I love her.
22   Q.  And you intend to stay with
23 Rosemichelle?
24   A.  Yes, we will get married.
25   Q.  And you intend to raise the child

37 (Pages 142 to 145)

Confidential - Subject to Further Confidentiality Review

Page 146

1  together, correct?
2      A.  Together, yes.
3      Q.  And you've been able to have a good
4  relationship with Rosemichelle and your son,
5  correct?
6      A.  I get along well with her.  But she
7  was rude, but I have -- I will correct that.
8      Q.  But other than some rudeness from
9  Rosemichelle, you're able to have a good
10  relationship with her, correct?
11      A.  I have better spirit, better mind than
12  her.  I'm going to educate her so that we have
13  better relations.  I was talking to her.  When I
14  say I'm schooling her, it means I'm talking to
15  her.
16      Q.  And how do you plan to educate her?
17  What does she need to learn?
18      A.  "Darling, I'm with you, don't be rude,
19  because the child, we have to raise him
20  together."
21      Q.  Mr. Odilbert, you intend to stay in a
22  loving relationship with Rosemichelle?
23      A.  Yes.  I'm going to stay with her, yes.
24      Q.  Do you have a good relationship with
25  your son?

Page 147

1      A.  Yes.
2      Q.  And you're able to enjoy time with
3  your son?
4      A.  Yes.
5      Q.  Nothing prevents you from enjoying
6  time with your son, right?
7      A.  No.
8      MS. POLLOCK:  Objection.
9  BY MR. KERRIGAN:
10      Q.  Do you play with your son at all?
11      A.  Yes.
12      Q.  And you're able to do that?
13      A.  Yeah, I play with him.  I play with
14  him.  I play with him because I love him a lot.
15      Q.  And you have great enjoyment from your
16  son in your life, correct?
17      A.  Yes.  And he's plump and big guy.
18      Q.  He's healthy?
19      A.  Yeah.  I love him.
20      Q.  Have you ever talked to Rosemichelle
21  about your case?
22      A.  No.
23      Q.  Why not?
24      A.  Because this is personal, stays with
25  me.

Page 148

1      Q.  And why do you call the case personal,
2  Mr. Odilbert?
3      A.  I wouldn't want to tell her that,
4  because she can't do anything for me.
5      Q.  Do you want to talk to Rosemichelle
6  about the case?
7      A.  I'm not going to tell her about this
8  case.
9      Q.  Why not?
10      A.  It's my decision.
11      Q.  Do you want to talk to Rosemichelle
12  about the abuse?
13      A.  I won't tell her that.  I'm ashamed
14  because she's a woman.  She's a girl.  If I tell
15  her that, she might leave me.
16      Q.  Why do you think that?
17      A.  She's going to say I'm a fag.
18      Q.  What's wrong with being a fag?
19      A.  It's something really, really bad.
20      Q.  Do you believe that it's bad?
21      A.  I know that.  I know that.  There was
22  a country called Sodom, God destroyed it because
23  of that, for gay stuff.
24      Q.  You believe it's bad to be gay?
25      A.  Something really, really bad.  Really

Page 149

1  bad.
2      Q.  Is that the culture in Haiti, that it
3  is really bad to be gay?
4      A.  The bible tells you this is not good.
5      Q.  How about in Haiti?
6      A.  They think that this is not good at
7  all.  You don't hang out with fags.
8      Q.  Have you told anyone other than Cyrus
9  Sibert that you were abused by Doug Perlitz?
10      A.  No.
11      Q.  You said earlier that you are working
12  to earn money that you can give to your
13  girlfriend and to your son, is that correct?
14      A.  Yes.  I'm working to give them food,
15  to give my son food.
16      Q.  And are you working hard to try to get
17  money to your wife -- to your girlfriend and
18  your son?
19      A.  I work hard, hard, hard, because I'm
20  driving a motorcycle, this is hard, and it's
21  dangerous.  I might be driving, and I have an
22  accident with a car coming in quickly.  And, you
23  know, the motorcycle is not mine, so I'm working
24  very hard for myself and for the owner of the
25  motorcycle.

38 (Pages 146 to 149)

Confidential - Subject to Further Confidentiality Review

Page 150

1    Q.   You're healthy, Mr. Odilbert?
2    A.   I'm not healthy right now because I
3  had a fever, and the fever attacked me, and this
4  is where it came out (indicating).
5    Q.   You're pointing to your mouth, your
6  lip?
7    A.   Yes.
8    Q.   Apart from the fever, are you healthy?
9    A.   I'm not a guy who relaxed, I think, a
10  lot, because the type of life, my lifestyle, I
11  don't really like.
12    Q.   Are you able to work hard every day to
13  earn money?
14    A.   Every day, Sundays, Monday, all days.
15  I never rest.  I rest when I'm next to the baby,
16  then I rest for a while.
17    Q.   That's when you enjoy time with your
18  son?
19    A.   Yeah, then I rest.  I stay three days
20  with him, and then I rest.
21    Q.   How often do you spend time with your
22  son?
23    A.   When I'm in Cap-Haïtien I do spend
24  15 days, every two days, I see the child every
25  two days, but I always send something -- every

Page 151

1  two weeks.  But I always send something for him
2  before that.
3    Q.   You send a gift or money?
4    A.   A little bit, a little bit of money so
5  they buy something.  If I send 500, 300.  I have
6  to eat myself, too, I can't send everything.
7    Q.   When you say you send 500 or 300, do
8  you mean 300 or 500 Haitian gourdes?
9    A.   Gourdes, gourdes, yes.
10    Q.   Does the injury to your hands from the
11  machete attack prevent you from working?
12    A.   It prevents me from driving the
13  motorcycle, but I make an effort, I find a way,
14  because I have responsibilities, and make
15  efforts so I can work.  But to raise heavy
16  things, if I would want to take these things,
17  see, it doesn't go in that hand (indicating).
18    Q.   Does the machete injury to your head
19  prevent you from working?
20    A.   If I take some -- if I drink something
21  really cold, then it goes here and really hurts,
22  I have a headache here.  And I can't carry heavy
23  things, heavy loads.
24    Q.   What hours during the day do you work,
25  Mr. Odilbert?

Page 152

1    A.   From 6:00 a.m. until 11:00 p.m. I'm
2  still out.  I have to make money to put gas in
3  the motorcycle, and to eat, and to have money
4  for the owner.  As long as I haven't made that
5  money, I can't stop.
6    Q.   How much do you earn an average day?
7    A.   Sometimes 700 gourdes, I give 300
8  gourdes to the owner, I put 200 gourdes of gas,
9  I eat with 100 gourdes, and 100 gourdes I keep
10  in my pocket so I can give -- send to the child.
11  Sometimes I earn less.
12    Q.   What's the best day you've ever had,
13  how much did you earn?
14    A.   Saturday, Sundays, and when school is
15  open, then I earn more.
16    Q.   And what's the highest you've ever
17  earned on a day?
18    A.   800 gourdes.
19    Q.   When will you have paid off the owner
20  for the motorcycle?
21    A.   I will -- the week that I'm here, I
22  will have to pay him.  I will owe him during
23  that week.
24    Q.   When will you own the motorcycle?
25    A.   There are two months left, so because

Page 153

1  this week I'm here, I won't pay, so it's going
2  to be two months and one week.
3    Q.   And after the motorcycle is all paid
4  for, you get to keep the 300 gourdes?
5    A.   Yes, they will be mine.
6    Q.   And you intend to keep working as a
7  motorcycle taxi after that?
8    A.   Yes, I will, because I will be able to
9  benefit more from it.
10    Q.   Do you work any other jobs other than
11  as a motorcycle taxi?
12    A.   No.
13    Q.   Do you pay rent for someplace to live?
14    A.   No, I don't pay a house -- for a
15  house.
16    Q.   Where do you live?
17    A.   I live at a cousin's house.
18    Q.   What is your cousin's name?
19        MS. POLLOCK:  Objection.  Asked and
20  answered.
21    A.   Madame Moïse.
22  BY MR. KERRIGAN:
23    Q.   How much would it cost you if you
24  wanted to get a house or an apartment?
25    A.   No, Douglas trashed my life, I have no

39 (Pages 150 to 153)

Confidential - Subject to Further Confidentiality Review

Page 154

1  more value.  He spoiled my life.  I don't know.
2  I don't have any money.
3      Q.  How much does it cost to buy a house
4  where you live?
5      A.  I don't know.  I don't have money.
6      Q.  How much does it cost to rent an
7  apartment where you live?
8      THE INTERPRETER:  The interpreter
9  would like to add an explanation.  There are no
10  apartments, so it's either a house that you
11  rent, usually they rent, or you buy.
12      MR. KERRIGAN:  Thank you.  Shall I
13  re-ask just to make sure we're all clear on it?
14  BY MR. KERRIGAN:
15      Q.  How much does it cost to rent a house
16  or a room where you live?
17      A.  I don't have the experience of renting
18  anything.  People who rent houses who would be
19  able to know.
20      Q.  Mr. Odilbert, you have a little mark
21  on your head, a little bit of a mark that I can
22  see across the table.  I wonder, is that a scar
23  from the machete attack?
24      A.  It went from here all the way to the
25  middle of my head.

Page 155

1      Q.  Can you please show the camera where
2  the machete mark is?
3      A.  (Indicating).
4      Q.  Where does it start?
5      A.  Here, it goes all the way to here
6  (indicating).
7      Q.  Okay.  Thank you.
8      Did you receive medical treatment for
9  that?
10      A.  I was in Santo Domingo, there were
11  some Haitians, they brought me quickly to the
12  hospital when they saw me.  I stayed 15 days at
13  the hospital.  After that, they talked to me and
14  said come back.  I never went back.  I went back
15  to Haiti with the bandage, with my -- the
16  bandage on my hand.  I was damaged.  I was
17  bleeding.
18      Q.  What's the name of the hospital where
19  you were treated in Santo Domingo?
20      A.  Wait a second.  Just give me one
21  second.  Let me remember.
22      Q.  Take your time.
23      A.  Laguna Salada.  It means lagoon, salty
24  lagoon.  It's a state hospital, public hospital.
25      Q.  Did you receive any treatment, medical

Page 156

1  treatment in Haiti for your injuries in the
2  machete attack?
3      A.  No, no.  I showed it to some doctor,
4  can it become like this, make a fist, he said
5  no.
6      Q.  Which doctor did you see?
7      A.  Justinien, just showed the hand, can
8  that hand -- can I make a fist like that one, he
9  said no.  This one is damaged forever, that's
10  permanent.
11      Q.  Your left hand is damaged?
12      A.  Forever, forever because I can't make
13  much effort with it.
14      Q.  Did the doctor at Justinien Hospital
15  give you any medication?
16      A.  No.
17      Q.  Have you received any other treatment
18  at the Justinien Hospital for anything?
19      A.  No.
20      Q.  Mr. Odilbert, have you ever sought any
21  kind of medical or mental health treatment for
22  the abuse that you say that Doug Perlitz gave to
23  you?
24      A.  I've always thought about it.  That
25  makes me hopeless and feel sorry for myself,

Page 157

1  because I'm always thinking about it.  That's
2  why I will trust -- I won't trust anyone with my
3  child.
4      Q.  Have you received any kind of medical
5  or mental health treatment for the problems that
6  you say you have because of the abuse?
7      A.  No.
8      Q.  Why not?
9      A.  I don't know.  I didn't have money to
10  get care.
11      Q.  Did you have money when you went to
12  see the doctor for your hands?
13      A.  I didn't have money.  I don't have
14  money.  I just showed the doctor, I showed him
15  my hand.  I asked an explanation.
16      Q.  Did you have to pay any money to the
17  doctor at Justinien Hospital for that?
18      A.  No, I didn't pay money for this.
19      Q.  Do you have any injuries to your body
20  today because of the abuse that you say Doug
21  Perlitz gave to you?
22      A.  Blood to come out?  Or my mind?
23      Q.  We want to talk about your body first.
24  Do you have any injuries today?
25      A.  No, I don't.

40 (Pages 154 to 157)

Confidential - Subject to Further Confidentiality Review

Page 158

1  Q. How about your mind, Mr. Odilbert?
2  A. My mind is upset, because I'm always
3 thinking.
4  Q. About what?
5  A. What Douglas did to me. I feel
6 isolated. I'm nothing in society. And I'm
7 hopeless.
8  Q. You have hope in your son.
9  A. I have hope for my son, because I can
10 raise him from this, and I will make everything
11 I can to put him to school -- through school.
12  Q. And you're working to have a better
13 life for yourself and your son and Rosemichelle?
14  A. Yes.
15  Q. And you hope for a better life for you
16 all?
17  A. I hope that. I believe in God. I
18 hope that.
19  Q. And you're working hard?
20  A. I work hard.
21  Q. And you're able to work hard?
22  A. Well, I make an effort, but I
23 shouldn't be working hard with that hand.
24 Because someone who would have what I have in my
25 hand would not be working, but I have to

Page 159

1 motivate myself because I have a wife and a
2 child.
3  Q. And it's the left hand you're talking
4 about?
5  A. This hand (indicating).
6  Q. You're still able to work even with
7 your left hand trouble, correct?
8  A. I'll continue. I'm not alone here.
9  Q. Do you have any friends that you spend
10 time with?
11  A. I have friends, but I don't stay with
12 friends.
13  Q. Do you spend time with your friends?
14  A. I hang out with my friends sometimes.
15  Q. What do you do when you hang out with
16 your friends?
17  A. We don't really stay together. When
18 we meet in the street we make jokes, we crack
19 jokes, they ask me how my son and my wife are
20 doing, and I tell them.
21  Q. Anything else you do with your
22 friends?
23  A. No.
24  Q. Have you talked to your friends about
25 your case?

Page 160

1  A. No.
2  Q. Do your friends work?
3  A. Some of them work. Some of them are
4 in the streets, the kids from the Village, and
5 they're in the streets.
6  Q. What are the names --
7  A. Some of them are washing cars to live.
8  Q. What are the names of your friends?
9  A. I have a lot of friends. I don't
10 remember them all. I have a good friend called
11 Rocky, Andy. Robens was my friend, now he's not
12 my friend anymore, he doesn't have time for me.
13 I have Peterson Gedeus also. Mesamour. Thony
14 is my friend. I don't remember all of them. We
15 used to play soccer in the Village. When I see
16 them in the street, we talk.
17  Q. You talk about everyday things, like
18 the girlfriend, the son, work?
19  A. Yes.
20  Q. Do any of your friends talk about any
21 of their cases?
22  A. We don't talk about cases. Since
23 we're friends, we -- when we see each other we
24 talk, but we don't talk about cases.
25  Q. Have any of your friends talked to you

Page 161

1 about abuse that they have had?
2  A. No.
3  Q. Have any of your friends told you that
4 they were not abused at PPT?
5  A. I don't have friends who talk about
6 that.
7  Q. Do you have friends who did not go to
8 PPT?
9  A. Yes, I have friends that didn't go to
10 PPT.
11  Q. Are they working?
12  A. I don't know if they're working. But
13 even in Santo Domingo I have friends. They
14 didn't go to PPT.
15  Q. You said earlier to Mr. O'Neill that
16 unemployment is very high in Haiti today, is
17 that correct?
18  A. Oh, my God, almost three-quarters of
19 the people in the country don't work. That's
20 why Haitians don't know if they can work or not,
21 they can't find work.
22  Q. So it's very difficult for all
23 Haitians to find work?
24  A. Very, very hard. There's no work in
25 that country.

41 (Pages 158 to 161)

Confidential - Subject to Further Confidentiality Review

Page 162

1    Q.  If you could have any amount of money
2  for a job, what would that amount be,
3  Mr. Odilbert?
4        MS. POLLOCK:  Objection.  Vague.
5    A.  If you're not through with school, if
6  you don't have -- if you haven't finished
7  school, you can't find work in Haiti.  People
8  who were not good in school will not find work
9  in Haiti.  If Douglas had given me the
10 opportunity to finish school, I could have found
11 a good job.  I could have been president also.
12 BY MR. KERRIGAN:
13   Q.  President of?
14   A.  Of the country.  If you're good in
15 school, you could be president.
16   Q.  You told us earlier you weren't good
17 in school, correct?
18   A.  But if I had continued, I could have
19 learned slowly but surely.  If I went from first
20 class to sixth class, that shows you that I
21 could learn.  I'm not as good as the others.
22   Q.  If there had been no abuse --
23       MS. POLLOCK:  What's he saying?
24       THE INTERPRETER:  He just repeated the
25 question.  He was going to answer it.

Page 163

1  BY MR. KERRIGAN:
2    Q.  If there had been no abuse, what grade
3  would you have gone up to?
4    A.  If there hadn't been any abuse, the
5  Village would have been here, I would have
6  finished it and studied some big thing.  I
7  wanted to learn diplomacy, and I would have been
8  good in that.
9    Q.  Where can you study diplomacy in
10 Haiti?
11   A.  Since Douglas said when we were
12 through with classes we would go to University
13 of Fairfield, I would have gone there to study,
14 at the University of Fairfield.
15   Q.  Are there universities in Haiti?
16   A.  They are not normal.
17       MS. POLLOCK:  When you're at a good
18 point, can we take a break?
19       MR. KERRIGAN:  Sure.  I don't have a
20 lot more.
21       MS. POLLOCK:  Okay.
22 BY MR. KERRIGAN:
23   Q.  Mr. Odilbert, getting back to your
24 mind now, okay?  Do you want to seek help, to
25 seek to talk to somebody about your mind?

Page 164

1    A.  I would like to talk about it.  But
2  could that person solve the problem I have in my
3  mind?  No, that person wouldn't be able to solve
4  it.
5    Q.  Is the only reason why you're not
6  seeking help now for your mind because it costs
7  money?
8    A.  I don't know if it costs money.
9    Q.  Have you ever tried to get help for
10 your mind?
11   A.  I never tried to present my case.
12   Q.  Why?
13   A.  For nothing special.
14   Q.  If you wanted to get help, could you
15 go to the Justinien Hospital for your mind?
16   A.  In Haiti, if you go to the hospital
17 they won't take care of you.
18   Q.  Where could you get treatment for your
19 mind?
20   A.  I don't know.  I don't know.
21   Q.  Mr. Odilbert, have you ever heard of
22 the Society of Jesus of New England?
23   A.  I've heard of it, but I don't know
24 anything about it.
25   Q.  Mr. Odilbert, do you expect if you win

Page 165

1  your case to get money?
2    A.  Just the judge will know about that.
3    Q.  Do you expect to get money?
4    A.  I want justice.  I don't know what I'm
5  going to get.
6    Q.  What does "justice" mean to you?
7    A.  The judge knows.  The judge gives
8  justice.
9    Q.  If you were to get money from this
10 suit, would Cyrus Sibert get any money?
11   A.  I don't know.  It depends on the
12 judge.
13   Q.  Have you told Cyrus Sibert that you
14 would pay him back money at any time in
15 connection with your case?
16   A.  I don't have money to pay Cyrus.
17   Q.  Have you ever told Cyrus Sibert that
18 you would pay him money if you won your case?
19   A.  No.
20   Q.  Do you know if Cyrus Sibert has ever
21 been paid in connection with any of the cases
22 brought by PPT students?
23   A.  I don't know if he got money, or if he
24 didn't get money from that.
25   Q.  Mr. Odilbert, what does Douglas

42 (Pages 162 to 165)

Confidential - Subject to Further Confidentiality Review

Page 166

1  Perlitz look like?
2      A.  He has white hair.  He always wear
3  glasses.  He walks like a crab, like a fag.  He
4  always has glasses.  And he has a big head.
5      Q.  Does he have a mustache or a beard?
6      A.  No.  He has normal hair, healthy hair,
7  face, with white glasses, smaller than the ones
8  you have, smaller, smaller.  And his head is
9  big, big.
10     Q.  Is he fat, or slender?
11         MS. POLLOCK:  Objection.  Vague.
12     A.  He's not slim.  He's not sexy.
13  BY MR. KERRIGAN:
14     Q.  When Doug Perlitz abused you,
15  Mr. Odilbert, did you see his naked body?
16     A.  No.  Douglas abused me, forced me
17  twice physically, he put his penis in my butt.
18  But it's not because I agreed to it, it's
19  because he forced me, twice.
20     Q.  When Douglas abused you twice,
21  Mr. Odilbert, did you see his body?
22     A.  I didn't have the opportunity to see
23  it.
24     Q.  Mr. Odilbert, would you agree with me
25  that Project Pierre Toussaint was a good

Page 167

1  project?
2         MS. POLLOCK:  Objection.  Vague.
3      A.  It would have been a good project if
4  Douglas wouldn't be the head of it.
5  BY MR. KERRIGAN:
6      Q.  And leaving Douglas aside for the
7  moment, were there a lot of good people working
8  at PPT helping a lot of students like yourself?
9      A.  The Haitians, I don't know if they
10  were good or not.  If you put Douglas aside, if
11  he hadn't abused us, if the Village would still
12  be there, we would have functioned as a Village.
13  In Haiti, if there would be a good white person,
14  it would function well up to now, and the
15  children in that Village would have a nice
16  trade, and they would be making progress.
17     Q.  And you received benefits from PPT,
18  correct?  You were helped?
19     A.  The benefits I got that I was in
20  school, sometimes they give us food, even if
21  it's not good food.  These are the benefits I
22  had.
23     Q.  And if PPT were open today, you would
24  go back?
25     A.  I don't think it's going to open

Page 168

1  anymore.
2      Q.  If it were to reopen, would you go
3  back?
4      A.  With Douglas heading it, or somebody
5  else?
6      Q.  With somebody else heading it.
7      A.  In doubt I would not have gone.  I
8  would still think it's the same people, the same
9  person.
10     Q.  How is the PPT property being used
11  today?
12     A.  What does "property" mean?
13     Q.  How is the Village being used today?
14  Is anybody using it?
15     A.  I don't know.  When I go by, I see the
16  gate is closed, and everything is closed,
17  boarded.  Everything is boarded up.
18     Q.  Mr. Odilbert, have you understood my
19  questions today?
20     A.  Yes.
21     Q.  And when you didn't understand my
22  questions, you told me, correct?
23     A.  Yes, mm-hmm.
24     Q.  Is that a yes?
25     A.  Yes.

Page 169

1      Q.  And you've answered my questions
2  accurately today as best you were able?
3      A.  Yes.
4         MR. KERRIGAN:  Thank you.  No further
5  questions.
6         THE VIDEOGRAPHER:  Going off the
7  record.  The time is 5:12.
8         (Whereupon, a recess was taken.)
9         THE VIDEOGRAPHER:  Back on the record.
10  The time is 5:23.
11  BY MR. KENNEDY:
12     Q.  Hi, Mr. Odilbert.  We met a while ago
13  this morning.  My name is Jeff Kennedy, I
14  represent Hope Carter, and I have some questions
15  for you.
16         Have you ever met Mrs. Carter?
17     A.  Yes, I've seen her.  She represents
18  Fairfield.  She was in charge of the project.
19     Q.  Okay.  Well, you said you saw
20  Mrs. Carter, correct?
21     A.  Yes.
22     Q.  Did you ever speak to Mrs. Carter?
23     A.  Yes.  We talked to them in group, and
24  Douglas translate for us.
25     Q.  Did Douglas ever translate something

43 (Pages 166 to 169)

Confidential - Subject to Further Confidentiality Review

Page 170

1  that Mrs. Carter said?
2      A.  I don't remember, but of course he has
3  translated for her for sure.
4      Q.  Okay.  But you don't know what --
5  strike that.
6          You don't speak English, do you, sir?
7      A.  No.
8      Q.  Okay.  And did you ever see
9  Mrs. Carter and Douglas speaking?
10     A.  Yes, when we're talking in the kitchen
11 in a group, he talk to her.
12     Q.  But you don't know what they said, do
13 you?
14     A.  I don't know.  There are things that
15 Douglas translated for them, but I don't
16 remember.
17     Q.  So as we sit here today, you don't
18 remember what Douglas translated about
19 Mrs. Carter saying, do you?
20     A.  What I said is that Douglas used to
21 translate for Madame Carter and Father Paul
22 also, and he would say that it's thanks to them
23 that we had these nice gifts.
24     Q.  Was Douglas translating what Madame
25 Carter was saying?

Page 171

1      A.  Yes.
2      Q.  And what was Mrs. Carter saying
3  through Douglas's translation?
4      A.  I don't remember.  I don't remember.
5  I don't remember.
6      Q.  And how many times did you see
7  Mrs. Carter at the Village?
8      A.  I don't remember how many times, but
9  every December she would come, before vacation
10 she would come with Father Paul.  After that, I
11 don't know.  I don't remember.
12     Q.  Okay.  And that's when -- I think you
13 testified earlier that's when Mrs. Carter and
14 Father Paul brought Christmas presents,
15 sneakers, is that correct?
16     A.  They came with the tennis shoes from
17 Miami, many box -- tennis boxes.  And they
18 handed over a box to every child with
19 undershirts, underwear, our Christmas gift.
20     Q.  Besides those times where you saw
21 Mrs. Carter at the Village and providing
22 Christmas gifts, did you see her at any other
23 times at the Village?
24     A.  I've seen her at the Village many
25 times, not one time.  I don't remember how many

Page 172

1  times, how many times, but I've seen her at the
2  Village.
3      Q.  So you saw her at other times besides
4  Christmastime, sir?
5      A.  Yeah, besides Christmas vacation, I --
6  they didn't stay long, but I saw them.  Because
7  they not stable in Haiti.  Just Douglas is
8  stable in Haiti.
9      Q.  I'm sorry, I don't understand that,
10 sir.  Why is only Douglas stable in Haiti?
11     A.  He's the one directing the project,
12 administrating the project in Haiti.
13     Q.  So Douglas was the administrator of
14 the project in Haiti?
15     A.  Yes, he was the owner of the project
16 in Haiti.
17     Q.  And the other times that you saw
18 Mrs. Carter besides Christmastime at the
19 Village, what did you see her doing?
20     A.  Nothing.  I didn't see her, she just
21 came to visit.  So since they are in charge of
22 the project in Miami, they came to visit to see
23 how the project was running.
24     Q.  So it's your testimony, sir, that
25 Mrs. Carter was in charge of the project in

Page 173

1  Haiti -- I'm sorry, in Miami?
2      A.  Yes.
3      Q.  And how do you know that, sir?
4      A.  Douglas used to say that in the
5  presence with Father Paul also, everything we
6  benefited, it was thanks to these people that we
7  were able to benefit from them.  Thanks to
8  Madame Carter and Father Paul, that's how we
9  were able to benefit.  He would say that in
10 their presence.
11     Q.  And that's something Douglas said,
12 correct?
13     A.  Yes.
14     Q.  You never heard Mrs. Carter say that,
15 did you?
16     A.  Douglas would say that in their
17 presence.
18     Q.  I know that Douglas said -- that you
19 testified that Douglas said it in her presence.
20 But my question is, sir, you never heard
21 Mrs. Carter say that?
22     A.  I don't know, because I don't speak
23 English.
24     Q.  Okay.  Sir, I apologize, because
25 you've been asked a lot of questions today I'll

44 (Pages 170 to 173)

Confidential - Subject to Further Confidentiality Review

Page 174

1    be jumping around on some topics.
2         Sir, can you describe Mrs. Carter for
3    me physically?
4         A.  Yes.  She's a girl, she has a hump in
5    her back.  She's curved, inclined towards the
6    front.  She has a hump.  And she was starting to
7    become an old lady.  When she would put pants,
8    it would be under her heart.  And her -- she had
9    veins on her legs that -- like balls, little
10   balls, blue, blue, blue.
11        Q.  Anything else, sir?
12        A.  I don't remember anything else.
13        Q.  Did you ever see Mrs. Carter at
14   Rue 13, sir?
15        A.  I don't remember seeing her in Rue 13.
16        Q.  Did you ever see Mrs. Carter at
17   Bel Air?
18        A.  Yes, I've seen her with Father Paul in
19   Bel Air.  We go in a group together to the
20   Village in the morning.
21        Q.  Who goes in a group to the Village in
22   the morning, sir?
23        A.  The kids, kids from the Village.
24        Q.  So the kids from the Village went to
25   Bel Air with Mrs. Carter and Father Paul?

Page 175

1         A.  Let me explain well to you.
2         Q.  Sure.
3         A.  The kids in the Village that do not
4    sleep in the Village every morning, they go up
5    to Bel Air, they take the car to go to the
6    Village.  If Madame Carter is there, if Father
7    Paul is there, they go together.
8         Q.  They go together from Bel Air to the
9    Village, sir?
10        A.  Yes, yes.  They go from Bel Air to the
11   Village.
12        Q.  And did you ever go in a car from
13   Bel Air to the Village with Mrs. Carter?
14        A.  Yes, I've taken the car with Madame
15   Carter inside.
16        Q.  And that was in the morning you went
17   from Bel Air to the Village?
18        A.  In the morning, I would need to wake
19   up at 5, 5:30, 6 to find the car, because this
20   would happen very early.
21        Q.  So what time would you go from Bel Air
22   to the Village, sir, on that day, I'm sorry, if
23   you remember?  On the day that you took the car
24   with Mrs. Carter from Bel Air to the Village.
25        A.  I don't remember what time exactly.

Page 176

1         Q.  And who else was with Mrs. Carter that
2    day, sir?
3         A.  Sometimes Father Paul is there.
4         Q.  Well, how many times did you see --
5    how many times did you see Mrs. Carter at
6    Bel Air?
7         A.  I don't remember how often.
8         Q.  But you remember one time in the
9    morning?
10        A.  Yes, once in the morning.
11        Q.  Any other time?
12        A.  Maybe other times, but I don't
13   remember.
14        Q.  And do you remember the name of the
15   American volunteer that was working at the
16   Village during the time you saw Mrs. Carter at
17   Bel Air in the morning?
18        A.  I don't remember.  If you ask me who
19   was the driver, I can tell you.
20        Q.  Who was the driver?
21        A.  Boss Mo.
22        Q.  And who was Boss Mo's job, sir?
23        A.  Driver.  Driver.
24        Q.  Sir, who was Robinson?
25        A.  After Douglas in the Village, he was

Page 177

1    the director, Haitian director.
2         Q.  Did Robinson work with PPT while
3    Douglas was working there?
4         A.  Yes.
5         Q.  And did you ever speak to Robinson
6    about the abuse that you claim Mr. Perlitz did
7    to you, sir?
8         A.  No.
9         Q.  Sir, who is Margarette Joseph?
10        A.  Was a girl working at the project.
11        Q.  When you say she was a girl, how old
12   was she, sir?
13        A.  I don't know her age.
14        Q.  Do you know what her job was at the
15   Village?
16        A.  She was working.  I don't know what
17   kind of job she had.  She was working.
18        Q.  Are you still in contact with
19   Margarette Joseph, sir?
20        A.  No.
21        Q.  When is the last time that you spoke
22   to Margarette Joseph?
23        A.  We haven't spoken for a long time,
24   because Margarette lives in -- doesn't live in
25   Cap-Haïtien.

45 (Pages 174 to 177)

Confidential - Subject to Further Confidentiality Review

Page 178

1    Q.  When you say a long time, sir, have
2  you spoken since you filed this lawsuit?
3    A.  When the project was running.
4    Q.  Okay.  So the last time you spoke to
5  Margarette Joseph was when PPT was still up and
6  running?
7    A.  Yeah.  You know, she was working
8  there, so we talked a lot, often.
9    Q.  But you haven't spoken to her since
10  that time, sir?
11    A.  Since that time I haven't seen nor
12  talked to her.
13    Q.  Okay.  What about Robinson, sir, are
14  you still in contact with Robinson?
15    A.  I've never seen -- very hard to see
16  Robinson, or I've never seen Robinson.  He lives
17  in Cap-Haïtien, but I don't see him.
18    Q.  Have you ever spoken to Robinson
19  alone, sir?
20    A.  When I was at the project, when I
21  needed something I went to Robinson.
22    Q.  Were you close to Robinson, sir?
23    MS. POLLOCK:  Objection.  Vague.
24  BY MR. KENNEDY:
25    Q.  Fair enough.  Let me rephrase it.

Page 179

1    A.  I don't understand.
2    Q.  Fair enough.
3       Were you friendly with Robinson, sir?
4    A.  He was a teacher, so I was his friend.
5  He was the director of the Village.
6    Q.  And if you had a problem, would you
7  speak to Robinson about a problem?
8    A.  If I need shoes, I talk to Robinson.
9  He's an agronomist.  And then the agronomist
10  gives me equipment to prepare the soil.  If I
11  need tennis shoes, he make me prepare the soil.
12  I talk to Robinson to give me a little bit of
13  money to buy the shoes.
14    Q.  Did you ever talk to Robinson about
15  the fact that Mr. Perlitz was abusing you?
16    A.  No.
17    Q.  Sir, do you know Kensley Previl?
18    A.  No.
19    Q.  Do you know Ilguens Jean, sir?
20    A.  Yes.
21    Q.  Is he a friend of yours?
22    A.  Yes.
23    Q.  Do you know that he came and had his
24  deposition taken in the Dominican Republic?
25    A.  I know that.

Page 180

1    Q.  Okay.  Did you talk to him after his
2  deposition was taken, sir?
3    A.  No.
4    Q.  Have you seen him since his deposition
5  was taken?
6    A.  I might have seen him, but I didn't
7  talk to him about this.
8    Q.  You might have seen him.
9       Did you also have a chance to talk to
10  him?
11    A.  I might have talked to him -- them,
12  but it wasn't about deposition.
13    Q.  When you say talked to them, who is
14  "them," sir?
15    A.  With him.
16    Q.  Okay.  You meant him.
17    A.  But we talk about their positions.
18    Q.  What positions, sir?
19    A.  Deposition.
20    Q.  Did you talk about the deposition?
21    A.  No.
22    Q.  So he didn't tell you what type of
23  questions you might be asked?
24    A.  He couldn't have tell me that, because
25  we don't have the same file.

Page 181

1    Q.  Okay.  Did he tell you that he went to
2  the Dominican Republic, sir?
3    A.  I knew he came.
4    Q.  How did you know that?
5    A.  I drive taxi, motorcycle taxi where
6  the Caribbean busses turn, I'm always there.
7  When the busses, Caribbean busses come, I always
8  go there with my motorcycle to see if I can get
9  some people.
10    Q.  And did you see him get off a
11  Caribbean bus?
12    A.  I saw him coming from -- stepping out
13  of the bus.
14    Q.  And was he with anybody, sir?
15    A.  I wasn't looking at everything,
16  because I was on my bike.
17    Q.  Was Cyrus with him?
18    A.  Sure.
19    Q.  Did you speak to him at that point,
20  sir?
21    A.  Who?  Who?
22    Q.  I apologize.
23       Did you speak to Ilguens Jean at that
24  time?
25    A.  No.

46 (Pages 178 to 181)

Confidential - Subject to Further Confidentiality Review

Page 182

1    Q.  So it was at a later time you spoke to
2  him?
3    A.  No.  I was working.  Sometimes I don't
4  see these guys at all.
5    Q.  When you saw Cyrus get off the bus,
6  off the Caribbean bus, did you speak to him,
7  sir?
8    A.  No.
9    Q.  Sir, how many times have you spoken to
10  Cyrus?
11    A.  About what?
12    Q.  Okay.  Fair enough.
13      About your lawsuit, sir.
14    A.  I talked to Cyrus in 2013.
15    Q.  Okay.  And besides 2013, any other
16  time, sir?
17    A.  No.
18    Q.  Now, sir, you came to the Dominican
19  Republic with Cyrus, correct?
20    A.  Yes, we've talked.  But after that, I
21  didn't ask -- explain anything about the case.
22  We didn't talk about the case, because after I
23  filed a complaint in 2013, I didn't complain to
24  him anymore because he already knew.
25    Q.  Okay.  So it's your testimony, sir,

Page 183

1  that you've only spoken to Cyrus Sibert one time
2  in 2013 about your lawsuit?
3    A.  About the lawsuit.
4    Q.  Okay.  And that's true even though you
5  rode -- you took a bus from Haiti to the
6  Dominican Republic with Cyrus this last
7  Saturday?
8      MS. POLLOCK:  Objection.  Asked and
9  answered.
10    A.  I don't understand what you said.
11  BY MR. KENNEDY:
12    Q.  You took a bus here from Haiti,
13  correct, sir?
14    A.  Mm-mm.
15    Q.  You took a bus with Cyrus, correct?
16    A.  Yes.
17    Q.  I just want to be clear.  You didn't
18  talk about the lawsuit?
19    A.  No.
20    Q.  Okay.  What about Emile Jean Pierre,
21  do you know him?
22    A.  I know him.
23    Q.  Is he a friend of yours?
24    A.  We were in the Village together.
25    Q.  Do you know that he came to the

Page 184

1  Dominican Republic to have his deposition taken?
2    A.  But I can say the same thing, I saw
3  all these guys where the Caribbean bus make a
4  turn, and I saw them come out of the bus.
5    Q.  Can you tell me the names of all the
6  guys that you saw?
7    A.  That came to the deposition already?
8    Q.  Yes, sir.
9    A.  I don't remember the name of all of
10  them.  Antoine Bernardin, Wisky Jerome, the
11  closest to me, Emile Jean Pierre, Dorat.
12    Q.  Is that Dorat?
13    A.  Dorat.  And I forgot the other ones.
14    Q.  Does Gesner Lecenat sound correct?
15    A.  Yes.
16    Q.  Are these your friends, sir?
17    A.  Since we were at the Village together,
18  we're friends.  We used to play soccer there.
19    Q.  And do you still talk to these guys?
20    A.  I don't see them.  We don't see each
21  other very often.
22    Q.  Now, sir, very early in your
23  deposition Mr. O'Neill asked you about going to
24  see Cyrus Sibert at the radio station.  Do you
25  remember that?

Page 185

1      MS. POLLOCK:  Objection.
2  Mischaracterizes the witness's testimony.
3      MR. KENNEDY:  There's no
4  characterization of any testimony.
5      MS. POLLOCK:  Misstates the witness's
6  testimony.
7      MR. KENNEDY:  Okay.  All right.  Fair
8  enough.
9  BY MR. KENNEDY:
10    Q.  Sir, the first time you met with
11  Cyrus, was it at the radio station, or
12  Matthyeu's house?
13    A.  Matthyeu's house.
14    Q.  Okay.  And earlier you indicated you
15  were sort of forced to go to see Mr. Sibert.
16      MS. POLLACK:  Objection.  Vague.
17  Misstates the witness's testimony.
18  BY MR. KENNEDY:
19    Q.  Sir, I'm looking at your deposition
20  testimony from earlier today, "How did you go to
21  see Cyrus Vance -- Cyrus Sibert who you never
22  met before?"  And your answer was "Because he
23  was on the radio, I was sort of forced to go
24  find -- to see him so he could give me justice."
25      What did you mean by that, sir?  Why

47 (Pages 182 to 185)

Confidential - Subject to Further Confidentiality Review

Page 186

1   were you forced to go see him?
2       A.  I tried to look for Cyrus because he's
3   a journalist.  He could transmit this over the
4   radio.
5       Q.  Did you ever speak on the radio, sir?
6       A.  Cyrus speaks on the radio.  I don't.
7       Q.  I know Cyrus does, but did he ever
8   interview you on the radio, sir?
9       A.  No.
10      Q.  Sir, did you know Nick Preneta?
11      A.  Nicholas.
12      Q.  How did you know him, sir?
13      A.  He was working in the project.
14      Q.  And could you speak Creole, sir?
15      A.  I was already in the Village.  He was
16  in the Carenage.
17      Q.  But do you know if he could speak
18  Creole, sir?
19      A.  He spoke Creole.
20      Q.  Okay.  And did you ever speak to him,
21  sir?
22      A.  I was at the Village, and you're not
23  allowed to go to Carenage.
24      Q.  Who was the American volunteer that
25  was working at the Village while you were there?

Page 187

1       A.  Inside the Village?
2       Q.  Yes, sir, at the Village.
3       A.  Jessica was at the Village also.
4       Q.  Okay.  And could Jessica speak Creole,
5   sir?
6       A.  They had started learning Creole, but
7   they weren't good.  They couldn't speak clearly,
8   clearly, very, very clearly.  We, the kids in
9   the project, we had to show them how to talk.
10      Q.  Now, sir, did you know Andy
11  Shulthesi's girlfriend, sir?
12      A.  A Haitian?
13      Q.  Yes.
14      A.  A doctor.
15      Q.  Yes, sir.
16      A.  I haven't spoken to her.
17      Q.  Okay.  Did you, when she was -- have
18  you ever met her, sir?
19      A.  I used to see her, but I never talked
20  to her.
21      Q.  You never spoke to her, sir?
22      A.  No.
23      Q.  Where did you see her, sir?
24      A.  At Rue 13 with Andy in a car.
25      Q.  How do you know she's a doctor, sir?

Page 188

1       A.  Andy used to tell us that she was a
2   doctor and she was his girlfriend.  And she was
3   also an employee at the Justinien Hospital.
4       Q.  Do you know any student from PPT who
5   went to Justinien Hospital and was treated by
6   her, sir?
7       A.  I don't know.
8       Q.  And how do you know she was an
9   employee at the Justinien Hospital?
10      A.  Andy used to tell us she's working at
11  the hospital.
12      Q.  Sir, do you know Frisnel Jean?
13      A.  Was it a kid at the Village?
14      Q.  I'm not sure.  I'm just asking if you
15  know this person.
16      A.  Maybe the face I would recognize, but
17  the name I don't know.
18      Q.  What about Emmanuel Clervil?
19      A.  I know Emmanuel.
20      Q.  How do you know Emmanuel?
21      A.  I knew an Emmanuel at the Village, was
22  there when I was there.
23      Q.  Do you still see that person now?
24      A.  No.
25      Q.  What about the person -- what about

Page 189

1   Frisnel Jean, do you see that person?
2       A.  Maybe the face I would recognize, but
3   I don't remember the name.
4       Q.  Have you seen that face recently?
5       A.  No, because you need to know the name
6   to remember the face.
7       Q.  Sir, how many times were you at
8   Bel Air?
9       A.  I don't remember how often.  I don't
10  remember how often, how many times.
11      Q.  Sir, I'm looking at one of your
12  interrogatory responses.
13          MR. KENNEDY:  For you, Counsel, I'll
14  tell you it's Number 28.
15          MS. POLLOCK:  Thank you.
16  BY MR. KENNEDY:
17      Q.  Sir, it indicates in Interrogatory
18  Number 28 in the answer that "people call me
19  names and I don't feel part of society."
20      A.  I don't understand.
21      Q.  Do people call you names?
22      A.  Yes, they tell me I'm a fag.
23      Q.  And is this in Cap-Haïtien?
24      A.  Cap-Haïtien, in the area of the
25  Village, around the Village.

48 (Pages 186 to 189)

Confidential - Subject to Further Confidentiality Review

Page 190

1     Q.  And how often does that happen to you,
2  sir?
3     A.  Several times.
4     Q.  And who are these people that say
5  this?
6     A.  I don't remember who tells me that,
7  but several people have told me that.
8     Q.  Do your sisters live in Cap-Haïtien?
9     A.  No.
10    Q.  Does your brother live in Cap-Haïtien?
11    A.  No.
12    Q.  Did they ever live in Cap-Haïtien?
13    A.  No.
14    Q.  Where does Rosemichelle live?
15       MS. POLLOCK:  Objection.  Asked and
16  answered.
17    A.  Dondon.
18  BY MR. KENNEDY:
19    Q.  I'm sorry?  Oh, Dondon.
20       How far is Dondon -- you might have
21  already answered this, I don't remember.  How
22  far is Dondon from Cap-Haïtien?
23    A.  When you take a car, you pay $15 to
24  get there.  When you take a motorcycle taxi, 100
25  gourdes.

Page 191

1     Q.  Has Rosemichelle ever heard anybody
2  call you a fag?
3     A.  No.
4     Q.  What about your brothers, have they
5  ever heard anybody call you that name?
6     A.  No.
7     Q.  What about your sisters?
8     A.  No.
9     Q.  Have any of your friends heard you
10  called that name?
11    A.  No.
12    Q.  If you know, how did the people who
13  called you that name, how did they know?
14       MS. POLLOCK:  Objection.
15    A.  It was already on the air, radio, on
16  the radio.  Once there was a child at the
17  Village, when he went outside, if he had any
18  type of dispute, they always say "it's Douglas's
19  woman, fag."  That's what people Haiti say if
20  they know -- once they know you were at the
21  Village, that's what they say.
22  BY MR. KENNEDY:
23    Q.  Just by virtue of going to the
24  Village, people --
25    A.  Anybody at the Village.

Page 192

1     Q.  It's just assumed you were abused?
2     A.  They think, yes, that.
3     Q.  Before you went to see Cyrus, did you
4  speak to any former PPT students, sir?
5       MS. POLLOCK:  Ever?
6     A.  No.
7  BY MR. KENNEDY:
8     Q.  Fair enough.  Let me rephrase it.
9       Before you went to see Cyrus, did you
10  speak to any former PPT students about Douglas
11  Perlitz's abuse?
12    A.  No, I haven't told the students that.
13    Q.  So the only person you've told is
14  Cyrus, correct?
15    A.  Cyrus, yes.
16    Q.  Sir, while you were a student at PPT,
17  did you ever hear any rumors that Douglas
18  Perlitz was abusing boys?
19    A.  Cyrus was transmitting this over the
20  air.
21    Q.  And Cyrus was doing that while you
22  were a student at PPT?
23    A.  Yes.
24    Q.  The second time you were abused by
25  Mr. Perlitz, had Cyrus already transmitted the

Page 193

1  rumors about Mr. Perlitz?
2     A.  Not yet.
3     Q.  So Cyrus's transmittals on the radio
4  happened after you were abused for the second
5  time?
6     A.  Yes.
7       MS. POLLOCK:  Can we take a break?
8  Are you okay?
9       MR. KENNEDY:  I'm almost done.  If you
10  want to take a quick break.
11       MS. POLLOCK:  You look like you're --
12    A.  Break.
13       MR. KENNEDY:  Okay.
14       THE VIDEOGRAPHER:  Going off the
15  record.  The time is 6:09.
16       (Whereupon, a recess was taken.)
17       THE VIDEOGRAPHER:  Back on the record.
18  The time is 6:18.
19  BY MR. KENNEDY:
20    Q.  So, sir, I just want to be clear about
21  something.
22       The first time that you heard rumors
23  about Douglas Perlitz abusing any boy besides
24  yourself was Cyrus Sibert's transmittal on the
25  radio?

49 (Pages 190 to 193)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 194

1    A.  I don't know.
2    Q.  Sir, I think you just testified that
3  while you were at PPT you never heard -- strike
4  that.  I'm sorry.
5        Sir, I think you testified that the
6  first time that you heard rumors about Douglas
7  Perlitz abusing boys was through Cyrus Sibert's
8  radio transmittal.
9    A.  Yes, it was over the radio.
10   Q.  Okay.  Sir, do you know if any
11 graffiti was written on the wall at PPT about
12 Douglas Perlitz abusing boys?
13   A.  Yeah, they wrote on the wall.  Yeah,
14 they did write that.
15   Q.  Do you know who wrote it, sir?
16   A.  I don't know.
17   Q.  And do you know when it was written,
18 sir?
19   A.  I don't know.
20   Q.  Were you a student at PPT when it was
21 on the wall?
22   A.  I was a student.
23   Q.  And was that graffiti on the wall
24 before you were abused for the second time, sir?
25   A.  I was already abused.

Page 195

1    Q.  So you were abused before -- you were
2  abused for the second time before the graffiti
3  was on the wall?
4    A.  That's when the project was about to
5  stop, I had already been abused a second time.
6    Q.  Okay.  Sir, I think you indicated
7  earlier that you know a Jean Gary?
8        THE INTERPRETER:  You indicated
9  earlier that?
10   Q.  Sir, I think you indicated earlier
11 that you know a Jean Gary, is that correct?
12   A.  Yeah, I know him.
13   Q.  How do you know him, sir?
14   A.  At the Village.
15   Q.  And are you friendly with him, sir?
16   A.  When we were at the Village we were
17 all like a big family, we were all friends.
18   Q.  And has he helped you in any way with
19 your lawsuit, sir?
20   A.  Helped me?  No.
21   Q.  He never asked you to put your name on
22 a list, sir?
23   A.  No.
24   Q.  Do you know if he was putting a list
25 together?

Page 196

1    A.  No.
2    Q.  Sir, who paid for your bus ticket
3  here?
4    A.  Cyrus.
5    Q.  Sir, how much, if you know, how much
6  in total has Cyrus given you?
7        MS. POLLOCK:  Objection.  Answered and
8  answered.
9        MR. KENNEDY:  Sorry, I can't remember
10 the answer.
11       MS. POLLOCK:  It's been a long day if
12 you can't remember answers.
13   A.  In total?
14 BY MR. KENNEDY:
15   Q.  Yes, sir.
16   A.  For the bus?
17   Q.  In general, sir.
18   A.  One day Cyrus gave me a little bit of
19 money.  I forgot how much he gave me.
20   Q.  And that happened one time, sir?
21   A.  Maybe.
22   Q.  Okay.  Could it have been more than
23 one time, sir?
24   A.  Maybe once or twice.
25   Q.  Did he personally give you the money,

Page 197

1  or was it one of his workers, sir?
2    A.  Cyrus doesn't give me money often,
3  that's why I tell you maybe twice.
4    Q.  My question was, sir, when he does
5  give you money, does he himself give you the
6  money, or is it one of his workers, sir?
7    A.  Sometimes he's the one who gives me a
8  little bit of money.
9    Q.  Sir, you're staying at this hotel, at
10 the Barcelo?
11   A.  That's where I'm staying, yes.
12   Q.  And are you sharing a room with
13 anybody, sir?
14       MS. POLLOCK:  Objection.  Asked and
15 answered.
16   A.  I'm sharing a bedroom with somebody
17 else.
18 BY MR. KENNEDY:
19   Q.  Who is that person, sir?
20   A.  Claude.
21   Q.  Okay.
22       MR. KENNEDY:  That's all I have.
23 Thank you very much, sir.
24       THE VIDEOGRAPHER:  Going off the
25 record.  The time is 6:25.

50 (Pages 194 to 197)

Confidential - Subject to Further Confidentiality Review

Page 198

1     (Pause.)
2     THE VIDEOGRAPHER: Back on the record.
3  The time is 6:25.
4  BY MR. BABBITT:
5     Q.  I represent the American Association
6  of the Order of Malta.  My name is Brad Babbitt.
7        At any time before PPT closed, had you
8  ever heard the name Haiti Fund?
9     A.  No.
10     Q.  At any time before PPT closed, had you
11  ever heard the name the American Association of
12  the Order of Malta?
13     A.  No.
14     Q.  Before you started attending Rue 13,
15  why did you want to go to that school?
16     A.  It was free.  Because it was free.
17     Q.  Before you started attending Rue 13,
18  did you know that that school provided food to
19  its students?
20     A.  Yes.
21     Q.  Did you know that Rue 13 provided
22  classes in how to read Creole?
23     A.  Yes.
24     Q.  Before you attended Rue 13, did you
25  know that the school taught its students how to

Page 199

1  write Creole?
2     A.  Yes.
3     Q.  Before you attended the school, did
4  you know that the school taught math?
5     A.  Yes.
6     Q.  Did you know that Rue 13 provided its
7  students with a place to wash?
8     A.  Yes.
9     Q.  Before you attended the school, did
10  you know that the school provided opportunities
11  to play football or basketball?
12     A.  Yes, they make us play ball.
13     Q.  And were these reasons -- were these
14  some of the reasons, or all of the reasons that
15  you attended that school, in addition to it
16  being free?
17     A.  They were important for me, that's why
18  I went there, yes.
19     Q.  Were there any other reasons you went
20  to the school?
21     A.  No other reason.
22     Q.  Okay.  Before you went to the Village,
23  did you know that the Village provided food to
24  its students?
25     A.  I knew it.

Page 200

1     Q.  Before you went to the Village, did
2  you know that the Village provided a place for
3  the students to live?
4     A.  Yes, I knew that.
5     Q.  Before you went to the Village, did
6  you know that students at the Village were
7  taught to read?
8     A.  Yes.
9     Q.  Did you know that students were taught
10  to write Creole?
11     A.  Yes.
12     Q.  Did you know before you went to the
13  Village that students were taught math?
14     A.  Yes.
15     Q.  Did you know before you went to the
16  Village that students had the opportunity to
17  play football and basketball and other games?
18     A.  Yes.  Inside they have soccer and a
19  basketball field.
20     Q.  Were these reasons that you wanted to
21  attend the Village?
22     A.  Yes.
23     Q.  Were there any other reasons?
24     A.  No other reason.
25     Q.  Earlier in the deposition you were

Page 201

1  asked questions about Exhibit 7 -- excuse me, 6,
2  7 and 8, and I've put those before you, sir.
3  And you told us that you knew some of the names,
4  the people whose names are on those lists.
5     A.  Yes.
6     Q.  And some of those people you said you
7  knew very well?
8     A.  Yes.
9     Q.  And the people that you got to know
10  very well, you got to know them through your
11  time at PPT, correct?
12     A.  Yes.
13     Q.  You lived with some of them?
14     A.  Yes.
15     Q.  And you played football and basketball
16  with them?
17     A.  Yes, every day.  We played ball every
18  day together.
19     Q.  And you would eat your meals with them
20  when you were at the Village?
21     A.  We -- together we lived -- we ate in a
22  big kitchen.
23     Q.  And you were at the Village for
24  several years?
25     A.  Yes.

51 (Pages 198 to 201)

Confidential - Subject to Further Confidentiality Review

Page 202

1    Q.  And some of the people on the list
2   that you said you knew very well were also there
3   for those years?
4    A.  Yes.
5    Q.  And while you were at the Village, you
6   didn't know that Doug Perlitz was abusing any of
7   these students, correct?
8    A.  No.
9      MR. BABBITT:  Thank you.  I have
10  nothing further.
11     THE VIDEOGRAPHER:  This concludes the
12  September 28th, 2015 deposition.  Going off the
13  record.  The time is 6:32.
14     MS. POLLOCK:  I want to make sure we
15  put on the record.  With the witness, I think
16  it's a 60-day arrangement for read and sign?
17     MR. BABBITT:  That's what we've done,
18  yes.
19     MR. KERRIGAN:  To read and sign?
20     MS. POLLOCK:  Yes.
21     THE VIDEOGRAPHER:  We're going off the
22  record.  The time is 6:32.
23     (Whereupon, the deposition was
24        concluded.)
25

Page 203

1      C E R T I F I C A T E
2      I, MAUREEN O'CONNOR POLLARD, LSR #473,
3   RMR, CLR, and Notary Public in and for the State
4   of Connecticut, do hereby certify that there
5   came before me on the 28th day of September,
6   2015, the person hereinbefore named, who was
7   duly sworn to testify to the truth of their
8   knowledge concerning the matters in this cause,
9   and their examination reduced to typewriting
10  under my direction and is a true record of the
11  testimony.
12     I further certify that I am neither
13  attorney for or related or employed by any of
14  the parties to the action, and that I am not a
15  relative or employee of any attorney or counsel
16  employed by the parties hereto or financially
17  interested in the action.
18     In witness whereof, I have hereunto
19  set my hand and seal this 4th day of October,
20  2015.
21
22  _____
23     MAUREEN O'CONNOR POLLARD, License #473
24  Realtime Systems Administrator, RMR
25  Notary Commission Expires:  10/31/2017

Page 204

1      INSTRUCTIONS TO WITNESS
2
3      Please read your deposition over
4   carefully and make any necessary corrections.
5   You should state the reason in the appropriate
6   space on the errata sheet for any corrections
7   that are made.
8      After doing so, please sign the
9   errata sheet and date it.  It will be attached
10  to your deposition.
11     It is imperative that you return
12  the original errata sheet to the deposing
13  attorney within thirty (30) days of receipt of
14  the deposition transcript by you.  If you fail
15  to do so, the deposition transcript may be
16  deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

Page 205

1      - - - - - -
2      E R R A T A
3   PAGE LINE CHANGE
4   ___ ____ _____
5   ___ ____  REASON: _____
6   ___ ____ _____
7   ___ ____  REASON: _____
8   ___ ____ _____
9   ___ ____  REASON: _____
10  ___ ____ _____
11  ___ ____  REASON: _____
12  ___ ____ _____
13  ___ ____  REASON: _____
14  ___ ____ _____
15  ___ ____  REASON: _____
16  ___ ____ _____
17  ___ ____  REASON: _____
18  ___ ____ _____
19  ___ ____  REASON: _____
20  ___ ____ _____
21  ___ ____  REASON: _____
22  ___ ____ _____
23  ___ ____  REASON: _____
24  ___ ____ _____
25

52 (Pages 202 to 205)

Confidential - Subject to Further Confidentiality Review

Page 206

1       ACKNOWLEDGMENT OF DEPONENT
2
3       I,_____, do
        Hereby certify that I have read the foregoing
4       pages, and that the same is a correct
        transcription of the answers given by me to the
5       questions therein propounded, except for the
        corrections or changes in form or substance, if
6       any, noted in the attached Errata Sheet.
7
8       _____
        RAYNEL ODILBERT          DATE
9
10
11
12
13
14
15      Subscribed and sworn
        To before me this
16      _____ day of _____, 20____.
17      My commission expires: _____
18
        _____
19      Notary Public
20
21
22
23
24
25

Page 207

1       LAWYER'S NOTES
2       PAGE  LINE
3       ____  ____  _____
4       ____  ____  _____
5       ____  ____  _____
6       ____  ____  _____
7       ____  ____  _____
8       ____  ____  _____
9       ____  ____  _____
10      ____  ____  _____
11      ____  ____  _____
12      ____  ____  _____
13      ____  ____  _____
14      ____  ____  _____
15      ____  ____  _____
16      ____  ____  _____
17      ____  ____  _____
18      ____  ____  _____
19      ____  ____  _____
20      ____  ____  _____
21      ____  ____  _____
22      ____  ____  _____
23      ____  ____  _____
24      ____  ____  _____
25

Confidential - Subject to Further Confidentiality Review

**A**

**A-L-T-E-I-S** 86:23
**a.m** 1:25 7:7 152:1
**a/k/a** 1:3,11
**ability** 9:3 137:24
138:3
**able** 14:8,17,20,21
15:4 52:4 73:14
73:18,20,23 99:10
99:25 128:17
130:13 131:9
133:21 134:9
146:3,9 147:2,12
150:12 153:8
154:19 158:21
159:6 164:3 169:2
173:7,9
**abuse** 56:23 57:6,9
62:12 70:25 71:1
71:7 94:9 97:3
113:7 117:10
118:23 119:2,7,11
119:18 121:21
124:18,24 134:13
135:1,24 136:20
148:12 156:22
157:6,20 161:1
162:22 163:2,4
177:6 192:11
**abused** 42:15 44:12
56:10,16 58:8
62:19 113:15,24
133:15 135:22
136:10 149:9
161:4 166:14,16
166:20 167:11
192:1,24 193:4
194:24,25 195:1,2
195:5
**abusing** 127:2
179:15 192:18
193:23 194:7,12
202:6
**accept** 18:12,20
70:14,22 101:22
102:3,11,22,25

123:9 125:10
**accepted** 101:17
**accident** 149:22
**accurate** 204:16
**accurately** 169:2
**ACKNOWLED...**
206:1
**action** 1:2 7:13
203:14,17
**activities** 50:20
63:9 111:15
**actual** 134:5
**add** 20:8 132:21
154:9
**added** 20:7
**addition** 199:15
**additional** 108:3
**address** 27:3,9
**administrating**
172:12
**administrator** 2:11
172:13 203:24
**admitted** 91:7
**adult** 80:4
**affect** 137:24 138:3
**affiliated** 109:21
**afternoon** 89:1,6
109:13
**age** 18:21 83:17
94:3 177:13
**ago** 42:8 87:1 90:19
125:10,20 129:6
139:4 169:12
**agree** 18:8 19:19
20:3,5,6,17 37:24
46:23 72:11 94:14
99:7,15 100:1
113:9,10 166:24
**agreed** 45:17 71:3
94:12 99:5,18
101:16 166:18
**Agreement** 6:20
105:7
**agronomist** 179:9,9
**ahead** 76:19
**air** 96:12,18 97:14
97:16 98:1,8,16

98:16 101:21
102:2 113:18,19
115:12 118:11,19
120:19,23 121:22
123:4 135:8
174:17,19,25
175:5,8,10,13,17
175:21,24 176:6
176:17 189:8
191:15 192:20
**airport** 21:5
**al** 7:11
**Alcime** 103:12
**Alibert** 107:13
**Alive** 82:1,4,7
**alleged** 70:25 71:7
**allow** 115:21
**allowed** 95:22
133:9,12 186:23
**allowing** 59:21
98:14
**aloud** 74:25
**Alteis** 86:21,22
**Alton** 3:20
**American** 1:11,12
4:18 8:11 112:21
176:15 186:24
198:5,11
**amount** 35:3 162:1
162:2
**amounts** 48:6,9
**analyze** 32:6
**and-** 3:9,16
**Andy** 97:21 112:25
113:2,4 118:20
120:12,12,13,19
120:21,23,25
121:2,8,21,25
122:4,10 160:11
187:10,24 188:1
188:10
**Anna** 3:17 8:17
11:5
**annba** 72:4
**answer** 21:24 37:7
42:24 43:6 51:18
51:20 64:7,23

66:6 67:25 74:15
74:24 76:6,12,20
90:12 91:24 127:4
127:21 162:25
185:22 189:18
196:10
**answered** 42:3,12
52:11 56:18 79:6
95:25 127:21
153:20 169:1
183:9 190:16,21
196:7,8 197:15
**answering** 68:17
**answers** 17:11 36:7
42:22 75:4,13,18
76:24 77:6,10,12
77:13 78:3 89:9
90:21 92:24
196:12 206:4
**Antoine** 184:10
**anybody** 122:3
130:17 133:3
168:14 181:14
191:1,5,25 197:13
**anymore** 79:22
84:13 160:12
168:1 182:24
**anyway** 55:5
125:14
**Apart** 150:8
**apartment** 153:24
154:7
**apartments** 154:10
**apologize** 173:24
181:22
**APPEARANCES**
3:1 4:1 5:1
**applies** 1:21
**approached** 44:5
**appropriate** 204:5
**approximately**
94:2
**area** 23:19 26:17
28:1 29:23 30:4
30:11 78:13
189:24
**argue** 60:18

**arguing** 60:7,10
**argumentative**
44:1 45:21 46:13
46:20 47:2 49:6
52:2 68:14
**arrangement**
202:16
**arrested** 126:24,25
127:6,10
**arrive** 85:6 102:12
**arrived** 97:17
115:23
**ashamed** 148:13
**aside** 141:18 167:6
167:10
**asked** 42:2,11
45:11,12 48:22
52:10 54:21 56:17
60:22 67:21 77:18
77:25 78:2,23,24
79:5 100:7,8
124:10 134:21
153:19 157:15
173:25 180:23
183:8 184:23
190:15 195:21
197:14 201:1
**asking** 19:13 44:22
44:23 49:3 51:20
76:1,8 78:23
139:9 188:14
**assaulting** 117:19
118:4
**assistance** 82:8
**Association** 1:11
1:12 4:19 8:11
198:5,11
**assume** 34:14
**assumed** 192:1
**Assumes** 57:2
**ate** 90:8,9 116:21
201:21
**attached** 204:9
206:6
**attack** 151:11
154:23 156:2
**attacked** 150:3

Confidential - Subject to Further Confidentiality Review

**attempt** 125:16
**attend** 141:11
  200:21
**attended** 46:1
  111:20 198:24
  199:3,9,15
**attending** 109:20
  122:13 198:14,17
**attention** 37:19
**attorney** 8:4 35:20
  35:24 37:21 59:1
  60:23 61:10,18
  62:13,24 63:17
  67:2 68:2 76:8
  203:13,15 204:13
**attorneys** 70:16
  76:2
**Audate** 108:1,1
**August** 35:18 36:3
  36:6 37:1,21
  42:25 43:1,1
  44:15 45:17 46:25
  47:15 50:23 58:13
  58:17 64:8 65:2,7
  66:8 68:1,7,8,22
  68:25 77:22 78:6
  78:9 101:25
  102:13,24
**authorization**
  54:22
**available** 136:13,15
**Avenue** 3:12
**average** 17:3,4,7
  152:6
**aware** 117:16

                **B**

**B** 6:11
**Babbitt** 4:20 6:8
  8:10,11 198:4,6
  202:9,17
**baby** 24:18 25:3
  28:16 31:11 87:4
  145:17 150:15
**back** 16:23 29:18
  29:19 30:17,19,20
  31:6,19,20 34:2,8

34:10,14,16,18,24
34:25 35:3,5,13
37:15 40:14,14
41:18,20,21,23
45:13 56:24 66:21
67:13 68:3,25
70:13 77:17,21
79:8,15,18 80:12
89:3 90:11 95:10
98:14,15,24 99:2
99:10,16,21,23
100:1,11,12,12,14
100:15 101:4
104:7 105:9
109:10 116:20
121:19 122:23
123:6 124:3,5
131:4 133:9,12,17
134:9,10,12 135:6
135:13 136:14
137:16 144:18
155:14,14,14
163:23 165:14
167:24 168:3
169:9 174:5
193:17 198:2
**bad** 48:12 84:14,19
  84:22,23 119:17
  148:19,20,24,25
  149:1,3
**badge** 82:3
**ball** 199:12 201:17
**balls** 174:9,10
**banana** 28:20
**bananas** 32:22
  33:12 39:25 121:5
**band** 126:11
**bandage** 155:15,16
**Baptist** 140:14,15
  140:19,19 141:5,7
**Baptiste** 103:13,14
**baptized** 104:14
**bar/restaurant**
  98:6
**Barcelo** 2:4 11:18
  11:18 197:10
**based** 42:5 77:6

89:9
**basketball** 199:11
  200:17,19 201:15
**bathroom** 68:19
**bbabbitt@rc.com**
  4:25
**beach** 122:18
  123:12,20,21
  124:1 133:6
**Beacon** 4:5
**beard** 166:5
**bed** 113:20 114:15
  115:15,16,21
  116:17,19 117:1,9
  117:12
**bedroom** 117:3,4
  118:15,15 119:19
  197:16
**bedtime** 116:16
**beg** 82:13,14,14
**began** 47:5
**begging** 50:21,21
**beginning** 31:13
  57:17,19 81:24
  133:13,18,22
**behalf** 8:11 69:19
  70:7
**behavior** 94:4,5,18
**Bel** 96:12,18 97:14
  97:16 98:1,8,16
  98:16 101:21
  102:2 113:18,19
  115:12 118:11,19
  120:19,23 121:21
  123:4 135:8
  174:17,19,25
  175:5,8,10,13,17
  175:21,24 176:6
  176:17 189:8
**believe** 37:25 41:5
  41:24 57:8 66:12
  71:12 78:17 79:1
  95:13 139:18,23
  139:24 141:21
  148:20,24 158:17
**believed** 140:1
**bell** 121:12,16,17

**belly** 31:23,25
  38:15 79:20
**belongs** 53:24
**Belonne** 103:15
**benefit** 153:9 173:7
  173:9
**benefited** 173:6
**benefits** 167:17,19
  167:21
**Benson** 103:12,12
**Bernardin** 107:9
  184:10
**best** 9:3 132:16
  152:12 169:2
**better** 97:12 146:11
  146:11,13 158:12
  158:15
**bible** 149:4
**big** 31:22,25 38:15
  45:19 46:1,11,18
  46:24 78:14 80:10
  80:11,11 104:4
  147:17 163:6
  166:4,9,9 195:17
  201:22
**biggest** 56:5
**bike** 181:16
**birth** 6:16 10:10,13
  13:4,7,10,18
  14:24 15:3 18:13
  25:10 29:9
**birthday** 18:18
**bit** 17:21 48:1,13
  74:3,5,9 81:20
  96:21 100:10
  118:7,7,16,25
  151:4,4 154:21
  179:12 196:18
  197:8
**bled** 118:25
**bleeding** 118:6
  155:17
**blood** 118:7 157:22
**blue** 135:20 174:10
  174:10,10
**boarded** 168:17,17
**body** 113:22

115:18 157:19,23
  166:15,21
**books** 136:23
**born** 17:19 19:10
  25:9,12,15,19
  82:24 85:24 141:5
  141:6
**boss** 80:11,16,17,18
  80:20,20,22
  112:17 128:5
  135:12 176:21,22
**Boston** 3:6 4:6 5:15
**bought** 136:6
**box** 171:17,18
**boxes** 171:17
**boy** 24:18 28:16
  138:12 193:23
**boy's** 25:3
**boyfriend** 145:9,16
**boyfriend-girlfri...**
  29:7,21
**boys** 43:16,20 44:5
  44:9 45:18,25
  46:3,11,14 47:17
  51:8,23 52:9
  55:23 56:4 58:7
  62:4 81:4,9,10
  82:2,3 192:18
  194:7,12
**Brad** 198:6
**Bradford** 4:20 8:10
**Branford** 4:14
**bread** 121:5
**break** 37:11 42:23
  66:17 68:11 109:3
  123:17 130:22,24
  131:7 133:11,14
  134:8,14 163:18
  193:7,10,12
**bridge** 136:5
**bring** 81:14 119:25
  128:14
**brings** 97:16 120:8
**Brismac** 107:11,12
**Brittany** 95:16,18
  95:24 96:1,9,12
  96:18 97:2,17

101:21 102:4,11
102:12
**broke** 66:24
**brother** 85:14,19
87:6 88:7 190:10
**brothers** 88:7
191:4
**brought** 96:16
97:14 118:14
155:11 165:22
171:14
**Built** 47:10
**bunch** 44:15 45:18
61:22 70:16
**bus** 122:23,25
181:11,13 182:5,6
183:5,12,15 184:3
184:4 196:2,16
**bushes** 33:6
**busses** 181:6,7,7
**busy** 144:13
**butt** 71:2 94:12
98:20 100:5 104:6
113:9,22 114:18
115:19 117:15
118:6,24 134:11
166:17
**buy** 48:13 49:24
96:21 121:5
134:21,24 135:16
135:19,20,24
136:2,4 151:5
154:3,11 179:13

——————

**C**

**C** 7:1 203:1,1
**cab** 26:16,19
**Cadet** 103:17
**calculate** 17:22
18:10 19:2,4,9
**calculated** 18:9
**calculating** 19:1
**calculations** 18:5
**Calixte** 92:5
**call** 83:8 95:23
103:19 148:1
189:18,21 191:2,5

**called** 16:1 26:12
27:12 33:11 37:19
39:25 40:11 51:9
51:23 80:22 81:3
81:19 82:1,25
123:2 137:3
148:22 160:10
191:10,13
**camera** 155:1
**Cap-Haïtien** 26:15
26:20 29:25 30:1
30:12 31:5 38:20
38:21 39:3,4,10
39:20,23 41:19,25
50:17,23 52:17
54:7 56:6 72:17
83:16,23 85:3
90:22 137:2
150:23 177:25
178:17 189:23,24
190:8,10,12,22
**Capoise** 20:23 21:2
21:3 22:15 23:6
**car** 31:4,5 80:24
113:17,18 114:21
115:4,5,7,10,12
119:25 120:3,5,7
120:10 121:2,11
121:13 124:4
135:9 149:22
175:5,12,14,19,23
187:24 190:23
**care** 25:23 28:21
157:10 164:17
**carefully** 62:16
204:4
**Carenage** 52:16
186:16,23
**caress** 125:5,15
**caressing** 123:8
125:10
**Caribbean** 181:6,7
181:11 182:6
184:3
**Carretera** 2:5
**carried** 145:17
**Carrier** 1:7 4:2

7:20 9:12
**carry** 151:22
**cars** 47:8,9 82:12
82:12 85:7,10
98:5,6 160:7
**Carter** 1:8 4:10 8:9
128:3,17,20 129:7
130:2,10,21
131:16 132:11,11
132:20 169:14,16
169:20,22 170:1,9
170:19,21,25
171:2,7,13,21
172:18,25 173:8
173:14,21 174:2
174:13,16,25
175:6,13,15,24
176:1,5,16
**case** 63:2 70:5
74:15 142:19,21
142:22 147:21
148:1,6,8 159:25
164:11 165:1,15
165:18 182:21,22
**cases** 1:21 6:21
106:20 143:2
160:21,22,24
165:21
**Catholic** 141:7
**caught** 126:13
**cause** 203:8
**caused** 67:14
**center** 5:14 81:4,9
81:10 82:2,3 90:9
90:9 109:21 110:6
110:14,16,19,24
111:2,7,20,25
112:3,11,15,22
113:4 114:8,9
120:2,9 121:4,10
137:4,5,8,9
**Cerreta** 5:3 6:5 8:6
8:7 10:18,22
11:14 109:12,15
114:24 119:6,16
120:22 124:20
127:5 130:24

131:6 137:11
**certain** 6:14 10:3,6
**certainty** 35:3
**certificate** 6:16
10:11,14 13:7,11
13:18 14:24
**certify** 203:4,12
206:3
**chance** 180:9
**chances** 80:9
**change** 67:14 68:23
205:3
**changed** 66:9 67:24
**changes** 206:5
**characterization**
185:4
**characterize** 60:14
**charge** 24:7,10,11
24:13,15,16 79:19
95:21 112:16
128:6 129:12
130:19 132:8
143:22 169:18
172:21,25
**checked** 28:6
**child** 22:12 29:2,4
29:6 79:23 144:16
144:17,21 145:2,3
145:4,25 146:19
150:24 152:10
157:3 159:2
171:18 191:16
**child's** 14:19
**children** 88:9 120:2
120:8 121:3,9,11
121:14,14,16,18
122:1,4 127:3
167:15
**choose** 61:1
**Chris** 7:4
**Christmas** 171:14
171:19,22 172:5
**Christmastime**
172:4,18
**Christophe** 107:14
141:14
**Christopher** 5:20

**church** 140:17,18
140:21 141:1,10
141:13,15 144:12
144:17,18
**circumstances** 98:2
**Civil** 1:2 7:13
**claim** 57:6 177:6
**Claimants** 6:19
105:6
**clarify** 134:2
**class** 15:8 92:7
162:20,20
**classes** 15:11
130:13 131:9
132:7,25 163:12
198:22
**classrooms** 113:16
**Claude** 144:1
197:20
**Claude's** 144:4
**clear** 154:13
183:17 193:20
**clearly** 50:24 187:7
187:8,8
**Clervil** 188:18
**client** 55:25 65:24
**climbed** 115:12
**close** 178:22
**closed** 78:21 79:3,4
79:9,11,14 81:15
126:12 127:17
168:16,16 198:7
198:10
**closest** 184:11
**clothes** 53:22,23
54:15,16,20 106:7
110:12,13 123:8
135:10 136:6
**CLR** 2:10 203:3
**Coeur** 16:1 32:8,17
81:6,19
**cold** 126:22 151:21
**COLE** 4:21
**come** 11:24 13:14
23:14 30:11 34:16
38:20 68:3,25
85:15 95:21 99:10

99:25 100:12,16
114:3,11,13 115:2
121:12,14,16,19
122:22 126:16
128:21,23,25
130:3 134:9,10,11
134:22,23 135:13
136:12,14 155:14
157:22 171:9,10
181:7 184:4
**coming** 54:24 55:2
55:4 67:13 68:18
68:19 149:22
181:12
**commission** 203:25
206:17
**Communion** 141:8
**complain** 182:23
**complaint** 6:13
9:15,18 10:21
69:3,11,18,22,23
69:25 70:4,14,21
70:25 71:8 92:15
92:22 93:9,11
94:15,24 182:23
**completely** 41:14
60:5
**compound** 47:19
53:13 55:16
**concern** 64:19
**concerning** 203:8
**concluded** 202:24
**concludes** 202:11
**CONFIDENTIAL**
1:23
**CONFIDENTIA...**
1:23
**confusing** 35:23
67:4
**connect** 45:24 46:2
**Connecticut** 1:1
4:14,23 5:6 7:12
69:20 70:6,8
203:4
**connection** 165:15
165:21
**Conroy** 3:11,18

8:18,21
**consider** 144:19
**Consolidated** 1:3
**contact** 94:6
177:18 178:14
**continuation** 76:11
**continue** 36:2
120:16 159:8
**continued** 4:1 5:1
30:6 115:14
119:14 162:18
**contract** 50:9
**conversation** 115:9
**conversations**
75:23 76:8,18
116:12
**convey** 132:10
**copies** 9:21
**copy** 6:16,17,18
9:20,24 10:10,13
10:16,21,24 11:3
11:8,10,12 13:6
13:10,13,14
**correct** 18:7 25:13
25:18,20 29:15
32:9,17 36:18
37:7,8 39:7,11,15
39:16 40:6 42:1
43:2 51:1 56:13
59:2 60:24 62:20
66:13 67:3 75:14
75:19 78:11,15,19
79:2 84:7 91:8,21
93:5 95:17 139:10
144:14 146:1,5,7
146:10 147:16
149:13 159:7
161:17 162:17
167:18 168:22
169:20 171:15
173:12 182:19
183:13,15 184:14
192:14 195:11
201:11 202:7
206:4
**corrected** 37:22
42:23 65:5

**corrections** 204:4,6
206:5
**correctly** 50:12
103:2
**cost** 153:23 154:3,6
154:15
**costs** 164:6,8
**Coughlin** 5:20 7:4
**counsel** 7:15 18:24
21:22 36:17,23,24
36:25 42:25 55:24
60:19 64:5,6,8
65:9,14 66:6,7
75:24 76:18 89:20
91:16 189:13
203:15
**count** 18:18 19:22
19:24
**country** 26:3 40:15
41:20 148:22
161:19,25 162:14
**Coupet** 5:22 9:1
**course** 77:12 170:2
**court** 1:1 3:19 7:12
8:22 65:18 69:19
70:6,7 93:12
204:16
**courtyard** 73:6
**cousin** 21:9
**cousin's** 21:8
153:17,18
**covered** 6:19 105:6
**crab** 166:3
**crack** 159:18
**Creole** 13:22 14:2,3
16:20,21 17:6,8
36:15 44:21 45:2
64:2,4,11,13,21
71:13 72:4 73:17
74:23 80:16 87:13
132:6 186:14,18
186:19 187:4,6
198:22 199:1
200:10
**Cruiser** 98:7 123:5
**culture** 149:2
**curved** 174:5

**Cyrus** 11:21,22,25
12:12 13:16 35:19
35:23,25 36:1,5
36:25 37:20 42:10
42:13 43:9,10
44:10 45:7,9 46:2
46:3,4,7 47:23
49:24 50:25 51:3
51:8,22 52:3 53:1
53:2,9,10,12,15
53:17,20,25,25
54:8,18 55:2,4
56:14 59:1 60:23
61:23 62:3,17
63:12 64:8 66:8
67:1 73:10 76:23
77:16,17,25
142:11 143:18,23
143:25 149:8
165:10,13,16,17
165:20 181:17
182:5,10,14,19
183:1,6,15 184:24
185:11,21,21
186:2,6,7 192:3,9
192:14,15,19,21
192:25 193:24
194:7 196:4,6,18
197:2
**Cyrus's** 193:3

**D**

**D** 7:1
**D-O-N-D-O-N**
26:14
**D-O-S-S-O** 26:8
**D-O-S-S-O-U** 26:7
**damage** 41:12
**damaged** 41:9,13
41:14 155:16
156:9,11
**dangerous** 149:21
**Darling** 146:18
**date** 7:6 13:4 15:3
18:13 25:9 43:1
61:16 102:9 204:9
206:8

**dates** 22:8,10
102:14
**day** 5:4 33:19 40:13
50:4,10 54:4,5
92:10,14 96:15
100:11,16 110:18
110:21 111:9,11
111:14 123:6,21
134:19,19 135:5
140:8 150:12,14
151:24 152:6,12
152:17 175:22,23
176:2 196:11,18
201:17,18 203:5
203:19 206:16
**day's** 111:14
**days** 33:18 81:21
150:14,19,24,24
150:25 155:12
204:13
**de** 82:25 83:8,10,11
**December** 31:21
36:5 37:5,23 43:2
43:8 57:15 59:1
60:4,6,24,25 61:9
61:17 63:5 65:3,6
66:11,13 67:1,8
67:19 68:3,4
78:10 89:16,21,25
90:3 91:7,15
128:13,19,21,22
128:23 171:9
**decision** 148:10
**deemed** 204:16
**Defendant** 4:2,10
4:18 5:2,10 94:3
**Defendants** 1:15
7:11
**Defendants'** 6:14
10:6
**delegate** 112:6
**Demand** 6:13 9:18
**Denis** 104:13
**depend** 80:14
**depends** 46:21
165:11
**deponent** 7:14 9:24

206:1
deposing 204:12
deposition 1:23 2:1
7:8 12:2 65:6
66:10 139:15
142:16 179:24
180:2,4,12,19,20
184:1,7,23 185:19
200:25 202:12,23
204:3,10,14,15
describe 97:23
174:2
DESCRIPTION
6:12
destroyed 148:22
detail 97:24
developed 116:9
Didi 103:18,19
died 87:1,9
different 61:11
63:10
difficult 85:10
161:22
difficulty 104:24
Dimitry 107:16
dinner 116:2
diplomacy 163:7,9
DIRECT 9:9
directing 172:11
direction 203:10
directly 14:13
53:15 63:24 101:1
135:9
directly-directly
67:10
director 177:1,1
179:5
dirty 106:7
disclose 76:7,18
discovery 68:10
dispute 191:18
distance 28:2
distribute 137:1
district 1:1,1 7:12
7:12 27:11
districts 27:11
dizzy 126:21

doctor 156:3,6,14
157:12,14,17
187:14,25 188:2
document 1:21
6:21 70:3 72:3
73:14 75:9,14,18
76:25 77:5,9
93:12,19 106:20
141:25 142:2
documents 142:1
DOE 1:13,13,13,13
1:14,14,14
doing 28:19 31:22
31:24 32:4 35:12
39:6 60:13 92:7
141:3 159:20
172:19 192:21
204:8
dollars 81:21
Domingo 30:14,15
31:16,17 32:21,25
33:1,3,8,16 34:6
34:14,15,20,21,25
35:9 41:21 86:16
126:13 155:10,19
161:13
Dominican 2:6 7:9
11:8 28:20 34:19
39:11,18,24 40:5
179:24 181:2
182:18 183:6
184:1
Donald 103:17,17
103:17
Dondon 26:12,13
26:17,18,20 27:5
27:7,8,10,16,18
27:25 30:12,13,18
30:19,21,25 31:1
31:3,16,18,18
32:5 38:12,17
83:12,14,15,21
85:1,13 86:13
87:15,15,16,16,18
88:3,4 90:22
190:17,19,20,22
door 95:23

Dorat 107:17
184:11,12,13
Dorsainvil 103:18
103:18
Dorvil 103:20
dots 21:14
doubt 168:7
Doug 97:25 131:8
149:9 156:22
157:20 166:14
202:6
Douglas 1:7 7:10
42:15 44:13 58:16
58:21 71:2 78:22
80:8 94:11,17
95:20 96:16 97:14
98:5,7 106:17
109:18 112:2,11
113:6,14,21,24
115:6 116:2,13,16
116:22 117:14,18
118:14,18,23
120:18 122:19,22
123:2,5,25 124:24
126:7 128:9,15
129:1,18,22,23
130:16,17,20
132:1,13,16,19
135:16 136:11
142:6 153:25
158:5 162:9
163:11 165:25
166:16,20 167:4,6
167:10 168:4
169:24,25 170:9
170:15,18,20,24
172:7,10,13 173:4
173:11,16,18,19
176:25 177:3
192:10,17 193:23
194:6,12
Douglas's 117:3,4
171:3 191:18
downstairs 118:14
dreadlocks 104:4
drink 126:22
151:20

drive 42:8 47:5
80:24 115:7 181:5
driver 81:1 176:19
176:20,23,23
driving 47:8 50:3,8
50:12 112:7
120:10 149:20,21
151:12
drugs 138:2,5
drunk 122:22
123:12 124:1,2,11
133:7
duly 9:2,7 203:7

—————————————
E

E 1:7,8 4:2,10 6:11
7:1,1 203:1,1
205:1
earlier 39:5 65:5
66:10 109:14
126:3 144:11
149:11 161:15
162:16 171:13
185:14,20 195:7,9
195:10 200:25
early 119:22,23
136:9 175:20
184:22
earn 149:12 150:13
152:6,11,13,15
152:17
earned 33:18
easily 48:14
East 4:13
eat 48:1 79:25
82:17,19,20,22
91:3 110:2,15
111:16 116:3
121:18 151:6
152:3,9 201:19
eating 111:17
116:12 117:4
eats 82:22
Edier 103:18
educate 146:12,16
education 92:1
effort 151:13

156:13 158:22
efforts 126:22
135:19,20 136:2,3
151:15
ehurd@simmons...
3:15
eight 19:23
either 30:12 66:12
154:10
ejaculate 118:4,5
elapsed 116:15
Eliodor 107:18
Eliphete 107:13
Ellyn 3:10 8:20
Elyseé 5:25
Emile 107:24,24
183:20 184:11
Emmanuel 103:20
188:18,19,20,21
employed 203:13
203:16
employee 123:3
188:3,9 203:15
employees 123:23
enabled 81:18
engaged 94:3,16
England 1:9 5:11
8:5 137:21 164:22
English 36:22 64:2
66:7 69:15,17
132:5,18 170:6
173:23
enjoy 147:2 150:17
enjoying 147:5
enjoyment 147:15
enter 115:5
entered 121:13,23
122:2
entire 110:21
equipment 179:10
errata 204:6,9,12
206:6
escape 68:9
ESQ 3:3,10,17 4:3
4:11,20 5:3,12
estimate 110:23
et 7:11

**Eugene** 103:22
**evaluate** 110:25
**evening** 118:11,19
  135:18 136:4,19
**eventually** 83:16
**everybody** 90:10
**everyday** 160:17
**evidence** 57:2
**exact** 67:21 80:1
**exactly** 75:7 88:5
  117:20 175:25
**examination** 6:2
  9:9 203:9
**examined** 9:7
**example** 12:17 14:5
  14:16
**excuse** 139:21
  201:1
**exhibit** 9:14,17
  10:2,4,10,12,21
  10:24 11:2,6,7,9
  11:13 13:7,8
  36:18 69:12,25
  70:12,13,15 71:11
  73:15 93:23 105:5
  105:13 106:15,19
  108:4,5,6 201:1
**exhibits** 9:14 10:17
**expect** 76:12
  164:25 165:3
**experience** 138:18
  154:17
**expires** 203:25
  206:17
**explain** 58:24
  114:14 115:24
  116:1 117:17
  175:1 182:21
**explained** 60:9
**explanation** 69:5
  114:12 154:9
  157:15
**explicit** 94:4,18
**extent** 76:7
**extra** 10:16,21
  11:12

**F**

**F** 203:1
**F-A-R-E-U-S** 83:5
**face** 58:20 107:5
  166:7 188:16
  189:2,4,6
**fact** 18:12 45:24
  102:12 136:1
  179:15
**facts** 57:2
**fag** 114:17 148:17
  148:18 166:3
  189:22 191:2,19
**fags** 149:7
**fail** 204:14
**fair** 20:18 35:3
  89:10 139:12
  178:25 179:2
  182:12 185:7
  192:8
**Fairfield** 1:8 5:2
  8:7 109:15 127:23
  128:1,4 129:8,11
  129:15 130:7
  131:10,18,23
  132:1,9,23 133:4
  163:13,14 169:18
**faith** 140:9,10,11
  140:12,12
**fall** 42:19
**family** 23:22 38:6
  38:24 39:3 79:16
  80:14 195:17
**family's** 24:4 38:3
  38:4,7,22,25
  79:19
**fancy** 47:6
**far** 26:15 27:24
  60:17 126:9
  190:20,22
**Fareus** 83:4
**fat** 166:10
**father** 1:7 9:12
  14:20 24:18 25:21
  87:7,8,19,20,24
  128:3,7,8,12,16

128:20 129:2
130:3,10,21
131:15 132:3,4,10
132:17,20 170:21
171:10,14 173:5,8
174:18,25 175:6
176:3
**father's** 86:11,18
  86:20,21
**Faustin** 107:14
**Federal** 59:20
  69:19
**feeding** 79:20
**feel** 8:1 126:23
  156:25 158:5
  189:19
**Felix** 107:4
**female** 21:8
**fever** 150:3,3,8
**field** 200:19
**fifth** 14:1 15:18
  16:18
**fight** 84:24
**figs** 39:25 121:5
**file** 142:20 180:25
**filed** 1:22 9:15
  69:19 70:7,15
  92:16 93:9,9
  178:2 182:23
**Fils-Aime** 103:23
**Finally** 11:7
**financially** 203:16
**find** 23:10 36:8
  42:7 43:12 44:10
  44:19 46:15
  140:25 151:13
  161:21,23 162:7,8
  175:19 185:24
**fingers** 19:24
**finish** 74:15 82:21
  84:7 105:14
  130:12 131:8
  162:10
**finished** 98:22
  111:17 132:6,25
  162:6 163:6
**first** 4:5 6:15 9:7

10:6 12:22,23
13:13,24 16:19,24
36:23 42:10 48:23
56:15,19 62:9,17
62:20,22 63:12
64:5 66:5 90:16
93:1 106:16
109:17,20,24
110:1 113:14,23
115:23 118:22
119:2,8,8 121:20
134:19 136:18
141:8 157:23
162:19 185:10
193:22 194:6
**fist** 41:16 156:4,8
**five** 1:14 9:21
**fix** 80:23
**fled** 40:22
**Fleuridor** 107:18
**floor** 3:5 4:5 113:20
  115:15
**follows** 9:4,8
**food** 34:1 48:14
  80:13 81:14,17
  96:21 110:15
  115:13,24 116:3
  116:12 121:15
  149:14,15 167:20
  167:21 198:18
  199:23
**foot** 47:8 111:6
**football** 199:11
  200:17 201:15
**force** 99:8 101:3,5
**forced** 43:12 94:11
  99:6,11,14,17
  100:3,3 101:2,8
  101:10 113:8,22
  117:15 166:16,19
  185:15,23 186:1
**forcing** 99:13
**foregoing** 206:3
**forever** 156:9,12,12
**forget** 43:24 109:19
**forgive** 21:4
**forgot** 37:4 48:6

72:23 90:18
111:22 138:21
184:13 196:19
**forgotten** 48:9
**form** 18:22 19:5
  47:3 59:21 206:5
**formed** 77:6
**former** 192:4,10
**Fort** 108:22
**found** 45:18 46:23
  51:7,22 61:13
  162:10
**four** 1:13 9:21
  29:14 50:7,13,13
  50:14
**fourth** 13:25 15:18
  16:18 17:1
**Francilien** 104:3
  111:21
**Francklyn** 104:17
**Fredelin** 104:9,10
**Fredlin** 103:23
**free** 8:1 90:10
  198:16,16 199:16
**French** 15:7,9
  16:21 21:4
**friend** 49:20 53:3
  103:16,24,25
  106:11 107:10,15
  108:19 160:10,11
  160:12,14 179:4
  179:21 183:23
**friendly** 179:3
  195:15
**friends** 49:17,17,18
  49:19 52:24 159:9
  159:11,12,13,14
  159:16,22,24
  160:2,8,9,20,23
  160:25 161:3,5,7
  161:9,13 184:16
  184:18 191:9
  195:17
**Frisnel** 107:19,19
  188:12 189:1
**front** 64:4 69:9
  113:16 131:14

174:6
**full** 111:9,11
**full-time** 22:14,16
**fun** 122:21 123:15
  123:20 124:13
**function** 167:14
**functioned** 167:12
**Fund** 1:8 198:8
**further** 1:23
  108:24 169:4
  202:10 203:12

**G**

**G** 7:1
**games** 200:17
**Garabedian** 3:3,4
  8:13,14 9:23 11:5
  18:23 70:17,20
**garabedianlaw@...**
  3:8
**Gary** 195:7,11
**gas** 152:2,8
**gate** 168:16
**gathered** 122:1
  128:9
**gay** 148:23,24
  149:3
**Gedeus** 103:24
  106:4 160:13
**general** 35:24
  81:13 196:17
**generally** 68:6
**Gerald** 49:20
**Gervil** 1:3,4 7:10
  8:15 107:1
**Gesner** 107:20
  184:14
**getting** 163:23
**gift** 151:3 171:19
**gifts** 128:15,18,24
  170:23 171:22
**girl** 122:8 148:14
  174:4 177:10,11
**girlfriend** 28:25
  38:13 58:4,6
  144:14,15,20
  145:9,16 149:13

149:17 160:18
187:11 188:2
**give** 40:12,24,25
  42:7 43:13,13
  45:8,9,10 47:23
  47:25 48:4,14,21
  49:14,16 50:4,10
  62:6 63:7 77:14
  81:13,20 82:7
  96:20 110:15
  114:12 134:22
  140:25 142:5
  149:12,14,15
  152:7,10 155:20
  156:15 167:20
  179:12 185:24
  196:25 197:2,5,5
**given** 47:25 48:3,11
  49:19 61:16 77:6
  162:9 166:9 206:4
**gives** 48:13,17 49:8
  165:7 179:10
  197:7
**giving** 49:11 76:20
**glasses** 166:3,4,7
**go** 23:9,17,24 26:17
  31:2 33:6 35:11
  38:17,21 41:21
  43:9,12 46:7
  48:11 52:15 54:11
  60:21 63:15 76:19
  76:23 79:16,18
  80:11 81:6,19
  84:18 85:3 90:11
  91:3,3,4 92:2,14
  97:8,9 98:8,14,14
  98:15,17,24 99:2
  100:13,14,15,18
  100:20,20 103:3,8
  104:22,25 110:2,2
  110:17,22 111:4
  117:2 120:3 121:4
  123:2,19,19 124:3
  124:4 126:9
  129:21 130:13
  131:9 135:8 136:8
  136:24 140:18,21

144:17,18 151:17
161:7,9,14 163:12
164:15,16 167:24
168:2,15 174:19
175:4,5,7,8,10,12
175:21 181:8
185:15,20,23
186:1,23 198:15
**God** 40:13 120:17
  139:16,16,18,23
  139:24,25 140:1,4
  141:22 142:5
  144:8 148:22
  158:17 161:18
**godmother** 104:14
**goes** 39:4 50:9
  52:21 53:3 54:3
  151:21 155:5
  174:21
**going** 9:13 17:21
  22:12 23:21 37:12
  40:21 54:1 56:23
  63:1 64:12,22
  65:24 66:18 71:4
  75:20,21,22 80:1
  84:17 88:12 91:8
  91:10 92:1 105:2
  106:14 109:7
  119:14 121:4
  131:1 132:22,24
  137:13 145:18
  146:12,23 148:7
  148:17 153:1
  162:25 165:5
  167:25 169:6
  184:23 191:23
  193:14 197:24
  202:12,21
**Golkow** 7:5
**good** 7:21 8:3,6,8
  8:10,13 13:23
  14:3,6 15:10
  16:22 18:4,11,16
  24:2 48:19 66:3
  76:13 89:6,8
  98:18 109:13
  130:23 140:12

145:5,19 146:3,9
146:24 149:4,6
160:10 162:8,11
162:14,16,21
163:8,17 166:25
167:3,7,10,13,21
187:7
**gotten** 46:4 102:19
**gourdes** 26:22 48:6
  49:21 50:10 136:7
  151:8,9,9 152:7,8
  152:8,9,9,18
  153:4 190:25
**grade** 13:24,25,25
  13:25 14:1,1
  15:12,22,23 16:3
  16:18,18,18,19,19
  16:20,24,25,25
  17:1,1,7 32:8 39:6
  39:8 163:2
**grades** 17:4
**graffiti** 194:11,23
  195:2
**great** 147:15
**greatest** 56:5
**group** 40:11 45:25
  47:17 50:22 51:8
  51:22 82:1 128:9
  128:9,25 129:2,3
  131:12 169:23
  170:11 174:19,21
**grow** 32:22
**guess** 122:21 132:5
**Guillaume** 107:21
**guy** 88:8 106:10,13
  114:4 122:8
  147:17 150:9
**guys** 12:1,3 85:11
  109:4 143:21,21
  182:4 184:3,6,19

**H**

**H** 3:10 6:11
**hair** 166:2,6,6
**Haiti** 1:8 14:5 26:2
  31:20 34:2,8,10
  34:15,17,18,24

35:4,5,6,7,10,13
40:14 41:23 72:15
72:16 95:22 97:18
97:18,19,21
102:12 103:21
118:21 122:9
130:19 141:10
143:7,9,16 149:2
149:5 155:15
156:1 161:16
162:7,9 163:10,15
164:16 167:13
172:7,8,10,12,14
172:16 173:1
183:5,12 191:19
198:8
**Haitian** 26:16,18
  36:19 37:2 48:5
  64:4 81:21 151:8
  177:1 187:12
**Haitians** 155:11
  161:20,23 167:9
**half** 24:23,25 25:1
  78:18 79:1
**hand** 41:7,8,9,10
  41:11 151:17
  155:16 156:7,8,11
  157:15 158:23,25
  159:3,5,7 203:19
**handed** 171:18
**handing** 10:19
  11:15
**hands** 100:4 151:10
  157:12
**hang** 136:6 149:7
  159:14,15
**Hanly** 3:11,18 8:18
  8:21
**happen** 43:9 67:12
  76:5 98:1 114:16
  118:23 175:20
  190:1
**happened** 40:8
  43:24 46:5,6,8
  57:10,11,14,17
  68:10 78:5 90:18
  91:25 95:5,7,16

96:3 97:4,13,24
98:2 102:3 119:11
119:24 120:14
134:17 193:4
196:20
**happening** 47:17
**happy** 67:21
132:22
**hard** 149:16,19,19
149:19,20,24
150:12 158:19,20
158:21,23 161:24
178:15
**Hartford** 4:23 5:6
**Hatillo** 33:11 39:25
**head** 41:7 69:1
74:11,18 117:12
125:25 126:5,10
151:18 154:21,25
166:4,8 167:4
**headache** 151:22
**heading** 168:4,6
**heads** 128:5
**health** 156:21
157:5
**healthy** 147:18
150:1,2,8 166:6
**hear** 22:2 64:17,18
81:25 110:9
192:17
**heard** 9:11 45:5
164:21,23 173:14
173:20 191:1,5,9
193:22 194:3,6
198:8,11
**heart** 16:2,4 174:8
**heavy** 151:15,22,23
**Hedouville** 104:1
**held** 2:3 7:8
**help** 19:8 31:7
32:22 41:2 47:24
49:24 56:6 82:7
163:24 164:6,9,14
**helped** 46:10,14
48:2 51:8,22 52:8
55:23 56:4 62:4
167:18 195:18,20

**helping** 167:8
**hereinbefore** 203:6
**hereto** 203:16
**hereunto** 203:18
**hey** 110:14
**Hi** 169:12
**hiding** 122:24
**high** 26:3 161:16
**highest** 152:16
**hit** 69:4 125:25
126:4,10,13,17,20
**hitting** 85:11
**hold** 16:23 69:2
75:20
**hole** 71:2
**home** 52:19 54:7
81:14 138:16
**homes** 47:10
**hope** 1:7 4:10 8:9
100:23,24 129:7
130:2 132:11
158:8,9,15,17,18
169:14
**hopeless** 156:25
158:7
**hospital** 155:12,13
155:18,24,24
156:14,18 157:17
164:15,16 188:3,5
188:9,11
**HOSPITALLER**
1:10
**hotel** 72:17 73:6
197:9
**hour** 26:22
**hours** 151:24
**house** 21:8 22:5
23:17 24:3,4,16
27:21,23,25 28:5
28:5 34:2 38:3,4,6
38:8,22,24 39:1
53:1,2,18,22,24
54:9,10,12 61:13
79:17,19 84:14
86:10 88:4 115:2
118:12 135:9
138:11 153:14,15

153:17,24 154:3
154:10,15 185:12
185:13
**houses** 86:15
154:18
**hump** 174:4,6
**Hurd** 3:10 8:20,20
**hurt** 41:8
**hurting** 118:6
**hurts** 151:21
**husband** 87:16,21
**husbands** 86:8,14
86:15

_____

**I**
**identification** 9:19
10:8,15 11:4,11
105:8 106:21
108:8
**identify** 7:15
106:24
**Ilguens** 107:3,3
179:19 181:23
**illegal** 33:7
**illicit** 94:5
**Illinois** 3:20
**image** 101:9
**Immediately**
119:18
**immigration** 33:13
**imperative** 204:11
**important** 63:16
199:17
**inasmuch** 35:6
**incidence** 119:2
**incident** 94:23,24
95:16 96:3 97:13
97:25 102:3 118:3
118:22 119:9
121:21 123:11,17
124:16,17,18,24
125:25 126:4,17
133:6 134:13,16
135:1 136:20
**incidents** 57:10
**inclined** 174:5
**included** 46:24

**including** 8:15 94:5
**incorrect** 37:3,6
66:11 68:2
**independent** 80:5
**INDEX** 6:1
**indicate** 127:22
**indicated** 185:14
195:6,8,10
**indicates** 189:17
**indicating** 41:11,15
118:1 126:23
150:4 151:17
155:3,6 159:5
**injuries** 156:1
157:19,24
**injury** 41:6 151:10
151:18
**inside** 81:1 111:6
113:22 118:21
120:1 121:10,24
123:22 175:15
187:1 200:18
**instance** 70:24 71:7
**institutions** 89:12
89:18 90:5
**instruct** 75:22
76:17
**INSTRUCTIONS**
204:1
**instructor** 16:11
**intend** 145:22,25
146:21 153:6
**intent** 76:4
**interested** 23:21
73:7 203:17
**Interpret** 64:10
**interpreter** 5:22,25
7:24 8:24 9:8
19:14 26:14,25
27:2,14 35:21
36:1 44:22,24
53:19 64:12,22
65:2 72:7 76:9,17
80:17,19 83:10,18
85:4 93:18,24
101:23 102:6,17
103:3 120:21

124:17 154:8,8
162:24 195:8
**interpreting** 98:23
**interrogatories**
6:15 10:3,7 23:1
35:19 41:5 57:6,9
67:25 71:12 89:10
95:13,15 127:20
**interrogatory**
36:14 37:7,20
42:24 64:1,3
127:22 189:12,17
**interrupt** 59:16
**interrupted** 74:16
**interrupting** 65:21
**interruption** 76:11
**interview** 186:8
**introduce** 10:9
**introduced** 13:6
109:14
**introducing** 9:14
**ints** 36:8 92:24
**invited** 115:24
**involved** 40:4
89:11
**isolated** 158:6

_____

**J**
**James** 104:11,11
107:21 108:12
**Jamesly** 107:21
**Jasmin** 107:23,23
**jcerreta@daypit...**
5:8
**Jean** 5:25 103:15
107:3,3,17,19,19
107:24 179:19
181:23 183:20
184:11 188:12
189:1 195:7,11
**Jean-Charles**
103:9,10 104:3
**Jeff** 169:13
**Jeffrey** 4:11 8:9
**Jerome** 43:20
107:8 184:10
**JERUSALEM**

1:10
**Jessica** 187:3,4
**Jesula** 104:8
108:20
**Jesus** 1:9 5:10 8:5
137:20 164:22
**Jheempson** 107:11
107:11
**Jimmy** 104:8,8
108:20
**jkennedy@mwll...**
4:16
**Jo** 3:17 8:17 11:5
**Joan** 122:11,12
**job** 35:7,15,16
39:21 42:1 162:2
162:11 176:22
177:14,17
**jobs** 42:6 153:10
**John** 1:10,12,13,13
1:13,14,14,14 5:3
8:6 109:14 122:5
122:7
**Johnson** 108:1
**join** 81:3,9
**jokes** 159:18,19
**Jonas** 85:20
**Jose** 107:9
**Joseph** 49:13 103:9
103:10 107:16,23
177:9,19,22 178:5
**journalist** 43:15
46:9 52:4 55:6,14
55:14,22 56:6
62:4 186:3
**jpollock@simmo...**
3:21
**judge** 45:10 46:21
60:16 165:2,7,7
165:12
**jumping** 174:1
**Junie** 92:5
**Jury** 6:13 9:18
**justice** 43:13,14
44:18,19,21 45:1
45:2,9,10,15
46:15,17,24 51:9

51:15,23 58:12
61:13,22 62:5,5
62:11,18 165:4,6
165:8 185:24
**Justinien** 156:7,14
156:18 157:17
164:15 188:3,5,9

------

**K**

**keep** 16:23 152:9
153:4,6
**Kennedy** 4:11 6:7
8:8,9 169:11,13
178:24 183:11
185:3,7,9,18
189:13,16 190:18
191:22 192:7
193:9,13,19 196:9
196:14 197:18,22
**Kensley** 179:17
**Kenson** 103:13,13
**Kerrigan** 5:12 6:6
7:21,22 8:1,3
18:24 36:11 69:14
92:25 137:18,20
147:9 153:22
154:12,14 162:12
163:1,19,22
166:13 167:5
169:4 202:19
**kick** 125:16
**kicked** 95:8 96:17
97:15 122:15,17
123:10 125:4,11
125:14 133:7,19
134:3,6
**kicking** 124:10
**kid** 79:22 188:13
**kids** 82:1,4,7 84:17
84:24 88:9 92:6
110:15 122:19,25
135:11 143:21
160:4 174:23,23
174:24 175:3
187:8
**kind** 53:6,8 84:4,23
137:23 156:21

157:4 177:17
**KING** 4:4
**kissing** 119:3
**kitchen** 170:10
201:22
**km** 2:5
**knew** 12:18 45:8
46:10,14 47:15
52:8,12 55:5 56:3
56:4 58:17,19
61:22 77:12 81:15
96:22 97:2,4,16
103:4,6 120:18
129:10 181:3
182:24 188:21
199:25 200:4
201:3,7 202:2
**knock** 95:22
**know** 12:5,14,16,16
12:19 18:3,17
19:15 21:13 22:4
26:2 28:3,6 30:25
31:9 36:4,10
42:17,21 44:9,15
44:18 46:9 47:7
47:20,20,21 48:18
52:3 53:7 54:1,9,9
54:23 55:2 58:7
58:10 63:2 68:5
68:20 70:9,11,24
71:5,6,10,21
76:10 77:8,10,13
81:16 84:2,8,20
87:2 90:20 93:11
95:20 96:6 97:5,5
98:9 102:20 103:6
103:10,12,13,15
103:17,19,20,22
103:23,25 104:1,3
104:8,11,13,15,16
104:17,18,19
105:16,20,21,23
105:24,24 106:2,4
106:10,13,23,25
107:1,3,8,9,11,13
107:16,17,18,19
107:20,21,23,24

108:1,12,13,15,18
108:20,21,24
111:18 112:5,25
114:6,16 115:3,3
116:10,18,18
118:21 122:21
123:13 129:14
131:24 137:2
148:21,21 149:23
154:1,5,19 157:9
161:12,20 164:8
164:20,20,23
165:2,4,11,20,23
167:9 168:15
170:4,12,14
171:11 173:3,18
173:22 177:13,14
177:16 178:7
179:17,19,23,25
181:4 183:21,22
183:25 186:7,10
186:12,17 187:10
187:25 188:4,7,8
188:12,15,17,19
188:20 189:5
191:12,13,20,20
194:1,10,15,16,17
194:19 195:7,11
195:12,13,24
196:5 198:18,21
198:25 199:4,6,10
199:23 200:2,6,9
200:12,15 201:9
201:10 202:6
**knowledge** 96:2
203:8
**known** 12:12
**knows** 106:24
165:7

------

**L**

**L-A-P-A-I-X** 27:15
**lady** 174:7
**lagoon** 155:23,24
**Laguna** 155:23
**laid** 113:19,20
114:15 115:14

116:20 117:11
**Land** 98:7 123:5
**language** 16:7
101:24
**Lapaix** 27:12
**lascivious** 94:4
**Latalay** 83:1,9,10
83:11
**late** 39:17 97:6
**LAW** 3:4
**lawsuit** 178:2
182:13 183:2,3,18
195:19
**lawyer** 63:2,23
**lawyer's** 63:3,5,19
207:1
**leads** 140:20
**learn** 15:9 16:6,7
146:17 162:21
163:7
**learned** 15:9 16:5
162:19
**learning** 16:20,21
187:6
**leave** 83:25 84:11
100:10 111:14
121:18 123:4
148:15
**leaving** 167:6
**Lecenat** 107:20
184:14
**left** 30:24 31:15,17
31:18 37:24 67:13
74:6 83:15,21
84:14 90:22
105:14 111:17
122:2,9 138:11,16
143:9 152:25
156:11 159:3,7
**leftovers** 82:21,22
**Legrand** 104:9,10
**legs** 174:9
**lessons** 134:5
**let's** 20:8 22:2 32:6
35:17 36:7 60:21
62:15 64:1 69:3
69:11 71:11 75:16

76:14 78:24 84:7
**lewd** 94:4
**Liberté** 108:22
**License** 203:23
**life** 80:9 98:18
147:16 150:10
153:25 154:1
158:13,15
**lifestyle** 150:10
**limited** 94:5
**line** 72:4,5,6 205:3
207:2
**lip** 150:6
**list** 6:19,22 43:17
43:19,21 44:7
103:1,4 105:6,13
105:14 108:7
195:22,24 202:1
**listen** 62:15 71:5
124:14 125:8,13
**lists** 201:4
**little** 17:21 48:1,13
50:20 74:3,5,9
81:20 86:15 92:11
92:12,13,13 96:20
100:10 106:10
118:7,7,25 120:1
120:2 125:20
140:17,20 151:4,4
154:20,21 174:9
179:12 196:18
197:8
**live** 20:23,24 21:5,7
21:8 22:17,19,21
22:23 23:13 24:1
26:11 27:4,7,19
34:5,7 65:19
78:15 80:13 82:9
86:6,9,13,14,25
90:20 96:13
127:14 153:13,16
153:17 154:4,7,16
160:7 177:24
190:8,10,12,14
200:3
**lived** 21:15 22:14
22:15 23:2 87:17

88:3 90:22 96:8,9
96:10,23 102:2
201:13,21
**lives** 26:23 27:11
27:16,18,20,23
49:15 52:20,22
177:24 178:16
**living** 22:5,6 23:5,6
23:12,16 24:14
29:22,23,24 30:21
31:17 38:1,5 39:9
83:23 88:10 89:19
90:6,12 110:6,8
**LLC** 4:12
**LLP** 4:21 5:4,13
**loads** 151:23
**long** 9:23 11:17
12:12 17:16 21:15
21:16 26:19 28:4
28:7,10,14,23
30:9 31:1,3,10
33:3,23 42:8 75:6
87:1 90:19,19,25
111:3,18 116:18
127:2 138:16
139:3 143:7 152:4
172:6 177:23
178:16 179:11
**longer** 32:16
**look** 25:23 36:7,14
64:1 69:3,11,12
70:13 71:11,12
80:13 92:18
110:14 118:13
143:10 144:18
166:1 186:2
193:11
**looked** 73:22
110:16
**looking** 36:18
79:25 93:2 98:11
127:21 181:15
185:19 189:11
**looks** 68:7
**lot** 15:1 33:24
40:18 44:16 50:24
51:9,23 58:8 68:9

68:9,9 74:17,19
84:25 85:10,11
99:17,19 101:8
110:2,12 132:21
147:14 150:10
160:9 163:20
167:7,8 173:25
178:16
**Louis** 1:3,4 5:25
7:10 8:15 106:4
107:1
**love** 145:3,21
147:14,19
**loving** 146:22
**Lower** 104:7
**LSR** 2:10 203:2
**luck** 84:14,19,22,23
**Luckson** 104:15
108:13,13
**luncheon** 88:14
**Lunchtime** 88:11
**Luperón** 2:5
**luxury** 11:18
**lying** 129:22

**M**
**M-A-T-T-H-Y-E...**
53:5
**M-E-M-E** 16:15
**M-O-I** 21:14
**machete** 40:13,21
41:1 126:11,14,18
151:11,18 154:23
155:2 156:2
**Mackenson** 104:16
108:21
**Madame** 21:11
92:4 128:3,17,20
130:10,21 131:15
132:11,20 153:21
170:21,24 173:8
175:6,14
**Madison** 3:12
**Main** 4:13
**majority** 74:2,4,6
74:20
**making** 40:24 50:5

59:6,7,20,21
167:16
**Malta** 1:11,12 4:18
8:12 198:6,12
**man** 28:24 87:17
112:25
**Manuel** 112:1
**Margarette** 177:9
177:19,22,24
178:5
**Margarita** 92:5
**Marguerite** 49:13
49:14
**mark** 10:1 108:4
154:20,21 155:2
**marked** 9:19 10:7
10:14 11:4,11
73:15 105:7,12
106:15,21 108:7
**married** 87:23,24
145:24
**Massachusetts** 3:6
4:6 5:15
**master** 92:4,6
112:18
**math** 18:4,11,16,19
92:13 199:4
200:13
**mathematics** 16:5
16:16 17:20
**Mathieu** 104:11
108:12
**matter** 7:9 8:15
9:15 36:23 64:6
66:6
**matters** 203:8
**Matthyeu** 52:22,23
52:23 53:3,4,5,6
53:11,14,19
**Matthyeu's** 53:2,18
53:24 54:12 61:13
185:12,13
**Maureen** 2:10 8:23
203:2,23
**meal** 92:2 116:3,13
117:2 121:13,15
**meals** 201:19

**mean** 14:4 18:6
24:7 69:23 84:23
151:8 165:6
168:12 185:25
**means** 27:14 57:14
84:13,16,22
146:14 155:23
**meant** 35:25 46:17
180:16
**measure** 28:3
**medical** 155:8,25
156:21 157:4
**medication** 137:24
156:15
**medicine** 138:1
**meet** 8:3 42:10
63:11,12 97:25
105:24 159:18
**meeting** 63:12
**Mémé** 16:15
**memory** 21:21 42:5
69:1 95:14 125:21
126:2,16
**men** 47:5,17 50:22
61:22 142:14,18
**mental** 126:21
156:21 157:5
**mention** 125:24
**Mesamour** 104:13
160:13
**Mesidor** 104:15
108:13,14
**message** 132:10
**met** 12:20 35:19,21
36:1,5 37:20
42:13,19,24 43:10
48:23 53:24 61:9
63:7,8,9,14 77:24
78:1 109:17 114:7
128:11,13 169:12
169:16 185:10,22
187:18
**Miami** 134:23,23
136:12,14 171:17
172:22 173:1
**Michael** 5:12 7:22
105:21 137:19

**Michel** 82:25 83:7
  104:16 108:21
**Michelle** 27:2
**middle** 115:17
  117:13 154:25
**MILANO** 4:12
**MILITARY** 1:9
**mind** 45:12 109:5
  145:4 146:11
  157:22 158:1,2
  163:24,25 164:3,6
  164:10,15,19
**mine** 10:18 50:1
  149:23 153:5
**minute** 37:11 59:5
  59:7 75:25 98:21
  104:23 125:9
**minutes** 109:5
**mischaracterize**
  115:1
**mischaracterized**
  59:10,12
**mischaracterizes**
  51:12 52:1 54:14
  57:1 59:4 60:2
  62:2 67:16 68:13
  95:3 101:7 114:23
  185:2
**missed** 133:19
**misstatement** 60:8
**Misstates** 32:10
  43:3 95:3 185:5
  185:17
**mistake** 25:1,2
**Mitch** 63:19,22
  72:20,22
**Mitchell** 3:3,4 8:14
  70:17,20
**mkerrigan@sloa...**
  5:17
**mm-hmm** 20:1
  47:12 71:17 85:16
  139:6,19 168:23
**Mm-mm** 120:15
  123:13 138:6
  183:14
**Mo** 80:20,20,22

176:21
**Mo's** 176:22
**Moise** 107:24
**Moïse** 21:11,11
  153:21
mom 53:24 83:12
**moment** 129:6
  167:7
**Monday** 1:24 99:21
  134:18 135:6,14
  135:15 136:18
  150:14
**money** 26:18 33:15
  33:24 34:1,3,3
  40:10,16,20,25,25
  44:16 45:19 46:1
  46:4,11,18,25
  47:3,24 48:1,3,4,8
  48:11,13,14,16,17
  48:23 49:3,11,14
  49:16,19 50:5,24
  51:9,24 55:23
  58:8,13 61:23
  81:20 82:19 96:21
  100:11 140:25
  144:13 149:12,17
  150:13 151:3,4
  152:2,3,5 154:2,5
  157:9,11,13,14,16
  157:18 162:1
  164:7,8 165:1,3,9
  165:10,14,16,18
  165:23,24 179:13
  196:19,25 197:2,5
  197:6,8
**month** 12:24 25:1
  25:11 33:2 34:11
  43:7,8 67:5,10,18
  67:21 68:22
**months** 24:22,23
  33:4 34:13,16,23
  50:7,8,13,13,14
  61:3,5 122:9
  123:14 124:13
  133:10,10,11
  134:8 145:15,18
  152:25 153:2

**morning** 7:21 8:6,8
  8:10,13 120:20,24
  121:20,24 135:14
  135:15 136:5
  169:13 174:20,22
  175:4,16,18 176:9
  176:10,17
**mother** 26:2 27:16
  27:18 58:2,3
  83:13,22,25 84:1
  84:5,8,10,12,21
  85:14 86:7,9 87:8
  87:14 88:2,3,4,8
  144:16,21 145:2
**mother's** 14:21
  26:5 27:20,23,24
  28:5 53:2 83:2,4
**motivate** 159:1
**motorcycle** 26:21
  28:18 42:8 49:25
  50:1,6,8,9 141:4
  149:20,23,25
  151:13 152:3,20
  152:24 153:3,7,11
  181:5,8 190:24
**mouth** 82:18 100:8
  150:5
**move** 35:17
**moved** 16:24 23:19
  83:6,11 85:13
  87:10 88:2,4
**MURPHY** 4:4
**mustache** 166:5

_____
**N**
_____
**N** 7:1
**naked** 166:15
**name** 7:4,18,22,25
  9:11 14:16,19,20
  14:21 15:3,24
  16:14 21:10,12
  25:3,4,6 26:5,6,7
  26:24 32:8 43:16
  43:19,21 44:7
  49:20 52:22 62:24
  63:3,5,17,19,20
  63:21 67:2 68:1

70:20 80:24,25
  83:3,4,5 86:11,18
  86:20,21,23
  106:17,18 107:5
  109:14 122:11
  137:19 141:13
  144:2,3,4 153:18
  155:18 169:13
  176:14 184:9
  188:17 189:3,5
  191:5,10,13
  195:21 198:6,8,11
**named** 112:25
  203:6
**names** 6:22 12:4,7
  14:22 72:23 103:1
  103:4,9 105:13
  108:7,10,11
  143:24 160:6,8
  184:5 189:19,21
  201:3,4
**Nathalie** 5:22 9:1
  40:19
**nature** 144:25
**near** 21:5 27:19
**nearly** 24:23
**necessary** 204:4
**need** 19:15 36:4
  49:8 55:24 60:18
  65:8 69:5 98:8,9
  106:17 146:17
  175:18 179:8,11
  189:5
**needed** 62:5 178:21
**neighborhood** 41:3
**neither** 203:12
**never** 21:3 28:6
  39:20 40:14 43:10
  44:11,12 50:18
  56:9 58:5 63:8
  99:23,25 110:21
  111:9 114:15
  120:15 150:15
  155:14 164:11
  173:14,20 178:15
  178:16 185:21
  187:19,21 194:3

195:21
**new** 1:9 3:13,13
  5:11 8:5 47:10
  137:21 164:22
**newspaper** 14:5,7
  55:13
**nice** 130:5,9 167:15
  170:23
**Nicholas** 95:18
  186:11
**Nick** 186:10
**nickname** 144:1,2
**night** 96:15 113:21
  115:18 117:13
  119:20 127:12,15
  136:2
**nine** 33:4 34:13,16
  56:24 57:21,22,24
  145:18
**nine-month** 33:16
**Nissan** 113:18
  114:19
**Noel** 105:16,19
  108:18
**noon** 90:10 121:19
  143:10
**normal** 163:16
  166:6
**Notary** 203:3,25
  206:19
**note** 89:8
**noted** 206:6
**NOTES** 207:1
**November** 9:15
  60:25 61:9,16
  65:3 66:12,25
  67:7,19 68:4
  70:15 92:25 93:3
  93:10
**number** 7:13 9:17
  10:4,12 11:2,9
  36:3,4,11,14 64:2
  71:11 73:16 74:23
  94:1 103:7,8
  105:5 106:19
  108:6 127:22
  140:7 189:14,18

**O**

**O** 7:1
**o'clock** 143:9,12
**O'Connor** 2:10
203:2,23
**O'Neill** 4:3 6:4 7:18
7:19 9:10,12,13
9:20,25 10:1,9,24
11:7,16 17:5 19:3
19:6,18 20:16
21:23 22:2,7 27:1
28:11,15 32:12
34:4 35:22 36:3,9
36:12,13,19,21
37:10,17 40:18
42:4,16 43:5 44:4
44:23,25 45:3,23
46:16,22 47:4,22
49:10 51:5,17
52:7,13 53:16,20
54:17 55:18 56:8
56:12,20 57:4,18
58:22 59:5,15,18
59:23 60:1,7,11
60:14,20 62:7
64:10,15,17,20,24
65:1,4,10,16,21
66:1,4,15,23
67:23 68:15 69:8
69:10,16 70:19,23
71:15 72:8,10
73:13,17,20 74:12
75:25 76:10,14,22
79:10 80:7,15,18
83:8 84:9 85:5
86:17 87:12 88:11
89:5,22,24 91:18
91:20 92:18,20,23
93:2,4,8,14,20,25
94:7 95:6 98:25
101:12 102:7,16
102:18,21 103:7
104:25 105:11
106:16,22 108:9
108:23 109:4
161:15 184:23

**O-D-I-L-B-E-R-T**
25:7 86:24
**oath** 64:7 67:25
**object** 19:5 59:8
60:12,12 75:21
**objecting** 18:25
**objection** 17:2
18:22,23 21:22,23
28:9,13 32:10
33:25 42:2,11
43:3,25 45:20
46:12,19 47:1,18
49:5 51:2,11,25
52:10 53:13 54:13
55:16 56:17,25
57:16 58:18 59:3
59:8,14,20,21
60:15 62:1 67:15
68:12 73:9 79:5
95:2 101:6 106:1
114:22 119:4,13
147:8 153:19
162:4 166:11
167:2 178:23
183:8 185:1,16
190:15 191:14
196:7 197:14
**objective** 85:9
**observe** 73:8 96:18
**observed** 73:8
**occasion** 61:11,11
63:4
**occasions** 62:9
**occurred** 135:2
**Ocilien** 85:19
**October** 12:24 13:3
13:4,5,5 18:7,13
18:14,15,20 19:10
19:11,19 20:17,21
20:22 101:22,23
101:24,25 102:2,4
203:19
**Odilbert** 1:23 2:1
6:3 7:14,22 8:2,16
9:6,17 10:4,12
11:2,9,17 12:25
25:4,8 37:18

66:25 71:24 86:19
86:21,23 89:6,10
94:2 105:5 106:19
106:24 108:6,24
109:13 137:19,23
139:8,14 141:18
141:24 144:7,11
146:21 148:2
150:1 151:25
154:20 156:20
158:1 162:3
163:23 164:21,25
165:25 166:15,21
166:24 168:18
169:12 206:8
**Odilbert's** 6:14,16
6:17,18 10:2,5,10
10:13,25 11:3,10
**Odilene** 85:25
**offered** 95:9
**OFFICES** 3:4
**oh** 48:12 161:18
190:19
**okay** 13:17,22
17:23 18:12 20:5
20:19 25:18 26:5
26:11 29:17 31:12
32:6 38:16 42:17
47:15,23 59:18
61:7 62:8 69:3
71:23 74:22 75:2
78:5 79:13 81:8
81:22 85:19,25
86:6 87:8,22
88:11 89:8 91:14
92:15 97:11 99:1
100:2,6 103:7,11
104:21 105:15
106:9 107:7
109:16 111:1
112:9 115:4 116:7
117:2 121:20
123:11 125:9
126:24 129:23
131:7 135:1
137:22 139:12,13
155:7 163:21,24

169:19 170:4,8
171:12 173:24
178:4,13 180:1,16
181:1 182:12,15
182:25 183:4,20
185:7,14 186:20
187:4,17 193:8,13
194:10 195:6
196:22 197:21
199:22
**old** 13:1 17:20,24
19:14 20:15 24:9
24:21,24 29:5,6
87:3 101:19,20
113:23 116:7
124:15,23 125:1
127:13 138:13,15
139:5 145:17
174:7 177:11
**older** 85:11,22 86:3
86:5
**once** 15:15 38:22
38:24 48:5 49:21
78:22 79:7 91:4
126:25 132:25
176:10 191:16,20
196:24
**ones** 144:3 166:7
184:13
**open** 152:15 167:23
167:25
**opened** 81:10 91:9
111:5 134:18
**opportunities**
199:10
**opportunity** 162:10
166:22 200:16
**opposed** 42:18
**order** 1:10,12 4:18
8:12 77:11 198:6
198:12
**organization** 81:5
127:23
**original** 141:9
204:12
**outside** 120:2 134:8
191:17

**outskirts** 27:8
86:13
**overnight** 38:23
**overseas** 130:20
**owe** 152:22
**owner** 112:19
149:24 152:4,8,19
172:15

**P**

**P** 4:3 7:1
**p.m** 90:10 96:20
100:9 113:17
114:1 152:1
**pack** 123:7
**page** 6:2,12 71:13
93:1 108:3 205:3
207:2
**pages** 206:4
**paid** 152:19 153:3
165:21 196:2
**paint** 138:7,14,19
139:2
**pair** 135:19
**Palma** 33:11 40:1
**pants** 134:21,24
135:17,20,20,24
136:2,4,6 174:7
**papers** 33:9 141:24
**paragraph** 93:10
**parents'** 14:20
**part** 35:7 36:19
46:17 73:17
109:25 111:13
189:19
**particular** 61:10
**parties** 203:14,16
**passed** 87:1,3,14,20
133:8
**passport** 6:17
10:25,25 11:3
33:5
**pastor** 141:14,17
**Patrice** 16:13
**Paul** 1:7 4:2 7:19
128:3,7,8,12,16
128:20 129:2

Confidential - Subject to Further Confidentiality Review

130:3,11,21
131:15 132:3,4,11
132:17,20 170:21
171:10,14 173:5,8
174:18,25 175:7
176:3
**Pause** 105:4 137:15
198:1
**pay** 26:18,21 84:16
152:22 153:1,13
153:14 157:16,18
165:14,16,18
190:23
**paying** 84:12
**peace** 27:14
**pen** 19:7
**pending** 6:21 70:6
106:20
**penis** 71:2 94:12
98:20 100:5,8
113:8,22 114:17
115:19 117:15
118:24 134:11
166:17
**people** 23:21 32:23
41:4 53:23 54:21
72:23 82:16 95:21
97:6 103:5 105:23
106:2,24 112:6,16
122:20 128:5
130:4 132:8 142:8
143:20 154:18
161:19 162:7
167:7 168:8 173:6
181:9 189:18,21
190:4,7 191:12,19
191:24 201:4,6,9
202:1
**percent** 48:2
**perfectly** 24:2
**period** 39:18
**Perlitz** 1:7 7:11
44:13 58:9,16
94:3,9,17 95:9
96:16 98:1 99:1
109:18 112:2,11
113:6,15,24

124:25 149:9
156:22 157:21
166:1,14 177:6
179:15 192:18,25
193:1,23 194:7,12
202:6
**Perlitz's** 106:17
192:11
**permanent** 156:10
**person** 52:21 56:15
56:19 82:16
112:21 129:12
130:19 132:7
143:21 164:2,3
167:13 168:9
188:15,23,25
189:1 192:13
197:19 203:6
**person's** 52:22
**personal** 140:22,23
147:24 148:1
**personally** 92:6
196:25
**pesos** 33:19 40:15
126:14
**Peterson** 103:22,24
103:25 106:3
160:13
**phone** 30:6,16
**photograph** 11:1
**physically** 134:10
134:10 166:17
174:3
**pick** 121:9,21
**picked** 120:11
**Pierre** 5:25 12:10
44:6 89:12 104:17
104:18 106:11
107:4 108:15,15
136:16 166:25
183:20 184:11
**pile** 45:19 46:1,11
46:18,25
**pillow** 117:12
**pipe** 121:1,1
**PITNEY** 5:4
**place** 22:11 23:9

24:2 26:12 33:10
33:10 38:2 39:25
52:17 65:18 73:1
73:3,5 82:25 92:1
102:15 108:22
109:24 110:9,11
110:16 121:4
134:14 136:5
137:2 199:7 200:2
**places** 78:14
**Plaintiff** 1:5 3:2
6:14 7:10 10:2,5
93:17 94:2,6
**Plaintiffs** 8:14,19
8:21
**plan** 146:16
**Plata** 2:4,5 7:9
142:15,19 143:1,8
**play** 147:10,13,13
147:14 160:15
184:18 199:11,12
200:17
**played** 201:15,17
**Plaza** 5:14
**please** 7:15 18:25
19:8 36:22 44:3
61:4 64:4 66:5
70:21 71:6 75:21
76:9 93:19 125:6
141:16 155:1
204:3,8
**pleased** 108:23
**plumbing** 80:23
**plump** 147:17
**pocket** 152:10
**point** 24:13 32:14
56:9 70:19 79:21
101:19 122:13
126:10 130:23
163:18 181:19
**pointing** 150:5
**police** 127:2,9
**POLLACK** 185:16
**Pollard** 2:10 8:23
203:2,23
**Pollock** 3:17 8:17
8:17 10:16,20,23

11:12 17:2 18:22
19:5,12,15 20:14
21:22 22:1 28:9
28:13 32:10 33:25
36:17 42:2,11
43:3,25 45:20
46:12,19 47:1,18
49:5 51:2,11,25
52:10 53:13 54:13
55:16,24 56:11,17
56:25 57:16 58:18
59:3,8,13,16,19
59:24 60:3,9,13
60:18 62:1 64:16
64:18 65:8,13,20
65:23 66:3 67:15
68:12 69:6 71:14
73:9 75:20 76:3
76:13,16 79:5
84:6 86:12 87:11
89:20,23 91:16,19
92:17,22 93:6,22
95:2 98:22 101:6
102:14 106:1
109:2,6 114:22
119:4,13 124:18
127:4 130:22
147:8 153:19
162:4,23 163:17
163:21 166:11
167:2 178:23
183:8 185:1,5
189:15 190:15
191:14 192:5
193:7,11 196:7,11
197:14 202:14,20
**Port-au-Prince**
29:23 30:3,5,8,9
30:17,18,24 31:6
31:15,19 49:15
**portion** 50:4 93:20
**positions** 180:17,18
**PPT** 44:16 89:12
102:1 103:5
109:21,25 112:21
161:4,8,10,14
165:22 167:8,17

167:23 168:10
177:2 178:5 188:4
192:4,10,16,22
194:3,11,20 198:7
198:10 201:11
**pray** 139:24 140:6
140:8 144:8
**prayed** 139:16
140:2 144:9,9
**praying** 140:5,5
141:18
**pregnant** 31:10
**premarked** 9:14
**Preneta** 186:10
**prepare** 32:21
121:12 139:15
141:19 142:3,8
144:6 179:10,11
**prepared** 116:17
117:9 121:15
**preparing** 141:23
**presence** 131:15
132:12,14 173:5
173:10,17,19
**present** 5:24 63:1
72:18 164:11
**presented** 101:9
**presents** 171:14
**president** 162:11
162:13,15
**pressure** 99:6,18
99:19,22 101:13
101:13
**pressured** 101:15
**prevent** 151:11,19
**prevents** 147:5
151:12
**Previl** 179:17
**previous** 90:21
**previously** 135:2
**price** 47:7
**print** 55:12
**prior** 75:18 76:24
90:1
**prison** 127:1,1
**probably** 101:18
103:2 129:22

**problem** 69:1
140:17,20,24
164:2 179:6,7
**problems** 84:2,4
92:13 125:21,22
126:2,8,16,20
157:5
**proceed** 59:22
60:19 65:15
**program** 111:13,16
**progress** 167:16
**project** 44:6 89:12
123:22 129:13
132:8 136:16
166:25 167:1,3
169:18 172:11,12
172:14,15,22,23
172:25 177:10
178:3,20 186:13
187:9 195:4
**promise** 129:20
**pronounce** 103:2
**pronunciation** 21:4
**property** 168:10,12
**propounded** 206:5
**proud** 25:21
**provide** 76:9
**provided** 198:18,21
199:6,10,23 200:2
**providing** 171:21
**public** 26:16 136:7
155:24 203:3
206:19
**publish** 45:10 52:4
56:2
**published** 52:5
**Puerto** 2:4,5 7:9
142:15,19 143:1,8
**pull** 121:8
**pulled** 114:1,6,19
**purposeful** 65:22
**put** 34:3 43:16
59:11 71:2 79:7
81:18 94:11,13
98:19 99:6,17,22
100:3,4,4,7,7,8
106:5 113:8

114:17 117:12,15
123:5,8,9 125:6
125:11 134:10
152:2,8 158:11
166:17 167:10
174:7 195:21
201:2 202:15
**puts** 29:18
**putting** 99:19
118:24 195:24

**Q**
**question** 17:9
21:25 22:2 36:16
44:2 45:11,12,13
51:18,19,19,20,21
56:11 57:3 59:11
59:24 60:21,22
62:14 65:14 66:9
67:4,21 69:8 71:5
71:6 74:24 76:7
76:11,12,14,21
78:23,24,25 79:2
83:19 87:25 88:1
90:2 93:6 94:15
95:24 96:1 97:11
119:17 124:21
126:1 133:24
162:25 173:20
197:4
**questions** 68:18
75:3,12,17 76:1
76:24 77:19,25
78:2 108:25
137:21 168:19,22
169:1,5,14 173:25
180:23 201:1
206:5
**quick** 193:10
**quickly** 149:22
155:11

**R**
**R** 7:1 203:1 205:1,1
**R-A-Y-N-E-L-S-...**
25:6
**R-O-S-E-M-I-C-...**

26:7
**radio** 12:17,18
43:11 54:6 184:24
185:11,23 186:4,5
186:6,8 191:15,16
193:3,25 194:8,9
**raise** 55:25 65:8
145:25 146:19
151:15 158:10
**raising** 65:10,13,23
145:4
**ran** 40:22,22 41:3,3
**rang** 121:15
**Raynel** 1:23 2:1 6:3
6:14,16,17,18
7:14 8:2,15 9:6
10:2,5,13 11:3,10
71:23 94:2 98:8
123:4 206:8
**Raynelson** 25:4,8
**re-ask** 154:13
**reach** 17:7
**reached** 17:3
**read** 13:22 14:2,5,7
14:9,11,15,17,20
14:21,24,25 15:4
36:15 45:13 51:19
64:11,21,22 72:3
72:8 73:14,18,19
73:20,23,24,25
74:1,3,5,6,9,11,17
74:19,19,21,23
75:3 93:11,19,20
94:7,16 106:16,17
141:24 142:2
198:22 200:7
202:16,19 204:3
206:3
**reading** 14:3,6
74:25 77:5 105:14
**real** 144:2,4
**really** 21:16 48:2
48:12 50:21 51:4
67:9,10 84:1 85:8
91:2,3 105:16,17
105:17 106:13
107:1 136:9 138:9

138:9 148:19,19
148:25,25,25
149:3 150:11
151:21,21 159:17
**Realtime** 2:11
203:24
**reason** 164:5
199:21 200:24
204:5 205:5,7,9
205:11,13,15,17
205:19,21,23
**reasonable** 35:2
**reasons** 199:13,14
199:14,19 200:20
200:23
**recall** 43:6 67:6
90:16 129:5
**recalling** 67:20
**receipt** 204:13
**receive** 54:22 155:8
155:25
**received** 41:6 50:24
54:19 61:22
156:17 157:4
167:17
**recess** 37:14 66:20
67:13 88:14 109:9
131:3 169:8
193:16
**recognize** 107:4
188:16 189:2
**recognized** 12:6,8
**recollection** 112:10
113:3
**record** 7:4 36:17
37:13,15 59:11
60:11 65:12,25
66:2,19,21 67:16
88:13 89:3 95:3
104:23 105:3,9
109:8,10 131:2,4
137:14,16 169:7,9
193:15,17 197:25
198:2 202:13,15
202:22 203:10
**red** 113:17,18
**reduced** 203:9

**refer** 37:21
**reference** 61:18
**referenced** 1:21
**referred** 35:20
36:24,25 42:25
58:25 60:23 61:10
64:6,7 66:7 68:1
**referring** 63:23
67:2 137:9
**reflection** 68:20
**regular** 92:9
**regularly** 91:3
111:5
**related** 6:21 106:20
125:24 126:3
203:13
**relations** 146:13
**relationship** 28:23
29:10,13 30:2
140:4 144:22
145:1,19 146:4,10
146:22,24
**relative** 203:15
**relaxed** 150:9
**religion** 139:20
140:13 141:9
**remember** 12:4,7
14:14 17:16 21:16
21:19 22:10 25:11
30:14 31:12 33:2
33:22 34:11,23,24
37:4 43:22,23
48:24 49:2,4,7
63:14,24,25 67:5
67:9,11,18 70:1,2
70:3 75:7 80:20
81:6,10,23 88:5
91:2 97:24 99:20
101:20 104:10
109:17,19,22,22
110:25 111:3,19
111:21,23 112:1
112:20,23,24
113:2,14 114:20
115:6 116:5,11,24
117:6,7 119:22
122:6 125:22

Confidential - Subject to Further Confidentiality Review

127:13,14,16
128:11,23 129:4
129:23,25,25
130:2,6,11 131:17
131:20,25 133:3
138:25 139:3
144:3,5 155:21
160:10,14 170:2
170:16,18 171:4,4
171:5,8,11,25
174:12,15 175:23
175:25 176:7,8,13
176:14,18 184:9
184:25 189:3,6,9
189:10 190:6,21
196:9,12
**remembering** 22:8
126:8
**rent** 53:23 153:13
154:6,11,11,15,18
**renting** 34:2
154:17
**reopen** 168:2
**repeat** 39:6 83:19
**repeated** 15:22,23
15:25 39:8 162:24
**repeating** 32:7
**rephrase** 90:1
97:11 114:25
178:25 192:8
**REPORTED** 2:9
**reporter** 8:22
**reporting** 56:23
**represent** 7:17,19
7:23 8:9,18 9:12
109:15 137:20
169:14 198:5
**representation**
70:14 102:22
**representative**
129:8,11,15
**representatives**
128:4 132:9
**representing** 8:4
8:14,21
**represents** 169:17
**Republic** 2:6 7:9

11:8 28:20 34:19
39:11,18,24 40:5
179:24 181:2
182:19 183:6
184:1
**reside** 87:16
**resident** 33:7
**resort** 11:18
**response** 6:14 10:2
10:5
**responses** 189:12
**responsibilities**
151:14
**rest** 71:22 74:7
111:22 117:6
118:16 119:19
150:15,15,16,19
150:20
**retained** 36:23 64:5
66:5
**return** 35:1 204:11
**returned** 133:16
141:8
**Reverend** 7:19
**REVIEW** 1:23
**RHODES** 1:10
**ride** 143:7
**ridicule** 40:24
**riding** 50:6 141:3
**right** 13:3 16:8
18:7 20:21 24:12
32:8 34:17 37:9
52:14 54:23 57:15
69:13 76:4 78:10
79:21 80:2 81:25
83:12 86:19 90:23
102:9 111:10
116:8 118:15
122:14 123:12
125:12,21 127:24
129:9 130:25
131:10,13 133:12
133:17 134:6,15
135:3,7 145:7
147:6 150:2 185:7
**ring** 121:12
**ringing** 121:17

**RMR** 2:10 203:3
203:24
**robbed** 40:5
**robbers** 126:11
**robbery** 40:4
**Robel** 111:21
**Robens** 104:18
106:4,11 108:15
108:15 160:11
**Robinson** 4:21
112:1 176:24
177:2,5 178:13,14
178:16,16,18,21
178:22 179:3,7,8
179:12,14
**Rocky** 160:11
**rode** 183:5
**Rodlin** 104:19,20
108:17
**Rodney** 104:20
**role** 61:23
**rolling** 100:9
**Romere** 92:4,7
**Romeus** 104:19
108:17
**Ronald** 103:15
**room** 53:21,22
54:12,15 67:13
154:16 197:12
**rooms** 97:10
**Rosanne** 104:19
108:17
**Roselene** 86:1,2,3
**Rosemary** 83:4,5
**Rosemichelle** 26:6
26:25 27:1,3,19
27:20,22 28:17,22
28:24 29:11 30:3
38:5,10 144:19,23
145:6,20,23 146:4
146:9,22 147:20
148:5,11 158:13
190:14 191:1
**Rosemichelle's**
28:5
**rude** 146:7,18
**rudeness** 146:8

**Rue** 89:13,18,18
90:5,6,13,13,17
90:25 91:1,4,6,8
91:12,13,14,25
106:3,12 110:1,3
111:11 113:2
119:15 120:1,3,9
137:3,4,5,6,6
174:14,15 187:24
198:14,17,21,24
199:6
**Ruelle** 20:23 21:2,3
22:15 23:5
**ruined** 80:8,9
**Rules** 59:20
**rumors** 192:17
193:1,22 194:6
**running** 66:16
172:23 178:3,6
**rural** 23:19

---

**S**

**S** 4:20 6:11 7:1
**S-E** 21:14
**S-E-N-T-A-N-N-E**
141:17
**S.J** 1:7 4:2
**Sacré** 16:1 32:8,16
81:6,19
**Sacred** 16:2,4
**safe** 33:14
**Saintelus** 105:21
**Salada** 155:23
**salty** 155:23
**Santiago** 143:10
**Santo** 30:14,15
31:16,16 32:21,24
33:1,3,8,16 34:6
34:14,15,20,21,25
35:8 41:21 86:16
126:13 155:10,19
161:13
**Saturday** 11:19
40:9 143:12
152:14 183:7
**save** 13:7 33:24
**saved** 40:13,16

**saw** 38:18 40:10
53:12,14,25 62:17
84:17 91:22 112:8
113:21 115:18,19
116:19 117:14
121:2,6,7,24
124:2 127:9
155:12 169:19
171:20 172:3,6,17
176:16 181:12
182:5 184:2,4,6
**saying** 19:13 32:24
40:19 59:10 60:1
65:1 66:12 67:18
68:5 77:21 86:19
129:2,24 131:18
132:18,20 133:3
162:23 170:19,25
171:2
**says** 14:25 36:22
64:13 72:3 93:12
**scar** 154:22
**scared** 115:21
117:22
**school** 15:7,21,24
16:1,4,22 17:18
32:9,18 45:19
46:1 80:10 81:19
84:12,17,18 90:10
92:9,10 98:15,18
100:13,21 101:25
109:21 123:16
126:9 133:13,18
133:22,25 134:4,5
134:15,18,20
135:6 136:18,25
152:14 158:11,11
162:5,7,8,10,15
162:17 167:20
198:15,18,25
199:3,4,9,10,15
199:20
**schooling** 146:14
**Schoubert** 104:1,2
**seal** 203:19
**second** 13:24 15:17
16:19,25 20:6

Golkow Technologies, Inc. - 1.877.370.DEPS

57:11 94:23,25
95:7,15 96:2,19
97:3,13,25 98:3,4
124:17,24 134:13
134:16 135:1,22
136:11,20 155:20
155:21 192:24
193:4 194:24
195:2,5
**secondhand** 110:12
110:13
**see** 10:23 14:16,19
15:1,3 25:16 30:7
30:10,12 37:2,23
43:9,12,14 46:4
48:11 49:15 50:25
51:3,10,24 52:6
52:14,25 53:12,14
54:11 55:3,5 56:2
56:3 61:24 62:6
62:10,21 63:15
64:9 69:12,22,24
70:12,17 71:16
73:10 96:11,12,18
96:18,22,25
105:25 112:2,13
113:5 114:8
118:12,13,14,18
118:20 121:23,25
128:20 135:12
150:24 151:17
154:22 156:6
157:12 160:15,23
166:15,21,22
168:15 170:8
171:6,22 172:19
172:20,22 174:13
174:16 176:4,5
178:15,17 181:8
181:10 182:4
184:20,20,24
185:15,21,24
186:1 187:19,23
188:23 189:1
192:3,9
**seeing** 38:16 55:21
55:22 70:1,3

112:11,20 113:4
174:15
**seek** 62:18 163:24
163:25
**seeking** 61:12
62:11 164:6
**seen** 47:8 112:4
113:2 169:17
171:24 172:1
174:18 178:11,15
178:16 180:4,6,8
189:4
**sell** 110:11
**seller** 110:13
**selling** 110:13
**send** 144:13 150:25
151:1,3,5,6,7
152:10
**Sentanne** 141:15
141:17
**separate** 62:8,9,13
62:25 63:4 87:9
**separated** 118:16
**September** 1:24
7:6 72:12 92:16
92:21 202:12
203:5
**session** 89:1 123:16
**set** 6:15 10:6 111:6
203:19
**sets** 57:6
**Settlement** 6:20
105:7
**seven** 1:14 108:10
**seventh** 34:22
**sew** 54:16
**sewing** 54:20
**sex** 32:2 95:10
96:16 98:10,12,19
99:3,14,15 100:2
100:25 101:5
**sexual** 70:25 71:1,7
94:4,6,18 97:3
117:10 118:23
124:24
**sexually** 58:8 113:7
113:24

**sexy** 166:12
**share** 116:3
**sharing** 197:12,16
**sheet** 27:4 204:6,9
204:12 206:6
**shirt** 134:22,22,25
136:12,17,22
**shoes** 128:15 130:5
130:9 136:22
171:16 179:8,11
179:13
**short** 28:7,12
**shortly** 47:16
**show** 41:10 106:14
155:1 187:9
**showed** 50:23 71:8
92:10,11 156:3,7
157:14,14
**shows** 162:20
**Shultheis** 113:1
**Shultheis's** 187:11
**Sibert** 11:23,25
12:12 13:16 35:23
35:25 36:1,5,25
37:21 42:10,13
43:10 44:8 45:7
46:2 47:23 49:24
50:25 51:8,22
52:3 59:1 60:23
61:9,17,23 62:18
62:24 63:13,18
64:8 66:8 67:1
72:24 73:8 76:23
142:11 149:9
165:10,13,17,20
183:1 184:24
185:15,21
**Sibert's** 193:24
194:7
**sign** 44:7 72:14
202:16,19 204:8
**signature** 71:20,21
71:23 72:6
**signed** 43:19,20
72:9,11,18 73:15
73:22 75:4,9
**Simmons** 3:11,18

8:18,20
**simple** 76:12,12
**single** 140:8
**sir** 89:7 131:7
170:6 172:4,10,24
173:3,20,24 174:2
174:11,14,22
175:9,22 176:2,22
176:24 177:7,9,12
177:19 178:1,10
178:13,19,22
179:3,17,19 180:2
180:14,18 181:2
181:14,20 182:7,9
182:13,16,18,25
183:13 184:8,16
184:22 185:10,19
185:25 186:5,8,10
186:12,14,18,21
187:2,5,10,11,15
187:18,21,23,25
188:6,12 189:7,11
189:17 190:2
192:4,16 193:20
194:2,5,10,15,18
194:24 195:6,10
195:13,15,19,22
196:2,5,15,17,20
196:23 197:1,4,6
197:9,13,19,23
201:2
**sister** 88:8
**sisters** 85:15,25
190:8 191:7
**sit** 75:2 141:2
170:17
**sitting** 116:22,24
116:25
**six** 1:14 29:3,16,17
29:19 50:8 145:7
145:8,10,10,13,14
145:18
**sixth** 3:5 14:1 15:8
15:12,18,20,22,23
16:3,17 17:1 32:7
39:6,8 162:20
**Siyen** 72:4

**sleep** 22:18 23:8,17
23:25 24:2,6,6,8
24:16 38:25 39:2
79:18 96:19 97:8
123:1,2,5 175:4
**sleeping** 85:7 95:16
95:19 96:24
**sleeps** 39:4
**slender** 166:10
**slender** 166:10
**slept** 22:13 96:23
121:6
**slim** 166:12
**SLOANE** 5:13
**slowly** 162:19
**small** 15:11 22:24
28:14,14 110:15
116:6
**smaller** 166:7,8,8
**Smith** 105:16,19
106:10 108:18
**sneak** 124:4
**sneakers** 171:15
**sniff** 138:19
**sniffed** 138:7 139:1
**sobered** 124:4
**soccer** 160:15
184:18 200:18
**social** 16:9,11
**society** 1:9 5:10 8:5
137:20 158:6
164:22 189:19
**Sodom** 148:22
**soil** 32:21 179:10
179:11
**sold** 53:22
**solve** 92:13 164:2,3
**somebody** 50:3
82:22 93:22
163:25 168:4,6
197:16
**someplace** 103:21
153:13
**son** 25:24 29:10
145:17 146:4,25
147:3,6,10,16
149:13,15,18
150:18,22 158:8,9

158:13 159:19
160:18
**sorry** 18:6 24:10
26:24 35:11 36:2
83:18 84:6,15
87:12 89:25 92:23
93:3 102:18
112:14 114:25
119:17 120:16
124:22 156:25
172:9 173:1
175:22 190:19
194:4 196:9
**sort** 43:11 185:15
185:23
**sought** 156:20
**sound** 184:14
**source** 81:16
**SOVEREIGN** 1:9
**space** 204:6
**Spanish** 32:22
40:11
**speak** 45:6 60:11
65:11 142:3,8,11
169:22 170:6
173:22 177:5
179:7 181:19,23
182:6 186:5,14,17
186:20 187:4,7
192:4,10
**speaking** 59:14,20
74:13 115:6 170:9
**speaks** 186:6
**special** 164:13
**spell** 21:12 25:5
53:4 86:22 141:16
**spelled** 27:13
**spend** 111:11
150:21,23 159:9
159:13
**spent** 34:23 92:10
110:21 111:9
122:9 134:7
**spirit** 146:11
**spoiled** 154:1
**spoke** 177:21 178:4
182:1 186:19

187:21
**spoken** 61:12
177:23 178:2,9,18
182:9 183:1
187:16
**spring** 42:19
**St** 1:3,3,10 7:10
8:15 82:25 83:7
107:1
**stable** 172:7,8,10
**staff** 111:24 123:3
123:3
**start** 9:13 50:5 74:8
74:10,22 76:5
89:8 109:20
133:21 155:4
**started** 15:8 41:2
50:16 81:22,23
90:16 91:10
117:10 187:6
198:14,17
**starting** 17:19
103:9 174:6
**starving** 82:20
**state** 3:5 7:16 36:22
64:5 66:5 155:24
203:3 204:5
**statement** 59:6,7,9
141:20,23 142:4,9
142:12 144:7
**states** 1:1 7:11
35:24 94:16 97:17
**station** 54:6 184:24
185:11
**stay** 23:22 26:1
27:22 31:1,3
33:10,11,13,16
38:23 92:14 97:6
112:5 119:19
127:1 145:22
146:21,23 150:19
159:11,17 172:6
**stayed** 22:20 23:24
33:22 79:8 122:10
155:12
**staying** 30:1 38:7
83:22 96:5 197:9

197:11
**stays** 26:1 147:24
**stepbrothers** 87:5
**stepping** 181:12
**stole** 40:15 126:14
**stood** 115:20
**stop** 65:21,23 152:5
195:5
**stopping** 130:23
**straight** 23:20 85:6
**street** 3:5,19 4:5,13
4:22 5:5 23:9,13
79:15 82:9,17
89:19 90:6,7,8,11
90:15 106:12
110:3,6,10,13,15
110:19,22,22,24
111:2,5,7,12,20
111:24 112:3,7,11
112:22 113:4
114:5,10,10
116:10 127:3
137:9 138:8 139:6
159:18 160:16
**streets** 23:2,7,12,16
23:20 24:1 80:13
83:23,24 84:18
85:7,8,9 90:13,21
90:23 110:7,8
112:13 127:15
160:4,5
**strength** 139:17
142:6
**strike** 40:12,21
170:5 194:3
**strong** 140:3,9,11
140:12
**struck** 41:1
**stuck** 85:12
**student** 188:4
192:16,22 194:20
194:22
**students** 12:9,10
44:16 78:14
111:19 123:22
131:12 165:22
167:8 192:4,10,12

198:19,25 199:7
199:24 200:3,6,9
200:13,16 202:7
**studied** 15:7 16:9
21:3 163:6
**studies** 16:9,12
**study** 16:3 129:21
130:13 131:10
132:22 163:9,13
**studying** 129:21
**stuff** 148:23
**SUBJECT** 1:23
**submitted** 70:4
**Subscribed** 206:15
**substance** 206:5
**subtract** 20:12
**sudden** 68:10
**suit** 165:10
**suitcase** 136:23,23
**Suite** 5:14
**summer** 42:19
123:13,17,19
124:12 133:11,14
134:8,14
**Sunday** 99:20,20
134:17 135:2,23
136:2,10,19
**Sundays** 150:14
152:14
**support** 28:16
**sure** 18:2 64:13
75:21 78:8 80:6
83:20 102:8 109:6
129:13 154:13
163:19 170:3
175:2 181:18
188:14 202:14
**surely** 162:19
**surrounded** 78:13
**suspect** 98:11,13
**SUVs** 47:6
**swear** 7:16 8:23
**sworn** 9:2,7 203:7
206:15
**Systems** 2:11
203:24

**T**

**T** 6:11 203:1,1
205:1
**table** 73:4 77:3
154:22
**Tacoma** 120:8,11
121:8,22,24,25
122:2,3
**take** 10:18 17:9,23
25:23 26:16,19
28:4,21 37:10
44:8 66:16 93:22
97:9 106:6 109:2
130:22,24 138:1,9
138:12 151:16,20
155:22 163:18
164:17 175:5
190:23,24 193:7
193:10
**taken** 37:14 66:20
88:15 109:9 131:3
138:5 169:8
175:14 179:24
180:2,5 184:1
193:16
**takes** 26:22
**talk** 42:14 45:8
46:5 63:16 115:11
115:11 128:7,8
129:16,19 142:14
142:18,22 143:1,3
143:4 148:5,11
157:23 160:16,17
160:20,22,24,24
161:5 163:25
164:1 170:11
179:8,12,14 180:1
180:7,9,17,20
182:22 183:18
184:19 187:9
**talked** 30:5,15 39:5
44:10 142:5
147:20 155:13
159:24 160:25
169:23 178:8,12
180:11,13 182:14

182:20 187:19
**talking** 30:6 32:1,3
  37:18 55:17,20
  59:17 76:5 77:4,5
  81:2 129:18 137:8
  146:13,14 159:3
  170:10
**tape** 66:16
**taught** 198:25
  199:4 200:7,9,13
**taxi** 26:21 28:18
  35:12 136:8 153:7
  153:11 181:5,5
  190:24
**teach** 16:15 92:8
**teacher** 16:14 92:5
  179:4
**teachers** 111:23
  137:1
**technical** 104:23
**Technologies** 7:5
**television** 115:14
**tell** 14:10,12 15:2
  28:2 35:2 40:8
  42:14 44:24 46:5
  46:7 53:11 55:4
  58:11,19 63:22
  64:11,12 69:21
  95:14 98:2 100:2
  103:4 113:13
  118:2,10 132:16
  135:16 139:10
  148:3,7,13,14
  159:20 176:19
  180:22,24 181:1
  184:5 188:1,10
  189:14,22 197:3
**telling** 7:24 60:8
  76:6 99:9 102:23
  132:1
**tells** 18:19 66:15
  149:4 190:6
**ten** 20:7,8 37:10
  49:1 109:5 111:2
  138:22,23,24
**tennis** 128:15 130:5
  130:9 171:16,17

179:11
**test** 17:6
**testified** 9:8 61:21
  61:24 125:20
  131:8 135:3
  171:13 173:19
  194:2,5
**testify** 75:23
  137:25 138:3
  142:6 203:7
**testimony** 9:3 43:4
  51:12 52:1 54:14
  57:1 59:4,11,12
  60:2,3 62:2,3,6
  63:8 67:14 68:13
  68:23 77:15,15
  95:4 101:7 112:9
  114:23 115:1
  118:17 122:15
  125:5,9 126:3
  129:6 172:24
  182:25 185:2,4,6
  185:17,20 203:11
**tests** 17:9,12
**thank** 10:20,23
  36:12 106:14
  109:1 137:12
  154:12 155:7
  169:4 189:15
  197:23 202:9
**thanks** 128:16
  130:4,8,10 170:22
  173:6,7
**thing** 44:7 81:3
  82:5,6 163:6
  184:2
**things** 14:8,10,12
  14:14 15:1 17:13
  31:22,24 47:16
  48:12,19 69:2
  77:18 79:25 92:12
  123:7 125:23
  129:1,4 131:23
  141:2 151:16,16
  151:23 160:17
  170:14
**think** 10:22 17:21

18:1 37:10 42:13
  43:7 58:12 60:25
  61:3,4 69:12
  73:10 79:12 92:16
  111:1 120:12
  121:6 122:5 124:5
  124:6 125:1
  131:22,24 143:11
  143:12 145:12,14
  148:16 149:6
  150:9 167:25
  168:8 171:12
  192:2 194:2,5
  195:6,10 202:15
**thinking** 67:19,20
  68:19,20,21
  126:20 157:1
  158:3
**thinner** 138:7,14
  138:20 139:2
**thinners** 138:9,12
**third** 13:25 15:17
  16:19,25
**thirty** 204:13
**Thony** 105:20,20
  160:13
**thought** 114:16
  129:10 132:22,24
  133:2 156:24
**three** 1:13 5:14
  28:25 29:1,4,6,8,9
  78:18 79:1 122:9
  133:10,10,10
  134:7 140:8 145:9
  145:15,15 150:19
**three-quarters**
  161:18
**threw** 78:22
**throw** 71:4 113:10
  124:6
**thrown** 94:13 124:8
**thugs** 40:11 126:13
**ticket** 196:2
**tigere** 40:11
**time** 7:7 12:22,23
  13:13 17:17,23
  18:21 21:16 22:18

23:14,14,23,24
  28:14,19 29:22
  30:10,13 32:20,20
  33:23 37:13,16
  39:18,21 48:10,20
  48:20 61:8 62:10
  62:12,17,20,22,23
  62:25 66:19,22
  67:12 77:7,24
  78:1 81:2,15
  82:11 87:1 88:13
  89:4,13,17 90:4
  90:19 95:7 96:19
  97:3,16 98:3,4
  105:3,10 109:8,11
  109:17 110:5,7
  113:14,23 116:8
  116:15,22 119:8
  122:15 123:17
  124:15,23 127:2,7
  127:19 128:13
  131:2,5 133:8,19
  133:20,21 134:4,5
  134:17 135:22
  136:11 137:14,17
  138:16 139:1,3
  142:23 143:10,13
  147:2,6 150:17,21
  155:22 159:10,13
  160:12 165:14
  169:7,10 171:25
  175:21,25 176:8
  176:11,16 177:21
  177:23 178:1,4,10
  178:11 181:24
  182:1,16 183:1
  185:10 192:24
  193:5,15,18,22
  194:6,24 195:2,5
  196:20,23 197:25
  198:3,7,10 201:11
  202:13,22
**times** 22:9 48:16,22
  48:25 49:1 62:13
  63:25 85:10
  110:23 111:2
  113:6 128:11,22

138:19,22,23
  140:7,8 171:6,8
  171:20,23,25
  172:1,1,3,17
  176:4,5,12 182:9
  189:7,10 190:3
**Timothy** 4:3 7:18
  9:11
**Tiroulaud** 86:18
**titled** 6:21 106:20
**tits** 100:9
**today** 126:3 137:22
  137:25 138:3
  140:11 157:20,24
  161:16 167:23
  168:11,13,19
  169:2 170:17
  173:25 185:20
**today's** 7:6 139:15
  141:19,23 142:4,9
  142:12 144:7
**told** 44:12 56:10,14
  56:15 57:24 60:4
  62:11,12,19,23
  63:4 67:1,7 69:18
  73:11 80:25 98:8
  100:16 113:10
  119:8 125:3 131:8
  135:11,13,23
  149:8 161:3
  162:16 165:13,17
  168:22 190:7
  192:12,13 201:3
**toothbrush** 136:24
**topics** 174:1
**total** 29:2,14 196:6
  196:13
**totally** 115:20
**touched** 99:13
**touching** 113:21
  115:18 125:18
**Toussaint** 12:11
  44:6 89:12 136:16
  166:25
**town** 27:6
**Toyota** 98:7 120:8
  120:11 121:8,22

tpo@murphykin...
  4:8
trade 167:16
transcript 45:14
  204:14,15
transcription 206:4
translate 9:2 86:12
  87:11 93:21 129:1
  132:5 169:24,25
  170:21
translated 9:3
  94:16 129:3 132:4
  170:3,15,18
translating 128:10
  132:17,19 170:24
translation 40:19
  64:3,14,19 84:7
  171:3
transmit 186:3
transmittal 193:24
  194:8
transmittals 193:3
transmitted 192:25
transmitting
  192:19
transportation
  26:17 136:8
trashed 153:25
travelled 143:15
treated 155:19
  188:5
treatment 155:8,25
  156:1,17,21 157:5
  164:18
trees 28:21
Trial 6:13 9:18
tried 124:4 164:9
  164:11 186:2
trip 143:22,22
trouble 22:8 159:7
true 29:11 65:12
  68:16 94:19,21
  95:11 183:4
  203:10
Trumbull 4:22 5:5
trust 157:2,2
truth 74:2,4 203:7

try 51:19 62:15
  65:11 75:16 76:14
  93:14 124:21
  149:16
trying 60:5 123:14
  124:13 125:15
  140:24 144:13
turn 12:25 20:10
  181:6 184:4
turned 18:6,15,20
  19:11,19 20:18
TV 113:19 115:13
  116:22,23 117:3,5
  117:8
Twenty 4:5
twice 15:12,14 71:1
  71:3 94:12 95:5
  113:9 144:10
  166:17,19,20
  196:24 197:3
two 1:13 20:12
  21:14 44:9 57:6
  61:1,3,5 62:8,9,13
  85:14,25 87:5
  94:25 112:1 128:5
  137:7 150:24,25
  151:1 152:25
  153:2
type 77:11 150:10
  180:22 191:18
typed 75:10,11,14
  75:19 76:25
typewriting 203:9
typical 110:18

——————
U
——————
U 26:9,10
U.S.A 1:11,12 4:19
ultimatum 101:3
unbearable 124:11
uncooked 81:14,17
undershirt 136:24
undershirts 171:19
understand 22:1
  38:14 40:2 50:12
  57:3 58:23 61:14
  61:18 62:14 64:25

70:5,9,11 75:15
  76:3 87:12 96:14
  96:25 102:10
  113:11 137:7
  139:9 168:21
  172:9 179:1
  183:10 189:20
understood 129:7
  168:18
underwear 171:19
unemployment
  26:3 161:16
uniform 134:24
  136:12
uniforms 136:13
United 1:7 7:11
  35:24 97:17
universities 163:15
university 1:8 5:2
  8:7 80:11 109:15
  127:23 128:1
  129:8,11,15,17,18
  129:19,22,24
  130:1,7,7,9,11,14
  131:10,19,23
  132:2,9,23 133:4
  163:12,14
Unlimited 140:7
upset 158:2
upstairs 95:17,17
  95:18,19 96:2
use 45:1 138:16
usually 110:22
  154:11

——————
V
——————
v 1:6
vacation 123:14
  128:14 134:17
  171:9 172:5
Vague 17:2 28:9,13
  33:25 45:20 46:12
  46:19 47:1,18
  51:2,13 52:2
  57:16 58:18 106:1
  119:4,13 162:4
  166:11 167:2

178:23 185:16
Vall 105:20
value 154:1
Vance 35:19 43:10
  185:21
veins 174:9
Venerable 136:16
verification 71:14
  71:16
verify 25:17
version 71:13
versus 7:10
victim 71:1
victims 58:14,15
video 7:8 65:15,16
videographer 5:20
  7:3,5 8:22 37:12
  37:15 66:15,18,21
  88:12 89:3 104:22
  105:2,9 109:7,10
  131:1,4 137:13,16
  169:6,9 193:14,17
  197:24 198:2
  202:11,21
VIDEOTAPED
  1:23 2:1
Village 12:9,11
  15:15,16,19,21
  16:8,9,12 17:18
  23:23 44:20 57:11
  57:12 78:11,13,21
  79:3,4,9,11,14
  80:10 81:1,15
  82:10 89:17 90:4
  91:7 94:14 95:9
  97:7,8,15 98:15
  98:24 99:2,10,16
  99:23 100:1,12,14
  100:15,17,18,20
  101:4,10 102:1
  106:3,6 107:6,15
  122:14,19,23,24
  123:7,18 124:3,5
  125:4 126:6,12
  127:17,19,24
  128:2,6,6,19
  129:16 130:20

131:13 133:1,8,16
  134:3,15,25 135:6
  135:10,11,13
  136:8,21 141:6,7
  141:14 160:4,15
  163:5 167:11,12
  167:15 168:13
  171:7,21,23,24
  172:2,19 174:20
  174:21,23,24
  175:3,4,6,9,11,13
  175:17,22,24
  176:16,25 177:15
  179:5 183:24
  184:17 186:15,22
  186:25 187:1,2,3
  188:13,21 189:25
  189:25 191:17,21
  191:24,25 195:14
  195:16 199:22,23
  200:1,2,5,6,13,16
  200:21 201:20,23
  202:5
violate 59:19
virtue 191:23
Visa 6:18 11:8,10
visit 30:20 172:21
  172:22
voice 55:25 65:9,11
  65:14,17,17,23
volunteer 176:15
  186:24

——————
W
——————
W 4:11 5:3
wages 40:10 50:4
wait 25:16,16,16,16
  59:5,6 75:25
  98:21 155:20
waited 75:5 119:25
  120:4
waiting 120:7
wake 175:18
walk 28:4,7,8 111:4
  127:15
walking 82:16
  127:9

walks 97:9 166:3
wall 78:14 100:4
   194:11,13,21,23
   195:3
WALSH 5:13
WANAT 4:12
want 19:7 59:13,19
   64:17,18,21 68:23
   68:25 76:4,16
   97:23 98:17,18
   100:16 103:5
   104:25 109:2
   115:1 122:22
   148:3,5,11 151:16
   157:23 163:24
   165:4 183:17
   193:10,20 198:15
   202:14
wanted 40:12 55:7
   55:9 99:24 100:15
   100:18,20 114:12
   123:2 153:24
   163:7 164:14
   200:20
wash 82:12 92:2
   121:18 199:7
washing 85:9 98:5
   98:6 160:7
wasn't 15:10,11
   16:22 23:20 24:3
   29:22 32:15,18,18
   38:7 39:22,23
   50:19 51:18 67:20
   73:1 75:10 82:6
   97:21,22 116:9
   117:16 127:1,18
   136:25 180:12
   181:15
watch 65:15 75:8
   117:3 143:14
watched 115:13
   117:8
watching 113:19
   115:14 116:21,23
   116:25 117:5
way 18:8 20:8
   61:14 65:11,17

77:17 89:11,13
96:5 104:5 106:23
115:7 118:23
140:23,25 144:18
151:13 154:24
155:5 195:18
we'll 36:8 37:10
   42:9 65:15 66:16
   89:8 98:21 108:4
we're 29:19 36:18
   81:2 129:20
   154:13 160:23
   170:10 184:18
   202:21
we've 29:1 40:2
   106:11 182:20
   202:17
wear 166:2
week 152:21,23
   153:1,2
weekends 23:25
weeks 151:1
went 23:8,20,23
   30:5 31:4,5,16,19
   31:20 34:10,18,20
   35:5,8 38:18
   39:10,17,23 40:14
   41:20,23 42:14
   43:14 44:10 45:7
   46:3,4 50:25 51:3
   51:10,15,24 52:5
   52:14,25 53:12
   56:1,3 57:10,11
   61:12,24 62:5,10
   62:18,20 77:14
   78:11 79:8,15
   80:12 82:6 83:13
   83:22 84:3 85:6
   87:15,15 89:17
   90:3,9,20 91:1
   96:21 98:5,15
   99:21 100:11,12
   109:25 110:1,5,24
   111:1,5,16,17
   114:4 115:15,20
   121:10 122:18,24
   123:1,4,6 126:12

135:5 136:5,7
154:24 155:14,14
157:11 162:19
174:24 175:16
178:21 181:1
188:5 191:17
192:3,9 199:18,19
199:22 200:1,5,12
200:15
weren't 16:20 23:5
   23:12 32:13 55:23
   162:16 187:7
whereof 203:18
white 95:21 112:21
   114:3 122:8,20
   166:2,7 167:13
wife 140:25 149:17
   159:1,19
Wilnaud 111:21
win 164:25
winter 42:20
wipe 82:12
Wisky 43:19 107:8
   184:10
witness 7:16 8:2,24
   19:12 69:6 74:25
   75:22,23 76:5,17
   77:1 78:20 202:15
   203:18 204:1
witness's 43:4
   51:12 52:1 54:14
   57:1 59:4,10 60:2
   60:3 68:13 95:4
   101:7 114:23
   185:2,5,17
woke 113:21
   115:17,20 117:13
   117:18,24 119:21
   119:22,24 120:4
   120:16,20,24
woman 26:23 28:24
   122:8 148:14
   191:19
won 165:18
wonder 154:22
wonderful 103:3
wooden 86:15

word 26:6 44:21,25
   45:4,14,15 80:15
words 125:17,18,19
work 30:5 33:17,18
   33:18,19,20,21
   35:10,14 41:25
   50:10 53:6,7,8,9
   80:12 149:19
   150:12 151:15,24
   153:10 158:20,21
   159:6 160:2,3,18
   161:19,20,21,23
   161:24 162:7,8
   177:2
worked 50:18
workers 197:1,6
working 28:20
   30:18 32:13,15,19
   39:22,23,24 40:9
   50:19 53:10 85:7
   85:9 97:8 102:1
   112:6,16,18 126:8
   149:11,14,16,23
   151:11,19 153:6
   158:12,19,23,25
   161:11,12 167:7
   176:15 177:3,10
   177:16,17 178:7
   182:3 186:13,25
   188:10
wouldn't 19:23
   23:10 40:24 99:10
   109:5 124:14
   148:3 164:3 167:4
write 17:11,13,14
   17:15 55:7,10
   61:4 194:14 199:1
   200:10
writing 55:17,20
   61:7 77:18
written 61:6 67:24
   136:15 194:11,17
wrong 21:20 37:3
   37:22 43:2 84:10
   148:18
wrote 72:1 91:22
   194:13,15

                    X
X 6:11

                    Y
yard 73:5 118:13
   121:2,25 122:1
yeah 38:18 40:9
   41:8 49:7 75:5,11
   79:23 80:8 82:2
   91:22 95:20 96:4
   96:10 99:17 101:8
   101:15 103:6
   107:14 111:8
   121:10 123:19
   125:13,22 133:2
   147:13,19 150:19
   172:5 178:7
   194:13,13 195:12
year 13:20,21
   15:17,18,18,18,20
   22:17 24:23,25
   25:1,15 30:7,15
   31:7,9,12 37:19
   50:15,16 56:21
   63:9,10 133:13,18
   133:22,25
years 12:25 17:24
   19:11,14,23 20:7
   20:9,12,15 21:18
   22:4,10 23:2,6
   24:9 28:25 29:1,3
   29:4,6,8,9,14,16
   29:17,19 32:6
   56:24 57:20,21,22
   57:25 78:18 79:1
   83:17 94:3 101:19
   116:7 125:1
   138:15 139:5
   145:7,8,9,10,11
   145:12,13,14,15
   145:18,20 201:24
   202:3
yelling 41:2
York 3:13,13
young 47:5,17
   50:22 61:22 116:6
   138:9,10

**younger** 85:22,23
  86:4

**Z**

**0**

**02108** 4:6 5:15
**02109** 3:6
**06103** 4:23 5:6
**06405** 4:14

**1**

**1** 6:13 9:14,17
  10:17,21 69:12,14
  69:25 70:15 74:23
**1,000** 48:5 49:21
**1:39** 89:4
**10** 6:15,16 19:11,11
  19:14,20 20:5,19
  85:23
**10/31/2017** 203:25
**10:00** 96:20 100:9
**10:11** 37:13
**10:30** 37:16
**100** 3:5 26:21 48:2
  136:6 152:9,9
  190:24
**10016** 3:13
**105** 6:20
**106** 6:21
**108** 6:22
**109** 6:5
**11** 6:17,18
**11:00** 152:1
**11:28** 66:19
**11:42** 66:22
**112** 3:12
**12** 36:11,14,22 64:2
  83:17,23 137:4,6
  138:15 139:5,7
**12:30** 88:13
**12A** 137:3
**13** 42:25 89:13,18
  90:6,14 91:1,4,6,8
  91:12,13,14,25
  106:3,12 113:2
  119:15 120:1,3,9

**137**:5,6 174:14,15
  187:24 198:14,17
  198:21,24 199:6
**137** 6:6
**13th** 110:22 111:4
  114:10,10 137:9
**15** 26:18 81:21
  150:24 155:12
  190:23
**150** 81:21
**169** 6:7
**17** 18:14,19 24:22
  24:23 94:3 113:25
  116:7
**17-month** 145:16
**18** 18:6,14,15,20
  20:2,15,18,20
**19** 18:6
**198** 6:8
**1986** 13:5 17:19
  19:10
**1996** 19:11,19,22
  20:5,9,19
**1998** 83:6,15 86:25
  90:21,23
**19th** 72:12

**2**

**2** 6:14 10:2,4 36:18
  71:11 73:15,16
  143:13
**2:00** 143:12
**2:16** 105:3
**2:18** 105:10
**2:24** 109:8
**2:30** 143:11,13
**2:41** 109:11
**20** 20:10 206:16
**200** 152:8
**2000** 19:24 29:19
  102:4,5
**2001** 19:25 91:9,14
**2002** 19:25 91:9
**2003** 19:25
**2004** 17:19,20,25
  18:7,13,15,20
  19:22,25 20:2,13

**20**:17,19,21 57:15
  57:17,19 78:10
  89:25 90:1,3 91:7
  91:21,23,24 93:13
  93:16 94:1,10,17
**2005** 20:12
**2006** 20:9,10,10,12
**2007** 101:22,24
  102:16 133:22,23
  133:24
**2008** 89:13,16,21
  91:15,16,18,22
  102:8
**2009** 29:20,22,24
  79:12 81:3,8
  89:14
**2010** 29:19 32:7
  39:6 81:7,11,22
  81:23,24
**2011** 22:23 32:16
  32:18,25 33:1
  34:16,19,19,21
  35:7 39:9,12,17
  39:21,22,22
**2012** 22:21 24:14
  31:13,13,21,21
  34:9,10,12,15,17
  34:18,20,22 35:4
  35:5,13 41:22,23
  41:25 42:6
**2013** 6:20 9:16
  12:13,20 22:19
  31:21 35:17,17,18
  36:3,5 37:1,5,19
  37:22,23 38:1,9
  38:15 42:7,13
  43:1 44:11,15
  45:5,6,7,15,17
  46:25 50:23 51:3
  56:22 57:19 58:13
  58:17 59:2 60:24
  61:17 63:6 64:8
  66:8 67:1 70:16
  77:22 78:6,9 93:3
  93:10 105:6
  182:14,15,23
  183:2

**2014** 22:17 25:12
  25:19 60:4,6
  72:12 92:21
**2015** 1:24 7:6 22:14
  22:15 29:19 50:15
  202:12 203:6,20
**2017** 102:13,14,17
  102:19,24
**203-315-7000** 4:15
**21** 101:18
**212-784-6400** 3:14
**21st** 128:23
**22** 80:1 101:19
  124:19
**23** 17:24 79:21,24
  80:1 125:1
**242** 5:5
**250** 33:18
**25th** 13:5,5 20:22
**27** 24:9
**28** 1:24 7:6 13:3
  24:10 189:14,18
**280** 4:22
**28th** 202:12 203:5
**29** 12:25,25

**3**

**3** 6:16 10:10,12,17
  11:6 13:8 89:18
  90:5,6,13,17,25
  110:1,3 111:12
**3:13-cv-01132-R...**
  7:13
**3:13-cv-01132(R...**
  1:2
**3:13-cv-1225-RNC**
  1:4
**3:13-cv-1269-RNC**
  1:4
**3:13-cv-1437-RNC**
  1:5
**3:13-cv-1480-RNC**
  1:5
**3:13-cv-1626-RNC**
  1:6
**3:13-cv-1627-RNC**
  1:6

**3:13-cv-1628-RNC**
  1:7
**3:13-cv-1629-RNC**
  1:7
**3:13-cv-1630-RNC**
  1:8
**3:13-cv-1631-RNC**
  1:8
**3:13-cv-1632-RNC**
  1:9
**3:13-cv-1633-RNC**
  1:9
**3:13-cv-1634-RNC**
  1:10
**3:13-cv-1635-RNC**
  1:10
**3:13-cv-1636-RNC**
  1:11
**3:13-cv-1637-RNC**
  1:11
**3:13-cv-1638-RNC**
  1:12
**3:13-cv-1639-RNC**
  1:12
**3:13-cv-1640-RNC**
  1:13
**3:13-cv-1641-RNC**
  1:13
**3:13-cv-1642-RNC**
  1:14
**3:13-cv-1644-RNC**
  1:14
**3:13-cv-1645-RNC**
  1:15
**3:13-cv-1647-RNC**
  1:15
**3:13-cv-1648-RNC**
  1:16
**3:13-cv-1701-RNC**
  1:16
**3:13-cv-1767-RNC**
  1:17
**3:13-cv-1768-RNC**
  1:17
**3:13-cv-1769-RNC**
  1:18
**3:13-cv-1881-RNC**

1:18
**3:13-cv-1904-RNC**
1:19
**3:13-cv-1906-RNC**
1:19
**3:13-cv-1907-RNC**
1:20
**3:32** 131:2
**3:43** 131:5
**3:48** 137:14
**30** 204:13
**300** 50:10 151:5,7,8
152:7 153:4
**3rd** 110:3,6,10,19
110:21,24 111:2,6
111:12,20,24
112:3,11,22 113:4

**4**

**4** 6:17 10:24 11:2
90:5
**4:09** 137:17
**471** 4:13
**473** 2:10 203:2,23
**4th** 203:19

**5**

**5** 2:5 6:18 11:7,9,13
175:19
**5:00** 90:10
**5:12** 169:7
**5:23** 169:10
**5:30** 175:19
**500** 151:5,7,8
**547** 2:5

**6**

**6** 6:19 105:5,13
175:19 201:1
**6,000** 40:15 126:14
**6:00** 113:17 114:1
152:1
**6:09** 193:15
**6:18** 193:18
**6:25** 197:25 198:3
**6:32** 202:13,22
**60-day** 202:16

**617-423-0400** 4:7
**617-523-6010** 5:16
**617-523-6250** 3:7
**618-259-2222** 3:20
**62002** 3:20
**69** 127:22

**7**

**7** 6:21 9:15 70:15
93:3,10 102:6,8
106:15,19 201:1,2
**700** 152:7
**7th** 92:25

**8**

**8** 6:22 108:5,6
201:2
**8:00** 143:9
**800** 152:18
**830** 5:14
**860-275-0100** 5:7
**860-275-8200** 4:24

**9**

**9** 6:4,13 89:14
**9:09** 1:25 7:7
**97** 19:23,24
**98** 19:23,24
**99** 19:24 94:1
**99th** 93:10

# Exhibit P

Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Civil Action No.
3:13-cv-01132(RNC)

*****************************

GERVIL ST. LOUIS, a/k/a ST.      Consolidated with:
LOUIS GERVIL,                    3:13-cv-1225-RNC
                                 3:13-cv-1269-RNC
            Plaintiff,           3:13-cv-1437-RNC
                                 3:13-cv-1480-RNC
       v.                        3:13-cv-1626-RNC
                                 3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER          3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE      3:13-cv-1629-RNC
E. CARTER; HAITI FUND,           3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;      3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW      3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY      3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.         3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES      3:13-cv-1635-RNC
AND OF MALTA, AMERICAN           3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a       3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN         3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN        3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN      3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;        3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX      3:13-cv-1642-RNC
and JOHN DOE SEVEN,              3:13-cv-1644-RNC
                                 3:13-cv-1645-RNC
            Defendants.          3:13-cv-1647-RNC
                                 3:13-cv-1648-RNC
                                 3:13-cv-1701-RNC
                                 3:13-cv-1767-RNC
                                 3:13-cv-1768-RNC
                                 3:13-cv-1769-RNC
                                 3:13-cv-1881-RNC
                                 3:13-cv-1904-RNC
                                 3:13-cv-1906-RNC
                                 3:13-cv-1907-RNC
*****************************
This document applies to:
All of the above referenced cases
And those to be filed
*****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
     VIDEOTAPED DEPOSITION OF GEFFRARD LECENAT

          Wednesday, May 20, 2015
               9:35 a.m.

| Page 2 |
|---|
| 1    VIDEOTAPED DEPOSITION OF GEFFRARD LECENAT |
| 2 |
| 3 |
| 4    Held At: |
| 5    Barcelo Puerto Plata |
| 6    Carretera Luperón, km 5, Puerto Plata 547 |
| 7    Dominican Republic |
| 8 |
| 9 |
| 10    REPORTED BY: |
| 11    Maureen O'Connor Pollard, RMR, CLR, LSR #473 |
| 12    Realtime Systems Administrator |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |

| Page 4 |
|---|
| 1    APPEARANCES (Continued): |
| 2 |
| 3    FOR THE DEFENDANT PAUL E. CARRIER, S.J.: |
| 4        THEODORE J. FOLKMAN, ESQ. |
| 5        MURPHY & KING |
| 6        One Beacon Street, 21st Floor |
| 7        Boston, Massachusetts 02108 |
| 8        617-423-0400 |
| 9        tjf@murphyking.com |
| 10 |
| 11    FOR THE DEFENDANT HOPE E. CARTER: |
| 12        JEFFREY W. KENNEDY, ESQ. |
| 13        MILANO & WANAT LLC |
| 14        471 East Main Street |
| 15        Branford, Connecticut 06405 |
| 16        203-315-7000 |
| 17        jkennedy@mwllc.us |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |

| Page 3 |
|---|
| 1    APPEARANCES: |
| 2    FOR THE PLAINTIFF: |
| 3        MITCHELL GARABEDIAN, ESQ. |
| 4        LU XIA, ESQ. |
| 5            LAW OFFICES OF MITCHELL GARABEDIAN |
| 6            100 State Street, Sixth Floor |
| 7            Boston, Massachusetts 02109 |
| 8            617-523-6250 |
| 9            garabedianlaw@earthlink.com |
| 10           lxia@garabedianlaw.com |
| 11           -and- |
| 12       G. MICHAEL STEWART, ESQ. |
| 13       JO ANNA POLLOCK, ESQ. |
| 14           SIMMONS HANLY CONROY |
| 15           One Court Street |
| 16           Alton, Illinois 62002 |
| 17           618-259-2222 |
| 18           mstewart@simmonsfirm.com |
| 19           jpollock@simmonsfirm.com |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |

| Page 5 |
|---|
| 1    APPEARANCES (Continued): |
| 2 |
| 3    FOR THE DEFENDANT ORDER OF MALTA AMERICAN |
| 4    ASSOCIATION, U.S.A.: |
| 5        BRADFORD S. BABBITT, ESQ. |
| 6        ROBINSON & COLE LLP |
| 7        280 Trumbull Street |
| 8        Hartford, Connecticut 06103 |
| 9        860-275-8200 |
| 10       bbabbitt@rc.com |
| 11 |
| 12    FOR THE DEFENDANT FAIRFIELD UNIVERSITY: |
| 13        JOHN W. CERRETA, ESQ. |
| 14        DAY PITNEY LLP |
| 15        201 Broad Street |
| 16        Stamford, Connecticut 06901 |
| 17        860-275-0665 |
| 18        jcerreta@daypitney.com |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |

2 (Pages 2 to 5)

Confidential - Subject to Further Confidentiality Review

Page 6

```
 1    APPEARANCES (Continued):
 2
 3    FOR THE DEFENDANT THE SOCIETY OF JESUS OF
 4    NEW ENGLAND:
 5        MICHAEL J. KERRIGAN, ESQ.
 6        SLOANE AND WALSH, LLP
 7        Three Center Plaza, Suite 830
 8        Boston, Massachusetts 02108
 9        617-523-6010
10        mkerrigan@sloanewalsh.com
11
12    Videographer:  Christopher Coughlin
13
14    Interpreter:  Nathalie Coupet
15
16    Also Present:
17    Jean Elysée Pierre Louis, Interpreter
18
19
20
21
22
23
24
25
```

Page 7

```
 1              INDEX
 2    EXAMINATION             PAGE
 3    GEFFRARD LECENAT
 4    BY MR. KERRIGAN           10
 5    BY MR. CERRETA           173
 6    BY MR. FOLKMAN           177
 7    BY MR. BABBITT           188
 8    BY MR. KENNEDY           189
 9
10
11        E X H I B I T S
12    NO.     DESCRIPTION        PAGE
13    1   Geffrard Lecenat's birth
        certificate.......................... 14
14
    2   Copy of Geffrard Lecenat's
15      Passport............................. 17
16    3   Copy of Geffrard Lecenat's Visa...... 17
17    4   Complaint and Jury Trial Demand...... 18
18    5   Plaintiff Geffrard Lecenat's
        Response to Certain Defendants'
19      First Set of Interrogatories......... 21
20    6   Plaintiff Geffrard Lecenat's First
        Supplemental Response to Certain
21      Defendants' First Set of
        Interrogatories..................... 25
22
23
24
25
```

Page 8

```
 1            P R O C E E D I N G S
 2
 3        THE VIDEOGRAPHER:  We are now on the
 4    record.  My name is Chris Coughlin, I'm a
 5    videographer for Golkow Technologies.  Today's
 6    date is May 20, 2015, and the time is 9:35 a.m..
 7        This video deposition is being held in
 8    Puerto Plata, Dominican Republic, in the matter
 9    of Gervil St. Louis, Plaintiff, versus Douglas
10    Perlitz, Et Al, Defendants, in the United States
11    District Court for the District of Connecticut,
12    Civil Action Number 3:13-cv-01132-RNC.
13        The deponent is Geffrard Lecenat.
14        Will counsel please identify
15    yourselves for the record?
16        MR. KERRIGAN:  Good morning,
17    Mr. Lecenat.  My name is Michael Kerrigan, I'm a
18    lawyer representing the Society of Jesus of New
19    England.
20        MR. CERRETA:  Good morning.  My name
21    is John Cerreta, representing Defendant
22    Fairfield University.
23        MR. FOLKMAN:  Good morning.  My name
24    is Ted Folkman, and I am Father Paul Carrier's
25    lawyer.
```

Page 9

```
 1        MR. BABBITT:  I'm Bradford Babbitt, I
 2    represent the Order of Malta American
 3    Association.
 4        MR. KENNEDY:  Good morning.  I'm
 5    Jeffrey Kennedy, I represent Hope Carter.
 6        MS. POLLOCK:  I'm Jo Anna Pollock from
 7    Simmons Hanly Conroy, and I represent the
 8    Plaintiffs.
 9        MR. STEWART:  Mike Stewart on behalf
10    of the Plaintiffs.
11        MR. GARABEDIAN:  Mitchell Garabedian
12    representing Plaintiffs.  Good morning.
13        MS. XIA:  Lu Xia representing
14    Plaintiffs.
15        MR. KERRIGAN:  Maureen, could you
16    please swear in the witness and the interpreter?
17
18        NATHALIE COUPET, Interpreter,
19    having been first duly sworn to translate the
20    testimony, translated the questions and answers
21    as follows:
22
23        GEFFRARD LECENAT,
24    having been first duly sworn, was examined and
25    testified as follows through the interpreter:
```

3 (Pages 6 to 9)

Confidential - Subject to Further Confidentiality Review

Page 10

1            DIRECT EXAMINATION
2    BY MR. KERRIGAN:
3       Q.   Mr. Lecenat, we're here to ask you
4    some questions today, but before we get started
5    I want to speak to your attorney, okay?
6       A.   No problem.
7            MR. KERRIGAN:  Mitch, we'll agree, as
8    we have been agreeing at these depositions, that
9    all objections except as to the form of the
10   question and all motions to strike will be
11   reserved until the time of trial.  Is that
12   agreed?
13           MR. GARABEDIAN:  Yes.
14           MR. KERRIGAN:  And I believe that the
15   standing agreement has been that the witness
16   would like to read and sign the deposition
17   transcript, and would like 60 days from the date
18   of receipt in order to do that, is that correct?
19           MR. GARABEDIAN:  That's right.
20           MR. KERRIGAN:  Okay.  Are we waiving
21   notaries with these?
22           MR. GARABEDIAN:  Yes.
23           MR. KERRIGAN:  All right.  That's
24   fine.
25           Anything else we need to put on the

Page 11

1    table?
2            MR. GARABEDIAN:  No.
3    BY MR. KERRIGAN:
4       Q.   Would you please state your name for
5    the record?
6       A.   Geffrard Lecenat.
7       Q.   What is your date of birth, please?
8       A.   August 13th, eighth month, 1990.
9            THE VIDEOGRAPHER:  Nathalie, would you
10   ask the witness to use a louder voice, please?
11      A.   Okay.
12   BY MR. KERRIGAN:
13      Q.   Mr. Lecenat, have you ever given a
14   statement like this in the past?
15      A.   I don't understand the question.
16      Q.   Have you ever had questions asked of
17   you in a deposition before?
18           MR. GARABEDIAN:  Objection.
19      A.   I don't understand.
20   BY MR. KERRIGAN:
21      Q.   Have you ever brought a lawsuit
22   before, or a case in court?
23      A.   Yes.
24      Q.   When was that?
25      A.   After Douglas abused me.

Page 12

1       Q.   Apart from the case against Douglas,
2    have you brought any other cases in court?
3       A.   No.
4       Q.   Okay.  I'm going to tell you a little
5    bit about why we are here today.  We are here to
6    ask you questions about your case.  Do you
7    understand that's why you're here?
8       A.   Yes.
9       Q.   Okay.  A moment ago you put your hand
10   up and you swore to tell the truth.  Do you
11   understand that?
12      A.   Yes.
13      Q.   Do you understand that you swore an
14   oath before God to tell the truth today?
15      A.   Yes.
16      Q.   Do you believe in God?
17      A.   A lot.
18      Q.   Okay.  Good.
19           If at any time you do not understand
20   my question, you tell me, please.  Is that okay?
21      A.   Okay.
22      Q.   All right.  I don't want you to be
23   nervous.
24      A.   I'm not afraid.
25      Q.   Okay.  Good.  Good.

Page 13

1            What we're trying to do is get
2    truthful, accurate answers from you.
3       A.   That's why I came here.
4       Q.   Very good.
5       A.   To tell the truth.
6       Q.   Sorry.  Very good.
7            Are you able to testify today?
8            MR. GARABEDIAN:  Objection.
9       A.   Yes.
10   BY MR. KERRIGAN:
11      Q.   Are you taking any medicine or drugs
12   that would prevent you from testifying
13   truthfully today?
14      A.   No.
15      Q.   Do you understand the translator okay?
16      A.   I understand when you talk about
17   drugs.
18      Q.   Do you understand the translator when
19   she speaks to you?
20      A.   I understand what the interpreter
21   says.
22      Q.   Okay.  When you answer questions
23   today, I ask that you answer verbally, that is
24   to say with your mouth.
25      A.   I can also speak louder, it's just

Confidential - Subject to Further Confidentiality Review

Page 14

1  that, you know...
2      Q.  Yes.  Please try to keep your voice
3  up.  You're wearing a microphone, and we need to
4  hear you when you speak.  Okay?
5      A.  Okay.
6      Q.  That man down there needs to hear you,
7  too.  Okay?  Good.
8          Do you speak English?
9      A.  No.
10     Q.  Do you understand any English?
11     A.  No.
12     Q.  Do you speak Haitian Creole?
13     A.  I speak Creole.  It's my native
14  tongue, mother tongue.
15     Q.  Do you read Creole?
16     A.  Not a lot.  A little bit.
17     Q.  You're able to read some Creole?
18     A.  A little bit.
19     Q.  Are you able to write in Creole?
20     A.  A little bit.
21     Q.  I'm going to show you a few pieces of
22  paper and ask you a question or two about them,
23  Mr. Lecenat.  For the record, that's Exhibit 1.
24          (Whereupon, Exhibit Number 1, Geffrard
25          Lecenat's birth certificate, was

Page 15

1          marked for identification.)
2          MR. GARABEDIAN:  Can you identify it?
3          MR. KERRIGAN:  I'm going to ask him
4  to, Mitch.
5  BY MR. KERRIGAN:
6      Q.  Mr. Lecenat, are you looking at the
7  document in front of you?
8      A.  Yes.
9      Q.  Do you recognize that document?
10     A.  Yes.
11     Q.  What is that document?
12     A.  I see my family name.
13     Q.  Do you know what that document is?
14     A.  I see my family name on it.
15     Q.  Is that a birth certificate for you?
16         MR. GARABEDIAN:  Objection.
17     A.  It's my family name, it's my family
18  name on it.
19  BY MR. KERRIGAN:
20     Q.  Other than your family name, do you
21  recognize anything on that document?
22     A.  I don't speak Creole very -- oh, since
23  you speak Creole you can help me, talking to the
24  interpreter.
25     Q.  I don't speak Creole.

Page 16

1          THE INTERPRETER:  He's pointing at me.
2  He wants me to help him.
3  BY MR. KERRIGAN:
4      Q.  One question is, do you recognize
5  anything else about that document other than
6  your family name?
7      A.  I see my signature.  I see Geffrard
8  Lecenat.
9      Q.  You don't know what that document is
10  otherwise?
11         MR. GARABEDIAN:  Objection.
12     A.  I already said since -- talking to the
13  interpreter -- since you speak Creole, help me
14  figure it out.
15  BY MR. KERRIGAN:
16     Q.  I'm just asking if you recognize the
17  document.  Yes or no.
18     A.  I recognize the document.
19         MR. GARABEDIAN:  Excuse me.  Just
20  answer the question.
21  BY MR. KERRIGAN:
22     Q.  Does this document have a name?
23     A.  I recognize it.
24     Q.  What is it?
25     A.  I see my name on it, so I acknowledge

Page 17

1  this is something I've seen before.
2      Q.  Let's go to Exhibit 2, please.
3          (Whereupon, Exhibit Number 2, Copy of
4          Geffrard Lecenat's Passport, was
5          marked for identification.)
6  BY MR. KERRIGAN:
7      Q.  Are you looking at Exhibit 2,
8  Mr. Lecenat?
9      A.  Yeah, I saw it.
10     Q.  What is that document?
11     A.  I see my name on it.
12     Q.  Do you know what that document is?
13     A.  I see my name on it.
14     Q.  Otherwise can you tell us what that
15  document is?  Yes or no.
16     A.  No.
17     Q.  Okay.  Could I ask you, please, to
18  look at Exhibit 3?  Have you looked at
19  Exhibit 3, Mr. Lecenat?
20         (Whereupon, Exhibit Number 3, Copy of
21         Geffrard Lecenat's Visa, was marked
22         for identification.)
23     A.  I saw it.
24  BY MR. KERRIGAN:
25     Q.  What is that document?

5 (Pages 14 to 17)

Confidential - Subject to Further Confidentiality Review

Page 18

1    A.  I see my name on it.
2    Q.  Can you tell us what that document is?
3    A.  You speak Creole, help me.
4    Q.  The interpreter is not here to read
5    documents for you unless we ask her to.  She's
6    just here to translate what you say and what I
7    say.
8    A.  Me, too, I don't read.
9    Q.  I ask you to look at Exhibit 4,
10   please.
11        (Whereupon, Exhibit Number 4,
12        Complaint and Jury Trial Demand, was
13        marked for identification.)
14   BY MR. KERRIGAN:
15   Q.  Are you looking at Exhibit 4,
16   Mr. Lecenat?
17   A.  Yes, I'm looking at it.
18   Q.  Do you see your name right here at the
19   top of the page?
20   A.  Yes.
21   Q.  Do you recognize that document?
22   A.  Yes.
23   Q.  What is that document?
24   A.  I've already seen it.
25   Q.  Do you know what's in that document?

Page 19

1    A.  I don't read English.
2    Q.  Do you know anything about that
3    document other than the fact that your name is
4    on the document?
5        MR. GARABEDIAN:  Objection.
6    A.  I don't read English.
7    BY MR. KERRIGAN:
8    Q.  Do you know, have you ever read this
9    document, Exhibit 4, in Creole?
10       MR. GARABEDIAN:  Objection.
11   A.  I read it, but the people translating
12   for me were the ones who helped me read it in
13   Creole.
14   BY MR. KERRIGAN:
15   Q.  When did you read it?
16   A.  When they gave it to me.
17   Q.  When was that?
18   A.  I don't remember.
19   Q.  When you had the document read to you,
20   Mr. Lecenat, was the information that you
21   received accurate?
22       MR. GARABEDIAN:  Objection.
23   A.  When they read it to me?
24   BY MR. KERRIGAN:
25   Q.  Yes.

Page 20

1    A.  Yeah, they were correct.
2    Q.  Okay.  For the record, Exhibit 1 is
3    the Baptismal certificate for Mr. Lecenat with a
4    Bates stamp Geffrard Lecenat 1.
5        MR. GARABEDIAN:  He has to say
6    something.
7    BY MR. KERRIGAN:
8    Q.  For the record, Exhibit 2 is
9    Mr. Lecenat's Passport, which is marked Bates
10   stamped Geffrard Lecenat 2.
11       For the record, Exhibit 3 is the
12   Dominican Republic Visa for Mr. Lecenat
13   identified Bates stamped number Geffrard Lecenat
14   3.
15       And Exhibit 4, for the record, is
16   Geffrard Lecenat's Complaint and Jury Trial
17   Demand dated November 7, 2013.  For the record,
18   the exhibit is the entirety of the complaint.
19   Counsel around the table were given only the
20   first page.  We're trying to save trees.
21       MR. STEWART:  Appreciate it.  Thank
22   you.
23   BY MR. KERRIGAN:
24   Q.  And the last document, Mr. Lecenat --
25   why don't you move the other documents to the

Page 21

1    side, please.  One of the last documents
2    (handing).  That's Exhibit 5.
3        (Whereupon, Exhibit Number 5,
4        Plaintiff Geffrard Lecenat's Response
5        to Certain Defendants' First Set of
6        Interrogatories, was marked for
7        identification.)
8    BY MR. KERRIGAN:
9    Q.  Have you looked at Exhibit 5,
10   Mr. Lecenat?
11   A.  Well, it's in English.  I see it.
12   It's in English, so I don't know.
13   Q.  Okay.  Mr. Lecenat, why don't you pick
14   up Exhibit 5 and turn to the middle of the
15   document where you'll see that -- a page in
16   Creole.
17       MR. KERRIGAN:  You're looking for the
18   Creole translation, Mitch, which is in the
19   middle.  Thank you, Mitch.
20   BY MR. KERRIGAN:
21   Q.  Mr. Lecenat, are you looking at a
22   portion of Exhibit 5 that is in Creole?  Are you
23   looking at the document?
24   A.  I see it, but I don't read Creole.
25   Q.  Okay.  Do you recognize what that

6 (Pages 18 to 21)

Confidential - Subject to Further Confidentiality Review

Page 22

1  document is?
2      MR. GARABEDIAN: Yes or no.
3      A.  Yes, I know, but I don't really read
4  Creole, so...
5  BY MR. KERRIGAN:
6      Q.  Okay. Mr. Lecenat, it's okay if you
7  can't read Creole. That's okay. You just tell
8  me. No trouble. Okay?
9      A.  Okay. I don't read Creole.
10     Q.  Okay. I'm going to tell you that this
11  document are answers that you gave to us to
12  questions that we asked of you. Let me put it
13  another way.
14         You brought a case against certain
15  people and organizations, and they are called
16  Defendants.
17     A.  Okay.
18     Q.  The Defendants asked you questions and
19  you gave the Defendants answers in this
20  document, Exhibit 5.
21     A.  Yes.
22     Q.  Do you remember doing that?
23     A.  Yes.
24     Q.  Okay. When you were answering these
25  questions, did you have help from an

Page 23

1  interpreter?
2          MR. GARABEDIAN: Objection. I
3  instruct him not to answer any questions
4  concerning attorney/client privilege.
5          Don't talk about conversations with
6  your lawyers, just the interpreter.
7  BY MR. KERRIGAN:
8      Q.  Did an interpreter help you answer
9  these questions? Yes or no.
10     A.  Yes.
11     Q.  Did you confirm that the information
12  in these answers is correct?
13         MR. GARABEDIAN: Objection. I
14  instruct him not to answer as to any
15  attorney/client privileged conversation.
16         You may want to ask him did you
17  confirm that these answers were correct when you
18  spoke to the interpreter.
19         MR. KERRIGAN: Let's see if he can
20  answer.
21     A.  Yes, all the answers I gave are
22  correct. I'm telling the truth.
23  BY MR. KERRIGAN:
24     Q.  Very good.
25         Can you turn to the last page of

Page 24

1  Exhibit 5, please? Are you looking at the last
2  page of Exhibit 5?
3      A.  Yes.
4      Q.  Is that your signature on the page?
5      A.  Yes.
6      Q.  When you signed this document, were
7  you certifying that the information in the
8  answers is correct and truthful?
9      A.  They're all the truth. They're all
10  true.
11     Q.  Mr. Lecenat, where were you when you
12  worked with the interpreter to answer these
13  questions? Were you in Haiti?
14     A.  Yes.
15     Q.  Where in Haiti?
16     A.  In a hotel. I was in a hotel.
17     Q.  Were you in a hotel in Cap-Haïtien, or
18  Port-au-Prince?
19     A.  In Cap-Haïtien.
20     Q.  Were there any attorneys present when
21  you worked on these answers? And that's a yes
22  or no question.
23     A.  Yes.
24     Q.  How many? I just want the number.
25     A.  My lawyers and my translators.

Page 25

1      Q.  How many lawyers? A number, please.
2      A.  Just my lawyers and the translators.
3      Q.  How long did it take you to complete
4  these answers?
5          MR. GARABEDIAN: Objection.
6      A.  I don't remember.
7  BY MR. KERRIGAN:
8      Q.  Do you remember how long the meeting
9  was with your lawyers and your translator?
10         MR. GARABEDIAN: Objection.
11     A.  I don't remember.
12  BY MR. KERRIGAN:
13     Q.  And here, Mr. Lecenat, is the last
14  document for now. That's Exhibit 6.
15         (Whereupon, Exhibit Number 6,
16         Plaintiff Geffrard Lecenat's First
17         Supplemental Response to Certain
18         Defendants' First Set of
19         Interrogatories, was marked for
20         identification.)
21  BY MR. KERRIGAN:
22     Q.  Can you please take a look at
23  Exhibit 6?
24         MR. GARABEDIAN: Do we have another
25  copy of Exhibit 6 for me?

7 (Pages 22 to 25)

Confidential - Subject to Further Confidentiality Review

Page 26

1          MR. KERRIGAN:  Sure, I have copies for
2     everybody.
3     BY MR. KERRIGAN:
4          Q.   Mr. Lecenat, have you looked at
5     Exhibit 6?
6          A.   I saw it, but I don't read English.
7          Q.   Can you please flip a few pages into
8     that document until you come to Creole?  One
9     more page, please.  There you go.
10         Do you recognize that page,
11    Mr. Lecenat?  If you don't, it's okay, you just
12    tell me.
13         A.   I recognize it, but you know I don't
14    read Creole.
15         Q.   I'm going to tell you that those are
16    some more answers that you gave to the
17    Defendants.
18         A.   Okay.
19         Q.   Does that help you recognize the
20    document?
21         A.   If I remember this document?
22         Q.   Correct.
23         A.   If you ask me questions, I'll see.
24         Q.   Go to the last page, please.  One more
25    page, please.  There we are.  Can you please

Page 27

1     look at that page with me?  Are you looking at
2     the page?
3          A.   Yes, I'm looking at it.
4          Q.   Is that your signature?
5          A.   Yes.
6          Q.   Do you understand that by signing that
7     document you are certifying that the information
8     is accurate and truthful?
9          A.   Yes, everything I say is the truth.
10         Q.   Do you believe that what is in this
11    document, Exhibit 6, is truthful as well?
12         A.   Everything I said is true.
13         Q.   And you believe that everything in
14    this document is true as well because you signed
15    it certifying it's true?
16         MR. GARABEDIAN:  Objection.
17         A.   If I said it, it's the truth.
18    BY MR. KERRIGAN:
19         Q.   Thank you.  Thank you Mr. Lecenat, for
20    looking at those documents with me.
21         MR. KERRIGAN:  For the record,
22    Exhibit 5 is Plaintiff Geffrard Lecenat's
23    Response to Certain Defendants' First Set of
24    Interrogatories.  The document is dated July 11,
25    2014.

Page 28

1          For the record, Exhibit 6 is Plaintiff
2     Geffrard Lecenat's First Supplemental Response
3     to Certain Defendants' First Set of
4     Interrogatories, and that document is dated
5     September 20, 2014.
6          A.   If I said it, okay.
7     BY MR. KERRIGAN:
8          Q.   Thank you.
9          Okay.  Mr. Lecenat, how old are you
10    today?
11         A.   I was born on August 13th, eighth
12    month, 1990.
13         Q.   How old does that make you today?
14         A.   I'll be 25 on August 13th.
15         Q.   Do you have any other names other than
16    Geffrard Lecenat?
17         A.   Geffrard Lecenat.
18         Q.   Do you have any other names besides
19    that?
20         MR. GARABEDIAN:  Objection.
21         A.   Geffrard is the name.
22    BY MR. KERRIGAN:
23         Q.   Do your friends call you Geffrard?
24         A.   Geffrard Lecenat, Geffrard.
25         Q.   Does your family call you Geffrard?

Page 29

1          A.   That's my name.
2          Q.   Mr. Geffrard, in preparing to come
3     here today, did you speak to anyone?  Yes or no.
4          MR. GARABEDIAN:  Objection.  I
5     instruct him not to answer as to any
6     attorney/client privileged conversations.
7          A.   I spoke to my lawyers.
8     BY MR. KERRIGAN:
9          Q.   Anyone other than your lawyers?
10         A.   My lawyers.
11         Q.   Did you speak to Cyrus Sibert to
12    prepare for today?
13         A.   No.
14         Q.   Do you know who Cyrus Sibert is?
15         A.   I know who it is.
16         Q.   Who is Cyrus Sibert?
17         A.   Someone who doesn't tolerate people to
18    do us wrong.
19         Q.   Is Cyrus Sibert a journalist?
20         A.   Yes.
21         Q.   Is Cyrus Sibert a radio host?
22         A.   Yes.
23         Q.   Is Cyrus Sibert a politician in Haiti?
24         A.   Yes.
25         Q.   Did you look at any documents to

8 (Pages 26 to 29)

Confidential - Subject to Further Confidentiality Review

Page 30

1 prepare for today, Mr. Lecenat?
2        MR. GARABEDIAN: Objection.
3    A. Yes.
4 BY MR. KERRIGAN:
5    Q. What did you look at?
6    A. Everything I said.
7    Q. Did you look at any paper to prepare
8 for today?
9    A. I can't read.
10   Q. So you didn't look at any paper to
11 prepare for today?
12   A. I looked at them.
13   Q. Did you look at any pictures or
14 photographs to prepare for today?
15   A. I didn't look at pictures, photos, or
16 drawings.
17   Q. Did you watch any TV or videos to
18 prepare for today?
19   A. No.
20   Q. Mr. Lecenat, earlier today you said
21 that you write a little bit of Creole, is that
22 correct?
23   A. A bit.
24   Q. Have you ever written down anything
25 about your case or your time at Project Pierre

Page 31

1 Toussaint?
2    A. I don't understand the question.
3    Q. Have you ever written down anything
4 about your time at Project Pierre Toussaint?
5    A. I don't understand.
6    Q. Have you ever written any letters
7 about PPT?
8        MR. GARABEDIAN: Objection.
9    A. No.
10 BY MR. KERRIGAN:
11   Q. Do you know what e-mail is?
12       MR. GARABEDIAN: Objection.
13   A. No.
14 BY MR. KERRIGAN:
15   Q. Do you know what the internet is?
16   A. I don't know about the internet.
17   Q. Do you know what text messaging is?
18   A. I don't know anything about that.
19   Q. Mr. Lecenat, are you married?
20   A. No.
21   Q. Have you ever been married?
22   A. No.
23   Q. Do you have a girlfriend?
24   A. I had a girlfriend, but because
25 Douglas put his penis in my butt, everyone on

Page 32

1 the street, they say I'm Douglas's wife, I'm a
2 fag, so she left me.
3    Q. What is her name?
4    A. I don't remember her name anymore, she
5 humiliated me, so...
6    Q. How did she humiliate you?
7    A. I was walking in the street and people
8 were saying, "oh, here is the little fag,
9 Douglas's fag." She left me because she didn't
10 want to be the girlfriend of a fag.
11   Q. When did she leave you?
12   A. I don't remember.
13   Q. Did she leave you in 2015?
14   A. I don't remember.
15   Q. Did she leave you in 2014?
16   A. I don't remember.
17   Q. How long were you together?
18   A. I don't even remember that.
19   Q. Was it a period of days, weeks, or
20 months that you were together?
21       MR. GARABEDIAN: Objection.
22   A. Well, you know, we were -- I decided
23 to break up also because we were in the street,
24 and they -- people were calling me a fag, and
25 faggot, and that I was Douglas's fag, so she ran

Page 33

1 away from me, and I don't remember.
2 BY MR. KERRIGAN:
3    Q. How long were you together before you
4 broke up?
5    A. I don't remember. I don't remember.
6    Q. You can't tell us whether you were
7 together for a day, many days, weeks, months?
8        MR. GARABEDIAN: Objection.
9    A. I don't remember.
10 BY MR. KERRIGAN:
11   Q. Did you have any other girlfriends
12 apart from this girlfriend?
13   A. No, because -- I don't have any
14 because they don't want to be called a
15 girlfriend of a fag, Douglas's fag. I have no
16 value in their eyes.
17   Q. Do you have any children, Mr. Lecenat?
18   A. No.
19   Q. Have you ever had any children?
20   A. No.
21   Q. Where do you live today?
22   A. Blue Hills.
23   Q. Where is that?
24   A. Right next to the Village.
25   Q. It's in Haiti?

9 (Pages 30 to 33)

Confidential - Subject to Further Confidentiality Review

Page 34

1    A.   Yes.
2    Q.   Is there a street address where you
3  live in Blue Hills?
4    A.   Right next to the PPT Village.
5    Q.   How far from the PPT Village?  How
6  long does it take you to walk from your home to
7  PPT Village?
8       MR. GARABEDIAN:  Objection.
9    A.   I can't control that.
10  BY MR. KERRIGAN:
11    Q.   Do you know how long it takes for you
12  to walk from the home at Blue Hills to the PPT
13  Village?
14    A.   About 30 minutes.
15    Q.   Does anyone live with you at the house
16  at Blue Hills?
17    A.   My grandmother and grandfather.
18    Q.   What is your grandfather's name,
19  please?
20    A.   Amos.
21    Q.   Your grandfather's name is Amos?
22    A.   Yes.
23    Q.   What is your grandmother's name?
24    A.   Maze.
25       THE INTERPRETER:  M-A-Z-E.

Page 35

1       MR. KERRIGAN:  That's the translator's
2  spelling?
3       THE INTERPRETER:  Yes.  I'm sorry,
4  yes.
5  BY MR. KERRIGAN:
6    Q.   Who else lives at the house at Blue
7  Hills?
8    A.   My little brother, my little sister.
9    Q.   What's your little brother's name?
10    A.   Fancoli.
11       MR. KERRIGAN:  Could I ask the
12  translator to attempt a spelling?
13    A.   Just --
14       THE INTERPRETER:  F-A-N-C-O-L-I.
15  BY MR. KERRIGAN:
16    Q.   How old is Fancoli?
17       MR. GARABEDIAN:  Objection.
18  Where did she get that spelling from?
19       MR. KERRIGAN:  I asked her for it.
20  It's clear for the record.  It didn't come from
21  the witness, that's clear.
22       MR. GARABEDIAN:  It didn't come from
23  the witness.
24       MR. KERRIGAN:  That's why I asked the
25  translator, and made clear on the record it was

Page 36

1  from the translator, because Mike raised it the
2  other day.
3  BY MR. KERRIGAN:
4    Q.   How old is Fancoli?
5    A.   Same age, I don't know.  I don't
6  remember.
7    Q.   What is Fancoli's last name, or
8  surname?
9    A.   Lecenat.
10    Q.   What is your little sister's name who
11  lives at the house with you at Blue Hills?
12    A.   Jolie Lecenat.
13    Q.   Does anyone else live at the house at
14  Blue Hills with you?
15    A.   But I left the area because too many
16  people are calling me a girlfriend fag, so I
17  left the area.
18    Q.   Who else lives at the house with you
19  at Blue Hills?
20       MR. GARABEDIAN:  Objection.
21    A.   I already told you, my little brother
22  and my little sister.
23  BY MR. KERRIGAN:
24    Q.   Is there anyone else?
25    A.   I have other brothers and sisters that

Page 37

1  don't stay there, and there's also Emmanuel
2  Lecenat who stays at Blue Hills.
3    Q.   Emmanuel Lecenat lives at Blue Hills?
4    A.   Yes.
5    Q.   Does Emmanuel live in the same house
6  as your grandparents and you and your little
7  brother and sister?
8    A.   Yes, he stays at the same house with
9  my grandparents, little brother, and little
10  sister.
11    Q.   Emmanuel is your brother, correct?
12    A.   Yes.
13    Q.   How old is he?
14    A.   I don't remember.
15    Q.   Does anyone else live at the house in
16  Blue Hills?
17    A.   My grandparents, brothers, sister.
18    Q.   Have you told us everybody who lives
19  at the house in Blue Hills with you?
20    A.   Emmanuel, Fancoli, Jolie, Gesner
21  Lecenat.
22    Q.   Gesner, G-E-S-N-E-R, Lecenat?
23    A.   I don't know.
24    Q.   Is Gesner your brother?
25    A.   Yes.

10 (Pages 34 to 37)

Confidential - Subject to Further Confidentiality Review

Page 38

1    Q.   How old is he?
2    A.   I don't remember.
3    Q.   Does anyone else live with you at the
4    house in Blue Hills?
5    A.   I already said no.  Brother, sister,
6    and my grandparents.
7    Q.   What about Frandy Lecenat,
8    F-R-A-N-D-Y?
9    A.   In Santo Domingo.
10   Q.   Is Frandy your brother?
11   A.   Yes.
12   Q.   What does Frandy do in the Dominican
13   Republic?
14   A.   He's installing electricity in houses.
15   Q.   How old is Frandy?
16   A.   I don't know.  I don't remember.
17   Q.   How long has he been an electrician?
18   A.   He learned it in Santo Domingo.  I
19   don't know.
20   Q.   Today he lives in the Dominican
21   Republic?
22   A.   Yes, Santo Domingo.
23   Q.   You have another sister named Ginia,
24   G-I-N-I-A, Lecenat?
25   A.   Yes, another sister.  She's also in

Page 39

1    Santo Domingo -- in the Dominican Republic, I'm
2    sorry.
3    Q.   Does Ginia have a job in the Dominican
4    Republic?
5    A.   No.
6    Q.   How old is Ginia?
7    A.   I don't know.
8    Q.   Do you have any other brothers and
9    sisters that we haven't discussed already?
10   A.   Yes.  I have Caroline.
11   Q.   Where does Caroline live?
12   A.   Piqueline, and Caroline also.
13   Q.   What's Caroline's last name?
14   A.   Lecenat.  And Piqueline Lecenat also.
15   Q.   Where does Caroline live?
16   A.   With her father and son in the
17   Dominican Republic.
18   Q.   Does Caroline have a job?
19   A.   There are small children.
20   Q.   How old?
21   A.   I don't know.
22   Q.   Where does Piqueline Lecenat live?
23   A.   Same place, Dominican Republic.
24   Q.   With her father?
25   A.   Yes.

Page 40

1    Q.   Is she a little child also?
2    A.   Yes.
3    Q.   How old is she?
4    A.   I don't know.
5    Q.   Do you have any other brothers or
6    sisters?
7    A.   No.
8    Q.   Is your father alive?
9    A.   Yes.
10   Q.   What's his name?
11   A.   Lefranc Lecenat.
12   Q.   Where does Lefranc live?
13   A.   Dominican Republic.
14   Q.   In Santo Domingo?
15   A.   Santiago.
16   Q.   Does he have a job?
17   A.   Yes, he's working with the
18   electricity.
19   Q.   Is he an electrician?
20   A.   Electricity.  That's his work.
21   Q.   When you were growing up, was Lefranc
22   living with you at the house in Blue Hills?
23        MR. GARABEDIAN:  Objection.
24   A.   No.
25   BY MR. KERRIGAN:

Page 41

1    Q.   Has Lefranc ever been a part of your
2    life?
3        MR. GARABEDIAN:  Objection.
4    A.   No.
5    BY MR. KERRIGAN:
6    Q.   Has Lefranc ever provided money to
7    support the family in Haiti?
8        MR. GARABEDIAN:  Objection.
9    A.   No.
10   BY MR. KERRIGAN:
11   Q.   Is Lefranc a part of your life today?
12   A.   No.  If he had been there, I don't
13   think Douglas would have abused me.
14   Q.   Why not?
15   A.   He would have been around, and how
16   would have Douglas found me to put his penis in
17   my butt.
18   Q.   Do you receive any kind of money or
19   support from Lefranc?
20   A.   No.
21   Q.   Is your mother still alive?
22   A.   She passed away.
23   Q.   When?
24   A.   I don't remember.
25   Q.   What was her name?

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 42

1    A.   Irene Lamour.
2    Q.   How old was she when she died?
3    A.   I was a child, I don't know.
4    Q.   Did your mother raise you?
5         MR. GARABEDIAN:  Objection.
6    A.   No, she died.  I was a small child.
7    BY MR. KERRIGAN:
8    Q.   Who raised you?
9         MR. GARABEDIAN:  Objection.
10   A.   Well, I was in the streets, I was to
11   throw away trash and wash cars, but then Douglas
12   came and he took me and he said he would give me
13   education so I could be somebody else, so I
14   could help my family and help myself.  But
15   that's not what he had in mind, he just thought
16   about putting his penis in my butt.
17   BY MR. KERRIGAN:
18   Q.   Did your grandmother or grandfather
19   help to raise you when you were living at Blue
20   Hills?
21        MR. GARABEDIAN:  Objection.
22   A.   Well, I was far from them usually
23   because when I was small I stayed in the streets
24   more often.
25   BY MR. KERRIGAN:

Page 43

1    Q.   When you were a young boy,
2    Mr. Lecenat, how many people lived in the house
3    at Blue Hills with you?
4         MR. GARABEDIAN:  Objection.
5    A.   When I was a small boy I lived in the
6    streets.  I told you I wasn't staying in a
7    house.  I spent my whole life in the streets.
8    BY MR. KERRIGAN:
9    Q.   When you were growing up, did you
10   spend your nights at the house in Blue Hills and
11   the days in the streets?
12        MR. GARABEDIAN:  Objection.
13   A.   When I was small, I don't know
14   anything about when I was small.
15   BY MR. KERRIGAN:
16   Q.   Do you recall when you were growing
17   up, did you spend any time sleeping at the house
18   at Blue Hills?
19        MR. GARABEDIAN:  Objection.
20   A.   I was a child, I don't remember.  I
21   was small.
22   BY MR. KERRIGAN:
23   Q.   Do you recall at any time how many
24   people lived at the house in Blue Hills when you
25   were growing up?

Page 44

1    A.   The people I listed are the ones that
2    were in the house.
3    Q.   Was there a time when all of your
4    brothers and sisters lived together at the house
5    at Blue Hills?
6         MR. GARABEDIAN:  Objection.
7    A.   I don't really know, because I didn't
8    really stay in the house, I was always in the
9    street.
10   BY MR. KERRIGAN:
11   Q.   How many rooms did the house in Blue
12   Hills have?
13   A.   Three.
14   Q.   What are those rooms?
15   A.   Three bedrooms, three bedrooms where
16   we put our bodies, we...
17   Q.   On the times when you slept at Blue
18   Hills when you were growing up, did you share a
19   bedroom with your brothers and sisters or other
20   family?
21        MR. GARABEDIAN:  Objection.
22   A.   I can't remember this.  I was a child.
23   I was small.  I was young.
24   BY MR. KERRIGAN:
25   Q.   How about today, do you spend any time

Page 45

1    at the house at Blue Hills?
2         MR. GARABEDIAN:  Objection.
3    A.   For now I've sort of abandoned the
4    area.  I don't go there anymore because
5    everybody is calling me fag, Douglas's
6    girlfriend.  That give me problems.  That makes
7    me feel humiliated, so I just abandoned the
8    area.
9    BY MR. KERRIGAN:
10   Q.   Where do you live today?
11   A.   I don't remember the place.  I don't
12   know.
13   Q.   What city?
14   A.   Cap-Haïtien.
15   Q.   You just live in a different part of
16   Cap-Haïtien?
17   A.   Yes, I just looked for another place
18   to stay.
19   Q.   Do you stay in a house?
20   A.   A little room.
21   Q.   Where?
22   A.   I don't remember where.
23   Q.   Do you live with a friend or a family
24   member?
25   A.   I'm the only one there.

12 (Pages 42 to 45)

Confidential - Subject to Further Confidentiality Review

Page 46

1    Q.   Do you rent this place?
2    A.   I rented it for six months.
3    Q.   How much did it cost you to rent it
4  for six months?
5    A.   2,500 gourdes.
6    Q.   That's Haitian gourdes?
7        MR. KERRIGAN:  The answer is yes.
8        THE INTERPRETER:  Yes.
9  BY MR. KERRIGAN:
10    Q.   How long have you lived at the place
11  that you are renting in Cap-Haïtien?
12        MR. GARABEDIAN:  Objection.
13    A.   A day, one of these days, I don't
14  remember.
15  BY MR. KERRIGAN:
16    Q.   You don't know how long you've been
17  living there?
18        MR. GARABEDIAN:  Objection.
19    A.   I don't remember when I entered --
20  when I went in for the first time.
21  BY MR. KERRIGAN:
22    Q.   When did you leave your neighborhood
23  in Cap-Haïtien because, as you say, people were
24  calling you names?
25    A.   I don't understand the question.

Page 47

1    Q.   You said earlier that you left the
2  Blue Hills area because people were calling you
3  names, correct?
4    A.   Yes.
5    Q.   When did you leave the area?
6    A.   When they started calling me names, I
7  didn't feel well.  When I had too many problems
8  with it, I went to see Cyrus, and I explained it
9  to him.  He gave me a little bit of money so I
10  could find a place to stay.
11    Q.   When was that?
12    A.   I don't remember.
13    Q.   Was it before or after Project Pierre
14  Toussaint closed?
15    A.   When it had closed already, at that
16  time, around that time, so I left the area, and
17  I went to talk to him, and he gave me a little
18  bit of money so I could look for a place, and I
19  stayed there a few months.
20    Q.   Did you go to Cyrus Sibert before or
21  after the Haitian earthquake in 2010?
22        MR. GARABEDIAN:  Objection.
23    A.   Far -- long time after that, around
24  the period, you know, when this was becoming too
25  much, I went to Cyrus Sibert, and I left the

Page 48

1  area because it was too much because people were
2  saying I'm a fag.  That gave me a lot of
3  problems.  I lost my girlfriend, and all these
4  problems.  I went to see him and ask him to
5  please help me.  He helped me, and he gave me a
6  little bit of money so I could find a place to
7  stay.
8  BY MR. KERRIGAN:
9    Q.   Why did you go to Cyrus Sibert?
10        MR. GARABEDIAN:  Objection.
11    A.   I went to see Cyrus because there was
12  too many problems in the neighborhood.  They
13  were calling me too many names, a fag.  There
14  were too many problems, so I went to see him and
15  to explain, ask him if he could help me.  So he
16  helped me, he found a way to help me out.
17  BY MR. KERRIGAN:
18    Q.   Of all the people in Cap-Haïtien, why
19  did you pick Cyrus Sibert to go to?
20        MR. GARABEDIAN:  Objection.
21    A.   Because I knew he was the one who
22  could help me.
23  BY MR. KERRIGAN:
24    Q.   Why did you think that Cyrus Sibert
25  could help you?

Page 49

1    A.   It's a person who has a good heart,
2  he's very sensitive, and he -- if he can help
3  you, he will find a way to help you out.
4    Q.   Had you ever gone to Cyrus Sibert
5  before this with any problems?
6        MR. GARABEDIAN:  Objection.
7    A.   I had spoken to him already.
8  BY MR. KERRIGAN:
9    Q.   Did you go to Cyrus Sibert because you
10  heard that he would help people who were abused
11  by Doug Perlitz?
12        MR. GARABEDIAN:  Objection.
13    A.   Yes, I met him because of that,
14  because I was abused.
15  BY MR. KERRIGAN:
16    Q.   Where did you hear that?
17        MR. GARABEDIAN:  Objection.
18    A.   I didn't hear that.  I don't remember.
19  BY MR. KERRIGAN:
20    Q.   Did you hear it on Sibert's radio
21  program?
22    A.   Just there was a guy at the Village,
23  and he was looking for people, for names, he had
24  a list, I had put my name on that list, and we
25  brought it to Cyrus.

13 (Pages 46 to 49)

Confidential - Subject to Further Confidentiality Review

Page 50

1    Q.   Who was the person that had the list
2  at the Village?
3    A.   One of the guys from the Village.
4    Q.   What was his name?
5    A.   I don't remember his name.  Jean-Gary,
6  Jean-Gary.
7    Q.   You put your name on the list?
8    A.   Yes, I put my name on the list.
9    Q.   Did you see, were there other names on
10  the list?
11    A.   I wasn't looking.  I just put my name.
12    Q.   Do you know how many other names were
13  on the list?
14    A.   I just put my name on the list.  I
15  wasn't checking.
16    Q.   What did Jean-Gary tell you about the
17  list?
18       MR. GARABEDIAN:  Objection.
19    A.   The kids who were in the Village, all
20  the kids in the Village should put their name on
21  it.
22  BY MR. KERRIGAN:
23    Q.   All the kids in the Village?
24    A.   Yes, if you were in the Village, he
25  didn't need to know anything else, you just put

Page 51

1  your name on it.
2    Q.   When you put your name on the list,
3  Mr. Lecenat, was that before or after PPT
4  closed?
5       MR. GARABEDIAN:  Objection.
6    A.   It had already shut down.  It wasn't
7  open anymore.
8  BY MR. KERRIGAN:
9    Q.   When you put your name on the list,
10  Mr. Lecenat, was that before or after the
11  Haitian earthquake?
12    A.   I don't remember.
13    Q.   You said that Cyrus Sibert gave you
14  money.  How much?
15    A.   $300.
16    Q.   United States dollars?
17    A.   Yes.
18    Q.   Can you remember when you got that
19  money from Cyrus Sibert?
20    A.   I just went to get it, just to get it.
21  I asked and he gave it to me.
22    Q.   Other than the 300 US dollars, did you
23  get any more money from Cyrus Sibert at any
24  time?
25       MR. GARABEDIAN:  Objection.

Page 52

1    A.   No.
2  BY MR. KERRIGAN:
3    Q.   Did you get any kind of clothes, or
4  any kind of materials, or any gifts from Cyrus
5  Sibert at any time?
6    A.   No.
7    Q.   Did you get anything from Cyrus Sibert
8  at any time other than the 300 US dollars?
9    A.   He just gave me $300 so I could find a
10  place to sleep, to find clothes, and to find
11  food, and to go to the hospital also.
12    Q.   And did you discuss your case with
13  Cyrus Sibert when you got the $300 from him?
14       MR. GARABEDIAN:  Objection.
15    A.   No.
16  BY MR. KERRIGAN:
17    Q.   Did you tell Cyrus Sibert that you had
18  been abused by Doug Perlitz?
19    A.   Just to tell him -- I just went to see
20  him and told him I have problems, if he could
21  help me to please help me.
22    Q.   Did you tell him about the problems
23  with people calling you names like Mrs. Douglas
24  and faggot?
25    A.   Yeah, because I have problems with my

Page 53

1  head, just problems in general because people
2  were calling me fag, Douglas's girlfriend, if he
3  could help me, I want to find a place to stay,
4  to buy clothes, to find food, and also to go to
5  the hospital because my butt was hurting at that
6  time.
7    Q.   Did you talk about anything else with
8  Cyrus Sibert at the time that you asked him for
9  help?
10       MR. GARABEDIAN:  Objection.
11    A.   No.
12  BY MR. KERRIGAN:
13    Q.   Do you know why Cyrus Sibert would
14  give you money?
15       MR. GARABEDIAN:  Objection.
16    A.   Just I told him I have a problem, and
17  he helped me the best as he could.
18  BY MR. KERRIGAN:
19    Q.   Did Cyrus Sibert give money to anyone
20  else in Cap-Haïtien that you know about?
21    A.   No, I don't know.
22    Q.   Mr. Lecenat, do you plan to stay at
23  the place where you're staying now for the
24  future?
25       MR. GARABEDIAN:  Can we take a break

14 (Pages 50 to 53)

Confidential - Subject to Further Confidentiality Review

Page 54

1  when you finish?
2      MR. KERRIGAN:  Sure, let's just get an
3  answer.
4      MR. GARABEDIAN:  Objection.
5  A.  I don't understand the question.
6  BY MR. KERRIGAN:
7  Q.  Okay.  Right now you're living in a
8  rental place in Cap-Haïtien, correct?
9  A.  Yes, I rented it for six months.
10  Q.  Do you plan to stay there after the
11  six-month rental is over?
12  A.  Well, the place I am now, that's where
13  I should stay, because I don't have money, and
14  after the six-month period is over I don't know
15  where I'll be staying.
16  Q.  Mr. Lecenat, your attorney has asked
17  for a break, so we're going to take a brief
18  break.  Okay?
19      MR. GARABEDIAN:  Thank you.
20      THE VIDEOGRAPHER:  Going off the
21  record.  The time is 10:58.
22      (Whereupon, a recess was taken.)
23      THE VIDEOGRAPHER:  Back on the record.
24  The time is 11:13.
25  BY MR. KERRIGAN:

Page 55

1  Q.  Mr. Lecenat, we're back from a break,
2  and you're still under oath.  Do you understand
3  that?
4  A.  Yes.
5  Q.  Okay.  Before we took the break, you
6  said that Cyrus Sibert gave you 300 US dollars
7  to get things like food, clothing, and hospital
8  care, correct?
9      MR. GARABEDIAN:  Objection.
10  A.  And also to find a place to stay.
11  BY MR. KERRIGAN:
12  Q.  Okay.  Did you use that money to buy
13  food?  Yes or no.
14  A.  What was more necessary for me was to
15  find a place to stay, to sleep.
16  Q.  Okay.  So you used the money to help
17  find a place to sleep, correct?
18  A.  Find a place to sleep, find food, go
19  to the hospital, and find -- and buy clothes,
20  some clothes.
21  Q.  Did you use some of the money that
22  Cyrus Sibert gave you to find a place to sleep?
23  Yes or no.
24  A.  Yes.
25  Q.  Okay.  Did you use some of the money

Page 56

1  to buy food?  Yes or no.
2  A.  Yes.
3  Q.  Did you use some of the money to buy
4  clothes?
5  A.  Yes.
6  Q.  Did you use some of the money to get
7  hospital care?
8  A.  Yes.
9  Q.  Why did you go to the hospital for
10  hospital care?
11  A.  Because my butt was hurting.  Since
12  Douglas put his penis in my butt, from time to
13  time my butt hurts.  I've been suffering from
14  that for a long time, up until now.
15  Q.  Which hospital did you go to,
16  Mr. Lecenat?
17  A.  Justinian.
18  Q.  Did you see a doctor?
19  A.  No, a nurse.  I talked to a nurse.
20  Q.  What was the nurse's name?
21  A.  I don't remember.
22  Q.  What did you tell the nurse?
23  A.  I explained to her what had happened
24  to me.  I told her it was a white guy who -- he
25  promised to give me education, he took me for --

Page 57

1  to give me education so that I would become
2  someone in the future.  But that wasn't true.
3  He just wanted to put his penis in my butt.  So
4  he just took me just to put his penis in my
5  butt.
6      She told me don't be discouraged, she
7  would help me from time to time to find some
8  medication.
9  Q.  Did the nurse say anything else to
10  you?
11  A.  She just said "don't be discouraged,
12  don't give yourself any problems."  She was
13  going to help me as best as she could.  She
14  would give me a little bit of medication, but I
15  don't have money to buy it, but that's what she
16  said.
17  Q.  Did the nurse examine you?
18  A.  I don't understand.
19  Q.  Did the nurse look at your buttocks?
20      MR. GARABEDIAN:  Objection.
21  A.  No, she saw me crying, and I told her
22  my butt hurt, so she gave me some advice, and
23  she prescribed me a bunch of medicine so I could
24  find a little bit of -- I could feel better.
25  BY MR. KERRIGAN:

15 (Pages 54 to 57)

Confidential - Subject to Further Confidentiality Review

Page 58

1     Q.   At any point -- I'm sorry.
2          THE INTERPRETER:  That's it, feel
3    better.
4     Q.   At any point while you were talking to
5    this nurse, Mr. Lecenat, did you take your pants
6    off so the nurse could look at what you claim
7    was hurting?
8          MR. GARABEDIAN:  Objection.
9     A.   No.
10   BY MR. KERRIGAN:
11    Q.   Did you fill out any paperwork when
12   you went to the Justinian Hospital to be seen by
13   the nurse?
14    A.   No, I just spoke to the nurse, and she
15   understood.
16    Q.   The nurse gave you a prescription for
17   medication, you said.  What kind of medication?
18    A.   I don't remember.
19    Q.   Did you ever get that medication?
20    A.   I don't have any money to buy the
21   medication.
22    Q.   What about the money that Cyrus Sibert
23   gave you?
24    A.   It wasn't enough.
25    Q.   Did you give any of the money that you

Page 59

1    got from Cyrus Sibert to the nurse or to
2    Justinian Hospital?
3     A.   Just it could buy a little bit of the
4    medicine, but it wasn't enough to buy what I
5    needed, the ones I needed.
6     Q.   So you spent some of the money you got
7    from Cyrus Sibert at the Justinian Hospital,
8    correct?
9          MR. GARABEDIAN:  Objection.
10    A.   I bought medicine with some of the
11   money that Cyrus gave me, but I didn't pay the
12   hospital.
13   BY MR. KERRIGAN:
14    Q.   Who did you pay for the medicine?
15    A.   Just had the paper in my hand, I just
16   went to a pharmacy, I bought the ones I could
17   buy, and the ones I couldn't, I just left them.
18    Q.   Where was the pharmacy?
19    A.   The pharmacy inside the hospital
20   itself.
21    Q.   The pharmacy at Justinian Hospital?
22    A.   Yes.
23    Q.   Were you given pills, or cream, or
24   something else from the pharmacy at Justinian
25   Hospital?

Page 60

1          MR. GARABEDIAN:  Objection.
2     A.   Just the ones I could buy I bought.
3    The money wasn't enough.  I just bought a few
4    pills so I could find some -- so I could feel
5    better, some relief, so I could find some
6    relief.
7    BY MR. KERRIGAN:
8     Q.   How many pills?
9     A.   I don't remember.
10    Q.   Did you take the pills?
11    A.   Yes, I had them.
12    Q.   How long did you take the pills for?
13         MR. GARABEDIAN:  Objection.
14    A.   I don't remember how long.
15   BY MR. KERRIGAN:
16    Q.   Did you take the pill once a day,
17   twice a day, three times a day, something else?
18         MR. GARABEDIAN:  Objection.
19    A.   I don't remember how long, just that I
20   took them.
21   BY MR. KERRIGAN:
22    Q.   Did the pills help with the pain that
23   you were feeling in your buttocks?
24    A.   I felt a little bit of relief, but...
25    Q.   But what?

Page 61

1     A.   Because up to now it still hurts.
2     Q.   And we'll come back to that,
3    Mr. Lecenat.  For now, I just want to see if you
4    had any other hospital visits apart from the
5    visit you just told us all about --
6          MR. GARABEDIAN:  Objection.
7    BY MR. KERRIGAN:
8     Q.   -- after PPT closed.
9     A.   That's the only time I went to the
10   hospital.
11    Q.   Mr. Lecenat, when you went to the
12   Justinian Hospital, was that after the Haitian
13   earthquake?
14         MR. GARABEDIAN:  Objection.
15    A.   The month that just went by.
16   BY MR. KERRIGAN:
17    Q.   Okay.
18    A.   Last month.
19    Q.   So you went to the Justinian Hospital
20   and talked to the nurse last month, is that
21   correct?
22    A.   Yes.
23    Q.   Does that mean that Cyrus Sibert gave
24   you the money for the hospital last month as
25   well?

16 (Pages 58 to 61)

Confidential - Subject to Further Confidentiality Review

Page 62

1          MR. GARABEDIAN:  Objection.
2          A.   I explained to him the problem and he
3  helped me, for everything, so I could eat, find
4  a place I could sleep, and I could go to the
5  hospital, I could buy a shirt to put on,
6  T-shirt.
7  BY MR. KERRIGAN:
8          Q.   Did you get the money from Cyrus
9  Sibert last month?
10          MR. GARABEDIAN:  Objection.
11          A.   That's what I just said.
12  BY MR. KERRIGAN:
13          Q.   Okay.  Is the shirt that you're
14  wearing today a shirt that you bought with money
15  from Cyrus Sibert?
16          A.   No.
17          Q.   Are any of the clothes you're wearing
18  today bought with money you received from Cyrus
19  Sibert?
20          MR. GARABEDIAN:  Objection.
21          A.   Yes, the tennis shoes.
22  BY MR. KERRIGAN:
23          Q.   What brand are the tennis shoes?
24          MR. GARABEDIAN:  Objection.
25          A.   When I buy I don't look at the brands,

Page 63

1  I just try them on, and then I buy them.
2  BY MR. KERRIGAN:
3          Q.   Whatever feels comfortable?
4          A.   Yeah, I buy it.  It's good for me, so
5  I buy it.
6          Q.   Okay.  Mr. Lecenat, does Jean-Gary
7  also use the name Schoubert Hedouville?
8          MR. KERRIGAN:  I'm handing a spelling
9  to the translator to help her translate.
10          A.   They call him Schoubert also.
11          MR. KERRIGAN:  For the record and for
12  counsel, the little sticky I handed is spelled
13  S-C-H-O-U-B-E-R-T, H-E-D-O-U-V-I-L-L-E.
14          MR. GARABEDIAN:  Whose handwriting is
15  that?
16          MR. FOLKMAN:  It's my handwriting.
17          MR. GARABEDIAN:  Attorney Folkman's?
18          MR. FOLKMAN:  Yes.
19  BY MR. KERRIGAN:
20          Q.   Mr. Lecenat, have you ever been
21  arrested?
22          A.   Just once.
23          Q.   When was that?
24          MR. GARABEDIAN:  Objection.
25          A.   I had just done my hair, I was playing

Page 64

1  ball, and the police came in the area, they took
2  me in.  I spent 26 days.
3  BY MR. KERRIGAN:
4          Q.   Why were you arrested?
5          A.   Because of my hairdo.
6          Q.   When you say you spent 26 days, do you
7  mean 26 days in jail?
8          A.   Yes.
9          Q.   Where was the jail?
10          A.   At Cap-Haïtien.
11          Q.   What district or area of Cap-Haïtien
12  was the jail?
13          MR. GARABEDIAN:  Objection.
14          A.   Inside the city.
15  BY MR. KERRIGAN:
16          Q.   Do you know what street?
17          A.   I don't remember.
18          Q.   Did anyone ever tell you why you were
19  arrested?
20          A.   No, they never -- I never had a trial.
21          Q.   Did anyone tell you why you were
22  arrested?
23          A.   No.
24          Q.   Why do you think you were arrested
25  because of your hairstyle?

Page 65

1          A.   The way my hairdo made me -- that gave
2  them some problems, and I spent 26 days in
3  prison.
4          Q.   Why do you think your hairdo gave them
5  problems?
6          MR. GARABEDIAN:  Objection.
7          A.   Because there were many of us on the
8  field, we were all playing, but there were just
9  three of us who had done our hair that way.  But
10  there were other people there, but they took me.
11  So that's why I think they put me in jail
12  because of my hair.
13  BY MR. KERRIGAN:
14          Q.   What do you think it was about your
15  hair that led to your being arrested?
16          MR. GARABEDIAN:  Objection.
17          A.   I shaved all this part and I left that
18  part (indicating).
19  BY MR. KERRIGAN:
20          Q.   You shaved the sides of your head and
21  you left the hair on the top of your head there?
22          A.   Yes.
23          Q.   Does that kind of a haircut indicate
24  any kind of membership maybe in a gang in
25  Cap-Haïtien?

17 (Pages 62 to 65)

Confidential - Subject to Further Confidentiality Review

Page 66

```
 1              MR. GARABEDIAN:  Objection.
 2       A.   I don't know.  I don't know.
 3   BY MR. KERRIGAN:
 4       Q.   And you know nothing else about why
 5   you were arrested, is that correct?
 6       A.   Just for that.
 7       Q.   Did the police hurt you in any way
 8   when you were arrested?
 9       A.   Yeah, they threw me in the car.
10       Q.   Did the police hurt you in any way
11   during the term of your arrest?
12              MR. GARABEDIAN:  Objection.
13       A.   I don't understand.
14   BY MR. KERRIGAN:
15       Q.   When you were thrown in the car, as
16   you describe it, did you hurt any part of your
17   body?
18              MR. GARABEDIAN:  Objection.
19       A.   Yeah, I hit myself.
20   BY MR. KERRIGAN:
21       Q.   Where?
22       A.   Inside the car when they threw me in.
23       Q.   I'm sorry.
24            What part of the body hit the car?
25       A.   My back.
```

Page 67

```
 1       Q.   Did you hurt any other part of your
 2   body when you were thrown in the car?
 3       A.   No, the way I fell, I fell on my back.
 4       Q.   Were you abused in any way while you
 5   were in jail for 26 days?
 6              MR. GARABEDIAN:  Objection.
 7       A.   They just arrested me.
 8   BY MR. KERRIGAN:
 9       Q.   Were you fed each day you were in jail
10   for those 26 days?
11              MR. GARABEDIAN:  Objection.
12       A.   They give you food twice a day, but
13   bad food.
14   BY MR. KERRIGAN:
15       Q.   Did you fill out or sign any paperwork
16   in connection with your arrest?
17              MR. GARABEDIAN:  Objection.
18       A.   No.
19   BY MR. KERRIGAN:
20       Q.   Did you know the names of the officers
21   who arrested you?
22       A.   No.
23       Q.   Was it Cap-Haïtien police that
24   arrested you?
25              MR. GARABEDIAN:  Objection.
```

Page 68

```
 1       A.   Yes.
 2   BY MR. KERRIGAN:
 3       Q.   It wasn't the National Police that
 4   arrested you, correct?
 5       A.   National Police?
 6       Q.   Military.
 7       A.   Just the Haitian Police.  I don't
 8   know.
 9       Q.   Were you arrested at any other time
10   other than this time you just told me about?
11       A.   No.
12       Q.   Have you ever done drugs, Mr. Lecenat?
13              MR. GARABEDIAN:  Objection.
14       A.   I don't understand.
15   BY MR. KERRIGAN:
16       Q.   Have you ever sniffed paint thinner?
17       A.   No.  I drink alcohol, and I smoke
18   cigarettes.
19       Q.   You've never sniffed paint thinner, is
20   that correct?
21       A.   No.  I just drink alcohol.  Because of
22   the sexual abuse that Douglas did on me, I just
23   feel I have to smoke and drink alcohol to find a
24   little bit of relief, and to drop my body
25   somewhere, so that sleep takes me away and I
```

Page 69

```
 1   don't think.
 2       Q.   At any point in your life,
 3   Mr. Lecenat, have you sniffed paint thinner?
 4              MR. GARABEDIAN:  Objection.
 5       A.   No, since Douglas put his penis in my
 6   butt, then I feel -- then I started drinking
 7   alcohol, local alcohol, kleren, and smoking
 8   cigarettes, and I think about -- sometimes about
 9   just jumping in the sea so I don't think.
10   BY MR. KERRIGAN:
11       Q.   Mr. Lecenat, I'm going to ask you the
12   question again, and I'm just going to ask you to
13   listen to just my question and try to answer
14   just my question as best you can.  Okay?
15       A.   Could you allow me to answer the
16   questions the way I do?
17       Q.   Absolutely.
18            And the question is, at any point in
19   your life, have you sniffed paint thinner?
20              MR. GARABEDIAN:  Objection.
21       A.   No.
22   BY MR. KERRIGAN:
23       Q.   Okay.  Thank you.
24            Do you know what marijuana is?
25       A.   I don't know what it is.  I don't
```

18 (Pages 66 to 69)

Confidential - Subject to Further Confidentiality Review

Page 70

1  understand.
2     Q.   Do you know what Cocaine is?
3     A.   No, I don't know.
4     Q.   Do you know what heroin is?
5     A.   I don't know.
6     Q.   Apart from the alcohol and smoking
7  cigarettes, have you taken any other kind of
8  alcohol or drugs that you haven't mentioned?
9        MR. GARABEDIAN:  Objection.
10    A.   Just local alcohol and cigarettes.
11 BY MR. KERRIGAN:
12    Q.   What kind of alcohol?
13    A.   Kleren, Haitian alcohol.
14    Q.   What is Haitian alcohol?
15    A.   With sugarcane.
16    Q.   Do you purchase that alcohol?
17    A.   Yes, I drink it a lot.
18    Q.   And you have to buy it, correct?
19       MR. GARABEDIAN:  Objection.
20    A.   Why do I have to buy this is because I
21 don't get respect.  Since Douglas did that to
22 me, I feel that I need to drink alcohol and
23 smoke cigarettes.  It's because this dominates
24 me.  I can't walk in the streets, people there
25 disrespect me.  I have no value in this society.

Page 71

1  BY MR. KERRIGAN:
2     Q.   Mr. Lecenat, when did you start
3  drinking alcohol?
4     A.   Ever since Douglas abused me, he put
5  his penis in my butt.
6     Q.   When did you start smoking?
7     A.   Since Douglas put his penis in my
8  butt.
9     Q.   You never drank or smoked before?
10    A.   No, I never drank or smoked before
11 that.
12    Q.   Mr. Lecenat, are you employed?  Do you
13 have a job?
14    A.   No.
15    Q.   Have you ever had a job?
16    A.   No.  When I go look for a job, they
17 tell me I'm a fag, I stick around where fags
18 are, so I feel humiliated.  I have no value.
19    Q.   Did you ever have a job before you
20 were abused by Mr. Perlitz?
21    A.   Yeah, I used to be in the Village and
22 I used to work there, they used to give me 50
23 gourdes every Saturday when I was at the
24 Village.
25    Q.   For doing what?

Page 72

1     A.   Wash dishes, sweep the floor with a
2  mop and with a broom.
3     Q.   Did you do any other chores at the
4  Village?
5     A.   Yes.  Wash cooking pots, and all these
6  things I used to do.
7     Q.   Did you have any other job at any
8  point in your life besides the job at the
9  Village?
10    A.   No.
11    Q.   When you were working at the Village,
12 who paid you the 50 gourdes every Saturday?
13    A.   Robenson was in charge of the money,
14 so he was the one who gave me the money.
15    Q.   Was Robenson in charge of the Village?
16    A.   After Douglas, he was the one.
17    Q.   What did you call Robenson when he was
18 working at the Village?
19       MR. GARABEDIAN:  Objection.
20    A.   Master Robenson.
21 BY MR. KERRIGAN:
22    Q.   Okay.  And as you understood it, at
23 the Village, Doug was in charge and Master
24 Robenson was under Doug, is that correct?
25       MR. GARABEDIAN:  Objection.

Page 73

1     A.   Yes.
2  BY MR. KERRIGAN:
3     Q.   Mr. Lecenat, when did you first go to
4  school as a young child?
5     A.   In 13th Street.
6     Q.   Okay.  Was 13th Street the first time
7  you had ever gone to school?
8     A.   Yes, it was the first time.
9     Q.   Okay.  Now, Mr. Lecenat, you and I
10 have been using certain names like Project
11 Pierre Toussaint and PPT.  Do you understand
12 when I say "PPT," I'm talking about Project
13 Pierre Toussaint?
14       MR. GARABEDIAN:  Objection.
15    A.   Yes.
16 BY MR. KERRIGAN:
17    Q.   Okay.  Was 13th Street a part of PPT?
18    A.   Yes.
19    Q.   How did you hear about 13th Street?
20    A.   Because I went by there, I went there,
21 and they sent me to PPT.
22    Q.   Who sent you to PPT?
23    A.   People in charge.
24    Q.   How did you first hear about PPT?
25    A.   When they sent me there.

19 (Pages 70 to 73)

Confidential - Subject to Further Confidentiality Review

Page 74

1     Q.   Did your grandparents send you to PPT?
2     A.   No.
3     Q.   Who sent you to PPT?
4     A.   I was in 13th Street, my behavior,
5   they sent me to PPT.
6     Q.   How did you hear about 13th Street
7   Center?
8     A.   I was in the streets, I would always
9   go by.  Yes.
10     Q.   When you first heard about the 13th
11   Street Center, Mr. Lecenat, how old were you?
12         MR. GARABEDIAN:  Objection.
13     A.   I don't remember.
14   BY MR. KERRIGAN:
15     Q.   When did you first go to the 13th
16   Street Center?
17     A.   I don't understand the question.
18     Q.   When you first went to the 13th Street
19   Center, how old were you?
20     A.   I don't remember.
21     Q.   When you were living in the street
22   before going to the 13th Street Center,
23   Mr. Lecenat, what was it like living in the
24   street?  Describe that for us, please.
25         MR. GARABEDIAN:  Objection.

Page 75

1     A.   I was in the streets.  I was with a
2   group of children all together, and sometimes we
3   slept in the streets, I slept in the street.
4   One day I went by the gate, and they let us go
5   in, inside.  There were a bunch of children in
6   there, so I went there every day, that's how --
7   that's how it was.
8   BY MR. KERRIGAN:
9     Q.   Do you -- strike that.
10         Who did you hang out with on the
11   streets back then?  What were the names?
12         MR. GARABEDIAN:  Objection.
13     A.   I don't remember their names.
14   BY MR. KERRIGAN:
15     Q.   When you first went to 13th Street
16   after the gate was opened for you, how long did
17   you attend 13th Street Center?
18     A.   2002, 2003.
19     Q.   Okay.
20     A.   To 2003.
21     Q.   And how old would you have been in
22   2002 or 2003?
23     A.   I don't remember.  I don't remember.
24     Q.   Okay.  Is it correct that you began
25   going to 13th Street Center in about 2002?

Page 76

1     A.   2002, from 2002 to 2003.
2     Q.   Thank you.
3         At the 13th Street Center, tell me
4   what daily routine was, the daily activities
5   there.
6         MR. GARABEDIAN:  Objection.
7     A.   You're talking about 13th Street?
8   BY MR. KERRIGAN:
9     Q.   That's correct.
10     A.   Well, we used to play ball.  In the
11   morning we used to take a shower, to wash, to
12   eat, around 11:00 o'clock we ate, at noon, then
13   we went to school.
14     Q.   What time in the morning would you
15   arrive usually at 13th Street Center?
16     A.   5:00 a.m., 9, 8, 10.
17     Q.   Sometime in the morning?
18     A.   Yes, in the morning.  In the morning
19   when I come by foot.
20     Q.   When you came in the morning to the
21   13th Street Center, would somebody let you in by
22   opening the gate?
23     A.   Yes, there was a security guard.
24     Q.   What was his name?
25     A.   I don't remember his name.

Page 77

1     Q.   Did you have any kind of an
2   identification card to get into 13th Street?
3     A.   No.
4     Q.   Did you give your name or any
5   information to the people at 13th Street?
6     A.   They knew my name.
7     Q.   Did you give them your name?
8     A.   I told them my name.
9     Q.   Did you give them the name Geffrard
10   Lecenat?
11     A.   Yes.
12     Q.   Did you give the people at 13th Street
13   any other name at any time?
14     A.   Geffrard Lecenat, that's how -- that
15   was my name.
16     Q.   After the security guard let you into
17   the 13th Street Center, usually, usually,
18   Mr. Lecenat, what would you do?
19         MR. GARABEDIAN:  Objection.
20   BY MR. KERRIGAN:
21     Q.   What would be next?
22     A.   When I went inside, then I went to
23   wash, I went to wash, and then after -- and then
24   I went to eat breakfast, and then I went to play
25   football.  At 11 they gave us food again, and at

Confidential - Subject to Further Confidentiality Review

Page 78

1    noon I went to school.
2        Q.   Were you given a uniform to wear at
3    13th Street Center?
4            MR. GARABEDIAN:  Objection.
5        A.   Yes, pants, short -- shorts, blue
6    shorts and a red T-shirt.
7    BY MR. KERRIGAN:
8        Q.   Did you have a locker?
9        A.   No, they were all piled up together.
10   When you get there, just take one when school is
11   -- when there's school.
12       Q.   When you came to the 13th Street
13   Center on any given day, would you be searched
14   by security?
15       A.   Yes, he used to search me to see if I
16   have any blades.
17       Q.   Did security ever find any blades on
18   you?
19       A.   No.
20       Q.   Did security ever take any weapons
21   from you?
22       A.   No.
23       Q.   Did security ever take any drugs from
24   you?
25       A.   No.

Page 79

1        Q.   After you ate lunch at the 13th Street
2    Center, usually what would you do next?
3        A.   At noon I went to school.
4        Q.   What did you study at school?
5            MR. GARABEDIAN:  Objection.
6        A.   What I used to learn?  Education.
7    BY MR. KERRIGAN:
8        Q.   What subjects?
9            MR. GARABEDIAN:  Objection.
10       A.   Ms. Merline in first year used to
11   teach us every subject.
12   BY MR. KERRIGAN:
13       Q.   Which subjects would Madam Merline
14   teach you?
15           MR. GARABEDIAN:  Objection.
16       A.   All first year books, those ones.
17   BY MR. KERRIGAN:
18       Q.   Would she teach you math?
19       A.   Everything.
20       Q.   Would she teach you English?
21       A.   No.
22       Q.   Would she teach you Creole?
23       A.   Yes.
24       Q.   Would she teach you science?
25       A.   Yes.

Page 80

1        Q.   Would she teach you history?
2        A.   Yes.
3        Q.   Would she teach you religion?
4        A.   Yes.
5        Q.   What else would she teach you?
6            MR. GARABEDIAN:  Objection.
7        A.   The things I just said.
8    BY MR. KERRIGAN:
9        Q.   Anything else?
10       A.   What you said.
11       Q.   Did you have any other teachers at the
12   13th Street Center apart from Ms. Merline?
13       A.   Ms. Margarita, she was teaching the
14   second year students.
15       Q.   Were you ever a second year student?
16       A.   Yes.
17       Q.   Did you stay back and do the first
18   year twice?
19           MR. GARABEDIAN:  Objection.
20       A.   I did the second year, but the way
21   they were working with me wasn't correct, so I
22   did again the first year at the Village.
23   BY MR. KERRIGAN:
24       Q.   Okay.  Tell me what Madam Margarita
25   taught you in your second year at the 13th

Page 81

1    Street Center.
2        A.   Same thing, she taught all subjects.
3        Q.   The same subjects as Ms. Merline
4    taught you?
5        A.   Yes, she did all of them.
6        Q.   Did you have any other teachers at the
7    13th Street Center?
8            MR. GARABEDIAN:  Objection.
9        A.   I don't remember their names.  There
10   were many, but I don't remember their names.
11   BY MR. KERRIGAN:
12       Q.   Okay.  Were these other teachers
13   Haitian teachers?
14       A.   Yes.
15       Q.   How many other Haitian teachers were
16   there?
17       A.   I don't remember.
18       Q.   Were all the classes taught in Creole?
19       A.   I don't understand.
20       Q.   When you were taking classes at the
21   13th Street Center, you only spoke Creole,
22   correct, Mr. Lecenat?
23       A.   All the subjects.
24       Q.   When you spoke to your teachers at the
25   13th Street Center and they spoke to you, you

21 (Pages 78 to 81)

Confidential - Subject to Further Confidentiality Review

Page 82

1    all spoke in Creole, correct?
2         A.   Yes.
3         Q.   There was no English spoken there?
4         A.   No.
5         Q.   Were there any members of the staff at
6    the 13th Street Center that you can remember,
7    apart from the teachers that you told us about?
8         A.   Yes, there was Andy.  Andy was there.
9         Q.   Who was Andy?
10        A.   A white guy.
11        Q.   What did Andy do at 13th Street
12   Center?
13        A.   He was in charge.
14        Q.   Was he American?
15        A.   Yes.
16        Q.   Were there any other white people at
17   the 13th Street Center that you saw when you
18   were there who worked at 13th Street Center?
19             MR. GARABEDIAN:  Objection.
20        A.   There were other white people, but I
21   don't remember.
22   BY MR. KERRIGAN:
23        Q.   Did Andy speak Creole?
24        A.   Yes, a lot.
25        Q.   Were there any other staff at the 13th

Page 83

1    Street Center that you can remember?
2             MR. GARABEDIAN:  Objection.
3         A.   I don't remember their names.
4    BY MR. KERRIGAN:
5         Q.   Did you have any friends at the 13th
6    Street Center?
7         A.   Yeah, all the kids inside were my
8    friends.  We were all in the same place.
9         Q.   What are the names of your friends at
10   the 13th Street Center?
11        A.   I don't remember their names.  I don't
12   remember.
13        Q.   Do you remember the names of any of
14   your friends at the 13th Street Center?
15        A.   I don't remember them.
16        Q.   Do you stay in touch with any of your
17   friends from the 13th Street Center today?
18             MR. GARABEDIAN:  Objection.
19        A.   No.
20   BY MR. KERRIGAN:
21        Q.   Mr. Lecenat, when you were at the 13th
22   Street Center between 2002 or 2003, did you ever
23   see any visitors come to the 13th Street Center?
24             MR. GARABEDIAN:  Objection.
25        A.   Douglas came by often, because after

Page 84

1    him it was Andy.  Douglas always came by.
2    BY MR. KERRIGAN:
3         Q.   How often would Douglas Perlitz come
4    by the 13th Street Center?
5         A.   I don't remember.
6         Q.   Would Douglas visit the 13th Street
7    Center every day?
8         A.   I don't remember.
9         Q.   Was it your understanding,
10   Mr. Lecenat, that Douglas was in charge of 13th
11   Street and Andy was underneath Douglas?
12             MR. GARABEDIAN:  Objection.
13        A.   Yes.  Yes, it was the same project.
14   BY MR. KERRIGAN:
15        Q.   Were there rules at the 13th Street
16   Center?
17             MR. GARABEDIAN:  Objection.
18        A.   Yeah, there were principles.  There's
19   nowhere where you don't have principles.
20   BY MR. KERRIGAN:
21        Q.   Who made the rules or principles at
22   the 13th Street Center?
23        A.   Teachers, they always made principles
24   on how -- on how we were supposed to behave.
25        Q.   Did anyone else visit the 13th Street

Page 85

1    Center while you were there apart from Doug
2    Perlitz?
3             MR. GARABEDIAN:  Objection.
4         A.   Douglas used to come by often.
5    BY MR. KERRIGAN:
6         Q.   Did you ever talk to Douglas when he
7    visited the 13th Street Center?
8         A.   No.
9         Q.   Did Douglas speak Creole?
10        A.   A lot.
11        Q.   Did Douglas ever speak to the students
12   at the 13th Street Center as a group?
13        A.   I don't know if he did when I wasn't
14   there, but he didn't used to do that.
15        Q.   What did you see Doug doing when he
16   visited the 13th Street Center?
17             MR. GARABEDIAN:  Objection.
18        A.   When he used to come, I wasn't looking
19   at him.
20   BY MR. KERRIGAN:
21        Q.   So you don't know what Douglas Perlitz
22   did when he visited the 13th Street Center, is
23   that correct?
24        A.   I don't know.  I don't know.
25        Q.   Apart from Douglas, did you ever see

22 (Pages 82 to 85)

Confidential - Subject to Further Confidentiality Review

Page 86

1 anyone else visit the 13th Street Center while
2 you were there?
3    A.   I already said I didn't, no.
4    Q.   Okay.
5        THE INTERPRETER:  I didn't, no.
6    Q.   Apart from Douglas Perlitz, did you
7 see any other white people visit the 13th Street
8 Center?
9        MR. GARABEDIAN:  Objection.
10    A.   No, just the Village, when I was at
11 PPT I used to see white people.  There were
12 white people, I used to see them.
13 BY MR. KERRIGAN:
14    Q.   Okay.  We'll get to the Village in a
15 minute.  Stay with me on 13th Street Center.
16        Is it correct to say that you never
17 saw any other white people visit the 13th Street
18 Center other than Douglas?
19        MR. GARABEDIAN:  Objection.
20    A.   I told you, when I'm there, I was used
21 to seeing Douglas.  I don't know when I was not
22 there.  But I was used to seeing Douglas.
23 BY MR. KERRIGAN:
24    Q.   Sure.  And I'm asking you only what
25 you saw when you were there, Mr. Lecenat.

Page 87

1        Apart from Douglas, did you ever see
2 any white people visit the 13th Street Center?
3    A.   I just -- I answered the question
4 already.
5    Q.   Okay.  And the answer is you did not
6 see any white people other than Doug Perlitz at
7 the 13th Street Center, correct?
8        MR. GARABEDIAN:  Objection.  Visiting?
9    A.   Besides Andy, Douglas, and the white
10 people who were already there, I've never seen
11 any other white person visit.
12 BY MR. KERRIGAN:
13    Q.   Okay.  Thank you.  Visit 13th Street,
14 is that correct?
15    A.   No.
16    Q.   So just to finish up, Mr. Lecenat, the
17 only white people that you ever saw at the 13th
18 Street Center were Douglas, correct?  Andy?
19    A.   There's a white guy Nicholas.  There
20 were a lot of white guys, but I don't remember
21 their name.
22    Q.   Okay.  Well, you just gave us a new
23 name, Nicholas.  Thank you.
24    A.   There were two Nicholases.  I knew the
25 first one.

Page 88

1    Q.   Okay.  And, Mr. Lecenat, the white
2 people that you saw at the 13th Street Center
3 were Douglas Perlitz, Andy, Nicholas, and
4 another Nicholas, and those are the only names
5 that you know, is that correct?
6        MR. GARABEDIAN:  Objection.
7    A.   I told you, these are the people I
8 used to see.
9 BY MR. KERRIGAN:
10    Q.   And you don't remember seeing any
11 other white people at 13th Street, correct?
12        MR. GARABEDIAN:  Objection.
13    A.   It's Douglas I used to see.  But there
14 are other people, a bunch of other people, but
15 maybe I wasn't going on that day, it's only
16 Douglas that I saw.
17 BY MR. KERRIGAN:
18    Q.   Okay.  When you finished your classes
19 on a regular day at 13th Street Center, what
20 would you do at that point?
21        MR. GARABEDIAN:  Objection.
22    A.   I went back home.
23 BY MR. KERRIGAN:
24    Q.   About what time would you go home on
25 the average day?

Page 89

1    A.   Around four to five.
2    Q.   Would you get a meal before you went
3 home?
4    A.   Yes.
5    Q.   And you'd sleep at the house in Blue
6 Hills?
7        MR. GARABEDIAN:  Objection.
8    A.   Yes.
9 BY MR. KERRIGAN:
10    Q.   Now, at some point you moved from the
11 13th Street Center to the Village, is that
12 correct?
13    A.   I didn't decide to leave.  They sent
14 me to the Village, the teachers sent me to the
15 Village.
16    Q.   Did the teachers decide that it was
17 time for you to go to the Village at some point?
18    A.   Yeah, Andy, you know, once they see
19 the way you behave, your behavior, then they
20 send you to the Village.
21    Q.   Do you believe that Andy chose you to
22 go to the Village?
23        MR. GARABEDIAN:  Objection.
24    A.   It's not only Andy.  They got together
25 and they made an account, and they decided the

23 (Pages 86 to 89)

Confidential - Subject to Further Confidentiality Review

Page 90

1   people who were going, and I was among them.
2   BY MR. KERRIGAN:
3       Q.   Do you know anyone else who decided
4   that it was time for you to go to the Village?
5       A.   I don't remember.
6       Q.   Were you a good student at the 13th
7   Street Center?
8           MR. GARABEDIAN:  Objection.
9       A.   It was -- it was a good school.
10  BY MR. KERRIGAN:
11      Q.   Were you happy at the 13th Street
12  Center?
13          MR. GARABEDIAN:  Objection.
14      A.   I don't understand.
15  BY MR. KERRIGAN:
16      Q.   Was the 13th Street Center a good,
17  safe place for you to go during the day, and get
18  meals, and play games?
19          MR. GARABEDIAN:  Objection.
20      A.   Yes, but before it was the best place
21  for me.  But with regards to the sufferings that
22  I am enduring right now, it was the worst place
23  for me to go.
24  BY MR. KERRIGAN:
25      Q.   At the time you were at 13th Street

Page 91

1   Center, Mr. Lecenat, before you were ever
2   abused, you enjoyed your time there, isn't that
3   right?
4           MR. GARABEDIAN:  Objection.
5       A.   It wasn't really a nice time because I
6   would go back home on foot, and I had so many
7   troubles before I finally got to my house.
8   BY MR. KERRIGAN:
9       Q.   And the troubles you had were from the
10  street, correct?
11      A.   Yeah, I saw that day after day I would
12  go back home, and every morning I would go back
13  to 13th Street.
14      Q.   And 13th Street was a good place for
15  you to be at that time, right?
16          MR. GARABEDIAN:  Objection.
17      A.   That was a place I spent my days.
18  BY MR. KERRIGAN:
19      Q.   And the people there were good people
20  helping you?
21          MR. GARABEDIAN:  Objection.
22      A.   They were good people in there.
23  BY MR. KERRIGAN:
24      Q.   When did you first -- strike that.
25           Did you pay any money to go to 13th

Page 92

1   Street Center?
2           MR. GARABEDIAN:  Objection.
3       A.   No.
4   BY MR. KERRIGAN:
5       Q.   Everything was free?
6       A.   Yes.
7       Q.   You felt safe at the 13th Street
8   Center?
9       A.   It wasn't too bad.
10      Q.   Did you ever complain about safety
11  when you were at the 13th Street Center?
12          MR. GARABEDIAN:  Objection.
13      A.   I don't understand.
14  BY MR. KERRIGAN:
15      Q.   Were you ever afraid when you were at
16  the 13th Street Center?
17          MR. GARABEDIAN:  Objection.
18      A.   Afraid of what?
19  BY MR. KERRIGAN:
20      Q.   Afraid that someone might hurt you at
21  the 13th Street Center.
22          MR. GARABEDIAN:  Objection.
23      A.   No.
24  BY MR. KERRIGAN:
25      Q.   When did you first go to the Village,

Page 93

1   Mr. Lecenat?
2           MR. GARABEDIAN:  Do you want to take a
3   break for lunch now?
4       A.   2004 to 2005.
5           MR. KERRIGAN:  I'm content to do
6   whatever the witness and counsel want to do.
7           MR. GARABEDIAN:  Let's take a break
8   for lunch.
9           THE VIDEOGRAPHER:  Going off the
10  record.  The time is 12:28.
11          (Whereupon, a luncheon recess was
12          taken.)
13
14
15
16
17
18
19
20
21
22
23
24
25

24 (Pages 90 to 93)

Confidential - Subject to Further Confidentiality Review

Page 94

```
1         AFTERNOON SESSION
2
3         THE VIDEOGRAPHER: Back on the record.
4    The time is 1:31.
5    BY MR. KERRIGAN:
6         Q.  Mr. Lecenat, we are back from a break,
7    and we are going to continue --
8         THE INTERPRETER: Can we wait just one
9    minute, please?
10        MR. KERRIGAN: Oh, sure, sure.
11        (Pause.)
12        THE INTERPRETER: Okay.
13   BY MR. KERRIGAN:
14        Q.  Mr. Lecenat, we are back from our
15   lunch break, and we're going to continue with
16   your deposition.
17        You are still under oath.  Do you
18   understand that?
19        A.  Yes.
20        Q.  Okay.  Thank you.
21        Mr. Lecenat, when you went to school
22   at the 13th Street Center, you went there
23   because you got food, you got some schooling,
24   you got some education, you got to play games,
25   is that correct?
```

Page 95

```
1         MR. GARABEDIAN: Objection.
2         A.  Yes.
3    BY MR. KERRIGAN:
4         Q.  Was there any other reason that you
5    went to 13th Street Center?
6         A.  It's because I didn't find anyone to
7    help me out.  I was in dire need, so I found
8    people -- I found that place, so I just went.
9         Q.  And the reasons that I mentioned were
10   the reasons why you went to 13th Street?
11        MR. GARABEDIAN: Objection.
12        A.  Can you tell them -- say again the
13   reasons?
14   BY MR. KERRIGAN:
15        Q.  Yes, I can.
16        You went to 13th Street because you
17   got to play games, correct?
18        A.  I used to play there, yes.
19        Q.  And you went to 13th Street because
20   you wanted to get some education, is that
21   correct?
22        A.  Yes.
23        Q.  And you went to 13th Street because
24   you wanted to get some food?
25        A.  Yes.
```

Page 96

```
1         Q.  And those were the reasons why you
2    went to 13th Street, correct?
3         MR. GARABEDIAN: Objection.
4         A.  Yes, for these reasons.
5    BY MR. KERRIGAN:
6         Q.  Thank you.
7         Now, just before we left for our
8    lunch, Mr. Lecenat, you had told us that you
9    were selected to go to the Village, correct?
10        A.  That's not the question you asked me.
11   You asked me when, what year I went to the
12   Village.
13        Q.  You have a good memory.
14        Do you recall the year you went to the
15   Village?
16        MR. GARABEDIAN: Objection.
17        A.  2004 to 2005.
18   BY MR. KERRIGAN:
19        Q.  Okay.  Mr. Lecenat, was it the
20   teachers and Andy at 13th Street that selected
21   you to go to the Village?
22        MR. GARABEDIAN: Objection.
23        A.  Yes.
24   BY MR. KERRIGAN:
25        Q.  When you were at the 13th Street
```

Page 97

```
1    Center, did you have a good relationship with
2    your teachers and with Andy?
3         MR. GARABEDIAN: Objection.
4         A.  I don't understand.
5    BY MR. KERRIGAN:
6         Q.  Did you get along with -- were you
7    friends with your teachers at the 13th Street
8    Center?
9         A.  Yes.
10        Q.  Could you talk to the teachers about
11   any issues or problems you were having?
12        A.  I was at ease with them.
13        Q.  Did you have different teachers when
14   you went to the Village?
15        MR. GARABEDIAN: Objection.
16        A.  Other teachers.
17   BY MR. KERRIGAN:
18        Q.  Can you tell me, please, is the
19   Village part of PPT, or was it part of PPT when
20   you were there?
21        MR. GARABEDIAN: Objection.
22        A.  I don't understand the question.
23   BY MR. KERRIGAN:
24        Q.  In 2004 and 2005 when you went to the
25   Village, was that part of PPT?
```

25 (Pages 94 to 97)

Confidential - Subject to Further Confidentiality Review

Page 98

1    A.    Yeah, it's the same, Village and PPT.
2    Q.    Okay.  Is PPT -- strike that.
3         Is the Village located somewhere
4    different from the 13th Street Center?
5         MR. GARABEDIAN:  Objection.
6    A.    Somewhere else.
7    BY MR. KERRIGAN:
8    Q.    Where was the Village located?
9    A.    Blue Hills.
10   Q.    How far is that from 13th Street
11   Center?
12        MR. GARABEDIAN:  Objection.
13   A.    I don't know.  A good distance.
14   BY MR. KERRIGAN:
15   Q.    Can you please describe the Village
16   for us?  What did it look like when you were
17   there?
18        MR. GARABEDIAN:  Objection.
19   A.    I can't describe.
20   BY MR. KERRIGAN:
21   Q.    Can you describe anything about the
22   Village, whether it had any trees, any
23   buildings, any gardens, any football fields?
24   A.    Yes, there were houses, there was a
25   soccer field, a basketball court, and a lot of

Page 99

1    trees, and there were gardens also.
2    Q.    Was there anything else at the Village
3    that you remember regarding things like
4    buildings and gardens, anything that was around
5    the Village?
6         MR. GARABEDIAN:  Objection.
7    A.    Just -- I just know that all these
8    things were in there.
9    BY MR. KERRIGAN:
10   Q.    How many buildings were in the
11   Village?
12   A.    A lot of houses.  I don't remember.
13   Q.    Were there any offices at the Village
14   when you were there?
15   A.    Yeah, there were offices.
16   Q.    Was there any kind of a church there?
17   A.    A chapel.
18   Q.    Were there any schools there?
19   A.    Yes.
20   Q.    How many school buildings were there?
21   A.    I don't remember.
22   Q.    How many houses were there?
23   A.    Houses inside the Village itself?
24   Q.    That's correct.
25   A.    There were houses in there, I

Page 100

1    remember, but I don't know all, I don't remember
2    all.
3    Q.    Was there a fence around the Village
4    when you were there?
5    A.    Yes.
6    Q.    What kind of fence?
7    A.    A big fence with blocks.
8    Q.    What were the blocks made of?
9    A.    I don't know.
10   Q.    How tall was the fence?
11        MR. GARABEDIAN:  Objection.
12   A.    It was high.
13   BY MR. KERRIGAN:
14   Q.    Taller than you?
15        MR. GARABEDIAN:  Objection.
16   A.    Yes.
17   BY MR. KERRIGAN:
18   Q.    When you started going to the Village,
19   did you go to any one of the buildings that you
20   mentioned to us?
21        MR. GARABEDIAN:  Objection.
22   A.    I don't remember.
23   BY MR. KERRIGAN:
24   Q.    What color were the buildings at the
25   Village when you were there?

Page 101

1    A.    I don't remember.
2    Q.    Who were your teachers at the Village?
3    A.    So I have Mémé, Daniel, Judex,
4    Patrice, and Ms. Nelta.
5    Q.    That's five teachers.  Do you remember
6    any more teachers that you had at the Village?
7    A.    I don't remember the other ones.
8    Q.    Okay.  Let's start with Daniel.  What
9    did he teach you?
10   A.    French.
11   Q.    Was Daniel Haitian?
12   A.    Yes.
13   Q.    Did he teach anything else?
14   A.    No.
15   Q.    What grade did Daniel teach?
16   A.    All classes.  He used to go in all
17   classes, that's how he did.
18   Q.    When you had Daniel, what class were
19   you in?  What grade, first, second, third,
20   fourth?
21   A.    In third, but he was in all classes.
22   Q.    How about Madam Nelta, was she
23   Haitian?
24   A.    Yes, Haitian.
25   Q.    What did she teach you?

26 (Pages 98 to 101)

Confidential - Subject to Further Confidentiality Review

Page 102

1    A.   Grammar.
2    Q.   What grade were you in when Madam
3  Nelta taught you?
4    A.   She taught all classes.
5    Q.   What grade were you in when Ms. Nelta
6  taught you?
7    A.   Third.  But also in second, she went
8  to all classes.
9    Q.   And how about Mémé, what did Mémé
10  teach you?
11    A.   Creole.
12    Q.   Was Mémé Haitian?
13    A.   Yes.
14    Q.   What grade were you in when Mémé
15  taught you?
16    A.   Third.  All classes.
17    Q.   So all grades?
18    MR. GARABEDIAN:  Objection.
19    A.   All classes.  She was teaching Creole.
20  BY MR. KERRIGAN:
21    Q.   How about Patrice, what did Patrice
22  teach you?
23    A.   Social sciences.
24    Q.   Is Patrice a man?
25    A.   Yes.

Page 103

1    Q.   What grade were you in when Patrice
2  taught you social sciences?
3    A.   He was doing social sciences in all
4  classes.
5    Q.   And last, Judex, what did Judex teach
6  you?
7    A.   Experimental science.
8    Q.   Is Judex Haitian?
9    A.   Yes.
10    Q.   What grade were you in when Judex
11  taught you?
12    A.   He was the experimental science
13  teacher.  He taught all classes.
14    Q.   Can you remember any of your other
15  teachers at the Village, Mr. Lecenat?
16    A.   I don't remember.  I don't remember
17  their names.
18    Q.   You did have other teachers, though?
19    MR. GARABEDIAN:  Objection.
20    A.   There were other ones, but I don't
21  remember.  I don't remember.
22  BY MR. KERRIGAN:
23    Q.   Were your other teachers Haitian?
24    A.   Yes.  Haitians.
25    Q.   Do you remember how many other

Page 104

1  teachers you had?
2    A.   I don't remember.
3    Q.   Judex is a man, correct?
4    A.   Yes.
5    Q.   Did you have any white teachers, white
6  skinned teachers at the Village?
7    MR. GARABEDIAN:  Objection.
8    A.   No.
9  BY MR. KERRIGAN:
10    Q.   Did you receive any kind of a report
11  card for your classes at the Village?
12    MR. GARABEDIAN:  Objection.
13    A.   Yeah, I did receive a report card.
14  BY MR. KERRIGAN:
15    Q.   How often would you receive report
16  cards for your classes?
17    A.   In all classes I went to.  After exams
18  they gave us a report card.
19    Q.   Would you have exams one time per
20  year?
21    A.   Just I had exams, and then they gave
22  me a report card.
23    Q.   What would you do with the report card
24  when you got it?
25    A.   Just looked at the grades to give it

Page 105

1  back, I just look at the average and gave it
2  back.
3    Q.   Were you a good student at the
4  Village?
5    A.   Not too bad.
6    Q.   Did you get into any trouble at the
7  Village?
8    MR. GARABEDIAN:  Objection.
9    A.   I don't understand.
10  BY MR. KERRIGAN:
11    Q.   Were you ever punished at the Village?
12    A.   Yes.
13    Q.   How many times?
14    A.   I don't remember how many.
15    Q.   What were you punished for?
16    A.   If I got into a fight with somebody
17  else.
18    Q.   How often would you get into fights
19  with other people at the Village?
20    A.   I don't remember.
21    Q.   Less than ten times?
22    A.   I don't remember.  I don't remember.
23    Q.   Were you punished at the Village for
24  anything other than fighting?
25    A.   When I didn't know my -- the course

27 (Pages 102 to 105)

Confidential - Subject to Further Confidentiality Review

Page 106

```
1    material.
2         Q.   When you were punished for fighting,
3    what was the punishment?
4         A.   I had to do field work, agricultural,
5    to take out weeds.
6         Q.   Did you do the field work at the
7    Village?
8         A.   I don't understand.
9         Q.   When you were punished and had to do
10   weeding or agricultural work, was that work at
11   the Village?
12        MR. GARABEDIAN:  Objection.
13        A.   Yes, inside the Village.
14   BY MR. KERRIGAN:
15        Q.   Who punished you?
16        A.   The teachers.
17        Q.   So the teachers gave out punishments?
18        MR. GARABEDIAN:  Objection.
19        A.   Yeah.
20   BY MR. KERRIGAN:
21        Q.   Did the teachers also handle
22   discipline at the Village?
23        A.   Yes.
24        Q.   Did the teachers also manage all of
25   the students at the Village?
```

Page 107

```
1         MR. GARABEDIAN:  Objection.
2         A.   I don't understand.
3    BY MR. KERRIGAN:
4         Q.   Did the teachers run the program at
5    the Village?
6         A.   What program?
7         Q.   The school program at the Village.
8         A.   Yes.
9         Q.   When you received your report cards,
10   Mr. Lecenat, would you take them home with you?
11        MR. GARABEDIAN:  Objection.
12        A.   They showed me the grades, so I handed
13   it back.
14   BY MR. KERRIGAN:
15        Q.   Did you ever keep any of your report
16   cards from the Village?
17        A.   When they gave it to me, I looked at
18   the grades and I handed it over.
19        Q.   Tell us, please, Mr. Lecenat, what
20   would a regular day at the Village for you be
21   like?
22        MR. GARABEDIAN:  Objection.
23   BY MR. KERRIGAN:
24        Q.   What would you do?
25        A.   I don't remember.
```

Page 108

```
1         Q.   What time would you arrive at the
2    Village in the morning?
3         A.   7:00 o'clock.
4         Q.   Was there a gate or security that you
5    had to go through to get into the Village?
6         A.   Yes.
7         Q.   Would you be searched?
8         A.   No.
9         Q.   After you arrived at the Village on an
10   average day, what would you do after you came
11   through the gate?
12        MR. GARABEDIAN:  Objection.
13        A.   I would go in, I would eat, they would
14   ring the bell for school to start, I would raise
15   the flag, and I would go to school.
16   BY MR. KERRIGAN:
17        Q.   Would there be time for you to play
18   games during the day?
19        A.   I have a little bit of time.
20        Q.   How many times a day would you eat at
21   the Village?
22        A.   Three times.
23        Q.   What times would you eat?
24        A.   Morning, noon, and afternoon.
25        Q.   At what time would the school day end
```

Page 109

```
1    at the Village?
2         A.   I don't understand.
3         Q.   Would you be allowed to end classes
4    for the day at the Village?
5         THE INTERPRETER:  Would you be allowed
6    to end --
7         MR. GARABEDIAN:  Objection.
8         A.   No.
9    BY MR. KERRIGAN:
10        Q.   At some point during the day, would
11   you go home from the Village?
12        MR. GARABEDIAN:  Objection.
13        A.   Yes, at 6:00 o'clock.
14   BY MR. KERRIGAN:
15        Q.   6:00 o'clock in the afternoon?
16        A.   Yes.
17        Q.   Would classes end at 6:00 o'clock in
18   the afternoon?
19        A.   No.  School ended around noon, 1, and
20   I stayed in lessons, and when 6:00 o'clock --
21   when it got -- when it was 6:00 o'clock I went
22   back home.
23        Q.   What lessons would you take?
24        A.   Lessons, the ones they worked on me --
25   worked with me on, those ones.
```

28 (Pages 106 to 109)

Confidential - Subject to Further Confidentiality Review

Page 110

1    Q.  Would that be like extra help or a
2  tutor?
3       MR. GARABEDIAN:  Objection.
4    A.  Yeah, there were teachers for that.
5  BY MR. KERRIGAN:
6    Q.  Would you play games in the afternoon
7  before going home?
8       MR. GARABEDIAN:  Objection.
9    A.  I used to play ball, basketball.
10  BY MR. KERRIGAN:
11    Q.  When you left PPT on a regular day,
12  would you go back home to Blue Hills?
13       MR. GARABEDIAN:  Objection.
14    A.  Yes.
15  BY MR. KERRIGAN:
16    Q.  How would you get from the Village to
17  Blue Hills?
18    A.  I don't understand.
19    Q.  When you left the Village and went
20  home to Blue Hills, would you walk?
21    A.  No, I went to sleep at my
22  grandparents.
23    Q.  And how would you get to your
24  grandparents' house from the Village?
25    A.  The Village is close.

Page 111

1    Q.  Did you walk?
2    A.  Yes.
3    Q.  How long would the walk take?
4    A.  Three minutes, about.
5    Q.  While you were at the Village,
6  Mr. Lecenat, you didn't live at the Village, you
7  lived at Blue Hills, is that correct?
8       MR. GARABEDIAN:  Objection.
9    A.  Yes, I used to sleep at Blue Hills at
10  my grandparents' house.
11  BY MR. KERRIGAN:
12    Q.  And there were -- strike that.
13       Were there any times that you slept at
14  the Village?
15    A.  I slept twice.
16    Q.  When was the first time you slept at
17  the Village?
18    A.  When I was doing my First Communion,
19  in order for me to wake up early they had me
20  stay there.
21    Q.  Where did you sleep at the Village?
22    A.  Second house.
23    Q.  Did you sleep with other students?
24    A.  Just inside, I lie down on the bed.
25    Q.  Did you have your own bed?

Page 112

1    A.  No, because I don't sleep in there.
2  They just gave me a place to sleep.
3    Q.  Did you sleep on the floor?
4    A.  Yeah, a big thing on the floor, I just
5  lie down.
6    Q.  Were there other students there
7  overnight?
8    A.  There were other students inside.
9    Q.  How many?
10    A.  I don't remember.
11    Q.  Was there somebody, either a teacher
12  or a master, who looked over the children at
13  night?
14       MR. GARABEDIAN:  Objection.
15    A.  I don't remember, but I just know I
16  slept twice inside.
17  BY MR. KERRIGAN:
18    Q.  The second time you slept overnight at
19  the Village, Mr. Lecenat, when was that?
20    A.  There was a party and I couldn't go,
21  so I just stayed to sleep in house number two.
22    Q.  Did you sleep in the same area as you
23  had slept the first time?
24    A.  Yeah, I slept inside.
25    Q.  Were there other students there

Page 113

1  sleeping in the second house with you?
2    A.  There were other students in there.
3    Q.  How many?
4    A.  I don't remember.
5    Q.  Was there a teacher or a master or an
6  adult there with the students overnight?
7       MR. GARABEDIAN:  Objection.
8    A.  I just remember I slept in there.  I
9  don't remember people who were there inside.
10  BY MR. KERRIGAN:
11    Q.  Were you able to sleep well on both
12  occasions?
13    A.  I fixed the bed on the floor and I
14  just lied down.
15    Q.  Did anyone bother you when you slept
16  over at the Village on these two times?
17       MR. GARABEDIAN:  Objection.
18    A.  No.
19  BY MR. KERRIGAN:
20    Q.  Mr. Lecenat, were there any American
21  teachers at the Village while you were there?
22       MR. GARABEDIAN:  Objection.
23    A.  No.
24  BY MR. KERRIGAN:
25    Q.  Were there any white teachers at the

29 (Pages 110 to 113)

Confidential - Subject to Further Confidentiality Review

Page 114

1  Village while you were there?
2      MR. GARABEDIAN: Objection.
3      A.  No.
4  BY MR. KERRIGAN:
5      Q.  Did you ever see any white men or
6  women at the Village while you were there?
7      MR. GARABEDIAN: Objection.
8      A.  That came from the outside or what?
9  BY MR. KERRIGAN:
10     Q.  Any white person.
11     A.  No. That came from the outside or --
12     Q.  Sure, that came from the outside.
13     A.  Yes, there are a lot of white people,
14  Madam Carter, Father Paul, and a lot of other
15  white people that come with them.
16     Q.  Other than Madam Carter and Pere Paul,
17  were there any other white people who came to
18  PPT whose names you know?
19     MR. GARABEDIAN: Objection.
20     A.  No, Madam Carter and Father Paul,
21  Douglas always talked about them, and he said
22  they were the one who were sponsorizing (ph) the
23  project, they would always provide assistance.
24  These are the two names of the people I know.
25  BY MR. KERRIGAN:

Page 115

1      Q.  Did you ever see Doug Perlitz at the
2  Village?
3      A.  Yes, I used to see them -- to see him.
4      Q.  How often would you see Douglas
5  Perlitz at the Village?
6      A.  All the time.
7      Q.  Did you ever speak to Douglas at the
8  Village at any time?
9      A.  No, I didn't.
10     Q.  When you saw Douglas at the Village,
11  what was he doing?
12     A.  He was the one in charge. He was
13  always there.
14     Q.  What did you see him doing at the
15  Village?
16     A.  He used to come, go inside his office.
17  I don't know what he used to do, just enter his
18  office.
19     Q.  Did Douglas ever speak to the students
20  at the Village as a group?
21     A.  Yes, he always did that. He always
22  did that.
23     Q.  How often would Douglas speak to the
24  students as a group?
25     A.  Several times. Ms. Carter, Father

Page 116

1  Paul, and other white people, when they would
2  talk to us in December, they would bring tennis
3  shoes and T-shirts so we could put on our backs.
4      Q.  Were the white visitors to the Village
5  tourists?
6      MR. GARABEDIAN: Objection.
7      A.  When -- I don't know, when white
8  people would come Douglas always said -- he
9  would make us come in a group, and it was
10  Ms. Carter and Father Paul, he always said they
11  were special people, they were important people
12  for the project, they made the project go on,
13  and he always spoke about them.
14  BY MR. KERRIGAN:
15     Q.  When Doug spoke about Madam Carter and
16  Pere Paul, were Madam Carter and Pere Paul
17  always with a group of other white people?
18     THE INTERPRETER: I'm sorry. Can you
19  repeat the question, please?
20  BY MR. KERRIGAN:
21     Q.  When Douglas would talk to a group of
22  students about Madam Carter and Pere Paul, were
23  Madame Carter and Pere Paul always with another
24  group of people?
25     MR. GARABEDIAN: Objection.

Page 117

1      A.  Yeah, they were with other groups of
2  white people who came.
3  BY MR. KERRIGAN:
4      Q.  How often did you see Madam Carter at
5  the Village with a group of people?
6      MR. GARABEDIAN: Objection.
7      A.  Several times. When there's about to
8  have a vacation, they come with groups of
9  people, we play soccer and basketball. Father
10  Paul is there, too.
11  BY MR. KERRIGAN:
12     Q.  And did you ever see Hope Carter alone
13  at the Village, that is to say without a group
14  of people with her?
15     MR. GARABEDIAN: Objection.
16     A.  She always comes in a group with
17  Father Paul, herself, and other groups of white
18  people.
19     MR. KERRIGAN: Mr. Lecenat, we're
20  going to take a very brief break so we can
21  switch the tape.
22     THE VIDEOGRAPHER: Going off the
23  record. The time is 2:18.
24     (Whereupon, a recess was taken.)
25     THE VIDEOGRAPHER: Back on the record.

30 (Pages 114 to 117)

Confidential - Subject to Further Confidentiality Review

Page 118

1    The time is 2:27.
2    BY MR. KERRIGAN:
3        Q.   Mr. Lecenat, we are back after a brief
4    break, and I'm going to continue with the
5    questions.
6        A.   Yes.
7        Q.   Mr. Lecenat, did you personally speak
8    to Hope Carter at any time?
9            MR. GARABEDIAN:  Objection.
10       A.   No.
11   BY MR. KERRIGAN:
12       Q.   Did you, Mr. Lecenat, personally speak
13   to Pere Paul at any time?
14           MR. GARABEDIAN:  Objection.
15       A.   No.
16   BY MR. KERRIGAN:
17       Q.   Did you ever hear Pere Paul or Madam
18   Carter speak to Douglas Perlitz?
19           MR. GARABEDIAN:  Objection.
20       A.   No, I never heard them.
21   BY MR. KERRIGAN:
22       Q.   Did Douglas Perlitz tell you anything
23   else about Pere Paul and Hope Carter other than
24   what you told us before the break?
25           MR. GARABEDIAN:  Objection.

Page 119

1        A.   Just that they make us form a group,
2    they talked to us in a group.  Then when Douglas
3    talks about Madam Carter or Father Paul, he says
4    that they sponsor the project, they are the
5    back-up of the project, they are important
6    people for the project.  That's all I know.
7    BY MR. KERRIGAN:
8        Q.   Did you understand that to mean,
9    Mr. Lecenat, that Pere Paul and Hope Carter
10   provided money to the project?
11           MR. GARABEDIAN:  Objection.
12       A.   What I understand is that Father Paul
13   and Madame Carter used to sponsor the project,
14   they would help the project, and that they were
15   important people.  That's all I know.
16   BY MR. KERRIGAN:
17       Q.   And you learned all of that from what
18   Doug Perlitz told you, correct?
19           MR. GARABEDIAN:  Objection.
20       A.   That's what Douglas said.
21   BY MR. KERRIGAN:
22       Q.   And other than what Douglas told you,
23   you don't know anything else about Pere Paul and
24   Hope Carter, is that correct?
25           MR. GARABEDIAN:  Objection.

Page 120

1        A.   Besides what Douglas said, I don't
2    know anything.
3    BY MR. KERRIGAN:
4        Q.   Now, Mr. Lecenat, did you ever have
5    the opportunity to visit -- well, strike that.
6            Have you ever heard of a place called
7    Bel Air?
8            MR. GARABEDIAN:  Objection.
9        A.   I don't understand the question.
10   BY MR. KERRIGAN:
11       Q.   Have you ever heard the words
12   "Bel Air" before?
13       A.   Yeah, I've heard that.
14       Q.   What is Bel Air?
15       A.   I don't know.  I heard of it.  I heard
16   people talk about it.
17       Q.   Do you have any idea what Bel Air is?
18       A.   Bel Air where Douglas stays, that's
19   all I knew.
20       Q.   Where is Bel Air?
21       A.   Bel Air, I don't know where it is.
22       Q.   Is it in America?
23           MR. GARABEDIAN:  Objection.
24       A.   Cap-Haïtien.
25   BY MR. KERRIGAN:

Page 121

1        Q.   Where in Cap-Haïtien?
2        A.   I don't know.
3        Q.   What neighborhood?
4        A.   I don't know.
5        Q.   Have you ever been to Bel Air?
6        A.   Just once when Douglas abused me in
7    Bel Air.
8        Q.   When was that?
9        A.   Once, I needed something, I think it
10   was shoes, and he said to come and get it from
11   him at Bel Air.  When I got there, he was just
12   laughing and laughing.  He asked me to take off
13   my pants.  I didn't want to.  I was crying.  He
14   forced me to take them off.  He took my pants
15   off, and he put his penis in my butt.
16       Q.   We'll talk about that in just a
17   moment, Mr. Lecenat.
18           Apart from that one time, you've never
19   been to Bel Air, is that correct?
20       A.   No.
21       Q.   That's correct?
22       A.   I've never been to Bel Air, no.
23       Q.   Apart from that one time?
24       A.   No.
25       Q.   At the Village, Mr. Lecenat, were

31 (Pages 118 to 121)

Confidential - Subject to Further Confidentiality Review

Page 122

1    there any therapists or social workers?
2         MR. GARABEDIAN: Objection.
3         THE INTERPRETER: Apart from -- I'm
4    sorry, repeat the question? Apart from?
5         MR. KERRIGAN: Were there any
6    therapists or social workers at the Village.
7         A. I don't understand the question.
8    BY MR. KERRIGAN:
9         Q. Do you know what a therapist is?
10        A. I don't understand. If I understood,
11   I would tell you.
12        Q. Sure.
13           Do you remember someone named Giovani
14   at the Village?
15        A. Yes.
16        Q. What did Giovani do?
17        A. I don't remember what he used to do.
18        Q. When you were at the Village before
19   anyone ever abused you, Mr. Lecenat, did you
20   feel safe there?
21        MR. GARABEDIAN: Objection.
22        A. I don't understand the question.
23   BY MR. KERRIGAN:
24        Q. When you were a student at the Village
25   and you came into the Village and were behind

Page 123

1    the big walls, did you feel safe?
2         MR. GARABEDIAN: Objection.
3         A. Yeah, but I did feel safe there, but I
4    wish I had never gone to the Village because
5    then Douglas would have never put his penis in
6    my butt, and I would not suffer the pain that I
7    have now.
8    BY MR. KERRIGAN:
9         Q. Before you were abused, Mr. Lecenat,
10   did you ever raise any concerns about safety at
11   the Village --
12        MR. GARABEDIAN: Objection.
13   BY MR. KERRIGAN:
14        Q. -- to any of the staff?
15        MR. GARABEDIAN: Objection.
16        A. I don't understand the question.
17   BY MR. KERRIGAN:
18        Q. Did you ever tell any of your teachers
19   at the Village that you felt afraid when you
20   were at the Village?
21        MR. GARABEDIAN: Objection.
22        A. No.
23   BY MR. KERRIGAN:
24        Q. Were there good people at the Village
25   trying to help you with your education?

Page 124

1         MR. GARABEDIAN: Objection.
2         A. I don't understand.
3    BY MR. KERRIGAN:
4         Q. Were your teachers at the Village
5    helpful to you in helping you get education?
6         MR. GARABEDIAN: Objection.
7         A. Yes, they were useful to me to find
8    education.
9    BY MR. KERRIGAN:
10        Q. And your teachers did good work at the
11   Village, correct?
12        MR. GARABEDIAN: Objection.
13        A. They did good work. But Douglas, he
14   abused me, that's what he did, he put his penis
15   in my butt.
16   BY MR. KERRIGAN:
17        Q. I'm not talking about Douglas. I'm
18   talking about your teachers.
19        A. I'm talking about every person.
20        Q. And I'm just talking about the
21   teachers.
22           Your teachers did good work for you at
23   the Village, isn't that right?
24        MR. GARABEDIAN: Objection.
25        A. Yes.

Page 125

1    BY MR. KERRIGAN:
2         Q. And your teachers helped a lot of
3    students at the Village, correct?
4         MR. GARABEDIAN: Objection.
5         A. Yes.
6    BY MR. KERRIGAN:
7         Q. Now, you have testified that
8    Mr. Perlitz abused you at Bel Air, and we're
9    going to talk about that in a moment.
10        A. Okay.
11        Q. But first I would like to know, how
12   many times did Douglas Perlitz abuse you?
13        A. Douglas put his penis in my butt
14   twice, two different occasions.
15        Q. Okay. I want you to focus, please,
16   Mr. Lecenat, on the first time Mr. Perlitz
17   abused you.
18        A. Yes, first time I went for First
19   Communion.
20        Q. Okay. I'm just going to ask you to do
21   something for us, okay? I would like you to
22   tell all of us exactly what happened the first
23   time Douglas Perlitz abused you. And I will put
24   my pen down and will listen to you tell the
25   story, okay? And I'd like you to tell us

Confidential - Subject to Further Confidentiality Review

Page 126

1  everything you remember about the first time.
2  And the only -- go ahead.
3      A.  I'm ready.  I'm waiting for you.
4      Q.  Okay.  Good.  The only thing I want to
5  tell you is you want to give the translator a
6  chance to translate what you're saying, okay?
7      A.  Okay.
8      Q.  Whenever you're ready, please.
9      A.  First time, it was when I was going to
10  do my First Communion.  I was doing a retreat,
11  an exam retreat.  If I passed the exam I get to
12  do my Communion, if I don't I can't do it.
13          Douglas gave the order around that
14  nobody was supposed to close the door -- their
15  door.  Everybody was in a different room,
16  bedroom.  And at night he came to me and he said
17  to scratch his back for him.  When I was
18  scratching his back for him, he said "take off
19  your pants."  I didn't understand.  I was
20  surprised.  He said "take off your pants."  I
21  was crying.  I didn't understand.  He held me.
22  He forced me.  He took off his -- my pants and
23  put his penis in my butt.  When I was crying, he
24  said if I say -- tell anyone he will turn me
25  out.  The things that cause me problem is that I

Page 127

1  would not have any education anymore, and this
2  gave me problems, and I didn't tell anyone.
3      Q.  Is there anything more that you
4  remember, Mr. Lecenat?
5      A.  The second time when he abused me?
6      Q.  First time.
7      A.  That's it.
8      Q.  You've told us everything you remember
9  about the first time?
10      A.  Yeah, he forced me.  He held me.  I
11  couldn't run away.  He put his hand on my butt
12  and he put his penis in my butt.
13      Q.  Is there anything else you remember,
14  Mr. Lecenat, about the first instance of abuse?
15      A.  I don't remember.
16      Q.  I'm going to ask you a few questions
17  about it, okay?
18      A.  I'm waiting.  I'm listening.
19      Q.  Where was the retreat house?
20      A.  It was in Cap-Haïtien somewhere,
21  inside the city, some street.
22      Q.  What year would this have been?
23      A.  2006.
24      Q.  What month?
25      A.  I don't remember.

Page 128

1      Q.  When was your First Communion in 2006?
2      A.  2006.
3      Q.  What month?
4      A.  I don't remember.
5      Q.  The retreat house was not part of PPT,
6  is that correct?
7      A.  No, it was far.
8          MR. GARABEDIAN:  Objection.
9      A.  It's a mother -- nuns who live there.
10  We were above, and the nuns were below.
11  BY MR. KERRIGAN:
12      Q.  What was the name of the retreat
13  house?
14      A.  I don't remember the name.
15      Q.  Where in Cap-Haïtien was the retreat
16  house?
17      A.  It's like you're going up rival.
18      Q.  What is rival?
19      A.  The bank, going up the bank.
20      Q.  The bank of the river?
21          MR. GARABEDIAN:  Objection.
22      A.  Coastline.
23  BY MR. KERRIGAN:
24      Q.  Thank you.
25          What was the name of the retreat

Page 129

1  house?
2      A.  I don't know the name.  I forgot the
3  name.
4      Q.  What's the Order of the nuns who live
5  there?
6          MR. GARABEDIAN:  Objection.
7      A.  Catholic nuns.  I don't know.
8  BY MR. KERRIGAN:
9      Q.  Do you know what the nuns were called?
10          MR. GARABEDIAN:  Objection.
11      A.  We were not at the same spot.  We were
12  above, and they were below.
13  BY MR. KERRIGAN:
14      Q.  Did you see any nuns while you were
15  there?
16      A.  I wasn't looking.  They were upstairs,
17  and we were down.
18      Q.  What color was the house?
19      A.  I don't remember.
20      Q.  How many rooms were in the house?
21      A.  A lot.  I don't know.
22      Q.  How many floors did the house have?
23          THE INTERPRETER:  One.  In French,
24  Haitian culture, Haitian, first --
25          MR. KERRIGAN:  Now, let's be clear,

33 (Pages 126 to 129)

Confidential - Subject to Further Confidentiality Review

Page 130

1    this is the translator.
2          THE INTERPRETER:  Translator
3    explaining.  One floor means there was the
4    second -- it was the second, there was just --
5    there was a ground floor and just one floor on
6    top.  Thank you.
7          MR. GARABEDIAN:  Objection.
8          MR. KERRIGAN:  Thank you for the
9    clarification.  So it's clear for the record,
10   that was Nathalie, our interpreter, explaining a
11   cultural concept.  Now we'll go back to the
12   questioning.
13   BY MR. KERRIGAN:
14       Q.   Were there any other buildings near
15   the house?
16       A.   I don't remember.  I just know where I
17   was staying at.
18       Q.   How did you get to the retreat house?
19       A.   I was just taking a class for the
20   exam, there was a woman there with us just
21   teaching us so I could have my communion.
22       Q.   How did you get to the retreat house?
23   Did you drive or walk?
24       A.   There was a car going up the Village
25   that took us and -- took us.

Page 131

1    Q.   Who drove?
2    A.   I don't remember his name.
3    Q.   How many people went to the retreat
4    house?
5          MR. GARABEDIAN:  Objection.
6    A.   Douglas, and the woman who was
7    teaching us, and us.
8    BY MR. KERRIGAN:
9    Q.   What was her name?
10   A.   I forgot her name.
11   Q.   Was that a Haitian woman?
12   A.   Yes, she was Haitian.
13   Q.   Who else went to the house?
14   A.   Us, the kids.
15   Q.   How many kids?
16         MR. GARABEDIAN:  Objection.
17   A.   I don't remember.  There were a lot.
18   Each one was in a separate bedroom.
19   BY MR. KERRIGAN:
20   Q.   Can you estimate for us?  Was it more
21   than 20 kids who went to the house?
22   A.   I don't remember.
23   Q.   Was it more than 50 kids who went to
24   the house?
25   A.   I don't remember.

Page 132

1    Q.   What were the names of the kids who
2    went to the house?
3    A.   I was so shocked when Douglas put his
4    penis in my butt that I don't really remember
5    about the kids.
6    Q.   You don't remember the names of any
7    kids who came?
8          MR. GARABEDIAN:  Objection.
9    A.   I don't remember.
10   BY MR. KERRIGAN:
11   Q.   Did you share a room with anybody at
12   the retreat house?
13   A.   I was in my own room.  Every child had
14   his own room, his or her.
15   Q.   How long was the retreat?
16   A.   I don't remember.
17   Q.   Was it a number of days?
18   A.   Several days.  I don't remember.
19   Q.   On what day of the retreat did Douglas
20   abuse you?
21         MR. GARABEDIAN:  Objection.
22   A.   The first day of the retreat, on the
23   first day.
24   BY MR. KERRIGAN:
25   Q.   What time of the day did Douglas abuse

Page 133

1    you?
2          MR. GARABEDIAN:  Objection.
3    A.   Repeat the question, please.
4    BY MR. KERRIGAN:
5    Q.   Did the abuse happen in the morning,
6    in the afternoon, or at night?
7          MR. GARABEDIAN:  Objection.
8    A.   Afternoon.
9    BY MR. KERRIGAN:
10   Q.   What time in the afternoon?
11   A.   Evening.  It was dark.
12   Q.   What had you done earlier in the day
13   at the retreat house?
14   A.   Prayers, and then we passed an exam.
15   I don't remember.
16   Q.   Where was your room located in the
17   retreat house?
18         MR. GARABEDIAN:  Objection.
19   A.   I don't remember.
20   BY MR. KERRIGAN:
21   Q.   Were there stairs that led from the
22   first floor to the second floor?
23   A.   Yeah, there were stairs.
24   Q.   Was there a hallway where all the
25   rooms were located?

34 (Pages 130 to 133)

Confidential - Subject to Further Confidentiality Review

Page 134

1    A.  Yes, there was a corridor.
2    Q.  Was your room close to the stairs, or
3  far from the stairs?
4        MR. GARABEDIAN:  Objection.
5    A.  Well, in the corridor, just go by, and
6  walk by, and then you enter the room.
7  BY MR. KERRIGAN:
8    Q.  Was your room on the left side or the
9  right side of the corridor?
10    A.  I don't remember.
11    Q.  Were there children in each of the
12  rooms on the second floor, Mr. Lecenat?
13        MR. GARABEDIAN:  Objection.
14    A.  Every child was in a room.
15  BY MR. KERRIGAN:
16    Q.  Was every room filled on the second
17  floor?
18    A.  On the first floor?
19    Q.  On the floor where the bedrooms were.
20        MR. GARABEDIAN:  Objection.
21    A.  Every child in a room.
22  BY MR. KERRIGAN:
23    Q.  Were all the doors open to the rooms?
24        MR. GARABEDIAN:  Objection.
25    A.  He said not to close it, meant don't

Page 135

1  lock it, just push it.
2  BY MR. KERRIGAN:
3    Q.  At the time the abuse occurred,
4  Mr. Lecenat, were the doors to the students'
5  rooms open or closed?
6        MR. GARABEDIAN:  Objection.
7    A.  He just said don't lock it, you just
8  push it, when he comes he can open it.  Don't
9  lock it.
10  BY MR. KERRIGAN:
11    Q.  Do you know if the other kids' doors
12  were open or closed when the abuse occurred?
13        MR. GARABEDIAN:  Objection.
14    A.  He just gave the order that no one
15  should lock the doors.
16  BY MR. KERRIGAN:
17    Q.  Was your door open or closed when Doug
18  Perlitz came to you that evening?
19        MR. GARABEDIAN:  Objection.
20    A.  It was -- I just pushed the door, I
21  didn't lock it.  If he turns the knob just once
22  he can come in.
23  BY MR. KERRIGAN:
24    Q.  What was in that room?
25        MR. GARABEDIAN:  Objection.

Page 136

1    A.  A bed.
2  BY MR. KERRIGAN:
3    Q.  Anything else?
4    A.  Something for me to pee.
5    Q.  Was there anything else in your room,
6  Mr. Lecenat?
7    A.  Toilet.
8    Q.  Anything else?
9    A.  I don't remember.
10    Q.  What were you wearing before Doug
11  Perlitz came in?
12    A.  I had jeans on, I slept with them.
13  But he had some shorts.  He came close to me and
14  asked me to scratch his back.  He asked me to
15  take off my pants.  I said "no."  I didn't
16  understand.  I was crying.  I didn't understand.
17  He forced me.  He put his hand on my butt.  He
18  put his penis in my butt.
19    Q.  Where were you when Mr. Perlitz came
20  into the room?
21    A.  I was on my bed.
22    Q.  Were you awake?
23    A.  I was about to sleep.  I had turned
24  off the light to sleep.
25    Q.  When Mr. Perlitz came in, what was he

Page 137

1  wearing?
2    A.  Shorts, and his back was naked.
3    Q.  He was not wearing a shirt, correct?
4        MR. GARABEDIAN:  Objection.
5    A.  No, his back was naked.
6  BY MR. KERRIGAN:
7    Q.  What color were the shorts?
8    A.  I don't remember.
9    Q.  When Mr. Perlitz came in, did he say
10  anything to you?
11    A.  He asked me to scratch his back for
12  him.
13    Q.  Did you scratch his back?
14    A.  While I was scratching his back, he
15  said to take off my pants.  I said "why?"  I was
16  surprised.  He said "take it off."  I was
17  crying.  He forced me to take off my pants, and
18  he put his penis in my butt.
19    Q.  When you were scratching Mr. Perlitz's
20  back, were you standing or sitting?
21    A.  On the bed, I raised to sit, and I
22  scratch his back.
23    Q.  Was Mr. Perlitz standing or sitting
24  when you were scratching his back?
25    A.  He came and he sat next to the bed,

35 (Pages 134 to 137)

Confidential - Subject to Further Confidentiality Review

Page 138

1  and on the bed, and he said to scratch his back.
2      Q.  So you were both sitting on the bed
3  when you were scratching his back?
4      A.  I was lying down.  And when he asked
5  me to scratch his back, I sat on the bed and I
6  scratch his back.
7      Q.  Could you see his back?
8      A.  No, it was dark.  I couldn't see.
9      Q.  How long did you scratch his back for?
10     A.  I don't remember.
11     Q.  When Doug told you to take off your
12  pants and you refused, did Doug do anything to
13  make you take off your pants?
14         MR. GARABEDIAN:  Objection.
15     A.  I was crying.  And he was taking off
16  my pants, he was touching and forcing it.  I was
17  crying, and he forced it.  He put his -- he laid
18  his hand on my butt, and he put his penis inside
19  my butt.
20  BY MR. KERRIGAN:
21     Q.  Did Mr. Perlitz take your pants off?
22     A.  Yeah, he forced them to come off, and
23  he put his penis in my butt.
24     Q.  Did you have a shirt on?
25     A.  I had a --

Page 139

1          THE INTERPRETER:  Like the white
2  underneath.
3          MR. GARABEDIAN:  Objection.
4      A.  Undershirt.  I had an undershirt on.
5  BY MR. KERRIGAN:
6      Q.  Did Mr. Perlitz take off his own
7  shorts?
8          MR. GARABEDIAN:  Objection.
9      A.  Yes, he took off his shorts and he put
10  his penis in his -- in my butt.
11  BY THE INTERPRETER:
12     Q.  Did Mr. Perlitz take your pants off
13  all the way, or just pull them down?
14     A.  Lowered his shorts, and he put his
15  penis in my butt.
16     Q.  Did he lower your pants, or did he
17  take your pants off?
18     A.  Yes, he took off my pants.  He raised
19  them lower -- he dropped my pants.
20     Q.  So he lowered your pants?
21     A.  He lowered.
22         THE INTERPRETER:  I'm getting tired,
23  I'm sorry.  I need a break.
24         MR. KERRIGAN:  Sure.
25         Mr. Lecenat, we're going to take a

Page 140

1  break.
2          MR. GARABEDIAN:  We'll be back.
3          THE VIDEOGRAPHER:  Going off the
4  record.  The time is 3:08.
5          (Whereupon, a recess was taken.)
6          THE VIDEOGRAPHER:  Back on the record.
7  The time is 3:21.
8  BY MR. KERRIGAN:
9      Q.  Mr. Lecenat, we're back from our
10  break, and I'm going to continue with a few more
11  questions about the first instance of abuse.
12     A.  I'm listening.
13     Q.  When Mr. Perlitz touched your
14  buttocks, did he also touch your penis or your
15  testicles?
16     A.  He put his hand on my butt, and he put
17  his penis inside my butt.
18     Q.  He did not touch your penis or your
19  testicles, correct?
20     A.  He just put his hand on my butt, and
21  put his penis inside my butt.
22     Q.  When you say Mr. Perlitz put his penis
23  inside your butt, do you mean that he put his
24  penis inside your rectum?
25         MR. GARABEDIAN:  Objection.

Page 141

1      A.  I don't understand the question.
2  BY MR. KERRIGAN:
3      Q.  Do you know what a rectum is?
4      A.  Help me understand the question.
5      Q.  Do you know what the opening between
6  your buttocks is called?
7      A.  I don't know.
8      Q.  Did Mr. Perlitz put his penis in the
9  opening that's between your buttocks?
10     A.  He put his penis inside my butt.
11     Q.  How long did Mr. Perlitz abuse you
12  during this instance?
13     A.  I don't remember.
14     Q.  Can you tell us whether it was 1
15  minute, 5 minutes, 10 minutes, anything?
16     A.  I don't remember.
17         THE INTERPRETER:  The interpreter
18  wants to say I didn't have time to finish
19  interpreting the question.  He answered before I
20  finished.
21         MR. GARABEDIAN:  Note my objection.
22  BY MR. KERRIGAN:
23     Q.  Mr. Lecenat, at the time Mr. Perlitz
24  was abusing you, were you on your stomach, or on
25  your side, or on your back?

36 (Pages 138 to 141)

Confidential - Subject to Further Confidentiality Review

Page 142

1    A.  I was lying down like this, and he put
2  his penis in my butt.
3    Q.  Were you on your stomach?
4    A.  Yes.
5    Q.  You were in the bed, correct?
6    A.  Yes.
7    Q.  Douglas was in the bed, too?
8    A.  He put his penis in my butt, he forced
9  it to enter.  I was crying.
10    Q.  Was he on the bed --
11    A.  He was -- and then he put it in my
12  butt, he was pressuring me and told me if I told
13  anyone he would put -- throw me out.  He was
14  pressuring me.
15    Q.  Was Mr. Perlitz talking to you while
16  he was abusing you?
17      MR. GARABEDIAN:  Objection.
18    A.  I was crying.  He was hurting me.
19  Because I was crying, he said if somebody comes
20  here he will throw me out, and I won't have -- I
21  won't find any school to go to.
22  BY MR. KERRIGAN:
23    Q.  Did he tell you that while he was
24  abusing you?
25    A.  Yes, while he was putting his penis

Page 143

1  inside my butt, I was crying, and he was hurting
2  me.
3    Q.  Did you yell out?
4      MR. GARABEDIAN:  Objection.
5    A.  I was crying.
6  BY MR. KERRIGAN:
7    Q.  Were you crying loudly?
8      MR. GARABEDIAN:  Objection.
9    A.  I was crying.  I was making noise.  He
10  said if I made any noise he would throw me out.
11  BY MR. KERRIGAN:
12    Q.  Did you continue to make noise and
13  cry?
14    A.  I was continuing -- I was still
15  crying, he stood up and left, and he told me if
16  I told anyone that he would throw me out of the
17  Village, and I wouldn't have any school to go
18  to.
19    Q.  Did Mr. Perlitz ejaculate?
20      MR. GARABEDIAN:  Objection.
21    A.  When he finished, I felt my butt was
22  wet.
23  BY MR. KERRIGAN:
24    Q.  While he was abusing you, did
25  Mr. Perlitz hold you, or cover your mouth in any

Page 144

1  way?
2    A.  Yes.  He held me so I couldn't run.  I
3  was crying.  He held me down.  He forced me, he
4  took -- forced my pants off and he put his penis
5  in my butt.
6    Q.  Where did he put his hands on you when
7  he was holding you?
8    A.  He threw me on the bed, and he put
9  both his hands on the side of the bed so I
10  couldn't run.
11    Q.  Did Mr. Perlitz wear a condom?
12    A.  I don't know.  He just put his penis
13  in my butt.
14    Q.  After he left, what did you do?
15      MR. GARABEDIAN:  Objection.
16    A.  I was sitting in a corner.  I was
17  crying.  I became really sad.  It was tormenting
18  me.  It gave me a lot of problems.
19  BY MR. KERRIGAN:
20    Q.  Was there any bleeding from your
21  buttocks or from the opening between your
22  buttocks afterwards?
23      MR. GARABEDIAN:  Objection.
24    A.  When he was done, I felt my butt was
25  wet, and I sat in a corner.  I was crying.  I

Page 145

1  became sad.  And that gave me a lot of problems.
2  BY MR. KERRIGAN:
3    Q.  Were you bleeding from anywhere?
4      MR. GARABEDIAN:  Objection.
5    A.  I just said, I just felt my butt was
6  wet, and up to now it still hurts.
7  BY MR. KERRIGAN:
8    Q.  Did you tell anybody at the retreat
9  house about what happened?
10    A.  No, because he put pressure on me.
11  And after he told me that, he said if I told
12  anyone he would throw me out of the Village, I
13  wouldn't go to school anymore, I wouldn't have
14  my Communion, so the pressure took ahold on me.
15    Q.  Mr. Lecenat, did you tell anybody,
16  apart from your lawyers, about the abuse that
17  Mr. Perlitz gave you on this occasion at the
18  retreat house?
19      MR. GARABEDIAN:  Objection.  I
20  instruct him not to answer as to any
21  attorney/client conversation.
22    A.  I don't understand the question.
23  BY MR. KERRIGAN:
24    Q.  Did you ever tell anyone about the
25  first time Mr. Perlitz abused you at the retreat

37 (Pages 142 to 145)

Confidential - Subject to Further Confidentiality Review

Page 146

1  house?
2       MR. GARABEDIAN:  Objection.  I
3  instruct him not to answer as to any
4  attorney/client conversations.
5       Did you tell anyone other than your
6  lawyers about the first time Douglas Perlitz
7  abused you, not his lawyers, but anyone else.
8       A.  When that happened I didn't have
9  anyone.  I didn't tell anyone about it.
10 BY MR. KERRIGAN:
11      Q.  Did you continue with the retreat?
12      A.  Yeah.  But, you know, I was there, I
13 wasn't there.  My spirit was somewhere else.
14 There was no peace inside me.  The teachers used
15 to work on some things, but I was there, I
16 wasn't really there, I wasn't really following.
17 I always thought about the fact that -- about
18 Douglas putting his penis inside my butt.  That
19 gave me a lot of problems.
20      Q.  Did you make your First Communion?
21      A.  Yes.
22      Q.  Did you continue your classes back at
23 the Village after this?
24      MR. GARABEDIAN:  Objection.
25      A.  Yes.

Page 147

1  BY MR. KERRIGAN:
2       Q.  When was the next time that
3  Mr. Perlitz abused you, Mr. Lecenat?  What year?
4       A.  Douglas put his penis in my butt for a
5  second time in 2007.
6       Q.  What month in 2007?
7       A.  I don't remember.
8       Q.  Between the first abuse in 2006 and
9  the second instance of abuse in 2007, did you
10 ever talk to Douglas Perlitz about it?
11      MR. GARABEDIAN:  Objection.
12      A.  On the abuse?
13 BY MR. KERRIGAN:
14      Q.  Yes.
15      A.  No.  I got scared.  I was scared of
16 him.  I never talked.
17      Q.  Now, Mr. Lecenat, again I'll ask you
18 to tell us all about the second time that you
19 were abused by Mr. Perlitz.  Tell us everything
20 that you remember, and just go slowly so our
21 translator can get everything.  Can you do that?
22      A.  Yes.  The second time Douglas put his
23 penis in my butt, it was a day I said I needed
24 something, shoes, I don't remember.  He told me
25 to go see him in Bel Air.  He explain me the way

Page 148

1  to get there, the road, and I would see him and
2  he would give it to me.
3       When I got to Bel Air, the gate was
4  open, Douglas was in the courtyard.  I went to
5  him.  He took me -- we went down the stairs in a
6  room, bedroom.  When I got there, he was just
7  laughing, laughing.  I didn't understand.  I was
8  surprised.  He said to take off my shoes -- my
9  pants.  I said "why?"  He said "because I will
10 put my penis in your butt."  I was crying.  I
11 didn't want.  He held me.  He forced me.  He
12 took off my pants and he put his penis in my
13 butt.
14      When he was -- I was crying.  He was
15 hurting me.  And he put pressure on me and he
16 said if I tell anyone about it he would throw me
17 outside of the Village, no more school.  And the
18 pressure, I took -- I bowed to the pressure, and
19 I didn't tell anyone.  And I left, and I went
20 back home.
21      Q.  Do you remember anything else about
22 that second incident of abuse, Mr. Lecenat?
23      A.  No.
24      Q.  I'm going to ask you a few follow-up
25 questions, okay?

Page 149

1       A.  I'm listening.
2       Q.  The house at Bel Air, what color is
3  that house?
4       A.  I don't remember.
5       Q.  How many rooms in the house at
6  Bel Air?
7       A.  I don't know.  I didn't go check how
8  many rooms there were.
9       Q.  Is there a garage at Bel Air?
10      A.  I don't know.  I don't know.
11      Q.  Which door did you enter at Bel Air?
12      A.  The gate was already open and Douglas
13 was in the yard, the courtyard.  I went down a
14 few stairs, and in.
15      Q.  When you went down the stairs, were
16 they outside stairs or inside stairs?
17      MR. GARABEDIAN:  Objection.
18      A.  Outside.
19 BY MR. KERRIGAN:
20      Q.  What were you wearing?
21      A.  Jeans, T-shirt, shirt, tennis shoes.
22      Q.  I'm sorry.
23      What was Mr. Perlitz wearing?
24      A.  His clothes.  I don't remember which
25 clothes.

38 (Pages 146 to 149)

Confidential - Subject to Further Confidentiality Review

Page 150

1    Q.   He was dressed, though, correct?
2    A.   I don't remember how he was.
3    Q.   When you walked inside the house at
4 Bel Air, what did you see in the first room you
5 entered?
6         MR. GARABEDIAN:  Objection.
7         THE INTERPRETER:  When you went inside
8 the house in Bel Air what?  I'm sorry.
9 BY MR. KERRIGAN:
10   Q.   What did you see in the first room
11 that you entered?
12   A.   I didn't want to go check anything.  I
13 just wanted to go and get something from
14 Douglas, and Douglas put his penis in my butt.
15   Q.   Do you remember what the inside of the
16 house at Bel Air looked like, Mr. Lecenat?
17        MR. GARABEDIAN:  Objection.
18   A.   I didn't check.  I didn't go to visit
19 Bel Air.  That's not what I went for.  That's
20 not what I went for.
21 BY MR. KERRIGAN:
22   Q.   Was it morning, afternoon, or evening
23 when you went to Bel Air?
24   A.   Afternoon.
25   Q.   What time in the afternoon?

Page 151

1    A.   I don't remember.
2    Q.   It was light outside?
3    A.   The sun had gone down.
4    Q.   Was it evening?
5    A.   Not very dark, but it was really in
6 the afternoon.
7    Q.   What room in the house at Bel Air did
8 the abuse occur in?
9         MR. GARABEDIAN:  Objection.
10   A.   I don't remember.
11 BY MR. KERRIGAN:
12   Q.   Was it a kitchen?
13   A.   No, you go down a few stairs and then
14 you enter, I don't know which room, bedroom it
15 was, I don't know what it was, what bedroom it
16 was.
17   Q.   Was it a bedroom?
18   A.   I don't know.  It was a room or
19 bedroom, and you go down a few stairs.  I don't
20 really recall inside.
21   Q.   Was there a bed in the room?
22   A.   I remember there was a bed, but I
23 forgot about it really.
24   Q.   Just one bed in the room?
25   A.   I remember there was a bed, but I

Page 152

1 don't remember.
2    Q.   Was there anything else in the room?
3    A.   I was so shocked, I was crying so much
4 because Douglas put his penis in my butt.  I
5 wasn't really checking anything.  I was just
6 trying to manage my problems and the stress,
7 because Douglas put his penis in my butt.
8    Q.   Was there anything on the walls in the
9 room?
10   A.   I don't remember.
11   Q.   Were there windows in the room?
12   A.   I don't remember.  That's not what I
13 went to check.
14   Q.   Was it light or dark in the room?
15   A.   It was dark, totally dark.  It was
16 afternoon.
17   Q.   Was the door to the room open or
18 closed?
19   A.   It was closed.
20   Q.   Was there anybody else at the house at
21 Bel Air at that time?
22   A.   No.
23   Q.   Did you walk through any other rooms
24 at Bel Air other than the bedroom?
25   A.   No.

Page 153

1    Q.   Did you hear anybody else at the house
2 at Bel Air?
3    A.   Just us.  I was crying after he put
4 his penis in my butt.  I wasn't checking all
5 that.
6    Q.   Was there a security guard present
7 when you first arrived at Bel Air?
8    A.   I didn't see anyone besides Douglas.
9    Q.   Did you cry out or make noise while
10 you were being abused, Mr. Lecenat?
11        MR. GARABEDIAN:  Objection.
12   A.   I was crying.  I was yelling, you're
13 hurting me.
14 BY MR. KERRIGAN:
15   Q.   How long did Mr. Perlitz abuse you on
16 this occasion?
17        MR. GARABEDIAN:  Objection.
18   A.   I don't remember.
19 BY MR. KERRIGAN:
20   Q.   Can you tell us in any way, whether it
21 was 1 minute, 5 minutes, 10 minutes, something
22 else?
23        MR. GARABEDIAN:  Objection.
24   A.   I don't remember.
25 BY MR. KERRIGAN:

39 (Pages 150 to 153)

Confidential - Subject to Further Confidentiality Review

Page 154

1      Q.   Where in the room did the abuse occur,
2   Mr. Lecenat?
3          MR. GARABEDIAN:  Objection.
4      A.   Inside the room he put his hand on me.
5   And I was crying, he was forcing me.  He held
6   me, he forced me, and then he put his penis in
7   my butt.
8   BY MR. KERRIGAN:
9      Q.   Were you on the floor?
10     A.   He made me bow, and on the bed, and
11  then he put his penis in my butt.
12     Q.   Did Mr. Perlitz make you bend over?
13         THE INTERPRETER:  Bend over.  Thank
14  you.
15     A.   He had me bend, and he put his penis
16  inside my butt.
17  BY MR. KERRIGAN:
18     Q.   Did Mr. Perlitz take down your pants?
19     A.   Yeah, he forced me.  I didn't want to.
20  I was crying.  We were fighting.  But he forced
21  me, and then he took it off and put his penis in
22  my butt.
23     Q.   You resisted, Mr. Perlitz?
24     A.   I was crying.  I was making noise, I
25  was crying, and he was putting pressure.  He

Page 155

1   said anyone -- tell anyone about it he's going
2   to put me outside, I'm not going to go to school
3   anymore, he's going to throw me out of the
4   Village.
5      Q.   Did you fight back at all?
6          MR. GARABEDIAN:  Objection.
7      A.   I can't fight with him because he's a
8   big guy, and he was holding me.
9   BY MR. KERRIGAN:
10     Q.   Did you see Mr. Perlitz's body at any
11  point when he was abusing you on this occasion?
12         MR. GARABEDIAN:  Objection.
13     A.   No.  I was crying, just crying when he
14  put his penis in my butt, only that.
15  BY MR. KERRIGAN:
16     Q.   Do you know whether or not Mr. Perlitz
17  had any clothes on?
18         MR. GARABEDIAN:  Objection.
19     A.   Yeah, he had a T-shirt on, a shirt.
20  BY MR. KERRIGAN:
21     Q.   While he was abusing you, did
22  Mr. Perlitz keep his T-shirt on?
23         MR. GARABEDIAN:  Objection.
24     A.   Yes, he had his shirt, T-shirt on.
25  BY MR. KERRIGAN:

Page 156

1      Q.   Did Mr. Perlitz have his pants or his
2   shorts on or off while he was abusing you?
3          MR. GARABEDIAN:  Objection.
4      A.   He was fighting with me.  He took my
5   pants down, and then he put his penis.  I didn't
6   have time to admire him.  I was so shocked.  I
7   was crying.  I wasn't looking at this, checking
8   this.
9   BY MR. KERRIGAN:
10     Q.   Did Mr. Perlitz ejaculate?
11     A.   I don't know, but when he finished, he
12  finished, he let me go.  I don't know.
13     Q.   Was there any wetness or fluid on your
14  buttocks when Mr. Perlitz finished?
15         MR. GARABEDIAN:  Objection.
16     A.   I felt that my butt was sweating, then
17  he let me go when he was done.  He told me if I
18  told anyone he would throw me out, no more
19  school.  The pressure took ahold on me.  I
20  became sad.  And I went back home.
21  BY MR. KERRIGAN:
22     Q.   Did Mr. Perlitz wear a condom?
23     A.   I don't know.
24     Q.   Did you bleed from anywhere after this
25  abuse?

Page 157

1          MR. GARABEDIAN:  Objection.
2      A.   I just felt that my butt was sweating,
3   and he let me go, and I put back -- put my
4   clothes back on, and I went back home.
5   BY MR. KERRIGAN:
6      Q.   You went back home to Blue Hills?
7      A.   Yes.
8      Q.   After that, did you tell anyone about
9   the second time that Mr. Perlitz abused you,
10  apart from your lawyers?
11         MR. GARABEDIAN:  Objection.  I
12  instruct the witness not to violate any
13  attorney/client conversations -- discuss any
14  attorney/client conversations.  Don't tell
15  anyone -- I'm sorry, go ahead.
16     A.   I never told anyone.  I was afraid
17  that he would throw me out.
18  BY MR. KERRIGAN:
19     Q.   Now, did you talk to Mr. Perlitz at
20  any time after the second abuse about the abuse?
21     A.   No.  On the contrary, if I -- no, on
22  the contrary, if I saw him come I would go away
23  in the other direction.  I would sit very far
24  from him and pretend not to see him.
25     Q.   After the second time Mr. Perlitz

40 (Pages 154 to 157)

Confidential - Subject to Further Confidentiality Review

Page 158

1  abused you, Mr. Lecenat, did you continue with
2  your classes at the Village?
3      A.  Yeah, I did, but it's like someone who
4  is not really there, I couldn't concentrate
5  during any class, I was always thinking about
6  the fact that he put his penis in my butt.  I
7  was always thinking about it, I was sad, and
8  that gave me a lot of problems.
9      Q.  How much longer did you take classes
10  at the Village after the second time Mr. Perlitz
11  abused you?
12      THE INTERPRETER:  How much longer you
13  took --
14      MR. KERRIGAN:  Classes at the Village.
15      MR. GARABEDIAN:  Objection.
16      A.  I don't really remember.  It's all the
17  way until when the Village was -- stopped
18  working.
19  BY MR. KERRIGAN:
20      Q.  You continued taking classes right up
21  until the Village closed, is that correct?
22      A.  Yeah, I did go to school, but I
23  couldn't really work at school because of the
24  fact that Douglas put his penis in my butt.  I
25  was there, I was sitting there, but I wasn't

Page 159

1  really there.
2      Q.  Mr. Lecenat, the second time
3  Mr. Perlitz abused you, did he ever touch your
4  penis or your testicles?
5      MR. GARABEDIAN:  Objection.
6      A.  He put his hand on my butt, and he put
7  his penis in my butt.
8  BY MR. KERRIGAN:
9      Q.  Did he put his hands on your penis or
10  testicles?
11      A.  He put his hand on my butt, and he put
12  his penis in my butt.
13      Q.  But did he touch your penis or your
14  testicles, Mr. Lecenat?
15      MR. GARABEDIAN:  Objection.
16      A.  No, he didn't touch my front parts.
17  BY MR. KERRIGAN:
18      Q.  Did Mr. Perlitz ever give you money or
19  any kind of a gift or clothes or shoes in
20  exchange for the abuse that he gave you?
21      MR. GARABEDIAN:  Objection.
22      A.  No.
23  BY MR. KERRIGAN:
24      Q.  Did Mr. Perlitz ever give you anything
25  valuable in exchange for sex?

Page 160

1      MR. GARABEDIAN:  Objection.
2      A.  No.
3  BY MR. KERRIGAN:
4      Q.  Did Mr. Perlitz ever give you anything
5  in exchange for sex?
6      MR. GARABEDIAN:  Objection.
7      A.  No.
8  BY MR. KERRIGAN:
9      Q.  Now, Mr. Lecenat, do you believe that
10  you have suffered injury or harm as a result of
11  the abuse that Mr. Perlitz gave to you?
12      A.  Yes, because he put his penis in my
13  butt twice.
14      Q.  Tell us all the ways in which you
15  believe you were harmed because of Doug
16  Perlitz's abuse.
17      MR. GARABEDIAN:  Objection.
18      A.  I am a victim, of course.  This thing
19  made me lose my girlfriend.  I lost my
20  girlfriend.  We were walking together and
21  someone told her, "look, you're with this fag.
22  That's Douglas's fag girlfriend."  She dropped
23  me as soon as -- she dropped me right away after
24  that.  She doesn't want to talk to me anymore.
25  She doesn't want to be the girlfriend of a fag.

Page 161

1  And I felt like killing myself, that's why I
2  have to drink alcohol and to smoke cigarettes.
3  When I feel that, that gives me a lot of
4  problems, that's why I had to take to the woods
5  and go to Santo Domingo.  I really suffered a
6  lot of miseries.  If I could find names for a
7  little solution so I could forget some of that,
8  some of these things.
9  BY MR. KERRIGAN:
10      Q.  Are there any other ways that you
11  believe you've suffered as a result of the abuse
12  by Mr. Perlitz?
13      A.  Yeah, I feel that I lost -- I have no
14  hope.  I'm losing strength.  I'm not really
15  living.  I'm in the world, but I have no value,
16  no importance.  I'm here, but I feel like I'm
17  abandoned.
18      Q.  Are there any other ways, Mr. Lecenat,
19  that you believe you have suffered as a result
20  of abuse by Mr. Perlitz?
21      A.  I feel sometimes I want to drown
22  myself.  When I think too much, I can't sleep.
23  Sometimes when I go to bed I think about that
24  Douglas put his penis in my butt.  When I
25  finally get to sleep, I have nightmares, so I

41 (Pages 158 to 161)

Confidential - Subject to Further Confidentiality Review

Page 162

1    can't sleep. I have difficulty sleeping.
2         Q.   And is there anything else,
3    Mr. Lecenat, any other ways you believe you've
4    suffered?
5         A.   Yeah, I have all the problems because
6    of that.
7         Q.   All the problems that you've just told
8    us about, correct?
9              MR. GARABEDIAN: Objection.
10        A.   Some of them I don't remember also.
11   BY MR. KERRIGAN:
12        Q.   Is there anything else that you can
13   remember today that you believe you're suffering
14   from because of abuse by Doug Perlitz?
15        A.   I have more problems. Every time I go
16   somewhere to ask for a little bit of work to
17   help myself out, when I get there they say
18   "you're a fag, you're Douglas's girlfriend," I
19   feel like I could kill myself. And I want to
20   find a solution because I'm suffering too much
21   because of what Douglas did to me.
22        Q.   Now, Mr. Lecenat, did you ever have
23   trouble sleeping before the abuse?
24        A.   When Douglas put his penis in my butt,
25   that's when I started getting all these

Page 163

1    problems.
2         Q.   Did you have any of these problems
3    before the abuse, Mr. Lecenat?
4              MR. GARABEDIAN: Objection.
5         A.   It's when Douglas put his penis in my
6    butt that I started having these problems. Up
7    to now, I'm still suffering because sometimes my
8    butt hurts. Now, right now it hurts.
9    BY MR. KERRIGAN:
10        Q.   Your buttocks hurt?
11        A.   Yes, my butt.
12        Q.   And how often does that hurt?
13        A.   All the time. I'm just like that, and
14   then I feel that it hurts.
15        Q.   How often do you feel helpless, or
16   hopeless, as you say?
17        A.   Every time -- every time I think about
18   what Douglas did to me, then I feel I have no
19   hope. If I only had -- I don't have no one to
20   help me out. If I had someone, I could find
21   support and wouldn't have all these problems,
22   all these sufferings.
23        Q.   When you say if you had someone, do
24   you mean someone like a doctor?
25        A.   No. If I could only help myself, if I

Page 164

1    could find work. Because of Douglas putting his
2    penis in my butt, everybody is saying "here
3    comes the fag." I feel like I would kill
4    myself. I don't really live. I'm not really a
5    person who is here.
6         Q.   When you go to try to get work,
7    Mr. Lecenat, how do people know that you should
8    be called Mrs. Perlitz, or a fag?
9              MR. GARABEDIAN: Objection.
10   BY MR. KERRIGAN:
11        Q.   How would anyone know about that?
12        A.   They knew I was at the Village. They
13   knew I was at the Village.
14        Q.   So people in Cap-Haïtien, if they know
15   you're from the Village, then they will call you
16   Mrs. Perlitz and fag?
17        A.   Yes, when they know that you're at the
18   Village.
19        Q.   Does it matter whether or not you were
20   abused?
21             MR. GARABEDIAN: Objection.
22        A.   When I go somewhere I feel that I'm --
23   there's no -- there's no stop to it, there's no
24   end to it, they always say Ms. Gay, Ms. Fag, and
25   that goes up to my head. That hurts my head.

Page 165

1    BY MR. KERRIGAN:
2         Q.   Mr. Lecenat, are there people that
3    went to the Village who were not abused by Doug
4    who are still called fag?
5              MR. GARABEDIAN: Objection.
6         A.   I don't know.
7    BY MR. KERRIGAN:
8         Q.   Do you know why people would call you
9    a fag if you never told them you were abused?
10             MR. GARABEDIAN: Objection.
11        A.   As long as you were in the Village,
12   they knew that the white people were in charge
13   there, and if you were at the Village then you
14   are a fag. They don't need to know anything
15   else.
16   BY MR. KERRIGAN:
17        Q.   And you can't get a job if you're a
18   fag, is that correct?
19        A.   Yes. When I get -- when I get
20   somewhere, when I go somewhere, they say they
21   don't give jobs to fags.
22        Q.   Is that because the Haitian culture is
23   against homosexuality?
24             MR. GARABEDIAN: Objection.
25        A.   As soon as they see me they give me

42 (Pages 162 to 165)

Confidential - Subject to Further Confidentiality Review

Page 166

1   that name, they call me that name.  And I can
2   also say that Douglas destroyed my life in that
3   way.
4   BY MR. KERRIGAN:
5       Q.  How many times have you tried to get a
6   job after PPT closed?
7           MR. GARABEDIAN:  Objection.
8       A.  Several times I couldn't find.
9   BY MR. KERRIGAN:
10      Q.  How many?
11      A.  Several.  I don't know.  I don't
12  remember.
13      Q.  You've said earlier that you'd like to
14  try to find a solution to your problems.  Have
15  you sought any treatment from a doctor?
16          MR. GARABEDIAN:  Objection.
17  BY MR. KERRIGAN:
18      Q.  Apart from the visit to the Justinian
19  Hospital you've already talked about today.
20          MR. GARABEDIAN:  Objection.
21      A.  I never went to the hospital after
22  that.
23  BY MR. KERRIGAN:
24      Q.  Have you ever tried to get therapy or
25  counseling to help you with your problems?

Page 167

1           MR. GARABEDIAN:  Objection.
2       A.  No, just once I know that I went to
3   the hospital, and then...
4   BY MR. KERRIGAN:
5       Q.  How do you spend your average day
6   these days, Mr. Lecenat?
7           MR. GARABEDIAN:  Objection.
8       A.  Well, I just stay like that.  I wash
9   myself, then I go to sleep.  I always think
10  about what Douglas did to me.  Sometimes I beg
11  someone -- I beg and someone gives me 20 to 25
12  gourdes, then with the money I smoke and I drink
13  alcohol.  I try to forget what happened, but it
14  can never get out of my head.
15  BY MR. KERRIGAN:
16      Q.  How often do you drink alcohol?
17      A.  Many times.  I can't know.  I can't
18  check.
19      Q.  How often do you smoke?
20      A.  Many times.  I don't know.
21      Q.  Do you drink every day?
22      A.  When this thing goes to my head I just
23  stay like that, and I think about how he put his
24  penis in my butt.  When I have money I buy
25  alcohol and I smoke.  I try to see if I can

Page 168

1   forget it, but I can't forget it.
2       Q.  Do you drink every day?
3           MR. GARABEDIAN:  Objection.
4       A.  When this thing -- when it goes to my
5   head, I just think about it, and I drink and I
6   smoke, I try to find a little solution to see if
7   I could calm down somewhere.
8   BY MR. KERRIGAN:
9       Q.  Can you tell me whether you drink
10  every day or not?
11          MR. GARABEDIAN:  Objection.
12      A.  Yeah, I drink alcohol.
13  BY MR. KERRIGAN:
14      Q.  Every day?
15          MR. GARABEDIAN:  Objection.
16      A.  Not every day, but I remember when
17  Douglas put his penis in me, I have no other
18  reflection, I just drink alcohol.  That's it.
19  BY MR. KERRIGAN:
20      Q.  Do you smoke every day?
21      A.  I already said when I think about what
22  Douglas, that he put his penis in my butt, I
23  smoke cigarettes.
24      Q.  Is that every day or not?
25      A.  When I think that Douglas put his

Page 169

1   penis in my butt, that's when I do that.  Then
2   it goes to my head.
3       Q.  And you can't tell me how often that
4   is?
5           MR. GARABEDIAN:  Objection.
6       A.  When I think about that, I just stay
7   like that, and that gives me a lot of problems,
8   and then I have to smoke and I drink alcohol.  I
9   try to find a little solution.  There's no set
10  time for this.
11  BY MR. KERRIGAN:
12      Q.  Mr. Lecenat, is there a lot of poverty
13  in Cap-Haïtien?
14          MR. GARABEDIAN:  Objection.
15      A.  I don't understand the question.
16  BY MR. KERRIGAN:
17      Q.  Are there a lot of poor people in
18  Cap-Haïtien?
19      A.  A lot.
20      Q.  Are there a lot of people without jobs
21  in Cap-Haïtien?
22          MR. GARABEDIAN:  Objection.
23      A.  A lot.  I'm one of them.  If my
24  parents had had a job, then they would have been
25  able to help me and Douglas wouldn't have found

43 (Pages 166 to 169)

Confidential - Subject to Further Confidentiality Review

Page 170

1    me to put his penis in my butt, and for me to
2    suffer up to now, to suffer with the pain up to
3    now.
4    BY MR. KERRIGAN:
5        Q.   And are there a lot of people without
6    jobs in Cap-Haïtien?
7            MR. GARABEDIAN:  Objection.
8        A.   There are a lot of people without
9    work.
10   BY MR. KERRIGAN:
11       Q.   How much money would you need to live
12   in a good place in Cap-Haïtien?
13           MR. GARABEDIAN:  Objection.
14       A.   I would like you to ask -- talking to
15   the interpreter -- ask him also how much money
16   to buy my life.
17           MR. KERRIGAN:  That's a question for
18   the interpreter?
19           THE INTERPRETER:  For you.
20   BY MR. KERRIGAN:
21       Q.   I'm afraid I ask the questions,
22   Mr. Lecenat.
23       A.   I don't have money to buy my life.  No
24   amount is worth my life.
25       Q.   But my question was different,

Page 171

1    Mr. Lecenat.
2            My question was, how much money would
3    you need to get a good place in Cap-Haïtien?
4            MR. GARABEDIAN:  Objection.
5        A.   What's more important is my life.
6    BY MR. KERRIGAN:
7        Q.   You don't know how much it would cost
8    to get a decent place in Cap-Haïtien?
9            MR. GARABEDIAN:  Objection.
10       A.   It's my life that's more important.  I
11   don't know.  I don't know how much money I would
12   need.  Douglas -- Douglas condemned me, my life
13   is nothing.
14   BY MR. KERRIGAN:
15       Q.   But I'm asking you something a little
16   bit different, it's just a question about how
17   much money it would cost to get you a decent
18   place to live in Cap-Haïtien.
19           MR. GARABEDIAN:  Objection.
20       A.   I don't know.
21   BY MR. KERRIGAN:
22       Q.   Okay.  And tell me, Mr. Lecenat, if
23   you could get help for your problems, whether
24   through a therapist or a doctor, would you try
25   to get that help?

Page 172

1            MR. GARABEDIAN:  Objection.
2        A.   I don't trust anyone.  I don't trust
3    anyone else except people who are close to me.
4    BY MR. KERRIGAN:
5        Q.   And, Mr. Lecenat, you've brought this
6    case against Douglas Perlitz and others.  What
7    do you want out of this case?
8        A.   I want justice.
9        Q.   What does "justice" mean?
10       A.   I want justice.  Because Douglas
11   abused me, I want to have my life back for a
12   second time, a second life.  I want to see that
13   I'm living.  And what Douglas did to me, I don't
14   want to think about it anymore.  I want justice.
15       Q.   Would you also like to obtain money as
16   a result of this case?
17           MR. GARABEDIAN:  Objection.
18       A.   I want justice and what I deserve, I
19   want justice.
20   BY MR. KERRIGAN:
21       Q.   Does that include money?
22           MR. GARABEDIAN:  Objection.
23       A.   No.  I didn't say that.  I just said I
24   want justice.
25   BY MR. KERRIGAN:

Page 173

1        Q.   Mr. Lecenat, have you understood the
2    questions that I've asked you today?
3        A.   Yeah, I understand the questions.
4        Q.   And if you didn't understand my
5    questions you told me, is that right?
6            MR. GARABEDIAN:  Objection.
7        A.   I told you.
8    BY MR. KERRIGAN:
9        Q.   And is there anything that you want to
10   change about any of the answers that you've
11   given to me today?
12       A.   No, everything is fine.
13           MR. KERRIGAN:  Thank you very much,
14   Mr. Lecenat.
15           MR. GARABEDIAN:  Let's take a break.
16           THE VIDEOGRAPHER:  Going off the
17   record.  The time is 4:35.
18           (Whereupon, a recess was taken.)
19           THE VIDEOGRAPHER:  Back on the record.
20   The time is 4:51.
21   BY MR. CERRETA:
22       Q.   Good afternoon, Mr. Lecenat.  My name
23   is John Cerreta, and I represent Defendant
24   Fairfield University.
25           Have you ever heard of an organization

44 (Pages 170 to 173)

Confidential - Subject to Further Confidentiality Review

Page 174

1    called Fairfield University?
2        A.    Yes, Douglas told us about that
3    university Fairfield, and one day we had
4    T-shirts with the name Fairfield on it, and it
5    was Ms. Carter and Father Paul who came with the
6    T-shirts.
7        Q.    Did Ms. Carter and Father Paul come to
8    the Village?
9        A.    Yes.  Douglas always talked about
10   these two people, he said they sponsorize (ph)
11   the project, they help the project, and they're
12   important for the project.
13       Q.    Did Douglas hand out the T-shirts that
14   had Fairfield University on them?
15       A.    It's Douglas -- it's Father Paul and
16   Ms. Carter who came with them.  Douglas
17   distributed them.  He rounded up everybody.  It
18   was in December, during the month of December
19   when -- Christmastime, he came with shorts and
20   tennis shoes.  And Douglas explained to us
21   that -- what university Fairfield was on our
22   T-shirt.
23       Q.    Okay.  Did you get a T-shirt that said
24   Fairfield University?
25       A.    Yes.

Page 175

1        Q.    Did the other children at the Village
2    get T-shirts that said Fairfield University?
3        A.    Not everyone.  Not every child.
4        Q.    Do you remember how many children got
5    the T-shirts?
6        A.    I don't remember how many children got
7    the T-shirt.  All the kids.
8        Q.    Was this around Christmastime?
9        A.    Yeah, during Christmastime.
10       Q.    Were the T-shirts a Christmas present?
11       A.    Yeah.  T-shirts, shirts, and tennis
12   shoes.
13       Q.    In response to the written questions
14   that we sent you before --
15       A.    Yes.
16       Q.    -- you said that you understood that
17   Fairfield University was one of the companies
18   that was helping the Village.
19             Do you remember saying that in
20   response to our written questions?
21       A.    Douglas always said it's a company.
22   Douglas always said -- always talked about the
23   people helping the companies -- the Village,
24   sponsorizing the Village and giving help.
25       Q.    Was it Douglas Perlitz that told you

Page 176

1    that Fairfield University was one of the
2    companies that was helping the Village?
3        A.    Yes, he was always saying that.
4        Q.    Did anybody else tell you that
5    Fairfield University was one of the companies
6    that was helping the Village?
7        A.    Douglas, he rounded up in a group, he
8    would always talk and say that.
9        Q.    Did Douglas tell you how Fairfield
10   University was helping the Village?
11       A.    Just he said that they were the ones
12   who were giving -- providing help, aid, and
13   sponsorizing the Village.  After that, I don't
14   know.
15       Q.    Did he tell you that Fairfield
16   University was providing goods for the Village?
17             MR. GARABEDIAN:  Objection.
18       A.    The only thing is that he would always
19   say that this is a company that -- when he would
20   regroup us, he would say the University of
21   Fairfield is the company that would always
22   provide aid or sponsorize the Village.  That's
23   what I remember.  He would always say that.
24   BY MR. CERRETA:
25       Q.    Okay.  Did Douglas tell you anything

Page 177

1    else about Fairfield University?
2        A.    Only what I told you there.
3        Q.    Okay.  Has anybody, other than your
4    attorneys in this case, ever told you anything
5    else about Fairfield University?
6             MR. GARABEDIAN:  Objection.  I
7    instruct him not to answer with regard to the
8    attorney/client privilege, with regard to any
9    communications with his attorneys.  You can talk
10   about anybody else but your attorneys.
11       A.    Only Douglas.
12   BY MR. CERRETA:
13       Q.    Do you have any other information
14   about the help that Fairfield University was
15   providing PPT?
16             MR. GARABEDIAN:  Objection.
17       A.    Just that, what I said.  What I said
18   is the only thing I know.
19             MR. CERRETA:  Okay.  Thank you very
20   much, Mr. Lecenat.  That's all I have for you.
21   BY MR. FOLKMAN:
22       Q.    Sir, I told you this morning, and I'll
23   remind you, my name is Ted Folkman, I'm Paul
24   Carrier's lawyer.  Okay?
25       A.    Okay.

45 (Pages 174 to 177)

Confidential - Subject to Further Confidentiality Review

Page 178

```
 1        Q.   Aside from the times at the Village
 2   that you said you saw Father Carrier, did you
 3   ever see Father Carrier at any other time?
 4        MR. GARABEDIAN:  Objection.
 5        A.   It's always with Ms. Carter at the
 6   Village.  They always come, Ms. Carter, Father
 7   Paul, and they come with other white people
 8   also.  They come to visit.  They take pictures,
 9   and they play soccer and basketball.
10   BY MR. FOLKMAN:
11        Q.   Did you ever see Father Carrier
12   anywhere other than the Village?
13        MR. GARABEDIAN:  Objection.
14        A.   I see him at the Village.  That's
15   where I'm used to seeing him.  He comes to
16   visit, him, Ms. Carter, with a group of white
17   people.
18   BY MR. FOLKMAN:
19        Q.   And you never saw him anywhere else,
20   right?
21        MR. GARABEDIAN:  Objection.
22        A.   I was at the Village, that's where I
23   used to see him.  I didn't see him anywhere
24   else.  It's when I'm in the Village that I used
25   to see him.
```

Page 179

```
 1   BY MR. FOLKMAN:
 2        Q.   Okay.  Let me ask you about the young
 3   man named Jean-Gary we were talking about this
 4   morning.
 5        Do you remember that?
 6        A.   Yes.
 7        Q.   Did you know that Jean-Gary had
 8   brought a lawsuit against Douglas Perlitz in
 9   2012?
10        MR. GARABEDIAN:  Objection.
11        A.   I don't know when he brought a
12   lawsuit, but I know when I did.
13   BY MR. FOLKMAN:
14        Q.   Do you know that he ever brought a
15   lawsuit?
16        MR. GARABEDIAN:  Objection.
17        A.   The only thing I know is that he had a
18   list in his hand, and he was taking the names of
19   people, and I put my name on that list so I
20   could find my justice.
21   BY MR. FOLKMAN:
22        Q.   Do you know that he found his justice?
23        MR. GARABEDIAN:  Objection.
24        A.   Yes.
25   BY MR. FOLKMAN:
```

Page 180

```
 1        Q.   Do you know that he found money?
 2        A.   I don't know, but I know he found
 3   justice.
 4        Q.   Did he ask you to put your name on the
 5   list before he found justice, or after he found
 6   justice?
 7        MR. GARABEDIAN:  Objection.
 8        A.   He had already found his justice.  I
 9   wasn't there.
10   BY MR. FOLKMAN:
11        Q.   Do you know why he found justice
12   before you even brought your lawsuit?
13        MR. GARABEDIAN:  Objection.
14        What was the question?
15   BY MR. FOLKMAN:
16        Q.   Do you know why he, Jean-Gary, found
17   justice before you even brought your lawsuit?
18        MR. GARABEDIAN:  Objection.
19        A.   I don't know.
20   BY MR. FOLKMAN:
21        Q.   Did you see anybody else sign that
22   list?
23        A.   I put my name on the list.  I don't
24   know.
25        Q.   So you didn't see anybody else sign
```

Page 181

```
 1   it?
 2        A.   I wrote my name down.  But I don't
 3   know.
 4        Q.   Do you know who he gave the list to?
 5        A.   He gave it to Cyrus.
 6        Q.   And how do you know that?
 7        A.   Because my name was on it.
 8        Q.   You know that Jean-Gary gave the list
 9   with your name on it to Cyrus because your name
10   was on it?
11        MR. GARABEDIAN:  Objection.
12        THE INTERPRETER:  I'm sorry.  Repeat,
13   please?
14   BY MR. FOLKMAN:
15        Q.   Sure.  You know that Jean-Gary gave
16   the list with your name on it to Cyrus because
17   your name was on a list?
18        MR. GARABEDIAN:  Objection.
19        A.   It's not because of that.
20   BY MR. FOLKMAN:
21        Q.   Why is it?  How do you know?
22        A.   Because my name was on it, I just put
23   my name on it.  I couldn't make it that I would
24   be the one to do it just because my name is on
25   the list.
```

46 (Pages 178 to 181)

Confidential - Subject to Further Confidentiality Review

Page 182

1    Q.   Did Jean-Gary say to you "put your
2  name on this list and then I will take it to
3  Cyrus"?
4    A.   I put my name on the list because I
5  wanted to see Cyrus.  I put my name on the list
6  so I could be in contact with Cyrus.
7    Q.   And you knew when you signed the list
8  that it was going to be going to Cyrus?
9       MR. GARABEDIAN:  Excuse me.  I know
10  you're not doing it on purpose, but you're
11  getting a little loud.  Could you keep it down a
12  little?
13       MR. FOLKMAN:  Okay.
14       MR. GARABEDIAN:  Objection.
15    A.   Yes.
16  BY MR. FOLKMAN:
17    Q.   Okay.  What jobs are you qualified to
18  do if you were to get a job?
19    A.   In the neighborhood around my house, I
20  know how to build houses, I can carry blocks, do
21  cement, and -- but I just show up and people say
22  "you're a fag."  I have no value, no importance.
23    Q.   Where did you learn those skills?
24    A.   I don't understand.
25    Q.   Where did you learn how to build

Page 183

1  houses?
2    A.   No, I didn't say I can build houses.
3  What I say was I can do the cement and I can
4  carry blocks.
5    Q.   You said before that people won't hire
6  you because they know that you're from the
7  Village, and that people from the Village are
8  masisi or Mrs. Perlitz, is that right?
9    A.   Yes.
10    Q.   When you meet somebody that you
11  haven't met before, do they know that you were
12  in the Village?
13       MR. GARABEDIAN:  Objection.
14    A.   No, the ones who knew, they are the
15  ones who tell me I'm a fag.  Those who don't,
16  they don't.
17  BY MR. FOLKMAN:
18    Q.   So if you went to apply for a job with
19  someone who didn't know you, they wouldn't call
20  you a fag, right?
21       MR. GARABEDIAN:  Objection.
22    A.   That depends where I go to look for
23  the job.  I don't have any profession.
24  BY MR. FOLKMAN:
25    Q.   If you went to apply for a job

Page 184

1  carrying blocks at a construction site or doing
2  cement, and the person who was running the place
3  didn't know you, he wouldn't say you're a fag or
4  you're a masisi, would he?
5       MR. GARABEDIAN:  Objection.
6    A.   I never go to look for a job in places
7  I don't know.  I only go to places that I know.
8  BY MR. FOLKMAN:
9    Q.   So you've only ever applied for jobs
10  with people who know you?
11    A.   Yeah, I go to people who could give me
12  a job, and when I get there they're just making
13  fun of me, they say I'm a fag.
14    Q.   And those are people you already know,
15  right?
16       MR. GARABEDIAN:  Objection.
17    A.   Yes.
18  BY MR. FOLKMAN:
19    Q.   Now, you told Mr. Kerrigan, I think,
20  just very briefly that you had gone into the
21  forest and gone to Santo Domingo, is that right?
22    A.   I had too many problems.  When Douglas
23  put his penis in my butt, I was always thinking
24  about that.  That's problems for all my life.
25  And I was trying to find a little solution and

Page 185

1  see if I could forget that Douglas put his penis
2  in my butt.  And I have so many problems, and I
3  can't sleep.
4    Q.   So you did go to Santo Domingo, yes?
5       MR. GARABEDIAN:  Objection.
6    A.   Yeah, my girlfriend left me.  In the
7  neighborhood I have no value, so I took to the
8  woods, to the bushes, and people make fun of me.
9  I always think about that, that my girlfriend
10  left me, and I don't live well.
11  BY MR. FOLKMAN:
12    Q.   When you got to Santo Domingo, did you
13  look for work?
14       MR. GARABEDIAN:  Objection.
15    A.   Work under banana trees.
16  BY MR. FOLKMAN:
17    Q.   Okay.  And when you got that work, did
18  the people that you asked for the job call you a
19  fag or masisi?
20       MR. GARABEDIAN:  Objection.
21    A.   No, they didn't know.
22  BY MR. FOLKMAN:
23    Q.   Right.  And if you applied for work
24  with people in Cap-Haïtien that you didn't know,
25  do you know what they would tell you?

47 (Pages 182 to 185)

Confidential - Subject to Further Confidentiality Review

Page 186

1    MR. GARABEDIAN: Objection.
2    A.    Yeah, they would say you're a
3    girlfriend of a fag. They don't stick -- they
4    don't hang out with fags. That is what they
5    would tell me.
6    BY MR. FOLKMAN:
7    Q.    Even people who didn't know you went
8    to the Village and had never seen you before?
9    MR. GARABEDIAN: Objection.
10    A.    I don't understand.
11    BY MR. FOLKMAN:
12    Q.    If you went to somebody in Cap-Haïtien
13    that had never met you before and didn't know
14    that you went to the Village, would that person
15    know anything about you?
16    MR. GARABEDIAN: Objection.
17    A.    No, they're not going to say anything
18    bad about me. But if there's somebody that goes
19    by that knows that -- if I'm in an area and that
20    person tells me I'm a masisi, so the person who
21    didn't know will know about it also.
22    BY MR. FOLKMAN:
23    Q.    But you've never applied for a job
24    with someone who didn't know you?
25    MR. GARABEDIAN: Objection.

Page 187

1    A.    I'm scared, because of humiliation,
2    and the suffering, and I have no -- I don't
3    trust people, that's why I don't go -- I don't
4    hang out with people, because of what happened
5    to me already. I think all the time, and I'm
6    trying to find out how God can help me out.
7    BY MR. FOLKMAN:
8    Q.    So those are the reasons why you have
9    not applied for a job with someone that you
10    don't know?
11    MR. GARABEDIAN: Objection.
12    A.    Because Douglas put his penis in my
13    butt, I'm afraid that people -- I have no
14    self-confidence. I'm afraid that people at
15    work, if I find a job somewhere, they will tell
16    the people who don't know that I'm Douglas's
17    girlfriend, so everybody at the work -- at work
18    will know.
19    BY MR. FOLKMAN:
20    Q.    You were baptized a Roman Catholic,
21    right?
22    A.    Yes.
23    Q.    And you had your First Communion?
24    A.    Yes.
25    Q.    And were you confirmed as a Roman

Page 188

1    Catholic?
2    A.    No.
3    Q.    Is there a Catholic Church in
4    Cap-Haïtien that you've ever attended?
5    A.    Blue Hills.
6    Q.    There's a church in Blue Hills?
7    A.    Yes. That's where I did my First
8    Communion.
9    Q.    Does it have a priest?
10    A.    There's no Catholic Church without a
11    father.
12    Q.    And is that your church? Do you think
13    of it as your church?
14    MR. GARABEDIAN: Objection.
15    A.    It's not my church.
16    BY MR. FOLKMAN:
17    Q.    When you go to church, is that where
18    you go?
19    MR. GARABEDIAN: Objection.
20    A.    I used to go to Catholic Church, but
21    now I'm not choosing Catholic Church anymore.
22    MR. FOLKMAN: I have no more
23    questions. Thank you.
24    (Pause.)
25    BY MR. BABBITT:

Page 189

1    Q.    Good afternoon. I'm Bradford Babbitt.
2    Have you ever heard of the Haiti Fund?
3    A.    No, I don't know.
4    Q.    How about the Society of Jesus of New
5    England?
6    A.    I don't remember.
7    Q.    How about the Order of Malta American
8    Association?
9    A.    I don't remember.
10    MR. BABBITT: Okay. Thank you.
11    That's all I have.
12    (Pause.)
13    BY MR. KENNEDY:
14    Q.    Hi, Mr. Lecenat, my name is Jeff
15    Kennedy, I represent Hope Carter.
16    A couple moments ago you told Attorney
17    Folkman that you saw Hope Carter play
18    basketball?
19    MR. GARABEDIAN: Objection.
20    BY MR. KENNEDY:
21    Q.    Is that correct?
22    A.    I don't understand that question.
23    Q.    Sir, previously you testified that you
24    saw Hope Carter play basketball and play soccer,
25    is that correct?

48 (Pages 186 to 189)

Confidential - Subject to Further Confidentiality Review

Page 190

1     MR. GARABEDIAN:  Objection.
2     A.   I don't remember I ever said that.
3  BY MR. KENNEDY:
4     Q.   Did you ever see Hope Carter play
5  basketball?
6     A.   I don't remember ever seeing that.
7     Q.   Did you ever see Hope Carter play
8  soccer?
9     A.   I don't remember I said that.
10     Q.   Okay.  Sir, how did you get here
11  today?
12     MR. GARABEDIAN:  Objection.
13     A.   I came with a bus, in a bus.
14  BY MR. KENNEDY:
15     Q.   And who was on the bus with you, sir?
16     A.   Cyrus Sibert, Jasmin Joseph, and
17  Jamesly.
18     Q.   And did Cyrus pay for your bus ticket,
19  sir?
20     A.   He's the one who made me come here,
21  it's thanks to him.  I don't know.
22     Q.   But do you know if he paid for your
23  bus ticket, sir?
24     A.   If I'm here today, here, it's thanks
25  to him.  I don't know.

Page 191

1     Q.   Okay.  Is he paying for your hotel
2  room, sir?
3     MR. GARABEDIAN:  Objection.  I
4  instruct him not to answer as to attorney/client
5  conversation.
6     A.   I don't know.
7  BY MR. KENNEDY:
8     Q.   Now, during the course of your bus
9  trip from -- did you take the bus from
10  Cap-Haïtien to the Dominican Republic, sir?
11     A.   Yes.
12     Q.   How long was that bus trip, sir?
13     A.   I didn't check the time.
14     Q.   Was it several hours, sir?
15     A.   I don't know.  I didn't check.
16     Q.   Okay.  Was it more than an hour, sir?
17     A.   I don't remember.
18     Q.   Okay.  During that bus trip, did you
19  speak to Cyrus?
20     A.   No.
21     Q.   Did you speak to Jamesly?
22     A.   We were having fun in the bus, talking
23  about football and music.
24     Q.   Okay.
25     A.   Telling jokes.

Page 192

1     Q.   Did you talk about your lawsuit, sir?
2     MR. GARABEDIAN:  Objection.
3     A.   No.
4  BY MR. KENNEDY:
5     Q.   Sir, have you ever told Cyrus
6  specifically the -- strike that.  I'm sorry.
7     Sir, have you ever told Cyrus
8  specifically what you claim Douglas Perlitz did
9  to you?
10     MR. GARABEDIAN:  Objection.
11     A.   Repeat the question, please.
12  BY MR. KENNEDY:
13     Q.   Okay.  Sir, have you ever told Cyrus
14  specifically what you claim Douglas Perlitz did
15  to you?
16     MR. GARABEDIAN:  Objection.
17     A.   Just -- I just talked to him to ask
18  him to put me in contact with my lawyers.
19  BY MR. KENNEDY:
20     Q.   Okay.  But you've never told him
21  specifically what you claim Doug Perlitz did to
22  you?
23     MR. GARABEDIAN:  Objection.  I
24  instruct him not to answer as to any
25  attorney/client communication.

Page 193

1     THE INTERPRETER:  Do I translate?
2     MR. GARABEDIAN:  You can repeat it.
3     MR. KERRIGAN:  Sure, Nathalie.
4     MR. GARABEDIAN:  I'm sorry.
5     MR. CERRETA:  He gave an answer that
6  wasn't translated before you gave that
7  instruction.
8     MR. GARABEDIAN:  Would you, please?
9     A.   I remember I talked to him when I put
10  my name on the list.  I told him just put me in
11  contact with my lawyers because Douglas put his
12  penis in my butt, and I am a victim.
13  BY MR. KENNEDY:
14     Q.   So you did tell Cyrus that Douglas put
15  his penis in your butt, sir?
16     A.   Yes, because I needed to be in contact
17  with my lawyers.
18     Q.   Sir, if you win your lawsuit and
19  you're awarded money damages, will Cyrus be
20  receiving any of your money damages?
21     MR. GARABEDIAN:  Objection.
22     A.   The Court should give me justice, and
23  what I deserve.  I never signed any contract
24  with Cyrus.
25  BY MR. KENNEDY:

49 (Pages 190 to 193)

Confidential - Subject to Further Confidentiality Review

---

Page 194

1      Q.   So you don't have any agreement with
2   Cyrus that if you're awarded money damages that
3   you'll be providing him with some of those
4   damages?
5          MR. GARABEDIAN:  Objection.
6      A.   I have no contract signed with him.
7   BY MR. KENNEDY:
8      Q.   Okay.  I know you don't have any
9   contract signed.  But do you have any oral
10  agreement?
11         MR. GARABEDIAN:  Objection.
12     A.   No, no.
13  BY MR. KENNEDY:
14     Q.   So you don't have any agreements with
15  Cyrus at all, sir?
16         MR. GARABEDIAN:  Objection.
17     A.   No.
18         MR. KENNEDY:  Okay.  I have nothing
19  further.  Thank you very much.
20         THE VIDEOGRAPHER:  This concludes the
21  May 20th, 2015 deposition.  Going off the
22  record.  The time is 5:31.
23         (Whereupon, the deposition was
24         concluded.)
25

---

Page 195

1          C E R T I F I C A T E
2          I, MAUREEN O'CONNOR POLLARD, LSR #473,
3   RMR, CLR, and Notary Public in and for the State
4   of Connecticut, do hereby certify that there
5   came before me on the 20th day of May, 2015, the
6   person hereinbefore named, who was duly sworn to
7   testify to the truth of their knowledge
8   concerning the matters in this cause, and their
9   examination reduced to typewriting under my
10  direction and is a true record of the testimony.
11         I further certify that I am neither
12  attorney for or related or employed by any of
13  the parties to the action, and that I am not a
14  relative or employee of any attorney or counsel
15  employed by the parties hereto or financially
16  interested in the action.
17         In witness whereof, I have hereunto
18  set my hand and seal this 25th day of May, 2015.
19
20
21  _____
    MAUREEN O'CONNOR POLLARD, License #473
22  Realtime Systems Administrator, RMR
23  Notary Commission Expires:  10/31/2017
24
25

---

Page 196

1          INSTRUCTIONS TO WITNESS
2
3          Please read your deposition over
4   carefully and make any necessary corrections.
5   You should state the reason in the appropriate
6   space on the errata sheet for any corrections
7   that are made.
8          After doing so, please sign the
9   errata sheet and date it.  It will be attached
10  to your deposition.
11         It is imperative that you return
12  the original errata sheet to the deposing
13  attorney within thirty (30) days of receipt of
14  the deposition transcript by you.  If you fail
15  to do so, the deposition transcript may be
16  deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

---

Page 197

1          ------
2          E R R A T A
3          ------
3   PAGE LINE CHANGE
4       ____ ____ _____
5       REASON: _____
6       ____ ____ _____
7       REASON: _____
8       ____ ____ _____
9       REASON: _____
10      ____ ____ _____
11      REASON: _____
12      ____ ____ _____
13      REASON: _____
14      ____ ____ _____
15      REASON: _____
16      ____ ____ _____
17      REASON: _____
18      ____ ____ _____
19      REASON: _____
20      ____ ____ _____
21      REASON: _____
22      ____ ____ _____
23      REASON: _____
24      ____ ____ _____
25

---

50 (Pages 194 to 197)

Confidential - Subject to Further Confidentiality Review

Page 198

1          ACKNOWLEDGMENT OF DEPONENT
2
3          I, _____, do
           Hereby certify that I have read the foregoing
4          pages, and that the same is a correct
           transcription of the answers given by me to the
5          questions therein propounded, except for the
           corrections or changes in form or substance, if
6          any, noted in the attached Errata Sheet.
7
8          _____
           GEFFRARD LECENAT          DATE
9
10
11
12
13
14
15         Subscribed and sworn
           To before me this
16         _____ day of _____, 20____.
17         My commission expires: _____
18
           _____
19         Notary Public
20
21
22
23
24
25

Page 199

1          LAWYER'S NOTES
2          PAGE  LINE
3          ____  ____  _____
4          ____  ____  _____
5          ____  ____  _____
6          ____  ____  _____
7          ____  ____  _____
8          ____  ____  _____
9          ____  ____  _____
10         ____  ____  _____
11         ____  ____  _____
12         ____  ____  _____
13         ____  ____  _____
14         ____  ____  _____
15         ____  ____  _____
16         ____  ____  _____
17         ____  ____  _____
18         ____  ____  _____
19         ____  ____  _____
20         ____  ____  _____
21         ____  ____  _____
22         ____  ____  _____
23         ____  ____  _____
24         ____  ____  _____
25

Confidential - Subject to Further Confidentiality Review

**A**

**a.m** 1:25 8:6 76:16
**a/k/a** 1:3,11
**abandoned** 45:3,7
    161:17
**able** 13:7 14:17,19
    113:11 169:25
**Absolutely** 69:17
**abuse** 68:22 125:12
    127:14 132:20,25
    133:5 135:3,12
    140:11 141:11
    145:16 147:8,9,12
    148:22 151:8
    153:15 154:1
    156:25 157:20,20
    159:20 160:11,16
    161:11,20 162:14
    162:23 163:3
**abused** 11:25 41:13
    49:10,14 52:18
    67:4 71:4,20 91:2
    121:6 122:19
    123:9 124:14
    125:8,17,23 127:5
    145:25 146:7
    147:3,19 153:10
    157:9 158:1,11
    159:3 164:20
    165:3,9 172:11
**abusing** 141:24
    142:16,24 143:24
    155:11,21 156:2
**account** 89:25
**accurate** 13:2
    19:21 27:8 196:16
**acknowledge** 16:25
**ACKNOWLED...**
    198:1
**action** 1:2 8:12
    195:13,16
**activities** 76:4
**address** 34:2
**Administrator**
    2:12 195:22
**admire** 156:6

**adult** 113:6
**advice** 57:22
**afraid** 12:24 92:15
    92:18,20 123:19
    157:16 170:21
    187:13,14
**afternoon** 94:1
    108:24 109:15,18
    110:6 133:6,8,10
    150:22,24,25
    151:6 152:16
    173:22 189:1
**age** 36:5
**ago** 12:9 189:16
**agree** 10:7
**agreed** 10:12
**agreeing** 10:8
**agreement** 10:15
    194:1,10
**agreements** 194:14
**agricultural** 106:4
    106:10
**ahead** 126:2 157:15
**ahold** 145:14
    156:19
**aid** 176:12,22
**Air** 120:7,12,14,17
    120:18,20,21
    121:5,7,11,19,22
    125:8 147:25
    148:3 149:2,6,9
    149:11 150:4,8,16
    150:19,23 151:7
    152:21,24 153:2,7
**Al** 8:10
**alcohol** 68:17,21,23
    69:7,7 70:6,8,10
    70:12,13,14,16,22
    71:3 161:2 167:13
    167:16,25 168:12
    168:18 169:8
**alive** 40:8 41:21
**allow** 69:15
**allowed** 109:3,5
**Alton** 3:16
**America** 120:22
**American** 1:11,12

5:3 9:2 82:14
    113:20 189:7
**Amos** 34:20,21
**amount** 170:24
**and-** 3:11
**Andy** 82:8,8,9,11
    82:23 84:1,11
    87:9,18 88:3
    89:18,21,24 96:20
    97:2
**Anna** 3:13 9:6
**answer** 13:22,23
    16:20 23:3,8,14
    23:20 24:12 29:5
    46:7 54:3 69:13
    69:15 87:5 145:20
    146:3 177:7 191:4
    192:24 193:5
**answered** 87:3
    141:19
**answering** 22:24
**answers** 9:20 13:2
    22:11,19 23:12,17
    23:21 24:8,21
    25:4 26:16 173:10
    198:4
**anybody** 132:11
    145:8,15 152:20
    153:1 176:4 177:3
    177:10 180:21,25
**anymore** 32:4 45:4
    51:7 127:1 145:13
    155:3 160:24
    172:14 188:21
**apart** 12:1 33:12
    61:4 70:6 80:12
    82:7 85:1,25 86:6
    87:1 121:18,23
    122:3,4 145:16
    157:10 166:18
**APPEARANCES**
    3:1 4:1 5:1 6:1
**applied** 184:9
    185:23 186:23
    187:9
**applies** 1:21
**apply** 183:18,25

**Appreciate** 20:21
**appropriate** 196:5
**area** 36:15,17 45:4
    45:8 47:2,5,16
    48:1 64:1,11
    112:22 186:19
**arrest** 66:11 67:16
**arrested** 63:21 64:4
    64:19,22,24 65:15
    66:5,8 67:7,21,24
    68:4,9
**arrive** 76:15 108:1
**arrived** 108:9
    153:7
**Aside** 178:1
**asked** 11:16 22:12
    22:18 35:19,24
    51:21 53:8 54:16
    96:10,11 121:12
    136:14,14 137:11
    138:4 173:2
    185:18
**asking** 16:16 86:24
    171:15
**assistance** 114:23
**Association** 1:11
    1:12 5:4 9:3
    189:8
**ate** 76:12 79:1
**attached** 196:9
    198:6
**attempt** 35:12
**attend** 75:17
**attended** 188:4
**attorney** 10:5
    54:16 63:17
    189:16 195:12,14
    196:13
**attorney/client**
    23:4,15 29:6
    145:21 146:4
    157:13,14 177:8
    191:4 192:25
**attorneys** 24:20
    177:4,9,10
**August** 11:8 28:11
    28:14

**average** 88:25
    105:1 108:10
    167:5
**awake** 136:22
**awarded** 193:19
    194:2

**B**

**B** 7:11
**Babbitt** 5:5 7:7 9:1
    9:1 188:25 189:1
    189:10
**back** 54:23 55:1
    61:2 66:25 67:3
    75:11 80:17 88:22
    91:6,12,12 94:3,6
    94:14 105:1,2
    107:13 109:22
    110:12 117:25
    118:3 126:17,18
    130:11 136:14
    137:2,5,11,13,14
    137:20,22,24
    138:1,3,5,6,7,9
    140:2,6,9 141:25
    146:22 148:20
    155:5 156:20
    157:3,4,4,6
    172:11 173:19
**back-up** 119:5
**backs** 116:3
**bad** 67:13 92:9
    105:5 186:18
**ball** 64:1 76:10
    110:9
**banana** 185:15
**bank** 128:19,19,20
**Baptismal** 20:3
**baptized** 187:20
**Barcelo** 2:5
**basketball** 98:25
    110:9 117:9 178:9
    189:18,24 190:5
**Bates** 20:4,9,13
**bbabbitt@rc.com**
    5:10
**Beacon** 4:6

becoming 47:24
bed 111:24,25
    113:13 136:1,21
    137:21,25 138:1,2
    138:5 142:5,7,10
    144:8,9 151:21,22
    151:24,25 154:10
    161:23
bedroom 44:19
    126:16 131:18
    148:6 151:14,15
    151:17,19 152:24
bedrooms 44:15,15
    134:19
beg 167:10,11
began 75:24
behalf 9:9
behave 84:24 89:19
behavior 74:4
    89:19
Bel 120:7,12,14,17
    120:18,20,21
    121:5,7,11,19,22
    125:8 147:25
    148:3 149:2,6,9
    149:11 150:4,8,16
    150:19,23 151:7
    152:21,24 153:2,7
believe 10:14 12:16
    27:10,13 89:21
    160:9,15 161:11
    161:19 162:3,13
bell 108:14
bend 154:12,13,15
best 53:17 57:13
    69:14 90:20
better 57:24 58:3
    60:5
big 100:7 112:4
    123:1 155:8
birth 7:13 11:7
    14:25 15:15
bit 12:5 14:16,18
    14:20 30:21,23
    47:9,18 48:6
    57:14,24 59:3
    60:24 68:24

108:19 162:16
    171:16
blades 78:16,17
bleed 156:24
bleeding 144:20
    145:3
blocks 100:7,8
    182:20 183:4
    184:1
blue 33:22 34:3,12
    34:16 35:6 36:11
    36:14,19 37:2,3
    37:16,19 38:4
    40:22 42:19 43:3
    43:10,18,24 44:5
    44:11,17 45:1
    47:2 78:5 89:5
    98:9 110:12,17,20
    111:7,9 157:6
    188:5,6
bodies 44:16
body 66:17,24 67:2
    68:24 155:10
books 79:16
born 28:11
Boston 3:7 4:7 6:8
bother 113:15
bought 59:10,16
    60:2,3 62:14,18
bow 154:10
bowed 148:18
boy 43:1,5
Bradford 5:5 9:1
    189:1
brand 62:23
brands 62:25
Branford 4:15
break 32:23 53:25
    54:17,18 55:1,5
    93:3,7 94:6,15
    117:20 118:4,24
    139:23 140:1,10
    173:15
breakfast 77:24
brief 54:17 117:20
    118:3
briefly 184:20

bring 116:2
Broad 5:15
broke 33:4
broom 72:2
brother 35:8 36:21
    37:7,9,11,24 38:5
    38:10
brother's 35:9
brothers 36:25
    37:17 39:8 40:5
    44:4,19
brought 11:21 12:2
    22:14 49:25 172:5
    179:8,11,14
    180:12,17
build 182:20,25
    183:2
buildings 98:23
    99:4,10,20 100:19
    100:24 130:14
bunch 57:23 75:5
    88:14
bus 190:13,13,15
    190:18,23 191:8,9
    191:12,18,22
bushes 185:8
butt 31:25 41:17
    42:16 53:5 56:11
    56:12,13 57:3,5
    57:22 69:6 71:5,8
    121:15 123:6
    124:15 125:13
    126:23 127:11,12
    132:4 136:17,18
    137:18 138:18,19
    138:23 139:10,15
    140:16,17,20,21
    140:23 141:10
    142:2,8,12 143:1
    143:21 144:5,13
    144:24 145:5
    146:18 147:4,23
    148:10,13 150:14
    152:4,7 153:4
    154:7,11,16,22
    155:14 156:16
    157:2 158:6,24

159:6,7,11,12
    160:13 161:24
    162:24 163:6,8,11
    164:2 167:24
    168:22 169:1
    170:1 184:23
    185:2 187:13
    193:12,15
buttocks 57:19
    60:23 140:14
    141:6,9 144:21,22
    156:14 163:10
buy 53:4 55:12,19
    56:1,3 57:15
    58:20 59:3,4,17
    60:2 62:5,25 63:1
    63:4,5 70:18,20
    167:24 170:16,23

C

C 8:1 195:1,1
call 28:23,25 63:10
    72:17 164:15
    165:8 166:1
    183:19 185:18
called 22:15 33:14
    120:6 129:9 141:6
    164:8 165:4 174:1
calling 32:24 36:16
    45:5 46:24 47:2,6
    48:13 52:23 53:2
calm 168:7
Cap-Haïtien 24:17
    24:19 45:14,16
    46:11,23 48:18
    53:20 54:8 64:10
    64:11 65:25 67:23
    120:24 121:1
    127:20 128:15
    164:14 169:13,18
    169:21 170:6,12
    171:3,8,18 185:24
    186:12 188:4
    191:10
car 66:9,15,22,24
    67:2 130:24
card 77:2 104:11

104:13,18,22,23
cards 104:16 107:9
    107:16
care 55:8 56:7,10
carefully 196:4
Caroline 39:10,11
    39:12,15,18
Caroline's 39:13
Carretera 2:6
Carrier 1:7 4:3
    178:2,3,11
Carrier's 8:24
    177:24
carry 182:20 183:4
carrying 184:1
cars 42:11
Carter 1:8 4:11 9:5
    114:14,16,20
    115:25 116:10,15
    116:16,22,23
    117:4,12 118:8,18
    118:23 119:3,9,13
    119:24 174:5,7,16
    178:5,6,16 189:15
    189:17,24 190:4,7
case 11:22 12:1,6
    22:14 30:25 52:12
    172:6,7,16 177:4
cases 1:21 12:2
Catholic 129:7
    187:20 188:1,3,10
    188:20,21
cause 126:25 195:8
cement 182:21
    183:3 184:2
Center 6:7 74:7,11
    74:16,19,22 75:17
    75:25 76:3,15,21
    77:17 78:3,13
    79:2 80:12 81:1,7
    81:21,25 82:6,12
    82:17,18 83:1,6
    83:10,14,17,22,23
    84:4,7,16,22 85:1
    85:7,12,16,22
    86:1,8,15,18 87:2
    87:7,18 88:2,19

89:11 90:7,12,16
91:1 92:1,8,11,16
92:21 94:22 95:5
97:1,8 98:4,11
**Cerreta** 5:13 7:5
8:20,21 173:21,23
176:24 177:12,19
193:5
**certain** 7:18,20
21:5 22:14 25:17
27:23 28:3 73:10
**certificate** 7:13
14:25 15:15 20:3
**certify** 195:4,11
198:3
**certifying** 24:7
27:7,15
**chance** 126:6
**change** 173:10
197:3
**changes** 198:5
**chapel** 99:17
**charge** 72:13,15,23
73:23 82:13 84:10
115:12 165:12
**check** 149:7 150:12
150:18 152:13
167:18 191:13,15
**checking** 50:15
152:5 153:4 156:7
**child** 40:1 42:3,6
43:20 44:22 73:4
132:13 134:14,21
175:3
**children** 33:17,19
39:19 75:2,5
112:12 134:11
175:1,4,6
**choosing** 188:21
**chores** 72:3
**chose** 89:21
**Chris** 8:4
**Christmas** 175:10
**Christmastime**
174:19 175:8,9
**Christopher** 6:12
**church** 99:16 188:3

**188**:6,10,12,13,15
188:17,20,21
**cigarettes** 68:18
69:8 70:7,10,23
161:2 168:23
**city** 45:13 64:14
127:21
**Civil** 1:2 8:12
**claim** 58:6 192:8,14
192:21
**clarification** 130:9
**class** 101:18 130:19
158:5
**classes** 81:18,20
88:18 101:16,17
101:21 102:4,8,16
102:19 103:4,13
104:11,16,17
109:3,17 146:22
158:2,9,14,20
**clear** 35:20,21,25
129:25 130:9
**close** 110:25 126:14
134:2,25 136:13
172:3
**closed** 47:14,15
51:4 61:8 135:5
135:12,17 152:18
152:19 158:21
166:6
**clothes** 52:3,10
53:4 55:19,20
56:4 62:17 149:24
149:25 155:17
157:4 159:19
**clothing** 55:7
**CLR** 2:11 195:3
**Coastline** 128:22
**Cocaine** 70:2
**COLE** 5:6
**color** 100:24
129:18 137:7
149:2
**come** 26:8 29:2
35:20,22 61:2
76:19 83:23 84:3
85:4,18 114:15

115:16 116:8,9
117:8 121:10
135:22 138:22
157:22 174:7
178:6,7,8 190:20
**comes** 117:16
135:8 142:19
164:3 178:15
**comfortable** 63:3
**commission** 195:23
198:17
**communication**
192:25
**communications**
177:9
**communion** 111:18
125:19 126:10,12
128:1 130:21
145:14 146:20
187:23 188:8
**companies** 175:17
175:23 176:2,5
**company** 175:21
176:19,21
**complain** 92:10
**complaint** 7:17
18:12 20:16,18
**complete** 25:3
**concentrate** 158:4
**concept** 130:11
**concerning** 23:4
195:8
**concerns** 123:10
**concluded** 194:24
**concludes** 194:20
**condemned** 171:12
**condom** 144:11
156:22
**CONFIDENTIAL**
1:23
**CONFIDENTIA...**
1:23
**confirm** 23:11,17
**confirmed** 187:25
**Connecticut** 1:1
4:15 5:8,16 8:11
195:4

**connection** 67:16
**Conroy** 3:14 9:7
**Consolidated** 1:3
**construction** 184:1
**contact** 182:6
192:18 193:11,16
**content** 93:5
**continue** 94:7,15
118:4 140:10
143:12 146:11,22
158:1
**continued** 4:1 5:1
6:1 158:20
**continuing** 143:14
**contract** 193:23
194:6,9
**contrary** 157:21,22
**control** 34:9
**conversation** 23:15
145:21 191:5
**conversations** 23:5
29:6 146:4 157:13
157:14
**cooking** 72:5
**copies** 26:1
**copy** 7:14,16 17:3
17:20 25:25
**corner** 144:16,25
**correct** 10:18 20:1
23:12,17,22 24:8
26:22 30:22 37:11
47:3 54:8 55:8,17
59:8 61:21 66:5
68:4,20 70:18
72:24 75:24 76:9
80:21 81:22 82:1
85:23 86:16 87:7
87:14,18 88:5,11
89:12 91:10 94:25
95:17,21 96:2,9
99:24 104:3 111:7
119:18,24 121:19
121:21 124:11
125:3 128:6 137:3
140:19 142:5
150:1 158:21
162:8 165:18

**189**:21,25 198:4
**corrections** 196:4,6
198:5
**corridor** 134:1,5,9
**cost** 46:3 171:7,17
**Coughlin** 6:12 8:4
**counsel** 8:14 20:19
63:12 93:6 195:14
**counseling** 166:25
**Coupet** 6:14 9:18
**couple** 189:16
**course** 105:25
160:18 191:8
**court** 1:1 3:15 8:11
11:22 12:2 98:25
193:22 196:16
**courtyard** 148:4
149:13
**cover** 143:25
**cream** 59:23
**Creole** 14:12,13,15
14:17,19 15:22,23
15:25 16:13 18:3
19:9,13 21:16,18
21:22,24 22:4,7,9
26:8,14 30:21
79:22 81:18,21
82:1,23 85:9
102:11,19
**cry** 143:13 153:9
**crying** 57:21
121:13 126:21,23
136:16 137:17
138:15,17 142:9
142:18,19 143:1,5
143:7,9,15 144:3
144:17,25 148:10
148:14 152:3
153:3,12 154:5,20
154:24,25 155:13
155:13 156:7
**cultural** 130:11
**culture** 129:24
165:22
**Cyrus** 29:11,14,16
29:19,21,23 47:8
47:20,25 48:9,11

48:19,24 49:4,9
49:25 51:13,19,23
52:4,7,13,17 53:8
53:13,19 55:6,22
58:22 59:1,7,11
61:23 62:8,15,18
181:5,9,16 182:3
182:5,6,8 190:16
190:18 191:19
192:5,7,13 193:14
193:19,24 194:2
194:15

**D**

**D** 8:1
**daily** 76:4,4
**damages** 193:19,20
194:2,4
**Daniel** 101:3,8,11
101:15,18
**dark** 133:11 138:8
151:5 152:14,15
152:15
**date** 8:6 10:17 11:7
196:9 198:8
**dated** 20:17 27:24
28:4
**day** 5:14 33:7 36:2
46:13 60:16,17,17
67:9,12 75:4,6
78:13 84:7 88:15
88:19,25 90:17
91:11,11 107:20
108:10,18,20,25
109:4,10 110:11
132:19,22,23,25
133:12 147:23
167:5,21 168:2,10
168:14,16,20,24
174:3 195:5,18
198:16
**days** 10:17 32:19
33:7 43:11 46:13
64:2,6,7 65:2 67:5
67:10 91:17
132:17,18 167:6
196:13

**December** 116:2
174:18,18
**decent** 171:8,17
**decide** 89:13,16
**decided** 32:22
89:25 90:3
**deemed** 196:16
**Defendant** 4:3,11
5:3,12 6:3 8:21
173:23
**Defendants** 1:15
8:10 22:16,18,19
26:17
**Defendants'** 7:18
7:21 21:5 25:18
27:23 28:3
**Demand** 7:17
18:12 20:17
**depends** 183:22
**deponent** 8:13
198:1
**deposing** 196:12
**deposition** 1:23 2:1
8:7 10:16 11:17
94:16 194:21,23
196:3,10,14,15
**depositions** 10:8
**describe** 66:16
74:24 98:15,19,21
**DESCRIPTION**
7:12
**deserve** 172:18
193:23
**destroyed** 166:2
**died** 42:2,6
**different** 45:15
97:13 98:4 125:14
126:15 170:25
171:16
**difficulty** 162:1
**dire** 95:7
**DIRECT** 10:1
**direction** 157:23
195:10
**discipline** 106:22
**discouraged** 57:6
57:11

**discuss** 52:12
157:13
**discussed** 39:9
**dishes** 72:1
**disrespect** 70:25
**distance** 98:13
**distributed** 174:17
**district** 1:1,1 8:11
8:11 64:11
**doctor** 56:18
163:24 166:15
171:24
**document** 1:21
15:7,9,11,13,21
16:5,9,17,18,22
17:10,12,15,25
18:2,21,23,25
19:3,4,9,19 20:24
21:15,23 22:1,11
22:20 24:6 25:14
26:8,20,21 27:7
27:11,14,24 28:4
**documents** 18:5
20:25 21:1 27:20
29:25
**DOE** 1:13,13,13,13
1:14,14,14
**doing** 22:22 71:25
85:15 103:3
111:18 115:11,14
126:10 182:10
184:1 196:8
**dollars** 51:16,22
52:8 55:6
**dominates** 70:23
**Domingo** 38:9,18
38:22 39:1 40:14
161:5 184:21
185:4,12
**Dominican** 2:7 8:8
20:12 38:12,20
39:1,3,17,23
40:13 191:10
**door** 126:14,15
135:17,20 149:11
152:17
**doors** 134:23 135:4

135:11,15
**Doug** 49:11 52:18
72:23,24 85:1,15
87:6 115:1 116:15
119:18 135:17
136:10 138:11,12
160:15 162:14
165:3 192:21
**Douglas** 1:7 8:9
11:25 12:1 31:25
41:13,16 42:11
52:23 56:12 68:22
69:5 70:21 71:4,7
72:16 83:25 84:1
84:3,6,10,11 85:4
85:6,9,11,21,25
86:6,18,21,22
87:1,9,18 88:3,13
88:16 114:21
115:4,7,10,19,23
116:8,21 118:18
118:22 119:2,20
119:22 120:1,18
121:6 123:5
124:13,17 125:12
125:13,23 126:13
131:6 132:3,19,25
142:7 146:6,18
147:4,10,22 148:4
149:12 150:14,14
152:4,7 153:8
158:24 161:24
162:21,24 163:5
163:18 164:1
166:2 167:10
168:17,22,25
169:25 171:12,12
172:6,10,13 174:2
174:9,13,15,16,20
175:21,22,25
176:7,9,25 177:11
179:8 184:22
185:1 187:12
192:8,14 193:11
193:14
**Douglas's** 32:1,9,25
33:15 45:5 53:2

135:11,15
160:22 162:18
187:16
**drank** 71:9,10
**drawings** 30:16
**dressed** 150:1
**drink** 68:17,21,23
70:17,22 161:2
167:12,16,21
168:2,5,9,12,18
169:8
**drinking** 69:6 71:3
**drive** 103:23
**drop** 68:24
**dropped** 139:19
160:22,23
**drove** 131:1
**drown** 161:21
**drugs** 13:11,17
68:12 70:8 78:23
**duly** 9:19,24 195:6

**E**

**E** 1:7,8 4:3,11 7:11
8:1,1 195:1,1
197:1
**e-mail** 31:11
**earlier** 30:20 47:1
133:12 166:13
**early** 111:19
**earthquake** 47:21
51:11 61:13
**ease** 97:12
**East** 4:14
**eat** 62:3 76:12
77:24 108:13,20
108:23
**education** 42:13
56:25 57:1 79:6
94:24 95:20
123:25 124:5,8
127:1
**eighth** 11:8 28:11
**either** 112:11
**ejaculate** 143:19
156:10
**electrician** 38:17
40:19

electricity 38:14
  40:18,20
Elyseé 6:17
Emmanuel 37:1,3
  37:5,11,20
employed 71:12
  195:12,15
employee 195:14
ended 109:19
enduring 90:22
England 1:9 6:4
  8:19 189:5
English 14:8,10
  19:1,6 21:11,12
  26:6 79:20 82:3
enjoyed 91:2
enter 115:17 134:6
  142:9 149:11
  151:14
entered 46:19
  150:5,11
entirety 20:18
errata 196:6,9,12
  198:6
ESQ 3:3,4,12,13
  4:4,12 5:5,13 6:5
estimate 131:20
Et 8:10
evening 133:11
  135:18 150:22
  151:4
everybody 26:2
  37:18 45:5 126:15
  164:2 174:17
  187:17
exactly 125:22
exam 126:11,11
  130:20 133:14
examination 7:2
  10:1 195:9
examine 57:17
examined 9:24
exams 104:17,19
  104:21
exchange 159:20
  159:25 160:5
Excuse 16:19 182:9

exhibit 14:23,24
  17:2,3,7,18,19,20
  18:9,11,15 19:9
  20:2,8,11,15,18
  21:2,3,9,14,22
  22:20 24:1,2
  25:14,15,23,25
  26:5 27:11,22
  28:1
experimental 103:7
  103:12
expires 195:23
  198:17
explain 48:15
  147:25
explained 47:8
  56:23 62:2 174:20
explaining 130:3
  130:10
extra 110:1
eyes 33:16

_____

F

F 195:1
F-A-N-C-O-L-I
  35:14
F-R-A-N-D-Y 38:8
fact 19:3 146:17
  158:6,24
fag 32:2,8,9,10,24
  32:25 33:15,15
  36:16 45:5 48:2
  48:13 53:2 71:17
  160:21,22,25
  162:18 164:3,8,16
  164:24 165:4,9,14
  165:18 182:22
  183:15,20 184:3
  184:13 185:19
  186:3
faggot 32:25 52:24
fags 71:17 165:21
  186:4
fail 196:14
Fairfield 1:8 5:12
  8:22 173:24 174:1
  174:3,4,14,21,24

175:2,17 176:1,5
  176:9,15,21 177:1
  177:5,14
family 15:12,14,17
  15:17,20 16:6
  28:25 41:7 42:14
  44:20 45:23
Fancoli 35:10,16
  36:4 37:20
Fancoli's 36:7
far 34:5 42:22
  47:23 98:10 128:7
  134:3 157:23
father 1:7 8:24
  39:16,24 40:8
  114:14,20 115:25
  116:10 117:9,17
  119:3,12 174:5,7
  174:15 178:2,3,6
  178:11 188:11
fed 67:9
feel 45:7 47:7 57:24
  58:2 60:4 68:23
  69:6 70:22 71:18
  122:20 123:1,3
  161:3,13,16,21
  162:19 163:14,15
  163:18 164:3,22
feeling 60:23
feels 63:3
fell 67:3,3
felt 60:24 92:7
  123:19 143:21
  144:24 145:5
  156:16 157:2
  161:1
fence 100:3,6,7,10
field 65:8 98:25
  106:4,6
fields 98:23
fight 105:16 155:5
  155:7
fighting 105:24
  106:2 154:20
  156:4
fights 105:18
figure 16:14

filed 1:22
fill 58:11 67:15
filled 134:16
finally 91:7 161:25
financially 195:15
find 47:10 48:6
  49:3 52:9,10,10
  53:3,4 55:10,15
  55:17,18,18,19,22
  57:7,24 60:4,5
  62:3 68:23 78:17
  95:6 124:7 142:21
  161:6 162:20
  163:20 164:1
  166:8,14 168:6
  169:9 179:20
  184:25 187:6,15
fine 10:24 173:12
finish 54:1 87:16
  141:18
finished 88:18
  141:20 143:21
  156:11,12,14
first 7:19,20,21
  9:19,24 20:20
  21:5 25:16,18
  27:23 28:2,3
  46:20 73:3,6,8,24
  74:10,15,18 75:15
  79:10,16 80:17,22
  87:25 91:24 92:25
  101:19 111:16,18
  112:23 125:11,16
  125:18,18,22
  126:1,9,10 127:6
  127:9,14 128:1
  129:24 132:22,23
  133:22 134:18
  140:11 145:25
  146:6,20 147:8
  150:4,10 153:7
  187:23 188:7
five 1:14 89:1 101:5
fixed 113:13
flag 108:15
flip 26:7
floor 3:6 4:6 72:1

112:3,4 113:13
  130:3,5,5 133:22
  133:22 134:12,17
  134:18,19 154:9
floors 129:22
fluid 156:13
focus 125:15
Folkman 4:4 7:6
  8:23,24 63:16,18
  177:21,23 178:10
  178:18 179:1,13
  179:21,25 180:10
  180:15,20 181:14
  181:20 182:13,16
  183:17,24 184:8
  184:18 185:11,16
  185:22 186:6,11
  186:22 187:7,19
  188:16,22 189:17
Folkman's 63:17
follow-up 148:24
following 146:16
follows 9:21,25
food 51:21 53:4
  55:7,13,18 56:1
  67:12,13 77:25
  94:23 95:24
foot 76:19 91:6
football 77:25
  98:23 191:23
forced 121:14
  126:22 127:10
  136:17 137:17
  138:17,22 142:8
  144:3,4 148:11
  154:6,19,20
forcing 138:16
  154:5
foregoing 198:3
forest 184:21
forget 161:7 167:13
  168:1,1 185:1
forgot 129:2
  131:10 151:23
form 10:9 119:1
  198:5
found 41:16 48:16

Confidential - Subject to Further Confidentiality Review

95:7,8 169:25
179:22 180:1,2,5
180:5,8,11,16
**four** 1:13 89:1
**fourth** 101:20
**Frandy** 38:7,10,12
38:15
**free** 92:5
**French** 101:10
129:23
**friend** 45:23
**friends** 28:23 83:5
83:8,9,14,17 97:7
**front** 15:7 159:16
**fun** 184:13 185:8
191:22
**Fund** 1:8 189:2
**further** 1:23
194:19 195:11
**future** 53:24 57:2

**G**

**G** 3:12 8:1
**G-E-S-N-E-R**
37:22
**G-I-N-I-A** 38:24
**games** 90:18 94:24
95:17 108:18
110:6
**gang** 65:24
**Garabedian** 3:3,5
9:11,11 10:13,19
10:22 11:2,18
13:8 15:2,16
16:11,19 19:5,10
19:22 20:5 22:2
23:2,13 25:5,10
25:24 27:16 28:20
29:4 30:2 31:8,12
32:21 33:8 34:8
35:17,22 36:20
40:23 41:3,8 42:5
42:9,21 43:4,12
43:19 44:6,21
45:2 46:12,18
47:22 48:10,20
49:6,12,17 50:18

51:5,25 52:14
53:10,15,25 54:4
54:19 55:9 57:20
58:8 59:9 60:1,13
60:18 61:6,14
62:1,10,20,24
63:14,17,24 64:13
65:6,16 66:1,12
66:18 67:6,11,17
67:25 68:13 69:4
69:20 70:9,19
72:19,25 73:14
74:12,25 75:12
76:6 77:19 78:4
79:5,9,15 80:6,19
81:8 82:19 83:2
83:18,24 84:12,17
85:3,17 86:9,19
87:8 88:6,12,21
89:7,23 90:8,13
90:19 91:4,16,21
92:2,12,17,22
93:2,7 95:1,11
96:3,16,22 97:3
97:15,21 98:5,12
98:18 99:6 100:11
100:15,21 102:18
103:19 104:7,12
105:8 106:12,18
107:1,11,22
108:12 109:7,12
110:3,8,13 111:8
112:14 113:7,17
113:22 114:2,7,19
116:6,25 117:6,15
118:9,14,19,25
119:11,19,25
120:8,23 122:2,21
123:2,12,15,21
124:1,6,12,24
125:4 128:8,21
129:6,10 130:7
131:5,16 132:8,21
133:2,7,18 134:4
134:13,20,24
135:6,13,19,25
137:4 138:14

139:3,8 140:2,25
141:21 142:17
143:4,8,20 144:15
144:23 145:4,19
146:2,24 147:11
149:17 150:6,17
151:9 153:11,17
153:23 154:3
155:6,12,18,23
156:3,15 157:1,11
158:15 159:5,15
159:21 160:1,6,17
162:9 163:4 164:9
164:21 165:5,10
165:24 166:7,16
166:20 167:1,7
168:3,11,15 169:5
169:14,22 170:7
170:13 171:4,9,19
172:1,17,22 173:6
173:15 176:17
177:6,16 178:4,13
178:21 179:10,16
179:23 180:7,13
180:18 181:11,18
182:9,14 183:13
183:21 184:5,16
185:5,14,20 186:1
186:9,16,25
187:11 188:14,19
189:19 190:1,12
191:3 192:2,10,16
192:23 193:2,4,8
193:21 194:5,11
194:16
**garabedianlaw@...**
3:9
**garage** 149:9
**gardens** 98:23 99:1
99:4
**gate** 75:4,16 76:22
108:4,11 148:3
149:12
**Gay** 164:24
**Geffrard** 1:23 2:1
7:3,13,14,16,18
7:20 8:13 9:23

11:6 14:24 16:7
17:4,21 20:4,10
20:13,16 21:4
25:16 27:22 28:2
28:16,17,21,23,24
28:24,25 29:2
77:9,14 198:8
**general** 53:1
**Gervil** 1:3,4 8:9
**Gesner** 37:20,22,24
**getting** 139:22
162:25 182:11
**gift** 159:19
**gifts** 52:4
**Ginia** 38:23 39:3,6
**Giovani** 122:13,16
**girlfriend** 31:23,24
32:10 33:12,15
36:16 45:6 48:3
53:2 160:19,20,22
160:25 162:18
185:6,9 186:3
187:17
**girlfriends** 33:11
**give** 42:12 45:6
53:14,19 56:25
57:1,12,14 58:25
67:12 71:22 77:4
77:7,9,12 104:25
126:5 148:2
159:18,24 160:4
165:21,25 184:11
193:22
**given** 11:13 20:19
59:23 78:2,13
173:11 198:4
**gives** 161:3 167:11
169:7
**giving** 175:24
176:12
**go** 17:2 26:9,24
45:4 47:20 48:9
48:19 49:9 52:11
53:4 55:18 56:9
56:15 62:4 71:16
73:3 74:9,15 75:4
88:24 89:17,22

90:4,17,23 91:6
91:12,12,25 92:25
96:9,21 100:19
101:16 108:5,13
108:15 109:11
110:12 112:20
115:16 116:12
126:2 130:11
134:5 142:21
143:17 145:13
147:20,25 149:7
150:12,13,18
151:13,19 155:2
156:12,17 157:3
157:15,22 158:22
161:5,23 162:15
164:6,22 165:20
167:9 183:22
184:6,7,11 185:4
187:3 188:17,18
188:20
**God** 12:14,16 187:6
**goes** 164:25 167:22
168:4 169:2
186:18
**going** 12:4 14:21
15:3 22:10 26:15
54:17,20 57:13
69:11,12 74:22
75:25 88:15 90:1
93:9 94:7,15
100:18 110:7
117:20,22 118:4
125:9,20 126:9
127:16 128:17,19
130:24 139:25
140:3,10 148:24
155:1,2,3 173:16
182:8,8 186:17
194:21
**Golkow** 8:5
**good** 8:16,20,23 9:4
9:12 12:18,25,25
13:4,6 14:7 23:24
49:1 63:4 90:6,9
90:16 91:14,19,22
96:13 97:1 98:13

105:3 123:24
124:10,13,22
126:4 170:12
171:3 173:22
189:1
**goods** 176:16
**gourdes** 46:5,6
71:23 72:12
167:12
**grade** 101:15,19
102:2,5,14 103:1
103:10
**grades** 102:17
104:25 107:12,18
**Grammar** 102:1
**grandfather** 34:17
42:18
**grandfather's**
34:18,21
**grandmother**
34:17 42:18
**grandmother's**
34:23
**grandparents** 37:6
37:9,17 38:6 74:1
110:22
**grandparents'**
110:24 111:10
**ground** 130:5
**group** 75:2 85:12
115:20,24 116:9
116:17,21,24
117:5,13,16 119:1
119:2 176:7
178:16
**groups** 117:1,8,17
**growing** 40:21 43:9
43:16,25 44:18
**guard** 76:23 77:16
153:6
**guy** 49:22 56:24
82:10 87:19 155:8
**guys** 50:3 87:20

———————
**H**
———————
**H** 7:11
**H-E-D-O-U-V-I-...**

63:13
**hair** 63:25 65:9,12
65:15,21
**haircut** 65:23
**hairdo** 64:5 65:1,4
**hairstyle** 64:25
**Haiti** 1:8 24:13,15
29:23 33:25 41:7
189:2
**Haitian** 14:12 46:6
47:21 51:11 61:12
68:7 70:13,14
81:13,15 101:11
101:23,24 102:12
103:8,23 129:24
129:24 131:11,12
165:22
**Haitians** 103:24
**hallway** 133:24
**hand** 12:9 59:15
127:11 136:17
138:18 140:16,20
154:4 159:6,11
174:13 179:18
195:18
**handed** 63:12
107:12,18
**handing** 21:2 63:8
**handle** 106:21
**hands** 144:6,9
159:9
**handwriting** 63:14
63:16
**hang** 75:10 186:4
187:4
**Hanly** 3:14 9:7
**happen** 133:5
**happened** 56:23
125:22 145:9
146:8 167:13
187:4
**happy** 90:11
**harm** 160:10
**harmed** 160:15
**Hartford** 5:8
**head** 53:1 65:20,21
164:25,25 167:14

167:22 168:5
169:2
**hear** 14:4,6 49:16
49:18,20 73:19,24
74:6 118:17 153:1
**heard** 49:10 74:10
118:20 120:6,11
120:13,15,15
173:25 189:2
**heart** 49:1
**Hedouville** 63:7
**held** 2:3 8:7 126:21
127:10 144:2,3
148:11 154:5
**help** 15:23 16:2,13
18:3 22:25 23:8
26:19 42:14,14,19
48:5,15,16,22,25
49:2,3,10 52:21
52:21 53:3,9
55:16 57:7,13
60:22 63:9 95:7
110:1 119:14
123:25 141:4
162:17 163:20,25
166:25 169:25
171:23,25 174:11
175:24 176:12
177:14 187:6
**helped** 19:12 48:5
48:16 53:17 62:3
125:2
**helpful** 124:5
**helping** 91:20
124:5 175:18,23
176:2,6,10
**helpless** 163:15
**hereinbefore** 195:6
**hereto** 195:15
**hereunto** 195:17
**heroin** 70:4
**Hi** 189:14
**high** 100:12
**Hills** 33:22 34:3,12
34:16 35:7 36:11
36:14,19 37:2,3
37:16,19 38:4

40:22 42:20 43:3
43:10,18,24 44:5
44:12,18 45:1
47:2 89:6 98:9
110:12,17,20
111:7,9 157:6
188:5,6
**hire** 183:5
**history** 80:1
**hit** 66:19,24
**hold** 143:25
**holding** 144:7
155:8
**home** 34:6,12 88:22
88:24 89:3 91:6
91:12 107:10
109:11,22 110:7
110:12,20 148:20
156:20 157:4,6
**homosexuality**
165:23
**hope** 1:7 4:11 9:5
117:12 118:8,23
119:9,24 161:14
163:19 189:15,17
189:24 190:4,7
**hopeless** 163:16
**hospital** 52:11 53:5
55:7,19 56:7,9,10
56:15 58:12 59:2
59:7,12,19,21,25
61:4,10,12,19,24
62:5 166:19,21
167:3
**HOSPITALLER**
1:10
**host** 29:21
**hotel** 24:16,16,17
191:1
**hour** 191:16
**hours** 191:14
**house** 34:15 35:6
36:11,13,18 37:5
37:8,15,19 38:4
40:22 43:2,7,10
43:17,24 44:2,4,8
44:11 45:1,19

89:5 91:7 110:24
111:10,22 112:21
113:1 127:19
128:5,13,16 129:1
129:18,20,22
130:15,18,22
131:4,13,21,24
132:2,12 133:13
133:17 145:9,18
146:1 149:2,3,5
150:3,8,16 151:7
152:20 153:1
182:19
**houses** 38:14 98:24
99:12,22,23,25
182:20 183:1,2
**humiliate** 32:6
**humiliated** 32:5
45:7 71:18
**humiliation** 187:1
**hurt** 57:22 66:7,10
66:16 67:1 92:20
163:10,12
**hurting** 53:5 56:11
58:7 142:18 143:1
148:15 153:13
**hurts** 56:13 61:1
145:6 163:8,8,14
164:25

———————
**I**
———————
**idea** 120:17
**identification** 15:1
17:5,22 18:13
21:7 25:20 77:2
**identified** 20:13
**identify** 8:14 15:2
**Illinois** 3:16
**imperative** 196:11
**importance** 161:16
182:22
**important** 116:11
119:5,15 171:5,10
174:12
**incident** 148:22
**include** 172:21
**INDEX** 7:1

Confidential - Subject to Further Confidentiality Review

| | | | | |
|---|---|---|---|---|
| **indicate** 65:23 | **Interrogatories** | **Joseph** 190:16 | 43:8,15,22 44:10 | 124:16 125:1,6 |
| **indicating** 65:18 | 7:19,21 21:6 | **journalist** 29:19 | 44:24 45:9 46:7,9 | 128:11,23 129:8 |
| **information** 19:20 | 25:19 27:24 28:4 | jpollock@simmo... | 46:15,21 48:8,17 | 129:13,25 130:8 |
| 23:11 24:7 27:7 | **Irene** 42:1 | 3:19 | 48:23 49:8,15,19 | 130:13 131:8,19 |
| 77:5 177:13 | **issues** 97:11 | **Judex** 101:3 103:5 | 50:22 51:8 52:2 | 132:10,24 133:4,9 |
| **injury** 160:10 | | 103:5,8,10 104:3 | 52:16 53:12,18 | 133:20 134:7,15 |
| **inside** 59:19 64:14 | **J** | **July** 27:24 | 54:2,6,25 55:11 | 134:22 135:2,10 |
| 66:22 75:5 77:22 | **J** 4:4 6:5 | **jumping** 69:9 | 57:25 58:10 59:13 | 135:16,23 136:2 |
| 83:7 99:23 106:13 | **jail** 64:7,9,12 65:11 | **Jury** 7:17 18:12 | 60:7,15,21 61:7 | 137:6 138:20 |
| 111:24 112:8,16 | 67:5,9 | 20:16 | 61:16 62:7,12,22 | 139:5,24 140:8 |
| 112:24 113:9 | **Jamesly** 190:17 | **justice** 172:8,9,10 | 63:2,8,11,19 64:3 | 141:2,22 142:22 |
| 115:16 127:21 | 191:21 | 172:14,18,19,24 | 64:15 65:13,19 | 143:6,11,23 |
| 138:18 140:17,21 | **Jasmin** 190:16 | 179:20,22 180:3,5 | 66:3,14,20 67:8 | 144:19 145:2,7,23 |
| 140:23,24 141:10 | jcerreta@daypit... | 180:6,8,11,17 | 67:14,19 68:2,15 | 146:10 147:1,13 |
| 143:1 146:14,18 | 5:18 | 193:22 | 69:10,22 70:11 | 149:19 150:9,21 |
| 149:16 150:3,7,15 | **Jean** 6:17 | **Justinian** 56:17 | 71:1 72:21 73:2 | 151:11 153:14,19 |
| 151:20 154:4,16 | **Jean-Gary** 50:5,6 | 58:12 59:2,7,21 | 73:16 74:14 75:8 | 153:25 154:8,17 |
| **installing** 38:14 | 50:16 63:6 179:3 | 59:24 61:12,19 | 75:14 76:8 77:20 | 155:9,15,20,25 |
| **instance** 127:14 | 179:7 180:16 | 166:18 | 78:7 79:7,12,17 | 156:9,21 157:5,18 |
| 140:11 141:12 | 181:8,15 182:1 | | 80:8,23 81:11 | 158:14,19 159:8 |
| 147:9 | **jeans** 136:12 | **K** | 82:22 83:4,20 | 159:17,23 160:3,8 |
| **instruct** 23:3,14 | 149:21 | **keep** 14:2 107:15 | 84:2,14,20 85:5 | 161:9 162:11 |
| 29:5 145:20 146:3 | **Jeff** 189:14 | 155:22 182:11 | 85:20 86:13,23 | 163:9 164:10 |
| 157:12 177:7 | **Jeffrey** 4:12 9:5 | **Kennedy** 4:12 7:8 | 87:12 88:9,17,23 | 165:1,7,16 166:4 |
| 191:4 192:24 | **JERUSALEM** | 9:4,5 189:13,15 | 89:9 90:2,10,15 | 166:9,17,23 167:4 |
| **instruction** 193:7 | 1:10 | 189:20 190:3,14 | 90:24 91:8,18,23 | 167:15 168:8,13 |
| **INSTRUCTIONS** | **Jesus** 1:9 6:3 8:18 | 191:7 192:4,12,19 | 92:4,14,19,24 | 168:19 169:11,16 |
| 196:1 | 189:4 | 193:13,25 194:7 | 93:5 94:5,10,13 | 170:4,10,17,20 |
| **interested** 195:16 | jkennedy@mwll... | 194:13,18 | 95:3,14 96:5,18 | 171:6,14,21 172:4 |
| **internet** 31:15,16 | 4:17 | **Kerrigan** 6:5 7:4 | 96:24 97:5,17,23 | 172:20,25 173:8 |
| **interpreter** 6:14,17 | **Jo** 3:13 9:6 | 8:16,17 9:15 10:2 | 98:7,14,20 99:9 | 173:13 184:19 |
| 9:16,18,25 13:20 | **job** 39:3,18 40:16 | 10:7,14,20,23 | 100:13,17,23 | 193:3 |
| 15:24 16:1,13 | 71:13,15,16,19 | 11:3,12,20 13:10 | 102:20 103:22 | **kids** 50:19,20,23 |
| 18:4 23:1,6,8,18 | 72:7,8 165:17 | 15:3,5,19 16:3,15 | 104:9,14 105:10 | 83:7 131:14,15,21 |
| 24:12 34:25 35:3 | 166:6 169:24 | 16:21 17:6,24 | 106:14,20 107:3 | 131:23 132:1,5,7 |
| 35:14 46:8 58:2 | 182:18 183:18,23 | 18:14 19:7,14,24 | 107:14,23 108:16 | 175:7 |
| 86:5 94:8,12 | 183:25 184:6,12 | 20:7,23 21:8,17 | 109:9,14 110:5,10 | **kids'** 135:11 |
| 109:5 116:18 | 185:18 186:23 | 21:20 22:5 23:7 | 110:15 111:11 | **kill** 162:19 164:3 |
| 122:3 129:23 | 187:9,15 | 23:19,23 25:7,12 | 112:17 113:10,19 | **killing** 161:1 |
| 130:2,10 139:1,11 | **jobs** 165:21 169:20 | 25:21 26:1,3 | 113:24 114:4,9,25 | **kind** 41:18 52:3,4 |
| 139:22 141:17,17 | 170:6 182:17 | 27:18,21 28:7,22 | 116:14,20 117:3 | 58:17 65:23,24 |
| 150:7 154:13 | 184:9 | 29:8 30:4 31:10 | 117:11,19 118:2 | 70:7,12 77:1 |
| 158:12 170:15,18 | **John** 1:10,12,13,13 | 31:14 33:2,10 | 118:11,16,21 | 99:16 100:6 |
| 170:19 181:12 | 1:13,14,14,14 | 34:10 35:1,5,11 | 119:7,16,21 120:3 | 104:10 159:19 |
| 193:1 | 5:13 8:21 173:23 | 35:15,19,24 36:3 | 120:10,25 122:5,8 | **KING** 4:5 |
| **interpreting** | **jokes** 191:25 | 36:23 40:25 41:5 | 122:23 123:8,13 | **kitchen** 151:12 |
| 141:19 | **Jolie** 36:12 37:20 | 41:10 42:7,17,25 | 123:17,23 124:3,9 | **kleren** 69:7 70:13 |

**km** 2:6
**knew** 48:21 77:6
  87:24 120:19
  164:12,13 165:12
  182:7 183:14
**knob** 135:21
**know** 14:1 15:13
  16:9 17:12 18:25
  19:2,8 21:12 22:3
  26:13 29:14,15
  31:11,15,16,17,18
  32:22 34:11 36:5
  37:23 38:16,19
  39:7,21 40:4 42:3
  43:13 44:7 45:12
  46:16 47:24 50:12
  50:25 53:13,20,21
  54:14 64:16 66:2
  66:2,4 67:20 68:8
  69:24,25 70:2,3,4
  70:5 85:13,21,24
  85:24 86:21 88:5
  89:18 90:3 98:13
  99:7 100:1,9
  105:25 112:15
  114:18,24 115:17
  116:7 119:6,15,23
  120:2,15,21 121:2
  121:4 122:9
  125:11 129:2,7,9
  129:21 130:16
  135:11 141:3,5,7
  144:12 146:12
  149:7,10,10
  151:14,15,18
  155:16 156:11,12
  156:23 164:7,11
  164:14,17 165:6,8
  165:14 166:11
  167:2,17,20 171:7
  171:11,11,20
  176:14 177:18
  179:7,11,12,14,17
  179:22 180:1,2,2
  180:11,16,19,24
  181:3,4,6,8,15,21
  182:9,20 183:6,11

  183:19 184:3,7,7
  184:10,14 185:21
  185:24,25 186:7
  186:13,15,21,21
  186:24 187:10,16
  187:18 189:3
  190:21,22,25
  191:6,15 194:8
**knowledge** 195:7
**knows** 186:19

**L**

**laid** 138:17
**Lamour** 42:1
**laughing** 121:12,12
  148:7,7
**LAW** 3:5
**lawsuit** 11:21 179:8
  179:12,15 180:12
  180:17 192:1
  193:18
**lawyer** 8:18,25
  177:24
**LAWYER'S** 199:1
**lawyers** 23:6 24:25
  25:1,2,9 29:7,9,10
  145:16 146:6,7
  157:10 192:18
  193:11,17
**learn** 79:6 182:23
  182:25
**learned** 38:18
  119:17
**leave** 32:11,13,15
  46:22 47:5 89:13
**Lecenat** 1:23 2:1
  7:3 8:13,17 9:23
  10:3 11:6,13
  14:23 15:6 16:8
  17:8,19 18:16
  19:20 20:3,4,10
  20:12,13,24 21:10
  21:13,21 22:6
  24:11 25:13 26:4
  26:11 27:19 28:9
  28:16,17,24 30:1
  30:20 31:19 33:17

  36:9,12 37:2,3,21
  37:22 38:7,24
  39:14,14,22 40:11
  43:2 51:3,10
  53:22 54:16 55:1
  56:16 58:5 61:3
  61:11 63:6,20
  68:12 69:3,11
  71:2,12 73:3,9
  74:11,23 77:10,14
  77:18 81:22 83:21
  84:10 86:25 87:16
  88:1 91:1 93:1
  94:6,14,21 96:8
  96:19 103:15
  107:10,19 111:6
  112:19 113:20
  117:19 118:3,7,12
  119:9 120:4
  121:17,25 122:19
  123:9 125:16
  127:4,14 134:12
  135:4 136:6
  139:25 140:9
  141:23 145:15
  147:3,17 148:22
  150:16 153:10
  154:2 158:1 159:2
  159:14 160:9
  161:18 162:3,22
  163:3 164:7 165:2
  167:6 169:12
  170:22 171:1,22
  172:5 173:1,14,22
  177:20 189:14
  198:8
**Lecenat's** 7:13,14
  7:16,18,20 14:25
  17:4,21 20:9,16
  21:4 25:16 27:22
  28:2
**led** 65:15 133:21
**Lefranc** 40:11,12
  40:21 41:1,6,11
  41:19
**left** 32:2,9 36:15,17
  47:1,16,25 59:17

  65:17,21 96:7
  110:11,19 134:8
  143:15 144:14
  148:19 185:6,10
**lessons** 109:20,23
  109:24
**let's** 17:2 23:19
  54:2 93:7 101:8
  129:25 173:15
**letters** 31:6
**License** 195:21
**lie** 111:24 112:5
**lied** 113:14
**life** 41:2,11 43:7
  69:2,19 72:8
  166:2 170:16,23
  170:24 171:5,10
  171:12 172:11,12
  184:24
**light** 136:24 151:2
  152:14
**LINE** 197:3 199:2
**list** 49:24,24 50:1,7
  50:8,10,13,14,17
  51:2,9 179:18,19
  180:5,22,23 181:4
  181:8,16,17,25
  182:2,4,5,7
  193:10
**listed** 44:1
**listen** 69:13 125:24
**listening** 127:18
  140:12 149:1
**little** 12:4 14:16,18
  14:20 30:21 32:8
  35:8,8,9 36:10,21
  36:22 37:6,9,9
  40:1 45:20 47:9
  47:17 48:6 57:14
  57:24 59:3 60:24
  63:12 68:24
  108:19 161:7
  162:16 168:6
  169:9 171:15
  182:11,12 184:25
**live** 33:21 34:3,15
  36:13 37:5,15

  38:3 39:11,15,22
  40:12 45:10,15,23
  111:6 128:9 129:4
  164:4 170:11
  171:18 185:10
**lived** 43:2,5,24 44:4
  46:10 111:7
**lives** 35:6 36:11,18
  37:3,18 38:20
**living** 40:22 42:19
  46:17 54:7 74:21
  74:23 161:15
  172:13
**LLC** 4:13
**LLP** 5:6,14 6:6
**local** 69:7 70:10
**located** 98:3,8
  133:16,25
**lock** 135:1,7,9,15
  135:21
**locker** 78:8
**long** 25:3,8 32:17
  33:3 34:6,11
  38:17 46:10,16
  47:23 56:14 60:12
  60:14,19 75:16
  111:3 132:15
  138:9 141:11
  153:15 165:11
  191:12
**longer** 158:9,12
**look** 17:18 18:9
  25:22 27:1 29:25
  30:5,7,10,13,15
  47:18 57:19 58:6
  62:25 71:16 98:16
  105:1 160:21
  183:22 184:6
  185:13
**looked** 17:18 21:9
  26:4 30:12 45:17
  104:25 107:17
  112:12 150:16
**looking** 15:6 17:7
  18:15,17 21:17,21
  21:23 24:1 27:1,3
  27:20 49:23 50:11

85:18 129:16
156:7
**lose** 160:19
**losing** 161:14
**lost** 48:3 160:19
161:13
**lot** 12:17 14:16
48:2 70:17 82:24
85:10 87:20 98:25
99:12 114:13,14
125:2 129:21
131:17 144:18
145:1 146:19
158:8 161:3,6
169:7,12,17,19,20
169:23 170:5,8
**loud** 182:11
**louder** 11:10 13:25
**loudly** 143:7
**Louis** 1:3,4 6:17
8:9
**lower** 139:16,19
**lowered** 139:14,20
139:21
**LSR** 2:11 195:2
**Lu** 3:4 9:13
**lunch** 79:1 93:3,8
94:15 96:8
**luncheon** 93:11
**Luperón** 2:6
**lxia@garabedian...**
3:10
**lying** 138:4 142:1

**M**

**M-A-Z-E** 34:25
**Madam** 79:13
80:24 101:22
102:2 114:14,16
114:20 116:15,16
116:22 117:4
118:17 119:3
**Madame** 116:23
119:13
**Main** 4:14
**making** 143:9
154:24 184:12

**Malta** 1:11,12 5:3
9:2 189:7
**man** 14:6 102:24
104:3 179:3
**manage** 106:24
152:6
**Margarita** 80:13
80:24
**marijuana** 69:24
**marked** 15:1 17:5
17:21 18:13 20:9
21:6 25:19
**married** 31:19,21
**masisi** 183:8 184:4
185:19 186:20
**Massachusetts** 3:7
4:7 6:8
**master** 72:20,23
112:12 113:5
**material** 106:1
**materials** 52:4
**math** 79:18
**matter** 8:8 164:19
**matters** 195:8
**Maureen** 2:11 9:15
195:2,21
**Maze** 34:24
**meal** 89:2
**meals** 90:18
**mean** 61:23 64:7
119:8 140:23
163:24 172:9
**means** 130:3
**meant** 134:25
**medication** 57:8,14
58:17,17,19,21
**medicine** 13:11
57:23 59:4,10,14
**meet** 183:10
**meeting** 25:8
**member** 45:24
**members** 82:5
**membership** 65:24
**Mémé** 101:3 102:9
102:9,12,14
**memory** 96:13
**men** 114:5

**mentioned** 70:8
95:9 100:20
**Merline** 79:10,13
80:12 81:3
**messaging** 31:17
**met** 49:13 183:11
186:13
**Michael** 3:12 6:5
8:17
**microphone** 14:3
**middle** 21:14,19
**Mike** 9:9 36:1
**MILANO** 4:13
**Military** 1:9 68:6
**mind** 42:15
**minute** 86:11 94:9
141:15 153:21
**minutes** 34:14
111:4 141:15,15
153:21,21
**miseries** 161:6
**Mitch** 10:7 15:4
21:18,19
**Mitchell** 3:3,5 9:11
**mkerrigan@sloa...**
6:10
**moment** 12:9
121:17 125:9
**moments** 189:16
**money** 41:6,18 47:9
47:18 48:6 51:14
51:19,23 53:14,19
54:13 55:12,16,21
55:25 56:3,6
57:15 58:20,22,25
59:6,11 60:3
61:24 62:8,14,18
72:13,14 91:25
119:10 159:18
167:12,24 170:11
170:15,23 171:2
171:11,17 172:15
172:21 180:1
193:19,20 194:2
**month** 11:8 28:12
61:15,18,20,24
62:9 127:24 128:3

147:6 174:18
**months** 32:20 33:7
46:2,4 47:19 54:9
**mop** 72:2
**morning** 8:16,20
8:23 9:4,12 76:11
76:14,17,18,18,20
91:12 108:2,24
133:5 150:22
177:22 179:4
**mother** 14:14
41:21 42:4 128:9
**motions** 10:10
**mouth** 13:24
143:25
**move** 20:25
**moved** 89:10
**mstewart@simm...**
3:18
**MURPHY** 4:5
**music** 191:23

**N**

**N** 8:1
**naked** 137:2,5
**name** 8:4,17,20,23
11:4 15:12,14,17
15:18,20 16:6,22
16:25 17:11,13
18:1,18 19:3
28:21 29:1 32:3,4
34:18,21,23 35:9
36:7,10 39:13
40:10 41:25 49:24
50:4,5,7,8,11,14
50:20 51:1,2,9
56:20 63:7 76:24
76:25 77:4,6,7,8,9
77:13,15 87:21,23
128:12,14,25
129:2,3 131:2,9
131:10 166:1,1
173:22 174:4
177:23 179:19
180:4,23 181:2,7
181:9,9,16,17,22
181:23,24 182:2,4

182:5 189:14
193:10
**named** 38:23
122:13 179:3
195:6
**names** 28:15,18
46:24 47:3,6
48:13 49:23 50:9
50:12 52:23 67:20
73:10 75:11,13
81:9,10 83:3,9,11
83:13 88:4 103:17
114:18,24 132:1,6
161:6 179:18
**Nathalie** 6:14 9:18
11:9 130:10 193:3
**National** 68:3,5
**native** 14:13
**near** 130:14
**necessary** 55:14
196:4
**need** 10:25 14:3
50:25 70:22 95:7
139:23 165:14
170:11 171:3,12
**needed** 59:5,5
121:9 147:23
193:16
**needs** 14:6
**neighborhood**
46:22 48:12 121:3
182:19 185:7
**neither** 195:11
**Nelta** 101:4,22
102:3,5
**nervous** 12:23
**never** 64:20,20
68:19 71:9,10
86:16 87:10
118:20 121:18,22
123:4,5 147:16
157:16 165:9
166:21 167:14
178:19 184:6
186:8,13,23
192:20 193:23
**new** 1:9 6:4 8:18

87:22 189:4
**nice** 91:5
**Nicholas** 87:19,23
   88:3,4
**Nicholases** 87:24
**night** 112:13
   126:16 133:6
**nightmares** 161:25
**nights** 43:10
**noise** 143:9,10,12
   153:9 154:24
**noon** 76:12 78:1
   79:3 108:24
   109:19
**notaries** 10:21
**Notary** 195:3,23
   198:19
**Note** 141:21
**noted** 198:6
**NOTES** 199:1
**November** 20:17
**number** 8:12 14:24
   17:3,20 18:11
   20:13 21:3 24:24
   25:1,15 112:21
   132:17
**nuns** 128:9,10
   129:4,7,9,14
**nurse** 56:19,19,22
   57:9,17,19 58:5,6
   58:13,14,16 59:1
   61:20
**nurse's** 56:20

─────────
         **O**
─────────

**O** 8:1
**o'clock** 76:12 108:3
   109:13,15,17,20
   109:21
**O'Connor** 2:11
   195:2,21
**oath** 12:14 55:2
   94:17
**objection** 11:18
   13:8 15:16 16:11
   19:5,10,22 23:2
   23:13 25:5,10

27:16 28:20 29:4
30:2 31:8,12
32:21 33:8 34:8
35:17 36:20 40:23
41:3,8 42:5,9,21
43:4,12,19 44:6
44:21 45:2 46:12
46:18 47:22 48:10
48:20 49:6,12,17
50:18 51:5,25
52:14 53:10,15
54:4 55:9 57:20
58:8 59:9 60:1,13
60:18 61:6,14
62:1,10,20,24
63:24 64:13 65:6
65:16 66:1,12,18
67:6,11,17,25
68:13 69:4,20
70:9,19 72:19,25
73:14 74:12,25
75:12 76:6 77:19
78:4 79:5,9,15
80:6,19 81:8
82:19 83:2,18,24
84:12,17 85:3,17
86:9,19 87:8 88:6
88:12,21 89:7,23
90:8,13,19 91:4
91:16,21 92:2,12
92:17,22 95:1,11
96:3,16,22 97:3
97:15,21 98:5,12
98:18 99:6 100:11
100:15,21 102:18
103:19 104:7,12
105:8 106:12,18
107:1,11,22
108:12 109:7,12
110:3,8,13 111:8
112:14 113:7,17
113:22 114:2,7,19
116:6,25 117:6,15
118:9,14,19,25
119:11,19,25
120:8,23 122:2,21
123:2,12,15,21

124:1,6,12,24
125:4 128:8,21
129:6,10 130:7
131:5,16 132:8,21
133:2,7,18 134:4
134:13,20,24
135:6,13,19,25
137:4 138:14
139:3,8 140:25
141:21 142:17
143:4,8,20 144:15
144:23 145:4,19
146:2,24 147:11
149:17 150:6,17
151:9 153:11,17
153:23 154:3
155:6,12,18,23
156:3,15 157:1,11
158:15 159:5,15
159:21 160:1,6,17
162:9 163:4 164:9
164:21 165:5,10
165:24 166:7,16
166:20 167:1,7
168:3,11,15 169:5
169:14,22 170:7
170:13 171:4,9,19
172:1,17,22 173:6
176:17 177:6,16
178:4,13,21
179:10,16,23
180:7,13,18
181:11,18 182:14
183:13,21 184:5
184:16 185:5,14
185:20 186:1,9,16
186:25 187:11
188:14,19 189:19
190:1,12 191:3
192:2,10,16,23
193:21 194:5,11
194:16
**objections** 10:9
**obtain** 172:15
**occasion** 145:17
   153:16 155:11
**occasions** 113:12

125:14
**occur** 151:8 154:1
**occurred** 135:3,12
**office** 115:16,18
**officers** 67:20
**offices** 3:5 99:13,15
**oh** 15:22 32:8 94:10
**okay** 10:5,20 11:11
   12:4,9,18,20,21
   12:25 13:15,22
   14:4,5,7 17:17
   20:2 21:13,25
   22:6,6,7,8,9,10,17
   22:24 26:11,18
   28:6,9 54:7,18
   55:5,12,16,25
   61:17 62:13 63:6
   69:14,23 72:22
   73:6,9,17 75:19
   75:24 80:24 81:12
   86:4,14 87:5,13
   87:22 88:1,18
   94:12,20 96:19
   98:2 101:8 125:10
   125:15,20,21,25
   126:4,6,7 127:17
   148:25 171:22
   174:23 176:25
   177:3,19,24,25
   179:2 182:13,17
   185:17 189:10
   190:10 191:1,16
   191:18,24 192:13
   192:20 194:8,18
**old** 28:9,13 35:16
   36:4 37:13 38:1
   38:15 39:6,20
   40:3 42:2 74:11
   74:19 75:21
**once** 60:16 63:22
   89:18 121:6,9
   135:21 167:2
**ones** 19:12 44:1
   59:5,16,17 60:2
   79:16 101:7
   103:20 109:24,25
   176:11 183:14,15

**open** 51:7 134:23
   135:5,8,12,17
   148:4 149:12
   152:17
**opened** 75:16
**opening** 76:22
   141:5,9 144:21
**opportunity** 120:5
**oral** 194:9
**order** 1:10,12 5:3
   9:2 10:18 111:19
   126:13 129:4
   135:14 189:7
**organization**
   173:25
**organizations**
   22:15
**original** 196:12
**outside** 114:8,11,12
   148:17 149:16,18
   151:2 155:2
**overnight** 112:7,18
   113:6

─────────
         **P**
─────────

**P** 8:1
**page** 7:2,12 18:19
   20:20 21:15 23:25
   24:2,4 26:9,10,24
   26:25 27:1,2
   197:3 199:2
**pages** 26:7 198:4
**paid** 72:12 190:22
**pain** 60:22 123:6
   170:2
**paint** 68:16,19 69:3
   69:19
**pants** 58:5 78:5
   121:13,14 126:19
   126:20,22 136:15
   137:15,17 138:12
   138:13,16,21
   139:12,16,17,18
   139:19,20 144:4
   148:9,12 154:18
   156:1,5
**paper** 14:22 30:7

30:10 59:15
paperwork 58:11
  67:15
parents 169:24
part 41:1,11 45:15
  65:17,18 66:16,24
  67:1 73:17 97:19
  97:19,25 128:5
parties 195:13,15
parts 159:16
party 112:20
passed 41:22
  126:11 133:14
Passport 7:15 17:4
  20:9
Patrice 101:4
  102:21,21,24
  103:1
Paul 1:7 4:3 8:24
  114:14,16,20
  116:1,10,16,16,22
  116:23 117:10,17
  118:13,17,23
  119:3,9,12,23
  174:5,7,15 177:23
  178:7
Pause 94:11 188:24
  189:12
pay 59:11,14 91:25
  190:18
paying 191:1
peace 146:14
pee 136:4
pen 125:24
penis 31:25 41:16
  42:16 56:12 57:3
  57:4 69:5 71:5,7
  121:15 123:5
  124:14 125:13
  126:23 127:12
  132:4 136:18
  137:18 138:18,23
  139:10,15 140:14
  140:17,18,21,22
  140:24 141:8,10
  142:2,8,25 144:4
  144:12 146:18

147:4,23 148:10
  148:12 150:14
  152:4,7 153:4
  154:6,11,15,21
  155:14 156:5
  158:6,24 159:4,7
  159:9,12,13
  160:12 161:24
  162:24 163:5
  164:2 167:24
  168:17,22 169:1
  170:1 184:23
  185:1 187:12
  193:12,15
people 19:11 22:15
  29:17 32:7,24
  36:16 43:2,24
  44:1 46:23 47:2
  48:1,18 49:10,23
  52:23 53:1 65:10
  70:24 73:23 77:5
  77:12 82:16,20
  86:7,11,12,17
  87:2,6,10,17 88:2
  88:7,11,14,14
  90:1 91:19,19,22
  95:8 105:19 113:9
  114:13,15,17,24
  116:1,8,11,11,17
  116:24 117:2,5,9
  117:14,18 119:6
  119:15 120:16
  123:24 131:3
  164:7,14 165:2,8
  165:12 169:17,20
  170:5,8 172:3
  174:10 175:23
  178:7,17 179:19
  182:21 183:5,7
  184:10,11,14
  185:8,18,24 186:7
  187:3,4,13,14,16
Pere 114:16 116:16
  116:16,22,23
  118:13,17,23
  119:9,23
period 32:19 47:24

54:14
Perlitz 1:7 8:10
  49:11 52:18 71:20
  84:3 85:2,21 86:6
  87:6 88:3 115:1,5
  118:18,22 119:18
  125:8,12,16,23
  135:18 136:11,19
  136:25 137:9,23
  138:21 139:6,12
  140:13,22 141:8
  141:11,23 142:15
  143:19,25 144:11
  145:17,25 146:6
  147:3,10,19
  149:23 153:15
  154:12,18,23
  155:16,22 156:1
  156:10,14,22
  157:9,19,25
  158:10 159:3,18
  159:24 160:4,11
  161:12,20 162:14
  164:8,16 172:6
  175:25 179:8
  183:8 192:8,14,21
Perlitz's 137:19
  155:10 160:16
person 49:1 50:1
  87:11 114:10
  124:19 164:5
  184:2 186:14,20
  186:20 195:6
personally 118:7
  118:12
ph 114:22 174:10
pharmacy 59:16,18
  59:19,21,24
photographs 30:14
photos 30:15
pick 21:13 48:19
pictures 30:13,15
  178:8
pieces 14:21
Pierre 6:17 30:25
  31:4 47:13 73:11
  73:13

piled 78:9
pill 60:16
pills 59:23 60:4,8
  60:10,12,22
Piqueline 39:12,14
  39:22
PITNEY 5:14
place 39:23 45:11
  45:17 46:1,10
  47:10,18 48:6
  52:10 53:3,23
  54:8,12 55:10,15
  55:17,18,22 62:4
  83:8 90:17,20,22
  91:14,17 95:8
  112:2 120:6
  170:12 171:3,8,18
  184:2
places 184:6,7
Plaintiff 1:5 3:2
  7:18,20 8:9 21:4
  25:16 27:22 28:1
Plaintiffs 9:8,10,12
  9:14
plan 53:22 54:10
Plata 2:5,6 8:8
play 76:10 77:24
  90:18 94:24 95:17
  95:18 108:17
  110:6,9 117:9
  178:9 189:17,24
  189:24 190:4,7
playing 63:25 65:8
Plaza 6:7
please 8:14 9:16
  11:4,7,10 12:20
  14:2 17:2,17
  18:10 21:1 24:1
  25:1,22 26:7,9,24
  26:25,25 34:19
  48:5 52:21 74:24
  94:9 97:18 98:15
  107:19 116:19
  125:15 126:8
  133:3 181:13
  192:11 193:8
  196:3,8

point 58:1,4 69:2
  69:18 72:8 88:20
  89:10,17 109:10
  155:11
pointing 16:1
police 64:1 66:7,10
  67:23 68:3,5,7
politician 29:23
Pollard 2:11 195:2
  195:21
Pollock 3:13 9:6,6
poor 169:17
Port-au-Prince
  24:18
portion 21:22
pots 72:5
poverty 169:12
PPT 31:7 34:4,5,7
  34:12 51:3 61:8
  73:11,12,17,21,22
  73:24 74:1,3,5
  86:11 97:19,19,25
  98:1,2 110:11
  114:18 128:5
  166:6 177:15
Prayers 133:14
prepare 29:12 30:1
  30:7,11,14,18
preparing 29:2
prescribed 57:23
prescription 58:16
present 6:16 24:20
  153:6 175:10
pressure 145:10,14
  148:15,18,18
  154:25 156:19
pressuring 142:12
  142:14
pretend 157:24
prevent 13:12
previously 189:23
priest 188:9
principles 84:18,19
  84:21,23
prison 65:3
privilege 23:4
  177:8

privileged 23:15
  29:6
problem 10:6
  53:16 62:2 126:25
problems 45:6 47:7
  48:3,4,12,14 49:5
  52:20,22,25 53:1
  57:12 65:2,5
  97:11 127:2
  144:18 145:1
  146:19 152:6
  158:8 161:4 162:5
  162:7,15 163:1,2
  163:6,21 166:14
  166:25 169:7
  171:23 184:22,24
  185:2
profession 183:23
program 49:21
  107:4,6,7
project 30:25 31:4
  47:13 73:10,12
  84:13 114:23
  116:12,12 119:4,5
  119:6,10,13,14
  174:11,11,12
promised 56:25
propounded 198:5
provide 114:23
  176:22
provided 41:6
  119:10
providing 176:12
  176:16 177:15
  194:3
Public 195:3
  198:19
Puerto 2:5,6 8:8
pull 139:13
punished 105:11
  105:15,23 106:2,9
  106:15
punishment 106:3
punishments
  106:17
purchase 70:16
purpose 182:10

push 135:1,8
pushed 135:20
put 10:25 12:9
  22:12 31:25 41:16
  44:16 49:24 50:7
  50:8,11,14,20,25
  51:2,9 56:12 57:3
  57:4 62:5 65:11
  69:5 71:4,7 116:3
  121:15 123:5
  124:14 125:13,23
  126:23 127:11,12
  132:3 136:17,18
  137:18 138:17,18
  138:23 139:9,14
  140:16,16,20,21
  140:22,23 141:8
  141:10 142:1,8,11
  142:13 144:4,6,8
  144:12 145:10
  147:4,22 148:10
  148:12,15 150:14
  152:4,7 153:3
  154:4,6,11,15,21
  155:2,14 156:5
  157:3,3 158:6,24
  159:6,6,9,11,11
  160:12 161:24
  162:24 163:5
  167:23 168:17,22
  168:25 170:1
  179:19 180:4,23
  181:22 182:1,4,5
  184:23 185:1
  187:12 192:18
  193:9,10,11,14
putting 42:16
  142:25 146:18
  154:25 164:1

**Q**

qualified 182:17
question 10:10
  11:15 12:20 14:22
  16:4,20 24:22
  31:2 46:25 54:5
  69:12,13,14,18

74:17 87:3 96:10
  97:22 116:19
  120:9 122:4,7,22
  123:16 133:3
  141:1,4,19 145:22
  169:15 170:17,25
  171:2,16 180:14
  189:22 192:11
questioning 130:12
questions 9:20 10:4
  11:16 12:6 13:22
  22:12,18,25 23:3
  23:9 24:13 26:23
  69:16 118:5
  127:16 140:11
  148:25 170:21
  173:2,3,5 175:13
  175:20 188:23
  198:5

**R**

R 8:1 195:1 197:1,1
radio 29:21 49:20
raise 42:4,19
  108:14 123:10
raised 36:1 42:8
  137:21 139:18
ran 32:25
read 10:16 14:15
  14:17 18:4,8 19:1
  19:6,8,11,12,15
  19:19,23 21:24
  22:3,7,9 26:6,14
  30:9 196:3 198:3
ready 126:3,8
really 22:3 44:7,8
  91:5 132:4 144:17
  146:16,16 151:5
  151:20,23 152:5
  158:4,16,23 159:1
  161:5,14 164:4,4
Realtime 2:12
  195:22
reason 95:4 196:5
  197:5,7,9,11,13
  197:15,17,19,21
  197:23

reasons 95:9,10,13
  96:1,4 187:8
recall 43:16,23
  96:14 151:20
receipt 10:18
  196:13
receive 41:18
  104:10,13,15
received 19:21
  62:18 107:9
receiving 193:20
recess 54:22 93:11
  117:24 140:5
  173:18
recognize 15:9,21
  16:4,16,18,23
  18:21 21:25 26:10
  26:13,19
record 8:4,15 11:5
  14:23 20:2,8,11
  20:15,17 27:21
  28:1 35:20,25
  54:21,23 63:11
  93:10 94:3 117:23
  117:25 130:9
  140:4,6 173:17,19
  194:22 195:10
rectum 140:24
  141:3
red 78:6
reduced 195:9
referenced 1:21
reflection 168:18
refused 138:12
regard 177:7,8
regarding 99:3
regards 90:21
regroup 176:20
regular 88:19
  107:20 110:11
related 195:12
relationship 97:1
relative 195:14
relief 60:5,6,24
  68:24
religion 80:3
remember 19:18

22:22 25:6,8,11
  26:21 32:4,12,14
  32:16,18 33:1,5,5
  33:9 36:6 37:14
  38:2,16 41:24
  43:20 44:22 45:11
  45:22 46:14,19
  47:12 49:18 50:5
  51:12,18 56:21
  58:18 60:9,14,19
  64:17 74:13,20
  75:13,23,23 76:25
  81:9,10,17 82:6
  82:21 83:1,3,11
  83:12,13,15 84:5
  84:8 87:20 88:10
  90:5 99:3,12,21
  100:1,1,22 101:1
  101:5,7 103:14,16
  103:16,21,21,25
  104:2 105:14,20
  105:22,22 107:25
  112:10,15 113:4,8
  113:9 122:13,17
  126:1 127:4,8,13
  127:15,25 128:4
  128:14 129:19
  130:16 131:2,17
  131:22,25 132:4,6
  132:9,16,18
  133:15,19 134:10
  136:9 137:8
  138:10 141:13,16
  147:7,20,24
  148:21 149:4,24
  150:2,15 151:1,10
  151:22,25 152:1
  152:10,12 153:18
  153:24 158:16
  162:10,13 166:12
  168:16 175:4,6,19
  176:23 179:5
  189:6,9 190:2,6,9
  191:17 193:9
remind 177:23
rent 46:1,3
rental 54:8,11

rented 46:2 54:9
renting 46:11
repeat 116:19
  122:4 133:3
  181:12 192:11
  193:2
report 104:10,13
  104:15,18,22,23
  107:9,15
REPORTED 2:10
represent 9:2,5,7
  173:23 189:15
representing 8:18
  8:21 9:12,13
Republic 2:7 8:8
  20:12 38:13,21
  39:1,4,17,23
  40:13 191:10
reserved 10:11
resisted 154:23
respect 70:21
response 7:18,20
  21:4 25:17 27:23
  28:2 175:13,20
result 160:10
  161:11,19 172:16
retreat 126:10,11
  127:19 128:5,12
  128:15,25 130:18
  130:22 131:3
  132:12,15,19,22
  133:13,17 145:8
  145:18,25 146:11
return 196:11
REVIEW 1:23
RHODES 1:10
right 10:19,23
  12:22 18:18 33:24
  34:4 54:7 90:22
  91:3,15 124:23
  134:9 158:20
  160:23 163:8
  173:5 178:20
  183:8,20 184:15
  184:21 185:23
  187:21
ring 108:14

rival 128:17,18
river 128:20
RMR 2:11 195:3
  195:22
road 148:1
Robenson 72:13,15
  72:17,20,24
ROBINSON 5:6
Roman 187:20,25
room 45:20 126:15
  132:11,13,14
  133:16 134:2,6,8
  134:14,16,21
  135:24 136:5,20
  148:6 150:4,10
  151:7,14,18,21,24
  152:2,9,11,14,17
  154:1,4 191:2
rooms 44:11,14
  129:20 133:25
  134:12,23 135:5
  149:5,8 152:23
rounded 174:17
  176:7
routine 76:4
rules 84:15,21
run 107:4 127:11
  144:2,10
running 184:2

─────────────
        S
─────────────
S 5:5 7:11 8:1
S-C-H-O-U-B-E-...
  63:13
S.J 1:7 4:3
sad 144:17 145:1
  156:20 158:7
safe 90:17 92:7
  122:20 123:1,3
safety 92:10 123:10
Santiago 40:15
Santo 38:9,18,22
  39:1 40:14 161:5
  184:21 185:4,12
sat 137:25 138:5
  144:25
Saturday 71:23

72:12
save 20:20
saw 17:9,23 26:6
  57:21 82:17 86:17
  86:25 87:17 88:2
  88:16 91:11
  115:10 157:22
  178:2,19 189:17
  189:24
saying 32:8 48:2
  126:6 164:2
  175:19 176:3
says 13:21 119:3
scared 147:15,15
  187:1
school 73:4,7 76:13
  78:1,10,11 79:3,4
  90:9 94:21 99:20
  107:7 108:14,15
  108:25 109:19
  142:21 143:17
  145:13 148:17
  155:2 156:19
  158:22,23
schooling 94:23
schools 99:18
Schoubert 63:7,10
science 79:24 103:7
  103:12
sciences 102:23
  103:2,3
scratch 126:17
  136:14 137:11,13
  137:22 138:1,5,6
  138:9
scratching 126:18
  137:14,19,24
  138:3
sea 69:9
seal 195:18
search 78:15
searched 78:13
  108:7
second 80:14,15,20
  80:25 101:19
  102:7 111:22
  112:18 113:1

127:5 130:4,4
  133:22 134:12,16
  147:5,9,18,22
  148:22 157:9,20
  157:25 158:10
  159:2 172:12,12
security 76:23
  77:16 78:14,17,20
  78:23 108:4 153:6
see 15:12,14 16:7,7
  16:25 17:11,13
  18:1,18 21:11,15
  21:24 23:19 26:23
  47:8 48:4,11,14
  50:9 52:19 56:18
  61:3 78:15 83:23
  85:15,25 86:7,11
  86:12 87:1,6 88:8
  88:13 89:18 114:5
  115:1,3,3,4,14
  117:4,12 129:14
  138:7,8 147:25
  148:1 150:4,10
  153:8 155:10
  157:24 165:25
  167:25 168:6
  172:12 178:3,11
  178:14,23,23,25
  180:21,25 182:5
  185:1 190:4,7
seeing 86:21,22
  88:10 178:15
  190:6
seen 17:1 18:24
  58:12 87:10 186:8
selected 96:9,20
self-confidence
  187:14
send 74:1 89:20
sensitive 49:2
sent 73:21,22,25
  74:3,5 89:13,14
  175:14
separate 131:18
September 28:5
SESSION 94:1
set 7:19,21 21:5

25:18 27:23 28:3
  169:9 195:18
SEVEN 1:14
sex 159:25 160:5
sexual 68:22
share 44:18 132:11
shaved 65:17,20
sheet 196:6,9,12
  198:6
shirt 62:5,13,14
  137:3 138:24
  149:21 155:19,24
shirts 175:11
shocked 132:3
  152:3 156:6
shoes 62:21,23
  116:3 121:10
  147:24 148:8
  149:21 159:19
  174:20 175:12
short 78:5
shorts 78:5,6
  136:13 137:2,7
  139:7,9,14 156:2
  174:19
show 14:21 182:21
showed 107:12
shower 76:11
shut 51:6
Sibert 29:11,14,16
  29:19,21,23 47:20
  47:25 48:9,19,24
  49:4,9 51:13,19
  51:23 52:5,7,13
  52:17 53:8,13,19
  55:6,22 58:22
  59:1,7 61:23 62:9
  62:15,19 190:16
Sibert's 49:20
side 21:1 134:8,9
  141:25 144:9
sides 65:20
sign 10:16 67:15
  180:21,25 196:8
signature 16:7 24:4
  27:4
signed 24:6 27:14

182:7 193:23
194:6,9
signing 27:6
Simmons 3:14 9:7
sir 177:22 189:23
190:10,15,19,23
191:2,10,12,14,16
192:1,5,7,13
193:15,18 194:15
sister 35:8 36:22
37:7,10,17 38:5
38:23,25
sister's 36:10
sisters 36:25 39:9
40:6 44:4,19
sit 137:21 157:23
site 184:1
sitting 137:20,23
138:2 144:16
158:25
six 1:14 46:2,4 54:9
six-month 54:11,14
Sixth 3:6
skills 182:23
skinned 104:6
sleep 52:10 55:15
55:17,18,22 62:4
68:25 89:5 110:21
111:9,21,23 112:1
112:2,3,21,22
113:11 136:23,24
161:22,25 162:1
167:9 185:3
sleeping 43:17
113:1 162:1,23
slept 44:17 75:3,3
111:13,15,16
112:16,18,23,24
113:8,15 136:12
SLOANE 6:6
slowly 147:20
small 39:19 42:6,23
43:5,13,14,21
44:23
smoke 68:17,23
70:23 161:2
167:12,19,25

168:6,20,23 169:8
smoked 71:9,10
smoking 69:7 70:6
71:6
sniffed 68:16,19
69:3,19
soccer 98:25 117:9
178:9 189:24
190:8
social 102:23 103:2
103:3 122:1,6
society 1:9 6:3 8:18
70:25 189:4
solution 161:7
162:20 166:14
168:6 169:9
184:25
somebody 42:13
76:21 105:16
112:11 142:19
183:10 186:12,18
son 39:16
soon 160:23 165:25
sorry 13:6 35:3
39:2 58:1 66:23
116:18 122:4
139:23 149:22
150:8 157:15
181:12 192:6
193:4
sort 45:3
sought 166:15
SOVEREIGN 1:9
space 196:6
speak 10:5 13:25
14:4,8,12,13
15:22,23,25 16:13
18:3 29:3,11
82:23 85:9,11
115:7,19,23 118:7
118:12,18 191:19
191:21
speaks 13:19
special 116:11
specifically 192:6,8
192:14,21
spelled 63:12

spelling 35:2,12,18
63:8
spend 43:10,17
44:25 167:5
spent 43:7 59:6
64:2,6 65:2 91:17
spirit 146:13
spoke 23:18 29:7
58:14 81:21,24,25
82:1 116:13,15
spoken 49:7 82:3
sponsor 119:4,13
sponsorize 174:10
176:22
sponsorizing
114:22 175:24
176:13
spot 129:11
St 1:3,3,10 8:9
staff 82:5,25
123:14
stairs 133:21,23
134:2,3 148:5
149:14,15,16,16
151:13,19
Stamford 5:16
stamp 20:4
stamped 20:10,13
standing 10:15
137:20,23
start 71:2,6 101:8
108:14
started 10:4 47:6
69:6 100:18
162:25 163:6
state 3:6 11:4 195:3
196:5
statement 11:14
States 1:1 8:10
51:16
stay 37:1 44:8
45:18,19 47:10
48:7 53:3,22
54:10,13 55:10,15
80:17 83:16 86:15
111:20 167:8,23
169:6

stayed 42:23 47:19
109:20 112:21
staying 43:6 53:23
54:15 130:17
stays 37:2,8 120:18
Stewart 3:12 9:9,9
20:21
stick 71:17 186:3
sticky 63:12
stomach 141:24
142:3
stood 143:15
stop 164:23
stopped 158:17
story 125:25
street 3:6,15 4:6,14
5:7,15 32:1,7,23
34:2 44:9 64:16
73:5,6,17,19 74:4
74:6,11,16,18,21
74:22,24 75:3,15
75:17,25 76:3,7
76:15,21 77:2,5
77:12,17 78:3,12
79:1 80:12 81:1,7
81:21,25 82:6,11
82:17,18 83:1,6
83:10,14,17,22,23
84:4,6,11,15,22
84:25 85:7,12,16
85:22 86:1,7,15
86:17 87:2,7,13
87:18 88:2,11,19
89:11 90:7,11,16
90:25 91:10,13,14
92:1,7,11,16,21
94:22 95:5,10,16
95:19,23 96:2,20
96:25 97:7 98:4
98:10 127:21
streets 42:10,23
43:6,7,11 70:24
74:8 75:1,3,11
strength 161:14
stress 152:6
strike 10:10 75:9
91:24 98:2 111:12

120:5 192:6
student 80:15 90:6
105:3 122:24
students 80:14
85:11 106:25
111:23 112:6,8,25
113:2,6 115:19,24
116:22 125:3
students' 135:4
study 79:4
subject 1:23 79:11
subjects 79:8,13
81:2,3,23
Subscribed 198:15
substance 198:5
suffer 123:6 170:2
170:2
suffered 160:10
161:5,11,19 162:4
suffering 56:13
162:13,20 163:7
187:2
sufferings 90:21
163:22
sugarcane 70:15
Suite 6:7
sun 151:3
Supplemental 7:20
25:17 28:2
support 41:7,19
163:21
supposed 84:24
126:14
sure 26:1 54:2
86:24 94:10,10
114:12 122:12
139:24 181:15
193:3
surname 36:8
surprised 126:20
137:16 148:8
swear 9:16
sweating 156:16
157:2
sweep 72:1
switch 117:21
swore 12:10,13

Confidential - Subject to Further Confidentiality Review

sworn 9:19,24
195:6 198:15
Systems 2:12
195:22

**T**

T 7:11 195:1,1
197:1
T-shirt 62:6 78:6
149:21 155:19,22
155:24 174:22,23
175:7
T-shirts 116:3
174:4,6,13 175:2
175:5,10,11
table 11:1 20:19
take 25:3,22 34:6
53:25 54:17 58:5
60:10,12,16 76:11
78:10,20,23 93:2
93:7 106:5 107:10
109:23 111:3
117:20 121:12,14
126:18,20 136:15
137:15,16,17
138:11,13,21
139:6,12,17,25
148:8 154:18
158:9 161:4
173:15 178:8
182:2 191:9
taken 54:22 70:7
93:12 117:24
140:5 173:18
takes 34:11 68:25
talk 13:16 23:5
47:17 53:7 85:6
97:10 116:2,21
120:16 121:16
125:9 147:10
157:19 160:24
176:8 177:9 192:1
talked 56:19 61:20
114:21 119:2
147:16 166:19
174:9 175:22
192:17 193:9

talking 15:23 16:12
58:4 73:12 76:7
124:17,18,19,20
142:15 170:14
179:3 191:22
talks 119:3
tall 100:10
Taller 100:14
tape 117:21
taught 80:25 81:2,4
81:18 102:3,4,6
102:15 103:2,11
103:13
teach 79:11,14,18
79:20,22,24 80:1
80:3,5 101:9,13
101:15,25 102:10
102:22 103:5
teacher 103:13
112:11 113:5
teachers 80:11 81:6
81:12,13,15,24
82:7 84:23 89:14
89:16 96:20 97:2
97:7,10,13,16
101:2,5,6 103:15
103:18,23 104:1,5
104:6 106:16,17
106:21,24 107:4
110:4 113:21,25
123:18 124:4,10
124:18,21,22
125:2 146:14
teaching 80:13
102:19 130:21
131:7
Technologies 8:5
Ted 8:24 177:23
tell 12:4,10,14,20
13:5 17:14 18:2
22:7,10 26:12,15
33:6 50:16 52:17
52:19,22 56:22
64:18,21 71:17
76:3 80:24 95:12
97:18 107:19
118:22 122:11

123:18 125:22,24
125:25 126:5,24
127:2 141:14
142:23 145:8,15
145:24 146:5,9
147:18,19 148:16
148:19 153:20
155:1 157:8,14
160:14 168:9
169:3 171:22
176:4,9,15,25
183:15 185:25
186:5 187:15
193:14
telling 23:22
191:25
tells 186:20
ten 105:21
tennis 62:21,23
116:2 149:21
174:20 175:11
term 66:11
testicles 140:15,19
159:4,10,14
testified 9:25 125:7
189:23
testify 13:7 195:7
testifying 13:12
testimony 9:20
195:10
text 31:17
Thank 20:21 21:19
27:19,19 28:8
54:19 69:23 76:2
87:13,23 94:20
96:6 128:24 130:6
130:8 154:13
173:13 177:19
188:23 189:10
194:19
thanks 190:21,24
THEODORE 4:4
therapist 122:9
171:24
therapists 122:1,6
therapy 166:24
thing 81:2 112:4

126:4 160:18
167:22 168:4
176:18 177:18
179:17
things 55:7 72:6
80:7 99:3,8
126:25 146:15
161:8
think 41:13 48:24
64:24 65:4,11,14
69:1,8,9 121:9
161:22,23 163:17
167:9,23 168:5,21
168:25 169:6
172:14 184:19
185:9 187:5
188:12
thinking 158:5,7
184:23
thinner 68:16,19
69:3,19
third 101:19,21
102:7,16
thirty 196:13
thought 42:15
146:17
three 1:13 6:7
44:13,15,15 60:17
65:9 108:22 111:4
threw 66:9,22
144:8
throw 42:11 142:13
142:20 143:10,16
145:12 148:16
155:3 156:18
157:17
thrown 66:15 67:2
ticket 190:18,23
time 8:6 10:11
12:19 30:25 31:4
43:17,23 44:3,25
46:20 47:16,16,23
51:24 52:5,8 53:6
53:8 54:21,24
56:12,13,14 57:7
57:7 61:9 68:9,10
73:6,8 76:14

77:13 88:24 89:17
90:4,25 91:2,5,15
93:10 94:4 104:19
108:1,17,19,25
111:16 112:18,23
115:6,8 117:23
118:1,8,13 121:18
121:23 125:16,18
125:23 126:1,9
127:5,6,9 132:25
133:10 135:3
140:4,7 141:18,23
145:25 146:6
147:2,5,18,22
150:25 152:21
156:6 157:9,20,25
158:10 159:2
162:15 163:13,17
163:17 169:10
172:12 173:17,20
178:3 187:5
191:13 194:22
times 44:17 60:17
105:13,21 108:20
108:22,23 111:13
113:16 115:25
117:7 125:12
166:5,8 167:17,20
178:1
tired 139:22
tjf@murphyking...
4:9
today 10:4 12:5,14
13:7,13,23 28:10
28:13 29:3,12
30:1,8,11,14,18
30:20 33:21 38:20
41:11 44:25 45:10
62:14,18 83:17
162:13 166:19
173:2,11 190:11
190:24
Today's 8:5
Toilet 136:7
told 36:21 37:18
43:6 52:20 53:16
56:24 57:6,21

61:5 68:10 77:8
82:7 86:20 88:7
96:8 118:24
119:18,22 127:8
138:11 142:12,12
143:15,16 145:11
145:11 147:24
156:17,18 157:16
160:21 162:7
165:9 173:5,7
174:2 175:25
177:2,4,22 184:19
189:16 192:5,7,13
192:20 193:10
**tolerate** 29:17
**tongue** 14:14,14
**top** 18:19 65:21
130:6
**tormenting** 144:17
**totally** 152:15
**touch** 83:16 140:14
140:18 159:3,13
159:16
**touched** 140:13
**touching** 138:16
**tourists** 116:5
**Toussaint** 31:1,4
47:14 73:11,13
**transcript** 10:17
196:14,15
**transcription** 198:4
**translate** 9:19 18:6
63:9 126:6 193:1
**translated** 9:20
193:6
**translating** 19:11
**translation** 21:18
**translator** 13:15,18
25:9 35:12,25
36:1 63:9 126:5
130:1,2 147:21
**translator's** 35:1
**translators** 24:25
25:2
**trash** 42:11
**treatment** 166:15
**trees** 20:20 98:22

**99:**1 185:15
**trial** 7:17 10:11
18:12 20:16 64:20
**tried** 166:5,24
**trip** 191:9,12,18
**trouble** 22:8 105:6
162:23
**troubles** 91:7,9
**true** 24:10 27:12,14
27:15 57:2 195:10
**Trumbull** 5:7
**trust** 172:2,2 187:3
**truth** 12:10,14 13:5
23:22 24:9 27:9
27:17 195:7
**truthful** 13:2 24:8
27:8,11
**truthfully** 13:13
**try** 14:2 63:1 69:13
164:6 166:14
167:13,25 168:6
169:9 171:24
**trying** 13:1 20:20
123:25 152:6
184:25 187:6
**turn** 21:14 23:25
126:24
**turned** 136:23
**turns** 135:21
**tutor** 110:2
**TV** 30:17
**twice** 60:17 67:12
80:18 111:15
112:16 125:14
160:13
**two** 1:13 14:22
87:24 112:21
113:16 114:24
125:14 174:10
**typewriting** 195:9

_____

**U**

**U.S.A** 1:11,12 5:4
**underneath** 84:11
139:2
**undershirt** 139:4,4
**understand** 11:15

11:19 12:7,11,13
12:19 13:15,16,18
13:20 14:10 27:6
31:2,5 46:25 54:5
55:2 57:18 66:13
68:14 70:1 73:11
74:17 81:19 90:14
92:13 94:18 97:4
97:22 105:9 106:8
107:2 109:2
110:18 119:8,12
120:9 122:7,10,22
123:16 124:2
126:19,21 136:16
136:16 141:1,4
145:22 148:7
169:15 173:3,4
182:24 186:10
189:22
**understanding**
84:9
**understood** 58:15
72:22 122:10
173:1 175:16
**uniform** 78:2
**United** 1:1 8:10
51:16
**university** 1:8 5:12
8:22 173:24 174:1
174:3,14,21,24
175:2,17 176:1,5
176:10,16,20
177:1,5,14
**upstairs** 129:16
**use** 11:10 55:12,21
55:25 56:3,6 63:7
**useful** 124:7
**usually** 42:22 76:15
77:17,17 79:2

_____

**V**

**v** 1:6
**vacation** 117:8
**valuable** 159:25
**value** 33:16 70:25
71:18 161:15
182:22 185:7

**verbally** 13:23
**versus** 8:9
**victim** 160:18
193:12
**video** 8:7
**videographer** 6:12
8:3,5 11:9 54:20
54:23 93:9 94:3
117:22,25 140:3,6
173:16,19 194:20
**videos** 30:17
**VIDEOTAPED**
1:23 2:1
**Village** 33:24 34:4
34:5,7,13 49:22
50:2,3,19,20,23
50:24 71:21,24
72:4,9,11,15,18
72:23 80:22 86:10
86:14 89:11,14,15
89:17,20,22 90:4
92:25 96:9,12,15
96:21 97:14,19,25
98:1,3,8,15,22
99:2,5,11,13,23
100:3,18,25 101:2
101:6 103:15
104:6,11 105:4,7
105:11,19,23
106:7,11,13,22,25
107:5,7,16,20
108:2,5,9,21
109:1,4,11 110:16
110:19,24,25
111:5,6,14,17,21
112:19 113:16,21
114:1,6 115:2,5,8
115:10,15,20
116:4 117:5,13
121:25 122:6,14
122:18,24,25
123:4,11,19,20,24
124:4,11,23 125:3
130:24 143:17
145:12 146:23
148:17 155:4
158:2,10,14,17,21

164:12,13,15,18
165:3,11,13 174:8
175:1,18,23,24
176:2,6,10,13,16
176:22 178:1,6,12
178:14,22,24
183:7,7,12 186:8
186:14
**violate** 157:12
**Visa** 7:16 17:21
20:12
**visit** 61:5 84:6,25
86:1,7,17 87:2,11
87:13 120:5
150:18 166:18
178:8,16
**visited** 85:7,16,22
**Visiting** 87:8
**visitors** 83:23
116:4
**visits** 61:4
**voice** 11:10 14:2

_____

**W**

**W** 4:12 5:13
**wait** 94:8
**waiting** 126:3
127:18
**waiving** 10:20
**wake** 111:19
**walk** 34:6,12 70:24
110:20 111:1,3
130:23 134:6
152:23
**walked** 150:3
**walking** 32:7
160:20
**walls** 123:1 152:8
**WALSH** 6:6
**WANAT** 4:13
**want** 10:5 12:22
23:16 24:24 32:10
33:14 53:3 61:3
93:2,6 121:13
125:15 126:4,5
148:11 150:12
154:19 160:24,25

161:21 162:19
172:7,8,10,11,12
172:14,14,18,19
172:24 173:9
**wanted** 57:3 95:20
95:24 150:13
182:5
**wants** 16:2 141:18
**wash** 42:11 72:1,5
76:11 77:23,23
167:8
**wasn't** 43:6 50:11
50:15 51:6 57:2
58:24 59:4 60:3
68:3 80:21 85:13
85:18 88:15 91:5
92:9 129:16
146:13,16,16
152:5 153:4 156:7
158:25 180:9
193:6
**watch** 30:17
**way** 22:13 48:16
49:3 65:1,9 66:7
66:10 67:3,4
69:16 80:20 89:19
139:13 144:1
147:25 153:20
158:17 166:3
**ways** 160:14 161:10
161:18 162:3
**we'll** 10:7 61:2
86:14 121:16
130:11 140:2
**we're** 10:3 13:1
20:20 54:17 55:1
94:15 117:19
125:8 139:25
140:9
**weapons** 78:20
**wear** 78:2 144:11
156:22
**wearing** 14:3 62:14
62:17 136:10
137:1,3 149:20,23
**Wednesday** 1:24
**weeding** 106:10

**weeds** 106:5
**weeks** 32:19 33:7
**went** 46:20 47:8,17
47:25 48:4,11,14
51:20 52:19 58:12
59:16 61:9,11,15
61:19 73:20,20
74:18 75:4,6,15
76:13 77:22,22,23
77:24,24 78:1
79:3 88:22 89:2
94:21,22 95:5,8
95:10,16,19,23
96:2,11,14 97:14
97:24 102:7
104:17 109:21
110:19,21 125:18
131:3,13,21,23
132:2 148:4,5,19
149:13,15 150:7
150:19,20,23
152:13 156:20
157:4,6 165:3
166:21 167:2
183:18,25 186:7
186:12,14
**wet** 143:22 144:25
145:6
**wetness** 156:13
**whereof** 195:17
**white** 56:24 82:10
82:16,20 86:7,11
86:12,17 87:2,6,9
87:11,17,19,20
88:1,11 104:5,5
113:25 114:5,10
114:13,15,17
116:1,4,7,17
117:2,17 139:1
165:12 178:7,16
**wife** 32:1
**win** 193:18
**windows** 152:11
**wish** 123:4
**witness** 9:16 10:15
11:10 35:21,23
93:6 157:12

195:17 196:1
**woman** 130:20
131:6,11
**women** 114:6
**woods** 161:4 185:8
**words** 120:11
**work** 40:20 71:22
106:4,6,10,10
124:10,13,22
146:15 158:23
162:16 164:1,6
170:9 185:13,15
185:17,23 187:15
187:17,17
**worked** 24:12,21
82:18 109:24,25
**workers** 122:1,6
**working** 40:17
72:11,18 80:21
158:18
**world** 161:15
**worst** 90:22
**worth** 170:24
**wouldn't** 143:17
145:13,13 163:21
169:25 183:19
184:3
**write** 14:19 30:21
**written** 30:24 31:3
31:6 175:13,20
**wrong** 29:18
**wrote** 181:2

### X

**X** 7:11
**Xia** 3:4 9:13,13

### Y

**yard** 149:13
**Yeah** 17:9 20:1
52:25 63:4 66:9
66:19 71:21 83:7
84:18 89:18 91:11
98:1 99:15 104:13
106:19 110:4
112:4,24 117:1
120:13 123:3

127:10 133:23
138:22 146:12
154:19 155:19
158:3,22 161:13
162:5 168:12
173:3 175:9,11
184:11 185:6
186:2
**year** 79:10,16
80:14,15,18,20,22
80:25 96:11,14
104:20 127:22
147:3
**yell** 143:3
**yelling** 153:12
**young** 43:1 44:23
73:4 179:2

### Z

### 0

**02108** 4:7 6:8
**02109** 3:7
**06103** 5:8
**06405** 4:15
**06901** 5:16

### 1

**1** 7:13 14:23,24
20:2,4 109:19
141:14 153:21
**1:31** 94:4
**10** 7:4 76:16 141:15
153:21
**10/31/2017** 195:23
**10:58** 54:21
**100** 3:6
**11** 27:24 77:25
**11:00** 76:12
**11:13** 54:24
**12:28** 93:10
**13th** 11:8 28:11,14
73:5,6,17,19 74:4
74:6,10,15,18,22
75:15,17,25 76:3
76:7,15,21 77:2,5
77:12,17 78:3,12

79:1 80:12,25
81:7,21,25 82:6
82:11,17,18,25
83:5,10,14,17,21
83:23 84:4,6,10
84:15,22,25 85:7
85:12,16,22 86:1
86:7,15,17 87:2,7
87:13,17 88:2,11
88:19 89:11 90:6
90:11,16,25 91:13
91:14,25 92:7,11
92:16,21 94:22
95:5,10,16,19,23
96:2,20,25 97:7
98:4,10
**14** 7:13
**17** 7:15,16
**173** 7:5
**177** 7:6
**18** 7:17
**188** 7:7
**189** 7:8
**1990** 11:8 28:12

### 2

**2** 7:14 17:2,3,7 20:8
20:10
**2,500** 46:5
**2:18** 117:23
**2:27** 118:1
**20** 1:24 8:6 28:5
131:21 167:11
198:16
**2002** 75:18,22,25
76:1,1 83:22
**2003** 75:18,20,22
76:1 83:22
**2004** 93:4 96:17
97:24
**2005** 93:4 96:17
97:24
**2006** 127:23 128:1
128:2 147:8
**2007** 147:5,6,9
**201** 5:15
**2010** 47:21

**2012** 179:9
**2013** 20:17
**2014** 27:25 28:5
  32:15
**2015** 1:24 8:6 32:13
  194:21 195:5,18
**203-315-7000** 4:16
**20th** 194:21 195:5
**21** 7:19
**21st** 4:6
**25** 7:21 28:14
  167:11
**25th** 195:18
**26** 64:2,6,7 65:2
  67:5,10
**280** 5:7

**3**

**3** 7:16 17:18,19,20
  20:11,14
**3:08** 140:4
**3:13-cv-01132-R...**
  8:12
**3:13-cv-01132(R...**
  1:2
**3:13-cv-1225-RNC**
  1:4
**3:13-cv-1269-RNC**
  1:4
**3:13-cv-1437-RNC**
  1:5
**3:13-cv-1480-RNC**
  1:5
**3:13-cv-1626-RNC**
  1:6
**3:13-cv-1627-RNC**
  1:6
**3:13-cv-1628-RNC**
  1:7
**3:13-cv-1629-RNC**
  1:7
**3:13-cv-1630-RNC**
  1:8
**3:13-cv-1631-RNC**
  1:8
**3:13-cv-1632-RNC**
  1:9

**3:13-cv-1633-RNC**
  1:9
**3:13-cv-1634-RNC**
  1:10
**3:13-cv-1635-RNC**
  1:10
**3:13-cv-1636-RNC**
  1:11
**3:13-cv-1637-RNC**
  1:11
**3:13-cv-1638-RNC**
  1:12
**3:13-cv-1639-RNC**
  1:12
**3:13-cv-1640-RNC**
  1:13
**3:13-cv-1641-RNC**
  1:13
**3:13-cv-1642-RNC**
  1:14
**3:13-cv-1644-RNC**
  1:14
**3:13-cv-1645-RNC**
  1:15
**3:13-cv-1647-RNC**
  1:15
**3:13-cv-1648-RNC**
  1:16
**3:13-cv-1701-RNC**
  1:16
**3:13-cv-1767-RNC**
  1:17
**3:13-cv-1768-RNC**
  1:17
**3:13-cv-1769-RNC**
  1:18
**3:13-cv-1881-RNC**
  1:18
**3:13-cv-1904-RNC**
  1:19
**3:13-cv-1906-RNC**
  1:19
**3:13-cv-1907-RNC**
  1:20
**3:21** 140:7
**30** 34:14 196:13
**300** 51:15,22 52:8,9

52:13 55:6

**4**

**4** 7:17 18:9,11,15
  19:9 20:15
**4:35** 173:17
**4:51** 173:20
**471** 4:14
**473** 2:11 195:2,21

**5**

**5** 2:6 7:18 21:2,3,9
  21:14,22 22:20
  24:1,2 27:22
  141:15 153:21
**5:00** 76:16
**5:31** 194:22
**50** 71:22 72:12
  131:23
**547** 2:6

**6**

**6** 7:20 25:14,15,23
  25:25 26:5 27:11
  28:1
**6:00** 109:13,15,17
  109:20,21
**60** 10:17
**617-423-0400** 4:8
**617-523-6010** 6:9
**617-523-6250** 3:8
**618-259-2222** 3:17
**62002** 3:16

**7**

**7** 20:17
**7:00** 108:3

**8**

**8** 76:16
**830** 6:7
**860-275-0665** 5:17
**860-275-8200** 5:9

**9**

**9** 76:16
**9:35** 1:25 8:6

# Exhibit Q

Confidential - Subject to Further Confidentiality Review

Page 1

                    UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
                              Civil Action No.
                              3:13-cv-01132(RNC)
          ****************************
          GERVIL ST. LOUIS, a/k/a ST.    Consolidated with:
          LOUIS GERVIL,                  3:13-cv-1225-RNC
                                         3:13-cv-1269-RNC
                         Plaintiff,      3:13-cv-1437-RNC
                                         3:13-cv-1480-RNC
               v.                        3:13-cv-1626-RNC
                                         3:13-cv-1627-RNC
          DOUGLAS PERLITZ, FATHER        3:13-cv-1628-RNC
          PAUL E. CARRIER, S.J.; HOPE    3:13-cv-1629-RNC
          E. CARTER; HAITI FUND,         3:13-cv-1630-RNC
          INC.; FAIRFIELD UNIVERSITY;    3:13-cv-1631-RNC
          THE SOCIETY OF JESUS OF NEW    3:13-cv-1632-RNC
          ENGLAND; SOVEREIGN MILITARY    3:13-cv-1633-RNC
          HOSPITALLER ORDER OF ST.       3:13-cv-1634-RNC
          JOHN OF JERUSALEM OF RHODES    3:13-cv-1635-RNC
          AND OF MALTA, AMERICAN         3:13-cv-1636-RNC
          ASSOCIATION, U.S.A.; a/k/a     3:13-cv-1637-RNC
          ORDER OF MALTA, AMERICAN       3:13-cv-1638-RNC
          ASSOCIATION, U.S.A.; JOHN      3:13-cv-1639-RNC
          DOE ONE; JOHN DOE TWO; JOHN    3:13-cv-1640-RNC
          DOE THREE; JOHN DOE FOUR;      3:13-cv-1641-RNC
          JOHN DOE FIVE; JOHN DOE SIX    3:13-cv-1642-RNC
          and JOHN DOE SEVEN,            3:13-cv-1644-RNC
                                         3:13-cv-1645-RNC
                         Defendants.     3:13-cv-1647-RNC
                                         3:13-cv-1648-RNC
                                         3:13-cv-1701-RNC
                                         3:13-cv-1767-RNC
                                         3:13-cv-1768-RNC
                                         3:13-cv-1769-RNC
                                         3:13-cv-1881-RNC
                                         3:13-cv-1904-RNC
                                         3:13-cv-1906-RNC
                                         3:13-cv-1907-RNC
          ****************************
          This document applies to:
          All of the above referenced cases
          And those to be filed
          ****************************
          CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
             VIDEOTAPED DEPOSITION OF GESNER LECENAT

                    Wednesday, July 29, 2015
                         9:02 a.m.

Confidential - Subject to Further Confidentiality Review

## Page 2

1  VIDEOTAPED DEPOSITION OF GESNER LECENAT
2
3
4
5  Held At:
6    Barcelo Puerto Plata
7    Carretera Luperón, km 5, Puerto Plata 547
8    Dominican Republic
9
10
11  REPORTED BY:
12  Maureen O'Connor Pollard, RMR, CLR, LSR #473
13  Realtime Systems Administrator
14
15
16
17
18
19
20
21
22
23
24
25

## Page 4

1  APPEARANCES (Continued):
2
3  FOR THE DEFENDANT HOPE E. CARTER:
4    JEFFREY W. KENNEDY, ESQ.
5    MILANO & WANAT LLC
6    471 East Main Street
7    Branford, Connecticut 06405
8    203-315-7000
9    jkennedy@mwllc.us
10
11  FOR THE DEFENDANT ORDER OF MALTA AMERICAN
12  ASSOCIATION, U.S.A.:
13    BRADFORD S. BABBITT, ESQ.
14    ROBINSON & COLE LLP
15    280 Trumbull Street
16    Hartford, Connecticut 06103
17    860-275-8200
18    bbabbitt@rc.com
19
20
21
22
23
24
25

## Page 3

1  APPEARANCES:
2  FOR THE PLAINTIFF:
3    MITCHELL GARABEDIAN, ESQ.
4    LU XIA, ESQ.
5      LAW OFFICES OF MITCHELL GARABEDIAN
6      100 State Street, Sixth Floor
7      Boston, Massachusetts 02109
8      617-523-6250
9      garabedianlaw@earthlink.com
10     lxia@garabedianlaw.com
11     -and-
12   G. MICHAEL STEWART, ESQ.
13     SIMMONS HANLY CONROY
14     One Court Street
15     Alton, Illinois 62002
16     mstewart@simmonsfirm.com
17
18  FOR THE DEFENDANT PAUL E. CARRIER, S.J.:
19    THEODORE J. FOLKMAN, ESQ.
20    MURPHY & KING, P.C.
21    One Beacon Street, 21st Floor
22    Boston, Massachusetts 02108
23    617-423-0400
24    tjf@murphyking.com
25

## Page 5

1  APPEARANCES (Continued):
2
3  FOR THE DEFENDANT FAIRFIELD UNIVERSITY:
4    JOHN W. CERRETA, ESQ.
5      DAY PITNEY LLP
6      242 Trumbull Street
7      Hartford, Connecticut 06103
8      860-275-0100
9      jcerreta@daypitney.com
10
11  FOR THE DEFENDANT THE SOCIETY OF JESUS OF
12  NEW ENGLAND:
13    LYDIA C. KNIGHT, ESQ.
14      SLOANE AND WALSH, LLP
15      Three Center Plaza, Suite 830
16      Boston, Massachusetts 02108
17      617-523-6010
18      lknight@sloanewalsh.com
19
20  Videographer:  Christopher Coughlin
21
22  Interpreter:  Nathalie Coupet
23
24  Also Present:
25  Jean Elyseé Pierre Louis

2 (Pages 2 to 5)

Confidential - Subject to Further Confidentiality Review

Page 6

1              INDEX
2   EXAMINATION              PAGE
3   GESNER LECENAT
4   BY MR. CERRETA           8
5   BY MR. FOLKMAN           133
6   BY MR. KENNEDY           142
7   BY MS. KNIGHT            167
8   BY MR. BABBITT           175
9
10
11        E X H I B I T S
12  NO.    DESCRIPTION        PAGE
13   1   Complaint and Jury Trial Demand...... 10
14   2   Plaintiff Gesner Lecenat's
         Response to Certain Defendants'
15       First Set of Interrogatories......... 12
16
17
18
19
20
21
22
23
24
25

Page 8

1   of Malta.
2       MR. STEWART:  Mike Stewart on behalf
3   of the Plaintiff.
4       MS. XIA:  Lui Xia for Plaintiffs.
5
6       NATHALIE COUPLET, Translator,
7   having been first duly sworn to translate the
8   questions and answers accurately to the best of
9   her ability, translated as follows:
10
11      GESNER LECENAT,
12  having been first duly sworn, was examined and
13  testified as follows through the translator:
14
15      MR. CERRETA:  Good morning.  Before we
16  start, Mr. Stewart, could we have the standard
17  stipulations we've had in the past?
18      MR. STEWART:  We can.
19      DIRECT EXAMINATION
20  BY MR. CERRETA:
21   Q.   Would you please state your name.
22   A.   My name is Lecenat Gesner.
23   Q.   And what is your date of birth?
24   A.   Tenth month, ninth day of the year
25  1991.

Page 7

1        P R O C E E D I N G S
2
3       THE VIDEOGRAPHER:  We are now on the
4   record.  My name is Chris Coughlin, I'm a
5   videographer for Golkow Technologies.
6       Today's date is July 29, 2015, and the
7   time is 9:02 a.m..
8       This video deposition is being held in
9   Puerto Plata, Dominican Republic, in the matter
10  of Gervil, St. Louis versus Douglas Perlitz, et
11  al, in the United States District Court,
12  District of Connecticut.
13      The deponent is Gesner Lecenat.
14      Will counsel please identify
15  yourselves for the record.
16      MR. CERRETA:  Good morning.  My name
17  is John Cerreta for Fairfield University.
18      MR. FOLKMAN:  Good morning.  Ted
19  Folkman for Father Paul Carrier.
20      MS. KNIGHT:  Good morning.  Lydia
21  Knight for the Society of Jesus of New England.
22      MR. KENNEDY:  Good morning.  Jeff
23  Kennedy for Hope Carter.
24      MR. BABBITT:  I'm Bradford Babbitt, I
25  represent the American Association for the Order

Page 9

1    Q.   Do you understand you just swore to
2   tell the truth at your testimony today?
3    A.   Yes.
4    Q.   Is there any problem that would
5   prevent you from telling the truth at your
6   testimony today?
7    A.   Nothing.  There's nothing.
8    Q.   Are you taking any medication that
9   might impair your abilities today?
10   A.   No.
11   Q.   Do you understand the interpreter when
12  she's speaking to you?
13   A.   Yes.
14   Q.   Mr. Lecenat, do you speak any English?
15   A.   No.
16   Q.   Are you able to understand any English
17  when it's spoken to you?
18   A.   No.
19   Q.   Do you speak Haitian Creole?
20   A.   Yes.  I'm a Haïtian, I speak Haitian
21  Creole.
22   Q.   Are you able to read Creole?
23   A.   Not very well.
24   Q.   Are you able to read a little bit of
25  Creole?

3 (Pages 6 to 9)

Confidential - Subject to Further Confidentiality Review

Page 10

1    A.   A little bit, just a little bit.  A
2    little bit, just a little bit, because I didn't
3    have time -- you know, I just can do it a little
4    bit.
5        Q.   Are you able to write any Creole?
6        A.   Not very well.  I can't write in
7    Creole.
8        Q.   I'd like to direct your attention to
9    what's been premarked as Exhibit 1.
10           (Whereupon, Lecenat Exhibit Number 1,
11           Complaint and Jury Trial Demand, was
12           marked for identification.)
13   BY MR. CERRETA:
14       Q.   Mr. Lecenat, do you see your name at
15   the top of that document?
16       A.   Yes, I see my name.
17       Q.   Do you know what this document is?
18       A.   I had a document like that, I signed
19   it, but it's an interpreter who helped me
20   because I couldn't -- I couldn't understand.
21   It's someone who helped me.
22       Q.   I'm going to represent to you that
23   this is a document called a Complaint that was
24   filed on your behalf to start your case against
25   certain people and certain organizations who are

Page 11

1    the Defendants.  Do you remember a document like
2    that?
3        MR. STEWART:  Objection.
4        A.   I remember a document like this.  I
5    signed something like that, but it's someone who
6    told me what it is because I couldn't understand
7    it.
8    BY MR. CERRETA:
9        Q.   Did someone read its contents to you?
10       A.   Yes.
11       Q.   Was it an interpreter who helped you
12   understand the contents of the document?
13       MR. STEWART:  I'm going to object to
14   the extent that you're asking about
15   attorney/client privileges and instruct him not
16   to answer.
17           You started to drift into what his
18   conversations with his attorneys might have
19   been.  It's the word "understand."
20   BY MR. CERRETA:
21       Q.   Do you remember when this document was
22   read to you?
23       A.   No.
24       Q.   When the document was read to you,
25   were all of its contents accurate, to the best

Page 12

1    of your knowledge?
2        A.   Yes.
3        Q.   I'm going to give you another
4    document.  This one has been marked as
5    Exhibit 2.
6            (Whereupon, Lecenat Exhibit Number 2,
7            Plaintiff Gesner Lecenat's Response to
8            Certain Defendants' First Set of
9            Interrogatories, was marked for
10           identification.)
11   BY MR. CERRETA:
12       Q.   Do you recognize this document,
13   Mr. Lecenat?
14       A.   Yes.
15       Q.   What is this document?
16       A.   I don't know.
17       Q.   Would you mind just flipping the
18   document to about halfway through?
19       MR. STEWART:  Do you want him to do
20   the Haitian?
21       MR. CERRETA:  Yes, to the first page
22   of the Haitian.
23       A.   I see it.  I see it's in Creole, but I
24   can't read it.
25   BY MR. CERRETA:

Page 13

1        Q.   Okay.  I'm going to represent to you
2    that these are some questions that the people in
3    organizations who are the Defendants sent to you
4    in this case.  Do you remember that?
5        MR. STEWART:  Objection.
6        A.   I don't remember.
7    BY MR. CERRETA:
8        Q.   Do you remember receiving some written
9    questions in this case?
10       MR. STEWART:  Objection.
11       A.   If I remember what?
12   BY MR. CERRETA:
13       Q.   Did you ever have to answer any
14   questions from the Defendants in this case in
15   writing?
16       A.   Yes.
17       Q.   And did someone read the questions to
18   you in Creole?
19       A.   There was someone to help me
20   understand, because I don't know anything.
21       Q.   And did you answer the questions?
22       A.   I had someone to help me understand
23   them, and when I answered I answered.
24       Q.   Mr. Lecenat, could I ask you to flip
25   to the very last page of that document?  Is that

Confidential - Subject to Further Confidentiality Review

Page 14

1  your signature on the last page?
2      A.  Yes.
3      Q.  Do you remember giving that signature
4  after you had answered the written questions?
5      A.  Yes.
6      Q.  And did you understand that when you
7  signed your name you were saying that the
8  answers were true and accurate to the best of
9  your knowledge?
10     A.  Yes.
11     Q.  Were your answers true and accurate to
12 the best of your knowledge?
13         MR. STEWART:  Objection.
14     A.  Yes.
15 BY MR. CERRETA:
16     Q.  When you gave your answers to these
17 written questions, was there anyone else besides
18 you and the interpreter there?
19         MR. STEWART:  Objection.
20         To the extent that you're asking for
21 conversations between him and his attorney,
22 seeking to invade the attorney/client privilege,
23 instruct my client not to answer.
24         What are you looking for?
25         MR. CERRETA:  I thought it was a yes

Page 15

1  or no question.
2  BY MR. CERRETA:
3      Q.  When you gave your answers to these
4  questions, was there anyone else besides you and
5  the interpreter present?  And you can answer
6  that yes or no.
7          MR. STEWART:  Same objection.
8      A.  The interpreter and I.
9  BY MR. CERRETA:
10     Q.  Was it just the interpreter and you?
11         MR. STEWART:  Same objection.
12     A.  Yes.
13 BY MR. CERRETA:
14     Q.  Do you remember where you were when
15 you were giving these answers?
16     A.  I don't know.
17     Q.  Did you do anything to prepare for
18 today's deposition beforehand?
19         MR. STEWART:  To the extent that
20 you're asking about attorney/client
21 conversations, I'm going to instruct him not to
22 answer.  If you want to know something else, you
23 can ask that.
24 BY MR. CERRETA:
25     Q.  I was just wondering if you did

Page 16

1  anything to prepare for today's deposition.  And
2  you can answer that question yes or no.
3      A.  Everything I said, I am the one who
4  said them.  I'm the one who recalled them, so
5  I'm the one who will say them again.
6      Q.  Okay.  Before you came into the room
7  to testify today, did you do anything to get
8  ready for today's testimony?  And I only want
9  you to answer yes or no.
10     A.  Just I only spoke to my lawyer, that's
11 it.
12     Q.  Okay.  Did you have a chance to review
13 any documents to get ready for today's
14 deposition?
15         MR. STEWART:  Object.
16         To the extent that you're asking him
17 to disclose attorney/client conversations or
18 invade the provenance of attorney/client
19 communications, I instruct him not to answer.
20     A.  I understand the question, but it's
21 between me and my lawyers.
22 BY MR. CERRETA:
23     Q.  Right.  I don't want you to tell me
24 anything that was said between you and your
25 lawyers.  I don't want you to disclose any the

Page 17

1  conversations that you had with your lawyers.
2  But what I was asking was if you read any
3  documents to get ready, which you can answer yes
4  or no.
5      A.  Well, I didn't -- I can't read, so I
6  didn't take any document to read them.
7      Q.  Okay.  Did you look at any videos or
8  pictures to get ready?
9      A.  No.
10     Q.  Did you talk with anyone else, other
11 than your attorneys?
12     A.  No.
13     Q.  Do you have a brother named Geffrard
14 Lecenat?
15     A.  Yes.
16     Q.  Do you know that he was deposed here
17 in the Dominican Republic back in May?
18     A.  Yes.
19     Q.  Did you talk to him about his
20 deposition?
21     A.  No.
22     Q.  When was the last time you talked to
23 your brother?
24     A.  We talk all the time.  We talk almost
25 every day because we stay at the same place, but

5 (Pages 14 to 17)

Confidential - Subject to Further Confidentiality Review

Page 18

1    we never talk about things like that.
2        Q.   So you haven't had any conversations
3    with your brother about his deposition back in
4    May?
5            MR. STEWART:  Objection.
6        A.   No.
7    BY MR. CERRETA:
8        Q.   Have you talked to your brother about
9    your upcoming deposition that you're here for
10   today?
11       A.   No.
12       Q.   Do you ever talk about the case that
13   you both have in the court in the United States?
14       A.   We never talk about this.  We talk
15   about other things, but we never talk about
16   this.
17       Q.   Did you talk with anybody else to get
18   ready for today's deposition, besides your
19   attorneys?
20       A.   No.
21       Q.   Are you married, Mr. Lecenat?
22       A.   No.
23       Q.   Have you ever been?
24       A.   I was never married.  I'm not married.
25       Q.   Do you have -- are you in a

Page 19

1    relationship currently?
2        A.   No.
3        Q.   Have you had any prior relationships,
4    any previous girlfriends?
5        A.   I had a girlfriend, but I don't have a
6    girlfriend now.
7        Q.   What was her name?
8        A.   I don't have a girlfriend, so I can't
9    give her name.
10       Q.   What was the name of your previous
11   girlfriend who you're no longer with?
12       A.   Well, I wasn't with her anymore, it's
13   been -- so I forgot her name.
14       Q.   Well, when did you two go out?
15       A.   I don't remember these things.  It's
16   over.
17       Q.   How old are you now?
18       A.   I'm 24 years old.
19       Q.   How old were you when you went out
20   with this girl?
21       A.   I don't remember.
22       Q.   How long were you together?
23       A.   I don't remember things like that.
24       Q.   Just roughly.  Was it days, many days,
25   weeks, months, years that you were together?

Page 20

1            MR. STEWART:  Objection.
2        A.   I forgot all my past.  I live for the
3    present.
4    BY MR. CERRETA:
5        Q.   Okay.  Do you remember where she
6    lived?
7        A.   I don't remember things like that.
8        Q.   Did she live in Haiti?
9        A.   Yes, I remember, but -- yes, she lived
10   in Haiti, but I don't remember.
11       Q.   Did she live in Cap-Haïtien?
12       A.   I don't remember from which region.
13       Q.   Did you ever go to her house?
14       A.   No.
15       Q.   Where would you get together with her?
16       A.   In the street.
17       Q.   And you can't remember even
18   approximately how long you two were together, is
19   that right?
20            MR. STEWART:  Objection.
21       A.   No.
22   BY MR. CERRETA:
23       Q.   Besides this one relationship, have
24   you had any other relationships?
25       A.   No.

Page 21

1        Q.   Do you have any children?
2        A.   No.
3        Q.   Where do you live right now?
4        A.   I live in Cap-Haïtien.
5        Q.   What part of Cap-Haïtien?
6        A.   In the area called Blue Hills.
7        Q.   Is there a street or an address for
8    where you live in the Blue Hills?
9        A.   I don't have a number.  I don't have a
10   street.  I just stay at Blue Hills.
11       Q.   Do you stay at a house in Blue Hills?
12       A.   Yes.
13       Q.   Who else lives with you at the house
14   in Blue Hills?
15       A.   All my family.
16       Q.   What are the names of the people who
17   live there with you?
18       A.   I have my brother Geffrard.  I have my
19   sister Djoulie and Ginia.  I have my brother
20   Emmanuel and Francoly.  I have my grandmother,
21   Maze; my grandfather, Amos; my aunt, Jessica.
22   We all live together.  We're many.  There's many
23   of us in the house.
24       Q.   Okay.  You mentioned Djoulie.  Is that
25   one of your sisters who lives in the house?

6 (Pages 18 to 21)

Confidential - Subject to Further Confidentiality Review

Page 22

```
 1      A.   Ginia.
 2      Q.   How old is she?
 3      A.   I don't remember.
 4      Q.   Is she younger than you, or older than
 5   you?
 6      A.   Older.
 7      Q.   Does she do anything for work?
 8      A.   She's not working.
 9      Q.   Francoly Lecenat, is that one of the
10   siblings you mentioned?
11      A.   Francoly.  Francoly.
12      Q.   How old is Francoly?
13      A.   I don't remember.
14      Q.   Is he younger or older than you?
15      A.   Smaller.
16      Q.   Is he a child or a grown man?
17      A.   It's a child.
18      Q.   Is he under ten?
19      A.   I don't know.  I don't know his age,
20   because he's smaller.
21      Q.   Does he go to school?
22      A.   No.
23      Q.   Emmanuel Lecenat, is that one of the
24   ones you mentioned?
25      A.   He's my brother.
```

Page 23

```
 1      Q.   Is he younger or older than you?
 2      A.   He's younger.
 3      Q.   Is he a small kid?
 4      A.   He's a child.
 5      Q.   Does he go to school?
 6      A.   No.
 7      Q.   Geffrard Lecenat, that's your brother?
 8      A.   Yes.
 9      Q.   Does he live with you at the house in
10   Blue Hills?
11      A.   Yes.
12      Q.   Does he have a job?
13      A.   No.
14      Q.   Do you have any other brothers or
15   sisters who are not living with you at the house
16   in Blue Hills?
17      A.   Yes.
18      Q.   What are their names?
19      A.   I have Carline, Caroline, and Ingly,
20   three girls.  I have a brother Frantzdy.
21      Q.   Where does Frantzdy live, your
22   brother?
23      A.   In the Dominican Republic.
24      Q.   How long has he been living in the
25   Dominican Republic?
```

Page 24

```
 1      A.   I don't know.
 2      Q.   Did he ever live with you as you two
 3   were growing up?
 4      A.   He used to come, but he never stayed,
 5   and then he left.
 6      Q.   Do you know what he does for work?
 7      A.   He works with electricity.
 8      Q.   Do you know how old he is?
 9      A.   No.
10      Q.   Is he younger or older than you?
11      A.   He's older.
12      Q.   Ingly Lecenat, that's another one of
13   the sisters you mentioned, am I getting that
14   right?
15      A.   Yes.
16      Q.   Does she live in the Dominican
17   Republic, too?
18      A.   Yes.
19      Q.   Do you know how old Ingly is?
20      A.   No.
21      Q.   Do you know what she does for work?
22      A.   No.
23      Q.   Is she younger or older than you?
24      A.   She's older.
25      Q.   Were you two ever living in the same
```

Page 25

```
 1   home when you were growing up as children?
 2      A.   No.
 3      Q.   How about Carline Lecenat, how old is
 4   she?
 5      A.   I don't know.  Carline and Caroline,
 6   they're two small children, I don't know how old
 7   they are.
 8      Q.   Where do Carline and -- do Carline and
 9   Caroline both live in the Dominican Republic?
10      A.   Yes.
11      Q.   Do they live -- who do they live with
12   in the Dominican Republic?
13      A.   With their father.
14      Q.   Do you have any other brothers or
15   sisters, other than those you've mentioned?
16      A.   No.
17      Q.   I'm sorry, you mentioned a Ginia
18   Lecenat?  Do you have a sister named Ginia
19   Lecenat?
20      A.   Yes.
21      Q.   Where does Ginia live?
22      A.   Sometimes she goes to the Dominican
23   Republic, sometimes she stays in the same house
24   with us.
25      Q.   Where is she residing right now?
```

7 (Pages 22 to 25)

Confidential - Subject to Further Confidentiality Review

Page 26

1  A.  Now she went to the Dominican
2  Republic.
3  Q.  How long ago did she leave for the
4  Dominican Republic?
5  A.  I don't remember.
6  Q.  Is she younger or older than you?
7  A.  She's younger.
8  Q.  Do you know how old she is?
9  A.  No.
10  Q.  Is she a teenager, or an adolescent?
11  A.  A child.  She's a child.
12  Q.  Okay.  So she does also live with her
13  father in the Dominican Republic?
14  A.  Yes.
15  Q.  And her father is not your father, is
16  that correct?
17  A.  We have the same father.
18  Q.  Oh, you have the same father.
19      Do you have the same mother?
20  A.  Yes, we have the same mother, but our
21  mother died.
22  Q.  Was your mother's name Irène Lamour?
23  Am I getting that right?
24  A.  Yes.
25  Q.  When did your mother pass away?

Page 27

1  A.  I don't remember.
2  Q.  Before I ask about that, do you have
3  any other siblings, other than the ones that
4  we've gone through today?
5  A.  I don't have any other.
6  Q.  How old were you when your mother
7  passed away?
8  A.  I don't remember.
9  Q.  Were you a small child?
10  A.  Yes.
11  Q.  Were you attending school at the time?
12  A.  When my mother died, I was living in
13  the street.
14  Q.  Was it before or after you started
15  going to PPT?
16  A.  When my mother died, before I was
17  going to PPT.
18  Q.  Do you have any memory of your mother?
19  A.  I don't remember.
20  Q.  Before she passed away, did she do
21  anything for work?
22  A.  No.
23  Q.  Okay.  And you previously mentioned
24  your father.  Is currently living in the
25  Dominican Republic?

Page 28

1  A.  Yes.
2  Q.  What is his name?
3  A.  Lefran Lecenat.
4  Q.  Does he have a job?
5  A.  He works with electricity, electricity
6  field, field of electricity.
7  Q.  What part of the Dominican Republic
8  does he live in?
9  A.  I don't know.  I don't.  I don't.
10  Q.  Have you ever been to visit him in the
11  Dominican Republic?
12  A.  No.
13  Q.  When you were growing up in
14  Cap-Haïtien, was your father present and part of
15  your life?
16  A.  No.
17  Q.  Did your father provide any money to
18  support the family back in Haiti?
19      MR. STEWART:  Objection.
20  A.  No.
21  BY MR. CERRETA:
22  Q.  When was the last time you saw your
23  father?
24  A.  I don't remember.
25  Q.  Do you have any memory of meeting your

Page 29

1  father and speaking with him?
2      THE TRANSLATOR:  Do you have any
3  memory of?
4  Q.  Of meeting your father and speaking
5  with him.
6  A.  I don't remember that.
7  Q.  Okay.  Was there ever a time when your
8  father and your mother were living together in
9  the same place?
10      MR. STEWART:  Objection.
11  A.  No.
12  BY MR. CERRETA:
13  Q.  Do I have it right that you said
14  previously your grandparents also live with you
15  at the house in Blue Hills?
16  A.  Yes.
17  Q.  And what is your grandfather's name?
18  A.  Amos Lamour.
19  Q.  Does he do anything for work?
20  A.  He's not -- he wasn't -- he's not
21  working.  He used to do landscaping.  Now he's
22  not working anymore.
23  Q.  Your grandfather Amos, was that your
24  mother's father?
25  A.  Yes.

8 (Pages 26 to 29)

Confidential - Subject to Further Confidentiality Review

Page 30

1    Q.   And what is your grandmother's name?
2    A.   Maze.
3    Q.   Does your grandmother do anything for
4    work?
5    A.   No.
6    Q.   And is your grandmother your mother's
7    mother?
8    A.   Yes.
9    Q.   So how many people altogether are
10   living at the house in Blue Hills?
11        MR. STEWART:  Objection.
12   A.   I don't remember how many we are.
13   BY MR. CERRETA:
14   Q.   Okay.  Well, it's your two
15   grandparents, right?
16   A.   They're the old people.
17   Q.   And then there's you.
18        Are you presently living at the house
19   in Blue Hills?
20   A.   Yes.
21   Q.   And the siblings that we discussed
22   that are not living in the Dominican Republic,
23   are all of them also living at the house in Blue
24   Hills?
25   A.   Yes.

Page 31

1    Q.   Is there anybody else living with you
2    all at the house in Blue Hills?
3    A.   Just us, we family members together.
4    Q.   How many rooms does the house in Blue
5    Hills have?
6    A.   Two bedrooms.
7    Q.   What other rooms besides the two
8    bedrooms are there in the house?
9    A.   No.
10   Q.   Is there a kitchen?
11   A.   No.
12   Q.   Is there kind of a living area or a
13   common area besides the two bedrooms?
14   A.   No.
15   Q.   Is it just the two bedrooms, and those
16   are the only two rooms in the house?
17   A.   Yes.
18   Q.   So do you have to share a bedroom with
19   some of your other family members at the house
20   in Blue Hills?
21   A.   Yes.
22   Q.   Who do you share a bedroom with at the
23   house?
24   A.   All the kids together.
25   Q.   When you say "all the kids," do you

Page 32

1    mean you and all of your siblings who live there
2    at the house in Blue Hills?
3    A.   Yes.
4    Q.   And then who lives in the -- or who
5    sleeps in the other bedroom?
6    A.   My grandmother and grandfather.
7    Q.   How long have you been living at that
8    house in Blue Hills?
9    A.   I don't remember.
10   Q.   Do you have any memory of living
11   anywhere else besides the house in Blue Hills?
12        MR. STEWART:  Objection.
13   A.   No, I don't remember this.
14   BY MR. CERRETA:
15   Q.   Do you know where you were born?
16   A.   I was born in Champin.
17   Q.   Is that in Haiti?
18   A.   Yes.
19   Q.   Is that a town or a city?
20   A.   No.
21   Q.   Is Champin part of Cap-Haïtien?
22   A.   Yes.
23   Q.   How far is it from the Blue Hills
24   section where you live?
25   A.   I don't remember.  I don't know.

Page 33

1    Q.   So have you been living at this house
2    in Blue Hills all your life?
3    A.   Yes.
4    Q.   Was there ever a time in your life
5    when you were spending some time on the streets
6    with no place to sleep at night?
7    A.   Yes.
8    Q.   Was that after your mother passed
9    away?
10   A.   Yes.
11   Q.   How old were you when you --
12   A.   I don't remember.
13   Q.   Were you a small child?
14   A.   Yes.
15   Q.   Why was it that you had to be on the
16   streets?
17   A.   Because I had nowhere to go.
18   Q.   Before this, had you been living at
19   the house in Blue Hills with your mother and
20   your other siblings?
21   A.   Yes.
22   Q.   And then after your mother died, did
23   you have to leave the home?
24   A.   Yes.
25   Q.   Why was that, that you had to leave?

9 (Pages 30 to 33)

Confidential - Subject to Further Confidentiality Review

Page 34

1  A.  Because I wasn't living well.  I had
2  no life inside the house.
3  Q.  Did any of your other brothers or
4  sisters leave the house with you and go out into
5  the streets?
6  MR. STEWART:  Objection.
7  A.  Yes.
8  BY MR. CERRETA:
9  Q.  What were their names?
10  A.  Geffrard.  Beside him, I don't know,
11  because I didn't go often back to the house.
12  Q.  How long were you out on the streets
13  not staying at the house?
14  A.  I don't remember.
15  Q.  Was it a matter of years, or was it a
16  shorter period than a year, if you had to
17  estimate?
18  MR. STEWART:  Objection.
19  A.  Several years.
20  MR. STEWART:  I want to take a break,
21  is this okay?  Take a break.
22  MR. CERRETA:  Yes.  Absolutely.
23  THE VIDEOGRAPHER:  Going off the
24  record.  The time is 9:55.
25  (Whereupon, a recess was taken.)

Page 35

1  THE VIDEOGRAPHER:  Back on the record.
2  The time is 10:09.
3  BY MR. CERRETA:
4  Q.  Mr. Lecenat, before the break I
5  believe you had said that you lived on the
6  streets for a period of several years after your
7  mother died, is that right?
8  A.  Yes.
9  Q.  And were you with your brother
10  Geffrard a lot of the times when you were out on
11  the streets?
12  A.  Yes.
13  Q.  Were there other people with whom you
14  spent time while you were out on the streets?
15  THE TRANSLATOR:  Can you repeat,
16  please?
17  Q.  Were there others with whom you spent
18  time while you were out on the streets?
19  A.  Yeah, on the street there are a lot of
20  children, always a lot of children.
21  Q.  What would a typical day be like out
22  on -- for a child living out on the streets?
23  MR. STEWART:  Objection.
24  A.  A child in the streets, well, all day
25  they wash cars, they sweep cars, that's what

Page 36

1  they do.
2  BY MR. CERRETA:
3  Q.  When you were living in the streets,
4  would you wash cars and sweep cars?
5  A.  Yes.
6  Q.  Where would you sleep?
7  A.  In the street, on the porches of
8  people's houses.
9  Q.  With the money that you got from
10  washing the cars, did you use that to get some
11  food?
12  A.  Yes.
13  Q.  Were there ever times when you weren't
14  able to earn enough money to get some food?
15  A.  Yes.
16  Q.  Did you ever have any other -- did you
17  ever have any problems with the police while you
18  were out on the street?
19  MR. STEWART:  Objection.
20  A.  I didn't have any problems with the
21  police.  When the police was in the street it
22  was better for me because I had protection, I
23  felt safer.
24  BY MR. CERRETA:
25  Q.  Were the streets of Cap-Haïtien a

Page 37

1  dangerous place for a child to be living back
2  then?
3  A.  Yes.
4  Q.  What were some of the dangers that you
5  faced as a child living on the streets in
6  Cap-Haïtien?
7  A.  Sometimes bottles would be thrown,
8  there would be big strikes that would be a
9  danger for us.
10  Q.  When you say a big strike, was this
11  like a demonstration in the streets with a lot
12  of people gathered?
13  A.  Yes.  They would burn tires and throw
14  bottles.
15  Q.  Were you ever hit with a bottle, or a
16  tire, or any other object?
17  A.  They've thrown bottles, I've already
18  been hit by a bottle, and after that I just
19  accepted my fate.
20  Q.  You were hit by a bottle, is that
21  right?
22  A.  Yes, bottles have hit me.  I was hit
23  by bottles.
24  Q.  Were you ever threatened physically by
25  anyone, aside from the bottle incident?

10  (Pages 34 to 37)

Confidential - Subject to Further Confidentiality Review

Page 38

1      A.   I don't understand.
2      Q.   Did you ever get into an altercation,
3  a physical altercation, with another person
4  while you were living on the streets?
5      A.   We are always fighting among
6  ourselves.
7      Q.   How often did you get in fights when
8  you were living on the streets?
9      A.   I don't remember.
10     Q.   Could you put any kind of general
11 number on it; say less than five times, more
12 than ten times, any general estimate?
13         MR. STEWART:  Objection.
14     A.   I don't remember.
15 BY MR. CERRETA:
16     Q.   Were these fights with other children
17 who were also living on the streets?
18     A.   Yes.
19     Q.   Did you ever get into a physical
20 altercation with an adult when you were a child
21 living on the streets?
22     A.   No.
23     Q.   Were you ever threatened with any
24 sexual abuse while you were a child living on
25 the streets?

Page 39

1          MR. STEWART:  Objection.
2      A.   No.
3  BY MR. CERRETA:
4      Q.   How about other kids that you used to
5  see on the streets, did you ever see anyone else
6  get in a physical altercation?
7      A.   I don't know.  I don't remember.
8      Q.   Were there other kids on the streets
9  who were ever threatened with sexual abuse?
10         MR. STEWART:  Objection.
11     A.   I don't know.
12 BY MR. CERRETA:
13     Q.   Did you ever carry any weapons when
14 you were living on the streets?
15         MR. STEWART:  Objection.
16     A.   No.
17 BY MR. CERRETA:
18     Q.   Were there other children on the
19 streets who carried weapons?
20         MR. STEWART:  Objection.
21     A.   I don't know.
22 BY MR. CERRETA:
23     Q.   Besides the house in Blue Hills and
24 the period of time when you were living on the
25 streets, have you ever lived anywhere else?

Page 40

1      A.   No.
2      Q.   So at some point after several years
3  of living on the streets, did you return to the
4  house in Blue Hills?
5      A.   No.  It's a long time after that that
6  I went back to the house in Blue Hills.
7      Q.   What prompted you to go back to the
8  house in Blue Hills?
9      A.   After I was at the PPT.
10     Q.   Okay.  Did the people at PPT encourage
11 you to go back to the house in Blue Hills?
12     A.   I went back.
13     Q.   What made you want to go back to the
14 house?
15     A.   I went back because I wanted to
16 find -- to get education, that's why I went
17 back.
18     Q.   Did the people at PPT say you needed
19 to go back to the house in order to further your
20 education?
21     A.   Yes.
22     Q.   Who at PPT told you that?
23     A.   The teachers.
24     Q.   Was this the teachers at 13th Street?
25     A.   Yes.

Page 41

1      Q.   When you went back, were your
2  grandparents living at the house in Blue Hills?
3      A.   Yes.
4      Q.   While you were on the streets, had
5  they always been still living at the house in
6  Blue Hills?
7      A.   Yes.
8      Q.   Were they happy to have you back in
9  the house in Blue Hills?
10         MR. STEWART:  Objection.
11     A.   Yes.
12 BY MR. CERRETA:
13     Q.   When you had first left the house in
14 Blue Hills, had your grandparents forced you out
15 into the streets?
16     A.   They didn't see me.  They didn't get a
17 chance to see me.
18     Q.   Does that mean that you left without
19 them knowing that you were leaving the house?
20     A.   Yes.
21     Q.   How often would -- well, did you ever
22 see your grandparents during the time you were
23 living on the streets?
24     A.   No.
25     Q.   So when you returned back to the house

11 (Pages 38 to 41)

Confidential - Subject to Further Confidentiality Review

Page 42

1    in Blue Hills to live, was it the first time you
2    had seen them since you had left several years
3    earlier?
4        A.   Yes.
5        Q.   Are you currently employed,
6    Mr. Lecenat?
7        A.   No.
8        Q.   Have you ever been employed?
9            MR. STEWART:  Objection.
10       A.   I used to have work, I used to mix the
11   cement and to make it rise, but then they called
12   me fag, Douglas's girlfriend, so I couldn't find
13   work anymore, so I stayed home, lying down
14   sleeping.
15   BY MR. CERRETA:
16       Q.   When was the last time you did the
17   mixing cement work?
18       A.   I don't remember.
19       Q.   Did you work for a particular person
20   or company?
21       A.   A person.  A person.  I couldn't find
22   any work for a company, so it's a person who was
23   building his or her house.
24       Q.   So would you be hired to do the
25   masonry work for just a particular job for a

Page 43

1    small set of days?
2        A.   I don't understand the question.
3        Q.   Have you ever had steady masonry work
4    for an employer?
5            MR. STEWART:  Objection.
6        A.   No, not a lot of times.
7    BY MR. CERRETA:
8        Q.   How frequently have you gotten these
9    jobs doing masonry work?
10       A.   I don't remember.
11       Q.   How much would you be paid when you
12   were doing this masonry work?
13       A.   250 gourdes a day.
14       Q.   Have you ever done any other work
15   beside the masonry jobs?
16       A.   No.
17       Q.   What do you do now to get money?
18       A.   Nothing.
19       Q.   Do you have any source of income to
20   support yourself?
21       A.   No.
22       Q.   Do you know a man named Cyrus Sibert?
23       A.   Yes.
24       Q.   How do you know him?
25       A.   I've met him, and I know he's done

Page 44

1    some shows on radio, that's why I know who he
2    is.
3        Q.   Is Cyrus Sibert a journalist in
4    Cap-Haïtien?
5        A.   Yes.
6        Q.   Is Cyrus Sibert a politician in
7    Cap-Haïtien?
8        A.   Of course.
9        Q.   Has Cyrus Sibert ever given you any
10   money?
11       A.   He has given me money.
12       Q.   How much money has he given you?
13       A.   I've gotten 300 US dollars from Cyrus
14   Sibert.
15       Q.   When did he give you the money?
16       A.   I don't remember exactly.  It's when I
17   go to see him when I have problems, he's helped
18   me.
19       Q.   When did you first meet Cyrus Sibert?
20       A.   I don't remember.
21       Q.   Was it before or after PPT closed?
22       A.   What?  Excuse me?
23       Q.   Did you meet Cyrus Sibert before or
24   after PPT closed down?
25       A.   After PPT closed.

Page 45

1        Q.   Did you meet Cyrus Sibert before or
2    after you brought this case that we're here for
3    today?
4        A.   I met with Cyrus Sibert before I
5    brought charges in this case.
6        Q.   Who introduced you to Cyrus Sibert?
7        A.   A friend, a little friend called Jean
8    Gary.
9        Q.   Did you know Jean Gary from PPT?
10       A.   Yes.
11       Q.   Was Jean Gary someone who brought a
12   case against the Defendants before you did?
13           MR. STEWART:  Objection.
14       A.   No, it's after Jean Gary did that, he
15   told me that, and he brought me to Cyrus.
16   BY MR. CERRETA:
17       Q.   Was this after Jean Gary got some
18   money from his case?
19           MR. STEWART:  Objection.
20       A.   Yes.
21   BY MR. CERRETA:
22       Q.   So what did Jean Gary say to you
23   before he brought you to see Cyrus Sibert?
24       A.   He was in the Village, same place
25   where I was, and he said since you were in the

Confidential - Subject to Further Confidentiality Review

Page 46

1    Village, I'm going to bring you to Cyrus Sibert
2    so he can explain to him, so Cyrus can find
3    someone that can help me.
4        Q.    Did Jean Gary tell you to put your
5    name on a list?
6        A.    Yes.
7        Q.    What did he tell you about the list?
8    Why were you putting your name on this list?
9        MR. STEWART: Objection.
10       A.    He didn't say anything.  He just said
11   write your name on the list, and he will bring
12   the list to Cyrus.
13   BY MR. CERRETA:
14       Q.    Were other people putting their name
15   on the list at the same time as you?
16       A.    Yes.
17       Q.    Who else was putting their name on the
18   list?
19       A.    I don't remember.
20       Q.    Was your brother Geffrard putting his
21   name on the list?
22       A.    Yes.
23       Q.    Did putting your name on the list mean
24   that you wanted to bring a case, too, like Jean
25   Gary had done?

Page 47

1        A.    Yes.
2        Q.    Could anybody put their name on this
3    list?
4        MR. STEWART: Objection.
5        A.    No.
6    BY MR. CERRETA:
7        Q.    Who was able to put their name on the
8    list?
9        MR. STEWART: Objection.
10       A.    Only children who were at the Village,
11   who were at the center on Street -- Rue 13, and
12   who were at the Carenage.
13   BY MR. CERRETA:
14       Q.    Were there any other criteria that you
15   had to satisfy to get your name on the list?
16       MR. STEWART: Objection.
17       A.    Yes.
18   BY MR. CERRETA:
19       Q.    What were those?
20       MR. STEWART: Objection.
21       A.    Also the requirement we had to satisfy
22   before we could put our name on the list was to
23   tell the truth, not to lie.
24   BY MR. CERRETA:
25       Q.    So if you were a child who had been at

Page 48

1    the Village, or 13th Street, and Carenage, and
2    you said you were willing to tell the truth,
3    then you could get your name on the list, is
4    that right?
5        A.    I don't understand.
6        Q.    Well, in order to get your name on the
7    list you had to have been a student at the
8    Village, or Carenage, or 13th Street, is that
9    right?
10       A.    Yes.
11       Q.    And you also had to say that you were
12   willing to -- that you would tell the truth,
13   right?
14       A.    Of course.
15       Q.    So after you have your name on the
16   list, what happens next in the process?
17       A.    I don't know.
18       Q.    Well, at some point after your name
19   was on the list, were you introduced to Cyrus
20   Sibert?
21       A.    Yes.
22       Q.    And was it Jean Gary that introduced
23   you to Cyrus Sibert?
24       A.    Yes.
25       Q.    What was the purpose of your meeting

Page 49

1    with Cyrus Sibert?
2        A.    Because, because it's Cyrus who could
3    help me find someone to do this, to find justice
4    for what had happened to me.
5        Q.    When did -- after you met with -- when
6    you met with Cyrus and Jean Gary, is that when
7    Cyrus Sibert gave you the money?
8        MR. STEWART: Objection.
9        A.    No.
10   BY MR. CERRETA:
11       Q.    When did you get money from Cyrus
12   Sibert?
13       A.    I don't remember.
14       Q.    Was it all -- was it a lump sum
15   payment of 300 US dollars that you received?
16       A.    No.  When I called him he would give
17   me $100.  In all he gave me $300.
18       Q.    So after the initial meeting between
19   you and Jean Gary and Cyrus, at some point you
20   called Cyrus up, am I right about that?
21       A.    Yes.
22       Q.    What did you say to Cyrus?
23       A.    I don't remember.
24       Q.    Did you ask him for money?
25       A.    No.

13 (Pages 46 to 49)

Confidential - Subject to Further Confidentiality Review

Page 50

1    Q.   As a result of this conversation,
2    though, he gave you some money, is that right?
3            MR. STEWART:  Objection.
4        A.   No.  When I had a problem, he helped
5    me.  He helped me as much as he could.
6    BY MR. CERRETA:
7        Q.   What was --
8        A.   In the manner he could.
9        Q.   What was the problem you were having
10   that led him to give you the first $100?
11       A.   Sometimes I'm hungry, sometimes I
12   don't feel well, and when I go to see him then
13   he helps me as much as he -- the way he can.
14       Q.   How many times has he given you some
15   money?
16       A.   Three times.
17       Q.   Was it $100 each time?
18       A.   Yes.
19       Q.   How long ago was the last $100
20   payment?
21       A.   I don't remember.
22       Q.   What have you done with this $300?
23       A.   It's problems like when I'm hungry and
24   I don't feel well, then I call him and he gives
25   me, and then it solves the problem.

Page 51

1        Q.   So do you use the money for food?
2        A.   Yes.
3        Q.   Anything else?  Is there anything else
4    that you use the money to buy?
5        A.   Well, I don't feel well, then I go to
6    the clinic for consultation.  And the rest of
7    the money, I eat it.
8        Q.   So do you use some of the money for
9    doctors' visits?
10       A.   Yes.  Sometimes I feel that my head is
11   hurting, so I go to the doctors.
12       Q.   What doctor do you go to?
13       A.   I don't remember.
14       Q.   Is it a doctor in Cap-Haïtien?
15       A.   Yes.
16       Q.   Is that Justinien Hospital?
17       A.   No.
18       Q.   Do you ever -- do you have any papers
19   or documents related to your treatment with this
20   doctor?
21       A.   No.
22       Q.   Do you have -- so you mentioned food
23   and medicine or doctors' visits.  Is there
24   anything else that you've used with the $300 you
25   received -- I'm sorry.  Strike that.

Page 52

1            Besides the food and the doctors'
2    visits, have you used the money from Cyrus for
3    anything else?
4        A.   No.  It's for me to eat and to go to
5    the doctors.
6        Q.   Do you still have some of the 300
7    left?
8        A.   No.
9        Q.   Has your brother Geffrard also
10   received some money from Cyrus?
11           MR. STEWART:  Objection.
12       A.   I don't know.
13   BY MR. CERRETA:
14       Q.   Do you know if your brother Geffrard
15   got an apartment?
16           THE TRANSLATOR:  We don't have
17   apartments.
18       Q.   Let me repeat the question.  Just -- I
19   think there were some confusion with the word
20   apartment and the interpreter.
21           Do you know if your brother Geffrard
22   used some of -- strike that.
23           Do you know if your brother Geffrard
24   got a place to live different from the house in
25   Blue Hills?

Page 53

1        A.   What?  Excuse me?
2        Q.   Does your brother Geffrard have
3    anyplace to live different than the family home
4    in Blue Hills?
5        A.   I don't know.
6        Q.   But you have never been to a place
7    where Geffrard is living, other than the house
8    in Blue Hills, is that right?
9            MR. STEWART:  Objection.
10       A.   We have a family house, a family -- a
11   house of family members, they live in Mont
12   Rouge.  And we have other family members who
13   live in a house, but I don't know if Geffrard
14   stays there, I don't know.
15   BY MR. CERRETA:
16       Q.   Does Geffrard stay with you at the
17   house in Blue Hills?
18       A.   Yes.
19       Q.   You're not aware of Geffrard staying
20   anywhere else at a new residence since receiving
21   money from Cyrus Sibert, are you?
22           MR. STEWART:  Objection.
23           Well, that assumes --
24           MR. CERRETA:  You're right.  Let me
25   ask a different question.

14 (Pages 50 to 53)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 54

1    BY MR. CERRETA:
2        Q.   You're not aware of your brother
3    Geffrard living anywhere other than the house in
4    Blue Hills, is that right?
5        A.   I don't know.
6        Q.   Does Geffrard sleep in the house in
7    Blue Hills with you and your other family
8    members every night?
9        A.   Sometimes he's not there. Sometimes
10   he doesn't sleep there. I don't know where he
11   sleeps then.
12       Q.   When Cyrus Sibert gave you the money,
13   did you have to agree to pay it back some day?
14       A.   No, he didn't give me with any
15   conditions attached.
16       Q.   If you get money from this lawsuit,
17   are you going to give some of it to Cyrus
18   Sibert?
19       A.   I didn't have any agreement regarding
20   money with Cyrus.
21       Q.   Well, agreements aside, are you going
22   to give him a portion of any money you receive
23   from this lawsuit?
24           MR. STEWART: Objection.
25       A.   I don't know if I'm going to get any

Page 55

1    money, so I don't know if I'm -- I can't know
2    whether I'm going to give somebody money or not.
3    BY MR. CERRETA:
4        Q.   Did Jean Gary receive money from his
5    lawsuit?
6            MR. STEWART: Objection.
7        A.   I saw Jean Gary, I saw his life
8    changed, so maybe he got some money, I don't
9    know.
10   BY MR. CERRETA:
11       Q.   In what ways did his life change?
12       A.   The way I saw him, I saw he wasn't the
13   same.
14       Q.   How was he different?
15       A.   He used to stay -- to sleep at
16   people's house, now he has his own house where
17   he stays. That's why I say this.
18       Q.   Do you know if Cyrus Sibert got a
19   portion of the money that Jean Gary got?
20           MR. STEWART: Objection.
21       A.   Can you repeat the question, please?
22   BY MR. CERRETA:
23       Q.   Do you know if Cyrus Sibert got a
24   portion of the money that Jean Gary received
25   from his lawsuit?

Page 56

1        A.   I don't know.
2        Q.   Have you ever been arrested,
3    Mr. Lecenat?
4        A.   No.
5        Q.   Have you ever used drugs?
6        A.   No.
7        Q.   Have you ever sniffed paint thinner?
8        A.   No.
9        Q.   When you were a child living on the
10   streets, would some of the children sniff paint
11   thinner?
12           MR. STEWART: Objection.
13       A.   I don't know.
14   BY MR. CERRETA:
15       Q.   Do you know of anybody in Cap-Haïtien
16   who sniffs paint thinner?
17           MR. STEWART: Objection.
18       A.   I don't know.
19           MR. STEWART: Are you getting ready to
20   move into a new topic?
21           MR. CERRETA: Yes. Do you want to
22   take a break?
23           MR. STEWART: Yes.
24           MR. CERRETA: Sure.
25           THE VIDEOGRAPHER: Going off the

Page 57

1    record. The time is 10:57.
2            (Whereupon, a recess was taken.)
3            THE VIDEOGRAPHER: Back on the record.
4    The time is 11:08.
5    BY MR. CERRETA:
6        Q.   Mr. Lecenat, have you ever attended --
7            THE TRANSLATOR: One moment. I'm
8    sorry. I'm putting my microphone on. Sorry.
9            MR. CERRETA: No problem.
10   BY MR. CERRETA:
11       Q.   Mr. Lecenat, have you ever attended
12   school?
13       A.   Yes.
14       Q.   When did you first go to school?
15       A.   I went to the school called
16   St. Vincent, St. Vincent de Paul.
17       Q.   How old were you when you went to
18   St. Vincent's?
19       A.   I don't remember.
20       Q.   Do you think you were around 8 or
21   9 years old maybe?
22           MR. STEWART: Objection.
23       A.   I don't remember.
24   BY MR. CERRETA:
25       Q.   Where is St. Vincent de Paul?

15 (Pages 54 to 57)

Confidential - Subject to Further Confidentiality Review

Page 58

1    A.   Blue Hills.
2    Q.   What grade did you attend there?
3    A.   First and second year.
4    Q.   Did you have to pay money to be a
5    student at St. Vincent de Paul?
6    A.   I don't know, because I wasn't the one
7    taking care of things for myself, they just told
8    me to go to school.
9    Q.   Who told you to go to school?
10    A.   My parents.
11    Q.   Was this before your mother passed
12    away?
13    A.   Yes.
14    Q.   So you did first and second grade at
15    St. Vincent de Paul, is that right?
16    A.   Yes.
17    Q.   Was your brother Geffrard attending
18    school at that time?
19    A.   I don't know.
20    Q.   Why did you stop attending St. Vincent
21    de Paul?
22    A.   Because we didn't have -- there were
23    no means.
24    Q.   Did your mother pass away while you
25    were a student at St. Vincent de Paul, or after

Page 59

1    you had already left?
2    A.   My mother hadn't died yet when I was
3    at St. Vincent de Paul, it's just there were no
4    means for me to go.
5    Q.   How long after you stopped attending
6    St. Vincent de Paul did your mother pass away?
7    A.   I don't know.
8    Q.   So after you left St. Vincent de Paul,
9    did you attend a different school?
10    A.   I went to Rue 13.
11    Q.   When you first started attending
12    Rue 13, was that before or after your mother
13    passed away?
14    A.   When I was at Rue 13, my mother hadn't
15    died yet.
16    Q.   How did you first hear about Rue 13?
17    A.   I don't remember.
18    Q.   Who told you to start attending that
19    school?
20    A.   I don't remember.
21    Q.   How did you hear about the school at
22    13th Street?
23         MR. STEWART:  Objection.
24    A.   Because I used to walk in the street,
25    and I used to see it.

Page 60

1    BY MR. CERRETA:
2    Q.   Did you know that that was a place
3    where you could go in to get a meal?
4         MR. STEWART:  Objection.
5    A.   Yes.
6    BY MR. CERRETA:
7    Q.   Was it also a place where you could go
8    to get some education?
9    A.   Yes.
10    Q.   Did any of your brothers or sisters go
11    to 13th Street with you?
12    A.   Me and Geffrard.
13    Q.   Describe a typical day at 13th Street.
14    A.   I don't remember.
15    Q.   Well, in the morning when you arrived,
16    would somebody have to let you into the school?
17    A.   The gate is always open for all the
18    children in the street, living in the street.
19    Q.   So you would arrive in the morning.
20    Would there be an employee of the school waiting
21    there for you?
22    A.   Yeah, there were always a staff
23    inside.
24    Q.   Did you have to be searched before you
25    came onto the premises?

Page 61

1    A.   No.
2    Q.   So after you arrived in the morning,
3    what would happen at the school?
4    A.   They gave us uniforms so we can sit in
5    classes.
6    Q.   Would you have breakfast there at the
7    school?
8    A.   Yes.
9    Q.   And then would you learn some lessons
10    from the teachers there at the school?
11    A.   After the school let us go, we just
12    all spread out and left.  There was no real
13    place for us to learn lessons, so if you
14    remembered you did, if you forgot what the
15    teacher said then you just forgot.
16    Q.   Do you remember any of the teachers
17    there at the 13th Street school?
18    A.   Some of them I remember, some of them
19    I forgot.
20    Q.   Okay.  What were the names of the ones
21    you remember?
22    A.   There was Master Romère, Madame
23    Calixte, and Excellent.
24    Q.   Master Romère?
25    A.   Romère.

16  (Pages 58 to 61)

Confidential - Subject to Further Confidentiality Review

Page 62

1    Q.   Romère.
2         What subject -- what did he teach?
3    A.   I forgot.
4    Q.   Was he one of your teachers?
5    A.   Yes.
6    Q.   Madam Calixte, do you remember what
7    she taught?
8    A.   No.
9    Q.   Was she one of your teachers?
10   A.   Yes.
11   Q.   How about Excellent, do you remember
12   what he taught?
13   A.   No.
14   Q.   Was he one of your teachers?
15   A.   He was doing surveillance, surveilling
16   us, watching over us.
17   Q.   Master Romère, Madam Calixte, and
18   Excellent, were they Haitian?
19   A.   Yes.
20   Q.   Did they speak Creole?
21   A.   Yes.
22   Q.   Were there any white people who worked
23   at 13th Street?
24   A.   Yes.
25   Q.   Who?  What white people worked at 13th

Page 63

1    Street?
2    A.   I don't remember them.
3    Q.   Do you remember a person by the name
4    of Andy Schultheis?
5    A.   Yes.
6    Q.   Did you ever speak to Andy?
7    A.   Yes, I used to speak to Andy.
8    Q.   What was Andy's role there at the 13th
9    Street Center?
10        MR. STEWART:  Objection.
11   A.   Andy was managing Rue 13.  He was a
12   director of Rue 13.
13   BY MR. CERRETA:
14   Q.   Were there any other white people who
15   worked at Rue 13?
16   A.   There were other white people, but I
17   don't remember them.  I don't remember their
18   names.
19   Q.   Do you remember anybody else's name
20   who was a worker at 13th Street?
21   A.   No.
22   Q.   How long were you a student at 13th
23   Street?
24   A.   I don't remember.
25   Q.   Did you do the third grade at 13th

Page 64

1    Street?
2    A.   Yes.
3    Q.   Did you do any other grades at 13th
4    Street?
5    A.   No.
6    Q.   When you were at 13th Street, was this
7    -- was any of the period when you were at 13th
8    Street the time when you had taken to the
9    streets and were living in the streets?
10   A.   Yes.
11        THE VIDEOGRAPHER:  I'm getting
12   interference from somebody's cell phone.  Make
13   sure your phones are off, please.  Thank you.
14   BY MR. CERRETA:
15   Q.   When you were at 13th Street, was this
16   the time that you were encouraged to go back to
17   the family home at Blue Hills?
18   A.   That time they were going to send me
19   to PPT.
20   Q.   When you say they were going to send
21   you to PPT, do you mean that they were going to
22   send you to a place called the Village?
23   A.   Yes.
24   Q.   And as part of the process of going to
25   the Village, is one of the things you did move

Page 65

1    back to the house in Blue Hills?
2         THE TRANSLATOR:  Can you rephrase the
3    question, please?
4         MR. CERRETA:  Let me rephrase it.
5    BY MR. CERRETA:
6    Q.   When you were moving to the Village,
7    is one of the things you did as part of that
8    process move back into your home at Blue Hills?
9    A.   No.  They were going to send me to the
10   Village so I could continue school.
11   Q.   Right.  But did any of the teachers or
12   staff at 13th Street encourage you to move back
13   into the family home in Blue Hills?
14   A.   Yes, Andy encouraged me to go back.
15   Q.   Did Andy say that was something
16   you needed to do in order to make the move to
17   the Village?
18   A.   No, it was no obligation, but since
19   there were children who had a place to stay,
20   place where they could go sleep, their house,
21   they should go there.  Those who did not would
22   go to the Village and sleep there.  But I had a
23   place to stay, I had my home.
24   Q.   Got it.  Thank you.
25        Did you ever see Douglas Perlitz at

17 (Pages 62 to 65)

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 66

1 13th Street?
2    A.   When I was in Rue 13, I did see him,
3 he used to come by.  But he was at the Village,
4 he was administering the Village.
5    Q.   How often would he come to 13th
6 Street?
7    A.   I don't remember.
8    Q.   Was it every day, or every week, or
9 less than that?
10    A.   I don't remember.  I don't know.  I
11 don't know.  I don't remember.
12    Q.   What would Douglas Perlitz do when he
13 came to 13th Street?
14       MR. STEWART:  Objection.
15    A.   I don't know.
16 BY MR. CERRETA:
17    Q.   Did you ever talk to Douglas Perlitz
18 when he came to 13th Street?
19    A.   No.
20    Q.   Did he ever come into the classroom
21 that you were in at 13th Street?
22    A.   I've never seen that.
23    Q.   Do you remember any of the names of
24 your fellow students at 13th Street?
25    A.   No.

Page 67

1    Q.   Well, was your brother Geffrard a
2 student at 13th Street at the same time as you?
3    A.   Yes.
4       MR. STEWART:  Wait.
5    A.   Yes, Geffrard used to go to the school
6 at Rue 13.
7       MR. STEWART:  I apologize.  I thought
8 I heard "no."
9 BY MR. CERRETA:
10    Q.   Do you remember anyone else besides
11 Geffrard who was your fellow student there at
12 13th Street?
13       THE TRANSLATOR:  Can you repeat the
14 question, please?
15    Q.   Did you have any friends at 13th
16 Street?
17    A.   Yes.  It was just one place where
18 we're all friends.
19    Q.   Do you remember any of the names of
20 those friends?
21    A.   No.
22    Q.   Have you kept in touch with anyone who
23 used to go to 13th Street with you?
24    A.   I don't understand the question.
25    Q.   Of the students that used to go to

Page 68

1 13th Street with you, are you still -- do you
2 still see any of them from time to time?
3    A.   Yes, I see some of them.
4    Q.   Who do you see?
5    A.   I don't remember.  When I see them,
6 then I remember that I went to Rue 13 with them.
7 But I don't remember them, I don't remember
8 their name.
9    Q.   Did you ever see any visitors at 13th
10 Street when you were a student there?
11    A.   Yes, I did see visitors.
12    Q.   How often would visitors come?
13    A.   I don't remember.
14    Q.   Would any of these visitors be white
15 people not from Haiti?
16    A.   Yes.
17    Q.   Do you know any of their names?
18    A.   No.
19    Q.   So at some point you moved from 13th
20 Street to the Village, is that right?
21    A.   Yes.
22    Q.   What grade was that?
23    A.   When I left Rue 13?
24    Q.   Yes.  What grade did you go into at
25 the Village?

Page 69

1    A.   I was continuing with the third year.
2    Q.   Was it in the middle of the school
3 year that you made the move to the Village?
4    A.   I don't remember.
5    Q.   How many grades did you do at the
6 Village?
7    A.   I did fourth and fifth year together,
8 and then I entered sixth.
9    Q.   Okay.  So just to make sure I have it
10 right, did you do -- when you first started at
11 the Village, you continued on with third grade,
12 and then you did fourth, fifth, and you started
13 sixth all at the Village, is that right?
14    A.   The fourth and fifth year, they
15 happened in the same room, so they gave us books
16 for both years at once.
17    Q.   So did you go through both the fourth
18 and the fifth grade in a single year?
19    A.   Yes.
20    Q.   When you moved on to the Village, did
21 you then have different teachers for your
22 classes?
23    A.   Yes.
24    Q.   Do you remember the names of your
25 teachers at the Village?

18 (Pages 66 to 69)

Confidential - Subject to Further Confidentiality Review

Page 70

1    A.   Yes.
2    Q.   What were their names?
3    A.   I had Master Patrice, Master Judex,
4  Mémé, Ronel, Madam Nelta, Master Daniel, Edrice,
5  Mr. Daniel, Mr. Edrice, and Robinson, that's it.
6    Q.   Ronel, what subject did Ronel teach?
7    A.   Creole.
8    Q.   Edrice I believe you mentioned, what
9  subject did Edrice teach?
10   A.   Math.
11   Q.   Master Daniel, what subject did Master
12 Daniel teach?
13   A.   French.
14   Q.   Did you also mention Patrice?  How
15 about the subject for Patrice?
16   A.   Social sciences.
17   Q.   Judex, what subject was Judex
18 teaching?
19   A.   Experimental science.
20   Q.   Madam Nelta, what subject?
21   A.   French.
22   Q.   You also mentioned Robinson.  Was
23 Robinson one of your teachers?
24   A.   He was administering the Village after
25 Douglas, besides Douglas.

Page 71

1    Q.   So was he someone who reported to
2  Douglas?
3    A.   Yes.
4    Q.   If I could just back up, something I
5  had meant to ask you, when you were at 13th
6  Street, how did you find out that you were being
7  selected to move on to the Village?
8    A.   It's Andy who told me they were going
9  to send me to the Village.
10   Q.   Did he say why you were being sent to
11 the Village?
12   A.   He didn't tell me why, but he told me
13 that he was sending me to the Village.
14   Q.   Did everybody get to move on to the
15 Village?
16   A.   No.
17   Q.   Were you happy to be selected to move
18 on?
19   A.   I wasn't the only one.  There were
20 other people they chose to go to the Village,
21 but I was happy anyway.  I was -- of course I
22 was happy.
23   Q.   So when you started at the Village, am
24 I right that you're now living back in the
25 family home in Blue Hills?  Right?

Page 72

1    A.   Yes.
2    Q.   How would you get from the family home
3  in Blue Hills to the Village to start school?
4    A.   On foot.
5    Q.   When you started at the Village, was
6  your brother Geffrard going to the Village as
7  well?
8    A.   No.  They sent me to the Village
9  before him.
10   Q.   When you started at the Village, was
11 your brother Geffrard living with you in the
12 family home in Blue Hills?
13   A.   Yes.
14   Q.   So when you would first arrive at the
15 Village in the morning, what would you do?
16   A.   When I got there, I wasn't going to
17 school yet, they made me go in and leave before
18 I went to school.
19   Q.   Why did you have to go in and leave
20 before you went to school?
21   A.   I don't know.
22   Q.   So what did you do after you were told
23 to leave?
24   A.   I left.
25   Q.   At some point were you able to come

Page 73

1  back and actually go to school?
2    A.   Yes.
3    Q.   Was there a gate that you had to go in
4  to get onto the grounds of the Village in the
5  morning?
6    A.   Yes.
7    Q.   Did you have to be searched before you
8  came into the Village?
9    A.   Yes, they used to search when I used
10 to leave and when I used to enter.
11   Q.   Could you describe for me the grounds
12 of the Village?  What did the compound look
13 like?
14   A.   I can't.
15   Q.   Well, were there buildings there at
16 the Village?
17   A.   There are houses in there, but they're
18 not buildings.
19   Q.   So there's more than one house?
20   A.   Yes.
21   Q.   Are there any other structures on the
22 grounds?
23   A.   There's a school.  There's a kitchen.
24 There are houses where the children sleep.
25 There are offices.  And there's a room, there's

Confidential - Subject to Further Confidentiality Review

Page 74

1  a room where they teach a trade.
2      Q.   Any other fields or courts for
3  recreation?
4      A.   There's a foot -- soccer field.
5  There's a basketball field where people can
6  play.
7      Q.   Is there anything else you remember
8  about the Village from your time there as a
9  student?
10     A.   No.
11     Q.   What would your typical day be like
12 when you arrived at the Village, then what
13 happens next for a student like yourself at the
14 Village?
15     A.   I don't know.
16     Q.   Would there be classes?
17     A.   Yes.
18     Q.   When you would arrive at the Village
19 in the morning, where would you report to start
20 the day?
21     A.   No.
22     Q.   My question was, when you first come
23 into the Village in the morning, where do you go
24 at the very beginning of the day?
25     A.   I go to the yard.  I go to the yard.

Page 75

1      Q.   Are there other students there at the
2  yard when you arrive typically?
3      A.   Yes.
4      Q.   Okay.  And what would happen at the
5  yard?
6      A.   We sit, and then we go to the kitchen.
7  There's a little bell that rings, so we go to
8  have breakfast in the morning, to eat the little
9  thing, and then something small, and then we go
10 to the classroom.
11     Q.   After you had those classes, would
12 there be another opportunity to have a meal at
13 the Village?
14     A.   After that, when classes were over we
15 used to sit in the yard, and around noon or
16 1:00 p.m. it would ring and we would go to eat.
17     Q.   After that meal, what would you do
18 next?
19     A.   I used to go back home.
20     Q.   I think you had mentioned earlier that
21 some students actually slept over at the Village
22 and stayed there, is that right?
23     A.   Yes.
24     Q.   As between the two, did more stay
25 over, or were more --

Page 76

1          THE TRANSLATOR:  Can you repeat the
2  beginning of the question, please?
3      Q.   Were there more children who slept at
4  the Village, or did most of the children leave
5  at the end of the day and go back to their
6  homes?
7          MR. STEWART:  Objection.
8      A.   More children slept there.
9  BY MR. CERRETA:
10     Q.   What time would you leave for the day
11 to go back to your home?
12     A.   I don't remember.
13     Q.   So around 1:00 p.m. there would be a
14 bell that would ring for the lunchtime meal, is
15 that right?
16     A.   Yes.
17     Q.   So after lunch, would you do anything
18 else on a typical day before leaving?
19     A.   Yes, I had lessons.  After class,
20 after class I went home.
21     Q.   Would that be in the afternoon when
22 class would end for the day?
23     A.   Yes.  Afternoon, yes.
24     Q.   Would it still be light out when you
25 would leave?

Page 77

1      A.   Yes.
2      Q.   Did you ever stay the night at the
3  Village?
4      A.   No.
5      Q.   Did you ever see Douglas Perlitz at
6  the Village?
7      A.   That's the only place where he was a
8  director, that's where he stayed.  That's where
9  he was.
10     Q.   What was Douglas Perlitz's role at the
11 Village?
12     A.   I don't know what role he had, but he
13 was managing the Village.
14     Q.   So when you would see Douglas at the
15 Village, what are some of things you would see
16 him doing?
17     A.   Well, every day he was at the Village,
18 but when I was in class I don't know what he was
19 doing.
20     Q.   Would Douglas sometimes speak to all
21 of the children in a group?
22     A.   Yes.
23     Q.   How often would he do that?
24     A.   I don't remember.
25     Q.   How often -- well, did you ever speak

20 (Pages 74 to 77)

Confidential - Subject to Further Confidentiality Review

Page 78

1    to Douglas at the Village?
2        A.    Yes, I talked to him.
3        Q.    How often would you speak with
4    Douglas?
5        A.    I don't remember.
6        Q.    Was it an every day thing, or maybe
7    once a week, less than once a week?
8        A.    I don't remember.
9        Q.    Besides Douglas, were there anybody --
10   was there anybody else there that was not a
11   Haitian, white people who weren't Haitian?
12       A.    I don't know.
13       Q.    Do you remember ever seeing any white
14   people at the Village besides Douglas?
15       A.    Yes, there are always white people
16   coming, visitors coming.
17       Q.    How often would visitors come?
18       A.    I don't remember.
19       Q.    Do you remember the names of any of
20   the visitors?
21       A.    The people, the visitors whose names I
22   remember are Madame Carter and Father Paul.
23       Q.    How many times did you see Father Paul
24   at the Village?
25       A.    Several times.

Page 79

1        Q.    Did you ever speak to Father Paul when
2    he was at the Village?
3        A.    I didn't talk to him because I don't
4    speak English.
5        Q.    Have you ever spoken with Father Paul
6    either at the Village or anywhere else?
7        A.    I don't speak English. I've never --
8    I don't talk to him, but I've seen him often at
9    the Village.
10       Q.    What would Father Paul be doing when
11   you would see him at the Village?
12       A.    Sometimes he would bring us to the
13   chapel to pray, he would conduct the prayers.
14       Q.    Did Douglas ever introduce the
15   students to Father Paul?
16           MR. STEWART:  Objection.
17       A.    Yes, he let us know that Father Paul
18   and Madame Carter were -- who they were, because
19   they were the boss of the Village.
20   BY MR. CERRETA:
21       Q.    Was there anything else that Douglas
22   told you about Father Paul and Mrs. Carter?
23       A.    I don't know. He just told us that
24   they were the bosses and they were -- and that
25   they were above Douglas, that Douglas came after

Page 80

1    them.
2        Q.    When did Douglas tell you this?
3        A.    We were eating in the kitchen, Madame
4    Carter and Father Paul would be standing in
5    front of us, and he would tell us that.
6        Q.    Were a lot of students gathered around
7    when he told you this?
8           MR. STEWART:  Objection.
9        A.    Yes, when he would tell us that, all
10   the children would be together, gathered
11   together when we were eating together.
12   BY MR. CERRETA:
13       Q.    And would he tell you this in Creole?
14       A.    Yes.
15           THE TRANSLATOR:  Could we increase the
16   -- it's a little hot in here. Is that possible?
17   BY MR. CERRETA:
18       Q.    Do you remember any other times when
19   Father Paul or Mrs. Carter were at the Village?
20       A.    I don't remember.
21       Q.    Had you ever spoken with Mrs. Carter?
22       A.    I didn't speak to -- I didn't speak to
23   Madame Carter because I don't speak English.
24   And when she comes to the Village, she greets
25   people, and then she is always with Douglas

Page 81

1    walking around and talking.
2        Q.    How many times did you see Mrs. Carter
3    at the Village? The question was, how many
4    times did you see Mrs. Carter at the Village?
5           THE TRANSLATOR:  How many times --
6        Q.    Did you see Mrs. Carter at the
7    Village.
8        A.    I don't remember.
9        Q.    Did you ever see any other white
10   people or other non-Haitians at the Village?
11       A.    Many. I've seen many.
12       Q.    Do you remember anybody else's name?
13       A.    No.
14       Q.    Have you ever heard of an organization
15   called Fairfield University?
16       A.    Yes.
17       Q.    What did you hear about Fairfield
18   University?
19       A.    Just that when Father Paul and Madame
20   Carter would come, Douglas gave us a T-shirt
21   with Fairfield University written on it. I
22   don't know any other thing, just that the
23   T-shirt, there was Fairfield University written
24   on it.
25       Q.    Had Fairfield University given those

21 (Pages 78 to 81)

Confidential - Subject to Further Confidentiality Review

Page 82

1  T-shirts for the students?
2     MR. STEWART:  Objection.
3     A.  When Father Paul and Ms. Carter came
4  to see us, it was written University of
5  Fairfield on it, so of course they come from
6  Fairfield University.
7  BY MR. CERRETA:
8     Q.  Do you know anything else about
9  Fairfield University, other than the T-shirts
10 that were given out by Father Paul and
11 Mrs. Carter?
12    A.  No.
13    Q.  After the Village closed, did you go
14 to any more schooling after that?
15    A.  No, I didn't find any other type of
16 education.  After that, a long time after that
17 they open a program called Kids Live.
18    MR. FOLKMAN:  For the transcript,
19 sorry to interrupt, is he saying Kids Alive?
20    THE TRANSLATOR:  Maybe.  Kids Alive?
21 Yes, that's what he's saying.
22    A.  And they paid the construction of a
23 building for me.  But I didn't have any more
24 means during the middle of the year, so I didn't
25 have any possibilities to continue, so I stopped

Page 83

1  for good.
2  BY MR. CERRETA:
3     Q.  I apologize, maybe -- I think maybe
4  the question was imprecise.
5     But was there -- did you ever leave
6  the Village to go to a different school called
7  Sacred Heart?
8     A.  Yes.  It's when I left the -- I don't
9  know if it's a place or education program called
10 certificate, sixth grade exam, state exam, then
11 I went to the seventh grade at Sacré Coeur.
12    Q.  And was that, your attendance at that
13 program, was that sponsored by PPT?
14    A.  Yes.
15    Q.  Who decided that you would go to get
16 this certificate at Sacred Heart?
17    A.  At the Village there was no seventh
18 grade.  After you're done with the sixth grade,
19 when someone passed the exam, then they send you
20 to another school outside.
21    Q.  So where was Sacred Heart?
22    A.  Cap-Haïtien.
23    Q.  How would you get there to attend
24 classes?
25    A.  They used to give me money to get a

Page 84

1  car to get there.
2     Q.  So would you leave from your home in
3  Blue Hills every day and get a car to Sacred
4  Heart?
5     A.  Yes.
6     Q.  How long were you attending school at
7  Sacred Heart?
8     A.  Just one year.  One year.
9     Q.  And was PPT paying for your tuition at
10 the Sacred Heart school?
11    A.  PPT was paying for it, and then it
12 closed, and then I had to stop for good.
13    Q.  So after PPT closed, then I think you
14 were mentioning that you had some sort of
15 opportunity through Kids Alive, is that right?
16    A.  No.  I was learning a trade there, I
17 was learning how to build buildings, and I
18 stopped then, and then I stopped until now
19 because I don't have money.
20    Q.  So when did you stop attending the
21 Kids Alive program?
22    A.  When it stopped.  When it closed.
23    Q.  Have you had any schooling since the
24 program came to a close through Kids Alive?
25    A.  I didn't go to any other school.

Page 85

1     Q.  Have you ever heard of a place called
2  Bel Air?
3     A.  Yes.
4     Q.  What is Bel Air?
5     A.  That's where Douglas stayed.
6     Q.  Have you ever been to Bel Air?
7     A.  Just one time.
8     MR. STEWART:  Can we pause for a
9  moment off the record?
10    THE VIDEOGRAPHER:  Going off the
11 record.  The time is 12:17.
12    (Pause.)
13    THE VIDEOGRAPHER:  Back on the record.
14 The time is 12:18 -- I'm sorry, 12:17.
15 BY MR. CERRETA:
16    Q.  Okay.  So you have been to the house
17 in Bel Air one time, is that right?
18    A.  Yes.
19    Q.  Do you remember when you went to the
20 house in Bel Air?
21    A.  I don't remember.
22    Q.  Was it while you were a student at the
23 Village?
24    A.  Yes.
25    Q.  Why did you go?

22 (Pages 82 to 85)

Confidential - Subject to Further Confidentiality Review

Page 86

1    A.   I went to get some shoes from Douglas,
2  and a woman -- and a lady called Madame Junie so
3  I could do my First Communion.
4    Q.   Are you Catholic?
5    A.   Yes.
6    Q.   And as part of your participation in
7  the program at the Village, were you receiving
8  the sacraments?
9    A.   Yes.
10   Q.   And Junie, was she the person who was
11 getting you ready for your First Communion?
12   A.   Yes.
13   Q.   So did she bring you to Bel Air?
14   A.   Yes.  Douglas said that he was going
15 to be there, but it's Junie who was going to
16 give me the shoes.
17   Q.   So you went with Junie.  Was anybody
18 else there with you when you took this trip to
19 Bel Air?
20   A.   There were several of us who were
21 about to do our First Communion, so we all went
22 together to get the shoes.
23   Q.   Okay.  So you arrived, and did you
24 actually go into the house?
25   A.   I went in, and then I left right away,

Page 87

1  and I went home.
2    Q.   Was there a person at the front gate
3  who had to let you into the grounds?
4    A.   Yeah, there were people opening the
5  gate.
6    Q.   And then did you, Junie, and the other
7  students walk into the Bel Air house?
8    A.   Yes.
9    Q.   Was Douglas there?
10   A.   Yes.
11   Q.   Did he have the shoes?
12   A.   He was the one who had the shoes for
13 us.  He was the one who bought it for us, and
14 told us to come take them at the house in
15 Bel Air, above there.  We all went there, up
16 there.
17   Q.   Was there anybody else at the house at
18 Bel Air when you went in?
19       MR. STEWART:  Objection.
20   A.   Yes, all the children about to do
21 their First Communion were there, plus Madame
22 Junie.
23 BY MR. CERRETA:
24   Q.   About how long did you stay at the
25 house in Bel Air?

Page 88

1    A.   I don't remember.
2    Q.   And was that the only time that you
3  ever were at the house in Bel Air?
4    A.   Yes.
5    Q.   Do you remember what grade you were in
6  when you were preparing for your First
7  Communion?
8    A.   I don't remember.
9    Q.   Was your brother Geffrard also
10 receiving his communion as part of the group?
11       MR. STEWART:  Objection.
12   A.   Yes.
13 BY MR. CERRETA:
14   Q.   Was Geffrard with you when you went to
15 get the shoes?
16   A.   Yes.
17       MR. CERRETA:  Why don't we break for
18 lunch.
19       THE VIDEOGRAPHER:  Going off the
20 record.  The time is 12:25.
21       (Whereupon, a luncheon recess was
22       taken.)
23
24
25

Page 89

1       AFTERNOON SESSION
2
3       THE VIDEOGRAPHER:  Back on the record.
4  The time is 1:35.
5  BY MR. CERRETA:
6    Q.   Good afternoon, Mr. Lecenat.  When we
7  left off we were talking about -- one of the
8  last things we talked about was your First Holy
9  Communion preparation.
10   A.   Yes.
11   Q.   I believe you had said that was led by
12 a woman named Junie, is that right?
13   A.   Yes.
14   Q.   What was involved in preparing for the
15 First Holy Communion?
16   A.   We were talking about God, how to
17 pray, what not to do, and how we sing.
18   Q.   And would these classes take place
19 during school at the Village?
20   A.   Yes.
21   Q.   As part of your preparation for First
22 Holy Communion, did you also at some point make
23 a retreat off the premises of the Village?
24   A.   Yes.
25   Q.   Where was this retreat?

23 (Pages 86 to 89)

Confidential - Subject to Further Confidentiality Review

Page 90

1    A.   Rival.
2    Q.   Where is Rival?
3    A.   Cap-Haïtien.
4    Q.   How far is it from the Village?
5    A.   There's a big distance, big distance.
6    Q.   What is this place in Rival?
7    A.   That's the place, home, the place of a
8    lot of sisters.  That's where Douglas brought
9    us.
10   Q.   And what were you doing at this place
11   for the sisters in Rival?
12   A.   Douglas, who made Madame Junie go with
13   us so we can be prepared for communion.
14   Q.   Did your brother Geffrard go on this
15   retreat to Rival also?
16   A.   Yes.
17   Q.   And did you stay over the night at
18   Rival?
19   A.   Yes.
20   Q.   In this case, are you claiming that
21   Douglas Perlitz sexually abused you?
22   A.   Yes.
23   Q.   How many times total did Douglas
24   Perlitz sexually abuse you?
25   A.   Twice.

Page 91

1    Q.   And the first time, when was the first
2    time that you claim Douglas Perlitz sexually
3    abused you?
4    A.   At Rival.
5    Q.   All right.  Would you tell me what
6    happened when Douglas sexually abused you?
7    A.   Yes.
8    Q.   Please, please describe it.
9    A.   At the end of the month in 2006,
10   Douglas said that Junie would come to prepare us
11   and would bring us to the Rival, and he said not
12   to lock the doors, so I did not lock the doors,
13   because Junie would prepare us, so I did not
14   lock my door.  And I saw the door open, but I
15   wasn't scared because Douglas said he was
16   coming.  And then I felt -- he put his hand
17   there, and he was putting his fingers inside my
18   butt hole.  I didn't accept it, so I went out.
19   And Douglas said if I said that he would put me
20   out, he would throw me out of the Village.
21   Q.   Okay.  So this day at Rival for the
22   First Communion retreat, were there activities
23   during the day before you went to your room to
24   sleep at night?
25   A.   The lady was making us pray.  And

Page 92

1    there's a cross on top of the hill, she made us
2    go up the hill, and then we went down, and then
3    we went to sleep.
4    Q.   So at the end of those activities, you
5    say that Douglas told you not to lock your door,
6    is that right?
7    A.   He said all the children, with no
8    exception, lock your doors, because when he
9    would come in he would -- it would be easy for
10   him to wake us up so we could go pray.
11   Q.   Did he make this as an announcement to
12   all of the children who were staying over that
13   night in Rival?
14   A.   Yes.
15   Q.   Do you recall about how many children
16   were staying over the night in Rival?
17   A.   I don't remember.
18   Q.   Could you say if it was less than ten,
19   more than ten, more than 20, anything like that?
20   A.   I don't know.  I don't remember.
21   Q.   Did everybody have their own room to
22   stay in that night at Rival?
23   A.   Yes.
24   Q.   So after Douglas made the
25   announcement, did you go to the room that you

Page 93

1    were supposed to be sleeping in that night in
2    Rival?
3    A.   Yes.
4    Q.   What did you do next?
5    A.   I entered, I didn't lock the door, and
6    I went to bed, because he told me not to lock
7    it.
8    Q.   Did you close the door but not lock
9    it?
10   A.   Yes, I closed it, but I didn't lock
11   it.
12   Q.   Was your brother Geffrard staying in a
13   different room that night?
14   A.   Yes.
15   Q.   Did you see him at all before you went
16   to bed that night?
17   A.   Yes.
18   Q.   Where was his room in relation to
19   yours?
20   A.   I don't remember.
21   Q.   Do you remember anything about how the
22   building was set up at Rival?
23   A.   I don't remember.
24   Q.   Do you remember if there were more
25   than one stories to the building?

Confidential - Subject to Further Confidentiality Review

Page 94

1    A.   Yes, there's one below and one above.
2    Q.   Do you remember which floor you were
3  sleeping on?
4    A.   Above.  I was above.
5    Q.   Were any of the children below, or
6  were all of the children above on the same floor
7  as you?
8    A.   All the children were in the rooms, in
9  the bedrooms above.
10    Q.   And how about the nuns, where were the
11  nuns staying at Rival?
12    A.   I don't know where they staying,
13  because they just brought me there.  I don't
14  know.
15    Q.   When you were getting ready for bed
16  that night, did you see any of the nuns going to
17  their rooms?
18    A.   I don't know.
19    Q.   What did the room that you slept in
20  that night look like?
21    A.   There was only a bed, a little table,
22  a light, and there was a little cross.  And
23  besides that, there was nothing else.
24    Q.   Were there any windows?
25    A.   Yes.

Page 95

1    Q.   How many windows?
2    A.   I don't know.
3    Q.   So when you went in, did you change
4  your clothes into something to sleep in?
5    A.   Yes.
6    Q.   And then did you lay down to go to
7  sleep for the night?
8    A.   Yes.
9    Q.   Do you know how much time passed
10  between when you went in to go to bed tonight --
11  go to bed at night and when Douglas came to your
12  room?
13    A.   No.
14    Q.   Did you, in fact, fall asleep for a
15  time, or were you still awake when Douglas came
16  into the room?
17    A.   I was about to fall asleep, but I
18  hadn't started yet.
19    Q.   Okay.  And what's the first thing you
20  remember about Douglas entering your room?
21    A.   He opened the door.  I heard the door
22  opening.
23    Q.   Did you look up when you heard the
24  door opening?
25    A.   No.

Page 96

1    Q.   What happened after that?  Did Douglas
2  say anything as he was walking in?
3    A.   No.
4    Q.   And then did he approach you while you
5  were lying in the bed?
6    A.   Yes.
7    Q.   At this point had you had a look at
8  Douglas?  Do you remember facing him at this
9  point?
10    A.   He entered.  You know, it's a very
11  rapid action.  Right away, right after that I
12  felt he was turning his fingers in my butt.  I
13  left right away, and I went to the lady, I went
14  to the lady.
15    Q.   Okay.  When Douglas came in, were you
16  wearing either shorts or pants as pajamas?
17    A.   Shorts.
18    Q.   And when you say Douglas put his
19  fingers in your butt, did he do that over the
20  shorts, or did he somehow get the shorts off?
21       MR. STEWART:  Objection.
22    A.   With my shorts on.
23  BY MR. CERRETA:
24    Q.   How long was he doing that until you
25  stood up and got out of there, as you say?

Page 97

1    A.   I don't know.  I don't remember.
2    Q.   Was it an immediate reaction by you,
3  or did you say anything to him first?
4       THE TRANSLATOR:  I'm sorry, can you
5  repeat that?  Is it an immediate reaction or --
6    Q.   Did you react immediately to what he
7  was doing, or did you say anything to him first?
8    A.   No, because I didn't accept, I didn't
9  agree, so I left.  I went outside quickly to go
10  see -- to go to the lady, to the woman lady.
11    Q.   Who was the lady that you went to see?
12    A.   Madame Junie.
13    Q.   The woman who was running the First
14  Communion program, is that right?
15    A.   Yes.
16    Q.   Where was she?
17    A.   In the chapel, she was waiting for
18  every child that Douglas was waking up to go
19  pray.  And after that you could go back to your
20  room.
21    Q.   I see.
22       So was -- when Douglas had told you to
23  keep your doors unlocked, did he also tell you
24  that he would be coming to wake you up to go see
25  Madam Junie to pray?  Do I have that right?

25 (Pages 94 to 97)

Confidential - Subject to Further Confidentiality Review

Page 98

```
1    A.  Yes.
2    Q.  Did you say anything to Douglas when
3  he started to put his fingers in your butt?
4    A.  No.
5    Q.  What about when you got to see Madam
6  Junie in the chapel, what did you say to her?
7    A.  Nothing.  When I got there she made me
8  pray.  When I was finished praying she -- I went
9  back in my room to sleep.
10    Q.  So when you got up to leave, back in
11  the room with Douglas, after he puts his fingers
12  in your butt, does he say anything to you at
13  that point as you're getting out of there?
14    THE TRANSLATOR:  Can you repeat the
15  question, please?
16    Q.  After Douglas put his fingers -- as
17  Douglas was putting his fingers in your butt and
18  you got up to leave, did Douglas say anything to
19  you as that was happening?
20    MR. STEWART:  Objection.
21    A.  Yes.
22  BY MR. CERRETA:
23    Q.  What did he say?
24    A.  He said not to tell anyone, because if
25  I told he would throw me out of the Village.
```

Page 99

```
1    Q.  Did he say this as you were heading
2  towards the door?
3    A.  Yes.
4    Q.  After you went to see Madam Junie, did
5  you then go back to the room where you were
6  sleeping?
7    A.  Yes.
8    Q.  Was Douglas still there when you got
9  back?
10    A.  He had left.
11    Q.  About how long of a walk was it from
12  your room to the chapel where you had to go to
13  see Madam Junie?
14    A.  I don't remember.
15    Q.  Was it on the same floor, or did you
16  have to go on some stairs?
17    A.  On the same level.
18    Q.  And did you have to pass other rooms
19  as you were going to the chapel?
20    A.  Yes.
21    Q.  Did you see anyone from the time you
22  left the room to the time you got to Madam
23  Junie?
24    A.  No.
25    Q.  When Douglas came into your room, were
```

Page 100

```
1  all of the lights off?
2    A.  All the lights were off, but when he
3  came in he turned them on.
4    Q.  Did you happen to see what Douglas was
5  wearing?
6    A.  No.
7    Q.  So when you got back to your room,
8  what did you do next?
9    A.  I entered the room and I went to bed.
10    Q.  What happened the next day in the
11  morning when you woke up?
12    MR. STEWART:  Objection.
13    A.  On the following morning we all took a
14  shower, put our clothes on, and we went back to
15  the Village.
16  BY MR. CERRETA:
17    Q.  Were there any other activities at
18  Rival related to the First Holy Communion
19  preparation that next day?
20    A.  No.
21    Q.  Did you see Douglas that next day?
22    A.  Yes.
23    Q.  Did you talk to him?
24    A.  No.
25    Q.  Did you see your brother the next day?
```

Page 101

```
1    A.  Yes.  My brother, yes.
2    Q.  Did you speak with him the next
3  morning?
4    MR. STEWART:  Objection.
5    A.  Yes, we talked.
6  BY MR. CERRETA:
7    Q.  Did you tell him what had happened to
8  you the night before?
9    A.  No.
10    Q.  What did you two talk about?
11    A.  We talked about things related to
12  school, about the games we were going to play.
13  We never talked about these things.
14    Q.  At some point after this incident, did
15  you ever tell your brother what happened to you
16  at Rival that night?
17    A.  No.
18    Q.  So am I right, then, that you have
19  never told your brother Geffrard about what
20  happened to you at Rival that night?
21    MR. STEWART:  Objection.
22    A.  No.
23  BY MR. CERRETA:
24    Q.  Do you know that your brother also
25  claims that he was sexually abused by Douglas
```

26 (Pages 98 to 101)

Confidential - Subject to Further Confidentiality Review

Page 102

1  Perlitz?
2          MR. STEWART: Objection.
3      A. I don't know.
4  BY MR. CERRETA:
5      Q. Has your brother ever told you
6  anything about abuse by Douglas Perlitz?
7          MR. STEWART: Objection.
8      A. No.
9  BY MR. CERRETA:
10     Q. So after this first incident, did you
11 continue on at the Village?
12     A. Yes.
13     Q. Did you tell anyone what had happened
14 to you?
15         MR. STEWART: Objection.
16         To the extent that you're asking him
17 to disclose conversations with his attorney or
18 privileged communications, I instruct him not to
19 answer that.
20         MR. CERRETA: Let me rephrase the
21 question.
22         MR. STEWART: Okay. Thank you.
23 BY MR. CERRETA:
24     Q. Between this incident and the time
25 that the Village -- that you left the Village

Page 103

1  and were no longer a student there, did you tell
2  anyone about this incident?
3      A. I didn't say that to anyone, except
4  for my lawyer, I told him.
5      Q. I don't want you to tell me what you
6  told your lawyer.
7          MS. XIA: Can you translate that?
8          THE TRANSLATOR: Excuse me. I'm
9  sorry.
10         I will need a break in about ten
11 minutes.
12 BY MR. CERRETA:
13     Q. Why didn't you tell someone what had
14 happened?
15     A. Because I know it's a personal matter.
16     Q. Was it because Douglas had threatened
17 to kick you out of the program if you told
18 anyone?
19     A. Yes.
20     Q. And was that something that concerned
21 you, the prospect of being no longer able to
22 attend school at the Village?
23     A. I don't understand the question.
24     Q. Well, did you view going to school at
25 the Village as a good thing for you, the

Page 104

1  opportunities you had there?
2          MR. STEWART: Objection.
3      A. Yes.
4  BY MR. CERRETA:
5      Q. The teachers there were helping you to
6  learn things, is that right?
7      A. Yes.
8      Q. And you also had meals and other
9  opportunities as part of being a Village
10 student, right?
11     A. Yes.
12     Q. So I was just wondering if the threat
13 that Douglas was making of kicking you out of
14 there was something that had an effect on you
15 not telling people.
16         MR. STEWART: Objection.
17     A. Yes.
18 BY MR. CERRETA:
19     Q. When this happened to you the first
20 time, did you know Douglas well?
21     A. Yes.
22     Q. Had you ever seen Douglas engage in
23 any behavior like this before?
24     A. I had never seen that before.
25     Q. Before this incident, did you trust

Page 105

1  him?
2      A. Yes.
3          MR. CERRETA: Do you want to take a
4  break?
5          THE TRANSLATOR: Yes. Thank you.
6          THE VIDEOGRAPHER: Going off the
7  record. The time is 2:14.
8          (Whereupon, a recess was taken.)
9          THE VIDEOGRAPHER: Back on the record.
10 The time is 2:25.
11 BY MR. CERRETA:
12     Q. Mr. Lecenat, could I just go back? I
13 was a little confused about the answer.
14         At Rival, what did Douglas Perlitz say
15 to the group about locking the door? What was
16 his instructions?
17     A. He said not to lock the door because
18 he was going to come to wake us up to go pray.
19     Q. Okay. Thank you.
20         So after this incident at Rival, you
21 then continued on as a student at the Village,
22 is that right?
23         THE TRANSLATOR: Can you repeat? I'm
24 sorry.
25 BY MR. CERRETA:

Confidential - Subject to Further Confidentiality Review

Page 106

1    Q.   After this incident at Rival, did you
2  continue on as a student at the Village?
3    A.   Yes.
4    Q.   Did you ever discuss what happened at
5  Rival with Douglas?
6        MR. STEWART:  Objection.
7    A.   No.
8  BY MR. CERRETA:
9    Q.   At some point after Rival, was there a
10 second incident of abuse involving Douglas?
11       THE TRANSLATOR:  I'm sorry, repeat the
12 question?  Sorry.
13   Q.   After the incident at Rival, was there
14 a second incident of abuse involving Douglas?
15   A.   Yes.
16   Q.   When did that happen?
17   A.   At the Village in his office.
18   Q.   Do you remember how much time passed
19 between the first incident and the second?
20   A.   A few months.
21   Q.   So would you describe the second
22 incident?
23   A.   Yes.
24   Q.   Please describe it for us.
25   A.   While I was in school, my shoes

Page 107

1  were -- had holes, so I asked permission to go
2  to Douglas's office to get some money to buy new
3  ones.  So I went to his office, and he was
4  sitting in a chair, and I stood right next to
5  him.  Then he started touching my body.  He put
6  his finger in my butt.  So I just left.  I
7  thought it would be better for me to do the rest
8  of the year with my shoes in that state.  He
9  didn't accept.
10       MR. STEWART:  He didn't accept --
11       THE TRANSLATOR:  He didn't accept when
12 he put his finger in his --
13       MR. STEWART:  Okay.
14       MR. CERRETA:  Can we go off the record
15 for a few seconds?
16       MR. STEWART:  Please.
17       THE VIDEOGRAPHER:  Going off the
18 record.  The time is 2:31.
19       (Pause.)
20       THE VIDEOGRAPHER:  Back on the record.
21 The time is 2:32.
22 BY MR. CERRETA:
23   Q.   Mr. Lecenat, am I right that you had
24 previously received some shoes from PPT that
25 time you went to the house at Bel Air?  Am I

Page 108

1  right about that?
2    A.   That was for me to do my First
3  Communion.
4    Q.   Right.
5        Were these the same shoes now after
6  the First Communion that had become worn out in
7  the intervening period?
8        THE TRANSLATOR:  That had come worn
9  out?
10   Q.   Were these the First Communion shoes,
11 the shoes that you were telling us about, that
12 had become worn out?
13   A.   Yes.
14   Q.   So when you went to Douglas's office,
15 was he expecting you, or did you go there kind
16 of without an appointment?
17   A.   He wasn't -- his off -- he was going
18 to his office.  When he came to the yard I asked
19 the teacher for permission to go see him in his
20 office.
21   Q.   Were you in this teacher's class at
22 the time, is that why you needed to ask this
23 particular teacher?
24   A.   Yes, I was in the room.
25   Q.   Do you remember the name of this

Page 109

1  teacher?
2    A.   I don't remember.
3    Q.   Do you remember what time of day it
4  was?
5    A.   No.
6    Q.   So did you -- strike that.
7        How far did you have to walk from the
8  class that you were in to Douglas's office?
9    A.   There's a big distance, quite a
10 distance.  I don't remember.
11   Q.   Did you knock at the door when you
12 arrived at his office?
13   A.   Yes.
14   Q.   And did he then say "come in," or
15 something like that?
16   A.   Yes.
17   Q.   Was this the first time that you two
18 had been alone together since the previous
19 incident at Rival?
20   A.   Yes.
21   Q.   Were you at all concerned going into
22 the office based on your previous experience at
23 Rival?
24   A.   Yes.
25   Q.   So what did you say to Douglas when

28 (Pages 106 to 109)

Confidential - Subject to Further Confidentiality Review

Page 110

1  you walked in?
2      A.   My -- the things were -- had holes in
3  them, so I went to him for money so I could buy
4  new ones.  Then he started touching my body and
5  touching my butt.  I left right away.  I said
6  I'd rather stay the way I am with my shoes in
7  the way they are rather -- and I did not accept
8  to do that.
9      Q.   So when you --
10         THE TRANSLATOR:  Instead of "he
11  touched my butt," "he put his finger in my
12  butt."
13      Q.   So when you came in and asked for the
14  new shoes, did Douglas say anything before he
15  approached you and touched your body?
16      A.   No.
17      Q.   Okay.  So was Douglas sitting down in
18  a chair when you first walked into the office?
19      A.   Yes.
20      Q.   And then after you asked him the
21  question about the shoes, and he approaches you,
22  how much time passed between you asking the
23  question and him getting to you and touching
24  you?
25         MR. STEWART:  Objection.

Page 111

1      A.   I went in, and I was standing in front
2  of him, and right away he came up to me and he
3  started touching my body and putting his finger
4  in my butt hole, and I left.  I thought I would
5  rather do the rest of the year with my shoes
6  like that, and I just left.  And I wasn't -- I
7  didn't agree.
8  BY MR. CERRETA:
9      Q.   When you say he touched your body,
10  where did he first touch your body?
11      A.   On my body.  All over my body.  And
12  then he put his fingers in my butt hole, and
13  then I left.  I said I'd rather do the rest of
14  the year with my -- the holes in my shoes.  I
15  didn't agree.
16      Q.   When he first approached you and
17  touched you, do you remember which body part he
18  touched first?
19         MR. STEWART:  Objection.
20      A.   I don't remember.
21  BY MR. CERRETA:
22      Q.   When you said that he touched all over
23  your body, can you describe specifically which
24  portions of your body he was touching?
25      A.   My body he was touching.  I don't

Page 112

1  remember the part of my body.  He was touching
2  all my body.
3      Q.   Do you have any specific recollection
4  of him touching your chest?
5      A.   All my body.  He touched all my body.
6      Q.   Did he ever touch your genitals?
7         MR. STEWART:  Objection.
8      A.   All my body.  All my body.  And then
9  he put his finger in my butt, and then I didn't
10  accept, so I left.
11  BY MR. CERRETA:
12      Q.   When you say all your body, did he
13  touch your head, for example?  Is that one of
14  the body parts that he touched?
15         MR. STEWART:  Objection.
16      A.   He didn't touch my head, but he
17  touched all my body, all my body parts.
18  BY MR. CERRETA:
19      Q.   How about your legs, was he touching
20  your legs during this time?
21         MR. STEWART:  Objection.
22      A.   No.
23  BY MR. CERRETA:
24      Q.   Your feet, did he touch your feet?
25         MR. STEWART:  Objection.

Page 113

1      A.   I was in front of him, he was sitting,
2  so all my body.
3  BY MR. CERRETA:
4      Q.   How about your feet?
5         MR. STEWART:  Objection.
6      A.   I was standing, he was sitting, so no.
7  BY MR. CERRETA:
8      Q.   Did he ever touch your penis?
9         MR. STEWART:  Objection.
10      A.   No.
11  BY MR. CERRETA:
12      Q.   When he put his fingers in your butt,
13  did he do that over your pants, or under?
14         MR. STEWART:  Objection.
15      A.   My uniform pants, I had them on.
16  BY MR. CERRETA:
17      Q.   How long did he have his fingers in
18  your butt before you got out of there?
19         MR. STEWART:  Objection.
20      A.   I don't remember.  He spent longer
21  than the first time, but I don't remember.
22  BY MR. CERRETA:
23      Q.   Did you say anything to him when he
24  was doing this?
25         MR. STEWART:  Objection.

29 (Pages 110 to 113)

Confidential - Subject to Further Confidentiality Review

Page 114

1    A.  I just told him I don't accept, I
2  don't agree.
3  BY MR. CERRETA:
4    Q.  Did he say anything?
5    A.  He said that he wasn't giving me any
6  money to buy the shoes because I don't want to
7  do what he wants me to do.
8    Q.  Did he say anything else besides that?
9    A.  No.
10   Q.  What did his office look like?
11   A.  There's a window, there's a sofa,
12 there's a desk, there's a chair, there are
13 pictures glued on the wall.  These are pictures
14 that when Mrs. Carter and Father Paul -- they
15 are in those pictures, too.  These are group
16 photos we take when white people come, and they
17 are glued to the wall.
18   Q.  When you came in, where was Douglas
19 sitting in the office?
20     MR. STEWART:  Excuse me.  Glued or
21 taped?
22     THE TRANSLATOR:  It's glued.
23     MR. STEWART:  Thank you.
24     THE TRANSLATOR:  But --
25     MR. STEWART:  It's okay.

Page 115

1    A.  He was sitting in a chair in the
2  office.
3  BY MR. CERRETA:
4    Q.  Do I have it right that there was both
5  a desk chair and a sofa?
6    A.  Yes.
7    Q.  So was he behind his desk in the desk
8  chair?
9    A.  Well, no, he can pull the chair, and
10 put it wherever he wants to.
11   Q.  Where was it when you walked in?
12   A.  Well, the chair was not in the middle
13 of the room.  It was on the side.  I was
14 standing right next to Douglas, and to the
15 chair, too.
16   Q.  What did you do after you left the
17 office?
18   A.  I left, went back to the classroom.
19   Q.  Was that the same classroom from which
20 you had come?
21   A.  Yes.
22   Q.  That day, did you tell anyone what had
23 happened?
24   A.  No.
25   Q.  When was the first time you told

Page 116

1  someone about either the first or the second
2  time?
3      MR. STEWART:  Objection.
4    To the extent that it asks him to
5  reveal any conversations he had with his
6  attorneys, I'm instructing him not to answer.
7  To the extent that he can answer without
8  revealing any conversations between his
9  attorneys, he may do so.
10     MR. CERRETA:  Maybe I can just
11 rephrase.
12     MR. STEWART:  Please.
13 BY MR. CERRETA:
14   Q.  Between that day of the second
15 incident and the day you put your name on Jean
16 Charles' list, did you tell anyone about what
17 had happened in either of these incidents?
18     MS. XIA:  It's not Jean Charles.
19     MR. CERRETA:  Jean Gary.  I apologize.
20   A.  No.
21 BY MR. CERRETA:
22   Q.  Why didn't you tell anyone?
23   A.  Because they were things that were
24 personal.
25   Q.  Were you afraid of Douglas, is that

Page 117

1  part of the reason why you didn't tell anyone?
2    A.  Yes.
3    Q.  What did you think Douglas would do if
4  you told someone?
5    A.  He would have thrown me out.  At that
6  time he was managing the Village.  If I told
7  anyone about it he would throw me out.  That
8  would have been worse for me, I wouldn't have
9  anyplace to go to.
10   Q.  Have you ever spoken with any of the
11 staff or faculty at PPT about what Douglas did
12 to you?
13   A.  No, I've never spoke to anyone.
14   Q.  Mr. Lecenat, I'm just going to read to
15 you from one of your answers to the
16 interrogatories.  I'm going to read the English
17 translation.  I'm at Page 9, number 26.  A
18 part -- just a part of this answer says that,
19 quote, "The staff knew because people wrote
20 Douglas is a faggot on the walls before Douglas
21 left.  I believe Robinson and Margarette Joseph
22 knew before people wrote on the wall."
23     MR. STEWART:  I'm marking that, for
24 the record, that paragraph on Exhibit Number 2
25 in the English version and showing it to the

30 (Pages 114 to 117)

Confidential - Subject to Further Confidentiality Review

Page 118

1   translator.  Those are my marks on there.
2        MR. CERRETA:  That's fine.
3        MR. STEWART:  I don't know if you
4   prefer to read it in the Creole.
5        THE TRANSLATOR:  I'm going to say what
6   he said first.
7     A.  Yes.
8   BY MR. CERRETA:
9     Q.  Do you remember giving that answer to
10  the interrogatory?
11    A.  Yes.
12    Q.  Why is it that you believe Robinson
13  and Margarette Joseph knew before people wrote
14  on the wall?
15    A.  According to how they saw -- because
16  of the way they saw Douglas behave with some of
17  the children, there were some that he liked
18  more, those he was mistreating more, and they
19  were afraid of losing their job, that's why they
20  didn't say anything.
21    Q.  Aside from those personal
22  observations, was there any other reason why you
23  believe that?
24    A.  No.
25    Q.  Other than your attorneys, have you

Page 119

1   told anyone else about what Douglas did to you?
2     A.  No.
3     Q.  Has anybody else from PPT ever told
4   you about abuse that they suffered?
5     A.  No.
6     Q.  When Douglas abused you the first time
7   at Rival, had you ever had a sexual experience
8   prior to that?
9        MR. STEWART:  Objection.
10       I'm just going to add that's a
11  harassing question, and I hope we don't go too
12  far down this road.
13       MR. BABBITT:  I'm sorry, I can't hear
14  you.
15       MR. STEWART:  It's a harassing
16  question to ask.  It implies that there's --
17  it's harassing.  I hope we don't go too far down
18  the road.  Go ahead.
19       THE TRANSLATOR:  Do you want me to
20  translate that?
21       MR. STEWART:  No.  Just translate what
22  he asked, obviously.
23       THE TRANSLATOR:  I did.
24       MR. STEWART:  Not my objection.  My
25  objection is just for the record.

Page 120

1     A.  If I had already done it, I would have
2   accepted it with Douglas.
3        MR. STEWART:  I think he's saying if
4   he was gay.
5        MR. CERRETA:  All right.  Do you mind
6   if we take a five minute break?
7        MR. STEWART:  No, I don't.  Thank you.
8        THE VIDEOGRAPHER:  Going off the
9   record.  The time is 3:01.
10       (Whereupon, a recess was taken.)
11       THE VIDEOGRAPHER:  Back on the record.
12  The time is 3:17.
13  BY MR. CERRETA:
14    Q.  Mr. Lecenat, before the first incident
15  with Douglas, had you ever had a sexual
16  experience with a girl?
17       MR. STEWART:  Objection.
18    A.  Earlier I did not understand your
19  question.  I thought you were asking me if I had
20  sex, sexual relations with a man, if I -- that's
21  why I said if I had done it I would have
22  accepted with Douglas.
23  BY MR. CERRETA:
24    Q.  I was just wondering if, prior to that
25  time of that first incident, if you had ever had

Page 121

1   a sexual experience with a girl.
2        MR. STEWART:  Same objection.
3     A.  Mm-hmm.
4        THE TRANSLATOR:  He said mm-hmm.
5   BY MR. CERRETA:
6     Q.  Is that a yes?
7     A.  Yes.
8     Q.  How many sexual experiences had you
9   had with girls before the incident?
10       MR. STEWART:  Objection.
11       THE TRANSLATOR:  How many times have
12  you had sexual experiences with --
13  BY MR. CERRETA:
14    Q.  How many sexual experiences had you
15  had with girls before the incident?
16    A.  I don't know.
17    Q.  Do you know how many different girls
18  you had been with before the incident?
19       MR. STEWART:  Objection.
20    A.  No.
21  BY MR. CERRETA:
22    Q.  In this case, Mr. Lecenat, you're
23  claiming that what Douglas did to you injured
24  you.  Am I right about that?
25    A.  A lot.

31 (Pages 118 to 121)

Confidential - Subject to Further Confidentiality Review

Page 122

1    Q.   Would you tell me how these
2  experiences with Douglas has affected you?
3        MR. STEWART:  Objection.
4    A.   This really hurt me.  I felt like
5  someone who was an outcast.  It's like a car, a
6  defenseless car running around everywhere and
7  that is hitting everybody on its way and that is
8  completely destroyed, a boat that goes from
9  island to island and is involved in a shipwreck,
10 and it's like I'm stabbed with a knife through
11 my heart, what Douglas did to me.  I have small
12 nephews, and that's why I'm protecting them, so
13 that what Douglas did to me never happens to
14 them.
15 BY MR. CERRETA:
16   Q.   Can you tell me what specifically --
17 what specific effects the abuse has had on your
18 life?
19   A.   Yes.
20   Q.   Would you tell me?
21   A.   I feel I'm a outcast from society.  I
22 have no more hope in life.  Because of what
23 happened to me I can't be at ease when I'm in
24 the street.  I have -- because everybody is
25 calling me Douglas's wife.  I have no more hope.

Page 123

1  It's like I was stabbed in the heart.  I'm like
2  a defenseless car running amuck, a boat that
3  goes from island to island that is shipwrecked.
4  Sometimes I drink alcohol without knowing any --
5  without even noticing it.
6    Q.   Before the abuse by Douglas, had you
7  ever had alcohol?
8    A.   No, I had never -- I never drank
9  alcohol.  After this thing, I started drinking
10 alcohol.
11   Q.   How often do you drink alcohol now?
12   A.   I don't remember.
13   Q.   On average in a typical week, how many
14 drinks do you have?
15   A.   I don't remember.  I don't remember.
16   Q.   Would you say that you have more than
17 one drink a day on the average, or something
18 less than that?
19       MR. STEWART:  Objection.
20   A.   When I'm drinking, I never have the
21 chance of knowing how much I drink.  I just
22 drink.
23 BY MR. CERRETA:
24   Q.   So am I right that on the instances
25 that you do drink, you drink to excess, is that

Page 124

1  a fair characterization?
2        MR. STEWART:  Objection.
3    A.   Yes.
4  BY MR. CERRETA:
5    Q.   But can you estimate for me how
6  frequently that is?
7    A.   I don't remember.
8    Q.   How long after the incidence of abuse
9  by Douglas did you start drinking alcohol?
10   A.   I don't remember.
11   Q.   Are you able to remember when the
12 first time was you had a drink?
13       MR. STEWART:  Objection.
14   A.   No.
15 BY MR. CERRETA:
16   Q.   Besides alcohol, what other problems
17 do you attribute to the abuse by Douglas?
18   A.   Douglas killed my future.  I don't
19 have any more future.  I don't have a future
20 anymore.
21   Q.   What makes you say that, that you
22 don't have a future?
23   A.   I don't see hope anywhere anymore.
24   Q.   Do you think that if Douglas didn't
25 abuse you, you would have more hope?

Page 125

1    A.   A lot.
2    Q.   Any other symptoms or problems that
3  you think are attributable to what you
4  experienced with Douglas?
5    A.   Yes.
6    Q.   What are those?
7    A.   Sometimes I just stay like that, and
8  my head for one full month is hurting because of
9  what he did.
10   Q.   So do you have frequent headaches?  Is
11 that right?
12   A.   Yes.
13   Q.   Did you used to get headaches before
14 the abuse?
15   A.   No.
16   Q.   How often do these headaches come?
17   A.   I don't remember.
18   Q.   Any other injuries or problems that
19 you attribute to the abuse by Douglas?
20       MR. STEWART:  Objection.
21   A.   Yes.
22 BY MR. CERRETA:
23   Q.   Okay.  What are those?
24   A.   He made me -- he ruined my life.  All
25 my life he ruined.

32 (Pages 122 to 125)

Confidential - Subject to Further Confidentiality Review

---

Page 126

1    Q.   How did he ruin it?
2         MR. STEWART:  Objection.
3    BY MR. CERRETA:
4    Q.   You had mentioned that sometimes in
5    the streets people call you Madam Douglas.  Do I
6    have that right?
7         THE TRANSLATOR:  Douglas's wife?
8    Q.   Douglas's wife, is that right?
9         THE TRANSLATOR:  No.  Madame Douglas
10   for me, it's not -- you say people in the
11   streets call you?
12   A.   Yeah, because sometimes I have to stay
13   in my house, in the house, because the other
14   kids calling me Douglas's woman.
15   Q.   How often does this happen, that
16   people call you Douglas's woman?
17   A.   I don't remember.
18   Q.   Are these all people that you know?
19        MR. STEWART:  Objection.
20   A.   There are people I don't even know.
21   Sometimes I just go by and then I see people
22   pointing their fingers at me, people I don't
23   even know.
24   BY MR. CERRETA:
25   Q.   How do these people know, if you know?

---

Page 127

1         MR. STEWART:  Objection.
2    BY MR. CERRETA:
3    Q.   Do you know how these people associate
4    you with Douglas?
5         MR. STEWART:  Objection.
6    A.   Because if you at the Village, because
7    of what happened at the Village, if they know
8    you were there they would call you Douglas's
9    woman.
10   BY MR. CERRETA:
11   Q.   In your experience, do the other
12   people who were students at the Village also
13   have this problem with being called names?
14        MR. STEWART:  Objection.
15        THE TRANSLATOR:  Can you repeat the
16   question, please?
17   BY MR. CERRETA:
18   Q.   I'm just wondering if you've seen
19   others who were students at the Village
20   experience similar taunts.
21        MR. STEWART:  Objection.
22   A.   I don't know.
23   BY MR. CERRETA:
24   Q.   Are there any other injuries that you
25   attribute to your experience of abuse by

---

Page 128

1    Douglas?
2         MR. STEWART:  Objection.
3    A.   I said the problems already.
4    BY MR. CERRETA:
5    Q.   Okay.  I think way back at the
6    beginning of the day, if I'm remembering it
7    correctly, did you say that you've had some
8    trouble getting work due to your association
9    with Douglas?
10        MR. STEWART:  I just object to the
11   question.
12   A.   Yes, because of the young men, kids
13   who -- they want to get my job, so they tell me
14   "you're Douglas's woman" so I can leave.  Since
15   I don't feel comfortable, I just leave the job.
16   BY MR. CERRETA:
17   Q.   So have there been times when you've
18   gotten work, but left due to harassment at the
19   job site?
20        MR. STEWART:  Objection.
21   A.   Yes.
22   BY MR. CERRETA:
23   Q.   When did you first start doing masonry
24   work?
25   A.   I don't remember.

---

Page 129

1    Q.   Was it before or after you were a
2    student at PPT that you first started?
3         MR. STEWART:  Objection.
4    A.   I don't remember.
5    BY MR. CERRETA:
6    Q.   Okay.  Have there been any times that
7    you have been turned down for jobs because of
8    people's perceptions about your experiences with
9    Douglas?
10        MR. STEWART:  Objection.
11   A.   I don't understand the question.
12   BY MR. CERRETA:
13   Q.   Really what I'm wondering is if one of
14   the injuries that you're claiming in this case
15   is that Douglas's abuse has affected your
16   ability to find work.
17        MR. STEWART:  Objection.
18   A.   It's not only to find work.  It's my
19   entire life that he blocked.
20   BY MR. CERRETA:
21   Q.   But is the -- is one of those problems
22   the ability to find work?
23   A.   I don't understand.
24   Q.   Have you ever been turned down for a
25   job because people think you're Douglas's woman,

---

33 (Pages 126 to 129)

Confidential - Subject to Further Confidentiality Review

Page 130

1  or something like that?
2      MR. STEWART:  Objection.
3      A.  I was working, I left the job, and
4  there's no place for me to find work.  I'm not
5  working right now.
6  BY MR. CERRETA:
7      Q.  Do you think that you would have
8  better luck finding work if you had not been
9  abused by Douglas?
10     A.  A lot.
11     Q.  Why do you think that?
12     A.  Because it's people who harmed me, the
13 reason -- it's because people are teasing me
14 that I cannot -- about Douglas that I cannot
15 find work.
16     Q.  So when you go to find work, have
17 there been times when you've been teased and
18 refused a job?
19     A.  No, it's not people who refuse to give
20 me the job, who tease me, it's when I'm walking
21 the street everybody is calling me Douglas's
22 woman.
23     Q.  So how does that affect your ability
24 to work?
25     A.  I don't understand the question.

Page 131

1      Q.  What effect does the teasing of the
2  people of the streets have on your ability to
3  find work?
4      MR. STEWART:  Objection.
5      A.  The only thing, why I'm not -- I
6  didn't commit suicide, it's because it would be
7  a bigger sin, God does not want this.  That's
8  why I'm still here.
9  BY MR. CERRETA:
10     Q.  Does the teasing on the streets, has
11 that given you suicidal thoughts?
12     MR. STEWART:  Objection.
13     A.  That's not the only reason why.  It's
14 when -- every time I think about that, what
15 happened to me.
16 BY MR. CERRETA:
17     Q.  Have you ever been to a therapist to
18 talk about the emotional problems you've had as
19 a result of the abuse?
20     MR. STEWART:  Objection.
21     A.  I don't understand the question.
22 BY MR. CERRETA:
23     Q.  Have you ever been to any doctor for
24 treatment for the injuries you suffered --
25     MR. STEWART:  Objection.

Page 132

1  BY MR. CERRETA:
2      Q.  -- from the abuse?
3      A.  I could have gone, but since I didn't
4  have any means, I'm forced to stay the way I am.
5      Q.  Do you know a Joseph Jean Pierre?
6      A.  Yes.
7      Q.  Did you ever see Douglas touch him or
8  do anything to him?
9      A.  I was with Joseph Jean Pierre, we were
10 standing there, we were talking about Douglas
11 had lost a radio inside the Village.  Because it
12 was close to the Village, Douglas came out and
13 decided to search our home, because it was close
14 to the Village, to see if we were the ones who
15 had stolen the radio.  And then while Joseph was
16 standing in front of me, he pinched his butt and
17 said "your butt is starting to be big."
18     Q.  Was this while you were a student at
19 the Village?
20     A.  Yes.
21     Q.  Did this happen at your house in Blue
22 Hills, is that where?
23     THE VIDEOGRAPHER:  Going off the
24 record.  The time is 3:49.
25     (Off the record discussion.)

Page 133

1      THE VIDEOGRAPHER:  Back on the record.
2  The time is 3:49.
3      A.  It was outside the Village, we were
4  outside, so we were home, and so he decided to
5  search the home of each one of us, and he did
6  that to Joseph in my presence.
7  BY MR. CERRETA:
8      Q.  Aside from that one incident, did you
9  ever see Douglas touch any of the other students
10 inappropriately?
11     A.  No.
12     MR. CERRETA:  That's all I have.
13 Thank you, Mr. Lecenat.
14     (Pause.)
15 BY MR. FOLKMAN:
16     Q.  Mr. Lecenat, did you ever see Father
17 Paul Carrier anywhere other than at the Village?
18     A.  Besides the Village, I saw Father Paul
19 in a Catholic Church in Blue Hills.
20     Q.  And what was he doing when you saw him
21 at that church?
22     A.  Then at that time, he was going to do
23 Communion.  He had the clothes, priestly clothes
24 on him, and he was going to celebrate Mass with
25 the father of that church, the priest of that

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

|  | Page 134 |
|---|---|

```
 1   church.
 2       Q.   Was Douglas Perlitz there?
 3       A.   Yes.
 4       Q.   Did you take Communion?
 5       A.   Yes.
 6       Q.   Was this your First Communion?
 7       A.   Yes.
 8       Q.   And there was a priest from the local
 9   parish there?
10       A.   Yes.
11       Q.   Do you know the name of that priest?
12       A.   Yes.
13       Q.   What is his name?
14       A.   Eddie Eustache.
15            THE TRANSLATOR:  E-U-S-T-A-C-H-E.
16       Q.   Is Father Eustache the parish priest
17   at that church today?
18            MR. STEWART:  Objection.
19       A.   No.
20   BY MR. FOLKMAN:
21       Q.   Aside from the occasion when you saw
22   Father Carrier and another priest at your First
23   Communion at that church, did you ever see
24   Father Carrier anywhere else outside of the
25   Village?
```

|  | Page 135 |
|---|---|

```
 1       A.   No, I just saw him at the Village.
 2       Q.   When was the last time you asked
 3   someone for a job?
 4            MR. STEWART:  Objection.
 5       A.   I don't remember.
 6   BY MR. FOLKMAN:
 7       Q.   Was it more than a year ago, can you
 8   say?
 9            MR. STEWART:  Objection.
10       A.   I don't know.
11   BY MR. FOLKMAN:
12       Q.   How many times have you asked someone
13   for a job?
14       A.   I don't remember.
15       Q.   Have you ever asked anybody for a job?
16       A.   I don't understand the question.
17       Q.   Well, you told us today that you
18   worked for a man who was building a house.
19       A.   Yes.
20       Q.   And so you asked him for a job?
21       A.   It's not a job.  I just work a few
22   days.  That's not a job.
23       Q.   Was he paying you?
24       A.   Yes, 250 gourdes a day.
25       Q.   For a few days?
```

|  | Page 136 |
|---|---|

```
 1       A.   Yes.
 2       Q.   And aside from that time, have you
 3   ever worked for anybody else for money?
 4       A.   No.  I can't find -- I've never found
 5   work besides that, because everybody is calling
 6   me Douglas's wife everywhere in the street.
 7       Q.   What have you done to find work?
 8            THE TRANSLATOR:  I'm sorry?
 9       Q.   What have you done to find work?
10       A.   I didn't do anything.
11       Q.   Do you wash cars in the street?
12       A.   Yes.
13       Q.   And you get paid for that?
14       A.   Yeah, I wash cars, sometimes they give
15   you 50 gourdes for that, but that won't even buy
16   you food.  But since this is all I have for the
17   time being, that's what I do.
18       Q.   And aside from washing cars, is there
19   anything else that you do for money?
20       A.   No.  It's just when I mix the cement,
21   I make the cement, but besides that there's
22   nothing else.
23       Q.   So I want to make sure I understand.
24            When you mix the cement, is that
25   something you've done more than once?
```

|  | Page 137 |
|---|---|

```
 1       A.   Several times.
 2       Q.   And do you get paid for that?
 3       A.   Yeah.
 4       Q.   How much do you get paid?
 5       A.   250 gourdes a day.
 6       Q.   And who are you working for when
 7   you're mixing cement?
 8       A.   For my own, for me, or for my family.
 9       Q.   Who is paying you when you're mixing
10   cement?
11       A.   The person who ask me to do the work.
12       Q.   Okay.  And who is that person?
13       A.   I don't know.
14       Q.   Okay.  Does that person call you
15   Douglas's woman?
16            MR. STEWART:  Objection.
17       A.   It's the other kids, those who are not
18   working, they're calling me this so that I can
19   leave my work so they can take it.
20   BY MR. FOLKMAN:
21       Q.   Okay.  And when these other people are
22   calling you Douglas's woman, then you stop
23   working because they say that to you?
24            MR. STEWART:  Objection.
25       A.   Yes.
```

35 (Pages 134 to 137)

Confidential - Subject to Further Confidentiality Review

Page 138

1    BY MR. FOLKMAN:
2        Q.   Okay.  Aside from mixing cement and
3    washing cars, what other jobs do you believe you
4    are qualified to do?
5        A.   Nothing else.
6        Q.   You said that Jean Gary has a house
7    now, right?
8            MR. STEWART:  Objection.
9        A.   Of course.
10   BY MR. FOLKMAN:
11       Q.   Do you know where he lives?
12           MR. STEWART:  Objection.
13       A.   No.
14   BY MR. FOLKMAN:
15       Q.   When was the last time you saw
16   Margarette Joseph?
17       A.   I don't remember.  I don't know.
18       Q.   Have you seen her since you filed this
19   lawsuit?
20           MR. STEWART:  Objection.
21       A.   No.
22   BY MR. FOLKMAN:
23       Q.   Have you ever discussed with her the
24   claims that you're bringing against Douglas
25   Perlitz?

Page 139

1            MR. STEWART:  Objection.
2        A.   I've never seen her, so I don't
3    discuss with her.
4    BY MR. FOLKMAN:
5        Q.   When was the last time you saw Marisse
6    Pierre?
7            MR. STEWART:  Objection.
8            THE TRANSLATOR:  Louis?
9            MR. FOLKMAN:  Marisse, woman's name,
10   Marisse.
11       A.   I don't understand.
12   BY MR. FOLKMAN:
13       Q.   Do you know someone named Marisse
14   Pierre?
15       A.   I don't know.
16       Q.   You said earlier that you had used
17   some of the $300 that Cyrus Sibert had given you
18   to go to see a doctor.  Do you remember that?
19       A.   Yeah.  He gave me the money, it's when
20   my head hurts, then -- but the rest of the money
21   I gave to my family so they could prepare food.
22       Q.   When your head was hurting, was that
23   because of what Douglas Perlitz had done to you?
24           MR. STEWART:  Objection.
25       A.   I don't know.  I don't know about

Page 140

1    that.  But I was just one day like that hanging
2    out, and then my head hurt, so I went to Cyrus
3    and he gave me $100, and I bought food with it,
4    and I gave some of the money to my family.
5    BY MR. FOLKMAN:
6        Q.   And you went to see the doctor?
7        A.   Yes.
8        Q.   And this happened one time, or more
9    than one time?
10           MR. STEWART:  Objection.
11       A.   I don't remember.
12   BY MR. FOLKMAN:
13       Q.   You said that you had heard Douglas
14   saying to the group of kids in the Village that
15   Father Carrier and Hope Carter were the bosses.
16           Do you remember that?
17       A.   It's not that I heard.  I was present.
18   He used to tell us that.
19       Q.   Right.
20           And did he tell you that more than
21   once?
22       A.   I don't know, but Douglas used to tell
23   us that he was under the orders of Madame Carter
24   and Father Paul.  That's what he told us.
25       Q.   Okay.  And you know he told you that

Page 141

1    once, and you don't know for sure whether he
2    told you it more than once, is that fair?
3            MR. STEWART:  Objection.
4        A.   I don't remember.
5    BY MR. FOLKMAN:
6        Q.   What other kind of things would
7    Douglas Perlitz tell the group when the whole
8    group was together?
9            MR. STEWART:  Objection.
10           MR. FOLKMAN:  What's the basis of the
11   objection?
12           MR. STEWART:  It's overly broad.  What
13   else did he tell them?  Did he tell them about
14   Jesus?  Did he tell them about Pere Paul?  Did
15   he tell them about Madame Carter?  Did he tell
16   them about math?  Did he tell them about
17   reading?  Did he tell them about soccer, his
18   favorite team?  That's what you want to know,
19   every conversation he had?
20           MR. FOLKMAN:  I'll rephrase.
21   BY MR. FOLKMAN:
22       Q.   Do you remember other things that
23   Douglas Perlitz told the group of kids when they
24   were together?
25           MR. STEWART:  Same objection.

36 (Pages 138 to 141)

Confidential - Subject to Further Confidentiality Review

Page 142

1    A.  I don't remember.
2         MR. FOLKMAN:  I have no more
3    questions.
4         MR. STEWART:  Are you okay?  Do you
5    want to keep going?  Do you want to take a
6    break?
7         THE WITNESS:  I'm okay.
8    BY MR. KENNEDY:
9    Q.   Good afternoon, Mr. Lecenat.  My name
10   is Jeff Kennedy, I represent Hope Carter.
11        You've been asked a lot of questions
12   this afternoon, so I'm going to actually be
13   jumping around a little on my questioning.
14        Sir, how did you get here from Haiti
15   for your deposition?
16   A.   In a car.
17   Q.   And did you drive the car, sir?
18   A.   There were a group of people inside a
19   car.
20   Q.   Who was in the car, sir?
21   A.   A lot of passengers.
22   Q.   And who were these passengers, sir?
23        MR. STEWART:  Objection.
24   A.   I don't know.
25   BY MR. KENNEDY:

Page 143

1    Q.   Was it a bus, sir?
2    A.   It's the Caribbean bus, Caribbean
3    Tour.
4    Q.   So you came on a Caribbean Tour bus,
5    sir?
6    A.   Yes.
7    Q.   Who did you come with, sir?
8    A.   The five of us, we were five people
9    inside, we all came here.
10   Q.   Which five people, sir?
11   A.   Myself, Emile Jean Pierre, Ilguens,
12   Kensley, and Mathieu.
13   Q.   Who is Mathieu, sir?
14   A.   Cyrus was already in the Dominican
15   Republic, and he said to go to Mathieu and meet
16   with him.
17   Q.   Does Mathieu work with Cyrus?
18        MR. STEWART:  Objection.
19   A.   I don't know.
20   BY MR. KENNEDY:
21   Q.   Who paid for your bus ticket, sir?
22        MR. STEWART:  Objection.
23   A.   I don't know.
24   BY MR. KENNEDY:
25   Q.   Do you know if Cyrus did, sir?

Page 144

1         MR. STEWART:  Objection.
2    A.   I don't know.
3    BY MR. KENNEDY:
4    Q.   And how long was the bus ride from
5    Haiti to the Dominican Republic, sir?
6         MR. STEWART:  Objection.
7    A.   I don't remember.
8    BY MR. KENNEDY:
9    Q.   Is it more than two hours, sir?
10   A.   I don't remember.
11   Q.   Did you sit on the -- I'm sorry.
12        Did you sit next to Emile Jean Pierre
13   or Kensley or Mr. Ilguens on the bus, sir?
14        THE TRANSLATOR:  Mr. Ilguens.
15        MR. KENNEDY:  Ilguens, I believe it
16   is.
17   A.   No, we were each in a different row.
18   BY MR. KENNEDY:
19   Q.   Did you speak -- I'm sorry, strike
20   that.  I'm sorry.
21        Now, are you aware, sir, that those
22   other individuals, besides Mathieu, are coming
23   here to have their deposition taken as well?
24   A.   Of course.
25   Q.   And did you discuss the deposition

Page 145

1    with any of those individuals, sir?
2    A.   No.
3    Q.   Did you discuss the lawsuits in any
4    way with those individuals, sir?
5         THE TRANSLATOR:  With these
6    individuals?
7         MR. KENNEDY:  Yes.
8    A.   No.
9    Q.   And, sir, you're staying here at the
10   Barcelo hotel, sir?
11   A.   Of course.  I'm here.  I'm coming from
12   Haiti.
13   Q.   Okay.  And how long have you been
14   here, sir?
15        MR. STEWART:  Objection.
16   A.   I don't remember.
17   BY MR. KENNEDY:
18   Q.   Is it more than two days, sir?
19   A.   I don't remember.
20   Q.   Okay.  And are you sharing a room with
21   anybody, sir?
22   A.   Yes.
23   Q.   Who are you sharing a room with, sir?
24   A.   I don't understand.  Kensley.
25   Q.   And have you and Kensley discussed

37 (Pages 142 to 145)

Confidential - Subject to Further Confidentiality Review

Page 146

```
 1   your lawsuits, sir?
 2       A.   No.
 3       Q.   Okay.  Now, since you've come to the
 4   Dominican Republic, sir, have you met with
 5   Cyrus?
 6       A.   I saw Cyrus when we went all the way
 7   up to Santiago, then I took a car, and I haven't
 8   -- and since then, I haven't seen him to talk or
 9   anything.  I haven't seen him.
10       Q.   Okay.  You went to Santiago first
11   before coming here, sir?
12       A.   We went to Santiago, that's where we
13   took the bus called Caribbean Tour to come here.
14       Q.   Okay.  But I thought you indicated
15   earlier, sir, that Cyrus was already in the
16   Dominican Republic, sir.
17           MR. STEWART:  Objection.
18       A.   That's where he was waiting for us.
19   BY MR. KENNEDY:
20       Q.   In Santiago?
21       A.   Yeah.  He was waiting for us at the
22   place -- the site where the Caribbean busses
23   stop, the first stop for the cars coming from
24   Haiti.
25       Q.   Okay.  And then did he drive you here,
```

Page 147

```
 1   sir?
 2           MR. STEWART:  Objection.
 3       A.   No, we just went in a car to come
 4   here.
 5   BY MR. KENNEDY:
 6       Q.   Okay.  Who drove that car, sir?
 7       A.   I don't know.
 8       Q.   And who was in that car, sir?
 9       A.   Myself, Ilguens, Kensley, Emile Jean
10   Pierre, and Mathieu.
11       Q.   Sir, do you know Mathieu's last name?
12       A.   No.
13       Q.   Had you ever met Mathieu before this
14   trip, sir?
15       A.   It's when we're coming here Mathieu
16   was waiting for us in the Dominican Republic, he
17   was already there, and he was going to bring us.
18   He's the one who brought us.
19           THE TRANSLATOR:  Yes, that's what he
20   said.
21       Q.   I'm a little confused, sir.
22           You took the bus with Mathieu from
23   Haiti to the Dominican Republic, correct?
24       A.   Yes.
25       Q.   And then when you got to the Dominican
```

Page 148

```
 1   Republic, you met Cyrus, correct?
 2           THE TRANSLATOR:  When you got to the
 3   Dominican Republic --
 4       Q.   You met Cyrus, correct?
 5       A.   Yes, that's where he said he was going
 6   to wait for us.
 7       Q.   Okay.  And my question, sir, was,
 8   prior to taking the bus with Mathieu from Haiti
 9   to the Dominican Republic, had you ever met
10   Mathieu before?
11       A.   I've seen him several times.
12       Q.   Okay.  In what context have you seen
13   him, sir?
14           MR. STEWART:  Objection.
15       A.   I don't know.
16   BY MR. KENNEDY:
17       Q.   Did you see him in Haiti, sir?
18       A.   Who?
19       Q.   Mathieu.
20       A.   He's Haitian.  I saw him in Haiti.
21       Q.   Okay.  And did you discuss your
22   lawsuit with him, sir?
23       A.   No.
24       Q.   What did you discuss with him, sir?
25           MR. STEWART:  Objection.
```

Page 149

```
 1       A.   Nothing.  We were just listening to
 2   music and watching TV, and then we got here.
 3   BY MR. KENNEDY:
 4       Q.   Okay.  Sir --
 5           MR. KENNEDY:  Mike, can I see
 6   Exhibit 2?  Thanks.
 7   BY MR. KENNEDY:
 8       Q.   Sir, I'm going to show you what was
 9   previously marked as Exhibit 2.  I'll represent
10   to you these were answers that you gave to
11   Defendants' questions to you.
12           My question, sir, is, did Cyrus help
13   you answer these questions, sir?
14       A.   It's not Cyrus.  I had an interpreter
15   who was helping me understand.
16       Q.   Who is the interpreter, sir?
17           MR. STEWART:  I'm going to object,
18   because now you're -- I'm instructing him not to
19   answer any more questions about the legal team
20   that helped him to answer the questions.
21           MR. KENNEDY:  Let me see if I can
22   rephrase for you.
23           MR. STEWART:  You're asking who --
24           MR. KENNEDY:  Let's see if this will
25   do it.
```

38 (Pages 146 to 149)

Confidential - Subject to Further Confidentiality Review

Page 150

1  BY MR. KENNEDY:
2      Q.   Sir, was the interpreter any of your
3  attorneys?
4      A.   No.
5      Q.   Okay.  Then who was the interpreter,
6  sir?
7          MR. STEWART:  No, I'm going to object
8  and instruct him not to answer on the grounds
9  that you're seeking to invade attorney/client
10  privilege.
11         Just because the interpreter is not
12  one of his attorneys does not mean the
13  interpreter does not work for his attorneys or
14  is an agent of the attorneys, employed by the
15  attorneys to assist the attorneys.
16         MR. CERRETA:  Just to clarify, the
17  identity of the interpreter is privileged?
18         MR. STEWART:  Yes.  What do you need
19  to know for?
20         MR. FOLKMAN:  That's a different
21  question whether it's privileged.
22         MR. STEWART:  If they work for us, if
23  we have hired them to assist us, doesn't matter
24  who they were.  They're working for us to help
25  us prepare this case.  Doesn't matter who they

Page 151

1  are, they work for us.  Who is my secretary?
2  Doesn't matter, she works for me.
3          MR. FOLKMAN:  That's the position?
4          MR. STEWART:  That is the position.
5  BY MR. KENNEDY:
6      Q.   Sir, besides your attorneys, and I
7  don't want to know about any conversations
8  you've had with your attorneys, have you told
9  anyone else about Mr. Perlitz's abuse?
10         MR. STEWART:  Would you mind expanding
11  that to attorneys or anyone that works for his
12  attorneys?
13         MR. KENNEDY:  I'll leave it.  You can
14  put an objection.
15         MR. STEWART:  I'll object, and
16  instruct him not to answer as to any
17  conversations he had with his attorneys or
18  anyone working for his attorneys.
19         A.   No.
20  BY MR. KENNEDY:
21     Q.   Did you ever tell Jean Gary that you
22  were abused, sir?
23     A.   No.
24     Q.   Did you ever tell Cyrus you were
25  abused, sir?

Page 152

1      A.   No.
2      Q.   Did you ever tell your brother -- I'm
3  sorry, I'm going to mispronounce his name --
4  Geffrard you were ever abused, sir?
5      A.   No.
6      Q.   Did you ever tell any of your other
7  siblings you had been abused, sir?
8      A.   No.
9      Q.   Did you ever tell Margarette Joseph
10  you were abused, sir?
11     A.   No.
12     Q.   Sir, it's fair to say you can't speak
13  English?
14     A.   I don't speak English.  I speak
15  Creole.
16     Q.   So you can't understand when people
17  are speaking English, correct?
18     A.   No.
19     Q.   It's also fair to say you've never
20  spoken to Mrs. Carter?
21         MR. STEWART:  Objection.
22     A.   I don't speak English, so I can't
23  speak with Madame Carter.
24  BY MR. KENNEDY:
25     Q.   Okay.  And Madame Carter never taught

Page 153

1  you, did she, sir?
2          MR. STEWART:  Never what, sir?
3          MR. KENNEDY:  Taught.
4      A.   I don't speak English.  It's just -- I
5  never spoke to Madame Carter.  It's just when
6  she would come in, she would be with Douglas,
7  and they would walk together.  I never spoke to
8  her.
9  BY MR. KENNEDY:
10     Q.   Okay.  And I believe earlier you
11  indicated, sir, that you saw Douglas and
12  Mrs. Carter talking, is that correct, sir?
13     A.   Yeah, I saw them talking.
14     Q.   But you don't know what they were
15  talking about, do you, sir?
16     A.   I don't know.
17     Q.   Okay.  And that's because you don't
18  speak English, sir?
19         MR. STEWART:  Objection.
20     A.   Yes.
21  BY MR. KENNEDY:
22     Q.   Sir, can you describe Mrs. Carter for
23  me physically?
24     A.   Yes.
25     Q.   Please do, sir.

39 (Pages 150 to 153)

Confidential - Subject to Further Confidentiality Review

Page 154

1    A.   She's an old woman.  She has wrinkles
2  over her hands, arms.  She always puts pants
3  under her heart up here.  And she has a little
4  pocket around her waist.  She has glasses.
5        MR. FOLKMAN:  Is that more information
6  than you wanted, Jeff?
7  BY MR. KENNEDY:
8    Q.   Was she nice to the students, sir?
9        MR. STEWART:  Objection.
10   A.   I don't know.
11  BY MR. KENNEDY:
12   Q.   Okay.  Sir, what year did you get your
13  First Communion, sir?
14       THE TRANSLATOR:  What year did you get
15  your First --
16       MR. KENNEDY:  First Communion.  I'm
17  sorry.
18   A.   In 2006.
19   Q.   Sir, I apologize for jumping around.
20  Do you know where -- I believe her
21  name was Madam Junie lives?
22   A.   No.
23   Q.   Sir, what time of day do you claim
24  Mr. Perlitz abused you the first time that he
25  abused you, sir?

Page 155

1        MR. STEWART:  Objection.
2        MR. KENNEDY:  Fair enough.
3    A.   I don't remember.
4  BY MR. KENNEDY:
5    Q.   Okay.  Was it the morning, was it the
6  afternoon, or the evening, sir?
7    A.   I don't remember.  I don't remember.
8    Q.   Sir, do you have a clear memory of the
9  first time that Mr. Perlitz abused you?
10       MR. STEWART:  Objection.
11   A.   I don't remember.
12  BY MR. KENNEDY:
13   Q.   What about the second time, sir, do
14  you have a clear memory of the second time he
15  abused you?
16   A.   I don't understand the question.
17   Q.   I believe you testified before that
18  you claim that Mr. Perlitz abused you two times.
19   A.   Yes.
20   Q.   I'm trying to understand if you have a
21  clear memory of the second time that Mr. Perlitz
22  abused you.
23       MR. STEWART:  Objection.
24       MR. KENNEDY:  I'll try it again.
25  BY MR. KENNEDY:

Page 156

1    Q.   Sir, do you have a clear memory of the
2  second time that Mr. Perlitz abused you?
3    A.   Yes, I remember.
4        MR. STEWART:  Why don't we take a
5  break.
6        MS. XIA:  Do you need a break,
7  Nathalie?
8        MR. STEWART:  Let's take a short
9  break.
10       MR. KENNEDY:  Sure.
11       THE VIDEOGRAPHER:  Going off the
12  record.  The time is 4:33.
13       (Whereupon, a recess was taken.)
14       THE VIDEOGRAPHER:  Back on the record.
15  The time is 4:46.
16       MR. STEWART:  I don't think that was
17  clear about -- I think there was some confusion
18  about the phrase "clear memory."  I don't know
19  that that translates real well.  I just wanted
20  to -- you can do with that what you want.
21       MS. XIA:  It's better if it's a verb.
22       MR. STEWART:  I think you probably got
23  -- the first time I don't think he understood
24  what you were asking him.  I think the way -- my
25  understanding it has to be more of a "do you

Page 157

1  remember" --
2        MS. XIA:  Clearly.
3        MR. STEWART:  -- "clearly" as opposed
4  to "a clear memory."  It's just one of those
5  quirks in the language.  You do what you want
6  with it.
7        MR. KENNEDY:  I appreciate that.
8        MR. STEWART:  It's your deal.  That's
9  what I understand.
10       MR. KENNEDY:  Let me try that.
11       THE TRANSLATOR:  If it's any -- that's
12  how I translated it, as do you remember clearly,
13  do you remember clearly, instead of clear
14  memory.  If you could avoid nominalization and
15  go into --
16       MR. STEWART:  I don't know what that
17  means, so I can't avoid it because I have no
18  idea what you just said, so I don't know what
19  nominalization means.
20       THE TRANSLATOR:  Instead of having
21  nouns ending in I-O-N, complicated nouns, if you
22  could have -- instead focus on the verb.
23  Instead of "having a memory," "if you can
24  remember" would be better.
25  BY MR. KENNEDY:

40 (Pages 154 to 157)

Confidential - Subject to Further Confidentiality Review

Page 158

1    Q.   Sir, can you remember the second time
2  Mr. Perlitz abused you?
3    A.   Yes.
4    Q.   Sir, can you tell me in your own words
5  from beginning, middle, to end what occurred,
6  sir?
7        MR. STEWART:  Objection.
8    A.   I don't understand.
9  BY MR. KENNEDY:
10   Q.   Sir, what is your memory of that
11  event?
12   A.   I don't understand.  I don't
13  understand the question.
14   Q.   Sir, I believe you just indicated
15  before that you remember --
16       THE TRANSLATOR:  You?
17  BY MR. KENNEDY:
18   Q.   -- that you remember Mr. Perlitz
19  abused you a second time, correct?
20   A.   Yes.
21   Q.   Okay.  Tell me about that abuse, sir.
22   A.   I already gave all the details.
23   Q.   Okay.  Could you give them to me
24  again, sir?
25       MR. STEWART:  Objection.

Page 159

1    A.   I already gave the details.
2        MR. STEWART:  It's okay.  Just one
3  more time tell him what happened.  He's entitled
4  to ask, so just one more time tell him what
5  happened.
6    A.   I had shoes with holes in them, so I
7  went to Douglas.  I asked permission to the
8  teacher to go where he was.  I went to get some
9  money from him to buy shoes.
10       I went to Douglas's office.  I was
11  standing really close to him.  He started
12  touching me, and then I felt his fingers inside
13  my butt hole.  I was not -- I didn't agree with
14  that.  I thought I would rather stay like that
15  with my -- with the holes in my shoes.  I did
16  not accept to do this.
17  BY MR. KENNEDY:
18   Q.   Was there a door on Mr. Perlitz's --
19  door to Mr. Perlitz's office, sir?
20   A.   Yes.
21   Q.   When you arrived, was it open or
22  closed, sir?
23   A.   It was closed.  I knocked, and he told
24  me to come in.
25   Q.   Okay.  I believe you indicated before

Page 160

1  Douglas stayed in his chair, sir?
2    A.   Yes, he was sitting in a chair.
3    Q.   And Douglas never got up from the
4  chair, sir?
5    A.   No.  I was the only one standing.
6    Q.   Okay.  What about the door, sir, did
7  you close the door?
8    A.   Yeah.  But where I went in, I found it
9  closed, so I -- when I went in I found the door
10  closed, so when I went in I closed it behind me.
11   Q.   Okay.  Sir, besides the two times that
12  you claim Mr. Perlitz abused you, had you ever
13  been alone with Mr. Perlitz?
14       MR. STEWART:  Objection.
15   A.   No.
16  BY MR. KENNEDY:
17   Q.   Okay.  So, sir, is it fair to say that
18  the only two times you were alone with
19  Mr. Perlitz, he abused you?
20   A.   Yes.
21   Q.   Sir, before Mr. Perlitz abused you for
22  the first time, had you ever heard any rumors
23  that Mr. Perlitz had abused any other children?
24   A.   I've never heard that.  I had never
25  heard that.

Page 161

1    Q.   Okay.  Now, sir, you also testified
2  about Mr. Perlitz searching for a stolen radio,
3  is that correct, sir?
4    A.   Other kids had -- inside the Village,
5  they took it, and he was looking for it, he
6  searched the houses of all of us who were living
7  close to the Village.
8    Q.   Okay.  And I believe you indicated
9  that when Mr. Perlitz came to search your house,
10  that Joseph Jean Pierre was there, is that
11  correct?
12   A.   Yes.  Joseph Jean Pierre and I were
13  telling jokes.  Douglas came by and he pinched
14  his butt, and he said that his butt was getting
15  big.
16   Q.   Okay.  Sir, was that incident before
17  Mr. Perlitz -- before, I'm sorry, before you
18  claim Mr. Perlitz abused you for the first time?
19       MR. STEWART:  Objection.
20   A.   No.  He had abused me before.
21  BY MR. KENNEDY:
22   Q.   Okay.  So that incident happened after
23  you had been abused?
24   A.   Yes.
25   Q.   Okay.  Sir, since the two times that

41 (Pages 158 to 161)

Confidential - Subject to Further Confidentiality Review

Page 162

1    Mr. Perlitz abused you, have you had sexual
2    relations with a woman?
3        MR. STEWART: Objection.
4    A.   Yes.
5    BY MR. KENNEDY:
6    Q.   How many times, sir?
7        MR. STEWART: Objection.
8    A.   I don't remember.  I don't know.
9    BY MR. KENNEDY:
10   Q.   Is it more than five, sir?
11       MR. STEWART: Objection.
12   A.   I don't know.
13   Q.   Sir, how many times did you see
14   Mrs. Carter at the Village?
15   A.   I don't remember.
16   Q.   When you did see her, sir, what was
17   she doing?
18   A.   She used to come to bring a ball so we
19   could play.  She used to bring clothes so we
20   could play soccer and basketball.  She would
21   organize games inside so we could play.
22   Q.   Okay.  Sir, I'm going to turn your
23   attention back to Exhibit 2 for a moment.
24
25       Sir, do you believe Andy Schultheis

Page 163

1    knew that Douglas Perlitz abused you, sir?
2        MR. STEWART: Objection.
3    A.   I don't know.
4    BY MR. KENNEDY:
5    Q.   What about Robinson, sir, do you
6    believe Robinson knew that Douglas Perlitz
7    abused you, sir?
8    A.   I don't know.
9    Q.   Sir, do you know -- sir, do you
10   believe that Andy Schultheis knew that
11   Mr. Perlitz posed a risk --
12       MR. STEWART: Objection.
13       MR. KENNEDY:  Let me finish.
14   BY MR. KENNEDY:
15   Q.   -- to the children at PPT?
16       MR. STEWART:  Excuse me.
17       Objection.
18       THE TRANSLATOR:  Do you want me to
19   translate?
20       MR. KENNEDY:  Do you want me to
21   re-read it, and then he can object?
22       THE TRANSLATOR:  So you want me to
23   translate this?
24       MR. KENNEDY:  If you can.
25   A.   Yes.

Page 164

1    BY MR. KENNEDY:
2    Q.   Why do you believe that, sir?
3    A.   Because one day Andy was coming out
4    from Rue 13 center, he was coming to Bel Air, he
5    found a boy called Tabouta, and Tabouta was with
6    Douglas, and Andy was mad because Tabouta was
7    with Douglas.  And Tabouta explained to Andy
8    what happened, and Andy didn't want to stay in
9    Haiti, that's why he left.
10   Q.   Do you know what Tabouta told Andy
11   happened?
12   A.   He explained to Andy what Douglas had
13   done.  Tabouta explained to Andy what happened
14   to him, and that's when Douglas didn't accept
15   it, and that's when he decided to leave Haiti
16   and go back to his country.
17   Q.   And were you going to Rue 13 at that
18   time, sir?
19   A.   Yes.  I hadn't been sent to the
20   Village yet.  I was going to Rue 13.
21   Q.   Did Tabouta tell you this story, sir?
22   A.   Yeah, he explained to us what
23   happened.  That's what we knew.
24   Q.   When did he do that, sir?
25   A.   I don't remember.

Page 165

1    Q.   Was it before Mr. Perlitz abused you,
2    sir?
3    A.   Yeah, the time I was in Rue 13.
4    Q.   So Tabouta told you this story when
5    you were at Rue 13, sir?
6    A.   Not only me.  Several guys, several
7    kids.  He told that to several kids.
8    Q.   Who were the other kids?
9        MR. STEWART: Objection.
10   A.   I don't know.  I couldn't remember.
11   BY MR. KENNEDY:
12   Q.   Do you know what year Tabouta told you
13   this story, sir?
14   A.   I don't remember.
15   Q.   Did you speak to any of the Haitian
16   staff about what Tabouta told you, sir?
17   A.   No.
18   Q.   Did you speak to any of the American
19   volunteers about what Tabouta told you, sir?
20   A.   No.
21   Q.   Do you know Nick Preneta, sir?
22   A.   How?  What?
23   Q.   Do you know an individual named Nick
24   Preneta, sir?
25   A.   No.

42 (Pages 162 to 165)

Confidential - Subject to Further Confidentiality Review

Page 166

1    Q.   Okay.  Do you know an individual named
2   Jessica Lozier?
3    A.   I know Jessica, but I didn't know her
4   last name.
5    Q.   Did you ever speak to Jessica?
6    A.   I never told anything to Jessica.
7    Q.   Why not, sir?
8        MR. STEWART:  Objection.
9    A.   Mm-hmm.  It was -- this was a personal
10  matter.
11  BY MR. KENNEDY:
12   Q.   Did you ever tell Jessica what Tabouta
13  told you, sir?
14       MR. STEWART:  Objection.
15   A.   No.
16  BY MR. KENNEDY:
17   Q.   Sir, is Tabouta a nickname?
18   A.   No.  It's his nickname.  It's not his
19  real name.
20   Q.   Okay.  What's his real name, sir?
21   A.   I don't know his name.  I don't
22  remember.
23   Q.   Okay.  Did Tabouta eventually go to
24  the Village, sir?
25   A.   Several times they sent him to the

Page 167

1   Village, but he never stays.  Sometimes he comes
2   and goes, but he never stayed.  I don't know the
3   reason why.
4    Q.   Do you know what Tabouta claims
5   Douglas did to him, sir?
6    A.   I don't know.
7    Q.   Sir, what does the term "big chief"
8   mean to you?
9    A.   I don't know.
10   Q.   Have you ever used that term before?
11   A.   I don't do that.  I've never done
12  that.
13       MR. KENNEDY:  I have nothing further.
14  Thank you very much.
15  BY MS. KNIGHT:
16   Q.   Mr. Lecenat, my name is Lydia Knight.
17  I just have a few questions for you.
18       Are you aware that you're still under
19  oath to tell the truth?
20   A.   Yes.
21   Q.   I think you told us that at the
22  Village there were -- there was basketball and
23  football, is that right?
24   A.   Yes.
25   Q.   When you were at the Village, did you

Page 168

1   play basketball or football?
2    A.   Yes, I used to.
3    Q.   Did you play every day when you were
4   at the Village?
5    A.   No.
6    Q.   How often do you think you would play
7   basketball or football when you were at the
8   Village?
9    A.   I don't remember how many times.
10   Q.   Would you play maybe once a week?
11       MR. STEWART:  Objection.
12   A.   I don't remember.
13  BY MS. KNIGHT:
14   Q.   Do you play basketball and football
15  now?
16       MR. STEWART:  Objection.
17   A.   Now?
18  BY MS. KNIGHT:
19   Q.   Yes.
20   A.   No, I don't play.
21   Q.   Do you watch basketball or football?
22   A.   Yes.
23   Q.   Where do you like to watch?
24   A.   On television.
25   Q.   Do you watch on television at home, or

Page 169

1   do you go somewhere to watch?
2    A.   There's a place where they make people
3   pay so they can come in and watch.
4    Q.   And you go there?
5    A.   Yes.  When there are soccer matches, I
6   go see it there.
7    Q.   Do you go with anyone when you go
8   there?
9        MR. STEWART:  Objection.
10   A.   I myself only go there.
11  BY MS. KNIGHT:
12   Q.   You don't go with any of your brothers
13  or sisters that you live with now?
14   A.   I don't think they like soccer, but
15  I'm the only one to go.  I don't know if they go
16  see other -- see it in other places.
17   Q.   How often do you go watch soccer?
18   A.   I don't remember.
19   Q.   Do you have a favorite team?
20       MR. STEWART:  Objection.
21   A.   I like Brazil, when Brazil plays.
22  BY MS. KNIGHT:
23   Q.   How often -- sorry.  Strike that.
24       When you're not washing cars or
25  working with the cement, what else do you do

43 (Pages 166 to 169)

Confidential - Subject to Further Confidentiality Review

Page 170

1  besides watch soccer, for example?
2      A.   When if I'm not doing anything, when
3  there's no soccer match, then I just lie on my
4  bed.
5      Q.   Are there any other sports that you
6  like to watch?
7          MR. STEWART: Objection.
8      A.   No.
9  BY MS. KNIGHT:
10     Q.   How often do you think you wash cars
11 or do mason work?
12     A.   I don't remember how many times.
13     Q.   How much money do you think you make
14 in a week from doing the -- washing the cars or
15 the mason work?
16     A.   I don't know. I don't know how many
17 opportunities I will have to work in a week, so
18 I can't know how much money I will make.
19     Q.   So sometimes do you work once a week?
20     A.   Yeah.
21     Q.   And sometimes will you work more than
22 one time per week?
23     A.   I can't remember.
24     Q.   Sometimes do you work every day during
25 the week?

Page 171

1          MR. STEWART: Objection.
2      A.   I don't understand that question.
3  BY MS. KNIGHT:
4      Q.   Do you work every day during the week,
5  or have you worked every day during the week?
6          MR. STEWART: Objection.
7      A.   No.
8  BY MS. KNIGHT:
9      Q.   Do you have a girlfriend now?
10         MR. STEWART: Objection.
11     A.   No.
12 BY MS. KNIGHT:
13     Q.   When is the last time you had a
14 girlfriend?
15         MR. STEWART: Objection.
16     A.   I don't remember.
17 BY MS. KNIGHT:
18     Q.   If -- or when you have a girlfriend,
19 is that someone that you would spend time with
20 during the week, during the day?
21         MR. STEWART: Objection.
22     A.   When I had one we used to talk every
23 day, but I don't have, so I just stay like that.
24 BY MS. KNIGHT:
25     Q.   I'm going to switch back to the time

Page 172

1  when you were at the Village.
2      Q.   Can you remember if you ever saw
3  Father Carrier with any other priests?
4      A.   I've never seen Father Paul with other
5  priests in the Village, but I did see him in a
6  church at Blue Hills.
7      Q.   Is that the time that you've already
8  told us about during your Communion?
9      A.   Yes.
10     Q.   Were there any other priests that you
11 ever saw with Father Carrier, whether it was at
12 the Village or elsewhere, other than the priest
13 you already told us about?
14         THE TRANSLATOR: Can you repeat the
15 question, please?
16 BY MS. KNIGHT:
17     Q.   Were there any other priests that you
18 ever saw with Father Carrier, whether it was at
19 the Village or elsewhere, other than the priest
20 that you already told us about?
21     A.   I've never seen him with other
22 priests.
23     Q.   Have you ever seen any other priests
24 at the Village, other than Father Carrier?
25         MR. STEWART: Objection.

Page 173

1      A.   Just Father Paul at the Village.
2  BY MS. KNIGHT:
3      Q.   Were there any priests at Rue 13 other
4  than, or rather just -- I'll rephrase. Sorry.
5          MR. STEWART: Thank you.
6  BY MS. KNIGHT:
7      Q.   Were there any priests at Rue 13?
8      A.   I don't know.
9      Q.   Has anyone ever told you about what
10 the other people got that were from the Village
11 for bringing a case against the Defendants?
12         MR. STEWART: Hold on.
13         MS. KNIGHT: Other than --
14         MR. STEWART: It got a little
15 confusing, Madame. What I see is has anyone
16 ever told you about what -- I don't understand
17 the question, Madame. I'm sorry. Would you
18 redo that one, please?
19         MS. KNIGHT: You can call me Lydia.
20 You don't need to call me Madame.
21         MR. STEWART: Lydia, would you mind
22 redoing that one, please?
23         MS. KNIGHT: Yes.
24 BY MS. KNIGHT:
25     Q.   Do you know what --

44 (Pages 170 to 173)

Confidential - Subject to Further Confidentiality Review

Page 174

1      THE TRANSLATOR: I'm sorry, one
2  second, please. Thank you. Okay. Sorry.
3  BY MS. KNIGHT:
4      Q.  Do you know what other Plaintiffs got
5  from the previous case that was brought against
6  the Defendants?
7      MR. STEWART: I would object and
8  instruct him not to answer about any
9  conversations he might have had with his
10 attorneys.
11     MS. KNIGHT: I think he can answer yes
12 or no.
13     A.  I don't know.
14 BY MS. KNIGHT:
15     Q.  Mr. Lecenat, do you now try to get
16 work every day?
17     A.  No.
18     Q.  When do you try to get work?
19     A.  I don't -- I never try.
20     MS. KNIGHT: Those are all the
21 questions that I have. Thank you.
22     MR. BABBITT: Do you want to take a
23 break?
24     THE TRANSLATOR: How long is it going
25 to be, do you think?

Page 175

1      MR. BABBITT: I can't predict what the
2  answers are, but I don't think it will be very
3  long.
4      THE TRANSLATOR: About 20 minutes?
5      MR. BABBITT: I'm not sure. It may be
6  less than that.
7      THE TRANSLATOR: Okay. Let's
8  continue.
9      (Off the record discussion.)
10 BY MR. BABBITT:
11     Q.  Good afternoon. I'm Bradford Babbitt,
12 I represent the American Association of the
13 Order of Malta.
14     Before you started attending PPT, had
15 you ever heard of the American Association of
16 the Order of Malta?
17     A.  No.
18     Q.  Before you retained a lawyer to file
19 this lawsuit, had you ever heard of the American
20 Association of the Order of Malta?
21     A.  No.
22     MR. BABBITT: I don't have anything
23 further. Thank you.
24     MR. STEWART: Good work.
25     THE VIDEOGRAPHER: This concludes the

Page 176

1  July 29, 2015 deposition of Gesner Lecenat.
2  Going off the record. The time is 5:26.
3      (Whereupon, the deposition was
4  concluded.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 177

1      C E R T I F I C A T E
2      I, MAUREEN O'CONNOR POLLARD, LSR #473,
3  RMR, CLR, and Notary Public in and for the State
4  of Connecticut, do hereby certify that there
5  came before me on the 28th day of July, 2015,
6  the person hereinbefore named, who was duly
7  sworn to testify to the truth of their knowledge
8  concerning the matters in this cause, and their
9  examination reduced to typewriting under my
10 direction and is a true record of the testimony.
11     I further certify that I am neither
12 attorney for or related or employed by any of
13 the parties to the action, and that I am not a
14 relative or employee of any attorney or counsel
15 employed by the parties hereto or financially
16 interested in the action.
17     In witness whereof, I have hereunto
18 set my hand and seal this 4th day of August,
19 2015.
20
21 _____
22 MAUREEN O'CONNOR POLLARD, License #473
23 Realtime Systems Administrator, RMR
24 Notary Commission Expires:  10/31/2017
25

45 (Pages 174 to 177)

Confidential - Subject to Further Confidentiality Review

Page 178

INSTRUCTIONS TO WITNESS

1
2
3          Please read your deposition over
4    carefully and make any necessary corrections.
5    You should state the reason in the appropriate
6    space on the errata sheet for any corrections
7    that are made.
8          After doing so, please sign the
9    errata sheet and date it.  It will be attached
10   to your deposition.
11         It is imperative that you return
12   the original errata sheet to the deposing
13   attorney within thirty (30) days of receipt of
14   the deposition transcript by you.  If you fail
15   to do so, the deposition transcript may be
16   deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25

Page 180

ACKNOWLEDGMENT OF DEPONENT

1
2
3          I, _____, do
     Hereby certify that I have read the foregoing
4    pages, and that the same is a correct
     transcription of the answers given by me to the
5    questions therein propounded, except for the
     corrections or changes in form or substance, if
6    any, noted in the attached Errata Sheet.
7
8    _____
     GESNER LECENAT          DATE
9
10
11
12
13
14
15   Subscribed and sworn
     To before me this
16   _____ day of _____, 20____.
17   My commission expires: _____
18
     _____
19   Notary Public
20
21
22
23
24
25

Page 179

1          ------
          E R R A T A
2          ------
3    PAGE LINE CHANGE
4    ___ ___ _____
5    REASON: _____
6    ___ ___ _____
7    REASON: _____
8    ___ ___ _____
9    REASON: _____
10   ___ ___ _____
11   REASON: _____
12   ___ ___ _____
13   REASON: _____
14   ___ ___ _____
15   REASON: _____
16   ___ ___ _____
17   REASON: _____
18   ___ ___ _____
19   REASON: _____
20   ___ ___ _____
21   REASON: _____
22   ___ ___ _____
23   REASON: _____
24   ___ ___ _____
25

Page 181

1    LAWYER'S NOTES
2    PAGE LINE
3    ___ ___ _____
4    ___ ___ _____
5    ___ ___ _____
6    ___ ___ _____
7    ___ ___ _____
8    ___ ___ _____
9    ___ ___ _____
10   ___ ___ _____
11   ___ ___ _____
12   ___ ___ _____
13   ___ ___ _____
14   ___ ___ _____
15   ___ ___ _____
16   ___ ___ _____
17   ___ ___ _____
18   ___ ___ _____
19   ___ ___ _____
20   ___ ___ _____
21   ___ ___ _____
22   ___ ___ _____
23   ___ ___ _____
24   ___ ___ _____
25

46 (Pages 178 to 181)

Confidential - Subject to Further Confidentiality Review

**A**

**a.m** 1:25 7:7
**a/k/a** 1:3,11
**abilities** 9:9
**ability** 8:9 129:16
  129:22 130:23
  131:2
**able** 9:16,22,24
  10:5 36:14 47:7
  72:25 103:21
  124:11
**Absolutely** 34:22
**abuse** 38:24 39:9
  90:24 102:6
  106:10,14 119:4
  122:17 123:6
  124:8,17,25
  125:14,19 127:25
  129:15 131:19
  132:2 151:9
  158:21
**abused** 90:21 91:3
  91:6 101:25 119:6
  130:9 151:22,25
  152:4,7,10 154:24
  154:25 155:9,15
  155:18,22 156:2
  158:2,19 160:12
  160:19,21,23
  161:18,20,23
  162:1 163:1,7
  165:1
**accept** 91:18 97:8
  107:9,10,11 110:7
  112:10 114:1
  159:16 164:14
**accepted** 37:19
  120:2,22
**accurate** 11:25
  14:8,11 178:16
**accurately** 8:8
**ACKNOWLED...**
  180:1
**action** 1:2 96:11
  177:13,16
**activities** 91:22

92:4 100:17
**add** 119:10
**address** 21:7
**administering** 66:4
  70:24
**Administrator**
  2:13 177:23
**adolescent** 26:10
**adult** 38:20
**affect** 130:23
**afraid** 116:25
  118:19
**afternoon** 76:21,23
  89:1,6 142:9,12
  155:6 175:11
**age** 22:19
**agent** 150:14
**ago** 26:3 50:19
  135:7
**agree** 54:13 97:9
  111:7,15 114:2
  159:13
**agreement** 54:19
**agreements** 54:21
**ahead** 119:18
**Air** 85:2,4,6,17,20
  86:13,19 87:7,15
  87:18,25 88:3
  107:25 164:4
**al** 7:11
**alcohol** 123:4,7,9
  123:10,11 124:9
  124:16
**Alive** 82:19,20
  84:15,21,24
**altercation** 38:2,3
  38:20 39:6
**altogether** 30:9
**Alton** 3:15
**American** 1:11,12
  4:11 7:25 165:18
  175:12,15,19
**Amos** 21:21 29:18
  29:23
**amuck** 123:2
**and-** 3:11
**Andy** 63:4,6,7,11

65:14,15 71:8
  162:25 163:10
  164:3,6,7,8,10,12
  164:13
**Andy's** 63:8
**announcement**
  92:11,25
**answer** 11:16 13:13
  13:21 14:23 15:5
  15:22 16:2,9,19
  17:3 102:19
  105:13 116:6,7
  117:18 118:9
  149:13,19,20
  150:8 151:16
  174:8,11
**answered** 13:23,23
  14:4
**answers** 8:8 14:8
  14:11,16 15:3,15
  117:15 149:10
  175:2 180:4
**anybody** 18:17
  31:1 47:2 56:15
  63:19 78:9,10
  81:12 86:17 87:17
  119:3 135:15
  136:3 145:21
**anymore** 19:12
  29:22 42:13
  124:20,23
**anyplace** 53:3
  117:9
**anyway** 71:21
**apartment** 52:15
  52:20
**apartments** 52:17
**apologize** 67:7 83:3
  116:19 154:19
**APPEARANCES**
  3:1 4:1 5:1
**applies** 1:21
**appointment**
  108:16
**appreciate** 157:7
**approach** 96:4
**approached** 110:15

111:16
**approaches** 110:21
**appropriate** 178:5
**approximately**
  20:18
**area** 21:6 31:12,13
**arms** 154:2
**arrested** 56:2
**arrive** 60:19 72:14
  74:18 75:2
**arrived** 60:15 61:2
  74:12 86:23
  109:12 159:21
**aside** 37:25 54:21
  118:21 133:8
  134:21 136:2,18
  138:2
**asked** 107:1 108:18
  110:13,20 119:22
  135:2,12,15,20
  142:11 159:7
**asking** 11:14 14:20
  15:20 16:16 17:2
  102:16 110:22
  120:19 149:23
  156:24
**asks** 116:4
**asleep** 95:14,17
**assist** 150:15,23
**associate** 127:3
**association** 1:11,12
  4:12 7:25 128:8
  175:12,15,20
**assumes** 53:23
**attached** 54:15
  178:9 180:6
**attend** 58:2 59:9
  83:23 103:22
**attendance** 83:12
**attended** 57:6,11
**attending** 27:11
  58:17,20 59:5,11
  59:18 84:6,20
  175:14
**attention** 10:8
  162:24
**attorney** 14:21

111:16
**attorney/client**
  11:15 14:22 15:20
  16:17,18 150:9
**attorneys** 11:18
  17:11 18:19 116:6
  116:9 118:25
  150:3,12,13,14,15
  150:15 151:6,8,11
  151:12,17,18
  174:10
**attributable** 125:3
**attribute** 124:17
  125:19 127:25
**August** 177:18
**aunt** 21:21
**average** 123:13,17
**avoid** 157:14,17
**awake** 95:15
**aware** 53:19 54:2
  144:21 167:18

**B**

**B** 6:11
**Babbitt** 4:13 6:8
  7:24,24 119:13
  174:22 175:1,5,10
  175:11,22
**back** 17:17 18:3
  28:18 34:11 35:1
  37:1 40:6,7,11,12
  40:13,15,17,19
  41:1,8,25 54:13
  57:3 64:16 65:1,8
  65:12,14 71:4,24
  73:1 75:19 76:5
  76:11 85:13 89:3
  97:19 98:9,10
  99:5,9 100:7,14
  105:9,12 107:20
  115:18 120:11
  128:5 133:1
  156:14 162:24
  164:16 171:25
**ball** 162:19
**Barcelo** 2:6 145:10

**based** 109:22
**basis** 141:10
**basketball** 74:5
  162:21 167:22
  168:1,7,14,21
**bbabbitt@rc.com**
  4:18
**Beacon** 3:21
**bed** 93:6,16 94:15
  94:21 95:10,11
  96:5 100:9 170:4
**bedroom** 31:18,22
  32:5
**bedrooms** 31:6,8
  31:13,15 94:9
**beginning** 74:24
  76:2 128:6 158:5
**behalf** 8:2 10:24
**behave** 118:16
**behavior** 104:23
**Bel** 85:2,4,6,17,20
  86:13,19 87:7,15
  87:18,25 88:3
  107:25 164:4
**believe** 35:5 70:8
  89:11 117:21
  118:12,23 138:3
  144:15 153:10
  154:20 155:17
  158:14 159:25
  161:8 162:25
  163:6,10 164:2
**bell** 75:7 76:14
**best** 8:8 11:25 14:8
  14:12
**better** 36:22 107:7
  130:8 156:21
  157:24
**big** 37:8,10 90:5,5
  109:9 132:17
  161:15 167:7
**bigger** 131:7
**birth** 8:23
**bit** 9:24 10:1,1,2,2
  10:4
**blocked** 129:19
**Blue** 21:6,8,10,11

21:14 23:10,16
  29:15 30:10,19,23
  31:2,4,20 32:2,8
  32:11,23 33:2,19
  39:23 40:4,6,8,11
  41:2,6,9,14 42:1
  52:25 53:4,8,17
  54:4,7 58:1 64:17
  65:1,8,13 71:25
  72:3,12 84:3
  132:21 133:19
  172:6
**boat** 122:8 123:2
**body** 107:5 110:4
  110:15 111:3,9,10
  111:11,11,17,23
  111:24,25 112:1,2
  112:5,5,8,8,12,14
  112:17,17 113:2
**books** 69:15
**born** 32:15,16
**boss** 79:19
**bosses** 79:24
  140:15
**Boston** 3:7,22 5:16
**bottle** 37:15,18,20
  37:25
**bottles** 37:7,14,17
  37:22,23
**bought** 87:13 140:3
**boy** 164:5
**Bradford** 4:13 7:24
  175:11
**Branford** 4:7
**Brazil** 169:21,21
**break** 34:20,21
  35:4 56:22 88:17
  103:10 105:4
  120:6 142:6 156:5
  156:6,9 174:23
**breakfast** 61:6 75:8
**bring** 46:1,11,24
  79:12 86:13 91:11
  147:17 162:19,20
**bringing** 138:24
  173:11
**broad** 141:12

**brother** 17:13,23
  18:3,8 21:18,19
  22:25 23:7,20,22
  35:9 46:20 52:9
  52:14,21,23 53:2
  54:2 58:17 67:1
  72:6,11 88:9
  90:14 93:12
  100:25 101:1,15
  101:19,24 102:5
  152:2
**brothers** 23:14
  25:14 34:3 60:10
  169:12
**brought** 45:2,5,11
  45:15,23 90:8
  94:13 147:18
  174:5
**build** 84:17
**building** 42:23
  82:23 93:22,25
  135:18
**buildings** 73:15,18
  84:17
**burn** 37:13
**bus** 143:1,2,4,21
  144:4,13 146:13
  147:22 148:8
**busses** 146:22
**butt** 91:18 96:12,19
  98:3,12,17 107:6
  110:5,11,12 111:4
  111:12 112:9
  113:12,18 132:16
  132:17 159:13
  161:14,14
**buy** 51:4 107:2
  110:3 114:6
  136:15 159:9

━━━━━━━━━━━━━
**C**
━━━━━━━━━━━━━
**C** 5:13 7:1 177:1,1
**Calixte** 61:23 62:6
  62:17
**call** 50:24 126:5,11
  126:16 127:8
  137:14 173:19,20

**called** 10:23 21:6
  42:11 45:7 49:16
  49:20 57:15 64:22
  81:15 82:17 83:6
  83:9 85:1 86:2
  127:13 146:13
  164:5
**calling** 122:25
  126:14 130:21
  136:5 137:18,22
**Cap-Haïtien** 20:11
  21:4,5 28:14
  32:21 36:25 37:6
  44:4,7 51:14
  56:15 83:22 90:3
**car** 84:1,3 122:5,6
  123:2 142:16,17
  142:19,20 146:7
  147:3,6,8
**care** 58:7
**carefully** 178:4
**Carenage** 47:12
  48:1,8
**Caribbean** 143:2,2
  143:4 146:13,22
**Carline** 23:19 25:3
  25:5,8,8
**Caroline** 23:19
  25:5,9
**Carretera** 2:7
**carried** 39:19
**Carrier** 1:7 3:18
  7:19 133:17
  134:22,24 140:15
  172:3,11,18,24
**carry** 39:13
**cars** 35:25,25 36:4
  36:4,10 136:11,14
  136:18 138:3
  146:23 169:24
  170:10,14
**Carter** 1:8 4:3 7:23
  78:22 79:18,22
  80:4,19,21,23
  81:2,4,6,20 82:3
  82:11 114:14
  140:15,23 141:15

142:10 152:20,23
  152:25 153:5,12
  153:22 162:15
**case** 10:24 13:4,9
  13:14 18:12 45:2
  45:5,12,18 46:24
  90:20 121:22
  129:14 150:25
  173:11 174:5
**cases** 1:21
**Catholic** 86:4
  133:19
**cause** 177:8
**celebrate** 133:24
**cell** 64:12
**cement** 42:11,17
  136:20,21,24
  137:7,10 138:2
  169:25
**center** 5:15 47:11
  63:9 164:4
**Cerreta** 5:4 6:4
  7:16,17 8:15,20
  10:13 11:8,20
  12:11,21,25 13:7
  13:12 14:15,25
  15:2,9,13,24
  16:22 18:7 20:4
  20:22 28:21 29:12
  30:13 32:14 34:8
  34:22 35:3 36:2
  36:24 38:15 39:3
  39:12,17,22 41:12
  42:15 43:7 45:16
  45:21 46:13 47:6
  47:13,18,24 49:10
  50:6 52:13 53:15
  53:24 54:1 55:3
  55:10,22 56:14,21
  56:24 57:5,9,10
  57:24 60:1,6
  63:13 64:14 65:4
  65:5 66:16 67:9
  76:9 79:20 80:12
  80:17 82:7 83:2
  85:15 87:23 88:13
  88:17 89:5 96:23

98:22 100:16
101:6,23 102:4,9
102:20,23 103:12
104:4,18 105:3,11
105:25 106:8
107:14,22 111:8
111:21 112:11,18
112:23 113:3,7,11
113:16,22 114:3
115:3 116:10,13
116:19,21 118:2,8
120:5,13,23 121:5
121:13,21 122:15
123:23 124:4,15
125:22 126:3,24
127:2,10,17,23
128:4,16,22 129:5
129:12,20 130:6
131:9,16,22 132:1
133:7,12 150:16
**certain** 6:14 10:25
 10:25 12:8
**certificate** 83:10,16
**certify** 177:4,11
 180:3
**chair** 107:4 110:18
 114:12 115:1,5,8
 115:9,12,15 160:1
 160:2,4
**Champin** 32:16,21
**chance** 16:12 41:17
 123:21
**change** 55:11 95:3
 179:3
**changed** 55:8
**changes** 180:5
**chapel** 79:13 97:17
 98:6 99:12,19
**characterization**
 124:1
**charges** 45:5
**Charles** 116:18
**Charles'** 116:16
**chest** 112:4
**chief** 167:7
**child** 22:16,17 23:4
 26:11,11 27:9

33:13 35:22,24
37:1,5 38:20,24
47:25 56:9 97:18
**children** 21:1 25:1
 25:6 35:20,20
 38:16 39:18 47:10
 56:10 60:18 65:19
 73:24 76:3,4,8
 77:21 80:10 87:20
 92:7,12,15 94:5,6
 94:8 118:17
 160:23 163:15
**chose** 71:20
**Chris** 7:4
**Christopher** 5:20
**church** 133:19,21
 133:25 134:1,17
 134:23 172:6
**city** 32:19
**Civil** 1:2
**claim** 91:2 154:23
 155:18 160:12
 161:18
**claiming** 90:20
 121:23 129:14
**claims** 101:25
 138:24 167:4
**clarify** 150:16
**class** 76:19,20,22
 77:18 108:21
 109:8
**classes** 61:5 69:22
 74:16 75:11,14
 83:24 89:18
**classroom** 66:20
 75:10 115:18,19
**clear** 155:8,14,21
 156:1,17,18 157:4
 157:13
**clearly** 157:2,3,12
 157:13
**client** 14:23
**clinic** 51:6
**close** 84:24 93:8
 132:12,13 159:11
 160:7 161:7
**closed** 44:21,24,25

82:13 84:12,13,22
93:10 159:22,23
160:9,10,10
**clothes** 95:4 100:14
 133:23,23 162:20
**CLR** 2:12 177:3
**Coeur** 83:11
**COLE** 4:14
**come** 24:4 66:3,5
 66:20 68:12 72:25
 74:22 78:17 81:20
 82:5 87:14 91:10
 92:9 105:18 108:8
 109:14 114:16
 115:20 125:16
 143:7 146:3,13
 147:3 153:6
 159:24 162:19
 169:3
**comes** 80:24 167:1
**comfortable**
 128:15
**coming** 78:16,16
 91:16 97:24
 144:22 145:11
 146:11,23 147:15
 164:3,4
**commission** 177:24
 180:17
**commit** 131:6
**common** 31:13
**communications**
 16:19 102:18
**communion** 86:3
 86:11,21 87:21
 88:7,10 89:9,15
 89:22 90:13 91:22
 97:14 100:18
 108:3,6,10 133:23
 134:4,6,23 154:13
 154:16 172:8
**company** 42:20,22
**Complaint** 6:13
 10:11,23
**completely** 122:8
**complicated**
 157:21

**compound** 73:12
**concerned** 103:20
 109:21
**concerning** 177:8
**concluded** 176:4
**concludes** 175:25
**conditions** 54:15
**conduct** 79:13
**CONFIDENTIAL**
 1:23
**CONFIDENTIA...**
 1:23
**confused** 105:13
 147:21
**confusing** 173:15
**confusion** 52:19
 156:17
**Connecticut** 1:1
 4:7,16 5:7 7:12
 177:4
**CONROY** 3:13
**Consolidated** 1:3
**construction** 82:22
**consultation** 51:6
**contents** 11:9,12,25
**context** 148:12
**continue** 65:10
 82:25 102:11
 106:2 175:8
**continued** 4:1 5:1
 69:11 105:21
**continuing** 69:1
**conversation** 50:1
 141:19
**conversations**
 11:18 14:21 15:21
 16:17 17:1 18:2
 102:17 116:5,8
 151:7,17 174:9
**correct** 26:16
 147:23 148:1,4
 152:17 153:12
 158:19 161:3,11
 180:4
**corrections** 178:4,6
 180:5
**correctly** 128:7

**Coughlin** 5:20 7:4
**counsel** 7:14
 177:14
**country** 164:16
**Coupet** 5:22
**COUPLET** 8:6
**course** 44:8 48:14
 71:21 82:5 138:9
 144:24 145:11
**court** 1:1 3:14 7:11
 18:13 178:16
**courts** 74:2
**Creole** 9:19,21,22
 9:25 10:5,7 12:23
 13:18 62:20 70:7
 80:13 118:4
 152:15
**criteria** 47:14
**cross** 92:1 94:22
**currently** 19:1
 27:24 42:5
**Cyrus** 43:22 44:3,6
 44:9,13,19,23
 45:1,4,6,15,23
 46:1,2,12 48:19
 48:23 49:1,2,6,7
 49:11,19,20,22
 52:2,10 53:21
 54:12,17,20 55:18
 55:23 139:17
 140:2 143:14,17
 143:25 146:5,6,15
 148:1,4 149:12,14
 151:24

---

**D**

**D** 7:1
**danger** 37:9
**dangerous** 37:1
**dangers** 37:4
**Daniel** 70:4,5,11,12
**date** 7:6 8:23 178:9
 180:8
**day** 5:5 8:24 17:25
 35:21,24 43:13
 54:13 60:13 66:8
 74:11,20,24 76:5

76:10,18,22 77:17
78:6 84:3 91:21
91:23 100:10,19
100:21,25 109:3
115:22 116:14,15
123:17 128:6
135:24 137:5
140:1 154:23
164:3 168:3
170:24 171:4,5,20
171:23 174:16
177:5,18 180:16
**days** 19:24,24 43:1
135:22,25 145:18
178:13
**de** 57:16,25 58:5,15
58:21,25 59:3,6,8
**deal** 157:8
**decided** 83:15
132:13 133:4
164:15
**deemed** 178:16
**DEFENDANT**
3:18 4:3,11 5:3,11
**Defendants** 1:15
11:1 13:3,14
45:12 173:11
174:6
**Defendants'** 6:14
12:8 149:11
**defenseless** 122:6
123:2
**Demand** 6:13
10:11
**demonstration**
37:11
**deponent** 7:13
180:1
**deposed** 17:16
**deposing** 178:12
**deposition** 1:23 2:1
7:8 15:18 16:1,14
17:20 18:3,9,18
142:15 144:23,25
176:1,3 178:3,10
178:14,15
**describe** 60:13

73:11 91:8 106:21
106:24 111:23
153:22
**DESCRIPTION**
6:12
**desk** 114:12 115:5
115:7,7
**destroyed** 122:8
**details** 158:22
159:1
**died** 26:21 27:12,16
33:22 35:7 59:2
59:15
**different** 52:24
53:3,25 55:14
59:9 69:21 83:6
93:13 121:17
144:17 150:20
**direct** 8:19 10:8
**direction** 177:10
**director** 63:12 77:8
**disclose** 16:17,25
102:17
**discuss** 106:4 139:3
144:25 145:3
148:21,24
**discussed** 30:21
138:23 145:25
**discussion** 132:25
175:9
**distance** 90:5,5
109:9,10
**District** 1:1,1 7:11
7:12
**Djoulie** 21:19,24
**doctor** 51:12,14,20
131:23 139:18
140:6
**doctors** 51:11 52:5
**doctors'** 51:9,23
52:1
**document** 1:21
10:15,17,18,23
11:1,4,12,21,24
12:4,12,15,18
13:25 17:6
**documents** 16:13

17:3 51:19
**DOE** 1:13,13,13,13
1:14,14,14
**doing** 43:9,12
62:15 77:16,19
79:10 90:10 96:24
97:7 113:24
128:23 133:20
162:18 170:2,14
178:8
**dollars** 44:13 49:15
**Dominican** 2:8 7:9
17:17 23:23,25
24:16 25:9,12,22
26:1,4,13 27:25
28:7,11 30:22
143:14 144:5
146:4,16 147:16
147:23,25 148:3,9
**door** 91:14,14 92:5
93:5,8 95:21,21
95:24 99:2 105:15
105:17 109:11
159:18,19 160:6,7
160:9
**doors** 91:12,12
92:8 97:23
**Douglas** 1:7 7:10
65:25 66:12,17
70:25,25 71:2
77:5,10,14,20
78:1,4,9,14 79:14
79:21,25,25 80:2
80:25 81:20 85:5
86:1,14 87:9 90:8
90:12,21,23 91:2
91:6,10,15,19
92:5,24 95:11,15
95:20 96:1,8,15
96:18 97:18,22
98:2,11,16,17,18
99:8,25 100:4,21
101:25 102:6
103:16 104:13,20
104:22 105:14
106:5,10,14
109:25 110:14,17

114:18 115:14
116:25 117:3,11
117:20,20 118:16
119:1,6 120:2,15
120:22 121:23
122:2,11,13 123:6
124:9,17,18,24
125:4,19 126:5,9
127:4 128:1,9
129:9 130:9,14
132:7,10,12 133:9
134:2 138:24
139:23 140:13,22
141:7,23 153:6,11
159:7 160:1,3
161:13 163:1,6
164:6,7,12,14
167:5
**Douglas's** 42:12
107:2 108:14
109:8 122:25
126:7,8,14,16
127:8 128:14
129:15,25 130:21
136:6 137:15,22
159:10
**drank** 123:8
**drift** 11:17
**drink** 123:4,11,17
123:21,22,25,25
124:12
**drinking** 123:9,20
124:9
**drinks** 123:14
**drive** 142:17
146:25
**drove** 147:6
**drugs** 56:5
**due** 128:8,18
**duly** 8:7,12 177:6

————————————
**E**
**E** 1:7,8 3:18 4:3
6:11 7:1,1 177:1,1
179:1
**E-U-S-T-A-C-H-E**
134:15

**earlier** 42:3 75:20
120:18 139:16
146:15 153:10
**earn** 36:14
**ease** 122:23
**East** 4:6
**easy** 92:9
**eat** 51:7 52:4 75:8
75:16
**eating** 80:3,11
**Eddie** 134:14
**Edrice** 70:4,5,8,9
**education** 40:16,20
60:8 82:16 83:9
**effect** 104:14 131:1
**effects** 122:17
**either** 79:6 96:16
116:1,17
**electricity** 24:7
28:5,5,6
**else's** 63:19 81:12
**Elyseé** 5:25
**Emile** 143:11
144:12 147:9
**Emmanuel** 21:20
22:23
**emotional** 131:18
**employed** 42:5,8
150:14 177:12,15
**employee** 60:20
177:14
**employer** 43:4
**encourage** 40:10
65:12
**encouraged** 64:16
65:14
**engage** 104:22
**England** 1:9 5:12
7:21
**English** 9:14,16
79:4,7 80:23
117:16,25 152:13
152:14,17,22
153:4,18
**enter** 73:10
**entered** 69:8 93:5
96:10 100:9

**entering** 95:20
**entire** 129:19
**entitled** 159:3
**errata** 178:6,9,12
  180:6
**ESQ** 3:3,4,12,19
  4:4,13 5:4,13
**estimate** 34:17
  38:12 124:5
**et** 7:10
**Eustache** 134:14
  134:16
**evening** 155:6
**event** 158:11
**eventually** 166:23
**everybody** 71:14
  92:21 122:7,24
  130:21 136:5
**exactly** 44:16
**exam** 83:10,10,19
**examination** 6:2
  8:19 177:9
**examined** 8:12
**example** 112:13
  170:1
**Excellent** 61:23
  62:11,18
**exception** 92:8
**excess** 123:25
**Excuse** 44:22 53:1
  103:8 114:20
  163:16
**Exhibit** 10:9,10
  12:5,6 117:24
  149:6,9 162:24
**expanding** 151:10
**expecting** 108:15
**experience** 109:22
  119:7 120:16
  121:1 127:11,20
  127:25
**experienced** 125:4
**experiences** 121:8
  121:12,14 122:2
  129:8
**Experimental**
  70:19

**expires** 177:24
  180:17
**explain** 46:2
**explained** 164:7,12
  164:13,22
**extent** 11:14 14:20
  15:19 16:16
  102:16 116:4,7

**F**

**F** 177:1
**faced** 37:5
**facing** 96:8
**fact** 95:14
**faculty** 117:11
**fag** 42:12
**faggot** 117:20
**fail** 178:14
**fair** 124:1 141:2
  152:12,19 155:2
  160:17
**Fairfield** 1:8 5:3
  7:17 81:15,17,21
  81:23,25 82:5,6,9
**fall** 95:14,17
**family** 21:15 28:18
  31:3,19 53:3,10
  53:10,11,12 54:7
  64:17 65:13 71:25
  72:2,12 137:8
  139:21 140:4
**far** 32:23 90:4
  109:7 119:12,17
**fate** 37:19
**father** 1:7 7:19
  25:13 26:13,15,15
  26:17,18 27:24
  28:14,17,23 29:1
  29:4,8,24 78:22
  78:23 79:1,5,10
  79:15,17,22 80:4
  80:19 81:19 82:3
  82:10 114:14
  133:16,18,25
  134:16,22,24
  140:15,24 172:3,4
  172:11,18,24

  173:1
**favorite** 141:18
  169:19
**feel** 50:12,24 51:5
  51:10 122:21
  128:15
**feet** 112:24,24
  113:4
**fellow** 66:24 67:11
**felt** 36:23 91:16
  96:12 122:4
  159:12
**field** 28:6,6 74:4,5
**fields** 74:2
**fifth** 69:7,12,14,18
**fighting** 38:5
**fights** 38:7,16
**file** 175:18
**filed** 1:22 10:24
  138:18
**financially** 177:15
**find** 40:16 42:12,21
  46:2 49:3,3 71:6
  82:15 129:16,18
  129:22 130:4,15
  130:16 131:3
  136:4,7,9
**finding** 130:8
**fine** 118:2
**finger** 107:6,12
  110:11 111:3
  112:9
**fingers** 91:17 96:12
  96:19 98:3,11,16
  98:17 111:12
  113:12,17 126:22
  159:12
**finish** 163:13
**finished** 98:8
**first** 6:15 8:7,12
  12:8,21 41:13
  42:1 44:19 50:10
  57:14 58:3,14
  59:11,16 69:10
  72:14 74:22 86:3
  86:11,21 87:21
  88:6 89:8,15,21

  91:1,1,22 95:19
  97:3,7,13 100:18
  102:10 104:19
  106:19 108:2,6,10
  109:17 110:18
  111:10,16,18
  113:21 115:25
  116:1 118:6 119:6
  120:14,25 124:12
  128:23 129:2
  134:6,22 146:10
  146:23 154:13,15
  154:16,24 155:9
  156:23 160:22
  161:18
**five** 1:14 38:11
  120:6 143:8,8,10
  162:10
**flip** 13:24
**flipping** 12:17
**floor** 3:6,21 94:2,6
  99:15
**focus** 157:22
**Folkman** 3:19 6:5
  7:18,19 82:18
  133:15 134:20
  135:6,11 137:20
  138:1,10,14,22
  139:4,9,12 140:5
  140:12 141:5,10
  141:20,21 142:2
  150:20 151:3
  154:5
**following** 100:13
**follows** 8:9,13
**food** 36:11,14 51:1
  51:22 52:1 136:16
  139:21 140:3
**foot** 72:4 74:4
**football** 167:23
  168:1,7,14,21
**forced** 41:14 132:4
**foregoing** 180:3
**forgot** 19:13 20:2
  61:14,15,19 62:3
**form** 180:5
**found** 136:4 160:8

  160:9 164:5
**FOUR** 1:13
**fourth** 69:7,12,14
  69:17
**Francoly** 21:20
  22:9,11,11,12
**Frantzdy** 23:20,21
**French** 70:13,21
**frequent** 125:10
**frequently** 43:8
  124:6
**friend** 45:7,7
**friends** 67:15,18,20
**front** 80:5 87:2
  111:1 113:1
  132:16
**full** 125:8
**FUND** 1:8
**further** 1:23 40:19
  167:13 175:23
  177:11
**future** 124:18,19
  124:19,22

**G**

**G** 3:12 7:1
**games** 101:12
  162:22
**GARABEDIAN**
  3:3,5
**garabedianlaw@...**
  3:9
**Gary** 45:8,9,11,14
  45:17,22 46:4,25
  48:22 49:6,19
  55:4,7,19,24
  116:19 138:6
  151:21
**gate** 60:17 73:3
  87:2,5
**gathered** 37:12
  80:6,10
**gay** 120:4
**Geffrard** 17:13
  21:18 23:7 34:10
  35:10 46:20 52:9
  52:14,21,23 53:2

Confidential - Subject to Further Confidentiality Review

53:7,13,16,19
54:3,6 58:17
60:12 67:1,5,11
72:6,11 88:9,14
90:14 93:12
101:19 152:4
**general** 38:10,12
**genitals** 112:6
**Gervil** 1:3,4 7:10
**Gesner** 1:23 2:1 6:3
6:14 7:13 8:11,22
12:7 176:1 180:8
**getting** 24:13 26:23
56:19 64:11 86:11
94:15 98:13
110:23 128:8
161:14
**Ginia** 21:19 22:1
25:17,18,21
**girl** 19:20 120:16
121:1
**girlfriend** 19:5,6,8
19:11 42:12 171:9
171:14,18
**girlfriends** 19:4
**girls** 23:20 121:9
121:15,17
**give** 12:3 19:9
44:15 49:16 50:10
54:14,17,22 55:2
83:25 86:16
130:19 136:14
158:23
**given** 44:9,11,12
50:14 81:25 82:10
131:11 139:17
180:4
**gives** 50:24
**giving** 14:3 15:15
114:5 118:9
**glasses** 154:4
**glued** 114:13,17,20
114:22
**go** 19:14 20:13
22:21 23:5 33:17
34:4,11 40:7,11
40:13,19 44:17

50:12 51:5,11,12
52:4 57:14 58:8,9
59:4 60:3,7,10
61:11 64:16 65:14
65:20,21,22 67:5
67:23,25 68:24
69:17 71:20 72:17
72:19 73:1,3
74:23,25,25 75:6
75:7,9,16,19 76:5
76:11 82:13 83:6
83:15 84:25 85:25
86:24 90:12,14
92:2,10,25 95:6
95:10,11 97:9,10
97:18,19,24 99:5
99:12,16 105:12
105:18 107:1,14
108:15,19 117:9
119:11,17,18
126:21 130:16
139:18 143:15
157:15 159:8
164:16 166:23
169:1,4,6,7,7,10
169:12,15,15,17
**God** 89:16 131:7
**goes** 25:22 122:8
123:3 167:2
**going** 10:22 11:13
12:3 13:1 15:21
27:15,17 34:23
46:1 54:17,21,25
55:2 56:25 64:18
64:20,21,24 65:9
71:8 72:6,16
85:10 86:14,15
88:19 94:16 99:19
101:12 103:24
105:6,18 107:17
108:17 109:21
117:14,16 118:5
119:10 120:8
132:23 133:22,24
142:5,12 147:17
148:5 149:8,17
150:7 152:3

156:11 162:23
164:17,20 171:25
174:24 176:2
**Golkow** 7:5
**good** 7:16,18,20,22
8:15 83:1 84:12
89:6 103:25 142:9
175:11,24
**gotten** 43:8 44:13
128:18
**gourdes** 43:13
135:24 136:15
137:5
**grade** 58:2,14
63:25 68:22,24
69:11,18 83:10,11
83:18,18 88:5
**grades** 64:3 69:5
**grandfather** 21:21
29:23 32:6
**grandfather's**
29:17
**grandmother**
21:20 30:3,6 32:6
**grandmother's**
30:1
**grandparents**
29:14 30:15 41:2
41:14,22
**greets** 80:24
**grounds** 73:4,11,22
87:3 150:8
**group** 77:21 88:10
105:15 114:15
140:14 141:7,8,23
142:18
**growing** 24:3 25:1
28:13
**grown** 22:16
**guys** 165:6

**H**

**H** 6:11
**Haiti** 1:8 20:8,10
28:18 32:17 68:15
142:14 144:5
145:12 146:24

147:23 148:8,17
148:20 164:9,15
**Haitian** 9:19,20
12:20,22 62:18
78:11,11 148:20
165:15
**Haïtian** 9:20
**halfway** 12:18
**hand** 91:16 177:18
**hands** 154:2
**hanging** 140:1
**HANLY** 3:13
**happen** 61:3 75:4
100:4 106:16
126:15 132:21
**happened** 49:4
69:15 91:6 96:1
100:10 101:7,15
101:20 102:13
103:14 104:19
106:4 115:23
116:17 122:23
127:7 131:15
140:8 159:3,5
161:22 164:8,11
164:13,23
**happening** 98:19
**happens** 48:16
74:13 122:13
**happy** 41:8 71:17
71:21,22
**harassing** 119:11
119:15,17
**harassment** 128:18
**harmed** 130:12
**Hartford** 4:16 5:7
**head** 51:10 112:13
112:16 125:8
139:20,22 140:2
**headaches** 125:10
125:13,16
**heading** 99:1
**hear** 59:16,21
81:17 119:13
**heard** 67:8 81:14
85:1 95:21,23
140:13,17 160:22

160:24,25 175:15
175:19
**heart** 83:7,16,21
84:4,7,10 122:11
123:1 154:3
**held** 2:5 7:8
**help** 13:19,22 46:3
49:3 149:12
150:24
**helped** 10:19,21
11:11 44:17 50:4
50:5 149:20
**helping** 104:5
149:15
**helps** 50:13
**hereinbefore** 177:6
**hereto** 177:15
**hereunto** 177:17
**hill** 92:1,2
**Hills** 21:6,8,10,11
21:14 23:10,16
29:15 30:10,19,24
31:2,5,20 32:2,8
32:11,23 33:2,19
39:23 40:4,6,8,11
41:2,6,9,14 42:1
52:25 53:4,8,17
54:4,7 58:1 64:17
65:1,8,13 71:25
72:3,12 84:3
132:22 133:19
172:6
**hired** 42:24 150:23
**hit** 37:15,18,20,22
37:22
**hitting** 122:7
**Hold** 173:12
**hole** 91:18 111:4,12
159:13
**holes** 107:1 110:2
111:14 159:6,15
**Holy** 89:8,15,22
100:18
**home** 25:1 33:23
42:13 53:3 64:17
65:8,13,23 71:25
72:2,12 75:19

Confidential - Subject to Further Confidentiality Review

Page 188

76:11,20 84:2
87:1 90:7 132:13
133:4,5 168:25
**homes** 76:6
**hope** 1:7 4:3 7:23
119:11,17 122:22
122:25 124:23,25
140:15 142:10
**Hospital** 51:16
**HOSPITALLER**
1:10
**hot** 80:16
**hotel** 145:10
**hours** 144:9
**house** 20:13 21:11
21:13,23,25 23:9
23:15 25:23 29:15
30:10,18,23 31:2
31:4,8,16,19,23
32:2,8,11 33:1,19
34:2,4,11,13
39:23 40:4,6,8,11
40:14,19 41:2,5,9
41:13,19,25 42:23
52:24 53:7,10,11
53:13,17 54:3,6
55:16,16 65:1,20
73:19 85:16,20
86:24 87:7,14,17
87:25 88:3 107:25
126:13,13 132:21
135:18 138:6
161:9
**houses** 36:8 73:17
73:24 161:6
**hungry** 50:11,23
**hurt** 122:4 140:2
**hurting** 51:11
125:8 139:22
**hurts** 139:20

**I**

**I-O-N** 157:21
**idea** 157:18
**identification**
10:12 12:10
**identify** 7:14

**identity** 150:17
**Ilguens** 143:11
144:13,14,15
147:9
**Illinois** 3:15
**immediate** 97:2,5
**immediately** 97:6
**impair** 9:9
**imperative** 178:11
**implies** 119:16
**imprecise** 83:4
**inappropriately**
133:10
**incidence** 124:8
**incident** 37:25
101:14 102:10,24
103:2 104:25
105:20 106:1,10
106:13,14,19,22
109:19 116:15
120:14,25 121:9
121:15,18 133:8
161:16,22
**incidents** 116:17
**income** 43:19
**increase** 80:15
**INDEX** 6:1
**indicated** 146:14
153:11 158:14
159:25 161:8
**individual** 165:23
166:1
**individuals** 144:22
145:1,4,6
**information** 154:5
**Ingly** 23:19 24:12
24:19
**initial** 49:18
**injured** 121:23
**injuries** 125:18
127:24 129:14
131:24
**inside** 34:2 60:23
91:17 132:11
142:18 143:9
159:12 161:4
162:22

**instances** 123:24
**instruct** 11:15
14:23 15:21 16:19
102:18 150:8
151:16 174:8
**instructing** 116:6
149:18
**instructions** 105:16
178:1
**interested** 177:16
**interference** 64:12
**interpreter** 5:22
9:11 10:19 11:11
14:18 15:5,8,10
52:20 149:14,16
150:2,5,11,13,17
**interrogatories**
6:15 12:9 117:16
**interrogatory**
118:10
**interrupt** 82:19
**intervening** 108:7
**introduce** 79:14
**introduced** 45:6
48:19,22
**invade** 14:22 16:18
150:9
**involved** 89:14
122:9
**involving** 106:10
106:14
**Irène** 26:22
**island** 122:9,9
123:3,3

**J**

**J** 3:19
**jcerreta@daypit...**
5:9
**Jean** 5:25 45:7,9,11
45:14,17,22 46:4
46:24 48:22 49:6
49:19 55:4,7,19
55:24 116:15,18
116:19 132:5,9
138:6 143:11
144:12 147:9

151:21 161:10,12
**Jeff** 7:22 142:10
154:6
**JEFFREY** 4:4
**JERUSALEM**
1:10
**Jessica** 21:21 166:2
166:3,5,6,12
**Jesus** 1:9 5:11 7:21
141:14
**jkennedy@mwll...**
4:9
**job** 23:12 28:4
42:25 118:19
128:13,15,19
129:25 130:3,18
130:20 135:3,13
135:15,20,21,22
**jobs** 43:9,15 129:7
138:3
**John** 1:10,12,13,13
1:13,14,14,14 5:4
7:17
**jokes** 161:13
**Joseph** 117:21
118:13 132:5,9,15
133:6 138:16
152:9 161:10,12
**journalist** 44:3
**Judex** 70:3,17,17
**July** 1:24 7:6 176:1
177:5
**jumping** 142:13
154:19
**Junie** 86:2,10,15,17
87:6,22 89:12
90:12 91:10,13
97:12,25 98:6
99:4,13,23 154:21
**Jury** 6:13 10:11
**justice** 49:3
**Justinien** 51:16

**K**

**keep** 97:23 142:5
**Kennedy** 4:4 6:6
7:22,23 142:8,10

142:25 143:20,24
144:3,8,15,18
145:7,17 146:19
147:5 148:16
149:3,5,7,21,24
150:1 151:5,13,20
152:24 153:3,9,21
154:7,11,16 155:2
155:4,12,24,25
156:10 157:7,10
157:25 158:9,17
159:17 160:16
161:21 162:5,9,13
163:4,13,14,20,24
164:1 165:11
166:11,16 167:13
**Kensley** 143:12
144:13 145:24,25
147:9
**kept** 67:22
**kick** 103:17
**kicking** 104:13
**kid** 23:3
**kids** 31:24,25 39:4
39:8 82:17,19,20
84:15,21,24
126:14 128:12
137:17 140:14
141:23 161:4
165:7,7,8
**killed** 124:18
**kind** 31:12 38:10
108:15 141:6
**KING** 3:20
**kitchen** 31:10
73:23 75:6 80:3
**km** 2:7
**knew** 117:19,22
118:13 163:1,6,10
164:23
**knife** 122:10
**Knight** 5:13 6:7
7:20,21 167:15,16
168:13,18 169:11
169:22 170:9
171:3,8,12,17,24
172:16 173:2,6,13

Confidential - Subject to Further Confidentiality Review

173:19,23,24
174:3,11,14,20
**knock** 109:11
**knocked** 159:23
**know** 10:3,17 12:16
13:20 15:16,22
17:16 22:19,19
24:1,6,8,19,21
25:5,6 26:8 28:9
32:15,25 34:10
39:7,11,21 43:22
43:24,25 44:1
45:9 48:17 52:12
52:14,21,23 53:5
54:25 55:1,1,9,18
55:23 56:1,13,15
56:18 58:6,19
59:7 60:2 66:10
66:11,15 68:17
72:21 74:15 77:12
77:18 78:12 79:17
79:23 81:22 82:8
83:9 92:20 94:12
94:14,18 95:2,9
96:10 97:1 101:24
102:3 103:15
104:20 118:3
121:16,17 126:18
126:20,23,25,25
127:3,7,22 132:5
134:11 135:10
137:13 138:11,17
139:13,15,25,25
140:22,25 141:1
141:18 142:24
143:19,23,25
144:2 147:7,11
148:15 150:19
151:7 153:14,16
154:10,20 156:18
157:16,18 162:8
162:12 163:3,8,9
164:10 165:10,12
165:21,23 166:1,3
166:3,21 167:2,4
167:6,9 169:15

170:16,16,18
173:8,25 174:4,13
**knowing** 41:19
123:4,21
**knowledge** 12:1
14:9,12 177:7

─────────

**L**

**lady** 86:2 91:25
96:13,14 97:10,10
97:11
**Lamour** 26:22
29:18
**landscaping** 29:21
**language** 157:5
**LAW** 3:5
**lawsuit** 54:16,23
55:5,25 138:19
148:22 175:19
**lawsuits** 145:3
146:1
**lawyer** 16:10 103:4
103:6 175:18
**LAWYER'S** 181:1
**lawyers** 16:21,25
17:1
**lay** 95:6
**learn** 61:9,13 104:6
**learning** 84:16,17
**leave** 26:3 33:23,25
34:4 72:17,19,23
73:10 76:4,10,25
83:5 84:2 98:10
98:18 128:14,15
137:19 151:13
164:15
**leaving** 41:19 76:18
**Lecenat** 1:23 2:1
6:3 7:13 8:11,22
9:14 10:10,14
12:6,13 13:24
17:14 18:21 22:9
22:23 23:7 24:12
25:3,18,19 28:3
35:4 42:6 56:3
57:6,11 89:6
105:12 107:23

117:14 120:14
121:22 133:13,16
142:9 167:16
174:15 176:1
180:8
**Lecenat's** 6:14 12:7
**led** 50:10 89:11
**Lefran** 28:3
**left** 24:5 41:13,18
42:2 52:7 59:1,8
61:12 68:23 72:24
83:8 86:25 89:7
96:13 97:9 99:10
99:22 102:25
107:6 110:5 111:4
111:6,13 112:10
115:16,18 117:21
128:18 130:3
164:9
**legal** 149:19
**legs** 112:19,20
**lessons** 61:9,13
76:19
**Let's** 149:24 156:8
175:7
**level** 99:17
**License** 177:22
**lie** 47:23 170:3
**life** 28:15 33:2,4
34:2 55:7,11
122:18,22 125:24
125:25 129:19
**light** 76:24 94:22
**lights** 100:1,2
**liked** 118:17
**LINE** 179:3 181:2
**list** 46:5,7,8,11,12
46:15,18,21,23
47:3,8,15,22 48:3
48:7,16,19 116:16
**listening** 149:1
**little** 9:24 10:1,1,2
10:2,3 45:7 75:7,8
80:16 94:21,22
105:13 142:13
147:21 154:3
173:14

live 20:2,8,11 21:3
21:4,8,17,22 23:9
23:21 24:2,16
25:9,11,11,21
26:12 28:8 29:14
32:1,24 42:1
52:24 53:3,11,13
82:17 169:13
**lived** 20:6,9 35:5
39:25
**lives** 21:13,25 32:4
138:11 154:21
**living** 23:15,24
24:25 27:12,24
29:8 30:10,18,22
30:23 31:1,12
32:7,10 33:1,18
34:1 35:22 36:3
37:1,5 38:4,8,17
38:21,24 39:14,24
40:3 41:2,5,23
53:7 54:3 56:9
60:18 64:9 71:24
72:11 161:6
**lknight@sloane...**
5:18
**LLC** 4:5
**LLP** 4:14 5:5,14
**local** 134:8
**lock** 91:12,12,14
92:5,8 93:5,6,8,10
105:17
**locking** 105:15
**long** 19:22 20:18
23:24 26:3 32:7
34:12 40:5 50:19
59:5 63:22 82:16
84:6 87:24 96:24
99:11 113:17
124:8 144:4
145:13 174:24
175:3
**longer** 19:11 103:1
103:21 113:20
**look** 17:7 73:12
94:20 95:23 96:7
114:10

**looking** 14:24
161:5
**losing** 118:19
**lost** 132:11
**lot** 35:10,19,20
37:11 43:6 80:6
90:8 121:25 125:1
130:10 142:11,21
**Louis** 1:3,4 5:25
7:10 139:8
**Lozier** 166:2
**LSR** 2:12 177:2
**LU** 3:4
**luck** 130:8
**Lui** 8:4
**lump** 49:14
**lunch** 76:17 88:18
**luncheon** 88:21
**lunchtime** 76:14
**Luperón** 2:7
**lxia@garabedian...**
3:10
**Lydia** 5:13 7:20
167:16 173:19,21
**lying** 42:13 96:5

─────────

**M**

**mad** 164:6
**Madam** 62:6,17
70:4,20 97:25
98:5 99:4,13,22
126:5 154:21
**Madame** 61:22
78:22 79:18 80:3
80:23 81:19 86:2
87:21 90:12 97:12
126:9 140:23
141:15 152:23,25
153:5 173:15,17
173:20
**Main** 4:6
**making** 91:25
104:13
**Malta** 1:11,12 4:11
8:1 175:13,16,20
**man** 22:16 43:22
120:20 135:18

Confidential - Subject to Further Confidentiality Review

managing 63:11
77:13 117:6
manner 50:8
Margarette 117:21
118:13 138:16
152:9
Marisse 139:5,9,10
139:13
marked 10:12 12:4
12:9 149:9
marking 117:23
marks 118:1
married 18:21,24
18:24
mason 170:11,15
masonry 42:25
43:3,9,12,15
128:23
Mass 133:24
Massachusetts 3:7
3:22 5:16
Master 61:22,24
62:17 70:3,3,4,11
70:11
match 170:3
matches 169:5
math 70:10 141:16
Mathieu 143:12,13
143:15,17 144:22
147:10,13,15,22
148:8,10,19
Mathieu's 147:11
matter 7:9 34:15
103:15 150:23,25
151:2 166:10
matters 177:8
Maureen 2:12
177:2,22
Maze 21:21 30:2
meal 60:3 75:12,17
76:14
meals 104:8
mean 32:1 41:18
46:23 64:21
150:12 167:8
means 58:23 59:4
82:24 132:4

157:17,19
meant 71:5
medication 9:8
medicine 51:23
meet 44:19,23 45:1
143:15
meeting 28:25 29:4
48:25 49:18
members 31:3,19
53:11,12 54:8
Mémé 70:4
memory 27:18
28:25 29:3 32:10
155:8,14,21 156:1
156:18 157:4,14
157:23 158:10
men 128:12
mention 70:14
mentioned 21:24
22:10,24 24:13
25:15,17 27:23
51:22 70:8,22
75:20 126:4
mentioning 84:14
met 43:25 45:4
49:5,6 146:4
147:13 148:1,4,9
MICHAEL 3:12
microphone 57:8
middle 69:2 82:24
115:12 158:5
Mike 8:2 149:5
MILANO 4:5
MILITARY 1:9
mind 12:17 120:5
151:10 173:21
minute 120:6
minutes 103:11
175:4
mispronounce
152:3
mistreating 118:18
MITCHELL 3:3,5
mix 42:10 136:20
136:24
mixing 42:17 137:7
137:9 138:2

mm-hmm 121:3,4
166:9
moment 57:7 85:9
162:24
money 28:17 36:9
36:14 43:17 44:10
44:11,12,15 45:18
49:7,11,24 50:22
50:15 51:1,4,7,8
52:2,10 53:21
54:12,16,20,22
55:1,2,4,8,19,24
58:4 83:25 84:19
107:2 110:3 114:6
136:3,19 139:19
139:20 140:4
159:9 170:13,18
Mont 53:11
month 8:24 91:9
125:8
months 19:25
106:20
morning 7:16,18
7:20,22 8:15
60:15,19 61:2
72:15 73:5 74:19
74:23 75:8 100:11
100:13 101:3
155:5
mother 26:19,20,21
26:25 27:6,12,16
27:18 29:8 30:7
33:8,19,22 35:7
58:11,24 59:2,6
59:12,14
mother's 26:22
29:24 30:6
move 56:20 64:25
65:8,12,16 69:3
71:7,14,17
moved 68:19 69:20
moving 65:6
mstewart@simm...
3:16
MURPHY 3:20
music 149:2

N

N 7:1
name 7:4,16 8:21
8:22 10:14,16
14:7 19:7,9,10,13
26:22 28:2 29:17
30:1 46:5,8,11,14
46:17,21,23 47:2
47:7,15,22 48:3,6
48:15,18 63:3,19
68:8 81:12 108:25
116:15 134:11,13
139:9 142:9
147:11 152:3
154:21 166:4,15
166:20,21 167:16
named 17:13 25:18
43:22 89:12
139:13 165:23
166:1 177:6
names 21:16 23:18
34:9 61:20 63:18
66:23 67:19 68:17
69:24 70:2 78:19
78:21 127:13
Nathalie 5:22 8:6
156:7
necessary 178:4
need 103:10 150:18
156:6 173:20
needed 40:18 65:16
108:22
neither 177:11
Nelta 70:4,20
nephews 122:12
never 18:1,14,15
18:24 24:4 53:6
66:22 79:7 101:13
101:19 104:24
117:13 122:13
123:8,8,20 136:4
139:2 152:19,25
153:2,5,7 160:3
160:24,24 166:6
167:1,2,11 172:4
172:21 174:19

new 1:9 5:12 7:21
53:20 56:20 107:2
110:4,14
nice 154:8
Nick 165:21,23
nickname 166:17
166:18
night 33:6 54:8
77:2 90:17 91:24
92:13,16,22 93:1
93:13,16 94:16,20
95:7,11 101:8,16
101:20
ninth 8:24
nominalization
157:14,19
non-Haitians 81:10
noon 75:15
Notary 177:3,24
180:19
noted 180:6
NOTES 181:1
noticing 123:5
nouns 157:21,21
number 10:10 12:6
21:9 38:11 117:17
117:24
nuns 94:10,11,16

O

O 7:1
O'Connor 2:12
177:2,22
oath 167:19
object 11:13 16:15
37:16 128:10
149:17 150:7
151:15 163:21
174:7
objection 11:3 13:5
13:10 14:13,19
15:7,11 18:5 20:1
20:20 28:19 29:10
30:11 32:12 34:6
34:18 35:23 36:19
38:13 39:1,10,15
39:20 41:10 42:9

Confidential - Subject to Further Confidentiality Review

43:5 45:13,19
46:9 47:4,9,16,20
49:8 50:3 52:11
53:9,22 54:24
55:6,20 56:12,17
57:22 59:23 60:4
63:10 66:14 76:7
79:16 80:8 82:2
87:19 88:11 96:21
98:20 100:12
101:4,21 102:2,7
102:15 104:2,16
106:6 110:25
111:19 112:7,15
112:21,25 113:5,9
113:14,19,25
116:3 119:9,24,25
120:17 121:2,10
121:19 122:3
123:19 124:2,13
125:20 126:2,19
127:1,5,14,21
128:2,20 129:3,10
129:17 130:2
131:4,12,20,25
134:18 135:4,9
137:16,24 138:8
138:12,20 139:1,7
139:24 140:10
141:3,9,11,25
142:23 143:18,22
144:1,6 145:15
146:17 147:2
148:14,25 151:14
152:21 153:19
154:9 155:1,10,23
158:7,25 160:14
161:19 162:3,7,11
163:2,12,17 165:9
166:8,14 168:11
168:16 169:9,20
170:7 171:1,6,10
171:15,21 172:25
**obligation** 65:18
**observations**
118:22
**obviously** 119:22

**occasion** 134:21
**occurred** 158:5
**office** 106:17 107:2
107:3 108:14,18
108:20 109:8,12
109:22 110:18
114:10,19 115:2
115:17 159:10,19
**offices** 3:5 73:25
**Oh** 26:18
**okay** 13:1 16:6,12
17:7 20:5 21:24
26:12 27:23 29:7
30:14 34:21 40:10
61:20 69:9 75:4
85:16 86:23 91:21
95:19 96:15
102:22 105:19
107:13 110:17
114:25 125:23
128:5 129:6
137:12,14,21
138:2 140:25
142:4,7 145:13,20
146:3,10,14,25
147:6 148:7,12,21
149:4 150:5
152:25 153:10,17
154:12 155:5
158:21,23 159:2
159:25 160:6,11
160:17 161:1,8,16
161:22,25 162:23
166:1,20,23 174:2
175:7
**old** 19:17,18,19
22:2,12 24:8,19
25:3,6 26:8 27:6
30:16 33:11 57:17
57:21 154:1
**older** 22:4,6,14
23:1 24:10,11,23
24:24 26:6
**once** 69:16 78:7,7
136:25 140:21
141:1,2 168:10
170:19

**ones** 22:24 27:3
61:20 107:3 110:4
132:14
**open** 60:17 82:17
91:14 159:21
**opened** 95:21
**opening** 87:4 95:22
95:24
**opportunities**
104:1,9 170:17
**opportunity** 75:12
84:15
**opposed** 157:3
**order** 1:10,12 4:11
7:25 40:19 48:6
65:16 175:13,16
175:20
**orders** 140:23
**organization** 81:14
**organizations**
10:25 13:3
**organize** 162:22
**original** 178:12
**outcast** 122:5,21
**outside** 83:20 97:9
133:3,4 134:24
**overly** 141:12

**P**

**P** 7:1
**P.C** 3:20
**p.m** 75:16 76:13
**page** 6:2,12 12:21
13:25 14:1 117:17
179:3 181:2
**pages** 180:4
**paid** 43:11 82:22
136:13 137:2,4
143:21
**paint** 56:7,10,16
**pajamas** 96:16
**pants** 96:16 113:13
113:15 154:2
**papers** 51:18
**paragraph** 117:24
**parents** 58:10
**parish** 134:9,16

**part** 21:5 28:7,14
32:21 64:24 65:7
86:6 88:10 89:21
104:9 111:17
112:1 117:1,18,18
**participation** 86:6
**particular** 42:19,25
108:23
**parties** 177:13,15
**parts** 112:14,17
**pass** 26:25 58:24
59:6 99:18
**passed** 27:7,20 33:8
58:11 59:13 83:19
95:9 106:18
110:22
**passengers** 142:21
142:22
**Patrice** 70:3,14,15
**Paul** 1:7 3:18 7:19
57:16,25 58:5,15
58:21,25 59:3,6,8
78:22,23 79:1,5
79:10,15,17,22
80:4,19 81:19
82:3,10 114:14
133:17,18 140:24
141:14 172:4
173:1
**pause** 85:8,12
107:19 133:14
**pay** 54:13 58:4
169:3
**paying** 84:9,11
135:23 137:9
**payment** 49:15
50:20
**penis** 113:8
**people** 10:25 13:2
21:16 30:9,16
35:13 37:12 40:10
40:18 46:14 62:22
62:25 63:14,16
68:15 71:20 74:5
78:11,14,15,21
80:25 81:10 87:4
104:15 114:16

117:19,22 118:13
126:5,10,16,18,20
126:21,22,25
127:3,12 129:25
130:12,13,19
131:2 137:21
142:18 143:8,10
152:16 169:2
173:10
**people's** 36:8 55:16
129:8
**perceptions** 129:8
**Pere** 141:14
**period** 34:16 35:6
39:24 64:7 108:7
**Perlitz** 1:7 7:10
65:25 66:12,17
77:5 90:21,24
91:2 102:1,6
105:14 134:2
138:25 139:23
141:7,23 154:24
155:9,18,21 156:2
158:2,18 160:12
160:13,19,21,23
161:2,9,17,18
162:1 163:1,6,11
165:1
**Perlitz's** 77:10
151:9 159:18,19
**permission** 107:1
108:19 159:7
**person** 38:3 42:19
42:21,21,22 63:3
86:10 87:2 137:11
137:12,14 177:6
**personal** 103:15
116:24 118:21
166:9
**phone** 64:12
**phones** 64:13
**photos** 114:16
**phrase** 156:18
**physical** 38:3,19
39:6
**physically** 37:24
153:23

**pictures** 17:8
   114:13,13,15
**Pierre** 5:25 132:5,9
   139:6,14 143:11
   144:12 147:10
   161:10,12
**pinched** 132:16
   161:13
**PITNEY** 5:5
**place** 17:25 29:9
   33:6 37:1 45:24
   52:24 53:6 60:2,7
   61:13 64:22 65:19
   65:20,23 67:17
   77:7 83:9 85:1
   89:18 90:6,7,7,10
   130:4 146:22
   169:2
**places** 169:16
**Plaintiff** 1:5 3:2
   6:14 8:3 12:7
**Plaintiffs** 8:4 174:4
**Plata** 2:6,7 7:9
**play** 74:6 101:12
   162:20,21,22
   168:1,3,6,10,14
   168:20
**plays** 169:21
**Plaza** 5:15
**please** 7:14 8:21
   35:16 55:21 64:13
   65:3 67:14 76:2
   91:8,8 98:15
   106:24 107:16
   116:12 127:16
   153:25 172:15
   173:18,22 174:2
   178:3,8
**plus** 87:21
**pocket** 154:4
**point** 40:2 48:18
   49:19 68:19 72:25
   89:22 96:7,9
   98:13 101:14
   106:9
**pointing** 126:22
**police** 36:17,21,21

**politician** 44:6
**Pollard** 2:12 177:2
   177:22
**porches** 36:7
**portion** 54:22
   55:19,24
**portions** 111:24
**posed** 163:11
**position** 151:3,4
**possibilities** 82:25
**possible** 80:16
**PPT** 27:15,17 40:9
   40:10,18,22 44:21
   44:24,25 45:9
   64:19,21 83:13
   84:9,11,13 107:24
   117:11 119:3
   129:2 163:15
   175:14
**pray** 79:13 89:17
   91:25 92:10 97:19
   97:25 98:8 105:18
**prayers** 79:13
**praying** 98:8
**predict** 175:1
**prefer** 118:4
**premarked** 10:9
**premises** 60:25
   89:23
**Preneta** 165:21,24
**preparation** 89:9
   89:21 100:19
**prepare** 15:17 16:1
   91:10,13 139:21
   150:25
**prepared** 90:13
**preparing** 88:6
   89:14
**presence** 133:6
**present** 5:24 15:5
   20:3 28:14 140:17
**presently** 30:18
**prevent** 9:5
**previous** 19:4,10
   109:18,22 174:5
**previously** 27:23
   29:14 107:24

149:9
**priest** 133:25 134:8
   134:11,16,22
   172:12,19
**priestly** 133:23
**priests** 172:3,5,10
   172:17,22,23
   173:3,7
**prior** 19:3 119:8
   120:24 148:8
**privilege** 14:22
   150:10
**privileged** 102:18
   150:17,21
**privileges** 11:15
**probably** 156:22
**problem** 9:4 50:4,9
   50:25 57:9 127:13
**problems** 36:17,20
   44:17 50:23
   124:16 125:2,18
   128:3 129:21
   131:18
**process** 48:16
   64:24 65:8
**program** 82:17
   83:9,13 84:21,24
   86:7 97:14 103:17
**prompted** 40:7
**propounded** 180:5
**prospect** 103:21
**protecting** 122:12
**protection** 36:22
**provenance** 16:18
**provide** 28:17
**Public** 177:3
   180:19
**Puerto** 2:6,7 7:9
**pull** 115:9
**purpose** 48:25
**put** 38:10 46:4 47:2
   47:7,22 91:16,19
   96:18 98:3,16
   100:14 107:5,12
   110:11 111:12
   112:9 113:12
   115:10 116:15

151:14
**puts** 98:11 154:2
**putting** 46:8,14,17
   46:20,23 57:8
   91:17 98:17 111:3

─────────────

**Q**

**qualified** 138:4
**question** 15:1 16:2
   16:20 43:2 52:18
   53:25 55:21 65:3
   67:14,24 74:22
   76:2 81:3 83:4
   98:15 102:21
   103:23 106:12
   110:21,23 119:11
   119:16 120:19
   127:16 128:11
   129:11 130:25
   131:21 135:16
   148:7 149:12
   150:21 155:16
   158:13 171:2
   172:15 173:17
**questioning** 142:13
**questions** 8:8 13:2
   13:9,14,17,21
   14:4,17 15:4
   142:3,11 149:11
   149:13,19,20
   167:17 174:21
   180:5
**quickly** 97:9
**quirks** 157:5
**quite** 109:9
**quote** 117:19

─────────────

**R**

**R** 7:1 177:1 179:1,1
**radio** 44:1 132:11
   132:15 161:2
**rapid** 96:11
**re-read** 163:21
**react** 97:6
**reaction** 97:2,5
**read** 9:22,24 11:9
   11:22,24 12:24

13:17 17:2,5,6
   117:14,16 118:4
   178:3 180:3
**reading** 141:17
**ready** 16:8,13 17:3
   17:8 18:18 56:19
   86:11 94:15
**real** 61:12 156:19
   166:19,20
**really** 122:4 129:13
   159:11
**Realtime** 2:13
   177:23
**reason** 117:1
   118:22 130:13
   131:13 167:3
   178:5 179:5,7,9
   179:11,13,15,17
   179:19,21,23
**recall** 92:15
**recalled** 16:4
**receipt** 178:13
**receive** 54:22 55:4
**received** 49:15
   51:25 52:10 55:24
   107:24
**receiving** 13:8
   53:20 86:7 88:10
**recess** 34:25 57:2
   88:21 105:8
   120:10 156:13
**recognize** 12:12
**recollection** 112:3
**record** 7:4,15 34:24
   35:1 57:1,3 85:9
   85:11,13 88:20
   89:3 105:7,9
   107:14,18,20
   117:24 119:25
   120:9,11 132:24
   132:25 133:1
   156:12,14 175:9
   176:2 177:10
**recreation** 74:3
**redo** 173:18
**redoing** 173:22
**reduced** 177:9

**referenced** 1:21
**refuse** 130:19
**refused** 130:18
**regarding** 54:19
**region** 20:12
**related** 51:19
  100:18 101:11
  177:12
**relation** 93:18
**relations** 120:20
  162:2
**relationship** 19:1
  20:23
**relationships** 19:3
  20:24
**relative** 177:14
**remember** 11:1,4
  11:21 13:4,6,8,11
  14:3 15:14 19:15
  19:21,23 20:5,7,9
  20:10,12,17 22:3
  22:13 26:5 27:1,8
  27:19 28:24 29:6
  30:12 32:9,13,25
  33:12 34:14 38:9
  38:14 39:7 42:18
  43:10 44:16,20
  46:19 49:13,23
  50:21 51:13 57:19
  57:23 59:17,20
  60:14 61:16,18,21
  62:6,11 63:2,3,17
  63:17,19,24 66:7
  66:10,11,23 67:10
  67:19 68:5,6,7,7
  68:13 69:4,24
  74:7 76:12 77:24
  78:5,8,13,18,19
  78:22 80:18,20
  81:8,12 85:19,21
  88:1,5,8 92:17,20
  93:20,21,23,24
  94:2 95:20 96:8
  97:1 99:14 106:18
  108:25 109:2,3,10
  111:17,20 112:1
  113:20,21 118:9

123:12,15,15
124:7,10,11
125:17 126:17
128:25 129:4
135:5,14 138:17
139:18 140:11,16
141:4,22 142:1
144:7,10 145:16
145:19 155:3,7,7
155:11 156:3
157:1,12,13,24
158:1,15,18 162:8
162:16 164:25
165:10,14 166:22
168:9,12 169:18
170:12,23 171:16
172:2
**remembered** 61:14
**remembering**
  128:6
**repeat** 35:15 52:18
  55:21 67:13 76:1
  97:5 98:14 105:23
  106:11 127:15
  172:14
**rephrase** 65:2,4
  102:20 116:11
  141:20 149:22
  173:4
**report** 74:19
**reported** 2:11 71:1
**represent** 7:25
  10:22 13:1 142:10
  149:9 175:12
**Republic** 2:8 7:9
  17:17 23:23,25
  24:17 25:9,12,23
  26:2,4,13 27:25
  28:7,11 30:22
  143:15 144:5
  146:4,16 147:16
  147:23 148:1,3,9
**requirement** 47:21
**residence** 53:20
**residing** 25:25
**Response** 6:14 12:7
**rest** 51:6 107:7

111:5,13 139:20
**result** 50:1 131:19
**retained** 175:18
**retreat** 89:23,25
  90:15 91:22
**return** 40:3 178:11
**returned** 41:25
**reveal** 116:5
**revealing** 116:8
**review** 1:23 16:12
**RHODES** 1:10
**ride** 144:4
**right** 16:23 20:19
  21:3 24:14 25:25
  26:23 29:13 30:15
  35:7 37:21 48:4,9
  48:13 49:20 50:2
  53:8,24 54:4
  58:15 65:11 68:20
  69:10,13 71:24,25
  75:22 76:15 84:15
  85:17 86:25 89:12
  91:5 92:6 96:11
  96:11,13 97:14,25
  101:18 104:6,10
  105:22 107:4,23
  108:1,4 110:5
  111:2 115:4,14
  120:5 121:24
  123:24 125:11
  126:6,8 130:5
  138:7 140:19
  167:23
**ring** 75:16 76:14
**rings** 75:7
**rise** 42:11
**risk** 163:11
**Rival** 90:1,2,6,11
  90:15,18 91:4,11
  91:21 92:13,16,22
  93:2,22 94:11
  100:18 101:16,20
  105:14,20 106:1,5
  106:9,13 109:19
  109:23 119:7
**RMR** 2:12 177:3
  177:23

**road** 119:12,18
**Robinson** 4:14 70:5
  70:22,23 117:21
  118:12 163:5,6
**role** 63:8 77:10,12
**Romère** 61:22,24
  61:25 62:1,17
**Ronel** 70:4,6,6
**room** 16:6 69:15
  73:25 74:1 91:23
  92:21,25 93:13,18
  94:19 95:12,16,20
  97:20 98:9,11
  99:5,12,22,25
  100:7,9 108:24
  115:13 145:20,23
**rooms** 31:4,7,16
  94:8,17 99:18
**Rouge** 53:12
**roughly** 19:24
**row** 144:17
**Rue** 47:11 59:10,12
  59:14,16 63:11,12
  63:15 66:2 67:6
  68:6,23 164:4,17
  164:20 165:3,5
  173:3,7
**ruin** 126:1
**ruined** 125:24,25
**rumors** 160:22
**running** 97:13
  122:6 123:2

──────────

                S

**S** 4:13 6:11 7:1
**S.J** 1:7 3:18
**sacraments** 86:8
**Sacré** 83:11
**Sacred** 83:7,16,21
  84:3,7,10
**safer** 36:23
**Santiago** 146:7,10
  146:12,20
**satisfy** 47:15,21
**saw** 28:22 55:7,7,12
  55:12 91:14
  118:15,16 133:18

133:20 134:21
135:1 138:15
139:5 146:6
148:20 153:11,13
172:2,11,18
**saying** 14:7 82:19
  82:21 120:3
  140:14
**says** 117:18
**scared** 91:15
**school** 22:21 23:5
  27:11 57:12,14,15
  58:8,9,18 59:9,19
  59:21 60:16,20
  61:3,7,10,11,17
  65:10 67:5 69:2
  72:3,17,18,20
  73:1,23 83:6,20
  84:6,10,25 89:19
  101:12 103:22,24
  106:25
**schooling** 82:14
  84:23
**Schultheis** 63:4
  162:25 163:10
**science** 70:19
**sciences** 70:16
**seal** 177:18
**search** 73:9 132:13
  133:5 161:9
**searched** 60:24
  73:7 161:6
**searching** 161:2
**second** 58:3,14
  106:10,14,19,21
  116:1,14 155:13
  155:14,21 156:2
  158:1,19 174:2
**seconds** 107:15
**secretary** 151:1
**section** 32:24
**see** 10:14,16 12:23
  12:23 39:5,5
  41:16,17,22 44:17
  45:23 50:12 59:25
  65:25 66:2 68:2,3
  68:4,5,9,11 77:5

77:14,15 78:23
79:11 81:2,4,6,9
82:4 93:15 94:16
97:10,11,21,24
98:5 99:4,13,21
100:4,21,25
108:19 124:23
126:21 132:7,14
133:9,16 134:23
139:18 140:6
148:17 149:5,21
149:24 162:14,17
169:6,16,16 172:5
173:15
**seeing** 78:13
**seeking** 14:22
150:9
**seen** 42:2 66:22
79:8 81:11 104:22
104:24 127:18
138:18 139:2
146:8,9 148:11,12
172:4,21,23
**selected** 71:7,17
**send** 64:18,20,22
65:9 71:9 83:19
**sending** 71:13
**sent** 13:3 71:10
72:8 164:19
166:25
**SESSION** 89:1
**set** 6:15 12:8 43:1
93:22 177:18
**SEVEN** 1:14
**seventh** 83:11,17
**sex** 120:20
**sexual** 38:24 39:9
119:7 120:15,20
121:1,8,12,14
162:1
**sexually** 90:21,24
91:2,6 101:25
**share** 31:18,22
**sharing** 145:20,23
**sheet** 178:6,9,12
180:6
**shipwreck** 122:9

**shipwrecked** 123:3
**shoes** 86:1,16,22
87:11,12 88:15
106:25 107:8,24
108:5,10,11 110:6
110:14,21 111:5
111:14 114:6
116:9,15
**short** 156:8
**shorter** 34:16
**shorts** 96:16,17,20
96:20,22
**show** 149:8
**shower** 100:14
**showing** 117:25
**shows** 44:1
**Sibert** 43:22 44:3,6
44:9,14,19,23
45:1,4,6,23 46:1
48:20,23 49:1,7
49:12 53:21 54:12
54:18 55:18,23
139:17
**siblings** 22:10 27:3
30:21 32:1 33:20
152:7
**side** 115:13
**sign** 178:8
**signature** 14:1,3
**signed** 10:18 11:5
14:7
**similar** 127:20
**SIMMONS** 3:13
**sin** 131:7
**sing** 89:17
**single** 69:18
**sir** 142:14,17,20,22
143:1,5,7,10,13
143:21,25 144:5,9
144:13,21 145:1,4
145:9,10,14,18,21
145:23 146:1,4,11
146:15,16 147:1,6
147:8,11,14,21
148:7,13,17,22,24
149:4,8,12,13,16
150:2,6 151:6,22

151:25 152:4,7,10
152:12 153:1,2,11
153:12,15,18,22
153:25 154:8,12
154:13,19,23,25
155:6,8,13 156:1
158:1,4,6,10,14
158:21,24 159:19
159:22 160:1,4,6
160:11,17,21
161:1,3,16,25
162:6,10,14,17,23
162:25 163:1,5,7
163:9,9 164:2,18
164:21,24 165:2,5
165:13,16,19,21
165:24 166:7,13
166:17,20,24
167:5,7
**sister** 21:19 25:18
**sisters** 21:25 23:15
24:13 25:15 34:4
60:10 90:8,11
169:13
**sit** 61:4 75:6,15
144:11,12
**site** 128:19 146:22
**sitting** 107:4
110:17 113:1,6
114:19 115:1
160:2
**SIX** 1:14
**sixth** 3:6 69:8,13
83:10,18
**sleep** 33:6 36:6
54:6,10 55:15
65:20,22 73:24
91:24 92:3 95:4,7
98:9
**sleeping** 42:14 93:1
94:3 99:6
**sleeps** 32:5 54:11
**slept** 75:21 76:3,8
94:19
**SLOANE** 5:14
**small** 23:3 25:6
27:9 33:13 43:1

75:9 122:11
**smaller** 22:15,20
**sniff** 56:10
**sniffed** 56:7
**sniffs** 56:16
**soccer** 74:4 141:17
162:21 169:5,14
169:17 170:1,3
**Social** 70:16
**society** 1:9 5:11
7:21 122:21
**sofa** 114:11 115:5
**solves** 50:25
**somebody** 55:2
60:16
**somebody's** 64:12
**sorry** 25:17 51:25
57:8,8 82:19
85:14 97:4 103:9
105:24 106:11,12
119:13 136:8
144:11,19,20
152:3 154:17
161:17 169:23
173:4,17 174:1,2
**sort** 84:14
**source** 43:19
**SOVEREIGN** 1:9
**space** 178:6
**speak** 9:14,19,20
62:20 63:6,7
77:20,25 78:3
79:1,4,7 80:22,22
80:23 101:2
144:19 152:12,14
152:14,22,23
153:4,18 165:15
165:18 166:5
**speaking** 9:12 29:1
29:4 152:17
**specific** 112:3
122:17
**specifically** 111:23
122:16
**spend** 171:19
**spending** 33:5
**spent** 35:14,17

113:20
**spoke** 16:10 117:13
153:5,7
**spoken** 9:17 79:5
80:21 117:10
152:20
**sponsored** 83:13
**sports** 170:5
**spread** 61:12
**St** 1:3,3,10 7:10
57:16,16,18,25
58:5,15,20,25
59:3,6,8
**stabbed** 122:10
123:1
**staff** 60:22 65:12
117:11,19 165:16
**stairs** 99:16
**standard** 8:16
**standing** 80:4
111:1 113:6
115:14 132:10,16
159:11 160:5
**start** 8:16 10:24
59:18 72:3 74:19
124:9 128:23
**started** 11:17 27:14
59:11 69:10,12
71:23 72:5,10
95:18 98:3 107:5
110:4 111:3 123:9
129:2 159:11
175:14
**starting** 132:17
**state** 3:6 8:21 83:10
107:8 177:3 178:5
**States** 1:1 7:11
18:13
**stay** 17:25 21:10,11
53:16 55:15 65:19
65:23 75:24 77:2
87:24 90:17 92:22
110:6 125:7
126:12 132:4
159:14 164:8
171:23
**stayed** 24:4 42:13

Confidential - Subject to Further Confidentiality Review

75:22 77:8 85:5
160:1 167:2
**staying** 34:13 53:19
92:12,16 93:12
94:11,12 145:9
**stays** 25:23 53:14
55:17 167:1
**steady** 43:3
**Stewart** 3:12 8:2,2
8:16,18 11:3,13
12:19 13:5,10
14:13,19 15:7,11
15:19 16:15 18:5
20:1,20 28:19
29:10 30:11 32:12
34:6,18,20 35:23
36:19 38:13 39:1
39:10,15,20 41:10
42:9 43:5 45:13
45:19 46:9 47:4,9
47:16,20 49:8
50:3 52:11 53:9
53:22 54:24 55:6
55:20 56:12,17,19
56:23 57:22 59:23
60:4 63:10 66:14
67:4,7 76:7 79:16
80:8 82:2 85:8
87:19 88:11 96:21
98:20 100:12
101:4,21 102:2,7
102:15,22 104:2
104:16 106:6
107:10,13,16
110:25 111:19
112:7,15,21,25
113:5,9,14,19,25
114:20,23,25
116:3,12 117:23
118:3 119:9,15,21
119:24 120:3,7,17
121:2,10,19 122:3
123:19 124:2,13
125:20 126:2,19
127:1,5,14,21
128:2,10,20 129:3
129:10,17 130:2

131:4,12,20,25
134:18 135:4,9
137:16,24 138:8
138:12,20 139:1,7
139:24 140:10
141:3,9,12,25
142:4,23 143:18
143:22 144:1,6
145:15 146:17
147:2 148:14,25
149:17,23 150:7
150:18,22 151:4
151:10,15 152:21
153:2,19 154:9
155:1,10,23 156:4
156:8,16,22 157:3
157:8,16 158:7,25
159:2 160:14
161:19 162:3,7,11
163:2,12,16 165:9
166:8,14 168:11
168:16 169:9,20
170:7 171:1,6,10
171:15,21 172:25
173:5,12,14,21
174:7 175:24
**stipulations** 8:17
**stolen** 132:15 161:2
**stood** 96:25 107:4
**stop** 58:20 84:12,20
137:22 146:23,23
**stopped** 59:5 82:25
84:18,18,22
**stories** 93:25
**story** 164:21 165:4
165:13
**street** 3:6,14,21 4:6
4:15 5:6 20:16
21:7,10 27:13
35:19 36:7,18,21
40:24 47:11 48:1
48:8 59:22,24
60:11,13,18,18
61:17 62:23 63:1
63:9,20,23 64:1,4
64:6,8,15 65:12
66:1,6,13,18,21

66:24 67:2,12,16
67:23 68:1,10,20
71:6 122:24
130:21 136:6,11
**streets** 33:5,16 34:5
34:12 35:6,11,14
35:18,22,24 36:3
36:25 37:5,11
38:4,8,17,21,25
39:5,8,14,19,25
40:3 41:4,15,23
56:10 64:9,9
126:5,11 131:2,10
**strike** 37:10 51:25
52:22 109:6
144:19 169:23
**strikes** 37:8
**structures** 73:21
**student** 48:7 58:5
58:25 63:22 67:2
67:11 68:10 74:9
74:13 85:22 103:1
104:10 105:21
106:2 129:2
132:18
**students** 66:24
67:25 75:1,21
79:15 80:6 82:1
87:7 127:12,19
133:9 154:8
**subject** 1:23 62:2
70:6,9,11,15,17
70:20
**Subscribed** 180:15
**substance** 180:5
**suffered** 119:4
131:24
**suicidal** 131:11
**suicide** 131:6
**Suite** 5:15
**sum** 49:14
**support** 28:18
43:20
**supposed** 93:1
**sure** 56:24 64:13
69:9 136:23 141:1
156:10 175:5

**surveillance** 62:15
**surveilling** 62:15
**sweep** 35:25 36:4
**switch** 171:25
**swore** 9:1
**sworn** 8:7,12 177:7
180:15
**symptoms** 125:2
**Systems** 2:13
177:23

**T**

**T** 6:11 177:1,1
179:1
**T-shirt** 81:20,23
**T-shirts** 82:1,9
**table** 94:21
**Tabouta** 164:5,5,6
164:7,10,13,21
165:4,12,16,19
166:12,17,23
167:4
**take** 17:6 34:20,21
56:22 87:14 89:18
105:3 114:16
120:6 134:4
137:19 142:5
156:4,8 174:22
**taken** 34:25 57:2
64:8 88:22 105:8
120:10 144:23
156:13
**talk** 17:10,19,24,24
18:1,12,14,14,15
18:17 66:17 79:3
79:8 100:23
101:10 131:18
146:8 171:22
**talked** 17:22 18:8
78:2 89:8 101:5
101:11,13
**talking** 81:1 89:7
89:16 132:10
153:12,13,15
**taped** 114:21
**taught** 62:7,12
152:25 153:3

**taunts** 127:20
**teach** 62:2 70:6,9
70:12 74:1
**teacher** 61:15
108:19,23 109:1
159:8
**teacher's** 108:21
**teachers** 40:23,24
61:10,16 62:4,9
62:14 65:11 69:21
69:25 70:23 104:5
**teaching** 70:18
**team** 141:18
149:19 169:19
**tease** 130:20
**teased** 130:17
**teasing** 130:13
131:1,10
**Technologies** 7:5
**Ted** 7:18
**teenager** 26:10
**television** 168:24
168:25
**tell** 9:2 16:23 46:4
46:7 47:23 48:2
48:12 71:12 80:2
80:5,9,13 91:5
97:23 98:24 101:7
101:15 102:13
103:1,5,13 115:22
116:16,22 117:1
122:1,16,20
128:13 140:18,20
140:22 141:7,13
141:13,14,15,15
141:16,17 151:21
151:24 152:2,6,9
158:4,21 159:3,4
164:21 166:12
167:19
**telling** 9:5 104:15
108:11 161:13
**ten** 22:18 38:12
92:18,19 103:10
**Tenth** 8:24
**term** 167:7,10
**testified** 8:13

Confidential - Subject to Further Confidentiality Review

155:17 161:1
**testify** 16:7 177:7
**testimony** 9:2,6
16:8 177:10
**Thank** 64:13 65:24
102:22 105:5,19
114:23 120:7
133:13 167:14
173:5 174:2,21
175:23
**Thanks** 149:6
**THEODORE** 3:19
**therapist** 131:17
**thing** 75:9 78:6
81:22 95:19
103:25 123:9
131:5
**things** 18:1,15
19:15,23 20:7
58:7 64:25 65:7
77:15 89:8 101:11
101:13 104:6
110:2 116:23
141:6,22
**think** 52:19 57:20
75:20 83:3 84:13
117:3 120:3
124:24 125:3
128:5 129:25
130:7,11 131:14
156:16,17,22,23
156:24 167:21
168:6 169:14
170:10,13 174:11
174:25 175:2
**thinner** 56:7,11,16
**third** 63:25 69:1,11
**thirty** 178:13
**thought** 14:25 67:7
107:7 111:4
120:19 146:14
159:14
**thoughts** 131:11
**threat** 104:12
**threatened** 37:24
38:23 39:9 103:16
**three** 1:13 5:15

23:20 50:16
**throw** 37:13 91:20
98:25 117:7
**thrown** 37:7,17
117:5
**ticket** 143:21
**time** 7:7 10:3 17:22
17:24 27:11 28:22
29:7 33:4,5 34:24
35:2,14,18 39:24
40:5 41:22 42:1
42:16 46:15 50:17
57:1,4 58:18 64:8
64:16,18 67:2
68:2,2 74:8 76:10
82:16 85:7,11,14
85:17 88:2,20
89:4 91:1,2 95:9
95:15 99:21,22
102:24 104:20
105:7,10 106:18
107:18,21,25
108:22 109:3,17
110:22 112:20
113:21 115:25
116:2 117:6 119:6
120:9,12,25
124:12 131:14
132:24 133:2,22
135:2 136:2,17
138:15 139:5
140:8,9 154:23,24
155:9,13,14,21
156:2,12,15,23
158:1,19 159:3,4
160:22 161:18
164:18 165:3
170:22 171:13,19
171:25 172:7
176:2
**times** 35:10 36:13
38:11,12 43:6
50:14,16 78:23,25
80:18 81:2,4,5
90:23 121:11
128:17 129:6
130:17 135:12

137:1 148:11
155:18 160:11,18
161:25 162:6,14
166:25 168:9
170:12
**tire** 37:16
**tires** 37:13
**tjf@murphyking...**
3:24
**today** 9:2,6,9 16:7
18:10 27:4 45:3
134:17 135:17
**today's** 7:6 15:18
16:1,8,13 18:18
**told** 11:6 40:22
45:15 58:7,9
59:18 71:8,12
72:22 79:22,23
80:7 87:14 92:5
93:6 97:22 98:25
101:19 102:5
103:4,6,17 114:1
115:25 117:4,6
119:1,3 135:17
140:24,25 141:2
141:23 151:8
159:23 164:10
165:4,7,12,16,19
166:6,13 167:21
172:8,13,20 173:9
173:16
**tonight** 95:10
**top** 10:15 92:1
**topic** 56:20
**total** 90:23
**touch** 67:22 111:10
112:6,13,16,24
113:8 132:7 133:9
**touched** 110:11,15
111:9,17,18,22
112:5,14,17
**touching** 107:5
110:4,5,23 111:3
111:24,25 112:1,4
112:19 159:12
**Tour** 143:3,4
146:13

**town** 32:19
**trade** 74:1 84:16
**transcript** 82:18
178:14,15
**transcription** 180:4
**translate** 8:7 103:7
119:20,21 163:19
163:23
**translated** 8:9
157:12
**translates** 156:19
**translation** 117:17
**translator** 8:6,13
29:2 35:15 52:16
57:7 65:2 67:13
76:1 80:15 81:5
82:20 97:4 98:14
103:8 105:5,23
106:11 107:11
108:8 110:10
114:22,24 118:1,5
119:19,23 121:4
121:11 126:7,9
127:15 134:15
136:8 139:8
144:14 145:5
147:19 148:2
154:14 157:11,20
158:16 163:18,22
172:14 174:1,24
175:4,7
**treatment** 51:19
131:24
**Trial** 6:13 10:11
**trip** 86:18 147:14
**trouble** 128:8
**true** 14:8,11 177:10
**Trumbull** 4:15 5:6
**trust** 104:25
**truth** 9:2,5 47:23
48:2,12 167:19
177:7
**try** 155:24 157:10
174:15,18,19
**trying** 155:20
**tuition** 84:9
**turn** 162:23

**turned** 100:3 129:7
129:24
**turning** 96:12
**TV** 149:2
**Twice** 90:25
**two** 1:13 19:14
20:18 24:2,25
25:6 30:14 31:6,7
31:13,15,16 75:24
101:10 109:17
144:9 145:18
155:18 160:11,18
161:25
**type** 82:15
**typewriting** 177:9
**typical** 35:21 60:13
74:11 76:18
123:13
**typically** 75:2

U

**U.S.A** 1:11,12 4:12
**understand** 9:1,11
9:16 10:20 11:6
11:12,19 13:20,22
14:6 16:20 38:1
43:2 48:5 67:24
103:23 120:18
129:11,23 130:25
131:21 135:16
136:23 139:11
145:24 149:15
152:16 155:16,20
157:9 158:8,12,13
171:2 173:16
**understanding**
156:25
**understood** 156:23
**uniform** 113:15
**uniforms** 61:4
**United** 1:1 7:11
18:13
**University** 1:8 5:3
7:17 81:15,18,21
81:23,25 82:4,6,9
**unlocked** 97:23
**upcoming** 18:9

**use** 36:10 51:1,4,8

**V**

**v** 1:6
**verb** 156:21 157:22
**version** 117:25
**versus** 7:10
**video** 7:8
**videographer** 5:20
  7:3,5 34:23 35:1
  56:25 57:3 64:11
  85:10,13 88:19
  89:3 105:6,9
  107:17,20 120:8
  120:11 132:23
  133:1 156:11,14
  175:25
**videos** 17:7
**VIDEOTAPED**
  1:23 2:1
**view** 103:24
**Village** 45:24 46:1
  47:10 48:1,8
  64:22,25 65:6,10
  65:17,22 66:3,4
  68:20,25 69:3,6
  69:11,13,20,25
  70:24 71:7,9,11
  71:13,15,20,23
  72:3,5,6,8,10,15
  73:4,8,12,16 74:8
  74:12,14,18,23
  75:13,21 76:4
  77:3,6,11,13,15
  77:17 78:1,14,24
  79:2,6,9,11,19
  80:19,24 81:3,4,7
  81:10 82:13 83:6
  83:17 85:23 86:7
  89:19,23 90:4
  91:20 98:25
  100:15 102:11,25
  102:25 103:22,25
  104:9 105:21
  106:2,17 117:6
  127:6,7,12,19
  132:11,12,14,19

133:3,17,18
134:25 135:1
140:14 161:4,7
162:15 164:20
166:24 167:1,22
167:25 168:4,8
172:1,5,12,19,24
173:1,10
**Vincent** 57:16,16
  57:25 58:5,15,20
  58:25 59:3,6,8
**Vincent's** 57:18
**visit** 28:10
**visitors** 68:9,11,12
  68:14 78:16,17,20
  78:21
**visits** 51:9,23 52:2
**volunteers** 165:19

**W**

**W** 4:4 5:4
**waist** 154:4
**wait** 67:4 148:6
**waiting** 60:20
  97:17 146:18,21
  147:16
**wake** 92:10 97:24
  105:18
**waking** 97:18
**walk** 59:24 87:7
  99:11 109:7 153:7
**walked** 110:1,18
  115:11
**walking** 81:1 96:2
  130:20
**wall** 114:13,17
  117:22 118:14
**walls** 117:20
**WALSH** 5:14
**WANAT** 4:5
**want** 12:19 15:22
  16:8,23,25 34:20
  40:13 56:21 103:5
  105:3 114:6
  119:19 128:13
  131:7 136:23
  141:18 142:5,5

151:7 156:20
157:5 163:18,20
163:22 164:8
174:22
**wanted** 40:15 46:24
  154:6 156:19
**wants** 114:7 115:10
**wash** 35:25 36:4
  136:11,14 170:10
**washing** 36:10
  136:18 138:3
  169:24 170:14
**wasn't** 19:12 29:20
  34:1 55:12 58:6
  71:19 72:16 91:15
  108:17 111:6
  114:5
**watch** 168:21,23,25
  169:1,3,17 170:1
  170:6
**watching** 62:16
  149:2
**way** 50:13 55:12
  110:6,7 118:16
  122:7 128:5 132:4
  145:4 146:6
  156:24
**ways** 55:11
**we're** 21:22 45:2
  67:18 147:15
**we've** 8:17 27:4
**weapons** 39:13,19
**wearing** 96:16
  100:5
**Wednesday** 1:24
**week** 66:8 78:7,7
  123:13 168:10
  170:14,17,19,22
  170:25 171:4,5,20
**weeks** 19:25
**went** 19:19 26:1
  40:6,12,15,16
  41:1 57:15,17
  59:10 68:6 72:18
  72:20 76:20 83:11
  85:19 86:1,17,21
  86:25 87:1,15,18

88:14 91:18,23
92:2,3 93:6,15
95:3,10 96:13,13
97:9,11 98:8 99:4
100:9,14 107:3,25
108:14 110:3
111:1 115:18
140:2,6 146:6,10
146:12 147:3
159:7,8,10 160:8
160:9,10
**weren't** 36:13
  78:11
**whereof** 177:17
**white** 62:22,25
  63:14,16 68:14
  78:11,13,15 81:9
  114:16
**wife** 122:25 126:7,8
  136:6
**willing** 48:2,12
**window** 114:11
**windows** 94:24
  95:1
**witness** 142:7
  177:17 178:1
**woke** 100:11
**woman** 86:2 89:12
  97:10,13 126:14
  126:16 127:9
  128:14 129:25
  130:22 137:15,22
  154:1 162:2
**woman's** 139:9
**wondering** 15:25
  104:12 120:24
  127:18 129:13
**word** 11:19 52:19
**words** 158:4
**work** 22:7 24:6,21
  27:21 29:19 30:4
  42:10,13,17,19,22
  42:25 43:3,9,12
  43:14 128:8,18,24
  129:16,18,22
  130:4,8,15,16,24
  131:3 135:21

136:5,7,9 137:11
137:19 143:17
150:13,22 151:1
170:11,15,17,19
170:21,24 171:4
174:16,18 175:24
**worked** 62:22,25
  63:15 135:18
  136:3 171:5
**worker** 63:20
**working** 22:8 29:21
  29:22 130:3,5
  137:6,18,23
  150:24 151:18
  169:25
**works** 24:7 28:5
  151:2,11
**worn** 108:6,8,12
**worse** 117:8
**wouldn't** 117:8
**wrinkles** 154:1
**write** 10:5,6 46:11
**writing** 13:15
**written** 13:8 14:4
  14:17 81:21,23
  82:4
**wrote** 117:19,22
  118:13

**X**

**X** 6:11
**Xia** 3:4 8:4,4 103:7
  116:18 156:6,21
  157:2

**Y**

**yard** 74:25,25 75:2
  75:5,15 108:18
**Yeah** 35:19 60:22
  87:4 126:12
  136:14 137:3
  139:19 146:21
  153:13 160:8
  164:22 165:3
  170:20
**year** 8:24 34:16
  58:3 69:1,3,7,14

Confidential - Subject to Further Confidentiality Review

69:18 82:24 84:8
84:8 107:8 111:5
111:14 135:7
154:12,14 165:12
**years** 19:18,25
34:15,19 35:6
40:2 42:2 57:21
69:16
**young** 128:12
**younger** 22:4,14
23:1,2 24:10,23
26:6,7

**Z**

**0**
**02108** 3:22 5:16
**02109** 3:7
**06103** 4:16 5:7
**06405** 4:7

**1**
**1** 6:13 10:9,10
**1:00** 75:16 76:13
**1:35** 89:4
**10** 6:13
**10/31/2017** 177:24
**10:09** 35:2
**10:57** 57:1
**100** 3:6 49:17 50:10
50:17,19 140:3
**11:08** 57:4
**12** 6:15
**12:17** 85:11,14
**12:18** 85:14
**12:25** 88:20
**13** 47:11 59:10,12
59:14,16 63:11,12
63:15 66:2 67:6
68:6,23 164:4,17
164:20 165:3,5
173:3,7
**133** 6:5
**13th** 40:24 48:1,8
59:22 60:11,13
61:17 62:23,25
63:8,20,22,25

64:3,6,7,15 65:12
66:1,5,13,18,21
66:24 67:2,12,15
67:23 68:1,9,19
71:5
**142** 6:6
**167** 6:7
**175** 6:8
**1991** 8:25

**2**
**2** 6:14 12:5,6
117:24 149:6,9
162:24
**2:14** 105:7
**2:25** 105:10
**2:31** 107:18
**2:32** 107:21
**20** 92:19 175:4
180:16
**2006** 91:9 154:18
**2015** 1:24 7:6 176:1
177:5,19
**203-315-7000** 4:8
**21st** 3:21
**24** 19:18
**242** 5:6
**250** 43:13 135:24
137:5
**26** 117:17
**280** 4:15
**28th** 177:5
**29** 1:24 7:6 176:1

**3**
**3:01** 120:9
**3:13-cv-01132(R...**
1:2
**3:13-cv-1225-RNC**
1:4
**3:13-cv-1269-RNC**
1:4
**3:13-cv-1437-RNC**
1:5
**3:13-cv-1480-RNC**
1:5
**3:13-cv-1626-RNC**

1:6
**3:13-cv-1627-RNC**
1:6
**3:13-cv-1628-RNC**
1:7
**3:13-cv-1629-RNC**
1:7
**3:13-cv-1630-RNC**
1:8
**3:13-cv-1631-RNC**
1:8
**3:13-cv-1632-RNC**
1:9
**3:13-cv-1633-RNC**
1:9
**3:13-cv-1634-RNC**
1:10
**3:13-cv-1635-RNC**
1:10
**3:13-cv-1636-RNC**
1:11
**3:13-cv-1637-RNC**
1:11
**3:13-cv-1638-RNC**
1:12
**3:13-cv-1639-RNC**
1:12
**3:13-cv-1640-RNC**
1:13
**3:13-cv-1641-RNC**
1:13
**3:13-cv-1642-RNC**
1:14
**3:13-cv-1644-RNC**
1:14
**3:13-cv-1645-RNC**
1:15
**3:13-cv-1647-RNC**
1:15
**3:13-cv-1648-RNC**
1:16
**3:13-cv-1701-RNC**
1:16
**3:13-cv-1767-RNC**
1:17
**3:13-cv-1768-RNC**
1:17

**3:13-cv-1769-RNC**
1:18
**3:13-cv-1881-RNC**
1:18
**3:13-cv-1904-RNC**
1:19
**3:13-cv-1906-RNC**
1:19
**3:13-cv-1907-RNC**
1:20
**3:17** 120:12
**3:49** 132:24 133:2
**30** 178:13
**300** 44:13 49:15,17
50:22 51:24 52:6
139:17

**4**
**4:33** 156:12
**4:46** 156:15
**471** 4:6
**473** 2:12 177:2,22
**4th** 177:18

**5**
**5** 2:7
**5:26** 176:2
**50** 136:15
**547** 2:7

**6**
**617-423-0400** 3:23
**617-523-6010** 5:17
**617-523-6250** 3:8
**62002** 3:15

**7**

**8**
**8** 6:4 57:20
**830** 5:15
**860-275-0100** 5:8
**860-275-8200** 4:17

**9**
**9** 57:21 117:17
**9:02** 1:25 7:7
**9:55** 34:24