UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Civil Action No.
3:13-cv-01132(RNC)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GERVIL ST. LOUIS, a/k/a ST. LOUIS GERVIL,

        Plaintiff,

  v.

DOUGLAS PERLITZ, FATHER PAUL E. CARRIER, S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS OF NEW ENGLAND; SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICAN ASSOCIATION, U.S.A.; a/k/a ORDER OF MALTA, AMERICAN ASSOCIATION, U.S.A.; JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; JOHN DOE FOUR; JOHN DOE FIVE; JOHN DOE SIX and JOHN DOE SEVEN,

        Defendants.

Consolidated with:
3:13-cv-1225-RNC
3:13-cv-1269-RNC
3:13-cv-1437-RNC
3:13-cv-1480-RNC
3:13-cv-1626-RNC
3:13-cv-1627-RNC
3:13-cv-1628-RNC
3:13-cv-1629-RNC
3:13-cv-1630-RNC
3:13-cv-1631-RNC
3:13-cv-1632-RNC
3:13-cv-1633-RNC
3:13-cv-1634-RNC
3:13-cv-1635-RNC
3:13-cv-1636-RNC
3:13-cv-1637-RNC
3:13-cv-1638-RNC
3:13-cv-1639-RNC
3:13-cv-1640-RNC
3:13-cv-1641-RNC
3:13-cv-1642-RNC
3:13-cv-1644-RNC
3:13-cv-1645-RNC
3:13-cv-1647-RNC
3:13-cv-1648-RNC
3:13-cv-1701-RNC
3:13-cv-1767-RNC
3:13-cv-1768-RNC
3:13-cv-1769-RNC
3:13-cv-1881-RNC
3:13-cv-1904-RNC
3:13-cv-1906-RNC
3:13-cv-1907-RNC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This document applies to:
All of the above referenced cases
And those to be filed
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
    VIDEOTAPED DEPOSITION OF JOHNSON AUDATE

Tuesday, January 12, 2016
9:04 a.m.

1  BY MR. BABBITT:

2      Q.  How many times?

3      A.  Twice.

4      Q.  How much?

5      A.  He once gave me 50 Haitian dollars.

6      Q.  And how much did he give you the other
7  time?

8      A.  The other time he gave me $2,000,
9  Haitian dollars.

10     Q.  Did he give you this money before or
11 after you spoke with the attorney named Mitch?

12     A.  What do you mean?

13     Q.  Did Mathieu give you money before or
14 after you spoke with the attorney named Mitch?

15     A.  It was quite a bit of time after.

16     Q.  And did you receive this money before
17 or after you had sought legal counsel with
18 respect to your claims in this case?

19     A.  After.

20     Q.  Has Cyrus Sibert ever given you money?

21         MS. POLLOCK:  Again you can answer the
22 question yes or no.

23     A.  Yes.

24 BY MR. BABBITT:

25     Q.  How many times?

1   A.   About two times.
2   Q.   And the first time he gave you money,
3   how much did he give you?
4   A.   Once I had -- I was in an accident, he
5   gave me $200 so I can get some shots.
6        And another time I had telephone
7   issues, I needed telephone, he gave me $100 so I
8   could buy a phone.
9   Q.   The first time when he gave you $200,
10  was that American dollars or Haitian dollars?
11  A.   Haitian.
12  Q.   And the second time when he gave you
13  $100, was that American dollars or Haitian
14  dollars?
15  A.   American at that time.
16  Q.   Do you remember Cyrus giving you money
17  any other time?
18  A.   After he gave me the $100 to buy the
19  telephone, the telephone later on stopped
20  functioning, and he gave me $300 to buy another
21  one.
22  Q.   And the $300 that Cyrus gave you that
23  time, was that American or Haitian dollars?
24  A.   Haitian.
25  Q.   Any other times?  Were there any other

1   times that Cyrus gave you money?
2       A.   Some other time, sometimes I might
3   have stopped by and he might have given me
4   money, but I don't really remember.
5       Q.   Since you spoke with the attorney
6   named Mitch, has anyone else given you money?
7           MS. POLLOCK:   I'm going to object as
8   vague.  Do you mean even family members?  Or do
9   you mean related to the case?
10          MR. BABBITT:   Sure.  Start broad and
11  see where we go.
12          MS. POLLOCK:   Sure.
13  BY MR. BABBITT:
14      Q.   Has anyone else given you money since
15  you spoke with the attorney named Mitch?
16      A.   What kind of people?
17      Q.   Anybody.
18      A.   I may have a friend who give me 50
19  bucks, but that would be my own friends.
20      Q.   Anybody else who works for Cyrus
21  Sibert given you money?
22      A.   No.
23      Q.   Did Mathieu give any bus tickets to
24  anyone else on the day he gave you your bus
25  ticket?

