# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GERVIL ST. LOUIS, a/k/a ST. LOUIS GERVIL

    Plaintiff,


        v.

DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.;
HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD
UNIVERSITY; THE SOCIETY OF JESUS OF NEW
ENGLAND; SOVEREIGN MILITARY HOSPITALLER
ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND
OF MALTA, AMERICAN ASSOCIATION, U.S.A., a/k/a
ORDER OF MALTA, AMERICAN ASSOCIATION, USA
JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE;
JOHN DOE FOUR; JOHN DOE FIVE; JOHN DOE SIX; and
JOHN DOE SEVEN,

    Defendants.

This document applies to:
All cases

Lead Civil Action No.:
3:13-cv-01132-RNC

Consolidated with:

| | |
|---|---|
| 3:13-cv-1225 | 3:13-cv-1640 |
| 3:13-cv-1269 | 3:13-cv-1641 |
| 3:13-cv-1437 | 3:13-cv-1642 |
| 3:13-cv-1480 | 3:13-cv-1644 |
| 3:13-cv-1626 | 3:13-cv-1645 |
| 3:13-cv-1627 | 3:13-cv-1647 |
| 3:13-cv-1628 | 3:13-cv-1648 |
| 3:13-cv-1629 | 3:13-cv-1701 |
| 3:13-cv-1630 | 3:13-cv-1767 |
| 3:13-cv-1631 | 3:13-cv-1768 |
| 3:13-cv-1632 | 3:13-cv-1769 |
| 3:13-cv-1633 | 3:13-cv-1881 |
| 3:13-cv-1634 | 3:13-cv-1904 |
| 3:13-cv-1635 | 3:13-cv-1906 |
| 3:13-cv-1636 | 3:13-cv-1907 |
| 3:13-cv-1637 | 3:14-cv-0125 |
| 3:13-cv-1638 | 3:14-cv-0668 |
| 3:13-cv-1639 | 3:14-cv-0815 |

September 19, 2014

## PLAINTIFF JACQUES MACKENSON'S RESPONSE TO
## CERTAIN DEFENDANTS' FIRST SET OF INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Jacques Mackenson hereby
responds to the First Set of Interrogatories served by Hope E. Carter, Fr. Paul E. Carrier, Fairfield
University, The Society of Jesus of New England, and the Sovereign Military Hospitaller Order of
St. John of Jerusalem of Rhodes and of Malta, American Association, U.S.A. (collectively, "Certain
Defendants"), and incorporates herein by reference the General Objections and Objections to
Individual Interrogatories contained in the previously served Plaintiffs' Master Objections to First
Set of Interrogatories Propounded by Certain Defendants to All Plaintiffs.

## INTERROGATORIES

## INTERROGATORY NO. 1

Please state your full name (and any other name(s) by which you have been known), your date of
birth, and the address of your residence or location where you live. If you cannot state your date

of birth, please state your best approximation and the basis for that approximation.

*Answer To Interrogatory No. 1*

My name is Jacques Mackenson.  My nickname is Fayo. I was born on February 26, 1990. I live in Baryè Boutèy in a place called Sous Morpion.

## INTERROGATORY NO. 2

Please state each residence address or location where you have lived from birth to present date, identifying each person with whom you lived at each location.

*Answer To Interrogatory No. 2*

I was born in a place that is called Labory; I lived there with my parents. From Labory I moved to Ste Philomène when I was 5 years old to live with my mother and then I left my mom's house to go living on the streets. In 2007, I spent 2 weeks sleeping in Carenage. And then I went back to live on the streets, until I've met my friend Chanel in 2010 who told me to come to stay with him and I live there since then.

## INTERROGATORY NO. 3

Identify each current and former spouse, and for each one, state the date and location of your marriage to each, and if any marriage ended in divorce, the date and location (court) of each divorce.

*Answer To Interrogatory No. 3*

I am not married.

## INTERROGATORY NO. 4

With regard to your family, please identify your parents, all of your siblings (including biological, step, adopted, and/or foster siblings), and all of your children (including biological, adopted, step, and/or foster children).

*Answer To Interrogatory No. 4*

My father's first name is Versilien but I don't know his last name.  I have never known my dad.  I am using my grandma's last name. My mother's name is: Guirlène Marianise. She lives in St. Philomen.  I have a brother, his name is: Tecilien. He lives in St. Philomen.  I don't have any step brothers and sisters. I don't have any children.

.

## INTERROGATORY NO. 5

Please identify all schools that you attended as a student, starting with elementary school, and for each such school state: (i) the dates you attended; (ii) the grade level(s) or year(s) you completed; and (iii) the nature of any certificate(s) or degree(s) you obtained.

*Answer To Interrogatory No. 5*

The first time I went to school was at the Center on Street 13 A (Rue 13 A), I did my 1st grade there and I went to Carinage from 2nd to 4th grade. I went to Trade School at the Village when I was at Carinage.  Since then I never go to school anymore.

### INTERROGATORY NO. 6

For every school grade or year completed, identify your teacher(s) and/or instructor(s), and state the subject area(s) he and/or she taught.

*Answer To Interrogatory No. 6*

When I was on Street 13 A Madam Merline was my teacher and she taught me how to read and write. When I went to Carenage Magalita was my teacher, she also taught me how to read and write. I had teacher Rodney who used to do the reading and covered other subjects while Madam Caliste was our teacher too.

### INTERROGATORY NO. 7

Please identify all employers with whom you worked from January 1, 1995 to the present, the nature of your duties and responsibilities at each place of employment, the amount of compensation received each of the last three years spent at each place of employment, and the name of your immediate supervisor at each place of employment.

*Answer To Interrogatory No. 7*

I have never been an employee.

### INTERROGATORY NO. 8

If you are answering these interrogatories with the assistance of any individual (beyond the attorneys representing you), please state the name and address of the individual(s) that are assisting you in responding to these interrogatories.

*Answer To Interrogatory No. 8*

I have not been assisted in answering these interrogatories by anyone beyond my attorneys or their agents.

### INTERROGATORY NO. 9

List any and all other lawsuits in which you have been a party, including the names of the case, the docket number, the jurisdiction where the case was filed, the names of all attorneys involved in such cases and a description of the grounds for the claims in each such case.

*Answer To Interrogatory No. 9*

None that I am aware of.

## INTERROGATORY NO. 10

Identify any covenant not to sue, release, settlement agreement, or discharge of any claim that you had, have or may have against any person for physical or mental injuries or conditions, including but not limited to the injuries or conditions alleged in the Complaint, and for each such document identify the person in whose favor it was given, the date thereof, and the consideration paid to you for giving it.

*Answer To Interrogatory No. 10*

None that I am aware of.

## INTERROGATORY NO. 11

If you have been arrested, please state for each arrest the date of the arrest, the charge against you as a result of the arrest, the location of the courthouse where the charges were brought, and the disposition of the charges.

*Answer To Interrogatory No. 11*

Back when I was in the street I used to get arrested because they did not want me to live in the street and I was also sniffing paint thinner. And another time I got arrested because I was walking with a friend who stole a woman's bag. This was in 2012. I spent 1 year and 6 months in jail.

## INTERROGATORY NO. 12

Please state when you first retained counsel in this matter and who referred you to counsel.

*Answer To Interrogatory No. 12*

I was referred to counsel by Cyrus Sibert sometime in 2014.

## INTERROGATORY NO. 13

State whether you ever attended PPT as a student.  If the answer is yes, please state the dates that you attended PPT.

*Answer To Interrogatory No. 13*

I first went to Rue 13.  I think I was about 9 years old.  I later transferred to Rue 29 on City Boulevard, which I called Carinage.  When I was at Carinage, I also started going to Trade School at the Village.  I would go to Trade School in the morning, and then Carinage in the afternoon.  I was still at Rue 13 when Andy left Haiti.  I was at the Project until it closed.

### INTERROGATORY NO. 14

If you ever participated in any program that was part of PPT, please state the specific program(s) at PPT in which you participated (e.g., the 13th Street Intake Center, the Village, etc.) and the time periods during which you participated in each program.

*Answer To Interrogatory No. 14*

See Answer No. 13.

### INTERROGATORY NO. 15

State whether you ever resided at housing provided or arranged by PPT. If the answer is yes, please state (i) the location of the housing; (ii) the dates that you resided at this housing; and (iii) whether this housing was your exclusive housing during this period or whether you had other housing during this period at which you at least occasionally resided.

*Answer To Interrogatory No. 15*

I do not recall sleeping at the Village.  I used to sleep at Carinage and I would sleep at Bel Air when there was rain.

### INTERROGATORY NO. 16

State whether you ever attended a school that you contend was affiliated or associated with PPT. If the answer is yes, please (i) identify the school; (ii) state the dates that you attended the school; and (iii) the grade level(s) or year(s) you completed.

*Answer To Interrogatory No. 16*

See Answer No. 13.

### INTERROGATORY NO. 17

For each year from the time you became associated with PPT to the present, state all earned or unearned income or gifts, in cash or in kind, you have received from any source, and state the source and amount of each gift or item of income included in your answer.

*Answer To Interrogatory No. 17*

I received clothes for school.  I also received about 10 Haitian Dollars for doing chores like mowing and cleaning.

### INTERROGATORY NO. 18

Have you received any money, gift or item of value from any defendant, and, if so, please state what was received, from whom, and the date(s) of receipt.

*Answer To Interrogatory No. 18*

See Answer No. 17

### INTERROGATORY NO. 19

With regard to the allegations of sexual abuse, sexual misconduct, or sexual exploitation committed against you ("abuse") by Perlitz which you allege in your Complaint:

a.   state every date in chronological order on which you claim that Perlitz abused you and if you cannot, state your best approximation of those dates and state the basis for that approximation;

b.   state the number of occasions on which you allege you were abused by Perlitz;

c.   state exactly what you allege occurred during each alleged instance of abuse by Perlitz including the location, date, time, and duration of the abuse, and;

d.   identify each person known to you who observed or witnessed the abuse alleged in your Complaint.

*Answer To Interrogatory No. 19*

I was sexually abused by Perlitz.  I do not know exact dates, times, or duration.  The abuse included fondling and sodomy. I can recall two times that this happened to me.  The first time was at the shower at Carinage.  I was late coming to school.  He helped me enter to take a shower.  He told me that if I don't agree, I would lose all privilege.  He made me put my mouth on his penis, and then he inserted his penis in my buttocks.  I do not recall anyone seeing me.  The second time was about one month later.  He told me to help him carry something to the car and bring it to Bel Air. While driving, he pulled aside in a deserted area.  I resisted and he ut his hand over my mouth and asked me "wouldn't I like nice things like walkman, sneakers,…?"  He pulled my shorts down and inserted his penis in my buttocks.  I bled.  Someone might have seen me get in the car, but I don't know.  When he did this to me, Jessica was in Haiti and boys were living at Rue 14.

