UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DOUGLAS PERLITZ, et al.,<br><br>　　　　Defendants. | Civ. A. No. 3:13-cv-01132-RNC<br><br>Dated: December 16, 2015 |
| *This document relates to:*<br><br>*All Cases* | |

## DECLARATION OF THEODORE J. FOLKMAN

I, Theodore J. Folkman, make the following declaration:

1.　　Attached as Exhibit 1 is a true copy of an email from Mr. Garabedian to defense counsel, which I received on December 16, 2015.

2.　　Attached as Exhibit 2 is a true copy of an email I sent to Mr. Garabedian on December 18, 2015.

3.　　Attached as Exhibit 3 is a true copy of an email I sent to Mr. Garabedian on January 4, 2016.

4.　　I have not received a response to my emails of December 18 or January 4.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 26, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Theodore J. Folkman

CERTIFICATE OF SERVICE

    I certify that on January 26, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

    I further certify that on January 26, 2016, I caused a copy of the foregoing document to be served by first-class mail, postage prepaid, on counsel for the defendant, Douglas Perlitz, who is unable to accept electronic service, and Haiti Fund, Inc.:

| | |
|---|---|
| David T. Grudberg, Esq. | Michael McCooey |
| Carmody & Torrance, LLP | Chairman, Haiti Fund, Inc. |
| 195 Church St. | 475 Polly Park Road |
| PO Box 1950 | Rye, N.Y. 10580 |
| New Haven, Conn. 06509-1950 | |

                                            /s/ Theodore J. Folkman

702598