## Theodore J. Folkman

| | |
|---|---|
| **From:** | Mitchell Garabedian <garabedianlaw@msn.com> |
| **Sent:** | Wednesday, December 16, 2015 12:13 PM |
| **To:** | Amanda M. Rettig; Gene S. Winter, Esq.; Theodore J. Folkman; Timothy P. O'Neill; Peter C. Obersheimer; Aaron D. Rosenberg; Benjamin C. White; Stanley A. Twardy, Jr.; Thomas D. Goldberg, Esq.; Paul D. Williams; John Cerreta; Christopher F. Wanat, Esq.; Indeg Maia Raimundo, Esq.; Jeffrey William Kennedy, Esq.; Adam F. Acquarulo; Bradford S. Babbitt, Esq.; Elizabeth R. Leong; Stephen M. Cowherd; William Dailey, Jr., Esq.; Michael Kerrigan, Esq.; lknight@sloanewalsh.com; rcobbs@sloanewalsh.com; Brown, Kevin C.; jmccormack |
| **Cc:** | Andrea Bierstein; Ellyn Hurd; Jayne Conroy; Jo Anna Pollock; Lu Xia; Mike Stewart; Mindy Lawson; Paul Hanly; William Gordon |
| **Subject:** | Deposition of Cyrus Sibert |

Counsel,

Please be informed that Cyrus Sibert is currently in Haiti. He will not be available to be deposed in Florida on January 15, 2016. He will be back in the United States in February 2016.

Please provide date or dates in February when Defendants would be available to depose Mr. Sibert.

Thank you.

Mitchell Garabedian

---

Law Offices of Mitchell Garabedian
100 State Street, 6th Floor
Boston, MA 02109
Office: (617) 523-6250
Fax: (617) 523-3687
E-Mail: Garabedianlaw@msn.com
Website: http://www.garabedianlaw.com/

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

---