# Theodore J. Folkman

| | |
|---|---|
| **From:** | Theodore J. Folkman |
| **Sent:** | Monday, January 04, 2016 2:31 PM |
| **To:** | Andrea Bierstein; Bill Gordon; Ellyn Hurd (ehurd@simmonsfirm.com); George M. Stewart (mstewart@simmonsfirm.com); jconroy@simmonsfirm.com; Jo Anna Pollock (jpollock@simmonsfirm.com); Lu Xia (lxia@garabedianlaw.com); Marisa A. Ballair; Mitchell Garabedian; Paul Hanly Jr. (phanly@simmonsfirm.com); Steven J. Errante; Aaron D. Rosenberg; Amanda M. Rettig (ARettig@murphyking.com); Benjamin C. White; Bradford S. Babbitt; Christopher F. Wanat; Elizabeth A. Murphy (EMurphy@murphyking.com); Elizabeth R. Leong; Gene S. Winter; 'James.Dowden@ropesgray.com'; Jeffrey W. Kennedy; John Cerreta; Kevin Brown; Michael J. Kerrigan; Paul D. Williams; Peter C. Obersheimer (PObersheimer@murphyking.com); Sara Gutierrez Dunn; Stanley A. Twardy, Jr.; Thomas D. Goldberg; Timothy P. O'Neill (TONeill@murphyking.com); William J. Dailey, Jr. |
| **Subject:** | FW: Deposition of Cyrus Sibert |

Dear Mitch,

In response to your request for dates for Mr. Sibert's deposition, I sent you several proposed dates on December 18. Would you please let me know your response, and also let me know your positions on the other issues I have raised, namely, (1) the location for the deposition, (2) production of Mr. Sibert's documents, and (3) whether you represent Mr. Sibert.

Thank you,

Ted Folkman

---

**From:** Theodore J. Folkman
**Sent:** Friday, December 18, 2015 2:44 PM
**To:** 'Mitchell Garabedian'; Amanda M. Rettig; Gene S. Winter, Esq.; Timothy P. O'Neill; Peter C. Obersheimer; Aaron D. Rosenberg; Benjamin C. White; Stanley A. Twardy, Jr.; Thomas D. Goldberg, Esq.; Paul D. Williams; John Cerreta; Christopher F. Wanat, Esq.; Indeg Maia Raimundo, Esq.; Jeffrey William Kennedy, Esq.; Adam F. Acquarulo; Bradford S. Babbitt, Esq.; Elizabeth R. Leong; Stephen M. Cowherd; William Dailey, Jr., Esq.; Michael Kerrigan, Esq.; lknight@sloanewalsh.com; rcobbs@sloanewalsh.com; Brown, Kevin C.; jmccormack
**Cc:** Andrea Bierstein; Ellyn Hurd; Jayne Conroy; Jo Anna Pollock; Lu Xia; Mike Stewart; Mindy Lawson; Paul Hanly; William Gordon
**Subject:** RE: Deposition of Cyrus Sibert

Dear Mitch,

The defendants propose February 8, 9, or 10 for the Sibert deposition. Please let us know if one of those will work.

Regarding location, we would prefer, for the convenience of counsel on both sides, to hold the deposition in Boston or Connecticut rather than in Florida. What is your view on location?

Finally, as noted in the memorandum in support of our pending motion (ECF No. 680), our position is that the plaintiffs are obligated to produce Mr. Sibert's responsive documents. Whether that obligation is Mr. Sibert's alone or the plaintiffs' as well, we would like to have his documents reasonably in advance of his deposition. Please let us know your position on that. If there is to be a dispute about what Mr. Sibert or the plaintiffs are obligated to produce, we think the issue should be discussed and, if necessary, presented to the court in the near term.

Best,

Ted Folkman

1

**From:** Mitchell Garabedian [mailto:garabedianlaw@msn.com]
**Sent:** Wednesday, December 16, 2015 12:13 PM
**To:** Amanda M. Rettig; Gene S. Winter, Esq.; Theodore J. Folkman; Timothy P. O'Neill; Peter C. Obersheimer; Aaron D. Rosenberg; Benjamin C. White; Stanley A. Twardy, Jr.; Thomas D. Goldberg, Esq.; Paul D. Williams; John Cerreta; Christopher F. Wanat, Esq.; Indeg Maia Raimundo, Esq.; Jeffrey William Kennedy, Esq.; Adam F. Acquarulo; Bradford S. Babbitt, Esq.; Elizabeth R. Leong; Stephen M. Cowherd; William Dailey, Jr., Esq.; Michael Kerrigan, Esq.; lknight@sloanewalsh.com; rcobbs@sloanewalsh.com; Brown, Kevin C.; jmccormack
**Cc:** Andrea Bierstein; Ellyn Hurd; Jayne Conroy; Jo Anna Pollock; Lu Xia; Mike Stewart; Mindy Lawson; Paul Hanly; William Gordon
**Subject:** Deposition of Cyrus Sibert

Counsel,

Please be informed that Cyrus Sibert is currently in Haiti. He will not be available to be deposed in Florida on January 15, 2016. He will be back in the United States in February 2016.

Please provide date or dates in February when Defendants would be available to depose Mr. Sibert.

Thank you.

Mitchell Garabedian

---

Law Offices of Mitchell Garabedian
100 State Street, 6th Floor
Boston, MA 02109
Office: (617) 523-6250
Fax: (617) 523-3687
E-Mail: Garabedianlaw@msn.com
Website: http://www.garabedianlaw.com/

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

---