UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DOUGLAS PERLITZ, et al.,<br><br>　　　　　Defendants. | Civ. A. No. 3:13-cv-01132-RNC<br><br>Dated: August 5, 2016 |
| *This document relates to:*<br><br>*Bernardin v. Perlitz, No. 13-1480*<br>*Calixte v. Perlitz, No. 13-1767*<br>*Derice v. Perlitz, No. 13-1907*<br>*Emile v. Perlitz, No. 13-1636*<br>*Jerome v. Perlitz, No. 13-1437*<br>*Joseph v. Perlitz, No. 13-1629*<br>*Odilbert v. Perliz, No. 13-1639*<br>*Pierre v. Perlitz, No. 13-1269*<br>*St. Cirin v. Perlitz, No. 13-1906* | |

**STIPULATION CONCERNING PLAINTIFFS' SECOND CLAIM FOR RELIEF**

WHEREAS the Plaintiffs in *Jose Bernardin v. Perlitz, et al.* (Civil Action No. 3:13-cv-1480-RNC), *Luccé Calixte v. Perlitz, et al.* (Civil Action No. 3:13-cv-1767-RNC), *Wendy Derice v. Perlitz, et al.* (Civil Action No. 3:13-cv-1907-RNC), *Jean Moise Emile, et al. v. Perlitz,* (Civil Action No. 3:13-cv-1636-RNC), *Wisky Jerome v. Perlitz, et al.* (Civil Action No. 3:13-cv-1437-RNC), *Dimitry Joseph v. Perlitz, et al.* (Civil Action No. 3:13-cv-1629-RNC), *Raynel Odilbert v. Perlitz, et al.* (Civil Action No. 3:13-cv-1639-RNC), *Felix Pierre v. Perlitz, et al.* (Civil Action No. 3:13-cv-1269-RNC), and *Louis Saint Cirin, et al. v. Perlitz,* (Civil Action No. 3:13-cv-1906-RNC) (hereinafter collectively "the Stipulating Plaintiffs") in the referenced actions ("the

Actions") have each asserted, in his complaint, that three of the defendants, namely Father Carrier, Fairfield University, and the Haiti Fund, Inc., are liable to them under 18 U.S.C. § 2255; and

WHEREAS, by motion dated January 20, 2015 (ECF No. 484), Father Carrier asserted that the Eighth Claim for Relief in the complaint of Bernard Michel (Civ. A. No. 14-1530), which asserted that Father Carrier was liable to Mr. Michel under 18 U.S.C. § 2255, failed to state a claim on which relief could be granted because, on the face of the complaint, the claim was barred by the applicable statute of limitations; and

WHEREAS, in a Ruling and Order ("the Ruling") dated March 31, 2016 (ECF No. 748), the Court granted Father Carrier's motion and held that Count 8 in Mr. Michel's complaint was barred by the statute of limitations; and

WHEREAS, the Stipulating Plaintiffs believe the Ruling was erroneous and wish to preserve their rights to appeal from it; and

WHEREAS, the Stipulating Plaintiffs and the Defendants who have appeared in these actions (together, "the Parties") agree that no meaningful distinction can be made between the Ruling and the claims asserted by the Stipulating Plaintiffs in the Second Claim for Relief in each their respective complaints ("Second Claim"); and

WHEREAS, it is in the interest of judicial economy to avoid further briefing with respect to the Second Claim in the Actions;

NOW, THEREFORE, the Parties stipulate as follows.

    1. Father Carrier and Fairfield University hereby move to dismiss the Second Claim in each of the Actions for failure to state a claim on which relief can be granted, solely on the same grounds asserted with respect to the Eighth Claim for Relief in the *Michel* case;

2. The Stipulating Plaintiffs oppose the motion to dismiss the Second Claim in their Actions, but do so only on the grounds asserted by Plaintiff Bernard Michel in opposition to the motion to dismiss the Eighth Claim for Relief.  The Stipulating Plaintiffs stipulate that no meaningful distinction can be made between them and Michel with respect to the statute of limitations defense asserted by Father Carrier on these claims.

3. This stipulation applies only to the Stipulating Plaintiffs and no inference about the claims of any other plaintiff can be drawn.

4. This stipulation shall not operate as a concession by the Stipulating Plaintiffs that the Ruling was correct or as a waiver of the Stipulating Plaintiffs' right to appeal from the dismissal of the Second Claim in the Actions.

                                                            Respectfully submitted,

| FOR THE PLAINTIFFS | FOR FAIRFIELD UNIVERSITY |
|---|---|

By:  */s/* Mitchell Garabedian
    Mitchell Garabedian (phv04676)
    garabedianlaw@msn.com
    William H. Gordon (phv04677)
    wgordon@garabedianlaw.com
    LAW OFFICES OF MITCHELL GARABEDIAN
    100 State Street, 6th Floor
    Boston, MA  02109
    Phone:  617-523-6250

    Paul J. Hanly, Jr. (phv04680)
    phanly@simmonsfirm.com
    Jayne Conroy (phv04679)
    jconroy@simmonsfirm.com
    Andrea Bierstein (phv04678)
    abierstein@simmonsfirm.com
    SIMMONS HANLY CONROY
    112 Madison Ave., 7th Floor
    New York, NY  10016
    Phone: (212) 784-6400

    Steven J. Errante (ct04292)
    SErrante@ltke.com
    LYNCH TRAUB KEEFE & ERRANTE, P.C.
    P.O. Box 1612
    52 Trumbull St.
    New Haven, CT  06510
    Phone: (203) 787-0275
    Fax: (203) 782-0278

By:  */s/ Thomas D. Goldberg*
    Stanley A. Twardy, Jr. (ct 05096)
    Thomas D. Goldberg (ct 04386)
    Paul D. Williams (ct 05244)
    John W. Cerreta (ct 28919)
    DAY PITNEY LLP
    One Canterbury Green
    201 Broad Street
    Stamford, CT  06901
    Tel: (203) 977-7300
    Fax: (203) 977-7301
    E-mail: satwardy@daypitney.com
    E-mail: tgoldberg@daypitney.com
    E-mail: pdwilliams@daypitney.com
    E-mail: jcerreta@daypitney.com

FOR PAUL E. CARRIER, S.J.

By:  */s/ Theodore J. Folkman*
    Timothy P. O'Neill (phv04968)
    Theodore J. Folkman (phv04967)
    Amanda Moger Rettig (phv04967)
    MURPHY & KING, P.C.
    One Beacon St.
    Boston, Mass. 02108
    (617) 423-0400
    tpo@murphyking.com
    tjf@murphyking.com
    amr@murphyking.com

    Gene S. Winter (ct05137)
    ST. ONGE STEWARD JOHNSTON & REENS LLC
    986 Bedford St.
    Stamford, CT 06905
    (203) 324-6155
    gwinter@ssjr.com

So Ordered:

_____

CERTIFICATE OF SERVICE

    I certify that on August 5, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

    I further certify that on August 5, 2016, I caused a copy of the foregoing document to be served by first-class mail, postage prepaid, on counsel for the defendant, Douglas Perlitz, who is unable to accept electronic service, and Haiti Fund, Inc.:

| | |
|---|---|
| David T. Grudberg, Esq. | Michael McCooey |
| Carmody & Torrance, LLP | Chairman, Haiti Fund, Inc. |
| 195 Church St. | 475 Polly Park Road |
| PO Box 1950 | Rye, N.Y. 10580 |
| New Haven, Conn. 06509-1950 | |

                                            /s/ Theodore J. Folkman

#713423