# EXHIBIT 1

Confidential - Subject to Further Confidentiality Review

```
 1               UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
 2                                    Civil Action No.
                                      3:13-cv-01132(RNC)
 3   ***************************
     GERVIL ST. LOUIS, a/k/a ST.   Consolidated with:
 4   LOUIS GERVIL,                 3:13-cv-1225-RNC
                                   3:13-cv-1269-RNC
 5              Plaintiff,         3:13-cv-1437-RNC
                                   3:13-cv-1480-RNC
 6       v.                        3:13-cv-1626-RNC
                                   3:13-cv-1627-RNC
 7   DOUGLAS PERLITZ, FATHER       3:13-cv-1628-RNC
     PAUL E. CARRIER, S.J.; HOPE   3:13-cv-1629-RNC
 8   E. CARTER; HAITI FUND,        3:13-cv-1630-RNC
     INC.; FAIRFIELD UNIVERSITY;   3:13-cv-1631-RNC
 9   THE SOCIETY OF JESUS OF NEW   3:13-cv-1632-RNC
     ENGLAND; SOVEREIGN MILITARY   3:13-cv-1633-RNC
10   HOSPITALLER ORDER OF ST.      3:13-cv-1634-RNC
     JOHN OF JERUSALEM OF RHODES   3:13-cv-1635-RNC
11   AND OF MALTA, AMERICAN        3:13-cv-1636-RNC
     ASSOCIATION, U.S.A.; a/k/a    3:13-cv-1637-RNC
12   ORDER OF MALTA, AMERICAN      3:13-cv-1638-RNC
     ASSOCIATION, U.S.A.; JOHN     3:13-cv-1639-RNC
13   DOE ONE; JOHN DOE TWO; JOHN   3:13-cv-1640-RNC
     DOE THREE; JOHN DOE FOUR;     3:13-cv-1641-RNC
14   JOHN DOE FIVE; JOHN DOE SIX   3:13-cv-1642-RNC
     and JOHN DOE SEVEN,           3:13-cv-1644-RNC
15                                 3:13-cv-1645-RNC
                 Defendants.       3:13-cv-1647-RNC
16                                 3:13-cv-1648-RNC
                                   3:13-cv-1701-RNC
17                                 3:13-cv-1767-RNC
                                   3:13-cv-1768-RNC
18                                 3:13-cv-1769-RNC
                                   3:13-cv-1881-RNC
19                                 3:13-cv-1904-RNC
                                   3:13-cv-1906-RNC
20                                 3:13-cv-1907-RNC
     ***************************
21   This document applies to:
     All of the above referenced cases
22   And those to be filed
     ***************************
23   CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
      VIDEOTAPED DEPOSITION OF JASON MAXWEL DERIZA
24
                 Wednesday, January 13, 2016
25                     9:09 a.m.
```

```
 1       A.   No.
 2       Q.   Was Mathieu on the bus with you, sir,
 3  from Haiti to the Dominican Republic?
 4       A.   No.
 5       Q.   How was it that you knew to come for
 6  your deposition, sir?
 7            MS. POLLOCK:  I'm going to instruct
 8  you not to disclose any communications you
 9  actually had with your lawyers or with Cyrus or
10  with Mathieu.  If you learned from any other
11  source about your deposition, you can testify to
12  it, otherwise I don't want you to testify and
13  answer the question.
14       A.   I don't remember.
15  BY MR. KENNEDY:
16       Q.   Sir, where do you currently live?
17       A.   When I'm in Haiti?
18       Q.   Yes, sir.
19       A.   It's a district called Morin,
20  M-O-R-I-N.  It belongs to a wider area called
21  Galement Duplat.  G-A-L-E-M-E-N-T, next word
22  D-U-P-L-A-T.
23       Q.   Do you live in a house, sir?
24       A.   Yes.
25       Q.   And who do you live with, sir?  Who
```

```
 1   lives in the house?
 2        A.    A cousin, his wife, and his child.
 3        Q.    What's the cousin's name, sir?
 4        A.    Babi.
 5        Q.    Is that a first name, sir, or is it a
 6   nickname?
 7        A.    That's how we call him, but I don't
 8   know his real name.
 9        Q.    Okay.  And what's his wife's name,
10   sir?
11        A.    I know he's small.  Betty.
12        Q.    His wife's name is Betty?
13        A.    Yes.
14        Q.    And the child, what's the child's
15   name, sir?
16        A.    Andeli, A-N-D-E-L-I.
17        Q.    How old is Andeli?
18        A.    I don't know his age.  I haven't been
19   living with him in the same house for a long
20   time.
21        Q.    I'm a little confused, sir.  I thought
22   I just asked who do you -- I believe you just
23   indicated to me that you're currently living in
24   a house in -- I'm sorry, that you're currently
25   living in a house with your cousin, his wife,
```

```
 1              At any time before you attended the
 2   Village, did you hear anything about the
 3   American Association of the Order of Malta?
 4       A.   No.
 5       Q.   At any time before you attended the
 6   Village, did you hear the name Order of Malta?
 7       A.   No.
 8       Q.   At any time while you were attending
 9   the Village, did you hear the name Order of
10   Malta?
11       A.   No.
12       Q.   At any time before the Village closed,
13   did you hear the name Order of Malta?
14       A.   No.
15       Q.   At any time before the Village closed,
16   did you hear the name Haiti Fund?
17       A.   No.
18       Q.   Before you started attending the
19   Village, did you know anyone who was a student
20   at the Village?
21       A.   Before I attended the Village?
22       Q.   Yes.
23       A.   No.
24       Q.   Before you attended the Village, did
25   you know that students at the Village were fed
```

Page 173

```
 1              C E R T I F I C A T E
 2              I, MAUREEN O'CONNOR POLLARD, LSR #473,
 3   RMR, CLR, and Notary Public in and for the State
 4   of Connecticut, do hereby certify that there
 5   came before me on the 13th day of January, 2016,
 6   the person hereinbefore named, who was duly
 7   sworn to testify to the truth of their knowledge
 8   concerning the matters in this cause, and their
 9   examination reduced to typewriting under my
10   direction and is a true record of the testimony.
11              I further certify that I am neither
12   attorney for or related or employed by any of
13   the parties to the action, and that I am not a
14   relative or employee of any attorney or counsel
15   employed by the parties hereto or financially
16   interested in the action.
17              In witness whereof, I have hereunto
18   set my hand and seal this 18th day of January,
19   2016.
20
21   _____
22   MAUREEN O'CONNOR POLLARD, License #473
23   Realtime Systems Administrator, RMR
24   Notary Commission Expires:  10/31/2017
25
```