UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS,<br><br>         Plaintiff,<br><br>    vs.<br><br>DOUGLAS PERLITZ, et al.,<br><br>         Defendants. | Civ. A. No. 3:13-cv-01132-RNC<br><br>Dated: November 14, 2016 |
| *This document relates to:*<br><br>*Lecenat v. Perlitz, No. 13-1633*<br>*Dorcine v. Perlitz, No. 13-1701*<br>*Mackenson v. Perlitz, No. 14-125*<br>*Deriza v. Perlitz, No. 14-668* | |

## FATHER CARRIER'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, the defendant, Father Paul E. Carrier, respectfully moves for summary judgment. A memorandum of law, the statement required by Local Rule 56(a)(1), and three declarations are being submitted herewith.[1]

---

[1] Pursuant to Local Rule 7(a)(1), Father Carrier requests oral argument on this motion.

                        Respectfully submitted,

                        PAUL E. CARRIER, S.J.

                        By his attorneys:

                        /s/ Theodore J. Folkman
                        Timothy P. O'Neill (phv04968)
                        Theodore J. Folkman (phv04969)
                        Amanda Moger Rettig (phv04967)
                        MURPHY & KING, P.C.
                        One Beacon St., 21st Fl.
                        Boston, Mass. 02108
                        (617) 423-0400
                        tpo@murphyking.com
                        tjf@murphyking.com
                        amr@murphyking.com

                        Gene S. Winter (ct05137)
                        Benjamin C. White (ct27211)
                        ST. ONGE STEWARD
                        JOHNSTON & REENS LLC
                        986 Bedford St. Stamford, Conn. 06905
                        (203) 324-6155
                        gwinter@ssjr.com
Dated: November 14, 2016      bwhite@ssjr.com

CERTIFICATE OF SERVICE

  I certify that on November 14, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

  I further certify that on November 14, 2016, I caused a copy of the foregoing document to be served by first-class mail, postage prepaid, on counsel for the defendant, Douglas Perlitz, who is unable to accept electronic service:

| | |
|---|---|
| David T. Grudberg, Esq. | Michael McCooey |
| Carmody & Torrance, LLP | Chair, Haiti Fund, Inc. |
| 195 Church Street, P.O. Box 1950 | 475 Polly Park Road |
| New Haven, Conn. 06509-1950 | Rye, N.Y. 10580 |

            /s/ Theodore J. Folkman

717582