```
              UNITED STATES DISTRICT COURT

                 DISTRICT OF CONNECTICUT

  * * * * * * * * * * *      *
                             *
  UNITED STATES OF AMERICA,  * Case No. 9cr207(JBA)
                             *
           Plaintiff,        *
                             *
       vs.                   *
                             *
  DOUGLAS PERLITZ,           * December 21, 2010
                             *
           Defendant.        *
                             *
  * * * * * * * * * * * *    *

         TRANSCRIPT OF SENTENCING HEARING

  BEFORE:  THE HONORABLE JANET BOND ARTERTON, U.S.D.J.


  Appearances:
  FOR THE PLAINTIFF:       KRISHNA PATEL, ESQ
                           STEPHEN REYNOLDS, ESQ
                           RICHARD SCHECHTER, ESQ
                           United States Attorney's
                           Office
                           915 Lafayette Blvd
                           Bridgeport CT, 06604




  FOR THE DEFENDANT:       WILLIAM DOW, ESQ
                           DAVID GRUDBERG, ESQ.
                           Jacobs, Grudberg, Belt, Dow
                           & Katz
                           350 Orange Street
                           New Haven, CT 06510




  Court Reporter:          Sharon Montini, RMR
                           141 Church Street
                           New Haven, CT 06510

  Proceedings recorded by mechanical stenography,
  transcript produced by computer.
```

1    we had taken perhaps the most conservative and most
2    narrow approach and discarded anybody in this case
3    as a victim who we didn't believe that we would be
4    able to prove at trial.
5             My agent, who is clearly in the
6    courtroom today, Agent Khattabi, has spoken in total
7    22 -- up to 22 individuals who have either spoken
8    about the abuse or witnessed the abuse.  But, again,
9    the number that we are asking for the purposes of
10   the enhancement is 16.
11            And what we would say to your Honor is
12   if the guidelines indicate that five or more victims
13   is five units, we have three times that amount in
14   this case.
15            And now we take into consideration two
16   other issues, the duration of the crime that
17   occurred in this case as well as the fact that each
18   individual victim was abused on multiple occasions.
19   When you think about this crime, what we should be
20   seeking to punish is the actual abuse.  It actually
21   really makes no sense.  We could have one victim
22   that you abuse a thousand times or a thousand
23   victims that you abuse once and yet the guidelines
24   would actually give a much greater punishment for
25   the person who has more victims only once rather

1  case.  They would not be brought forward and would
2  not have to testify, whether accurate or inaccurate,
3  and be subjected to the machinery of trial, which
4  involves cross-examination, going into background,
5  things of that nature.  It would be, we submit,
6  erroneous to accept as gospel everything that has
7  been represented to you here.
8            It is not worth the endeavor to point
9  out the discrepancies between the initial videotapes
10 and some of the things that have been mentioned
11 here, or to even do the math with respect to the
12 ex-employees of the project, which if you accept the
13 number of 20 to 25, that would still leave 125 young
14 men who were not victimized by Douglas Perlitz.  So,
15 it casts it in a way that disregards the benefits,
16 the pluses that Douglas Perlitz brought to the
17 endeavor as what he did there and the benefits he
18 brought to Haiti.
19           The guidelines, 5K2.8, talks about
20 extreme conduct, examples of extreme conduct,
21 torture of a victim, gratuitous infliction of injury
22 or prolonged pain or humiliation.  It would not --
23 that would not apply as an upward departure in this
24 case.  Nor would under 5K2.3 talking about -- when
25 they talk about psychological injury, the upward

Page 189

1       I certify that the foregoing is a
2  correct transcript from the record of proceedings in
3  the above-entitled matter.
4
5                              7/12/11
6                               Date
7
8                    /S/  Sharon Montini
9                      Official Reporter
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25