```
                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF CONNECTICUT
    - - - - - - - - - - - - - - - - x
    GERVIL ST. LOUIS,                 :   No. 3:13CV1132(RNC)
                    Plaintiff,        :
                                      :
            vs                        :
                                      :
    DOUGLAS PERLITZ, ET AL,           :
                    Defendants.       :
    - - - - - - - - - - - - - - - - x
    ILGUENS JEAN,                     :   No. 3:13CV1225(RNC)
                    Plaintiff,        :
                                      :
            vs                        :
                                      :
    DOUGLAS PERLITZ, ET AL            :
                    Defendants.       :
    - - - - - - - - - - - - - - - - x
    FELIX PIERRE,                     :   No. 3:CV(RNC)
                    Plaintiff,        :
                                      :
            vs                        :
                                      :
    DOUGLAS PERLITZ, ET AL            :
                    Defendants.       :
    - - - - - - - - - - - - - - - - x
    WISKY JEROME,                     :   No. 3:13CV1437(RNC)
                    Plaintiff,        :
                                      :
            vs                        :
                                      :
    DOUGLAS PERLITZ, ET AL            :
                    Defendants.       :
    - - - - - - - - - - - - - - - - x
    JOSE BERNARDIN,                   :   No. 3:13CV1480(RNC)
                    Plaintiff,        :
                                      :
            vs                        :
                                      :
    DOUGLAS PERLITZ, ET AL            :
                    Defendants.       :
    - - - - - - - - - - - - - - - - x

                        STATUS CONFERENCE

         BEFORE:   HON. ROBERT N. CHATIGNY, U.S.D.J.

                       NOVEMBER 8, 2013
```

```
 1   lawsuit or file a claim.
 2          And it's been my experience through the years
 3   that victims can only come forward when their coping
 4   mechanisms allow them to, and therefore I cannot tell when
 5   this will end.  I just don't know.
 6          Douglas Perlitz was in Haiti for more than a
 7   decade, sexually molesting children based on the
 8   interviews I've taken.  And he had free rein.  So I really
 9   cannot answer that question other than to state 30 -- I'm
10   investigating at least 30 claims right now.  I expect to
11   file four or five more because of time sensitive issues by
12   January 10.  And I fully expect more individuals to come
13   forward beyond the 30.
14          THE COURT:  Is there no end to it?
15          MR. GARABEDIAN:  I don't see an end to it.
16          THE COURT:  So as a practical matter, what are
17   we supposed to do?
18          MR. GARABEDIAN:  I think we may want to group
19   the cases in various tiers or clusters and have, for
20   instance, the first group be a group of 30 that we file or
21   26 or whatever we have, by January 10, and we begin
22   discovery along those lines.  And then within six months,
23   we file another group and we begin discovery process with
24   regard to those individuals, not overlapping the
25   discovery, not starting new discovery, but at least
```

```
 1                    C E R T I F I C A T E
 2
 3                       In Re: PERLITZ
 4
 5
 6          I, Darlene A. Warner, RDR-CRR, Official Court
 7   Reporter for the United States District Court for the
 8   District of Connecticut, do hereby certify that the
 9   foregoing pages are a true and accurate transcription of
10   my shorthand notes taken in the aforementioned matter to
11   the best of my skill and ability.
12
13
14
15
                      /s/_____
16
                        DARLENE A. WARNER, RDR-CRR
17                         Official Court Reporter
                          450 Main Street, Room #223
18                        Hartford, Connecticut 06103
                                (860) 547-0580
19
20
21
22
23
24
25
```