Page 1

```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
                                  Civil Action No.
                                  3:13-cv-01132(RNC)
     ****************************
     GERVIL ST. LOUIS, a/k/a ST.   Consolidated with:
     LOUIS GERVIL,                 3:13-cv-1225-RNC
                                   3:13-cv-1269-RNC
                    Plaintiff,    3:13-cv-1437-RNC
                                   3:13-cv-1480-RNC
          v.                       3:13-cv-1626-RNC
                                   3:13-cv-1627-RNC
     DOUGLAS PERLITZ, FATHER       3:13-cv-1628-RNC
     PAUL E. CARRIER, S.J.; HOPE   3:13-cv-1629-RNC
     E. CARTER; HAITI FUND,        3:13-cv-1630-RNC
     INC.; FAIRFIELD UNIVERSITY;   3:13-cv-1631-RNC
     THE SOCIETY OF JESUS OF NEW   3:13-cv-1632-RNC
     ENGLAND; SOVEREIGN MILITARY   3:13-cv-1633-RNC
     HOSPITALLER ORDER OF ST.      3:13-cv-1634-RNC
     JOHN OF JERUSALEM OF RHODES   3:13-cv-1635-RNC
     AND OF MALTA, AMERICAN        3:13-cv-1636-RNC
     ASSOCIATION, U.S.A.; a/k/a    3:13-cv-1637-RNC
     ORDER OF MALTA, AMERICAN      3:13-cv-1638-RNC
     ASSOCIATION, U.S.A.; JOHN     3:13-cv-1639-RNC
     DOE ONE; JOHN DOE TWO; JOHN   3:13-cv-1640-RNC
     DOE THREE; JOHN DOE FOUR;     3:13-cv-1641-RNC
     JOHN DOE FIVE; JOHN DOE SIX   3:13-cv-1642-RNC
     and JOHN DOE SEVEN,           3:13-cv-1644-RNC
                                   3:13-cv-1645-RNC
                    Defendants.    3:13-cv-1647-RNC
                                   3:13-cv-1648-RNC
                                   3:13-cv-1701-RNC
                                   3:13-cv-1767-RNC
                                   3:13-cv-1768-RNC
                                   3:13-cv-1769-RNC
                                   3:13-cv-1881-RNC
                                   3:13-cv-1904-RNC
                                   3:13-cv-1906-RNC
                                   3:13-cv-1907-RNC
     *****************************
     This document applies to:
     All of the above referenced cases
     And those to be filed
     *****************************
       CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
             VIDEOTAPED DEPOSITION OF HOPE E. CARTER

                    Friday, February 7, 2014
```

```
 1   to be proud to earn?
 2              MR. WANAT:  Object to the form.
 3         A.   I don't know.
 4   BY MR. GORDON:
 5         Q.   If they had to pay for living space,
 6   were they reimbursed for that, or was that out
 7   of their own pocket?
 8         A.   I would think it would have to be
 9   provided in the stipends so that they could pay
10   it.
11         Q.   Okay.  And the cost to travel to Haiti
12   was subsidized by the --
13         A.   Yes.
14         Q.   -- by the Haiti Fund?
15         A.   Mm-hmm.
16         Q.   Is that a yes to the Haiti Fund?
17         A.   Yes.
18         Q.   They were also provided with medical
19   insurance?
20         A.   Yes.
21         Q.   And then it says -- well, why don't --
22   it's your letter, so why don't you read the next
23   sentence.  "In addition."
24         A.   "Creole language training"?
25         Q.   No, "In addition."
```