```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
   ***************************
   GERVIL ST. LOUIS, a/k/a ST.      Consolidated with:
   LOUIS GERVIL,                    3:13-cv-1225-RNC
                                    3:13-cv-1269-RNC
                    Plaintiff,      3:13-cv-1437-RNC
                                    3:13-cv-1480-RNC
          v.                        3:13-cv-1626-RNC
                                    3:13-cv-1627-RNC
   DOUGLAS PERLITZ, FATHER          3:13-cv-1628-RNC
   PAUL E. CARRIER, S.J.; HOPE      3:13-cv-1629-RNC
   E. CARTER; HAITI FUND,           3:13-cv-1630-RNC
   INC.; FAIRFIELD UNIVERSITY;      3:13-cv-1631-RNC
   THE SOCIETY OF JESUS OF NEW      3:13-cv-1632-RNC
   ENGLAND; SOVEREIGN MILITARY      3:13-cv-1633-RNC
   HOSPITALLER ORDER OF ST.         3:13-cv-1634-RNC
   JOHN OF JERUSALEM OF RHODES      3:13-cv-1635-RNC
   AND OF MALTA, AMERICAN           3:13-cv-1636-RNC
   ASSOCIATION, U.S.A.; a/k/a       3:13-cv-1637-RNC
   ORDER OF MALTA, AMERICAN         3:13-cv-1638-RNC
   ASSOCIATION, U.S.A.; JOHN        3:13-cv-1639-RNC
   DOE ONE; JOHN DOE TWO; JOHN      3:13-cv-1640-RNC
   DOE THREE; JOHN DOE FOUR;        3:13-cv-1641-RNC
   JOHN DOE FIVE; JOHN DOE SIX      3:13-cv-1642-RNC
   and JOHN DOE SEVEN,              3:13-cv-1644-RNC
                                    3:13-cv-1645-RNC
                    Defendants.     3:13-cv-1647-RNC
                                    3:13-cv-1648-RNC
                                    3:13-cv-1701-RNC
                                    3:13-cv-1767-RNC
                                    3:13-cv-1768-RNC
                                    3:13-cv-1769-RNC
                                    3:13-cv-1881-RNC
                                    3:13-cv-1904-RNC
                                    3:13-cv-1906-RNC
                                    3:13-cv-1907-RNC
   ***************************
   This document applies to:
   All of the above referenced cases
   And those to be filed
   ***************************
   CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
          VIDEOTAPED DEPOSITION OF THOMAS L. TISDALE
                 Friday, March 28th, 2014
                        9:34 a.m.
```

1      the volunteers that was discussed.  I don't know
2      exactly how that worked out.  There was a minute
3      meeting where that was specifically addressed
4      with Mr. Goldberg, and I don't remember, during
5      my tenure, whether that was voted on or not.
6           Q.   And the Haiti Fund also provided
7      medical insurance for Mr. Perlitz while he was
8      in Haiti?
9           A.   To the best of my understanding, yes.
10          Q.   Dental insurance?
11          A.   I can't tell you about dental
12     insurance.  I don't remember.
13          Q.   Okay.  Life insurance?
14          A.   To the best of my recollection, I
15     don't recall what was done with life insurance.
16          Q.   Did the Haiti Fund reimburse
17     Mr. Perlitz for expenses he incurred while he
18     was in Haiti?
19          A.   To the best of my recollection, yes.
20          Q.   The Board would pay for his travel to
21     and from Haiti when he came back to the United
22     States for Board meetings?
23          A.   To the best of my recollection, when
24     he travelled on Haiti Fund business, he was
25     reimbursed by Haiti Fund.