```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
   ***************************
   GERVIL ST. LOUIS, a/k/a ST.      Consolidated with:
   LOUIS GERVIL,                    3:13-cv-1225-RNC
                                    3:13-cv-1269-RNC
                  Plaintiff,        3:13-cv-1437-RNC
                                    3:13-cv-1480-RNC
        v.                          3:13-cv-1626-RNC
                                    3:13-cv-1627-RNC
   DOUGLAS PERLITZ, FATHER          3:13-cv-1628-RNC
   PAUL E. CARRIER, S.J.; HOPE      3:13-cv-1629-RNC
   E. CARTER; HAITI FUND,           3:13-cv-1630-RNC
   INC.; FAIRFIELD UNIVERSITY;      3:13-cv-1631-RNC
   THE SOCIETY OF JESUS OF NEW      3:13-cv-1632-RNC
   ENGLAND; SOVEREIGN MILITARY      3:13-cv-1633-RNC
   HOSPITALLER ORDER OF ST.         3:13-cv-1634-RNC
   JOHN OF JERUSALEM OF RHODES      3:13-cv-1635-RNC
   AND OF MALTA, AMERICAN           3:13-cv-1636-RNC
   ASSOCIATION, U.S.A.; a/k/a       3:13-cv-1637-RNC
   ORDER OF MALTA, AMERICAN         3:13-cv-1638-RNC
   ASSOCIATION, U.S.A.; JOHN        3:13-cv-1639-RNC
   DOE ONE; JOHN DOE TWO; JOHN      3:13-cv-1640-RNC
   DOE THREE; JOHN DOE FOUR;        3:13-cv-1641-RNC
   JOHN DOE FIVE; JOHN DOE SIX      3:13-cv-1642-RNC
   and JOHN DOE SEVEN,              3:13-cv-1644-RNC
                                    3:13-cv-1645-RNC
                  Defendants.       3:13-cv-1647-RNC
                                    3:13-cv-1648-RNC
                                    3:13-cv-1701-RNC
                                    3:13-cv-1767-RNC
                                    3:13-cv-1768-RNC
                                    3:13-cv-1769-RNC
                                    3:13-cv-1881-RNC
                                    3:13-cv-1904-RNC
                                    3:13-cv-1906-RNC
                                    3:13-cv-1907-RNC
   ******************************
   This document applies to:
   All of the above referenced cases
   And those to be filed
   ******************************
   CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
         VIDEOTAPED DEPOSITION OF BARBARA FIORDA

            August 28, 2015     9:30 a.m.
```

Page 38

```
 1     that correct?
 2                  MR. BABBITT:  Objection.
 3                  MR. ROSENBERG:  Objection.
 4          A.      Yes.
 5          Q.      Thank you.
 6                  (Exhibit No. 6 was marked
 7                   for identification.)
 8          Q.      (By Mr. Hanly) I place before you
 9     Exhibit 6 to your deposition, Ms. Fiorda.  This
10     is a letter similar to what we saw in the
11     previous exhibit, and I direct your attention to
12     the last full paragraph, which I've highlighted
13     part of.
14                  It reads, "Your gift directly
15     supports both Doug and Andy for the coming year
16     as the enclosed expense breakdown shows.  You may
17     send donations to Barbara Fiorda at Malta House
18     of Good Counsel at 5 Prowitt Street, Norwalk,
19     Connecticut.  Checks may be made out to the Order
20     of Malta."  Do you see that?
21          A.      Yeah.
22          Q.      Was that in fact the protocol, if
23     you will, in the summer of 2002?
24                  MR. BABBITT:  Objection.
25          A.      I don't even remember, to be honest
```

Page 39

```
 1    with you.  I honestly don't.  As a matter of
 2    fact, that surprises me.  So I don't even
 3    remember bringing in checks.
 4         Q.     Okay.
 5         A.     But there's a good chance that
 6    people who wanted to donate -- more likely --
 7    more than likely what would happen is somebody
 8    would see somebody from Haiti Fund and hand them
 9    a check, and it would get deposited, but I
10    don't -- I do not remember people sending checks.
11         Q.     Okay.  Thank you.
12                (Exhibit No. 7 was marked
13                 for identification.)
14         Q.     (By Mr. Hanly) I place before you
15    Exhibit 7 to your deposition.  It's minutes of --
16    it appears to be minutes of the meeting of the
17    board of directors of Haiti Fund from February
18    apparently 2002.  Someone appears to have crossed
19    off 2001 and written 2002.  And do you see the
20    list of attendees?  And it indicates you were an
21    invited guest.  Do you see that?
22         A.     Mm-hmm.
23         Q.     Yes?
24         A.     Yes.
25         Q.     Do you recall attending meetings of
```

```
 1         Q.       But you're sure that Mr. Perlitz
 2    did?
 3         A.       Yeah, I'm pretty sure he did, yeah.
 4         Q.       And the Haiti Fund paid for that?
 5         A.       Yeah.
 6         Q.       Could I ask you to please take a
 7    look at Exhibit 6.
 8         A.       Un-huh.
 9         Q.       Did you write this document?
10         A.       No.  Paul Carrier wrote this.
11         Q.       Have you ever seen Exhibit 6 before
12    today?
13         A.       I don't remember but probably.  I
14    mean, it doesn't stand out as though, yes, I
15    remember this, but I'm sure I did.
16         Q.       If you look at the second page of
17    Exhibit 6, there are some entries including room
18    and board, stipend, health insurance, travel.
19    Were these payments or expenses incurred with
20    respect to Doug Perlitz and Andy Schultheis by
21    Haiti Fund?
22         A.       I'm assuming so.  I don't know what
23    this stuff is at the top --
24         Q.       Okay.
25         A.       -- all this.  I mean, I -- this is
```

