

**PROJECT VÉNÉRABLE PIERRE TOUSSAINT**

The Haiti Fund, Inc.

Summer 2001

Dear Friends,

As you know, the Venerable Pierre Toussaint Project continues to unfold in Cap Haitien, Haiti. Your support of Douglas Perlitz beginning in 1996 first helped this remarkable project to come to fruition, a real miracle in progress. Those of you who were at Hope's dinner heard first hand from Doug about the progress of his work.

His update reports that the program now includes both the Village with over twenty-five children participating and 13th Street, the in-take center in Cap, with over fifty children involved. Doug's enthusiasm knows no bounds and he is always developing new intiatives. The boys now do community service each Saturday at the Azile a shelter for the poor and abandoned, and there is also a grief support group for the many boys who have lost parents. The summer program is now underway with vocational training in wood-working, car repair and metal-work.

Enclosed is a breakdown of what will be needed to support the lay missionary community. We appreciate the very generous support that the Connecticut Association of the Order of Malta has provided over the past five years.

Your support has also enabled me to visit Doug and the other lay missionaries several times last year. In the coming year, I hope to be able to continue visits to Haiti to help with the program. Thank you again for your support. Peace and blessings.

Sincerely,

*Paul E. Carrier, SJ*

Fr. Paul E. Carrier, S.J.



EXHIBIT 5 Fiorda

Fr. Paul E. Carrier, SJ,  Campus Ministry, Fairfield University   Fairfield, CT 06430   203 254-4000,ext 2547 (phone)  203 254-4300 (fax)

HF 11259

Request for Support
Venerable Pierre Toussaint Community
Order of Malta Lay Missionaries
Cap Haitien, Haiti
Doug Perlitz    Andy Schultheis
September 2001-August 2002

| | | |
|---|---|---|
| Room and Board | 1100 a month | 13,200 |
| Personal Stipend | 150 a month | 1,800 |
| Health Insurance | 250 a month | 3,000 |
| Travel | 2,250 | 4,500 |
| In Country Travel | 1,500 | 3,000 |
| Travel-Contingency | 1,000 | 2,000 |
| Retreats | 1,500 | 1,500 |

Total:  $29,000

HF 11260