Summer 2002

Dear Friends of Project Pierre Toussaint,

    As our Malta lay missionaries Doug and Andy prepare to begin a new year of service in Cap Haitien, I would like to give you a brief update of their work as well as ask for your renewed support of these two amazing and committed young men. A day does not pass that they are not challenged by so many forces that seem to conspire against the good work they are doing with the boys both at the Village and at 13th Street. Your prayers and support enable them to continue both spiritually and physically. I wish you all could see for yourselves the remarkable progress they have made over the past six years. The boys on 13th Street are getting off the streets and getting the care and attention they need so desperately. The boys at the Village are going to school, serving regularly at the Azile shelter, and coming together as a family of brothers who care and love one another.

    The Program and its founder received a beautiful honor this past May when Doug was asked by the President to be the Commencement speaker at his alma mater Fairfield University. The entire University community celebrated what we already know, how God is so wonderfully at work in the Pierre Toussaint Project sponsored so generously by the Order of Malta.

    Your gift directly supports both Doug and Andy for the coming year as the enclosed expense breakdown shows. You may send donations to Barbara Fiorda at Malta House of Good Counsel at 5 Prowitt St. Norwalk Ct. Checks may be made out to the Order of Malta. Thank you again for your support and your confidence in this "miracle in progress". You are remembered daily in the prayers of all the boys. They appreciate your care.

Sincerely,


Fr. Paul Carrier, S.J.



EXHIBIT 6 Fiorda

PEC000793

Request for Support
Venerable Pierre Toussaint Community
Order of Malta Lay Missionaries
Cap Haitien, Haiti
Doug Perlitz   Andy Schultheis
September 2002-August 2003

| | | |
|---|---|---|
| Room and Board | 1100 a month | 13,200 |
| Personal Stipend | 130 a month | 3,120 |
| Health Insurance | 250 a month | 6,000 |
| Travel | 1,800 | 3,600 |
| In Country Travel | 800 | 1,600 |
| Travel-Contingency | 1,000 | 1,000 |
| Retreats | 500 | 500 |

Total:  $29,020

PEC000794

Request for Support
Venerable Pierre Toussaint Community
Order of Malta Lay Missionaries
Cap Haitien, Haiti
Doug Perlitz    Andy Schultheis
September 2002-August 2003

| | | |
|---|---|---|
| Room and Board | 1100 a month | 13,200 |
| Personal Stipend | 130 a month | 3,120 |
| Health Insurance | 250 a month | 6,000 |
| Travel | 1,800 | 3,600 |
| In Country Travel | 800 | 1,600 |
| Travel-Contingency | 1,000 | 1,000 |
| Retreats | 500 | 500 |

Total:  $29,020

PEC000795