

**PROJECT**
**VÉNÉRABLE**
**PIERRE TOUSSAINT**

The Haiti Fund, Inc.

December 15, 2003

Dear Jack

On behalf of Project Pierre Toussaint, I want to thank you for the Order of Malta's gift of $25,000. Your faithful support has made the work that Doug and Andy and the new Jesuit volunteers Andy and Matt do possible.

I wish you all could see for yourselves, the transformation that has occurred and is occurring in the lives of these young people. Whether they still are on the streets and are part of the 13th Street Program or are in the Village program hope is dawning for the first time for these children. Isn't that the meaning of Christmas, that hope dawns through God's love shared through our hearts and hands.

You and yours will be remembered in the daily prayers of the children and also at a special Mass we will celebrate at the Village during my visit the weekend of December 18th. Please continue to remember us in your prayers and in your sacrificial giving.

Wishing you a Blessed Christmas!

Sincerely,

Fr. Paul E. Carrier, S.J.
Chair-Project Pierre Toussaint

HF 02729



EXHIBIT
15
Fiorda



**PROJECT
VÉNÉRABLE
PIERRE TOUSSAINT**

The Haiti Fund, Inc.

December 15, 2003

Dear John and Betsy:

On behalf of Project Pierre Toussaint, I want to thank you for the Order of Malta's gift of $25,000. Your faithful support has made the work that Doug and Andy and the new Jesuit volunteers Andy and Matt do possible.

I wish you all could see for yourselves the transformation that has occurred and is occurring in the lives of these young people. Whether they still are on the streets and are part of the 13th Street Program or are in the Village program hope is dawning for the first time for these children. Isn't that the meaning of Christmas, that hope dawns through God's love shared through our hearts and hands.

You and yours will be remembered in the daily prayers of the children, and also at a special Mass we will celebrate at the Village during my visit the weekend of December 18th. Please continue to remember us in your prayers and in your sacrificial giving.

Wishing you a Blessed Christmas!

Sincerely,

Fr. Paul E. Carrier, S.J.
Chair-Project Pierre Toussaint

HF 02730



THE AMERICAN ASSOCIATION OF THE
SOVEREIGN MILITARY ORDER OF MALTA
OPERATING ACCOUNT
1011 FIRST AVENUE
NEW YORK, NY 10022

ALLIED IRISH BANK
NEW YORK BRANCH
1-1002-219

1816

11/10/2003

PAY TO THE
ORDER OF    Haiti Fund, Inc.                                     $  **25,000.00

Twenty-Five Thousand and 00/100*************************************************************************    DOLLARS

Haiti Fund, Inc.

CHECKS $5000 AND OVER REQUIRE TWO SIGNATURES

MEMO    Grant for Project Pierre Toussaint

⑆00 1816⑆ ⑆0 219 136 26⑆ 2 2500000 78⑆

HF 02731



### SOVEREIGN MILITARY HOSPITALLER ORDER
### OF SAINT JOHN OF JERUSALEM OF RHODES AND OF MALTA
### AMERICAN ASSOCIATION, U.S.A.

OFFICERS

DANIEL J. KELLY
CHANCELLOR AND ACTING PRESIDENT

FRANCIS D'C. HARGREY
HOSPITALLER

CARL A. GERRARTZ, JR.
SECRETARY

JOSEPH F. FINN, JR.
TREASURER

BOARD OF COUNCILLORS

JOHN E. BROWN
HENRY E. CARTER
RICHARD CONNER DALEY
JOSEPH M. GARDELLA
JAMES L. CLARK
J. PETE FERLIN
JOSEPH F. FINN, JR.
THOMAS J. FLOOD
FRANCES D'C. HARGREY
MILDRED G. IK
LEROY R. JARRETT
DANIEL J. KELLY
DONALD J. MATTHEWS
DANIEL DESMOND McCARTHY
GERALD R. McCAULEY
JOHN V. McMANMON, JR.
JOSEPH H. MILLER
PAULA G. MURRAY
G. ROBERT PIERRO
SARAH M. RIETTI
CARL A. SCHROEDER, JR.
PATRICIA G. SPENCER

CHAPLAINS

HIS EMINENCE EDWARD CARDINAL EGAN
PRINCIPAL CHAPLAIN

REVEREND MONSIGNOR EUGENE V. CLARK
ASSISTANT PRINCIPAL CHAPLAIN

EXECUTIVE DIRECTOR

JOHN F. SHINE

November 24, 2003

John and Betsy Swachaus
112 Brushy Ridge Rd.
New Canaan, CT 06840

Dear John and Betsy:

I'm very pleased to be able to enclose a check for $25,000 made out to the Haiti Fund to support the Pierre Toussaint School and to help defray increasing Haitian staff costs, meal costs and school costs, specifically tuition and uniforms.

The Association is most pleased to be able to support this effort and to assist the Haiti Fund and the Order of Malta, Connecticut in this signature program and Malta work.

Sincerely,

John F. Shine, Ph.D.
Executive Director

Order of Malta, American Association · 1011 First Avenue · Room 1350 · New York, NY 10022-4112 · U.S.A.
Telephone: (212) 371-1522 · Fax: (212) 486-9427 · Email: staff@maltausa.org · Website: www.maltausa.org

HF 02732