```
                                                          Page 1

              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
     ***************************
     GERVIL ST. LOUIS, a/k/a ST.   Consolidated with:
     LOUIS GERVIL,                 3:13-cv-1225-RNC
                                   3:13-cv-1269-RNC
                   Plaintiff,      3:13-cv-1437-RNC
                                   3:13-cv-1480-RNC
         v.                        3:13-cv-1626-RNC
                                   3:13-cv-1627-RNC
     DOUGLAS PERLITZ, FATHER       3:13-cv-1628-RNC
     PAUL E. CARRIER, S.J.; HOPE   3:13-cv-1629-RNC
     E. CARTER; HAITI FUND,        3:13-cv-1630-RNC
     INC.; FAIRFIELD UNIVERSITY;   3:13-cv-1631-RNC
     THE SOCIETY OF JESUS OF NEW   3:13-cv-1632-RNC
     ENGLAND; SOVEREIGN MILITARY   3:13-cv-1633-RNC
     HOSPITALLER ORDER OF ST.      3:13-cv-1634-RNC
     JOHN OF JERUSALEM OF RHODES   3:13-cv-1635-RNC
     AND OF MALTA, AMERICAN        3:13-cv-1636-RNC
     ASSOCIATION, U.S.A.; a/k/a    3:13-cv-1637-RNC
     ORDER OF MALTA, AMERICAN      3:13-cv-1638-RNC
     ASSOCIATION, U.S.A.; JOHN     3:13-cv-1639-RNC
     DOE ONE; JOHN DOE TWO; JOHN   3:13-cv-1640-RNC
     DOE THREE; JOHN DOE FOUR;     3:13-cv-1641-RNC
     JOHN DOE FIVE; JOHN DOE SIX   3:13-cv-1642-RNC
     and JOHN DOE SEVEN,           3:13-cv-1644-RNC
                                   3:13-cv-1645-RNC
                   Defendants.     3:13-cv-1647-RNC
                                   3:13-cv-1648-RNC
                                   3:13-cv-1701-RNC
                                   3:13-cv-1767-RNC
                                   3:13-cv-1768-RNC
                                   3:13-cv-1769-RNC
                                   3:13-cv-1881-RNC
                                   3:13-cv-1904-RNC
                                   3:13-cv-1906-RNC
                                   3:13-cv-1907-RNC
     ****************************
     This document applies to:
     All of the above referenced cases
     And those to be filed
     ****************************
     CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

     VIDEOTAPED DEPOSITION OF PAUL E. CARRIER, S.J.
              Friday, March 18th, 2016
                    8:55 a.m.
```

Page 181

1    A.    Yes.

2    Q.    And in this -- this is not the only

3  letter that you sent soliciting donations for

4  PPT, true?

5    A.    Yes, true.

6    Q.    And in this particular letter from

7  2005, third full paragraph, second sentence

8  begins "Doug is finishing his ninth year in Cap,

9  and Andy is leaving to pursue nursing studies

10  after five years."

11          Do you see that?

12    A.    Yes.

13    Q.    Andy is Andy Schultheis?

14    A.    Yes.

15    Q.    You write "Their commitment is an

16  inspiration.  On August 24, two young men will

17  leave to join Doug for two years of service.

18  Tim Cummings, a 2003 graduate of Fairfield

19  University, and Nick Preneta, a 2004 graduate of

20  Muhlenberg College, will join Doug as Malta

21  missionaries to work in Project Pierre

22  Toussaint."

23          Do you see that?

24    A.    Yes.

25    Q.    That was true?