

The Haiti Fund, Inc.

Summer 2005

Dear Malta Friends of Project Pierre Toussaint,

Among the many good works supported by the Order of Malta is Project Pierre Toussaint in Cap Haitien, Haiti. What makes this work so special is the direct support you offer to Doug and Andy as Malta missionaries. In the spirit of the gospel, they have left family, friends, home and country to serve the poorest and most vulnerable people of Haiti, the street children. In the spirit of the Order, they serve "the sick and the poor".

Through all the turmoil and upheaval of the past years, Doug and Andy have faithfully been present to the children and people of Cap Haitien. Facing many obstacles and challenges, they have been able to educate and support the children without interruption. It is a success story reminding us how good God is and how he uses us to share His blessings.

Those blessings keep coming. Doug is finishing his ninth year in Cap, and Andy is leaving to pursue nursing studies after five years. Their commitment is an inspiration. On August 24th, two young men will leave to join Doug for two years of service. Tim Cummings, a 2003 graduate of Fairfield University, and Nick Preneta, a 2004 graduate of Muhlenberg College, will join Doug as Malta missionaries to work in Project Pierre Toussaint. They are both very talented, energetic and generous young men who will bring much love and care to these children.

For the past nine years, your generous support has made this mission possible. Enclosed is the cost of supporting our Malta missionaries for a year. We appreciate any gift you can make. We hope you remember us in your prayers and know that you will be remembered by Doug, Tim and Nick and all the children of Project Pierre Toussaint as they pray for you, their benefactors and friends.

Sincerely,

Paul Carrier, SJ.

Fr. Paul E. Carrier, S.J., Ch.M.
Project Pierre Toussaint

611 North Benson Road, Fairfield, CT 06824



## Malta Missionary Support
## 2005-2006

| | | |
|---|---|---|
| Rent-MacKenzie House | $ 500 a month | $ 6,000 |
| Food Allowance | 200 a month | 7,200 |
| Monthly Stipend | 130 a month | 4,680 |
| Health Insurance | 1,500 | 4,500 |
| Deferred Compensation | 5,000 | 15,000 |
| Travel (2 visits home) | 1,200 | 3,600 |
| Retreat | 500 | 1,500 |

| | |
|---|---|
| Total | $ 42,480 |

Thu, Dec 9, 2004 9:53 AM

**Subject: Andy's compensation package**
**Date:** Monday, November 22, 2004 3:07 PM
**From:** BAFiorda@aol.com
**To:** <pecarrier@FAIR1.FAIRFIELD.EDU>
**Cc:** <dpmiles@comcast.net>

Hi Paul --
I had an email from Dan last week in which he asked me to send to you what Andy's position's costs are -- as you begin recruiting for that position -- here are the details:

Stipend @ $130/month  =  $1,560
Rent @ $250/month (1/2 of the $500 to the Oblates) = $3,000
Food @ 1/2 of annual amount spent per 6/30/04 financials = $1,950
Health Insurance = $1,135
Health/Dental not covered by insurance = $430
Deferred Comp = $5,000/year
Travel (2 visits home) = $1,200
Retreat = $650

Total = $14,925

let me know if you have questions.
Happy Thanksgiving, Paul -- (to you and your family too, Dan!)
Barbara

him our support at this difficult time?) Fr. Paul will notify us once Doug returns.

**Next Meeting:** Sunday February 26, 2006 at 9:30am

Respectfully submitted,
Frances Tietjen Wiener

PS Correction: I believe Ed Brennan will work with John on the policy statement regarding improved security.