```
                                                              Page 1
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                  Civil Action No.
                                  3:13-cv-01132(RNC)
    ***************************
    GERVIL ST. LOUIS, a/k/a ST.  Consolidated with:
    LOUIS GERVIL,                3:13-cv-1225-RNC
                                 3:13-cv-1269-RNC
                    Plaintiff,   3:13-cv-1437-RNC
                                 3:13-cv-1480-RNC
          v.                     3:13-cv-1626-RNC
                                 3:13-cv-1627-RNC
    DOUGLAS PERLITZ, FATHER      3:13-cv-1628-RNC
    PAUL E. CARRIER, S.J.; HOPE  3:13-cv-1629-RNC
    E. CARTER; HAITI FUND,       3:13-cv-1630-RNC
    INC.; FAIRFIELD UNIVERSITY;  3:13-cv-1631-RNC
    THE SOCIETY OF JESUS OF NEW  3:13-cv-1632-RNC
    ENGLAND; SOVEREIGN MILITARY  3:13-cv-1633-RNC
    HOSPITALLER ORDER OF ST.     3:13-cv-1634-RNC
    JOHN OF JERUSALEM OF RHODES  3:13-cv-1635-RNC
    AND OF MALTA, AMERICAN       3:13-cv-1636-RNC
    ASSOCIATION, U.S.A.; a/k/a   3:13-cv-1637-RNC
    ORDER OF MALTA, AMERICAN     3:13-cv-1638-RNC
    ASSOCIATION, U.S.A.; JOHN    3:13-cv-1639-RNC
    DOE ONE; JOHN DOE TWO; JOHN  3:13-cv-1640-RNC
    DOE THREE; JOHN DOE FOUR;    3:13-cv-1641-RNC
    JOHN DOE FIVE; JOHN DOE SIX  3:13-cv-1642-RNC
    and JOHN DOE SEVEN,          3:13-cv-1644-RNC
                                 3:13-cv-1645-RNC
                    Defendants.  3:13-cv-1647-RNC
                                 3:13-cv-1648-RNC
                                 3:13-cv-1701-RNC
                                 3:13-cv-1767-RNC
                                 3:13-cv-1768-RNC
                                 3:13-cv-1769-RNC
                                 3:13-cv-1881-RNC
                                 3:13-cv-1904-RNC
                                 3:13-cv-1906-RNC
                                 3:13-cv-1907-RNC
    ****************************
    This document applies to:
    All of the above referenced cases
    And those to be filed
    ****************************
    CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
    VIDEOTAPED 30(b)(6) DEPOSITION OF FATHER JEFFREY von ARX

                   December 11, 2015    9:47 a.m.
                   Maryellen Coughlin, RPR/CRR
```

Page 64

```
 1     executive secretary after this report came out to
 2     review the expense reports of Father Carrier?
 3          A.    I don't recall.
 4          Q.    And do you see where it says,
 5     "Expense reports and check requests need to be
 6     removed more carefully" --
 7          A.    Yes, I do.
 8          Q.    -- "based on several
 9     recommendations made in this report"?
10          A.    Mm-hmm.
11                MR. FOLKMAN:  Yes?
12                THE WITNESS:  Yes.  I'm sorry, yes.
13          Q.    And did that in fact happen?
14          A.    I don't know as a matter of fact.
15          Q.    Who asked for this, this
16     operational review?
17          A.    Operational reviews were done on a
18     regular basis just as a matter of good policy
19     from one department to another.  So it was a
20     pretty -- pretty standard thing to have happen.
21          Q.    And that was done by the director
22     of financial services?
23          A.    Yes.
24          Q.    Is that Maria Regan or Regan?
25          A.    In her case, I think it's Regan, no
```

Page 88

1    are going to be put in place?

2                    MR. GOLDBERG:  Objection.

3                    MR. FOLKMAN:  Objection.

4        A.      Again, these reviews are done on a

5    periodic basis, rotating basis, and it was campus

6    ministry's turn that year, and you know, the

7    recommendations, I think, were properly responded

8    to and implemented by the office of campus

9    ministry.

10       Q.      So you had this report, Exhibit 16,

11   and when you wrote or when you made these

12   statements in April of 2006, these created no

13   reason for you to be dissatisfied with Father

14   Carrier; is that right?

15       A.      That's correct.  Again, I believe

16   that they addressed the concerns properly and,

17   you know, the final recommendation of the review

18   was that -- there were no significant issues of

19   concern with campus ministry.

20                   THE VIDEOGRAPHER:  Going off the

21   record, the time is 11:51.

22                   (A break was taken.)

23                   THE VIDEOGRAPHER:  Back on the

24   record, the time is 12:04.

25   ////