UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
* * * * * * * * * * *     *
                         * Case No 9CR207(JBA)
UNITED STATES OF AMERICA, *
                         *
           Government,   *
                         *
      vs.                *
                         *
DOUGLAS PERLITZ,         * August 18, 2010
                         *
           Defendant.    *
                         *
* * * * * * * * * * * *   *
```

TRANSCRIPT OF GUILTY PLEA

BEFORE:  THE HONORABLE JANET BOND ARTERTON, U.S.D.J.


Appearances:

FOR THE GOVERNMENT:        KRISHNA PATEL, ESQ.
                           STEPHEN REYNOLDS, ESQ.
                           RICHARD SCHECHTER, ESQ.
                           United States Attorney's
                           Office
                           915 Lafayette Blvd
                           Bridgeport CT, 06604

FOR THE DEFENDANT:         WILLIAM DOW, ESQ
                           DAVID GRUDBERG, ESQ.
                           Jacobs, Grudberg, Belt, Dow
                           & Katz
                           350 Orange Street
                           New Haven, CT 06510


Court Reporter:            Sharon Montini, RMR
                           141 Church Street
                           New Haven, CT 06510


Proceedings recorded by mechanical stenography,
transcript produced by computer.

1                THE COURT:  All right, sir, would you

2     please tell me in your own words what it is you did

3     that shows, in fact, you are guilty of the charge

4     that you are now offering to plead guilty to.

5                MR. GRUDBERG:  With respect to that,

6     your Honor, in accord with the Court's plea

7     petition, Mr. Perlitz had prepared a handwritten

8     statement covering that.  With the Court's

9     permission, I would ask that he be allowed to refer

10    to that.

11               THE COURT:  That's fine.

12               MR. GRUDBERG:  Thank, your Honor.

13               THE DEFENDANT:  I am an American

14    citizen, and have been since birth.  Beginning in

15    the mid-1990s, I helped fund -- found, excuse me,

16    Project Pierre Toussaint, an organization in

17    Cap-Haitien, Haiti, that helped Haitian street

18    children.

19               During my work for Project Pierre

20    Toussaint, which continued until 2008, I travelled

21    frequently back and forth between the United States

22    and Haiti.  One of these trips was on June 6, 2005,

23    from John F. Kennedy Airport, in New York, to

24    Port-au-Prince, Haiti.  One of the dominant purposes

25    of that trip was to engage in illicit sexual conduct

Page 48

1    with one of the minor boys in Project Pierre

2    Toussaint.

3            I reviewed the definitions of illicit

4    sexual conduct set forth in 2423(b) and its

5    cross-reference 2246.  I acknowledge that I

6    travelled on June 6, 2005, for the purpose of

7    engaging in sexual conduct prohibited by those laws.

8            THE COURT:  Now, Ms. Patel referenced an

9    additional admission that was a condition of the

10   plea agreement.  Is that to be made at this time?

11           MR. GRUDBERG:  Well, it's incorporated

12   into the plea agreement by way of a signed

13   stipulation, and I think it will be made as part of

14   the exhibit that's been filed with the Court, but

15   for purposes of the issue before your Honor, namely

16   do we have a factual basis for the count to which

17   Mr. Perlitz is pleading guilty, namely 18, United

18   States Code, 2423, Subsection (b), I do not think

19   the Court need cover that admission in order to find

20   that there is a factual basis for the plea to the

21   count of conviction.

22           THE COURT:  Is the government in

23   agreement with that, Ms. Patel?

24           MS. PATEL:  Yes your Honor.  I mean,

25   it's not a required element.  It is certainly, as I

Page 62

1

2          I certify that the foregoing is a correct

3     transcript from the record of proceedings in the

4     above-entitled matter.

5

6                              1/05/12

7                              Date

8

9                    /S/   Sharon Montini

10                        Official Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25