```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
     ****************************
     GERVIL ST. LOUIS, a/k/a ST.    Consolidated with:
     LOUIS GERVIL,                  3:13-cv-1225-RNC
                                    3:13-cv-1269-RNC
                    Plaintiff,      3:13-cv-1437-RNC
                                    3:13-cv-1480-RNC
          v.                        3:13-cv-1626-RNC
                                    3:13-cv-1627-RNC
     DOUGLAS PERLITZ, FATHER        3:13-cv-1628-RNC
     PAUL E. CARRIER, S.J.; HOPE    3:13-cv-1629-RNC
     E. CARTER; HAITI FUND,         3:13-cv-1630-RNC
     INC.; FAIRFIELD UNIVERSITY;    3:13-cv-1631-RNC
     THE SOCIETY OF JESUS OF NEW    3:13-cv-1632-RNC
     ENGLAND; SOVEREIGN MILITARY    3:13-cv-1633-RNC
     HOSPITALLER ORDER OF ST.       3:13-cv-1634-RNC
     JOHN OF JERUSALEM OF RHODES    3:13-cv-1635-RNC
     AND OF MALTA, AMERICAN         3:13-cv-1636-RNC
     ASSOCIATION, U.S.A.; a/k/a     3:13-cv-1637-RNC
     ORDER OF MALTA, AMERICAN       3:13-cv-1638-RNC
     ASSOCIATION, U.S.A.; JOHN      3:13-cv-1639-RNC
     DOE ONE; JOHN DOE TWO; JOHN    3:13-cv-1640-RNC
     DOE THREE; JOHN DOE FOUR;      3:13-cv-1641-RNC
     JOHN DOE FIVE; JOHN DOE SIX    3:13-cv-1642-RNC
     and JOHN DOE SEVEN,            3:13-cv-1644-RNC
                                    3:13-cv-1645-RNC
                    Defendants.     3:13-cv-1647-RNC
                                    3:13-cv-1648-RNC
                                    3:13-cv-1701-RNC
                                    3:13-cv-1767-RNC
                                    3:13-cv-1768-RNC
                                    3:13-cv-1769-RNC
                                    3:13-cv-1881-RNC
                                    3:13-cv-1904-RNC
                                    3:13-cv-1906-RNC
                                    3:13-cv-1907-RNC
     *****************************
     This document applies to:
     All of the above referenced cases
     And those to be filed
     *****************************
     CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
          VIDEOTAPED DEPOSITION OF JOSE BERNARDIN

                Friday, March 27th, 2015
                       9:04 a.m.
```

1    A.   Yes.  Douglas was the project's
2    father.
3    Q.   And he never tried to get you to allow
4    him to abuse you for that two-year period until
5    the very end right before he kicked you out, is
6    that true?
7         MR. GARABEDIAN:  Objection.
8    A.   Yes.
9    BY MR. FOLKMAN:
10   Q.   Did you ever see Father Paul Carrier
11   at the Village?
12   A.   I know Father Paul.  He was The
13   Village's boss, the project's grandfather.
14   Q.   Did you see him with Doug Perlitz?
15   A.   Yeah, I used to see them, Douglas was
16   the project's father.  Father Paul was the
17   project's grandfather, he was directing Douglas,
18   told Douglas this is what you do or this is what
19   you do.
20   Q.   How do you know that he was directing
21   Douglas?
22   A.   Douglas told me he's the project's
23   father, Father Paul was the project's
24   grandfather.
25   Q.   Didn't people call Paul Carrier Pere