```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
****************************
GERVIL ST. LOUIS, a/k/a ST.         Consolidated with:
LOUIS GERVIL,                       3:13-cv-1225-RNC
                                    3:13-cv-1269-RNC
                Plaintiff,          3:13-cv-1437-RNC
                                    3:13-cv-1480-RNC
     v.                             3:13-cv-1626-RNC
                                    3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER             3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE         3:13-cv-1629-RNC
E. CARTER; HAITI FUND,              3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;         3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW         3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY         3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.            3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES         3:13-cv-1635-RNC
AND OF MALTA, AMERICAN              3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a          3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN            3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN           3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN         3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;           3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX         3:13-cv-1642-RNC
and JOHN DOE SEVEN,                 3:13-cv-1644-RNC
                                    3:13-cv-1645-RNC
                Defendants.         3:13-cv-1647-RNC
                                    3:13-cv-1648-RNC
                                    3:13-cv-1701-RNC
                                    3:13-cv-1767-RNC
                                    3:13-cv-1768-RNC
                                    3:13-cv-1769-RNC
                                    3:13-cv-1881-RNC
                                    3:13-cv-1904-RNC
                                    3:13-cv-1906-RNC
                                    3:13-cv-1907-RNC
****************************
This document applies to:
All of the above referenced cases
And those to be filed
****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
   VOLUME II - VIDEOTAPED DEPOSITION OF JEAN DORAT

              Wednesday, March 25, 2015
                    9:09 a.m.
```

1  didn't like -- I didn't prefer anyone because we
2  were all brothers.  And Doug -- so much so that
3  we were not only brothers, but Douglas was our
4  father.  And for us, Madame Carter was our
5  grandmother, and Father Paul was our
6  grandfather.  That's what Douglas told us.  We
7  were all brothers inside.
8       Q.   So it's your testimony, sir, that
9  Douglas told you that Madame Carter was your
10 grandmother?
11      A.   When they were presenting her.
12 Douglas said he was always like our father.  We
13 always considered Douglas as our father.  When
14 Madame Carter and Father Paul came in -- came,
15 he sort of made us understand that this was our
16 grandmother and grandfather.
17      Q.   And how did he do that?
18      A.   He was a father to us.  He presented
19 Madame Carter and Father Paul, and he said "this
20 is your grandmother and your grandfather."  And
21 Madame Carter and Father Paul were there, I
22 would say that again in front of them.  I would
23 not be able to tell you the date or the day, but
24 they were there, I think, and they heard what
25 I'm saying there.  Douglas said it.