```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                   Civil Action No.
                                   3:13-cv-01132(RNC)
     ***************************
     GERVIL ST. LOUIS, a/k/a ST.   Consolidated with:
     LOUIS GERVIL,                 3:13-cv-1225-RNC
                                   3:13-cv-1269-RNC
                    Plaintiff,    3:13-cv-1437-RNC
                                   3:13-cv-1480-RNC
          v.                       3:13-cv-1626-RNC
                                   3:13-cv-1627-RNC
     DOUGLAS PERLITZ, FATHER       3:13-cv-1628-RNC
     PAUL E. CARRIER, S.J.; HOPE   3:13-cv-1629-RNC
     E. CARTER; HAITI FUND,        3:13-cv-1630-RNC
     INC.; FAIRFIELD UNIVERSITY;   3:13-cv-1631-RNC
     THE SOCIETY OF JESUS OF NEW   3:13-cv-1632-RNC
     ENGLAND; SOVEREIGN MILITARY   3:13-cv-1633-RNC
     HOSPITALLER ORDER OF ST.      3:13-cv-1634-RNC
     JOHN OF JERUSALEM OF RHODES   3:13-cv-1635-RNC
     AND OF MALTA, AMERICAN        3:13-cv-1636-RNC
     ASSOCIATION, U.S.A.; a/k/a    3:13-cv-1637-RNC
     ORDER OF MALTA, AMERICAN      3:13-cv-1638-RNC
     ASSOCIATION, U.S.A.; JOHN     3:13-cv-1639-RNC
     DOE ONE; JOHN DOE TWO; JOHN   3:13-cv-1640-RNC
     DOE THREE; JOHN DOE FOUR;     3:13-cv-1641-RNC
     JOHN DOE FIVE; JOHN DOE SIX   3:13-cv-1642-RNC
     and JOHN DOE SEVEN,           3:13-cv-1644-RNC
                                   3:13-cv-1645-RNC
                    Defendants.    3:13-cv-1647-RNC
                                   3:13-cv-1648-RNC
                                   3:13-cv-1701-RNC
                                   3:13-cv-1767-RNC
                                   3:13-cv-1768-RNC
                                   3:13-cv-1769-RNC
                                   3:13-cv-1881-RNC
                                   3:13-cv-1904-RNC
                                   3:13-cv-1906-RNC
                                   3:13-cv-1907-RNC
     *****************************
     This document applies to:
     All of the above referenced cases
     And those to be filed
     *****************************
     CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
              VIDEOTAPED DEPOSITION OF
              JHEEMPSON BRISMAC JOSEPH
              Tuesday, September 29, 2015
```

1  strong, not to engage in disorderly conduct, and
2  not to fight among each other, with one another.
3      Q.   Did Father Carrier say anything else
4  to the group of student through a translator at
5  any time?
6      A.   I don't remember.
7      Q.   Have you told us everything that you
8  remember that you ever heard Father Carrier say
9  through a translator?
10     A.   Did I what?
11     Q.   Do you remember anything else that
12 Father Carrier said to the students at the
13 Village at any time?
14     A.   I don't remember other things.
15     Q.   Why did you call Father Carrier the
16 boss earlier today?
17     A.   It's Douglas who told us.  He would
18 always talk about Father Paul and Madame Carter,
19 so we believed him because he's the one we knew,
20 so the one you know is the one you believe.
21     Q.   What did Douglas tell you about Father
22 Carrier?
23     A.   He would say the same thing about
24 Father Paul and Madame Carter, he would say he's
25 one of the -- he's someone who is helping him to

Page 119

1  support the Village.
2      Q.   What did Doug say -- strike that.
3           How did Father Carrier help the
4  Village, according to Douglas?
5      A.   He didn't tell us exactly this is how
6  Father Paul is helping the Village.
7      Q.   What did Douglas tell you exactly
8  about Father Carrier?
9      A.   He didn't say anything, just Father is
10 always someone who is always trying to help him
11 improve the Village, make the Village advance,
12 progress.
13     Q.   Did Douglas say anything else about
14 Father Carrier?
15     A.   I don't remember any other thing he
16 said.
17     Q.   And you as a student of the Village,
18 Mr. Joseph, you were always trying to improve
19 the Village, too, weren't you?
20     A.   What do you mean?
21     Q.   I mean that you were trying to make
22 the Village a better place while you were there,
23 correct?
24     A.   For me it was the best.
25     Q.   And you tried to make it a better