```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
   ****************************
   GERVIL ST. LOUIS, a/k/a ST.     Consolidated with:
   LOUIS GERVIL,                   3:13-cv-1225-RNC
                                   3:13-cv-1269-RNC
                   Plaintiff,      3:13-cv-1437-RNC
                                   3:13-cv-1480-RNC
         v.                        3:13-cv-1626-RNC
                                   3:13-cv-1627-RNC
   DOUGLAS PERLITZ, FATHER         3:13-cv-1628-RNC
   PAUL E. CARRIER, S.J.; HOPE     3:13-cv-1629-RNC
   E. CARTER; HAITI FUND,          3:13-cv-1630-RNC
   INC.; FAIRFIELD UNIVERSITY;     3:13-cv-1631-RNC
   THE SOCIETY OF JESUS OF NEW     3:13-cv-1632-RNC
   ENGLAND; SOVEREIGN MILITARY     3:13-cv-1633-RNC
   HOSPITALLER ORDER OF ST.        3:13-cv-1634-RNC
   JOHN OF JERUSALEM OF RHODES     3:13-cv-1635-RNC
   AND OF MALTA, AMERICAN          3:13-cv-1636-RNC
   ASSOCIATION, U.S.A.; a/k/a      3:13-cv-1637-RNC
   ORDER OF MALTA, AMERICAN        3:13-cv-1638-RNC
   ASSOCIATION, U.S.A.; JOHN       3:13-cv-1639-RNC
   DOE ONE; JOHN DOE TWO; JOHN     3:13-cv-1640-RNC
   DOE THREE; JOHN DOE FOUR;       3:13-cv-1641-RNC
   JOHN DOE FIVE; JOHN DOE SIX     3:13-cv-1642-RNC
   and JOHN DOE SEVEN,             3:13-cv-1644-RNC
                                   3:13-cv-1645-RNC
                   Defendants.     3:13-cv-1647-RNC
                                   3:13-cv-1648-RNC
                                   3:13-cv-1701-RNC
                                   3:13-cv-1767-RNC
                                   3:13-cv-1768-RNC
                                   3:13-cv-1769-RNC
                                   3:13-cv-1881-RNC
                                   3:13-cv-1904-RNC
                                   3:13-cv-1906-RNC
                                   3:13-cv-1907-RNC
   ****************************
   This document applies to:
   All of the above referenced cases
   And those to be filed
   ****************************
   CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
         VIDEOTAPED DEPOSITION OF GESNER LECENAT

             Wednesday, July 29, 2015
                   9:02 a.m.
```

Page 79

1    Q.   Did you ever speak to Father Paul when
2  he was at the Village?
3    A.   I didn't talk to him because I don't
4  speak English.
5    Q.   Have you ever spoken with Father Paul
6  either at the Village or anywhere else?
7    A.   I don't speak English.  I've never --
8  I don't talk to him, but I've seen him often at
9  the Village.
10   Q.   What would Father Paul be doing when
11 you would see him at the Village?
12   A.   Sometimes he would bring us to the
13 chapel to pray, he would conduct the prayers.
14   Q.   Did Douglas ever introduce the
15 students to Father Paul?
16        MR. STEWART:  Objection.
17   A.   Yes, he let us know that Father Paul
18 and Madame Carter were -- who they were, because
19 they were the boss of the Village.
20 BY MR. CERRETA:
21   Q.   Was there anything else that Douglas
22 told you about Father Paul and Mrs. Carter?
23   A.   I don't know.  He just told us that
24 they were the bosses and they were -- and that
25 they were above Douglas, that Douglas came after

1  them.

2     Q.    When did Douglas tell you this?

3     A.    We were eating in the kitchen, Madame

4  Carter and Father Paul would be standing in

5  front of us, and he would tell us that.

6     Q.    Were a lot of students gathered around

7  when he told you this?

8           MR. STEWART:  Objection.

9     A.    Yes, when he would tell us that, all

10 the children would be together, gathered

11 together when we were eating together.

12 BY MR. CERRETA:

13    Q.    And would he tell you this in Creole?

14    A.    Yes.

15          THE TRANSLATOR:  Could we increase the

16 -- it's a little hot in here.  Is that possible?

17 BY MR. CERRETA:

18    Q.    Do you remember any other times when

19 Father Paul or Mrs. Carter were at the Village?

20    A.    I don't remember.

21    Q.    Had you ever spoken with Mrs. Carter?

22    A.    I didn't speak to -- I didn't speak to

23 Madame Carter because I don't speak English.

24 And when she comes to the Village, she greets

25 people, and then she is always with Douglas