```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
     ****************************
     GERVIL ST. LOUIS, a/k/a ST.   Consolidated with:
     LOUIS GERVIL,                 3:13-cv-1225-RNC
                                   3:13-cv-1269-RNC
                    Plaintiff,     3:13-cv-1437-RNC
                                   3:13-cv-1480-RNC
          v.                       3:13-cv-1626-RNC
                                   3:13-cv-1627-RNC
     DOUGLAS PERLITZ, FATHER       3:13-cv-1628-RNC
     PAUL E. CARRIER, S.J.; HOPE   3:13-cv-1629-RNC
     E. CARTER; HAITI FUND,        3:13-cv-1630-RNC
     INC.; FAIRFIELD UNIVERSITY;   3:13-cv-1631-RNC
     THE SOCIETY OF JESUS OF NEW   3:13-cv-1632-RNC
     ENGLAND; SOVEREIGN MILITARY   3:13-cv-1633-RNC
     HOSPITALLER ORDER OF ST.      3:13-cv-1634-RNC
     JOHN OF JERUSALEM OF RHODES   3:13-cv-1635-RNC
     AND OF MALTA, AMERICAN        3:13-cv-1636-RNC
     ASSOCIATION, U.S.A.; a/k/a    3:13-cv-1637-RNC
     ORDER OF MALTA, AMERICAN      3:13-cv-1638-RNC
     ASSOCIATION, U.S.A.; JOHN     3:13-cv-1639-RNC
     DOE ONE; JOHN DOE TWO; JOHN   3:13-cv-1640-RNC
     DOE THREE; JOHN DOE FOUR;     3:13-cv-1641-RNC
     JOHN DOE FIVE; JOHN DOE SIX   3:13-cv-1642-RNC
     and JOHN DOE SEVEN,           3:13-cv-1644-RNC
                                   3:13-cv-1645-RNC
                    Defendants.    3:13-cv-1647-RNC
                                   3:13-cv-1648-RNC
                                   3:13-cv-1701-RNC
                                   3:13-cv-1767-RNC
                                   3:13-cv-1768-RNC
                                   3:13-cv-1769-RNC
                                   3:13-cv-1881-RNC
                                   3:13-cv-1904-RNC
                                   3:13-cv-1906-RNC
                                   3:13-cv-1907-RNC
     ****************************
     This document applies to:
     All of the above referenced cases
     And those to be filed
     ****************************
     CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
          VIDEOTAPED DEPOSITION OF WADSON DORCINE

              Wednesday, September 30th, 2015
                        9:14 a.m.
```

1    A.    I don't know, because I never myself
2    slept in the Village.
3    BY MR. BABBITT:
4    Q.    So you don't know whether Mrs. Carter
5    slept in the Village because you didn't sleep
6    there?
7    A.    That's right.
8    Q.    How many times did you see Father Paul
9    at the Village?
10   A.    Many times.
11   Q.    What was Father Paul doing at the
12   Village when you saw him there?
13   A.    I didn't see him do anything, but I
14   know that he was there.  I know that he was one
15   of the sponsors of the Village, so he would be
16   around.
17   Q.    How do you know Father Paul was one of
18   the sponsors of the Village?
19   A.    Douglas would often say to us.
20   Q.    What would Douglas say?
21   A.    He would say "these people are the
22   backbone of the Village, it's thanks to them
23   that the Village exists, and if it weren't for
24   them the Village wouldn't exist."
25   Q.    Did Douglas use the word "sponsor," or

Page 88

1  is that a word that you have used instead of
2  Douglas?
3      A.   No, that's the word he would tell us,
4  he would use when he would tell us about this.
5           MS. POLLOCK:  I just want to ask him
6  real quick, do you want to go on a little bit
7  before lunch, or do you want to stop?  It's
8  totally up to you.
9           THE WITNESS:  I'd like to take a
10 break.
11          THE VIDEOGRAPHER:  Going off the
12 record.  The time is 12:02.
13          (Whereupon, a recess was taken.)
14          THE VIDEOGRAPHER:  Back on the record.
15 The time is 12:19.
16 BY MR. BABBITT:
17     Q.   Sir, I asked you earlier whether you
18 spoke to Hope Carter in Creole, and I believe
19 you said no.
20          Did you ever speak to Mrs. Carter
21 through an interpreter?
22     A.   If I ever spoke through an interpreter
23 to interpret for me?
24     Q.   Yes.  I'm asking if you spoke to
25 Mrs. Carter using an interpreter.