```
                                                                    Page 1
             UNITED STATES DISTRICT COURT
             DISTRICT OF CONNECTICUT
                                      Civil Action No.
                                      3:13-cv-01132(RNC)
   ****************************
   GERVIL ST. LOUIS, a/k/a ST.    Consolidated with:
   LOUIS GERVIL,                  3:13-cv-1225-RNC
                                  3:13-cv-1269-RNC
               Plaintiff,         3:13-cv-1437-RNC
                                  3:13-cv-1480-RNC
        v.                        3:13-cv-1626-RNC
                                  3:13-cv-1627-RNC
   DOUGLAS PERLITZ, FATHER        3:13-cv-1628-RNC
   PAUL E. CARRIER, S.J.; HOPE    3:13-cv-1629-RNC
   E. CARTER; HAITI FUND,         3:13-cv-1630-RNC
   INC.; FAIRFIELD UNIVERSITY;    3:13-cv-1631-RNC
   THE SOCIETY OF JESUS OF NEW    3:13-cv-1632-RNC
   ENGLAND; SOVEREIGN MILITARY    3:13-cv-1633-RNC
   HOSPITALLER ORDER OF ST.       3:13-cv-1634-RNC
   JOHN OF JERUSALEM OF RHODES    3:13-cv-1635-RNC
   AND OF MALTA, AMERICAN         3:13-cv-1636-RNC
   ASSOCIATION, U.S.A.; a/k/a     3:13-cv-1637-RNC
   ORDER OF MALTA, AMERICAN       3:13-cv-1638-RNC
   ASSOCIATION, U.S.A.; JOHN      3:13-cv-1639-RNC
   DOE ONE; JOHN DOE TWO; JOHN    3:13-cv-1640-RNC
   DOE THREE; JOHN DOE FOUR;      3:13-cv-1641-RNC
   JOHN DOE FIVE; JOHN DOE SIX    3:13-cv-1642-RNC
   and JOHN DOE SEVEN,            3:13-cv-1644-RNC
                                  3:13-cv-1645-RNC
               Defendants.        3:13-cv-1647-RNC
                                  3:13-cv-1648-RNC
                                  3:13-cv-1701-RNC
                                  3:13-cv-1767-RNC
                                  3:13-cv-1768-RNC
                                  3:13-cv-1769-RNC
                                  3:13-cv-1881-RNC
                                  3:13-cv-1904-RNC
                                  3:13-cv-1906-RNC
                                  3:13-cv-1907-RNC
   *****************************
   This document applies to:
   All of the above referenced cases
   And those to be filed
   *****************************
   CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
    VIDEOTAPED DEPOSITION OF JASON MAXWEL DERIZA

              Wednesday, January 13, 2016
                     9:09 a.m.
```

1   the second time?
2       A.   Because I had -- we went to pick up
3   Sylvester to go to the cross.
4       Q.   Okay.  Sir, what was your
5   understanding of Madame Carter's role at the
6   Village?
7       A.   She was the one in charge, himself and
8   Douglas.
9            THE INTERPRETER:  Correction.
10      A.   Herself and Douglas.
11           (Interpreters talking.)
12           THE INTERPRETER:  Ask the question
13  again, please.
14           MR. KENNEDY:  Do you want me to re-ask
15  it?
16           THE INTERPRETER:  Re-ask the question.
17      Q.   Sir, what was your understanding of
18  Madame Carter's role at the Village?
19      A.   She and Douglas were in charge,
20  because as I understand it she was the boss in
21  the Village.
22      Q.   And I believe you testified earlier it
23  was your understanding she was the boss from
24  what other children said at the Village?
25           MS. POLLOCK:  Objection.

1  Mischaracterizes the witness's testimony.

2      A.   Yes.

3  BY MR. KENNEDY:

4      Q.   Douglas never told you she was the
5  boss, did he?

6      A.   I don't remember if he had ever said
7  that.

8           MS. POLLOCK:   We've been going an
9  hour.  How much longer do you have?

10          MR. KENNEDY:   Can we go off the record
11 for a second?

12          THE VIDEOGRAPHER:   Going off the
13 record.  The time is 4:49.

14          (Whereupon, a recess was taken.)

15          THE VIDEOGRAPHER:   Back on the record.
16 The time is 5:03.

17 BY MR. KENNEDY:

18     Q.   Sir, I'm not sure if I got an answer
19 to my question.  Are you claiming that you were
20 physically hurt in any way by Douglas Perlitz?

21     A.   Well, what I'm saying is that this
22 thing troubled me a lot, so I can say that I
23 have mental problems as a result of it, because
24 when I think about it, it really troubles me,
25 and that hurts me in my heart also.