UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Civil Action No.
3:13-cv-01132(RNC)

*****************************

GERVIL ST. LOUIS, a/k/a ST.     Consolidated with:
LOUIS GERVIL,                   3:13-cv-1225-RNC
                                3:13-cv-1269-RNC
                 Plaintiff,     3:13-cv-1437-RNC
                                3:13-cv-1480-RNC
      v.                        3:13-cv-1626-RNC
                                3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER         3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE     3:13-cv-1629-RNC
E. CARTER; HAITI FUND,          3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;     3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW     3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY     3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.        3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES     3:13-cv-1635-RNC
AND OF MALTA, AMERICAN          3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a      3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN        3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN       3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN     3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;       3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX     3:13-cv-1642-RNC
and JOHN DOE SEVEN,             3:13-cv-1644-RNC
                                3:13-cv-1645-RNC
                 Defendants.    3:13-cv-1647-RNC
                                3:13-cv-1648-RNC
                                3:13-cv-1701-RNC
                                3:13-cv-1767-RNC
                                3:13-cv-1768-RNC
                                3:13-cv-1769-RNC
                                3:13-cv-1881-RNC
                                3:13-cv-1904-RNC
                                3:13-cv-1906-RNC
                                3:13-cv-1907-RNC
*****************************
This document applies to:
All of the above referenced cases
And those to be filed
*****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
    VIDEOTAPED DEPOSITION OF GESNER LECENAT

Wednesday, July 29, 2015
9:02 a.m.

1      Q.    Did you ever speak to Father Paul when

2   he was at the Village?

3      A.    I didn't talk to him because I don't

4   speak English.

5      Q.    Have you ever spoken with Father Paul

6   either at the Village or anywhere else?

7      A.    I don't speak English.  I've never --

8   I don't talk to him, but I've seen him often at

9   the Village.

10     Q.    What would Father Paul be doing when

11  you would see him at the Village?

12     A.    Sometimes he would bring us to the

13  chapel to pray, he would conduct the prayers.

14     Q.    Did Douglas ever introduce the

15  students to Father Paul?

16           MR. STEWART:  Objection.

17     A.    Yes, he let us know that Father Paul

18  and Madame Carter were -- who they were, because

19  they were the boss of the Village.

20  BY MR. CERRETA:

21     Q.    Was there anything else that Douglas

22  told you about Father Paul and Mrs. Carter?

23     A.    I don't know.  He just told us that

24  they were the bosses and they were -- and that

25  they were above Douglas, that Douglas came after

1      Q.    And the first time, when was the first

2    time that you claim Douglas Perlitz sexually

3    abused you?

4      A.    At Rival.

5      Q.    All right.  Would you tell me what

6    happened when Douglas sexually abused you?

7      A.    Yes.

8      Q.    Please, please describe it.

9      A.    At the end of the month in 2006,

10   Douglas said that Junie would come to prepare us

11   and would bring us to the Rival, and he said not

12   to lock the doors, so I did not lock the doors,

13   because Junie would prepare us, so I did not

14   lock my door.  And I saw the door open, but I

15   wasn't scared because Douglas said he was

16   coming.  And then I felt -- he put his hand

17   there, and he was putting his fingers inside my

18   butt hole.  I didn't accept it, so I went out.

19   And Douglas said if I said that he would put me

20   out, he would throw me out of the Village.

21     Q.    Okay.  So this day at Rival for the

22   First Communion retreat, were there activities

23   during the day before you went to your room to

24   sleep at night?

25     A.    The lady was making us pray.  And

1      Q.    After this incident at Rival, did you

2   continue on as a student at the Village?

3      A.    Yes.

4      Q.    Did you ever discuss what happened at

5   Rival with Douglas?

6           MR. STEWART:  Objection.

7      A.    No.

8   BY MR. CERRETA:

9      Q.    At some point after Rival, was there a

10  second incident of abuse involving Douglas?

11          THE TRANSLATOR:  I'm sorry, repeat the

12  question?  Sorry.

13     Q.    After the incident at Rival, was there

14  a second incident of abuse involving Douglas?

15     A.    Yes.

16     Q.    When did that happen?

17     A.    At the Village in his office.

18     Q.    Do you remember how much time passed

19  between the first incident and the second?

20     A.    A few months.

21     Q.    So would you describe the second

22  incident?

23     A.    Yes.

24     Q.    Please describe it for us.

25     A.    While I was in school, my shoes

1           THE VIDEOGRAPHER:  Back on the record.

2    The time is 3:49.

3        A.    It was outside the Village, we were

4    outside, so we were home, and so he decided to

5    search the home of each one of us, and he did

6    that to Joseph in my presence.

7    BY MR. CERRETA:

8        Q.    Aside from that one incident, did you

9    ever see Douglas touch any of the other students

10   inappropriately?

11       A.    No.

12           MR. CERRETA:  That's all I have.

13   Thank you, Mr. Lecenat.

14           (Pause.)

15   BY MR. FOLKMAN:

16       Q.    Mr. Lecenat, did you ever see Father

17   Paul Carrier anywhere other than at the Village?

18       A.    Besides the Village, I saw Father Paul

19   in a Catholic Church in Blue Hills.

20       Q.    And what was he doing when you saw him

21   at that church?

22       A.    Then at that time, he was going to do

23   Communion.  He had the clothes, priestly clothes

24   on him, and he was going to celebrate Mass with

25   the father of that church, the priest of that

Page 134

1   church.

2      Q.     Was Douglas Perlitz there?

3      A.     Yes.

4      Q.     Did you take Communion?

5      A.     Yes.

6      Q.     Was this your First Communion?

7      A.     Yes.

8      Q.     And there was a priest from the local

9   parish there?

10     A.     Yes.

11     Q.     Do you know the name of that priest?

12     A.     Yes.

13     Q.     What is his name?

14     A.     Eddie Eustache.

15            THE TRANSLATOR:  E-U-S-T-A-C-H-E.

16     Q.     Is Father Eustache the parish priest

17  at that church today?

18            MR. STEWART:  Objection.

19     A.     No.

20  BY MR. FOLKMAN:

21     Q.     Aside from the occasion when you saw

22  Father Carrier and another priest at your First

23  Communion at that church, did you ever see

24  Father Carrier anywhere else outside of the

25  Village?