```
                                                                    Page 1
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
   ***************************
   GERVIL ST. LOUIS, a/k/a ST.     Consolidated with:
   LOUIS GERVIL,                   3:13-cv-1225-RNC
                                   3:13-cv-1269-RNC
                    Plaintiff,     3:13-cv-1437-RNC
                                   3:13-cv-1480-RNC
        v.                         3:13-cv-1626-RNC
                                   3:13-cv-1627-RNC
   DOUGLAS PERLITZ, FATHER         3:13-cv-1628-RNC
   PAUL E. CARRIER, S.J.; HOPE     3:13-cv-1629-RNC
   E. CARTER; HAITI FUND,          3:13-cv-1630-RNC
   INC.; FAIRFIELD UNIVERSITY;     3:13-cv-1631-RNC
   THE SOCIETY OF JESUS OF NEW     3:13-cv-1632-RNC
   ENGLAND; SOVEREIGN MILITARY     3:13-cv-1633-RNC
   HOSPITALLER ORDER OF ST.        3:13-cv-1634-RNC
   JOHN OF JERUSALEM OF RHODES     3:13-cv-1635-RNC
   AND OF MALTA, AMERICAN          3:13-cv-1636-RNC
   ASSOCIATION, U.S.A.; a/k/a      3:13-cv-1637-RNC
   ORDER OF MALTA, AMERICAN        3:13-cv-1638-RNC
   ASSOCIATION, U.S.A.; JOHN       3:13-cv-1639-RNC
   DOE ONE; JOHN DOE TWO; JOHN     3:13-cv-1640-RNC
   DOE THREE; JOHN DOE FOUR;       3:13-cv-1641-RNC
   JOHN DOE FIVE; JOHN DOE SIX     3:13-cv-1642-RNC
   and JOHN DOE SEVEN,             3:13-cv-1644-RNC
                                   3:13-cv-1645-RNC
                    Defendants.    3:13-cv-1647-RNC
                                   3:13-cv-1648-RNC
                                   3:13-cv-1701-RNC
                                   3:13-cv-1767-RNC
                                   3:13-cv-1768-RNC
                                   3:13-cv-1769-RNC
                                   3:13-cv-1881-RNC
                                   3:13-cv-1904-RNC
                                   3:13-cv-1906-RNC
                                   3:13-cv-1907-RNC
   ***************************
   This document applies to:
   All of the above referenced cases
   And those to be filed
   ***************************
   CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
        VIDEOTAPED DEPOSITION OF WADSON DORCINE

              Wednesday, September 30th, 2015
                      9:14 a.m.
```

1    A.    I've tried many times to try to get a
2  job.  In the area where I lived I tried to get a
3  job in the construction industry as a mason, but
4  they do not accept anyone who went to the
5  Village because they say that you're a faggot.
6  If you went to PPT, that means that you were a
7  faggot.  So they discriminate.
8    Q.    Have you ever tried to get a job
9  anywhere other than the area where you live?
10   A.    Sometimes I try to get a job in other
11 places where people won't recognize who I am,
12 and occasionally I've been able to get day job
13 for one day, but not a permanent job.
14   Q.    When you came to the Dominican
15 Republic before this trip, did you try to get a
16 job here?
17         THE INTERPRETER:  Here in the
18 Dominican Republic?
19         MR. BABBITT:  In the Dominican
20 Republic.  I'm sorry.
21   A.    I was never able to come here.  I was
22 stopped and expulsed from the company before I
23 could come over.
24   Q.    I see.  So this is -- is this trip to
25 the Dominican Republic the first time you have

