```
                                                          Page 1

              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
   ****************************
   GERVIL ST. LOUIS, a/k/a ST.      Consolidated with:
   LOUIS GERVIL,                    3:13-cv-1225-RNC
                                    3:13-cv-1269-RNC
                 Plaintiff,         3:13-cv-1437-RNC
                                    3:13-cv-1480-RNC
        v.                          3:13-cv-1626-RNC
                                    3:13-cv-1627-RNC
   DOUGLAS PERLITZ, FATHER          3:13-cv-1628-RNC
   PAUL E. CARRIER, S.J.; HOPE      3:13-cv-1629-RNC
   E. CARTER; HAITI FUND,           3:13-cv-1630-RNC
   INC.; FAIRFIELD UNIVERSITY;      3:13-cv-1631-RNC
   THE SOCIETY OF JESUS OF NEW      3:13-cv-1632-RNC
   ENGLAND; SOVEREIGN MILITARY      3:13-cv-1633-RNC
   HOSPITALLER ORDER OF ST.         3:13-cv-1634-RNC
   JOHN OF JERUSALEM OF RHODES      3:13-cv-1635-RNC
   AND OF MALTA, AMERICAN           3:13-cv-1636-RNC
   ASSOCIATION, U.S.A.; a/k/a       3:13-cv-1637-RNC
   ORDER OF MALTA, AMERICAN         3:13-cv-1638-RNC
   ASSOCIATION, U.S.A.; JOHN        3:13-cv-1639-RNC
   DOE ONE; JOHN DOE TWO; JOHN      3:13-cv-1640-RNC
   DOE THREE; JOHN DOE FOUR;        3:13-cv-1641-RNC
   JOHN DOE FIVE; JOHN DOE SIX      3:13-cv-1642-RNC
   and JOHN DOE SEVEN,              3:13-cv-1644-RNC
                                    3:13-cv-1645-RNC
                 Defendants.        3:13-cv-1647-RNC
                                    3:13-cv-1648-RNC
                                    3:13-cv-1701-RNC
                                    3:13-cv-1767-RNC
                                    3:13-cv-1768-RNC
                                    3:13-cv-1769-RNC
                                    3:13-cv-1881-RNC
                                    3:13-cv-1904-RNC
                                    3:13-cv-1906-RNC
                                    3:13-cv-1907-RNC
   *****************************
   This document applies to:
   All of the above referenced cases
   And those to be filed
   *****************************
   CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
        VIDEOTAPED DEPOSITION OF JACQUES MACKENSON

              Thursday, May 26, 2016
                   11:36 a.m.
```

```
 1      Q.      You've had more money than that?
 2      A.      I have it, but it's not mine.
 3      Q.      Okay.  We won't go there again.
 4              What did you do with the money, the
 5   $100?
 6              MR. STEWART:  Objection.  Asked and
 7   answered.
 8      A.      Clothes.
 9   BY MR. O'NEILL:
10      Q.      What kind of clothes?
11      A.      Clothes.
12      Q.      Where did you spend it on clothes?
13      A.      Cap-Haotien.
14      Q.      Did you spend it all at once on
15   clothes?
16      A.      Yes.
17      Q.      And this was 2014, correct?
18              MR. STEWART:  Objection.  Misstates
19   testimony, misstates the document, the document
20   speaks for itself.
21      A.      It could be that, but I don't know.
22   BY MR. O'NEILL:
23      Q.      You don't know.
24              All right.  Did you stay at the
25   project until it closed?
```

1    A.    I didn't stay.  After a little while I
2  went to the Dominican Republic.
3    Q.    Before the project closed, you went to
4  the Dominican Republic?
5    A.    After a little while.
6    Q.    Wait a minute.  Did you stay at the
7  project in classes and doing what you were doing
8  at Carenage and at the trade classes in the
9  Village, did you stay doing that until the
10 Village closed?
11   A.    After a little while I went to the
12 Dominican Republic.
13   Q.    Well, after a little while, does that
14 mean after the Village closed?
15   A.    After a little while I went to the
16 Dominican Republic.
17   Q.    Well, my question is, when you went to
18 the Dominican Republic, was the Village still
19 open and functioning?
20   A.    Yes, it was still open, and after a
21 little while I went to the Dominican Republic.
22   Q.    So when you went to the Dominican
23 Republic, the Village was still running and
24 open?
25   A.    I went to the Dominican Republic.

```
 1   happened?
 2           MR. STEWART:  Objection.  Asked and
 3   answered.
 4       A.   Yes, because I used to sniff a lot of
 5   paint thinners, I don't have enough of a memory.
 6   BY MR. O'NEILL:
 7       Q.   But you have no memory of when and how
 8   long between the two claimed incidents?
 9           MR. STEWART:  Objection.
10   Argumentative, compound.
11       A.   Yes, because I was sniffing a lot of
12   paint thinners.
13   BY MR. O'NEILL:
14       Q.   You were sniffing a lot of paint
15   thinner then?
16       A.   Yes.
17       Q.   How do you sniff it?  How did you
18   sniff it then?
19       A.   I used to sniff it through my nose
20   every day.
21       Q.   In a rag, or how?
22       A.   Yes.
23       Q.   Okay.  You have already testified that
24   after your claim that he abused you on the
25   second time that you went to the Dominican
```

