```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
   ***************************
   GERVIL ST. LOUIS, a/k/a ST.     Consolidated with:
   LOUIS GERVIL,                    3:13-cv-1225-RNC
                                    3:13-cv-1269-RNC
                    Plaintiff,      3:13-cv-1437-RNC
                                    3:13-cv-1480-RNC
         v.                         3:13-cv-1626-RNC
                                    3:13-cv-1627-RNC
   DOUGLAS PERLITZ, FATHER          3:13-cv-1628-RNC
   PAUL E. CARRIER, S.J.; HOPE      3:13-cv-1629-RNC
   E. CARTER; HAITI FUND,           3:13-cv-1630-RNC
   INC.; FAIRFIELD UNIVERSITY;      3:13-cv-1631-RNC
   THE SOCIETY OF JESUS OF NEW      3:13-cv-1632-RNC
   ENGLAND; SOVEREIGN MILITARY      3:13-cv-1633-RNC
   HOSPITALLER ORDER OF ST.         3:13-cv-1634-RNC
   JOHN OF JERUSALEM OF RHODES      3:13-cv-1635-RNC
   AND OF MALTA, AMERICAN           3:13-cv-1636-RNC
   ASSOCIATION, U.S.A.; a/k/a       3:13-cv-1637-RNC
   ORDER OF MALTA, AMERICAN         3:13-cv-1638-RNC
   ASSOCIATION, U.S.A.; JOHN        3:13-cv-1639-RNC
   DOE ONE; JOHN DOE TWO; JOHN      3:13-cv-1640-RNC
   DOE THREE; JOHN DOE FOUR;        3:13-cv-1641-RNC
   JOHN DOE FIVE; JOHN DOE SIX      3:13-cv-1642-RNC
   and JOHN DOE SEVEN,              3:13-cv-1644-RNC
                                    3:13-cv-1645-RNC
                    Defendants.     3:13-cv-1647-RNC
                                    3:13-cv-1648-RNC
                                    3:13-cv-1701-RNC
                                    3:13-cv-1767-RNC
                                    3:13-cv-1768-RNC
                                    3:13-cv-1769-RNC
                                    3:13-cv-1881-RNC
                                    3:13-cv-1904-RNC
                                    3:13-cv-1906-RNC
                                    3:13-cv-1907-RNC
   ******************************
   This document applies to:
   All of the above referenced cases
   And those to be filed
   ******************************
   CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
    VIDEOTAPED DEPOSITION OF JASON MAXWEL DERIZA

               Wednesday, January 13, 2016
                      9:09 a.m.
```

1      Q.   Okay.  Who was the interpreter?
2      A.   I don't remember really, but I
3   remember Douglas and Robinson were there that
4   day.
5      Q.   And do you remember what Madame Carter
6   said through the interpreter?
7      A.   No.
8      Q.   Do you remember anything Madame Carter
9   ever said through an interpreter when you saw
10  her at the Village?
11     A.   I don't remember what she would say.
12     Q.   Did you ever speak to Pere Paul at the
13  Village?
14     A.   No.
15     Q.   Did Pere Paul ever speak to you
16  individually or in a group through a translator
17  at the Village?
18     A.   No.  I don't remember if he ever
19  talked to me in a group.
20     Q.   Did Madame Carter ever make any
21  promises to you?
22     A.   No.
23     Q.   Do you remember any of the white
24  volunteers working at the Village, sir?
25     A.   Do I remember their names?

1  Perlitz when you got to the cross?
2       A.   No.
3       Q.   While Sylvester Tan was at the
4  Village, did you ever speak to him about Douglas
5  Perlitz?
6            THE INTERPRETER:  I'm sorry, can you
7  ask the question again?
8            MR. KENNEDY:  Sure.
9       Q.   While Sylvester Tan was at the
10 Village, did you ever speak to him about Douglas
11 Perlitz?
12      A.   No.
13      Q.   Have you ever been to a house called
14 Bel Air?
15      A.   I stopped by there twice.
16      Q.   When was the first time, sir?
17      A.   The first time was when Douglas abused
18 me up there, and the second time was when I was
19 going to the cross with Sylvester.
20      Q.   Sir, you claim that Douglas Perlitz
21 hurt you, correct?
22      A.   Yes.
23      Q.   How many times do you claim that
24 Douglas Perlitz hurt you?
25      A.   Once.

1	Q.	What year was that, sir?
2	A.	I don't remember the year exactly.
3	Q.	Was -- who was the white person that
4	was working at the Village at the time, besides
5	Douglas, at the time Douglas hurt you?
6	A.	I don't remember.
7	Q.	What is Bel Air, sir?
8	A.	That's, as to my understanding, that's
9	where Douglas lived.
10	Q.	Did anybody else live with Douglas at
11	the time that you claim he abused you?
12	A.	I don't remember, but I don't know if
13	there were any other persons there.
14	Q.	Was Jessica Lozier in Haiti at the
15	time you claim that Douglas Perlitz abused you?
16	A.	No, not yet.
17	Q.	Was Nicholas Preneta -- was Nicholas
18	in Haiti at the time you claim that Douglas
19	abused you?
20	A.	No.
21	Q.	He hadn't arrived yet?
22	A.	I don't remember.  I don't believe he
23	had yet arrived.
24	Q.	What about Andy, was Andy in Haiti at
25	the time you claim Douglas abused you?

```
 1      A.    No, Andy had already left.
 2      Q.    So it was in-between Andy leaving and
 3   Jessica arriving?
 4      A.    Excuse me?
 5      Q.    When Douglas abused you, it was
 6   between the time that Andy had already left and
 7   Jessica had yet to arrive?
 8      A.    Jessica was going to arrive, or she
 9   had already arrived.
10      Q.    I think you testified before that at
11   the time you claim Douglas Perlitz abused you,
12   Jessica had not arrived yet in Haiti, correct?
13      A.    Yes.
14      Q.    Do you remember what grade you were in
15   at the time Douglas abused you?
16      A.    I don't remember all that because this
17   is something that had happened a while ago.
18      Q.    Sir, tell me in your own words every
19   detail you remember about the time that Douglas
20   Perlitz hurt you.
21      A.    I remember I had gone to Bel Air and
22   to pick up something from him, and I remember he
23   forced me to do something, and I didn't agree, I
24   didn't accept, and then he forced himself onto
25   me, penetrating me through the rear with his
```

1  penis.
2      Q.   Anything else, sir?
3      A.   I don't recall all the facts.
4      Q.   Why had you gone to Bel Air, sir?
5      A.   I went to get money to buy clothes.
6  He had told me to go there, to go to Bel Air to
7  get it.
8      Q.   Who had told you to go to Bel Air to
9  get money for clothes?
10     A.   Douglas.
11     Q.   When had Douglas told you to go to
12 Bel Air to get money for clothes?
13     A.   When I asked -- when I had asked him
14 that in the Village.
15     Q.   Was that on the same day that you went
16 to Bel Air, or was that on a prior date?
17     A.   I remember asking him, but I don't
18 remember if it was the same day.  It might have
19 been after that that I had gone because I needed
20 it to buy clothes.
21     Q.   Had you ever spoken to Douglas before
22 you asked him for money for clothes?
23     A.   Speak to him regarding what?
24     Q.   Anything.
25     A.   It may have occurred, a time that I