```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                   Civil Action No.
                                   3:13-cv-01132(RNC)
    ***************************
    GERVIL ST. LOUIS, a/k/a ST.    Consolidated with:
    LOUIS GERVIL,                  3:13-cv-1225-RNC
                                   3:13-cv-1269-RNC
              Plaintiff,           3:13-cv-1437-RNC
                                   3:13-cv-1480-RNC
         v.                        3:13-cv-1626-RNC
                                   3:13-cv-1627-RNC
    DOUGLAS PERLITZ, FATHER        3:13-cv-1628-RNC
    PAUL E. CARRIER, S.J.; HOPE    3:13-cv-1629-RNC
    E. CARTER; HAITI FUND,         3:13-cv-1630-RNC
    INC.; FAIRFIELD UNIVERSITY;    3:13-cv-1631-RNC
    THE SOCIETY OF JESUS OF NEW    3:13-cv-1632-RNC
    ENGLAND; SOVEREIGN MILITARY    3:13-cv-1633-RNC
    HOSPITALLER ORDER OF ST.       3:13-cv-1634-RNC
    JOHN OF JERUSALEM OF RHODES    3:13-cv-1635-RNC
    AND OF MALTA, AMERICAN         3:13-cv-1636-RNC
    ASSOCIATION, U.S.A.; a/k/a     3:13-cv-1637-RNC
    ORDER OF MALTA, AMERICAN       3:13-cv-1638-RNC
    ASSOCIATION, U.S.A.; JOHN      3:13-cv-1639-RNC
    DOE ONE; JOHN DOE TWO; JOHN    3:13-cv-1640-RNC
    DOE THREE; JOHN DOE FOUR;      3:13-cv-1641-RNC
    JOHN DOE FIVE; JOHN DOE SIX    3:13-cv-1642-RNC
    and JOHN DOE SEVEN,            3:13-cv-1644-RNC
                                   3:13-cv-1645-RNC
              Defendants.          3:13-cv-1647-RNC
                                   3:13-cv-1648-RNC
                                   3:13-cv-1701-RNC
                                   3:13-cv-1767-RNC
                                   3:13-cv-1768-RNC
                                   3:13-cv-1769-RNC
                                   3:13-cv-1881-RNC
                                   3:13-cv-1904-RNC
                                   3:13-cv-1906-RNC
                                   3:13-cv-1907-RNC
    ****************************
    This document applies to:
    All of the above referenced cases
    And those to be filed
    ****************************
    CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

    VIDEOTAPED DEPOSITION OF PAUL E. CARRIER, S.J.
              Friday, March 18th, 2016
                   8:55 a.m.
```

1  first year I reported to the executive assistant
2  to the president, but then he was very
3  interested in the work that we were doing, so he
4  asked that I report to him directly.  So
5  starting in my second year I reported to the
6  president of the university.
7       Q.    And that would have been around 1989?
8       A.    Yes, that's correct.
9       Q.    And that direct reporting relationship
10 to the president between campus ministry --
11 between the director of campus ministry, i.e.
12 you and the president of the university
13 continued all the way through June of 2006,
14 true?
15      A.    That's correct.
16      Q.    At no time between 1989 and 2006 was
17 there any intermediary through whom you needed
18 to go to liaise or confer with or communicate
19 with the president, isn't that true?
20      A.    That's correct.
21      Q.    Now, technically you were or were not
22 an employee of Fairfield University?
23      A.    I was.
24      Q.    And Fairfield University paid a salary
25 in respect of your service?

```
 1     A.    That's correct.
 2     Q.    But you didn't actually receive the
 3  money directly from Fairfield, true?
 4     A.    That's correct.
 5     Q.    The money was instead sent or
 6  transmitted to the New England Province of the
 7  Society of Jesus, true?
 8           MR. KERRIGAN:  Objection.
 9           MR. GOLDBERG:  Object to the form.
10  BY MR. HANLY:
11     Q.    Withdrawn.
12           The money was transmitted to the
13  Fairfield Jesuit Community?
14     A.    Correct.
15     Q.    The Fairfield Jesuit -- what is the
16  relationship between the Fairfield Jesuit
17  Community and the New England Province of the
18  Society of Jesus, if you know?
19     A.    Well, it's a community in the province
20  of Jesuits.
21     Q.    It's a community of Jesuits in the
22  province of Jesuits, true?
23     A.    Yes.
24     Q.    As an employee of Fairfield
25  University, were there employee benefits which
```

