```
                                                              Page 1
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
   ***************************
   GERVIL ST. LOUIS, a/k/a ST.    Consolidated with:
   LOUIS GERVIL,                  3:13-cv-1225-RNC
                                  3:13-cv-1269-RNC
               Plaintiff,         3:13-cv-1437-RNC
                                  3:13-cv-1480-RNC
        v.                        3:13-cv-1626-RNC
                                  3:13-cv-1627-RNC
   DOUGLAS PERLITZ, FATHER        3:13-cv-1628-RNC
   PAUL E. CARRIER, S.J.; HOPE    3:13-cv-1629-RNC
   E. CARTER; HAITI FUND,         3:13-cv-1630-RNC
   INC.; FAIRFIELD UNIVERSITY;    3:13-cv-1631-RNC
   THE SOCIETY OF JESUS OF NEW    3:13-cv-1632-RNC
   ENGLAND; SOVEREIGN MILITARY    3:13-cv-1633-RNC
   HOSPITALLER ORDER OF ST.       3:13-cv-1634-RNC
   JOHN OF JERUSALEM OF RHODES    3:13-cv-1635-RNC
   AND OF MALTA, AMERICAN         3:13-cv-1636-RNC
   ASSOCIATION, U.S.A.; a/k/a     3:13-cv-1637-RNC
   ORDER OF MALTA, AMERICAN       3:13-cv-1638-RNC
   ASSOCIATION, U.S.A.; JOHN      3:13-cv-1639-RNC
   DOE ONE; JOHN DOE TWO; JOHN    3:13-cv-1640-RNC
   DOE THREE; JOHN DOE FOUR;      3:13-cv-1641-RNC
   JOHN DOE FIVE; JOHN DOE SIX    3:13-cv-1642-RNC
   and JOHN DOE SEVEN,            3:13-cv-1644-RNC
                                  3:13-cv-1645-RNC
               Defendants.        3:13-cv-1647-RNC
                                  3:13-cv-1648-RNC
                                  3:13-cv-1701-RNC
                                  3:13-cv-1767-RNC
                                  3:13-cv-1768-RNC
                                  3:13-cv-1769-RNC
                                  3:13-cv-1881-RNC
                                  3:13-cv-1904-RNC
                                  3:13-cv-1906-RNC
                                  3:13-cv-1907-RNC
   *****************************
   This document applies to:
   All of the above referenced cases
   And those to be filed
   *****************************
    CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
          VIDEOTAPED DEPOSITION OF CHERYL H. PERLITZ
              Wednesday, April 23rd, 2014
                    9:37 a.m.
```

1     Q.   '4?
2     A.   -- 5, I think it was '95, yes.
3     Q.   And do you know the circumstances
4  under which he went back to Haiti following his
5  degree from Boston College?
6     A.   Well, he knew he wanted to help there,
7  and so he went down and he worked at the
8  hospital near Port-au-Prince.  I don't know the
9  name of it.
10    Q.   Okay.  And was he, to your knowledge,
11 at that time, was he sponsored by any entity or
12 organization?
13         MR. WANAT:  Object to the form.
14 BY MR. HANLY:
15    Q.   You may answer.
16         THE WITNESS:  He objected?
17         MR. BARRY:  You can answer the
18 question.
19         THE WITNESS:  Okay.
20         Yes.
21 BY MR. HANLY:
22    Q.   And what entity or organization
23 provided sponsorship?
24         MR. BABBITT:  Objection.
25    A.   I believe it was the beginning of what

1   became the Haiti Fund.
2   BY MR. HANLY:
3       Q.  And who did you understand initially
4   were the sponsors of what became the Haiti Fund?
5           MR. BABBITT:  Objection.
6           MR. WANAT:  Objection.
7       A.  You know, I really don't know.
8   BY MR. HANLY:
9       Q.  Now, when he went to Haiti for this
10  second visit -- withdrawn.
11          When he went to Haiti following Boston
12  College, did he more or less move there?
13      A.  Yes.
14      Q.  And did he remain there for a number
15  of years, with occasional trips back to the US?
16      A.  Yes.
17      Q.  Okay.  And did there come a time when
18  the work that he was doing in Haiti began to be
19  done in the area around Cap-Haitien, Haiti?
20      A.  Cap-Haitien?
21      Q.  Yes.
22      A.  Clarify that question.  I'm not
23  sure --
24      Q.  Sure.
25      A.  -- what you're talking about.