```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                 Civil Action No.
                                 3:13-cv-01132(RNC)
   ****************************
   GERVIL ST. LOUIS, a/k/a ST.   Consolidated with:
   LOUIS GERVIL,                 3:13-cv-1225-RNC
                                 3:13-cv-1269-RNC
                    Plaintiff,   3:13-cv-1437-RNC
                                 3:13-cv-1480-RNC
        v.                       3:13-cv-1626-RNC
                                 3:13-cv-1627-RNC
   DOUGLAS PERLITZ, FATHER       3:13-cv-1628-RNC
   PAUL E. CARRIER, S.J.; HOPE   3:13-cv-1629-RNC
   E. CARTER; HAITI FUND,        3:13-cv-1630-RNC
   INC.; FAIRFIELD UNIVERSITY;   3:13-cv-1631-RNC
   THE SOCIETY OF JESUS OF NEW   3:13-cv-1632-RNC
   ENGLAND; SOVEREIGN MILITARY   3:13-cv-1633-RNC
   HOSPITALLER ORDER OF ST.      3:13-cv-1634-RNC
   JOHN OF JERUSALEM OF RHODES   3:13-cv-1635-RNC
   AND OF MALTA, AMERICAN        3:13-cv-1636-RNC
   ASSOCIATION, U.S.A.; a/k/a    3:13-cv-1637-RNC
   ORDER OF MALTA, AMERICAN      3:13-cv-1638-RNC
   ASSOCIATION, U.S.A.; JOHN     3:13-cv-1639-RNC
   DOE ONE; JOHN DOE TWO; JOHN   3:13-cv-1640-RNC
   DOE THREE; JOHN DOE FOUR;     3:13-cv-1641-RNC
   JOHN DOE FIVE; JOHN DOE SIX   3:13-cv-1642-RNC
   and JOHN DOE SEVEN,           3:13-cv-1644-RNC
                                 3:13-cv-1645-RNC
                    Defendants.  3:13-cv-1647-RNC
                                 3:13-cv-1648-RNC
                                 3:13-cv-1701-RNC
                                 3:13-cv-1767-RNC
                                 3:13-cv-1768-RNC
                                 3:13-cv-1769-RNC
                                 3:13-cv-1881-RNC
                                 3:13-cv-1904-RNC
                                 3:13-cv-1906-RNC
                                 3:13-cv-1907-RNC
   ****************************
   This document applies to:
   All of the above referenced cases
   And those to be filed
   ****************************
   CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
         VIDEOTAPED DEPOSITION OF BARBARA FIORDA

              August 28, 2015     9:30 a.m.
```

Page 148

1  Q.  -- there's an entry for that.
2  A.  -- I do remember that.
3  Q.  Do you recall that the Haiti Fund
4  paid monies for health or dental services that
5  weren't covered by insurance incurred by Andy
6  Schultheis?
7  A.  I remember -- well, Andy Schultheis
8  not so much.
9  Q.  How about Doug Perlitz?
10 A.  Yes, I do remember that when Doug
11 would come up for his annual summer visits he
12 would go to the eye doctor, and he'd go to the
13 dentist, he'd go to be checked out, and more
14 often than not that was probably what today would
15 be a co-pay but back then was the 20 percent that
16 wasn't paid by insurance.
17 Q.  And the Haiti Fund would pay that?
18 A.  As far as I know.
19 Q.  For Mr. Perlitz?
20 A.  Yes.
21 Q.  And then there's an entry deferred
22 comp.
23 A.  I see that.  I just honestly -- I
24 honestly -- I don't -- what year is this?
25 Q.  Dated 2004.

```
 1          Q.     Okay.  So you're not sure about
 2     Mr. Schultheis, but you're --
 3          A.     I'm pretty sure he got it, but I
 4     mean, I just wasn't that involved with...
 5          Q.     Understood, understood.  Are you
 6     sure that the Haiti Fund paid deferred comp. to
 7     Mr. Perlitz?
 8          A.     I believe they paid something into
 9     an account for him, yes.
10          Q.     Okay.
11          A.     For him for when he came back to
12     the United States.
13          Q.     Looking again at Exhibit 32,
14     there's a line for travel (two visits home).
15          A.     Mm-hmm.
16          Q.     Did Haiti Fund pay for
17     Mr. Schultheis to travel home twice a year?
18          A.     Yes, they must have.
19          Q.     How about Doug Perlitz, did --
20          A.     Yes.
21          Q.     -- Haiti Fund pay his travel as
22     well?
23          A.     I don't know recall whether it was
24     twice.  I believe he did come home twice a year,
25     yeah.  I remember always he was home in the
```

1    summer.
2         Q.    And when he came home, did the
3    Haiti Fund pay for that?
4         A.    Yeah, yes.
5         Q.    The last entry in this list is
6    retreat --
7         A.    Mm-hmm.
8         Q.    -- do you see that?
9         A.    Yeah.
10        Q.    Do you recall what that was?
11        A.    Yeah, religious retreats.  Each,
12   each -- each of them would be encouraged to do a
13   week long retreat.
14        Q.    Each of them being who?
15        A.    Andy and Doug.
16        Q.    All right.  And the Haiti Fund
17   would pay for --
18        A.    Yeah.
19        Q.    -- these religious retreats that
20   Mr. Perlitz would go on?
21        A.    Yeah.
22        Q.    And Mr. Schultheis?
23        A.    I am assuming.  I don't even
24   remember that Andy Schultheis went on a retreat,
25   but I'm sure that he did.