UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS, a/k/a ST. LOUIS GERVIL<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS OF NEW ENGLAND; SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICAN ASSOCIATION, U.S.A., a/k/a ORDER OF MALTA, AMERICAN ASSOCIATION, USA JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; JOHN DOE FOUR; JOHN DOE FIVE; JOHN DOE SIX; and JOHN DOE SEVEN,<br><br>Defendants. | Lead Civil Action No.:<br>3:13-cv-01132-RNC<br><br>Consolidated with:<br>3:13-cv-1225     3:13-cv-1640<br>3:13-cv-1269     3:13-cv-1641<br>3:13-cv-1437     3:13-cv-1642<br>3:13-cv-1480     3:13-cv-1644<br>3:13-cv-1626     3:13-cv-1645<br>3:13-cv-1627     3:13-cv-1647<br>3:13-cv-1628     3:13-cv-1648<br>3:13-cv-1629     3:13-cv-1701<br>3:13-cv-1630     3:13-cv-1767<br>3:13-cv-1631     3:13-cv-1768<br>3:13-cv-1632     3:13-cv-1769<br>3:13-cv-1633     3:13-cv-1881<br>3:13-cv-1634     3:13-cv-1904<br>3:13-cv-1635     3:13-cv-1906<br>3:13-cv-1636     3:13-cv-1907<br>3:13-cv-1637     3:14-cv-0125<br>3:13-cv-1638     3:14-cv-0668<br>3:13-cv-1639     3:14-cv-0815 |
| *This document applies to*:<br>All cases | |

September 19, 2014

**PLAINTIFF GESNER LECENAT'S RESPONSE TO
CERTAIN DEFENDANTS' FIRST SET OF INTERROGATORIES**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Gesner Lecenat hereby responds to the First Set of Interrogatories served by Hope E. Carter, Fr. Paul E. Carrier, Fairfield University, The Society of Jesus of New England, and the Sovereign Military Hospitaller Order of St. John of Jerusalem of Rhodes and of Malta, American Association, U.S.A. (collectively, "Certain Defendants"), and incorporates herein by reference the General Objections and Objections to Individual Interrogatories contained in the previously served Plaintiffs' Master Objections to First Set of Interrogatories Propounded by Certain Defendants to All Plaintiffs.

*Answer To Interrogatory No. 15*

No.

### **INTERROGATORY NO. 16**

State whether you ever attended a school that you contend was affiliated or associated with PPT. If the answer is yes, please (i) identify the school; (ii) state the dates that you attended the school; and (iii) the grade level(s) or year(s) you completed.

*Answer To Interrogatory No. 16*

See Answer Nos. 5 and 13.

### **INTERROGATORY NO. 17**

For each year from the time you became associated with PPT to the present, state all earned or unearned income or gifts, in cash or in kind, you have received from any source, and state the source and amount of each gift or item of income included in your answer.

*Answer To Interrogatory No. 17*

See Answer No. 7.

Every year in December Project Pierre Toussaint gave us sneakers. Project Pierre Toussaint gave me a t-shirt during the 10 year anniversary celebration. Another time Madame Carter came and gave us t-shirts to play basketball in. One time Douglas told me he would give me an mp3 player, but I had to go to Bel Air to get it. However, I did not go to Bel Air, because I believed that if I went to Bel Air it would be bad for me. At that time I believed Douglas would abuse me. Douglas also gave all the boys t-shirts with Fairfield University's logo on the t-shirts.

### **INTERROGATORY NO. 18**

Have you received any money, gift or item of value from any defendant, and, if so, please state what was received, from whom, and the date(s) of receipt.

*Answer To Interrogatory No. 18*

See Answer Nos. 7 and 17.

