```
                UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
    ***************************
    GERVIL ST. LOUIS, a/k/a ST.     Consolidated with:
    LOUIS GERVIL,                   3:13-cv-1225-RNC
                                    3:13-cv-1269-RNC
                    Plaintiff,      3:13-cv-1437-RNC
                                    3:13-cv-1480-RNC
        v.                          3:13-cv-1626-RNC
                                    3:13-cv-1627-RNC
    DOUGLAS PERLITZ, FATHER         3:13-cv-1628-RNC
    PAUL E. CARRIER, S.J.; HOPE     3:13-cv-1629-RNC
    E. CARTER; HAITI FUND,          3:13-cv-1630-RNC
    INC.; FAIRFIELD UNIVERSITY;     3:13-cv-1631-RNC
    THE SOCIETY OF JESUS OF NEW     3:13-cv-1632-RNC
    ENGLAND; SOVEREIGN MILITARY     3:13-cv-1633-RNC
    HOSPITALLER ORDER OF ST.        3:13-cv-1634-RNC
    JOHN OF JERUSALEM OF RHODES     3:13-cv-1635-RNC
    AND OF MALTA, AMERICAN          3:13-cv-1636-RNC
    ASSOCIATION, U.S.A.; a/k/a      3:13-cv-1637-RNC
    ORDER OF MALTA, AMERICAN        3:13-cv-1638-RNC
    ASSOCIATION, U.S.A.; JOHN       3:13-cv-1639-RNC
    DOE ONE; JOHN DOE TWO; JOHN     3:13-cv-1640-RNC
    DOE THREE; JOHN DOE FOUR;       3:13-cv-1641-RNC
    JOHN DOE FIVE; JOHN DOE SIX     3:13-cv-1642-RNC
    and JOHN DOE SEVEN,             3:13-cv-1644-RNC
                                    3:13-cv-1645-RNC
                    Defendants.     3:13-cv-1647-RNC
                                    3:13-cv-1648-RNC
                                    3:13-cv-1701-RNC
                                    3:13-cv-1767-RNC
                                    3:13-cv-1768-RNC
                                    3:13-cv-1769-RNC
                                    3:13-cv-1881-RNC
                                    3:13-cv-1904-RNC
                                    3:13-cv-1906-RNC
                                    3:13-cv-1907-RNC
    ***************************
    This document applies to:
    All of the above referenced cases
    And those to be filed
    ***************************
                      CONFIDENTIAL
          SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
        VIDEOTAPED DEPOSITION OF JESSICA WAY LOZIER
                Saturday, February 28th, 2015
                          9:37 a.m.
```

```
 1        A.   I guess when I started medical school
 2   three years ago.
 3        Q.   Okay.  So were you in Haiti beginning
 4   in 2007?
 5        A.   Yes.
 6        Q.   Okay.  What month in 2007?
 7        A.   I think we started in August.
 8        Q.   And when did you leave Haiti -- I'll
 9   use the term "for good," but that's kind of a
10   strange term, but when did you leave Haiti and
11   then start medical school?
12        A.   2012, I think.
13        Q.   And what month was that in 2012?
14        A.   I was on a contract with SOIL until
15   December of 2012.
16        Q.   Okay.  And where were you enrolled in
17   medical school, or where were you -- did you
18   begin medical school in the winter of 2013?
19        A.   Yes.  Actually, I'm sorry, I think it
20   was the year before that.  Let's see.  So we're
21   in 2015 now, I'm just starting my fourth year,
22   so 2013 I'm starting my third year.  2012, 2011
23   is when I was starting.
24        Q.   So did you leave SOIL in December of
25   2011?
```

1    A.   I think so.  I'm sorry, I'm just
2    trying to do the math.
3        Q.   That's okay.  When we think about this
4    a little bit more and you see some things, we
5    can change these dates.  I just want to make
6    sure we're -- or I get some idea.
7             And then you began medical school in
8    January of 2012?
9        A.   Mm-hmm, I believe so.
10       Q.   And where was that?
11       A.   At -- it's an international medical
12   school at the University of Queensland in
13   Australia.  So the first two years are in
14   Brisbane, Australia, and the second two years
15   are in New Orleans, Louisiana.
16       Q.   So the first two years, so from winter
17   of 2012 to winter of 2014, does that sound
18   right?
19       A.   Mm-hmm.
20       Q.   And then you went to -- what is the
21   name of the school in New Orleans?
22       A.   Ochsner.
23       Q.   How do you spell that?
24       A.   O-C-H-S-N-E-R, it's Ochsner Clinical
25   Foundation.