UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS, a/k/a ST. LOUIS GERVIL<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS OF NEW ENGLAND; SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICAN ASSOCIATION, U.S.A., a/k/a ORDER OF MALTA, AMERICAN ASSOCIATION, USA JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; JOHN DOE FOUR; JOHN DOE FIVE; JOHN DOE SIX; and JOHN DOE SEVEN,<br><br>Defendants. | Lead Civil Action No.:<br>3:13-cv-01132-RNC<br><br>Consolidated with:<br>3:13-cv-1225   3:13-cv-1640<br>3:13-cv-1269   3:13-cv-1641<br>3:13-cv-1437   3:13-cv-1642<br>3:13-cv-1480   3:13-cv-1644<br>3:13-cv-1626   3:13-cv-1645<br>3:13-cv-1627   3:13-cv-1647<br>3:13-cv-1628   3:13-cv-1648<br>3:13-cv-1629   3:13-cv-1701<br>3:13-cv-1630   3:13-cv-1767<br>3:13-cv-1631   3:13-cv-1768<br>3:13-cv-1632   3:13-cv-1769<br>3:13-cv-1633   3:13-cv-1881<br>3:13-cv-1634   3:13-cv-1904<br>3:13-cv-1635   3:13-cv-1906<br>3:13-cv-1636   3:13-cv-1907<br>3:13-cv-1637   3:14-cv-0125<br>3:13-cv-1638   3:14-cv-0668<br>3:13-cv-1639   3:14-cv-0815 |
| *This document applies to*:<br>All cases | |

September 19, 2014

**PLAINTIFF JACQUES MACKENSON'S RESPONSE TO
CERTAIN DEFENDANTS' FIRST SET OF INTERROGATORIES**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff Jacques Mackenson hereby responds to the First Set of Interrogatories served by Hope E. Carter, Fr. Paul E. Carrier, Fairfield University, The Society of Jesus of New England, and the Sovereign Military Hospitaller Order of St. John of Jerusalem of Rhodes and of Malta, American Association, U.S.A. (collectively, "Certain Defendants"), and incorporates herein by reference the General Objections and Objections to Individual Interrogatories contained in the previously served Plaintiffs' Master Objections to First Set of Interrogatories Propounded by Certain Defendants to All Plaintiffs.

**INTERROGATORIES**

**INTERROGATORY NO. 1**

Please state your full name (and any other name(s) by which you have been known), your date of birth, and the address of your residence or location where you live. If you cannot state your date

### **INTERROGATORY NO. 18**

Have you received any money, gift or item of value from any defendant, and, if so, please state what was received, from whom, and the date(s) of receipt.

*Answer To Interrogatory No. 18*

See Answer No. 17

### **INTERROGATORY NO. 19**

With regard to the allegations of sexual abuse, sexual misconduct, or sexual exploitation committed against you ("abuse") by Perlitz which you allege in your Complaint:

a.  state every date in chronological order on which you claim that Perlitz abused you and if you cannot, state your best approximation of those dates and state the basis for that approximation;
b.  state the number of occasions on which you allege you were abused by Perlitz;
c.  state exactly what you allege occurred during each alleged instance of abuse by Perlitz including the location, date, time, and duration of the abuse, and;
d.  identify each person known to you who observed or witnessed the abuse alleged in your Complaint.

*Answer To Interrogatory No. 19*

I was sexually abused by Perlitz. I do not know exact dates, times, or duration. The abuse included fondling and sodomy. I can recall two times that this happened to me. The first time was at the shower at Carinage. I was late coming to school. He helped me enter to take a shower. He told me that if I don't agree, I would lose all privilege. He made me put my mouth on his penis, and then he inserted his penis in my buttocks. I do not recall anyone seeing me. The second time was about one month later. He told me to help him carry something to the car and bring it to Bel Air. While driving, he pulled aside in a deserted area. I resisted and he ut his hand over my mouth and asked me "wouldn't I like nice things like walkman, sneakers,…?" He pulled my shorts down and inserted his penis in my buttocks. I bled. Someone might have seen me get in the car, but I don't know. When he did this to me, Jessica was in Haiti and boys were living at Rue 14.

### **INTERROGATORY NO. 20**

State whether you have ever denied that you were a victim of the abuse alleged in your Complaint. If the answer is yes, please identify each person to whom you denied the alleged abuse, the date when you denied the alleged abuse, and the circumstances by which you denied the alleged abuse.

*Answer To Interrogatory No. 20*

Dated: September 19, 2014                     Signed as to incorporated objections,

                                                       By:     /s/ Mitchell Garabedian
                                                               Mitchell Garabedian (phv04676)
                                                               garabedianlaw@msn.com
                                                                William H. Gordon (phv04677)
                                                               wgordon@garabedianlaw.com
                                                               Law Offices of Mitchell Garabedian
                                                               100 State Street, 6th Floor
                                                               Boston, MA 02109
                                                               Phone: (617) 523-6250

                                                               Paul J. Hanly, Jr. (phv04680)
                                                               phanly@simmonsfirm.com
                                                               Andrea Bierstein (phv04678)
                                                               abierstein@ simmonsfirm.com
                                                               Jayne Conroy (phv04679)
                                                               jconroy@ simmonsfirm.com
                                                               SIMMONS HANLY CONROY
                                                               112 Madison Ave., 7th floor
                                                               New York, New York 10016
                                                               Phone: (212) 784-6400

                                                               Steven J. Errante (ct04292)
                                                               SErrante@ltke.com
                                                               Marisa A. Bellair (ct23802)
                                                               Lynch, Traub, Keefe, & Errante, P.C.
                                                               P.O. Box 1612
                                                               52 Trumbull Street
                                                               New Haven, CT 06510
                                                               Phone: (203) 787-0275
                                                               Fax: (203) 782-0278

William H. Gordon (phv04677)
wgordon@garabedianlaw.com
Law Offices of Mitchell Garabedian
100 State Street, 6th Floor
Boston, MA 02109
Phone: (617) 523-6250

Paul J. Hanly, Jr. (phv04680)
phanly@simmonsfirm.com
Andrea Bierstein (phv04678)
abierstein@simmonsfirm.com
Jayne Conroy (phv04679)
jconroy@simmonsfirm.com
SIMMONS HANLY CONROY
112 Madison Ave., 7th floor
New York, New York 10016
Phone: (212) 784-6400

Steven J. Errante (ct04292)
SErrante@ltke.com
Marisa A. Bellair (ct23802)
Lynch, Traub, Keefe, &Errante, P.C.
P.O. Box 1612
52 Trumbull Street
New Haven, CT 06510
Phone: (203) 787-0275
Fax: (203) 782-0278

## VERIFIKASYON

Mwen, ___Jacques Mackenson___, te li repons anvan yo e yo kòrèk ak egzat nan pi bon kapasite mwen.

Siyen annba pinisyon ak penalite pou fo temwayaj ___ jou nan mwa Septanm, 2014.

*Jacques mackenson*