```
                UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
         ***************************
         GERVIL ST. LOUIS, a/k/a ST.    Consolidated with:
         LOUIS GERVIL,                  3:13-cv-1225-RNC
                                        3:13-cv-1269-RNC
                        Plaintiff,      3:13-cv-1437-RNC
                                        3:13-cv-1480-RNC
              v.                        3:13-cv-1626-RNC
                                        3:13-cv-1627-RNC
         DOUGLAS PERLITZ, FATHER        3:13-cv-1628-RNC
         PAUL E. CARRIER, S.J.; HOPE    3:13-cv-1629-RNC
         E. CARTER; HAITI FUND,         3:13-cv-1630-RNC
         INC.; FAIRFIELD UNIVERSITY;    3:13-cv-1631-RNC
         THE SOCIETY OF JESUS OF NEW    3:13-cv-1632-RNC
         ENGLAND; SOVEREIGN MILITARY    3:13-cv-1633-RNC
         HOSPITALLER ORDER OF ST.       3:13-cv-1634-RNC
         JOHN OF JERUSALEM OF RHODES    3:13-cv-1635-RNC
         AND OF MALTA, AMERICAN         3:13-cv-1636-RNC
         ASSOCIATION, U.S.A.; a/k/a     3:13-cv-1637-RNC
         ORDER OF MALTA, AMERICAN       3:13-cv-1638-RNC
         ASSOCIATION, U.S.A.; JOHN      3:13-cv-1639-RNC
         DOE ONE; JOHN DOE TWO; JOHN    3:13-cv-1640-RNC
         DOE THREE; JOHN DOE FOUR;      3:13-cv-1641-RNC
         JOHN DOE FIVE; JOHN DOE SIX    3:13-cv-1642-RNC
         and JOHN DOE SEVEN,            3:13-cv-1644-RNC
                                        3:13-cv-1645-RNC
                        Defendants.     3:13-cv-1647-RNC
                                        3:13-cv-1648-RNC
                                        3:13-cv-1701-RNC
                                        3:13-cv-1767-RNC
                                        3:13-cv-1768-RNC
                                        3:13-cv-1769-RNC
                                        3:13-cv-1881-RNC
                                        3:13-cv-1904-RNC
                                        3:13-cv-1906-RNC
                                        3:13-cv-1907-RNC
         ****************************
         This document applies to:
         All of the above referenced cases
         And those to be filed
         ****************************
         CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
              VIDEOTAPED 30(b)(6) DEPOSITION OF
              FAIRFIELD UNIVERSITY by MARK C. REED

                   Monday, February 15, 2016
```

1          A.    That's correct.

2          Q.    But here the first digit does not

3    signify something that you're aware of?

4          A.    No, it does not.

5          Q.    And the vendor listed there is Paul

6    Carrier?

7          A.    Yes.

8          Q.    And he was director of campus ministry

9    at this point, wasn't he, in August of '05?

10         A.    He was.

11         Q.    He was also the chaplain for Fairfield

12   University at this time, wasn't he?

13         A.    It's the same job.

14         Q.    And he received a salary?

15         A.    He did.  No, he personally did not

16   receive a salary.

17         Q.    Well, no, but there was a salary that

18   was paid in his name, wasn't there?

19         A.    Yes.

20         Q.    And that salary was paid over to the

21   Fairfield Jesuit Community?

22         A.    Correct.

23         Q.    But there was a salary for him, but he

24   agreed -- he had submitted a paper or agreement

25   with the university that that was to be paid

1    over to the Fairfield Jesuit Community, is that

2    correct?

3         A.    That's correct.

4         Q.    So he's listed as a vendor here?

5         A.    Yes.

6         Q.    For $50,828.96?  Did I read that

7    right?

8         A.    Yes.

9         Q.    Okay.  Do you know why Father Paul

10   Carrier is listed as a vendor --

11        A.    I don't.

12        Q.    -- for Fairfield University?

13        A.    I don't.

14        Q.    You never learned why $50,000 was paid

15   to him as a vendor?

16             MR. LU:  Objection.

17        A.    I had no reason to know why.  This is

18   in 2005.  I was not his supervisor nor involved.

19   BY MR. GORDON:

20        Q.    And at some point was there an audit

21   conducted by Fairfield University of money spent

22   on the Haiti Fund and Project Pierre Toussaint?

23             MR. GOLDBERG:  Objection to form.

24        A.    There was an operational review of the

25   office of campus ministry at some point, yes.