```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
    ***************************
    GERVIL ST. LOUIS, a/k/a ST.     Consolidated with:
    LOUIS GERVIL,                   3:13-cv-1225-RNC
                                    3:13-cv-1269-RNC
                    Plaintiff,      3:13-cv-1437-RNC
                                    3:13-cv-1480-RNC
         v.                         3:13-cv-1626-RNC
                                    3:13-cv-1627-RNC
    DOUGLAS PERLITZ, FATHER         3:13-cv-1628-RNC
    PAUL E. CARRIER, S.J.; HOPE     3:13-cv-1629-RNC
    E. CARTER; HAITI FUND,          3:13-cv-1630-RNC
    INC.; FAIRFIELD UNIVERSITY;     3:13-cv-1631-RNC
    THE SOCIETY OF JESUS OF NEW     3:13-cv-1632-RNC
    ENGLAND; SOVEREIGN MILITARY     3:13-cv-1633-RNC
    HOSPITALLER ORDER OF ST.        3:13-cv-1634-RNC
    JOHN OF JERUSALEM OF RHODES     3:13-cv-1635-RNC
    AND OF MALTA, AMERICAN          3:13-cv-1636-RNC
    ASSOCIATION, U.S.A.; a/k/a      3:13-cv-1637-RNC
    ORDER OF MALTA, AMERICAN        3:13-cv-1638-RNC
    ASSOCIATION, U.S.A.; JOHN       3:13-cv-1639-RNC
    DOE ONE; JOHN DOE TWO; JOHN     3:13-cv-1640-RNC
    DOE THREE; JOHN DOE FOUR;       3:13-cv-1641-RNC
    JOHN DOE FIVE; JOHN DOE SIX     3:13-cv-1642-RNC
    and JOHN DOE SEVEN,             3:13-cv-1644-RNC
                                    3:13-cv-1645-RNC
                    Defendants.     3:13-cv-1647-RNC
                                    3:13-cv-1648-RNC
                                    3:13-cv-1701-RNC
                                    3:13-cv-1767-RNC
                                    3:13-cv-1768-RNC
                                    3:13-cv-1769-RNC
                                    3:13-cv-1881-RNC
                                    3:13-cv-1904-RNC
                                    3:13-cv-1906-RNC
                                    3:13-cv-1907-RNC
    *****************************
    This document applies to:
    All of the above referenced cases
    And those to be filed
    *****************************
     CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
        VIDEOTAPED 30(b)(6) DEPOSITION OF SOCIETY OF
       JESUS OF NEW ENGLAND BY THOMAS J. REGAN, S.J.
             Thursday, January 7th, 2016
                      9:44 a.m.
```

Page 42

1        Q.   Holy Cross is the college.  And
2    Fairfield University and Boston College were the
3    two universities?
4        A.   Yes, sir.
5        Q.   They both had Jesuit communities?
6        A.   Yes, sir.
7        Q.   And they both had universities?  Well,
8    university and a Jesuit community separate?
9        A.   Two entities.
10       Q.   Two entities.
11       A.   This document began the process of
12   separating the university from the community.
13       Q.   Okay.
14       A.   Prior to that, if I could say, when
15   the university was founded, the Jesuit community
16   would operate as basically a cost center of the
17   university.  So the Jesuit community expenses
18   were no different from the math department and
19   would be part of the budget.  After this -- and
20   Jesuits never received salaries.
21            And so after these separate
22   corporation agreements went into place, the
23   Jesuit Community, Inc., whether that be Boston
24   College or Holy Cross or Fairfield, became a
25   distinct entity, and for the first time Jesuits

1  were given salaries commensurate with their
2  academic rank.
3          The same process worked through in the
4  previous way, the entity called the University
5  would pay the expenses of the Jesuit community,
6  but then when separate incorporation took place
7  the Jesuit community would then get a salary,
8  and the expectation was that anything over and
9  above their expenses would be returned to the
10 university as a philanthropic gift.
11      Q.  And with these separate incorporations
12 of the communities from the universities, there
13 then were agreements like this Exhibit Number 5
14 where there was an understanding that salaries
15 would be paid, but that the salaries would be
16 turned over to the Jesuit community?
17      A.  Correct.
18      Q.  Okay.  And was the structure such that
19 the Jesuit community would then pay living
20 expenses to the Jesuits, but then return to the
21 university some of that money?
22      A.  Yes.
23      Q.  And in Fairfield's case, some of the
24 money may have gone also to the prep school in
25 Fairfield?