```
                UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
                                Civil Action No.
                                3:13-cv-01132(RNC)
****************************
GERVIL ST. LOUIS, a/k/a ST.    Consolidated with:
LOUIS GERVIL,                  3:13-cv-1225-RNC
                               3:13-cv-1269-RNC
                Plaintiff,     3:13-cv-1437-RNC
                               3:13-cv-1480-RNC
      v.                       3:13-cv-1626-RNC
                               3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER        3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE    3:13-cv-1629-RNC
E. CARTER; HAITI FUND,         3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;    3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW    3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY    3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.       3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES    3:13-cv-1635-RNC
AND OF MALTA, AMERICAN         3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a     3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN       3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN      3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN    3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;      3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX    3:13-cv-1642-RNC
and JOHN DOE SEVEN,            3:13-cv-1644-RNC
                               3:13-cv-1645-RNC
                Defendants.    3:13-cv-1647-RNC
                               3:13-cv-1648-RNC
                               3:13-cv-1701-RNC
                               3:13-cv-1767-RNC
                               3:13-cv-1768-RNC
                               3:13-cv-1769-RNC
                               3:13-cv-1881-RNC
                               3:13-cv-1904-RNC
                               3:13-cv-1906-RNC
                               3:13-cv-1907-RNC
****************************
This document applies to:
All of the above referenced cases
And those to be filed
****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
VIDEOTAPED 30(b)(6) DEPOSITION OF FATHER JEFFREY von ARX

             December 11, 2015      9:47 a.m.
             Maryellen Coughlin, RPR/CRR
```

1    always a part, while it was an independent

2    province, of the Society of Jesus of New England?

3                    MR. FOLKMAN:  Objection to form.

4                    MR. KERRIGAN:  Objection.

5         A.      Yes.

6         Q.      And the reason why I'm referring to

7    the past, tell me if I'm wrong but the Society of

8    Jesus of New England has merged with another

9    province now becoming a larger province called

10   the Northeast Province --

11        A.      That's correct.

12        Q.      -- of the Society of Jesus?

13        A.      That's correct.

14        Q.      Okay.  Did anyone ever talk to you

15   about why the Fairfield Jesuit Community

16   incorporated?

17        A.      I'm certainly aware of the fact

18   that it did incorporate at a certain point.  I'd

19   be familiar with some of the reasons why that

20   happened and the history of it.  I wasn't there

21   when it happened, but I'm certainly familiar with

22   the fact that the separation currently exists.

23        Q.      Okay.

24                    (Exhibit No. 8 was marked

25                      for identification.)

1          Q.       (BY MR. GORDON) I'm going to show

2     you what's been marked as Exhibit 8.  This was

3     produced to us by the Society of Jesus.  It has

4     Bates numbers SOJ 1193 through SOJ 1196.

5          A.       Mm-hmm.

6          Q.       Have you seen this before?

7          A.       I don't believe I have.

8          Q.       And do you see where it says on the

9     top, "Report to the Jesuit Community on Status of

10    Incorporation, May 22, 1972"?

11         A.       Yes, mm-hmm.

12         Q.       And this -- why don't you read

13    through it, and then I'll ask you a couple

14    questions.

15         A.       Sure.  Okay.

16         Q.       This seems to be some reports prior

17    to the incorporation.  And there's a -- do you

18    see where it says, "Points" --

19                  Do you see where under "Points of

20    Agreement" --

21         A.       Mm-hmm.

22         Q.       -- there's a number 4?

23         A.       Mm-hmm.

24         Q.       "The university is committed to

25    provide adequate financial support and physical

1    facilities for an office of Campus Ministry,

2    staffed primarily with Jesuit personnel."  Is

3    that the current position of the university?

4          A.      I would say so, yes.

5          Q.      And during your services either as

6    a trustee or president of Fairfield University,

7    was that always the university's position?

8          A.      I would say yes.

9          Q.      Okay.  And see number 5 where it

10   says, "The Rector of the Jesuit Community in

11   consultation with the University President, will

12   determine each year in time for budgetary

13   planning, the amount of contributed monies to be

14   returned from the Jesuit Community to the

15   University for the forthcoming fiscal year"?

16         A.      Mm-hmm.

17         Q.      Is that an arrangement that is

18   still existing at Fairfield University with the

19   community?

20         A.      Typically the rector informs me of

21   the amount of contributed monies that the

22   community will give to the university for the

23   forthcoming fiscal year.

24         Q.      And where are these monies derived

25   from, as far as you understand it, that the

1    community has available to give to the

2    university?

