

## OPERATIONAL REVIEW

### CAMPUS MINISTRY
Written: 2/15/05
Issued: 2/18/05

The information contained in this report is privileged and confidential and protected from disclosure. It is intended solely for the addressees. If the reader of this report is not the intended recipient, or an employee or agent responsible for delivering this report to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

Audit Performed by:   Maria Regan - Director of Financial Services
Reviewed by:          Michael S. Maccarone - Associate V.P. of Finance
Distribution:         Paul E. Carrier, S.J. – University Chaplain
                      William J. Lucas - V.P. for Finance & Administration
                      Jeffrey von Arx, S.J. – President
                      Audit Manager, PricewaterhouseCoopers– Auditors
                      Chairman, Finance Committee - Board of Trustees



## GENERAL

We have completed an operational review of Campus Ministry. The purpose of an operational review is to provide management with an objective and independent analysis of the operation and, where necessary, make recommendations for improving the reliability and integrity of information, compliance with laws, the safeguarding of assets, and the economy and efficiency of operations.

Conducting an operational review is not a symbol of distrust. It is a mark of responsibility. An operational review provides an opportunity to document policies, procedures and internal controls for diverse functions within the University. In addition, a review will determine whether the internal control system can provide reasonable assurance that:
- Management data is reliable,
- Assets are accounted for and properly safeguarded,
- Operating practices are sound and ensure compliance with policies, laws, and regulations, and
- Resources are used efficiently.

The underlying principles for conducting an operation review of Campus Ministry are as follows:
- To protect the employees from unwarranted charges of careless or improper handing of funds
- To build the trust and confidence of the financial supporters of Campus Ministry in the way their money is being accounted for (trust and confidence lead to improved patterns of financial support)
- To set habits of fiscal responsibility to assure that when there is turnover in personnel there will be continuity in accountability and nothing will fall through the cracks
- To assure that gifts made with special conditions attached are consistently administered in accordance with the donors' instructions, and thus let donors know their gifts are used as intended
- To provide checks and balances for sums received and expended

Because our review was based upon limited selected examples, it would not necessarily disclose all control weaknesses, noncompliance or operational inefficiencies. However, certain issues were noted which we feel require further management consideration.

The accompanying observations are submitted to management in the spirit of identifying opportunities to improve internal controls and operations. Our comments are directed towards improvement of the system and should not be considered a criticism of or reflection on any employee of the University.

## BACKGROUND INFORMATION

Campus Ministry functions under the leadership of the University Chaplain, Paul E. Carrier, S.J., and reports directly to the University President. The Campus Ministry offices are located in the Pedro Arrupe Center on the ground floor of the Egan Chapel of St. Ignatius Loyola.

2

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

### MISSION STATEMENT:

Fairfield University Campus Ministry seeks to be a community of faith, service and friends. The community is led by a team of pastoral ministers; two Jesuits, three laywomen, and a council of eighteen student leaders.

The campus ministers are present and available to serve as mentors for students in all aspects of their lives. As an integral part of the University, Campus Ministry strives to facilitate and encourage the development of the whole person, understood as a vocation of wondering, questioning, learning and caring. Seeing any experience and situation as a teachable moment, Campus Ministry represents the teaching Church, reflecting the compassionate and loving presence of Jesus.

As a community of faith, service and friends, Campus Ministry takes seriously its unique role in expressing the distinctive Catholic and Jesuit identity and mission of Fairfield University. Many opportunities to serve are available and designed to help volunteers choose what best suits their interests and talents.

## METHODOLOGY AND OBSERVATIONS

### ANALYSIS OF EXPENSE REPORTS

We reviewed expense reports and cash advances for calendar year 2004. The objective was to insure compliance with University policies, which include the following:

- Expenses must have a clear business purpose and be "necessary and reasonable"
- Original, itemized receipts are required for all lodging, transportation, entertainment, and other expenditures in excess of ten dollars ($10) per single expenditure
- Where possible charges are to be billed directly to the University so a travel advance is not required.
- Expenses for entertainment must be directly related to, or associated with, the active conduct of official University business.
- Travel expenses must be itemized.
- Supervisory approval is required.

