Page 321

```
1                    - - - - - -
                     E R R A T A
2                    - - - - -

3    PAGE   LINE   CHANGE
4     62    7-9    "Mr. Sea had several roles at Fairfield during my
                   time there. The roles I recall are President of the
5    REASON:       Fairfield University Student Association and Dean of
                   Students. He did not literally have every role in the
6                  University."

7    REASON:       Clarification - He did not have every
                   role in the University.
8

9    REASON:       "My estimate of six to ten trips per year is correct
                   to the best of my recollection for the period from 1997-2007.
10   102:24-103:13 Earlier, in 2008, I made only two trips to Haiti, one
                   in January and one in March. Thus the estimate of
11   REASON:       66-110 trips over the period from 1997-2008 is not
                   correct, but an estimate of 60 to 100 trips from 1997 to
12                 2007 would be correct."

13   REASON:       Clarification of number of times traveled.

14   p144  23      "In most cases, a Haitian priest celebrated the Mass
                   and I was the concelebrant. However, on the occasions
15   REASON:       when I said Mass for the English-speaking
                   volunteers or for the English-speaking
16                 visitors, I was the Celebrant."

17   REASON:       Clarification of role at Mass.

18   p237  10      "My estimate is that in general, I spoke with Mr. Perlitz
                   by telephone about two times a week. But some
19   REASON:       weeks I spoke with him less often and some weeks
                   I may have spoken with him more often. He also
20                 called me."

21   REASON:       Clarification as to phone calls.

22   p276  18      "The answer to the question is 'no'.
                   I did not mean to say '2 years'."
23   REASON:

24                 Clarification I did not mean to say
                   "2 years".
25
```

Page 322

```
 1                ACKNOWLEDGMENT OF DEPONENT
 2
 3              I, Paul E. Carrier        , do
     Hereby certify that I have read the foregoing
 4   pages, and that the same is a correct
     transcription of the answers given by me to the
 5   questions therein propounded, except for the
     corrections or changes in form or substance, if
 6   any, noted in the attached Errata Sheet.
 7
 8   Paul E. Carrier, SJ         4/21/16
     PAUL E. CARRIER, S.J.         DATE
 9
10
11
12
13
14
15   Subscribed and sworn
     To before me this
16    21  day of  April      , 20 16 .
17   My commission expires: July 29, 2022
18   _____
19   Notary Public
20           MELISSA M. NUTTER
                Notary Public
21       COMMONWEALTH OF MASSACHUSETTS
             My Commission Expires
22               July 29, 2022
23
24
25
```