```
                                                        Page 1
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
                                          Civil Action No.
                                          3:13-cv-01132(RNC)
   ************************************
   GERVIL ST. LOUIS, a/k/a ST. LOUIS     Consolidated with:
   GERVIL,                               3:13-cv-1225-RNC
                                         3:13-cv-1269-RNC
                          Plaintiff,     3:13-cv-1437-RNC
                                         3:13-cv-1480-RNC
       v.                                3:13-cv-1626-RNC
                                         3:13-cv-1627-RNC
   DOUGLAS PERLITZ; FATHER PAUL E.       3:13-cv-1628-RNC
   CARRIER, S.J.; HOPE E. CARTER;        3:13-cv-1629-RNC
   HAITI FUND, INC.; FAIRFIELD           3:13-cv-1630-RNC
   UNIVERSITY; THE SOCIETY OF JESUS      3:13-cv-1631-RNC
   OF NEW ENGLAND; SOVEREIGN MILITARY    3:13-cv-1632-RNC
   HOSPITALLER ORDER OF ST. JOHN         3:13-cv-1633-RNC
   OF JERUSALEM OF RHODES AND OF         3:13-cv-1634-RNC
   MALTA, AMERICAN ASSOCIATION,          3:13-cv-1635-RNC
   U.S.A.; a/k/a ORDER OF MALTA,         3:13-cv-1636-RNC
   AMERICAN ASSOCIATION, U.S.A.;         3:13-cv-1637-RNC
   JOHN DOE ONE; JOHN DOE TWO;           3:13-cv-1638-RNC
   JOHN DOE THREE; JOHN DOE FOUR;        3:13-cv-1639-RNC
   JOHN DOE FIVE; JOHN DOE SIX           3:13-cv-1640-RNC
   and JOHN DOE SEVEN,                   3:13-cv-1641-RNC
                                         3:13-cv-1642-RNC
                          Defendants.    3:13-cv-1644-RNC
                                         3:13-cv-1645-RNC
                                         3:13-cv-1647-RNC
                                         3:13-cv-1648-RNC
                                         3:13-cv-1701-RNC
                                         3:13-cv-1767-RNC
                                         3:13-cv-1768-RNC
                                         3:13-cv-1769-RNC
                                         3:13-cv-1881-RNC
                                         3:13-cv-1904-RNC
                                         3:13-cv-1906-RNC
                                         3:13-cv-1907-RNC
   ************************************
   This document applies to:
   All of the above referenced cases
   And those to be filed
   ************************************
                         CONFIDENTIAL
            SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
              VIDEOTAPED DEPOSITION OF NICK PRENETA
                   Tuesday, March 10, 2015
                         10:00 a.m.
```

Page 33

1      Q    Okay.  So at some point the whole operation
2   moved there, to Carenage?
3      A    Yes.  For the Day Center.
4      Q    All right.  Did the other place get abandoned or
5   not used by PPT?
6      A    It was no longer used by PPT.
7      Q    All right.  Still staying with the beginning
8   period, who explained, if it was explained to you, the
9   function of the Intake Center?  What its role or how did
10  it fit into the general program.
11     A    So I learned -- like most things about PPT in
12  Haiti I learned about it from Doug Perlitz.  And then once
13  my Creole got a little bit better from Romaire, who was
14  leading the center at the time.
15     Q    And that's R-O-M-A-I-R-E?
16     A    Correct.
17     Q    And he was leading the center?
18     A    Yes.
19     Q    Was -- 2005 was it your impression that
20  Doug Perlitz was the boss running the Project?
21     A    Yes.
22     Q    Making the decisions?
23     A    Yes.
24     Q    Romaire was he teaching the kids during the day
25  or what was he doing?

Page 48

1  even an older kid who had not much in the way of training
2  would be in the lower grades.  Would that be fair to say?
3      A   Yes.
4      Q   Okay.  What direction during this first year,
5  year and a half, did you take from Douglas Perlitz?
6      A   What do you mean by that question?
7      Q   Well, would he inquire of you what was happening
8  at the Intake Center and make suggestions as to what
9  should be done?  Did you go to him for suggestions?  Just
10 in general your work relationship with Douglas Perlitz.
11     A   My work relationship with Douglas Perlitz was
12 one of him being my supervisor.
13     Q   Okay.  So would you report to him, tell him
14 updates?
15     A   Any finances, any questions about operations,
16 any questions about staff that would all be to Doug.  Doug
17 was the boss, and I went to Doug for everything.
18     Q   Was it your understanding as the Project
19 developed that he was the one that started the Project and
20 developed it and nurtured it?
21         MS. CONROY:  Objection.
22         THE WITNESS:  I'm sorry.  Can you repeat that
23 question.
24 BY MR. O'NEILL: (Continuing)
25     Q   Sure.  As you came to understand the origins of