Confidential - Subject to Further Confidentiality Review,

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Civil Action No.
3:13-cv-01132(RNC)

****************************
GERVIL ST. LOUIS, a/k/a ST.      Consolidated with:
LOUIS GERVIL,                    3:13-cv-1225-RNC
                                 3:13-cv-1269-RNC
              Plaintiff,         3:13-cv-1437-RNC
                                 3:13-cv-1480-RNC
       v.                        3:13-cv-1626-RNC
                                 3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER          3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE      3:13-cv-1629-RNC
E. CARTER; HAITI FUND,           3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;      3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW      3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY      3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.         3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES      3:13-cv-1635-RNC
AND OF MALTA, AMERICAN           3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a       3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN         3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN        3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN      3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;        3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX      3:13-cv-1642-RNC
and JOHN DOE SEVEN,              3:13-cv-1644-RNC
                                 3:13-cv-1645-RNC
              Defendants.        3:13-cv-1647-RNC
                                 3:13-cv-1648-RNC
                                 3:13-cv-1701-RNC
                                 3:13-cv-1767-RNC
                                 3:13-cv-1768-RNC
                                 3:13-cv-1769-RNC
                                 3:13-cv-1881-RNC
                                 3:13-cv-1904-RNC
                                 3:13-cv-1906-RNC
                                 3:13-cv-1907-RNC
****************************
This document applies to:
All of the above referenced cases
And those to be filed
****************************
CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
  VIDEOTAPED DEPOSITION OF MARGARETT JOSEPH

        Tuesday, August 30, 2016
              9:32 a.m.

Confidential - Subject to Further Confidentiality Review,

Page 28

1       A.      No.

2       Q.      Did he make the decision that you were

3   going to work there?

4       A.      Since the moment that he met me at

5   Children of the World, he told me that he would

6   like for me to come and work for him.

7       Q.      Okay.  And it was Douglas's decision

8   that you worked at PPT?

9           MR. HANLY:  Objection.

10      A.      Yes.

11  BY MR. WILLIAMS:

12      Q.      And you reported to Douglas?

13      A.      Yes.

14      Q.      And is that the way it was while you

15  were at PPT?

16      A.      Yes.

17      Q.      And it was Douglas who made the

18  decisions as to how PPT would be run?

19          MR. HANLY:  Objection.

20      A.      Yes.

21  BY MR. WILLIAMS:

22      Q.      What was your job when he began

23  working at PPT?

24      A.      Social work.

25      Q.      What did that mean?

Confidential - Subject to Further Confidentiality Review,

Page 126

1      Q.    Is that the extent of your

2   information?

3      A.    I know that they are the best of the

4   best priests in the world.

5           MR. GAYNOR:  That's all the questions

6   I have.  Thank you.

7           THE VIDEOGRAPHER:  Going off the

8   record.  The time is 3:41.

9           (Pause.)

10           THE VIDEOGRAPHER:  Back on the record.

11   The time is 3:34.

12                EXAMINATION

13   BY MR. BABBITT:

14      Q.    Good afternoon.  I'm Brad Babbitt.

15      A.    Good afternoon.

16      Q.    You've told us that Doug hired you and

17   decided how much that you would be paid,

18   correct?

19      A.    Yes.

20      Q.    Was Doug -- would you characterize

21   Doug as your boss?

22      A.    Yes.  My old boss, former boss.

23      Q.    He was your boss when you worked at

24   PPT?

25      A.    Yes.

Confidential - Subject to Further Confidentiality Review,

Page 127

1      Q.    Do we need to take a break?

2            MR. HANLY:  Her back.

3      A.    No, you can go on.

4  BY MR. BABBITT:

5      Q.    And was Doug the boss of everyone who

6  worked at PPT?

7      A.    Yes.

8      Q.    And that was true all the years that

9  you worked at PPT?

10     A.    Yes.

11     Q.    When did you first hear the name Haiti

12 Fund?

13     A.    What is this organization Haiti Fund?

14           THE INTERPRETER:  Interpreter wishes

15 to interpret it.

16     A.    I've always heard speak of Fairfield,

17 never Haiti Fund.

18     Q.    You've never heard that name before

19 today?

20     A.    Today is the first day.  I heard it

21 earlier, and then I just hear it now.

22     Q.    And to your knowledge, you've never

23 met anyone associated with the Haiti Fund?

24     A.    No, I don't know.

25     Q.    Did you know Nick Preneta?