```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
                              Civil Action No.
                              3:13-cv-01132(RNC)
**************************************************
GERVIL ST. LOUIS, a/k/a        Consolidated with:
ST. LOUIS GERVIL,              3:13-cv-1225-RNC
                               3:13-cv-1269-RNC
              Plaintiff,       3:13-cv-1437-RNC
                               3:13-cv-1480-RNC
     v.                        3:13-cv-1626-RNC
                               3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER        3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE    3:13-cv-1629-RNC
E. CARTER; HAITI FUND, INC.;   3:13-cv-1630-RNC
FAIRFIELD UNIVERSITY;          3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW    3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY    3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.       3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES    3:13-cv-1635-RNC
AND OF MALTA, AMERICAN         3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a     3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN       3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN      3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN    3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;      3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX    3:13-cv-1642-RNC
and JOHN DOE SEVEN,            3:13-cv-1644-RNC
                               3:13-cv-1645-RNC
              Defendants.      3:13-cv-1647-RNC
                               3:13-cv-1648-RNC
                               3:13-cv-1701-RNC
                               3:13-cv-1767-RNC
                               3:13-cv-1768-RNC
                               3:13-cv-1769-RNC
                               3:13-cv-1881-RNC
                               3:13-cv-1904-RNC
                               3:13-cv-1906-RNC
                               3:13-cv-1907-RNC
**************************************************
This document applies to:  All of the above
referenced cases and those to be filed
**************************************************
              - CONFIDENTIAL-
    SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
    VIDEOTAPED DEPOSITION OF ANDREW SCHULTHEIS
                November 18, 2014
```

1  project, were you going to anybody other than Doug
2  for permission?
3       A.   No.
4       Q.   Okay.  Do you know whether Doug was
5  going to anybody other than himself for permission?
6       A.   Not -- I don't know specifically.  I --
7  I don't know.  I guess I assumed or I did assume
8  now that he had to clear things with the Board of
9  Directors or that.
10           But I think from what I understand, how
11 it seemed with the way he would talk, that he had
12 the freedom to hire and fire and start projects
13 unless they were, you know, large scale of building
14 buildings on the Village or that.  But he had the
15 freedom to do what he wanted.
16      Q.   Okay.  Just to be clear, what you just
17 said a moment ago about the Board of Directors was
18 an assumption that you had, not something that you
19 knew because anybody had told you?
20      MS. CONROY:  Objection.
21 BY THE WITNESS:
22      A.   Correct.  Correct.  All assumption.
23 BY MR. FOLKMAN:
24      Q.   We were talking earlier about your early
25 trips to Haiti when you were deciding whether to

Page 200

1       A.   No.

2            MS. CONROY:  Objection.

3  BY MR. BOSKIEWICZ:

4       Q.   Did the Order of Malta have any input

5  into the programming that you or Doug ran in Haiti?

6       A.   No.  No, not that I'm aware of.  I knew

7  that I think there were members that -- Hope or --

8  I don't know who knew -- brought down donors at

9  times and I know that some of those people that

10 visited were also members of Malta.  But I -- they

11 weren't sent by Malta, from what I understood.

12      Q.   Okay.

13      A.   They were on their own.

14      Q.   Who had the decision-making authority

15 for the academic or programming aspects of the

16 program?

17           MS. CONROY:  Objection.

18 BY THE WITNESS:

19      A.   Decision making from a day-to-day

20 standpoint was Doug for the Village, and I pretty

21 much did my own thing on 13th Street.

22           Anything bigger than the day-to-day, as

23 far as building of new structures, more costly

24 endeavors, you know, I don't know, but I know that

25 the Board of Directors was aware of those.

1               I don't know how much they were involved
2     in -- from what I recall, it was more of a Doug
3     says this is what we need and then we're going to
4     allow him to do it.  We're going to support him in
5     doing it.
6          Q.   When you refer to the Board of
7     Directors, who are you referring to?
8          A.   I don't know what they were initially
9     called, but eventually came to be known as the
10    Haiti Fund.  I don't know when that took place.
11    But it was a collection of people in the
12    United States, primarily I believe in the
13    Fairfield, Bridgeport area.
14         Q.   When you were making decisions with
15    respect to the 13th Street program, did you have to
16    get your ideas or decisions approved by anybody?
17         A.   Simple day-to-day activities, no.  I ran
18    things by Doug to let him know what I wanted to do.
19    Anybody that I wanted to hire, if I -- I remember
20    feeling like I needed another teacher, I ran that
21    by him and he gave me the okay to hire someone
22    else.  But general day-to-day stuff I was pretty
23    free to do.
24              We didn't have much.  It was a pretty
25    simple program.  So, I had freedom to kind of do

1        MR. FOLKMAN:  Objection to the form.
2    BY THE WITNESS:
3        A.    If the Board had decided that it needed
4    to be?  I wouldn't have been able to -- I mean, I
5    relied on the funds that were given to me or the
6    money that was given to me by Doug, which came
7    ultimately from the Board.
8              So, I assume that if they had asked for
9    it to be shut down, then I would have had to have
10   complied.
11   BY MS. CONROY:
12       Q.    Okay.  Because what I'm trying to
13   understand is the hierarchy, you know.
14       A.    Yeah.
15       Q.    Who basically was in charge and who
16   could dictate what was to happen in Cap-Haitien.
17       A.    Okay.
18       Q.    I take it it wasn't -- you could
19   determine day-to-day functions at 13th Street, but
20   you weren't the one in charge?
21       A.    Correct.
22       Q.    Okay.  And who would you consider was in
23   charge?
24       A.    I would consider the Board ultimately,
25   seeing that they were the one raising the money.