```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
                                      Civil Action No.
                                      3:13-cv-01132(RNC)
    ***************************
    GERVIL ST. LOUIS, a/k/a ST.   Consolidated with:
    LOUIS GERVIL,                 3:13-cv-1225-RNC
                                  3:13-cv-1269-RNC
                   Plaintiff,     3:13-cv-1437-RNC
                                  3:13-cv-1480-RNC
         v.                       3:13-cv-1626-RNC
                                  3:13-cv-1627-RNC
    DOUGLAS PERLITZ, FATHER       3:13-cv-1628-RNC
    PAUL E. CARRIER, S.J.; HOPE   3:13-cv-1629-RNC
    E. CARTER; HAITI FUND,        3:13-cv-1630-RNC
    INC.; FAIRFIELD UNIVERSITY;   3:13-cv-1631-RNC
    THE SOCIETY OF JESUS OF NEW   3:13-cv-1632-RNC
    ENGLAND; SOVEREIGN MILITARY   3:13-cv-1633-RNC
    HOSPITALLER ORDER OF ST.      3:13-cv-1634-RNC
    JOHN OF JERUSALEM OF RHODES   3:13-cv-1635-RNC
    AND OF MALTA, AMERICAN        3:13-cv-1636-RNC
    ASSOCIATION, U.S.A.; a/k/a    3:13-cv-1637-RNC
    ORDER OF MALTA, AMERICAN      3:13-cv-1638-RNC
    ASSOCIATION, U.S.A.; JOHN     3:13-cv-1639-RNC
    DOE ONE; JOHN DOE TWO; JOHN   3:13-cv-1640-RNC
    DOE THREE; JOHN DOE FOUR;     3:13-cv-1641-RNC
    JOHN DOE FIVE; JOHN DOE SIX   3:13-cv-1642-RNC
    and JOHN DOE SEVEN,           3:13-cv-1644-RNC
                                  3:13-cv-1645-RNC
                   Defendants.    3:13-cv-1647-RNC
                                  3:13-cv-1648-RNC
                                  3:13-cv-1701-RNC
                                  3:13-cv-1767-RNC
                                  3:13-cv-1768-RNC
                                  3:13-cv-1769-RNC
                                  3:13-cv-1881-RNC
                                  3:13-cv-1904-RNC
                                  3:13-cv-1906-RNC
                                  3:13-cv-1907-RNC
    ***************************
    This document applies to:
    All of the above referenced cases
    And those to be filed
    ***************************
 CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
         VIDEOTAPED DEPOSITION OF THOMAS L. TISDALE
               Friday, March 28th, 2014
                    9:34 a.m.
```

Page 225

1      Q.   Did anybody supervise what he did for
2  the Haiti Fund in Haiti?
3      A.   I don't know what you mean by that.
4      Q.   Did the Board require periodic reports
5  or updates from Mr. Perlitz about the activities
6  in Haiti?
7      A.   Within Haiti itself, I don't think
8  Doug had any -- there was nobody there
9  physically every day supervising Doug's
10 activities.
11          To the best of my recollection, Doug
12 regularly reported to the Board what was going
13 on and how it was going on.  Various members of
14 the Board, as well as non-members of the Board,
15 regularly visited the program.  But when Board
16 members visited the program, they would then
17 meet with Doug and see how the day-to-day
18 operations were faring at the time.
19     Q.   Were there any actions that --
20 withdrawn.
21          Did Mr. Perlitz have to obtain Board
22 approval for any activities in Haiti?
23     A.   To the best of my recollection, there
24 were certain things that needed Board approval.
25     Q.   What were those?

Page 226

1      A.   Primarily major expenditures, or
2   changes in the format of the program.  For
3   instance, if he was going to move the program
4   from one location to another, that had to be
5   brought before the Board and at least discussed,
6   you know.  Generally I would say those, you
7   know, operational things we would agree with
8   because he was there on the ground and other
9   people had seen whatever the difficulties were.
10           For instance, I refer to Sacri Coeur,
11  the first location, it was quickly outgrown and
12  another location was required.  So that kind of
13  information was brought to the Board and
14  discussed.  And those people who had been there
15  generally would voice their opinions based on
16  what they saw, and it would be something to the
17  effect of, you know, "it's overcrowded, we need
18  more space, we can provide better services at
19  this other location," and the decision would be
20  approved by the Board.
21       Q.   Did -- the Haiti Fund compensated
22  Mr. Perlitz for his work in Haiti, right?
23       A.   I believe Doug -- to the best of my
24  recollection, he got a stipend, and then there
25  was also some deferred compensation for all of