Page 1

```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
                                  Civil Action No.
                                  3:13-cv-01132(RNC)
****************************
GERVIL ST. LOUIS, a/k/a ST.       Consolidated with:
LOUIS GERVIL,                     3:13-cv-1225-RNC
                                  3:13-cv-1269-RNC
              Plaintiff,          3:13-cv-1437-RNC
                                  3:13-cv-1480-RNC
     v.                           3:13-cv-1626-RNC
                                  3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER           3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE       3:13-cv-1629-RNC
E. CARTER; HAITI FUND,            3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;       3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW       3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY       3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.          3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES       3:13-cv-1635-RNC
AND OF MALTA, AMERICAN            3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a        3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN          3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN         3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN       3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;         3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX       3:13-cv-1642-RNC
and JOHN DOE SEVEN,               3:13-cv-1644-RNC
                                  3:13-cv-1645-RNC
              Defendants.         3:13-cv-1647-RNC
                                  3:13-cv-1648-RNC
                                  3:13-cv-1701-RNC
                                  3:13-cv-1767-RNC
                                  3:13-cv-1768-RNC
                                  3:13-cv-1769-RNC
                                  3:13-cv-1881-RNC
                                  3:13-cv-1904-RNC
                                  3:13-cv-1906-RNC
                                  3:13-cv-1907-RNC
****************************
This document applies to:
All of the above referenced cases
And those to be filed
****************************
 CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
         VIDEOTAPED DEPOSITION OF TIMOTHY J. JOYCE

              Friday, May 16th, 2014
                    9:37 a.m.
```

1        of Councillors of the American Association?
2             A.    No.
3             Q.    Was your law firm paid by the Haiti
4        Fund for the work you did in the second
5        investigation?
6             A.    Yes.
7             Q.    Or I should say maybe the continuation
8        of the investigation after April 28th.
9             A.    Yes.
10            Q.    And was it paid by the Haiti Fund to
11       do that?
12            A.    Yes.
13            Q.    Were the results of that continued
14       investigation reported up to the American
15       Association Board of Councillors?
16            A.    I don't recall.  I don't believe so.
17            Q.    In the summer of 2008, the Board of
18       the Haiti Fund decided to terminate Mr. Perlitz
19       from his position?
20            A.    Yes.
21            Q.    And that was the decision of the Haiti
22       Fund Board?
23            A.    Yes.
24            Q.    That wasn't the decision of any other
25       entity, including, but not limited to, the

Page 223

1     American Association, correct?
2          A.   No.
3          Q.   Mr. Perlitz, I think you've already
4     testified, was the director of PPT?
5          A.   Yes.
6          Q.   What did understand his duties were?
7          A.   To run a school down in Cap-Haotien
8     for street boys, and to provide food, clothing,
9     shelter, and education, and some life skills.
10         Q.   And the Haiti Fund made payments to
11    Mr. Perlitz for that work?
12         A.   Haiti Fund made payments to a bank
13    account maintained by Project Pierre Toussaint
14    in Haiti.
15         Q.   Were payments made not only to support
16    the school, but also payments intended to
17    support him individually?
18         A.   I believe he was entitled to
19    compensation, and he had a contract for that.
20         Q.   And that was a contract between
21    Mr. Perlitz and the Haiti Fund?
22         A.   Yes.
23         Q.   And his compensation was coming from
24    the Haiti Fund, is that right?
25         A.   It was coming from Project Pierre