```
                                                          Page 1
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
                                   Civil Action No.
                                   3:13-cv-01132(RNC)
     ***************************************************
     GERVIL ST. LOUIS, a/k/a           Consolidated with:
     ST. LOUIS GERVIL,                 3:13-cv-1225-RNC
                                       3:13-cv-1269-RNC
                    Plaintiff,         3:13-cv-1437-RNC
                                       3:13-cv-1480-RNC
          v.                           3:13-cv-1626-RNC
                                       3:13-cv-1627-RNC
     DOUGLAS PERLITZ, FATHER           3:13-cv-1628-RNC
     PAUL E. CARRIER, S.J.; HOPE       3:13-cv-1629-RNC
     E. CARTER; HAITI FUND, INC.;      3:13-cv-1630-RNC
     FAIRFIELD UNIVERSITY;             3:13-cv-1631-RNC
     THE SOCIETY OF JESUS OF NEW       3:13-cv-1632-RNC
     ENGLAND; SOVEREIGN MILITARY       3:13-cv-1633-RNC
     HOSPITALLER ORDER OF ST.          3:13-cv-1634-RNC
     JOHN OF JERUSALEM OF RHODES       3:13-cv-1635-RNC
     AND OF MALTA, AMERICAN            3:13-cv-1636-RNC
     ASSOCIATION, U.S.A.; a/k/a        3:13-cv-1637-RNC
     ORDER OF MALTA, AMERICAN          3:13-cv-1638-RNC
     ASSOCIATION, U.S.A.; JOHN         3:13-cv-1639-RNC
     DOE ONE; JOHN DOE TWO; JOHN       3:13-cv-1640-RNC
     DOE THREE; JOHN DOE FOUR;         3:13-cv-1641-RNC
     JOHN DOE FIVE; JOHN DOE SIX       3:13-cv-1642-RNC
     and JOHN DOE SEVEN,               3:13-cv-1644-RNC
                                       3:13-cv-1645-RNC
                    Defendants.        3:13-cv-1647-RNC
                                       3:13-cv-1648-RNC
                                       3:13-cv-1701-RNC
                                       3:13-cv-1767-RNC
                                       3:13-cv-1768-RNC
                                       3:13-cv-1769-RNC
                                       3:13-cv-1881-RNC
                                       3:13-cv-1904-RNC
                                       3:13-cv-1906-RNC
                                       3:13-cv-1907-RNC
     ***************************************************
     This document applies to:  All of the above
     referenced cases and those to be filed
     ***************************************************
                      - CONFIDENTIAL-
         SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
         VIDEOTAPED DEPOSITION OF MICHAEL P. MCCOOEY
                   November 24, 2014
```

1  board felt an obligation to complete the
2  report, but that the board did not feel
3  it needed any more information to
4  terminate Doug; is that correct?
5      A.    That's right.
6      Q.    Then it talks about the
7  board having no statutory legal
8  obligation to report to authorities.  But
9  in the second paragraph -- Number 5, does
10 it say the board has enough information
11 and grounds to terminate Doug Perlitz?
12     A.    Yes.
13     Q.    And a motion was made and
14 seconded to terminate him, correct?
15     A.    Yes, yes.
16     Q.    And how did it pass?
17     A.    Unanimously.
18     Q.    And this was a meeting of
19 what group, Page 1?
20     A.    The Haiti Fund board of
21 directors.
22     Q.    And Mr. Perlitz was
23 executive director of Project Pierre
24 Toussaint, correct?
25     A.    Yes.

```
 1          Q.    So wasn't really the Haiti
 2   Fund, Inc., the corporate alter ego to
 3   Project Pierre Toussaint?
 4          A.    No.
 5          Q.    But it apparently had some
 6   authority to terminate Mr. Perlitz, who
 7   was the executive director of Project
 8   Pierre Toussaint; is that correct?
 9          A.    Whether we had authority or
10   not, we -- we -- we voted.  We fired him,
11   and he accepted that firing.
12                MR. GORDON:  Mr. McCooey,
13          thank you.  We can turn over -- do
14          you want to start, Tim?
15                MR. O'NEILL:  No.  I left
16          all my documents at my hotel that
17          I intended to put in.  So others
18          can do it.
19                MR. GORDON:  Anyone want to
20          do cross tomorrow?  Now or
21          tomorrow?
22                MR. GOLDBERG:  We'll do
23          tomorrow.
24                MR. GORDON:  Mr. McCooey,
25          thank you very much.
```