```
                UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
    ***************************
    GERVIL ST. LOUIS, a/k/a ST.     Consolidated with:
    LOUIS GERVIL,                   3:13-cv-1225-RNC
                                    3:13-cv-1269-RNC
                  Plaintiff,        3:13-cv-1437-RNC
                                    3:13-cv-1480-RNC
         v.                         3:13-cv-1626-RNC
                                    3:13-cv-1627-RNC
    DOUGLAS PERLITZ, FATHER         3:13-cv-1628-RNC
    PAUL E. CARRIER, S.J.; HOPE     3:13-cv-1629-RNC
    E. CARTER; HAITI FUND,          3:13-cv-1630-RNC
    INC.; FAIRFIELD UNIVERSITY;     3:13-cv-1631-RNC
    THE SOCIETY OF JESUS OF NEW     3:13-cv-1632-RNC
    ENGLAND; SOVEREIGN MILITARY     3:13-cv-1633-RNC
    HOSPITALLER ORDER OF ST.        3:13-cv-1634-RNC
    JOHN OF JERUSALEM OF RHODES     3:13-cv-1635-RNC
    AND OF MALTA, AMERICAN          3:13-cv-1636-RNC
    ASSOCIATION, U.S.A.; a/k/a      3:13-cv-1637-RNC
    ORDER OF MALTA, AMERICAN        3:13-cv-1638-RNC
    ASSOCIATION, U.S.A.; JOHN       3:13-cv-1639-RNC
    DOE ONE; JOHN DOE TWO; JOHN     3:13-cv-1640-RNC
    DOE THREE; JOHN DOE FOUR;       3:13-cv-1641-RNC
    JOHN DOE FIVE; JOHN DOE SIX     3:13-cv-1642-RNC
    and JOHN DOE SEVEN,             3:13-cv-1644-RNC
                                    3:13-cv-1645-RNC
                  Defendants.       3:13-cv-1647-RNC
                                    3:13-cv-1648-RNC
                                    3:13-cv-1701-RNC
                                    3:13-cv-1767-RNC
                                    3:13-cv-1768-RNC
                                    3:13-cv-1769-RNC
                                    3:13-cv-1881-RNC
                                    3:13-cv-1904-RNC
                                    3:13-cv-1906-RNC
                                    3:13-cv-1907-RNC
    *****************************
    This document applies to:
    All of the above referenced cases
    And those to be filed
    *****************************
    CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
         VIDEOTAPED DEPOSITION OF WISKY JEROME

              Monday, March 23, 2015
                  9:16 a.m.
```

Page 19

```
 1              Do you have any personal knowledge
 2   about the Knights of Malta?
 3        A.   I don't understand.
 4        Q.   You never heard of them before?
 5        A.   No.
 6        Q.   All right.  Now, you're not claiming
 7   in any sense that you were sexually abused by my
 8   client, Paul Carrier, are you?
 9             MR. GARABEDIAN:  Objection.
10        A.   What?
11   BY MR. O'NEILL:
12        Q.   Do you want me to repeat the question?
13        A.   Yes.
14        Q.   You are not claiming in any sense that
15   Paul Carrier, Pere Paul, sexually abused you?
16             MR. GARABEDIAN:  Objection.
17        A.   Father Paul, I know him.  I just said
18   that he was at Pierre Toussaint, and he was
19   playing with us.
20   BY MR. O'NEILL:
21        Q.   Playing with you in what way?
22        A.   When I see him, he says hello, I say
23   hello.  When I say hello to him, he puts his
24   hand on my head.
25        Q.   Okay.  He never touched you sexually?
```

1      A.   When he says hello, I say hello, and
2   then he puts his hand on my head.
3      Q.   You have no personal knowledge of
4   Father Carrier seeing boys in Mr. Perlitz's
5   bedroom, do you?
6           MR. GARABEDIAN:  Objection.
7      A.   Can you repeat the question, please?
8   BY MR. O'NEILL:
9      Q.   Let's look at, and look at the Creole
10  version of Interrogatory Number 48.  Would you
11  read the Creole version of Interrogatory 48?
12     A.   I don't know -- who are you talking
13  about?
14     Q.   Read interrogatory -- this is supposed
15  to be your answer to Interrogatory Number 48.
16  And the question is, "If you contend that Father
17  Carrier had a sexual relationship with any
18  person from 1987 to the present, state the
19  basis."  Now, the Creole of that is what?
20          MR. O'NEILL:  That's -- the question
21  is what?  Would you read the question to him in
22  Creole?
23     A.   When I was -- I knew Father Paul, he
24  used to talk to me, he said hello.
25  BY MR. O'NEILL:

1      Q.   Do you recall ever being shown an
2   interrogatory that asked the question that you
3   see before you in Creole, and did you personally
4   give the information "I personally know nothing
5   about this matter"?
6      A.   Talking about Father Paul?
7      Q.   Yes.
8      A.   Yes.
9      Q.   Who gave you the question?  Who told
10  you that question?
11     A.   When they were asking me questions
12  about Father Paul, I said I speak to Father
13  Paul, he says hello, I say hello, he holds my
14  head, then he leaves.
15     Q.   Do you have any knowledge, personal
16  knowledge, that Father Carrier ever saw boys in
17  Douglas Perlitz's bedroom?
18     A.   Do I have information, or somebody
19  said to me that --
20     Q.   No --
21          MR. GARABEDIAN:  Let him answer the
22  question.
23     A.   -- that there were --
24          THE INTERPRETER:  That's all he said.
25          MR. O'NEILL:  Do you want me to repeat