```
              UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
                                    Civil Action No.
                                    3:13-cv-01132(RNC)
     ***************************
     GERVIL ST. LOUIS, a/k/a ST.   Consolidated with:
     LOUIS GERVIL,                 3:13-cv-1225-RNC
                                   3:13-cv-1269-RNC
                   Plaintiff,      3:13-cv-1437-RNC
                                   3:13-cv-1480-RNC
        v.                         3:13-cv-1626-RNC
                                   3:13-cv-1627-RNC
     DOUGLAS PERLITZ, FATHER       3:13-cv-1628-RNC
     PAUL E. CARRIER, S.J.; HOPE   3:13-cv-1629-RNC
     E. CARTER; HAITI FUND,        3:13-cv-1630-RNC
     INC.; FAIRFIELD UNIVERSITY;   3:13-cv-1631-RNC
     THE SOCIETY OF JESUS OF NEW   3:13-cv-1632-RNC
     ENGLAND; SOVEREIGN MILITARY   3:13-cv-1633-RNC
     HOSPITALLER ORDER OF ST.      3:13-cv-1634-RNC
     JOHN OF JERUSALEM OF RHODES   3:13-cv-1635-RNC
     AND OF MALTA, AMERICAN        3:13-cv-1636-RNC
     ASSOCIATION, U.S.A.; a/k/a    3:13-cv-1637-RNC
     ORDER OF MALTA, AMERICAN      3:13-cv-1638-RNC
     ASSOCIATION, U.S.A.; JOHN     3:13-cv-1639-RNC
     DOE ONE; JOHN DOE TWO; JOHN   3:13-cv-1640-RNC
     DOE THREE; JOHN DOE FOUR;     3:13-cv-1641-RNC
     JOHN DOE FIVE; JOHN DOE SIX   3:13-cv-1642-RNC
     and JOHN DOE SEVEN,           3:13-cv-1644-RNC
                                   3:13-cv-1645-RNC
                   Defendants.     3:13-cv-1647-RNC
                                   3:13-cv-1648-RNC
                                   3:13-cv-1701-RNC
                                   3:13-cv-1767-RNC
                                   3:13-cv-1768-RNC
                                   3:13-cv-1769-RNC
                                   3:13-cv-1881-RNC
                                   3:13-cv-1904-RNC
                                   3:13-cv-1906-RNC
                                   3:13-cv-1907-RNC
     *****************************
     This document applies to:
     All of the above referenced cases
     And those to be filed
     *****************************
     CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
              VIDEOTAPED DEPOSITION OF
              JHEEMPSON BRISMAC JOSEPH
              Tuesday, September 29, 2015
```

1  play with the children, he would play with us,
2  if he had advice to give us he would, like that.
3       Q.   Would Father Carrier do anything else
4  other than play with the children and give some
5  advice?
6       A.   He prays with us, and when he leaves
7  Haiti he gives some money to Douglas so he can
8  give us.  But I never got any of that money.
9  That's what children say, but I don't know if
10 it's true.
11      Q.   You never saw Father Carrier give any
12 money to Douglas, correct?
13      A.   I don't know anything about that.
14      Q.   Would Father Carrier do anything else
15 other than play with the kids, give some advice,
16 and pray?
17      A.   I don't remember other things.
18      Q.   Did you ever speak directly with
19 Father Carrier?
20      A.   No.
21      Q.   Did you ever hear Father Carrier
22 speak?
23      A.   Yes, he sometimes talks in the chapel,
24 and sometimes Robinson and Douglas translate for
25 him.

1       Q.    Does Father Carrier speak Creole?

2       A.    No, he doesn't speak Creole.

3       Q.    What language does he speak?

4       A.    I don't remember what language he

5   speaks.  Probably English or something.

6       Q.    How many times did you hear Father

7   Carrier speak to students in the chapel?

8       A.    Several times.  I don't remember how

9   often, but several.

10      Q.    Do you remember when?

11      A.    No.

12            THE INTERPRETER:  Could we have a

13  break, please?

14            MR. KERRIGAN:  We can.  We'll go off

15  the record.

16            THE VIDEOGRAPHER:  Going off the

17  record.  The time is 2:32.

18            (Whereupon, a recess was taken.)

19            THE VIDEOGRAPHER:  Back on the record.

20  The time is 2:49.

21  BY MR. KERRIGAN:

22      Q.    Mr. Joseph, we're back after a break,

23  and you are still under oath.  Do you

24  understand?

25      A.    Yes.