## Compensation Payment Directive

TO:   President, Fairfield University

   Pursuant to my vow of poverty as a member of the Society of Jesus, I request and direct that all compensation and other benefits due or to become due to me under the standard form of faculty contract this day executed by me, shall be paid directly to the Fairfield Jesuit Community at the times and in the amounts specified in my contract, including without limitation of the foregoing:

1. My entire salary without deductions for withholding taxes or Federal Insurance Contributions Act contributions;

2. Such amount as would otherwise be contributed by the University as an employer under the Federal Insurance Contributions Act; and

3. Such amount as would otherwise be contributed by the University to the Teachers Insurance and Annuity Association on account of my contract, as such amount may from time to time vary pursuant to pertinent agreements between the University and its staff and faculty.

   As a member of the Society of Jesus, all my earnings are exempt from withholding taxes by virtue of Section 3401 (a) (9) of the United States Internal Revenue Code and said Community is exempt from income taxes as an exempt organization under Section 501 (c) (3) of the Code, as per letter dated September 2, 1971 issued by the Internal Revenue Service and signed by E. D. Coleman, Acting Chief, Rulings Section, Exempt Organization Branch.

Dated: _June 30, 1998_         Signed: _Paul Carrier_

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER                    FFLDU0033075

## Compensation Payment Directive

TO:     President, Fairfield University

Pursuant to my vow of poverty as a member of the Society of Jesus, I request and direct that all compensation and other benefits due or to become due to me under the standard form of faculty contract this day executed by me, shall be paid directly to the Fairfield Jesuit Community at the times and in the amounts specified in my contract, including without limitation of the foregoing:

1. My entire salary without deductions for withholding taxes or Federal Insurance Contributions Act contributions;

2. Such amount as would otherwise be contributed by the University as an employer under the Federal Insurance Contributions Act; and

3. Such amount as would otherwise be contributed by the University to the Teachers Insurance and Annuity Association on account of my contract, as such amount may from time to time vary pursuant to pertinent agreements between the University and its staff and faculty.

As a member of the Society of Jesus, all my earnings are exempt from withholding taxes by virtue of Section 3401 (a) (9) of the United States Internal Revenue Code and said Community is exempt from income taxes as an exempt organization under Section 501 (c) (3) of the Code, as per letter dated September 2, 1971 issued by the Internal Revenue Service and signed by E. D. Coleman, Acting Chief, Rulings Section, Exempt Organization Branch.

Dated: 6/15/05                    Signed: _Paul E. Carrier_

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER                    FFLDU0033081

## Compensation Payment Directive

TO:   President, Fairfield University

Pursuant to my vow of poverty as a member of the Society of Jesus, I request and direct that all compensation and other benefits due or to become due to me under the standard form of faculty contract this day executed by me, shall be paid directly to the Fairfield Jesuit Community at the times and in the amounts specified in my contract, including without limitation of the foregoing:

1. My entire salary without deductions for withholding taxes or Federal Insurance Contributions Act contributions;

2. Such amount as would otherwise be contributed by the University as an employer under the Federal Insurance Contributions Act; and

3. Such amount as would otherwise be contributed by the University to the Teachers Insurance and Annuity Association on account of my contract, as such amount may from time to time vary pursuant to pertinent agreements between the University and its staff and faculty.

As a member of the Society of Jesus, all my earnings are exempt from withholding taxes by virtue of Section 3401 (a) (9) of the United States Internal Revenue Code and said Community is exempt from income taxes as an exempt organization under Section 501 (c) (3) of the Code, as per letter dated September 2, 1971 issued by the Internal Revenue Service and signed by E. D. Coleman, Acting Chief, Rulings Section, Exempt Organization Branch.

