HAITI FUND, INC.

Minutes of June 13, 2001, Meeting of the
Board of Directors

At 7:15 p.m., the meeting was called to order. The meeting opened with a prayer.

The following Board members were present: Rev. Paul Carrier, SJ, M.J. Murphy, Patty Romanello, Tom Flynn, Ed Brennan, Philip Allen Lacovara, Madeline E. Lacovara, Hope Carter. Also present by invitation was Barbara Fiorda.

1. Approval of Minutes

    The following minuted were approved:
    January 17, 2001
    March 22, 2001

2. Report on Program

    Fr. Carrier reported that there are twenty-six children in the day program at the village, including fourteen residents. He reported on the bathing program and cooperation with the local school to provide summer training for resident youngsters and bathing program youngsters. Programs are well structured and organized.

    Doug Perlitz has started a "grief support" program for children who have lost a parent. The children are also involved in a services program for institutionalized poor and ill and then reflect on experience.

    Doug and Andy are now living in McKenzie House, which has a chapel but no cooking facilities.

    

    Doug also has made micro-lending loans of $1,000 to Moe for a bodega and to Robinson for a video theater; youngsters from the program will work there. The youngsters are also being placed in some other shops.

    The village has a soccer field and a basketball court; trees; and houses have stone planters to give a finished look.

    Doug, Andy and other staff will have vacation leave during the summer. Andy is committed to stay with the program at until at least mid 2002, and Doug plans to stay several more years.

The Board discussed the availability of pharmaceuticals to treat the children and possible pursuit of a vaccination program.

A new, more powerful generator has been purchased for the village.

Sister Alice of Bel Aire is leaving in August to return to Canada in August. Fr. Carrier will extend the Board's appreciation for her assistance to our project.

The program has been favorably covered in local Port-au-Prince newspapers.

No significant problems were reported with the personnel or the program.

3. Budget and Finance

Patty Romanello reported on her meeting with accountant Len Miller about filing financial statements and tax reports. We are incurring a $50 per day penalty for late IRS filings, which we hope to get waived, since November 16, 2000, for failure to file financial statements within five months after the close of the fiscal year.

The accountant has paid $640 in Connecticut state taxes for 1999 and 2000 and the payments should be refunded, if we receive IRS tax exempt status.

The final deadline for completing submission for our tax exempt status is August. FY 2001 should close with a surplus of $90,000.

For the FY 2002 budget, expenses are projected to run at the same rate as the prior (July 1-June 30) year: approximately $215,000 (including allocation for deferred compensation).

Revenue: some grants will not be renewed (at least $25,000 from Fund for Children and $60,000 from Hope for Haiti). The actual proposed budget will be circulated before the beginning of the fiscal year for approval by written unanimous consent.



Patty reminded the Board that any expenditure or commitment over $2,500 requires approval of the Board or the Operating Committee.

4. Tomlinson Proposal

Ed Brennan described Tomlinson Middle School's proposal to create a five-year plan for educational and professional development of Robinson Gedeus by visits to schools in Fairfield County, including Fairfield University.

      Congressman Shay's office will be asked to assist in obtaining a five-year visa for these visits.

      Tomlinson will consider expanding the program to include other members of the project's staff. The actual participation in the program will be discussed with Doug.

5.   <u>"Jesuit Volunteers International" Planning</u>

      M. J. Murphy reported that JVI had approved including our project in their program, but Doug decided to postpone the JVI program from August 2001 to August 2002, because there is not adequate in-country support for JVI volunteers, even though the JVI staff is enthusiastic about assigning volunteers. MJ will be reviewing this again with Doug in August to get a commitment for next year.

6.   <u>Travel Funding/Deferred Compensation</u>



      The Board decided that the budget should plan to fund two personal leave trips home per year for volunteers plus limited fund-raising trips or special personal-needs trips approved by the Board chairman.

7.   <u>Other</u>

      Hope Carter raised the issue of compensation of Barbara Fiorda for financial and development assistance. After discussion, the Board decided to retain Barbara's services on a part-time basis for reconciling financial data, developing financial statements and administering development grant proposals. The program will reimburse the Order of Malta for her services at the rate of $1,000 per month for approximately 22 hours per month average, beginning FY 2002.

8.   <u>Next Meeting</u>

      The next meeting will be called by the Chairman on August 1, 2 or 3, 2001.

9.   <u>Adjournment</u>

      The meeting adjourned at 8:50 p.m.

                      Respectfully Submitted,

                        Philip Allen Lacovara

Secretary

PEC000730