**To:** Timothy Joyce[tjoyce@bpslaw.com]; jrcullinane@yahoo.com[jrcullinane@yahoo.com]; sdmacavoy@hotmail.com[sdmacavoy@hotmail.com]; Picarazzi, Deb[dpicarazzi@mail.fairfield.edu]; pat.daniels@mercer.com[pat.daniels@mercer.com]; mpmccooey@hotmail.com[mpmccooey@hotmail.com]; Spock00000@aol.com[Spock00000@aol.com]; robert67@oponline.net[robert67@oponline.net]; Jgavin1060@aol.com[Jgavin1060@aol.com]; CPJMTC@aol.com[CPJMTC@aol.com]
**Cc:** Richard F. Markert[rmarkert@bpslaw.com]; Hope Carter[granny1@ix.netcom.com]; Francis Tietjen[Tietjen49@aol.com]; Helen Wright[hawright@optonline.net]; Frank Hardart[fhardart@gmail.com]
**From:** Carrier, Paul E., S.J.
**Sent:** Thur 5/1/2008 5:17:57 PM
**Importance:** Normal
**Subject:** Re: Witnesses

Who gave approval for Brian to call Doug in Bhutan to tell him that he was relieved of his duties, that he could not go back to Haiti because of new allegations? Was there a Board vote?

We spoke at our last meeting that this had to be handled carefully and with respect for Doug.

He is in Bhutan, with five more days of his trip, alone. Who will be held responsible if anything happens to him. This was irresponsible, insensitive and dangerous. I am appalled. For eleven years of his life, with no charges proven, he is thrown overboard. I can't even begin to express my outrage!

I think the Board needs to address this matter according to our by laws, and I would refer people to the guidelines of the diocese as well.

Paul E. Carrier, S.J.
President Project Pierre Toussaint

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER    FFLDU0012043

++++++++++++PLEASE NOTE

****I have sent this email out each time I have noticed a member of the Board that was not included in the original mailing from Tim.
I think the list is complete now.
Please make sure all members of the Board receive future messages.


> From: Timothy Joyce <tjoyce@bpslaw.com>
> Date: Thu, 01 May 2008 10:45:03 -0400
> To: <jrcullinane@yahoo.com>, <pecarrier@mail.fairfield.edu>,
> <sdmacavoy@hotmail.com>, <dpicarazzi@mail.fairfield.edu>,
> <pat.daniels@mercer.com>, <mpmccooey@hotmail.com>, <Spock00000@aol.com>,
> <robert67@oponline.net>, <Jgavin1060@aol.com>, <CPJMTC@aol.com>
> Cc: "Richard F. Markert" <rmarkert@bpslaw.com>
> Subject: Witnesses
>
> Dear Board Members:
>
> In order to continue this investigation without it being influenced by
> others, Brian Russell, as Chairman of the Board, has instructed me to
> advise you not to have any contact with any potential witnesses.   All
> communication with the project, its employees and participants and others
> in Haiti who may have information bearing on this investigation should be
> made only through, in the presence of, or with the approval of legal
> counsel.  To do otherwise could jeopardize the credibility of this
> investigation and put your fellow board members at risk.
>
> Feel free to contact me or Rick Markert at any time if you have questions
> or suggestions.
>
> Timothy J. Joyce, Esq.
> Bleakley Platt & Schmidt, LLP

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER    FFLDU0012044

> 1 North Lexington Avenue
> PO Box 5056
> White Plains, NY 10602-5056
> Direct Dial: (914) 287-6117
> Facsimile: (914) 683-6956
> Email: Tjoyce@bpslaw.com
>

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER                              FFLDU0012045