**Proposal to Bonus Nick and Doug For Social Security and Medicare Taxes**

It has come to our attention that we have been incorrectly classifying our volunteers as 1099 Independent Contractors as opposed to W2 Employees of PPT. One main difference between these two classifications is that employers pay a portion of the Social Security and Medicare taxes for all their employees. An employer doesn't pay any portion of these taxes for Independent Contractors that perform work for them. The independent contractors must pay the whole amount themselves.

We have spoken to an attorney and an accountant at O Conner Davies Munns & Dobbins. We are correcting the situation as of 1/1/08 and plan on classifying all our "volunteers" as W2 employees of the Haiti Fund. Because of this oversight on our part Nick and Doug had a larger tax burden than they should have. As their employer we should have paid our part of the Social Security and Medicare taxes. To be fair and not make Doug and Nick pay for our mistake, we're proposing that the board approve a one time bonus to Nick and Doug to cover this difference. Nick's bonus would be $890 and Doug's bonus would be $1872. Total amount of the bonus' are $2762.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER    FFLDU0011987