**The Haiti Fund, Inc.**
**Board of Directors Meeting**
**Wednesday, April 23, 2008**
**Law Offices of Bleakley Platt & Schmidt, LLP**
**White Plains, New York**
**6:00 PM**

**Present:** Paul Carrier, s.j., Tim Joyce, Pat Daniels, Suzanne MacAvoy, Deb Picarazzi, Cathy Lozier, Mary Ellen Gavin, Fred Wheeler, Frances Tietjen Wiener, Michael McCooey, Frank Hardart, Helen Wright
**By Phone:** Bob Wright
**Absent:** Brian Russell, Hope Carter, John Cullinane

The meeting was brought to order by Suzanne MacAvoy and welcomed Fred Wheeler to the Board.

**Minutes ~ (Source: email February 12, 2008)** The reading of the previous meeting's minutes was waived; a motion was made to accept the minutes as presented. Tim Joyce made a name spelling correction: first page in "....**Report of Tim Joyce**: His Colleague, Rick Markert..." Suzanne MacAvoy made a content correction: third page, first paragraph should read: "....Another volunteer identified was Aaron Cotter. Pat Rombalski from John Carroll and Boston College may serve as a resource for potential volunteers...." Upon correction the motion to accept was seconded and approved by the Board.

**One' Night for Haiti Report:** (On the phone: Jeanie and Tom Tisdale) Jeanie and Tom thanked the Board for their support. The final number was $176,000. (See email with attachment from Jeanie Tisdale, March 28, 2008) Jeanie stated: "God provides...." and when all those involved are proactive sponsors, that shows in the numbers. For the future, the Tisdale's are accessible to help with the fundraising but will not chair this event next year. However, they have a template for the next committee to follow. The Board thanked Jeanie and Tom and the Montgomery's for a wonderful event. The Montgomery's have done a mock up "thank you" to continue with the branding of PPT and One' Haiti. Jeanie suggested that it be used to thank all the people who donated and attended One' Night for Haiti and thereby, continuing to be proactive with our constituency. The cost would be approximately $1200.

Discussion followed regarding differentiating between *Jazz It Up* and *One' Night for Haiti*. Tim Joyce explained that PPT has a right to restrict and monitor Jazz It Up. There is a need to have a dialogue with Hope Carter, Dan Romanello and Lia and Carroll Carter regarding trademark of the name Jazz It Up. It was

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER                                    FFLDU0007415

decided that further discussion should be done at a later date. Tim also recommended that a time line of the events that led up to the Jazz people wanting to trademark be constructed and that we maintain a relationship with them. **Tim Joyce will discuss with his partner, who is familiar with this type of trademark process, regarding our rights and how they will impact our fundraising for the future.**

**Report from Tim Joyce:** Tim suggested that the Board make a resolution regarding his firm's report on the issue in Haiti. In the report, all the public allegations were discredited. He reiterated that there was no basis for the allegations and was pure innuendo. The investigator was advised not to interview the radio commentator for that would "stir up" the issue to no avail. It is apparent that Doug's focus is on the boys and that he has suffered and has been treated unfairly. The Board was advised to offer their support to Doug. It was highly recommended that all copies of the report be destroyed or returned to Tim Joyce's office where a copy will be held. It was noted that the auditor's should contact Tim at his law office for any pertinent information.

**Operations Committee Report:**
   a. Report from Haiti: Paul learned via phone calls and email, that although things were tense due to the current food shortage, all is well. There were some minor protests, but Nick reported that all returned to normal although food prices were high. As per security guidelines, the volunteers will go to Milot or the Mission House if need be. Individual files on the kids are being updated; some boys were suspended from 14th Street; Robenson reports that all is well at the Village.
Sylvester, the Jesuit novice has completed his four months of service. It was reported that he fit in well, did very well, and was well liked. Sylvester worked at all locations. The Jesuit Superior was very impressed and will send more novices in the future. While asked for a written report, Sylvester stated that he can only process together with his Superior and would need his Superior's permission. **Pat Daniels, Bob Wright and the Board may contact him for something in writing which could be used as a tool for volunteer purposes. Paul will pursue this request.** Also, the Jesuits in Port a Prince have expressed some interest in becoming more involved.
                  <u>Assistant Director Position, Robenson Gedeus:</u> Robenson has matured, become more focused and is doing a great job as Assistant Director of the Project. This was a position that was budgeted last year and never filled.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER                                                                                                                                                              FFLDU0007416

b. Financials:

Tim Joyce requested that Doug's annual compensation be increased. This is being taken under advisement by the Finance Committee.

Haiti Fund Inc. Projected Budget for Fiscal 2007-08: **(Source: email Cathy Lozier, April 21, 2008)**. This was presented and passed unanimously by the Board.

