UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS, a/k/a ST. LOUIS GERVIL,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS OF NEW ENGLAND; SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICAN ASSOCIATION, U.S.A., a/k/a ORDER OF MALTA, AMERICAN ASSOCIATION, USA; JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; JOHN DOE FOUR; JOHN DOE FIVE; JOHN DOE SIX; and JOHN DOE SEVEN,<br><br>Defendants. | Civil Action No.: 3:13-cv-01132 (RNC)<br><br>Consolidated with:<br>3:13-cv-1225-RNC; 3:13-cv-1269-RNC;<br>3:13-cv-1437-RNC; 3:13-cv-1480-RNC;<br>3:13-cv-1626-RNC; 3:13-cv-1627-RNC;<br>3:13-cv-1628-RNC; 3:13-cv-1630-RNC;<br>3:13-cv-1631-RNC; 3:13-cv-1633-RNC;<br>3:13-cv-1634-RNC; 3:13-cv-1635-RNC;<br>3:13-cv-1636-RNC; 3:13-cv-1637-RNC;<br>3:13-cv-1638-RNC; 3:13-cv-1639-RNC;<br>3:13-cv-1640-RNC; 3:13-cv-1641-RNC;<br>3:13-cv-1642-RNC; 3:13-cv-1644-RNC;<br>3:13-cv-1645-RNC; 3:13-cv-1647-RNC;<br>3:13-cv-1648-RNC; 3:13-cv-1701-RNC;<br>3:13-cv-1767-RNC; 3:13-cv-1768-RNC;<br>3:13-cv-1769-RNC; 3:13-cv-1881-RNC;<br>3:13-cv-1906-RNC; 3:13-cv-1907-RNC;<br>3:14-cv-0125-RNC; 3:14-cv-0668-RNC |
| *This document applies to:*<br>*Jean v. Perlitz, et al.*, 3:13-cv-1225-RNC;<br>*Gesner Lecenat v. Perlitz, et al.*, 3:13-cv-1633-RNC;<br>*Joseph v. Perlitz, et al.*, 3:13-cv-1635-RNC;<br>*Audate v. Perlitz, et al.*, 3:13-cv-1637-RNC;<br>*Geffrard Lecenat v. Perlitz, et al.*, 3:13-cv-1642;-RNC<br>*Benjamin v. Perlitz, et al.*, 3:13-cv-1645-RNC;<br>*Calixte v. Perlitz, et al.*, 3:13-cv-1767 -RNC | November 14, 2016 |

## PLAINTIFFS' EMERGENCY MOTION FOR RELIEF

In response to a devastating flood in Cap Haitien, Haiti last week, Plaintiffs Johnson Audate, Erlick Benjamin, Luccé Calixte, Geffrard Lecenat, Gesner Lecenat, Ilguens Jean, and Jasmin Joseph ("Plaintiffs"), all of whom have been victims of this

natural disaster, request that their attorneys be permitted to provide emergency relief to assist them. Plaintiffs are seeking permission from the Court for their counsel to provide aid because these Plaintiffs have lost the few necessities they had before last week's flood. In particular, Plaintiffs are seeking permission for their attorneys to provide up to $500 in food, clothing, shoes, and bedding for each of them. In support thereof, Plaintiffs state as follows:

1. From November 5, 2016 to November 8, 2016, heavy rain "caused rivers to overflow, landslides and flash flooding in at least 15 municipalities" in Northern Haiti, including several neighborhoods in Cap Haitien. *Haiti – Further Flooding Leaves 10 Dead,* http://floodlist.com/america/haiti-flooding-leaves-10-dead (Updated November 10, 2016) a copy of which is attached as Exhibit A to Declaration of Mitchell Garabedian in Support of Plaintiffs' Emergency Motion for Relief; *see also* Haiti Floods Kill At Least 10 People After Heavy Rain, http://www.bbc.com/news/world-latin-america-37900952 (November 7, 2016), a copy of which is attached as Exhibit B to Garabedian Declaration.

