## VIVIAN GROSSWALD CURRAN
### Distinguished Professor of Law

### EDUCATION
1980-1983   COLUMBIA UNIVERSITY LAW SCHOOL
- Human Rights Law Review
- International Fellow
- Blaustein Foundation Fellowship to the International Conference on Human Rights, Strasbourg, France
- J.D. (1983)

1975-1980 COLUMBIA UNIVERSITY, DEPARTMENT OF FRENCH LITERATURE AND ROMANCE PHILOLOGY
- Ph.D. (1980); M. Phil. (1979); M.A. (1976)

1971 -1975 UNIVERSITY OF PENNSYLVANIA
- *Phi Beta Kappa;*
- *Delta Phi Alpha* (German Honor Society)
- B.A. in French literature (1975, *magna cum laude*)


### HONORS, ELECTIONS, APPOINTMENTS

-Decoration of French government:  *Chevalier dans l'Ordre des Palmes Académiques*: 2013.

- Grand Decoration of Merit in Gold for Services Rendered to the Republic of Austria (*das große goldene Ehrenzeichen für Verdienste um die Republik Österreich*): 2007.

-President, American Society of Comparative Law, 2016- present.

-Vice-President of the American Society of Comparative Law: 2015-2016; Executive Committee: 2012-2014; 2000- 2008; Chair, Prizes Committee 2009-2015; Secretary: 2002-2004.

- American Law Institute: elected in 2004; Member of ALI Consultative Groups for drafting Restatement (Third) The Law of Trusts**;** Restatement  (Third) the United States Law of International Commercial Arbitration**;** Principles of Government Ethics; Restatement (Fourth) The Foreign Relations Law of the United States.

- International Academy of Comparative Law/*Académie internationale de droit comparé*, Titular member: elected in 2013; Associate Member: elected in 2003.

-*Société de législation comparée* (Society of Comparative Legislation): elected 2013.President, North-American Section: 2015-present.

-American Council of Learned Societies, Delegates Executive Committee: 2016-2019; delegate 2015-2019.

- Fellow of the American Bar Foundation:  elected in 2010.

- U.S. Member, Austrian General Settlement Fund Committee: U.S. State Department appointment, 2004- 2006;

- University Center for International Studies Faculty Fellowship, spring, 2008.

- Member of **"**Internationalization of Law" ("*Internationalisation du droit*"**)** network, including Justice Stephen Breyer and Prof. Mireille Delmas-Marty of the Collège de France, various judges of the three French supreme courts and U.S. circuit courts, and French and U.S. legal scholars, 2006-present.

-Global Academic Partnership Grant, "The Idea of France," with Giuseppina Mecchia and Todd Reeser: 2011.

- Advisory Group for the International Academy of Comparative Law, 2016 – present;

**-** Academic Council member of the Garrigues Chair in Global Law, a joint collaboration between the Garrigues Foundation and the University of Navarra (Spain) (2004-present).

-Advisory Board Member, University of Maine Law School's French Law Program, 2011-present;

**-** Advisory Board member**,** John Marshall Law School Center for International Business and Trade Law: 2000-2003;

Advisory Board Member, Center for International Legal Education, University of Pittsburgh.
-Global Acadmic Prtnership Grant, with Giuseppina Mecchia and Todd Reeser, "The Idea of France", 2011.

## EDITORIAL POSITIONS

**-**Editor, with Mortimer Sellers, of *American Society of Comparative Law Studies in Comparative Law*, Cambridge University Press, 2016- present.

**-**Editorial Board of *American Society of Comparative Law Studies in Comparative Law*, Cambridge University Press, 2015-2016.

- Editorial Board of *The French Law Review/Revue Française de Droit : National, European, International, Transnational Law.* (Organized by the Ecole Nationale Supérieure – Rennes.)

## EMPLOYMENT

2016- present: Distinguished Professor of Law (University designation)

2010- 2016: Distinguished Faculty Scholar (Law School designation), Professor of Law;

2011-12: Buchanan Ingersoll and Rooney Scholar;

2002- present:   Professor of Law, University of Pittsburgh School of Law;
        Director LL.M. Program (2003 - 2005); Visiting Professor, University of Lille
        Law Faculty, *formation doctorat "Interprétation"* (summer 2013); University of
        Augsburg Law Faculty (summer 1999) (taught one course in German).

**Teaching**:
Torts, Transnational Litigation, *L'arbitrage international* (International Arbitration: course taught in French, with participation in French-language moot run by Sciences Po, Paris), Estates and Trusts,
Past Teaching:  Property; The Civil Law Tradition (focus on French and German law, with overview of EU, CJEU, and ECtHR); Comparative Legal Cultures of the Western World; Law and Globalization; Comparative Foundations of Law and Justice; Common Law Methodology for Foreign LL.M. Students; French for Lawyers (*le français juridique*).

Affiliate member of  French & Italian Department; core faculty affiliate member of University Center for International Studies; Core faculty member of West European Studies Program and Global Studies Program

**Administrative Activities**:
-Creating LL.M. Exchange Program with Paris I (Sorbonne) (French-language instruction for University of Pittsburgh law students.  MOU in last stages of approval process by administration).
-Created, supervise and formulate curriculum for Languages-for-Lawyers courses.
-Created interdisciplinary concentration in Holocaust and Genocide Studies.


1999- 2002:    Associate Professor of Law, University of Pittsburgh.
1996-1999:    Assistant Professor of Law, University of Pittsburgh.
1995-1996:    Visiting Assistant Professor of Law, University of Pittsburgh.
1989-1995:    Instructor, University of Pittsburgh:  Legal Analysis and Writing
1988-1989:    University of Pittsburgh and La Roche College:  taught French language and literature; Shadyside Academy:  taught German language and literature.
1985-1988:    Attorney in civil litigation, Rose Schmidt Hasley & DiSalle, Pittsburgh, Pa.
1983-1984:    Attorney in corporate law, Manion, Alder & Cohen, P.C., Pittsburgh, Pa.
Summer 1982:  Summer Associate, Mudge Rose Guthrie & Alexander, New York, N.Y.
Summer 1981:  Intern at the New York Commission on Judicial Conduct.
Summer 1980:  Intern at the American Association of the International Commission of Jurists.
1976-1980:    Columbia University:  Taught French literature, grammar, conversation and translation courses.

