UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS, a/k/a ST. LOUIS GERVIL,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS OF NEW ENGLAND; SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICAN ASSOCIATION, U.S.A., a/k/a ORDER OF MALTA, AMERICAN ASSOCIATION, USA; JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; JOHN DOE FOUR; JOHN DOE FIVE; JOHN DOE SIX; and JOHN DOE SEVEN,<br><br>Defendants. | Civil Action No.: 3:13-cv-01132 (RNC)<br><br>Consolidated with:<br>3:13-cv-1225-RNC; 3:13-cv-1269-RNC;<br>3:13-cv-1437-RNC; 3:13-cv-1480-RNC;<br>3:13-cv-1626-RNC; 3:13-cv-1627-RNC;<br>3:13-cv-1628-RNC; 3:13-cv-1629-RNC;<br>3:13-cv-1630-RNC; 3:13-cv-1631-RNC;<br>3:13-cv-1633-RNC; 3:13-cv-1634-RNC;<br>3:13-cv-1635-RNC; 3:13-cv-1636-RNC;<br>3:13-cv-1637-RNC; 3:13-cv-1638-RNC;<br>3:13-cv-1639-RNC; 3:13-cv-1640-RNC;<br>3:13-cv-1641-RNC; 3:13-cv-1642-RNC;<br>3:13-cv-1644-RNC; 3:13-cv-1645-RNC;<br>3:13-cv-1647-RNC; 3:13-cv-1648-RNC;<br>3:13-cv-1701-RNC; 3:13-cv-1767-RNC;<br>3:13-cv-1768-RNC; 3:13-cv-1769-RNC;<br>3:13-cv-1881-RNC; 3:13-cv-1906-RNC;<br>3:13-cv-1907-RNC; 3:14-cv-0125-RNC;<br>3:14-cv-0668-RNC |

## DECLARATION OF JO ANNA POLLOCK

I, Jo Anna Pollock, declare under penalty of perjury pursuant to 28 U.S.C. §1746, that the following is true and correct:

1.    I am an attorney admitted to practice in the State of Illinois and the Commonwealth of Massachusetts and admitted in this Court *pro hac vice* in connection with the above-captioned matters. Along with co-counsel, I represent the plaintiff in the lead case and in each of the consolidated cases, as well as in each of the unconsolidated cases filed in this Court arising out of the same matters.

2.    Exhibit 1 to this declaration is a true and correct copy of Johnson Audate's Deposition Transcript dated January 12, 2016.

1

3.      Exhibit 2 to this declaration is a true and correct copy of Paul E. Carrier, S.J.'s Deposition Transcript dated March 18, 2016.

4.      Exhibit 3 to this declaration is a true and correct copy of Exhibit Carrier 03 bearing Bates number SOJ 00004519 to Paul E. Carrier, S.J.'s Deposition Transcript dated March 18, 2016.

5.      Exhibit 4 to this declaration is a true and correct copy of Exhibit Carrier 04 to Paul E. Carrier, S.J.'s Deposition Transcript dated March 18, 2016.

6.      Exhibit 5 to this declaration is a true and correct copy of Exhibit Carrier 07 bearing Bates numbered HF 14163 to HF14164 to Paul E. Carrier, S.J.'s Deposition Transcript dated March 18, 2016.

7.      Exhibit 6 to this declaration is a true and correct copy of Exhibit Carrier 09 bearing Bates number HF04983 to Paul E. Carrier, S.J.'s Deposition Transcript dated March 18, 2016.

8.      Exhibit 7 to this declaration is a true and correct copy of Exhibit Carrier 11 bearing Bates numbered FFLDU0025707 to FFLDU0025732 to Paul E. Carrier, S.J.'s Deposition Transcript dated March 18, 2016.

9.      Exhibit 8 to this declaration is a true and correct copy of Exhibit Carrier 12 bearing Bates numbered HF 11659 to HF 11660 to Paul E. Carrier, S.J.'s Deposition Transcript dated March 18, 2016.

10.      Exhibit 9 to this declaration is a true and correct copy of Exhibit Carrier 13 to Paul E. Carrier, S.J.'s Deposition Transcript dated March 18, 2016.

11.      Exhibit 10 to this declaration is a true and correct copy of Exhibit Carrier 14 to Paul E. Carrier, S.J.'s Deposition Transcript dated March 18, 2016.

