# Exhibit 1

Confidential - Subject to Further Confidentiality Review

```
 1            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
 2                            Civil Action No.
                              3:13-cv-01132(RNC)
 3   ****************************
     GERVIL ST. LOUIS, a/k/a ST.   Consolidated with:
 4   LOUIS GERVIL,                 3:13-cv-1225-RNC
                                   3:13-cv-1269-RNC
 5                Plaintiff,       3:13-cv-1437-RNC
                                   3:13-cv-1480-RNC
 6        v.                       3:13-cv-1626-RNC
                                   3:13-cv-1627-RNC
 7   DOUGLAS PERLITZ, FATHER       3:13-cv-1628-RNC
     PAUL E. CARRIER, S.J.; HOPE   3:13-cv-1629-RNC
 8   E. CARTER; HAITI FUND,        3:13-cv-1630-RNC
     INC.; FAIRFIELD UNIVERSITY;   3:13-cv-1631-RNC
 9   THE SOCIETY OF JESUS OF NEW   3:13-cv-1632-RNC
     ENGLAND; SOVEREIGN MILITARY   3:13-cv-1633-RNC
10   HOSPITALLER ORDER OF ST.      3:13-cv-1634-RNC
     JOHN OF JERUSALEM OF RHODES   3:13-cv-1635-RNC
11   AND OF MALTA, AMERICAN        3:13-cv-1636-RNC
     ASSOCIATION, U.S.A.; a/k/a    3:13-cv-1637-RNC
12   ORDER OF MALTA, AMERICAN      3:13-cv-1638-RNC
     ASSOCIATION, U.S.A.; JOHN     3:13-cv-1639-RNC
13   DOE ONE; JOHN DOE TWO; JOHN   3:13-cv-1640-RNC
     DOE THREE; JOHN DOE FOUR;     3:13-cv-1641-RNC
14   JOHN DOE FIVE; JOHN DOE SIX   3:13-cv-1642-RNC
     and JOHN DOE SEVEN,           3:13-cv-1644-RNC
15                                 3:13-cv-1645-RNC
                  Defendants.      3:13-cv-1647-RNC
16                                 3:13-cv-1648-RNC
                                   3:13-cv-1701-RNC
17                                 3:13-cv-1767-RNC
                                   3:13-cv-1768-RNC
18                                 3:13-cv-1769-RNC
                                   3:13-cv-1881-RNC
19                                 3:13-cv-1904-RNC
                                   3:13-cv-1906-RNC
20                                 3:13-cv-1907-RNC
     ****************************
21   This document applies to:
     All of the above referenced cases
22   And those to be filed
     ****************************
23   CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
          VIDEOTAPED DEPOSITION OF JOHNSON AUDATE
24
                  Tuesday, January 12, 2016
25                     9:04 a.m.
```

**Exhibit 1**

Confidential - Subject to Further Confidentiality Review

1        VIDEOTAPED DEPOSITION OF JOHNSON AUDATE

2

3

   Held At:

4

5        Iberostar Costa Dorada

6        Carretera Luperón, km 4

7        Puerto Plata, Dominican Republic

8

9

10   REPORTED BY:

11   Maureen O'Connor Pollard

12   Realtime Systems Administrator

13   RMR, CLR, LSR #473, CSR #149108

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFF:

 3       LU XIA, ESQ.

 4           LAW OFFICES OF MITCHELL GARABEDIAN

 5           100 State Street, Sixth Floor

 6           Boston, Massachusetts 02109

 7           617-523-6250

 8           lxia@garabedianlaw.com

 9               -and-

10       ELLYN H. HURD, ESQ.

11           SIMMONS HANLY CONROY

12           112 Madison Avenue

13           New York, New York 10016

14           212-784-6400

15           ehurd@simmonsfirm.com

16               -and-

17       JO ANNA POLLOCK, ESQ.

18           SIMMONS HANLY CONROY

19           One Court Street

20           Alton, Illinois 62002

21           jpollock@simmonsfirm.com

22

23

24

25
```

```
 1    APPEARANCES (Continued):

 2

 3    FOR THE DEFENDANT PAUL E. CARRIER, S.J.:

 4         TIMOTHY P. O'NEILL, ESQ.

 5              MURPHY & KING

 6              One Beacon Street, Twenty First Floor

 7              Boston, Massachusetts 02108

 8              617-423-0400

 9              tpo@murphyking.com

10

11    FOR THE DEFENDANT HOPE E. CARTER:

12         JEFFREY W. KENNEDY, ESQ.

13              MILANO & WANAT LLC

14              471 East Main Street

15              Branford, Connecticut 06405

16              203-315-7000

17              jkennedy@mwllc.us

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES (Continued):

 2

 3   FOR THE DEFENDANT ORDER OF MALTA AMERICAN

 4   ASSOCIATION, U.S.A.:

 5        BRADFORD S. BABBITT, ESQ.

 6             ROBINSON & COLE, LLP

 7             280 Trumbull Street

 8             Hartford, Connecticut 06103

 9             860-275-8200

10             bbabbitt@rc.com

11

12   FOR THE DEFENDANT FAIRFIELD UNIVERSITY:

13        JOHN W. CERRETA, ESQ.

14             DAY PITNEY LLP

15             242 Trumbull Street

16             Hartford, Connecticut 06103

17             860-275-0100

18             jcerreta@daypitney.com

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES (Continued):

 2

 3   FOR THE DEFENDANT THE SOCIETY OF JESUS OF

 4   NEW ENGLAND:

 5        LYDIA KNIGHT, ESQ.

 6             SLOANE AND WALSH, LLP

 7             Three Center Plaza, Suite 830

 8             Boston, Massachusetts 02108

 9             617-523-6010

10             lknight@sloanewalsh.com

11

12   Videographer:  Christopher Coughlin

13

14   Interpreter:  Nathalie Coupet

15               Fabie Bodek

16

17   Also Present:

18   Jean Elyseé Pierre Louis, Interpreter

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                         INDEX

 2   EXAMINATION                              PAGE

 3   JOHNSON AUDATE

 4    BY MR. BABBITT                           10

 5    BY MR. O'NEILL                          151

 6    BY MS. KNIGHT                           173

 7    BY MR. CERRETA                          177

 8    BY MR. KENNEDY                          179

 9

10

11           E X H I B I T S

12   NO.        DESCRIPTION                   PAGE

13   1     Plaintiff John Audate's Response

            to Certain Defendants' First Set

14          of Interrogatories.................. 13

15   2     Copy of visa.........................151

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1            P R O C E E D I N G S

 2

 3            THE VIDEOGRAPHER:  We are now on the

 4    record.  My name is Chris Coughlin, I'm a

 5    videographer for Golkow Technologies.  Today's

 6    date is January 12, 2016, and the time is

 7    9:04 a.m..

 8            This video deposition is taking place

 9    in Puerto Plata, Dominican Republic in the

10    matter of Gervil St. Louis, a/k/a St. Louis

11    Gervil versus Douglas Perlitz, et al, in the

12    United States District Court, District of

13    Connecticut, Civil Action Number

14    3:13-cv-01132-RNC.

15            The deponent today is Johnson Audate.

16            Will counsel please identify

17    yourselves and state whom you represent.

18            MR. BABBITT:  I'm Bradford Babbitt,

19    and I represent the American Association of the

20    Order of Malta.

21            MR. O'NEILL:  Timothy O'Neill, I

22    represent Father Paul Carrier.

23            MS. KNIGHT:  Lydia Knight, I represent

24    the Society of Jesus of New England.

25            MR. CERRETA:  John Cerreta for
```

 1   Fairfield University.

 2              MR. KENNEDY:  Good morning.  I'm Jeff

 3   Kennedy, I represent Hope Carter.

 4              MS. POLLOCK:  Good morning.  Jo Anna

 5   Pollock from Simmons Hanly Conroy, and I

 6   represent the Plaintiffs.

 7              MS. XIA:  Lu Xia for Plaintiffs.

 8              THE VIDEOGRAPHER:  The court reporter

 9   is Maureen Pollard, and she will now swear in

10   the interpreter and the witness.

11

12              FABIE BODEK, Interpreter,

13   having been duly sworn, translated the questions

14   and answers as follows:

15

16              JOHNSON AUDATE,

17   having been first duly sworn, was examined and

18   testified as follows through the interpreter:

19

20              MR. BABBITT:  Thank you.

21              Good morning, Counsel.  In terms of

22   housekeeping issues, we're reserving all

23   objections as to form as we have in the past?

24              MS. POLLOCK:  Sure.

25              MR. BABBITT:  You want 60 days to read

Confidential - Subject to Further Confidentiality Review

1   and sign?

2          MS. POLLOCK:  Yes, please.

3          MR. BABBITT:  We're waiving

4   notarization.  I think we've done that in the

5   past.

6          MS. POLLOCK:  Yes, please.

7          DIRECT EXAMINATION

8   BY MR. BABBITT:

9      Q.   Good morning, sir.  My name is Brad

10  Babbitt.  As I said a moment ago, I represent

11  the Sovereign Military Hospitaller Order of St.

12  John of Jerusalem of Rhodes Malta, American

13  Association.  And that's a long title, so I'll

14  probably refer to my client as the American

15  Association of the Order of Malta.

16         Could you tell us your full name,

17  please?

18     A.   Johnson Audate.

19     Q.   Do you have any nicknames?

20     A.   Yes.  John.

21     Q.   Any other nicknames?

22     A.   No.

23     Q.   What's your date of birth?

24     A.   May 28, 1992.

25     Q.   Do you understand English?

Confidential - Subject to Further Confidentiality Review

```
 1      A.   No.

 2      Q.   Do you speak Creole?

 3      A.   Yes, I speak Creole.

 4      Q.   Do you read Creole?

 5      A.   Not much.

 6      Q.   Can you write Creole?

 7      A.   Not too well.

 8      Q.   You understand that you've just taken

 9  an oath?

10      A.   Yes.

11      Q.   You're sworn to tell the truth?

12      A.   Yes.

13      Q.   The whole truth?

14      A.   Yes.

15      Q.   Nothing but the truth?

16      A.   Yes.

17      Q.   I'm going to ask you some questions

18  today, and I need to receive from you truthful

19  and accurate answers.

20      A.   Okay.

21      Q.   And these other lawyers may also ask

22  you questions today, and they would also seek

23  truthful and accurate answers.

24      A.   Yes.

25      Q.   Please tell me if any of my questions
```

Confidential - Subject to Further Confidentiality Review

```
 1    are not clear or are confusing in any way.

 2        A.   Okay.

 3        Q.   And please don't answer a question if

 4    you don't understand it.

 5        A.   Yes.

 6        Q.   Are you having any trouble

 7    understanding our interpreter today?

 8        A.   No.

 9        Q.   Have you taken any medicine today?

10        A.   Today?

11        Q.   Yes, today.

12        A.   No.

13        Q.   Do you take medicine regularly?

14        A.   No.

15        Q.   Have you taken any drugs today?

16        A.   No.

17        Q.   Have you drunk any alcohol today?

18        A.   No.

19        Q.   Is there any reason that you would not

20    be able to give us truthful and accurate answers

21    to our questions today?

22        A.   No.

23        Q.   I'm going to show you Exhibit 1.

24    There's a copy for you, Counsel.

25
```

Confidential - Subject to Further Confidentiality Review

```
 1              (Whereupon, Audate Exhibit Number 1,

 2              Plaintiff John Audate's Response to

 3              Certain Defendants' First Set of

 4              Interrogatories, was marked for

 5              identification.)

 6   BY MR. BABBITT:

 7      Q.   Take a look at the last page of

 8   Exhibit 1, please.  Do you recognize your

 9   signature on that page, sir?

10      A.   Yes.

11      Q.   You signed that document?

12      A.   Yes.

13      Q.   And did you put the date?  There's a

14   date on that page.  Did you put the date on

15   that?

16      A.   I was the one who signed this.

17      Q.   Did you put the date on the page?

18      A.   I don't remember.

19              THE INTERPRETER:  Interpreter needs to

20   ask him to repeat the question -- repeat the

21   answer.

22      A.   I don't remember if I have written

23   down the date.

24      Q.   On the first line your name appears,

25   "Johnson Audate."  Did you write that?
```

Confidential - Subject to Further Confidentiality Review

```
 1       A.   This signature is mine.

 2       Q.   And on the first line on that page,

 3  your name is handwritten on the blank line.  Did

 4  you write that?

 5       A.   This here, the line where the

 6  signature is, I signed it.

 7       Q.   How about the top line, did you write

 8  that?

 9       A.   No.

10       Q.   Who wrote that?

11       A.   My own lawyer, my lawyer wrote it, and

12  I signed this.

13       Q.   Where were you when you signed it?

14       A.   At the hotel in Haiti.

15       Q.   What hotel?

16       A.   I don't remember the name of the

17  hotel.  What I remember is that I went to a

18  hotel where I met with the lawyer.

19       Q.   Where was the hotel?

20       A.   In Cap-Haïtien.

21       Q.   Where in Cap-Haïtien?

22       A.   It's nearby Mont Jolie, and you go up

23  a bit.

24       Q.   Had you ever gone to that hotel before

25  the day you signed Exhibit 1?
```

Confidential - Subject to Further Confidentiality Review

```
 1          A.   I had never been to it before, but I
 2   had passed by the hotel before.
 3          Q.   I see.  Okay.  And who else was at the
 4   hotel when you signed Exhibit 1?
 5          A.   I don't really remember.  I remember
 6   that I had my lawyer with me upstairs with an
 7   interpreter.
 8          Q.   What was the name of the lawyer who
 9   was with you?
10          A.   At that time I didn't really know the
11   names.
12               MS. POLLOCK:  I want to just caution
13   the witness not to disclose any communications
14   that you've had with your lawyers.
15   BY MR. BABBITT:
16          Q.   Is the lawyer that was with you when
17   you signed Exhibit 1 here today?
18          A.   I don't remember who was there at the
19   time.  I don't remember much about that time,
20   who was there at the time when I signed the
21   document.  I just -- I remember going there and
22   signing the document.
23          Q.   Was the time you signed Exhibit 1, was
24   that the first time you've ever met that lawyer?
25          A.   Yes.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    Was there one lawyer, or more than
 2   one?
 3        A.    More than one.
 4        Q.    Have you ever seen those lawyers
 5   again?
 6        A.    I saw them once again another time.
 7        Q.    Where?
 8        A.    At the same hotel.
 9        Q.    When you signed Exhibit 1, was Cyrus
10   Sibert there?
11        A.    He was at the hotel, but not near
12   where -- not next to me.
13        Q.    Where was he?
14        A.    He was somewhere away while I was
15   working.
16        Q.    Did you read Exhibit 1 before you
17   signed it?
18        A.    No.
19        Q.    Before you signed Exhibit 1, did you
20   understand the information that was contained in
21   it?
22        A.    The problem is that I don't read
23   English.
24        Q.    Well, Exhibit 1 is in Creole.  The
25   Creole starts halfway through.
```

1      A.   I did my best.  I was trying to

2   understand it, but I'm not very good, I don't

3   read too well.

4      Q.   So you were trying to understand what

5   was in Exhibit 1 before you signed it?

6      A.   Yes.

7      Q.   When you signed Exhibit 1, did

8   understand that you were signing your name to

9   confirm that what was in Exhibit 1 was true?

10     A.   What I know is that everything that

11  was in the document before I signed it was

12  correct.  It may contain some minor error, but

13  what's in my mind that I was signing was all

14  correct.

15     Q.   When you signed it, did you know of

16  any minor errors in the document?

17     A.   The reason I said that is because

18  since I'm not a very -- I don't read very well,

19  what I know is that what's in my mind, what I

20  know is what I retain.

21     Q.   When you signed Exhibit 1, did you

22  understand that this was your answers to

23  questions that had been asked of you by the

24  Defendants in the case?

25     A.   Yes.

1        Q.    When you signed it, did you believe

2    everything in it was correct?

3        A.    As I have said before, everything I

4    had said that was in my mind that I had answered

5    were correct.  However, since I cannot read very

6    well, I don't know if everything in there that I

7    had said, everything is in the document didn't

8    contain some minor error.  But everything that I

9    had said to be in the document were correct.

10       Q.    As you sit here today, do you believe

11   that everything that you signed in Exhibit 1 is

12   still true and correct?

13       A.    As we are discussing this here while I

14   speak to you here, if there is an error that is

15   pointed to me here and I can comment on it, I

16   can say yes or no.  But as far as I know,

17   everything that I had said before, everything in

18   my mind that I had said before are all correct.

19       Q.    Do you know a person named Margarette

20   Joseph?

21       A.    Yes.

22       Q.    Did she used to work at Project Pierre

23   Toussaint in the Village?

24       A.    I have come across -- I've seen

25   Margarette before, but I didn't know that, I

1    didn't know what she was doing in the Village,

2    what work she was doing.

3         Q.   But you know that she worked at the

4    Village, but you didn't know what she was doing?

5         A.   Yes.

6         Q.   When was the last time you spoke with

7    her?

8         A.   She's not someone that I see very

9    often, so I don't remember when was the last

10   time I spoke with her.

11        Q.   Have you spoken to her since the

12   Village closed?

13        A.   You mean after the Village closed,

14   after that if I had seen her?

15        Q.   Yes.

16        A.   No.

17        Q.   Do you know where she lives?

18        A.   No.

19        Q.   Did you take a bus to come to this

20   hotel?

21        A.   Yes.

22        Q.   Who bought the bus ticket?

23             MS. POLLOCK:  I need to also remind

24   the witness not to disclose any conversations

25   that you've had with your attorneys or Cyrus, or

Confidential - Subject to Further Confidentiality Review

```
 1    anyone working for Cyrus.

 2         A.   Okay.

 3    BY MR. BABBITT:

 4         Q.   Did Cyrus Sibert buy you a bus ticket?

 5         A.   No.

 6         Q.   Who did?

 7         A.   I had gotten up early and went to the

 8    station, and there were many people there, and I

 9    saw Mathieu there, and he gave me a paper.

10         Q.   Mathieu.  Do you know Mathieu's last

11    name?

12         A.   No.

13         Q.   And the paper that Mathieu gave you,

14    was that a bus ticket?

15         A.   Yes.

16         Q.   Bus ticket to come to this hotel?

17         A.   Yes.

18         Q.   Had you spoken with Mathieu before he

19    gave you this bus ticket?

20              MS. POLLOCK:  Again I'm going to

21    remind the witness not to disclose any

22    conversations you've actually had with Mathieu,

23    you can simply answer whether you have spoken to

24    Mathieu, yes or no.

25              THE WITNESS:  Okay.
```

```
 1              MR. BABBITT:  Can we just -- so the

 2    record is clear, it's the position of the

 3    Plaintiffs that Mathieu is an agent of Plaintiff

 4    counsel?

 5              MS. POLLOCK:  Yes.

 6              MR. BABBITT:  As well as Cyrus Sibert?

 7              MS. POLLOCK:  Yes.

 8              MR. BABBITT:  So any communications

 9    between Cyrus and this witness are subject to

10    the attorney/client privilege?

11              MS. POLLOCK:  Depends on the question

12    that you ask and the time frame in which you're

13    posing the question.

14              MR. BABBITT:  Okay.  And by that do

15    you mean the attorney/client privilege would

16    attach at some particular moment but not prior

17    to that?

18              MS. POLLOCK:  Correct.

19              MR. BABBITT:  And that would be when

20    you were retained?

21              MS. POLLOCK:  That would be when he

22    sought legal advice.

23              MR. BABBITT:  Okay.

24    BY MR. BABBITT:

25         Q.   Sir, when did you seek legal advice?
```

Confidential - Subject to Further Confidentiality Review

```
 1          A.    I don't understand the question.

 2          Q.    When did you seek legal advice with

 3     respect to your claims that you've asserted in

 4     this lawsuit?

 5          A.    I don't really remember exactly when.

 6     I do remember how I had gone about to file the

 7     complaint, but I don't really remember how --

 8     when.  Pardon me.

 9          Q.    You don't remember exactly when.

10     Approximately when did you seek legal advice

11     with respect to the claims that you've asserted

12     in this case?

13                MS. POLLOCK:  Again I'm going to

14     remind the witness not to disclose actually any

15     conversations you had when you were seeking

16     legal advice.  He's just simply asking you

17     approximately when.

18          A.    I would say that for the most part

19     it's not something that I focus too much on.  I

20     can't really remember when I did that.

21     BY MR. BABBITT:

22          Q.    Did you seek legal advice with respect

23     to the claims that you've asserted in this case

24     before or after PPT closed?

25                THE INTERPRETER:  Interpreter has a
```

```
 1    question.  PPT refers to the Village, sir?

 2            MR. BABBITT:  PPT refers to Project

 3    Pierre Toussaint, and the Village was part of

 4    Project Pierre Toussaint, or part of PPT.

 5            THE INTERPRETER:  Thank you.

 6       A.   After it was closed, that's when I had

 7    filed the complaint.

 8       Q.   Do you remember the big earthquake

 9    that Haiti had in, I think it was 2010?

10       A.   Yes.

11       Q.   Did you seek legal advice with respect

12    to the claims that you've asserted in this case

13    before or after the earthquake in Haiti?

14       A.   It was after the earthquake, but I

15    don't remember what year.

16       Q.   You said a moment ago that you

17    remember how you had gone about to file the

18    complaint.  Tell me how you went about that.

19            MS. POLLOCK:  I'm going to object.

20    The question is vague.

21            And I'm going to remind the witness

22    not to disclose any conversations you had with

23    counsel.

24       A.   Okay.

25            MS. POLLOCK:  I'm also going to remind
```

```
 1    the witness not to disclose any substantive

 2    conversation you had with Cyrus about the facts

 3    of your case.

 4              MR. O'NEILL:  I object to that

 5    objection.

 6    BY MR. BABBITT:

 7         Q.   So the question is, how did you go

 8    about filing the complaint?  As a moment ago you

 9    said you remembered how you did that, how did

10    you do that?

11              MS. POLLOCK:  Same objections.

12         A.   Yes.

13    BY MR. BABBITT:

14         Q.   How did you do that?

15              MS. POLLOCK:  Same objections.

16              Can you give me time to get my

17    objections in?  That way the record will be

18    clear.  Thank you.

19         A.   It was as I was -- after the Village

20    closed and I was walking around the Village, and

21    then I came into a group of young men, and I

22    approached them asking them what they were doing

23    there.  And that's when Cyrus was there.  And

24    then he asked me if I had been in the Village at

25    the time, and I said yes.  And then I was asking
```

Confidential - Subject to Further Confidentiality Review

```
 1   what kind of search, what kind of investigation

 2   that they are conducting regarding this, and he

 3   said that that's when he's going to put me in

 4   contact with some people who can help me.

 5              MS. POLLOCK:  And, Counsel, just for

 6   clarification, any conversation after that

 7   point, Plaintiffs' position is that those

 8   conversations between the Plaintiff and Cyrus or

 9   the lawyers or anyone working for Cyrus are

10   privileged.

11              MR. BABBITT:  That would include

12   Mathieu?

13              MS. POLLOCK:  Correct.

14   BY MR. BABBITT:

15       Q.   Where were you when you approached

16   this group of young men?

17       A.   It was at the Carenage Square,

18   Village.

19       Q.   And you don't remember where that was?

20       A.   No, I don't remember.

21       Q.   Were you contacted by a lawyer after

22   that conversation you had with Cyrus?

23              MS. POLLOCK:  I need to again remind

24   the witness not to disclose any actual

25   communications you had with your lawyers.  You
```

Confidential - Subject to Further Confidentiality Review

```
 1   can simply answer the question yes or no.

 2              THE INTERPRETER:  Interpreter.  Can

 3   you ask the question again, please?

 4   BY MR. BABBITT:

 5        Q.   Sure.

 6              Were you contacted by a lawyer after

 7   that conversation you had with Cyrus?

 8        A.   Yes.

 9              MS. POLLOCK:  Counsel, can we agree

10   that I don't need to -- as we fumble our way

11   through this process, when you just re-ask the

12   question, for the purposes of the interpreter I

13   don't need to then interject an objection?

14              MR. BABBITT:  I'm fine with that.

15   BY MR. BABBITT:

16        Q.   How were you contacted?

17        A.   I just called him and talked to him.

18        Q.   You called him?

19        A.   No.

20        Q.   Did he call you?

21        A.   Yes.

22        Q.   Who called you?

23        A.   The lawyer called me, and I -- just

24   called me, and I spoke to him.

