# Exhibit 2

# Underseal