# Exhibit 3
# Underseal