# Exhibit 4



# NATIONAL JESUIT NEWS

DECEMBER 2004 / JANUARY 2005 ■ VOLUME 34, NUMBER 3

# Jesuit Conference board convenes with Fr. General Kolvenbach

*By Julie Bourbon*

The Jesuit Conference board met with Fr. General Peter-Hans Kolvenbach in October in Portland, Oregon. Provincials from the 10 U.S. provinces and Upper Canada were in attendance, as well as Conference President Fr. Brad Schaeffer (CHG), Jesuit Conference staff and Archbishop John G. Vlazny of Portland, Bishop William Skylstad of Spokane, who is also the new president of the USCCB, and Fr. Fratern Masawe (AOR), moderator of the African Assistancy.



Fr. General Peter-Hans Kolvenbach

Kolvenbach was on a visit to the Assistancy that took him to Spring Hill College in Mobile, Ala., and to Creighton University in Omaha, among other stops. The Portland meeting lasted four days and included a board meeting of the Jesuit Refugee Service as well as discussion of pastoral ministries, future strategies, international Jesuit fundraising in the United States, formation, Social and International Ministries, and Jesuit Life.

The JRS-USA Board of Governors met and Fr. Ken Gavin (NYK), director of JRS-USA, reported that JRS has a contract with the Department of Homeland Security for chaplaincies at detention centers in Los Angeles, Batavia, NY, Florence, Ariz., and El Paso, Texas. Advocacy work continues to go well and the JRS-USA office at the Jesuit Conference has undertaken a strategic planning process with Fr. Charles Kelley (NEN), director of Assistancy planning. Gavin reported that there is a possibility for both regents and tertians to assist with JRS efforts in the United States and abroad.

Kelley and Anton Lahnston, a planning consultant, led the provincials through a discussion and activities on the Jesuit Conference's future strategic efforts.

The finance committee recommended that the board create a "Task Force on International Jesuit Fundraising and Development in the USA" in order to develop an appropriate protocol and plan for addressing these needs and issues nationally. Those recommended for the Task Force were: Fr. Eugene Dutkiewicz (WIS), currently treasurer of the Wisconsin Province; Mr. Bill Lockyear, chief financial officer of the Oregon Province; Mrs. Rachel Brennan, assistant for development and communications in the Detroit Province; and Fr. Theodore Gabrielli (CFN), assistant for social and international ministries in the California Province.

The Provincials decided to mandate a meeting of all men in formation to take place in the summer of 2006; the meeting is for all men from novitiate through the end of theology, including men ordained the summer of 2006. The Jesuit Conference Committee on Formation (JCCF) is delegated to work out the precise timing and structure of the meeting. The JCCF will also refine the agenda, but two foci that the provincials indicated for the meeting are Assistancy strategic planning and follow-up to the for-

mators meeting of April 2004. Work on matters related to this meeting will be an important part of the agenda of the JCCF when it gathers in St. Louis Febuary17-20, 2005.

The provincials unanimously accepted the public policy agenda for 2005 proposed by the Social and International Ministry committee. Focus areas for the coming year will include: housing, access to capital and credit, immigration, Africa, particularly HIV/AIDS concerns, and Colombia. The National Jesuit Committee on Investor Responsibility (NJCIR) reported progress on their efforts. Meetings are being arranged with Monsanto, Occidental and Chevron to discuss human rights policies. Sr. Doris Gormley, SFCC, serves as NJCIR board consultant.

British Robinson, national director of Social and International Ministries, and John Kleiderer, policy analyst, submitted a written report on their summer fact-finding trip to South Africa, Botswana and Kenya. The purpose of their trip was threefold: 1) to meet with NGOs and Church organizations working on HIV/AIDS, to assist in formulating the Africa policy agenda; 2) to

continued on page 2



**A WOMAN PROTESTS** outside the Western Hemisphere Institute for Security Cooperation, formerly School of the Americas (SOA) in Fort Benning, Georgia. This year's protest marked the 15th anniversary of the murder of six Jesuits, their housekeeper and her daughter. See story on page 3. Photo by Daniel Hendrickson, SJ



**6 NEWS**
Dead Man Walking School Theatre Project offered at Jesuit schools as means of spurring public discourse on death penalty.



**10-11 FEATURE**
The example and vision of Fr. Pedro Arrupe continues to inspire in the struggle for justice in Haiti.



**20 JESUIT RELATIONS**
Fr. Ray Helmick found where he wanted to go on his own: "Anyplace that there's a good fight."

**Exhibit 4**



# NEWS

continued from page 1

meet with U.S.-based companies with operations on the continent regarding their HIV/AIDS policies for employees and subsidiaries, as part of the socially responsible investing work; and 3) to meet with Jesuits working in various ministries, to promote collaboration among the Assistancies and to attend the opening of the pilot management training project in Nairobi. Masawe made additional comments.

Fr. Jim Stormes (MAR), secretary for Social and International Ministries, reported on the fall migration meeting in Mexico City, the goal of which was improved ministry to migrant peoples through more effective coordination among Jesuit ministries in the countries of departure, transit and destination. Three focus areas included pastoral accompaniment, research and education, and advocacy and legal assistance.

The Jesuit Life Committee reported on a letter from Fr. Myles Sheehan (NEN) concerning planning for the aging members of the provinces. The provincials asked Fr. David Haschka (WIS), secretary for Pastoral Ministries, to gather up-to-date information on current facilities, demographics and actuarial data; to convene a meeting of the Province Health Care Coordinators to discuss issues raised by Sheehan; to consult other experts; to consider a convocation or "listening session" for older Jesuits; and to bring the issue back to a future meeting, perhaps with Sheehan addressing the provincials.



Fr. General Peter-Hans Kolvenbach with students from St. Andrew Nativity School in Portland, Oregon.



Fr. General Peter-Hans Kolvenbach addresses a group of Oregon Province Jesuits in Portland.

**MOVING?**

Send change of address to:
**NJN, 1616 P Street, NW, Suite 300**
**Washington, D.C. 20036-1420**

Name: _____

NEW address: _____

City, State, Zip: _____



# *Merry Christmas!*

### *from*

## NATIONAL JESUIT NEWS

*"In this was manifested the love of God toward us, because that God sent His only begotten Son into the world, that we might live through Him"*

*I John 4:9*

**NATIONAL JESUIT NEWS**

ACTING EDITOR: Julie Bourbon
PUBLICATIONS MANAGER: Marcus Bleech

**Province Correspondents**
J. Thomas Hayes SJ, California
George Kearney, Chicago
John Moriconi SJ, Detroit
Jackie Antkowiak, Maryland
Mike Harter SJ, Missouri
Richard Rice SJ, New England
Louis T. Garaventa SJ, New York
Kenneth J. Boller SJ, New York
Brad Reynolds SJ, Oregon
Donald Hawkins SJ, New Orleans
Jim McDermott SJ, Wisconsin

The articles published here reflect the opinions of the editor or the individual authors. They are not meant to represent any official position of the Society of Jesus.
When sending in address changes include your full address and home province.
mailto:NJN@JESUIT.ORG
**Find us on the Web at:**
**HTTP://WWW.JESUIT.ORG**

*National Jesuit News* (ISSN 0199-0284) is published monthly except January, March, May, July, August, September by the U.S. Jesuit Conference, 1616 P St., NW, Suite 300, Washington, D.C. 20036-1420. Phone: (202) 462-0400/FAX (202) 328-9212. Periodicals postage paid at Washington, D.C., 20066-9602 and at additional mailing offices. POSTMASTER: Send address changes to *National Jesuit News*, 1616 P St., NW, Suite 300, Washington, D.C. 20036-1420. For undeliverable copies, please send form 3579. Copyright © 2004 by the Society of Jesus.

# Ignatian Solidarity Week and the "School of the Americas": living the mystery of our lives



Photos by Daniel Hendrickson, SJ

Maryknoll Fr. Roy Bourgeois, left, founder of SOA Watch, and actor Martin Sheen led the procession outside the former School of the Americas.

By Andrew Kirschman SJ

On November 16, 1989 Salvadoran soldiers entered the Universidad Centroamericana and brutally murdered six Jesuits, a domestic worker and her daughter. This past November, Bellarmine House, a Jesuit community for First Studies at St. Louis University, planned a week of events around the 15th anniversary of the Salvadoran martyrs. Ignatian Solidarity Week sought to open experiences of prayer, reflection and education on the challenges and graces the lives of these martyrs present to us today as a people of faith.

Beginning on Sunday November 14, Saint Louis University students organized a martyr Mass in which the story of 1989 was retold and the lives of the eight martyrs were presented to the community. Themes from both the funeral rite and baptismal rite were woven into the Mass using powerful images of light and water. With the church completely dark except for the Easter candle, the names of the eight were proclaimed while students representing each martyr lit torches dispelling the darkness. The faces of the martyrs flickered onto the 700 SLU students who gathered that night.

On Monday, a candlelight procession moved across campus with actors depicting the lives of the eight martyrs. The actors played out what the last night might have been like for these contemporary martyrs. The final station on this procession was at the Pilgrim statue – a depiction of Ignatius Loyola in the Quad on SLU's campus. In a light drizzle, eight large pictures of the martyrs were placed facing Ignatius with students surrounding the scene with candlelight…a moving expression!

On Tuesday, November 16, the university community came together to celebrate Mass and pray. Fr. Bob Costello (MIS), a former provincial who celebrated Mass for the St. Louis community the day after the murders in 1989, preached a stirring homily pulling from his personal experiences of knowing and living with the Salvadoran Jesuits. He called for us to try to imagine what the life and death of these eight mean for us today. "When you find beauty mixed with hardship, it calls for a heart to share the pain." Are we willing to open ourselves to sharing in the pain in our world today?

On Thursday, we gathered again to pray over and send off the SOA protesters to Fort Benning, Georgia. Crosses with names of people killed and/or "disappeared" were handed out with travelers reading off their names as a reminder that they are "*presente*" and travel with us.

Ignatian Solidarity Week's concluding activity was the journey to Fort Benning. Jesuits from Bellarmine House, accompanying 50 SLU students, gathered for a day and a half at the Ignatian Family Teach-In. Fifteen-hundred committed, enthusiastic, bold high school and college students from the Ignatian network of schools around the country gathered together to listen to speakers from North and Central America tell of great desires to be men and women for others…men and women who desire solidarity with the poor knowing that this requires action and commitment. As we gathered to share in the Eucharist together on Saturday night, there was a sense that we are not alone in this desire.



Brian DeRouen, 26, a graduate student at the University of Dayton, Ohio, was later arrested for scaling the fence at Fort Benning.

Moments that stood out: listening to speakers like Tom Gill, a senior at SLU, who reminded us that Christ can be found even at the heart of the brokenness and pain we see in the world – a message of faith; listening to Fr. Doug Marcouiller (MIS), who reminded us that the martyrs are present with us today – a message of hope; listening to Fr. Provincial Tim McMahon (MIS), who told of his personal relationship with the six Jesuits and two women who were martyred in Central America in 1989 – a message of love. These and many others were the voices that carried us to the gates of Fort Benning. These voices, coupled with the 16,000 protestors, challenge our sense of faith, stir our desire for hope and encourage our openness to love.

"Do you believe we'd give our lives for Marx and his theories? We are companions of Jesus – that's the mystery of our life!" These words spoken by Fr. Ignacio Ellacuria have been ringing in my thoughts and prayer a lot these days.

Thanks for the people who make it a little easier to believe in the Mystery!

*Kirschmann (MIS) is a third year student in First Studies at St. Louis University.*



Sr. Helen Prejean, CSJ, and Fr. John Dear (MAR) both spoke at the Ignatian Family Teach-In.



Representing JSTB were (clockwise, from top) JSTB President Fr. Joe Daoust (DET), Amy Fielder, Kent Beausoleil (CHI), Scott Hendrickson (MIS), Mark Ryan (MIS), Flavio Bravo (NOL) and Jesus Palomino (CFN).



# COMMENTARY

# Election reflections

### By Charles L. Currie SJ

A month after the presidential election, it is hard to imagine what more can be said about the outcome. Every pundit and commentator has dissected what happened at least once, and most have tried multiple times to understand what happened and why.

There may yet be one area left to examine after the hundreds of commentaries on the recent presidential election – the challenge to careful analysis and critical thinking presented by today's campaign strategies.

Everyone recognizes that Karl Rove was a strategic and tactical genius in producing a win for President Bush, who entered the campaign in a rather vulnerable position on the controversial war in Iraq, a relatively poor economy, a growing gap between rich and poor, and international relations at an all-time low. Rove was able to distract voters from all of that and turn the election choice into who could flex his muscles as strong and tough in the fight against terrorism. In the process, and in the response of the Kerry campaign, reality and rationality often took a serious beating.

John Kerry, a legitimate war hero in Vietnam while George Bush was avoiding that war, became the weak flip-flopper and Bush the strong leader. Despite much evidence to the contrary, 70 percent of those who voted for President Bush were convinced that Iraq had weapons of mass destruction, and that Saddam Hussein was tied to Osama bin Laden. More than half the electorate thought that the country was headed in the wrong direction, but a majority voted for the one leading us in that direction. Bush was judged more likely to be effective in dealing with terror, despite having awakened new hordes of terrorists by invading Iraq.

The Administration was judged by a majority of voters to represent "values" when the gap between rich and poor was widening and social safety nets were disappearing. Even on the issue of abortion, evidence that abortions had gone down under President Clinton and were going up again under Bush did not prevent the president from assuming the mantle of the "culture of life." Even the worst record on capital punishment, and a persistent rebuff to Church leaders in going to war in Iraq, failed to remove that mantle.

The "liberal senator from Massachusetts" was blamed for gay marriages as a threat to the institution of marriage, when in fact there are more divorces in Texas where the president had been governor than in Massachusetts.

Intervention in the election by Catholics was no better when, despite an excellent and balanced letter on "Faithful Citizenship" from the U.S. Bishops, "pro-life" became almost exclusively "pro-birth," to the exclusion of other life issues and indeed the gamut of social justice issues, some of which influence the decision to have an abortion. After the election, William Donohue of the Catholic League for Religious and Civil Rights could proudly proclaim that pro-life had trumped social justice. On the communion issue, Catholics had to be confused by the attention given to the views of a small percentage of the bishops who were in favor of denying communion to pro-choice Catholic candidates and even voters, while most bishops kept silent.

Nor was the Democratic campaign distinguished by its clear, accurate thinking or attention to many important issues. The folks attempting to develop a religious outreach component for the campaign were regularly rebuffed in their efforts to suggest intelligent, carefully reasoned positions for Kerry as a Catholic candidate. The focus on tough leadership in the war on terror and on tax cuts for the middle class led to a disturbing silence on social issues like poverty in this country and around the world. In fact, both campaigns were conspicuously silent on international issues other than terror.

As we move forward, both parties need to be challenged to more intelligent and candid debate on important issues, especially the ones they neglected during the campaign. It is obvious that a political campaign involves much more than educating the electorate, but it is a bit ominous that the candidate who arguably won all three debates would lose the election.

It is also obvious that the Democratic Party, to remain competitive, has to abandon its pro-abortion stance as a party mantra and reclaim its focus on values, especially its commitment to the less fortunate in society. To that end, John Podesta's new think tank, *Center for American Progress*, and especially its "Faith in the Progressive Agenda" initiative, needs to be taken seriously. Voices, such as those of David O'Brien and David Hollenbach, on a role for Christian ethics and Catholicism in public life could benefit both parties.

Each of us has a job to do to in demanding more of our political leaders than what works in a campaign and what distracts from difficult but urgent issues and questions. It may be utopian, but we need to replace simplistic polarization and demonization with intelligent and constructive dialogue. Judging from the latest admission by House Speaker Dennis Hastert that he will be guided by what the "majority of the majority" wants in the coming session of Congress, the task will not be easy.

*Currie (MAR) is the president of the Association of Jesuit Colleges and Universities.*

### By James V. Schall SJ

*"The central feature of Aristotle's political outlook (is) that no special expertise or privilege status is required for those who run a community's affairs: all it takes is normal reasoning ability and a good moral education. Our formula for democracy – 'rule by the people' – can be taken to mean rule by ... those who have ordinary reasoning powers and ordinary moral skills."*
-*Richard Kraut, Aristotle, 2003, 462.*

During the 1952 presidential election, Fr. Michael J. Buckley (CFN), a famed classmate who unfortunately forgets nothing, recalls me claiming that "it is a 'mortal sin' to vote Republican." A wiser man would deny having said such a thing! More than half a century later, shades of a recent candidate and more wrenching issues, a "flip-flop" evidently has occurred.

