# Exhibit 5



## Minutes of Meeting of Board of Directors
## Haiti Fund, Inc.
## Project Pierre Toussaint
### July 9, 2003

Pursuant to prior notice, the Board met at the Egan Chapel at Fairfield University at 7:00 p.m. Present were the following: Rev. Paul Carrier S.J., Daniel Romanello, Ed Brennan, Marie-Agnes Sourieau, John Cullinane, Dan Miles, Hope Carter, Sue MacAvoy, and Philip Allen Lacovara, constituting a quorum.

**1. Approval of Minutes.** The minutes of the April 27, 2003, Board meeting were approved (as amended).

**2. Reports on Status of Project.** Fr. Carrier reported that safety and stability have been improving. After approximately a year in shipment and customs, the Toyota Land Cruiser for use by the project has arrived. Fr. Carrier reported on his most recent visit to the project along with Board member MJ Murphy. Both the 13th Street program and the Village are reopening after a brief summer interlude. Fr. Carier referred to the June 2003 Newsletter as containing additional reports on the project.

The Board engaged in a general discussion of the objective of establishing policies intended to govern the behavior of project employees and volunteers who work with the boys. Board member Philip Lacovara was asked to draft proposed standards of conduct for the Board's discussion and review. The standards should address both sexual abuse and physical abuse.

**3. Committee Reports.** Finance Committee: Dan Miles reported that there was approximately $48,000 in the project's bank accounts (approximately three months run rate) and that there were no significant payables. The FY 2002 audit is nearing completion. Tax returns have been filed. Dan reported that expense figures are still several months behind. The Board discussed the continuing problem of obtaining current data about the project's financial situation. Doug Perlitz has been asked to draft and present the proposed budget for FY 2004. In addition, a software program is being provided to Doug to help develop a business plan for the project.

Program/Operations: Sue MacAvoy reported that Doug is reevaluating the model for the 13th Street program, which has approximately 20-30 boys regularly participating, so that there will be "rolling eligibility" for some boys to move to the village, which now has 32 boys in residence. The boys are learning various trades. Efforts are being made to locate additional sewing machines for the vocational training. The boys are raising rabbits for sale in order to generate revenue. Two volunteers sponsored by the Jesuit International Volunteers corps will be joining the project in August and will assist with the 13th Street program and with outreach to the families of the boys in the programs. Housing has been arranged for the JIV volunteers in a house adjacent to the one rented by Doug. The Board discussed the desirability of developing



HF 14163

**Exhibit 5**

a web site for the project and, on motion duly made and seconded, **approved** the expenditure of an amount not to exceed $1,000 to retain a consultant to assist in developing the web site.

Development: John Cullinane reported on various fundraising possibilities. The board discussed the reasons for delays in preparing grant applications. The Board **agreed** that Fr. Carrier may properly use a reasonable amount of project funds to pay Fairfield University staff members to assist in preparing grant applications to appropriate foundations. It was reported that the Haitian cell phone company had made a grant of $2,500 to the project.

**4. Next Meeting.** The Chairman (Fr. Carrier) will canvass Board members and establish a date for the autumn meeting of the Board.

**5. Adjournment.** The meeting adjourned at 8:45.

Respectfully submitted.

_____
Secretary