# Exhibit 6



**PROJECT VÉNÉRABLE PIERRE TOUSSAINT**

May 16, 2006

Mr. and Mrs. Thomas Tesluk
925 Oenoke Ridge
New Canaan, CT 06840

Dear Tom and Kathleen,

On behalf of Doug Perlitz and the entire board of Project Pierre Toussaint, I am very pleased to announce the public phase of a Capital Campaign for Doug's project. The Capital Campaign is designed to accomplish two important goals for the boys at PPT:

1) The first goal is to secure a permanent home for the day school in Cap Haitien, which we have been calling "13th Street" based on its location. We have been fortunate to find a perfect new facility in the Carinage section of Cap Haitien, a home which has been converted and renovated to house additional classrooms, with a serving area and shower facilities to handle 80 boys on a daily basis and rooms for a first aid station and individual counseling.

2) The second goal is to expand the "Village", our dormitory-based school outside Cap Haitien. We are going to add six new classrooms for our accredited middle school and add facilities for our vocational training programs, where the boys receive training in welding, carpentry, mechanics, and computer skills. The goal is to produce trained young men capable of supporting themselves. Also, we are adding generators and an additional well to become more self-sufficient on the land.

The capital projects identified have been estimated to cost approximately $600,000. Through the marvelous generosity of a small group of supporters, we have been able to raise nearly $480,000 and are now attempting to raise the balance by the end of June, which would allow us to engage contractors for the summer break in Haiti. Attached is some additional information about the Capital Campaign.

Please know that as I move on from my role as head of campus ministry at Fairfield University, I will continue to work with Doug on Project Pierre Toussaint. We have experienced many blessings together over the years and together we will continue to be part of the miracle of Doug's work in Haiti. I want to thank you in advance for your generosity toward Project Pierre Toussaint and share with you these plans to continue the mission in Cap Haitien.

Peace,

*Paul Carrier, SJ*

Reverend Paul E. Carrier, S.J.

Haiti Fund, Inc. 611 North Benson Road, Fairfield, CT 06824  www.haitippt.com
*The Haiti Fund, Inc. is a non-profit 501(c)3 organization.*

EXHIBIT 9
WIT: Carrier
DATE: 3/18/16
MAUREEN O. POLLARD

HF 04983

**Exhibit 6**