Exhibit 7

Underseal