# Exhibit 8

## LETTER OF UNDERSTANDING

## FOR THE MANUFACTURE OF A PRECISION BLOCK

## FOR BUILDING SHELTER HOMES

This letter of understanding is between Philip Paolella, 88 Notch Hill Road North Branford, CT. and Father Paul Carrier of Fairfield University, Fairfield, CT. concerning the manufacture of precision blocks to be used in building shelter homes for poor families served by the Project Venerable Pierre Toussaint in Haiti.

Whereas Philip Paolella has developed a process of manufacturing a low cost precision block that can be used in building a modest shelter home for poor people in undeveloped countries and

Whereas Philip Paolella is willing to supply free of charge the knowledge, training and materials necessary to manufacture said precision block to a nonprofit agency serving the poor and

Whereas Fairfield University, through its Project Venerable Pierre Toussaint, has been serving poor families in Haiti through its Residential Village Program by providing educational and vocational serves to young Haitian people and

Whereas, Fairfield University and Father Paul Carrier have expressed an interest in integrating the precision block manufacturing process into their vocational training program;

Now, therefore in consideration of the above, the parties agree to the following:

1. That Philip Paolella will supply all materials and equipment necessary to manufacture approximately 5000 precision blocks,
2. That Philip Paolella will provide training to appropriate Pierre Toussaint Project Staff in the manufacture of the precision block and in the process of using said block to construct shelter homes for poor families in Haiti,
3. That Philip Paolella will provide sufficient charitable funds for the Pierre Toussaint Project to cover the costs of providing the initial supply of materials and equipment necessary to train staff and students in the block manufacturing process and in the proper construction techniques used in building a shelter home,



EXHIBIT 12
WIT: Carrier
DATE: 3/18/16
MAUREEN O. POLLARD

HF 11659

Exhibit 8

4. That Philip Paolella will also provide sufficient charitable funds to cover the costs of construction of one shelter home,
5. That the Pierre Toussaint Project will accept the materials, training and funding received from Philip Paolella and use its best efforts to integrate the block manufacturing process into it's vocational training curriculum,
6. That the Pierre Toussaint Project will establish as a goal the construction of a shelter home for a poor family of its choosing,
7. That during the training period for students and staff in the block manufacturing process, it is understood that blocks manufactured with the initial materials and equipment supplied by Philip Paolella will be used for various building projects deemed appropriate by the Pierre Toussaint Project.

Agreed and Accepted by:

_____
Philip Paolella
88 Notch Hill Road
North Branford, CT.

Date: 2/15/05

_____
Father Paul Carrier
for the Pierre Toussaint Project
Fairfield University