# Exhibit 9 Underseal