# Exhibit 10

HOSPITALLERS IS PUBLISHED QUARTERLY BY THE
SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN
OF JERUSALEM OF RHODES AND OF MALTA®
AMERICAN ASSOCIATION, U.S.A.

Volume 3 Winter 2005/2006



# HOSPITALLERS

WWW.MALTAUSA.ORG

## Fellow members of the American Association:



**The Year 2005:**

As I mentioned at our Annual Business Meeting on November 11th, I feel we have put another good year into the record books of the American Association.

The most important accomplishments during 2005 were those works and ministries carried out in the Areas—out in the trenches where we serve, in hundreds of ways, our Lords, the Sick and the Poor.

During this past year, we completed the implementation of the Strategic Plan that was created by the Board back in the spring of 2004. The results of this planning and implementation effort, led by our Chancellor, Joe Miller KM, have been communicated to you in previous Hospitallers newsletters, but certain achievements deserve repeating:

- **Membership:** Our membership count has now reached the level of 1,725, including our 98 new members invested in November. Our net gain in membership over the past year was only 50, however, after considering deaths and expulsions because of non-payment of dues. Next November, we will invest another 95 members who are now in their year of formation. In order to achieve our goal of attaining a membership of 2,000 by the year 2010, we will need to add between 115 and 125 new members each year between 2007 and 2010. Accordingly, we have asked our Area Chairs to attract new high quality members equivalent in number to at least 10% of their membership complement each year.

- **Communications:** I think you will agree that Communications with our membership has dramatically improved.

- **Education and Defense of the Faith:** This Committee's thrust has produced, among other things, an exciting Catechism Project. The goal is to have thousands of DVDs showing Jesuit Priests explaining the teachings in the new Catechism produced and sold through distribution networks throughout the world.

- **Works and Ministries:** We have identified Prison Ministry as an initiative that we hope will spread to all of our Areas.

- **Working with the other Associations in the U.S.:** We continue to look for ways we can collaborate with our fellow Knights and Dames in the Federal and Western Associations. We have participated with them nationally in Masses for Life, held in all the Areas in September, and, in February, we will participate with them on World Day for the Sick. The Federal Association has invested with us in the Catechism Project. And we have invested with them in a Georgetown project. In general, as a result of various meetings and phone conferences, I can say that the relationship between the Presidents of the three U.S. Associations has never been better.

Other good things that occurred during this past year included another very successful Pilgrimage to Lourdes, our national retreats, and the many other spiritual activities carried out in the Areas.

Then there was the terrific National Conference organized and carried out by our Connecticut Area in September. (These biennial conferences are great, and the next one will be hosted by the New Jersey Area in September 2007.)

Also, a year ago, our members in the First and Second classes made application to form a Sub-Priory within the American Association. (While we await approval from the Grand Magistry, these members are operating a "virtual Sub-Priory.") At present, we have Three (3) members striving to become members of the First class (Knights of Justice) and Twelve (12) in the Second class (Knights and Dames in Obedience).

Yes, we had a good year in 2005, but it sure was a different kind of year—a year of an unusual number of major natural disasters. We have been jolted by the tsunami, Katrina, Rita, Stan, Wilma, and the earthquake in Pakistan, among other calamities. They have caused us to change our mindset, and to focus attention away from our own works and ministries to the work of Malteser International, the Order's disaster relief arm. So far, members of our three U.S. Associations have combined to contribute over $1 million for tsunami and Katrina relief. Members of our Association have contributed $313,000 for tsunami relief and $180,000 for Katrina relief.

In early November, down in Coral Gables, representatives of the three U.S. Associations met with the Grand Hospitaller and representatives of Malteser International, to discuss how we would utilize the $600,000 collected for Katrina. We decided that we would explore the possibility of rehabilitating 100 or more homes, in a concentrated area of New Orleans, that were devastated by the flood, which covered 80% of the city. This Malta project would be carried [...] would supply the skilled [...] of the three (3) U.S. Associations [...] Meeting [...] ry purpose of going to Coral [...] on back cover)

## Port Ministries

*By Paul Dubuque and Mary Starshak*

Port ministries is a long-standing Malta supported project servicing the physical and spiritual needs of the poor in one of the poorest and most dangerous neighborhoods in Chicago. Founded in 1985 by Fr. Augustin Milon O.F.M., the Port began as a soup kitchen and, in subsequent years, has expanded in response to the many critical needs of area residents.

The first goal of Port Ministries is to provide fullhearted service to the poor, homeless, families and children of our society through listening hearts and a loving presence, and to meet basic human needs such as food, clothing, shelter and other vital support. Aside from a dedicated family of workers and volunteers, Port Ministries has a community of Secular Franciscans whose charism is to live a life of simplicity and service while continually deepening and enriching the prayer lives of individual members. We consider our ministry "a place of prayer and hope" and depend on our Father-God for direction and also the food, supplies, etc. that are needed to serve the poor. Our secondary goal is to give to others a place and environment in which to minister and to be "discipled."

Our Area Hospitaller, Rich Guzior, is the interim president and chairman of the board. Both Rich and his wife Christine D.M. are long-time volunteers, coordinate fundraisers and have provided building materials and substantial financial support to maintain the aging facilities housing the many Port programs.



In addition, Dr. Robert Dolehide, K.M. and his wife Eileen Dolehide D.M. are also long-standing volunteers and have been instrumental in establishing and maintaining the Port Clinic, an effort supported by grants from Malta. The Dolehides have truly made it a family affair with their son Brian Dolehide (K.M.) and Dr. Kevin Dolehide serving as volunteers and hosting an annual St. Patrick's Day benefit that brings as much value in rewarding volunteers and staff as it does in dollars. Many others support the efforts of the Port, including Pat Spencer D.M., Mary Clare Starshak D.M., Tom Reedy. They volunteer their time and energies to helping the neediest residents of our community.

For the last two decades Port Ministries has made significant contributions to the people of this community, providing much needed services for the poor and underprivileged, ranging from health care to education to mentoring programs for both and children and adults.

> Fr. Augustine Milon, O.F.M., founded The Port in 1985 as a soup kitchen with an important emphasis on what he called "the Listening Ministry," to listen to the poor in an attitude of love and concern.

Today, Port Ministries continues to carry-out its mission of servicing both the spiritual and physical needs of the sick and the poor. Indeed, with the help of our many dedicated volunteers and supporters we have expanded our outreach efforts and have effectively developed innovative programs to better meet the needs of this community.



The Bread Truck (established 1998) is a mobile soup kitchen which "hits the streets" daily to provide nutritious meals to the poor and needy children of our neighborhood. In the summer months, we serve approximately 250 lunches to children each day in the local parks, and in the evenings we serve approximately 225 meals (continued on page 10)

## Our Mission

The American Association of the Order of Malta, carefully observing the centuries-old tradition of the Order, has as its mission, to enhance the glory of God through the sanctification of its members, through dedication to and defense of the faith and the Holy See and through service to our fellow man, especially the sick and poor.

EXHIBIT 14
WIT: Carrier
DATE: 3/18/16
MAUREEN O. POLLARD



Exhibit 10

Case 3:13-cv-01132-RNC    Document 907-10    Filed 01/17/17    Page 3 of 13



# 21st American Association Lourdes Pilgrimage

*by Elissa and Joe Metz*



We have the great pleasure of inviting each of you to come on the 2006 Lourdes Pilgrimage which will depart from Newark Liberty International Airport on Wednesday afternoon, April 26 and return on Wednesday afternoon, May 3, 2006. By now you should have received your invitation and information packet. We are hoping to have approximately 325 pilgrims, including our Knights and Dames, our special guests, the malades and their caregivers, chaplains, Auxiliary, medical team members, members in preparation and our volunteers. It is this mix of wonderful dedicated people, which we call our Lourdes family, that makes the Pilgrimage what it is: a time of prayer, sharing, laughter and grace. And if the greatest commandment is to love God with your whole heart and soul and to love your neighbor as yourself, then it is surely on the Lourdes Pilgrimage that we are happiest.

