# Exhibit 12





**Exhibit 12**





The Knights and Dames of the Sovereign Military Hospitaller
Order of St. John of Jerusalem of Rhodes and of Malta
American Association, U.S.A.
salute the Malta Missionaries
for ten years of service to Haitian youth!

## Andy, Joanie, Tim, Nick, Britt and Jess
## under the leadership of Doug
## and PPTs spiritual leader Fr Paul

