Exhibit 13

Underseal