# Exhibit 14

## Malta Services of Connecticut, Inc.

Barbara A. Fiorda
5 Prowitt Street
Norwalk, CT 06855
Phone & Fax:
(203) 975-7989

# Fax

| | | | |
|---|---|---|---|
| **To:** | Jack Shine | **From:** | Barbara Fiorda |
| **Fax:** | 212-486-9427 | **Pages:** | 2, incl. cover |
| **Phone:** | | **Date:** | Monday, March 01, 2004 |
| **Re:** | Letter to Raskob | **CC:** | |

● **Comments:**

Jack – per our conversation, letter is attached. Hopefully your explanation will satisfy them. I stand ready to assist further if necessary.

Many thanks.



EXHIBIT 3
WIT: Carter
DATE: 2/7/14
MAUREEN O. POLLARD

HF 02656

**Exhibit 14**



**PROJECT VÉNÉRABLE PIERRE TOUSSAINT**

The Haiti Fund, Inc.

February 5, 2004

Frederick J. Perella, Jr., Executive Vice President
Raskob Foundation for Catholic Activities, Inc.
10 Montchanin Road
Wilmington, DE 19807

Dear Mr. Perella,

We are pleased to submit this grant application, # 2003-T005718, in the amount of $25,000.00, for the Foundation's consideration. Funds would be used toward stipend expense for four lay missionaries who are working in Cap Haitien, Haiti with Project Pierre Toussaint. This program was started in 1997 as a result of some casual but intentional outreach to street homeless boys in Cap Haitien city. The project has grown, developed, and now serves 100-125 boys per day in a three-tier program. Lay missionaries have been the cornerstone of the project since inception; the founder and current executive director remains a missionary. Providing some form of stipend to all is essential. This year, total stipend costs are budgeted at $51,560.00; to date, we have raised a little less that 50% of that amount. We hope that this application might result in additional financial assistance.

The Archbishop of the Cap Haitien diocese changed on January 18th. I was unable to get a letter of endorsement from the new Archbishop, Monsignor Roger Constant, prior to this application's due date. I will be arranging for a letter by February-end. Your office informed me that this was acceptable and instructed me to include this information in this cover letter.

The sponsor of this application is the Order of Malta, American Association, which recently received notification of its listing in the Official Catholic Directory. A copy of that letter is included with other attachments. Barbara Fiorda informed me of her conversation with you about the applicability of using Order of Malta, American Association as a sponsor given the Raskob Foundation's current opinion that the Order of Malta is a grant-making organization and likely ineligible. After your conversation with Ms. Fiorda, you suggested that we continue our plan to submit this 'as is' for several reasons that you and she discussed. First, the Order of Malta, American Association has been a strong financial supporter of Project Pierre Toussaint with two grants, one in 2002 and one in 2003, each for $25,000.00. Very importantly, in addition, last year the American Association recognized Project Pierre Toussaint as an official 'work' of the Order. The mission of the Order is witness to the faith and service to the sick and poor. The designation of 'work of the Order' necessitates not just financial support but also hands-on involvement. In keeping with this, Knights and Dames of Malta do make individual contributions to support the program. Because their names are not entered into the accounting system by a distinguishing designation, I cannot give you the total amount the program has received from all Knights and Dames individually. I can tell you, from looking at certain categories of donors, that since the year 2000, individual Knights and Dames have contributed over $95,000.00. A final compelling reason for this submission is based on the fact that individual members of the Order also give hands-on volunteer time and service, in Haiti, to Project Pierre Toussaint. At your recommendation, a listing of those individuals is also among other attachments.

The enclosed should provide the information stipulated in application instructions. Should you need additional detail, please do not hesitate to contact me. We are very grateful for this opportunity to introduce Project Pierre Toussant to the Raskob Foundation.

Sincerely,

Reverend Paul Carrier, SJ
Chairman

HF 02657

# HP LaserJet *3200*

MALTA-CONNECTICUT
203-975-7989
MAR-1-2004   2:15PM

## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|-----|------|------|------|----------------|----------|-------|--------|
| 302 | 3/ 1/2004 | 2:14:22PM | Send | 12124869427 | 0:55 | 2 | OK |

HF 02658