Exhibit 15



# Alleged Sex Abuse By Canterbury School Coach Detailed

**Unsealed Warrant Gives Students' Complaints**

May 27, 1998 | By RACHEL GOTTLIEB; Courant Staff Writer

A recently unsealed warrant used to arrest the former athletic director and hockey coach of the Canterbury School in New Milford accuses him of having sex with one of his players and touching and kissing others.

The 43-page document quotes students describing a sexually charged atmosphere in which former coach Joseph King, 34, is alleged to have routinely made sexual comments to players, allowed them to watch pornographic movies and sometimes kissed them on the lips.

| Parents® Height Predictor | Concealed Carry Guide | Flirty Plus-Size Outfits |
|---|---|---|
| parents.com/HeightPredictor | usconcealedcarry.net | zulily.com |
| How Tall Will Your Child Be? Use Parents® Height Prediction Quiz | Limited Time Free Subscription Get Informed & Stay Safe! | Shop Flirty Plus-Size Outfits on Sale up to 70% Off. Shop Now! |

New Milford police began investigating a year ago April after the state Department of Children and Families reported that a Hamden therapist notified it that one of his patients had said he was molested by King. The former student, who is now 19, said his sexual liaisons with King occurred once or twice a week between November 1995 and June 1996.

King had been the private boarding school's director of athletics and varsity hockey coach for four years before the allegations by the student were made last spring. He was also in charge of a dormitory, where he lived with his wife and two children, and taught a history class, said Bryan Kiefer, director of finance and development. He was placed on administrative leave from the school and left the campus with his family a day after police began investigating on April 2.

``It was certainly a mutual decision for Joe to leave,'' Kiefer said. In June, King officially resigned from the coeducational secondary boarding and day school with 335 students.

The school sent a letter to students' parents alerting them that police were investigating and then launched its own investigation, Kiefer said. He declined to say what the school learned through its own investigation, but said the findings were passed on to police.

Speaking from his home in Rye, N.H., King declined comment except to say that he is unemployed. He referred questions to his lawyer, Hubert Santos, who could not be reached for comment. King was arrested May 1. Two weeks ago he pleaded not guilty to three counts of second-degree sexual assault and two counts of illegal sale of liquor to a minor. He is free on a $50,000 bond, and his next court date is June 10 in Superior Court in Bantam.

**Exhibit 15**

The student who complained of the sexual assault told police that King summoned him to his apartment late at night about twice a week and ``he would masturbate me and have me masturbate him." The alleged encounters generally took place in the playroom in King's apartment, according to the student.

The student told police he did not want to have sexual relations with King. ``I did it because I felt like I was compelled to and there was no way out of the situation."

There are no witnesses to corroborate what the student claims took place in private. But several of the student's teammates interviewed by police verified that King had made a sexual comment to the student during a game.

King said that he had been close with the student but that the relationship had chilled after a few incidents in which he felt the student defied him. He admitted writing a letter to the student at the end of the year in which he told him that he loved him, but he said that it was common for him to write such letters to his players and that the love was not sexual.

### Flirty Plus-Size Outfits
zulily.com
Shop Flirty Plus-Size Outfits on Sale up to 70% Off. Shop Now!

### Parents® Height Predictor
parents.com/HeightPredictor
How Tall Will Your Child Be? Use Parents® Height Prediction Quiz

King told of betrayals the student had committed including breaking into King's campus apartment with other students while King and his wife were with their ill child at a hospital in Boston.

Jill Dillon, a former Canterbury student who was close with the student at school, told police that around April of 1996 the student began to act strangely. Sometimes, she said, he would begin to say something about King and then stop. ``He would say that something was going on between Coach King and himself, but he would then say that he could not say anything else."

Jan Flaska, assistant athletic director and a math teacher, went to police to say he did not believe the allegations against King. He went back to police, though, when a second student told Flaska that he, too, was kissed by King.

Records show that a second hockey player claims that after a party in his home, King invited him to stay and the visit ended with a kiss that made the student uncomfortable.

``He began to play with my hair. He said that he loved me. . . . I was scared and did not know how to get out of the situation. Coach King kind of got on top of me and kissed me on the mouth. I did not know how to stop him. . . . He stuck his tongue down my throat as he was kissing me."

Police confronted King about the second boy's claim. King said he remembered the incident, but a bit differently. He recalled that the room was lit by a candle. ``The candle light was to whip the team into a frenzy, to get them prepared for the playoffs," King told police.

King told the officers that he did kiss the player on the lips, but he did not recall putting his tongue in the boy's mouth and he did not intend it to be sexual. King said the boy must have been confused.

Many boys also told police that King had allowed his players to watch pornographic movies on the bus on the way home from away games.

Police also had one more kiss for King to explain, a kiss between him and head football coach Doug Chernovetz.

Flaska had reported that Chernovetz told him the two men had been drinking heavily at a party King hosted and they were intoxicated. ``Towards the end of the evening they were sitting around talking about how they cared for each other and then Coach Chernovetz and Coach King kissed each other on the lips," Flaska told investigators.

King conceded that the kiss had happened just that way. But, he told the officers, there was nothing sexual about the kiss the coaches shared.

Chernovetz could not be reached for comment. Kiefer, the school official designated to address questions, said he had not known anything about the kiss between the coaches and declined to comment further.

