# Exhibit 17

## American Association of the
## Sovereign Military Order of Malta

### Minutes

A meeting of the Board of Councillors of the American Association of the Order of Malta was held on June 26, 2002 at the National Women's Republican Club, 3 West 51 Street, New York, NY 10022.

**The following Councillors were in attendance:** John Paul Reiner, Mildred G. Ix, Joseph H. Hagan, Gerald H. McGinley, Joseph F. Finn, Daniel Desmond McCarthy, John T. Bycraft, Patricia G. Spencer, Theodore J. Dubuque, G. Robert Reers, Frances O'C. Hardart, Carl A. Schwarz, Henry J. Humphreys, Daniel J. Kelly, Hope E. Carter, Susan M. Reese, Joseph H. Miller, Honorable Richard C. Casey

**Also present:** John F. Shine

Mr. Reiner reported that a quorum was present and dispensed with the calling of the roll.

### Secretary's Report

### Approval of Minutes - April 19, 2002

On a Motion duly made, the Board voted unanimously to approve Minutes of April 19, 2002.

### Report of the President

### Appointment of the Defense of the Faith Committee

At the April 19 meeting, Mr. Bycraft had raised a question about the appointment of a pro-life committee. The discussion at that meeting resulted in a consensus position that a defense of the faith committee should be named. Mr. Reiner informed the Board that it was his intention to name Daniel Desmond McCarthy and Paula Murphy as the Co-Chairs, Monsignor Clark, Daniel Kelly, Susan Reese, Carl Schwarz and Patricia Spencer as members from the Board of Councillors. He also stated that it was his intention to name non-Board members as advisors, having in mind William Burleigh, Frank Crippen, Thomas Carney Jr., Christopher Godfrey, Kenneth Manning and Dennis Simon.

With respect to the issue, Mr. Finn stated he thought that the membership should be noticed on the formation of the defense of the faith committee and that members should be invited to come forward to indicate their willingness to serve. Mr. Bycraft stated that his recommendation was to remove the term advisor and make those members full members of the committee and not "second-class citizens." He stated also that, in his judgment, this committee would have a major role to advise the Board on its role in the current crisis in the church. Mr. Schwarz stated that he concurred with the recommendation that advisory members serve as full members of the committee. He also

1



EXHIBIT 18
WIT: Carter
DATE: 2/7/14
MAUREEN O. POLLARD

MALTA007985

Exhibit 17

asked that his name be removed from the committee in view of the fact that he had many other responsibilities at the present time.

Mrs. Hardart stated that we should be proactive and not reactive and that this committee should be a quasi education committee to which Mr. Reiner responded that there was no limit on the committee's scope. Mr. McCarthy stated that defense of the faith is precarious issue today with a need to consult with reasonable people. He stated that he supported the church in general. The issue should be how can we support our working priests. Judge Casey urged caution with groups of lay-people when acting on defense of the faith issues, believing that most people are ill-equipped by background to do so. He also stated that no one should do anything publicly. Mr. Kelly reported that Legatus had made efforts to support working priests. Some had suggested that areas do something to support priests. Mr. Kelly stated that, if we want the Areas to do something, we should tell them.

Mr. Finn suggested that, since there was no consensus on the function of the defense of the faith committee and how it should operate, no non-Board member should be appointed.

> Motion was made and seconded and unanimously adopted to table further discussion of the Defense of the Faith Committee until the September meeting.

### Procedure to Nominate a Candidate for President

With the change in the By-Laws, the Board of Councillors now has the responsibility to nominate a president. The By-Laws state that, on or before September 15 in a year during which the term of the president shall expire, the Board of Councillors shall publish its nomination for president. Since the By-Laws require that the Board of Councillors act to nominate a candidate for president on or before September 15, the Board discussed the procedures it would use to bring about that nomination.

> Motion was made seconded and unanimously adopted that the Nominating Committee be and hereby is charged with recommending the name of a candidate to be nominated by the Board for President and Councillors of the American Association at a meeting to be scheduled in early September. The Board of Councillors will receive notice one week prior to the meeting of the Committee's recommendations.

### Matter of a Separate Incorporations

Mr. Finn and Mr. Schwarz reported on a telephone conference held with Hope Carter, Area Chair of Connecticut and Frank Crippen, Area Chair of South Florida, relative to separate incorporations which both areas have created. Mr. Schwarz explained that areas of the Association can not incorporate and separate themselves from the Association

MALTA007986

itself. He did say that the Charter and Code of the Order allows for separate incorporations of Malta Works, such as the Malta House in Norwalk, Connecticut, Shepherd's Inc., a mentoring program in Connecticut and the Haiti Fund incorporated to assist in the funding of Crudem and other activities. Mr. Schwarz stated that he believed that Connecticut could create or change its existing 501(c)(3) as an area incorporation to a services corporation, that is organized for the purpose of assisting in the administration of other Malta works in the Connecticut Area. Separately incorporated Malta works need the approval of the Board of Councillors. After the Board approves separate incorporations, The Grand Magistry must be informed of the Certificate of Incorporation and By-laws of each corporation as required by Article 239 of the Code of the SMOM.

Mr. Schwarz recommended that further information be gathered and that the Connecticut Area change the name of its present 501(c)(3) which would be in conformance with Section 239 of the Code. He suggested that the proposal be submitted at the September meeting. A further suggestion was that we investigate the exposure of sub-organizations to the American Association. The Board was informed that the South Florida Area had not responded to a letter written subsequent to the telephone conference on the matter. The Board was further informed that it appeared that the South Florida Area was using a 501(c)(3) incorporation which was established for a Malta House, now no longer in existence.

### Formation of a Priory or Sub-Priory

At the April 19 meeting, Judge Casey appointed Mr. Reiner, Mrs. Carter, Mr. McCarthy and Mr. Bycraft to a committee to report back on the subject of creating a priory or sub-priory in the United States. The committee met by telephone subsequent to several telephone conversations which Mr. Bycraft had with James Michael von Stroebel, a professed Knight in the Federal Association. Based upon those conversations and the telephone conference which also included James Michael von Stroebel, the following resolution was offered:

1. Resolved, that the Board of the American Association of the Sovereign Military Order of Malta strongly endorses and encourages the establishment of a priory in the territory of the American Association and the Federal Association of the United States.

2. If there is not enough professed Knights to allow the establishment of a priory, the Board endorses the establishment of a sub-priory until such time as a priory can be established.

3. The President of the American Association will address a letter to the Grand Master advising him of the level of support expressed for their motion by the American Association Board of Councillors.

4. In view of the fact that this matter directly affects the American Association members who are in the second-class of the Order, the Board suggests that they should send a separate petition to the Grand Master through their religious

3

MALTA007987