# Exhibit 18

**SPH43**

# FedEx. USA Airbill

FedEx Tracking Number: **8278 5072 2329**

Form I.D. No. **0215**

## 1 From
Date **9/13/02**

Sender's FedEx Account Number **2307-5484-5**

Sender's Name **B. FIORDA**    Phone **(203) 857-0088**

Company **MALTA HOUSE OF GOOD COUNSEL**

Address **5 PROWITT ST**

City **NORWALK**    State **CT**    ZIP **06855**

## 2 Your Internal Billing Reference
First 24 characters will appear on invoice.

## 3 To
Recipient's Name **JOHN F. SHINE**    Phone **212, 311-1522**

Company **AMERICAN ASSOCIATION OF THE SOVEREIGN MILITARY ORDER OF MALTA**

Address **1011 FIRST AVENUE**

**ROOM 1500**

City **NEW YORK**    State **NY**    ZIP **10022**

*Peel and Stick FedEx USA Airbill*

See back for application instructions.

**Questions? Visit our Web site at fedex.com**
or call 1-800-Go-FedEx® (800)463-3339.
By using this Airbill you agree to the service conditions on the back of this Airbill and in our current Service Guide, including terms that limit our liability.

**0179212875**

## 4a Express Package Service
☒ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight
☐ FedEx 2Day
☐ FedEx Express Saver
☐ NEW FedEx Extra Hours

## 4b Express Freight Service
☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

## 5 Packaging
☒ FedEx Envelope*
☐ FedEx Pak*
☐ Other Pkg.

## 6 Special Handling
☐ SATURDAY Delivery
☐ SUNDAY Delivery
☐ HOLD Weekday
☐ HOLD Saturday

Does this shipment contain dangerous goods?
☐ No    ☐ Yes    ☐ Dry Ice    ☐ Cargo Aircraft Only

## 7 Payment  Bill to:
☒ Sender    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check

Total Packages    Total Weight    Total Declared Value $ .00

*Our liability is limited to $100 unless you declare a higher value. See back for details.*

FedEx Use Only

## 8 Release Signature
By signing you authorize us to deliver this shipment without obtaining a signature and agree to indemnify and hold us harmless from any resulting claims.

**406**



EXHIBIT **19**
WIT: **Carter**
DATE: **2/7/14**
MAUREEN O. POLLARD

**HF 11555**

**Exhibit 18**

# Terms And Conditions

**Definitions**   On this Airbill, "we," "our," and "us" refer to Federal Express Corporation, its employees, and agents. "You" and "your" refer to the sender, its employees, and agents.

**Agreement To Terms**   By giving us your package to deliver, you agree to all the terms on this Airbill and in our current Service Guide, which is available on request. You also agree to those terms on behalf of any third party with an interest in the package. If there is a conflict between the Service Guide and this Airbill, the Service Guide will control. No one is authorized to change the terms of our Agreement.

**Responsibility For Packaging And Completing Airbill**   You are responsible for adequately packaging your goods and properly filling out this Airbill. If you omit the number of packages and/or weight per package, our billing will be based on our best estimate of the number of packages we received and/or an estimated "default" weight per package as determined by us.

**Responsibility For Payment**   Even if you give us different payment instructions, you will always be primarily responsible for all delivery costs, as well as any cost we incur in either returning your package to you or warehousing it pending disposition.

**Limitations On Our Liability And Liabilities Not Assumed**

• Our liability in connection with this shipment is limited to the lesser of your actual damages or $100, unless you declare a higher value, pay an additional charge, and document your actual loss in a timely manner. You may pay an additional charge for each additional $100 of declared value. The declared value does not constitute, nor do we provide, cargo liability insurance.

• In any event, we will not be liable for any damage, whether direct, incidental, special, or consequential in excess of the declared value of a shipment, whether or not Federal Express had knowledge that such damages might be incurred including but not limited to loss of income or profits.

• We won't be liable:

– for your acts or omissions, including but not limited to improper or insufficient packing, securing, marking, or addressing, or those of the recipient or anyone else with an interest in the package.

– if you or the recipient violates any of the terms of our Agreement.

– for loss or damage to shipments of prohibited items.

– for loss, damage, or delay caused by events we cannot control, including but not limited to acts of God, perils of the air, weather conditions, acts of public enemies, war, strikes, civil commotions, or acts of public authorities with actual or apparent authority.

**Declared Value Limits**

• The highest declared value allowed for a FedEx Envelope and FedEx Pak shipment is $500.

