Exhibit 19

Underseal