Exhibit 21

Underseal