Exhibit 22

Underseal