Exhibit 23

Underseal