1   Mr. Sibert speaking to some former PPT students?
2       A.   I didn't see them talking.  I just saw
3   them standing next to the square.
4       Q.   Who were these boys that were standing
5   in the square with Cyrus when you came upon
6   them, sir?
7       A.   I don't remember.  It's just that I
8   just saw a few guys from the Village, but I
9   don't remember who they were.
10          MS. POLLOCK:  We've been going an
11  hour, I don't know how much longer --
12          MR. KENNEDY:  Do you want to take a
13  five minute break?
14          MS. POLLOCK:  Sure.  Do you have a lot
15  to go?
16          MR. KENNEDY:  I'm not sure, but let's
17  be fair.
18          THE VIDEOGRAPHER:  Going off the
19  record.  The time is 6:13.
20          (Whereupon, a recess was taken.)
21          THE VIDEOGRAPHER:  Back on the record.
22  The time is 6:28.
23  BY MR. KENNEDY:
24      Q.   Mr. Audate, when you first saw Cyrus
25  Sibert in Carenage in the square that day, did

```
 1   you speak to him?
 2       A.   Yes.
 3       Q.   And did you speak to him alone, or
 4   were there other PPT students with you?
 5       A.   Alone.
 6       Q.   What did you say to him, sir?
 7       A.   I can't say what I told him.
 8       Q.   Sir, you can tell me what you told
 9   him.
10       A.   It was a secret.
11       Q.   Well, what did you tell him, sir?
12            MS. POLLOCK:  You can tell him what
13   you told -- you can testify about what you told
14   Cyrus in the square that day.
15       A.   He just asked me if I was a child -- a
16   Pierre Toussaint child.  I said yes.
17   BY MR. KENNEDY:
18       Q.   What else?
19       A.   I said -- I talked to him, I said
20   "yes, I was at the Village."  He said "wait
21   there, I'm going to make you talk to someone."
22   He made me stay there, and so I could talk to a
23   lawyer, so I did talk to a lawyer.
24       Q.   Did you tell Cyrus in the square in
25   Carenage on that day that Douglas abused you?
```

1    A.    No.

2    Q.    Did he ask if Douglas abused you?

3    A.    We just explained. He asked "were you

4  at the Village?" I said "yes."

5    Q.    That's all the conversation you had

6  with him, with Mr. Sibert in the square in

7  Carenage that day?

8    A.    And then I talked to the lawyer. It's

9  not something -- I wanted to explain to people.

10   Q.    Did you speak to the lawyer that day,

11 sir?

12   A.    Yes.

13   Q.    Who was the lawyer, sir?

14   A.    Mitch.

15   Q.    You spoke to Mitch on the same day

16 that you saw Cyrus for the first time at the

17 square at Carenage?

18   A.    Yes.

19   Q.    Was Mitch at the square in Carenage

20 with Mr. Sibert?

21   A.    No.

22   Q.    Did Mitch call you on that same day,

23 sir?

24   A.    Yes.

25   Q.    And it was on the exact same day?

1   A.   Yes.
2   Q.   What time of year -- I'm sorry.
3        What year was that that you first saw
4   Cyrus in the square at Carenage, sir?
5   A.   I don't remember.
6   Q.   Do you remember the time of year, sir?
7   A.   I don't remember.
8   Q.   And on that day, did Cyrus give you
9   money, sir?
10  A.   At that time I didn't have a phone.
11  He gave me money to buy a phone.
12  Q.   And this was after you had told him
13  that you were a former student at the Village,
14  is that correct?
15  A.   He heard I was a former student,
16  former child from the Village.
17  Q.   Right. And he gave you that money
18  after you told him that, correct?
19  A.   I didn't have a telephone. I told him
20  I didn't have a telephone, so he gave me money
21  so I could buy one.
22  Q.   And when did you buy a telephone, sir?
23  A.   I don't remember when it was, but I
24  don't remember, but I remember he gave me money
25  to buy a phone.

```
 1      Q.   Did you buy a telephone on the same
 2  day, sir?
 3      A.   Yes.
 4      Q.   What type of phone was it, sir?
 5      A.   Digicel.
 6      Q.   Did Cyrus go with you to buy the
 7  phone, sir?
 8      A.   No.
 9      Q.   Sir, do you know an individual named
10  Jean Blaise, B-L-A-I-S-E?
11      A.   I've heard about him, but I don't know
12  him.
13      Q.   What did you hear about him, sir?
14      A.   I heard the name Blaise, Blaise, I've
15  heard the boys talk about him, but I don't know
16  Blaise.
17      Q.   Okay.
18      A.   I heard that name in Haiti.
19      Q.   You said you heard the boys talk about
20  him.  What did they say about him, sir?
21      A.   They say "I haven't seen Blaise, I
22  haven't seen Blaise."  They talk about this
23  Blaise, but I don't know who it is.
24           THE INTERPRETER:  The interpreter
25  would like to add something.  There are
```