### INTERROGATORY NO. 20

State whether you have ever denied that you were a victim of the abuse alleged in your Complaint. If the answer is yes, please identify each person to whom you denied the alleged abuse, the date when you denied the alleged abuse, and the circumstances by which you denied the alleged abuse.

*Answer To Interrogatory No. 20*

Not that I can recall.

### INTERROGATORY NO. 21

Identify any person, other than Perlitz, who you allege ever sexually molested, sexually abused or sexually exploited you, including the date of abuse, relationship of the abuser to you, location of abuse, identity of any person or entity to whom you reported the abuse, the date you reported the abuse, and, if you denied the abuse, state the date and to whom you denied the abuse.

*Answer To Interrogatory No. 21*

No one.

### INTERROGATORY NO. 22

Please state whether you were ever threatened or coerced at any time by any individual (including but not limited to Perlitz) not to report any claim of sexual abuse, and/or whether you were threatened or coerced at any time by any individual to claim that you were sexually abused by Perlitz.

*Answer To Interrogatory No. 22*

Douglas told me not to tell anyone about the abuse, and that I would get kicked out if I did.  He also told me that God would punish us if I did.   Told me to keep it a secret and he only did this with the boys he loved.

### INTERROGATORY NO. 23

Identify all persons who you believe were sexually abused by Perlitz from 1998 to 2008, and for each person so identified, state the basis for your belief.

*Answer To Interrogatory No. 23*

I personally know nothing about this matter, but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 24

Identify all persons who you believe actually knew that Perlitz was sexually abusing you at any time prior to September 15, 2009, and for each such person, state the basis for your belief.

*Answer To Interrogatory No. 24*

I told Kensley Previl after this happened to me.  Otherwise, I personally know nothing about this matter, but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts

supporting this claim.

### INTERROGATORY NO. 25

Identify all persons whom you told, at any time prior to September 15, 2009, that Perlitz was abusing you.

*Answer To Interrogatory No. 25*

See Answer No. 24.

### INTERROGATORY NO. 26

Identify all persons (including, if applicable, any of the defendants) who you believe actually knew that Perlitz posed a risk to children or was otherwise unsuitable to serve as director of Project Pierre Toussaint at any time prior to September 15, 2009, and for each such person, state the basis for your belief.

*Answer To Interrogatory No. 26*

See Answer No. 24. Further, I believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 27

Identify all persons (including, if applicable, any of the defendants) who you believe should have known that Perlitz posed a risk to children or was otherwise unsuitable to serve as director of Project Pierre Toussaint at any time prior to September 15, 2009, and for each such person, state the basis for your belief.

*Answer To Interrogatory No. 27*

See Answer No. 24. I believe Madame Carter, Pere Paul, and Fairfield should have known.  They were in charge of Douglas.  Further, I believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 28

Describe each injury or condition that you claim to have sustained as a result of the incident alleged in the Complaint.

*Answer To Interrogatory No. 28*

My body was violated and my mind was injured because of what Perlitz did to me.  I suffered pain and mental suffering, which continues to this day.  This includes problems sleeping, problems

concentrating, low-self-esteem, feeling worthless, guilty, and shameful. I feel isolated, helpless, and hopeless. I am sad and depressed. I have nightmares. I have low energy, no joy, and I have had suicidal thoughts. I lost the possibility of regular meals, showers, and shelter and the opportunity to go to school.

### INTERROGATORY NO. 29

If you have received any medical, physical, psychiatric, psychological, mental health, emotional, or similar counseling, examination, testing, treatment, or evaluation for the damages alleged in your most recent Complaint, please describe as accurately as possible:

  a.  the reason or purpose for the treatments;
  b.  the name and address of the individuals who treated you;
  c.  the dates of such treatment;
  d.  the identity of any medications which were prescribed as part of your treatment; and
  e.  whether a report of the examination, test results or treatment was prepared; and
  f.  the name and address of each person or organization to whom a report was submitted.

*Answer To Interrogatory No. 29*

I have not.

### INTERROGATORY NO. 30

Identify each hospital or other health care facility where you received treatment or were treated, evaluated or examined, whether as an out-patient or inpatient, for the injuries described in your Complaint, specifying each instance the nature and dates of each such treatment, test, evaluation or examination.

*Answer To Interrogatory No. 30*

See Answer No. 29.

### INTERROGATORY NO. 31

Identify each physician, psychiatrist, therapist or other person who treated you for the injuries or conditions alleged in the Complaint, and set forth the dates and treatment with each person and whether you continue to receive treatment from that person.

*Answer To Interrogatory No. 31*

See Answer No. 29.

### INTERROGATORY NO. 32

If you are claiming medical expenses, mental health related expenses, or any other expenses or damages due to the events alleged in your most recent Complaint, please give an itemized

statement of all such expenses as a result of the events alleged in your most recent Complaint and identify each such expense which has been or may be paid or indemnified by an person, firm, institution, government, or otherwise.

*Answer To Interrogatory No. 32*

I do not recall. Plaintiff reserves the right to supplement this answer to the extent he recalls or becomes aware of additional facts which are responsive to this interrogatory.

### INTERROGATORY NO. 33

Identify each doctor or health care professional, including but not limited to, your primary care provider, who has treated you from January 1, 1995 to the present, and for each, state the date(s) of treatment and the nature of each visit to each doctor or health care professional.

*Answer To Interrogatory No. 33*

 I cannot identify anyone because I did not know the names of those who gave me healthcare.

### INTERROGATORY NO. 34

Please state the names and addresses of any hospitals, clinics, physicians, physician's assistants, nurse practitioners, nurses, psychologists, psychiatrists, mental health providers, physical or psychological therapists, social workers, other health care providers, or other professionals including psychiatric facilities, from which you received consultation, evaluation or treatment or to which you were admitted from January 1, 1995 to the present, and state as accurately as you can the reason for each admission, evaluation, or treatment.

*Answer To Interrogatory No. 34*

I used to go to the Justinien's Hopital whenever I got injured but if I have a headache or fever I take my own medicine. In 2014 I had an infection; I went to a health center on Street 11 (Rue 11).

### INTERROGATORY NO. 35

Please state the names of any medications which you have been prescribed and/or taken during the period from January 1, 1995 to the present, and identify each person who prescribed each medication and the reason(s) why you took, or are taking, each medication.

*Answer To Interrogatory No. 35*

 I had a prescription to buy syrop, pills and a shot when I went to the health center for the infection. But I cannot remember the names of these medicines.

### INTERROGATORY NO. 36

If you are claiming that you lost work or wages due to the events alleged in your most recent

Complaint, please give an itemized statement of all work and/or wages lost as a result of the alleged events and identify each such loss which has been or may be paid or indemnified by any person, firm, institution, government, or otherwise.

*Answer To Interrogatory No. 36*

I do not know how much work or wages were lost because of Douglas's bad behavior, as I have not yet been examined by an expert who would determine this.

### **INTERROGATORY NO. 37**

If you are claiming that your earning capacity has been diminished as a result of the events alleged in your most recent Complaint, please state all facts on which you base your claim and what usual duties, tasks, and/or occupations you are unable to attend to because of the alleged events.

*Answer To Interrogatory No. 37*

I do not yet know whether my earning capacity has been diminished as I have not yet been examined by an expert who could determine this for me.

### **INTERROGATORY NO. 38**

If you are claiming that you are prevented from engaging in any activity due to the events alleged in your most recent Complaint, please state, as completely as possible, how you are prevented from engaging in each activity, how long you have been prevented, and how this affects you on a daily basis.

*Answer To Interrogatory No. 38*

See Answer Nos. 28 and 37.

### **INTERROGATORY NO. 39**

If, prior to or subsequent to the date of the incidents alleged in your most recent Complaint you suffered from any accident, injury, or illness which limited your ability to attend school, work or to otherwise carry out the usual functions of everyday life, please describe the nature of the injury or conditions suffered, the date and duration, the treatment you have received, including a list of health care providers, and any present limitation and how long you expect said limitation to continue.

*Answer To Interrogatory No. 39*

I have not.

### **INTERROGATORY NO. 40**

Please identify each person known to you or to your attorneys who has knowledge regarding the facts and circumstances surrounding the happening of the events alleged in your most recent Complaint, including, but not limited to, eyewitnesses to such events and other persons having knowledge thereof.

*Answer To Interrogatory No. 40*

See Answer No. 27.  Jessica, Brittany, and Nicholas lived at Bel Air.  I told Kensley Previl that Douglas abused me. I believe that the plaintiffs in the current cases against Douglas Perlitz and the plaintiffs in the earlier settled cases against Douglas Perlitz have knowledge concerning these events. Madame Carter and Pere Paul might know.  Also, I understand my attorneys have included information in my complaint that responds to this question. Plaintiff reserves the right to supplement this answer to the extent he recalls or becomes aware of additional facts supporting this claim.

### **INTERROGATORY NO. 41**

Please identify all communications you had with any of the defendants, or those you believe to be agents, servants, representatives, or employees of any of the defendants, concerning the matters alleged in your most recent Complaint.

*Answer To Interrogatory No. 41*

Other than conversations I had with Douglas while he was still in Haiti, there is none that I can recall.

### **INTERROGATORY NO. 42**

Please identify all communications you had with any law enforcement agency, entity, organization, government officials, and/or agents or employees of non-governmental organizations, or those you believe to be its agents, servants, representatives, or employees, concerning the matters alleged in your most recent Complaint.

*Answer To Interrogatory No. 42*

None of which I am aware.

### **INTERROGATORY NO. 43**

Please identify all communications you had with any other person not referenced above, apart from attorneys representing you, concerning the matters alleged in your most recent Complaint.

*Answer To Interrogatory No. 43*

None of which I am aware.

### **INTERROGATORY NO. 44**

Please identify each person to whom you reported, described, or discussed the incidents of alleged abuse and/or incidents relating to such abuse that are alleged in your most recent Complaint, the date(s) you reported such incidents to each person, and the manner in which you reported, described, or discussed such incidents.