Page 153

```
 1    all brand new language to me, Venerable Pierre
 2    Toussaint Community, Order of Malta Lay
 3    Missionaries.  People were always making up these
 4    terms.  I mean, there was such a lack of
 5    consistency, that was part of the problem.  But
 6    the -- but the -- but this would have -- this was
 7    definitely from Paul Carrier.
 8              Q.    All right.  Could you take a look
 9    at Exhibit 10.  I can probably help you find it.
10                    I'm looking at the top of
11    Exhibit 10.  Do you see the note there in all
12    caps?
13              A.    Yes.
14              Q.    "Haiti Fund, Inc. uses the services
15    of the executive director of the Order of Malta
16    in Connecticut (AASMON-CT)."  That was you,
17    right?
18              A.    Yes.
19              Q.    And in that same note, it says, "In
20    return for these services, Haiti Fund, Inc. pays
21    $1,000 a month."
22              A.    Yes.
23              Q.    And that payment was made to Malta
24    Services of Connecticut --
25              A.    Yes.
```

Page 154

1        Q.      -- for your work on behalf of the
2    Haiti Fund?
3        A.      Yes.
4        Q.      And could you look at Exhibit 12,
5    please.  I'll take that one back.
6                And I would like you to turn about
7    a third of the way back.  There's a page labeled
8    HF 02762, 2762.
9        A.      Got it.
10       Q.      This is Haiti Fund, Inc. - Project
11   Pierre Toussaint operating budget 7/1/03 to
12   6/30/04.
13       A.      Mm-hmm.
14       Q.      Is this a document you wrote?
15       A.      No, I believe this came from -- the
16   information came from Doug.  I may have put it
17   into Excel.
18       Q.      Okay.
19       A.      But this is a document that -- this
20   is information that came from Doug Perlitz.
21       Q.      You think it's likely you would
22   have formatted the information but the
23   information came from another source?
24       A.      Absolutely.
25       Q.      Okay.  And turn one page farther

Page 155

1   into the document, page 7 -- or, excuse me, 2763.
2   Do you see the entry "Stipend"?
3        A.   I do.
4        Q.   And right below it, room, then
5   personal, then insurance, travel, home,
6   in-country travel, et cetera.
7        A.   Yup.
8        Q.   Were these expenses that the Haiti
9   Fund incurred with respect to Doug Perlitz and
10  Andy Schultheis?
11       A.   Was Andy there in '03, '04?  I
12  don't remember.
13       Q.   Okay.
14       A.   If Andy was there in '03, '04, it
15  would have been for Doug Perlitz and Andy
16  Schultheis.  There may have been a different
17  missionary there.  I don't remember.
18       Q.   Whether it was Andy -- whether Andy
19  was there or not --
20       A.   This was for Doug and someone else.
21       Q.   It was for Doug and whoever else
22  may have been there with Doug at that time?
23       A.   Yes.
24       Q.   Okay.  And these expenses included
25  their rent?  Is that what the line "room" means?

Page 156

```
 1          A.      Yeah, yeah.
 2          Q.      And did it include personal?  That
 3     was $130 a month?
 4          A.      That was the stipend.
 5          Q.      Okay.  And that was paid to
 6     Mr. Perlitz?
 7          A.      It was paid to two people for 12
 8     months --
 9          Q.      Okay.
10          A.      -- and one of them would have been
11     Doug Perlitz.
12          Q.      All right.  Insurance, $250 a month
13     for two people?
14          A.      Is that -- yup.
15          Q.      Is that right?
16          A.      Yes.
17          Q.      And one of the people for whom
18     insurance would have been paid by the Haiti Fund
19     during this period was Doug Perlitz?
20          A.      Yes.
21          Q.      There's a line for travel home?
22          A.      Yes.
23          Q.      And one of those people -- and it
24     says two people, $1600 per person?
25          A.      Yes.
```

1   Q.   And one of those people would have
2   been Doug Perlitz?
3   A.   Yes.
4   Q.   The same for retreat expenses?
5   A.   Yes.
6   Q.   How about -- move down a little
7   bit, under "Other Benefits." Do you see medical
8   insurance? Would that have related to Doug
9   Perlitz?
10  A.   I forget what ONA was. O-N-A. I
11  don't know if somebody wants to Goggle it. I
12  believe that was a -- I believe that was a
13  in-Haiti.
14  Q.   I see. Okay.
15  A.   I believe there was something that
16  had to be paid.
17  Q.   All right. How about the line
18  above it, "Medical not covered." Was that an
19  entry for the kind of medical expenses that you
20  described a moment ago about Doug Perlitz coming
21  up to the United States during the summer and
22  getting checked out?
23  A.   Yes.
24  Q.   All right. And that was an expense
25  that the Haiti Fund budgeted for?

Page 158

1	A.	Yes.
2	Q.	Okay.  Now, turning back to the
3	beginning of this document, the first page, and
4	there were some -- you were asked some questions
5	about it this morning.  Do you have an
6	understanding of whether the American Association
7	of the Order of Malta accepts grants, grant
8	applications, excuse me, accepts grant
9	applications from any organization other than
10	areas of the American Association of the Order of
11	Malta?
12	A.	I don't remember.  I believe -- I
13	honestly don't remember.
14	Q.	Okay.
15	A.	But I do know that they encouraged
16	grant applications from what were considered
17	works of the American Association.
18	Q.	But you're not -- sitting here
19	today, you don't recall whether the American
20	Association limits -- let's put it another way.
21	You don't recall whether the American
22	Association, sitting here today, only accepts
23	grant applications from areas of the American
24	Association?
25		MR. HANLY:  Objection.