Page 52

1  made it into the Dominican Republic country?
2       A.   Yes, that's right.
3       Q.   Do you have training as a mason?
4       A.   No, but I could still help out and
5  help the masons do their job by hauling
6  different -- the blocks, for example.
7       Q.   When was the last time you saw a
8  doctor?
9       A.   It's been a long time.  I've never had
10 the financial means to see a doctor, even when I
11 was sick.
12      Q.   When was the last time you saw a
13 nurse?
14      A.   I've never done that.  Only once I've
15 been to see a doctor, and that was a long time
16 ago.
17      Q.   What did you go to see the doctor
18 about when you saw the doctor a long time ago?
19      A.   I was wounded.
20      Q.   How were you wounded?
21      A.   I was injured while wrestling.
22      Q.   How old were you when you were injured
23 while wrestling?
24      A.   I was about 14.
25      Q.   And how were you injured when you were

1      A.    No.  The person that interprets for us
2   when Mrs. Carter is speaking to us is Douglas.
3      Q.    That was the only person who ever
4   interpreted for Mrs. Carter was Douglas?
5      A.    I don't know, but when she would be
6   speaking to us as a group, he was the one that
7   did that.
8      Q.    So the only way you ever understood
9   what Mrs. Carter was saying to you in a group
10  was because Douglas told you?
11     A.    No.  If they would -- if they had done
12  that, it wouldn't have gotten this far.
13     Q.    Okay.  So when Douglas -- I beg your
14  pardon.
15          When Mrs. Carter spoke to you and
16  other students, Douglas Perlitz was always the
17  person who interpreted for her?
18     A.    Yes.
19     Q.    How about Father Paul, did you ever
20  speak in Creole to him?
21     A.    No.
22     Q.    Did he speak in Creole to you?
23     A.    No.
24     Q.    Did you speak to him through an
25  interpreter at any time?

Page 90

1    A.    Douglas would be the one that would be
2  interpreting for us when these people would be
3  addressing us as a group, but they did not speak
4  to us individually.
5    Q.    So Douglas was the only person who
6  ever interpreted for Father Paul?
7    A.    I don't know who interprets for Father
8  Paul in other circumstances, but when he would
9  be speaking to our group, Douglas was the one
10 that would interpret.
11   Q.    When you were a student at the
12 Village, did you know where Doug lived?
13   A.    I don't know if he had other places
14 where he would stay, but I know that he would
15 sleep in Bel Air.
16   Q.    Before you became a student at the
17 Village, when you were a student at Rue 13, did
18 Douglas live at Bel Air then?
19   A.    I don't know.
20   Q.    Did you ever go to Bel Air?
21   A.    Yes.
22   Q.    How many times?
23   A.    Many times.
24   Q.    Why did you go to Bel Air many times?
25   A.    I would go with my parents.

1   Tan?

2       A.   No.

3       Q.   Did you ever go on a retreat while you
4   were a student at the Village?

5       A.   What is a retreat?

6       Q.   Did you ever sleep overnight with
7   students from the Village at another location,
8   some other place?

9       A.   No.

10      Q.   Did you attend religious classes with
11  Madame Junie when you were a student at the
12  Village?

13      A.   No.

14      Q.   Did you make your First Communion when
15  you were a student at the Village?

16      A.   I have not had my First Communion.

17      Q.   Are you a Roman Catholic?

18      A.   No.

19      Q.   Now, there was a wall around the
20  Village, you've told us.  Did you ever see
21  graffiti about Doug Perlitz on the wall?

22      A.   Outside the Village on the wall, they
23  had written "Douglas is a faggot."

24      Q.   And did those words appear just once,
25  or more than once?

Page 120

1   to you that he knew Doug Perlitz was abusing
2   students?
3       A.   No.
4       Q.   Did any teacher or staff member ever
5   say to you that that person knew Doug Perlitz
6   was abusing students?
7       A.   No.
8       Q.   How many times did Doug Perlitz
9   sexually abuse you?
10      A.   Only one time.
11      Q.   When did this happen?
12      A.   This happened while school was going
13  on.  While I was in class and Douglas was
14  proceeding to send home the kids who hadn't
15  paid, it seemed that I was the only student that
16  hadn't paid, and the following happened.
17           He asked me to come to his office, and
18  when I went to his office he started touching
19  me, he started touching my private parts.  He
20  put his penis in my behind.  I wasn't -- I
21  didn't want this.  I was against it.  But he
22  kept forcing me, and he said if I didn't go
23  along with it, he would kick me out of the
24  Village.
25      Q.   What year did this happen?