1      A.     Who was conducting my classes?
2      Q.     Yeah, do you remember who your
3    teachers were at the time of the first abuse?
4      A.     A woman.
5      Q.     Do you know her name?
6      A.     I don't -- I remember part of her
7    name, I could not complete it.  Madam Calixte.
8      Q.     Madam Calixte.
9             Okay.  And do you remember what she
10   taught you?
11            THE INTERPRETER:  Interpreter wishes
12   to restate the question.
13     A.     I'm sorry?
14     Q.     Do you remember what subjects she
15   taught you?
16     A.     I don't -- I may not remember what
17   courses she was teaching, it's been a while.
18     Q.     Okay.  Tell us how you were abused by
19   Douglas the first time.
20     A.     Douglas abused me the first time, I
21   was about to -- I was entering the fourth year.
22     Q.     Okay.  I think we've established that.
23            Do you remember the weather on the
24   date that it occurred?
25     A.     I don't understand.

1      Q.    Okay.  It was a day when you were in
2    Carenage, is that correct?
3      A.    Yes.
4      Q.    Okay.  And it was a school day,
5    correct?
6      A.    Yes.
7      Q.    And so you weren't living on Carenage,
8    so you had to come to Carenage and wait for the
9    gate to open, is that correct?
10     A.    I'm sorry?
11     Q.    You weren't living at Carenage, so you
12   had to come to Carenage and wait for the gate to
13   open in the morning, correct?
14     A.    Yes.
15     Q.    And you would be waiting with other
16   students who wanted to go into Carenage?
17     A.    Yes.
18     Q.    And on the morning that the first
19   abuse occurred, do you remember any of the
20   students that you were waiting with to get into
21   Carenage?
22     A.    I'm sorry?
23     Q.    Do you remember any of the students
24   who were waiting with you for the gate to open
25   on the day you were abused the first time?

```
 1     Q.    Do you speak English?
 2     A.    No.  Douglas was there interpreting.
 3     Q.    Was anyone else interpreting?
 4     A.    Douglas.
 5     Q.    Anyone else besides Douglas who was
 6   interpreting?
 7     A.    Douglas.
 8     Q.    Only Douglas?
 9     A.    Yes.
10     Q.    Earlier today you had said that she
11   said to the students that they should love each
12   other, is that correct?
13     A.    Yes.
14     Q.    And to live together as brothers and
15   sisters?
16     A.    Yes.
17     Q.    And if the students complete their
18   education, they can go and study at Fairfield?
19     A.    Yes.
20     Q.    Do you recall her ever saying anything
21   else?
22     A.    Excuse me?
23     Q.    Do you recall her ever saying anything
24   beyond those things that you have already told
25   us?
```

1      Q.    You said the second time you were
2   abused by Douglas Perlitz you were in the fourth
3   grade?
4      A.    The first time I was entering fourth
5   year.
6      Q.    Okay.  And the second time, it was
7   also fourth year, is that correct?
8      A.    Excuse me?
9      Q.    The second time you claim to be abused
10  was also the fourth year?
11     A.    I don't understand.
12     Q.    Mr. Stewart just asked you questions
13  about the second abuse, and you told him it was
14  when you were in the fourth year that the second
15  abuse occurred.
16     A.    The first time I was entering fourth
17  year.
18     Q.    Okay.  When did the second one happen?
19     A.    The second time?  The second time it
20  was in the Land Cruiser, in the car.
21     Q.    I'm saying when did it happen?
22     A.    I don't remember when.
23     Q.    So how long after the first time did
24  the second one happen?
25     A.    A bit of time, but I don't remember