 1  inspired you in the struggle for justice.  Do
 2  you see that at the very beginning?
 3      A.   Yes.
 4      Q.   And then a little further on, one,
 5  two, three, four paragraphs down on the first
 6  page, left-hand column, you say "After that
 7  eye-opening exploratory visit," referencing a
 8  visit earlier, "we had our first mission
 9  volunteer trip to Port-au-Prince in May of 1991,
10  the trip on which Doug Perlitz was a student
11  participant."
12           Do you see that?
13      A.   Yes.
14      Q.   So that was a trip that you
15  participated in as the director of campus
16  ministry, true?
17      A.   Yes.
18      Q.   And Doug Perlitz at the time was a
19  student at Fairfield, true?
20      A.   Yes.
21      Q.   In the second column over going
22  through sort of the history, and one, two, three
23  paragraphs down, you write "At the completion of
24  his MA in theology from Boston College in 1996,
25  Doug referred to Haiti to serve as a pastoral

Page 80

1    minister at Sacred Heart Hospital in Milot.  He
2    was sponsored by the American Association of the
3    Order of Malta, which ran the hospital."
4            Do you see that?
5       A.   Yes.
6       Q.   And you understood that statement that
7    you wrote to be true?
8       A.   Yes.
9       Q.   The third paragraph, third column, the
10   first full paragraph you write "Doug was
11   determined to respond to this very real need,"
12   referencing the need of children in Haiti.  "He
13   received the approval and support from the Order
14   of Malta to move to Cap-Haïtien to begin this
15   new work."
16           Do you see that?
17      A.   Yes.
18      Q.   And that was true, too, wasn't it?
19           MR. BABBITT:  Objection.
20      A.   Yes.
21   BY MR. HANLY:
22      Q.   You go on in that paragraph to say
23   "Doug started his school on November 3, 1997 for
24   Wilnaud" -- that was a Haitian boy, right?
25      A.   Yes.

1      Q.     -- "and over 30 of his buddies.
2   Project Pierre Toussaint was born, named after
3   the former Haitian slave who spent his life in
4   New York City caring for the poor in the early
5   1800s."  Correct?
6      A.     Yes.
7      Q.     And that was true, that statement was
8   true as best you knew it?
9      A.     Yes.
10     Q.     And then you say in the next paragraph
11  "Toward the end of that year," apparently
12  referencing 1997, "during one of my regular
13  visits to Doug and his new ministry, he had a
14  spaghetti dinner for over 80 kids.  It was noisy
15  and rowdy, but for a brief moment, the
16  surrounding shabbiness and harshness was
17  transformed and we found ourselves in the dining
18  room," I think "of God's kingdom."
19            Do you see that?
20     A.     Yes.
21     Q.     And those are your words?
22     A.     Yes.
23     Q.     In the far -- in the fourth column on
24  the right, the first full sentence says "Village
25  Pierre Toussaint opened in 1999 and is now" --

1  truthfully in the newsletter we looked at a few
2  moments ago, you travelled to Haiti in
3  connection with Project Pierre Toussaint once a
4  month --
5           MR. FOLKMAN:  Objection.
6           MR. BABBITT:  Objection.
7  BY MR. HANLY:
8     Q.    -- right?
9     A.    Not once a month, no.
10    Q.    Ten times a year?
11    A.    I don't remember the exact number.
12    Q.    Okay.  Well, if you have regard to the
13 exhibit that we looked at, this one, you wrote
14 that "For the past few years" --
15           MR. O'NEILL:  Which exhibit number is
16 that?
17           MR. HANLY:  It's this one.  I don't
18 know what number it is.  It's the one with --
19           MR. FOLKMAN:  It's Number 4, Tim.
20    A.    It wasn't consistent, it would vary
21 from year to year, so I probably just
22 generalized and said ten times a year.
23 BY MR. HANLY:
24    Q.    Okay.  So generally speaking across
25 those years from 1997 to 2008, you travelled

```
 1    approximately ten times a year?
 2         A.    Six to ten.
 3         Q.    Okay.  So if it were six times a year
 4    over that 11-year period, that would be 66
 5    trips?  Is my math right?
 6         A.    Sounds it.
 7         Q.    And if it were ten, it would be 110
 8    trips?
 9         A.    Okay.
10         Q.    So some number between 66 and 110
11    trips you made in connection with Project Pierre
12    Toussaint?
13         A.    Yes.
14         Q.    When you made those trips --
15    withdrawn.
16               On any of those trips, did you bring
17    with you cash which you then gave to Doug
18    Perlitz?
19         A.    Yes.
20         Q.    And what was the purpose in giving to
21    Doug Perlitz cash that you had brought with you
22    from the United States?
23         A.    To pay for certain expenses.
24         Q.    And how were those expenses
25    documented?
```