### **INTERROGATORY NO. 19**

With regard to the allegations of sexual abuse, sexual misconduct, or sexual exploitation committed against you ("abuse") by Perlitz which you allege in your Complaint:

      a.    state every date in chronological order on which you claim that Perlitz abused

        you and if you cannot, state your best approximation of those dates and state the basis for that approximation;
- b. state the number of occasions on which you allege you were abused by Perlitz;
- c. state exactly what you allege occurred during each alleged instance of abuse by Perlitz including the location, date, time, and duration of the abuse, and;
- d. identify each person known to you who observed or witnessed the abuse alleged in your Complaint.

*Answer To Interrogatory No. 19*

At the end of May in approximately 2006 when I was about 14 to 15 years old and about to receive my first Communion, Douglas took us to a house of nuns in Rival. In Rival everyone got a room to sleep in. I went to my room to sleep. Later that night, after I had gone to sleep, I felt a hand squeeze my butt so hard that I woke up. When I woke up I felt a hand pressing into my anus. It was Douglas who had come into my room while I was sleeping. I felt Douglas's hand press into my anus. Douglas told me not to be afraid and not to tell anyone what Douglas was doing. Douglas told me if I ever told anyone he would kick me out of the Village.

Douglas touched me another time in the Village. It was less than a year after the first time. This happened in Douglas's private office in the Village. At that time I was in school and my shoes were worn out, so I went to Douglas to ask for some money to buy a pair of shoes. Douglas did not want to give me the money to buy shoes. Douglas said he could not give me the money because I did not want to do what Douglas wanted me to do with him. Douglas started touching me. Douglas was sitting in a chair and I was near him. While I was standing up, Douglas started touching my body. Douglas put his hand on my butt and rubbed my butt. I felt Douglas's hand press into my anus. Douglas asked me to have sex with him for the money. I told him I could not. Douglas said he could not give me the money for the shoes because I would not have sex with him. I told him I would rather go to school with the shoes the way they were. I left.

Douglas asked me to go to Bel Air many times, but I did not go. I recall only once going to Bel Air, but that time was with a lot of other kids. We went to get shoes for our early communion. Julie, the lady who did the catechisms with us, was present as well.

### INTERROGATORY NO. 20

State whether you have ever denied that you were a victim of the abuse alleged in your Complaint. If the answer is yes, please identify each person to whom you denied the alleged abuse, the date when you denied the alleged abuse, and the circumstances by which you denied the alleged abuse.

*Answer To Interrogatory No. 20*

I do not remember ever denying being abused by Douglas.

### INTERROGATORY NO. 21

Identify any person, other than Perlitz, who you allege ever sexually molested, sexually abused

- 7 -

Dated: September 19, 2014

      Signed as to incorporated objections,

By:  <u>/s/ Mitchell Garabedian</u>
Mitchell Garabedian (phv04676)
garabedianlaw@msn.com
William H. Gordon (phv04677)
wgordon@garabedianlaw.com
Law Offices of Mitchell Garabedian
100 State Street, 6th Floor
Boston, MA 02109
Phone: (617) 523-6250

Paul J. Hanly, Jr. (phv04680)
phanly@simmonsfirm.com
Andrea Bierstein (phv04678)
abierstein@simmonsfirm.com
Jayne Conroy (phv04679)
jconroy@simmonsfirm.com
SIMMONS HANLY CONROY
112 Madison Ave., 7th floor
New York, New York 10016
Phone: (212) 784-6400

Steven J. Errante (ct04292)
SErrante@ltke.com
Marisa A. Bellair (ct23802)
Lynch, Traub, Keefe, & Errante, P.C.
P.O. Box 1612
52 Trumbull Street
New Haven, CT 06510
Phone: (203) 787-0275
Fax: (203) 782-0278

## VERIFIKASYON

Mwen, <u>Gesner Lecenat</u>, te li repons anvan yo e yo kòrèk ak egzat nan pi bon kapasite mwen.

Siyen annba pinisyon ak penalite pou fo temwayaj <u>19</u> jou nan mwa Septanm, 2014.

*Gesner Lecenat*