3         A.      From the salaries of the Jesuits

4    who work at the university and at the prep

5    school.

6         Q.      So Jesuits who work at Fairfield

7    University receive compensation --

8         A.      Correct.

9         Q.      -- that goes to the community, and

10   then the community after paying for other

11   expenses gives the difference, as far as you

12   understand it, to the university back?

13        A.      Some of it is given to the

14   university.  Some of it is given to the province.

15   And the prep school.  They would give monies to

16   the university, to the prep school and to the

17   province.

18        Q.      And what is the name of this prep

19   school?

20        A.      Fairfield University -- no.

21   Fairfield College Preparatory School.  The

22   Fairfield College Preparatory School.

23        Q.      And where is that school located?

24        A.      It's located on the campus of

25   Fairfield University.

Page 25

1        Q.      And you see number 11?

2        A.      I do.

3        Q.      It says, "The President of the

4    University shall always remain a Jesuit."  Is

5    that still your understanding?

6        A.      No.

7        Q.      Did that change at some point?

8        A.      I do know that it is not part of

9    the by-laws of the board of trustees which is the

10   document under which the university operates.

11       Q.      And this is just a memo or a report

12   about --

13       A.      Correct.

14       Q.      -- an understanding.  So this would

15   not be binding as far as you understand it?

16       A.      That's my understanding.

17       Q.      Okay.  And "The rector of the

18   Jesuit Community will be a member of the Board of

19   Trustees of the University."  Is that in

20   existence?

21       A.      It's not the case.

22       Q.      Is Father Holland on the board

23   right now?

24       A.      No, he is not.

25       Q.      Okay.  And then number 13, the

1    "University agrees to remain Jesuit and

2    Catholic."  Is that still true?

3         A.      I hope so.

4         Q.      So as you understand it now,

5    Fairfield University is a Jesuit and Catholic

6    school?

7         A.      That's correct.

8         Q.      And number 19, "The University

9    recognizes, quote, Jesuit preference, closed

10   quote."  Do you see that?

11        A.      I do.

12        Q.      Is that still true?

13        A.      I'm not sure I understand what that

14   means.

15        Q.      Okay.  Do you know of anybody at

16   Fairfield who might know what that sentence

17   refers to?

18        A.      Somebody who was there when this

19   document was drawn up.

20                (Exhibit No. 9 was marked

21                 for identification.)

22        Q.      (BY MR. GORDON) Okay.  I'm going to

23   show you a document which has Bates numbers SOJ

24   0069 through SOJ 0070, and I think the problem

25   here is that the last digits are left off.  So

1    there are 12 pages, double-sided.  And this is

2    apparently the agreement of May 9, 1974, between

3    Fairfield University and the Fairfield Jesuit

4    Community Corporation.  Do you see that?

5         A.       Mm-hmm.  Yes.

6         Q.       Why don't you read through this,

7    and I'll ask you some questions.

8         A.       Okay.  I've given it a quick read.

9         Q.       Okay.  And, by the way, on page 8

10   of the agreement, there's some signatures, aren't

11   there?

12        A.       Yes.

13        Q.       And do you see where under

14   Fairfield University there's a signature for a

15   Thomas R. Fitzgerald?

16        A.       Correct.

17        Q.       Do you know who Thomas Fitzgerald

18   was in 1974?

19        A.       He would have been the president at

20   that point.

21        Q.       And was he a Jesuit?

22        A.       Yes, he was.

23        Q.       And do you know who Thomas McGrath

24   was?

25        A.       I expect he was probably the rector

1    of the community.

2        Q.      But you're not sure?

3        A.      I'm not sure.

4        Q.      Okay.  And before today, had you

5    seen this agreement between Fairfield University

6    and the Fairfield Jesuit Community Corporation?

7        A.      Yes, I believe I've seen this

8    document.

9        Q.      And is this agreement still in

10   effect?

11       A.      Some of the provisions of it don't

12   seem to be in effect anymore.

13       Q.      Is there a document that reflects

14   those changes, understanding?

15       A.      I wouldn't be aware of that.

16       Q.      Okay.  On page 2 --

17       A.      Mm-hmm.

18       Q.      -- would you read the first

19   paragraph -- sentence?

20       A.      Number 1.

21       Q.      Yes.

22       A.      "In order to promote the

23   University's Jesuit character, the University

24   shall seek out for employment competent Jesuits

25   in good standing in the Society and the Community

1    Corporation shall co-operate in the fulfillment

2    of this undertaking."