#### Recommendations

1. The 'other/miscellaneous' classification for expenses is overused. Over 90% of the petty cash reimbursements and cash advances that we reviewed charged expenses to 'other'. Consideration should be given to allocating expenses to more suitable classifications. Proper designation of expenses may eliminate the need by Campus Ministry to reenter the data into the Quicken database.
   Examples:
   - Food used for hospitality should be charged to 742600 (other catering)
   - Food purchased for Prospect House should be charged to 738880 (Donations-Domestic)
   - Specific account numbers exist for other purchases funds such as postage, books, office supplies, publications, etc.
   - Goods purchased for Haiti should be charged to 738885 (Donations – International)
   - If additional expense codes are required, Campus Ministry can request them from the Controller's Office.

   → Department Response: The above recommendations for allocating expenses to more suitable classifications will be instituted.

3

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

FFLDU0019196

2. Many of the purchases are made using cash or credit cards. This necessitates obtaining a cash advance and then submitting an expense report for processing of a refund. The process would be more efficient if some of the purchases could be made through Purchase Orders and charges billed directly to the University. Example: Office supplies can be purchased on-line through Staples Business Advantage. Delivery is usually the next day and the department is automatically invoiced.

   → Department Response: As recommended, we will create purchase orders as needed.

3. Expense reports should indicate the 'purpose' for the outlay or indicate the project that is being funded (Prospect House, Hunger Cleanup, Kairos Retreat, SOS meeting, etc.). Approximately half of the expense reports do not provide an explanation for the expenditure.

   → Department Response: More recently, explanations have been written on receipts which are attached to the expense report, but in the future we will indicate it also on the expense report.

4. University policy indicates supervisory approval is required for expense reports. Expense reports for Fr. Carrier are to be approved by the President. The President delegated the approval authority to his Executive Secretary. This was done in writing on 10/13/04. It should be noted that with the delegation of authority to act comes accountability for decisions. Those granted the authority to approve must have a complete understanding of all applicable regulations, rules, and policies so they are able to readily identify errors and/or omissions. Expense reports and check requests need to be reviewed more carefully based on several recommendations made in this report.

   → Department Response: We will continue to follow procedures outlined. Accountability and responsibility ultimately falls with the creator of the expense report and check request.

5. Refer to the specific functional areas below for additional observations and recommendations.

### CASH DEPOSITS vs. BUDGET INCREASE

Donations are deposited into a university restricted fund to be used for programs established by Campus Ministry. Restricted fund balances are transferred from one fiscal year to the next as opposed to normal operating funds, which terminate at the end of the fiscal year. Cash deposits for restricted funds are recorded in the fund; an entry is then made into the operating organization to increase the budget by the same amount as the cash deposit.

We reviewed four year's worth of deposits for the Campus Ministry Fund (631600) to insure that budgets were increased by the same amount as the deposits.

Variances between cash deposited and budget increases were inconsequential and due to checks returned by bank for insufficient funds. Internal controls exist in the Finance Division to insure that variances are found and corrected.

4

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

FFLDU0019197

## FINANCIAL INFORMATION AND OBSERVATIONS

### RESTRICTED FUNDS
Restrictions come about when a donor imposes a stipulation on a gift that limits its use to a specified purpose. For example, if a donor gives $1,000 specifically to be used by the Mission Volunteers for a trip to Ecuador. This type gift must be accounted for separately from gifts given to Campus Ministry in furtherance of its general purposes (such as money from Sunday masses).

### TRANSACTION RECONCILIATION
On a monthly basis, Banner generated financial reports are used to verify receipts and expenditures. Variances are reconciled immediately. Once the verification process is completed all transactions are typed into a Quicken database, which summarizes revenues and expenses by designations created by Campus Ministry. A summary of expenses is then entered into an Excel spreadsheet to provide a comparison between fiscal years. The reconciliation process performed by Campus Ministry is an excellent internal control to reduce the risk of inaccurate financial reporting.

### PETTY CASH FUNDS
Three separate petty cash funds are maintained for the convenience of the various activities that occur in Campus Ministry. The funds are maintained in a locked area.

#### Prospect House ($425)
- Every Friday night individual students, organizations or a student club volunteer to help feed approximately 55 people at the Prospect House in Bridgeport, Connecticut.
- The volunteers receive $100 to buy food.
- Whoever accepts the cash completes a form indicating they have received the funds and that they will provide receipts after the food has been purchased.
- The fund is replenished on a frequent basis using an expense report. Original receipts are provided and attached to the expense report.