Dated: _May 22, 2003_   Signed: _[signature]_

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER          FFLDU0033084

## Compensation Payment Directive

TO:   President, Fairfield University

Pursuant to my vow of poverty as a member of the Society of Jesus, I request and direct that all compensation and other benefits due or to become due to me under the standard form of faculty contract this day executed by me, shall be paid directly to the Fairfield Jesuit Community at the times and in the amounts specified in my contract, including without limitation of the foregoing:

1. My entire salary without deductions for withholding taxes or Federal Insurance Contributions Act contributions;

2. Such amount as would otherwise be contributed by the University as an employer under the Federal Insurance Contributions Act; and

3. Such amount as would otherwise be contributed by the University to the Teachers Insurance and Annuity Association on account of my contract, as such amount may from time to time vary pursuant to pertinent agreements between the University and its staff and faculty.

As a member of the Society of Jesus, all my earnings are exempt from withholding taxes by virtue of Section 3401 (a) (9) of the United States Internal Revenue Code and said Community is exempt from income taxes as an exempt organization under Section 501 (c) (3) of the Code, as per letter dated September 2, 1971 issued by the Internal Revenue Service and signed by E. D. Coleman, Acting Chief, Rulings Section, Exempt Organization Branch.

Dated: _____   Signed: _____

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER                                                                 FFLDU0033088

## Compensation Payment Directive

TO:     President, Fairfield University

Pursuant to my vow of poverty as a member of the Society of Jesus, I request and direct that all compensation and other benefits due or to become due to me under the standard form of faculty contract this day executed by me, shall be paid directly to the Fairfield Jesuit Community at the times and in the amounts specified in my contract, including without limitation of the foregoing:

1. My entire salary without deductions for withholding taxes or Federal Insurance Contributions Act contributions;

2. Such amount as would otherwise be contributed by the University as an employer under the Federal Insurance Contributions Act; and

3. Such amount as would otherwise be contributed by the University to the Teachers Insurance and Annuity Association on account of my contract, as such amount may from time to time vary pursuant to pertinent agreements between the University and its staff and faculty.

As a member of the Society of Jesus, all my earnings are exempt from withholding taxes by virtue of Section 3401 (a)(9) of the United States Internal Revenue Code and said Community is exempt from income taxes as an exempt organization under Section 501 (c)(3) of the Code, as per letter dated September 2, 1971 issued by the Internal Revenue Service and signed by E. D. Coleman, Acting Chief, Rulings Section, Exempt Organization Branch.

Dated: 7/11/01          Signed: _[signature]_

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER          FFLDU0033090

## Compensation Payment Directive

TO:     President, Fairfield University

Pursuant to my vow of poverty as a member of the Society of Jesus, I request and direct that all compensation and other benefits due or to become due to me under the standard form of faculty contract this day executed by me, shall be paid directly to the Fairfield Jesuit Community at the times and in the amounts specified in my contract, including without limitation of the foregoing:

1. My entire salary without deductions for withholding taxes or Federal Insurance Contributions Act contributions;

2. Such amount as would otherwise be contributed by the University as an employer under the Federal Insurance Contributions Act; and

3. Such amount as would otherwise be contributed by the University to the Teachers Insurance and Annuity Association on account of my contract, as such amount may from time to time vary pursuant to pertinent agreements between the University and its staff and faculty.

As a member of the Society of Jesus, all my earnings are exempt from withholding taxes by virtue of Section 3401 (a) (9) of the United States Internal Revenue Code and said Community is exempt from income taxes as an exempt organization under Section 501 (c) (3) of the Code, as per letter dated September 2, 1971 issued by the Internal Revenue Service and signed by E. D. Coleman, Acting Chief, Rulings Section, Exempt Organization Branch.

Dated: *[signature]*          Signed: *[signature]*

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER                                               FFLDU0033092

## Compensation Payment Directive

TO:   President, Fairfield University

Pursuant to my vow of poverty as a member of the Society of Jesus, I request and direct that all compensation and other benefits due or to become due to me under the standard form of faculty contract this day executed by me, shall be paid directly to the Fairfield Jesuit Community at the times and in the amounts specified in my contract, including without limitation of the foregoing:

1. My entire salary without deductions for withholding taxes or Federal Insurance Contributions Act contributions;

2. Such amount as would otherwise be contributed by the University as an employer under the Federal Insurance Contributions Act; and

3. Such amount as would otherwise be contributed by the University to the Teachers Insurance and Annuity Association on account of my contract, as such amount may from time to time vary pursuant to pertinent agreements between the University and its staff and faculty.