Proposal to Bonus Nick and Doug for Social Security and Medicare Taxes: **(Source: email Cathy Lozier, April 21, 2008)**. Retroactive to January 1, 2008 and going forward the volunteers will be treated as employees and issued W2's. This proposal was passed unanimously by the Board.

Proposal to loan $4000 to Robenson Gedeus for prepaid rent: **(Source: email Cathy Lozier, April 21, 2008)**. The Board requested that Robenson be required to provide us with a signed document so stating the terms of this agreement. This was passed unanimously by the Board.

Capitalization Policy and Investment Policy: **(Source: email Cathy Lozier, April 21, 2008)**. Both of these policies were accepted unanimously by the Board.

    i. Update on surplus monies fund: **Cathy Lozier, Deb Picarazzi and Bob Wright** will look into various investment opportunities keeping in mind that the funds must remain fairly liquid for the project's expenses going forward.

    ii. Update on accounting firm: The possibility of hiring a new accounting firm will be pursued after May 15th. For the present, we will continue to work with Phil Healey and his firm.

    iii. Payroll process/schedule for volunteers: The finance committee is looking at a payroll service for the project's American employees.

    iv. Outcomes from Capital Campaign and Annual Appeal Total: **(Source: email Deb Picarazzi, April 23, 2008)** This Profit & Loss statement was reviewed by the Board under Deb's direction.

c. Board Governance: Pat Daniels presented copies of a "Good Governance Guide" to the Board. **(Source: governancematters.org)** The recommendation was made, that as a 501c3, with upwards of $600,000 budget, it is our responsibility as a Board to familiarize ourselves with indicators of good governance.

**Committee Membership/Term Tenure:**
**(Source: email Suzanne MacAvoy, March 30, 2008).** Issues of term limits and reappointment remained unresolved. **Tim Joyce, Pat Daniels and Bob Wright will work on the issue of term tenures.** It was recommended that we have Board Members in waiting and to produce a list of potential members perhaps drawing from Malta, St. Luke's and the Convent of the Sacred Heart. The Board does not have anything in place for a review of the Director nor of his/her compensation nor do we have a strategic plan. **Michael McCooey will contact a consultant who, through observation, could give us some guidance in these areas. Cathy Lozier and Tim Joyce, ad hoc By-Laws Review Committee, will review our present by-laws for too many specifics.**

**Human Resources Committee Report:**
Pat Daniels presented Larry Miners as a potential Board Member. Larry has vast experience, particularly in the Office of Public Relations at Fairfield University as well as in grant writing. Larry Miners was unanimously accepted as a Board Member. Pat had also contacted Michael Sargent, who, at this time was unable to consider joining the Board.
It was discussed that we must develop sources for volunteers and continue to use Pat Rombalski.

**Program Committee Report:**
Please review for the next meeting the following sources:

Program Committee – Goals/Objectives/Outcomes; Draft Report from the Program Committee: **(Source: email Sue MacAvoy, April 21, 2008)**

Update on the Rabbit Project: The good news is the rabbits are multiplying. Five of the original 10 boys in the project are still involved. The rabbits are known as the best in Haiti! We can extend the contract for $200 US. It has proven to have made the boys more self reliant.

Future suggestions: Computer Program: **(Source: email Sue MacAvoy, April 23, 2008).** Frank Hardart prepared the report: Computer Use at the PPT Village. He reported that he had spoken with Doug at the fundraiser and that he is very interested in pursuing this program. The Board was asked to review the report to discuss at the next meeting.

CONFIDENTIAL - PRODUCED PURSUANT TO PROTECTIVE ORDER        FFLDU0007418

**Development Committee Report:**
Job Description for Development Committee: **(Source: email Frances Tietjen Wiener, April 22, 2008)** Discussion was held on the aforementioned report which was a compilation of input from several Board members. Frances requested members to email her directly with ideas and/or changes. The project has received a $5,000 grant from Malta and Development is researching other possibilities. A recommendation was made to have a salaried position for the Board. Discussion of redesigning the tri-fold pamphlet was held and it was determined that we would use all that remained for now.
The "Ducky Derby" which benefits the Rabbit Project is scheduled for May 17th at Brookside Road in Fairfield. Details are on the web site.

**Resolution to form Ad Hoc Committee to consider financial procedures/protocols: (Source: email Sue MacAvoy, April 17, 2008)** Discussion of aforementioned resulted in a proposal for the Ad Hoc Committee, consisting of **Bob Wright, Cathy Lozier, Deb Picarazzi and Fred Wheeler to study the fiduciary responsibilities of the Board.** This was unanimously passed by the Board.

**Next Meeting: Sunday, June 1, 2008; 9:00 am, St. Luke's Meeting Room, Westport, CT.**
The meeting adjourned at 9:15 pm.

Respectfully submitted,


Helen Wright