2. As a result of the devastation of this flooding, a number of Plaintiffs have requested emergency assistance from Plaintiffs' Counsel. As set forth in the Garabedian Declaration, counsel has learned that at least in some cases, Plaintiffs have had chest-high water in their homes, that their bedding has been inundated with water and is no longer usable, that their shoes have either been washed away or become soaked to the point of being unwearable, food has spoiled from being soaked, and that articles of clothing also washed away. The water that has washed into their homes is contaminated. It appears that these Plaintiffs have no mattresses on which to sleep, and/or very little clothing they can wear, and/or nothing to eat, and and/or no shoes to wear as they wade through the contaminated water. They have no means to flee to a less-flooded area. They are in dire straits, and the need is acute.

3. Plaintiffs have sent pictures of the devastation from the flood, which are provided here. *See* Garabedian Declaration, Exhibits C, D, E, F and G.

4. At this point, Plaintiffs have no other source of assistance. Accordingly, Plaintiffs seek permission from the Court for Plaintiffs' Counsel to purchase food, clothes, shoes, bedding, and other necessities for the Plaintiffs who have suffered these from this flood.

5. All seven of the Plaintiffs requesting relief have suffered substantial losses from this flood. To the extent that counsel becomes aware of additional Plaintiffs who have suffered similar losses, counsel may seek to permission to provide aid to those Plaintiffs as well.

6. At this Court's January 27, 2016, hearing, the Court stated its concerns about payments to Plaintiffs that had been made, and reminded Plaintiffs' counsel of the need to avoid the appearance of impropriety and of the dangers of providing funds directly to the Plaintiffs. Thereafter, Plaintiffs' counsel have worked assiduously to comply with the Court's direction. If the Court allows this motion, Plaintiffs' counsel will arrange for someone to purchase for the seven identified Plaintiffs food, clothes, shoes, bedding, and other necessities as needed. Monies would not be directly given to the Plaintiffs; they would receive food, clothes, shoes, bedding and/or other necessities as needed.

7. Counsel believes that $500 per Plaintiff is sufficient at this time for their present and immediate needs. Should there be the need for additional expenditures (including, for example, if any of the Plaintiffs require medical treatment as a result of the flood conditions), Plaintiffs will make an application to the Court with respect to any such supplemental expenditures.

Dated: November 14, 2016

By: /s/ Mitchell Garabedian

Mitchell Garabedian (phv04676)
garabedianlaw@msn.com
William H. Gordon (phv04677)
wgordon@garabedianlaw.com
LAW OFFICES OF MITCHELL GARABEDIAN
100 State Street, 6th Floor
Boston, MA 02109
Phone:  (617) 523-6250

Paul J. Hanly, Jr. (phv04680)
phanly@simmonsfirm.com
Jayne Conroy (phv04679)
jconroy@simmonsfirm.com
Andrea Bierstein (phv04678)
abierstein@simmonsfirm.com
SIMMONS HANLY CONROY
112 Madison Ave., 7th floor
New York, New York 10016
Phone:  (212) 784-6400

Steven J. Errante (ct04292)
SErrante@ltke.com
Marisa A. Bellair (ct23802)
MBellair@ltke.com
LYNCH, TRAUB, KEEFE, & ERRANTE, P.C.
P.O. Box 1612
52 Trumbull Street
New Haven, CT 06510
Phone:  (203) 787-0275
Fax:  (203) 782-0278

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on November 14, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access

this filing through the Court's CM/ECF system.

I further certify that on November 14, 2016, the foregoing document was sent by first-class mail, postage prepaid, to:

(1) Counsel for Defendant Douglas Perlitz at the below address:
David T. Grudberg, Esq.
Carmody & Torrance, LLP
195 Church St.
PO Box 1950
New Haven, Conn. 06509-1950

(2) Defendant Haiti Fund, Inc. at the below address:
Haiti Fund, Inc.
c/o Mr. Michael McCooey
Chairman
475 Polly Park Road
Rye, NY 10580

/s/    Mitchell Garabedian
          Mitchell Garabedian