## PUBLICATIONS AND WORK IN PROGRESS

**Books:**

-DICTIONARY OF THE CIVIL CODE (LexisNexis, 2014), translation with team in USA and France under the supervision of Alain Levasseur and Marie-Eugénie Laporte-Legeais from the French of GÉRARD CORNU, VOCABULAIRE JURIDIQUE, the major legal dictionary of France.

- CORE QUESTIONS OF COMPARATIVE LAW, an English translation of Bernhard Großfeld, KERNFRAGEN DER RECHTSVERGLEICHUNG (Carolina Academic Press, 2005).

-COMPARATIVE LAW: AN INTRODUCTION (edited book; Carolina Academic Press, 2002).

- LEARNING FRENCH THROUGH THE LAW: A FRENCH/ENGLISH COMPARATIVE TREATMENT OF TERMS IN A LEGAL CONTEXT (Columbia University, Parker School of Foreign and Comparative Law & Juris Publishing, Inc., 1996).

**Articles, Chapters, Other**:

-*Harmonizing Multinational Parent Company Liability for Foreign Subsidiary Human Rights Violations*, 17 CHICAGO J. INT'L L. -- (forthcoming 2017).

-*Law and Human Suffering*: *A Slice of Life in Vichy France,*- J. L. & Lit. – (forthcoming).

-*Traduction ou Trahison* 9 CIVIL L. FORUM 126 (2016).

-*United States Discovery and Foreign Blocking Statutes*, 75 LA. L. REV. 1141 (2016).

-*Le juge national américain et le droit de l'environnement, in* PRENDRE LA RESPONSABILITE AU SERIEUX (Alain Supiot & Mireille Delmas-Marty, ed.s, Presses universitaires de France, 2015).
-*La jurisprudence récente de la Cour suprême en matière d'extraterriorialité, et autres questions d'importance internationsale*, 43 RECUEIL DALLOZ 2473 (11 DÉC. 2014).

-*Les nouveaux défis de la globalisation pour le droit comparé : baliser entre contre-courants, in* LE DROIT COMPARE AU XXIE, Bénédicte Fauvarque-Cosson, ed.(Société de législation comparée, 2015)

- *Evolving French Memory Laws in Light of Greece's 2014 Anti-Racism Law*, in REVIEWS & CRITICAL COMMENTARY (CRITCOM), Council for European Studies, at http://councilforeuropeanstudies.org/critcom/

- *La jurisprudence récente de la Cour suprême des Etats-Unis en matière d'extraterritorialité et autres questions d'importance internationale*, 43 RECUEIL DALLOZ 2473 (11 Dec.2014).

4

-*The Use, Abuse, and Non-Use of International law in the United States and France* (with William M. Carter, Jr.), *in* REVISITING VAN GEND EN LOOS, Hélène Ruiz-Fabri et al., ed.s (2014), previously published as Jean Monnet Working Paper 02/14, www.Jean MonnetProgram.org.

- *At the Crossroads of Law and Society: The Trial of Mendel Beilis*, 28 J. LAW & LIT. 87 (2016)

-*Les actualités sur l'Alien Tort Statute,in* STEPEHN. BREYER & MIREILLEDELMAS-MARTY, ED.S, INTERNATIONALISATION DU DROIT: PATHOLOGIE OU METAMORPHOSE DE L'ORDRE JURIDIQUE? (forthcoming 2015) .

-*Reviving Human Rights Litigation after Kiobel (with David Sloss),* 107 AM. J. INT'L L 858 (2013).

-*Mass Torts and Universal Jurisdiction*, 34 U. PA. J. INT'L. L. 799 (2013).

[-Hermann Kantorowicz : *A Son of the Nineteenth Century Speaks to the Twenty-First*, -- GERMAN L.J. – (forthcoming).?]

-*From Nuremberg to Freetown:  Historical Antecedents of the Special Court for Sierra Leone , in* THE SIERRA LEONE SPECIAL COURT AND ITS LEGACY: THE IMPACT FOR AFRICA AND INTERNATIONAL CRIMINAL LAW (ed., Charles Jalloh, Cambridge Univ. Press, 2013)

-*Extraterritoriality, Universal Jurisdiction and the Challenge of Kiobel v. Royal Dutch Petroleum Co.,* 28 MD. J. INT'L. L. 76 (2013).

-*La politique, la Cour suprême américaine et les droits de l'homme à l'aune du droit international, in* ELECTIONS AMERICAINES.  UN BILAN  57 ( ed., Julian Fernandez, Pédone, 2013).

-Book review, Gilles Cuniberti, GRANDS SYSTEMES DE DROIT CONTEMPORAINS (2e éd. 2011), 61 AM. J. COMP. L. 721 (2013).

--*Remarks on the GJIL Symposium on Corporate Responsibility and the Alien Tort Statute,* 43 Georgetown J. Int'l. L. 1019 (2012)

-*La Formation des juristes aux États-Unis, in* LES PROFESSIONS JURIDIQUES, JOURNEES CAMBODGE-VIETNAM,TOME LXI/2011, TRAVAUX DE L'ASSOCIATION  HENRI CAPITANT (Bruylant & LB2V).

-*The Military Trial at Rennes:  Text and Subtext of the Dreyfus Affair,* 29 TOURO L. REV. 5 (2012)

- (sole author of) *Brief of Amici Curiae Comparative Law Scholars and French Supreme Court Justice in Support of Petitioners on the Issue of Extraterritorial Jurisdiction* (which Justice Olivier Dutheillet de Lamothe,  Antoine Garapon, and Professors Mireille Delmas-Marty, Hélène Ruiz-Fabri, Christian Joerges, George A. Bermann, Amalia J. Kessler honored me by joining as signatories), filed with the United States Supreme Court on June 13, 2012 in *Kiobel v. Royal Dutch Petroleum Co.*

-*Balancing Freedom of Expression and Human Rights in France*, JURIST, at
http://jurist.org/forum/2012/02/vivian-curran-genocide-denial.php

-*Edouard Laboulaye, le droit comparé et la démocratie américaine*, 3 REVUE INTERNATIONALE DE DROIT COMPARE (« RIDC ») 541 (2011).