12.      Exhibit 11 to this declaration is a true and correct copy of Exhibit Carrier 20 to Paul

E. Carrier, S.J.'s Deposition Transcript dated March 18, 2016.

    13.    Exhibit 12 to this declaration is a true and correct copy of Exhibit Carrier 22 to Paul E. Carrier, S.J.'s Deposition Transcript dated March 18, 2016.

    14.    Exhibit 13 to this declaration is a true and correct copy of Hope Carter's Deposition Transcript dated February 7, 2014.

    15.    Exhibit 14 to this declaration is a true and correct copy of Exhibit Carter03 bearing Bates number HF 02656 to HF 02658 to Hope Carter's Deposition Transcript dated February 7, 2014.

    16.    Exhibit 15 to this declaration is a true and correct copy of Exhibit Carter05 to Hope Carter's Deposition Transcript dated February 7, 2014.

    17.    Exhibit 16 to this declaration is a true and correct copy of Exhibit Carter 15 to Hope Carter's Deposition Transcript dated February 7, 2014.

    18.    Exhibit 17 to this declaration is a true and correct copy of Exhibit Carter 18 to Hope Carter's Deposition Transcript dated February 7, 2014 bearing Bates number MALTA007985 to MALTA007987.

    19.    Exhibit 18 to this declaration is a true and correct copy of Exhibit Carter19 to Hope Carter's Deposition Transcript dated February 7, 2014 bearing Bates number HF 11555 to HF 11557.

    20.    Exhibit 19 to this declaration is a true and correct copy of Exhibit Carter23 to Hope Carter's Deposition Transcript dated February 7, 2014 bearing Bates number MALTA003419 to MALTA003428.

    21.    Exhibit 20 to this declaration is a true and correct copy of Exhibit Carter26 to Hope Carter's Deposition Transcript dated February 7, 2014 bearing Bates number MALTA008328 to

MALTA008339.

22.     Exhibit 21 to this declaration is a true and correct copy of Exhibit Carter27 to Hope Carter's Deposition Transcript dated February 7, 2014 bearing Bates number MALTA005488 to MALTA005492.

23.     Exhibit 22 to this declaration is a true and correct copy of Francis X. Clooney, S.J.'s Deposition Transcript dated March 9, 2016.

24.     Exhibit 23 to this declaration is a true and correct copy of Exhibit Clooney06 to Francis X. Clooney, S.J.'s Deposition Transcript dated March 9, 2016 bearing Bates number SOJ 007051 to SOJ 007054.

25.     Exhibit 24 to this declaration is a true and correct copy of Jason Maxwell Deriza's Deposition Transcript dated January 13, 2016.

26.     Exhibit 25 to this declaration is a true and correct copy of Bernard Dieu-Dabel's Deposition Transcript dated May 25, 2016.

27.     Exhibit 26 to this declaration is a true and correct copy of Wadson Dorcine's Deposition Transcript dated September 30, 2015.

28.     Exhibit 27 to this declaration is a true and correct copy of Jean Moise Emile's Deposition Transcript dated October 28, 2015.

29.     Exhibit 28 to this declaration is a true and correct copy of Barbara Fiorda's Deposition Transcript dated August 28, 2015.

30.     Exhibit 29 to this declaration is a true and correct copy of Exhibit Fiorda-03 to Barbara Fiorda's Deposition Transcript dated August 28, 2015 bearing Bates number PEC001805 to PEC001808.

31.     Exhibit 30 to this declaration is a true and correct copy of the Exhibit Fiorda-05 to

Barbara Fiorda's Deposition Transcript dated August 28, 2015 bearing Bates number HF 11259 to HF 11260.

32.    Exhibit 31 to this declaration is a true and correct copy of the Exhibit Fiorda-06 to Barbara Fiorda's Deposition Transcript dated August 28, 2015 bearing Bates number PEC000793 to PEC000795.

33.    Exhibit 32 to this declaration is a true and correct copy of Exhibit Fiorda-12 to Barbara Fiorda's Deposition Transcript dated August 28, 2015 bearing Bates number HF 02738 to HF 02777.

34.    Exhibit 33 to this declaration is a true and correct copy of Exhibit Fiorda-20 to Barbara Fiorda's Deposition Transcript dated August 28, 2015 bearing Bates number HF 02684 to HF 02693.

35.    Exhibit 34 to this declaration is a true and correct copy of Exhibit Fiorda-21 to Barbara Fiorda's Deposition Transcript dated August 28, 2015 bearing Bates number MALTA001771 to MALTA001774.