25        Q.   What was the lawyer's name?
```

1       A.   Mitch.

2       Q.   Mitch Garabedian?

3       A.   I don't really know his last name.

4       Q.   And you spoke to him by phone?

5       A.   Yes.

6       Q.   How many times have you spoken to

7    Mitch Garabedian?

8            MS. POLLOCK:  Again I'm going to

9    remind the witness not to disclose any actual

10   communications you had.  You can simply answer

11   the question, the number.

12      A.   Two times.

13   BY MR. BABBITT:

14      Q.   Did Mathieu give you money when he

15   gave you a bus ticket?

16           MS. POLLOCK:  Again I'm going to

17   remind the witness not to disclose any

18   communications you had with Mathieu.  You can

19   simply answer the question yes or no.

20      A.   No.

21   BY MR. BABBITT:

22      Q.   Has Mathieu ever given you money?

23           MS. POLLOCK:  Again that's a yes or

24   no.

25      A.   Yes.

1    BY MR. BABBITT:

2        Q.    How many times?

3        A.    Twice.

4        Q.    How much?

5        A.    He once gave me 50 Haitian dollars.

6        Q.    And how much did he give you the other

7    time?

8        A.    The other time he gave me $2,000,

9    Haitian dollars.

10        Q.    Did he give you this money before or

11    after you spoke with the attorney named Mitch?

12        A.    What do you mean?

13        Q.    Did Mathieu give you money before or

14    after you spoke with the attorney named Mitch?

15        A.    It was quite a bit of time after.

16        Q.    And did you receive this money before

17    or after you had sought legal counsel with

18    respect to your claims in this case?

19        A.    After.

20        Q.    Has Cyrus Sibert ever given you money?

21            MS. POLLOCK:    Again you can answer the

22    question yes or no.

23        A.    Yes.

24    BY MR. BABBITT:

25        Q.    How many times?

```
 1       A.   About two times.

 2       Q.   And the first time he gave you money,

 3   how much did he give you?

 4       A.   Once I had -- I was in an accident, he

 5   gave me $200 so I can get some shots.

 6            And another time I had telephone

 7   issues, I needed telephone, he gave me $100 so I

 8   could buy a phone.

 9       Q.   The first time when he gave you $200,

10   was that American dollars or Haitian dollars?

11       A.   Haitian.

12       Q.   And the second time when he gave you

13   $100, was that American dollars or Haitian

14   dollars?

15       A.   American at that time.

16       Q.   Do you remember Cyrus giving you money

17   any other time?

18       A.   After he gave me the $100 to buy the

19   telephone, the telephone later on stopped

20   functioning, and he gave me $300 to buy another

21   one.

22       Q.   And the $300 that Cyrus gave you that

23   time, was that American or Haitian dollars?

24       A.   Haitian.

25       Q.   Any other times?  Were there any other
```

Confidential - Subject to Further Confidentiality Review

 1    times that Cyrus gave you money?

 2        A.   Some other time, sometimes I might

 3    have stopped by and he might have given me

 4    money, but I don't really remember.

 5        Q.   Since you spoke with the attorney

 6    named Mitch, has anyone else given you money?

 7             MS. POLLOCK:  I'm going to object as

 8    vague.  Do you mean even family members?  Or do

 9    you mean related to the case?

10             MR. BABBITT:  Sure.  Start broad and

11    see where we go.

12             MS. POLLOCK:  Sure.

13    BY MR. BABBITT:

14        Q.   Has anyone else given you money since

15    you spoke with the attorney named Mitch?

16        A.   What kind of people?

17        Q.   Anybody.

18        A.   I may have a friend who give me 50

19    bucks, but that would be my own friends.

20        Q.   Anybody else who works for Cyrus

21    Sibert given you money?

22        A.   No.

23        Q.   Did Mathieu give any bus tickets to

24    anyone else on the day he gave you your bus

25    ticket?

Confidential - Subject to Further Confidentiality Review

```
 1          A.   I don't know.

 2          Q.   Did you see, when you were riding the

 3    bus to come here, did you see anyone on the bus

 4    that you recognized?

 5          A.   Once I got on the bus I saw a few

 6    faces that were familiar, that I recognized, and

 7    I sat next to them and we started chatting about

 8    soccer and music.

 9          Q.   Who were the faces that you recognized

10    that you sat next to?

11          A.   The two guys that I recognized were

12    from the Village, so that's how I knew them.  I

13    recognized them.  And then other people, I

14    didn't know them, but they just looked like they

15    were Haitian.  And then there was an

16    interpreter, so I would talk to them.

17          Q.   What were the names of the two people

18    that you recognized from the Village?

19          A.   Jacques Mackenson and Maxwel.

20          Q.   Maxwel Deriza?

21          A.   Yes.

22          Q.   Was Cyrus on the bus?

23          A.   No.

24          Q.   What was the name of the interpreter?

25          A.   I don't really know their full name.
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.   Do you know any part of the name?

 2          A.   All the interpreters are Elyseé and

 3     Giraud.

 4          Q.   Is the interpreter who was on the bus

 5     in the room here today?

 6          A.   I don't understand.

 7          Q.   Is the interpreter who was on the bus,

 8     is he here today in this room?

 9          A.   Yes.

10          Q.   Had you ever met this interpreter

11     before?

12          A.   How could I have met him?

13          Q.   You had never seen the interpreter

14     before you got on the bus, is that right?

15          A.   Well, yes, sometimes I would see them

16     at the hotel when I went to the hotel.

17          Q.   Which hotel?

18          A.   The hotel where I pass in Mont Jolie.

19     I don't really know the name of the hotel.

20          Q.   Is this the same hotel that you signed

21     Exhibit 1?

22          A.   Yes.

23          Q.   And was the interpreter who was on the

24     bus with you at the hotel when you signed

25     Exhibit 1?
```

1     A.   Yes, he was at the hotel.

2     Q.   And did you -- before you got on the

3   bus, when was the last time you had seen Jacques

4   Mackenson?

5     A.   I would be, for example, walking by

6   and then I would run into him.  I've seen -- I

7   had seen him multiple times.

8     Q.   How about Maxwel Deriza, do you see

9   him multiple times as well?

10     A.   Not often.  We don't see each other

11   very often.

12     Q.   When you were on the bus, did you talk

13   with Jacques Mackenson about the reason you were

14   coming to this hotel?

15     A.   No.

16     Q.   When you were on the bus, did you talk

17   with Maxwel Deriza about why you were coming to

18   this hotel?

19     A.   No.

20     Q.   Before you got on the bus, did you

21   know that Jacques Mackenson had filed a claim

22   relating to Doug Perlitz?

23          THE INTERPRETER:  Can you repeat,

24   please?  Relating to?

25     Q.   Before you got on the bus, did you

 1   know that Jacques Mackenson had filed a claim

 2   alleging that Doug Perlitz had abused him?

 3        A.   No.

 4        Q.   Before you got on the bus, did you

 5   know that Maxwel Deriza had filed a lawsuit

 6   alleging that Doug Perlitz had abused him?

 7        A.   Did I know that he had filed a

 8   complaint?

 9        Q.   Yes.

10        A.   I don't know.  All I know is that I

11   had got -- when I got on the bus and I saw him,

12   and all I knew was that he was part of -- he

13   came from the Village, was part of the group of

14   people that come from the Village, we got on the

15   bus, and I came here.

16        Q.   When you got on the bus, did you know

17   that Jacques Mackenson was coming to have his

18   deposition taken?

19        A.   I don't understand the question.

20   Please ask again.

21        Q.   When you got on the bus, did you know

22   that Jacques Mackenson was coming to this hotel

23   to be asked questions by the lawyers just like

24   you are being asked questions by the lawyers?

25        A.   I didn't question him about that.  All

```
 1    I knew is that for everyone who -- any young

 2    person who came from the Village, there's a

 3    99 percent chance that they had suffered what I

 4    had suffered in the Village because this is what

 5    the person was doing.

 6         Q.   Do you believe that Doug Perlitz

 7    abused every student at PPT?

 8         A.   As I have simply said, anyone -- if

 9    you were living in the Village, there is

10    99 percent chance that you had been victim of

11    this incident, because that's what he was

12    carrying about doing.

13         Q.   And how do you come to the conclusion

14    that there's a 99 percent chance that someone

15    living in the Village was abused by Doug

16    Perlitz?

17         A.   The thing is that during the time that

18    all this abuse was happening, the reason I come

19    to this conclusion was because at that time no

20    one was able to speak out of fear there's the

21    threat that if they do they would be kicked out.

22    But there were some things that during

23    discussions while we were hanging out talking

24    that you would pick up on something someone

25    would say that you could suspect that that
```

Confidential - Subject to Further Confidentiality Review

1   person, too, had been victimized.

2       Q.   And what were the some things that you

3   would pick up when you were having discussions

4   with other students?

5       A.   The thing is that part of that is

6   during the chatting, for example, that we would

7   be talking, and the person would insinuate

8   something but they won't say it very clearly or

9   frankly because out of fear that they would be

10  made fun of.  But they would say something,

11  little thing, and you would get it, you would

12  understand that.

13      Q.   And these conversations that you had

14  where you would get it, was that while the

15  school was running, or after PPT closed?

16      A.   After closing.

17      Q.   Do you know any students who attended

18  the Village who were not abused by Doug Perlitz?

19      A.   I don't know.

20      Q.   Did you speak with Maxwel Deriza about

21  the reason you were coming to this hotel?

22      A.   No.

23      Q.   You have two brothers, is that

24  correct?

25      A.   Yes.

```
 1        Q.    I'm sorry.  I beg your pardon.

 2              You have three brothers?

 3        A.    Yes.

 4        Q.    What are their names?

 5        A.    There is Rouznè, Roudlin, and Johnson.

 6        Q.    Is one of your brothers names

 7   Mackenson Audate?

 8        A.    Mackenson Audate.

 9        Q.    And another brother is Jameson Audate?

10        A.    Yes.

11        Q.    And then Rouznè?

12        A.    Yes.

13        Q.    Okay.  Have you spoken with Mackenson,

14   your brother, about what Doug Perlitz did to

15   you?

16        A.    No.

17        Q.    Has he ever told you if Doug Perlitz

18   abused him?

19        A.    Just my brother, he was not in the

20   Village.

21        Q.    Were any of your brothers ever in the

22   Village?

23        A.    No.

24        Q.    Did any of your brothers attend

25   Carenage?
```

```
1              THE INTERPRETER:  I'm sorry, can you
2    repeat?
3         Q.   Did any of your brothers attend
4    Carenage?
5         A.   I had one who was attend, but he left.
6         Q.   Which one?
7         A.   Rouznè.
8         Q.   What grades did he attend at Carenage?
9         A.   Fourth year.
10        Q.   Did he attend Carenage for just one
11   year?
12        A.   He didn't even complete the year.  He
13   left.
14        Q.   Why did he leave?
15        A.   I don't know.
16        Q.   How old is Rouznè?
17        A.   I don't really know his name.  The
18   family is very large.
19             THE INTERPRETER:  I'm sorry,
20   correction.
21        A.   I don't know his age.
22        Q.   Is he older or younger than you are?
23        A.   Older.
24        Q.   Where does he sleep?
25        A.   We don't live in the same house.  He
```

```
 1    lives at the Dufort Street, Rue Dufort Prolongé.

 2        Q.   How long has he lived there?

 3        A.   Well, he has a wife, and so he rents a

 4    place there, and almost every year he rents a

 5    different place, so they move.  He's going to be

 6    in this address for almost a year now.

 7        Q.   How about your brother Mackenson, is

 8    he older or younger than you are?

 9        A.   Older.

10        Q.   Do you know how old he is?

11        A.   No.

12        Q.   Where does Mackenson sleep?

13             THE INTERPRETER:  Sleep, sir?

14             MR. BABBITT:  Live.

15        A.   He lives at the Vilage de la Fwa.

16        Q.   He does not live in the same house as

17    you do?

18        A.   We used to live in the same house, but

19    now we've gone apart, separated.

20        Q.   Does your brother Mackenson have a

21    job?

22        A.   He doesn't have a regular job, but he

23    works on a car, and when the car -- if a car is

24    not operable he would not go to work.

25        Q.   Is your brother a mechanic?  Does he
```

Confidential - Subject to Further Confidentiality Review

```
 1    fix cars, or does he do something else with the

 2    car?

 3         A.   No, he works with the cars.  He parks

 4    cars.

 5         Q.   I see.  Okay.  But that's not a

 6    regular job?

 7         A.   No.

 8         Q.   What about your brother Rouznè, does

 9    he have a job?

10         A.   Not really, he doesn't have a regular

11    job.  And he would ride a motorcycle, and

12    sometimes he would work when possible, and

13    sometimes not.

14         Q.   And when he works when possible, what

15    does he do?

16         A.   He does masonry work, or pours

17    rubbles, picking up rubbles.

18         Q.   How about your brother Jameson, is he

19    older or younger than you are?

20         A.   Younger.  My little brother.

21         Q.   How old is he?

22         A.   I don't really know their ages,

23    because they live with their mothers.  I just

24    know who are my older brothers and who are my

25    younger brothers.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    Is the mother of Jameson your mother?

 2        A.    No.

 3        Q.    And is Mackenson's mother your mother?

 4        A.    Yes.

 5        Q.    And Rouznè, is his mother your mother?

 6        A.    Yes.

 7        Q.    Does Jameson live in the same house

 8   that you live in?

 9        A.    Yes.

10        Q.    And does Jameson go to school?

11        A.    No.

12        Q.    Does Jameson have a job?

13        A.    Sometimes he ride a bike, motorcycle.

14        Q.    And what does he do when he rides a

15   bike for work?

16        A.    Transporting people.  Sometimes a

17   person needing to go somewhere, and they would

18   ride on the back.

19        Q.    Whose motorcycle does he ride?

20        A.    Arougin.

21        Q.    And that person sometimes pays your

22   brother Jameson to ride the motorcycle?

23        A.    Yes.

24        Q.    Do you live in a house?

25        A.    Yes.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   Who else lives there?

 2        A.   Myself, Jameson, and Bernard Dieu de

 3   Belle.

 4        Q.   You live with your brother Jameson?

 5        A.   Yes.

 6        Q.   And Bernard Dieu de Belle, did he

 7   attend the Village?

 8        A.   Yes.

 9        Q.   How long have you lived with Jameson

10   and Bernard?

11        A.   Jameson I would say two to

12   three years, but Bernard would be about two

13   months.

14        Q.   How long have you lived in this house?

15        A.   But here's how it works.  Each time we

16   are live in a house, the two of us, we do what

17   we can to pay for the house, and then after that

18   we move to another place.

19        Q.   You just said "the two of us, we do

20   what we can to pay for the house."  Who is the

21   two of you?

22        A.   Myself and Jameson.

23        Q.   Does Bernard have a job?

24        A.   No.

25        Q.   Has he ever had a job?
```

```
 1        A.   No, he doesn't work.  He simply -- he

 2   goes to school, but he hasn't been able to go

 3   anymore.

 4        Q.   Where did he go to school last?

 5        A.   I don't really know the name of the

 6   schools.  But it's been a while since he last

 7   went to school, so he wasn't able to afford it

 8   anymore, so he stopped.

 9        Q.   What was he studying?

10        A.   Just regular school.  He was not --

11   didn't have a specialization.

12        Q.   What grade was he in when he last went

13   to school?

14        A.   Right now he would be in third year,

15   would be equivalent of tenth grade.

16        Q.   Equivalent of tenth grade?

17        A.   Yes.

18        Q.   And the school he was attending, was

19   that in Cap-Haïtien?

20        A.   Yes.

21        Q.   Was it a public school?

22        A.   I don't know.

23             MS. POLLOCK:  Counsel, when you're at

24   an appropriate time I'd like to take just a 5,

25   10 minute break.
```

Confidential - Subject to Further Confidentiality Review

```
 1              MR. BABBITT:  Do you want to stop?

 2              MS. POLLOCK:  I don't want to

 3   interrupt you.

 4              MR. BABBITT:  That's fine.

 5              THE VIDEOGRAPHER:  Going off the

 6   record.  The time is 10:09.

 7              (Whereupon, a recess was taken.)

 8              THE VIDEOGRAPHER:  Back on the record.

 9   The time is 10:27.

10   BY MR. BABBITT:

11        Q.   Are you married?

12        A.   No.

13        Q.   Have you ever been married?

14        A.   No.

15        Q.   You have a child named Wesondy?

16        A.   Yes.

17        Q.   Who is that child's mother?

18        A.   Mirline Francois.

19        Q.   Where does your son live?

20        A.   Right now I couldn't tell you where he

21   lives, because my relationship with the mother,

22   we are having some issues so we are separated.

23   But as I understand it, he is in Dominican

24   Republic right now.

25        Q.   How old is your son?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.    He will turn two years.

 2        Q.    How long have you been separated from

 3   his mother?

 4        A.    I would say about four months.

 5        Q.    How long has your son and his mother

 6   been living in the Dominican Republic?

 7        A.    I was having some issues -- we were

 8   having some issues, so she had gone to a place

 9   called Tumecco.  And when I ask about her, they

10   told me she was there and then she moved to

11   center, to Dominican Republic, and I would say

12   she's been in Dominican Republic for about two

13   months now.

14        Q.    What is your mother's name?

15        A.    Cloméne Saint Jean.

16        Q.    Do you know how old she is?

17        A.    No.

18        Q.    Does your mother have a job?

19        A.    No.

20        Q.    Do you know if she's ever had a job?

21        A.    She doesn't have a regular job.  She

22   would do laundry for people.

23        Q.    And where does she live?

24        A.    Cap-Haïtien.

25        Q.    Where in Cap-Haïtien?
```

Confidential - Subject to Further Confidentiality Review

```
 1       A.    A place called Kapon.

 2       Q.    How long has she lived there?

 3       A.    She's been there for a while.

 4       Q.    Who else lives with your mother?

 5       A.    There's my sister Claudette, and then

 6  there's Faviola, and my brother Roudlin and

 7  Papol.

 8       Q.    Your father lives with your mother?

 9       A.    Yes.

10       Q.    What is your father's name?

11       A.    Roosevelt Audate.

12       Q.    And how old is he, do you know?

13       A.    I don't know his age.

14       Q.    Does he have a job?

15       A.    No.

16       Q.    Has he ever had a job?

17       A.    Sometimes if he finds something he

18  does it, but he doesn't really have a job.

19       Q.    You said you have a brother Roudlin

20  who lives with your mother?

21       A.    Yes.

22       Q.    And is Roudlin the son of your mother,

23  or the son of your father, or both?

24       A.    Both.

25       Q.    So you have four brothers, is that
```

```
1   right?

2        A.   Yes.

3        Q.   How old is Roudlin?

4        A.   Roudlin would be about four right now.

5   He's a child.

6        Q.   And you have a sister named Claudette?

7        A.   Yes.

8        Q.   How old is Claudette?

9        A.   I don't really know her name.

10            THE INTERPRETER:  Pardon me.

11       A.   Her age.

12       Q.   Is she older or younger than you are?

13       A.   Younger.

14       Q.   Is she older or younger than Roudlin?

15       A.   Older than Roudlin.

16       Q.   Does Claudette go to school?

17       A.   No.

18       Q.   Does she have a job?

19       A.   No.

20       Q.   Has she ever had a job?

21       A.   No.

22       Q.   You also -- do you have any other

23   sisters?

24       A.   I have Faviola.

25       Q.   Is Faviola older or younger than you
```

1   are?

2        A.   Younger.

3        Q.   Is she older or younger than

4   Claudette?

5        A.   They are same age.

6        Q.   Is Faviola the daughter of your

7   mother?

8        A.   No.

9        Q.   Faviola is the daughter of your

10  father?

11       A.   Yes.

12       Q.   With a different woman?

13       A.   Yes.

14       Q.   Where does Faviola live?

15       A.   Rue Dufort Street.

16       Q.   In Cap-Haïtien?

17       A.   Yes.

18       Q.   Does she go to school?

19       A.   No.

20       Q.   Does she have a job?

21       A.   No.

22       Q.   Has she ever had a job?

23       A.   No.

24       Q.   Have you ever slept on the streets in

25  Cap-Haïtien?

 1       A.   I don't -- not regularly, but during

 2    the holidays, then I would stay out in the

 3    street, I would not go home.  But after that I

 4    would go home.

 5       Q.   What holidays?

 6       A.   There would be some holiday

 7    festivities in Cap-Haïtien, at that time I

 8    wouldn't go home, and that would be December,

 9    and also for Carnival.

10       Q.   So around Christmastime and around

11    Carnival you might stay out all night, sleep on

12    the streets?

13       A.   Yes.

14       Q.   What was the first school you

15    attended?

16       A.   I had gone to different schools.

17    There would be Rue 13, and then there would be

18    La Victoire, and I went to Education Center,

19    Populaire D'Education Centre, and then I went to

20    the Village.

21       Q.   Rue 13 was the first school you

22    attended?

23       A.   Yes.

24       Q.   And after Rue 13, did you go to

25    Carenage?

Confidential - Subject to Further Confidentiality Review

```
 1      A.   Yes.

 2      Q.   What is the name -- did you also

 3  attend a school by the name of La Victoire?

 4      A.   Yes.

 5      Q.   Was that a public school or private

 6  school?

 7      A.   Public.

 8      Q.   And where was La Victoire located?

 9      A.   In the countryside.

10      Q.   Countryside near Cap-Haïtien?

11      A.   Yes.

12      Q.   And after La Victoire, did you attend

13  the Centre D'Eduation Populaire de Sacré Coeur?

14      A.   Yes.

15      Q.   When you attended school for the first

16  time at Rue 13, how old were you?

17      A.   I don't remember how old I was.  I was

18  very little at the time.  I was very young at

19  the time.

20      Q.   When you were attending Rue 13, where

21  were you sleeping at night?

22      A.   Sometimes just for pleasure I would

23  just stay out in the street, and sometimes I

24  would go home.

25      Q.   So when you were attending Rue 13,
```

Confidential - Subject to Further Confidentiality Review

1    where was home?

2         A.    Blue Hills.

3         Q.    And who else lived there with you?

4         A.    When I was in Blue Hills it was in

5    Vilage de la Fwa, and I was staying with a

6    neighbor, Ermine.

7         Q.    Staying with a neighbor of whom?

8         A.    She was my neighbor, and I would keep

9    her company.

10        Q.    Did your mother live near this

11   neighbor with whom you were staying?

12        A.    Yes.

13        Q.    And did your father live with your

14   mother at that time?

15        A.    Yes.

16        Q.    So when you were attending Rue 13, you

17   were staying with a neighbor of your mother and

18   father?

19        A.    Yes.

20        Q.    And when you attended Rue 13, you

21   studied in the second grade, is that correct?

22        A.    Yes.

23        Q.    Did Rue 13 cost you any money to

24   attend?

25        A.    It was Douglas who sent me to the

Confidential - Subject to Further Confidentiality Review

```
 1   school.  No.

 2        Q.   So no, Rue 13 did not cost any money?

 3        A.   No.  Here's how it went.  First I went

 4   to the school, Rue 2, and I was there for a

 5   year, and then I transferred to the Village.

 6        Q.   So the first school you went to was on

 7   Rue 2?

 8        A.   No.

 9        Q.   Was the first school you attended Rue

10   13?

11        A.   Yes.

12        Q.   And did the school at Rue 13 cost you

13   any money to attend?

14        A.   No.  It's part of the Village.  It's

15   in the Center.

16        Q.   The school was in the center of the

17   city?

18        A.   We called it Center.

19        Q.   That's what you called it, the Center?

20        A.   No, it's when we were living we start

21   calling it Center, but it was on Rue 13.

22        Q.   Okay.  And you mentioned Douglas a

23   moment ago.  Did you know Douglas Perlitz before

24   you started attending Rue 13?

25        A.   Yes.
```

1          Q.   How did you meet Douglas Perlitz

2     before you attended Rue 13?

3          A.   Because we used to live near the

4     Village, and sometimes when he would pass by and

5     he would get out of his -- step down, get out of

6     his car, and he would give us, the kids with me,

7     and he would give us balls to play with, and

8     then after that we would just -- we would go

9     there.

10         Q.   You would go to Rue 13, is that what

11    you meant by "go there"?

12         A.   Before going to the Village you have

13    to pass by Rue 13.

14         Q.   After you attended Rue 13, did you --

15    was the next school that you attended Carenage?

16         A.   Yes.

17         Q.   And how many years did you attend Rue

18    13 before you attended Carenage?

19         A.   Here's how I calculate it.  I spent

20    about -- I went to Rue 13, and then I went to

21    Carenage.  Together I was in those schools -- I

22    was there for three years.  And then I went to

23    another school, and then transferred to the

24    Village.

25         Q.   When you were at the Carenage, where

Confidential - Subject to Further Confidentiality Review

```
 1   were you living?  Where were you sleeping at

 2   night?

 3        A.   At home.

 4        Q.   And where was home?

 5        A.   Blue Hills.

 6        Q.   Who else lived at that house where you

 7   lived?

 8        A.   All the time that I was -- throughout

 9   the time that I was at Carenage I was living

10   with that neighbor.

11        Q.   And when you were at Carenage, did you

12   repeat the second grade?

13        A.   Yes.

14        Q.   Did Carenage cost any money to attend?

15        A.   No, it's part of -- it's also part of

16   the Village.

17        Q.   Now, after Carenage, did you attend La

18   Victoire?

19        A.   No.  I went to La Victoire before

20   that.