My predicting the Catholic vote, however, is not impressive. In August, I made a "pessimistic" forecast that this vote, including the clergy, would go to Kerry. Even some hours after the election but before the results were known, this position still seemed right. It was, of course, dead wrong. Unlike the Clinton and Gore elections, the majority Catholic vote did go to President Bush. If we distinguish between practicing and "non-practicing" Catholics – that illusive division – in all these elections, practicing Catholics voted Republican by a large margin.

The more significant figure in the recent election for Catholics was the rapid rise of the Hispanic vote in the Republican party. Probably the evangelicals provided the decisive voting bloc, within which are a growing number of Hispanics. Contrary to the monolithic black vote – the Districtof Columbia voted 91 percent Democratic, a stable figure in presidential elections – the Hispanic vote forces appeal from both parties. A realization grows that any group preferring governmental largess to establish "rights," no matter how it is justified, is going to be permanently dependent. The Hispanics, who do most of the physical labor in this country, reject this status.

President Bush was reelected because he is and is perceived to be an honorable and good man, capable of ruling. He is a man who can make a decision and carry out its consequences. He has a firmness of conviction that responds to the objective nature of the situation. We used to call it "manliness." He understands that we are at war with a dangerous and inventive enemy, who rejects many of the basic assumptions of our civilization. Efforts of Muslim leaders to dissuade American voters from reelecting the President – Bin Laden's threat a week before the election to blow up every state that voted for Bush – were, in fact, grudging admissions that they recognized a man as firm, if not more firm, than their pride themselves on being. Since 9/11, hundreds of efforts to damage or terrorize us have been quietly prevented, largely through the President's leadership and determination.

The weepiness shown by the losers in this election has, to many, been rather striking, almost as if they thought they had a "right" to win, even if they lost. The common man's reaction to those who claim, in reprisal and depression, that they want to move to Canada or France is usually, "let me buy your ticket, please."

The fact is that John Kerry was a terrible candidate in almost every realm. His vice-president was worse. The running on Kerry's Vietnam War record, such as it was, was almost ludicrously foolish. Even Bill Clinton, of not always happy memory, told him to do something to support dignity in marriage sentiment. Kerry refused. His positions on life questions were his least fuzzy views, almost to the letter contrary to the stated position of the Church to which he claimed allegiance. Kerry never did seem to understand that abortion is not a "religious" or "faith" question except secondarily. When the lone Catholic signed the Declaration of Independence about truths "held" to be "self-evident" among which are the right to life, he was not stating his faith, but his reason.

The percentage of elite university faculties that voted for Kerry is almost the same as the percentage in the District of Columbia. One need not be a statistical genius to realize that an almost total lack of diversity is found in universities, something about which the normal voters are quite aware. The same is true for much of the media, though here, talk radio, internet, web sites and bloggers have broken this academic and elite media monopoly of information and opinion. Middle America listens, but not in lecture halls.

The bottom line is that the common sense and practically wise judgments of such a great variety of American people, spread out in the counties of the land, are increasingly being heard. The much maligned normal American knows that something is seriously wrong in contemporary culture, something he saw championed in Kerry's party and campaign. Not to know of this shift is to risk permanent alienation from a people who think there is a goodness that we ought to live by, even vote for.

*Schall (CFN) is a professor of government at Georgetown University.*

## JESUITS AND INTERRELIGIOUS DIALOGUE

# Ecumenical and interreligious — one Church, one mission, one world and two sets of friendships

By John Borelli

A friend of mine is a California Superior Court judge and chair of the ecumenical commission for the Diocese of Orange. Outside this year's "Red Mass," a journalist remembered her to say, "People of all faiths really look forward to it and say they really feel included as part of the liturgical celebration."

"I don't think the reporter got that quote from me quite right," she emailed. "I didn't lump other Christians into other faiths."

She takes her service to ecumenism and interreligious relations seriously. She attends annual workshops on Christian unity and once participated in a summer institute on interreligious relations for diocesan personnel. With her ongoing formation, she fusses over what is appropriate and meaningful for some and less so for others. She has spoken at the local mosque and sometimes prays with a Presbyterian congregation. She would be the first to welcome a Presbyterian or a Muslim to any Catholic event, but for this Eucharist she had gone out of her way to reach out to fellow Christians.

Would that the press understood the difference! When the pope visited St. Louis in 1999, dozens of Christian leaders participated in Vespers. An imam, whom I know, was quite moved to be one of the few interreligious guests. Commentators identified John Paul II's promotion of unity as the reason for this "interfaith" event, noting that a rabbi read from Isaiah with the pope presiding. Unity, yes, but there are kinds of unity, one not less than another, and Vespers is primarily Christian prayer, a way we celebrate the unity Christians already share.

John XXIII called the Second Vatican Council for renewal, updating and ecumenism. He appointed the revered biblical scholar, Augustin Bea, S.J., to head a newly established Secretariat for Promoting Christian Unity, charging him with making the council ecumenical. Cardinal Bea organized responses to the schema on the church, gathered consultors to draft one on ecumenism and initiated contacts with other churches for observers and for consultation on conciliar drafts.

We celebrated the 40th anniversary of the *Dogmatic Constitution on the Church* and the *Decree on Ecumenism* in 2004. Both bear the same date of formal promulgation, November 21, 1964, along with the *Decree on the Eastern Churches*. On that day, Paul VI declared that the *Decree on Ecumenism* "explained and completed" the *Constitution*

*on the Church.* Ten years ago, John Paul II asserted that "the movement promoting Christian unity is not just some sort of 'appendix' which is added to the church's traditional activity. . . ecumenism is an organic part of her life and work, and consequently must pervade all that she is and does..." In the *Decree on Ecumenism,* the Council urged the Catholic faithful "to recognize the signs of the times and to take an active and intelligent part in the work of ecumenism."

In the language of the *Constitution on the Church,* the Council recognized "many elements of sanctification and of truth" in other churches and ecclesial communities and that "these gifts belonging to the Church of Christ are forces impelling toward Catholic unity." Then, after further reflections on the unity Christians already share, the Council acknowledged our various relationships with "those who have not yet received the Gospel." First there are Jews, then Muslims, and then all "who seek the unknown God."

Cardinal Bea's work was not solely ecumenical. Sometime after the Jewish scholar Jules Isaac visited his friend John XXIII, the pope asked Bea to do something about Jewish relations. A text on a spectrum of interreligious relations gradually emerged through the Council's four sessions. Paul VI's encyclical on the church, early in 1964, provided a vision of a church in dialogue with the world, with people of all religions, especially with Jews, and with other Christians. Then on Pentecost Sunday in 1964, with passage of a separate document on interreligious relations assured, Paul VI created another secretariat, now the Pontifical Council for Interreligious Dialogue, and welcomed other believers to dialogue: "No pilgrim, no matter how distant he may be religiously or geographically will any longer be a complete stranger in this Rome."

In 2005, we will celebrate the 40th anniversary of the *Declaration on the Relation of the Church to Non-Christian Religions.* The Council urged Catholics "to enter with prudence and charity into discussion and collaboration with members of other religions" and "while witnessing to their own faith and way of life, acknowledge, preserve and encourage the spiritual and moral truths found among non-Christians, also their social life and culture."

In the past 40 years, we have been exploring these relationships with other Christians and with peoples of other faiths. In the decade after the Council, I entered graduate school and shifted to what we iden-

tified in Fordham's Theology Department as "history of religions." As I studied the languages and religions of India and China, I knew that interreligious dialogue would be a major part of my life and appreciated the foundation the Council had provided. By a few years after my doctorate, I had gradually become involved in ecumenical dialogue, too. Early on, I met with an ecumenical task force promoting Christian-Muslim relations. The 34th Jesuit General Congregation recognized in 1995 that interreligious dialogue is essential to Christian witness.

Dialogue, cooperation, friendship and growing communion are shared elements in ecumenical and interreligious friendships, but nuance is very important for relationships. When we discuss precious aspects of religious life, we are compelled to attend to the specifics of each relationship.

*Dr. Borelli is Special Assistant to the President of Georgetown University for Interreligious Initiatives and a Consultor to the Pontifical Council for Interreligious Dialogue. He served more than 16 years at the USCCB staffing ecumenical and interreligious relations, especially dialogues with Orthodox Christians, Anglicans, Muslims, Hindus, and Buddhists.*

## Web Resources



**Liturgy Questions**
http://zenit.org/english/liturgy

This amounts to an FAQ on liturgical practice, compiled from Zenit news agency features. Fr Edward McNamara, professor of liturgy at Rome's Regina Apostolorum Pontifical Athenaeum, responds to liturgical dilemmas and questions. This week it's about wandering priests - those who leave the sanctuary to give the kiss of peace to those in the pews. Previously he considered whether a priest can celebrate Mass wearing a stole but no chasuble. It's OK for good reason, he said, such as high humidity that might damage the vestments. An Irish reader writes in and asks about humidity that might damage the priest wearing the chasuble. McNamara himself recognizes that an authority in Rome cannot dictate norms valid in places such as Wagga Wagga, but says he's presenting principles to guide "the prudential judgment of priests and other ministers."

## LETTER TO THE EDITOR

To the Editor:
National Jesuit News

Any Jesuit sensitive to ecumenical relations with our separated brothers and sisters or to the reputation for arrogance sometimes attributed to members of the Society might be helped by the following. I have often heard Jesuits say publicly or write in official publications something to the effect that Fr. Pedro Arrupe coined the term "man for others." It in no wise diminishes the reputation of Fr. Arrupe to point out that he did indeed apply the phrase to the objective of Jesuit education as training men and women for others in his address at the Tenth International Congress of Jesuit Alumni of Europe, in Valencia, Spain, on July 31, 1973. However, he simply used for that purpose a phrase that had for years been in common parlance among many religious people, namely that of Dietrich Bonhoeffer's characterization of Jesus as "a man for others" in writings that had become popular already in the early 60s. I believe I am not the only one who heard the phrase in such contexts much before 1973. Fr. Vinnie O'Keefe (NYK), who was a General Assistant for Fr. Arrupe at that time, confirms that he quite consciously adopted the phrase in his address from such contexts.

John E. Dister, SJ



# NEWS

# Dead Man Walking Theatre Project comes to life on Jesuit campuses



Photos courtesy of H. Chase Wales

Sr. Helen Prejean signs a script for Courtney Lambert, who played Sr. Colleen in the play at Jesuit High School New Orleans.

**By Julie Bourbon**

Almost halfway through the school year, the Dead Man Walking School Theatre Project has been performed at nearly one dozen of the country's Jesuit colleges and high schools, with as many more to come in the spring.

A joint project among the Jesuits, Sr. Helen Prejean, CSJ, and actor/playwright Tim Robbins, the play was offered to students at Jesuit schools as a means of spurring public discourse on the death penalty. The play is based on Robbins' Academy Award winning 1996 film, which is itself an adaptation of Prejean's book of the same title.

"This thing is huge," said Prejean in a recent telephone interview from New Orleans, where she had just seen Jesuit High School's production of the play. "Tim is so pleased and amazed at what has happened."

Prejean recounted that it took her more than four years to convince Robbins to adapt his film for the stage; he was reluctant to do a show that was just a "warmed over" version of the movie. Prejean finally prevailed upon him to give it a go, in part because they both believed in the power of "drama as a catalyst in education," she said.

When she initially suggested offering the play to any university in the country, Robbins thought that might be casting too wide a net, so Prejean scaled her proposal down to just the Jesuit schools. She has a long connection to the Society, and both believe in the Jesuit social justice tradition. Once Robbins agreed, the project moved quickly, from an initial planning meeting last December to school productions this fall.

At Jesuit High School New Orleans, for instance, the director and students involved in the play spent a day at the Louisiana State Penitentiary at Angola, "to get them into the reality of what they're doing," Prejean said. They toured the prison, talked and ate with prisoners and ventured inside the death house. Angola is where Prejean's own passion for a moratorium on the death penalty crystallized when she accompanied Patrick Sonnier, a convicted murderer, on his journey to execution. "I knew very deep. My mission was born," she recalled.

The book and its offspring (including an opera that debuted in 2000) have proven a tremendously effective tool to get people – including Robbins himself, who once was ambivalent about the death penalty – talking about the issue. "You have to find a way to dramatically bring people close," Prejean said, "because they're never going to see an execution."

She continued, noting that, culturally, there are three primary means of reflection: the education system, churches/religion and the arts. Introducing the play to Jesuit schools was an opportunity to bring all of these means into play, to make education more dynamic by introducing drama, she said again, "as a catalyst."

The play was offered to the Jesuit schools, as well as two non-Jesuit schools (Notre Dame de Namur University in California and the University of Notre Dame), with several conditions. The first was that the play not be produced for commercial gain and the second was that each school involve at least one other discipline or department to simultaneously engage in a discussion of capital punishment, using the text of Prejean's book. Jesuit New

Orleans, for example, will use the text and watch the movie in a Christian Morality class in the spring.

Schools without the wherewithal to launch a full-scale theatrical production (they are charged for scripts, royalties and a modest participation fee) were encouraged to do readings from the script in classes. That idea, Prejean said, came from Robbins' partner Susan Sarandon, who won an Oscar for her portrayal of Prejean in the film.

Roughly half of the universities and a quarter of the high schools are participating in the project said Fr. George Lundy (NOR), director of the Newman Center at Southern University in Baton Rouge and a longtime friend of Prejean.

"There is a tremendous energy that seems to be generated by the play to want to do something in the anti-death penalty movement," he said, including becoming involved in The Moratorium Campaign, long based in New Orleans but soon to be moving to Baton Rouge, where Lundy will become the director.

Lundy and Prejean have campaigned against capital punishment together for almost 25 years. At one time they shared a single desk in the basement of the Twomey Center for Peace through Justice at Loyola University New Orleans, collaborators on a non-profit law firm, the Louisiana Capital Defense Project.

Lundy knows many of the principals depicted in Prejean's book and the subsequent adaptations. "It (the film) struck me as a very, very accurate description of what everybody goes through," he said, including families, victims and lawyers. "I thought it was a remarkable piece of art."

The project has been such a success after only one semester that it will be

opened up to the larger national university system for the next three years, with the same stipulations about not making a profit and including discussion of the death penalty, now in three academic subject areas instead of just one. Earlier this month, a full-time director was hired to take on primary responsibility for the Dead Man Walking Theatre Project.

Prejean will not be able to see all of the productions, but she saw it in New Orleans and will be in Chicago in February to see Loyola University's show. She was told that Gonzaga University, which won five Meritorious Achievement Awards from the American College Theatre Festival for the production, had to add two performances to its sold-out schedule, and that Loyola Academy in Wilmette, Ill., sent Robbins an invitation to their production accompanied by 16 pages of student signatures. "He was so touched by that," she said, that he planned to attend.

In his letter encouraging schools to take part, Robbins wrote "becoming an active, engaged citizen and participating in discourse around the big issues of our day is exhilarating. Be a player, not just a spectator. I hope you join in this ambitious enterprise."

The response after only one semester seems to be more than could have been imagined.

"Now we refer to the Jesuit project as a 'pilot project,'" said Prejean, laughing. "We didn't know it was a pilot."

*For more information please contact Melissa Collins Di Leonardo, at the Association of Jesuit Colleges and Universities (202) 321-5730/mdileonardo@ajcunet.edu, or Fr. George Lundy, S.J., (225) 775-8691/glundysj@aol.com.*



Sr. Helen Prejean poses with Andrew Lafont, who was an ensemble player in the production in New Orleans.

# Restorative justice as the Christian response

By Luke Hansen

Men and women who suffer at the hands of an unjust correctional system are "holy temples behind bars," said Fr. Provincial Tom Smolich (CFN) in his homily at the California Province Fall 2004 Social/Pastoral Conference, held November 8-10 at *El Retiro San Iñigo*, the Jesuit Retreat House in Los Altos, California.

St. Paul wrote to the community in Corinth, "Do you not know that you are God's temple and that God's Spirit dwells in you?" (1 Cor 3:16). This scripture manifested itself in Smolich's poignant image, and the image of "holy temples behind bars" was clearly appropriate for the topic of the conference: discussing restorative justice as a Christian response to crime and punishment.