Our theme for the 2006 American Pilgrimage is "Come Be My Light," Jesus' invitation to Blessed Mother Teresa that illumined her entire life. In choosing this theme we are following the theme of the Lourdes Sanctuary for the year 2006, "Light." "Light" is perhaps the greatest sign of our Faith for it is reflected in the Eucharist, the presence of God Himself, and in Lourdes where the Blessed Mother brought the Light of Jesus Himself to Bernadette in the Grotto. It is said that since the first apparition a light has always glowed in the Grotto. We Lourdes veterans have only to close our eyes to see the thousands of candles glowing each night in the candlelight processions. And you will recall that Mary said to Bernadette "...the people should come here in procession." Please pray that together we may bring the "Light" to others on the Pilgrimage.

Lourdes is at the very heart of the Order of Malta's worldwide ministry to the sick and poor. The Pilgrimage is an essential expression of our calling as a lay religious order. It is for this reason that we especially hope our Members in Preparation and our newly inducted Members will make a pilgrimage as soon as they are able to do so. Once they have made the Lourdes Pilgrimage, they fully understand why they chose to be a Knight or Dame of Malta for the remainder of their lives.

As our President, Dan Kelly, has explained, "If you have not participated in our Lourdes Pilgrimage, you've missed the spiritual experience of your lifetime." For those on their first Pilgrimage, we want to tell you that Lourdes has changed our lives. When one goes on a vacation, if it was a great one, one hopes that the experience lingers on; but it rarely ends up being more than a pleasant memory. Not so with Lourdes. The almost metaphysical experience stays on and leaves one with a fervent hope and prayer to return! Perhaps this is so because at one time or another each of us has been a "malade," whether physically ill or in need of a cure of the heart. In Lourdes, we walk hand-in-hand to the Grotto with those we bring on Pilgrimage, and we become one with them in spirit. This accounts for the phenomenon we have so often witnessed: returning Knights, Dames and Auxiliary forming a new bond of friendship with their malades after the Pilgrimage is over, visiting each other's homes, sharing in important family events, and just telephoning each other to make sure everything is alright.

> **Our theme for the 2006 American Pilgrimage is "Come Be My Light," Jesus' invitation to Blessed Mother Teresa that illumined her entire life.**

Why Lourdes? Did the Blessed Mother choose to appear to a helpless, uneducated child of impoverished parents who found themselves in the worst of life's circumstances for a reason? Did the Blessed Mother choose to appear to this child in a long-forgotten, remote village in the Pyrenees Mountains for a reason? We know that the answer to these questions is "Yes!" And those of us who have been there continue to marvel that this happened.

Our Lady first appeared to the child Bernadette on February 11, 1858 (later to become the Feast of our Lady of Lourdes.) To this day February 11th marks the opening of the Lourdes Sanctuary for the year. By the time the Pilgrimage of the Order of Malta arrives in the first week of May, hundreds of pilgrimage groups from France and countries across Europe and from other continents will have come and gone. Hundreds of groups and millions of individual visitors will come to Lourdes during the year until the Feast of the Immaculate Conception on December 8th. Although the Grotto will remain open for prayer through the winter, and the Baths will remain open as well, Lourdes will go into a "quiet time" until the next February 11th arrives.

When you enter the Grotto shortly after your arrival, the sight of the Virgin's statue in such a peaceful and beautiful place in the Grotto will bring tears of joy to your eyes. You will perhaps think of your loved ones at home in need of help, or perhaps you will pray for your deceased loved ones. There is a strong sense of the Communion of Saints in the Grotto; it is as if everyone, past, present and future is somehow there together to give glory to God. Lourdes, then, as we know it today, is more than an historical Marian shrine in a beautiful part of Europe. Rather, it is a dynamic, vital community of people of Faith, the way the world should be. We always liken walking into the "domain" and entering the vast esplanade in front of the Rosary Basilica (Mary told Bernadette, "Go tell the priests to build a chapel here and tell the people to process...") as walking into the "Heavenly City." Everyone's face is peaceful and happy, even those who appear to be ill or disabled and are in great adversity. Everyone is intent on getting to the Grotto to pray and worship, to gather some holy water to take home, and to light a candle for a special intention. Perhaps nothing better illustrates the place of Lourdes in our lives today than the visit of His Holiness, Pope John Paul II to Lourdes on the 14th of August, 2004. John Paul prayed in the Grotto of the Apparitions and said:

> Here the Virgin invited Bernadette to say the Rosary, fingering the rosary beads herself. This Grotto has become the seat of an astonishing school of prayer, where Mary teaches everyone how to contemplate the Face of Christ with intense love...Turned toword the Most Blessed Virgin Mary, we can say with Bernadette: My Good Mother, have pity on me; I give myself entirely to you, so that you may give me to your dear Son whom I wish to love with all my heart. My Good Mother, give me a burning heart for Jesus...

So it was that Pope John Paul II went to Lourdes so shortly before his death. His presence drew several thousand pilgrims, including some of our own young people doing service in Lourdes with the Order of Malta USA. Millions more witnessed this remarkable spiritual happening on television. We will be blessed to follow in the footsteps of Pope John Paul II and come to Lourdes next Spring and process as Mary has asked us to do. ✠

# The Solemn Liturgy of Investiture

## November 11, 2005

The Solemn Liturgy of Investiture of the American Association took place in the Cathedral of St. Patrick on November 11. His Eminence Adam Cardinal Maida, Bailiff Grand Cross of Honor and Devotion was the Principal celebrant and homilist, substituting for His Eminence Edward Cardinal Egan, Principal Chaplain of the American Association. Ninety eight (98) Knights and Dames were invested by Daniel J. Kelly K.M., representing the Prince and Grand Master of the Order, Fra' Andrew Bertie. Three members of the clergy, Rev. David Caron, O.P. from Barry University in Miami, Rev. Mark R. Hession, Pastor of Our Lady of Victory Church on Cape Cod and Rev. Troy A. de Chabert-Schuster, Pastor of Our Lady of Perpetual Help in the Virgin Islands were invested as "Deputy Chaplains" to His Eminence Edward Cardinal Egan.

A Reception and Dinner followed the Mass of Investiture with some 743 in attendance. His Excellency, Jean-Pierre Mazery, Grand Cross of Grace and Devotion, and Grand Chancellor brought greetings on behalf of the Prince and Grand Master. Jim Towey, President George W. Bush's Director of Faith-Based Initiatives, was the guest speaker.














# The Results Are In...

After having received nearly seven hundred election ballots from our Knights and Dames throughout the country...
We are pleased to announce that we have added four new names to our Board of Councillors and four incumbents
and each has been elected to serve out a three year term that will commence on January 1st 2006.
Congratulations to our newly elected Board of Councillors!


Joe Cianciola


James Chen


Daniel Fitzpatrick


Thomas Flood


Margaret Lyons


Mary McCarty


James O'Connor


James Ryan

## The following members were recently elected as Area Chairs for a three year term.



### Constance L. Bissonnette, Rhode Island

Constance is a graduate of the College of New Rochelle, a recipient of the Ursula Laurus Award in 1984 and the St. Angela Merici Medal 2004. She is a retired elementary school teacher from Providence Rhode Island, where she taught for twenty-five years. Upon her retirement she was awarded a citation from the Rhode Island House of Representatives for her outstanding service to her community.

She currently serves on the Guardian's Council of St. Francis Chapel and City Ministry Center in Providence and is a Eucharistic Minister at Miriam Hospital. Constance makes regular visits to the elderly parishioners of St. Sebastian's, visiting the home-bound and those living in nursing homes and assisted living facilities.

Constance has been a Dame of Malta since 1993. In 1999 she became Area Hospitaller representing Rhode Island and served as Hospitaller until 2005. As a member of the Order Of Malta, she was instrumental in working with the Franciscan Frairs to establish a Wellness Center for the inner-city residents of Rhode Island.

Both Constance and her husband Maurice have participated in two pilgrimages together to Lourdes and she has made the pilgrimage eight times in all.



### Richard Carney, Wisconsin

He is an active member of the Knights of Malta, some of his activities include serving as a Eucharistic Minister at Care Age of Brookfield and projects that help the poor. Rich Carney joined Sensient Technologies in 1981 as Manager, Treasury Services, for the corporate office. In 1984, he was promoted to Assistant Treasurer; he joined the human resources department as Director of Benefits four years later. Mr. Carney was appointed Vice President of Human Resources in 1993 and was named Vice President of, Administration, in 2002. Prior to joining Sensient, Mr. Carney worked for Western Publishing in Racine, Wis., as Manager of Financial Planning.