# Alleged Sex Abuse By Canterbury School Coach Detailed

**Unsealed Warrant Gives Students' Complaints**

May 27, 1998 | By RACHEL GOTTLIEB; Courant Staff Writer

A recently unsealed warrant used to arrest the former athletic director and hockey coach of the Canterbury School in New Milford accuses him of having sex with one of his players and touching and kissing others.

The 43-page document quotes students describing a sexually charged atmosphere in which former coach Joseph King, 34, is alleged to have routinely made sexual comments to players, allowed them to watch pornographic movies and sometimes kissed them on the lips.

| Parents® Height Predictor | Concealed Carry Guide | Flirty Plus-Size Outfits |
|---|---|---|
| parents.com/HeightPredictor | usconcealedcarry.net | zulily.com |
| How Tall Will Your Child Be? Use Parents® Height Prediction Quiz | Limited Time Free Subscription Get Informed & Stay Safe! | Shop Flirty Plus-Size Outfits on Sale up to 70% Off. Shop Now! |

New Milford police began investigating a year ago April after the state Department of Children and Families reported that a Hamden therapist notified it that one of his patients had said he was molested by King. The former student, who is now 19, said his sexual liaisons with King occurred once or twice a week between November 1995 and June 1996.

King had been the private boarding school's director of athletics and varsity hockey coach for four years before the allegations by the student were made last spring. He was also in charge of a dormitory, where he lived with his wife and two children, and taught a history class, said Bryan Kiefer, director of finance and development. He was placed on administrative leave from the school and left the campus with his family a day after police began investigating on April 2.

``It was certainly a mutual decision for Joe to leave,'' Kiefer said. In June, King officially resigned from the coeducational secondary boarding and day school with 335 students.

The school sent a letter to students' parents alerting them that police were investigating and then launched its own investigation, Kiefer said. He declined to say what the school learned through its own investigation, but said the findings were passed on to police.

Speaking from his home in Rye, N.H., King declined comment except to say that he is unemployed. He referred questions to his lawyer, Hubert Santos, who could not be reached for comment. King was arrested May 1. Two weeks ago he pleaded not guilty to three counts of second-degree sexual assault and two counts of illegal sale of liquor to a minor. He is free on a $50,000 bond, and his next court date is June 10 in Superior Court in Bantam.

The student who complained of the sexual assault told police that King summoned him to his apartment late at night about twice a week and ``he would masturbate me and have me masturbate him.'' The alleged encounters generally took place in the playroom in King's apartment, according to the student.

The student told police he did not want to have sexual relations with King. ``I did it because I felt like I was compelled to and there was no way out of the situation.''

There are no witnesses to corroborate what the student claims took place in private. But several of the student's teammates interviewed by police verified that King had made a sexual comment to the student during a game.

King said that he had been close with the student but that the relationship had chilled after a few incidents in which he felt the student defied him. He admitted writing a letter to the student at the end of the year in which he told him that he loved him, but he said that it was common for him to write such letters to his players and that the love was not sexual.

### Flirty Plus-Size Outfits
zulily.com
Shop Flirty Plus-Size Outfits on Sale up to 70% Off. Shop Now!

### Parents® Height Predictor
parents.com/HeightPredictor
How Tall Will Your Child Be? Use Parents® Height Prediction Quiz



King told of betrayals the student had committed including breaking into King's campus apartment with other students while King and his wife were with their ill child at a hospital in Boston.

Jill Dillon, a former Canterbury student who was close with the student at school, told police that around April of 1996 the student began to act strangely. Sometimes, she said, he would begin to say something about King and then stop. ``He would say that something was going on between Coach King and himself, but he would then say that he could not say anything else.''

Jan Flaska, assistant athletic director and a math teacher, went to police to say he did not believe the allegations against King. He went back to police, though, when a second student told Flaska that he, too, was kissed by King.

Records show that a second hockey player claims that after a party in his home, King invited him to stay and the visit ended with a kiss that made the student uncomfortable.

``He began to play with my hair. He said that he loved me. . . . I was scared and did not know how to get out of the situation. Coach King kind of got on top of me and kissed me on the mouth. I did not know how to stop him. . . . He stuck his tongue down my throat as he was kissing me.''

Police confronted King about the second boy's claim. King said he remembered the incident, but a bit differently. He recalled that the room was lit by a candle. ``The candle light was to whip the team into a frenzy, to get them prepared for the playoffs,'' King told police.

King told the officers that he did kiss the player on the lips, but he did not recall putting his tongue in the boy's mouth and he did not intend it to be sexual. King said the boy must have been confused.

Many boys also told police that King had allowed his players to watch pornographic movies on the bus on the way home from away games.

Police also had one more kiss for King to explain, a kiss between him and head football coach Doug Chernovetz.

Flaska had reported that Chernovetz told him the two men had been drinking heavily at a party King hosted and they were intoxicated. ``Towards the end of the evening they were sitting around talking about how they cared for each other and then Coach Chernovetz and Coach King kissed each other on the lips," Flaska told investigators.

King conceded that the kiss had happened just that way. But, he told the officers, there was nothing sexual about the kiss the coaches shared.

Chernovetz could not be reached for comment. Kiefer, the school official designated to address questions, said he had not known anything about the kiss between the coaches and declined to comment further.