• For other shipments, the highest declared value allowed is $50,000 unless your package contains items of extraordinary value, in which case the highest declared value allowed is $500.

• Items of extraordinary value include shipments containing such items as artwork, jewelry, furs, precious metals, negotiable instruments, and other items listed in our Service Guide.

• You may send more than one package on this Airbill and fill in the total declared value for all packages, not to exceed the $100, $500, or $50,000 per package limit described above. (Example: 5 packages can have a total declared value of up to $250,000.) In that case, our liability is limited to the actual value of the package(s) lost or damaged, but may not exceed the maximum allowable declared value(s) or the total declared value, whichever is less. You are responsible for proving the actual loss or damage.

**Filing A Claim**   YOU MUST MAKE ALL CLAIMS IN WRITING and notify us of your claim within strict time limits set out in the current Service Guide.

You may call our Customer Service department at 1•800•Go•FedEx® (800)463-3339 to report a claim; however, you must still file a timely written claim.

Within 90 days after you notify us of your claim, you must send us all the information you have about it. We aren't obligated to act on any claim until you have paid all transportation charges, and you may not deduct the amount of your claim from those charges.

If the recipient accepts your package without noting any damage on the delivery record, we will assume the package was delivered in good condition. For us to process your claim, you must make the original shipping cartons and packing available for inspection.

**Delivery To Residential Locations**   Shipments to residential locations using FedEx Express Saver may be delivered without obtaining the recipient's signature.

**Right To Inspect**   We may, at our option, open and inspect your packages before or after you give them to us to deliver.

**Right Of Rejection**   We reserve the right to reject a shipment when such shipment would be likely to, cause delay or damage to other shipments, equipment, or personnel; or if the shipment is prohibited by law; or if the shipment would violate any terms of our Airbill or our current Service Guide.

**C.O.D. Services**   C.O.D. SERVICE IS NOT AVAILABLE WITH THIS AIRBILL. IF C.O.D. Service is required, please use a Federal Express C.O.D. Airbill.

**Air Transportation Tax Included**   A federal excise tax when required by the Internal Revenue Code on the air transportation portion of this service, if any, is paid by us.

**Money-Back Guarantee**   In the event of untimely delivery, Federal Express will, at your request and with some limitations, refund or credit all transportation charges. See current Service Guide for more information.

Part #153185 • Rev. 12/00

HF 11556



# AMERICAN ASSOCIATION OF THE
# SOVEREIGN MILITARY ORDER OF MALTA



CONNECTICUT

September 10, 2002

John F. Shine, Ph.D.
Executive Director
The American Association of the
   Sovereign Military Order of Malta
1011 First Avenue – Room 1500
New York, NY 10022

Dear Jack,

We are pleased to submit the enclosed application in the amount of $25,000.00 on behalf of the operating program of Haiti Fund, Inc., Project Pierre Toussaint, in Cap Haitien, Haiti. AASMOM has been very supportive of Project Pierre Toussaint in previous years, for which we are most grateful. We are hopeful that your support will continue; it is very much needed.

As you are aware, AASMOM-CT has been very involved in Project Pierre Toussaint since its inception. Over the past six years and as a continuing effort, members have contributed funds to cover costs for the project's volunteer missionaries – their stipends, travel expenses, medical insurance, Creole language training, and a Maryknoll missionary discernment training course. In addition, we cover all of the expenses for their chaplain, Rev. Paul Carrier, S.J. of Fairfield University, who visits them at least four times per year. AASMOM-CT members have also been very instrumental in securing necessary equipment for building improvements and provide volunteer time and in-kind donations for the program.

Project Pierre Toussaint is making a real difference in the lives of boys in Cap Haitien who have been estranged from their families, primarily for economic reasons, and wind up living on the street. It is truly the only program of its kind in that region and is providing hope and practical directives for young lives that otherwise would be ignored and potentially wasted. Over the past 12 months, the number of boys served has grown significantly. Involvement in Project Pierre Toussaint has resulted in increased regular attendance at school, structured daily activities that include work, prayer, play and service, and re-connection with primary families during school vacations. We are grateful to be involved -- Project Pierre Toussaint is living out the Gospel imperative of serving the poor.

The enclosed contains detailed information provided by Haiti Fund, Inc., including project budget and fiscal results. Should you have additional information needs, please call me.

On behalf of Project Pierre Toussaint, thank you for your consideration.

Sincerely,

Hope E Carter

Hope E. Carter

Hope E. Carter, Co-Chair    492 Mariomi Road    New Canaan, CT 06840    (203) 966-5916 phone    (203) 966-4365 fax

HF 11557