*Answer To Interrogatory No. 44*

I told Kensley Previl that Douglas abused me. I do not recall what I told them about Douglas abusing me. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts responsive to this interrogatory.

## **INTERROGATORY NO. 45**

Please identify all electronic addresses and accounts you have had or used in any way from 1998 to the present relating to any electronic mail, blogs, or social networking websites and media, including but not limited to Facebook, MySpace, Twitter, Google+, Friendster, Skype, GoToMyPC, and any other social networking sites.

*Answer To Interrogatory No. 45*

None that I am aware.

## **INTERROGATORY NO. 46**

Please identify all of the phone numbers, account numbers, and service providers for all cellular phones or other hand-held devices you have had or used from 1998 to the present.

*Answer To Interrogatory No. 46*

My fisrt telephone was a Digicel and the number was: 3121 8169 and the second one that I am still using is also a Digicel and the number is: (509) 4686 7944.

## **INTERROGATORY NO. 47**

List all student identification cards, badges and/or numbers given, assigned and/or issued to you by any school at which you attended, participated and/or resided.

*Answer To Interrogatory No. 47*

I do not recall having an ID.

## **INTERROGATORY NO. 48**

If you contend that Father Carrier had a sexual relationship with any person from 1987 to the present, state the basis for your contention.

*Answer To Interrogatory No. 48*

Other than seeing Pere Paul and Douglas together, I personally know nothing about this matter, but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 49

If you contend that Father Carrier saw minor boys from Project Pierre Toussaint in Perlitz's bedroom at Bel Air or knew that minor boys from Project Pierre Toussaint were sleeping in that bedroom, state the basis for your contention.

*Answer To Interrogatory No. 49*

Pere Paul visited Bel Air in the morning and drove to the Village with the boys that slept at Bel Air. When Mackenson Bien Aime hurt his foot and slept at Bel Air, he told me Pere Paul also slept at Bel Air. I believe my attorneys have made further allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 50

If you contend that Father Carrier saw Perlitz show any person a pornographic video, state the basis for your contention.

*Answer To Interrogatory No. 50*

I personally know nothing about this matter, but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 51

If you contend that Father Carrier knew that a boy was living at Perlitz's Bel Air house, state the basis for your contention.

*Answer To Interrogatory No. 51*

See Answer No. 49.

### INTERROGATORY NO. 52

If you contend that Father Carrier was present when Perlitz arranged a rendezvous at Perlitz's Bel Air house with a boy for late in the evening, state the basis of your contention.

*Answer To Interrogatory No. 52*

Other than seeing Father Paul with Douglas, I personally know nothing about this matter, but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 53

If you contend that Father Carrier was present when Perlitz hugged a Project Pierre Toussaint student so that the front of Perlitz's body was pressed against the back of the minor's body, state the basis for your contention.

*Answer To Interrogatory No. 53*

I personally know nothing about this matter, but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 54

If you contend that Father Carrier hindered, delayed, or prevented any person from communicating with any law enforcement officer concerning Perlitz, state the basis for your contention.

*Answer To Interrogatory No. 54*

I personally know nothing about this matter, but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 55

Please state every fact you are relying upon to support any claim that Hope Carter knew or should have known that Perlitz was abusing you.

*Answer To Interrogatory No. 55*

Madame Carter would visit the Project.  I understood that she was in charge of Douglas. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 56

Please state every fact you are relying upon to support your claim that Hope Carter saw minor boys from PPT in Perlitz's bedroom in Perlitz's Bel Air house as alleged in your Complaint including the dates Carter allegedly saw these boys and the names of the boys.

*Answer To Interrogatory No. 56*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 57

Please state any and all facts that the plaintiff claims supports his claim of a fiduciary relationship with Hope Carter.

*Answer To Interrogatory No. 57*

Madame Carter would visit Haiti.  I understood that she was in charge of Douglas.  She would come and talk to us and say things like love one another and have good values.  Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 58

Please state whether the plaintiff has ever personally met Hope Carter.

*Answer To Interrogatory No. 58*

Yes, see Answer No. 57.

### INTERROGATORY NO. 59

Please provide a detailed description of any and all conversations and/or communications between you and Hope Carter, including the date(s) of said conversation(s) and/or communication(s) and the content(s) of said conversation(s) and communication(s).

*Answer To Interrogatory No. 59*

See Answer No. 57.

### INTERROGATORY NO. 60

Please state whether the plaintiff was ever taught or counseled by Hope Carter.

*Answer To Interrogatory No. 60*

See Answer Nos. 55 and 57. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 61

If the answer to Interrogatory No. 60 is affirmative, please state any and all facts to support any

claim by the plaintiff that Hope Carter taught or counseled the plaintiff, including the date(s) and content(s) of any such teaching and counseling.

*Answer To Interrogatory No. 61*

See Answer Nos. 55 and 57. Plaintiff reserves the right to supplement this answer to the extent he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 62

Please state every fact you are relying upon to support the allegation in your Complaint that you have a special relationship with Hope Carter.

See Answer Nos. 55, 57, and 59.

### INTERROGATORY NO. 63

Please state in detail every interaction you have ever had with Hope Carter including the nature of said interaction and the dates thereof.

*Answer To Interrogatory No. 63*

See Answer Nos. 55, 57, and 59.

### INTERROGATORY NO. 64

Please state whether the plaintiff ever received mentoring, guidance or advice from Hope Carter. If so, please state the date(s) and content(s) of any such mentoring, guidance or advice.

*Answer To Interrogatory No. 64*

See Answer Nos. 55, 57, and 59. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 65

Please state the factual basis for the plaintiff's claim that Hope Carter negligently hired, retained, directed and supervised Perlitz.

*Answer To Interrogatory No. 65*

I understood that Madame Carter was in charge of Douglas. Otherwise, I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 66

Please state the exact dates you claim Hope Carter was present at Perlitz's home when you and Perlitz were there.

*Answer To Interrogatory No. 66*

I do not recall seeing Madame Carter at Bel Air.

## INTERROGATORY NO. 67

Please state any witnesses and addresses known to you that support your claim that Hope Carter was present at Perlitz's home when you and Perlitz were there.

*Answer To Interrogatory No. 67*

See Answer No. 66.

## INTERROGATORY NO. 68

Please state whether you have made any statements, as defined in the Connecticut Practice Book § 13-1, to any person regarding any of the incidents alleged in your Complaint?

*Answer To Interrogatory No. 68*

I do not believe I have made such statements to anyone beyond my attorneys or their agents.

## INTERROGATORY NO. 69

State whether you allege that Fairfield University knew or should have known that Perlitz was engaging in any of the conduct you allege in your Complaint. If so, please provide the basis for such allegation and the evidence and/or documents that support such allegation.

*Answer To Interrogatory No. 69*

I understood that Fairfield was in charge of Douglas and sponsored the Project. Further, I believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 70

For each act or omission of Fairfield University that you allege directly or indirectly caused or contributed to your injuries, please provide the following information:

      a.     the specific act or omission;
      b.     the date and time of the act or omission;
      c.     identify each person you believe is responsible for each act or omission;
      d.     identify each person then and now having knowledge of the alleged conduct of

Fairfield University and when and how that person acquired the knowledge; and
e.    identify all communications between you and any person concerning such alleged conduct.

*Answer To Interrogatory No. 70*

See Answer No. 69.  Otherwise, I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 71

Identify each volunteer from Fairfield University who you allege (a) saw minor boys in Perlitz's Bel Air house in Haiti or (b) saw minor boys in Perlitz's bedroom at that house.

*Answer To Interrogatory No. 71*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 72

Describe the factual basis for your allegation in Paragraph 13 of the Complaint that "Fairfield University hired Perlitz in connection with PPT and retained him during the relevant time period."

*Answer To Interrogatory No. 72*

See Answer No. 69.  Otherwise, I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 73

Describe the factual basis for the allegation in your Complaint that Fairfield University was "operated by the New England Jesuit Order."

*Answer To Interrogatory No. 73*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 74

Please state whether you allege that Fairfield University was aware at any time before 2008 of

any inappropriate relationship, in or about 1988, between Father Paul E. Carrier, S.J. and a student at Fairfield University, as referred to in Paragraph 26 of your Complaint. If so, describe the factual basis for that allegation.

*Answer To Interrogatory No. 74*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 75

Please state the factual basis for your allegation in Paragraph 34 of the Complaint that Father Carrier and Hope Carter each travelled frequently to Haiti to check up on and supervise the activities of PPT on behalf of Fairfield University…"

*Answer To Interrogatory No. 75*

Other than I saw Father Carrier and Madame Carter many times in Haiti and I understood that Madame Carter and Pere Paul were Douglas' bosses, I personally know nothing about this matter. I believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 76

Describe the factual basis for the allegation in your Complaint that Fairfield University knew that Perlitz was travelling to Haiti to engage in illicit sexual conduct with minors in Haiti.

*Answer To Interrogatory No. 76*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 77

Please state any and all facts that the plaintiff claims supports his claim of a fiduciary relationship with Fairfield University.

*Answer To Interrogatory No. 77*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 78

Please identify by name each "Jesuit in training" or other Jesuits who you allege in your Complaint was at Project Pierre Toussaint at any time, and for each person identified, please state each date he was present at PPT and at which PPT building, residence, or location.

*Answer To Interrogatory No. 78*

I knew Pere Paul was a Priest and that he was part of the body of Jesuits.   He would celebrate mass. I have seen him at the Village and at Bel Air.

### INTERROGATORY NO. 79

Describe the factual basis for your allegation in Paragraph 18 of the Complaint that "The Order of Malta hired Perlitz in connection with PPT and retained him during the relevant time period."

*Answer To Interrogatory No. 79*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 80

Describe the factual basis for your allegation in Paragraph 18 of the Complaint that "During the relevant time period, the Order of Malta placed several of its Knights and Dames on the Board of Directors of the Haiti Fund."

*Answer To Interrogatory No. 80*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 81

Describe the factual basis for your allegation in Paragraph 29 of the Complaint that "The original funding for PPT came from the Order of Malta."

*Answer To Interrogatory No. 81*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### INTERROGATORY NO. 82

Describe the factual basis for your allegation in Paragraph 29 of the Complaint that "[T]he Haiti Fund was little more than an extension of Fairfield University and the Order of Malta."