Page 121

1    A.    I no longer remember.
2    Q.    In your response to Interrogatory 19
3  in Exhibit 1, you state that this happened in
4  2006/2007.
5    A.    Yes, that's what I said.
6    Q.    When you responded to that
7  interrogatory, when you responded to that
8  interrogatory, how did you know that was the
9  year?
10   A.    When this happened, that's what I
11 remembered.
12   Q.    I'm sorry. When you responded to the
13 interrogatories, that's what you remembered, is
14 that what you mean?
15   A.    Yes, that's what I said. But a lot of
16 things can escape my mind. Very often I have
17 trouble remembering things because my head does
18 not easily remember.
19   Q.    Is there any reason that the years
20 2006, 2007 stuck out for you when you were
21 responding to Interrogatory 19 and telling us
22 what year this happened?
23   A.    Because those are the years in which
24 it happened.
25   Q.    As you sit here today, you know it

Page 122

1  happened in 2006, 2007, is that right?
2       A.    Yes.  That's what I remember.
3       Q.    How long had you been at the Village
4  as a student before you were abused?
5       A.    I don't remember.
6       Q.    How long after you were abused did the
7  Village close?
8       A.    My head cannot remember all of those
9  things.  I don't remember them.  It's occasional
10 that I'm able to recall certain things.
11      Q.    Were you abused by Mr. Perlitz before
12 or after the first time you met Jessica Lozier?
13      A.    What was that again?
14      Q.    Were you abused by Mr. Perlitz before
15 or after the first time that you met Jessica
16 Lozier?
17      A.    Before that.  That had already
18 occurred.
19      Q.    You had been abused before you met
20 Jessica, is that right?
21      A.    Yes.
22      Q.    So when Mr. Perlitz abused you, did he
23 come to the class you were sitting in and tell
24 you to leave the class?
25      A.    Yes.  He came to pick me up in the

Page 164

1  this year, correct?
2  A.   Yes.
3  Q.   Have you tried to find work?
4  A.   I tried to find work, but I wasn't
5  able to find any because they don't want to give
6  anyone -- they don't want to give gays jobs in
7  the country.
8  Q.   Why not?
9  A.   Because it's something which is
10 humiliation.
11 Q.   What is humiliation?
12 A.   They insult you, they call you names,
13 they tell you "get out of here, faggot."
14 Q.   Why do they do that?
15 A.   I don't know.  It's a humiliation.
16 Q.   Is there something wrong with being
17 gay in Haiti?
18 A.   Yes.
19 Q.   What is wrong about that?
20 A.   It's something which God condemns.
21 Q.   Do you condemn that as well?
22 A.   I have to condemn it because that's
23 what's in the bible and that's what they teach
24 at church.
25 Q.   What religion are you, Mr. Dorcini?

Page 165

1       A.      I am Protestant.
2       Q.      Which Protestant church do you belong
3  to?
4       A.      Baptist.
5       Q.      And have you been a Baptist all your
6  life?
7       A.      Yes.
8       Q.      If you got a job, would you be
9  physically able to work?
10              MR. GARABEDIAN:  Objection.
11      A.      I'm not sure of that, because when I'm
12  in pain, the pain doesn't allow me to do
13  anything.
14  BY MR. KERRIGAN:
15      Q.      When you say "pain," you're referring
16  to your stomach pain and your head pain?
17      A.      Yes.
18      Q.      What have you done specifically to try
19  to find work?
20      A.      What I do is I leave the area where
21  I'm in and I try to go find work elsewhere.
22      Q.      What do you do when you try to go find
23  work?
24      A.      I try to look for work where I can
25  help out the masons carry the loads of cement.