3          Q.       And is that still the

4    understanding?

5          A.       Yes, I would say so.

6          Q.       And is that for all positions at

7    the university or specific positions?

8          A.       I would say for all positions for

9    which there would be competent Jesuits available

10   that would be operative.

11         Q.       In physics, would you go to a

12   Jesuit first?

13         A.       We have a Jesuit who's a professor

14   of physics.

15         Q.       And so all things being equal,

16   if two PhDs in physics were applying for the same

17   professorship --

18         A.       Mm-hmm.

19         Q.       -- if one was a Jesuit and the

20   other was not, the one who was Jesuit would get

21   the position?

22         A.       All other things being equal.

23   Presuming the Jesuit is equally competent with

24   the lay candidate, yes.

25         Q.       And then number 3 indicates that,

1     "The University shall pay to the Community

2     Corporation all salary and other benefits that

3     become due under and in conformity with each

4     Jesuit employee's signed compensation payment

5     directive."

6          A.      Mm-hmm.

7          Q.      And so for individual Jesuits who

8     work for Fairfield University, their pay gets

9     sent to the Community, the Fairfield Jesuit

10    Community?

11         A.      Yes, that's my understanding.

12         Q.      Okay.  And then there's a directive

13    that's referred to as Schedule A and that's

14    right, I believe, after the signatures.

15         A.      Mm-hmm.

16         Q.      Did you say yes to that?

17         A.      I'm sorry.

18         Q.      You need -- I should have given you

19    that instruction.  This is hard for people to

20    understand.

21         A.      Okay.

22         Q.      In normal conversation, nods of the

23    head --

24         A.      Yes.

25         Q.      -- and simple gestures --

1          A.       Got it.

2          Q.       -- communicate well.

3          A.       Okay.

4          Q.       But in a deposition where there

5     will be a written transcript, unless we get yeses

6     and nos, it becomes very hard later on to

7     understand what your response is.

8          A.       Please feel free to correct me.

9          Q.       So that was a yes before?

10         A.       Yes to?

11         Q.       The schedule.

12         A.       Yes, that -- yes, that is I see

13    that, the compensation payment directive.

14         Q.       And is that directive still in use

15    at Fairfield University?

16         A.       I believe it is, yes.  I think we

17    all sign it at the beginning of our employment.

18         Q.       So are all Jesuits within the

19    northeast province and during the relevant time

20    the New England province signing vows or giving

21    vows of poverty?

22         A.       All Jesuits take a vow of poverty,

23    yes.

24         Q.       So Father Carrier's salary when he

25    was director of campus ministry at Fairfield

1    University, all of that money went back to the

2    Fairfield Jesuit Community?

3         A.       Yes, that would be my

4    understanding.

5         Q.       And the Fairfield Jesuit Community,

6    all of its members are members of the Society of

7    Jesus of New England?

8         A.       Not every Jesuit in the Fairfield

9    University community would be by origin from the

10   New England province of the Society.  They could

11   be from other provinces of the society that work

12   at Fairfield.

13        Q.       When they work at Fairfield, which

14   province are they affiliated with?

15        A.       In their person and as far as their

16   assignment is concerned, they report to their

17   home Provincial.  Once they're assigned to

18   Fairfield and are doing work there, they report

19   to the New England Provincial.

20        Q.       So during their tenure at

21   Fairfield, they report to the New England

22   Provincial?

23        A.       Really it is a dual reporting

24   relationship.  So the home Provincial could

25   remove a Jesuit from Fairfield if he wanted to

1    are going to be put in place?

2                   MR. GOLDBERG:  Objection.

3                   MR. FOLKMAN:  Objection.

4         A.       Again, these reviews are done on a

5    periodic basis, rotating basis, and it was campus

6    ministry's turn that year, and you know, the

7    recommendations, I think, were properly responded

8    to and implemented by the office of campus

9    ministry.

10        Q.       So you had this report, Exhibit 16,

11   and when you wrote or when you made these

12   statements in April of 2006, these created no

13   reason for you to be dissatisfied with Father

14   Carrier; is that right?

15        A.       That's correct.  Again, I believe

16   that they addressed the concerns properly and,

17   you know, the final recommendation of the review

18   was that -- there were no significant issues of

19   concern with campus ministry.

20                   THE VIDEOGRAPHER:  Going off the

21   record, the time is 11:51.

22                   (A break was taken.)

23                   THE VIDEOGRAPHER:  Back on the

24   record, the time is 12:04.

25   ////