#### Hospitality Fund ($600)
- This fund is used to purchase food and snacks for student events, various meetings and functions such as: Camp counselors, Eucharistic Ministers, Community service, etc.
- Whoever requests the cash completes a form indicating they have received the funds and that they will provide receipts after the food has been purchased.
- The fund is replenished on a frequent basis using an expense report. Original receipts are provided and attached to the expense report.

#### Petty Cash ($200)
- This fund is used for miscellaneous emergencies relating to the numerous events that occur at Campus Ministry. The funds are used for things like gas or tolls.
- Whoever requests the cash completes a form indicating they have received the funds and that they will provide receipts after the purchase has been made.
- The fund is replenished on a frequent basis using an expense report. Original receipts are provided and attached to the expense report.

5

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER    FFLDU0019198

## OFFICE OF CAMPUS MINISTRY (220100)

Funding for the general operations of Campus Ministry, including retreats, is provided by the University as part of its annual budget. In addition, some contingency funds have been provided when necessary. There are a number of different student retreats available. During fiscal year 2004 additional retreats were added to accommodate more students. Retreats are funded through the normal operating budget of Campus Ministry and include:
- Freshman Retreat
- Senior Retreat
- Eucharistic Ministers Retreat
- Ignatian Silent Retreat – open to students, faculty, administration and staff.

The graph below provides a summary of expenditures from fiscal year 2002.

| Description | FY 02 | % | FY 03 | % | FY 04 | % | FY 05* | % |
|---|---|---|---|---|---|---|---|---|
| Salaries & Benefits Expenses | 383,405 | 90.9% | 400,839 | 90.0% | 433,447 | 90.6% | 235,854 | 87.3% |
| Printing & Graphic Services | 6,064 | 1.4% | 6,701 | 1.5% | 5,874 | 1.2% | 5,333 | 2.0% |
| Duplicating & Photocopy Services | 3,199 | 0.8% | 4,395 | 1.0% | 4,390 | 0.9% | 4,092 | 1.5% |
| Food Service | 416 | 0.1% | 1,047 | 0.2% | 305 | 0.1% | 12 | 0.0% |
| Water Service | 357 | 0.1% | 330 | 0.1% | 208 | 0.0% | 39 | 0.0% |
| Hospitality | 5,339 | 1.3% | 5,583 | 1.3% | 3,035 | 0.6% | 2,086 | 0.8% |
| Travel | 475 | 0.1% | 1,120 | 0.3% |  | 0.0% |  | 0.0% |
| Telephone Expense | 2,977 | 0.7% | 2,482 | 0.6% | 2,382 | 0.5% | 1,097 | 0.4% |
| Vehicle Fuel & Repair | 2,660 | 0.6% | 2,152 | 0.5% | 1,743 | 0.4% | 773 | 0.3% |
| Postage & Freight | 976 | 0.2% | 1,017 | 0.2% | 1,115 | 0.2% | 503 | 0.2% |
| Freshmen Retreats | 6,137 | 1.5% | 6,995 | 1.6% | 12,694 | 2.7% | 14,415 | 5.3% |
| Chapel Supplies | 2,883 | 0.7% | 4,181 | 0.9% | 3,065 | 0.6% | 936 | 0.3% |
| Office & Media Supplies | 2,274 | 0.5% | 2,739 | 0.6% | 2,038 | 0.4% | 1,768 | 0.7% |
| Musicians | 0 | 0.0% | 1,200 | 0.3% | 0 | 0.0% | 0 | 0.0% |
| Publications & Membership Dues | 522 | 0.1% | 1,795 | 0.4% | 2,826 | 0.6% | 545 | 0.2% |
| Miscellaneous Expenses | 3,428 | 0.8% | 2,033 | 0.5% | 3,920 | 0.8% | 1,653 | 0.6% |
| Office Maintenance | 693 | 0.2% | 666 | 0.1% | 1,320 | 0.3% | 1,107 | 0.4% |
| Total Non salary expenses | 38,400 | 9.1% | 44,436 | 10.0% | 44,915 | 9.4% | 34,359 | 12.7% |
| Total Department Expenditures | 421,805 | 100.0% | 445,275 | 100.0% | 478,362 | 100.0% | 270,213 | 100.0% |
| Allocated Budget | 437,513 |  | 454,055 |  | 489,111 |  | 518,512 |  |
| Contingency Funds | 0 |  | 0 |  | 0 |  | 5,000 |  |
| Positive/(Negative) Variance | 15,708 |  | 8,780 |  | 10,749 |  |  |  |