As a member of the Society of Jesus, all my earnings are exempt from withholding taxes by virtue of Section 3401 (a) (9) of the United States Internal Revenue Code and said Community is exempt from income taxes as an exempt organization under Section 501 (c) (3) of the Code, as per letter dated September 2, 1971 issued by the Internal Revenue Service and signed by E. D. Coleman, Acting Chief, Rulings Section, Exempt Organization Branch.

Dated: June 29, 1999       Signed: Paul Carrier SJ

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER          FFLDU0033095

## Compensation Payment Directive

TO:   President, Fairfield University

Pursuant to my vow of poverty as a member of the Society of Jesus, I request and direct that all compensation and other benefits due or to become due to me under the standard form of faculty contract this day executed by me, shall be paid directly to the Fairfield Jesuit Community at the times and in the amounts specified in my contract, including without limitation of the foregoing:

1. My entire salary without deductions for withholding taxes or Federal Insurance Contributions Act contributions;

2. Such amount as would otherwise be contributed by the University as an employer under the Federal Insurance Contributions Act; and

3. Such amount as would otherwise be contributed by the University to the Teachers Insurance and Annuity Association on account of my contract, as such amount may from time to time vary pursuant to pertinent agreements between the University and its staff and faculty.

As a member of the Society of Jesus, all my earnings are exempt from withholding taxes by virtue of Section 3401 (a)(9) of the United States Internal Revenue Code and said Community is exempt from income taxes as an exempt organization under Section 501 (c)(3) of the Code, as per letter dated September 2, 1971 issued by the Internal Revenue Service and signed by E. D. Coleman, Acting Chief, Rulings Section, Exempt Organization Branch.

Dated: July 1, 1996    Signed: Paul E. Carrier

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER                              FFLDU0033098

## Compensation Payment Directive

TO:   President, Fairfield University

Pursuant to my vow of poverty as a member of the Society of Jesus, I request and direct that all compensation and other benefits due or to become due to me under the standard form of faculty contract this day executed by me, shall be paid directly to the Fairfield Jesuit Community at the times and in the amounts specified in my contract, including without limitation of the foregoing:

1. My entire salary without deductions for withholding taxes or Federal Insurance Contributions Act contributions;

2. Such amount as would otherwise be contributed by the University as an employer under the Federal Insurance Contributions Act; and

3. Such amount as would otherwise be contributed by the University to the Teachers Insurance and Annuity Association on account of my contract, as such amount may from time to time vary pursuant to pertinent agreements between the University and its staff and faculty.

As a member of the Society of Jesus, all my earnings are exempt from withholding taxes by virtue of Section 3401 (a) (9) of the United States Internal Revenue Code and said Community is exempt from income taxes as an exempt organization under Section 501 (c) (3) of the Code, as per letter dated September 2, 1971 issued by the Internal Revenue Service and signed by E. D. Coleman, Acting Chief, Rulings Section, Exempt Organization Branch.

Dated: _[signature] June 8, 1975_      Signed: _[signature]_

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER                    FFLDU0033109

## Compensation Payment Directive

TO:     President, Fairfield University

Pursuant to my vow of poverty as a member of the Society of Jesus, I request and direct that all compensation and other benefits due or to become due to me under the standard form of faculty contract this day executed by me, shall be paid directly to the Fairfield Jesuit Community at the times and in the amounts specified in my contract, including without limitation of the foregoing:

1. My entire salary without deductions for withholding taxes or Federal Insurance Contributions Act contributions;

2. Such amount as would otherwise be contributed by the University as an employer under the Federal Insurance Contributions Act; and

3. Such amount as would otherwise be contributed by the University to the Teachers Insurance and Annuity Association on account of my contract, as such amount may from time to time vary pursuant to pertinent agreements between the University and its staff and faculty.