-*Developing a Law Course in a Foreign Language,* European Union Center of Excellence Newsletter, University of Pittsburgh, March, 2011.

- *History, Memory and Law,* 16 ROGER WILLIAMS L. REV. 100 (2011).

- *La formation des juristes aux Etats-Unis*, *in* GLOBALISATION DU DROIT ET PROFESSIONS JURIDIQUES,  24 CAHIERS DE METHODOLOGIE JURIDIQUE (Jean-Louis Bergel, ed., Presses universitaires d'Aix-Provence, 2010) 2253.

-*Recent French Legal Developments Concerning a War-Time Arrest and Imprisonment Case,* 25 MD. J. INT'L. L. 264 (2010)

- al-qānūn al-muqāran wa-l-lugha [transliteration of Arabic translation of *Comparative Law and Language*], *in* KITĀB UKSFŪRD LI-L-QĀNŪN AL-MUQĀRAN [OXFORD HANDBOOK OF COMPARATIVE LAW] (ed.s,:   Raimān, Māthiyās, Zīmarmān, Rainhārd [Matthias Reimann & Reinhard Zimmermann], trans., Sirāj, Muh☐ammad) 991-1039, al-shabaka al-ᶜarabiyya li-l-abh☐āth wa-l-nashr [Arab Network for Research and Publishing], Beirut, 2010.

This essay is being translated into Italian for publication (October, 2014).

-*L'internationalisation, entre droit comparé et droit international: Regard d'une comparatiste, in* Mireille Delmas-Marty & Stephen Breyer, ed.s, REGARDS CROISES SUR L'INTERNATIONALISATION DU DROIT:  FRANCE- ÉTATS-UNIS 119-131
 (Société de législation comparée, 2009).

-*Les mécanismes de compétence universelle au service de la protection de l'environnement, in* Mireille Delmas-Marty & Stephen Breyer, ed.s, REGARDS CROISES SUR L'INTERNATIONALISATION DU DROIT: FRANCE- ÉTATS-UNIS  223-230 (Société de législation comparée, 2009).

 - *Comparative Law and the Legal Origins Thesis:  "[N]on scholae sed vitae discimus"*, 57 AM. J. COMP. L. 863 (2009).

- *Voices Saved from Vanishing:* Book Review of Jack Beatson & Reinhard Zimmermann, ed.s, JUSRISTS UPROOTED (Oxford University Press, 2004), 70 U. PITT. L. REV. 435 (2009).

-*Legal Developments in France and the United States in the Era of Globalization,* EUROPEAN UNION CENTER OF EXCELLENCE NEWSLETTER (Feb. 2009).

-*La Sécurité juridique à l'ère de la mondialisation,*110 LA REVUE DU NOTARIAT 311 (2008).

-*Globalization, Legal Transnationalization and Crimes Against Humanity: The Lipietz Case* , 56 AMERICAN J. COMPARATIVE LAW 363 (2008).

- *A Comparative Perspective on the CISG, in* DRAFTING CONTRACTS UNDER THE CISG (ed.s, Ronald Brand & Harry Flechtner, Oxford University Press, 2007).

-*The Pursuit of Law, in* Larry Backer, ed., HARMONIZING LAW IN AN ERA OF GLOBALIZATION: CONVERGENCE, DIVERGENCE AND RESISTANCE (Carolina Academic Press, 2007).

- *On the Shoulders of Schlesinger: The Trento Common Core of European Private Law Project, in* OPENING UP EUROPEAN LAW (Mauro Bussani & Ugo Mattei, eds., 2007)
         (previously published in 11 EUROPEAN REVIEW OF PRIVATE LAW 66 (2003); and 2 GLOBAL JURIST FRONTIERS, Issue 2, Article 2 (2002), at <http://www.bepress.com/gj/frontiers/vol2/iss2/art2>) (developed from plenary talk delivered at Trento Common Core, Trento, 2002).

- Book review of LE DROIT SOUS VICHY (Durand et al., eds., 2006), vol. 7 H-France Review (Nov. , 2007) No. 141, also published at http://www.h-france.net/vol.7reviews/curran.html ((French history Internet discussion group subscribed to by 20,000 members from over 40 countries).

- *Comparative Law and Language, in* OXFORD HANDBOOK OF COMPARATIVE LAW (ed., Mathias Reimann & Reinhard Zimmermann, Oxford University Press, 2006).

- *Perspectives actuelles de l'eneignement du droit aux États-Unis en tant que reflet oblique de la méthodologie "common-law,"* 20 CAHIERS DE METHODOLOGIE JURIDIQUE (ed. Jean-Louis Bergel, 2006).

-Book review of MIREILLE DELMAS-MARTY, GLOBALISATION ECONOMIQUE ET UNIVERSALISME DES DROITS DE L'HOMME (2004), 4 REVUE DE SCIENCE CRIMINELLE ET DE DROIT PENAL COMPARE (2006).

- Co-translation and annotation with Anne Witt of landmark June, 2006 decision: *Lipietz c. Préfet de la Haute-Garonne*, Tribunal administratif de Toulouse, June 6, 2006, published at http://helene.lipietz.net/article.php3?id_article=57.

- *Re-Membering Law in the Internationalizing World*, 34 HOFSTRA L. REV.93 (2005).

-*The Role of Foreign Languages for Transnational Legal Education,* 23 PENN STATE INT'L LAW REV. 779 (2005).

- *Law's Past and Europe's Future,* 6 GERMAN LAW JOURNAL 483 ( 2005).

- *Pluirijuridisme et convergence entre le droit commun et civil, in* LE PLURIJURIDISME (Presses universitaires d'Aix- Marseille, 2005 ).

-*Racism's Past and Law's Future*, 28 VERMONT LAW REVIEW 683 (2004)

- *Beyond the Digest*, translation from the French of Claude Witz, *in* THE DRAFT UNCITRAL DIGEST AND BEYOND: CASES, ANALYSIS AND UNRESOLVED ISSUES IN THE U.N. SALES CONVENTION (ed.s Franco Ferrari et al., 2004).