36.    Exhibit 35 to this declaration is a true and correct copy of Fleuridor Eliodor's Deposition Transcript dated May 24, 2016.

37.    Exhibit 36 to this declaration is a true and correct copy of Brittany Anne Gayetsky's Deposition Transcript dated May 08, 2015.

38.    Exhibit 37 to this declaration is a true and correct copy of Elizabeth Amber Lynn Gray's Deposition Transcript dated March 4, 2015.

39.    Exhibit 38 to this declaration is a true and correct copy of Father Francis T. Hannafey's Deposition Transcript dated June 3, 2016.

40.    Exhibit 39 to this declaration is a true and correct copy of Paul Holland's

5

Deposition Transcript dated December 9, 2015.

41.    Exhibit 40 to this declaration is a true and correct copy of Exhibit Holland 05 to Paul Holland's Deposition Transcript dated December 9, 2015 bearing Bates number SOJ00006621 to SOJ00006623.

42.    Exhibit 41 to this declaration is a true and correct copy of Ilguens Jean's Deposition Transcript dated July 31, 2015.

43.    Exhibit 42 to this declaration is a true and correct copy of Jheempson Brismac Joseph's Deposition Transcript dated September 29, 2015.

44.    Exhibit 43 to this declaration is a true and correct copy of Margaret Joseph's Deposition Transcript dated August 30, 2016.

45.    Exhibit 44 to this declaration is a true and correct copy of Tim Joyce's Deposition Transcript dated May 16, 2014.

46.    Exhibit 45 to this declaration is a true and correct copy of Exhibit Joyce15 to Tim Joyce's Deposition Transcript dated May 16, 2014 bearing Bates number FFLDU0005860 to FFLDU0005871.

47.    Exhibit 46 to this declaration is a true and correct copy of Aloysius P. Kelley, S.J.'s Deposition Transcript dated January 21, 2016.

48.    Exhibit 47 to this declaration is a true and correct copy of Exhibit Kelley 06 to Aloysius P. Kelley, S.J.'s Deposition Transcript dated January 21, 2016 bearing Bates number FFLDU0020514.

49.    Exhibit 48 to this declaration is a true and correct copy of Exhibit Kelley 07 to Aloysius P. Kelley, S.J.'s Deposition Transcript dated January 21, 2016 bearing Bates number HF 10896.

6

50.    Exhibit 49 to this declaration is a true and correct copy of Gesner Lecenat's Deposition Transcript dated July 29, 2015.

51.    Exhibit 50 to this declaration is a true and correct copy of Robert Levens' Deposition Transcript dated February 12, 2016.

52.    Exhibit 51 to this declaration is a true and correct copy of Jessica Lozier's Deposition Transcript dated February 28, 2015.

53.    Exhibit 52 to this declaration is a true and correct copy of Jacques Mackenson Deposition Transcript dated May 26, 2016.

54.    Exhibit 53 to this declaration is a true and correct copy of Michael McCooey's Deposition Transcript dated November 24, 2014.

55.    Exhibit 54 to this declaration is a true and correct copy of Exhibit McCooey23 to Michael McCooey's Deposition Transcript dated November 24, 2014.

56.    Exhibit 55 to this declaration is a true and correct copy of Exhibit McCooey24 to Michael McCooey's Deposition Transcript dated November 24, 2014.

57.    Exhibit 56 to this declaration is a true and correct copy of to Michael McCooey's Deposition Transcript dated November 25, 2014.

58.    Exhibit 57 to this declaration is a true and correct copy of Perard Monestime's Deposition Transcript dated April 21, 2016.

59.    Exhibit 58 to this declaration is a true and correct copy of Raynel Odilbert's Deposition Transcript dated September 28, 2015.

60.    Exhibit 59 to this declaration is a true and correct copy of Nick Preneta's Deposition Transcript dated March 10, 2015.

61.    Exhibit 60 to this declaration is a true and correct copy of Nick Preneta's Deposition

Transcript dated April 14, 2015.

62.     Exhibit 61 to this declaration is a true and correct copy of Exhibit Preneta10 to Nick Preneta's Deposition Transcript dated April 14, 2015.

63.     Exhibit 62 to this declaration is a true and correct copy of Kensley Previl's Deposition Transcript dated August 1, 2015.

64.     Exhibit 63 to this declaration is a true and correct copy of Mark Reed's Deposition Transcript dated February 15, 2016.