21        Q.   You went to La Victoire before

22   Carenage?

23        A.   Yes.

24        Q.   Did you go to La Victoire before or

25   after going to Rue 13?
```

1        A.   Before Rue 13.

2        Q.   So La Victoire was the first school

3   you attended, is that right?

4        A.   First I went to La Victoire, then I

5   went to Rue 13, then I went to Carenage, and

6   from Carenage I went to Rue 2, and then I went

7   to the Village.  That's how I calculate it.

8        Q.   Is Rue 2 the same school as Populaire

9   D'Education?

10       A.   Yes.

11       Q.   How long did you attend the school

12   called La Victoire?

13       A.   I don't remember.  I was very little.

14       Q.   Did you do -- did you study in the

15   first grade at La Victoire?

16       A.   I was about in the first year at the

17   time.

18       Q.   Did the school La Victoire cost any

19   money to attend?

20       A.   Yes.

21       Q.   Who paid that?

22       A.   My grandmother.

23       Q.   Where did she live?

24       A.   La Victoire.

25       Q.   She lived near the school?

Confidential - Subject to Further Confidentiality Review

1      A.   No.

2      Q.   Did she live at the school?

3      A.   No.

4      Q.   Did your grandmother have a job?

5      A.   She was a merchant at the time.

6      Q.   Your grandmother sold things?

7      A.   Yes.

8      Q.   What did she sell?

9      A.   She would sell cooked food.

10     Q.   When you were attending school at La

11  Victoire, where did you live?

12     A.   At my grandmother's.

13     Q.   And after La Victoire you went to Rue

14  13, is that correct?

15     A.   Yes.

16     Q.   Why did you stop attending La

17  Victoire?

18     A.   At the time I was living with my

19  grandmother, but my mother then sent for me and

20  I went to live in Cap-Haïtien.

21     Q.   La Victoire is in a different city?

22     A.   It's not a city.  It's in the

23  province, in the countryside.

24     Q.   After you attended Carenage, you then

25  attended the Center, the Centre D'Education

Confidential - Subject to Further Confidentiality Review

```
 1    Populaire de Sacré Coeur, is that right?

 2         A.   Yes.

 3         Q.   Where was that school located.

 4         A.   Rue 2.

 5         Q.   Why did you stop going to Carenage and

 6    start going to this other school?

 7         A.   Douglas sent me, sent us.

 8         Q.   Douglas decided -- do I understand

 9    correctly, Douglas Perlitz decided to send you

10    to this other school instead of Carenage, is

11    that right?

12         A.   Yes.

13         Q.   Did Douglas tell you why he made that

14    decision?

15         A.   He didn't say why.  What I can say is

16    that he first sent us to Carenage, and then

17    after a year he sent us to the Village.

18         Q.   Well, did he send you to the Village,

19    or did he send you to Centre D'Education

20    Populaire de Sacré Coeur?

21         A.   Yes, it was he who sent us to the

22    Centre D'Education, Populaire D'Education, and

23    then he sent us to the Village again.

24         Q.   How long did you study at the Centre

25    D'Education Populaire?
```

Confidential - Subject to Further Confidentiality Review

1        A.    One year.

2        Q.    Did you study the second grade at that

3    school?

4        A.    Yes.

5        Q.    When did you were attending that

6    school, where were you living?

7        A.    Blue Hills.

8        Q.    And with whom were you living?

9        A.    I was still living with the neighbor.

10       Q.    This is the neighbor who lived next to

11   your -- or near your mother and father?

12       A.    Yes.

13       Q.    And did this school cost money to

14   attend?

15       A.    Rue 2?

16       Q.    Yes.  The Centre D'Education

17   Populaire, did that school cost money?

18       A.    That was -- this one it was Douglas

19   who paid for us.  I know that he paid for it.

20       Q.    And after attending that school for

21   one year, Douglas then sent you to the Village?

22       A.    Yes.

23       Q.    And when you started attending the

24   Village, you started studying the second grade?

25       A.    They made me attend the second year.

Confidential - Subject to Further Confidentiality Review

1      Q.   And how many years did you study at

2   the Village?

3      A.   How many years?  Three years.

4      Q.   When you were attending the Village,

5   where did you live?

6      A.   At that time then I would stay out, I

7   would stay in the Village, and then sometimes I

8   would stay at my mother's.

9      Q.   When you were attending the Village,

10   your mother and father still lived together in

11   Blue Hills?

12      A.   Yes.

13      Q.   And when you were attending the

14   Village, did you sometimes sleep on the streets

15   at night?

16      A.   No.

17      Q.   When you were attending the Village,

18   did you sometimes sleep at the Village?

19      A.   Yes.

20      Q.   And while you were attending the

21   Village, sometimes when you didn't sleep at the

22   Village you would sleep at home, is that right?

23      A.   Sometimes I sleep in the Village,

24   sometimes I sleep at home.

25      Q.   How often did you sleep at the

 1    Village?

 2         A.    I don't remember.

 3         Q.    Did you sleep at the Village one time

 4    per week, or more than that?

 5         A.    I don't remember.  I would do it when

 6    it pleases me.

 7         Q.    There was a place at the Village that

 8    you could sleep at night if you chose to?

 9         A.    Yes.

10         Q.    How many grades did you complete at

11    the Village?

12         A.    Well, here's how it worked over there.

13    They would combine the grades into two and

14    three, or four and five at once, so it's two

15    grades in one.  I completed the fifth.

16         Q.    And did you stay at the Village until

17    the Village closed?

18         A.    Yes.

19         Q.    And after PPT closed, did you attend

20    school at the Blue Hills Public School?

21         A.    I attended, but I didn't really stay

22    very long.

23         Q.    And is Blue Hills Public School,

24    that's a school located in the neighborhood in

25    which your mother and father live?

Confidential - Subject to Further Confidentiality Review

```
 1        A.   Yes.

 2        Q.   When you say you didn't stay very

 3   long, did you stay a year, or less than a year?

 4        A.   Less than.  Not a year.

 5        Q.   What grade did you study when you were

 6   at Blue Hills Public School?

 7        A.   What grade was I in?

 8        Q.   Yes.

 9        A.   I was in the sixth year at the time.

10        Q.   When you were attending Blue Hills

11   Public School, where did you live?

12        A.   I was still living in Blue Hills.

13        Q.   And were you living in Blue Hills with

14   your mother and father?

15        A.   Yes.

16        Q.   Did Blue Hills Public School cost

17   money to attend?

18        A.   It doesn't cost a lot of money.  It's

19   a public school.

20        Q.   Does it cost any money?

21        A.   Yes, I paid, had to pay.

22        Q.   Did you pay that?

23        A.   No.

24        Q.   Who paid it?

25        A.   Well, at the time I told my mother,
```

Confidential - Subject to Further Confidentiality Review

1    and she gave me money for me to register.

2         Q.   Why did you stop attending this

3    school?

4         A.   I didn't have the money to pay for the

5    semester.

6         Q.   And your mother didn't have money to

7    pay?

8         A.   No.

9         Q.   Did you complete the sixth grade at

10   that school?

11        A.   No.

12        Q.   Did you attend the Institute Sacré

13   Coeur de Cap-Haïtien in 2011?

14        A.   No.

15        Q.   Have you ever heard of Kids Alive

16   International?

17        A.   Yes.

18        Q.   Did Kids Alive send you to a school?

19        A.   I don't understand the question.

20        Q.   How do you know Kids Alive?

21        A.   Well, when Kids Alive was -- Kids

22   Alive was open for us in the Village, so I went.

23        Q.   Kids Alive was running a school in the

24   Village?

25        A.   Once the Village closed, then they

Confidential - Subject to Further Confidentiality Review

1  opened a school on Rue 14.

2      Q.   Kids Alive opened a school on Rue 14?

3      A.   Yes.

4      Q.   And did you attend that school?

5      A.   Yes.

6      Q.   How many years did you attend that

7  school?

8      A.   It didn't last a year.  I didn't stay

9  very long.

10     Q.   Did you leave because the school

11  closed, or did you leave for some other reason

12  before the school closed?

13     A.   Kids Alive shut down.

14     Q.   And when you were attending the school

15  on Rue 14, did you live at home with your

16  parents?

17     A.   No, I was still living in Blue Hills.

18     Q.   Where were you living in Blue Hills

19  when you were attending the school at Rue 14?

20     A.   The same, Blue Hills with my parents.

21     Q.   So when you were attending the school

22  at Rue 14, you were living with your mother and

23  your father, is that right?

24     A.   Yes.

25     Q.   And the school that was being run on

Confidential - Subject to Further Confidentiality Review

 1    Rue 14 by Kids Alive, did that cost any money to

 2    attend?

 3        A.    No.

 4        Q.    Do you have a job today?

 5        A.    No.

 6        Q.    How do you earn money?

 7        A.    Well, I don't earn any money.  I don't

 8    have a job when I'm in Haiti.

 9        Q.    Have you ever had a job?

10        A.    Well, sometimes when I'm hungry and a

11    friend would loan me a motorbike, and I would go

12    and make some money with it, and make 100 bucks

13    so I can eat.

14        Q.    How do you make money with a

15    motorbike?

16        A.    On the bike, it would be a taxi bike,

17    and someone needs me to go and drop them off

18    somewhere, I would do it, and they would pay me.

19        Q.    How often would you do that?

20        A.    Not often.  It would be -- I would

21    wake up once in a while, and then I would say

22    "let me borrow your bike for a while," and

23    that's how I did it.

24        Q.    Whose bike are you borrowing?

25        A.    Arougin's.

Confidential - Subject to Further Confidentiality Review

```
 1         Q.   You lived in the Dominican Republic

 2    for a period of time, is that right?

 3         A.   Yes.

 4         Q.   When did you come to the Dominican

 5    Republic?

 6         A.   I came to the Dominican Republic after

 7    the earthquake.

 8         Q.   Was that after you attended Blue Hills

 9    Public School?

10         A.   I don't understand.

11         Q.   Did you move to the Dominican Republic

12    after or before attending Blue Hills Public

13    School?

14         A.   No, that was at the time when the

15    Village closed down.

16         Q.   So you moved to the Dominican Republic

17    before you attended Blue Hills Public School?

18         A.   What happens is that after, when the

19    Village closed down, the people around -- the

20    people were making fun of us, and it was --

21    that's why we left and came to Dominican

22    Republic.

23         Q.   Who did you come to the Dominican

24    Republic with?

25         A.   Many of us guys came.
```

1        Q.   Who?

2        A.   It was about nine of us who came,

3    because we were going through the woods to come

4    here.

5        Q.   And what were their names?

6        A.   I don't remember.

7        Q.   You don't remember any of their names?

8        A.   When we got together when we were

9    about to come, we wanted to be a lot of us, so

10   we gathered together a group of nine.  All I

11   remember is Philoméne and Iznor.

12       Q.   These nine people who came to the

13   Dominican Republic with you, were they all

14   students at the Village?

15       A.   No.  Some of them.

16       Q.   How many of the nine were students at

17   the Village?

18       A.   Three.

19       Q.   What were their names?

20       A.   The first it was Philoméne, myself,

21   and another one called Geffrard.

22       Q.   Where did you live when you came to

23   the Dominican Republic?

24       A.   Bijelist.

25       Q.   Did you live with the other nine

1    people who had come with you?

2         A.   No.  We went our separate ways.

3         Q.   Did you live with any of the people

4    that came with you from Cap-Haïtien?

5         A.   No.

6         Q.   Did you have a job when you were

7    living in the Dominican Republic?

8         A.   I would have some minor jobs.  I would

9    work as a masonry, and sometimes I would be like

10   lifting of the dirt in the garden.

11        Q.   How often did you do those jobs?

12        A.   I don't remember.  I was there for

13   almost a year.  I don't remember how much -- how

14   long I stayed in those jobs.

15        Q.   Why did you return to Haiti?

16        A.   My own -- I decided on my own to

17   leave.

18        Q.   When you returned to Haiti, is that

19   when you attended Blue Hills Public School?

20        A.   When I returned to Haiti I found Kids

21   Alive had opened, I went there.

22        Q.   Did you attend Blue Hills Public

23   School before you went to the Dominican

24   Republic?

25        A.   I didn't attend Blue Hills for a very

Confidential - Subject to Further Confidentiality Review

1    long time.  I went there after the Village had

2    just closed, and there were people in the

3    Village making fun of us, calling us gay, and

4    that's when we left.

5        Q.   I see.  So you attended Blue Hills

6    Public School before you went to the Dominican

7    Republic?

8        A.   It was while I was at the school, and

9    so the other kids were making fun of us, and

10   then that's when we left and went to Dominican

11   Republic.

12       Q.   Okay.  Kids Alive, the school that

13   Kids Alive ran, that closed, is that correct?

14       A.   Yes.

15       Q.   What grade did you study when you were

16   attending the school that Kids Alive was

17   running?

18       A.   The Kids Alive program was really a

19   mess, a big mess.  They had opened up after,

20   because to continue to provide us with support,

21   but basically what they did is provide us food

22   and then give us a bit of cash.  I didn't stay

23   in it very long.

24       Q.   Okay.  After you stopped attending the

25   Kids Alive program, did you attend any other

```
 1   schools?

 2       A.   No.

 3       Q.   Have you ever seen a doctor for the

 4   abuse that Doug Perlitz inflicted on you?

 5       A.   No.

 6       Q.   Did you ever see a nurse for what Doug

 7   Perlitz did to you?

 8       A.   No.

 9       Q.   Have you ever seen any other person

10   who gives medical care for what Doug Perlitz did

11   to you?

12       A.   No.

13       Q.   Have you ever been arrested?

14       A.   No.

15       Q.   Have you ever sniffed paint thinner?

16       A.   It's not that I would actually sniff

17   it, but when I passed by the place where they

18   build coffins, and I smelled it.

19       Q.   So this was a place where they built

20   coffins and used paint thinner, and you would

21   sometimes smell it in the air?

22       A.   Yes.

23       Q.   But you've never sniffed paint thinner

24   to get high?

25       A.   No.
```

1        Q.   Did you know any of the boys when you

2   were attending Rue 13 who did sniff paint

3   thinner?

4        A.   I don't know.

5        Q.   How about the boys when you attended

6   Carenage, did any of them sniff paint thinner?

7        A.   I tell you I don't know, because even

8   if they did it they don't do it in front of me,

9   so I don't know.

10       Q.   Okay.  How about the boys who attended

11  the Village, did any of them sniff paint

12  thinner?

13       A.   No.

14       Q.   Have you ever taken any drugs?

15       A.   No.

16       Q.   Did you know any of the boys when you

17  attended Rue 13 who took drugs?

18       A.   I don't know.

19       Q.   How about the boys who attended

20  Carenage, did any of them use drugs?

21       A.   I don't know.

22       Q.   What about the boys who attended the

23  Village, any of them use drugs?

24       A.   I don't know.

25       Q.   Do you drink alcohol?

Confidential - Subject to Further Confidentiality Review

```
 1        A.    Well, yes.  And here's why I would

 2   drink sometimes.  It's because when I sometimes

 3   am thinking and thinking how hard things are,

 4   and because of what happened to me, and I would

 5   drink sometimes because of that.

 6        Q.    How often do you drink?

 7        A.    Well, I used to drink, but when I knew

 8   that I was coming here to the deposition, I

 9   don't drink anymore.

10        Q.    When did you stop drinking?

11        A.    It's been a while.

12        Q.    Did you -- have you had alcohol in

13   2015?

14        A.    When I found out that I was -- that

15   was a while back that I found out I was coming,

16   I was supposed to be coming here, but it was

17   delayed.  Since the time I knew, at the start I

18   stopped, I didn't drink at all.

19        Q.    When you did drink alcohol, how often

20   did you drink?

21        A.    I wasn't really much of a drinker,

22   just sometimes when I'm reliving the experiences

23   and these thoughts start going through my mind,

24   then I would relieve it by drinking.

25        Q.    Did you drink every day?
```

1      A.   No.

2      Q.   Did you drink every week?

3      A.   It's only when the incidents -- had

4   start thinking about them, and when I start

5   reliving them, that's when I would drink.

6      Q.   And how often would that happen?

7      A.   I don't remember.

8      Q.   Would that happen every week?

9      A.   I cannot tell you exactly how often.

10   It's just that whenever the incidents, whenever

11   they came to mind, then I would drink.  There's

12   no specific time.

13      Q.   And would that happen on average once

14   a week?

15      A.   It could happen more often than that.

16   It's whenever I am sitting, and then the

17   thoughts come to mind, and I start thinking

18   about this incident, then that's when I would

19   drink.

20      Q.   And when you would drink, what kind of

21   alcohol would you drink?

22      A.   Well, for us this is this drink called

23   lafreznaille, that's what I would drink.

24      Q.   Where would you get it?

25      A.   It's something we make ourselves.  We

Confidential - Subject to Further Confidentiality Review

1    would mix the energy drink Toro with raw rum

2    alcohol.

3         Q.   How much -- when you drank, how much

4    did you drink?

5         A.   Well, we don't have money to buy an

6    awful lot of it, so we would buy a little bit

7    with whatever money we have, and then when it's

8    finished, money is finished, then that's it.

9         Q.   When did you start drinking?

10        A.   I don't understand the question.

11        Q.   Did you drink alcohol before you

12   attended Rue 13?

13        A.   Here's when I started drinking, it's

14   while -- after the Village shut down and as I

15   start reliving what had happened, and I feel

16   like sometimes I'm losing my mind, and that's

17   when I would drink.

18        Q.   So you didn't drink alcohol before PPT

19   closed?

20        A.   It's when the project, PPT, closed,

21   that's when I started drinking.

22        Q.   Did you start drinking before or after

23   you went to the Dominican Republic?

24        A.   I started drinking then.

25        Q.   Did you start drinking -- I don't

1    understand your answer.  Did you start drinking

2    when you went to the Dominican Republic?

3         A.    My problems started since -- once the

4    Village shut down, that's when I started

5    drinking.

6         Q.    And did you start drinking before or

7    after you went to the Dominican Republic?

8         A.    Before.

9         Q.    When you were attending the school

10   La Victoire, did you know any students who

11   attended Rue 13?

12        A.    No, at that time I didn't even know

13   about it.

14        Q.    How did you first learn about Rue 13?

15        A.    After I stopped going to school, there

16   was a time after I left La Victoire I wasn't

17   going to school at all, and I was walking and

18   listening around, and a friend, some guy, a

19   partner that I saw, and followed him all the way

20   there.  And when I got there I saw them, they

21   were eating, they were feeding them.  And then

22   they ask us if we like school, and I said yes,

23   and then so they said "well, stay then."

24        Q.    Was that the first time -- that day

25   that you went to the school following a friend

 1    of yours, was that the first time you learned

 2    anything about Rue 13?

 3         A.   Yes.

 4         Q.   Before that day when you followed a

 5    friend to Rue 13, did you -- had you met Doug

 6    Perlitz?

 7         A.   Before that time I used to see him

 8    just passing by, but it was at the time when I

 9    went to Rue 13, and that's when we were doing

10    soccer practice, and that's when I met him.

11         Q.   So before you went to -- attended Rue

12    13, you had seen Doug Perlitz, but you didn't

13    meet him until after you were a student at Rue

14    13, is that right?

15         A.   Yes.

16         Q.   When you started attending Rue 13,

17    were there other students at the school that you

18    knew?

19         A.   Yes, there were.  I met there other

20    guys who were from the neighborhood that I knew

21    from before, so then we stayed together, we

22    stayed as companions.

23         Q.   And did you walk to school, to Rue 13,

24    every morning?

25         A.   Yes.

1    Q.   And did you walk with other students

2    who lived near you?

3    A.   Yes.

4    Q.   What time of day did school start at

5    Rue 13?

6    A.   The school opens, starts at 7:00 a.m.

7    But what we do at that time, they would feed us,

8    and then we would have play time.  But the

9    actual classes will start around 1:00 p.m. or

10   2:00 p.m. until 4:00 p.m.

11   Q.   And when, on a typical day at Rue 13,

12   did they give you clothes to wear?

13   A.   When we an arrive at school we would

14   stay in our clothing, whatever we're wearing.

15   But around 1:00 p.m. before class starts, then

16   there would be a basket that has shorts and

17   t-shirts that have a marking, I don't know what

18   it is, it might be the name of the school is

19   marked on it, we would each take one and we

20   would change into these clothes.

21   Q.   When you were attending Rue 13, did

22   you bathe at the school?

23   A.   Yes, they did build a place where we

24   could bathe.

25   Q.   How many students attended Rue 13 on

 1    an average day?

 2         A.    There are those that don't really like

 3    school, so they would stick around until they

 4    finish eating, around noon they'd go home.

 5         Q.    So some students only attended the

 6    morning part, and other students stayed all day?

 7         A.    Here's how it worked.  It starts at

 8    7:00 a.m., and we would eat until noon, and then

 9    at 1:00 p.m. it would be recess, break time, and

10    then we could leave to go play and come back for

11    class.  And during the recess a lot of kids

12    would skip.

13         Q.    When you changed into that uniform

14    that you described, what did you do with your

15    clothes that you wore to school?

16         A.    The clothes, I change into the

17    uniform, the clothes I was wearing, I would fold

18    them and put them in that basket.  And at

19    4:00 p.m., after school, and I would put back my

20    clothes, we would eat and then go home.

21         Q.    So the school fed you in the morning

22    and fed you at the end of the day, is that

23    right?

24         A.    Three times a day.

25         Q.    Three times.

Confidential - Subject to Further Confidentiality Review

 1                 Okay.  What kind of games did you play

 2    at Rue 13?

 3         A.   We would have crafts that we would

 4    make, and then there would be special programs

 5    that they create, and we would play marbles,

 6    those kinds of things.

 7         Q.   And in the afternoon, there would be

 8    classes that you attended?

 9         A.   Yes.

10         Q.   And what subjects were you taught?

11         A.   We would do math, and then we would

12    read, and we would read in a book called La Joie

13    de Lire, Joy of Reading, things like that.

14         Q.   Were you taught French?

15         A.   Yes, there would be books in French,

16    and they would try to make us read in French.

17         Q.   What time did the classes end on an

18    average day at Rue 13?

19         A.   Four.

20         Q.   Did the classes at Rue 13 go all year

21    round, or were there vacations?

22         A.   There would be vacations during the

23    regular -- other regular school vacations.

24         Q.   Was there a vacation around

25    Christmastime?

Confidential - Subject to Further Confidentiality Review

1      A.    Yes.

2      Q.    And was there a summer vacation?

3      A.    Yes, there would, although it wouldn't

4    take place at the time -- at the normal times,

5    but they would.

6      Q.    What do you mean it wouldn't take

7    place at the normal time?

8      A.    Well, the other schools may close, may

9    end before that, or they would make us stay

10    longer because then they want to create some

11    program for us, so that's why we would finish

12    later.

13      Q.    Okay.  Did you know someone named Andy

14    Shultheis?

15      A.    I don't know the last name, but I know

16    that there was a white man called Andy.

17            MS. POLLOCK:  Sometimes, it might not

18    be right now, if we could take another break

19    before lunch, and we can break about one for

20    lunch.

21            MR. BABBITT:  We can break right now.

22            MS. POLLOCK:  Whatever is best for

23    you.

24            THE VIDEOGRAPHER:  Going off the

25    record.  The time is 11:37.

1            (Whereupon, a recess was taken.)

2            THE VIDEOGRAPHER:  We're back on the

3    record.  The time is 10:54.

4    BY MR. BABBITT:

5        Q.  Sir, you know -- you knew someone

6    named Andy who worked at Rue 13, is that

7    correct?

8        A.  Yes.

9        Q.  And he was a white person?

10       A.  Yes.

11       Q.  And you're not sure of his last name?

12       A.  No.

13       Q.  Was he there when you started

14   attending Rue 13?

15       A.  Once I started Rue 13, it wasn't very

16   long before he left.

17       Q.  So he was at Rue 13 when you started,

18   but not too long -- much later he left, is that

19   right?

20       A.  Yes.

21       Q.  And when Andy was at Rue 13, what was

22   his job?

23       A.  Well, he was working at the office,

24   and sometimes he would leave in a car, and to go

25   buy stuff, and if we need something we would ask

1    him.

2        Q.   Was Andy in charge of the school at

3    Rue 13?

4        A.   Yes.  As it is, he was the one who

5    replaced Douglas in Rue 13.

6        Q.   Had Douglas been in charge of Rue 13

7    before Andy?

8        A.   Douglas was the principal, the one in

9    charge of Rue 13.  But if there are things that

10   need to be taken care of, then that would be

11   Andy's job.

12       Q.   How often did you see Douglas at Rue

13   13?

14       A.   He would be at the office, I would see

15   him often because he would be there, and then he

16   would take the car and leave and come back.

17       Q.   What was Doug doing at Rue 13 when you

18   saw him?

19       A.   At the school he would just stop by

20   and he would say hello to us, but that's it.  To

21   really see him is in the Village.

22       Q.   How frequently would Doug stop by Rue

23   13?

24       A.   I don't really remember.  It is we

25   were in class and he would stop by.  We don't

Confidential - Subject to Further Confidentiality Review

```
 1   see him very often.