What is restorative justice? In the opening presentation, Sr. Suzanne Jabro, C.S.J., the Director of "Women and Criminal Justice" in Los Angeles, laid out the principles of this concept. "Right now, in the United States, we practice the retributive model, which asks the questions: What law was



Photo by Luke Hansen

Bill Masterson, left, director of development for the California Province, and Bob O'Reilly, parishioner at Saint Ignatius Loyola Parish, Sacramento, relax between sessions.

broken, who broke it, and what is the punishment?" said Jabro. In this system, the victim and community have no voice. The restorative model, on the other hand, asks different questions: Who is hurt, what is the harm, and who needs to be healed? This model allows the victims to have a voice, a place at the table, and an active role in the pursuit of justice. This model encourages people of faith to minister to offenders, victims and all involved family members.

The focus of this conference was on the persons who have suffered under the current system. Instead of simply listening to the usual systemic analysis from experts and professionals, participants heard personal testimonies from strong individuals with diverse backgrounds who came forward and shared difficult realities in their lives: experiencing the unnecessary death of a loved one, having seriously harmed another person, never knowing incarcerated parents, raising grandchildren whose parents are serving time, or even worse yet, spending the priceless and transitory years of youth trying to survive in the current juvenile system.

The encounter among the "holy temples behind bars," the hurting family members, and the conference participants was both personal and transforming. The participants, 73 in all, left the retreat house encouraged to actively pursue the restorative justice model. These men and women represented a number of Jesuit apostolates in the California Province, including parishes, high schools and universities, the Ignatian Solidarity Network, Pacific Institute for Community Organization (PICO), Jesuit Volunteer Corps Southwest, Christian Life Communities and Jesuit Refugee Service. The Jesuit Conference in Washington, DC, Hollywood Presbyterian Medical Center, Homeboy Industries, Caminante Cultural Work and the Cardinal Manning House of Prayer for Priests were also represented.

Eric DeBode, representing California People of Faith Working Against the Death Penalty, presented information on the Victim Offender Reconciliation Program (VORP). If the offender and victim are willing to participate in the program, both sit down with a mediator and follow a three-step

process. Participants seek to recognize the injustice or violation present, to restore the damages as much as possible (often through a restitution agreement) and to discuss ways of avoiding such injuries in the future. Bode pointed out that Jesus wanted his followers to "settle differences before you end up in court" (Mt 18).

This model has been shown to be effective. "I know [the restorative model] works," shared one woman, a member of Friends and Families of Murder Victims, whose daughter and grandson were violently murdered. International examples of success include the work of Nobel Prize winner Archbishop Desmond Tutu and the Truth and Reconciliation Commission in South Africa, which sought to achieve racial healing, as well as programs in Australia and New Zealand.

"Restorative justice needs to move beyond a program or model; it has to become a philosophy and worldview," said Javier Stauring, Co-Director of the Office of Restorative Justice and Detention Ministry in the Archdiocese of Los Angeles, and one of three international recipients of the Human Rights Watch annual award in 2003 for his work with an interfaith coalition which protested abuses against incarcerated youth. Supporting restorative justice programs is a demand of our faith, according to Stauring. "When someone gets charged with a crime, we totally cut them off and dehumanize them. We need to go to them; this is where Jesus is."

The discussion on restorative justice concluded with a prayer written by Archbishop Oscar Romero, in which this figure of faith and justice reminds us, "We plant the seeds that one day will grow. We are prophets of a future that is not our own." Simply put, all are encouraged to join this hopefilled struggle for justice.

*Hansen is a Jesuit Volunteer in Santa Clara, Calif., working as a Patients' Rights Advocate for the Mental Health Advocacy Project in San Jose, which provides free legal services to mental health consumers. He spends two days each week representing clients in administrative hearings on a psychiatric unit in the local county jail.*

# In this Advent Season, lighting a candle for Africa

By John Kleiderer

*Hope*

A young married couple, the woman pregnant, fled their home out of fear of being attacked. While in flight, they could not find a place to stay and the woman eventually gave birth to a child whom they named Emmanuel, God with us. Sound familiar? This birthplace was not Bethlehem but a field in a rural area of Burundi, a tiny country in central Africa, where this refugee couple hid from people searching to kill them. Their child was a source of great joy amid suffering, a sign of hope, a gift from God. I met Emmanuel, now a young man with a family of his own, several years ago when I lived in Tanzania, and thought of him when I returned to the continent for the first time since leaving almost four years ago.

Last summer, I traveled with British Robinson, national director of Social and International Ministries at the Jesuit Conference, to Botswana, South Africa and Kenya. The trip was a fact-finding mission to learn more about the HIV/AIDS pandemic, how some Catholic groups and other

humanitarian organizations are responding, and to learn about the HIV/AIDS workplace polices of US-based companies with operations in Africa as part of the Jesuit Conference's socially responsible investing work.

We are all familiar with the staggering statistics: around 40 million people worldwide have HIV, over half of them in sub-Saharan Africa. On top of these roughly 25 million people with HIV in sub-Saharan Africa, there are over 12 million AIDS orphans. Beyond the AIDS pandemic, the horrors continue in Darfur and in northern Uganda, while violence erupts in the Ivory Coast, tensions escalate in the DRC and Liberia, and forgotten refugees from Ethiopia enter Sudan. It's easy to get lost in the numbers, until the numbers have names and faces and voices.

We learned a great deal on our trip and despite the sobering reality of the pandemic, we returned with a sense of hope. One example: inadequate health care infrastructures in many African countries create substantial obstacles to administering medicines and monitoring the health of people with HIV, yet groups are finding creative and

effective ways to overcome these challenges. In South Africa, the Catholic Church and others are distributing HIV medications through a home-based care model that makes use of parish structures to provide treatment in rural areas without hospitals. We witnessed effective public-private partnerships both with HIV/AIDS education and in providing medicines and treatment, and some companies are taking positive steps to reach out to their employees and surrounding communities. The pandemic is not beyond hope, especially with the number of extremely dedicated and competent people and institutions working tirelessly throughout the continent.

And yet despite these positive signs, it is only the beginning. In this season of Advent we recall John the Baptist, a voice crying in the wilderness. Today there are voices of justice calling upon companies that manufacture HIV drugs to lower their prices to truly affordable levels. These voices call for an end to the practice of luring vital health care workers away from Africa where they are desperately needed, in order to fill the US shortage of nurses. These voices call for the U.S. and European countries to

strengthen rather than malign the Global Fund to Fight AIDS, Tuberculosis and Malaria; and they call for just trade policies between the U.S. and African countries. You, too, have a voice.

When that child of hope grew into a man who was persecuted, it was an African – Simon of Cyrene – who helped Jesus carry His cross. Africa certainly carries her cross today. In addition to the destructive spread of AIDS, other problems of widespread poverty, food shortages, malnutrition and civil conflict continue to beset the continent.

Who would be foolish enough to have hope in this climate? The same people who believe in a God that, while all powerful, chose to become human to be closer to us, to show us how much we are loved, and who was born, yes, in an animal's grubby feeding trough in a barn. Sounds crazy, doesn't it? Tell that to Emmanuel.

*Kleiderer is a policy analyst for the Office of Social and International Ministries at the Jesuit Conference.*



# NEWS

# Oxford hosts international conference on Hopkins

*By Joseph J. Feeney SJ*

They came from Israel and Japan, from Russia and Korea, from Italy and Britain and Ireland and France, from the Netherlands and the U.S. and Canada. They spoke eight different languages. They were atheists, Catholics, Jews, Protestants and the quite secular. They were women and men, young and old, fresh new Ph.D's and the retired. They were university professors, high-school teachers, poets, poetry lovers and undergraduates from Oxford, Cambridge, Regis (Denver) and Dallas. And they all came to present or to hear 35 scholarly papers (consecutively!) about the poetry, life and relevance of Gerard Manley Hopkins, word-lover, major poet, Jesuit priest.

The event was "Hopkins: The Oxford Conference," which met at Oriel College at Oxford on the weekend of September 24-26. Sponsored by Regis University, Denver, it was brought together by Dr. Victoria McCabe of Regis and co-chaired by Paul and Loredana Kelly of Denver. The papers, as varied as Hopkins' own interests, touched on optics, Buddhist priests, ecology, Shakespeare, Tennyson, the sublime, Hopkins in Korea, Newman, D.H. Lawrence, playfulness, art, sculpture, the Irish, spirituality, the body, Wittgenstein, Lonergan, conversion, and semantics. The speakers' names chime their origins: Shimizu, Hirata, Kim, Huh, Costantini, Reggiani, Gallet, Hardwick, Groves, Phillips, Culhane, McCarthy, Popova, Sobolev. Four papers were read by Jesuits.

At Saturday evening's banquet, the English actor Richard Austin performed a group of Hopkins poems and sang his comic 48-line "Consule Jones" in its English premiere. Then Paul Mariani, scholar and prize-winning biographer of poets who is now writing Hopkins' life, gave the keynote, "In Search of the Ineluctable Hopkins."

On Sunday morning Fr. Michael Sheeran (MIS), president of Regis, celebrated the Hopkins Memorial Mass in Oriel College's Chapel, with its carved list of chaplains (including a martyr) dating back to the Middle Ages. The conference ended that evening with a visit to the Jesuits' Campion Hall to see their new Hopkins tapestry and sample their trove of Hopkins manuscripts.

In spare moments, small groups toured Hopkins' Oxford, including his own Balliol College: Chapel, Dining Hall, the two quadrangles where he lived. They walked to the places he walked to: the towpath along the Isis and Binsey, and Godstow. They visited the churches he served: St. Aloysius and the remnants of St. Clement's. They saw what he saw, and breathed the air he breathed.

A warm camaraderie marked the group, typical of Hopkins gatherings. Old friends re-met and made new friends. Young scholars met writers they had read. All lived *in collegeæ* and ate together in the Oriel Dining Hall, on wooden benches at wooden tables, overseen by a grand portrait of Queen Elizabeth II at one end and, at the other, a small portrait of Oriel's own Rev. Spooner, famed for his Spoonerisms.

Newman's portrait was there, too, for Oriel was his College.

The whole Conference was appropriately dedicated to the memory of Norman H. MacKenzie, the great Hopkins scholar and text-editor, who died last March. Friday's papers ended with a special MacKenzie Memorial Lecture.

It was a heady, busy, vibrant, international weekend. Hopkins might have been surprised. We weren't.

*Feeney (MAR) is a professor of English at Saint Joseph's University and is co-editor of the Hopkins Quarterly.*

# November 5th Jesuit Vocation Promotion Day

*By Warren Sazama SJ*

In their letter of September 27, 2002, the provincials of the U.S. Assistancy designated November 5, the Feast of All Saints and Blessed of the Society of Jesus, as "National Jesuit Vocation Promotion Day," "a special time for our communities both to pray for vocations to the Jesuit life and to sponsor activities that express our commitment to those vocations." The letter states, "In this endeavor, we unite with Jesuits throughout the world, including those in Canada, Europe and East Asia, [and Oceania] as they, too, observe November 5 with special efforts to promote our way of life. We urge each Jesuit community to plan activities on and around November 5 which invite young men to 'come and see' what our life is like."

The U.S. and Canadian response to this call from our provincials over the past three years has been encouraging. Many of our Jesuit ministries sponsored vocation promotion events this November including special liturgies, Eucharistic Adoration, Jesuit Community open houses and vocation evenings in honor of Jesuit Vocation Promotion Day. Jesuit vocation promotion advertisements were placed in Jesuit publications including a full-page ad in the November 1 issue of *America* and ads and Jesuit-related stories in a number of Jesuit university student newspapers. Jesuit Vocation Promotion Day prayer cards, produced by the North American Jesuit Vocation Directors, were widely distributed to students, colleagues, parishioners and retreatants in our ministries as well as to Jesuits.

Do these Jesuit Vocation Promotion Day efforts make a difference?

This fall, we had 58 new Jesuit novices enter in the U.S. and Canada for a total of 107 first and second year novices at the start of the year. This is the most novices we have had in the U.S. and Canada since 1991, and the most recent entrance class marks a steady upward trend since 1999. Last year, 12 percent of the Society's world-wide novices were in the U.S. and Canada, and the North American Jesuit Vocation Directors see the number of inquiries and interested men discerning a possible Jesuit vocation as remaining solid. I find these numbers encouraging. They certainly show that God continues to call good men to the Society, many of whom respond with a generous "Yes!"

Recently some young Jesuits asked me what I thought accounted for the recent upward trend in the numbers of entrants and interested men. Although this is a complex question open to interesting speculation, I am convinced that part of the answer lies in the fact that we North American Jesuits continue to become increasingly active in promoting vocations, and I believe that our Jesuit Vocation Promotion Day has been a significant stimulus for this effort.

While I deeply believe that it is God who gives the call, which is confirmed by my experience of dealing with men in their discernment process, the vocations research data clearly show that God also works through our efforts and what we do definitely makes a difference.

We Jesuit Vocation Directors know that Jesuits are busy people and that it is a challenge to keep vocation promotion as a priority. Vocation promotion doesn't necessarily involve adding more things to an already full schedule but rather having a vocation promotion consciousness to take advantage of opportunities that arise in our ministry. Such opportunities could include giving a homily with a vocations theme, sharing your vocation story in class or other presentation, having a Jesuit in formation as a guest speaker, teaching about Ignatian discernment of spirits, teaching Ignatian spirituality, teaching about Church vocations, asking a promising young man if he has ever thought about being a Jesuit, encouraging someone you know has thought about it, and praying for our men in discernment.

We Jesuit Vocation Directors are very aware that God gives the call and that our fellow Jesuits in our ministries are the primary vocation promoters upon whose efforts we depend. When you ask us "How many are you" – the more enlightened say 'we' – "going to get this year?" remember that we only reap what God sows and that you nurture through your invitations, encouragement and prayers.

*Sazama (WIS) is Wisconsin Province Director of Vocations.*



Jesuits and candidates gather in rural Wisconsin for one of three retreats that are part of the Six Weeks a Jesuit Program conducted jointly last summer by the Chicago and Wisconsin Provinces. Started by the New York Province over a decade ago, the program gives serious candidates a chance to get a better feel for Jesuit life by living and working in a Jesuit community with other men considering the Jesuits. Vocation promotion efforts and programs like Six Weeks are credited with helping to increase interest in Jesuit life. Pictured here with eight interested candidates are Fr. Warren Sazama (WIS; rear row left), Wisconsin vocations director, Chuck Frederico (MAR; rear 3rd from left), a Maryland Province theologian and Fr. David Godleski (CHG; front right) Chicago vocations director. *Photo by Michael Zeps, SJ*

# Brother honored for 50 years in the Jesuit seminary and Mission Bureau

By William C. Russell SJ

At the annual New England Province Jesuit Dinner held in late October, a special letter from Fr. General Kolvenbach was read aloud to those gathered. Its subject was not one of the honorees –that distinction is typically reserved for major players in the world of business and finance – but it didn't stop the 450 guests at table that evening from standing and filling the room with deafening applause, sensing that we were honoring perhaps the greatest single benefactor the New England Province would ever have!

"To have spent a half century working on behalf of your brother Jesuits has to be some sort of record, and I thank you in my own name and in the name of the Society of Jesus for your commitment and dedication," Kolvenbach wrote. "How many of our young men preparing for ministry to God's people are priests today because of your efforts? How many of our missionaries have been able to bring Christ to others because of what you have done so effectively behind the scenes? How many of our elderly and infirm men have been cared for and supported in their illness because of your willingness to spend yourself on their behalf?"

Those in the province will have no trouble identifying to whom the letter was addressed. Br. Jim McDavitt (NEN) had already reached legendary status in the eyes of his brother Jesuits even before he pronounced his first vows in this least Society of ours. A Worcester, Mass. boy, childhood classmate and life-long friend of Fr. Bill

Barry (NEN), Jim followed Bill to the novitiate at Shadowbrook, Andrew Carnegie's former summer "cottage" in the Berkshire hills, and quickly made himself indispensable. "Do you know anything about furnaces?" they asked him soon after he arrived. "No," he replied, "but I can learn." And learn he did!