Mr. Carney holds a Bachelor's degree in Business Administration from the University of Wisconsin-Parkside and a Master's degree in Business Administration from Marquette University.



### Hans Geisler, Co-Chair, Indiana

Dr. Hans E. Geisler was born in Ratibor Germany and became a US citizen in 1944. He graduated Cum Laude with honors from Xavier University in Cincinnati and received his medical degree from the Stritch School of Medicine at Loyola University, Chicago Illinois. Dr. Geisler was an intern at St. Joseph Hospital, South Bend IN, completed his residency training in Obstetrics & Gynecology at Methodist Hospital, Indianapolis, IN and his fellowship in Gynecologic Oncology at Memorial Sloan Kettering Hospital, New York, NY.

Dr. Geisler was the recipient of the teaching award in Obstetrics & Gynecology at Methodist and St. Vincent Hospitals', in addition, Dr. Geisler was the first physician at St. Vincent Hospital, Indianapolis, IN to receive the Distinguished Physician Award. He has been listed in Who's Who in the World, America and the Midwest in medicine and Science & Engineering.

He is the founding member of the Society of Gynecologic Oncologists, board member of the American Association of Pro-Life Obstetricians and Gynecologists. Dr. Geisler is a Fellow of the American College of Obstetrics & Gynecology, American College of Surgeons and a member of the Catholic Medical Association. He is a member of the St. Vincent Hospital Ethics Committee and Director of Ethics for the Morally Relevant Investing Media Group (MRI).

Since 1992 Dr. Geisler has been a Knight of Malta and currently serves on the committee for the Education/Defense of the Faith and is the newly elected Area Chair for Indiana. Dr. Geisler serves on several boards including; Culture of Life Foundation and Institute, Catholic Radio 89.1 FM, Pro-Life Committee, Archdiocese of Indianapolis, IN, the Indianapolis Right to Life. Currently he is President of the St. Luke Catholic Church Parish Council and is often the lector at St. Luke Catholic Church.

Dr. Geisler is married to Margaret Ann Colglazier Geisler and is blessed with 5 grown children and 11 grandchildren.

(continued on next page)

## Area Chairs
*(continued from previous page)*



### Tom Larabell, Michigan

Tom joined the Order of Malta Michigan Area in 2003. He became Treasurer in January 2004 and was elected Area Chair in September 2005. In addition to his service with Malta, Tom is on the Board of Rose Hill Center where he is Chair of the Facilities Committee and serves on the Finance Committee. He also is on the Board of a private Catholic elementary school where he serves as Treasurer, Chair of the Finance Committee and member of the Strategic Planning Committee and Administration Committee. He believes in serving in a "hands on" manner. He has performed construction and maintenance projects for all of the organizations that he serves.

Prior to his retirement in 1996, he had a thirty-three year career with Deloitte & Touche; for twenty-three years he was an audit partner serving clients in a wide variety of industries. After his initial retirement, he managed the maintenance department of a Jesuit High School for two years and had responsibility for the facilities and finances of his parish for one year.

Tom is married to Yvonne and has four children and six grandchildren.



### Carole Less, Missouri

Carole is an Interior Designer and the owner of CBL Designs, Inc. She is a graduate of Washington University where she received a Bachelor's degree in 1964. For over thirty years she was married to John W. Less until his death in 1997. Carole has three grown children, William, John L., Caroline and a grandson, William.

Since 1993 Carole has been a Dame of The Order of Malta. Currently, she serves on the Lourdes 2006 Committee and is the newly elected Area Chair for St. Louis. For several years she served as Area Hospitaller and Co-Chair of the 2002 Lourdes pilgrimage for the St. Louis Chapter of the Order Of Malta. She has been an active Lourdes participant for the past six years.



### John W. Rosenthal, Co-Chair Indiana

A graduate of the University of Notre Dame, John is currently Chairman, President and Chief Executive Officer of St. Joseph Capital Bank, which he founded in 1996 in Mishawka, Indiana.

John is active in community affairs and is currently a member of the Board of Directors of Materials Processing Inc. in Logansport, IN; a Member of the Council of Advisors for the Center of the Homeless; liturgical coordinator, lector and master of ceremonies at the Basilica of the Sacred Heart; immediate past chairman of the Center for Hospice and Palliative Care, Inc. (Hospice); Women's Care Foundation chairman; member of the board of trustees for Holy Cross College; chairman of the development committee for Priests of the Holy Cross, Indiana Province; and Area Chairman of the Knights of Malta. John was also the recipient of the 2002 Ernst & Young Entrepreneur of the Year Award for the Northern District of Indiana.



### Declan O' Sullivan, Ohio

Delcan was the founder and managing director of Riverpoint Capital Management, Cincinnati Ohio. In 1956 Declan graduated from the University of Dublin with a Bachelor's degree in Engineering and received his Master's degree in Business Administration from Columbia University in 1969.

He currently serves as the Director of the Pro-Life Pregnancy Center East and is the Co-founder of the Catholic Men's Fellowship. Former Chairman and member of the Cincinnati Board of Health, former Trustee and past President of the Society of Friendly Sons of St. Patrick in Cincinnati, Ohio. In addition he has served as Trustee, Hamilton County Community Mental Health Board.

Declan has been a member of the Knights of Malta since 1995. He served as Area Hospitaller for several years and is now serving as the Area Chair, Cincinnati Chapter of the Order of Malta.



### Mark Wolff, South Florida

Professor Wolff received his B.A. magna cum laude from Wadhams Hall Seminary-College, his J.D. magna cum laude from Nova Southeastern University School of Law, and his LLM (in Taxation) from New York University Graduate School of Law. In 1984 he was appointed as a founding faculty member and Assistant Dean at St. Thomas University School of Law in Miami, Florida. Professor Wolff now enjoys the rank of tenured full Professor of Law. At Saint Thomas, he is the only School of Law professor ever to receive the University-wide John Cardinal Newman Award for Excellence in Teaching.

He was elected to public office in 1987, serving as Vice Mayor and Commissioner for the City of Coral Gables. He is currently Vice Chair of the Board of Trustees of Wadhams Hall Seminary-College, Executive Director of the Miami-Dade County Educational Facilities Authority, Area Chair, American Association of the Sovereign Military Hospitaller Order of Saint John of Jerusalem of Rhodes and of Malta, General Counsel and a member of the Board of Directors of Pax Romana-USA, and a member of the Board of Directors of the Human Rights Institute at St. Thomas University.

In addition, Professor Wolff currently serves as an International Vice President of Pax Romana/International Catholic Movement for Intellectual and Cultural Affairs, and as Main Representative of Pax Romana to the United Nations. He is also directing the new Pax Romana Global Leadership Project on Catholic Law Schools, Catholic Social Teaching, and the United Nations. He has also served as a member of and the head of delegations on behalf of the Sovereign Military Hospitaller Order of Saint John of Jerusalem of Rhodes and of Malta at United Nations World Conferences and International Consultative Conferences, and has addressed the plenary sessions of these Conferences.



## Spirituality of the Order of Malta
### Servant Leadership – Called to be Mystics, Prophets, Witnesses – Meeting Jesus in the Other

*By Paul E. Carrier, S.J., Ph.D., ChM*



For the past 18 years, I have experienced first-hand the dynamic spirituality of the Order of Malta. It all began with a request from Boston College President Fr. Donald Monan, S.J. to offer a day of recollection for the Dames. When I left Boston College for Fairfield University in 1988, I was happy to receive a new invitation from Ann Peabody, and there followed a number of days of recollection. Over the years, I have traveled with the Malta auxiliary to Ecuador and Haiti and participated in the Lourdes pilgrimage. With Hope Carter, I have traveled with the Lourdes youth pilgrimage with meaningful visits to Loyola and Monstserrat. I am very grateful to have received valuable support from members of the Order, especially, Mary and Bob McCooey, and Dr. Dick Milone during a family crisis.