*Answer To Interrogatory No. 82*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 83

For each act or omission of the American Association that you allege directly or indirectly caused or contributed to your injuries, please provide the following information:

a.    the specific act or omission;
b.    the date and time of the act or omission;
c.    identify each person you believe is responsible for each act or omission;
d.    identify each person then and now having knowledge of the alleged conduct of the American Association and when and how that person acquired the knowledge; and
e.    identify all communications between you and any person concerning such alleged conduct.

*Answer To Interrogatory No. 83*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 84

Please state the basis for, and state all facts and evidence supporting, your allegation that the plaintiff had a fiduciary relationship with the Society of Jesus.

*Answer To Interrogatory No. 84*

Other than I often saw Father Carrier at Project Pierre Toussaint and that I understood that he was Douglas' boss.  I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

## INTERROGATORY NO. 85

State whether you allege that the Society of Jesus knew or should have known that Perlitz was engaging in any of the conduct you allege in your Complaint. If so, please provide the basis for such allegation and the evidence and/or documents that support such allegation.

*Answer To Interrogatory No. 85*

See Answer No. 84.

### **INTERROGATORY NO. 86**

Please state the basis for, and state all facts and evidence supporting, your allegation that the Society of Jesus negligently hired, retained, directed, and/or supervised Father Carrier.

*Answer To Interrogatory No. 86*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

### **INTERROGATORY NO. 87**

Please state the basis for, and state all facts and evidence supporting, your allegation that the Society of Jesus negligently hired, retained, directed, and/or supervised Perlitz.

*Answer To Interrogatory No. 87*

See Answer No. 84.

### **INTERROGATORY NO. 88**

For each act or omission of the Society of Jesus that you allege directly or indirectly caused or contributed to your injuries, please provide the following information:

     a.     the specific act or omission;
     b.     the date and time of the act or omission;
     c.     identify each person you believe is responsible for each act or omission;
     d.     identify each person then and now having knowledge of the alleged conduct of the Society of Jesus and when and how that person acquired the knowledge; and
     e.     identify all communications between you and any person concerning such alleged conduct.

*Answer To Interrogatory No. 88*

I personally know nothing about this matter but believe my attorneys have made allegations concerning it. Plaintiff reserves the right to supplement this answer to the extent that he recalls or becomes aware of additional facts supporting this claim.

Dated: September 19, 2014                    Signed as to incorporated objections,


                              By:    /s/ Mitchell Garabedian
                                     Mitchell Garabedian (phv04676)
                                     garabedianlaw@msn.com
                                     William H. Gordon (phv04677)
                                     wgordon@garabedianlaw.com
                                     Law Offices of Mitchell Garabedian
                                     100 State Street, 6th Floor
                                     Boston, MA 02109
                                     Phone: (617) 523-6250

                                     Paul J. Hanly, Jr. (phv04680)
                                     phanly@simmonsfirm.com
                                     Andrea Bierstein (phv04678)
                                     abierstein@ simmonsfirm.com
                                     Jayne Conroy (phv04679)
                                     jconroy@ simmonsfirm.com
                                     SIMMONS HANLY CONROY
                                     112 Madison Ave., 7th floor
                                     New York, New York 10016
                                     Phone: (212) 784-6400

                                     Steven J. Errante (ct04292)
                                     SErrante@ltke.com
                                     Marisa A. Bellair (ct23802)
                                     Lynch, Traub, Keefe, & Errante, P.C.
                                     P.O. Box 1612
                                     52 Trumbull Street
                                     New Haven, CT 06510
                                     Phone: (203) 787-0275
                                     Fax: (203) 782-0278

## **<u>VERIFICATION</u>**

I, _____, have read the foregoing answers and they are true and accurate to the best of my abilities.

Signed under the pains and penalties of perjury this ___ day of September, 2014.

_____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
TRIBINAL DISTRI ETAZINI
DISTRI CONNECTICUT

GERVIL ST.LOUIS, a/k/a ST. LOUIS GERVIL

    Pleyan,

             v.

DOUGLAS PERLITZ; FATHER PAUL E. CARRIER,
S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD
UNIVERSITY; THE SOCIETY OF JESUS OF NEW
ENGLAND; SOVEREIGN MILITARY HOSPITALLER
ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND
OF MALTA, AMERICAN ASSOCIATION, U.S.A., a/k/a
ORDER OF MALTA, AMERICAN ASSOCIATION, USA
JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE;
JOHN DOE FOUR; JOHN DOE FIVE; JOHN DOE SIX;
and JOHN DOE SEVEN,

    Defandè.

*Dokiman sa a aplike a
tout ka yo*:

Aksyon Sivil
3:13-cv-01132-RNC

Konsolide avèk:

| | |
|---|---|
| 3:13-cv-1225 | 3:13-cv-1640 |
| 3:13-cv-1269 | 3:13-cv-1641 |
| 3:13-cv-1437 | 3:13-cv-1642 |
| 3:13-cv-1480 | 3:13-cv-1644 |
| 3:13-cv-1626 | 3:13-cv-1645 |
| 3:13-cv-1627 | 3:13-cv-1647 |
| 3:13-cv-1628 | 3:13-cv-1648 |
| 3:13-cv-1629 | 3:13-cv-1701 |
| 3:13-cv-1630 | 3:13-cv-1767 |
| 3:13-cv-1631 | 3:13-cv-1768 |
| 3:13-cv-1632 | 3:13-cv-1769 |
| 3:13-cv-1633 | 3:13-cv-1881 |
| 3:13-cv-1634 | 3:13-cv-1904 |
| 3:13-cv-1635 | 3:13-cv-1906 |
| 3:13-cv-1636 | 3:13-cv-1907 |
| 3:13-cv-1637 | 3:14-cv-0125 |
| 3:13-cv-1638 | 3:14-cv-0668 |
| 3:13-cv-1639 | 3:14-cv-0815 |

Septanm 19, 2014

**REPONS PLEYAN JACQUES MACKENSON BAY POU PREMYE SERI
ENTÈWOGASYON LADEFANS LAN.**

    Selon Règleman 33 nan Règleman Federal Pwosedi Sivil, Pleyan Jacques Mackenson
reponn nan dokiman sa a premye gwoup entèwogasyon ki sèvi pa Hope E. Carter, Fr. Paul E.
Carrier, Fairfield University, The Society of Jesus of New England, ak the Sovereign Military
Hospitaller Order of St. John of Jerusalem of Rhodes and of Malta, American Association,
U.S.A. (kolektivman, "Kèk Defandan") epi mete anndan dokiman sa kòm referans Opozisyon
Jeneral yo ak Opozisyon a Entèwogatwa Endividyèl yo ki ekri anndan Opozisyon Prensipal
Plentif yo a Premye Gwoup Entèwogatwa yo ke yo te sèvi anvan e ke Kèk Defandan te Prezante
bay Tout Plentif yo.

## ENTÈWOGATWA YO

### ENTÈWOGATWA NO.1

Tanpri endike non konplè w (ak nenpòt lòt non (yo) ke yo te konnen w), dat nesans ou, ak adrès rezidans ou oswa kote ou abite. Si w pa ka bay dat egzat nesans ou,tanpri endike dat ki pi pwòch la ak baz pou apwoksimasyon sa.

*Repons a Entèwogatwa  No. 1*

Non mwen se Jacques Mackensom. Mwen gen yon ti non yo abitye rele m ki se Fayo. Mwen te fèt 26 Fevriye 1990. Mwen rete nan Baryè Boutèy nan yon plas ki rete Sous Morpion.

### ENTÈWOGATWA NO.2

Tanpri endike chak adrès rezidans oswa kote ou te abite depi lè w te fèt jiska kounye a, idantifye chak moun ki te abite avèk ou nan chak lokasyon.

*Repons a Entèwogatwa No. 2*

Mwen te fèt yon kote ki rele Labory;  Mwen te rete la avèk paran mwen yo.  Lè m soti Labory mwen te ale nan Ste Philomène lè m te gen 5 ane pou m te ale viv avèk manman m epi mwen te kite kay manman m pou m ale rete nan lari a.  An 2007, mwen te pase 2 semèn ap dòmi nan Carenage.  Apresa mwen te retounen nan lari a, jiskaske mwen te rankontre avèk zanmi m Chanel an 2010 ki te mande m pou m vin rete ansanm avèk li e mwen rete la depi lè a.

### ENTÈWOGATWA NO.3

Idantifye chak konjwen aktyèl ak ansyen, e pou chak, endike dat ak lokasyon maryaj ou avèk chak moun, e si nenpòt maryaj te fini an divòs, dat ak lokasyon (tribinal) chak divòs.

*Repons a Entèwogatwa No. 3*

Mwen pa marye

### ENTÈWOGATWA NO.4

Konsènan fanmi w, tanpri idantifye paran w yo, tout frè ak sè (sa ki gen ladan frè ak sè biyolojik, bofrè, bèlsè, adopsyon ak/oswa frè ak sè fostè), ak tout pitit ou yo (sa ki gen ladan biyolojik, bofrè, bèlsè, adopsyon ak/oswa frè ak sè fostè).

*Repons a Entèwogatwa No. 4*

Non papa m se Versilien men mwwen pa konnen non fanmi li. Mwen itilize non fanmi granmè mwen.  Non manman m se: Guirlène Marianise.  Li rete nan St. Philomene.  Mwen gen yon frè, non li se: Tecilien. Li rete nan Ste. Philomene.  Mwen pa gen bofrè ak bèlsè.  Mwen pa gen pitit.

## ENTÈWOGATWA NO. 5

Tanpri idantifye tout lekòl ou te pase antan ke elèv, kòmanse avèk lekòl primè, e pou chak kalite lekòl endike: (i)dat ou te enskri ladan yo; (ii)nan ki nivo klas (yo) ou te rive oswa ane(yo)ou te konplete a; ak  (iii)nati nenpòt kalite sètifika (yo) oswa degre (yo) ou te resevwa.

*Repons a Entèwogatwa No. 5*

Premye fwa mwen te ale lekòl se te nan Sant la nan Rue 13 A (Rue 13 A), Mwen te fè premye ane mwen la e mwen te ale nan Carinage nan 2yèm jiska 4yèm ane.  Mwen te ale nan lekòl pwofesyonèl nan Vilaj la lè mwen te nan Carinage.  Depi lè a mwen pa jan m ale lekòl ankò.

## ENTÈWOGATWA NO.6

Pou chak lekòl oswa klas ou te konplete, idantifye pwofesè w (yo) ak/oswa enstriktè (yo) epi endike  domèn sijè a (yo) li ak /oswa te anseye.