\* As of 1/24/05

## CAMPUS MINISTRY – RESTRICTED (631600)
The restricted funds received by the Campus Ministry sponsor several programs including:

### Haiti Project
- Campus Ministry and the Mission Volunteers support Project Pierre Toussaint in Cap Haitian, Haiti. This is a program begun and directed by a 1992 Fairfield University graduate that provides homeless children with food, shelter and education, including vocational training.

6

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

- Doug Perlitz first visited Haiti on a Campus Ministry Mission Volunteer. He returned to Haiti five years later to work as a pastoral minister at Sacre Coeur Hospital, which Campus Ministry also helps support.
- Rev. Paul E. Carrier, S.J., University Chaplain and director of Campus Ministry travels to Cap Haitian monthly to lend his support to this program.

Outreach Placement

Several outreach placement programs are available. Most of these programs are coordinated by student leaders and include the following:

- After school programs
- Health Care
- Hunger Clean up
- Mentoring programs
- Soup Kitchens and Hospitality
- Childcare
- Urban Revitalization

The graph below provides a summary of donations and expenditures from fiscal year 2002.

| Description | FY 02 | % | FY 03 | % | FY 04 | % | FY 05* | % |
|---|---|---|---|---|---|---|---|---|
| Donations/Funds Received | | | | | | | | |
| Mass Collections | 71,348 | 54.5% | 75,724 | 72.4% | 78,812 | 71.5% | 39,386 | 47.0% |
| Haiti Project | 18,008 | 13.8% | 6,950 | 6.6% | 2,850 | 2.6% | 30,820 | 36.8% |
| Hunger Cleanup | 12,728 | 9.7% | 11,701 | 11.2% | 9,491 | 8.6% | 0 | 0.0% |
| Wedding Fees | 2,800 | 2.1% | 5,600 | 5.4% | 3,150 | 2.9% | 1,750 | 2.1% |
| Miscellaneous Donations | 14,151 | 10.8% | 2,988 | 2.9% | 10,399 | 9.4% | 7,025 | 8.4% |
| Other Revenue | 11,794 | 9.0% | 1,610 | 1.5% | 5,456 | 5.0% | 4,778 | 5.7% |
| Total Revenue | 130,829 | 100.0% | 104,573 | 100.0% | 110,158 | 100.0% | 83,759 | 100.0% |
| | | | | | | | | |
| Labor Costs for Musicians | 24,370 | 18.0% | 22,202 | 20.0% | 18,350 | 17.0% | 9,450 | 11.8% |
| Publication/Subscriptions/Printing | 0 | 0.0% | 0 | 0.0% | 639 | 0.6% | 4,083 | 5.1% |
| Postage & Freight (DHL) | 0 | 0.0% | 2,622 | 2.4% | 3,197 | 3.0% | 2803 | 3.5% |
| Other Expenses | 17,151 | 12.7% | 18,751 | 16.9% | 21,928 | 20.4% | 12,620 | 15.7% |
| Office Maintenance | 399 | 0.3% | 453 | 0.4% | 222 | 0.2% | 0 | 0.0% |
| Chapel Supplies | 8,792 | 6.5% | 7,526 | 6.8% | 6,184 | 5.7% | 6,358 | 7.9% |
| Flowers | 4,299 | 3.2% | 5,158 | 4.6% | 3,904 | 3.6% | 2,360 | 2.9% |
| Donations - Prospect House | 2,276 | 1.7% | 2,696 | 2.4% | 3,648 | 3.4% | 1,576 | 2.0% |
| Donations - Hospital Sacre Coeur, Haiti | 0 | 0.0% | 1,200 | 1.1% | 1,800 | 1.7% | 500 | 0.6% |
| Donations - Ecole Pierre Toussaint, Haiti | 0 | 0.0% | 6,400 | 5.8% | 11,000 | 10.2% | 9,100 | 11.3% |
| Donations - Domestic | 10,141 | 7.5% | 2,780 | 2.5% | 2,300 | 2.1% | 3,574 | 4.5% |
| Donations - Haiti Fund | 44,865 | 33.1% | 24,855 | 22.4% | 14,225 | 13.2% | 27,804 | 34.7% |
| Donations - Hunger Cleanup | 13,693 | 10.1% | 12,401 | 11.2% | 9,587 | 8.9% | 0 | 0.0% |
| Wedding Expenses | 1,100 | 0.8% | 902 | 0.8% | 2,699 | 2.5% | 0 | 0.0% |
| Appalachia Trip | 3,287 | 2.4% | 1,599 | 1.4% | 5,159 | 4.8% | 0 | 0.0% |
| Urban Plunge | 2,542 | 1.9% | 1,585 | 1.4% | 729 | 0.7% | 0 | 0.0% |
| Equipment-Vehicles | 2,447 | 1.8% | 0 | 0.0% | 2,094 | 1.9% | 0 | 0.0% |
| Total Expenses | 135,362 | 100.0% | 111,130 | 100.0% | 107,665 | 100.0% | 80,228 | 100.0% |
| | | | | | | | | |
| Surplus/(Deficit) | (4,533) | | (6,557) | | 2,493 | | 3,531 | |