As a member of the Society of Jesus, all my earnings are exempt from withholding taxes by virtue of Section 3401 (a) (9) of the United States Internal Revenue Code and said Community is exempt from income taxes as an exempt organization under Section 501 (c) (3) of the Code, as per letter dated September 2, 1971 issued by the Internal Revenue Service and signed by E. D. Coleman, Acting Chief, Rulings Section, Exempt Organization Branch.

Dated: _____     Signed: _____

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER        FFLDU0033116

## Compensation Payment Directive

TO:     President, Fairfield University

Pursuant to my vow of poverty as a member of the Society of Jesus, I request and direct that all compensation and other benefits due or to become due to me under the standard form of faculty contract this day executed by me, shall be paid directly to the Fairfield Jesuit Community at the times and in the amounts specified in my contract, including without limitation of the foregoing:

1. My entire salary without deductions for withholding taxes or Federal Insurance Contributions Act contributions;

2. Such amount as would otherwise be contributed by the University as an employer under the Federal Insurance Contributions Act; and

3. Such amount as would otherwise be contributed by the University to the Teachers Insurance and Annuity Association on account of my contract, as such amount may from time to time vary pursuant to pertinent agreements between the University and its staff and faculty.

As a member of the Society of Jesus, all my earnings are exempt from withholding taxes by virtue of Section 3401 (a) (9) of the United States Internal Revenue Code and said Community is exempt from income taxes as an exempt organization under Section 501 (c) (3) of the Code, as per letter dated September 2, 1971 issued by the Internal Revenue Service and signed by E. D. Coleman, Acting Chief, Rulings Section, Exempt Organization Branch.

Dated: July 16, 1993      Signed: Paul Carrier

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER                                    FFLDU0033124

## Compensation Payment Directive

TO:   President, Fairfield University

Pursuant to my vow of poverty as a member of the Society of Jesus, I request and direct that all compensation and other benefits due or to become due to me under the standard form of faculty contract this day executed by me, shall be paid directly to the Fairfield Jesuit Community at the times and in the amounts specified in my contract, including without limitation of the foregoing:

1. My entire salary without deductions for withholding taxes or Federal Insurance Contributions Act contributions;

2. Such amount as would otherwise be contributed by the University as an employer under the Federal Insurance Contributions Act;  and

3. Such amount as would otherwise be contributed by the University to the Teachers Insurance and Annuity Association on account of my contract, as such amount may from time to time vary pursuant to pertinent agreements between the University and its staff and faculty.

As a member of the Society of Jesus, all my earnings are exempt from withholding taxes by virtue of Section 3401 (a) (9) of the United States Internal Revenue Code and said Community is exempt from income taxes as an exempt organization under Section 501 (c) (3) of the Code, as per letter dated September 2, 1971 issued by the Internal Revenue Service and signed by E. D. Coleman, Acting Chief, Rulings Section, Exempt Organization Branch.

Dated: 8/15/90          Signed: _[signature]_

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER                                                    FFLDU0033133

## Compensation Payment Directive

TO:   President, Fairfield University

Pursuant to my vow of poverty as a member of the Society of Jesus, I request and direct that all compensation and other benefits due or to become due to me under the standard form of faculty contract this day executed by me, shall be paid directly to the Fairfield Jesuit Community at the times and in the amounts specified in my contract, including without limitation of the foregoing:

1. My entire salary without deductions for withholding taxes or Federal Insurance Contributions Act contributions;

2. Such amount as would otherwise be contributed by the University as an employer under the Federal Insurance Contributions Act; and

3. Such amount as would otherwise be contributed by the University to the Teachers Insurance and Annuity Association on account of my contract, as such amount may from time to time vary pursuant to pertinent agreements between the University and its staff and faculty.

As a member of the Society of Jesus, all my earnings are exempt from withholding taxes by virtue of Section 3401 (a) (9) of the United States Internal Revenue Code and said Community is exempt from income taxes as an exempt organization under Section 501 (c) (3) of the Code, as per letter dated September 2, 1971 issued by the Internal Revenue Service and signed by E. D. Coleman, Acting Chief, Rulings Section, Exempt Organization Branch.