-*The Politics of Memory/Erinnerungspolitik and the Use and Propriety of Law in the Process of Memory Construction,* 14 LAW AND CRITIQUE 309 (2003).

- *Atoms of the Law*, book review of Lawrence Douglas, *The Memory of Judgment: Making Law and History in the Trials of the Holocaust*, 53 TORONTO LAW JOURNAL 305 ( 2003).

- *Politicizing the Crime Against Humanity: The French Example*, 78 NOTRE DAME LAW REVIEW 677 ( 2003).

- *Formalism and Anti-Formalism in French and German Judicial Methodology, in* DARKER LEGACIES OF LAW IN EUROPE:  THE SHADOW OF NATIONAL SOCIALISM AND FASCISM  OVER EUROPE AND ITS LEGAL TRADITIONS  (Christian Joerges & Navraj Singh Ghaleigh, eds., Hart, 2003).

-*France's Far Right and Dubious Vichy Reverberations,* " 32 EUROPEAN STUDIES NEWSLETTER 6 ( Sept., 2002).

- *Inheritance Law* (co-authored with William F. Fratcher)*, in* INTRODUCTION TO THE LAW OF THE UNITED STATES (ed.s, David S. Clark & Tugrul Ansay, 2d ed., Kluwer, 2002).

- *Fear of Formalism: Indications from the Fascist Period in France and Germany of Judicial Methodology's Impact on Substantive Law*, 35 CORNELL INTERNATIONAL LAW JOURNAL 101 (2002).

-  *Competing Frameworks for Assessing Contemporary Holocaust-Era Claims*, 25 FORDHAM INTERNATIONAL LAW JOURNAL 107 (2001).

- *Romantic Common Law, Enlightened Civil Law: Legal Uniformity and the Homogenization of the European Union,* 7 COLUMBIA JOURNAL OF EUROPEAN LAW 63 (2001) .

*Rethinking Hermann Kantorowicz: Free Law, American Legal Realism and the Legacy of Anti-Formalism,* in RETHINKING THE MASTERS OF COMPARATIVE LAW (Annelise Riles, ed., Hart, 2001).

- *Law's Mimicry of Law,* Review essay of DAVID DYZENHAUS, JUDGING THE JUDGES, JUDGING OURSELVES (1998), 38 ALBERTA L. REV. 935  (2000).

- *Herder and the Holocaust: A Debate about Difference and Determinism in the Context of Comparative Law, in* F. C. De Coste & Bernard Schwartz, ed., THE HOLOCAUST'S GHOST: WRITINGS ON ART, POLITICS, LAW AND EDUCATION (Alberta University Press, 2000).

- Book review of BERNHARD GROßFELD, KERNFRAGEN DER RECHTSVERGLEICHUNG, 47 AMERICAN J. COMP. LAW 501 (1999).

- *The Legalization of Racism in a Constitutional State: Democracy's Suicide in Vichy France*; 50 HASTINGS L.J 1 (1998)

- *L'Enseignement du droit aux États-Unis: Un reflet oblique de la méthodologie "common-law,"* 13 CAHIER DE MÉTHODOLOGIE JURIDIQUE 1543 (1998).

- *Cultural Immersion, Difference and Categories in U.S. Comparative Law*, in 46 AMERICAN J.COMP.LAW 43 (1998); excerpts reprinted in LARRY CATA BACKER, THE SEMIOTICS OF LAW IN LEGAL EDUCATION (2014).

- *Law and Semiotics, in* HIGH FIVES: A TRIP TO SEMIOTICS  (Roberta Kevelson, ed.; P. Lang, New York & Berne, 1998).

- *Dealing in Difference: Comparative Law's Potential for Broadening Legal Perspectives*, 46 AMERICAN J.COMP. L.657 (1998).

- FRENCH LAW.  Project on French legislation, published by Columbia University's Parker School of Foreign and Comparative Law and Juris Publishing, Inc.  (Installment of 1998, coauthored with George Bermann).

 -*The U.S. and French Legal Systems: A Brief Comparative Overview,* published in "The Tocqueville Connection: The Insider's Web Source for French News and Analysis;" (section "Legal Tips"), a world-wide web site of the French Government, at <www.ttc.org>. (Solicited contribution).

- *Vichy France: A Crisis in Legality, Legitimacy and Identity* in EUROPEAN MEMORY AT THE MILLENNIUM ( MIT Press, 1997, CD ROM).

- *What Should One Think of Judicial Ritual in Law?* (A summary and translation of Antoine Garapon, *Que faut-il penser du rituel judiciaire?), in* RITUAL AND SEMIOTICS (ed. J. Ralph Lindgren et al., 1997).

- *Interpretive Decisions Applying CISG: Translation of Claude Witz's The First Decision of France's Court of Cassation Applying the U.N. Convention on Contracts for the International Sale of Goods,* 16 J.LAW & COMMERCE 345 (1997)

- *Humanity's Gain: Remarks on Similarity, Difference and the Vienna Convention, in* KARL HEINZ NEUMAYER, EMPTIO-VENDITIO INTER NATIONES (1997).

- *Metaphor Is the Mother of All Law*, in LAW AND THE CONFLICT OF IDEOLOGIES (ed. Roberta Kevelson, Peter Lang, 1996).

- *The Interpretive Challenge to Uniformity,* a Book Review of CLAUDE WITZ, LES PREMIÈRES APPLICATIONS JURISPRUDENTIELLES DU DROIT UNIFORME DE LA VENTE ITERNATIONALE [translation: THE FIRST CASE LAW APPLICATIONS OF THE U.N. CONVENTION ON CONTRACTS FOR THE INTERNATIONAL SALE OF GOODS], 15 J. LAW & COMMERCE 175 (1995).
    Reprinted in entirety on Intenet database for the CISG.  Reprinted in excerpted form by request, in Folsom *et al.  See infra.*

- Commentary on Articles 1-28 of the new Civil Code of the Russian Federation in TRADE & COMMERCIAL LAWS OF THE RUSSIAN FEDERATION:  OFFICIAL CODIFICATION AND COMMENTARY, Oceana Publications, Inc. (1995).