65.     Exhibit 64 to this declaration is a true and correct copy of Exhibit Reed 02 to Mark Reed's Deposition Transcript dated February 15, 2016 bearing Bates number HF 02743 to HF 02750.

66.     Exhibit 65 to this declaration is a true and correct copy of Exhibit Reed 06 to Mark Reed's Deposition Transcript dated February 15, 2016 bearing Bates number FFLDU0015109 to FFLDU0015110.

67.     Exhibit 66 to this declaration is a true and correct copy of Exhibit Reed 18 to Mark Reed's Deposition Transcript dated February 15, 2016 bearing Bates number HF 04006 to HF 04009.

68.     Exhibit 47 to this declaration is a true and correct copy of Reed 19 Exhibit to Mark Reed's Deposition Transcript dated February 15, 2016.

69.     Exhibit 68 to this declaration is a true and correct copy of Fairfield University's 30(b)(6) Deposition Transcript by Mark Reed dated February 15, 2016.

70.     Exhibit 69 to this declaration is a true and correct copy of Thomas J. Regan, S.J.'s Deposition Transcript dated January 8, 2016.

71.     Exhibit 70 to this declaration is a true and correct copy of Jesus of New England's

30(b)(6) Deposition Transcript by Thomas J. Regan, S.J. dated January 7, 2016.

72.     Exhibit 71 to this declaration is a true and correct copy of Exhibit Regan04 to Jesus of New England's 30(b)(6) Deposition Transcript by Thomas J. Regan, S.J. dated January 7, 2016 bearing Bates number SOJ00000813 to SOJ00000827.

73.     Exhibit 72 to this declaration is a true and correct copy of Exhibit Regan05 to Jesus of New England's 30(b)(6) Deposition Transcript by Thomas J. Regan, S.J. dated January 7, 2016 bearing Bates number SOJ 00000697 to SOJ 00000708.

74.     Exhibit 73 to this declaration is a true and correct copy of Exhibit Regan06 to Jesus of New England's 30(b)(6) Deposition Transcript by Thomas J. Regan, S.J. dated January 7, 2016.

75.     Exhibit 74 to this declaration is a true and correct copy of Exhibit Regan08 to Jesus of New England's 30(b)(6) Deposition Transcript by Thomas J. Regan, S.J. dated January 7, 2016.

76.     Exhibit 75 to this declaration is a true and correct copy of the Exhibit Regan09 to Jesus of New England's 30(b)(6) Deposition Transcript by Thomas J. Regan, S.J. dated January 7, 2016 bearing Bates number SOJ 007051 to SOJ 007054.

77.     Exhibit 76 to this declaration is a true and copy of Exhibit Regan13 to Jesus of New England's 30(b)(6) Deposition Transcript by Thomas J. Regan, S.J. dated January 7, 2016 bearing Bates number SOJ 00000669 to SOJ 00000674.

78.     Exhibit 77 to this declaration is a true and correct copy of Exhibit Regan14 to Jesus of New England's 30(b)(6) Deposition Transcript by Thomas J. Regan, S.J. dated January 7, 2016 bearing Bates number SOJ 00000675 to SOJ 000000696.

79.     Exhibit 78 to this declaration is a true and correct copy of Exhibit Regan18 to Jesus of New England's 30(b)(6) Deposition Transcript by Thomas J. Regan, S.J. dated January 7, 2016.

80.     Exhibit 79 to this declaration is a true and correct copy of William C. Russell, Jr.,

9

S.J.'s Deposition Transcript dated January 29, 2016.

81.    Exhibit 80 to this declaration is a true and correct copy of Louis SainCirin's Deposition Transcript dated October 1, 2015.

82.    Exhibit 81 to this declaration is a true and correct copy of Joseph J. Schad, S.J.'s Deposition Transcript dated May 25, 2016.

83.    Exhibit 82 to this declaration is a true and correct copy of Exhibit Schad 05 to Joseph J. Schad, S.J.'s Deposition Transcript dated May 25, 2016 bearing Bates number SOJ 007198.

84.    Exhibit 83 to this declaration is a true and correct copy of Exhibit Schad 07 to Joseph J. Schad, S.J.'s Deposition Transcript dated May 25, 2016 bearing Bates number SOJ 007199.

85.    Exhibit 84 to this declaration is a true and correct copy of Andrew Schultheis' Deposition Transcript dated November 18, 2014.