 2        Q.   What were the names of the teachers

 3   who taught at Rue 13?

 4        A.   Ms. Merline.

 5        Q.   Who else?

 6        A.   Only one teacher I had.

 7        Q.   Were there --

 8        A.   Correction, it's Madame Merline, Mrs.

 9        Q.   And were there any other teachers at

10   Rue 13 who taught other students but not you?

11        A.   Yes.

12        Q.   What were their names?

13        A.   I don't really remember their names,

14   but there were other teachers.

15        Q.   Did you ever meet Nick Preneta?

16        A.   I don't know this person.

17        Q.   When Andy left, who replaced Andy?

18        A.   When Andy left there were two white

19   men who came.  There was Nicholas and Timothy.

20        Q.   Do you know what Nicholas's last name

21   was?

22        A.   No.

23        Q.   Do you know what Timothy's last name

24   was?

25        A.   No.
```

 1        Q.   What was Nicholas's job at Rue 13?

 2        A.   Andy's job, that's what he took over.

 3        Q.   And what was Timothy's job at Rue 13?

 4        A.   Timothy really -- he would just stop

 5   by sometimes, he was really staying at Bel Air.

 6        Q.   Did Timothy have a job?

 7        A.   Well, he had a position somehow, I'm

 8   sure.  But he wasn't really there, he would just

 9   stop by, and it wasn't very long before he went

10   back home to his country.

11        Q.   Did Timothy work at the Village, do

12   you know?

13        A.   At the time I was not yet in the

14   Village.

15        Q.   So you don't know where Timothy

16   worked?

17        A.   I would see him, I used to see him at

18   Rue 13, and then after that he went, and he

19   would go to Bel Air.

20        Q.   What was Bel Air?  What was Bel Air?

21        A.   It was Douglas's home.

22        Q.   Did Andy live at Bel Air?

23        A.   Yes.

24        Q.   Did Nicholas live at Bel Air?

25        A.   All these people, they stayed at Bel

```
 1   Air.
 2        Q.   Timothy, too?
 3        A.   Yes.
 4        Q.   Did you know someone named Jessica
 5   Lozier?
 6        A.   I knew Jessica.  I don't know her last
 7   name.
 8        Q.   What did Jessica do?
 9        A.   When I used to see Jessica she would
10   just pass by and then leave.  She didn't stay in
11   the center.
12        Q.   What was Jessica's job?
13        A.   I don't know what her job was.  She
14   would come and she would sort of spend some time
15   with us, talk to us, chat with us, and play with
16   us.  But then she wouldn't stay.
17        Q.   Did Jessica live at Bel Air?
18        A.   Yes.
19        Q.   Did you ever go to Bel Air?
20        A.   One time, just once I went there.
21        Q.   Why did you go?
22        A.   At the time I was going to the
23   Village, I was -- the car that was taking us to
24   the Village, it stopped by Bel Air, and then we
25   stopped in the inside of the house -- not the
```

 1    house, outside, and that's how I ended up

 2    visiting there.

 3        Q.    Did you get a ride to the Village by

 4    car often?

 5        A.    If I'm going to the downtown, to the

 6    center of the Village, and then I would take a

 7    car.  And if I find a car on the way back, then

 8    I would take it.

 9        Q.    But you typically walked to the

10    Village to go to school?

11        A.    Yes.

12        Q.    That one time that you went to Bel

13    Air, did you go inside the house?

14        A.    No.

15        Q.    That one time you went to the Village,

16    was that when you were attending Rue 13,

17    Carenage, or the Village?

18        A.    Village.

19        Q.    Were there any other white people who

20    worked at Rue 13 when you went to school there?

21        A.    The only people that I know were

22    Nicholas and Timothy.

23        Q.    And Andy, you knew Andy, right?

24        A.    Andy had already left.

25        Q.    Was Andy at Rue 13 when you started at

Confidential - Subject to Further Confidentiality Review

 1    Rue 13, or had he already left before that?

 2         A.   I had already started, but then he

 3    left.

 4         Q.   When you changed from Rue 13 to

 5    Carenage, was Nicholas in charge of Carenage?

 6         A.   Yes.

 7         Q.   When you were at Rue 13, did you see

 8    white people visit Rue 13?

 9         A.   Sometimes.

10         Q.   How often?

11         A.   I don't remember.

12         Q.   How long would they stay when they

13    visited Rue 13?

14         A.   They don't stay.  They would spend

15    maybe an hour or two hours, and left.

16         Q.   Did you learn their names when they

17    were visiting?

18         A.   No.

19         Q.   Did they ever speak with you?

20         A.   Well, we don't speak English, so when

21    they come we just play.

22         Q.   Did anyone translate for you to speak

23    with them?

24         A.   No.

25         Q.   When these people came to visit, was

 1    Doug Perlitz with them?

 2        A.   No, Douglas never come with them.  The

 3    only time we see Douglas with them is in the

 4    Village, so other time they come and then they

 5    would be just talking to Nicholas.

 6        Q.   Did you ever meet someone named Hope

 7    Carter?

 8        A.   I don't recognize that name.

 9        Q.   Did you ever meet anybody by the name

10    of Father Paul Carrier?

11        A.   I don't know the last name, but I do

12    know a Father Paul.

13        Q.   Did you meet Pere Paul when you were

14    attending Rue 13?

15        A.   When I met Father Paul, Pere Paul, I

16    was at the Village.

17        Q.   Did you ever see Pere Paul at Rue 13?

18        A.   No.

19        Q.   And I'm sorry, you don't know who Hope

20    Carter is, is that right?

21        A.   It's the last name I don't recognize.

22    In Haiti we know of a -- we know a Mrs. Carter,

23    an elderly.

24        Q.   You don't recognize the last name, but

25    you know a Mrs. Carter?

```
 1        A.   I know -- I do know of Mrs. Carter,
 2   Madame Carter.
 3        Q.   When did you meet Mrs. Carter?
 4        A.   Multiple times I would meet her at the
 5   Village with Pere Paul and Douglas.
 6        Q.   Did you ever see Mrs. Carter at Rue
 7   13?
 8        A.   At the Village, yes.
 9        Q.   Did you ever see Mrs. Carter at Rue
10   13?
11        A.   No, only at the Village.
12        Q.   You started attending -- did you start
13   attending Carenage when Rue 13 closed?
14        A.   When we were in Rue 13, it was leased,
15   it had been leased, and once it closed that's
16   when we were transferred to Carenage.
17        Q.   When you were attending Carenage, what
18   time of day did the school -- did school start?
19        A.   It had the same schedule, same program
20   as Rue 13.
21        Q.   They fed you three times a day at
22   Carenage?
23        A.   Yes.
24        Q.   And they gave you a uniform to wear
25   while you were at Carenage?
```

Confidential - Subject to Further Confidentiality Review

 1      A.   Yes.

 2      Q.   You played games while you were at

 3  Carenage?

 4      A.   Yes.

 5      Q.   And you took classes?

 6      A.   Yes.

 7      Q.   They taught you Creole, is that right?

 8      A.   Well, it was not specifically.  There

 9  was the miss that was teaching us, and then she

10  would do -- there would be mathematics, and

11  there would be like reading, and she would make

12  us recite things.

13      Q.   Who was the miss that was teaching

14  you?

15      A.   Margarita.

16      Q.   Were there any other teachers at

17  Carenage that were teaching other students?

18      A.   Yes.

19      Q.   What were their names?

20      A.   I don't really know their names.  But

21  I know that there were Luckson and Andy.

22      Q.   Luckson and Andy were two teachers at

23  the school, at Carenage?

24      A.   Yes.

25      Q.   Was Nicholas in charge of Carenage?

```
 1       A.   Yes.

 2       Q.   And were there other white people who

 3   worked at Carenage?

 4       A.   I didn't see other -- other white

 5   people would stop by, but there were none that

 6   were stable as Nicholas was.

 7       Q.   Did you know someone named Brittany

 8   McLean?

 9       A.   Yes.

10       Q.   What did Brittany do?

11       A.   I would see Brittany when I was at

12   Carenage, but it was really at the Village that

13   I would see her more often.  And I would go to

14   her when we are injured, and then we would go to

15   her, and when we need something we would go to

16   her.

17       Q.   Did Brittany provide medical care when

18   you were injured?

19       A.   Yes.

20       Q.   Was Brittany a nurse?

21       A.   I don't know.

22       Q.   You said when you need something you

23   would go to her.  What would you need that she

24   would provide?

25       A.   Well, it would be something like a
```

Confidential - Subject to Further Confidentiality Review

```
 1   soap that I would need to shower with, or

 2   toothpaste, I would go to her and then let her

 3   know that I need those things.

 4        Q.   And was that while you were at the

 5   Village that you would go to her when you need

 6   those things, or when you were at Carenage?

 7        A.   At the Village.

 8        Q.   Where did Brittany live?

 9        A.   Bel Air.

10        Q.   When you were attending Carenage, did

11   you see Doug Perlitz at Carenage?

12        A.   Yes.

13        Q.   How often?

14        A.   He would just pass by and stop by, he

15   would not stay an hour, then he would leave.

16        Q.   Did you ever see white people visit

17   Carenage?

18        A.   Yes.

19        Q.   Did you learn their names when they

20   visited?

21        A.   No.

22        Q.   How long would they stay?

23        A.   They would stay for about an hour, two

24   hours, and leave.

25        Q.   How often did you see white people
```

 1    visit Carenage?

 2        A.   I would say not often, just sometimes

 3    the doors will open and then we would see white

 4    people come in.

 5        Q.   Did you speak with these white people

 6    when they visited through an interpreter?

 7        A.   No.

 8        Q.   Did they ever speak to you through an

 9    interpreter?

10        A.   No.

11        Q.   How did you learn that you were going

12    to start attending the Village?

13        A.   I never knew about the Village.  I was

14    going to school elsewhere, and then when school

15    closed, and when I went to the Village, and then

16    they told me that I was going to attend the

17    Village, and I saw my name there, and I was

18    given access to the Village.

19        Q.   Who told you that?

20        A.   Nicholas.

21        Q.   When Nicholas told you that, did you

22    want to attend school at the Village?

23        A.   Yes.

24        Q.   Why?

25        A.   Well, when I entered the Village and I

Confidential - Subject to Further Confidentiality Review

 1    saw that the guys that were there, they were

 2    really at ease, they were well, they were

 3    playing ball, and so I wanted to go.

 4         Q.   When you were attending Carenage, did

 5    you know that the Village fed students who

 6    attended there?

 7         A.   Yes.

 8         Q.   When you attended -- when you were

 9    attending Carenage, did you know that students

10    at the Village had a place to sleep at night?

11         A.   Yes.

12         Q.   When you were attending Carenage, did

13    you know students at the Village were taught to

14    read Creole?

15         A.   I knew that they had class -- they

16    held classes for them, and I knew that it was a

17    more serious school.

18         Q.   And some of the classes that the

19    school offered to the students included how to

20    read Creole, is that right?

21         A.   It's not just Creole.  Each person

22    have their own subjects.

23         Q.   Each teacher taught a different

24    subject?

25         A.   Yes.

 1      Q.    And they taught mathematics?

 2      A.    Yes.

 3      Q.    And you knew that -- when you were at

 4   Carenage, you knew that Village taught

 5   mathematics, is that right?

 6      A.    Yes.

 7      Q.    And when you were at the Carenage

 8   school, you knew that at the Village students

 9   were taught science?

10      A.    Yes.

11      Q.    And when you were a student at

12   Carenage, you knew that students at the Village

13   played football?

14            THE INTERPRETER:  Yes, please, sir,

15   say football or soccer?

16            MR. BABBITT:  Soccer.

17      A.    Yes.

18      Q.    Were these the reasons that you wanted

19   to attend the Village?

20      A.    The reason why I was interested in the

21   Village was because I like school and I knew

22   that the Village was more a serious school, it's

23   not the type of school that you would go to

24   whenever you feel like it, so that's why I

25   wanted to go to the Village.

Confidential - Subject to Further Confidentiality Review

 1         Q.   Before you -- let me start again.

 2              When you were attending Rue 13, did

 3    anyone tell you that Doug Perlitz was sexually

 4    abusing students in PPT?

 5         A.   No.

 6         Q.   When you were attending Rue 13, did

 7    anyone suggest to you that Doug Perlitz was

 8    sexually abusing students at PPT?

 9         A.   No.

10         Q.   Before -- when you were attending Rue

11    13, did you hear any rumors that Doug Perlitz

12    was sexually abusing students at PPT?

13         A.   No.

14         Q.   When you were attending Rue 13, did

15    anyone ever say to you or say in your presence

16    that students at the Village were Doug Perlitz's

17    woman or girlfriend?

18         A.   No.

19         Q.   At any time before you started

20    attending the Village, did anyone tell you that

21    Doug Perlitz was sexually abusing students at

22    PPT?

23              THE INTERPRETER:  I need to re-ask the

24    question that you asked about the girlfriend, a

25    woman.  I did not say those words.

Confidential - Subject to Further Confidentiality Review

```
 1              MR. BABBITT:  Okay.

 2              THE INTERPRETER:  The question you

 3    asked was whether or not at the Village Doug

 4    Perlitz -- there was someone in the presence,

 5    that he had girlfriends, someone was Doug

 6    Perlitz's woman or girlfriend.

 7              MR. BABBITT:  Do you want me to ask

 8    that one again?

 9              MS. POLLOCK:  Do you understand what

10    he said?

11              THE INTERPRETER:  Yes, it's just that

12    I didn't interpret it as girlfriend or women, I

13    interpreted it as -- well, the sexual abuse.

14              MR. BABBITT:  Okay.  I'll ask it

15    again.

16              THE INTERPRETER:  Is that important?

17              MR. BABBITT:  Well, yeah, there's a

18    difference there.  I'll just ask it again.  And

19    that's fine.

20    BY MR. BABBITT:

21         Q.   When you were attending Rue 13, did

22    anyone ever say to you or say in your presence

23    that students at the Village were Doug Perlitz's

24    woman or girlfriend?

25         A.   No.
```

```
 1          Q.   Okay.  At any time before you started

 2    attending the Village, did anyone tell you that

 3    Doug Perlitz was sexually abusing students at

 4    PPT?

 5          A.   No.

 6          Q.   At any time before you started

 7    attending the Village, did anyone suggest to you

 8    that Doug Perlitz was sexually abusing students

 9    at PPT?

10          A.   No.

11          Q.   At any time before you started

12    attending the Village, did you hear any rumors

13    that Doug Perlitz was sexually abusing students

14    at PPT?

15          A.   No.

16          Q.   At any time before you started

17    attending the Village, did anyone ever tell you

18    or suggest to you that Doug Perlitz was gay?

19          A.   No.

20          Q.   Before you started attending the

21    Village, did you think that Doug Perlitz was

22    gay?

23          A.   No.

24          Q.   At any time before you started

25    attending the Village, did anyone ever say to
```

Confidential - Subject to Further Confidentiality Review

```
 1   you or say in your presence that students at the

 2   Village were Doug Perlitz's woman or girlfriend?

 3        A.   No.

 4        Q.   How many boys attended the Village

 5   when you attended the Village?

 6        A.   I don't remember.

 7        Q.   Of the boys who attended the Village,

 8   how many slept there overnight, and how many

 9   went home?

10        A.   I don't know.

11        Q.   You walked to the Village every day,

12   is that right?

13        A.   Yes.

14        Q.   How many boys walked from your same

15   neighborhood to the Village to go to school?

16        A.   I can't say how many, but I would say

17   that it was many of us.

18        Q.   What time would you go to school when

19   you were attending the Village, what time of

20   day?

21        A.   In the village school starts at around

22   8.

23        Q.   Were you fed meals at the Village?

24        A.   Yes.

25        Q.   What time was the first meal?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   Around 7.

 2        Q.   And did you go to the Village to eat

 3   that meal?

 4        A.   I would be at school around 6,

 5   7:00 o'clock on the dot, I would eat, and then

 6   8:00 o'clock school starts.

 7        Q.   And would you eat a meal at the school

 8   at the end of the day before you went home?

 9        A.   Yes.

10        Q.   In the Village, was there a soccer

11   field?

12        A.   Yes.

13        Q.   And a basketball court?

14        A.   Yes.

15        Q.   Was there a garden where vegetables

16   were grown?

17        A.   Yes.

18        Q.   Was there a building that had

19   classrooms in it?

20             THE INTERPRETER:  I don't know the

21   building, he was saying.

22        Q.   Where were the classes taught?

23        A.   In the Village.

24        Q.   Was there a structure in which the

25   classrooms were -- where classes were held?
```

Confidential - Subject to Further Confidentiality Review

```
 1      A.   Yes.

 2      Q.   How many classrooms were there?

 3      A.   I don't count it, but I know in the

 4   school there's a chapel, and then there's an

 5   office.

 6      Q.   Whose office was it?

 7      A.   The school's.

 8      Q.   Who worked in the office?

 9      A.   It's an office for the school's

10   directors, school's principal called Edrice.

11      Q.   Did Douglas Perlitz have an office in

12   the Village?

13      A.   Yes.

14      Q.   Was his office the same office as the

15   school's principal, or in a different place?

16      A.   Somewhere else.

17      Q.   What else was next to Douglas's

18   office?

19      A.   I was outside.

20      Q.   Well, Douglas's office was inside,

21   correct?

22      A.   Inside the Village, yes.

23      Q.   Inside a building in the Village?

24      A.   Yes.

25      Q.   What else was in that same building in
```

Confidential - Subject to Further Confidentiality Review

1    the Village?

2            THE INTERPRETER:  He's asking for

3    clarification of the structure that you're

4    referring to as a building, he doesn't

5    understand.

6        Q.    Was Douglas's office in the chapel?

7        A.    No.

8        Q.    Was Douglas's office in -- next to or

9    near the classrooms?

10       A.    Yes.

11       Q.    Where did you eat your meals when you

12   attended the Village?

13       A.    They created a place, a space for us

14   to eat that is set aside.

15       Q.    Did you eat inside or outside?

16       A.    Inside the Village.

17       Q.    Did you eat inside the Village out in

18   the air, or did you eat inside the Village in a

19   structure or room of some kind?

20       A.    It's a place that's about where we are

21   right now.

22       Q.    You ate your meals in a room?

23       A.    Yes.

24       Q.    And the room where you ate your meals,

25   was that in the same structure, same building as

Confidential - Subject to Further Confidentiality Review

1    the classrooms, or a different building?

2         A.    It's separated.

3         Q.    Was Douglas's office separate from the

4    classrooms, or in the same building as the

5    classrooms?

6         A.    Apart, separate.

7         Q.    What else, if anything, was in the

8    same building as Douglas's office?

9         A.    The office is a single unit, separated

10   by itself, it's not near -- it's not close to

11   the school.

12        Q.    Who were your teachers at the Village?

13        A.    At that time I had many teachers.

14        Q.    What were their names?

15        A.    There was Daniel, Patrice, Mémé,

16   Janess, Nelta, Claudino.

17        Q.    Are those all the teachers you can

18   think of?

19        A.    There's one of them I really don't

20   remember.  The Creole teacher, I forgot his

21   name.

22        Q.    What classes -- what subjects did you

23   study when you were at the Village?

24        A.    I had social -- I had science, social

25   science, experimental science, mathematics,

```
 1    French A, French B, extracurricular, the arts,

 2    like drawing.

 3         Q.   Did you attend class at the Village on

 4    Saturdays and Sundays?

 5         A.   No.

 6         Q.   Did you ever see Madame Carter at the

 7    Village?

 8         A.   Yes.

 9         Q.   How many times?

10         A.   Multiple times.

11         Q.   Did you ever speak with her?

12         A.   We never spoke one-on-one, but when

13    she came accompanied by Douglas she would take

14    us aside, she would talk to us about taking our

15    studies seriously because when we do that, if we

16    do that, then we would have access to other

17    things; we could have the opportunity to teach,

18    to go to attend the university in Fairfield, and

19    so not to waste these opportunities.

20         Q.   Who interpreted for you, for

21    Mrs. Carter?

22         A.   Douglas.

23         Q.   Did Mrs. Carter ever speak to you in

24    Creole?

25         A.   No.
```

 1        Q.   Did anyone else ever interpret for

 2   Mrs. Carter?

 3        A.   No, only Douglas.

 4        Q.   Did you ever see Pere Paul at the

 5   Village?

 6        A.   Yes.

 7        Q.   How many times?

 8        A.   Multiple times.

 9        Q.   How long would Mrs. Carter stay when

10   you saw her at the Village?

11        A.   When she comes she would stop by.

12   When she comes to see us she would talk to us,

13   she would stay for about an hour and then she

14   leaves, and before she goes back home she would

15   stop by to see us again.

16        Q.   When you saw Pere Paul at the Village,

17   how long would he stay?

18        A.   He doesn't stay very long.

19        Q.   Did you ever speak with Pere Paul?

20        A.   I never meet, talk to, directly to

21   Pere Paul, it's that when he comes, and then

22   they would have us gather together, and then he

23   would talk to us and let us know they're the

24   people who would help us in the Village.

25        Q.   Pere Paul did not speak Creole?

 1      A.   I never speak to him in Creole, I

 2   don't know.

 3      Q.   You didn't speak to him in English

 4   because you don't speak English, right?

 5      A.   I don't speak English, but all I know

 6   is that someone would interpret for him, and

 7   that would be Douglas.

 8      Q.   And Pere Paul would gather you

 9   together and let you know the people who would

10   help you in the Village, is that right?

11      A.   No.   It's when Madame Carter and Pere

12   Paul come visit us, Douglas would gather us in

13   the chapel and to talk to us and let us know the

14   amazing job that those two are doing, Pere Paul

15   and Madame Carter, and how -- the kind of help

16   that she is providing us, and how they are

17   important to us because they will give us access

18   to help us to get into university at Fairfield.

19      Q.   Douglas told you that you would be

20   allowed to attend the University of Fairfield,

21   is that right?

22      A.   Douglas was serving as an interpreter,

23   so it's Madame Carter who was saying those

24   things.

25      Q.   Madame Carter told you that you would

1    be allowed to go to the University of Fairfield,

2    is that right?

3         A.    We are gathered in the chapel, and

4    Madame Carter is talking to us through Douglas

5    as interpreter, telling us to take school

6    seriously, to take our studies seriously because

7    when we graduate we will have the -- we may have

8    the opportunity with the access that Madame

9    Carter can offer us so that we can have the

10   opportunity when we graduate to study at

11   university in Fairfield.

12        Q.    What grade would you have to complete

13   to graduate?

14        A.    Philo, that would be the equivalent of

15   high school graduation.

16        Q.    Right.  And what grade would you have

17   to have completed to graduate?

18        A.    Philo.

19             THE INTERPRETER:  That would be the

20   class of philosophy, that would be the terminal

21   year, which is the equivalent of attaining skill

22   of high school, the high school diploma.

23             MS. POLLOCK:  Is this your

24   explanation?

25             THE INTERPRETER:  Yes, that's my

Confidential - Subject to Further Confidentiality Review

1    explanation.

2    BY MR. BABBITT:

3        Q.   Did you ever see any other white

4    people at the Village.

5        A.   Yes.

6        Q.   Did you learn their names?

7        A.   No.

8        Q.   Did they ever speak to you?

9        A.   No, we never speak to them directly.

10   When they come in the car they will bring balls,

11   and then we would talk and we'd play, but we

12   never talk.

13       Q.   Did Douglas ever translate for these

14   other white people?

15       A.   No.

16       Q.   Did anyone else translate for these

17   other white people?

18       A.   I cannot say, because when they come I

19   don't focus that much on them.

20       Q.   How did you speak -- how did you talk

21   with them if no one translated for you?

22       A.   Here's how it works.  If you need

23   them, then when they are there in the field then

24   you can approach someone to talk to them.  But I

25   never needed them.

Confidential - Subject to Further Confidentiality Review

```
 1          Q.   So you never talked with any of these

 2   other white people who visited?

 3          A.   No, I never talked to them directly,

 4   just that when there's practice I would go to

 5   practice, and then after that I go take a

 6   shower, bath, and then I would leave.

 7          Q.   Practice for what?

 8          A.   Soccer.

 9          Q.   Were you ever punished at the Village?

10          A.   No, never been punished.

11          Q.   When you attended the Village, you had

12   a job there, is that correct?

13          A.   Yes.

14          Q.   You washed pots in the kitchen?

15          A.   Yes.

16          Q.   You swept the floor?

17          A.   Yes.

18          Q.   Did you do anything else?

19          A.   Sometimes I would weed the garden.

20          Q.   Do anything else?

21          A.   Well, there's other types of jobs that

22   they would ask us to do.

23          Q.   And did you do those other types of

24   jobs?

25          A.   No, these were the types of jobs, but
```

Confidential - Subject to Further Confidentiality Review

```
 1    they were done in rotation.  So one week he

 2    would do the dishes, the pots, washing the pots,

 3    another week it would be the sweeping of the

 4    floors, so they would rotate.

 5         Q.   And for that job, how much were you

 6    paid?