While he may have started his Jesuit career in the cellar, before he knew it he found himself on the roof, seeing to the maintenance and repair of the thousands of tiles stretching the length of a football field, but that, too, proved to be temporary. The community was in desperate need of a tailor, and Jim found himself surrounded by bolts of Swiss Henrietta, a tape measure, cutting boards, thread, needles and a vintage sewing machine. Did he know how to operate it? Of course not. But if he could clean a furnace and patch a roof, he ought to be able to whip up a cassock and figure out how to make a biretta. Jim proved early on that there was nothing he couldn't master!

Fifty years ago, shortly after the tragic fire that destroyed Shadowbrook and claimed the lives of several of our men, Jim took on the added responsibility of the Seminary and Mission Bureau, a position he holds to this day. That he knew nothing about raising funds never occurred to his superiors, and why should it have? He mastered every task he had been assigned; why should fund-raising prove to be any different? He was a natural for the job. His appeal letters are so successful the professionals come to *him* for advice; he has made tens of thousands of new friends who remain



Br. Jim McDavitt, center, receives a framed copy of a letter from Fr. General Kolvenbach from Mary Richardson and Fr. Provincial Tom Regan (NEN).

faithful to him, and for half a century he has been the undisputed Dean of Jesuits involved in fundraising – the man they all consult.

With typical humility, he responded to Kolvenbach's letter. "I can't get over the fact that he is writing to me. I know he writes to every Jesus on the occasion of his golden jubilee in the Society, but this letter is different. It is as if he knows me!" said McDavitt, who has been lately stricken ill with an inoperable brain tumor, but whose humor and spirits remain intact, and were buoyed by the reception he received at the

province dinner. "It's a very personal letter, and when I read it I choked up. It's a miracle I didn't break down and cry! I know it sounds crazy, but it made me feel special. I know I'm not; I'm as ordinary as they come, but I'd be lying if I didn't admit that his letter made me very proud to be a Jesuit."

*Russell (NEN) lives at Boston College and worked with McDavitt at the Jesuit Seminary and Mission Bureau in the development office for more than 20 years. He completed his term as Socius to the New England Province in October.*



Students from Saint Peter's College in Jersey City participated in the weekend of activities at the School of the Americas in Fort Benning, Georgia, last month.

Fr. Jim Kuntz (NYK) commissions students Elizabeth Reavey, near left, and Andrea Freeman before they head to Fort Benning.



Students and staff representing Saint Peter's College paused for a photo before a statue of their patron before departing to Georgia along with other Jesuit students from across the country. From left: Patricia Santoro, modern languages professor, Marysue Callan-Farley, director of Campus Ministry, Guillermo Carreon, JVC member, Elizabeth McMahon, director of community service, Anna Brown, political science professor, and students Andrea Freeman and Elizabeth Reavey. *Photos by Stephen Hudik*



# FEATURE



# HAITI

# From Fairfield to Cap Haitien

Paul E. Carrier SJ

As a Jesuit, the example and vision of Fr. Pedro Arrupe continue to motivate and inspire me in the struggle for justice. Early in my formation in the 1970s, while he was Superior General, I participated in immersion trips to our mission in Kingston, Jamaica. The seed was planted and was ready to grow when I arrived at Fairfield University in fall 1988 after doctoral studies at Boston College.

I immediately began recruiting faculty and students and, in May 1990, we started the Mission Volunteer Program with two-week immersion trips to Ecuador and Jamaica. Students lived and worked with the people of Duran and Kingston.

That fall, Company Magazine did a story about the trips. Soon after, I received a call from Fr. Claude Souffrant (GLC), a Haitian Jesuit sociologist, asking that I bring students to work in Haiti. It would be my first trip there, and I have always felt at home since, in part because French was my first language: myFrench-Canadian parents spoke French at home and told me I would appreciate it later.

After that eye-opening exploratory visit, we had our first mission volunteer trip to Port-Au-Prince in May of 1991, the trip on which Doug Perlitz was a student participant.

Working with a group of fellow students, Dr. Sue MacAvoy of the School of Nursing, and me, Doug saw first hand, for the first time, the harsh realities of Haiti. Daily visits to the Home for Malnourished Children and Home for the Dying staffed by the Missionaries of Charity struck a deep and resonant chord within him.

One day while praying in the Sisters' chapel during Mass, the words in large black letters on the back wall beside the crucifix spoke to his heart. They read, simply, "I thirst." He knew then he would someday return to Haiti.

Before that first visit, Doug had asked "When will some of us stay?" during his Ignatian Five Day Silent Retreat in the winter of 1991. He was reflecting on the many service experiences he shared with fellow Fairfield students working in shelters and soup kitchens in Bridgeport, Conn., just a 10-minute drive from the university's beautiful 210-acre campus. He wondered that no matter how challenging their work in Bridgeport, Appalachia or Ecuador, they always returned to their safe and secure campus.

The call to Haiti was very much alive in his heart. He spent two years after graduation as a Jesuit volunteer in Punta Gorda, Belize, teaching in the local high school, serving as a counselor and traveling each weekend with the Jesuits of St. Peter Claver Church to the Mayan villages in the countryside. At the completion of his M.A. in theology from Boston College in 1996, Doug returned to Haiti to serve as a pastoral minister at Sacred Heart Hospital in Milot. He was sponsored by the American Association of the Order of Malta, which ran the hospital.

Periodically, Doug traveled by bus to Cap Haitien, Haiti's second largest city, a 45-minute ride from Milot. There, he met many street children, played soccer and basketball and especially listened to their stories of struggle and survival. One day, Wilnaud, one of his new friends, said to Doug, "I will be ashamed to grow up and not be able to read or write my name. Can you help me?" Wilnaud, like all the street children, did not go to school and had no future. Called derisively "sanguine" which means in Creole, "one without a soul," they were seen as no better than animals, and treated that way as well.

Doug was determined to respond to this very real need. He received the approval and support from the Order of Malta to move to Cap Haitien to begin this new work. Finding space in the back of Sacred Heart Church in Cap, Doug started his school on November 3, 1997 for Wilnaud and over 30 of his buddies. Project Pierre Toussaint was born, named after the former Haitian slave who spent his life in New York City caring for the poor in the early 1800s.

Toward the end of that year, during one of my regular visits to Doug and his new ministry, he had a spaghetti dinner for over 80 kids. It was noisy and rowdy, but for a brief moment, the surrounding shabbiness and harshness was transformed and we found ourselves in the dinning room of God's Kingdom. Everyone had a place at the table; no one was left out! That evening, exhausted, we made our way through the darkened streets of Cap Haitien, stopping to speak with the children in the alleys and on the stoops, some high on paint thinner, all hungry and afraid. The stars shone brilliantly above in contrast to the darkness below.

Doug looked up and, looking back at the kids, said, "God wants them to shine like stars, and I want that dream to come true." Working to make that dream come true has been Doug's passion these past eight years. Realizing that the kids needed more than a day school program, he began a residential

program, where children could come to live away from the streets in a home-like environment. Village Pierre Toussaint opened in 1999 and is now home to more than 50 boys who live together, pray daily in the "Chapel of the Miraculous Catch," go to school and participate in vocational programs in tailoring, carpentry, welding and farming. An intake program still exists in town, called 13th Street, and boys there prepare to move someday to the Village.

Project Pierre Toussaint is an oasis amid the suffering and turmoil of Haiti. It is a "miracle in progress" in a country that for the past 200 years has known little peace or tranquility.

The people of Haiti, to whom Doug has given his life, live a perpetual Good Friday, always in the Third Week of the Spiritual Exercises, living and suffering the Passion of Jesus in their daily experience. When I visited Doug in March of 2004, after the forced exile of democratically elected President Jean Bertrand Aristide and the violent takeover of the major cities by armed rebels, I saw for myself what Doug had lived through since the middle of February. In a letter written to the Fairfield University community, Doug wrote, "The city of Cap has gone from whistle blowing, uniformed Haitien police directing traffic to helmet-wearing, camouflaged machine gun toting rebels. The courthouse, the prison and the police station have been burned, as rule by force and terror have been resurrected. The supporters of Aristide have been arrested, put in sea containers with the doors shut. Bodies thrown into the sea with bricks tied to their feet have slowly risen to the surface."

I was struck by how afraid the people were and how sad they looked. It called to

mind the themes of Lent, so real here. There was no difficulty in finding penance or sacrifice. But I also sensed light penetrating the deep darkness, the slow, almost imperceptible dawn of Easter.

I saw that light in Doug as he traveled two hours over muddy, rocky roads to bring a critically ill woman to the hospital in town. I saw that light in the kids from the Village bringing food and water to people held in rebel prisons. I saw that light in the children of Project Pierre Toussaint, which was kept alive through Doug's faithful presence to them. He did not leave them in the violent upheaval; he stayed. One afternoon, sitting under the huge mango tree in the center of the Village, I found myself with a group of the kids. Benson turned to me and said, "All I want is peace." Tigi added, "Father, I'm sorry you came with all the troubles. I'm glad you are here."

That Sunday at Mass, I looked at all the faces, young and old, poor and tired and thought, "I wish the policymakers in Washington and Port-au-Prince could meet these people and hear their stories and see their faces. Would they make the same decisions knowing they are hurting so many?" I remembered the words of Gandhi, "Imagine a poor person, will your decision help or hurt that person?"

At the end of my March visit, the last sound I heard before I left was the rebels working feverishly to rebuild the prison they had burned down taking over the city a few weeks before. They were not working on the city hospital that has only two hours of power a day; or to restore electricity to a city of 500,000; or to build desperately needed houses and schools – they were rebuilding the prison! I left with a heavy heart.

My continued involvement in Haiti is a significant part of my work as University Chaplain and professor in the Peace and Justice Studies program. For the past few years, I have visited Cap Haitien about 10 times a year, sometimes alone and sometimes with groups of a dozen students who prepare for several months. For them, the commitment is equivalent to taking another course; upon returning, they do a year of community service in neighboring Bridgeport, often in the poor Haitian or Hispanic neighborhoods. They frequently engage in advocacy work, as well.

My teaching and preaching are deeply influenced through my regular visits and the many people I have come to know as friends in Cap Haitien. I have had the privilege of watching the children in Project

see **Cap Haitien**, page 18



Photos courtesy of Doug Perlitz and Paul E. Carrier, SJ

Fr. Paul Carrier and Wilnaud Pierre walk hand in hand through Cap Haitien in 1997, during one of Carrier's first visits. Wilnaud is now 16 and still a student at Project Pierre Toussaint.



Doug Perlitz, founder of Project Pierre Toussaint, and Fr. Paul Carrier stand before a mural of the miraculous catch. Photo courtesy of Doug Perlitz and Paul E. Carrier, SJ

# Wrestling With Ignatius

*Doug Perlitz*

"What would Ignatius do?" This question, or is it a voice, is like my inseparable persistent shadow following me in the setting sunset of a cold dusky autumn night. Wherever I walk, the voice is there. Like the dark shadow it cannot be shaken. It clings to me, it challenges. It is good, yes, and even more persistent. Where did it come from, this voice?

I remember an old Jesuit in prayer. He was kneeling in the middle pew of the old chapel of St. Ignatius Loyola at Fairfield University. He knelt quietly with his arms and hands working together to hold up the heaviness of his head. This man, I soon discovered, was grieving. As he sat it was as though he was holding up the whole universe. Grief, I realized was heavy, especially when it is related to the loss of a brother. This was grief times six.

News had just hit the campus that six Jesuits and their companions had been martyred in San Salvador. Later that night, the names of the fallen priests were read. "These Jesuits were killed because they radically lived out the message of the Gospel. They lived and worked with the poor whom they empowered and educated." While I understood little as I watched a religious community and university grieve, way down in the yet to be discovered inner workings of my soul, a tiny spring bubbled and a light kindled for the first time. Little did I know at the age of 18 that this moment, this hint of a flowing river and this light, would attach itself fully to my incomprehensible and unknown sacred self. Like barnacles on an old boat, Ignatius and his life, his history and his passion, clamped themselves to me where I least expected it – in the dark and cold underworld of my life and soul. The shadowy voice was born. It excited me and yet frightened me, too.

Fifteen years later, I am in Haiti. Armed Haitian military dressed in Grim Reaper black patrol the streets. With stolen vehicles and guns pointed to the sun, they are looking for slum dwellers, the poor, who openly support exiled President Jean Bertrand Aristide. Young men with long hair, some not older than 16, are arrested and dragged off into prison. These soldiers had come to Haiti seven months ago as the new freedom fighters. Backed by the international community, particularly the United States, they moved into town and burned the courthouse and airport while terrorizing thousands and thousands of people. They established their own law and order with one simple rule: eliminate all remnants of President Aristide's Lavalas movement at any cost and without any regard to human life.

In Port-au-Prince, a priest is dragged by his feet through the window of his parish, St. Clare's. Haitian policeman breaking the window with the heel of their black boots drag the 50-year-old man over the broken glass. Poor children hold onto the feet of their beloved priest from the other side of the window, crying in panic. Shots are fired and bullets ricochet over the plates of rice and beans that had been laid before each child by the priest. Two children are struck while those remaining run for the door. Later that day, Fr. Juste is brought to appear before Haiti's Minister of Justice. Charges are filed and the priest from the slum of Port-au-Prince is thrown into prison. The charges read before an empty court: Causing Trouble.

Who would have thought 15 years ago that I would be here? From the green trees and rolling fields of Fairfield, Connecticut, to Cap Haitian, Haiti, a land of burning charcoal, dusty corridors and sardine-packed living where humanity coughs everyday and life teeters between desperate breath to gripping hunger. Haiti, the poorest country in the Western Hemisphere by a mile, in the last seven months has gone from hopeful poverty to agonizing misery. Haiti, once the crown jewel

see **Wrestling**, page 19

Photos courtesy of Doug Perlitz and Paul E. Carrier, SJ



# PROVINCE BRIEFS

■ On the occasion of **Fr. Bob Weiss**' recent 80th birthday, Our Little Haven, a residential treatment center for abandoned or abused infants and young children, has named one of its buildings the "The Rev. Robert F. Weiss SJ Center" to honor his long service as a board member.

■ **Fr. General** has approved the appointment of **Mr. Art Zinselmeyer** as the **Missouri Province Assistant for Secondary Education**. Art comes with fine credentials; for the past 36 years he has been a member of the **SLUH** faculty and administration. After a successful career of teaching history, he has most recently served as Assistant Principal for Staff Development. He will work with the presidents and principals in the province schools to strengthen and foster their Jesuit and Ignatian mission.

■ **The Jesuits of the Missouri Province** were among a select group inducted into the Kapaun-Mount Carmel High School Hall of Fame on November 20. Jesuits founded and staffed the school located in Wichita from 1956-71. **Fr. Luke Bryne**, who taught there as a scholastic, and **Fr. Michael Harter**, who was a student during the early years, accepted the honor for the province.

■ **Fr. Tom Cummings** will count on the skills he developed as a twin as he carries out the twin roles of being appointed superior of both the **DeSmet** and the **St. Louis U. High** communities. He remained perfectly neutral by sitting on the 50 yard line and cheering for both teams when the two met to play football.

■ **Fr. Matt Ruhl**, pastor of **St. Francis Xavier Parish** in Kansas City, Missouri, paddled a kayak down the Missouri River to retire a parish debt. Parishioners and friends pledged money for each mile he and his companion Captain Al Burroughs paddled as they retraced Lewis & Clark's epic voyage 200 years ago.

■ Sister Marie Schwan led the **Missouri Province Jesuits** and their colleagues who are working directly with the **Spiritual Exercises** in an annual day of renewal. She spoke on "The Contemplatio as a Way of Life" both at **White House** in St Louis and at **Sacred Heart Retreat House** in Sedalia, Colorado.

*-- Michael Harter SJ*

■ **Fr. Bentley Anderson**, of the history department at **St. Louis University**, is following in the footsteps of St. Francis Xavier by making his tertianship in Goa.

■ The second cycle of the Ministry of Management Seminar, sponsored by the **New Orleans Province**, will focus on learning to lead organizations, especially Jesuit works, as with a management or board member. The sessions will run from June 12 to June 17, 2005, at the Dominican Conference Center in New Orleans.

■ First-year theologian **Tom Greene** represented the province at the Migration Network meeting during the fall session of the **Jesuit Commission on Social and International Ministry**, co-hosted by the province in Mexico City.