It is through Hope Carter and Tom and Betty Flynn that I have come to know the significant work of CRUDEM in Milot, Haiti, and I now travel regularly to Cap Haitien, Haiti to support the work of a Fairfield University graduate Doug Perlitz and his Pierre Toussaint project for street children. Doug is now in is tenth year living and working in Cap Haitien. I celebrated the 25th wedding anniversary of Jeanie and Tom Tisdale in April in Cap Haitien, with the children of Project Pierre Toussaint and the Tisdale's sons Kyle and Gavin.

Many students at Fairfield University volunteer at Malta House in Norwalk, Connecticut. As part of our Homelessness course, Tim Cummings, a Fairfield graduate of the class of 2003, has just arrived in Haiti to live and work with Doug as a new Malta sponsored missionary, and last January, I was with the Knights and Dames in Obedience on retreat here at the Jesuit Residence.

Because of these and many other relationships and experiences, I have been enriched and challenged. Many of my closest friends and companions in ministry are members of the Order, and for that I am very grateful.

I hope that these reflections will be a meditation among friends, a prayerful reminder of who we are and who God calls us to be: servant leaders, mystics, prophets, witnesses, meeting Jesus in the other, the sick and the poor.

There is a story told that is very relevant in light of the catastrophe of Hurricane Katrina about a person praying, heart broken from the pain and injustice in the world; "Dear God," he cried out, "Look at all the suffering, anguish and distress in the world. Why don't you do something? How can you allow this?" God responded, "I did do something, I made you."

In God's divine Providence, God made you; God created the Order of Malta to be his special instrument of healing and compassion. As a religious community in the Catholic Church, you have centuries of experience to reflect upon, looking to the lives of the saints of the Order, beginning with Blessed Gerard.

> **I hope that these reflections will be a meditation among friends, a prayerful reminder of who we are and who God calls us to be: servant leaders, mystics, prophets, witnesses, meeting Jesus in the other, the sick and the poor.**

In his book, How the Catholic Church Built Western Civilization, Thomas Woods recounts the reaction of a German priest after a visit to the Order's hospital in Jerusalem in 1080. "The house feeds so many individuals outside and inside and it gives so huge an amount of alms to poor people, either those who come to the door or those who remain outside that certainly the total expenses can in no way be counted." That same magnanimity continues today all over the world.

The Order of Malta is the elder sibling of all religious orders and communities in service to the poor and the sick, in company with St. Vincent de Paul and so many others, including St. Ignatius Loyola. We read that in the Roman winter of famine of 1538, St. Ignatius and his companions went out and gathered the beggars and the starving people and brought them together. For the sick and poor of Rome he founded the Society of Orphans, and for prostitutes, the House of St. Martha.

You have much to be grateful for from your history, much to dream about for the future. Now is our time, now is our challenge—it begins with each one of us as servant leaders. Jesus is our model of what a servant leader is like.

Each day Jesus retreated from the demands of serving others to be prayerfully alone with God. Then he was better able to come back and minister to those most in need of his care:

• He turned no one away, and he didn't try to do it all by himself. He reached out and lifted up the downcast, the tax collectors, the prostitutes, the poor, people of ill repute.
• He valued the contribution of those who labored only for an hour as well as those who toiled through the heat of the day.
• He proclaimed that it was the heretic Samaritan who showed true compassion to one in need.
• He honored the prodigal son and made him equal to the elder brother who never ventured from home or duty.
• He ordered the outcasts from the highway and the byways to come to the banquet.
• He placed as great a value on a single lost sheep as on the entire flock.
• He expanded the concept of humanity to include our enemies; his followers were to love their enemies.

And Jesus reaches out to each of us, in our struggles, darkness and fear, each of us without exception; even in the midst of our deepest pity, Jesus is there to lift us up so that we can do the same for each other. How can you tell a servant leader is at work? Ask. Do the people around the person grow?

As Servant leaders, people of the Beatitudes, we express the qualities of empathy and unqualified acceptance.

We live our servant leadership as we grow as mystics, prophets and witnesses. All of us are called to an intimate, personal relationship with God,

That is what a mystic is, a person in touch with God. Our experience of God depends a lot on our images, and concepts. Is God for us a taskmaster, ready and eager to punish and correct? Or is God the tender mercy that nothing be lost. Our lives as mystics invite us to reconsider who we think God is, to come to know God as the one who cares, who loves us beyond our wildest dreams. What else could Hildegard of Bingen mean when she wrote, "God hugs you, you are encircled by the arms of the mystery of God." Or Julian of Norwich, "the fullness of joy is to behold God in everything." Or Meister Eckhart, "Whatever God does, the first outburst is always compassion."

New images of God empower us by helping us see that God has a new grammar and math that is inclusive, welcoming of all sinners and outcasts into the Kingdom.

To be a prophet is to care what God cares about; healing and mending creation. The prophet sees with God's eyes and feels with God's heart. As prophets we know that we must and can do things differently. We can say no to all that goes against God's dream for the world. We can say yes to all that nurtures and protects and defends human life. As prophets we come to realize that no injustice is trite; that we cannot allow our lifestyles to numb us to the  (continued on page 9)

# Marvin, A Diamond in the Rough

## I first met Marvin in April, 2004 when I accompanied the Washington medical brigade to minister in a small village in Santa Barbara, Honduras. His small stature and excessive underweight made me think I was talking to a five year old, but Marvin had already seen his ninth birthday.

*By Sister Teresita Gonzalez, S.S.N.W.*

His skin was transparent and his heart beat rapidly like a tiny bird. He came to the doctors because of pain and excessive tiredness, not knowing that these symptoms were due to a severe case of malnutrition with a hemoglobin count so low his blood could have passed for water. Despite all of this, the child had a special shine in his face and eyes like a tiny diamond waiting to be discovered and polished.

The moment I met him I felt a special bonding with Marvin, and with the mother's consent, we brought him to the House of Friendship for a special evaluation and the extra attention he would need to recuperate from his prolonged malnutrition. Marvin's first night with us was sleepless; he found it difficult to sleep in a bed since he was used to sleeping directly on the floor. He had always gone barefoot, so keeping his new shoes on was uncomfortable. The food at the Home was different from the meager amount of frijoles and tortillas that was the daily fare of his family. The first days were difficult for Marvin; a totally unknown world among children and adults he did not know.

His very poor family would not have access to the food and medicine he requires. Marvin told us of his nine brothers and how one of the younger ones was in charge of caring for his little sister when his mother left each day to earn their daily bread. And so Marvin did not go to school but became a tiny caretaker confined to the house while his mother was away.

Marvin is incredible. Although he has not had any schooling, his manner of expressing himself shows a level of unusual maturity for a child of nine. He is very sociable and happy, and has already recuperated. Marvin now has a dream of being a doctor (and maybe owning a car). He also sparkles with happiness, drawing the other children of the Home around him each evening, recounting stories of his adventures in the village. The children at the Home like him so much, they don't want him to go home! But one day he will, a tiny diamond in the rough. And without a doubt there will be other children with great needs who will take his place at the House of Friendship. ♦

---

*Two hundred Forty Boys and Girls are Lovingly nurtured, in six residences, at the House of Friendship in Honduras, a project of the New Jersey Area. by Sister Teresita Gonzalez, S.S.N.D.*

## Bequest in Will for Malta

*By Jack Mullen*

We were privileged to make a report of the activities of the Malta Human Services Foundation at the Annual Meeting of the American Association on Friday November 11th. There were more than 600 members of the Association present; a great turnout.

First of all, even after expending more than $400,000 in grants this year, our asset values are in excess of $8,500,000; Importantly, we are scheduled to receive approximately $400,000 in a bequest from a deceased member in Indiana and have received three other more modest grants. This is an encouraging sign since in past years despite the deaths of more than 100 members, no bequests to Malta were included in their wills. By getting our confreres to "Think Malta" we are convinced that bequests and planned gifts will be encouraged; our Foundation assets will grow and our ability to make more grants to support Malta Projects will be increased.

We have recently asked each member of the Board of Councillors and each member of the Foundation Board to make a non-binding commitment to leave a bequest to Malta in his or her will. We are very encouraged at the early



returns from this communication. We will roll out the program to all of our Confreres and know that we can anticipate your significant support.

Additionally, we will conduct a pilot Bequest and Planned Giving Seminar early in 2006 at a site to be determined. If successful, we will roll the program out to our Area Chairmen utilizing their local experts to offer general advice and encouragement to our members to "Think Malta" in preparing their estate plans.