*Repons a Entèwogatwa No. 6*

Lè mwen te nan Rue 13 A Madan Merline te pwofesè mwen e li te montre m li ak ekri.  Lè mwen te ale Carenage Magalita te pwofesè m, li te montre m li ak ekri tou.   Mwen te gen pwofesè Rodney ki abitye fè lekti ak kouvri lòt matyè yo pandan  Madam Caliste te pwofesè nou tou.

## ENTÈWOGATWA NO.7

Tanpri idantifye tout travay ou te pasedepi1$^{ye}$ janvye 1995 jiska jodia, kalite travay ak responsabilite ou te genyen nan chak kote ou te travay,konpansasyon  ou te resevwa nan chak travay nan twa dènye ane ou te pase yo, ak non sipèvizè imedyat ou nan chak plas travay yo.

*Repons a Entèwogatwa No. 7*

Mwen pa t jan m travay.

## ENTÈWOGATWA NO. 8

Si wap reponn entèwogatwa sa yo avèk èd nenpòt moun (ot ke avoka yo kap reprezante w la), tanpri bay non ak adrès moun (yo) kap ede nan reponn a entèwogatwa sa yo.

*Repons a Entèwogatwa No. 8*

Pèson pa t ede m reponn  entewogatwa sa yo, apa avoka mwen yo ak ajan yo.

## ENTÈWOGATWA NO.9

Endike nenpòt ak tout pwosè kote ou te yon pati, enkli non dosye a, nimewo docket, jiridiksyon kote ou te depoze dosye a, non tout avoka yo ki te patisipe nan kalite dosye sa yo ak yon deskripsyon sou kontni reklamasyon yo nan chak ka.

*Repons a Entèwogatwa No. 9*

Okenn ke mwen konnen.

## ENTÈWOGATWA NO.10

Idantifye nenpòt kontra pou pa rele nan leta, antant, akò, oswa rejè tout reklamasyon ou te genyen, oswa ka genyen kont nenpòt moun pou blesi oswa kondisyon ormantal fizik, enkli men ki pa limite a blesi oswa swadizan kondisyon nan plent lan, ak pou chak kalite dokiman sa yo idantifye moun yo te favorize, dat la, ak konsiderasyon yo te ba ou paske ou te kite sa a.

*Repons a Entèwogatwa No. 10*

Okenn ke mwen konnen.

## ENTÈWOGATWA NO.11

Si yo te arete w, tanpri endike dat chak arestasyon, chaj ki te genyen kont ou kòm yon rezilta de arestasyon an, lokasyon tribinal kote yo te pote chaj yo, ak dispozisyon chaj yo.

*Repons  a Entèwogatwa No. 11*

Lè mwen te nan lari a yo konn abitye arete m paske yo pa t vle mwen rete nan lari a epi mwen te konn ap santi tinè.  Yon lòt fwa yo te arête m paske mwen ta p mache avèk yon zanmi ki te volè valiz yon madanm.  Sa te fèt an 2012.  Mwen te pase 1 an 6 mwa nan prizon.

## ENTÈWOGATWA NO.12

Tanpri endike lè ou te premye pran avoka sou zafè sa.

*Repons a Entèwogatwa No. 12*

Se Cyrus Sibert ki te refere m bay yon avoka ki abitye rete nan Cap Haitien, Haiti. Mwen te angaje avoka a apeprè nan mwa Out 2013.

## ENTÈWOGATWA NO.13

Endike si w te janm patisipe nan yon PPTkòm yon elèv. Si repons la wi, tanpri endike dat ou te rantre nan PPT.

*Repons  a Entèwogatwa No*. 13

Mwen te premye ale nan  Rue 13 lè m te gen apeprè 9 ane.  Yo te transfere m nan Rue 29 nan City

Boulevard, ke mwen rele Carinage.  Lè mwen te nan Carinage, mwen te kòmanse ale nan Lekòl Pwofesyonèl tou nan Vilaj la.  Mwen konn ale nan Lekòl Pwofesyonèl la nan maten, epi Carinage nan aprè midi.  Mwen te toujou nan Rue 13 lè Andy te kite Ayiti.  Mwen te nan pwojè a jiskaske l fèmen.

### ENTÈWOGATWA NO.14

Si w te janm patisipe nan nenpòt pwogram ki te fè pati de yon PPT,tanpri endike pwogram spesifik (yo) nan PPTkote ou te patisipe a(egzanp.,13th Street IntakeCenter,theVillage,etc.)ak peryòd tan kote ou te patisipe nan chak pwogram.

*Repons a Entèwogatwa No. 14*

Ale nan repons  No. 13

### ENTÈWOGATWA NO.15

Endike si wi oswa non ou te janm abite nan yon kay ki te bay oswa aranje pa  PPT.Si repons lan wi, tanpri endike (i)adrès kay la;(ii)dat ou te abite nan lojman sa a; e (iii) si wi ou non kay sa se te lojman prensipal ou pandan peryòd sa oswa si ou te genyen lòt lojman pandan peryòd sa a kote ou te abite okazyonèlman.

*Repons a Entèwogatwa No. 15*

Mwen pa sonje mwen te dòmi nan Vilaj la.  Mwen abitye dòmi nan Carinage e mwen konn dòmi nan Bel Air lè lapli ap tonbe.

### ENTÈWOGATWA NO.16

Endike wi oswa non ou te janm ale nan yon lekòl ou te afime ki te afilye oswa asosye avèk PPT.  Si repons lan wi, tanpri (i) idantifye lekòl la;(ii) endike nan ki dat ou te nan lekòl la; ak  (iii)ki nivo klas (yo) oswa ane (yo) ou te konplete.

*Repons a Entèwogatwa No. 16*

Ale nan Repons No. 13

### ENTÈWOGATWA NO.17

Pou chak ane nan peryòd ou te asosye avèk PPT a kounye, endike tout revni ou te touche ak sa ou pat touche oswa kado nan nenpòt kalite, ou te resevwa de nenpòt sous, ak endike kantite lajan chak kado oswa atik revni ki enkli nan repons ou.

*Repons a Entèwogatwa No. 17*

Mwen te resevwa rad lekòl.  Mwen te resevwa tou apeprè $10 Ayisyen pou m fè travay tankou koupe zèb ak netwaye.

### ENTÈWOGATWA NO.18

Èske w te janm resevwa nenpòt lajan, gado oswa atik de valè nan men nenpòt akize, e si repons lan se wi, tanpriendike sa ou te resevwa, nam men kimoun, ak dat (yo) ou te resevwa li a.

*Repons a Entèwogatwa No. 18*

Ale nan Repons No.17.

### ENTÈWOGATWA NO.19

Konsènan akizasyon abi seksyèl, move kondwit seksyèl, oswa eksplwatasyon seksyèl ki te fèt kont ou ("abize") paPerlitzke w pretann nan plent ou a:

  a.   endike chak dat nan lòd kwonolojik kote ou te afime ke Perlitzte abize w e si ou pa kapab, endike dat ki pi pwòch la ak endike baz pou apwoksimasyon sa;

  b.   endike kantite fwa kote ou te afime ke Perlitz te abize w;

  c.   endike egzakteman sa ou kwè ki te fèt pandan chak swadizan enstans abi pa Perlitz enkli lokasyon, dat, lè, ak dire abi, ak;

  d.   idantifye chak moun ou konnen ki te obsève oswa temwen swadizan abi a nan plent ou a.

*Repons a Entèwogatwa No. 19*

Mwen te abize seksyèlman pa Perlitz. Mwen pa konnen dat egzat yo, lè oswa dire.  Abi a te gen ladann karès ak sodomie.  Mwen kapab sonje  de fwa sa te rive m  Premye fwa a mwen te nan douch nan Carinage.  Mwen te an reta pou lekòl.  Li te ede m antre al benyen.  Li te di m si mwen pa dakò, ma p pèdi tout privilèj.  Li te fèm mete bouch mwen nan peni li, epi li te mete peni li nan dèyè mwen.  Mwen pa sonje ke pèsòn te wè mwen.  Dezyèm fwa a se te apeprè yon mwa apre.  Li te mande m pou m ede l pote yon bagay nan machin nan pou l ale Bel Air. Pandan li ta p kondwi a, li pake nan yon kot dezè.  Mwen te reziste li e li te mete men li sou bouch mwen epi li mande m "ou pa ta renmen bèl bagay tankou wòkman, tenis,…?"Li te desann pantalon m epi li te mete peni li nan dèyè mwen. Mwen te senyen.  Petèt yon moun te kapab wè m nan machin nan, men mwen pa konnen.  Lè li te fèm sa Jessica te an Ayiti epi ti mesye yo te rete nan Rue 14.

### ENTÈWOGATWA NO.20

Endike wi ou non ke w te janm nye ou te yon viktim de swadizan abi nan plent ou a. Si repons lan se wi, tanpri idantifye chak moun ou te nye swadizan abi a, dat kote ou te nye swadizan abi a, ak

sikonstans yo kote ou te nye swadizan abi a.

*Repons a Entèwogatwa No. 20*

Okenn ke mwen sonje.

## ENTÈWOGATWA NO.21

Idantifye nenpòt moun ot kePerlitz,ke w akizeki te janm moleste ou seksyèlman, abize oswa eksplwate seksyèlman, enkli dat abi a, relasyon w avèk abizè a, lokasyon abi a, idantifye nenpòt moun oswa antite ke w te rapòte ki te abize ou, dat ou te rapòte abi a, e, si w te nye abi a, endike dat kote ou te nye abi a.

*Repons a Entèwogatwa No. 21*

Pèson.

## ENTÈWOGATWA NO.22

Tanpri endike si wi ou non yo te janm menase oswa fòse w a nenpòt kilè pa yon moun (enkli men pa limite a  Perlitz)pou pa rapòte nenpòt plent abi seksyèl, ak /oswa si wi ou non yo te menase oswa fòse w a nenpòt kilè pa nenpòt moun pou pretann ke Perlitz te abize ou seksyèlman.

*Repons a Entèwogatwa No. 22*

Douglas te di m  pa di pèsòn konsènan abi a, paske li ta p mete m deyò si mwen te di sa.  Li te di m tou Bondye ta p pini nou si mwen te di sa.  Li te di m tou kenbe sa sekrè paske li fè sa sèlman avèk ti gason li renmen yo.

## ENTÈWOGATWA NO.23

Idantifye tout moun ou kwè Perlitz te abize seksyèlman de 1988 a 2008, e pou chak moun ki idantifye, endike baz pou kwayans ou.