* As of 1/30/05

7

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

FFLDU0019200

### Observations and Recommendations

1. Budget for Restricted Funds

    Funds from the mass collections are anticipated to support certain needs. It would be prudent to plan for the expenditures at the beginning of the fiscal year by providing a budget in June for the upcoming fiscal year. The budget is to be submitted to the President with a copy to the Vice President for Finance and Administration. Planned expenditures should be based on a conservative estimate of expected gifts.

    → Department Response: In the future, a conservative budget will be created using past years as reference.

2. Segregation of Haiti Income and Expenses

    The Haiti project represents a large portion of both the donations and expenses for this organization. It might be more convenient and efficient to track revenues and expenses for Haiti in its own restricted code. An organization code was established several years ago (631606) but has rarely been utilized.

    → Department Response: Utilization of the organization 631606 for future income and expenses will be established starting in the new fiscal year unless otherwise recommended to start immediately.

3. Mass Collections:
    - Six baskets are passed around during the offertory. One student is responsible for each section and brings the basket to the sacristy. After mass, the students collate the donations, put them in a plastic bag and place the bag into a locked, secure drop safe. The money received is not counted.
    - The following day the Operations Assistant removes the cash from the safe, counts it and prepares the deposit. The Operations Assistant and the University Chaplain are the only two individuals who have the combination to the safe.
    - Protective measures are taken to ensure that assets are maintained in a secure environment. However, there are no controls to insure that all funds received are deposited. One individual is responsible for counting the money and making the deposit.

    Recommendation: At least two individuals should count the Sunday morning collections and they should not be related to each other. We recommend that donations are counted before they are deposited in the safe. This will provide a control total for the Operations Assistant to use to insure that all funds are accounted for and deposited.
    - There must be adequate and independent verification and reconciliations of all cash inflows and outflows.
    - No one should be allowed to handle or manage cash alone or individually.

    → Department Response: As recommended, two individual adults will verify the Sunday Morning collection; two adults will count the collection before depositing into the safe and then the operations assistant will insure all funds are accounted for and deposited.

4. University Donations to Haiti:
    - Donations to Haiti are made using a check request made out to Fr. Carrier and approved by Fr. Carrier. The checks are cashed and the cash used to buy supplies or brought to Haiti and given as a cash donation. A trip is made to Haiti one a month.

8

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

Recommendation 4A:
- Supervisory approval is required for all expense reports and cash advances. No employee is allowed to approve his or her own expense reconciliation or cash advance. Possible options to rectify this situation include:
  1. The check request continues to be made payable to Fr. Carrier but the President must authorize it.
  2. Fr. Carrier authorizes the check request but payment is made to someone else. Ideally, checks should be made payable directly to Ecole Pierre Toussaint or Hospital Sacre Coeur. However, circumstances make it difficult for these checks to be cashed in Haiti.

→ Department Response: Donations made to Ecole Pierre Toussaint will be made out to another person rather than Fr. Carrier since circumstances make it difficult for checks to be cashed in Haiti.