Dated: 7/8/91    Signed: [signature]

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER        FFLDU0033136

## Compensation Payment Directive

TO:   President, Fairfield University

Pursuant to my vow of poverty as a member of the Society of Jesus, I request and direct that all compensation and other benefits due or to become due to me under the standard form of faculty contract this day executed by me, shall be paid directly to the Fairfield Jesuit Community at the times and in the amounts specified in my contract, including without limitation of the foregoing:

1. My entire salary without deductions for withholding taxes or Federal Insurance Contributions Act contributions;

2. Such amount as would otherwise be contributed by the University as an employer under the Federal Insurance Contributions Act; and

3. Such amount as would otherwise be contributed by the University to the Teachers Insurance and Annuity Association on account of my contract, as such amount may from time to time vary pursuant to pertinent agreements between the University and its staff and faculty.

As a member of the Society of Jesus, all my earnings are exempt from withholding taxes by virtue of Section 3401 (a) (9) of the United States Internal Revenue Code and said Community is exempt from income taxes as an exempt organization under Section 501 (c) (3) of the Code, as per letter dated September 2, 1971 issued by the Internal Revenue Service and signed by E. D. Coleman, Acting Chief, Rulings Section, Exempt Organization Branch.

Dated: 6/12/90.                    Signed: Paul E. Carrier SJ

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER                                    FFLDU0033140

## Compensation Payment Directive

TO:    President, Fairfield University

Pursuant to my vow of poverty as a member of the Society of Jesus, I request and direct that all compensation and other benefits due or to become due to me under the standard form of faculty contract this day executed by me, shall be paid directly to the Fairfield Jesuit Community at the times and in the amounts specified in my contract, including without limitation of the foregoing:

1. My entire salary without deductions for withholding taxes or Federal Insurance Contributions Act contributions;

2. Such amount as would otherwise be contributed by the University as an employer under the Federal Insurance Contributions Act; and

3. Such amount as would otherwise be contributed by the University to the Teachers Insurance and Annuity Association on account of my contract, as such amount may from time to time vary pursuant to pertinent agreements between the University and its staff and faculty.

As a member of the Society of Jesus, all my earnings are exempt from withholding taxes by virtue of Section 3401 (a) (9) of the United States Internal Revenue Code and said Community is exempt from income taxes as an exempt organization under Section 501 (c) (3) of the Code, as per letter dated September 2, 1971 issued by the Internal Revenue Service and signed by E. D. Coleman, Acting Chief, Rulings Section, Exempt Organization Branch.

Dated: _July 2, 1989_    Signed: _Paul Carrier_

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER                               FFLDU0033146

## Compensation Payment Directive

TO:     President, Fairfield University

Pursuant to my vow of poverty as a member of the Society of Jesus, I request and direct that all compensation and other benefits due or to become due to me under the standard form of faculty contract this day executed by me, shall be paid directly to the Fairfield Jesuit Community at the times and in the amounts specified in my contract, including without limitation of the foregoing:

1. My entire salary without deductions for withholding taxes or Federal Insurance Contributions Act contributions;

2. Such amount as would otherwise be contributed by the University as an employer under the Federal Insurance Contributions Act; and

3. Such amount as would otherwise be contributed by the University to the Teachers Insurance and Annuity Association on account of my contract, as such amount may from time to time vary pursuant to pertinent agreements between the University and its staff and faculty.

As a member of the Society of Jesus, all my earnings are exempt from withholding taxes by virtue of Section 3401 (a) (9) of the United States Internal Revenue Code and said Community is exempt from income taxes as an exempt organization under Section 501 (c) (3) of the Code, as per letter dated September 2, 1971 issued by the Internal Revenue Service and signed by E. D. Coleman, Acting Chief, Rulings Section, Exempt Organization Branch.

Dated: 6/23/88          Signed: Paul Carrier

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER          FFLDU0033154