- *Deconstruction*, *Structuralism*, *Antisemitism and the Law*, 36 BOSTON COLLEGE LAW REVIEW 1 (1994).

- *Developing and Teaching a Foreign-Language Course for Law Students*, 43 JOURNAL OF LEGAL EDUCATION 598 (1993).

- *Cour d'Appel de Grenoble*:  *Ytong* c. *Lasaosa, le 16 juin, 1993*, 14 J. LAW & COMMERCE 209 (1995): Annotated translation of French case decided pursuant to the U.N. Convention on Contracts for the International Sale of Goods.

- *Chambre de Commerce Internationale*:  *Sentence Rendue Dans l'Affaire* n° *7153 en 1992*, 14 J. LAW & COMMERCE 217 (1995):  Annotated translation of case excerpts and commentary of a case decided by the International Court of Arbitration pursuant to the U.N. Convention on Contracts for the International Sale of Goods.

- *Oberlandsgericht*, *Frankfurt am Main*, *September 17, 1991*, 12 J. LAW & COMMERCE 277 (1993): Annotated translation of German case decided pursuant to the U.N. Convention on Contracts for the International Sale of Goods.

*- Landgericht, Baden-Baden, August 14, 1991*, 12 J. LAW & COMMERCE 277 (1993):  Annotated translation of German case decided pursuant to the U.N. Convention on Contracts for the International Sale of Goods.


## CONFERENCES AND PRESENTATIONS

-"Privacy Issues and French Law and Legal Culture," Privacy Forum Conference, Goethe Institute, October 28, 2016, Washington, D.C.

-"Common Law and Civil Law Issues in International Arbitration," International Arbitration Law Conference, University of Pittsburgh School of Law, September 23, 2016.

- Keynote speech at *Juris Diversitas* Conference on Unity and Diversity, May 30, 2016, Louisiana State University Law School.

-"La conquête de l'ubiquité", Collège de France, May 24, 2016, Paris.

-« A Slice of Life in Vichy France », Cardozo Law School, April 17, 2015, New York.

-« Commemoration as a Form of European Resilience » Council on European Union Studies Annual Conference, April 16, 2016, Philadelphia.

-Discussant, Session on « Perspectives on EU Law », Council on European Union Studies Annual Conference, April 14, 2016.

-« A Life in Comparative Law », Plenary Session, Young Comparativists' Fifth Annual Global Conference, Tulane University School of Law, March 19, 2016.

-« U.S. Discovery and Foreign Blocking Statutes », Louisiana State University Law School, March 18, 2016.

-« The Dreyfus Affair, » Wayne State University, Program for the Actively Retired, February 17, 2016.

-Presentation at book launch for Christopher N. Warren, *Literature and the Law of Nations : 1580-1680*, Carnegie-Mellon University, English Department,  December 4, 2015.

-« When Law Commemorates, » University of Pittsburgh interdisciplinary conference on History and Its Discontents : Commemoration in Italy and the Francophone World, October 30, 2015.

-« Litigating International Human Rights Cases and Corporate Responsibility», University of Pittsburgh Center of International Legal Education Conference, September 11, 2015.

-« Le juge national et le droit de l'environnement » («National Judges and Environmental Law »), Paris, Collège de France, June 11, 2015.

-« La responsabilité sociale et les droits de l'homme » (« Issues of Corporate Liability for Human Rights Violations »),  Institut d'Etudes Avancées de Nantes , June 9, 2015.

-« Responsabiliser les entreprises transnationales », (« Making Transnational Corporations Legally Responsible ») Paris, Collège de France,  June 10, 2015

-« Juger la responsabilité : le juge national », Colloquium on Taking Responsibility/Liability Seriously, Collège de France conference on international environmental law to advise U.N. Conference in Paris to be held in December, 2015. June  12, 2015.

-« Les nouveaux défis pour le droit comparé dans un monde globalisé » (« New challenges for Comparative Law in a Globalized World »), conference of Société de législation comparée, at Supreme Court of  France (Cour de cassation),  April 8, 2015 .

-« Comparative Law Methodology », AALS Conference, Joint Section on African and Comparative Law January 3, 2015, Washington, D.C.

-U.S. Rapporteur on  use of foreign precedent in U.S. constitutional law. International Academy of Comparative Law, July 21, 2014, Vienna.

-Chaired session on The Civil Effects of Corruption In International Contracts, International Academy of Comparative Law, July 21, 2014, Vienna.  (General Rapporteurs, Michael Bonnell, UNIDROIT, Olaf Maeyer, University of Bremen).

- Collège de France : « Développements récents sur la compétence extraterritoriale du juge américain. » mai  2014, Collège de France, Paris.

-« Traduire ou Trahir », Louisiana State University School of Law, April 11, 2014.

-« At the Crossroads of Law and Society : The Trial of Mendel Beilis, », Blood libel conference, Cardozo Law School, opening presentation, November 14, 2013.

-Presentation on "The Use, Abuse, and Non-Use of International Law in the United States Legal Order:  A Critique" at Paris I-NYU workshop on the legacy of *Van Gend en Loos,* Paris, June 26, 2013.

-Presentation at conference on Mutlilingual Legal Education:  Theory and Pedagogy, American University College of Law, April 10, 2013.

-Panel presentation on "Extraterritoriality and Universal Jurisdiction" at conference on Transnational Securities and Regulatory Litigation in the Aftermath of *Morrison v. National*

*Australia Bank* , University of the Pacific, McGeorge School of Law, Sacramento, March 1, 2013.

-Panel presentation at Symposium on Extraterritoriality Post-Kiobel:  International and Comparative Legal Perspectives, University of Maryland School of Law, November 16, 2012.

-Conférence pour la Chaire de Juridiction, Université de Laval, Faculty of Law (Canada), November 8, 2012 (Fourth Annual Lecture in Legal Drafting and Democracy).

-Panel presentation at Symposium on Mass Tort Litigation in a Shrinking World, University of Pennsylvania School of Law, November 2, 2012.

-« La Cour suprême des États-Unis et l'internationalisation du droit » Université de Lille, Faculty of Law,  October 26, 2012.