86.    Exhibit 85 to this declaration is a true and correct copy of Andrew Schultheis' Deposition Transcript dated August 6, 2015.

87.    Exhibit 86 to this declaration is a true and correct copy of Myles Sheehan's Deposition Transcript dated February 24, 2016.

88.    Exhibit 87 to this declaration is a true and correct copy of Exhibit Sheehan 21 to Myles Sheehan's Deposition Transcript dated February 24, 2016.

89.    Exhibit 88 to this declaration is a true and correct copy of Sheehan 22 Exhibit to Myles Sheehan's Deposition Transcript dated February 24, 2016.

90.    Exhibit 89 to this declaration is a true and correct copy of Exhibit Sheehan 26 to Myles Sheehan's Deposition Transcript dated February 24, 2016 bearing Bates number

FFLDU0000688.

91.     Exhibit 90 to this declaration is a true and correct copy of Sheehan 36 Exhibit to Myles Sheehan's Deposition Transcript dated February 24, 2016 bearing Bates number SOJ 00002178.

92.     Exhibit 91 to this declaration is a true and correct copy of Sylvester Tan's Deposition Transcript dated March 7, 2014.

93.     Exhibit 92 to this declaration is a true and correct copy of Exhibit Tan02 to Sylvester Tan's Deposition Transcript dated March 7, 2014 bearing Bates number SOJ 00000117 to SOJ 00000130.

94.     Exhibit 93 to this declaration is a true and correct copy of Exhibit Tan04 to Sylvester Tan's Deposition Transcript dated March 7, 2014.

95.     Exhibit 94 to this declaration is a true and correct copy of Tom Tisdale's Deposition Transcript dated March 28, 2014.

96.     Exhibit 95 to this declaration is a true and correct copy of Exhibit Tisdale01 to Tom Tisdale's Deposition Transcript dated March 28, 2014.

97.     Exhibit 96 to this declaration is a true and correct copy of Exhibit Tisdale02 to Tom Tisdale's Deposition Transcript dated March 28, 2014 bearing Bates number PEC000128 to PEC000129.

98.     Exhibit 97 to this declaration is a true and correct copy of Exhibit Tisdale03 to Tom Tisdale's Deposition Transcript dated March 28, 2014.

99.     Exhibit 98 to this declaration is a true and correct copy of Exhibit Tisdale06 to Tom Tisdale's Deposition Transcript dated March 28, 2014

100.    Exhibit 99 to this declaration is a true and correct copy of Exhibit Tisdale18 to Tom

Tisdale's Deposition Transcript dated March 28, 2014 bearing Bates number TLT -0603.

101.    Exhibit 100 to this declaration is a true and correct copy of Exhibit Tisdale19 to Tom Tisdale's Deposition Transcript dated March 28, 2014.

102.    Exhibit 101 to this declaration is a true and correct copy of Exhibit Tisdale23 to Tom Tisdale's Deposition Transcript dated March 28, 2014 bearing Bates number TLT -0635 to TLT -0636.

103.    Exhibit 102 to this declaration is a true and correct copy of Exhibit Tisdale28 to Tom Tisdale's Deposition Transcript dated March 28, 2014 bearing Bates number TLT -0079 to TLT -0094.

104.    Exhibit 103 to this declaration is a true and correct copy of Exhibit Tisdale30 to Tom Tisdale's Deposition Transcript dated March 28, 2014 bearing Bates number HF 12888 to HF 12889.

105.    Exhibit 104 to this declaration is a true and correct copy of Exhibit Tisdale34 to Tom Tisdale's Deposition Transcript dated March 28, 2014.

106.    Exhibit 105 to this declaration is a true and correct copy of Jeffrey Trexler's Deposition Transcript dated December 4, 2015.

107.    Exhibit 106 to this declaration is a true and correct copy of Exhibit Malta-02 to Jeffrey Trexler's Deposition Transcript dated December 4, 2015.

108.    Exhibit 107 to this declaration is a true and correct copy of Exhibit Malta-07 to Jeffrey Trexler's Deposition Transcript dated December 4, 2015 bearing Bates number MALTA008239 to MALTA008240.

109.    Exhibit 108 to this declaration is a true and correct copy of Exhibit Malta-25 to Jeffrey Trexler's Deposition Transcript dated December 4, 2015.

110.    Exhibit 109 to this declaration is a true and correct copy of Father Jeffrey von Arx's Deposition Transcript dated December 11, 2015.