 7         A.   $10.

 8         Q.   $10 American or Haitian?

 9         A.   Haitian.

10         Q.   The one time you were at Bel Air, did

11    you see Brittany McLean there?

12         A.   No.

13         Q.   Did you see Father Carrier at Bel Air?

14         A.   Father what?

15         Q.   Father Paul, did you see Father Paul

16    at Bel Air that one time you were there?

17         A.   No.

18         Q.   Did you see Mrs. Carter at Bel Air

19    that one time you were there?

20         A.   No.

21         Q.   Did you know a person named Sylvester

22    Tan?

23         A.   Yes.

24         Q.   Who was he?

25         A.   I didn't know Sylvester.  It's just
```

Confidential - Subject to Further Confidentiality Review

```
 1    that we were very close, good friends, and in

 2    the Village he would have bible studies for us,

 3    and then he would organize retreats for us.

 4        Q.   You were close, good friends with

 5    Sylvester Tan?

 6        A.   Yes.

 7        Q.   How long was Sylvester Tan at the

 8    Village?

 9        A.   He didn't spend an entire year.  I

10    cannot tell you how many months, but he did not

11    spend an entire year.

12        Q.   Did Sylvester Tan come to the Village

13    before or after Doug Perlitz abused you?

14        A.   He had already done those things.

15             MR. BABBITT:  Why don't we take a

16    break for lunch.

17             THE VIDEOGRAPHER:  Going off the

18    record.  The time is 12:54.

19             (Whereupon, a recess was taken.)

20

21

22

23

24

25
```

```
 1              AFTERNOON SESSION

 2

 3              THE VIDEOGRAPHER:  Back on the record.

 4   The time is 2:05.  We've had an interpreter

 5   change, so the court reporter will now swear in

 6   the interpreter.

 7

 8              NATALIE COUPET, Interpreter,

 9   having been duly sworn, translated the questions

10   and answers as follows:

11

12   BY MR. BABBITT:

13        Q.   Good afternoon.  The Village that was

14   part of PPT, that had a wall around it, did it

15   not?

16        A.   Yes.

17        Q.   And there was a gate in the wall?

18        A.   Yes.

19        Q.   And was there ever graffiti written on

20   the wall about Doug Perlitz?

21        A.   When the Village closed.

22        Q.   How many times did you see graffiti

23   written on the wall about Doug Perlitz?

24        A.   Every time I went by I saw it written

25   there.
```

Confidential - Subject to Further Confidentiality Review

1      Q.   Was one thing written about Douglas,

2   or was more than one thing written about

3   Douglas?

4      A.   They wrote "down with Douglas, fag."

5      Q.   Was there ever any other writing on

6   the wall about Douglas?

7      A.   No.

8      Q.   Who wrote that on the wall?

9      A.   I don't -- didn't know who it was.

10     Q.   Did you ever learn who it was?

11     A.   They sometimes told me, they make a

12   doubt on, they say this is someone.  But I've

13   never known -- had any confirmation that it was

14   this person.

15     Q.   And who told you it was someone?

16     A.   When I was standing in the Village,

17   they used to say "oh, this person did it," but

18   it's not that someone told me this is that

19   person who did it exactly.

20     Q.   And who were you told might have put

21   this writing on the wall?

22     A.   They created rumors saying it was

23   Pina.

24     Q.   Pina?

25     A.   Pina.

1       Q.   Is that a nickname for someone?

2       A.   Yes.

3       Q.   Who was it a nickname for?

4       A.   Wilnik.

5       Q.   Did you see this graffiti on the wall

6    before or after the school closed?

7       A.   When Douglas was there, the graffiti

8    was already on the wall.

9       Q.   So you saw the graffiti on the wall

10   before PPT closed?

11      A.   Yes.

12      Q.   Did you see the graffiti on the wall

13   before or after Sylvester Tan came to PPT?

14      A.   He had left already.

15      Q.   So Sylvester Tan had gone home, he

16   went home before the graffiti was on the wall?

17      A.   Let me tell you how the graffiti

18   happened.  It was the graffiti was put on the

19   wall one morning, and when Douglas came he

20   became really mad and made a big thing out of

21   it, and then he left for three months and we

22   never saw him again.

23      Q.   So when Doug Perlitz saw the graffiti,

24   he left and you never saw him again?

25      A.   No, he came back.  When he saw the

 1    graffiti he was on the phone, he was really mad,

 2    and after that he said he was going to spend a

 3    little -- a small -- a short period of time for

 4    three months outside of the country, and we

 5    never saw him again.

 6        Q.   Did you talk about the words that were

 7    on -- the graffiti on the wall with any of the

 8    other students at PPT?

 9        A.   We just saw it, and we were wondering

10    who wrote it, but we didn't make a big thing out

11    of it.

12        Q.   Did you talk about the graffiti with

13    any of your teachers?

14        A.   No.

15        Q.   Did you talk about the graffiti with

16    any of the members of the staff of PPT?

17        A.   No.

18        Q.   Did you hear anybody else talking

19    about the graffiti?

20        A.   There were several of them talking

21    around, but I never heard what they were saying.

22        Q.   Several of whom?  Who was talking?

23        A.   People would gather in small groups,

24    they would talk, but I never heard what they

25    were saying.

Confidential - Subject to Further Confidentiality Review

```
 1          Q.   Were these teachers, or staff members,

 2     or students?

 3          A.   Teachers and students, they were

 4     gathering in small groups, in separate groups.

 5          Q.   You never talked with any teachers

 6     about the graffiti?

 7          A.   No.

 8          Q.   And you never talked with any students

 9     about the graffiti?

10          A.   We gathered in a small group, we were

11     sitting in a small group and we were wondering

12     who wrote this, who did this, but we never had a

13     big discussion about it.

14          Q.   When you were in the small group did

15     you ask any of the other boys, any students, if

16     they thought Doug Perlitz was gay?

17          A.   No, nobody was saying that, because if

18     you repeated that they would throw you out.

19     That's what we thought.  Everybody was

20     complaining in one spot, so they were afraid

21     that they would put -- throw us out.

22          Q.   Before you saw the graffiti, had

23     anyone told you that Doug Perlitz was gay?

24          A.   Nobody ever told me that.  It's just

25     one time a teacher told me to be careful with
```

1    him, but I never knew why he told me that.  And

2    after I was a victim, I was a victim of what

3    happened to me that I understood why he was

4    saying that to me.

5         Q.   Did that teacher tell you to be

6    careful with Doug before Doug Perlitz abused

7    you, or after Doug Perlitz abused you?

8         A.   Before.

9         Q.   Who was the teacher?

10        A.   Master Daniel.

11        Q.   When did he tell you that?

12        A.   I don't remember really what year.  It

13   was when I was at the Village, he told me not to

14   stand too close to him.  I don't remember when.

15        Q.   When he told you that, did you think

16   that he was -- did you -- when Daniel told you

17   to be careful with Douglas, did you understand

18   why he was telling you that?

19        A.   No.

20        Q.   When Daniel told you to be careful

21   with Douglas, did you believe that Daniel was

22   concerned that Douglas would abuse you?

23        A.   I think so.  Because I didn't think

24   that on the spot, but after that I understood

25   that.

```
 1          Q.   You understood that after Daniel said

 2     that to you, or after Douglas Perlitz abused

 3     you?

 4          A.   After he abused me, that's when I

 5     understood what he was talking about.

 6          Q.   How long after Daniel told you to be

 7     careful with Douglas Perlitz did Douglas Perlitz

 8     abuse you?

 9          A.   About eight months.

10          Q.   Was Daniel a teacher?

11          A.   Yes.

12          Q.   What subject did Daniel teach?

13          A.   French.

14          Q.   Do you know Daniel's last name?

15          A.   I didn't know his last name.

16          Q.   Did he teach at the school all the

17     years that you attended the Village?

18          A.   Yes.

19          Q.   Did Doug Perlitz send Jah Castell to

20     beat up Wilnik?

21               THE INTERPRETER:  Jack?

22               MR. BABBITT:  J-A-H.

23               THE INTERPRETER:  To beat up?

24          Q.   To beat up Wilnik for writing graffiti

25     about Doug Perlitz.
```

1       A.   When they said it was Pina who had

2    written the graffiti, then Jah Castell was sent,

3    and Pina went into hiding.  When they said it

4    was Pina who wrote it, then they sent Jah

5    Castell to go after him, and then Pina went into

6    hiding.  He spent a lot of time away in hiding.

7       Q.   Did Jah Castell beat up Wilnik?

8       A.   He didn't find him.

9       Q.   What was Jah Castell's job at the

10   Village?

11      A.   Football coach.  Football coach.

12      Q.   And did Doug Perlitz send Jah Castell

13   to go beat up Wilnik?

14      A.    If he was looking for him, if he was

15   looking for him, then they had this agreement,

16   that's why he was looking for him, of course.

17      Q.   How do you know that they had this

18   agreement?

19      A.   Because I saw him, he was there, he

20   was looking for Pina and asking around for Pina.

21   And he must have had some type of agreement with

22   Douglas, if he hadn't he wouldn't be looking for

23   him.

24      Q.   So because Jah Castell was looking for

25   Pina -- for Wilnik and asking around for Wilnik,

Confidential - Subject to Further Confidentiality Review

```
 1   you believe Doug Perlitz sent Jah Castell to

 2   beat up Wilnik?

 3        A.   If he didn't send him, I don't think

 4   he would be looking for him like that.

 5        Q.   Do you have any other reason to

 6   believe that Doug Perlitz sent Jah Castell to

 7   beat up Wilnik?

 8        A.   Just for that, just because they said

 9   he was the one who had written these things on

10   the wall.

11        Q.   You told Bernard Dieu de Belle that

12   Doug Perlitz abused you, correct?

13        A.   Yes.

14        Q.   How long after Doug Perlitz abused you

15   did you tell Bernard Dieu de Belle?

16        A.   When the Village closed, the Village

17   was closed for a long time, and we were joking

18   among friends because we were really good

19   friends, and when I got to the file, Bernard

20   said "me, too, I was a victim of this.  You

21   know, I couldn't talk about it while I was at

22   the Village," and that's how I got to that file.

23        Q.   I'm sorry, you told Bernard this when

24   you got to the file?

25        A.   No.  We were talking among ourselves.
```

1    While we were talking, we opened that file, and

2    it said this is what happened, this is what

3    happened.

4         Q.   Did you tell Bernard Dieu de Belle

5    that Doug abused you, did you tell him this

6    before or after PPT closed?

7         A.   When it had already closed.

8         Q.   Did you tell Bernard Dieu de Belle

9    that you had been abused by Doug, did you tell

10   him this before or after you went to the

11   Dominican Republic?

12        A.   When I came back from Santo Domingo.

13        Q.   Did you tell Bernard Dieu de Belle

14   that Doug had abused you before or after Kids

15   Alive school on Rue 14 closed?

16        A.   They hadn't opened yet.

17        Q.   Where were you when you told Bernard

18   Dieu de Belle that Doug had abused you?

19        A.   At that time we were sitting, we were

20   in the open, in the outside, and we were telling

21   jokes.

22        Q.   Where in the open outside?

23        A.   Cap-Haïtien.

24        Q.   Where in Cap-Haïtien?

25        A.   A place called Nan Salines.

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   And what is that place?  Why were you
 2   there?
 3        A.   We were just sitting there, and
 4   outside.
 5        Q.   Who else was there?
 6        A.   Just the two of us.
 7        Q.   And Bernard Dieu de Belle also told
 8   you that Doug had abused him?
 9        A.   Yes.
10        Q.   Did you tell Bernard that Doug had
11   abused first, or did he tell you first?
12        A.   I said it, I told him quickly, and
13   then he said "oh, you know, friend, it happened
14   to me, too."
15        Q.   Why did you tell him?
16        A.   When -- it was when the Village was
17   already closed, and we had become good friends,
18   and we were telling jokes, and we were
19   complaining about things, hardships we had when
20   we were at the Village, he said "oh, friend,
21   this is even worse for me, I have much more
22   misery than you because we can't even go to
23   school, and this is what happened to me."  And I
24   said "me, too.  Also I'm in the street now."
25        Q.   Did you tell anyone else before Kids
```

```
 1   Alive school closed that Doug had abused you?

 2        A.   No.

 3        Q.   Did you ever talk about what Doug did

 4   to you with your mother?

 5        A.   No.

 6        Q.   Did you ever talk about that with your

 7   father?

 8        A.   No.

 9        Q.   Any of your brothers?

10        A.   No.

11        Q.   How about Daniel, the teacher at

12   school?

13        A.   No.

14        Q.   Who was the principal of PPT, of the

15   Village at PPT?

16        A.   Master Edrice.

17        Q.   What was his -- what did he do at the

18   school?

19        A.   He was a director of the school.

20        Q.   Did you know someone named Robinson

21   when you were at the Village?

22        A.   Yes.

23        Q.   What was his job?

24        A.   He was right beneath Douglas at the

25   Village.
```

1      Q.   Was Edrice below Douglas at the

2   Village?

3      A.   For school things he was the director.

4      Q.   Was Edrice in charge of Douglas, or

5   was Douglas in charge of Edrice?

6      A.   Douglas was in charge.

7      Q.   Did you ever tell Edrice that Douglas

8   had abused you?

9      A.   No.

10      Q.   How about Robinson, did you tell

11   Robinson?

12      A.   No.

13      Q.   Did you tell -- ever tell anyone in

14   the Haitian Police that you had been abused by

15   Douglas?

16      A.   No.

17      Q.   Ever tell any teacher at PPT that

18   Douglas had abused you?

19      A.   No.

20      Q.   Other than Bernard Dieu de Belle, did

21   you tell any other student at PPT that you had

22   been abused by Douglas?

23      A.   No.

24      Q.   Did you tell any staff member at PPT

25   that you had been abused by Doug?

 1      A.   No.

 2      Q.   Other than Bernard Dieu de Belle, did

 3  any other student ever tell you that Douglas had

 4  abused him?

 5      A.   No.

 6      Q.   Did Bernard Dieu de Belle tell you

 7  that Doug had abused anyone else?

 8      A.   No.

 9      Q.   Did Bernard tell you anything about

10  the way in which Douglas abused him?

11      A.   No.

12      Q.   When you were a student at PPT, did

13  you ever hear any student argue with Doug about

14  giving him money?

15      A.   No.

16      Q.   When you were a student at PPT, did

17  you ever hear any student demand that Doug give

18  him money?

19      A.   I don't know.

20      Q.   When you were a student at PPT, did

21  you know that other students were sleeping at

22  Bel Air?

23      A.   I don't know.

24      Q.   When you slept at the Village, did you

25  ever learn that students at the Village were

 1    sleeping at Bel Air at night?

 2         A.   I don't know.

 3         Q.   When you were a student at the

 4    Village, did you know that students were being

 5    sexually abused by Doug?

 6         A.   No.

 7         Q.   Did you ever hear any students when

 8    you were a student at the Village talking about

 9    sleeping at Bel Air?

10         A.   I didn't hear.  I never heard that.

11         Q.   Other than the ten Haitian dollars

12    that you earned sweeping, washing, and doing

13    groundwork for PPT, did Doug Perlitz ever give

14    you money?

15              THE INTERPRETER:  Sweeping, washing --

16              MR. BABBITT:  Sweeping, washing, and

17    doing groundwork.

18         A.   No.

19         Q.   Did Doug Perlitz ever give you gifts?

20         A.   It's not really -- well, it's not

21    gifts really, but when there are holidays or a

22    party, it can mean both, there are other white

23    people who come, like Madame Carter, Father

24    Paul, they give us tennis shoes.

25         Q.   How often did you get tennis shoes at

Confidential - Subject to Further Confidentiality Review

1    the holiday?

2        A.    It wasn't -- there were no holidays,

3    but white people did come, and they gave me

4    shoes and clothes, and they gave me tennis

5    shoes, and also little things in their purse, or

6    bag.

7        Q.    And when you received these shoes and

8    clothes, did all the students at PPT receive

9    shoes and clothes?

10       A.    Yes.

11       Q.    Did Doug Perlitz ever offer you a gift

12   that he didn't offer everybody, he just offered

13   you a gift, only you?

14       A.    No.

15       Q.    Do you know if Doug Perlitz ever

16   offered money to any other students besides for

17   work that they had done for the school?

18       A.    I don't know.

19       Q.    Do you know if Doug Perlitz ever gave

20   gifts to students at PPT at a time when

21   everybody wasn't getting a gift?

22       A.    We were just -- we were gathered, all

23   of us, and they gave us gifts.

24       Q.    Did Robinson know that Douglas was

25   abusing students?

```
 1        A.    I don't know.

 2        Q.    How about Margarette, did she know?

 3        A.    I cannot tell you if they knew.

 4        Q.    You don't know?

 5        A.    No.

 6        Q.    Did you ever talk with Sylvester Tan

 7    about what Doug Perlitz had done to you?

 8        A.    No.

 9        Q.    How many times did Doug Perlitz abuse

10    you?

11        A.    Just once.  Once.

12        Q.    Where did that happen?

13        A.    In the office.

14        Q.    What grade were you in when that

15    happened?

16        A.    I was in the fourth year at that time.

17        Q.    How long had you been attending the

18    Village before you were abused by Doug Perlitz?

19        A.    I was there two years, two years and a

20    few months.

21        Q.    You were there two years and a few

22    months before Doug Perlitz abused you?

23        A.    Yes.

24        Q.    How long -- after Doug Perlitz abused

25    you, how long before the school closed?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   Quite a while.  I can't tell you
 2   exactly.  He just said that he was going to be
 3   away for three months, and then we never saw him
 4   again.  He told us he was going to come for our
 5   Communion, but he never came.  He left.
 6        Q.   How many -- between the -- how much
 7   time passed between the time Doug Perlitz abused
 8   you and the time the school closed?
 9        A.   I don't remember.
10        Q.   Tell us everything you remember about
11   the time that Doug abused you.
12        A.   One time I was going to play a match,
13   game.  I didn't have shorts on.  And he said he
14   was going to give me shorts, so I went inside
15   the office.  When I got there he gave me shorts.
16   He said I could put on the shorts.  When I was
17   standing there he came -- he got closer to me.
18   He put his hand on my waist.  He took my penis
19   and my balls in his hand.  He threw me on a
20   sofa.  And then he threw me on the sofa and he
21   put his penis inside, and he was forcing and
22   forcing.  This is not something I wanted to do,
23   so I was crying, crying.  And he told me if I
24   ever tell that to someone he will throw me out
25   of the Village.
```

1          When I put the pants -- my pants on, I

2    went to -- on the field.  I couldn't play

3    anymore.  I was -- tears were coming out of my

4    eyes.  They threw me out of the game, and I went

5    to sit somewhere, and I was crying.

6          Q.   What day of the week did this happen?

7          A.   I don't remember that day.

8          Q.   Was it a school day?

9          A.   No.

10         Q.   Was it a Saturday or Sunday?

11         A.   I just don't remember.  Just it was a

12    game that day.

13         Q.   So you're not sure whether it was a

14    day on which school was being held, or a day on

15    which there was no school?

16         A.   There was no school that day.  I don't

17    remember.

18         Q.   Are you sure that there was no school,

19    or don't you remember?

20         A.   There was no school.

21         Q.   Why were you at the school?

22         A.   There was no school.

23         Q.   Why were you at the Village?

24         A.   On that day?

25         Q.   Yes.

```
1        A.    We were playing a game with another

2   team that had come to play with us.

3        Q.    What game?

4        A.    Soccer game.

5        Q.    And what school had the other team

6   come from?

7        A.    They weren't from the school.  I don't

8   know where they came from.

9        Q.    What time of day did this happen?

10       A.    It was around 3:00 p.m., we were

11  preparing for the match.

12       Q.    Were a lot of people there to watch

13  the match?

14             MS. POLLOCK:  Objection.  Vague.

15       A.    Yes.

16  BY MR. BABBITT:

17       Q.    Had you ever been in Douglas's office

18  before?

19       A.    I went in before, but not while he was

20  there, when other people were there.

21       Q.    What other people?

22       A.    Brittany and Robinson.

23       Q.    Was Brittany at the Village when you

24  were abused?

25       A.    Yes.
```

```
 1        Q.   Was Jessica at the Village, working at

 2   the Village when you were abused by Doug?

 3        A.   Jessica wasn't really working a lot at

 4   the Village, but she was there.

 5             MS. POLLOCK:  Counsel, do you mean

 6   like physically at the Village that day, or just

 7   in Haiti working at the Village?

 8             MR. BABBITT:  In Haiti working at the

 9   Village.  Let's ask both.

10   BY MR. BABBITT:

11        Q.   Was Brittany at the soccer match that

12   day?

13        A.   Yes.

14        Q.   Was Robinson there?

15        A.   Everybody was at the game then.

16        Q.   Was Daniel there?

17        A.   It was a time of pleasure, everybody

18   was there to encourage the team.

19        Q.   Was Jessica there?

20        A.   Yes.

21        Q.   Nick Preneta?  Nicholas?

22        A.   Yes.

23        Q.   Did Douglas's office have windows?

24        A.   Yes.

25        Q.   How many?
```

Confidential - Subject to Further Confidentiality Review

    1        A.   There were two windows in the room

    2   where the office was, one like this and the

    3   other one like that (indicating).

    4        Q.   And did the door to the office, did

    5   that open to the outside, or into some other

    6   part -- some other room?

    7        A.   No, when you open it you go outside

    8   directly.

    9        Q.   What time of year did this happen?

   10        A.   Well, it's not really something,

   11   whether this -- it's not an event.  When

   12   something -- when that happened I was crying so

   13   much I didn't know, I really was messed up.

   14        Q.   So you don't remember what time of

   15   year it was?

   16        A.   This was not something that happened

   17   with my will.  It was against my will.  This

   18   gave me so much problems, and my body was

   19   hurting, and that's why I was crying so much.

   20        Q.   Do you remember what time of year this

   21   happened?

   22        A.   Well, I cannot tell you when I

   23   suffered this, but I know I suffered this

   24   catastrophe.

   25        Q.   Were the windows in Douglas's office

Confidential - Subject to Further Confidentiality Review

 1    open or closed?

 2         A.   They were closed.

 3         Q.   Could you see the soccer field from

 4    Douglas's office?

 5         A.   If it was open, if they were open I

 6    would have been able to see them.  But if

 7    they're closed, I am not able to.

 8         Q.   Are these glass windows?  Are they

 9    solid, you can't look through them?

10         A.   It has two little doors on it like

11    that.  When you open them you see a little

12    ironwork.

13         Q.   So if these little doors are closed,

14    you cannot see out the office?

15         A.   Yes.

16         Q.   What was Douglas wearing when he

17    abused you?

18         A.   Well, I can't tell you how he was

19    dressed because I wasn't prepared for what

20    happened.

21         Q.   What furniture was in the room?

22         A.   There's a big table, and then you sit,

23    and then your feet are under like here.  There's

24    a sofa.  There's an office where he is -- he

25    sits himself, and there's another office in the

1    corner.

2         Q.   Whether you say "there's an office,"

3    do you mean there's a desk?

4         A.   Yes, he means a desk, the desk and the

5    table, there are things like that you pull, you

6    can just pull like this.

7         Q.   When did he start -- when did Douglas

8    start touching you?

9              MS. POLLOCK:  Objection.  Vague.

10        A.   I had the pants in my hand, and then

11   he started touching me.

12   BY MR. BABBITT:

13        Q.   Had you taken off your pants when he

14   started touching you?

15        A.   I was about to get them off.

16        Q.   He started touching you before you

17   removed your clothes?

18        A.   While I was taking them off, and then

19   he started touching me.

20        Q.   When he started touching you, did he

21   still have his clothes on?

22        A.   He hadn't taken all his clothe off.

23   He just took his pants off.

24        Q.   Did he take his pants all the way off?

25        A.   No.

```
 1        Q.   He just lowered them?

 2        A.   Yes.

 3        Q.   When did he do that, before or after

 4   he started touching you?

 5        A.   It's when he took my penis and my

 6   balls in his hand and he pushed me on the sofa,

 7   that's when he lowered his pants.

 8        Q.   When he pushed you on the sofa, did he

 9   -- were you sitting or were you lying down?

10        A.   I was lying on my belly.

11        Q.   How long did he touch you before he

12   pushed you on the couch, sofa?

13        A.   While I was entering, he threw the

14   pants to me, he said "now you can put it on."

15   While I was taking it off, and he started

16   touching me.

17        Q.   And how long did he touch you before

18   he pushed you on the sofa?

19        A.   Not a long -- not long.

20        Q.   And he pushed you on the sofa, and

21   then what did he do?

22        A.   He took his penis and he forced it in

23   my butt, and then he put it in my butt and he

24   was forcing it.

25        Q.   Was he able to put his penis in your
```

Confidential - Subject to Further Confidentiality Review

1    butt?

2         A.    Yes.

3         Q.    How long did he have his penis in your

4    butt?

5         A.    Not very long, because he couldn't.  I

6    was crying.

7         Q.    When he was trying to force his penis

8    into your butt, did you make any noise?