■ **Fr. Provincial Fred Kammer** participated in a kick-off dinner for a million dollar expansion fund at **Montserrat Retreat House**, Lake Dallas. New staff member **Fr. Joe Tetlow** joined Kammer in presenting a vision of a renewed program of spiritual formation for church leaders in North Texas.

■ During his October visit to Mobile, **Fr. General Kolvenbach** was presented with the first *Fons Sapientiae* award at **Spring Hill College**. The name is taken from the full motto of the college, *In Colle Exaltatus Fons Sapientiae.*

■ As a sign of the times, for the first time in years, the price of enrollment cards and Masses has increased, the **Jesuit Seminary and Mission Bureau** has announced. The new suggested offering is $10.

■ The **Jesuit Center at Loyola University** and its director **Fr. Si Hendry** sponsored the annual **Loyola Week**, a series of events to celebrate and heighten awareness of the school's Jesuit character. The high point was the annual Ignatian Lecture, given by **Fr. Greg Boyle** (CFN), who works with Homeboy Industries in East Los Angeles. His topic was "Gangs, Jesus, and Kinship: Jesuit Vision in a Social Context," emphasizing the importance of "kinship" relationships as the foundation for social justice.

*-- Donald Hawkins SJ*

# Loyola New Orleans inaugurates new president


Fr. Kevin Wildes

Fr. Kevin Wildes (MAR) was inaugurated as Loyola University's 16th president on October 15. Archbishop Alfred C. Hughes of the Archdiocese of New Orleans presided at the ceremony. Wildes replaced Fr. William J. Byron (MAR), who had served as interim president since last October. Wildes is an expert in medical ethics and has extensive teaching and research experience, having taught at Loyola College in Maryland, University of Houston, Georgetown University Medical Center and Georgetown University.

Prior to his appointment as president, Wildes was an associate dean of Georgetown College at Georgetown University and an associate professor in the department of philosophy at Georgetown. He held a secondary appointment as assistant professor in the department of medicine at the Georgetown University School of Medicine. He also served as a senior research scholar at the Kennedy Institute of Ethics and the Center for Clinical Bioethics at Georgetown.

Wildes entered the Society in 1976 and was ordained a priest in 1986. He holds advanced degrees in theology from the Weston School of Theology in Cambridge, Mass., and in philosophy from Fordham University and Rice University. He received a doctorate from Rice in 1993; his dissertation was on the foundations of bioethics. He serves as associate editor of the *Journal of Medicine and Philosophy*, as associate editor of the *Philosophy and Medicine* book series, and as co-editor of the *Clinical Medical Ethics* book series and the book series *Philosophical Studies in Contemporary Culture*. He was a founding editor of *The Journal of Christian Bioethics*.

Wildes is the author of *Moral Acquaintances: Methodology in Bioethics*. He is also the editor or co-editor of four books: "Birth, Suffering, and Death: Catholic Perspectives at the Edges of Life"; "Critical Care and Critical Choices: Catholic Perspectives on Allocating Resources in Intensive Care Medicine"; "Choosing Life: A Dialogue on *Evangelium Vitae*"; and "Infertility: A Crossroad of Faith, Medicine, and Technology."

# Fordham dedicates renovated landmark church


The newly restored face of University Church.

Fordham University celebrated the dedication of its renovated University Church on October 13. The church stands as the center of the university's religious life and one of the finest examples of Gothic architecture in the Bronx.

"We do not gather this afternoon merely to celebrate the past or to rededicate a building," said Fr. Joseph M. McShane (NYK), president of Fordham University. "We really gather to renew our dedication to the mission of the university, the mission of providing the world with a graced arena in which religion and culture, faith and reason can meet and interact, and the mission of educating leaders who will…transform the world through their grace-filled lives."

Edward Cardinal Egan of the Archdiocese of New York presided and symbolically re-opened and blessed the University Church, which was built in 1845 as a seminary chapel and parish church for surrounding farms and was temporarily closed in June 2003 for extensive renovations. Egan recalled Fordham's beginnings in 1841 under the tenacious leadership of New York's first archbishop, John Hughes, and praised the Jesuits, who took charge of the school in 1846, calling their work "the finest in higher education."

The 14-month project included a comprehensive exterior restoration, during which crews re-pointed the entire building, treated the marble stonework to prevent further deterioration, replaced worn exterior woodwork and restored the stained-glass windows in the nave. An air-conditioning system has also been added.

Declared a New York City landmark in 1970, the church underwent significant interior renovations in 1929 and 1990. It is probably most famous for the six 19th-century stained glass windows lining the nave, which were originally gifts of King Louis Philippe of France to Archbishop Hughes for Old St. Patrick's Cathedral in downtown Manhattan. However, the windows were too large for Old St. Patrick's and were instead given to Fordham. Created in Sevres, France, the stained-glass windows depict the four evangelists and Sts. Peter and Paul.

McShane closed the Mass by symbolically returning the windows to the archdiocese, presenting Egan with a framed set of miniature replicas.

# Wheeling celebrates installation of Hacala as president

Wheeling Jesuit University officially installed Fr. Joseph R. Hacala (MAR) as its seventh president during the Academic Convocation and Re-Commitment to Mission Ceremony on October 29.



Fr. Joseph R. Hacala

Col. Carol Yarnall, U.S.A.F. (Ret.), Chair of the Wheeling Jesuit Board of Directors, presided over the installation ceremony. Fr. Provincial Timothy Brown (MAR) conducted the missioning ceremony. The Most Rev. Bernard Schmitt, D.D., bishop of the Diocese of Wheeling-Charleston, gave the benediction.

Cindy Fluharty of Hopeful City read greetings from Sen. Robert C. Byrd (D-WV), Sen. John D. Rockefeller, IV (D-WV) and Governor Bob Wise. She also read an excerpt of a proclamation which Congressman Tim Murphy of Pennsylvania, a 1974 WJU graduate, had entered into the Congressional Record.

Sen. Rockefeller wrote, "I have been honored for almost 40 years to call Fr. Hacala my friend. He is a man of strong faith and love for his fellow man who is extremely dedicated to higher education."

Missioned twice to the campus by the Society of Jesus, Hacala served as Rector of the Jesuit Community, 1980 to 1984 and 2001 to 2003; as Senior Advisor to the President for Social Justice; as director of the University's Mission and Identity, and was founder and executive director of the Clifford M. Lewis, S.J. Appalachian Institute.

Hacala is a Consultor of the Maryland Province, an elected member of the Presbyteral Council (Senate of Priests) of the Diocese of Wheeling-Charleston and an appointed member, by Bishop Bernard Schmitt, to the Diocesan Pastoral Council and Diocesan School Board. At the invitation of Governor Wise, Fr. Hacala, is a member of the Board of Mission West Virginia, a statewide faith-based outreach effort. He also serves as a member of the Board of Trustees at Mount Saint Mary's University in Emmitsburg, Md. Fr. Hacala is a member of Alpha Sigma Nu, the National Jesuit Honor Society.

## JOB ANNOUNCEMENT

**Book Review Editor**
**Theological Studies**



Effective January 1, 2006, David Schultenover, S.J., will replace Michael Fahey, S.J., as editor in chief of *Theological Studies*. A search for a book review editor to replace David Schultenover is now under way. The new book review editor should expect to assume office by August or September 2005. A paid part-time assistant and other considerations can be negotiated. Expressions of interest along with a brief curriculum vitae should be sent by email attachment to david.schultenover@marquette.edu. Application deadline: January 15, 2005. The Board of Theological Studies especially welcomes applications by Jesuits.

---

## OREGON

■ **Fr. Provincial John Whitney** has established a Committee on Senior Care to assist with his discernment on the future of care for the province's elderly and infirm. Last year, according to Whitney, 133 of the 261 men in the province were over age 65. The committee will interview province members and report back to the provincial and consultors next spring. Included in the group are **Frs. Jerry Cobb, Bill Hayes, Frank Costello** and **Mike Tyrrell**, and scholastics **Charles Barnes** and **Christopher Hadley**; along with Ms. Diane Hood, CFO of the Sisters of the Holy Names, Oregon Province; Mr. William Lockyear, CFO of the Oregon Province; and Mr. Chuck Duffy, of the Provincial staff.

■ **Fr. Jim Voiss** pronounced his Final Vows at **St. Francis Xavier Church** at **St. Louis University** on October 16. Voiss is a theology professor at SLU.

■ **Fr. Vince Beuzer** is acting superior for the Jesuit community in Anchorage while **Fr. Paul Macke** is on sabbatical until mid-January. Until last summer, Macke served as director of the Anchorage Archdiocese's Holy Spirit Retreat Centre.

■ **Gonzaga University**'s president, **Fr. Bob Spitzer**, was one of three lecturers during a four-day conference in October on "Suffering & The God of Abraham." Co-sponsored by Gonzaga and Whitworth College, the conference examined depths of suffering and pain and God's actions at such times. Spitzer's latest book, "New Proofs for the Existence of God: Contributions to Late Twentieth Century Physics and Philosophy," will be published by Notre Dame University Press shortly.

■ In late October, **Fr. Bill Watson** stepped down from his position as Vice-President for Mission at **Gonzaga University** to join the provincial staff as Provincial Assistant for the **Oregon/Colombia Project**. Oregon is twinned with Colombia, and Watson will assist the provincial with coordinating programs and assignments between the two provinces.

■ Under the leadership of the rector, **Fr. Mike Moynahan** (CFN), the Jesuits working at **Gonzaga University** have initiated a series of meetings to discuss their future as a community. Given shifting demographics, the **Jesuit House Community** is beginning to consider the possibility of changes in their current living situation.

*-- Brad Reynolds SJ*

---

## CALIFORNIA

■ **Fr. Cameron Ayers** introduced the parishioners of **St. Agnes** in San Francisco to the English Mystics by venturing into the 14th and early 15th century mysticism of Julian of Norwich, Richard Rolle and the Unknown Author of *The Cloud of Unknowing*.

■ **Fr. Carlton Whitten** has been acting as a pastor of St. Charles Borromeo Parish in Peoria, Arizona, until the diocese can assign a priest on a regular basis. Until then, Carlton floats between Peoria and Phoenix where he likewise assists the faithful at **St. Francis Xavier Parish**.

■ **Br. Jeff Allen** is teaching a course in computer networking to the young men at Verbum Dei in Compton. Jeff has been working hard in Information Technology at the *Verb* trying to bring their systems into the 21st century.

■ **Jesus Palomino, Flavio Bravo** (NOR), **Daniel Hendrickson** (WIS), **Mark Ryan** (MIS) and **Kent Beausoleil** (CHG) were among the myriad of protestors and pray-ers at this year's SOA March in Fort Benning, Georgia. The group represented JSTB.

■ **Fr. Dennis Smolarski** was in the southern part of the Peoples Republic of California giving workshops to the deacons of the Orange Diocese. Dennis is the author of "How Not to Say the Mass" and teaches mathematics and computer science at **Santa Clara**.

■ The Wayne and Gladys Valley Foundation of Oakland gave $15 million toward construction of a new library at **Santa Clara University**. The gift will help Santa Clara achieve its goal of enhancing scholarship, student learning and the sharing of knowledge, according to SCU President **Fr. Paul Locatelli**.

■ **Br. Tom Koller** is settling into his new role as minister of the community at **El Retiro Jesuit Retreat Center** in the Los Altos Hills. Moving from San Francisco, Tom says he looks forward to the fog-less and warmer climates of the south-bay.

■ And, speaking of El Retiro, **Fr. Bob Fabing** has finished five years of work developing **Loyola Press**'s "New Catechism: Finding God – Our Response to God's Gifts." Bob was developing grades one through six with themes from the Spiritual Exercises, marriage and family issues and, of course, liturgical music.

*-- J. Thomas Hayes SJ*

---

## WISCONSIN

■ In honor of his leadership as president, **Creighton University** has named its new $13 million, 5,000-seat soccer stadium in honor of **Fr. Mike Morrison**. Mike served as Creighton's president for 19 years, from 1981-2000, the longest term in the history of the university. Dedication and opening ceremonies for "The Mike" were held on October 15, with Morrison in attendance.

■ **Fr. David Schultenover** has been appointed province consultor, replacing **Fr. Dick McCaslin**. Commentators speculate that Schultenover, having recently been province procurator and now province consultor, has finally begun his long-predicted run for the Generalate.

■ **Fr. Provincial Jim Grummer** announced in September that he will leave the provincialate two years early to begin a new, undisclosed job working for the General in Rome. In the next eight months Grummer intends to study Italian and, in his words, "clean house." Said Grummer, "The most dangerous man in the world is the one who has nothing to lose."

■ **Fr. Ray Bucko** and a team from **Creighton University** spent a week in an immersion/mentorship program on the Pine Ridge Indian Reservation. Participants served as mentors for seniors at Pine Ridge High School and **Red Cloud Indian School** applying for the Gates Millenium Scholarship. They also spent time learning about Lakota life and culture, essentials of the hip hop dress code, how to spit your chew, Ford vs. Chevy, wannabee gangstas, and rez slang. Eez.

■ Heeding Fr. General's call, the Wisconsin Province has been turned on to tertianship! In the last year, **Frs. Patrick Dorsey, Peter Etzel, Greg Schissel**, and **Mike Marco** have all taken final vows. **Fr. Tom Doyle, Br. Jerry Peltz, Frs. Will Prospero, Kevin FitzGerald, Pat Malone**, and **Rob Kroll** have begun and/or completed tertianship. And at last report, **Frs. Jim Clifton, Grant Garinger, Tom Lawler, Steve Schloesser, Tom Simonds, John Montag, Tom Stegman, Mike Lee, Br. Jim Holub, Frs. George Drance** and **John Thiede** are likely to begin tertianships at various points throughout 2005. This constitutes more than half of the province's men who have been awaiting tertianship.

*-- Jim McDermott SJ*



# PROVINCE BRIEFS

## CHICAGO

■ On October 27, 60 Minutes featured **Cristo Rey Jesuit High School**. The story focused on the school's innovative Corporate Internship Program and highlighted two students, Alexandra Macias and Americo Ochoa. Macias is now a freshman at Xavier University.

■ On February 9, 2005, **Fr. Mark Link** will officially launch "Faith Journey: for seekers, drifters, and believers," a website that will provide daily reflections. Link says he's designed the website to address the need of so many people in the post-modern world to discover or recover a religious outlook on life.

■ **Frs. Michael J. Sparough** and **Timothy J. Hipskind** collaborated with **Loyola University Chicago's Institute for Pastoral Studies** to present a day-long discernment, "How to Decide What You Decide." **Charis Ministries**, a Chicago Province initiative that presents retreats and opportunities for reflection for young adults, sponsored the event.

■ The art of **Fr. James W. Hasse** is currently on display at the Comboni Mission Museum in Cincinnati. Hasse also exhibited several pieces at the statewide convocation of African-American Catholics in Lima, Ohio. His work will be featured in the 2005 Josephite calendar.

■ The eighth edition of **Fr. George W. Traub's** "Do you Speak Ignatian?" was printed in August. There are now more than 40,000 copies in circulation in the U.S. and thousands more in South America, thanks to a Spanish translation by **Fr. Robert L. Dolan**. This fall, Traub was also inducted, along with **Fr. Frank Oppenheim**, into **Xavier's Silver Service Society** for more than 25 years of service to the university.

■ On October 27, the Chicago Bible Society presented **Fr. George A. Lane** with its Gutenberg Award, which honors leaders who have contributed significantly to the cause of the Bible. Lane has served as president of **Loyola Press** since 1989. Previous recipients of the award include Douglas MacArthur, Herbert Hoover, Billy Graham, and Fulton Sheen.

■ On October 3, **Milford Spiritual Center** unveiled a new overlook in a forested area near the Little Miami River. The structure was donated by an individual who wished to honor **Fr. Thomas J. Diehl**. Over 100 people attended the dedication.

*-- George Kearney*

## DETROIT

■ **Fr. William Ibach** (NEN) is involved in two projects in Marquette, Mich. One is an Ecclesial Ministry School – really Theology 101 on a two-year plan – for men and women interested in some form of Church ministry within the diocese. In addition, he and three others (two married women and a married man) have devised a program, "Come with me into the fields," providing education in smaller towns on topics which local parishioners have requested.

■ As part of **Fr. Walt Farrell's** celebration of his 70th jubilee of entrance into the Society, the novices and staff at **Loyola House**, the Chicago-Detroit novitiate, put on a "musical variety show." The novices, many of whom are accomplished musicians, honored Walt by reworking the lyrics to popular songs so that they focused on Walt and his contribution to the Society.