The Foundation Board unanimously endorsed investment screens previously put into place with our investment portfolio managers. These screens preclude Malta investments in companies involved in contraception/abortion products; fetal research and adult i.e. pornographic entertainment.

Lastly, Foundation Officers re-elected for another year are:
President, John R. Mullen, New Jersey
Vice President, Hershel F. Smith Jr., Florida
Secretary, Mary Kay Farley, Michigan/Florida
Treasurer, Bernard P. DiFiore, Texas ♦

---

## Questions & Answers

### By Chancellor Joseph H. Miller, KM



*This column is the responsibility of Chancellor Joseph H. Miller, KM, Chancellor of the American Association.*

*Please direct your questions by e-mail staff@maltausa.org or mail to:*
*Order of Malta,*
*1011 First Avenue*
*Room 1350*
*New York, NY 10022*

**Q:** Who may sponsor a new member for the Order? What is the Responsibility of the Sponsor?

**A:** Lay members, Knights and Dames, those in the Second Class and those in the First Class may sponsor new members. Clergy or candidate's relatives may not sponsor a candidate. Husbands and wives may not sponsor the same candidates. The sponsor makes a commitment not only to the candidate but to the Order and the Association. The sponsor has the responsibility of explaining the Order, and the Association. They explain the mission and works of the Order, the Year of Preparation and accompany candidates to Area and Association events. They introduce candidates to Area members; obtain forms from the Area Chair and assure that all originals are fully completed and submitted to the Area Chair in a timely fashion.

**Q:** What is the Year of Preparation?

**A:** Candidates are required to complete a Year of Preparation. They are required to learn the history and spirituality of the Order; they must involve themselves in "a hands on" way in either a Malta Work or a Malta Ministry. At times, a candidate is allowed to complete this obligation as a Brother Gerard Project, which essentially means that a candidate is allowed to work on an individual project employing the charism of the Order. Candidates are expected to attend Area meetings, both spiritual and social. They are urged to make a Lourdes Pilgrimage during the year or, if not, during the first three years of their membership. They are expected to say the Malta Prayer daily and to deepen their personal spirituality. They are expected to express a serious intention of a lifetime commitment to Malta spirituality, witness of the faith and personal service to the sick and the poor.

**Q:** What documents are required for Admissions consideration?

**A:** Candidates must submit the first two pages of the application to begin the Year of Preparation and a letter of support from the candidates' pastors. The first submission must be received on or about July 1st in the year preceding investiture. The final two pages of the application along with Baptismal Certificates, Marriages Certificates, if appropriate, and a signed commitment to the Grand Master of the Order due April 1st of the year of investiture. The Association contacts candidates' bishops to secure Ecclesiastical Approval. The completed application is acted upon by the Admissions Committee of the Association, by the Board of Councillors and finally by the Sovereign Council and Grand Master. Candidates become members of the Order when the Sovereign Council and Grand Master elect them.



# Christmas in Calcutta — A Reflection

*By Thomas L. Gallagher, K.M.*





The founder of our Order of Malta, Blessed Gerard, was similar to Mother Teresa in so many ways. First, Gerard was called the "guardian of Christ's poor." Like Mother Teresa, Gerard saw Jesus in the face of the poor, the sick and dying. Second, Gerard was a man of deep prayer. Third, Gerard possessed a remarkable talent for organization, building a hostel for pilgrims to the Holy Land, a church in honor of St. John the Baptist, handling the administration, reception, boarding of travelers and caring for the wounded and infirmed. He was known as the "master of the sick." Blessed Teresa of Calcutta and Blessed Gerard can be considered kindred spirits and models of Catholic action and prayer.

The worst form of poverty, according to Mother Teresa, is to be "unloved, unwanted and uncared for." She termed this the "poverty of the West." For this reason, she wanted her Sisters to be in New York City. They currently serve in the Bronx, Manhattan and Brooklyn and in fifty other locations in the United States. The Malta Auxiliary regularly serves the men at the Gift of Love House in Greenwich Village and many members of the Order volunteer at other MC Houses.

Mother Teresa often said that "holiness is not the luxury of a few but a simple duty for you and for me." By and through our baptism, we have the spiritual foundation necessary to obtain holiness. As members of the Order of Malta, we are blessed to have a framework within which to cultivate our prayer life and our relationship with Jesus and our understanding of the faith. The gift of the Order offers us a myriad of opportunities to serve the sick and the poor.

Importantly, each member of the Order of Malta in his or her own way serves as a model of holiness for the rest of us. One beautiful aspect of our pilgrimage to Lourdes is the time afforded to learn about the lives of the malades, the caregivers and our fellow members. These testimonies, often unspoken, affirm us and lift us up in our faith. We become a band of brothers and sisters marching towards holiness in little ways, in our own homes, in our offices and in our neighborhoods.

It was just a few days before Christmas 2004, when I landed in Calcutta, India, for the purpose of attending the inaugural board meetings of the Mother Teresa of Calcutta Center, the official organization dedicated to the preservation, protection and promotion of the life and legacy of Blessed Teresa. The work of the center is an apostolate of the Missionaries of Charity. The temperature was quite comfortable for a Westerner accustomed to snow and sub-freezing temperatures this time of year. I wore short-sleeved shirts and khakis while the locals were enwrapped in scarves and sweaters and adjusting to the colder climate.

As one of the most polluted cities in the world, my senses were immediately bombarded with the reality of thick, black fog-like auto pollution, the density of humanity and the sheer poverty of the people. There is an abundance of hand-pulled rickshaws and thirty year old cars and buses chugging along the roads.

My good friend, Father Brian Kolodiejchuk, MC, the Postulator for the Cause of Canonization for Blessed Teresa, and the Director of the Mother Teresa Center, was describing the sites and sounds as we drove through the patchwork of blacktop and dirt roads enroute to the Missionaries of Charity Fathers' residence, a short distance from the airport. After getting settled, we headed out to the Motherhouse of the Missionaries of Charity Sisters. Upon arriving, we immediately prayed at Mother's tomb. We visited with Sister Nirmala MC, Mother's successor as Superior General, and the other MC Sisters.

During the ensuing days while still jet-lagged and adjusting to the surroundings, I began to see with increasing clarity the historic and deadly indifference to the plight of the poor in Calcutta, West Bengal, where the Communists have ruled since 1977. To be fair, Calcutta has in recent years attracted substantial foreign investment, especially in the IT sector, and is considered by some to be a model of development.

Mother Teresa celebrated the joy of Jesus in the poor street children, who had nothing more than time to count among their basic possessions, because she saw Jesus in each of them. She embraced Jesus on the cross by picking up those dying in the street. In poverty and in love—in relationships beyond the material—Mother Teresa showed us how to experience the joy of the Jesus in others.

> **Mother Teresa often said that "holiness is not the luxury of the few but a simple duty for you and for me."**

Throughout my visit I tried repeatedly to imagine being Mother Teresa in 1948 leaving the walled grounds of a school for girls where she taught and administered in order to go and love the poor, the sick and the dying in the streets of Calcutta. She gave herself no time frame to judge her effectiveness. She simply gave herself to the poor and left the rest to Divine Providence. The more I thought I understood, the more I needed to learn.

Like the Magi traveling in haste to find Jesus in the manger, Mother knew in her heart where God wanted her to go: She went in haste to embrace the poor, to love the poor, to serve the poor. Some 55 years later, there are over 5,000 Missionaries of Charity Sisters, Brothers Active and Contemplative and Priests who have followed Mother Teresa's example and serve the poor daily. They have established 722 communities in 131 countries of the world. In addition, there are approximately 400 diocesan priests who embrace the Missionaries of Charity charism through the Corpus Christi Movement for Priests. There are thousands of Co-Workers and Lay Missionaries of Charity who also share in Mother Teresa's spirit and zeal.

It struck me while visiting the orphanage for older kids established by Mother Teresa that Calcutta is an appropriate place to appreciate the meaning of Christmas. Jesus came into the world poor and in a simple manner, in a temporary setting, a manger. The streets of Calcutta reflect the same desperate barrenness that faced Mary, the Blessed Mother, and Joseph, as they searched in vain for a place to call "home," in order to safely bring the Infant Jesus, into the world. Such poverty strips away the unimportant and focuses one's energy on the necessary, the primal.