*Repons a Entèwogatwa No. 23*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.24

Idantifye tout moun ou kwè ki te konnen ke Perlitz tap abize w seksyèlman a nenpòt kilè anvan 15 Septanm 2009, e pou chak moun sa yo, endike baz pou kwayans ou.

*Repons a Entèwogatwa No. 24*

Mwen te di Kensley Previl apre sa te fin rive m nan.  Otreman, Pèsonèlman mwen pa konnen anyen sou

zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.25

Idantifye tout moun ou te rakonte, a nenpòt ki peryòd anvan 15 septanm 2009, ke Perlitz tap abize w.

*Repons a Entèwogatwa No. 25*

Ale nan Repons No. 24.

### ENTÈWOGATWA NO.26

Idantifye tout moun (enkli, si aplikab, nenpòt nan akize yo) ou kwè aktyèlman ki te konnen Perlitzte poze yon risk pou timoun oswa li otreman pat adapte pou travay kòm direktè pwojè PierreToussainta nenpòt kilè anvan 15 Septanm 2009,e pou chak moun, endike baz pou kwayans ou.

*Repons a Entèwogatwa No. 26*

Ale nan Repons No. 24.

Anplis, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.27

Idantifye tout moun (enkli, si aplikab, nenpòt nan akize yo) ou kwè ki ta dwe konnen ke Perlitzte poze yon risk pou timoun oswa li otreman pat adapte pou travay kòm direktè pwojè Pierre Toussaint a nenpòt kilè anvan 15 Septanm  2009, e pou chak moun, endike baz pou kwayans ou.

*Repons a Entèwogatwa No. 27*

Ale nan Repons No. 24.

Mwen kwè Madan Carter, Pè Paul, ak Fairfield ta dwe konnen. Yo te an chaj Douglas.  Anplis, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.28

Dekri chak blesi oswa kondisyon ou te deklare ke w te souteni kòm yon rezilta de swadizan ensidan nan plent lan.

*Repons a Entèwogatwa No.28*

Kò mwen te vyole ak espri mwen te domaje akòz sa Perlitz te fè m nan.  Mwen te soufri doulè fizik ak mantal ki kontinye jiska Jodi a.  Pwoblèm sa yo enkli  pwoblèm dòmi, pwoblèm konsantrasyon, estim ba, santiman san valè, koupab, ak wont.  Mwen santi m izole, dekouraje ak san espwa.

Mwen tris ak deprime.  Mwen gen kochma.  Mwen santi m fèb, mwen pa gen kè kontan, e mwen gen panse  pou m tiye tèt mwen.  Mwen pèdi posiblite manje regilyèman, benyen, ak abri ak opòtinite pou m ale lekòl.

### ENTÈWOGATWA NO.29

Si w te resevwa nenpòt konsèy medikal, fizik, sikyatrik, sikolojik, sante mantal, emosyonèl, oswa ki menm jan, egzaminasyon, tès, tretman, oswa evalyasyon pou swadizan domaj yo nan pi resan plent ou a, tanpri dekri yo avèk presizyon otan ke posib:

a.  te genyen nan oswa nan bi pou tretman;

b.  non ak adrès moun ki te trete w yo;

c.  dat kalite tretman sa yo;

d.  idantite nenpòt medikaman ki te preskri kòm yon pati nan tretman w lan; ak

e.  keseswa yon rapò egzaminasyon, rezilta tès oswa tretman ki te prepare pou; ak non ak adrès chak moun oswa òganizasyon kote ou te soumèt yon rapò.

*Repons a Entèwogatwa No. 29*

Pa aplikab.

### ENTÈWOGATWA NO.30

Idantifye chak lopital oswa lòt establismanswen sante kote ou resevwa tretman oswa trete, evalye oswa egzamine, keseswa antan ke pasyan ki andeyò lopital oswa nan lopital, pou blesi yo ki dekri nan plent ou an, spesifye nati chak enstansak dat chak kalite tretman, tès, evalyasyon oswa egzaminasyon.

*Repons a Entèwogatwa No. 30*

Ale nan Repons No. 29.

### ENTÈWOGATWA NO.31

Idantifye chak doktè, sikyat, terapis oswa lòt moun ki te trete w pou blesi oswa swadizan kondisyon ki te prezise nan plent lan, ak etabli dat ak tretman avèk chak moun e keseswa ou kontinye ap resevwa tretman nan men moun sa.

*Repons a Entèwogatwa No. 31*

Ale nan Repons No. 29.

### ENTÈWOGATWA NO.32

Si w reklame depans medikal, sante mantal ki gen rapò a depans, oswa nenpòt lòt depans oswa domaj akoz de swadizanevènman yo nan pi resan plent ou a, tanpri bay yon deklarasyon detaye de

tout kalite depans sa yo kòm yon rezilta de swadizan evènman yo nan pi resan plent ou an ak idantifye chak kalite depans ki te oswa ki te kapab peye oswa endamnifye pa yon moun, antrepriz, enstitisyon, gouvènman, oswa otreman.

*Repons a Entèwogatwa No. 32*

Mwen pa sonje. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.33

Idantifye chak doktè oswa pwofesyonèl swen sante, enkli men ki pa limite a founisè swen prensipal ou, ki te trete w nan dat janvye 1995 a kounye a, e pou chak endike dat (yo) tretman ak nati chak vizit lakay chak doktè oswa pwofesyonèl swen sante.

*Repons a Entèwogatwa No. 33*

Mwen paka idantifye pèsòn paske mwen pa t konnen non moun ki te pran swen m yo.

## ENTÈWOGATWA NO.34

Tanpri endike non ak adrès nenpòt lopital, klinik, doktè, asistan doktè, enfimyè pratisyonè, sikolojis, sikyatri, founisè sante mantal, terapis oswa sikolojik, travayè sosyal, lòt founisè swen sante, oswa lòt pwofesyonèl yo sa ki gen ladan etablisman sikyatri, kote ou te jwenn konsiltasyon, evalyasyon oswa tretman oswa kote ou te admèt soti nan dat 1$^{ye}$ janvye 1995a jodia,e endike avèk presizyon ke ou kapab la pou chak admisyon, evalyasyon, oswa tretman.

*Repons a Entèwogatwa No. 34*

Mwen abitye ale nan Lopital Justinien nenpòt lè mwen blese men si mwen gen maltèt oswa lafyèv mwen pran medikaman pa mwen.  An 2014 mwen te gen yon enfeksyon; mwen te ale nan yon sant sante  nan Rue 11 (Rue 11).

## ENTÈWOGATWA NO.35

Tanpri endike non nenpòt medikaman yo te preskri w ak/oswa ou tap pran pandan peryòd 1$^{ye}$ Janvye 1995 a kounye a, ak idantifye chak moun ki te preskri w medikaman ak rezon (yo) poukisa ou te pran, oswa wap pran chak medikaman.

*Repons a Entèwogatwa No. 35*

Mwen te gen yon preskripsyon pou m achte siro, gren ak yon piki lè mwen te ale nan sant sante a pou enfeksyon an.  Men mwen paka sonje non remèd yo.

## ENTÈWOGATWA NO.36

Si w te pretann ke ou te pèdi travay oswa salè akoz de swadizan evènman nan resan plent ou an, tanpri bay yon deklarasyon detaye de tout travay ak/oswa salè ou te pèdi kòm yon rezilta de swadizan evènman yo ak idantifye chak kalite pèt ki peye oswa ki te ka peye oswa endamnize pa nenpòt moun, antrepriz, enstitisyon, gouvènman, oswa otreman.

*Repons a Entèwogatwa No. 36*

Mwen pa konnen konbyen travay ak lajan ki te pèdi akòz move
konpòtman Douglas la paske poko gen yon ekspè ki egzamine m ki ka detèmine sa.

### ENTÈWOGATWA NO.37

Si w pretann ke kapasite pou travay ou te diminye kòm yon rezilta de swadizan evènman nan pi resan plent ou, tanpri endike tout fè yo baze sou reklamasyon w lan ak responsabilite nòmal, devwa, ak/oswa preyokipasyon ou pa anmezi pou patisipe akoz de swadizan evènman yo.

*Repons a Entèwogatwa No. 37*

Mwen poko konnen si kapasite pou m travay diminye paske poko gen yon ekspè ki egzamine m ki ka detèmine sa.

### ENTÈWOGATWA NO.38

Si w pretann ke w te anpeche pou angaje nan nenpòt aktivite akoz de swadizan evènman yo nan pi resan plent ou a, tanpri endike, osi konplètman ke posib, fason ou te anpeche pou angaje nan chak aktivite, pandan konbyen tan ou te anpeche, ak kijan sa a afekte w sou bon baz chak jou.

*Repons a Entèwogatwa No. 38*

Ale nan Repons No. 28 ak 37.

### ENTÈWOGATWA NO.39

Si anvan, oswa apre dat swadizan ensidan yo nan pi resan plent ou a ou te soufri de nenpòt aksidan, blesi, oswa maladi ki limite kapasite w pou ale lekòl, travay oswa otreman pou fè fonksyon regilye chak jou yo, tanpri dekri nati blesi oswa kondisyon ou te soufri a, dat ak kantite tan, tretman ou te resevwa, enkli yon lis founisè swen sante, ak nenpòt limitasyon prezan ak pou konbyen tan ou espere limitasyon sa kontinye.

*Repons a Entèwogatwa No. 39*

Pa aplikab.

### ENTÈWOGATWA NO.40

Tanpri idantifye chak moun ou konnen oswa avoka w la konnen ki genyen konesans osijè fè ak sikonstans ki anviwone swadizan evènman ki te rive yo nan pi resan plent ou, enkli men pa limite a

temwen okilè nan kalite evènman sa yo ak lòt moun ki gen konesans de sa.

*Repons a Entèwogatwa No. 40*

Ale nan repons 27. Jessica, Britany ak Nicolas te abite Bel-Air. Mwen te di Kensley Previl ke Douglas te abize m. Mwen kwè ke pleyan yo nan ka aktyèl la kont Douglas Perlitz e pleyan yo nan ka ki te regle anvan kont Douglas Perlitz te gen konesans sou bagay sa yo. Madan Carter ak Pè Paul ka konnen. Epitou, mwen konprann ke avoka mwen yo te fè deklarasyon sou sa nan plent mwen an ki reponn a kesyon sa a. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.41

Tanpri idantifye tout kominikasyon ou te genyen avèk nenpòt nan akize yo, oswa moun ou kwè ki se ajan, sèvant, reprezantan, oswa anplwaye nenpòt akize, osijè swadizan pwoblèm lan nan pi resan plent ou an.