Recommendation 4B:
- When checks for the donations are made payable to an employee, rather than the charity, they are considered a cash advance to the employee by both Fairfield University and the Internal Revenue Service. IRS regulations state that an employee must account for all amounts received from the employer by providing the same type of records and supporting information that you would have to give to the IRS if the IRS questioned a deduction on your tax return. Advances must be accounted for within 120 days following the completion of the trip. If the employee fails to meet this deadline the excess monies must be treated as salary to the employee.
- All cash advances are to be reconciled using a check request, with receipts attached.
- We strongly recommend obtaining receipts for all purchases made in advance of a trip to Haiti.
- Cash donations given directly to Ecole Pierre Toussaint or Hospital Sacre Coeur should be acknowledged by a signed, dated receipt indicating the amount of money received.

→ Department Response: Receipts for purchases and dated signed receipts indicating the cash donations will be attached to expense reports to reconcile check requests.

### MISSION VOLUNTEERS – RESTRICTED (631601)

Mission Volunteers offers students the opportunity to provide service to the poor by immersing themselves in their lives and working with them for one week in the following areas: Ecuador, Nicaragua and Mexico. The program is in keeping with the Jesuit ideal of a commitment to serving the poor.

Each student is responsible for raising at least half of the cost of their trip, which they must raise it by speaking at their parishes or through private benefactors. Approximately 50 volunteers participate in this program, which also leaves money at each location as seed money for ongoing community development.

The Haiti Global Outreach program is similar to Mission Volunteers, but is open to faculty, staff, administrators and seniors. Participants finance their trip through fundraising.

The graph below provides a summary of donations and expenditures from fiscal year 2001.

9

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

FFLDU0019202

| Description | FY=01 | % | FY=02 | % | FY 03 | % | FY 04 | % | FY 05* | % |
|---|---|---|---|---|---|---|---|---|---|---|
| Collections | 0 | 0.0% | 0 | 0.0% | 8,011 | 30.0% | 11,338 | 21.1% | 2,336 | 5.4% |
| Ecuador Donations/Deposits | 0 | 0.0% | 17,106 | 38.8% | 8,260 | 30.9% | 9,972 | 18.5% | 10,530 | 24.4% |
| Nicaragua Deposits | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 7,262 | 16.8% |
| Haiti Donations/Deposits | 0 | 0.0% | 8,212 | 18.6% | 3,650 | 13.7% | 3,060 | 5.7% | 460 | 1.1% |
| Mexico Donations/Deposits | 0 | 0.0% | 0 | 0.0% | 3,900 | 14.6% | 11,735 | 21.8% | 0 | 0.0% |
| Fundraising | 16,077 | 45.5% | 7,206 | 16.4% | 0 | 0.0% | 0 | 0.0% | 759 | 1.8% |
| Christmas Collections | 4,707 | 13.3% | 4,486 | 10.2% | 0 | 0.0% | 2,085 | 3.9% | 2,874 | 6.7% |
| Easter Collections | 3,816 | 10.8% | 5,134 | 11.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| GLOBAL Fundraising | 8,224 | 23.3% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| General Donations | 2,533 | 7.2% | 1,909 | 4.3% | 2,880 | 10.8% | 15,647 | 29.1% | 18,919 | 43.9% |
| **Total Donations/Funds Received** | 35,357 | 100.0% | 44,053 | 100.0% | 26,701 | 100.0% | 53,837 | 100.0% | 43,140 | 100.0% |
| | | | | | | | | | | |
| Travel Expenses - GLOBAL Trip | 9,195 | 18.8% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Travel Expenses - Equator | 8,189 | 16.7% | 15,931 | 37.3% | 13,365 | 47.3% | 19,412 | 36.0% | 12,159 | 32.0% |
| Travel Expenses - Mexico | 7,832 | 16.0% | 4,981 | 11.7% | 5,140 | 18.2% | 19,169 | 35.5% | 0 | 0.0% |
| Travel Expenses - Nicaragua | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 8,278 | 21.8% |
| Travel Expenses - Haiti | 1,963 | 4.0% | 9,272 | 21.7% | 7,712 | 27.3% | 8,109 | 15.0% | 7,353 | 19.4% |
| Transportation to Airports | 775 | 1.6% | 475 | 1.1% | 0 | 0.0% | 552 | 1.0% | 0 | 0.0% |
| Donations for R&B - GLOBAL | 3,300 | 6.7% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Donations & R&B - Ecuador | 4,600 | 9.4% | 3,600 | 8.4% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Donations & R&B - Haiti | 4,300 | 8.8% | 300 | 0.7% | 0 | 0.0% | 5,913 | 11.0% | 10,000 | 26.4% |
| Donations & R&B - Mexico | 7,800 | 15.9% | 7,150 | 16.8% | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% |
| Office Maintenance | 0 | 0.0% | 0 | 0.0% | 170 | 0.6% | 374 | 0.7% | 0 | 0.0% |
| Miscellaneous | 1037 | 2.1% | 946 | 2.2% | 1,842 | 6.5% | 402 | 0.7% | 148 | 0.4% |
| **Total Expenses** | 48,991 | 100.0% | 42,655 | 100.0% | 28,229 | 100.0% | 53,931 | 100.0% | 37,938 | 100.0% |
| | | | | | | | | | | |
| Surplus/(Deficit) | (13,634) | | 1,398 | | (1,528) | | (94) | | 5,202 | |