-Keynote Lecture at Conference on the Legacy of Hermann Kantorowicz's, *Der Kampf um die Rechtswissenschaft,* Washington and Lee University, September 10, 2012.

-« Historical Antecedents of the Special Court for Sierra Leone », Conference on the Special Court for Sierra Leone, April 20, 2012, University of Pittsburgh School of Law.

-« L'affaire "Kiobel" à l'aune de la territorialité », Collège de France, Paris**,** April 12, 2012.

-Panel presentation at Symposium on the Alien Tort Statute, Georgetown Law School, March 27, 2012. Remarks recorded at http://gjil.org/wp-content/Symposium%20Recordings.pdf.

-Lecture on a comparative law perspective on corporate liability and economic impact of Alien Tort Statute issues before the U.S. Supreme Court, Stanford University Center on Democracy, Development and the Rule of Law, March 6, 2012.

-Faculty work in progress presentation on the Alien Tort Statute and a comparative law analysis of the *Kiobel* appeal, University of California at Davis Law School, March 5, 2012.

-"Corporations and Human Rights Violations," University of Pittsburgh School of Law, February 28, 2012.

-Presentations at University of Havana Faculty of Law to Cuban lawyers, professors and government officials on common-law methodology, U.S. tort law, contract law and criminal law. Havana, Cuba, January 3-6, 2012.

- Presented work in progress on "Kiobel" appeal at the annual meeting of the American Society of International Law's section on International Law in Domestic Courts, December 16, 2011.

-Organizer and moderator of panel at the University of Pittsburgh on the uses of foreign and comparative law in today's courts.  Panelists:  French Supreme Court justice Olivier Dutheillet de Lamothe, Conseil d'Etat, and Judge William Fletcher, Ninth Circuit, November 10, 2011.

-Organizer with members of French, History and Political Science departments of interdisciplinary conference at the University of Pittsburgh on "The Idea of France/L'Idée de la France" November, 10-12, 2011, University of Pittsburgh School of Law.

-Moderator, "Law and Frenchness" panel, ""The Idea of France/*L'Idée de la France*" conference, University of Pittsburgh, November 12, 2011.

-"Comparative Law in Cultural and Interdisciplinary Context." Presentation at annual meeting of American Society of Comparative Law, University of the Pacific, McGeorge Law School, October 22, 2011.

-« Intercultural Legal Competence » workshop participant, Lake Tahoe, California, August 8, 2011.

-"*L'Affaire Dreyfus et le procès de Rennes*" ("The Dreyfus Affair and the Trial at Rennes"), at conference on *Persecution through Prosecution: Alfred Dreyfus, Leo Frank and the Infernal Machine*, session on Military Justice, Co-panelists:  General André Bach, French army; Professor David Cole, Georgetown University Law School; Michael Marrus, University of Toronto Department of History. Paris, French Senate, July 7, 2011.

-« *'L'Affaire du foulard'* :  Contextualizing the French Ban on Headscarves and Other Religious Symbols within French Legal Culture," Villanova Law School, April 21, 2011.

-"*Laboulaye, la démocratie américaine et le droit comparé,"* Paris in America Colloquium, Collège de France, Paris, March 7, 2011. (Later broadcast on French radio on « France Culture » and posted on Collège de France web site).

-*L'affaire Kiobel et la responsabilité civile des sociétés sous l'Alien Tort Statute*, Collège de France, Paris, March 8, 2011.

-Panel presentation on the Dreyfus Affair, Cardozo Law School, October 26, 2010.

-"*La formation des juristes aux États-Unis*," University of Aix-en-Provence Faculty of Law, International Association of Legal Methodology, France, June 17, 2010.

-"Some Reflections on Contemporary Compensation for Nazi Property Expropriations and the Rule of Law," featured speaker at Lion of Judah Lunch and Learn, Pittsburgh, May 17, 2010.

-Moderated panel on May 6, 2010 and summarized remarks and led discussion on May 7, 2010 with respect to "The Role of Civil Societies and Legal Education in Developing the Rule of

Law" at Policy Conference on Promoting the Rule of Law: Cooperation and Competition in the EU-US Relationship," University of Pittsburgh.

-"*L'affaire Yahoo!, l'Internet et le dialogue des juges nationaux",* Network on Internationalization of Law (*réseau internationalisation du droit)*, Cardozo Law School, New York, November 11, 2009.

-"Legal Transnationalization," University of Maryland Law School, October 14, 2009.

- "Law and Memory," American Society of Comparative Law 2009 meeting, Roger Williams University Law School, October 2, 2009.

**-** "Mixed Marriage Prohibitions in Nazi Germany and Their Rule of Law Implications for Past and Future," Univ. Pittsburgh School of Law, April 16, 2009.

- "Is Law and Economics Taking Over Comparative Law?" 2008 Joint Section on Comparative Law, and Law and Economics, American Association of Law Schools, San Diego, January 9, 2009.

-"Scents of the Past and the Sense of the Present," 2008 University Association for Contemporary European Studies Conference, University of Edinburgh Law Faculty, September 2, 2008.

- *L'Application de l'Alien Tort Claims Act au droit de l'environnement,*" Collège de France, Paris, July 2, 2008.

- "The Role of Law in Germany and France During the Nazi Era", Keynote speech, Humanitarian Award Tribute to Chancellor Mark A. Nordenberg, Duquesne Club, Pittsburgh, Pa., May 15, 2008.

- "Human Issues in the Era of Globalization" Inaugural Blanche Grosswald Lecture, Rutgers University School of Social Work, New Brunswick, N.J., February 27, 2008.

- "The Shoah, French Courts and the Politics of Memory," Annual Holocaust Memorial Lecture, McGill University Faculty of Law, Centre for Human Rights and Legal Pluralism and Montreal Holocaust Memorial Centre, October 31, 2007.

-"*La Sécurité juridique à l'ère de la mondialisation*" ("Legal Certainty in the Era of Globalization"), University of Sherbrooke, Quebec, October 24, 2007).

- "The Language of a Cosmopolitan Legal Education" panel presentation at Foundations of a Cosmopolitan Legal Education Roundtable, McGill Faculty of Law, Montreal, September 27, 2007.