111.    Exhibit 110 to this declaration is a true and correct copy of VonArx-15 Exhibit to Father Jeffrey von Arx's Deposition Transcript dated December 11, 2015 bearing Bates number FFLDU0019180.

112.    Exhibit 111 to this declaration is a true and correct copy of Fairfield University's 30(b)(6) Deposition Transcript by Father Jeffrey von Arx dated December 11, 2015.

113.    Exhibit 112 to this declaration is a true and correct copy of Fairf.30(B)(6)-16 to Fairfield University's 30(b)(6) Deposition Transcript by Father Jeffrey von Arx dated December 11, 2015 bearing Bates number FFLDU0019194 to FFLDU19205.

114.    Exhibit 47 to this declaration is a true and correct copy of Fairf.30(B)(6)-19 to Fairfield University's 30(b)(6) Deposition Transcript by Father Jeffrey von Arx dated December 11, 2015 bearing Bates number FFLDU0020514.

115.    Exhibit 114 to this declaration is a true and correct copy of Fairf.30(B)(6)-20 to Fairfield University's 30(b)(6) Deposition Transcript by Father Jeffrey von Arx dated December 11, 2015 bearing  Bates number FFLDU0020565.

116.    Exhibit 115 to this declaration is a true and correct copy of Edward F. Dragan, Ed.D's Expert Report dated September 26, 2016.

117.    Exhibit 116 to this declaration is a true and correct copy of Exhibits A, B and C to Edward F. Dragan, Ed.D's Expert Report dated September 26, 2016.

118.    Exhibit 117 to this declaration is a true and correct copy of Document 71 filed in United States District Court of Connecticut, State Court Case No. 3:09-cr-00207-JBA, Douglas Perlitz's Plea Agreement dated August 18, 2010.

119.    Exhibit 118 to this declaration is a true and correct copy of Document 110 filed in United States District Court of Connecticut, State Court, Douglas Perlitz's Sentencing Hearing Transcript dated December 21, 2010.  [Doc 110 of 3:09-cr-00207-JBA].

120.    Exhibit 119 to this declaration is a true and correct copy of an article from *The Boston Globe* dated December 4, 1992 as downloaded from http://archive.boston.com/globe/spotlight/abuse/archives/120492_porter.htm on January 9, 2017.

121.    Exhibit 120 to this declaration is a true and correct copy of an article from *The Boston Globe* dated January 15, 1993 as downloaded from http://archive.boston.com/globe/spotlight/abuse/archives/011593_porter.htm on January 9, 2017.

122.    Exhibit 121 to this declaration is a true and correct copy of an article from *National Catholic Reporter* dated September 23, 1983 downloaded from http://www.natcath.org/crisis/092383.htm on January 9, 2017.

123.    Exhibit 122 to this declaration is a true and correct copy of from *The Washington Times* dated May 20, 1991 downloaded from http://www.newsline.umd.edu/Boyle/shonor1.htm on January 9, 2017.

124.    Exhibit 123 to this declaration is a true and correct copy of from *The Washington Times* dated May 21, 1991 downloaded from http://www.newsline.umd.edu/Boyle/shonorhacker.htm on January 9, 2017.

125.    Exhibit 124 to this declaration is a true and correct copy of from *The Washington Times* dated May 22, 1991 downloaded from http://www.newsline.umd.edu/Boyle/shonorsecret.htm on January 9, 2017.

14

Dated:  January 17, 2017

By:      _____

JoAnna Pollock (phv 07722 )
jpollock@simmonsfirm.com
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone:  (618)259-2222

Counsel for Plaintiffs

Dated:  January 17, 2017

By: _____

JoAnna Pollock (phv 07722 )
jpollock@simmonsfirm.com
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone:  (618)259-2222

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on January 17, 2017, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

I further certify that on January 18, 2017, the foregoing document was sent by first-class mail, postage prepaid, to:

        (1) Counsel for Defendant Douglas Perlitz at the below address:
            David T. Grudberg, Esq.
            Carmody & Torrance, LLP
            195 Church St.
            POX Box 1950
            New Haven, Conn. 06509-1950

        (2) Defendant Haiti Fund, Inc. at the below address:
            Haiti Fund, Inc.
            c/o Mr. Michael McCooey
            Chairman
            475 Polly Park Road
            Rye, NY 10580

           /s/   JoAnna Pollock
              JoAnna Pollock