9         A.    Yes.

10        Q.    Did you yell?

11        A.    Yes, because it's not something I was

12   used to doing.

13        Q.    Did he say anything?

14        A.    And after he finished, he said if I

15   ever told anyone he would throw me out of the

16   Village.

17        Q.    Did you hear anyone else?  When you

18   were in the office, could you hear the game, the

19   match being played outside?

20        A.    No, because there was a lot of noise.

21   There was a DJ and there was music playing, they

22   were explaining the game, commentators.

23        Q.    Was the game going on while you were

24   in the office?

25        A.    Yes, they had started.

Confidential - Subject to Further Confidentiality Review

```
 1          Q.   And you could hear the music when you
 2    were in the office?
 3          A.   Yes.
 4          Q.   Did Douglas ejaculate?
 5          A.   No.
 6          Q.   Did you get dressed in the office?
 7          A.   Yes.
 8          Q.   Did you put on the shorts that he had
 9    given you?
10          A.   Yes.
11          Q.   Did Douglas get dressed in the office?
12          A.   When I was coming out, my body was
13    hurting, and I was -- I stood for a while, he
14    said if you -- again, "if you tell anyone, if
15    you tell anyone I'm going to throw you out of
16    the Village."
17          Q.   Where were you standing when he said
18    that?
19          A.   When I was going outside the room, I
20    was standing at the door, my body was aching,
21    that's when he told me that.
22          Q.   Then you went and started playing in
23    the game?
24          A.   Yes.
25          Q.   And you were crying?
```

Confidential - Subject to Further Confidentiality Review

1       A.   Yes.

2       Q.   Did someone throw you out of the game?

3       A.   Yes, they changed players, and then

4   they put me out.

5       Q.   Who changed players and put you out?

6       A.   Jah Castell, who was my coach.  I had

7   a very poor performance, I couldn't throw the

8   ball, kick the ball right, I couldn't play, so

9   they put me out.

10      Q.   Did Jah Castell ask you why you were

11  crying?

12      A.   No.  If you showed that you were

13  crying, they would ask you what's wrong with

14  you.  I didn't want to tell them.  At that time

15  I was small, the Village was everything for me,

16  it was the source of everything for me.

17      Q.   So you didn't let anybody see that you

18  were crying?

19      A.   No.

20      Q.   Did Douglas ever offer you money in

21  return for having sex with him?

22      A.   No.

23      Q.   Did Douglas ever offer you any gifts

24  in return for having sex with him?

25      A.   No.

1          Q.   On the day that you were abused by

2    Douglas, was Pere Paul at the Village?

3          A.   No.

4          Q.   On the day that Doug abused you, was

5    Mrs. Carter at the Village?

6          A.   No.

7          Q.   Did you ever talk to Douglas about

8    what he had done to you?

9          A.   No.  After that I didn't stand next to

10   him at all.  After this I was scared of him.

11              MS. POLLOCK:  Counsel, can we take a

12   break whenever --

13   BY MR. BABBITT:

14         Q.   After Douglas abused you, did you talk

15   to Douglas at all about this?

16         A.   No, I didn't want to stand next to him

17   at all again.

18              MR. BABBITT:  We can take a break now.

19   That's fine.

20              THE VIDEOGRAPHER:  Going off the

21   record.  The time is 3:13.

22              (Whereupon, a recess was taken.)

23              THE VIDEOGRAPHER:  Back on the record.

24   The time is 3:33.

25   BY MR. BABBITT:

```
 1          Q.   Do you know someone named Jean Gary?

 2          A.   Yes.

 3          Q.   Have you ever talked to Jean Gary

 4    about what Douglas did to you?

 5          A.   No.

 6          Q.   Have you ever talked to Jean Gary

 7    about his lawsuit?

 8          A.   No.

 9          Q.   Ever talk to Jean Gary about your

10    claims that you've asserted in this lawsuit?

11          A.   We just say hello when we see each

12    other.

13          Q.   You've never talked to Jean Gary about

14    your claims that you've asserted in this

15    lawsuit?

16          A.   No.

17          Q.   Did Jean Gary ever tell you about a

18    list that Cyrus Sibert was keeping?

19          A.   I didn't -- I wasn't talking to him at

20    all.

21          Q.   Before you started attending the

22    Village, had you ever heard of the Haiti Fund?

23          A.   No.

24          Q.   At any time before the Village closed,

25    did you hear about the Haiti Fund?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   No, I haven't heard about something

 2   like that.

 3        Q.   At any time before you started

 4   attending the Village, had you ever heard of the

 5   Order of Malta?

 6        A.   No.

 7        Q.   At any time before the Village closed,

 8   did you hear of the Order of Malta?

 9        A.   I don't understand what this word

10   means.

11        Q.   You've never heard of the Order of

12   Malta ever?

13        A.   No.

14        Q.   Are you a Roman Catholic?

15        A.   Yes.

16        Q.   And were you baptized?

17        A.   As a Catholic?

18        Q.   Yes.

19        A.   Yes.

20        Q.   And where did you make your First

21   Communion?

22        A.   At that time they brought a Father who

23   came to the Village.

24        Q.   And did you make your First Communion

25   when you were attending the Village?
```

```
 1       A.   Yes.

 2       Q.   And were there classes held before you

 3   made your First Communion?

 4       A.   Catechism do you mean?

 5       Q.   Did you attend catechism classes at

 6   the Village?

 7       A.   Yes.

 8       Q.   Who taught those classes?

 9       A.   A woman.  I forgot the lady's name.

10       Q.   Was it Madame Junie?

11       A.   I think it's a name like that, but I

12   don't really remember.

13       Q.   Did you make your First Communion when

14   Sylvester Tan was at the Village?

15       A.   Yes.

16       Q.   Did he participate in those classes?

17       A.   Yes.

18       Q.   Did you go on a retreat before your

19   First Communion?

20       A.   Yes.

21       Q.   Where did that happen?

22       A.   Dumas.

23       Q.   Is that a town?

24       A.   It's where the Fathers used to sleep.

25   That's where we did our retreat.
```

 1          Q.   Did Sylvester Tan go on that retreat?

 2          A.   Yes, he goes sometimes with us.

 3          Q.   Who else went on that retreat?

 4          A.   Two people bring us, it's either

 5     Brittany or Sylvester.

 6          Q.   Do you remember Brittany going on that

 7     retreat with you?

 8          A.   We spent six days at the retreat.

 9          Q.   And did Brittany go on the retreat

10     with you?

11          A.   Yes, she went with us.  At that time I

12     didn't know where Sylvester was.  She's the one

13     who brought us.

14          Q.   So Sylvester wasn't on the retreat

15     with you, it was only Brittany?

16          A.   Sylvester was at the retreat, but both

17     of them weren't there at the same time.

18          Q.   Was Doug with you on that retreat?

19          A.   No.

20          Q.   How often did you attend Mass before

21     you started attending Rue 13?

22          A.   I don't remember.

23          Q.   How often did you attend Mass while

24     you were attending Rue 13?

25          A.   I don't remember.

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    How often did you attend Mass while
 2   you were attending Carenage?
 3        A.    I don't remember.
 4        Q.    When you were attending Carenage,
 5   would you go to Mass once a week?
 6        A.    Only Sundays.
 7        Q.    Would you go every Sunday?
 8        A.    No.
 9        Q.    How often did you attend Mass while
10   you were attending the Village?
11        A.    We were supposed to go every Sunday,
12   but I might have a problem on one particular
13   Sunday and I don't go.
14        Q.    How often do you attend Mass today?
15        A.    Now?  Well, I can tell you that I
16   don't see the church in front of me right now
17   because what happened, I feel guilty before God,
18   this gives me a lot of problem, so I don't go.
19        Q.    You don't go to church because of what
20   Doug Perlitz did to you?
21        A.    What I can say is that I don't have
22   faith in this way.
23        Q.    Have you been to church since Doug
24   Perlitz abused you?
25        A.    I feel like I'm ashamed, because
```

Confidential - Subject to Further Confidentiality Review

```
 1   sometimes they preach regarding these subjects,

 2   and I feel I have no strength because I

 3   disobeyed God's law, so I don't go.

 4        Q.   Have you been to church -- have you

 5   been to Mass since Doug Perlitz abused you?

 6        A.   I don't go to church because I don't

 7   have the guts to go because I know I've

 8   disobeyed God's law.

 9        Q.   Do you have problems with homosexuals

10   as a result of what Doug did to you?

11        A.   A lot.

12        Q.   What kind of problem?

13        A.   It's something I can't -- I don't want

14   to hear at all.

15        Q.   You don't want to hear that anyone in

16   the world is gay?

17        A.   No.

18        Q.   Do you hate gay people?

19        A.   A lot.  A lot.

20        Q.   Any other problems you have with gay

21   people?

22             MS. POLLOCK:  Objection.  Vague.

23        A.   When I see something like that,

24   something I don't want to see at all, at all in

25   the country, I can't stand it.
```

```
 1   BY MR. BABBITT:
 2       Q.   When you see something -- when you see
 3   two gay people, is that what you mean, you can't
 4   stand it?
 5       A.   Yes.
 6       Q.   Have you had problems having sex with
 7   women as a result of what Doug did to you?
 8       A.   Yes.
 9       Q.   What kind of problems?
10       A.   When I'm together with someone, when
11   I'm using her, when she's yelling, then my heart
12   breaks for her.  And when I'm doing the sports,
13   I have to be on top because of what happened to
14   me.
15       Q.   When you've having sex with someone,
16   because of what Doug did to you, you have to be
17   on top?
18       A.   I feel like because of what happened I
19   panic, I feel panic.
20           THE INTERPRETER:  Correction.  He
21   didn't mean that he needs to be on top.  He
22   feels that he needs to breathe, he feels
23   panicking, he's panicking.
24       Q.   So when you have sex with a woman, you
25   panic, you feel panicky?
```

```
 1        A.    Yes.

 2        Q.    How long has that been the case?

 3        A.    After this happened to me I started

 4   having problems.

 5        Q.    Since you were 14 or 15, you've had --

 6   you felt panicky every time you've had sex with

 7   a woman?

 8        A.    Yes.

 9        Q.    And that's still the case today?

10        A.    Up to now, yes.  I'll always have this

11   problem.

12        Q.    Do you have problems sleeping?

13        A.    We're talking about sleeping, I can't

14   sleep at all.  Whenever I think about this I

15   have problems.

16        Q.    You think about Doug Perlitz abusing

17   you every night?

18        A.    Every time I think about that, this

19   gives me a lot of problem.  I have -- my heart

20   -- my head aches.

21        Q.    And do you think about that every

22   night?

23        A.    Every time I'm praying I still have

24   problems, because what happened to me is not

25   something that is accepted by God, two men, two
```

 1    boys, two men together.  I feel I'm guilty in

 2    front of God, before God.

 3         Q.   Do you think about Doug Perlitz

 4    abusing you every time you try to sleep?

 5         A.   I'm always thinking about it.

 6         Q.   Every time you try to sleep, is that

 7    right?

 8         A.   Let me tell you why I'm saying that

 9    I'm always thinking about it.  Before I sleep I

10    have to pray.  When I pray -- every time you try

11    to pray this goes -- this comes to mind, and you

12    can't concentrate to pray, because I disobeyed

13    God's law.

14         Q.   Have you ever talked to a priest about

15    what Douglas Perlitz did to you?

16         A.   No.

17         Q.   Who has told you that you violated

18    God's law when Doug Perlitz abused you?

19         A.   At church, I've heard that this is not

20    good.

21         Q.   When you were making your First

22    Communion, did you also make a confession to a

23    priest?

24         A.   Yes.

25         Q.   And at the end of the confession, did

 1    the priest give you absolution of your sins?

 2         A.   Yes.

 3         Q.   And you never sought absolution for

 4    what Doug Perlitz did to you?

 5         A.   I will never find -- get any

 6    absolution for that.

 7         Q.   Do you suffer emotional pain as a

 8    result of what Doug Perlitz did to you?

 9         A.   Yes.

10         Q.   What kind of emotional pain?

11         A.   I feel that I have no soul because of

12    what I suffered.  I have -- it gave me so many

13    problems.  I have a little boy, I'm always

14    protecting him and watching other boys, other

15    men because of what happened.  So I'm preventing

16    my boy from playing with other boys so that

17    won't happen to him.  When I'm walking, I feel

18    I'm hopeless when I'm walking in the streets.

19              When I go to church, around the church

20    there are little boys, guys, that I teach things

21    to, and I tell them "here's what you should do."

22    And after that happened to me, I don't have the

23    faith anymore to even talk to them anymore.

24         Q.   So before Doug Perlitz abused you, you

25    used to teach at a church?

Confidential - Subject to Further Confidentiality Review

```
 1        A.    No.   When I went out of church I would
 2    give them advice.
 3        Q.    But now you don't do that?
 4        A.    I don't do that anymore because I
 5    don't have the faith.  I disobeyed God's law,
 6    and that always gives me so many problems.  And
 7    because I always think that the person knows
 8    what I did.
 9        Q.    And you haven't done that since before
10    PPT closed?
11        A.    What do you mean?
12        Q.    The last time you gave advice when you
13    were coming out of church was before PPT closed,
14    is that right?
15        A.    The Village wasn't closed yet, and I
16    would tell them, "guys, you have to go back to
17    church," and I explain to them.
18        Q.    You haven't done that since the
19    Village closed, is that right?
20        A.    Since this happened to me, I stopped
21    doing that.
22        Q.    And this happened to you before the
23    Village closed, right?
24        A.    Yes.
25        Q.    Have you ever tried to get therapy for
```

Confidential - Subject to Further Confidentiality Review

 1    this emotional pain you suffer?

 2        A.   No, because I never told people.

 3    People -- I don't want people to know about the

 4    catastrophe that happened to me.

 5              MR. BABBITT:  Thank you.  I have

 6    nothing further.

 7              THE VIDEOGRAPHER:  Going off the

 8    record.  The time is 4:00 o'clock.

 9              (Whereupon, a recess was taken.)

10              THE VIDEOGRAPHER:  Back on the record.

11    The time is 4:13.

12    BY MR. O'NEILL:

13        Q.   Mr. Audate, my name is Timothy

14    O'Neill, I represent Father Paul Carrier.  You

15    call him Pere Paul.

16              I'm going to introduce the second

17    exhibit, I think, which is a visa.  Just tell me

18    if you recognize that.

19              (Whereupon, Audate Exhibit Number 2,

20              Copy of visa, was marked for

21              identification.)

22              MS. POLLOCK:  Counsel, it's not

23    marked.  It needs to have a sticker on it.  I

24    can do that.  Do you have a copy for me?

25              MR. O'NEILL:  I don't have any copies.

Confidential - Subject to Further Confidentiality Review

```
 1    I figured everyone had one.

 2    BY MR. O'NEILL:

 3         Q.   Did you have that with you when you

 4    came to this -- the original of that visa when

 5    you were on the bus coming here?

 6         A.   Yes.

 7         Q.   And did you have a passport also,

 8    Mr. Audate?

 9         A.   Yes.

10         Q.   When did you get the passport?

11         A.   In the month -- that month when I

12    came.

13         Q.   Last month, or this month?  I'm sorry.

14         A.   This month.

15         Q.   Is it this month or last month when

16    you received your passport?

17              MS. POLLOCK:  Objection.  Vague.

18         A.   This month.

19    BY MR. O'NEILL:

20         Q.   Okay.

21              MR. O'NEILL:  What was vague about

22    that question, Counsel?

23              MS. POLLOCK:  I'm not arguing with

24    you, Counsel.

25              MR. O'NEILL:  It was vague, whether it
```

```
 1    was this month or last month?  Okay.

 2    BY MR. O'NEILL:

 3        Q.   Who gave you it?

 4        A.   Mathieu.

 5        Q.   Did he give it to you before you got

 6    on the bus?

 7        A.   The passport came to my hands, it's a

 8    woman who was at Caribbean Tour who gave me the

 9    passport.

10        Q.   Which woman is that?  I'm sorry, I

11    don't understand who that is.

12        A.   When they did the ticket, the lady

13    kept the passport.

14        Q.   She kept possession of it?

15        A.   She put it in her suitcase.

16        Q.   Did she take it from you?

17        A.   Yes.

18        Q.   When did you get it?  That was my

19    question.  When did you first get possession of

20    that passport?

21        A.   It's when we were about to get off the

22    bus, she called us, and then she gave us the

23    passport.

24        Q.   But you had given her the passport

25    before you got on the bus, didn't you?
```

```
 1        A.   Yes.

 2        Q.   So when did you first get the

 3   passport?  That's not a difficult question.

 4   When did you first get it in your hands?

 5        A.   When we were first boarding the bus.

 6        Q.   Who did you get it from?

 7        A.   I took it from Mathieu.

 8        Q.   And before you took it from Mathieu,

 9   you had never seen it before?

10        A.   No.

11        Q.   All right.  And at some point you had

12   to make an application, did you not, for the

13   passport?

14        A.   When I was filling out the forms, I

15   was there, but the passport wasn't in my hand

16   yet.

17        Q.   Okay.  When did you fill out the

18   forms, this being January, when did you fill out

19   the forms for that passport?

20        A.   Maybe during the month of November.

21        Q.   Okay.  Now, I don't want a guess.  Is

22   it November, is that your best memory of when

23   you filled out the forms, November?

24        A.   Yes, because I was coming here

25   November, but they didn't give me the passport,
```

 1    that's why I didn't come.

 2         Q.   Well, you would have had to fill out

 3    the passport before November if you were coming

 4    in November.

 5         A.   I think it was in November that I

 6    signed them.

 7         Q.   For the first time ever?

 8         A.   Month of November.

 9         Q.   All right.  Who set up the process for

10    you to fill out the forms?

11         A.   There's another man who was doing the

12    application for me.  I don't know who it was.

13         Q.   Is it someone that worked for Cyrus

14    Sibert?

15         A.   I don't know.

16         Q.   You don't know where he came from?

17         A.   No.

18         Q.   Why was he even dealing with you?

19         A.   When I got there, Mathieu dropped me

20    on a motorcycle, there were several people

21    there.

22         Q.   Well, where is there?

23         A.   I signed and I left.

24         Q.   Where is there?  I don't know where

25    you're talking about.

```
 1      A.   Street 20.

 2      Q.   Was it an official office?

 3      A.   Yes.

 4      Q.   A government office?

 5      A.   Government office.

 6      Q.   And Mathieu took you there?

 7      A.   Yes.

 8      Q.   And Mathieu works for Sibert?

 9      A.   I don't know.

10      Q.   All right.  And he took you to get the

11  application signed for the passport in November?

12           MS. POLLOCK:  Objection.

13  Mischaracterizes the witness's testimony.

14  BY MR. O'NEILL:

15      Q.   Do you understand the question?

16      A.   Yes.

17      Q.   Okay.  What's your answer?

18           MS. POLLOCK:  Same objection.

19  BY MR. O'NEILL:

20      Q.   You answer.

21           THE INTERPRETER:  He wants the

22  interpreter --

23      Q.   Sure.  The question was, he took you

24  to get the application signed for the passport,

25  Mathieu did, in November, is that your
```

```
 1   testimony?

 2          MS. POLLOCK:  Objection.  Asked and

 3   answered.

 4      A.   Yes.

 5   BY MR. O'NEILL:

 6      Q.   Okay.  On this bus that you came here

 7   in, there was Mr. Deriza and Mackenson Jacques,

 8   is that correct?

 9      A.   Yes.

10      Q.   Was Mackenson Jacques, did he appear

11   sick?

12          MS. POLLOCK:  Objection.  Vague.

13      A.   I don't know.

14   BY MR. O'NEILL:

15      Q.   Was he coughing?

16      A.   I saw him coughing.

17      Q.   A lot?

18          MS. POLLOCK:  Objection.  Vague.

19      A.   Not that much.

20   BY MR. O'NEILL:

21      Q.   Okay.  Let's try and establish some

22   dates from what you have answered in your

23   interrogatories.  Would you look at

24   Interrogatory Number 5, the one in Creole?  And

25   read that.  If you need the help of the
```

Confidential - Subject to Further Confidentiality Review

```
 1    interpreter to read it for you to save time, why

 2    don't you read that in Creole.

 3              (Interpreter reading to witness.)

 4       A.   I didn't get any diploma or

 5    certificate.

 6    BY MR. O'NEILL:

 7       Q.   No, I just want you to read it, and

 8    I'll ask questions now.

 9              In English the answer says, and you

10    can read it in Creole again, "The first school I

11    went to at the Center on Rue 13," on Street 13,

12    Rue 13, "I was about ten years old, and I was in

13    second grade, but was transferred" -- it looks

14    like -- "was transferred to Carenage."

15              Having in mind that sentence, why

16    don't you read that?

17              (Interpreter reading to witness.)

18    BY MR. O'NEILL:

19       Q.   So if you were ten, approximately,

20    when you first went to Rue 13, and given the

21    fact that your birthday is May 28, 1992, that

22    would be around 2002 that you went to Rue 13, is

23    that fair to say?

24       A.   No.

25       Q.   It's not fair to say?
```

 1        A.    I didn't go to Rue 13 in 2002.

 2        Q.    When did you go?

 3        A.    I don't remember the year, but it

 4    wasn't in 2002.

 5        Q.    How do you know, if you don't remember

 6    the year, how do you know it wasn't 2002?

 7        A.    It wasn't 2002.  It wasn't 2002.

 8        Q.    Well, is it true to say that you

 9    attended as a student in Rue 13, you were about

10    ten years old?

11        A.    I don't remember how old I was when I

12    went to Rue 13.

13        Q.    I am reading from your answers under

14    oath to the interrogatories, and you said on

15    Interrogatory Number 5, whatever it reads in

16    Creole, that you were about ten years old when

17    you went to Rue 13.

18        A.    I was maybe ten years old, but it

19    wasn't in 2002.

20        Q.    Well, you were born in 1992, weren't

21    you?

22        A.    Yes.

23        Q.    So if you add ten years to 1992, what

24    do you get?

25        A.    I don't understand.

Confidential - Subject to Further Confidentiality Review

1       Q.   Can you add?

2       A.   I'm not very good at it.

3       Q.   Well, then, you have no reason to

4   doubt, do you, if you can't add, that if one can

5   add it would add up to 2002 when you were about

6   ten?  Do you accept that you get 2002?

7       A.   Yes.

8       Q.   All right.  Then it says in your

9   answers to interrogatories when you went to

10  Carenage you repeated the second grade.  Do you

11  see that?

12      A.   Yes.

13      Q.   So that would be when you were about

14  11, then, when you repeated the second grade?

15      A.   Yes.

16      Q.   Would you accept that?  Okay.

17           Then you repeated, it says, and please

18  read on with the Creole, then you repeated

19  second grade at Centre D'Education, I don't know

20  French, Populaire de Sacré Coeur?

21      A.   Yes.

22      Q.   So then you would be about 13 when

23  that happened.  Do you accept that?

24           MS. POLLOCK:  Objection.  That

25  mischaracterizes what you're reading.

1      A.   Yes.

2    BY MR. O'NEILL:

3      Q.   Okay.  Do you accept that the next

4    sentence when it says "then I went to Project

5    Pierre Toussaint Village for two or three years

6    to attend second, third and fourth grade," so

7    that would make you 15 or 16 when you had

8    finished those grades at the Village, is that

9    correct?

10          MS. POLLOCK:  Objection.

11   Mischaracterizes the witness's prior testimony.

12   BY MR. O'NEILL:

13     Q.   Do you accept that, that you would

14   have been 15 or 16, depending on whether it was

15   two or three years that you completed the

16   second, third, and fourth grade.

17     A.   Yes.

18     Q.   And it then says "to carry on with my

19   studies, I went to Blue Hills Public School

20   where I attended fifth grade."

21     A.   Yes.

22     Q.   So that you would have been 16 or 17

23   at the end of that, depending on if you'd gone

24   two or three years to the Village?

25     A.   Yes.

1      Q.   Okay.  Now, you just -- Mr. Babcock,

2   the prior attorney, went through the abuse that

3   you claim happened at the hands of Douglas

4   Perlitz, and that it happened during the time of

5   a soccer game, is that correct?

6      A.   Yes.

7      Q.   I should correct it.  Mr. Babbitt.

8   Babcock is a great Scottish soccer player.

9           So having corrected that, it was

10   during the soccer game that Douglas Perlitz

11   abused you, you say?

12      A.   Yes.

13      Q.   And this was a soccer game not at a

14   usual school day, but on a special day, is that

15   right?

16      A.   Yes, no school.

17      Q.   Were you or are you a good soccer

18   player?

19      A.   Yes.

20      Q.   And what position did you play?

21      A.   Side.

22      Q.   The wings, on the wings?

23      A.   Wings.

24      Q.   Yeah?  So you're fast?  You were fast,

25   you could score goals?

```
 1       A.   Yes.

 2       Q.   And this was a game where there was a

 3  disc jockey and a large crowd?

 4       A.   Yes.

 5       Q.   And you knew that you were an

 6  important player in that game, and you came to

 7  play, is that correct?