■ **Brs. Jim Gates** and **Dick Conroy** organized a gathering for the Detroit and Chicago Province Brothers at **Colombiere** the last weekend of October. The well-attended gathering celebrated the feast of St. Alphonsus Rodriguez, remembered the life of Blessed Dominic Collins, and recognized the work of the brothers in the Detroit and Chicago Provinces. In addition to organizing the event, Gates gave a reflection on Alphonsus' spirituality during the Mass. The feast dinner was held at Shepherd's Hollow Golf Course (located on Colombiere's grounds).

■ On October 7, **Fr. Don Serva** gave a talk on Jesuit education to the Ken Hamilton Forum in Canton, Ohio. It is a regular luncheon series of talks for local Catholic clergy and laity on issues in the Church and topics of interest. Don quoted liberally from **Fr. John O'Malley's** book "The First Jesuits."

■ As part of the installation of **Fr. Joseph Hacala** (MAR) as president of **Wheeling Jesuit University**, **Fr. John O'Malley** gave a lecture and led a panel on "contemporary adaptations of the Jesuit apostolate in higher education."

■ **Br. Jerry Pryor** has received a commission to design and execute Advent banners for the historic Atlanta Shrine of the Immaculate Conception. The church is the oldest intact building in the city, having been spared by General Sherman during his "March to the Sea," which climaxed with the burning of Atlanta.

*-- John Moriconi SJ*

## NEW YORK

■ **Fr. Michael Suarez**, professor of English Literature at **Fordham** and Oxford, will be one of the co-editors of the first-ever "Complete Works of Gerard Manley Hopkins," to be published by Oxford University Press in seven volumes between 2005 and 2011. The volumes will include Hopkins' correspondence, essays, sermons, journals, musical compositions, sketches, notebooks, spiritual writings and poems.

■ **St. Aloysius Church** in Harlem has been listed with the Landmark Commission as the first step to landmark status. **Fr. Mario Serrano** (ANT) leaves a wonderful legacy through his leadership classes with the Spanish community at St. Aloysius. They will miss him as he returns to the Dominican Republic.

■ **Loyola House of Retreats** honored Washington's Cardinal Theodore McCarrick for outstanding service to the community and Church at October's 10th Annual Fall Reception and Dinner attended by more than 200 friends of the retreat house.

■ **Cardinal Avery Dulles** gave several talks to the novices in Syracuse on the subject of thinking with the Church.

■ On November 13, 250 people packed the small new building on Manida Street in the South Bronx. At long last, **Saint Ignatius School**, the Nativity Model School started in 1995, now has a permanent home. The school reached another milestone this anniversary year: it has accepted its first class of girls. In September, 14 5th grade girls joined the 6th, 7th and 8th grade boys. Maryann Hedaa came to Saint Ignatius School two years ago as an **Ignatian Lay Volunteer**. Working with the school secretary, Vienchy Reyes – a local Hunts Point resident – and one of the teachers, Alicia Ferguson, a former **Jesuit Volunteer**, they have expanded the program to serve girls. The school hopes each year to serve 96 middle school students and assist about 75 of its alumni as they work their way through high school.

■ At the 2004 Religious Brothers Conference Awards Banquet in Atlanta, **Br. Rick Curry** received the award for ministry that honors "a Brother who by sharing his ministry enables men and women to express their ministries. He is one who calls forth from the people of God their particular gifts to be used in the mission and ministry of Jesus."

*-- Kenneth J. Boller SJ*
*-- Louis T. Garaventa SJ*

# JOB ANNOUNCEMENT

**Assistant for Social and International Ministries**
**Maryland Province of the Society of Jesus**

The Maryland Province of the Society of Jesus (Jesuits) is seeking an Assistant for Social and International Ministries.

The successful candidate will be responsible for leading the international and social justice initiatives for the Province. Priorities will include creating a database of outreach programs in the Province, developing social justice initiatives, maintaining a presence on national committees, overseeing the Province efforts for socially responsible investing, implementing recommendations of the Latino Migration and Ministry Consultation, and assisting the Provincial with international partnerships.

Qualifications include a master's degree (preferred), five years experience with local and/or international social justice organizations, strong written and oral communication skills, and ability to work well with diverse populations. Salary commensurate with experience.

The Maryland Province consists of more than 400 Jesuits working in the Mid-Atlantic region and in missions around the world, particularly in Chile, Africa and India. The Jesuits are a Roman Catholic order of priests and brothers, and we welcome applicants who have an understanding of the Catholic tradition and who can contribute to our unique mission.

Send cover letter and resume to Search@mdsj.org. Closing date is January 31, 2005.

# Web Resources



**Center for Liturgy**
http://liturgy.slu.edu/

A site that offers viewers the material to prepare reflectively before worshiping at the Sunday liturgy. Updated weekly, it is a work of the Center for Liturgy at St. Louis University.



**Gerard W. Hughes**
http://www.gerardwhughes.com

Hughes is a Scottish Jesuit author and spiritual director best known for his book "God of Surprises." The site contains a generous six chapters of one book and one chapter of another.

# von Arx inaugurated as Fairfield University president



Fr. Jeffrey von Arx

On October 7, Fr. Jeffrey von Arx (NYK) assumed the presidency of Fairfield University, becoming the eighth Jesuit to hold the position since the institution's founding in 1942. Fr. von Arx brings to Fairfield broad academic interests, an integrated view of learning, and a zest for student life born of having lived in undergraduate residence halls throughout his years at Georgetown and Fordham.

von Arx expressed his intention to familiarize himself from the outset with Fairfield's many constituencies. "One of my greatest fulfillments in life has been getting to know – in their individuality and their particularity – the institutions, communities and individuals in which and with whom I have been privileged to serve," he said. "I look forward to getting to know Fairfield both as a deep personal joy and as a response to God's call to service in this time and place."

An historian by discipline, von Arx began his academic career at Georgetown University, where he taught in the history department from 1982 to 1998 and was its chair from 1991 to 1997. He then moved into administration at Fordham University, serving as dean of Fordham College at Rose Hill from 1998 until earlier this year.

Born in Bellefont, Penn., von Arx grew up in Locust Valley on the north shore of Long Island. He graduated from Princeton University in 1969 and entered the Society of Jesus that summer. He subsequently earned an M.A. and M.Phil. in history at Yale University, and completed his Ph.D. there in 1980. A year later, von Arx received an M.Div. from the Weston School of Theology and was ordained a priest.

## VOLUNTEER OPPORTUNITIES

Dear Brothers and Sisters:

We have been invited by the Jesuits in Vietnam and in Thailand to come to teach English during the summer of 2004. There are two locations for the summer, and two others which are open all year.

**1. Ho Chi Minh City: 13 June–8 July.**
In Vietnam we will be teaching Jesuit novices and scholastics in Ho Chi Minh City. We are unable to live with the Jesuits because of political concerns. We will live in a hotel in Ho Chi Minh City, and travel 30 minutes each class day to be with our students. We will have 25-30 men in this group

**2. Chiangmai, Thailand: 27 June–22 July.**
We will be teaching a group of women and men: religious sisters, lay teachers from some of the Catholic schools, and some seminarians. We have done this program for the past two summers.

**3. Minor Seminary, Korat, (Nakhon Ratchasima) Thailand.**
This is an ongoing offer, not just for the summertime. A group of about 25 young men live here, getting ready to go to the Major Seminary (Lux Mundi) near Bangkok. They spend the year improving their English and developing their spiritual lives. The English classes are offered by an Australian Sister, and she would love to have one or two persons living/teaching/spending time with these fine young men. (Two persons would be fine if they don't mind sharing a room.) If someone would like to spend a few weeks, or a few months, living in this town in Northwest Thailand, that person would be very welcome. It is three hours from Bangkok by bus. Life is simple there.

**4. Taunggyi, Shan State, The Union of Myanmar (Burma).**
The Jesuits in The Union of Myanmar (Burma) would like to have teachers of English from the West come to their language school in Taunggyi, Shan State, in the northwest of the country. The students are young women and men, seminarians and sisters and lay persons. There is a program already going on there, and one can go to take part in it at any time of the year. Life is not easy, there are few comforts, but the people are golden. This is not for the faint hearted, but if you are interested, please contact me and I will put you in contact with them.

Most of these students have already studied English, but very few of them have "active" English. Most of them have had very little contact with Westerners. This is an opportunity for a linguistic and cultural interchange. Everyone will learn a lot.

Who is welcome to teach? Priests, scholastics, brothers, lay persons of good will and flexibility. We hope for a mixed group of teachers. We need about 7-9 teachers in Ho Chi Minh City, and 5-8 teachers in Chiang Mai, Thailand. Small groups or individuals in Korat and Myanmar.

We use music, film, poetry, writing, humor, and small groups in our teaching. We work as a group. We do liturgy in English, and we work with pronunciation and writing and communication skills.

The weather will be warm, humid, and somewhat rainy.

We pay our own way over and back, and work for our room and board while we are there.

Interested? Contact Fr. Tom Weston, SJ for more information.
Tweston@calprov.org
Telephone: (510) 653-5843 (Oakland, Calfornia).

---

## MARYLAND

■ **Fr. Walter Burghardt** (NYK), co-founder of the ecumenical journal The Living Pulpit, was recently interviewed by its new publisher, Douglas S. Stivison, for the journal's Oct-Dec 2004 issue. In addition, Gerry McCarthy, editor of the online social justice and faith magazine The Social Edge, interviewed Burghardt about his most recent book, "Justice: A Global Adventure." This interview can be found at http://www.thesocialedge.com/articles/gerrymccarthy/index1.htm.

■ **Old St. Joseph's** parishioners in Philadelphia joined other worshippers from center city churches and synagogues for a Thanksgiving Interfaith Prayer Service at Old First Reformed Church on November 23. The service is an annual event sponsored by the Old Philadelphia Congregations, a consortium of churches, meeting houses and synagogues in the oldest part of Philadelphia.

■ **Frs. Harry Hock** and **David Stokes** presented Adam Smith, Sara Scott, Veronica Loete and Michael Jaycox, four Jesuit Volunteers, to the Sacred Heart Community in late October. The volunteers are living in the rectory of the Central Methodist Church in Richmond, Va. A dinner is being planned with the volunteers to discuss further plans for greater involvement and spiritual growth.

■ **James Bopp** (MIS) continues his regency as Literacy Director of students at Hopeworks 'N Camden. Most students are high school dropouts and Jim is aiming to help them get their GEDs so that they can attend college.

■ On November 9, **Old St. Joseph's Church** in Philadelphia hosted a lecture by Dr. Roger W. Moss, an eminent architectural historian, on Philadelphia's most important religious sites. Dr. Moss referred to his recently published book, "Sacred Places of Philadelphia," and projected slides of many of the city's places of worship, including Old St. Joe's. The lecture was sponsored by Friends of Independence Hall National Park.

■ **Wheeling Jesuit University** hosted the annual conference of representatives from the Mission and Identity committees of **American Jesuit Colleges and Universities** on October 12-13. **Fr. Paul Stark** (MIS), co-chair of WJU's committee, coordinated the meeting.

*-- Jackie Antkowiak*

## NEW ENGLAND

■ **Boston College Law School** celebrated its 75th anniversary this fall. A highlight of the festivities was an address by former Dean of the Law School (1956-70) and former U. S. Representative, **Fr. Robert F. Drinan**. During the ceremony, Drinan was awarded the Law School's first Distinguished Service Medal.

■ In the June issue of NJN we reported that **Fr. Provincial Thomas Regan** had blessed the inaugural batch of batter for Break the Curse Cookies in support of the Boston Red Sox. As a follow-up, when the Sox were down 0-2 against the Yankees in the American League Championship Series, newly-ordained deacon **John Predmore** blessed another batch of Break the Curse Cookies. The rest is history.

■ Our province vocation director, **Fr. John Wronski**, who was ordained a priest only last June, has "hit the ground running." He has already attended a couple of national meetings of vocation directors, taken over the steering of the province Vocation Committee, run several "Come and See" events, and coordinated our province's November 5th day of prayer for Jesuit Vocations, which involved numerous activities around New England.

■ **Fr. Simon Smith** visited the Provincial on his 74th birthday and got a surprise gift: a return to Amman, Jordan! Si will take **Fr. Kevin O'Connell's** place there for a few months ministering to the community of English-speaking Iraqi Christians. "After that, who knows?" says Si. Just in case, he is reviewing his Iraqi Arabic under the tutelage of one of his former Baghdad College students and his wife, who now live in Massachusetts. "Never too late to travel," Si opines.

■ What happens when Jesuits who pastor two separate worshiping communities live together? Collaboration! **Fr. J. Allan Loftus** (MAR), Director of the **Jesuit Urban Center** in Boston, lives with **Frs. Robert VerEecke**, **Kenneth Loftus** (not a typo!) and **John Wronski** of **St. Ignatius Parish** in Chestnut Hill. The result? In early December there will be a day of reflection for liturgical ministers of both communities, and in 2005 three retreats for the two churches together are scheduled at **Eastern Point Retreat House** in Gloucester.

*-- Richard H. Roos SJ*



# MEMORIALS



## Lester A. Linz SJ

(Chicago) Fr. Lester A. Linz, 91, teacher and long-time Cincinnati parish priest, died June 21, 2004, at Colombiere Center in Clarkston, Mich. He had just celebrated the 60th anniversary of his ordination. A native of Bellevue, Ky., he attended St. Xavier High School in Cincinnati before entering the Jesuit novitiate at Milford, Ohio, in 1930. In 1935 he earned a BA from Loyola University Chicago and in 1938 an MA in English from St. Louis University. He was ordained a priest on June 14, 1944.

Les's principal appointments as a Jesuit included teaching at St. Ignatius High School in Cleveland from 1938 to 1941 prior to his ordination, and then in 1946, after he was ordained, an appointment to Xavier University in Cincinnati where for seven years he taught theology and moderated the Father's Club.

In 1953 he was assigned to St. Xavier High School to teach English and religion and became instrumental in a campaign to raise money for the school's new campus in Finneytown. In 1957 he was loaned to America magazine in New York to direct a public relations campaign in conjunction with America's 50th anniversary, after which he then returned to Xavier to teach English.

In 1961, he began an eight-year stint in Chicago teaching at St. Ignatius College Prep and raising funds for Jesuit International Missions, before returning to Cincinnati to begin a 30-year ministry as a parish priest. He served at the following parishes: St. Agnes in Covington (1969-1975), St. Teresa of Avila in Cincinnati (1975-1976), St. Elizabeth in Norwood (1976-1982), Sts. Peter & Paul in Norwood (1982-1983), St. Linus in Oaklawn, Ill., (1983-1984), St. Teresa of Avila in Cincinnati (1984-1986), and St. Vivian's (1986-2000).

At the age of 74, Les moved into the Jesuit community at St. Xavier High School. Despite debilitating arthritis in his hips, shoulders, and back, he continued to serve at local parishes.

For more than 10 years, he continued to say Mass three times a week for a large group of elderly people at St. Vivian's Parish, near the St. X campus.

In January 2000, his arthritis simply became too much and he retired to Colombiere Center. Yet he managed to continue his long-standing letter-writing tradition. Nearly every Christmas and Easter he sent out some 400 to 500 letters to the friends he'd made in his various ministries. He was very often inundated with responses.

*-- George Kearney*

## Robert G. Humbert SJ

(Chicago) Fr. Robert G. Humbert, 82, administrator at Loyola Academy, Wilmette, Ill., for more than 35 years, died June 25, 2004, at Colombiere Center in Clarkston, Mich.



Born on May 7, 1922 in Cincinnati, Bob attended St. Xavier High School there. On August 31, 1940, soon after his graduation, he entered the Society at the novitiate in Milford.

Bob earned an AB in Latin and English from Loyola University Chicago in 1945 and an M.Ed. in Guidance and Statistics from there in 1957. He also earned a licentiate in philosophy (Ph.L.) from West Baden College, where he was ordained a priest on June 17, 1953. In 1954, he received the licentiate in Sacred Theology (S.T.L.) from West Baden.

His principal assignments saw him as assistant principal at Loyola Academy in Chicago from 1955-1956, and then at St. Xavier High School in Cincinnati from 1957-1961. He was appointed principal at St. X in 1961, a position he held until 1963, when he was asked to serve as socius to the provincial in Oak Park, Ill.