Prior to coming to the orphanage, these vulnerable children lived on the streets, in hovels, in bustees. These kids were often forced into prostitution or child labor or into violence. Now they were living in a safe environment, being fed nourishment for the body, education for the mind and love for the soul. Like children everywhere, the minute I raised the digital camera to my eye they clamored to have their pictures taken. Upon seeing themselves on the camera screen, they excitedly giggled and elbowed each other. Finally, these adorable youngsters were flourishing in an environment hemispheres apart from their prior existence only millimeters away.

Indeed, Calcutta is a wonderful place to experience Christmas. Mother Teresa and Blessed Gerard proved to us that a life lived in love with Jesus in the Eucharist can empower a person to go in haste to meet the poorest of the poor in the streets of Calcutta or in Cleveland or in Corpus Christi, in their hovels, their bustees, their holes. It is Jesus who infuses us with courage to touch the sick; it is Jesus who gives us strength to hug the lonely; it is Jesus who gives us the confidence to do God's work. It is precisely in the emptiness of poverty that our worldly pretensions fall away and our hearts can become one with the other.

During this Christmas season, may we in spirit follow the example of the Magi and go in haste to the Infant Jesus and may we in our daily lives follow the example of Mother Teresa and Blessed Gerard and go in haste to serve the poor and the sick. In doing so, we will receive the incomparable Gift of Love, Jesus Himself. Come Lord Jesus. Come Lord Jesus. Come Lord Jesus, Come!

*Tom Gallagher resides in Riverside, Connecticut, and is President and CEO of WUTP, Inc., and serves on a pro bono basis as the Special Assistant for Administrative Affairs of the Mother Teresa Center. To learn more about the Mother Teresa Center, go to www.motherteresa.org.*



## Spirituality of the Order of Malta
Servant Leadership — Called to be Mystics, Prophets, Witnesses — Meeting Jesus in the Other
(continued from page 7)

reality of the pain and suffering around us, or isolate us from the people who need us most. We are called to hear the cry of the poor and to respond.

To be a witness is to testify with our lives to someone we have experienced, the Risen Lord. St. John tells us in his first letter, "Something which has existed since the beginning, that we have heard, that we have seen with our own eyes, that we have watched, and touched with our own hands, the Word who is life."

The apostles, as friends of Jesus, were the first witnesses. They walked with Jesus; talked with him; fished with him; prayed with him. We too are his witness. Every age is immediate to God. No time is holier or closer to God. The world needs our profession to what we have seen, proclaiming what we have heard, testifying to what has touched us. If we were arrested today for being Catholic would there be enough evidence to convict us?

As members of the Order of Malta, you have a privileged moment in which to experience Jesus' presence in your service to the sick and the poor, the other, and the stranger.

Fr. Pedro Arrupe, former head of the Jesuits, a key influence in my life as a Jesuit, reminded us in his writings that the poor, the suffering and the disadvantaged stand at the very center of our concern. He challenged us to realize that the poor person is the one without a voice, the last in line, ignored and forgotten. He challenged us, whether we were involved in university work, or any other ministry, that in order to understand the condition of the poor, it is necessary to experience it first-hand. Without it, abstract theory and grand resolves are of little use.

Jean Vanier, founder of L'Arche, another key influence in my journey as a Jesuit and a priest, with whom I was able to live and work for a summer before I was ordained, teaches that we must serve and befriend those who appear to us as strange, different, the unwanted and lonely. He reminds us that we all have handicaps, some are more physical than others.

Charles Peguy the French philosopher wrote, "When we come to the end of our pilgrimage and reach heaven, God will ask, Where are the others?" We never go to God alone!

As servant leaders, mystics, prophets and witnesses, we reach out to the other, as Jesus did through our ministry of presence and hospitality:

Presence—the simple experience of being with and for the other person, to stand with and walk with. Helen Keller once wrote of her experience of personal presence, "The hands of those I meet are dumbly eloquent to me, I have met people so empty of joy that when I clasped their frosty hands it seemed as if I were shaking hands with a northeast storm. Others, there are, whose hands have sunbeams in them, so that their grasp warms my heart."

Which are we, northeast storm or sunbeams? Perhaps we are a northeast storm because of DDD, delight deficiency disorder. The symptoms are feelings of anger, irritability, aggression and impatience. The antidote, to enjoy life, to laugh, to become more comfortable with how little control we really have. We don't want our epitaph to read, "Got everything done, died anyway!" Remember some people brighten a room by leaving it. There must be something that kicks in each day that keeps us from dying from amazement and something that keeps us from dying of a broken heart.

> Presence — the simple experience of being with and for the other person, to stand with and walk with.

Hospitality—is a daily process of transformation. It is to live more and more as a channel of grace and love, to focus love in every gesture and movement of my life, or as Thoreau says, "to affect the quality of the day, to make miracles happen through the enthusiasm of my living and loving, to say, I am going to live today on purpose." Life as hospitality is a celebration of all I am and all I have is a gift, undeserved and unearned. Hospitality has more to do with the resources of a generous and grateful heart than the availability of food and space. There is always abundance when we share, and even just a cup of cold water.

Our ministry of hospitality is lived with the passion to gather in, to include, to make people feel that they belong and are important. Life as hospitality is expressed fully in the life of Jesus, who welcomed the outcast, who identified with the sick and the stranger. Jesus practiced total inclusion, a radical table fellowship that knew no exceptions. The God of Jesus, revealed in his all-embracing love, knows no boundaries and no borders. We all have moments when we have shared or experienced hospitality, moments to recall and to appreciate.

In June, while visiting Doug and the kids in Cap Haitien, I witnessed the hospitality of Jesus, as I saw Doug reach out and make miracles happen, against incredible odds. It was a miracle involving a boy named Tidou, who one day was taken to the city hospital because he was bleeding internally from unknown causes. He was near death. During the five days I was there, Doug made frequent visits to the hospital, checking with doctors and nurses at every shift change, making sure tests were done, results looked at. Doug was God's pit bull. Without hesitation Doug gathered eight volunteers, kids and staff to give blood for TiDou. In fact, he was so successful in gathering the donors that The Red Cross offered to hire him. They had never had so many people donate blood at one time.

Before I left, TiDou was up and about; he had turned the corner of his crisis. Without Doug's steady presence and persistence, I have no doubt that TiDou would have died. But that isn't all, Doug's hospitality has incredible peripheral vision. He doesn't miss anyone. While giving his all to TiDou, Doug noticed another young boy three beds over, emaciated from hunger, with bed sores, neglected and alone. He had been there for two weeks. No money, no treatment. Doug brought me over to him, and took me aside and said, "I've talked to the nurses and I am going to pay for his tests and medicine." There was that look in his eyes that said I am going to beat this lousy system. Where there is great love, there are always miracles.

Every time we meet a person different from ourselves, not from our world, from our network of relationships, our hearts are stretched, our world transformed. Our spiritual growth, our conversion to a life of unconditional love and service depends on and is nurtured by moments of deep personal communion, experiences that happen at a shelter, in a prison, a hospital, a nursing home, or a school. These encounters make us rethink our priorities and redefine our commitments. We stretch our circles of care and compassion. We do perceive from where we stand.

The challenge we face each day is for us to go out of our way, to take chances, to expand our boundaries, to include the other, the victim and to let God touch us through them. They become sacraments of God's presence. They are the distressing disguise of Jesus.

As Christians we know it is not enough that we do no harm to others. Jesus asks us to help alleviate each other's suffering and pain, to bear each other's burdens. There is no greater gift we can give someone other than the assurance that we are fellow sufferers, and fellow companions, making room in our lives for the other, in good times and in bad, knowing that we are not alone.

How have we changed and been transformed because of our friends in Bridgeport and Norwalk, in Haiti and Lourdes? See the effect of hearing about Doug's kids had on seven year old Jacob Russell. This is the letter he wrote to family and friends before his first communion. (continued on page 11)





## Grand Cross Of Merit Award

We are pleased to announce that the Grand Cross of Merit has been awarded to Hope E. Carter, a woman that has dedicated her entire life to serving and caring not only for her twelve children, but to those in need.