*Repons a Entèwogatwa No.41*

Ot ke kominikasyon mwen te genyen avèk Douglas pandan li te toujou an Ayiti a, mwen pa sonje pèsòn ankò.

## ENTÈWOGATWA NO.42

Tanpri idantifye tout kominikasyon ou te genyen avèk nenpòt ajans kap fè respekte lalwa, antite, òganizasyon, ofisyèl gouvènman, ak/oswa ajan oswa anplwaye òganizasyon non-gouvènmantal, oswa sa yo ou kwè ki se ajan l, sèvant, reprezantan, oswa anplwaye, osijè swadizan pwoblèm lan nan pi resan plent ou an.

*Repons a Entèwogatwa No. 42*

Okenn ke mwen okouran

## ENTÈWOGATWA NO.43

Tanpri idantifye tout kominikasyon ou te genyen avèk nenpòt lòt moun ki pa refere anwo a, eksepte avoka ki reprezante w, osijè swadizan pwoblèm lan nan pi resan plent ou an.

*Repons a Entèwogatwa No. 43*

Okenn ke mwen okouran.

## ENTÈWOGATWA NO.44

Tanpri idantifye chak moun ke w te bay rapò, dekri, oswa diskite ensidan swadizan abi a ak/oswa

ensidan ki gen rapò a kalite abi ki te pretann nan pi resan plent ou an, dat (yo) ou te rapòte, dekri, oswa diskite ensidan swadizan abi a ak/oswa ensidan ki gen rapò a kalite abi ki pretann nan pi resan plent ou, dat (yo) ou te rapòte kalite ensidan yo a chak moun, ak fason kote ou te rapòte, dekri, oswa diskite kalite ensidan yo.

*Repons a Entèwogatwa No. 44*

Mwen te di Kensley Previl ke Douglas te abize m.  Mwen pa sonje kisa mwen te di yo konsènan douglas ki abize m nan. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.45

Tanpri idantifye tout kont adrès elektwonik ou te genyen oswa itilize nan nenpòt fason de 1998 a kounye a sou nenpòt kourye elektwonik, blòg, oswa sit entènèt rezo sosyal ak medya, enkli men ki pa limite a Facebook,MySpace,Twitter,Google+,Friendster,Skype, GoToMyPC,ak nenpòt lòt sit rezo sosyal.

*Repons a Entèwogatwa No. 45*

Okenn ke mwen konnen.

## ENTÈWOGATWA NO.46

Tanpri idantifye tout nimewo telefòn, nimewo kont, ak founisè sèvis yo pou tout telefòn selilè oswa lòt aparèy alamen ou te genyen oswa itilize de 1998 a kounye a.

*Repons a Entèwogatwa No. 46*

Premye  telefòn mwen an te yon Digicel e nimewo a te: 3121 8169 e dezyèm nan ke mwen toujou ap itilize a se yon Digicel tou e nimewo a se: (509) 4686 7944.

## ENTÈWOGATWA NO.47

Enimere tout kat idantifikasyon elèv yo, badj, ak/oswa nimewo yo te ba yo ak/oswa pibliye ba w pa nenpòt lekòl kote ou te enskri, patisipeak/oswa rezide.

*Repons a Entèwogatwa No. 47*

Mwen pa sonje mwen te gen yon (kat Idantifikasyon) ID.

## ENTÈWOGATWA NO.48

Si w afime ke Pè Carrierte gen yon relasyon seksyèl avèk nenpòt moun de 1987 a kounye a, endike baz pou afimasyon w lan.

*Repons a Entèwogatwa No. 48*

Ot ke mwen te wè Pè Paul ak  Douglas ansanm, pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.49

Si w afime ke Pè Carrier te wè ti gason minè yo nan Pwojè PierreToussaint nan chanm akouche Perlitz nan kay BelAira oswa li te konnen ke ti gason minè yo nan Pwojè PierreToussaintte dòmi nan chanm akouche sa, endike baz pou afimasyon w lan.

*Repons a Entèwogatwa No. 49*

Pè Paul te ale Bel-Air nan maten e li te kondi ti mesye yo pou al dòmi nan Bel-Air. Lè Mackenson Bien Aime te frappe pye li epi li te dòmi nan Bel Air a, li te di m ke pè Paul te dòmi nan Bel Air tou. Mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.50

Si w afime ke Pè Carrierte wè Perlitzmontre nenpòt moun yon videyo pònografik, endike baz pou afimasyon w lan.

*Repons a Entèwogatwa No.50*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

## ENTÈWOGATWA NO.51

Si w afime ke Pè Carrier te konnen ke yon ti gason tap viv nan kay Perlitz nan BelAir,endike baz pou afimasyon w lan.

*Repons a Entèwogatwa No. 51*

Ale nan Repons No. 49.

## ENTÈWOGATWA NO.52

Si w afime ke Pè Carrier te prezan lè Perlitz te ranje yon randevou lakay Perlitz nan  Bel Air avèk yon ti gason ta nan aswè, deklare baz pou afimasyon an.

*Repons a Entèwogatwa No. 52*

Ot ke mwen te wè Pè Paul avèk Douglas, pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

## ENTÈWOGATWA NO.53

Si w afime ke Pè Carrierte prezan lèPerlitzte peze devan kò yon elèv ti gason minè nan pwojè Pierrenan dèyel, deklare baz pou afimasyon w lan.

*Repons a Entèwogatwa No. 53*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

## ENTÈWOGATWA NO.54

Si w afime ke Pè Carrier te antrave, retade, oswa anpeche tout moun kominike avèk ofisye lapolis konsènan Perlitz,endike baz afimasyon w lan.

*Repons a Entèwogatwa No. 54*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

## ENTÈWOGATWA NO.55

Tanpri endike chak fè ou apiye sou li pou sipòte nenpòt plent ke Hope Carter te konnen oswa ta dwe konnen ke Perlitz tap abize w.

*Entèwogatwa No.55*

Madan Carter konn vizite Pwojè a. Mwen te konprann li te an chaj Douglas. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

## ENTÈWOGATWA NO.56

Tanpri endike chak fè ou apiye sou li pou sipòte nenpòt plent ke Hope Carter te wè yon ti gason minè nanPPTnan chanm akouchePerlitz nan kay BelAira jan li pretann nan plent ou a enkli dat swadizan Carter te wè ti gason yo epi bay non ti gason yo.

.

*Repons a Entèwogatwa No. 56*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

### ENTÈWOGATWA NO.57

Tanpri endike nenpòt ak tout fè ke plentif la reklame pou sipòte demann ou pou yon relasyon fidisyè avèk  Hope Carter.

*Repons a Entèwogatwa No. 57*

Madame Carter konn vizite Ayiti.  Mwen te konprann ke li te an chaj Douglas.  Li konn vin pale avèk nou e di nou pawòl tankou renmen youn lòt epi kenbe bon prensip.  Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

### ENTÈWOGATWA NO.58

Tanpri endike si wi ou non plentif la te janm pèsonèlman rankontre Hope Carter.

*Repons a Entèwogatwa No. 58*

Wi, ale nan repons  No. 57.

### ENTÈWOGATWA NO.59

Tanpri bay yon deskripsyon detaye de nenpòt aktout konvèsasyon ak/oswa kominikasyon ant oumenm ak Hope Carter, enkli dat (yo) konvèsasyon sa (yo) ak/oswa kominikasyon (yo) ak kontni (yo) konvèsasyon sa (yo) ak kominikasyon (yo).

*Repons a Entèwogatwa No. 59*

Ale nan repons  No. 57.

### ENTÈWOGATWA NO.60

Tanpri endike si pleyan te janm anseye oswa konseye pa Hope Carter.

*Repons a Entèwogatwa No. 60*

Ale nan Repons Nos. 55 ak 57. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

### ENTÈWOGATWA NO.61

Si repons aEntèwogatwa No.60lan afimatif, tanpri endike nenpòt ak tout fè yo pou sipòte nenpòt reklamasyon pa pleyan ke Hope Carter te anseye oswa konseye pleyan an, enkli dat la (yo) ak kontni (yo) de nenpòt kalite ansèyman ak konsèy.

*Repons a Entèwogatwa No. 61*

Ale nan Repons Nos. 55 ak 57. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

## ENTÈWOGATWA NO.62

Tanpri endike chak fè ou konte sou li pou sipòte akizasyon nan plent ou an ke ou te genyen yon relasyon spesyal avèk Hope Carter.

*Repons a Entèwogatwa No. 62*

Ale nan Repons Nos. 55, 57, ak 59.

## ENTÈWOGATWA NO.63

Tanpri endike anteday chak entèaksyon ke w te janm genyen avèk HopeCarterenkli nati entèaksyon sa ak dat yo la.

*Repons a Entèwogatwa No. 63*

Ale nan Repons Nos. 55, 57, ak 59.

## ENTÈWOGATWA NO.64

Tanpri endike si pleyan te janm resevwa konsèy, oryantasyon oswa konsèy de HopeCarter. Si se sa, tanpri endike dat (yo) ak kontni (yo) de nenpòt kalite konsèy, oryantasyon oswa konsèy.

*Repons a Entèwogatwa No. 64*

Ale nan Repons  Nos. 55, 57, ak 59. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

## ENTÈWOGATWA NO. 65

Tanpri endike baz reyèl pou reklamasyon pleyan ke HopeCarter te de fason neglijan anboche, kenbe, dirije ak sipèvize Perlitz.

*Repons a Entèwogatwa No. 65*

Mwen te konprann ke Madan Carter te an chaj Douglas. Otreman, Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

### ENTÈWOGATWA NO.66

Tanpri endike dat egzat ou te pretann ke Hope Carter te prezan lakay Perlitz lè oumenm ak Perlitz te la.

*Repons a Entèwogatwa No. 66*

Mwen pa sonje mwen te wè Madan Carter nan Bel Air.

### ENTÈWOGATWA NO.67

Tanpri endike nenpòt temwen ak adrès ou konnen ki sipòte demann alokasyon w lan ke Hope Carter te lakay Perlitz lè oumenm ak Perlitz te la.

*Repons a  Entèwogatwa No. 67*

Ale nan Repons No. 66.

### ENTÈWOGATWA NO.68

Tanpri endike si wi ou non ou te fè okenn deklarasyon , jan yo defini nan Liv Pratik Connecticut la § 13-1, bay nenpòt moun konsènan nenpòt nan ensidan ki mansyone nan Plent ou a?