* As of 2/2/05

## GENERAL OBSERVATIONS

1. <u>Policies and Procedures</u>: Written policies and procedures codify management's criteria for executing a department's operations. They document business processes, personnel responsibilities, departmental operations, and promote uniformity in executing and recording transactions. Thorough policies and procedures serve as effective training tools for employees.

   Our recommendation is to document all significant business practices, processes, and policies. If written policies and procedures do not exist, are inaccurate, incomplete, or simply not current, the following could result:
   - Inaccurate and unreliable financial records due to inappropriate recording of transactions.
   - Inconsistent practices among employees and/or department.
   - Processing errors due to a lack of knowledge

   → Department Response: Documentation of all significant business practices, processes and policies will be written for future training tools of employees to execute the day to day operation of the Campus Ministry Department.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER

FFLDU0019203

2. <u>Efficiency and Effectiveness</u>:  One hopeful outcome of conducting an internal review of operations is to improve the efficiency and effectiveness of the department.  Efficient performance accomplishes goals and objectives in an accurate and timely fashion using minimal resources.

   In an effort to promote operational efficiency and effectiveness each department on campus should consider the following:
   - Automate where possible.  Example:  Use Banner generated data rather than maintaining a "shadow" accounting system in Quicken.
   - Analyze business processes and identify and eliminate any duplicated efforts.  Example:  When you make a deposit or request a payment, provide detailed descriptions where possible so the information is entered into Banner and then available on-line when reviewing the documents.
   - Strive to process documents and/or transactions in a minimum required time to increase efficiency and effectiveness.  Example:  Use established systems (such as purchase orders or payments made directly to a vendor or a charity) to reduce work done by a department.
   - Streamline processes by reducing any non-valued added procedures.
   - Identify any processes that have been done merely because "that's the way we've always done it".  Determine if those processes are still needed.  If they are, identify methods that would allow steps to be completed either more timely or effectively.

   → Department Response: All of the above recommendations will be taken into consideration to streamline efficiency and effectiveness.

3. <u>iMac computer vs. PC:</u>  The Campus Ministry offices utilize Apple's Macintosh for their computer needs.  Banner is the application used to maintain all the financial data for the University and it works best with a regular Windows based PC rather than an iMac.  There are technical compatibility issues between an iMac and the Banner environment.

   Files can be transferred between Banner and a PC with ease.  The data can then be manipulated through Excel.  Transferring the data directly from Banner to an excel file may eliminate the need to re-enter all transactions into Quicken and then Excel.

   Our original recommendation was to have the Operations Assistant start using a PC rather than an iMac since the majority of the University works in a windows based environment.  However, after numerous discussions with both CNS and SCT, they were able to modify the iMac environment to create a PC emulation area.  Transfer of data between Banner & the iMac has been successful.

   Instructions and training have been provided.  We hope that maintaining detailed information will be more efficient with this new process.

   → Department Response: Modification of my iMac environment has been created and transfer of data from banner to the iMac has been done (and will continue to be done). I thank you.

11

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER    FFLDU0019204

## CONCLUSION

Our operational review indicated that there are no significant issues of concern with Campus Ministry. Some recommendations were suggested and we appreciate the opportunity to present these comments for your consideration.

We wish to acknowledge the assistance and cooperation extended to us by Campus Ministry.

12

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER                    FFLDU0019205