- "The Internationalization of Law:  A Tale of Globalization and 'Glocalization'," Perlman Roundtable, University of Pittsburgh, September 21, 2007.

- "*Le laïc et le professionnel dans l'ordre juridique français*" ("The Layperson and the Professional in the French Legal System"):   presentation at Pompidou Center, June 11, 2007, audiobroadcast on Internet on websites of "FranceCulture" and "Bibliothèque publique d'information".  Text of talk also posted on latter website.

- "The Globalized and the 'Glocalized' ,"  workshop on "Understanding Class and Caste within a World of Global Inequalities, Emory University School of Law, May 4, 2007.

- "The Civil-Law Legal System": presentations to attorneys at the U.S. Steel Corporation, November 9, 16, 30, December 7, 14, 2006, Pittsburgh.

-"*Regards croisés sur l'internationalisation du droit*", Collège de France, Paris, April 11, 2006.

- "A Comparative Perspective of Issues of Genetic Manipulation and Enhancement Technologies", Feminism and Legal Theory Project, Emory University School of Law, January 27, 2006.

- A Comparative Perspective of the CISG," University of Pittsburgh, November 4, 2005.

- Moderator, "Comparative Law and Émigrés," AALS, San Francisco, January 8, 2005)

- Commentator, "Educating Lawyers for Transnational Challenges," AALS, San Francisco January 8, 2005.

- "Fact and Fiction in European Legal Integration," Duke University Law School, November 10, 2004.

-Chair of panel on African traditions, Amer. Soc. Comparative Law, University of Michigan Law School, October 22, 2004.

-"Comparative Perspectives of a European Court of Human Rights Decision on Assisted Suicide," University of Paris, July 15, 2004.

-"Judicial Convergence and Non-Convergence in the European Union," Cardozo Law School, April 19, 2004

-"Is European Legal Integration Possible?"  Ohio State Law School, Center for Law, Policy and Social Sciences, March 29, 2004;

- Panelist, West European Studies Program symposium on William Brustein's THE ROOTS OF HATE (Cambridge University Press, 2003), University of Pittsburgh, February 27, 2004.

-Pitt Law Women's Association: panel presentation on careers for women in law, October 9, 2003.

- Columbia University Law School panel presentation on academic careers in law, October 8, 2003.

- "*Le plurijuridisme et la convergence entre le droit  commun et civil*," Aix-en-Provence, France, September 5, 2003.

- "Multiculturalism's Challenge to Law," Law & Society, June 7, 2003, Pittsburgh.

- "Achieving Human Rights in a Multicultural World," University of Toronto School of Law, April 13, 2003.

-Chair of "Global Trends in the Instability of Nations" at symposium on "Globalization, Regionalism and Political Stability," University of Pittsburgh, April 10, 2003.

- "Nazi Law and Legal Theory,"   33rd Annual Scholars' Conference on the Holocaust and the Churches, St. Joseph's University, March 2, 2003.

-  "Of Pilgrims, Progress and Perils: The Crime against Humanity's Trajectory in French National Law," University of Houston Law School, December 11, 2002.

- "Standing on the Shoulders of Schlesinger,"Address to the plenary session of the Common Core of European Private Law project, University of Trento, Trento, Italy, July 4, 2002.

- "The Role of Judicial Methods and Legal Scholarship in the Third Reich and Vichy France," Touro Law School, N.Y., May 30, 2002.

- "Politicizing the Crime Against Humanity: the Example of France," 13th International Conference of Europeanists, Council for European Studies, Chicago, March 16, 2002.

- "Feminist Issues in Comparative Law," University of Pennsylvania School of Law, CLE "Update on Feminist Legal Issues," February 2, 2002.

- "Where Was the Law [in Fascist France and Germany]?"  CLE presentation, Pittsburgh, December 14, 2001.

- "Romantic Common Law, Enlightened Civil Law," Penn State's Dickinson School of Law, November 16, 2001.

- "Of Law and Memory: Lessons of Vichy France for Contemporary Holocaust Reparations Litigation," Fordham University School of Law, November 1, 2001.

- "Feminist Directions in U.S. Comparative Law," Cornell University School of Law, May 11, 2001.

- "Competing Frameworks for Assessing Holocaust-Era Claims," University of California at Berkeley (Boalt Hall) Law School, March 8, 2001.

- "Allegories of the Purge [in Post-War France]," European Union Center/West European Studies Program, University of Pittsburgh, March, 2001.

- "Romanticism and the Enlightenment as Paradigms in European Legal Mentality," "kick-off" talk for European Union Center, University of Pittsburgh,  October 12, 2000.

- "Formalist and Anti-Formalist Legal Traditions in Germany and France," European University Institute, September 30, 2000, Florence, Italy.

- "The European Homogenization of Legal Cultures," University of Pittsburgh, Center for West European Studies and European Union Center, May, 2000.

- "Foreign Languages and Professional Schools." Keynote speaker, University of Pittsburgh, Center for West European Studies and European Union, April, 2000

- Legal Cultures in the European Union, Kutztown, Pa., April, 2000.

- Panel presentation, "Women in Academics," University of Pittsburgh, March, 2000.

- Organized and chaired a panel on "Productions of Legal Meaning" at the Semiotic Society of America's 24th annual meeting, October 29, 1999, Pittsburgh, Pa.

- Organized and chaired panel on "Symbolic Representations of Law" at the Semiotic Society of America's 24th annual meeting, October 30, 1999, Pittsburgh, Pa.

- "The Role of Exile in the Development of Comparative Law in the United States." University of Augsburg, Augsburg, Germany,   July 15, 1999.

- "An American Perspective of European Union Issues," University of Hannover School of Law, Hannover, Germany, July 1, 1999;

- "An American Perspective of European Union Issues," University of Augsburg School of Law, Augsburg, Germany, June 28, 1999.

- "*Le dilemme juridique de l'Union européenne*" Presentation to the *Alliance française* of Pittsburgh, June 5, 1999.

- "The European Union, the CISG and the Search for Legal Uniformity," Sixth Biennial International European Community Studies Association ("ECSA") conference, Pittsburgh, Pa., June 2, 1999.