 8       A.   Yes.

 9       Q.   And you came without any gear, without

10  the clothes to wear at the game that you knew

11  you were going to play in?

12       A.   I didn't have shorts at all.

13       Q.   You didn't have shorts to play, even

14  though you're a member of the team?

15       A.   My equipment was finished.  This was

16  new equipment.

17       Q.   So all the players had to get their

18  equipment that day?

19       A.   Yes.

20       Q.   I thought you said you came without

21  the equipment and so you had to get special

22  treatment, and Perlitz took you to his office to

23  give you a pair of pants.

24            MS. POLLOCK:  Objection.

25  Mischaracterizes the witness's testimony.
```

```
 1         A.    No.  This is how it went.  The
 2    shorts -- the kids had the shorts on the field,
 3    I didn't.  I went, and then he said he was
 4    giving me shorts.
 5         Q.    Did you --
 6         A.    And then I could go and get it.
 7         Q.    Did you show up late for the game?
 8         A.    Yes.
 9         Q.    All right.  Now, given the fact that
10    Jessica was present at the game, that Brittany
11    -- was Brittany present?  I forget whether you
12    said that or not.
13         A.    She was there.
14         Q.    Okay.  Well, will you accept the fact
15    that Brittany and Jessica did not arrive to work
16    at the Village until the fall of 2007, will you
17    accept that the game would have had to have been
18    after the fall of 2007?  The fall meaning
19    autumn, September, October, November.
20              MS. POLLOCK:  Objection.  Vague.
21         A.    I don't understand that question.
22    BY MR. O'NEILL:
23         Q.    If Jessica and Brittany did not come
24    to work at the Village or at Carenage until the
25    fall, the autumn of 2007, the game would have
```

 1   had to have been in 2007 or 2008, wouldn't it?

 2       A.   I don't remember in what year at all.

 3       Q.   But if Jessica and Brittany didn't

 4   come until September, October or November, it

 5   would have to have been around that time or

 6   later, wouldn't it?  Use your mind to figure

 7   that out and answer whether if that is the case,

 8   that they came then, the game couldn't have been

 9   before they came.

10       A.   You can think like that, but I don't

11   think like that.  I don't know.

12       Q.   But you have said here under oath that

13   the abuse happened during a soccer game at which

14   Jessica and Brittany and Nicola were all there.

15       A.   They came to the game.

16       Q.   So they had to have been in

17   Cap-Haïtien at that time, right?

18       A.   Yes.

19       Q.   Okay.  Now, I want to go to, I think

20   it's Interrogatory Number 4, and the answer to

21   that.  And why don't you look over that, and

22   then I'll ask you a couple of questions.  Take

23   your time.  I'll ask the interpreter to read it

24   to you in Creole, and anything you need repeated

25   just ask her to repeat, okay?

Confidential - Subject to Further Confidentiality Review

```
 1                (Interpreter reading to witness.)

 2        A.   I just have one child.

 3             THE INTERPRETER:  There's a problem

 4   with the formulation of that question in Creole.

 5             (Interpreter reading to witness.)

 6        A.   Yes.

 7   BY MR. O'NEILL:

 8        Q.   Okay.  Now, your mother's name is

 9   Cloméne Jean?  I'm probably saying that wrong.

10        A.   Yes.

11        Q.   And she doesn't have a job.

12             And your father's name is Roosevelt

13   Audate, and he does not have a job?

14        A.   Yes.

15        Q.   "I have three brothers, Rouznè Audate

16   who works as a taxi driver, and Mackenson Audate

17   who lives in Vilaj de la Fwa and works for

18   Peterson Gedeus loading cars."

19             Now, Peterson Gedeus, you know him,

20   don't you?

21        A.   Yes.

22        Q.   You know that he -- what is his

23   business?  Does he sell cars?

24        A.   I'm not close -- we're not close

25   because Peter lives in Puerto Plata, I live in
```

 1    Cap-Haïtien.

 2         Q.   The question I have, you say your

 3    brother worked for him loading cars.  What is

 4    Peterson Gedeus's business?

 5         A.   He had a car.  He was working in the

 6    car.

 7         Q.   One car?

 8         A.   Yes.

 9         Q.   "Loading cars" in the plural.  What

10    does that mean, loading cars?

11         A.   For example, if somebody has a load, a

12    heavy load, you help put it in the car, and they

13    tell you where they want to go.

14         Q.   And that's his business, Peterson

15    Gedeus?

16         A.   Yes.

17         Q.   And your brother helps him?  Your

18    brother Mackenson helps Peterson Gedeus?

19         A.   The car belongs to Mackenson, but

20    Mackenson is not in the car.  The car belongs to

21    Mackenson.  Mackenson works in the car, but he's

22    not the driver.  The car belongs to Peterson.

23         Q.   Okay.  I'm not sure that's my

24    question, but let's move on.

25              You know that Peterson -- well, let's

1    move.

2           After the Village closed, you know

3    that there were a group of young men that

4    received a lot of money by filing cases against

5    Douglas Perlitz and others, don't you know that?

6        A.   No.

7        Q.   Is he okay?

8        A.   I didn't know.

9           MS. POLLOCK:  Do you want to take a

10   break, or are you okay?

11       A.   No, I'm listening.

12   BY MR. O'NEILL:

13       Q.   Okay.  So you know -- would you repeat

14   the question?  Because you weren't looking, I

15   thought maybe you were ill.

16       A.   No.

17       Q.   You didn't know that one of them was

18   Peterson Gedeus?

19       A.    I knew that Peterson was part of the

20   Village, but we weren't close, we didn't have

21   things -- weren't doing things together.

22       Q.   Is it your testimony as you sit here

23   today under oath that having been in the Village

24   for several years that you didn't know that a

25   group of men, young men, brought litigation like

```
 1    you're doing now against Perlitz and others and

 2    received large sums of money?

 3         A.    Yes.

 4         Q.    You did know that?

 5         A.    No.

 6         Q.    You didn't know that?

 7         A.    No.

 8         Q.    So at some point after the Village

 9    closed in 2009, you had been abused by Douglas

10    Perlitz perhaps two years before that, is that

11    right?

12         A.    I don't understand this question.

13         Q.    Okay.  Let's try another one.

14               When did you go to the Dominican

15    Republic?

16         A.    After the earthquake I went.

17         Q.    And when was the earthquake?

18         A.    January 12, 2010 around.

19         Q.    So if the Village closed in 2009, and

20    you went to the Dominican Republic in 2010, when

21    did you come back?

22               MS. POLLOCK:  Objection.

23    Mischaracterizes the witness's testimony.

24         A.    2011.

25    BY MR. O'NEILL:
```

```
 1        Q.   Did you find out that a group of men

 2   had received considerable sums of money -- at

 3   some point between 2011 when you came back and

 4   filing this case that you filed in the late part

 5   of the year in 2013, did you find out that a

 6   group of men had received considerable sums of

 7   money before you filed your case?

 8             MS. POLLOCK:  Objection.  Compound.

 9        A.   No.

10   BY MR. O'NEILL:

11        Q.   You never have found that out until

12   today?

13             MS. POLLOCK:  Objection.  I'm going to

14   instruct the witness not to disclose any

15   communications you've had with counsel.

16   BY MR. O'NEILL:

17        Q.   So answer the question.

18        A.   It's something that was never

19   confirmed, it's like rumors that were going

20   around.

21        Q.   Do you know Joseph Jean-Charles?

22        A.   There are several Josephs, I don't

23   know their last names.  I don't know.

24        Q.   Do you know a Joseph Jean-Charles who

25   by 2013 received a large sum of money?
```

```
 1        A.   I don't see these Josephs.  I don't
 2   know where they are.
 3        Q.   Did you know that Peterson Gedeus
 4   received a large sum of money in 2013?
 5        A.   I don't know this guy's business.  I
 6   don't live close to Peterson.
 7        Q.   No one was talking about these group
 8   of people that were at the Village when you were
 9   there that received a large sum of money in
10   2013?
11        A.   Repeat the question, please?
12             MR. O'NEILL:  Why don't you repeat it.
13        A.   There were rumors going around.
14        Q.   What were the rumors that you were
15   hearing?
16        A.   That guys from the Village have means,
17   that's what I --
18        Q.   Have what?
19        A.   Means.
20        Q.   Means?  You mean they're rich?
21        A.   It doesn't mean rich.  It means they
22   have means, they have money.
23        Q.   They have money.
24             And you filed your complaint in
25   September, 2000 -- let's see, November, rather,
```

Confidential - Subject to Further Confidentiality Review

```
 1   November 7, 2013 the complaint in your name was

 2   filed in court.  Do you agree with that?  Did

 3   you even know that?

 4             MS. POLLOCK:  Objection.  Compound.

 5        A.   I don't remember when I presented it,

 6   when I filed it.

 7   BY MR. O'NEILL:

 8        Q.   Were you looking for money when you

 9   filed this case?

10        A.   No.

11        Q.   What are you looking for?

12        A.   I'm looking for justice.

13        Q.   Is it money justice you're looking

14   for?

15        A.   I don't know.  I just want my justice.

16        Q.   Did you file this case because you

17   knew and had heard at least rumors that a

18   considerable number of people that had gone to

19   your school were now people of means?

20        A.   When I presented my case, I filed my

21   case, I had never heard that there were kids who

22   had money.

23        Q.   Well, we'll leave it right at that.

24             No more questions?

25             THE VIDEOGRAPHER:  Going off the
```

```
 1   record.  The time is 5:02.

 2              (Whereupon, a recess was taken.)

 3              THE VIDEOGRAPHER:  Back on the record.

 4   The time is 5:17.

 5   BY MS. KNIGHT:

 6       Q.   Mr. Audate, my name is Lydia Knight,

 7   we met earlier, and I represent the Society of

 8   Jesus of New England.

 9              Have you ever heard of the Society of

10   Jesus of New England?

11       A.   Yes.

12       Q.   Do you know what it is?

13       A.   I don't know what it is, but I've

14   heard somebody talk about it.

15       Q.   Okay.  Did you hear about it before

16   you attended PPT?

17       A.   No.

18       Q.   Did you hear about it before PPT

19   closed?

20       A.   It's when it closed, then I heard

21   talking about the Jesuits.

22       Q.   Who did you hear talking about the

23   Jesuits from?

24              MS. POLLOCK:  I want to just caution

25   the witness to be sure not to disclose any
```

```
 1    conversations you've had with counsel or Cyrus.

 2         A.    Okay.

 3               When the guys sitting and telling

 4    jokes, they're talking about Jesuits, so I heard

 5    them talking about it.

 6    BY MS. KNIGHT:

 7         Q.    Who were the guys sitting and talking,

 8    jokes?

 9         A.    Several.  You know, when we have

10    little debates we try to find out what Jesuits

11    means in conversations.

12         Q.    And this was after PPT closed, is that

13    right?

14         A.    Yes.

15         Q.    You told us that you currently live

16    with Bernard and one of your brothers, is that

17    right?

18         A.    Yes.

19         Q.    And is it right that your brother who

20    you live with works sometimes?

21         A.    Yes.

22         Q.    And when he's not working, do you

23    spend time together?

24         A.    What do you mean some time with him?

25         Q.    The time when your brother isn't
```

```
 1   working, do you stay in the house together?

 2        A.   Yeah, we sit and we tell jokes and we

 3   have -- if we have something to do we do it.

 4        Q.   Do you still play soccer?

 5        A.   I have problems playing soccer right

 6   now.

 7        Q.   What problems do you have playing

 8   soccer?

 9        A.   I can't run anymore, I have problems.

10   I used to play ball, I was a wing, but now I

11   can't anymore.  Because of this, I can't play at

12   all, because of this catastrophe.

13        Q.   Why can't you run anymore?

14        A.   Because every time when I try to play

15   ball I am -- I have problems and I can't play

16   anymore.  My head spins, and I can't play

17   anymore.

18        Q.   Do you play any other sports besides

19   soccer?

20        A.   I don't really focus on games.  Every

21   time I think about it, you know, and when I'm in

22   Haiti I'm always aside, I stay aside, I don't

23   really stay with people.

24        Q.   Do you like to watch soccer?

25        A.   Yes, I like to watch football, soccer.
```

```
 1          Q.   Do you watch with Bernard and your

 2   brother sometimes?

 3          A.   Yes.

 4          Q.   Where do you watch?

 5          A.   When they show -- they transmit games,

 6   I pay a dollar, there's a place where you can go

 7   watch.

 8          Q.   And do you have a favorite team?

 9          A.   Yes.

10          Q.   What's your favorite team?

11          A.   There are two teams I love, Brazil and

12   Real de Madrid.

13               MS. POLLOCK:  You okay?

14          A.   Yes.

15   BY MS. KNIGHT:

16          Q.   Do you like to listen to music?

17          A.   Yeah, music, I -- sometimes when I

18   have problems I go listen to music, because it's

19   music that helps me, because I feel I am

20   humiliated in society.

21          Q.   When you lived in the Dominican, who

22   did you live with?

23          A.   I didn't really know the guys.  I

24   didn't even pay for that.  I just came and they

25   gave me a place to sleep.
```

```
 1        Q.   I think you told us that you have --
 2   is it -- strike that.
 3             Is it accurate that you told us
 4   earlier that you have problems with gay people
 5   after Doug abused you?
 6        A.   Yes, I have problems with gays after
 7   this happened to me.
 8        Q.   Did you have any problems with gay
 9   people before the abuse?
10        A.   I used to see gay people, but this
11   really never bothered me because this is what
12   they chose to do.  But after that happened, this
13   is something that I was -- that was against my
14   will, so now I have a problem.
15             MS. KNIGHT:  Those are all the
16   questions that I have.  Thank you.
17   BY MR. CERRETA:
18        Q.   Good afternoon, sir.  I introduced
19   myself in the morning, but to remind you, my
20   name is John Cerreta, I'm the lawyer for
21   Fairfield University.
22             Do you recall testifying earlier today
23   about some statements that were made in your
24   presence by Hope Carter in which she discussed
25   Fairfield University?
```

```
 1        A.    Yes.

 2        Q.    And when Hope Carter was saying this,

 3    was Doug Perlitz interpreting for her?

 4        A.    Yes.

 5        Q.    What do you remember Mrs. Carter

 6    saying about Fairfield University.

 7        A.    Sometimes she would come see us, and

 8    with Douglas we would all meet in the chapel and

 9    she would encourage us.  She said if you finish

10    school, she has access, and she can make us

11    study at Fairfield.

12        Q.    Mrs. Carter said this in the chapel,

13    is that correct?

14        A.    She said that, and Douglas translated.

15        Q.    Do you remember how many times Madame

16    Carter said this?

17        A.    Every time she would come she would

18    congratulate us and give us strength, courage.

19        Q.    Was this always in the chapel?

20        A.    It's not always in the chapel.

21    Sometimes it's the place where we eat, she comes

22    there.

23        Q.    Do you remember how many times she

24    visited, approximately?

25        A.    I don't remember.
```

```
 1          Q.   While you were a student at PPT, did

 2     anyone else tell you anything about Fairfield

 3     University?

 4          A.   No.

 5               MR. CERRETA:   Thank you.   That's all I

 6     have.

 7     BY MR. KENNEDY:

 8          Q.   Good afternoon, Mr. Audate.   I'm Jeff

 9     Kennedy, we met early this morning, if you

10     remember.   I represent Hope Carter.   I think you

11     testified that you know her as Madame Carter, is

12     that correct?

13          A.   Yes.

14          Q.   You've been asked a lot of questions

15     today, so I'm kind of going to be jumping around

16     on different topics.

17               Before Douglas Perlitz abused you, had

18     you ever spoken to him alone?

19          A.   Sometimes when I would walk in the

20     yard, I would say hello.   But I never met him

21     anywhere.

22          Q.   So you never had a private

23     conversation with him before?

24          A.   I've never spoken to him person to

25     person, just the two of us.   Sometimes he tells
```

Confidential - Subject to Further Confidentiality Review

 1    me to do something, I do it, I give it to him,

 2    and I leave.

 3         Q.   Like what would he ask you to do?

 4         A.   When there are too many balls that are

 5    in -- that are in the yard, when he needs to

 6    have them and bring them to the office, so I

 7    just gather them and bring them to him.

 8         Q.   Okay.  Besides that, you had never --

 9    I just want to be clear, you had never had a

10    private conversation with him before the day he

11    abused you?

12         A.   No, I've never had any conversation.

13         Q.   Okay.  You mentioned on the day that

14    you were abused that there was a soccer game

15    going on, correct?

16         A.   Yes.

17         Q.   What were -- some of the other players

18    on your team, what were their names?

19         A.   I can't really tell you, because it

20    was the entire Village playing, and the ones --

21    the majority of those who played soccer did

22    play, so I can't tell you their names.  There

23    was a team for that.

24         Q.   You were a member of this team,

25    correct?

```
 1        A.    Yes.

 2        Q.    And had the team played some games

 3   before the game the day that you were abused?

 4        A.    They did play other games.  From time

 5   to time there would be other teams that would

 6   come and play with us.

 7        Q.    Okay.  And you played on the team

 8   during those games?

 9        A.    Yes.

10        Q.    So can you give me the names of any

11   other players on your team?

12        A.    In the Village, the Village team?

13        Q.    Yes.

14        A.    The players?

15        Q.    Yes, sir.

16        A.    We have two goalkeepers, we have

17   Richmond, Herode, Filomene, Phils, Modire,

18   Wismond, Erleus, Francilien, Lobe, and his real

19   name is Jackson, but as a goalkeeper we called

20   him Lobe.

21             MR. KENNEDY:  Okay.  Maybe the

22   interpreter can tell me, what was the names, was

23   it Wismond?

24             THE INTERPRETER:  Let me give you

25   (handing).
```

```
 1              MR. KENNEDY:  That might be easier.
 2    Thank you.
 3         Q.   Wismond was on the team?
 4         A.   He was the goalkeeper.  Wismond was
 5    the goalkeeper.
 6         Q.   Do you know his last name, sir?
 7         A.   No.
 8         Q.   Okay.  And Herode?
 9         A.   I don't know their last name, but
10    they're the ones sending him during the practice
11    when we practiced together.
12         Q.   Were these gentlemen playing in the
13    game on the day that you claim you were abused
14    by Mr. Perlitz?
15         A.   Some of them were playing, but not all
16    of them.  Some were still on the bench.
17         Q.   And do you know if Francilien is
18    Francilien Jean-Charles, sir?
19         A.   I don't know their last name.
20         Q.   Okay.  When you went to Douglas's
21    office and before Douglas started to touch you,
22    did Douglas say anything to you, sir?
23         A.   No.
24         Q.   He just started to touch you, sir?
25         A.   He just touched me when I was yelling,
```

Confidential - Subject to Further Confidentiality Review

```
 1    and then he told me something.

 2          Q.    What did he tell you?

 3          A.    He said if I dared say to anyone he

 4    would throw me out.

 5          Q.    And is that all that he said to you in

 6    the office that day, sir?

 7          A.    He told me this, and I left, and I

 8    went to play ball.

 9          Q.    But my question was, was that all that

10    he said, sir, in the office that day?

11          A.    When he told me that several times,

12    when I was yelling he said -- putting pressure

13    on me so I wouldn't say anything.

14          Q.    So he said this while you were

15    yelling, sir?

16          A.    Yes.

17          Q.    So did he say this while he was

18    abusing you, sir?

19          A.    When I couldn't anymore, then he

20    stopped, and he said if I dared say to anyone,

21    say that to anyone then he would kick me out.

22          Q.    I'm just trying to be clear, sir.

23                You indicated that he said this to you

24    while you were yelling, is that correct?

25          A.    It's something that he kept on saying.
```

 1      Q.   All I'm trying to understand, sir, was

 2   he saying this while he was abusing you, or did

 3   he say it after he abused you?

 4      A.   When he was doing it, he told me this.

 5   When he finished, he told me this.  As I was

 6   about to leave, he told me this again.

 7      Q.   And when you say "this," when he said

 8   that if you told somebody he'd kick you out, is

 9   that correct?

10      A.   Yes, if I said that to somebody else

11   he would kick me out.

12      Q.   Okay.  And that's all he said to you

13   on that day, correct?

14      A.   Yes.

15      Q.   Sir, what do you understand Madame

16   Carter's connection was to PPT?

17      A.   They told us she was one of the

18   people -- she was the boss of the Village.  She

19   was sponsoring the Village.

20      Q.   And who told you that, sir?

21      A.   Douglas who would say -- when she came

22   he would present her to us and he would say

23   she's one of the people who is helping us at the

24   Village.  He would always present her to us.

25      Q.   Well, he said she's helping you,

```
 1   correct?

 2       A.   Yes.

 3       Q.   Did he ever tell you that she was the

 4   boss?

 5       A.   When she's talking, she's speaking in

 6   English, so Douglas is translating for us.

 7       Q.   Okay.  And fair to say you don't speak

 8   English, correct, sir?

 9       A.   No.

10       Q.   And Madame Carter does not speak

11   Creole, correct?

12       A.   No.

13       Q.   And I believe that you, from questions

14   from Mr. Babbitt and Mr. Cerreta, you testified

15   about a time when Madame Carter allegedly spoke

16   to a group in the chapel, is that correct?

17       A.   Yes.

18       Q.   Okay.  And it was at that time that

19   she allegedly said something about Fairfield

20   University?

21       A.    It's not only at that time.  Every

22   time they did a trip they would come to talk to

23   us.

24       Q.   So every time that Madame Carter, that

25   Mrs. Carter would come to the Village, Douglas
```

1    would translate and she'd speak to some

2    students, is that your testimony, sir?

3        A.    Yes.

4        Q.    And I know you told us about the time

5    in the chapel when she allegedly spoke about

6    Fairfield.  Can you tell me about any other

7    things that you claim Mrs. Carter said through

8    Douglas's interpretation?

9        A.    When she would come, she would tell us

10   to take school seriously.  When we would be

11   finished, to finish school, and when we finished

12   she had access to Fairfield University.  And

13   Douglas would translate and say that -- present

14   her to us and say that it's one of the people

15   who was helping the Village.

16       Q.    And would Douglas say this to you

17   every time that Madame Carter came to visit?

18       A.    Yes.

19       Q.    Can you describe Madame Carter for me

20   physically, sir?

21       A.    Yes.

22       Q.    Please do so.

23       A.    She's a little old lady.  She's very

24   old.  She has a hump on her back.  She's a

25   hunchback.  And she puts her pants under her

```
 1    heart.  And she has little flat things in her

 2    feet, feet really flat.

 3         Q.   Anything else, sir?

 4         A.   That's how I see her, her appearance.

 5         Q.   Okay.  Was she nice to you, sir?

 6         A.   Yes, she's a good person.

 7         Q.   Fair to say she tried to help you,

 8    sir?

 9         A.   She tried to help the Village.  Since

10    I was part of the Village, she tried to help me

11    through the Village.

12         Q.   You understand you're suing Madame

13    Carter?

14         A.   I don't understand.

15         Q.   Do you realize that you're suing

16    Madame Carter for money?

17         A.   No, I don't know that I asked her for

18    money.  I just want my justice.

19         Q.   I realize you want your justice, sir.

20              But my question is, you realize you've

21    brought a lawsuit against several people and

22    several institutions, and that's why we're all

23    here today.  Do you understand that, sir?

24         A.   Yes, I understand.

25         Q.   Okay.  And do you realize that one of
```

1    the people that you're suing for money is Madame

2    Carter?

3         A.   I don't know that I'm suing people in

4    front of a court for money.  I just know that

5    I'm trying to get my justice.

6         Q.   Okay.  Well, sir, what does justice

7    mean to you?

8         A.   What I went through, that's my

9    justice.

10        Q.   So I'm trying to understand, sir.

11   You're seeking justice for what Douglas did to

12   you, correct?

13        A.   Yes.

14        Q.   I'm trying to understand, sir, what

15   does justice mean to you?

16        A.   What I went through, I'm looking for

17   my justice, that's all I'm looking for.

18        Q.   Right.  I understand that, sir.

19             What I'm trying to understand is what

20   is your justice?  What do you want out of this

21   lawsuit, sir?

22        A.   My justice, that's what I want to get.

23   My justice.

24        Q.   Okay.  Are you seeking money, sir?

25        A.   I don't know.  The judge will tell,

Confidential - Subject to Further Confidentiality Review

```
 1   will decide.

 2        Q.   Would you be satisfied -- could there

 3   be justice without you receiving any money, sir?

 4        A.   I don't know.  The judge will decide.

 5        Q.   Sir, are you still in contact with any

 6   former PPT students?

 7        A.   It's not that we're in contact, but I

 8   know who they are.

 9        Q.   Do you still speak to any of your

10   former PPT students?

11        A.   When we meet, we say hello and we tell

12   jokes, and we greet each other profusely, making

13   noise, and tease each other, "oh, look how ugly

14   he is, look how small he is."

15        Q.   Who are some of these people, sir,

16   their names?

17        A.   When I see them I say "oh, at the

18   Village, look, you didn't want to eat, now

19   you're in misery, and look, look your

20   situation."  I'd say that "although I'm also in

21   a very bad situation, misery," and we tease each

22   other.