In 1968, he returned to Loyola Academy as headmaster, but in 1971, was asked to become director of alumni affairs, a position he held until 1988, when he was named Senior Alumni and Development Officer. In his role as director of alumni affairs, Bob routinely traveled across the U.S. for various alumni gatherings. His affable nature and generous spirit served as an example of the Ignatian ideal to Loyola Academy graduates around the country and encouraged them to remain involved with the school.

Bob created an alumni association at Loyola Academy that many thought was the envy of other Jesuit schools. It wasn't just about reunions and fund-raising; it was about *cura personalis*, keeping in touch, being present to Academy graduates in both the joys and sorrows of their family lives and careers. He never forgot them, and they never hesitated to call upon him for help with weddings and baptisms, or with funerals or visiting the sick.

In 2002, health problems forced Bob's retirement to Colombiere Center. Throughout his life, he served three times on the faculty for CASE-NAIS national meetings and workshops, and twice on the faculty of the National Catholic Education Association (NCEA).

*-- George Kearney*

## J. Fillmore Elliot SJ

(New Orleans) Br. Fillmore Elliot, 73, a native of New Orleans and an alumnus of Jesuit High School, died on June 26, 2004 in New Orleans.

Fillmore was the next to youngest member of a large and well-known Catholic family in New Orleans. Two of his brothers, Clyde and Larion, became Jesuit priests, and two sisters joined the Sisters of St. Joseph of Medaille. Their mother, Enola Hannemann Elliot, is one of only two women whose portraits hang in the Hall of Honors at Jesuit High School

Fillmore entered the Society at Grand Coteau in 1948. On Christmas day two years later he knelt before his newly ordained brother, Larion, and pronounced his first Jesuit vows. Cheerful, extroverted, and helpful by nature, he served as community infirmarian for more than 20 years in Grand Coteau and Spring Hill. He knew how to adapt the rules for the comfort and wellbeing of all, and the only problems he created were usually the result of his running in every direction at the same time to do everything for everybody.

Fillmore also served as community minister at the Jesuit schools in El Paso and Houston, and for three years (1974-77) he labored in Campinas, Brazil, as a sacristan and nurse. After Campinas, for six years (1978-84) he undertook a similar ministry at the Jesuit parish in Albuquerque where he visited the hospitals regularly. It was during his years in Albuquerque that he suffered a heart attack that nearly claimed his life.

Limitations brought on by diabetes and serious cardiovascular problems did little to hinder his seven years of ministry in the infirmary at Ignatius Residence. He drove senior Jesuits to their medical appointments and collected their medicines, and he frequently crossed the fence to help the neighboring pastor with Communion and other services. He was a well-known and popular presence in Algiers.

In 1993, after one year of training at Our Lady of the Lake in Baton Rouge, Fillmore received certification in hospital pastoral ministry and took his skills to Tampa, where he ministered for 10 years at Tampa General Hospital. He continued there even after his condition required his use of a motorized wheel chair. But in 1993 he had to move to Our Lady of Wisdom Health Care Center in New Orleans.

On February 24, 2004, Fillmore was crowned King of the Mardi Gras revelry at Our Lady of Wisdom. No other resident that day could have matched his reign over the chaos and mirth.

*-- Louis A. Poché SJ*

## E. Matthew Turk, S.J.

(New Orleans) Fr. Matt Turk, a veteran hospital chaplain and holder of a master's degree in clinical psychology, died in Miami on June 27, 2004. Matt was one of 10 children of a fervently Catholic family. He was 77 years old at the time of his death and had been a Jesuit for 55 years.

Born in Mobile in 1927, Matt entered the Society at Grand Coteau in 1948 after graduating from a Catholic high school in Memphis, serving briefly in the US Navy Reserve, and studying for one year at Loyola University, New Orleans.

During his philosophy studies in 1952-55, Matt spent his Sunday afternoons teaching catechism in Crighton, a challenging mission station in Mobile that Spring Hill Jesuits served. In 1959, after his regency in Shreveport and New Orleans, Matt went to St. Marys, Kan., for theology. He was ordained at Spring Hill in 1962, and completed his tertianship in Cleveland in 1966.

After three years of special studies in psychology and serving as a resident chaplain at the University of Detroit, Matt spent 16 years as a staff psychologist at Michigan mental health clinics in Dearborn and Detroit. In 1986-87 he took one year of sabbatical leave in Jerusalem. From 1987 until his death he served as chaplain at three V.A. hospitals, ministering to veterans in Dayton, Ohio, and in St. Petersburg and Miami. In Miami he was also assigned to the pastoral staff at the Gesu Parish.

Matt enjoyed playing his clarinet, and he was quite proficient in the French, Spanish, and classical Hebrew and Latin languages. He looked forward to the infrequent times when he could be with a community of fellow Jesuits, and he would arrange his summer vacations to join other Jesuits at the Perdido Bay villa.

*-- Louis A. Poché SJ*

## Ralph C. Campbell SJ

(Maryland) Fr. Ralph Charles Campbell, S.J. died Monday, July 5, 2004 at St. John Neumann Nursing Home, Philadelphia. He was 81 years old, a Jesuit for 57 years and a priest for 45 years.

Born in Philadelphia on Jan. 27, 1923, he attended St. Joseph's Prep, Philadelphia, before entering the Society of Jesus at Wernersville on Aug. 14, 1947. He pronounced his First Vows on Aug 15, 1949.

Following juniorate studies at Wernersville from 1949 to 1951 and philosophical studies at Woodstock College, Maryland (1951-1952) and Bellarmine College, Plattsburgh, N.Y. (1952-1954), Ralph made his regency at Gonzaga College High School, Washington, D.C, where he taught history and elocution from 1954 to 1956.

He was then sent to Woodstock College, Maryland. Here, he studied theology from 1956 to 1960 and was

ordained in the Woodstock College Chapel on June 21, 1959. He took his Final Vows as a Jesuit on Aug. 15, 1963 at St. Aloysius Church, Washington, D.C.

After completing a year of tertianship at Auriesville, N.Y. in 1961, he began a long and grace filled pastoral ministry at Holy Trinity Church in Washington, D.C. (1961-1962). Here, he was assistant to the pastor, taught religion in the parish school and was moderator of the CYO. From 1962 to 1965, he held the same position at St. Aloysius Church, Washington, D.C., where he was director of the parish school and moderator of the St. Vincent de Paul Society.

He then served as an associate pastor at various parishes in Philadelphia from 1962 to 1996. These included the Church of the Gesu (1965-1978), where he was chaplain to the Boy Scouts and Girl Scouts, St. Stephen's Church (1978-1982), St. Edward's Church (1982-1987), St. Columba's Church (1987-1992), Annunciation Church (1992-1994) and St. Edmond's Church (1994-1996).

Declining health prompted his move in 1996 to the assisted-living facility in the Jesuit Center at Wernersville. He was dedicated to the mission of praying for the Church and the Society until the year 2000, when the advancement of his Alzheimer's disease led to his admittance to the St. John Neumann Nursing Home, Philadelphia, where he died peacefully on July 5, 2004.

*-- John Swope SJ*

## John P. Banks SJ

(New England) Fr. John P. Banks, 85, died at Campion Center in Weston, Mass., on July 18, 2004.

Born in South Boston, John showed scholarly and aesthetic tendencies from very early years. He spent Saturdays at home listening attentively to the Metropolitan Opera radio broadcasts while his siblings and friends engaged in neighborhood play. He played some sports, though his sister said he abandoned baseball after coming within an inch of hitting her with a fastball. He took up tennis at that point and became quite proficient on the court, staying with the game well into very senior years.

John earned a BA from Boston College in 1940 and joined the Society in Lenox, Mass. After novitiate and juniorate, he came to Weston College for philosophy. In 1945 he traveled to Iraq to teach English and math for three years at our secondary school in Baghdad. In 1948 he returned to Weston College for theology and ordination, followed by tertianship in 1952-53 at Pomfret, Conn.



He began a program of English studies, earning an MA at Boston College and a doctorate at Fordham University. Armed with these degrees he returned in 1958 to Baghdad to teach English at Al Hikma, the newly-founded Jesuit university there.

Al Hikma ("Wisdom") was begun in the early 1950s because the Jesuits observed that girls and women had little or no opportunity for education or social advancement in the dominant Muslim culture. Girls and women were welcomed and encouraged at Al Hikma. John soon became rector and dean of the new university, serving there until 1968, when a new Iraqi government closed all private schools and expelled the American Jesuits. His students regarded him with esteem and affection. John returned to the U.S. to teach English at Holy Cross College, and to serve as the Province director of international apostates.

In 1975 he travelled to our mission in Jamaica to serve in pastoral work and in religious development programs in both Jamaica and Trinidad and as president of the diocesan seminary. He remained in Jamaica until the end of his active career, serving as regional director of formation, rector of the Jesuit College community, retreat director, and librarian of the Jesuit Center in Kingston.

Worsening health problems required him to come to Campion Health Center late in 2001, where he remained, composed, thoughtful and observant as ever, until his death.

*-- Paul T. McCarty SJ*

## James E. Hoff SJ

(Wisconsin) Past president and chancellor of Xavier University and a man of great vision and energy, Fr. James E. Hoff, 72, died of cancer July 23. He was a Jesuit for 50 years and a priest for 39 years.

Born in Milwaukee June 23, 1932, Jim attended Marquette University High School (1946-50) and the University of Notre Dame (1950-52). He came to Marquette University in 1952 and realized then that he had a vocation to be a Jesuit. He entered the Society at Oshkosh in August 1953.

He enjoyed one year of juniorate at Florissant and went to Spring Hill College in Mobile where he finished first studies in biology (BA, 1958) and philosophy (MA, 1959). Sent to Creighton Prep for regency (1959-62), Jim studied theology at St. Marys, Kan., was ordained in Milwaukee in June 1965, and completed tertianship at Saint Jérôme, Quebec.

People say Jim was a goal-oriented man who knew how to reach the goals he set. Jim brought that trait with him when he became novice master when Jesuit novitiate life was transitioning from a rural to an urban setting. Jim created a novitiate that differed markedly from its predecessor at St. Bonifacius, Minn., and took a lot of criticism from Jesuits around the province



for it. But the novitiate he created is close to what is in place today, indicating he was a man who could be in the present while envisioning a better future.

After being novice master Jim went to Massachusetts General Hospital (1975-76) to study medical ethics and from there to Creighton University where he taught, introduced the concept of hospice care and was a founding board member of Hospice Omaha, Inc. Also at Creighton he served as acting dean of the medical school (1981-83) and as vice president for university relations and development (1983-91).

In 1991 Jim was named 33rd president of Xavier University. Jim's influence went beyond renovating and landscaping the campus. He is remembered most for his way with people. A former student said, "I remember his incredible gift of making everyone feel special, important and valued."

That gift was commemorated on Xavier's campus in 2002 with a statue of Jim greeting and conversing with students. A humble man, he asked there be little fanfare about the unveiling since "these things should be reserved for the deceased, so as not to embarrass the living with undeserved attention."

When the task of developing a new strategic plan for Xavier was imminent, Jim announced his retirement. A year later, in 2001, he was named chancellor; but amidst his official duties he found time to volunteer at a local hospice. In January of 2004 he found out he had cancer and received home hospice care in the weeks before his death. A stream of friends and acquaintances visited him right up until the day he died.

*-- Charlie Baumann SJ*

## John J. MacDonnell SJ

(New England) Fr. John J. MacDonnell, 77, died in Concord, Mass., on July 29th, 2004. Two brothers, Joseph and Martin, who are also Jesuit priests, survive him.

John was born in Springfield, Mass., and graduated from Cathedral High School there in 1944, then completed freshman year at Boston College. In 1945 he entered the Society at Lenox, Mass., and did novitiate

and juniorate there before coming to Weston College in 1948 to earn licentiate and master's degrees in philosophy.

In 1951 he started work on a doctoral degree in mathematics at Catholic University, completed the course work in 1955 and returned to Weston College for theology studies. Along with the theology studies he completed his mathematics doctoral dissertation in 1957 and was awarded the Ph.D.

Ordained in 1958, he completed theology in the following year, and then did tertianship at Pomfret, Conn. In 1960 he began a close to 40-year span of service as a professor of mathematics at the College of the Holy Cross, punctuated by sabbatical years in special programs at Washington University in St. Louis and the University of Massachusetts at Boston.

For the last 30 years of his life he was very active in the Clavius Group, a gathering of 24 mathematicians, Jesuit and lay, men and women, named after Jesuit mathematician/astronomer Christopher Clavius. The group meets every summer and is a close-knit community of faith as well as a team of scientific researchers.

In the classroom and in the faculty room, John was well liked by students and colleagues, not least because he was a highly intelligent, lively minded and witty man, and fun to be with. His interests and talents were by no means limited to academia: he was a slightly built man, but a capable and spirited competitor in baseball and basketball especially, and followed those sports with interest.

John was strongly committed also to spirituality and prayer, and spiritual direction for others. He engaged in this work while still residing at Holy Cross after his retirement from the classroom in 1999, and then sharpened his skills by a year of clinical-pastoral education at Campion Renewal Center in Weston, and another year of specialized training at the Jesuit Center for Religious Development in Cambridge, Mass.

After 43 years at Holy Cross and with some worsening health problems, he moved to Campion Center in late 2003, but continued to be in demand and at work as a spiritual director right up to the time of his unexpected passing.

*-- Paul T. McCarty SJ*

The following Jesuits have died since the NJN last published and prior to our November 19 deadline. Their obituaries will appear as space and information become available.

| | |
|---|---|
| Anabale, Richard J. (NYK) | September 24 |
| Cazenavette, John J. (NOR) | November 16 |
| Costello, Charles P. (MAR) | October 29 |
| Culhane, Eugene K. (NYK) | November 15 |
| Diskin, John J. (NEN) | September 9 |
| Everett, William J. (CHG/JAP) | October 13 |
| Felten, John N. (CHG) | October 10 |
| Griffin, Robert H. (CHN/CFN) | May 9 |
| Helfrich, P. Jeremiah (CFN) | November 5 |
| Leroux, William F. (ORE) | November 19 |
| Logan, Francis A. (ORE) | October 8 |
| Mahan, George S. (NEN) | October 3 |
| Moltesz, Joseph E. (HUN/NYK) | September 15 |
| Monaghan, James T. (CFN) | October 18 |
| Moriarty, Frederick L. (NEN) | October 5 |
| Price, Basil M. (WIS/KOR) | September 29 |
| Riedinger, Francis J. (NOR) | September 17 |
| Small, Joseph H. (ORE) | October 17 |
| Thoman, A. Robert (NYK) | October 24 |
| Vye, Francis W. (NEN) | October 13 |



# FEATURE

## Cap Haitien

*continued from page 11*

Pierre Toussaint grow physically as well as spiritually. I have baptized some and celebrated First Communion with others. They see me as their priest, and I see them as a very important community in my life.

The Fairfield University Chapel Community supports the project through school sponsorship and donations of school and sports supplies; they are eager to respond to any need that arises. After the devastating flooding in Gonaives in September, which left 3,000 people dead, the Chapel Community sent $15,000 for flood relief.

Because of Doug's commitment and work, I am able to continue that effort and see the amazing results of faithful, dedicated presence. Fairfield University and Project Pierre Toussaint may be miles apart, but are only a heartbeat away, in prayer and solidarity.

My experience in Haiti has proven the truth and wisdom of two phrases I share with our students: "you perceive from where you stand" and "you become responsible for what you see – forever!"

Today, Project Pierre Toussaint continues to be a stark counterpoint to the situation in the rest of the country. In his eight years in Haiti, Doug has seen coups, violence, floods, hurricanes, disasters and difficulties of all kinds. All of us who have participated with Doug in this "miracle in progress" have been transformed. In my August 2004 visit, seven years after that spaghetti dinner glimpse of God's Kingdom, I felt more than ever that Doug's village had become a huge banquet hall filled with the sounds of love and life. I stood in the center of the Village and listened to the sounds of welding and carpentry, activities of work and creativity.

I smiled as I saw the newest addition to the boys' education, "Project Pierre Toussaint Driving School" as one of the trucks was driven slowly around the village with a student driver behind the wheel and three observers in the back seat. As I stood there transfixed by the beauty of the scene, Wilnaud came up to me.