Of all the Knights and Dames of the American Association, who have contributed to the Order over the last 80 years, no one is more deserving of this honor than Hope E. Carter. For nearly two decades she has demonstrated her unwavering commitment and compassion for serving the sick and the poor, working tirelessly on their behalf.

In her home State of Connecticut she has been the driving force behind many Malta projects, including the Malta House of Good Counsel, a home for pregnant, abortion vulnerable women and Shepherds, Inc., a mentoring organization that pairs members of the Order with poor and needy children, providing them with an opportunity to obtain a Catholic school education. Indeed, she has set the standard for developing what has become the most highly organized and efficient structure for the delivery of service and care of any area within the American Association.

Her acts of kindness and generosity extend beyond US borders, and she has taken what she has made significant contributions. In the work of the hospital of Saint Damien at CROSEM. It is through her hard work and dedication that a facility was built to house the volunteers, including the many doctors and nurses that come to Haiti each year to care for the sick and the poor. She has also made invaluable contributions to the Notre Dame School in Cap Haiti.

The Grand Master and Sovereign Council at the recommendation of the President and Board of Councillors of the American Association of the Order of Malta are proud to bestow this honor upon Hope E. Carter, a kind and gracious woman that has made it her mission in life to serve the needs of the sick and the poor.

Congratulations Hope and thank you for all of your hard work on behalf of the American Association of the Order of Malta.

## Port Ministries
*(continued from front cover)*

to poor and homeless adults and children. During the winter months we provide gloves, hats and scarves to those in need. All of our food is donated by individuals, churches and local schools and the Bread Truck is manned by our dedicated volunteers.



Mother's Kitchen (established 2005) is the newest ministry at the Port made possible by a grant from the Order of Malta. This is a restaurant style feeding ministry for the poor and homeless and it has many advantages over the traditional soup kitchen. This unique restaurant style setting replaces the soup kitchen "charity hand out" program with an empowerment program. The restaurant features one listener at each table and one table for each family. The ratio of "guest to volunteer" allows for a more personal, dignified and respectful relationship to develop between the volunteer and the guests being served. It helps create an environment of greater hospitality united with a true listening presence to guests rather than merely reaching across a counter with a bowl of soup...the barrier between server and guest is removed.

The Port Free Clinic (established 1999) provides basic health care for the uninsured and homeless. It is staffed entirely by volunteer physicians and other health care professionals. The clinic offers free physicals, immunizations, medical treatment and medications as well as educational programs that include well-baby care, nutrition and care for hypertensive and diabetic patients. The 2nd floor of the Clinic building is an apartment used for overnight volunteer groups dedicated to serving at Port Ministries for an extended period of time. Through grants provided by the Order of Malta, the Port is able to maintain a full-time administrator to coordinate patients and dedicated healthcare providers. In the adjacent picture Dr. Robert Dolehide K.M. administers care during his frequent visits as a volunteer.



The Mantle (established 1991) is a non-residential program that provides sanctuary for neighborhood children and educational opportunities for their parents. Parents attend classes in ESL, GED preparation, basic computer classes, and various other family enrichment ministries. Children are cared for in toddler play areas, guided play and learning for pre-school children and tutoring and arts and crafts programs for school-aged children. Many opportunities are available at Our Lady's Mantle to those with very little, and it focuses on improving the whole person in all facets of their life.



Theresa House (established 1997) is a full-service shelter for families in need; it houses both adults and their children for up to 120 days. It was built in an effort to respond to the growing number of families left homeless by financial straits or natural disasters. Theresa House, named in honor of Mother Theresa Dudzik a Franciscan Nun, and early pioneer of social outreach in Chicago, is now one of the largest full-service family shelters in Cook County. Our mission is to provide families in need with food, shelter, and clothing in a safe and secure environment. In addition, Theresa House offers life skill enhancement programs to better prepare families to successfully make their transition into stable and permanent housing.

Tony's Gym (established 1998) is a recreational facility for children and youth ages 8 to 18. It is a unique facility in that it is a gym that not only provides fitness programs but mentoring and tutorial programs are also available. More importantly, it fosters a spirit of teamwork and encourages individual excellence. Many of these children live in poverty and are regularly subjected to drugs, violence, gang activity and, abusive parents. These are societal problems that have been passed down from generation to generation and it is the children who become the victims. And at Tony's Gym we work with these children to help them grow physically and mentally healthy in a safe environment.

The Listening Ministry (established 1986) is an essential component of our involvement with the poor as we try to understand and address their unique needs. Its purpose is to be among the poor and listen with an open heart to their life's story with all its joys and troubles, realizing that God is the third person listening and that He knows the person's heart. The listening minister gives their time and energy with an attitude of love and concern. Anyone can carelessly "hand out" advice, but to listen engages hearts...then compassion and love can begin and deeper needs met.

The Home Visiting Ministry, (established 1986) reaches into homes with listening hearts and brings compassion so needed to offset the loneliness and sufferings of the homebound. Its goal is to bring care directly to those who are locked in their homes as a result of illness, old age or a physical disability. (continued on next page)

> Anyone can carelessly "hand out" advice,
> but to listen engages hearts...then compassion
> and love can begin and deeper needs met.

## Spirituality of the Order of Malta
### Servant Leadership — Called to be Mystics, Prophets, Witnesses — Meeting Jesus in the Other

(continued from page 9)

> Dear Family and Friends,
> Instead of gifts for me, please make a donation to Haiti and to Doug.
> Doug's boys don't have enough money.
> Thank you, Love,
> Jacob

He gave all $700 of his first communion money! With that kind of money Jacob could have bought a lot of DVD's and even a few ipods.

In closing I would like to offer a couple of practical recommendations.

As we meet the "other" in the many ministries of the Order, let's give each person we meet the triple AAA treatment; attention, affirmation and appreciation. Let our presence be one of respectful listening and a compassionate response. And sometimes that response is simply a compassionate silence.

In addition, we should persevere in our lives as servant leaders, and not succumb to compassion fatigue, let us remember the checklist offered by Fr. Dean Brackley, S.J., who teaches at the Jesuit University in El Salvador and does pastoral ministry among the poor:

- ✓ the need for community, for support and challenge
- ✓ regular contact with poor and suffering people
- ✓ daily prayer and contemplation
- ✓ regular community worship
- ✓ spiritual accompaniment
- ✓ a simple life style
- ✓ regular rest and recreation
- ✓ need for study
- ✓ sense of humor

We are all in this for the long haul, and the vocation and ministry we share is forcefully expressed in a prayer by David Butler, a prayer which we used on a prayer card celebrating the new Project Pierre Toussaint community members, but which applies to all the works of the Order of Malta,

I will change your names.
You will no longer be called wounded, outcast, lonely or afraid.
I will change your names.
Your new name will be confidence, joyfulness, overcoming one, faithfulness, friend of God, one who seeks my face. 🕂

*This talk was givin by Father Paul E. Carrier, S.J., Ph.D., ChM.*

*Father Carrier is a Magistral Chaplain of the Order of Malta and the head of Campus Ministry at Fairfield University in Fairfield, Connecticut*

## Port Ministries

(continued from previous page)



Child Walk (established 1994), a ministry of prayer for those Children being served and cared for at Tony's Gym, The Mantle or Mother Theresa House. It involves a volunteer group of committed sponsors praying three times a day for a specific child—by his or her name… Presently there are over 200 children being prayed for by the same number of committed sponsors.

Like many local charities, the Port is facing an uncertain future as our sources of funding have become quite scarce while the needs of the community continue to grow. As a result, Rich Guzior K.M. and Paul Dubuque K.M., the Port's treasurer, together with David Krug, executive director of the Port developed an ambitious plan to help ensure the future success of the Port Ministries and its many programs. Both their interim and long-term strategic plans take into consideration many factors, including ever-changing demographics and the availability of funding from various federal, state and local entities. Included in this strategic planning is a specific effort to develop annuities within its fundraising efforts which include a unique online giving program to be released in early December along with a remodeled website.