*Repons a  Entèwogatwa No. 68*

Mwen pa kwè ke mwen te janm fè kalite deklarasyon sa bay pèson apa avoka mwen yo ak ajan li yo.

### ENTÈWOGATWA NO.69

Endike si wi ou non ou pretann ke Fairfield University te konnen oswa ta dwe konnen ke Perlitz te angaje nan nenpòt nan konpòtman ou pretann nan Plent ou a.  Si se konsa, tanpri bay baz pou akizasyon sa yo ak prèv ak/oswa dokiman ki sipòte akizasyon sa yo.

*Repons a Entèwogatwa No. 69*

Mwen konprann ke Fairfield te anchaj Douglas e li tap sipòte Pwojè a.  Anplis mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

### ENTÈWOGATWA NO.70

Pou chak zak oswa omisyon ou akize Fairfield University dirèkteman oswa endirèkteman ki te lakòz oswa kontribye nan domaj ou yo, tanpri, founi enfòmasyon ananpre yo:

a.    zak espesifik la oswa omisyon an;

b.    dat ak lè zak la oswa omission an;

c.    idantifye chak moun ou panse ki responsab pou chak zak oswa omisyon;

d.    idantifye chak moun lè sa a ak kounye a ki gen konesans akizasyon konpòtman Fairfield University a ak ki lè e kijan moun sa a te akeri konesans la; ak

e.    idantifye tout kominikasyon ant oumenm ak nenpòt moun konsènan swadizan konpòtman an.

*Repons a Entèwogatwa No. 70*

Ale nan Repons No. 69.  Otreman, mwen  Pèsonèlman pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.71

Idantifye chak volontè nan Fairfield University ou akize ki te wè (a) ti gason minè lakay Perlitz nan  Bel Air an Ayiti oswa (b) te wè ti gason minè nan chanm Perlitz nan kay sa a.

*Repons a Entèwogatwa No. 71*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.72

Dekri baz reyèl pou akizasyon ou an nan Paragraf 13 nan Plent la kote "Fairfield University te anplwaye Perlitz an koneksyon avèk PPT e te kenbe l pandan peryòd tan enpòtan an."

*Repons a Entèwogatwa No. 72*

Ale nan Repons No. 69.

Otreman, Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa a.

### ENTÈWOGATWA NO.73

Dekri baz reyèl pou akizasyon an nan Plent ou a koteFairfield University tap "opere anba Lòd Jezwit New England."

*Repons a Entèwogatwa No.73*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.74

Tanpri endike si wi ou non ou pretann ke Fairfield University te okouran nenpòt lè avan 2008 de tout relasyon ki pa t apwoprye, nan oswa konsènan 1988, ant Pè Paul E.Carrier, S.J.ak yon elèv nan Fairfield University, jan li refere nan Paragraf 26 nan Plent ou a.  Si se konsa, dekri baz reyèl pou akizasyon sa a.

*Repons a Entèwogatwa No. 74*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.75

Tanpri endike baz reyèl pou akizasyon ou an nan Paragraf 34 nan Plent la kote Pè Carrier akHope Carter yo chak te vwayaje souvan ale an Ayiti pou tcheke ak sipèvize aktivite PPT yo sou non Fairfield University…"

*Repons a Entèwogatwa No. 75*

Ot ke mwen te wè Pè Carrier ak Madan Carter plizyè fwa an Ayiti, mwen te konprann ke madan Carter ak Pè Paul se te patwon Douglas, pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.76

Dekri baz reyèl pou akizasyon nan Plent ou a kote Fairfield University te konnen ke Perlitz ta p vwayaje an Ayiti pou l angaje nan konpòtman seksyèl ilegal avèk minè an Ayiti.

*Repons a  Entèwogatwa No. 76*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.77

Tanpri endike nenpòt ak tout enfòmasyon kote reklamasyon pleyan an apiye yon relasyon konfyans avèk Fairfield University.

*Answer to Entèwogatwa No. 77*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.78

Tanpri idantifye pa non yo chak"Jezwit ki nan fòmasyon"oswa lòt jezwit ou akize nan Plent ou a ki te nan Project PierreToussaint an nenpòt lè, ak pou chak moun ki idantifye, tanpri endike chak dat lè li te prezan nan PPT ak nan ki bilding, rezidans, oswa lokasyon.

*Repons a Entèwogatwa No. 78*

Men te konnen Pè Paul te yon prèt e li te fè pati de gwoup Jezwit yo.  Li te konn selebre lamès. Mwen te konn wè li nan Vilaj la ak nan Bel Air.

### ENTÈWOGATWA NO.79

Endike baz reyèl pou akizasyon ou an nan Paragraf 18 nan Plent ou a kote "The Order of Malta te anplwaye Perlitz nan koneksyon avèk PPTe te kenbe l pandan yon peryòd tan enpòtan."

*Repons a Entèwogatwa No. 79*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.80

Endike baz reyèl pou akizasyon w lan nan Paragraf 18 nan Plent ou a kote "Pandan peryòd enpòtan sa a, the Order of Malta te plase plizyè Sòlda ak Dam li yo nan Konsèy Administrasyon Fon an an Ayiti."

*Repons a Entèwogatwa No. 80*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.81

Endike baz reyèl pou akizasyon ou an nan Paragraf 29 nan Plent ou a kote "Finansman orijinal pou PPT te soti nan the Order of Malta."

*Repons a Entèwogatwa No. 81*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.82

Endike baz reyèl pou akizasyon ou an nan Paragraf 29 nan Plent ou a kote "[T] Fon Ayiti a te yon ti kras plis pase yon ekstansyon nan Fairfield University ak the Order of Malta."

*Repons a Entèwogatwa No. 82*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.83

Pou chak zak oswa omisyon ou akize American Association an dirèkteman oswa endirèkteman ki lakòz oswa kontribye nan domaj ou yo, tanpri bay enfòmasyon ki annapre yo:

a.  zak espesifik la oswa omisyon an;

b.  dat ak lè zak la oswa omisyon an;

c.  idantifye chak moun ou panse ki responsab pou chak zak oswa omisyon;

d.  idantifye chak moun lè sa a ak kounye a ki gen konesans konpòtman American Asociation an ak ki lè e kijan moun sa a te akeri konesans la; ak

e.  idantifye tout kominikasyon ant oumenm ak nenpòt moun konsènan swadizan konpòtman an.

*Repons a Entèwogatwa No. 83*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

## ENTÈWOGATWA NO.84

Tanpri endike baz pou, ak deklare tout enfòmasyon ak prèv ki sipòte, akizasyon ou an ke pleyan an te genyen yon relasyon de konfyans avèk Society of Jesus.

*Repons a Entèwogatwa No. 84*

Ot ke mwen souvan wè Pè Carrier nan Pwojè Pierre Toussaint e mwen te konprann ke li te patwon Douglas.  Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.85

Endike si wi ou non ou pretann ke Society of Jesus te konnen oswa te dwe konnen ke Perlitz te angaje nan nenpòt nan konpòtman ou akize l yo nan Plent ou a.  Si se konsa, tanpri bay baz pou akizasyon sa yo ak prèv ak/oswa dokiman ki sipòte chak akizasyon.

*Repons a Entèwogatwa No. 85*

Ale nan Repons No. 84.

### ENTÈWOGATWA NO.86

Tanpri endike baz pou, ak deklare tout enfòmasyon ak prèv ki sipòte akizasyon ou an kote Society of Jesus te pote neglijans nan anplwaye, kenbe, dirije, ak/oswa sipèvize Pè Carrier.

*Repons a Entèwogatwa No. 86*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

### ENTÈWOGATWA NO.87

Tanpri endike baz pou, ak endike tout enfòmasyon ak prèv ki sipòte akizasyon ou an kote Society of Jesus te pote neglijans nan anplwaye, kenbe, dirije, ak/oswa sipèvize Perlitz.

*Repons a Entèwogatwa No. 87*

Ale nan Repons No. 84.

### ENTÈWOGATWA NO.88

Pou chak zak oswa omisyon ou akize Society of Jesus dirèkteman oswa endirèkteman ki te lakòz oswa kontribye nan domaj ou yo, tanpri, founi enfòmasyon annapre yo:

a.     zak espesifik la oswa omisyon an;

b.    dat ak lè zak la oswa omisyon an;

c.    idantifye chak moun ou panse ki responsab pou chak zak oswa omisyon;

d.    idantifye chak moun lè sa a ak kounye a ki gen konesans konpòtman society of Jesus a ak ki lè e kijan moun sa a te akeri konesans la; ak

e.    idantifye tout kominikasyon ant oumenm ak nenpòt moun konsènan swadizan konpòtman an.

*Repons a Entèwogatwa No. 88*

Pèsonèlman mwen pa konnen anyen sou zafè sa, men mwen kwè avoka mwen yo te fè deklarasyon sou sa. Pleyan rezève dwa pou konplete repons sa nan mezi li sonje plis detay oswa li vin okouran plis detay pou kore reklamasyon sa.

Dat: Septanm 19, 2014           Siyen kòm objeksyon enkòpore,

Pa:    /s/ Mitchell Garabedian
        Mitchell Garabedian (phv04676)
        garabedianlaw@msn.com

William H. Gordon (phv04677)
wgordon@garabedianlaw.com
Law Offices of Mitchell Garabedian
100 State Street, 6th Floor
Boston, MA 02109
Phone: (617) 523-6250

Paul J. Hanly, Jr. (phv04680)
phanly@simmonsfirm.com
Andrea Bierstein (phv04678)
abierstein@simmonsfirm.com
Jayne Conroy (phv04679)
jconroy@simmonsfirm.com
SIMMONS HANLY CONROY
112 Madison Ave., 7th floor
New York, New York 10016
Phone: (212) 784-6400

Steven J. Errante (ct04292)
SErrante@ltke.com
Marisa A. Bellair (ct23802)
Lynch, Traub, Keefe, &Errante, P.C.
P.O. Box 1612
52 Trumbull Street
New Haven, CT 06510
Phone: (203) 787-0275
Fax: (203) 782-0278

## **VERIFIKASYON**

Mwen, Jacques Mackenson, te li repons anvan yo e yo kòrèk ak egzat nan pi bon kapasite mwen.

Siyen annba pinisyon ak penalite pou fo temwayaj ___ jou nan mwa Septanm, 2014.

Jacques mackenson