-Organized and chaired panel "Legal Perspectives and Challenges in the European Union," ECSA, June 2, 1999.

- Panel presentation on Fritz Ringer's MAX WEBER'S METHODOLOGY: THE UNIFICATION OF THE SOCIAL AND CULTURAL SCIENCES, University of Pittsburgh, March 23, 1999.

- "Orthodoxy in the Legal Field," Cultural Studies Program, University of Pittsburgh, March 23, 1999.

- "Rethinking the Possibility of a European Legal Culture," University of Pittsburgh, October 17, 1998.

- "Civil and Common Law Legal Systems." Presentation to Pennsylvania Governor's School students, University of Pittsburgh, July 20, 1998.

- "Entering the Future Backwards: Judicial Proceedings and Historical Memory," Twelfth Round Table on Law and Semiotics, Pennsylvania State University, April 18, 1998.

- "Vichy Law and Its Lessons for Contemporary Professional Practices," Bar Association of the City of New York, October 23, 1997.

- "Influences of the French Revolution on the French Civil Code," University of Pittsburgh, West European Studies Program, September, 1997

- "Comparative Law in the United States -- Quo Vadis?" Hastings Law School, September 24, 1997.

- Chaired a session on "New Waves in Legal Semiotics" at the Eleventh Round Table on Law and Semiotics, Case Western Reserve School of Law, April 18, 1997.

- "Refugees in Vichy France." Presentation to Allegheny County schoolchildren, March 3 and 4, 1997

- "Categorization in Comparative Law," University of Pennsylvania School of Law, Delaware Valley Law Women's Annual Spring Conference, February 22, 1997.

- "Categories in Comparative Law." University of Michigan School of Law, September 21, 1996.

- "Vichy France: A Crisis in Legitimacy and Identity," Conference of the International Society for the Study of European Ideas, University for Humanist Studies, Utrecht, The Netherlands, August 23, 1996.

- "Comparative civil and common law jurisprudence and methodology," University of Maryland, for the *Services culturels* of France, June, 1996.

- "Comparative Law as a Phenomenon of Translation." Tenth Round Table on Law and Semiotics, University of Massachusetts-Amherst:  April, 1996.

- "Metaphor is the Mother of All Law."  Ninth Round Table on Law and Semiotics, Pennsylvania State University, April, 1995.

- *"Image ou déformation: le trajet de la déconstruction dans le discours juridique."*  Tenth Annual Colloquium of the International Association for the Semiotics of Law, University of Bordeaux Law School, Bordeaux, France, July, 1994.

- "Deconstruction's Journey into Legal Discourse" University of Pittsburgh Law School, July, 1994.

- Chaired a session on Comparative Law and Legal Cultures at the Eighth Round Table on Law and Semiotics, Pennsylvania State University, April, 1994.

## PROFESSIONAL ORGANIZATIONS

**International Academy of Comparative Law**

**Société de Législation Comparée:**  President of North-American Section, 2015- present

**American Law Institute**

**American Association of Law Schools:**
-   Chair of Comparative Law section: 2004-2005
-   Executive Committee, Comparative Law Section:  2015-2016.

**American Society of Comparative Law:**
  - Vice-President:  2015-present
  - Secretary : 2002-2004.
   -Executive Committee: 2000-8; 2012-2014
  -Director: 1997- present
   - Book Review Editor of AMERICAN JOURNAL OF COMPARATIVE LAW: 2004-2005.
    - Chair of Scholarly Prize Committees of the American Society of Comparative Law (2000 - 2004; 2009-2015)

**American Society of International Law**

**International Association of Legal Methodology**
   - Second Vice-President of U.S. chapter (2003-2011)

**American Council of Learned Societies**
   - Representative of the American Society of Comparative Law to the ACLS (2016-2020).

## MISCELLANEOUS

Expert witness in international, transnational, French and German law, and international arbitration cases.

*Revue de science criminelle et de droit pénal comparé*:
Foreign collaborator (*collaboratrice étrangère*): 2003 - present

- Member of Review Committee for Holocaust Remembrance Essay Award of University of Alberta School of Law (until last year of award, 2014).

- Arbitrator for the Vis International Moot Arbitration, Vienna, Austria, March, 1999.

- Arbitrator for Court of Common Pleas, Allegheny County, Civil Division.

- Recipient of EU Center Faculty Research Grant on numerous occasions.

-Faculty Associate, University of Pittsburgh Center for Social and Urban Research

-Peer reviewer of European Union grants in the social sciences

-Occasional peer reviewer of manuscripts in comparative law for book publishers and for the *American Journal of Comparative Law*.

## UNIVERSITY SERVICE

-Advisory Board, Center for International Legal Studies, University of Pittsburgh
- Advisory Board member of the European Union Center of Excellence, University of Pittsburgh
- Advisory Board member for the Center for West European Studies, University of Pittsburgh
- West European Studies Program selection committee for FLAS fellowships, University of Pittsburgh on numerous occasions
- Member, Center on Race and Social Problems
-University Council on Graduate Study (2012-present)
- University of Pittsburgh Committee for International Technical Assistance
- Planning and Budget Committee, University Center for International Studies, University of Pittsburgh, 2001-2003.

- Tenure and promotion committee member for numerous faculty members;
- Senior faculty mentor for junior faculty;
- Member and Chair, Law School Appointments Committee, numerous years;
-Member, Law School Dean Search Committee (2011-12)
-Member, as representative of Univ. Center for International Studies, of  Search Committee for Senior European Politics Professor and EU Center of Excellence Director  (2010-11; 2012-13).
-Search Committee for Senior Director of University Center for International Studies (2014).
-Professional Review Committee, Graduate Studies in International Affairs (GSPIA):  review of GSPIA promotion and tenure candidacies for 2014-15, for recommendations to the Provost.

## BAR ADMISSIONS

United States Supreme Court ; United States Court of Appeals for the Third Circuit; United States District Court for the Western District of Pennsylvania; Pennsylvania Supreme Court.

## PERSONAL

Native speaker of French and English; fluent in German; can speak rudimentary Spanish and have reading knowledge of Italian.

Dual U.S. and German citizenship.

717594