23        Q.   Sir, I'm just trying to understand,

24   what are the names of some of these PPT students

25   that you see from time to time?
```

```
 1        A.   The people, those who stay in the same

 2   area, we tease each other.  One is named Bob.

 3        Q.   Bob.  Do you know what Bob's full name

 4   is?

 5        A.   I don't know his real name because we

 6   were not in the same class.

 7        Q.   Anybody besides Bob that you see and

 8   tease each other?

 9        A.   I don't remember.  This is just how I

10   am, I always tease them, but I don't know.

11        Q.   Sir, do you know an individual named

12   Raynel Odilbert, sir, O-D-I-L-B-E-R-T?

13        A.   I know Raynel.

14        Q.   Have you spoken to Mr. Odilbert

15   recently, sir?

16        A.   I haven't seen him for a long time.

17        Q.   How long, sir?

18        A.   Since last year.  Last year was the

19   last time I saw him.

20        Q.   Are you aware that he had his

21   deposition taken, sir?

22        A.   I don't know.

23        Q.   Do you know an individual, sir, named

24   Louis Saint Cirin?

25        A.   No.
```

1       Q.   What about an individual named

2   Jheempson Brismac Joseph, sir?

3       A.   I know these people.

4       Q.   Did you go to school with him, sir?

5       A.   We were in the same class.

6       Q.   Okay.

7       A.   Can you repeat the question, please?

8            MR. KENNEDY:  Can you read it back?

9            (Whereupon, the reporter read back the

10  pending question.)

11      A.   When we were at the Village we were in

12  the same school.

13  BY MR. KENNEDY:

14      Q.   Is he a friend of yours, sir?

15      A.   No.

16      Q.   Okay.  When is the last time you spoke

17  to him, sir?

18      A.   I don't really talk to these guys.

19  It's just when we're in the same place I say hi,

20  and that's it.

21      Q.   When is the last time that you were in

22  the same place with Mr. Joseph and you said

23  hello?

24      A.   Sometimes I go to area where he is.

25      Q.   Okay.  And what area is that, sir?

Confidential - Subject to Further Confidentiality Review

```
 1        A.   He stays really at the bottom of Blue

 2   Hills, completely at the bottom.

 3        Q.   When is the last time that you saw

 4   him, sir?

 5        A.   In December I saw him several times

 6   because I had something to do in the area, and I

 7   said hello.

 8        Q.   Did you talk to him, sir?

 9        A.   No.

10        Q.   You just saw him, you didn't talk to

11   him?

12        A.   I just said hello, that's it.

13        Q.   Are you aware that he had his

14   deposition taken, sir?

15        A.   I don't know, because we don't -- in

16   Bel Air we don't sit and tell jokes and talk.

17        Q.   When you saw Madame Carter at the

18   Village, did she ever tell jokes?

19        A.   She didn't have time for that.  She

20   would come in and spend a little time with us,

21   and then she would leave.

22        Q.   So it's fair to say she never told

23   jokes?

24        A.   She can -- she would come sometimes

25   and go to the chapel and spend a little time
```

 1   with us, ask us how we were doing.

 2        Q.   But she didn't tell jokes?

 3        A.   I don't know for the others, but she

 4   never did with me.

 5        Q.   Okay.  What about Kensley Previl, do

 6   you know Kensley Previl?

 7             THE INTERPRETER:  Kensley, what's the

 8   last name?

 9             MR. KENNEDY:  P-R-E-V-I-L.

10        A.   For a lot of the guys, I don't know

11   their real names.  I might know him, but I don't

12   know his real name.

13        Q.   What about Emile Jean Pierre, do you

14   know him, sir?

15        A.   There are two Emile, I don't know

16   which one.

17        Q.   Okay.  Gesner Lecenat, sir, do you

18   know him?

19        A.   I've seen him.  I see him from time to

20   time.

21        Q.   Okay.  And are you friends with him,

22   sir?

23        A.   We're not really friends, because the

24   Village was big, we used to go by and say hello,

25   but the guys were racist, they impose

1    themselves, so we were not really friends.

2         Q.   Who was racist?

3         A.   When we went in there they tried to

4    impose themselves and we didn't have much time

5    to -- we were in school and we had to learn, so

6    we don't -- didn't have time for one another.

7         Q.   Are you referring to Gesner Lecenat,

8    sir?

9         A.   Yes.

10        Q.   Do you know Geffrard Lecenat, sir?

11        A.   Yes.

12        Q.   And do you still see him, sir?

13        A.   I've seen them.

14        Q.   Have you seen them recently, sir?

15        A.   No.

16        Q.   When is the last time that you've seen

17   them, sir?

18        A.   I don't remember.  We don't stay in

19   the same place, same area.

20        Q.   What about Jasmin Joseph, sir, do you

21   know him, sir?

22        A.   I know most of the guys, but it

23   doesn't mean that we're friends.  We don't stay

24   necessarily in the same area.

25        Q.   What about, do you know Wadson

```
 1    Dorciné, sir?

 2         A.    Wadson?

 3         Q.    Dorciné, D-O-R-C-I-N-E.

 4         A.    I might know them.  They were sitting

 5    and they might call them and I see them, but

 6    they're not my friends.

 7         Q.    Have you discussed this lawsuit with

 8    them at all, sir?

 9         A.    No.

10         Q.    Besides your attorneys and Cyrus, have

11    you discussed this lawsuit with anybody, sir?

12              MS. POLLOCK:  I instruct the witness

13    not to disclose any conversations he's had with

14    Mathieu or Cyrus or the lawyers.

15         A.    No.

16    BY MR. KENNEDY:

17         Q.    What is Cyrus's job, sir?

18         A.    I don't know.

19         Q.    Do you know if Cyrus is a lawyer?

20         A.    I don't know.

21         Q.    You never hired Cyrus as your lawyer,

22    did you, sir?

23         A.    I don't know what you're saying.

24         Q.    Fair to say you never hired Cyrus

25    Sibert to be your lawyer, did you, sir?
```

Confidential - Subject to Further Confidentiality Review

```
 1          A.   I don't understand that question.

 2          Q.   Do you know what a lawyer is, sir?

 3               THE INTERPRETER:  Is -- sorry?

 4          Q.   You're here today represented by a

 5     lawyer, correct?

 6          A.   Yes.

 7          Q.   Okay.  So you know what a lawyer is,

 8     correct?

 9          A.   Yes.

10          Q.   So what I'm asking you is, did you

11     ever hire Cyrus Sibert to be your lawyer?

12          A.   No.

13          Q.   When is the first time that you heard

14     about Cyrus Sibert, sir?

15          A.   I heard about him when he was talking

16     on the radio, he was giving the news, printing

17     the news.

18          Q.   Was he talking about the allegations

19     against Mr. Perlitz?

20          A.   No.

21          Q.   Well, then, how did you know that he

22     was involved with the cases concerning

23     Mr. Perlitz?

24          A.   What?

25          Q.   How did you know to go see Mr. Sibert?
```

```
 1        A.   I didn't know that I was supposed to

 2   go to him, but he was there, so I chose to go to

 3   him.

 4        Q.   He was where, sir?

 5        A.   He was in square of the Carenage.

 6        Q.   What was he doing in the square at

 7   Carenage, sir?

 8        A.   He was sitting.

 9        Q.   Was he meeting with students, sir?

10        A.   I don't know.  There were several guys

11   who were there, too, standing there, too.

12        Q.   But I'm trying to understand, sir, how

13   did you know to go to Carenage to see

14   Mr. Sibert?

15        A.   I wasn't looking for him.  I was just

16   walking and I saw him, and I saw several kids

17   who were there, so I recognized them, so I went

18   to talk to them, and they told me.  Nobody sent

19   me.

20        Q.   You just happened to be at Carenage

21   when Mr. Sibert was meeting with some other

22   students?

23        A.   I told you, I just saw the guys there,

24   and I came closer.

25        Q.   Okay.  And when you came closer, was
```

Confidential - Subject to Further Confidentiality Review

```
 1    Mr. Sibert speaking to some former PPT students?

 2        A.   I didn't see them talking.  I just saw

 3    them standing next to the square.

 4        Q.   Who were these boys that were standing

 5    in the square with Cyrus when you came upon

 6    them, sir?

 7        A.   I don't remember.  It's just that I

 8    just saw a few guys from the Village, but I

 9    don't remember who they were.

10             MS. POLLOCK:  We've been going an

11    hour, I don't know how much longer --

12             MR. KENNEDY:  Do you want to take a

13    five minute break?

14             MS. POLLOCK:  Sure.  Do you have a lot

15    to go?

16             MR. KENNEDY:  I'm not sure, but let's

17    be fair.

18             THE VIDEOGRAPHER:  Going off the

19    record.  The time is 6:13.

20             (Whereupon, a recess was taken.)

21             THE VIDEOGRAPHER:  Back on the record.

22    The time is 6:28.

23    BY MR. KENNEDY:

24        Q.   Mr. Audate, when you first saw Cyrus

25    Sibert in Carenage in the square that day, did
```

Confidential - Subject to Further Confidentiality Review

 1   you speak to him?

 2       A.   Yes.

 3       Q.   And did you speak to him alone, or

 4   were there other PPT students with you?

 5       A.   Alone.

 6       Q.   What did you say to him, sir?

 7       A.   I can't say what I told him.

 8       Q.   Sir, you can tell me what you told

 9   him.

10       A.   It was a secret.

11       Q.   Well, what did you tell him, sir?

12            MS. POLLOCK:   You can tell him what

13   you told -- you can testify about what you told

14   Cyrus in the square that day.

15       A.   He just asked me if I was a child -- a

16   Pierre Toussaint child.  I said yes.

17   BY MR. KENNEDY:

18       Q.   What else?

19       A.   I said -- I talked to him, I said

20   "yes, I was at the Village."  He said "wait

21   there, I'm going to make you talk to someone."

22   He made me stay there, and so I could talk to a

23   lawyer, so I did talk to a lawyer.

24       Q.   Did you tell Cyrus in the square in

25   Carenage on that day that Douglas abused you?

Confidential - Subject to Further Confidentiality Review

```
 1      A.   No.

 2      Q.   Did he ask if Douglas abused you?

 3      A.   We just explained.  He asked "were you

 4  at the Village?"  I said "yes."

 5      Q.   That's all the conversation you had

 6  with him, with Mr. Sibert in the square in

 7  Carenage that day?

 8      A.   And then I talked to the lawyer.  It's

 9  not something -- I wanted to explain to people.

10      Q.   Did you speak to the lawyer that day,

11  sir?

12      A.   Yes.

13      Q.   Who was the lawyer, sir?

14      A.   Mitch.

15      Q.   You spoke to Mitch on the same day

16  that you saw Cyrus for the first time at the

17  square at Carenage?

18      A.   Yes.

19      Q.   Was Mitch at the square in Carenage

20  with Mr. Sibert?

21      A.   No.

22      Q.   Did Mitch call you on that same day,

23  sir?

24      A.   Yes.

25      Q.   And it was on the exact same day?
```

Confidential - Subject to Further Confidentiality Review

```
 1       A.   Yes.

 2       Q.   What time of year -- I'm sorry.

 3            What year was that that you first saw

 4  Cyrus in the square at Carenage, sir?

 5       A.   I don't remember.

 6       Q.   Do you remember the time of year, sir?

 7       A.   I don't remember.

 8       Q.   And on that day, did Cyrus give you

 9  money, sir?

10       A.   At that time I didn't have a phone.

11  He gave me money to buy a phone.

12       Q.   And this was after you had told him

13  that you were a former student at the Village,

14  is that correct?

15       A.   He heard I was a former student,

16  former child from the Village.

17       Q.   Right.  And he gave you that money

18  after you told him that, correct?

19       A.   I didn't have a telephone.  I told him

20  I didn't have a telephone, so he gave me money

21  so I could buy one.

22       Q.   And when did you buy a telephone, sir?

23       A.   I don't remember when it was, but I

24  don't remember, but I remember he gave me money

25  to buy a phone.
```

```
 1        Q.   Did you buy a telephone on the same

 2   day, sir?

 3        A.   Yes.

 4        Q.   What type of phone was it, sir?

 5        A.   Digicel.

 6        Q.   Did Cyrus go with you to buy the

 7   phone, sir?

 8        A.   No.

 9        Q.   Sir, do you know an individual named

10   Jean Blaise, B-L-A-I-S-E?

11        A.   I've heard about him, but I don't know

12   him.

13        Q.   What did you hear about him, sir?

14        A.   I heard the name Blaise, Blaise, I've

15   heard the boys talk about him, but I don't know

16   Blaise.

17        Q.   Okay.

18        A.   I heard that name in Haiti.

19        Q.   You said you heard the boys talk about

20   him.  What did they say about him, sir?

21        A.   They say "I haven't seen Blaise, I

22   haven't seen Blaise."  They talk about this

23   Blaise, but I don't know who it is.

24             THE INTERPRETER:  The interpreter

25   would like to add something.  There are
```

```
 1   proverbs, when you don't see someone or you

 2   don't -- Blaise is like John, I don't see Joe or

 3   John.  It can be a proverb, or it can mean

 4   really a person.  So I don't know what he's

 5   referring to.

 6        Q.   Thank you.

 7             Sir, are you aware that any former PPT

 8   students were upset with Cyrus and went to the

 9   radio station, sir?

10        A.   I don't know about that.

11        Q.   When you saw -- when you met with

12   Cyrus on the square that day, sir, did you sign

13   any documents?

14        A.   No.

15        Q.   Sir, are you claiming that -- strike

16   that.  I'm sorry.

17             Are you claiming any physical injuries

18   as a result of Mr. Perlitz's abuse?

19        A.   Yes.

20        Q.   What physical injuries are you

21   claiming, sir?

22        A.   Every time I think about these things,

23   these things give me problems.

24        Q.   I know you testified about that

25   earlier, sir, and that's things that's bothering
```

```
 1   you in your head.
 2           What I'm trying to understand is, are
 3   you claiming that you were physically hurt by
 4   Mr. Perlitz?
 5       A.   I don't understand what that means.
 6       Q.   Maybe a better way of asking it would
 7   be, are you claiming that any part of your body
 8   was hurt by Mr. Perlitz?
 9       A.   Up to now I still have these pains.
10       Q.   Where are these pains, sir?
11       A.   When I play ball, I can't even play
12   ball, I told you I feel sick, I can't even play
13   ball.
14       Q.   Your head feels sick?
15       A.   Before -- let me tell you how this
16   presents itself.  Before I used to play
17   90 minutes of soccer, now I can't even play five
18   minutes, I get really tired.  And on the same
19   day, that day when that happened, I couldn't
20   even play, up to now.
21       Q.   Well, do you still play soccer, sir?
22       A.   No.  When sometimes I want to have
23   some leisure activities, I can't.  When I go on
24   the field, I can't stay, I get off.
25       Q.   Can you not stay on the field because
```

Confidential - Subject to Further Confidentiality Review

1    a part of your body is hurting, or is it because

2    your mind is upset?

3        A.    It's not only my mind, I have problems

4    with my body, I have problems with sports

5    itself.  When I do practice sports, I feel that

6    my head is spinning, I don't feel good.

7        Q.    Okay.  Besides your head spinning, is

8    there any other part of your body that causes

9    you pain, sir?

10       A.    I feel my heart is beating really

11   fast, and I'm trying to lower down to catch my

12   breath, to lean down.

13       Q.    Okay.  Have you been to see a doctor

14   for your head spinning or your heart racing,

15   sir?

16       A.    No.

17       Q.    Sir, are you currently looking for a

18   job?

19       A.    There's no work in Haiti.

20       Q.    It's difficult to get a job in Haiti,

21   sir?

22       A.    Yes.

23       Q.    Do you look for work?

24       A.    I've looked, sometimes I look, I can't

25   find.

Confidential - Subject to Further Confidentiality Review

```
 1          Q.   Okay.  How often do you look, sir?

 2          A.   When I wake up, I walk around to see

 3     if I can work somewhere.

 4          Q.   Okay.  Do you do that every day, sir?

 5          A.   When I wake up, I walk around, and if

 6     I would find somebody who needs someone to do a

 7     little job I would, but I don't find.

 8          Q.   Are you ever able to find a little

 9     job, sir?

10          A.   Never.  Never.

11          Q.   What type of job would you like to

12     have, sir?

13          A.   I don't know, because I don't have a

14     profession.

15          Q.   Sir, do you currently have a

16     girlfriend?

17          A.   I had the mother of my child, but we

18     broke up, so I have another one now.

19          Q.   And what's the name of your new

20     girlfriend, sir?

21          A.   The one I have now?

22          Q.   Yes, sir.

23          A.   Mary Lynn.

24          Q.   Marilyn?

25          A.   Mary Lynn.
```

Confidential - Subject to Further Confidentiality Review

 1      Q.   How long have you guys been together,

 2   sir?

 3      A.   We've been together for a while now,

 4   one year and a few months.  We have little

 5   issues, you know, but we've been together for a

 6   while.

 7      Q.   Are you claiming that any of the

 8   issues that you have with your girlfriend are

 9   related to the abuse by Mr. Perlitz?

10           MS. POLLOCK:  Objection.

11   Mischaracterizes the witness's testimony.

12      A.   Well, it was, this was the problem I

13   had before, that's why I separated with the

14   mother of my child.

15   BY MR. KENNEDY:

16      Q.   What's that problem, sir?

17      A.   We were in a discussion because I

18   didn't have money, and then she told me -- she

19   called me a fag.  That gave me a lot of

20   problems.  That's why we broke up.

21      Q.   And that's the mother of your child,

22   sir?

23      A.   Yes.

24      Q.   She called you a fag?

25      A.   Yes.

Confidential - Subject to Further Confidentiality Review

```
 1          Q.   And your new girlfriend?
 2          A.   In December I was walking with her, we
 3   went through this district, and somebody said
 4   "oh, here are the fags."  That really bothered
 5   me.  She asked me questions about that, I said
 6   "no, it's not true."  But she's trying to
 7   maybe -- I have the impression that she's
 8   researching that.  That's why I have a lot of
 9   problems with what had happened to me, every
10   time I think about it, it gives me problems.
11          Q.   I think you used the phrase we were
12   walking through an area.  Were you with --
13   besides your girlfriend, were you with anybody
14   else, sir?
15          A.   There were four of us.
16          Q.   Who were the other people, sir?
17          A.   It was Bernard and myself and our
18   respective girlfriends.
19               MS. POLLOCK:  Counsel, you're over
20   seven hours now.
21               MR. KENNEDY:  I'll be wrapping up very
22   briefly.
23               MS. POLLOCK:  Okay.
24               MR. KENNEDY:  Thank you.
25   BY MR. KENNEDY:
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   And somebody said here comes -- I

 2   don't want to put words in your mouth, but here

 3   come the fags or something?

 4        A.   Yes.

 5        Q.   Was it one person who said this, sir?

 6        A.   It was one person who said that in a

 7   crowd, and when we walked by, and she said "why

 8   did he say that?"  And I said "no, it's not

 9   true."

10        Q.   And there was a lot of people around

11   that day?

12        A.   Yes.

13        Q.   So how did your girlfriend know they

14   were talking -- that this person was talking

15   about you?

16        A.   Because just the way he talked, the

17   way he stood, we were talking, and he said

18   "look, they're walking with the fags."

19        Q.   Have you ever been turned down from a

20   job, sir, because you were a former student at

21   PPT?

22        A.   I don't know if it's because of that.

23        Q.   Okay.  Sir, do you know if Madame

24   Carter was on any committees?

25        A.   I don't understand.
```

```
1        Q.   Sir, I'm looking at the English

2   response to what's number -- Interrogatory

3   Number 75.

4             THE INTERPRETER:  75?

5             MR. KENNEDY:  Yes.

6        Q.   From Exhibit 1.  And part of the

7   answer here says, sir, "I heard that Madame

8   Carter was part of the committee that sent money

9   to Project Pierre Toussaint."

10       A.   Yes.

11            THE INTERPRETER:  It's translated as

12  one way, and I used a synonym, and he said that

13  he didn't understand the word I used, they are

14  synonyms.  Can you rephrase the question and

15  I'll translate it using that vocabulary.

16            MR. KENNEDY:  Sure.

17       Q.   Sir, are you aware if Madame Carter

18  was part of any committee?

19       A.   She belongs to the people who helped

20  the Village.

21       Q.   Who are these people, sir?

22       A.   Who say that?

23       Q.   No.  Who are the people that help the

24  Village?

25       A.   I told you they always say that Madame
```

Confidential - Subject to Further Confidentiality Review

1    Carter is one of the people who help the

2    Village.

3        Q.   Right.  Who are the other people, sir?

4        A.   I don't know.

5             MS. POLLOCK:  You have five more

6    minutes, okay?

7             MR. KENNEDY:  Okay.

8             MS. POLLOCK:  I should say this

9    deposition is wrapping up in five more minutes,

10   so if anyone has any questions at all, it all

11   needs to be accomplished in five minutes.

12   BY MR. KENNEDY:

13       Q.   Sir, do you know any former PPT

14   student who was not abused by Douglas Perlitz?

15       A.   I don't know.

16            MR. KENNEDY:  That's all I have.

17   Thank you very much, sir.

18            MS. POLLOCK:  Anyone else have any

19   questions?

20            There being no further questions,

21   we'll wrap up the deposition.

22            THE VIDEOGRAPHER:  This concludes the

23   deposition of Johnson Audate.  Going off the

24   record.  The time is 6:57.

25            (Whereupon, the deposition was

Confidential - Subject to Further Confidentiality Review

```
 1              concluded.)

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    COMMONWEALTH OF MASSACHUSETTS )

 2    SUFFOLK, SS.                  )

 3              I, MAUREEN O'CONNOR POLLARD, RMR, CLR,

 4    and Notary Public in and for the Commonwealth of

 5    Massachusetts, do certify that on the 12th day

 6    of January, 2016, at 9:04 o'clock, the person

 7    above-named was duly sworn to testify to the

 8    truth of their knowledge, and examined, and such

 9    examination reduced to typewriting under my

10    direction, and is a true record of the testimony

11    given by the witness.  I further certify that I

12    am neither attorney, related or employed by any

13    of the parties to this action, and that I am not

14    a relative or employee of any attorney employed

15    by the parties hereto, or financially interested

16    in the action.

17              In witness whereof, I have hereunto

18    set my hand this 17th day of January, 2016.

19

20         _____

21         MAUREEN O'CONNOR POLLARD, NOTARY PUBLIC

22         Realtime Systems Administrator

23         CSR #149108

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1              INSTRUCTIONS TO WITNESS

 2

 3                   Please read your deposition over

 4    carefully and make any necessary corrections.

 5    You should state the reason in the appropriate

 6    space on the errata sheet for any corrections

 7    that are made.

 8                   After doing so, please sign the

 9    errata sheet and date it.  It will be attached

10    to your deposition.

11                   It is imperative that you return

12    the original errata sheet to the deposing

13    attorney within sixty (60) days of receipt of

14    the deposition transcript by you.  If you fail

15    to do so, the deposition transcript may be

16    deemed to be accurate and may be used in court.

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1              - - - - - -

              E R R A T A

 2              - - - - - -

 3   PAGE   LINE   CHANGE

 4   ____   ____   _____

 5        REASON: _____

 6   ____   ____   _____

 7        REASON: _____

 8   ____   ____   _____

 9        REASON: _____

10   ____   ____   _____

11        REASON: _____

12   ____   ____   _____

13        REASON: _____

14   ____   ____   _____

15        REASON: _____

16   ____   ____   _____

17        REASON: _____

18   ____   ____   _____

19        REASON: _____

20   ____   ____   _____

21        REASON: _____

22   ____   ____   _____

23        REASON: _____

24   ____   ____   _____

25
```

Confidential - Subject to Further Confidentiality Review

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2

 3         I, _____ , do

    Hereby certify that I have read the foregoing

 4  pages, and that the same is a correct

    transcription of the answers given by me to the

 5  questions therein propounded, except for the

    corrections or changes in form or substance, if

 6  any, noted in the attached Errata Sheet.

 7

 8  _____

    JOHNSON AUDATE              DATE

 9

10

11

12

13

14

15  Subscribed and sworn

    To before me this

16  _____ day of _____, 20____.

17  My commission expires: _____

18

    _____

19  Notary Public

20

21

22

23

24

25
```

```
1                    LAWYER'S NOTES

2    PAGE  LINE

3    ____  ____   _____

4    ____  ____   _____

5    ____  ____   _____

6    ____  ____   _____

7    ____  ____   _____

8    ____  ____   _____

9    ____  ____   _____

10   ____  ____   _____

11   ____  ____   _____

12   ____  ____   _____

13   ____  ____   _____

14   ____  ____   _____

15   ____  ____   _____

16   ____  ____   _____

17   ____  ____   _____

18   ____  ____   _____

19   ____  ____   _____

20   ____  ____   _____

21   ____  ____   _____

22   ____  ____   _____

23   ____  ____   _____

24   ____  ____   _____

25
```