I asked him about school and his vocational work in welding. I told him that I would be back in a month, and he looked at me and said, "You don't stay long enough." His simple and direct statement reminded me of Doug's question, "When will some of us stay?" and I realized that in Doug's answer, through his life, he has told Wilnaud and all the children that we care, that we don't forget, that though separated by miles, we are family now, a family brought together by the life of Jesus and the vision of St. Ignatius Loyola.

Although there are no Jesuits in Cap Haitien, (there are over 35 Jesuits in Haiti, mostly in Port-au-Prince) the vision of St. Ignatius is alive and vibrant in the work of Doug Perlitz, Jesuit grad, honored alumnus of Fairfield University.

*Carrier (NEN) is the director of Campus Ministry at Fairfield University and of the Mission Volunteer Program for Haiti, Ecuador, Mexico and Nicaragua, a professor of faith, peace and justice studies, and chairman of the board of Project Pierre Toussaint in Cap Haitien, Haiti.*



Boys from the 13th Street School in Cap Haitien work on art projects.  *Photo courtesy of Doug Perlitz and Paul E. Carrier, SJ*

# BOOKS

### Divine Mother, Blessed Mother: Hindu Goddesses and the Virgin Mary
By Francis X. Clooney SJ
Oxford University Press, New York, 2005
264pp., hardcover, $45.00
ISBN: 0-19-517037-7

Drawing on questions about gender and God raised in feminist theology, both by Christian theologians and more widely, this book adds to the conversation by exploring three goddess traditions of Hindu India, reading three famous goddess hymns in light of their traditional Hindu interpretation. In order to relate this information back to the Christian tradition, links are made to Marian theology and devotional practice, again illustrated in hymns. Both similarities and differences are stressed. Fr. Clooney is Professor of Theology at Boston College.

### Living Peace
By John Dear SJ
Doubleday, New York, 2004
226 pp., paper, $11.95
ISBN: 0-385-49828-4

A spiritual guide for creating an inner tranquility that can motivate global peace. Dear breaks down the life of peace into three parts – an inner journey, a public journey and the journey of all humanity – and shares the spiritual practices that have sustained him while teaching readers how to integrate these practices into their own lives.

### The University and Its Martyrs: Hope from Central America
By Dean Brackley SJ
Centro Monsenor Romero, Universidad Centroamericana, San Salvador, 2004.
55 pp., paper
Available through cpastora@crm.uca.edu.sv

In honor of the 15th anniversary of the assassinations of the six Jesuits and their companions at the University of Central America, this short book includes a chronicle of the UCA murders; an essay on the UCA of Ellacuria and his companions and the philosophy of the UCA and what it can teach us elsewhere; and a bibliography in English of resources on El Salvador and Central America, the war years, U.S. government involvement, Archbishop Romero, the four U.S. churchwomen, the prophetic Church and solidarity.

### Negotiating Outside the Law. Why Camp David Failed
By Raymond G. Helmick SJ
Pluto Press, London, Ann Arbor, Mich., 2004.
342 pages, hardcover, $27.95
ISBN: 0-7453-2219-0

A startling account of the arguments, relationships and strategies that played out over the summer of 2000 as President Bill Clinton, Ehud Barak and Yasser Arafat came together to negotiate peace between Israel and Palestine. Based on personal correspondence and position papers with all three leaders, as well as a long personal association with Yasser Arafat and a series of Israeli Prime Ministers dating back to 1985, this book offers a unique account of the real reason behind the failure of Camp David.



# Wrestling

*continued from page 11*

of France's new world and buzzing with life and promise has fewer than three percent of its trees left. Literacy and the unemployment rate hover at 65 percent. Worse than all of this, however, is the fact that their president, the president of the masses and the poor, was taken from them in February. Only he really listened to their dreams and their desires. Now, as if back to the days of Papa and Baby Doc Duvalier, life is heavy again, as life can be when it is hopeless, dark and without a glimmer of betterment to come.

As I see Haiti crumbling around me even after eight years, I find the answer to this question at the very center of my ability to continue to work here. If Ignatius were here today, what would he really do? Like a coat it seems at times my Ignatian spirituality is uncomfortable, too tight and restrictive, preventing me from a freedom of unhindered self-expression. As Haiti's masses are pushed into mud again, at times I want to lash out in anger and bitterness, leaving Ignatius and his life and dream for the world behind.

It is the shadowy voice which has made the difference. Since it first attached itself to me in a campus chapel, it has kept me pointed, like a compass, to what is utterly important and at the heart of what

Ignatius is about: seeing God in all things. This concept lived to its utmost extreme is all about unconditional love. It is the belief that pure light can be found in the darkness of any situation. Haiti is filled with hopelessness now more than ever in its history. Hopelessness, like mist in the morning air, evaporates with a steady and pure examination of consciousness. From the rising of the Haitian sun over the barren mountains to its setting on the sheet metal roofs and those who sweat below them, the examination of consciousness can only lead to finding God's grace abundantly where by quick glance only suffering, hopelessness and misery appear.

Ignatius was determined. He was pushy and scrupulous with his faith. Even with evil before him he saw God infinitely and wholly in others. Seeing God in this way became the basis of his faith and the roots of why Jesuits like those in El Salvador fought for human rights and the dignity of all persons. A disciplined look at another with compassion will only breed compassion itself and then love. Seeing the world and others in this way, Ignatius realized that God has a spectacular dream for all people, a dream that includes education, jobs and health, with no one left out.

Eight years ago, a Haitian street kid named Wilnaud Pierre came up to me and reminded me of Ignatius' dream. He was homeless, shoeless and hopeless. With the wisdom and candor of a child, he said "Doug, will you send me to school some day?"

This is a dream I am still trying to fulfill. To think, it all began with a shadowy voice on a cold November night 15 years ago. It continues today. I am a better person because of it. Wilnaud, now almost 17, and his band of street brothers have became a part of it, too. That is the magic of St Ignatius. It is determined and seeks life where most believe there is none.

*Perlitz is a graduate of Fairfield University and Boston College, and an alumnus of Jesuit Volunteers International. He founded Project Pierre Toussaint in Cap Haitien in 1997 and received an honorary doctorate from Fairfield in 2002 for his work in Haiti.*

For more on Project Pierre Toussaint, visit www.haiti-project-toussaint.org.



Founder Doug Perlitz and students at Village Pierre Toussaint.

Students in Doug Perlitz's first school in Cap Haitien at Sacred Heart Church, founded by the Order of Malta.

Photos courtesy of Doug Perlitz and Paul E. Carrier, SJ

## JOB ANNOUNCEMENTS

**Vice President for Mission**
**Saint Joseph's University**

Saint Joseph's University, Philadelphia's Catholic and Jesuit university, invites applications and nominations for the position of Vice President for Mission.

Saint Joseph's University is a nationally recognized, private, comprehensive university founded by the Jesuits in 1851. Saint Joseph's has distinguished itself with a strong liberal arts core curriculum, fostering rigorous and open-minded inquiry, maintaining high academic standards, and attending to the development of the whole person. The campus is located in a beautiful suburban setting on 65 acres at the edge of the city, adjacent to the Philadelphia Main Line. The Vice President for Mission will be a member of the President's cabinet, and will be responsible for promoting the active engagement of the university community in carrying out the Jesuit, Catholic mission of Saint Joseph's. The Vice President will serve to oversee and coordinate the Ignatian Identity Committee, community service programs, Academic Council on Mission and Identity, Board of Trustees subcommittee on Mission and Identity, and Faith/Justice programs. The Vice President supervises Campus Ministry, and provides opportunities for lay collaboration and shared leadership with lay colleagues in mission-related work.

Qualifications for the position include an earned doctorate with teaching experience, five or more years in educational administration, excellent oral and written communication skills, background in designing programs for many constituents, ability to work collaboratively and take initiative, experience with many religious traditions and cultures, understanding of Saint Joseph's University culture, knowledge of spiritual development, and personal experience of the Spiritual Exercises of St. Ignatius.

Candidates are strongly urged to review the University's website at www.sju.edu for additional information about the university and its mission. Candidates are also asked to go to www.sju.edu/HR and click on Employment for the position description and to apply. Please attach electronically a letter describing your interest in and qualifications for the position, a resume, and the names, titles and phone numbers of at least five references. Nominations are to be submitted to mcloney@sju.edu. Review of candidates will begin mid to late December, 2004 and will continue until the position is filled. The successful candidate shall commence service in this position on June 1, 2005.

Saint Joseph's University is a Catholic & Jesuit institution & expects its faculty & staff to be knowledgeable about its mission & to make a positive contribution to that mission.
AA/EEO/M/W/D/V

**Music History/Theory/Composition, Tenure-Track Position**
**Saint Joseph's University**

Responsibilities: Develop a theory/composition program that includes non-music majors within the Department of Fine & Performing Arts; teach music appreciation and history courses to a diverse undergraduate population. Successful candidates will have a breadth of knowledge and interests suited to the study of music within the liberal arts, experience in coordination and use of instructional technology, two years teaching experience, and demonstrable creative and scholarly activity. Ph.D or DMA in relevant area required.

Start Date: Fall, 2005. Application deadline: January 15, 2005.

Please apply on-line at www.sju.edu/hr, click on Employment, and follow the guide. Please attach your letter of interest, vita, and statement of teaching philosophy. In addition, please send a hard copy along with 3 letters of reference to: Music Search Committee Chair, Department of Fine and Performing Arts, Saint Joseph's University, 5600 City Ave., Philadelphia, PA 19131-1395.

The Department of Fine & Performing Arts serves approximately 1100 students each year, including approximately 50 majors. Saint Joseph's University is a Catholic & Jesuit institution & expects its faculty & staff to be knowledgeable about its mission & to make a positive contribution to that mission.
AA/EEO/M/W/D/V



# JESUIT RELATIONS

# Building peace and harpsichords, one note at a time

### By Julie Bourbon

It is hard to know where to begin writing about Fr. Ray Helmick. An authority in conflict resolution and mediation, he has worked on some of the most explosive and important political issues of our time, engaging in the peace process in Northern Ireland, mediating conflict in the Balkans, working to establish better relations between the Israelis and the Palestinians.

He knew Yasser Arafat personally and has corresponded with the Vatican about the conduct of Catholics in East Slovonia, with Slobodan Milosevic during the Dayton Peace Accords and with Secretary of State Colin Powell about the Middle East. He maintains that the famous Pottery Barn rule -- "you break it, you own it" -- evoked by Powell and later mangled by Sen. John Kerry in one of the presidential debates, was his analogy.

He marched with Martin Luther King, Jr., protested the Vietnam War and studied ecumenical theology at Union Theological. His most recent book, "Negotiating Outside the Law: Why Camp David Failed" was published in late 2004.

"I thought I was going over there for a summer," said Helmick (NEN), 73, of his first visit to Northern Ireland in 1972 as part of a mixed group of Catholic and Protestant theology students. Working at the nexus of churches, political parties and paramilitary groups, Helmick sought common ground among hostile groups who believed they had none.

"I came up with projects," he recalled of those first days, during "The Troubles," as that time is called. "I was looking for something they could acknowledge as a common interest. It wasn't hard – they all needed jobs." Helmick approached American and British companies and asked them to invest in jobs in Northern Ireland, which involved negotiating on the ground for the safety of the employees and structures, as well as access for the workers, who would be a religiously mixed work force.

In 1973, Helmick became the associate director of the Centre for Human Rights and Responsibilities, working out of London because the Church in Northern Ireland did not want him living there. The Centre was a joint project of the English and Irish Jesuits. He was actively involved in the training of community associations in Belfast from 1972-1981. "At this stage, I was into something I couldn't walk away from," he said.

During those years he was also working with Iraqi and Turkish Kurds, and leaders from South Africa, Rhodesia/Zimbabwe, East Timor and, "of course," with principals in the Israeli-Palestinian conflict. "That way I got into all of these different conflicts," he said, which seems to be the way it works with Helmick.

In 1999, Helmick was part of a team of negotiators, including the Rev. Jesse Jackson, who traveled to Belgrade during the bombing campaign to bargain successfully for the release of three American soldiers


Fr. Ray Helmick stands before the 16' tabernacle he designed and built at his brother's parish. *Photo by Lee Pellegrini.*

captured by the Yugoslavs. They tried also to reinstate some diplomacy into the situation, which "was just stone dead," meeting with the Serbian and Montenegrin government and the Orthodox hierarchy, including the prelate and the synod of bishops.

That experience, in part, led to the organization through the Boston Theological Institute (BTI) of a trip to Switzerland for a 10-day conference of theology students from throughout the Balkans in 2000. Representing the Orthodox, Muslim, Catholic and Protestant faiths, they were about 40 in all. "I knew this was going to be a hard slog for them, meeting people they had seen as the enemy," Helmick said. Although the first few days were tense, the students ended up breaking through their defenses and finding that which Helmick has sought to help others find for years: common ground.

"It was a very great experience," he said, recalling those days and the young people, many of whom have since become peace activists. "They're still in contact with each other."

An indefatigable letter writer, he has sent correspondence throughout President Bush's tenure in office to National Security Advisor Condoleezza Rice, to Powell and to Bush himself. Only Powell, now on his way out of office, ever responded, although not about Iraq but rather the Israeli-Palestinian conflict.

Helmick is, not surprisingly, against the current war in Iraq, which he predicted would result in insurrection in Iraq and the overthrow of Arab governments friendly to the United States, including probably Saudi Arabia, Egypt and Jordan. "We're in the process of losing the war," he said, clearly distressed, adding, "I'm very much concerned with the Israeli-Palestinian connection."

Such weighty matters are always on his mind. At Boston College, he has been a professor of theology for 20 years; most of his theology classes deal with conflict resolution, and his conflict resolution classes are theological, he said. Helmick has also become involved in documentary film making. A byproduct of Helmick's regular travel abroad with groups of students from the BTI, the films, several of which have been shown on PBS, have covered Northern Ireland (twice), Jerusalem, South Africa, the Balkans and, most recently, Sicily.

"Killing Silence: Taking on the Mafia in Sicily" aired earlier this month on PBS and was screened at the Museum of Fine Arts in Boston. The College of Fine Arts at B.C. has been instrumental in getting the films made. Another trip, perhaps prompting another film, is scheduled for this coming summer to Syria and Lebanon.

But what about when he isn't negotiating for peace? That's where it gets really interesting. Helmick has, for starters, built his own harpsichord. A student of the piano and organ since his childhood, Helmick realized years ago "I was playing Bach on a piano and I needed to be playing a harpsichord." So he built a few clavichords first, "just to get over the fright," and then proceeded to construct an 8' long 18th century French harpsichord which has accompanied him across the Atlantic to England and Ireland and which is with him currently in Boston. "I play

anything with a keyboard," he said.

The harpsichord adventure came about while he was a graduate student at Union Theological Institute in the late 60s and early 70s, and it led him into furniture making generally. "My own tastes run to Chippendale," he allowed; he initially made furniture using measured drawing copies, before learning to design his own.

All of that was a precursor to the big event, helping his brother William, a diocesan priest in Boston, build a tabernacle for his neo-Gothic church, St. Theresa of Avila, built in West Roxbury, Mass., in 1930. Helmick constructed a 16' tower structure for the tabernacle, made of wood and gold leaf, based on a Flemish model. It took him almost eight years to complete (1990-97) and cost him the tip of his thumb in a table saw accident. "My first expletive was 'piano,'" he laughed, but his piano playing was ultimately unaffected by the mishap.

He is now working on another project for the church, designing and installing colored glass mosaics depicting the life of St. Theresa of Avila on one wall and the healing miracles of Christ on another. The glass is imported from Venice. "These things take a long time," he said, reluctant to predict when the project might be completed.

This convergence of music, wood and glass work and the priesthood has been a providential one for a young man who planned a career as a pianist or an architect until he and the Lord "decided otherwise," Helmick said.

"I'm having fun," he said, after recounting his many adventures. "Going into the Jesuits, blind obedience and all that stuff – I find I have more freedom."

Once he had become involved in conflict resolution, his province had a hard time assigning him and ultimately said Helmick had to determine where he wanted to go on his own. And where was that?

NATIONAL JESUIT NEWS

1616 P ST. NW, SUITE 300 ■ WASHINGTON, DC 20036-1420

PERIODICALS