We will continue our Our ambitious endeavors to keep Port Minsitries alive and well with with valuable assistance from our dedicated members of the Order. It is our mission as members of the Order to protect and provide for those in need, especially the sick and the poor. 🕂



## 2005 Deceased Members

| Name | Preferred City, State |
|---|---|
| Mrs. Joyce N. Ahrens | Indian River Shores, Florida |
| Mr. Warren Jerry Ashley | Bloomfield Hills, Michigan |
| Mr. Patrick Beary | Highland Beach, Florida |
| Mrs. Alice M. Carney | Delray Beach, Florida |
| Mrs. Nancy Kellogg Dolan | New Fairfield, Connecticut |
| Mr. Thomas M. Doyle | New York, New York |
| Honorable Kathryn Du Four | Delray Beach, Florida |
| Dr. Bernard J. Ficarra | Potomac, Maryland |
| Vincent J. Fontana, M.D. | Stony Brook, NY |
| Mr. Pio Paul Goggi | West Palm Beach, Florida |
| Mr. Edward Griesdieck | St. Louis, Missouri |
| Mr. Edmund P. Hennelly | West Islip, New York |
| Dr. Engel P. Hevenor | Greenwich, Connecticut |
| Mr. William F. Kenney, Jr. | Belmar, New Jersey |
| Mr. Henry Brazell King | Belmar, New Jersey |
| Mr. Thomas Paul Moore II | Bloomfield Hills, Michigan |
| Mr. Sidney P. Mudd | New Rochelle, New York |
| Reverend Monsignor Harold A. Murray | Manasquan, New Jersey |
| Mrs. Nancy B. O'Conner | Loudonville, New York |
| Mr. Martin Anthony Randisi | Smithtown, New York |
| Mr. George Shashty | Pompano Beach, Florida |
| Mr. Ernest M. Van de Weghe | Phoenix, Arizona |
| Mr. Francis Chester Ventre | E. Weymouth, Massachusetts |
| Ambassador David McLearn Walters | Miami, Florida |
| Mr. William A. Weber | Pittsburgh, Pennsylvania |
| Mr. C. Holmes Wolfe Jr. | Pittsburgh, Pennsylvania |

## Resignations

| Name | Preferred City, State |
|---|---|
| Dr. James Drury | Dayton, New Jersey |

**HOSPITALLERS**

Volume 3 Winter 2005/2006

## Fellow members of the American Association:

*(continued from front cover)*

officers of Malta Associations in North, Central, and South America. The objective of the meeting was to identify more tactics to implement the Strategic Plan of the Order which was developed at the 2004 meeting in Malta. Subjects covered included:

- Enhancing the spirituality of the members of the Order
- Stimulating the personal commitment of our members to the work of the Order
- Identifying and attracting appropriate new members to the Order

**Annual Contributions:** As I mentioned in the recent letter I sent to you on the subject of Annual Contributions, at the November meeting of the Board of Councillors, we discussed the idea of increasing our dues, which have been held constant since 1997. The purpose of an increase would be to enable us to increase our grant making capabilities, which have declined because of inflationary cost increases, and to cover the impending deficit associated with the 2006 Lourdes Pilgrimage. After much discussion, we decided to increase our annual contributions from $1,250 to $1,400, effective for 2006, except for members invested in 2005 whose dues will be $1,250 until 2007.

**The Election:** As you know, we have concluded the election to determine who will make up our Board of Councillors in 2006 and beyond. We had a fine group of fourteen (14) candidates to pick from, and, no matter who was elected, we would enjoy an excellent Board. Inevitably, there were six (6) who were not elected, and we know they will maintain their high level of commitment to and involvement in the Order.

Outgoing Board members are Hugo Carter DMOb, Paul Jarrett KM, Susan Reece DM, and Pat Spencer DM. As we mentioned at our Annual Business Meeting, we appreciate very much their many contributions to the successful workings of our Board. We welcome four new members to the 2006 Board: Dan Fitzpatrick KM, Peggy Lyons DM, Mary McCooey DM, and Jim O'Connor KMOb, and look forward to working with them.

The new Board will hold its first meeting in Ft. Lauderdale on January 20th, after a dinner the night before with members in the South Florida Area.

**Auxiliary Corps:** We are grateful to Paul Damon KM, for his efforts in the initial development of the Auxiliary Corps of the American Association. Paul has passed the baton to Jack Rohrer KM who will now lead this initiative. Members of the Auxiliary Corps will be of the highest quality individuals, of all ages, who wish to volunteer on Malta works, projects, and ministries, but who do not necessarily aspire to become Knights and Dames.

**Area Chair and Hospitaller Meetings:** We had very productive meetings of the Area Chairs and Area Hospitallers who were in New York in November for the Annual Investiture and Dinner. We are pleased with their enthusiasm for continuous improvement of Area operations.

**Lourdes Pilgrimage:** I want to remind you of the obligation (really an opportunity) of all Knights and Dames to participate at least once on the Order's Pilgrimage to Lourdes. As all others who have been on the Pilgrimage will tell you, this week-long sojourn to the shrine of Our Lady to care for our malades is a wonderful, unique experience. I urge all of you who have never been on the Pilgrimage to sign up now for the 2006 Pilgrimage, which will occur between April 29th and May 3rd.

**Malta Human Services Foundation:** Our aim is to significantly build the funds in the Foundation, so that with Annual contributions equal to 5% of such funds, we can keep required Annual contributions low and increase grants at the same time. Recently, we have received four bequests to the Foundation from deceased members amounting to more than $401,000. After a recent appeal, many members of the Boards of both the Association and the Foundation have already indicated their willingness to include the Foundation in their estate planning. We ask all of our members to do the same. Over time, with the right resources, we can and will become a major force for social good throughout America.

Have a Blessed, Peaceful Christmas, and a Happy, Healthy New Year!

Best regards,

Daniel J. Kelly, KM
President



## Check the News and Update Section www.maltausa.org

### Prayer of the Order

Lord Jesus, Thou hast seen fit to enlist me for Thy service among the Knights and Dames of Saint John of Jerusalem.

I humbly entreat Thee through the intercession of the Most Holy Virgin of Philermo, of Saint John the Baptist, Blessed Gerard and all the saints and blessed of our Order, to keep me faithful to the traditions of our Order.

Be it mine to practice and defend the Catholic, the Apostolic, and the Roman Faith against the enemies of religion; be it mine to practice charity towards my neighbors, especially the poor and sick.

Give me the strength I need to carry out this my resolve, forgetful of myself, learning ever from the Holy Gospel a spirit of deep and generous Christian devotion, striving ever to promote God's glory, the world's peace, and all that may benefit the Order of Saint John of Jerusalem. Amen.

### The Beatitudes

Blessed are the poor in spirit, for theirs is the kingdom of heaven.
Blessed are they who mourn, for they will be comforted.
Blessed are the meek, for they will inherit the land.
Blessed are they who hunger and thirst for righteousness, for they will be satisfied.
Blessed are the merciful, for they will be shown mercy.
Blessed are the clean of heart, for they will see God.
Blessed are the peacemakers, for they will be called children of God.
Blessed are they who are persecuted for the sake of righteousness, for theirs is the kingdom of heaven.

*Matthew 5: 3-10*

### The Cardinal Virtues

**Prudence** — act rightly in any given situation.
**Justice** — give to each what is due to him, beginning with God.
**Fortitude** — endure difficulties and pain for the sake of what is good.
**Temperance** — be moderate in the pleasure and use of created good.

### Board of Councillors & Malta Human Services Foundation

The following is the schedule for the Board of Councillors Meetings for 2006:

### Malta Human Services Foundation Meetings

**January 19th & 20th,** Ft. Lauderdale, FL
**March 7th & 8th,** St. Louis, MO
**May 15th & 16th,** Chicago, IL
**September 7th,** New York, NY
**November 8th,** New York, NY

Executive Office
1011 First Avenue, Suite 1350
New York, NY 10022-4112 USA

Telephone: (212) 371-1522
Fax: (212) 486-9427
www.maltausa.org

Editor: Maureen Donovan
Design/Production: Rappy & Company, Inc.

Articles for future issues of this newsletter should be mailed to:
Maureen Donovan, Assistant to the Executive Director
American Association
1011 First Avenue
New York, NY 10022
or sent via email to: mdonovan@maltausa.org

© 2006 Order of Malta®, American Association, U.S.A.