Exhibit 24

Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
 2                                  Civil Action No.
                                    3:13-cv-01132(RNC)
 3    ****************************
      GERVIL ST. LOUIS, a/k/a ST.   Consolidated with:
 4    LOUIS GERVIL,                 3:13-cv-1225-RNC
                                    3:13-cv-1269-RNC
 5                   Plaintiff,     3:13-cv-1437-RNC
                                    3:13-cv-1480-RNC
 6        v.                        3:13-cv-1626-RNC
                                    3:13-cv-1627-RNC
 7    DOUGLAS PERLITZ, FATHER       3:13-cv-1628-RNC
      PAUL E. CARRIER, S.J.; HOPE   3:13-cv-1629-RNC
 8    E. CARTER; HAITI FUND,        3:13-cv-1630-RNC
      INC.; FAIRFIELD UNIVERSITY;   3:13-cv-1631-RNC
 9    THE SOCIETY OF JESUS OF NEW   3:13-cv-1632-RNC
      ENGLAND; SOVEREIGN MILITARY   3:13-cv-1633-RNC
10    HOSPITALLER ORDER OF ST.      3:13-cv-1634-RNC
      JOHN OF JERUSALEM OF RHODES   3:13-cv-1635-RNC
11    AND OF MALTA, AMERICAN        3:13-cv-1636-RNC
      ASSOCIATION, U.S.A.; a/k/a    3:13-cv-1637-RNC
12    ORDER OF MALTA, AMERICAN      3:13-cv-1638-RNC
      ASSOCIATION, U.S.A.; JOHN     3:13-cv-1639-RNC
13    DOE ONE; JOHN DOE TWO; JOHN   3:13-cv-1640-RNC
      DOE THREE; JOHN DOE FOUR;     3:13-cv-1641-RNC
14    JOHN DOE FIVE; JOHN DOE SIX   3:13-cv-1642-RNC
      and JOHN DOE SEVEN,           3:13-cv-1644-RNC
15                                  3:13-cv-1645-RNC
                     Defendants.    3:13-cv-1647-RNC
16                                  3:13-cv-1648-RNC
                                    3:13-cv-1701-RNC
17                                  3:13-cv-1767-RNC
                                    3:13-cv-1768-RNC
18                                  3:13-cv-1769-RNC
                                    3:13-cv-1881-RNC
19                                  3:13-cv-1904-RNC
                                    3:13-cv-1906-RNC
20                                  3:13-cv-1907-RNC
      ****************************
21    This document applies to:
      All of the above referenced cases
22    And those to be filed
      ****************************
23    CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
       VIDEOTAPED DEPOSITION OF JASON MAXWEL DERIZA
24
                 Wednesday, January 13, 2016
25                     9:09 a.m.
```

**Exhibit 24**

Confidential - Subject to Further Confidentiality Review

```
 1     VIDEOTAPED DEPOSITION OF JASON MAXWEL DERIZA

 2

 3

       Held At:

 4

 5          Iberostar Costa Dorada

 6          Carretera Luperón, km 4

 7          Puerto Plata, Dominican Republic

 8

 9

10     REPORTED BY:

11     Maureen O'Connor Pollard

12     Realtime Systems Administrator

13     RMR, CLR, LSR #473, CSR #149108

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFFS:

 3       LU XIA, ESQ.

 4           LAW OFFICES OF MITCHELL GARABEDIAN

 5           100 State Street, Sixth Floor

 6           Boston, Massachusetts 02109

 7           617-523-6250

 8           lxia@garabedianlaw.com

 9               -and-

10       ELLYN H. HURD, ESQ.

11           SIMMONS HANLY CONROY

12           112 Madison Avenue

13           New York, New York 10016

14           212-784-6400

15           ehurd@simmonsfirm.com

16               -and-

17       JO ANNA POLLOCK, ESQ.

18           SIMMONS HANLY CONROY

19           One Court Street

20           Alton, Illinois 62002

21           jpollock@simmonsfirm.com

22

23

24

25
```

```
 1   APPEARANCES (Continued):

 2

 3   FOR THE DEFENDANT PAUL E. CARRIER, S.J.:

 4        TIMOTHY P. O'NEILL, ESQ.

 5             MURPHY & KING

 6             One Beacon Street, Twenty First Floor

 7             Boston, Massachusetts 02108

 8             617-423-0400

 9             tpo@murphyking.com

10

11   FOR THE DEFENDANT HOPE E. CARTER:

12        JEFFREY W. KENNEDY, ESQ.

13             MILANO & WANAT LLC

14             471 East Main Street

15             Branford, Connecticut 06405

16             203-315-7000

17             jkennedy@mwllc.us

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES (Continued):

 2

 3    FOR THE DEFENDANT ORDER OF MALTA AMERICAN

 4    ASSOCIATION, U.S.A.:

 5         BRADFORD S. BABBITT, ESQ.

 6              ROBINSON & COLE LLP

 7              280 Trumbull Street

 8              Hartford, Connecticut 06103

 9              860-275-8200

10              bbabbitt@rc.com

11

12    FOR THE DEFENDANT FAIRFIELD UNIVERSITY:

13         JOHN W. CERRETA, ESQ.

14              DAY PITNEY LLP

15              242 Trumbull Street

16              Hartford, Connecticut 06103

17              860-275-0100

18              jcerreta@daypitney.com

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES (Continued):

 2

 3   FOR THE DEFENDANT THE SOCIETY OF JESUS OF

 4   NEW ENGLAND:

 5        LYDIA KNIGHT, ESQ.

 6             SLOANE AND WALSH, LLP

 7             Three Center Plaza, Suite 830

 8             Boston, Massachusetts 02108

 9             617-523-6010

10             lknight@sloanewalsh.com

11

12

13   Videographer:  Christopher Coughlin

14

15   Interpreter:   Nathalie Coupet

16                  Fabie Bodek

17

18   Also Present:

19   Jean Elyseé Pierre Louis, Interpreter

20   Giraud Pierre, Interpreter

21

22

23

24

25
```

```
 1                        INDEX

 2   EXAMINATION                              PAGE

 3   JASON MAXWEL DERIZA

 4    BY MR. KENNEDY                            10

 5    BY MR. CERRETA                           162

 6    BY MR. BABBITT                           165

 7    BY MS. KNIGHT                            170

 8

 9

10           E X H I B I T S

11   NO.          DESCRIPTION                 PAGE

12   1     Complaint and Jury Trial Demand...... 67

13   2     Plaintiff Jason Maxwel Deriza's

            Response to Certain Defendants'

14          First Set of Interrogatories......... 68

15   3     Group of eight documents............. 35

16   4     Copy of color photograph.............156

17   5     Copy of color photograph.............158

18   6     Copy of color photograph.............159

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1              P R O C E E D I N G S

 2

 3              THE VIDEOGRAPHER:  We are now on

 4    record.  My name is Chris Coughlin, I'm a

 5    videographer for Golkow Technologies.  Today's

 6    date is January 13, 2016, and the time is

 7    9:09 a.m..

 8              This video deposition is being held in

 9    Puerto Plata, Dominican Republic, in the matter

10    of Gervil St. Louis a/k/a St. Louis Gervil,

11    Plaintiffs versus Douglas Perlitz, et al, in the

12    United States District Court, District of

13    Connecticut, Civil Action 3:13-cv-01132-RNC.

14              The deponent is Jason Maxwel Deriza.

15              Will counsel please identify

16    yourselves and state whom you represent.

17              MR. KENNEDY:  Good morning.  I'm

18    Jeffrey Kennedy, I represent Hope Carter.

19              MR. CERRETA:  Good morning.  John

20    Cerreta for Fairfield University.

21              MR. O'NEILL:  Timothy O'Neill

22    representing Pere Paul Carrier.

23              MR. BABBITT:  I'm Bradford Babbitt, I

24    represent the American Association of the Order

25    of Malta.
```

1          MS. KNIGHT:  Good morning.  Lydia

2     Knight, and I represent the Society of Jesus of

3     New England.

4          MS. POLLOCK:  Jo Anna Pollock, and I

5     represent the Plaintiff.

6          MS. HURD:  Ellyn Hurd, I represent the

7     Plaintiff.

8          MS. XIA:  Lou Xia for Plaintiff.

9          THE VIDEOGRAPHER:  The court reporter

10    is Maureen Pollard, and she will now swear in

11    the interpreter and the witness.

12

13          NATALIE COUPET, Interpreter,

14    having been duly sworn to translate the

15    questions and answers accurately, translated as

16    follows:

17

18          JASON MAXWEL DERIZA,

19    having been first duly sworn, was examined and

20    testified as follows through the interpreter:

21

22          MR. KENNEDY:  Just a housekeeping

23    issue.  Counsel, usual stipulations?  Reserve

24    all objections as to form, and motions to

25    strike.  And you guys would like 60 days to read

1   and sign?

2          MS. POLLOCK:  Yes.

3          MR. KENNEDY:  Also understood that an

4   objection for one is an objection as to all.

5          MS. POLLOCK:  Sure.  I believe there's

6   also a stipulation pertaining to notary.

7          MR. KENNEDY:  Yes.  Stipulation as

8   to -- you're correct, stipulation as to notary.

9          DIRECT EXAMINATION

10  BY MR. KENNEDY:

11      Q.   Sir, could you please state your name

12  for the record?

13      A.   Deriza, last name, Jason Maxwel.

14      Q.   So is your full name, sir, Jason

15  Maxwel Deriza?

16      A.   Yes.

17      Q.   Okay.

18          THE VIDEOGRAPHER:  May I just ask

19  before beginning, it's best if the witness keeps

20  his voice up.

21          THE WITNESS:  Okay.

22          THE VIDEOGRAPHER:  Thank you, sir.

23  BY MR. KENNEDY:

24      Q.   Sir, do you go by Jason or another

25  name?

Confidential - Subject to Further Confidentiality Review

```
1        A.   I have a nickname, my father gave it

2   to me, it's Japou.

3        Q.   And is that J-A-P-O-U?

4        A.   Yes.

5        Q.   Are you known by any other nicknames

6   besides Japou?

7        A.   I don't remember.

8        Q.   Is it possible that you've been known

9   by another name, sir?

10        A.   I don't remember this.

11             MS. POLLOCK:  You've got to speak up.

12   BY MR. KENNEDY:

13        Q.   Your friends call you Japou?

14        A.   No.  My father.

15        Q.   Okay.  What do your friends call you,

16   sir?

17        A.   Maxwel.  My name.

18        Q.   And when you went to -- and we're

19   going to be talking about PPT later, but when

20   you went to PPT, what were you known as -- were

21   you known as Maxwel or Japou?

22        A.   Maxwel.

23        Q.   Sir, if there's any question that I

24   ask you today that you don't understand, just

25   ask me to rephrase the question, and I'd be
```

Confidential - Subject to Further Confidentiality Review

```
 1   happy to do so.

 2        A.   Okay.

 3        Q.   Because if you do answer the question,

 4   I'm going to assume that you understood my

 5   question.

 6        A.   Yes.

 7        Q.   Sir, do you understand that you swore

 8   before God today to tell the truth?

 9        A.   Yes.

10        Q.   Do you believe in God, sir?

11        A.   Yes.

12        Q.   As we sit here today, are you on any

13   medication?

14        A.   No.

15        Q.   Do you regularly take any medication,

16   sir?

17        A.   No.

18        Q.   Have you ever taken drugs, sir?

19        A.   No.

20        Q.   Have you ever used paint thinner, sir?

21        A.   No, I don't remember.  No, I don't do

22   that.

23        Q.   No, you don't remember if you've taken

24   paint thinner?

25        A.   No, I don't take.
```

Confidential - Subject to Further Confidentiality Review

 1        Q.   And you've never taken paint thinner?

 2        A.   No.

 3        Q.   What's your date of birth, sir?

 4        A.   Month of May 22, 1993.  1993.

 5        Q.   So you're 22 years old today, sir?

 6        A.   No.  I think that -- we're in 2016, so

 7   I think it would be 23.

 8        Q.   You're 23.

 9             Sir, I don't want to know about any

10   conversations that you've had with your

11   attorneys, but before you came here today, did

12   you read anything to prepare for today's

13   statement?

14        A.   Excuse me?

15        Q.   Did you read any documents, sir, to

16   prepare for today?

17        A.   I don't remember.  I don't remember.

18        Q.   Can you read Creole, sir?

19        A.   Not a lot.

20        Q.   Can you write Creole, sir?

21        A.   A few.

22        Q.   Can you write your name, sir?

23        A.   Yes.

24        Q.   And I'm jumping a little ahead here,

25   but are you currently in school, sir?

```
 1              THE INTERPRETER:  In school?

 2              MR. KENNEDY:  Yes.

 3        A.    Yes.

 4        Q.    What grade are you currently in, sir?

 5        A.    Tenth grade.

 6        Q.    Tenth grade.

 7        A.    I think I'm in tenth grade.

 8        Q.    You're in tenth grade, but you can

 9   just read a little Creole, is that your

10   testimony?

11        A.    Yes.

12        Q.    And you can only write a little

13   Creole.

14        A.    Yes.

15        Q.    And, sir, as I said, I don't want to

16   know about any substantive conversations you've

17   had with your attorneys, but did you speak to

18   anybody to prepare for today's statement?

19              MS. POLLOCK:  I'm going to instruct

20   you not to disclose any communications that

21   you've had with your lawyers or with Mathieu or

22   with Cyrus or with the translators.  If you've

23   spoken with anyone else, you can answer.

24        A.    During the day?

25   BY MR. KENNEDY:
```

1       Q.   At any time, sir.

2       A.   I could have spoken to anyone, I don't

3   remember.

4       Q.   Have you spoken to anyone besides your

5   attorneys about this lawsuit that you brought?

6            MS. POLLOCK:  Again I'm going to

7   remind the witness not to disclose any

8   communications you actually had with Mathieu,

9   Cyrus, the lawyers, or the translators.  You can

10  answer the question yes or no.

11      A.   Can you repeat the question, please?

12  BY MR. KENNEDY:

13      Q.   Sure.

14           Have you spoken to anyone besides your

15  attorneys about this lawsuit that you brought?

16           MS. POLLOCK:  Can we agree I don't

17  need to -- when you say it again I don't need to

18  say it?

19           MR. KENNEDY:  Yes.

20      A.   No.

21  BY MR. KENNEDY:

22      Q.   Did you speak to Cyrus Sibert, sir?

23           MS. POLLOCK:  Again, you can answer

24  the question yes or no.

25      A.   Yes.

Confidential - Subject to Further Confidentiality Review

```
 1    BY MR. KENNEDY:

 2        Q.   And what did you say to Cyrus Sibert,

 3    sir?

 4             MS. POLLOCK:  Let me stop for a

 5    minute.  Something is wrong on the record that

 6    didn't get down, which we'll correct later,

 7    which is why I was distracted and I didn't hear

 8    the question that you asked.  I know you're

 9    asking about what he said to Cyrus when, what

10    time frame?

11             MR. KENNEDY:  Before he came here

12    today.

13             MS. POLLOCK:  At any time?

14             MR. KENNEDY:  At any time.

15             MS. POLLOCK:  Again, I'm going to

16    instruct you not to disclose any communications

17    that you've had with Cyrus other than the very

18    first conversation you had with him.  So you can

19    testify about the very first conversation you

20    had with Cyrus, and I'm instructing you not to

21    disclose any later conversations with Cyrus.

22             MR. O'NEILL:  Please note my objection

23    to that instruction.

24             MS. POLLOCK:  Noted.

25        A.   Can I answer now?
```

Confidential - Subject to Further Confidentiality Review

```
 1    BY MR. KENNEDY:

 2         Q.   Yes, sir.

 3         A.   When I talked to him I went to him to

 4    file a complaint so he could take care of my own

 5    file, my own case.

 6         Q.   And when did you --

 7         A.   So I could find my own justice.

 8         Q.   So you went to Cyrus to find your

 9    justice?

10         A.   Yes.

11         Q.   And when did you do that, sir?

12         A.   I don't remember.  I don't remember.

13         Q.   Did you go meet with him, sir?

14         A.   Yes.

15         Q.   Where was that, sir?

16         A.   In Rue 28, Street 28.

17         Q.   Street.

18              And where was Cyrus on Street 28, sir?

19         A.   I believe it was his house.

20         Q.   You went to Cyrus's house?

21         A.   Yes, that's where I went.  That's

22    where I thought I would find him.

23         Q.   How did you know to go see Cyrus to

24    find your justice?

25         A.   Because there was other people that
```

Confidential - Subject to Further Confidentiality Review

 1   talked to me about that, that he could help me

 2   find my justice.

 3        Q.   Who were these people, sir, that

 4   talked to you about the fact that Cyrus could

 5   help you find your justice?

 6        A.   Several people, but I don't remember.

 7        Q.   You don't remember their names?

 8        A.   No.

 9        Q.   Were they former PPT students?

10        A.   I don't really remember that.

11        Q.   Is one of the individuals named Jean

12   Gary, or Schoubert Hedouville?

13        A.   No.

14        Q.   And did you go to Cyrus's house with

15   these people, sir?

16        A.   No.

17        Q.   You went by yourself?

18        A.   Yes.

19        Q.   How did you know how to get there,

20   sir?

21        A.   I asked explanations to people who

22   knew him.

23        Q.   Well, how did these, how did the --

24   strike that.

25             What did these people tell you about

Confidential - Subject to Further Confidentiality Review

 1    Cyrus Sibert before you went to go to his house?

 2         A.   I asked them how to get there.  And I

 3    didn't explain anything to them, I just asked

 4    for directions so I could get to him.

 5              MS. POLLOCK:  Can I interrupt real

 6    quick?  Can you ask him to speak up loud enough

 7    so Elyseé can hear you, speak that loud so

 8    Elyseé hears you, too.

 9    BY MR. KENNEDY:

10         Q.   These people that you spoke to, did

11    they work for Cyrus?

12         A.   Well, I don't know if they work for

13    Cyrus.

14         Q.   Do you know anybody that works for

15    Cyrus?

16         A.   No.

17         Q.   Do you know an individual named

18    Mathieu?

19         A.   Yes.

20         Q.   Does Mathieu work with Cyrus?

21         A.   I always see him with Cyrus.  I don't

22    know what he does for Cyrus.

23         Q.   So you go to -- strike that.  I'm

24    sorry.

25              When you go to Cyrus's house for the

```
 1   first time, what do you tell him?
 2              MS. POLLOCK:  I'm going to instruct
 3   the witness not to disclose -- not to testify
 4   about what he actually told Cyrus at that
 5   meeting, because the witness testified that he
 6   went there seeking advice basically and finding
 7   justice about his case.
 8              MR. KENNEDY:  So the record is clear,
 9   it's your position -- well, let me ask one more
10   before I go into any kind of soliloquy.
11   BY MR. KENNEDY:
12       Q.   Sir, at the time that you went to
13   Cyrus's house for the first time, had you
14   retained Attorney Mitch or any other attorney in
15   America for this lawsuit?
16       A.   No.
17       Q.   So at this point you don't have a
18   lawyer, do you, sir?
19              MS. POLLOCK:  At which point?
20   BY MR. KENNEDY:
21       Q.   At the time you go to Cyrus's house
22   for the first time.
23       A.   No.
24       Q.   So I'll re-ask the question, sir.
25              The first time you go to Cyrus's
```

Confidential - Subject to Further Confidentiality Review

1    house, what do you tell him?

2        A.   I went to his house so he could help

3    me find justice with my case.

4        Q.   But at the point you went to Cyrus's

5    house, you didn't have a case, did you, sir?

6             MS. POLLOCK:   I'm going to object to

7    the phrase "case" or the term -- I'm sorry, I'm

8    tired.  I'm going to object to the term "case"

9    as being vague.

10            MR. KENNEDY:   Fair enough.  Let me

11   re-ask, because I don't think I got an answer to

12   the first question, sir.

13   BY MR. KENNEDY:

14       Q.   The first time you go to Cyrus's

15   house, what do you tell him?

16       A.   I don't remember.

17       Q.   You don't remember what you told him

18   the first time you went to see Cyrus?

19       A.   I asked him to find justice for me for

20   my own case, but I don't remember what I said.

21       Q.   Did you tell him that you were abused

22   by Doug Perlitz?

23       A.   I don't remember.  This escapes me.  I

24   don't remember.

25       Q.   Do you remember if Cyrus asked you any

Confidential - Subject to Further Confidentiality Review

1    questions the first time you met with him?

2        A.   I talked, he asked me questions, but I

3    don't remember what I said.

4        Q.   My question, sir, is what questions

5    did Cyrus ask you, sir?

6        A.   I don't remember.

7        Q.   Did Cyrus ask if you were abused by

8    Douglas Perlitz, sir, on that first meeting?

9        A.   I don't remember this.

10       Q.   Did Cyrus ask if you were a former

11   student at PPT on that first visit, sir?

12       A.   Yes, I remember that.

13       Q.   Can you remember any other question

14   that Cyrus asked you, sir, on that first

15   meeting?

16       A.   It's been a long time.  I don't

17   remember.

18       Q.   Did Cyrus indicate that he'd help you

19   find your justice?

20       A.   Yes.

21       Q.   Did Cyrus tell you how he would help

22   you find your justice?

23       A.   He told me he would put me in contact

24   with someone who would help me get my justice.

25       Q.   And who was that person that would

Confidential - Subject to Further Confidentiality Review

 1    help you get your justice, sir?

 2         A.   He put me in contact with these

 3    lawyers.

 4         Q.   Okay.  The lawyers that are here?  The

 5    lawyers and the law firms that are here today,

 6    sir?

 7         A.   Yes.

 8         Q.   And I don't want to know about any

 9    conversations you've had with your lawyers, but

10    at some point after you met with Cyrus for the

11    first time, did you speak to lawyers in America?

12              MS. POLLOCK:  You can answer the

13    question with a yes or no answer.  I don't want

14    you to disclose any actual conversations you've

15    had.

16         A.   After I met him?

17    BY MR. KENNEDY:

18         Q.   Yes, sir.

19         A.   Yes.

20         Q.   Okay.  How long after you met with

21    Cyrus at his house for the first time and that

22    you spoke to an attorney in America?

23         A.   I can't remember that.

24         Q.   At that first meeting that you had

25    with Cyrus at his house, was anyone else there

1    besides you and Cyrus?

2        A.    There were other people, but I

3    couldn't -- I didn't identify all of them.

4        Q.    Were these other people that were also

5    coming to Cyrus to find their justice?

6        A.    I don't know what they were doing.  I

7    went personally there for my own -- on my own.

8    I don't know why they were there.

9        Q.    Do you know the names of any of those

10   people that were there?

11       A.    No, I don't remember their names.

12       Q.    Was Mathieu there, sir?

13       A.    I don't remember.

14       Q.    On that first visit at Cyrus's house,

15   did Cyrus give you any money, sir?

16       A.    No.

17       Q.    Has Cyrus ever given you money, sir?

18       A.    Throughout all the times we met,

19   you're asking me if he ever gave me throughout

20   every time we met?

21       Q.    Yes, sir.

22       A.    Yes.

23       Q.    How many times did Cyrus give you

24   money, sir?

25       A.    I don't remember that.  I don't

Confidential - Subject to Further Confidentiality Review

```
 1    remember, but maybe two or three times.

 2         Q.   Okay.  And on the first time that he

 3    gave you money, sir, how much money did he give

 4    you?

 5         A.   First time he gave me, I remember he

 6    gave me $100.

 7         Q.   Is that 100 US dollars?

 8         A.   Yes.

 9         Q.   And when did he give you that money,

10    sir?

11         A.   I don't remember the time.

12         Q.   Was it within the last year, sir?

13         A.   I don't remember the time he gave me

14    that.  It's been a while.

15         Q.   And when he gave you that first 100 US

16    dollars, what did you do with that money, sir?

17         A.   Things I needed I bought with it.

18         Q.   Okay.  What were those things, sir?

19         A.   Things for school, and then food, and

20    I bought some clothes.

21         Q.   What kind of clothes, sir?

22         A.   For me to wear.

23         Q.   Okay.  Was it a shirt, jeans, do you

24    remember?

25         A.   I don't remember.  It wasn't much,
```

 1    because he couldn't buy much.

 2        Q.   Where was Cyrus when he gave you this

 3    money, sir, for the first time?  I'm sorry.

 4        A.   I don't really remember where he was

 5    when he gave it to me.

 6        Q.   Were you with anybody when he gave you

 7    the $100 for the first time, sir?

 8        A.   No.

 9        Q.   Was Cyrus alone when he gave you the

10    first $100, sir?

11        A.   I don't remember.  I don't know if he

12    had people with him.

13        Q.   And I believe you indicated, sir, that

14    he gave you money on, the total, to the best of

15    your memory, two to three times.  The second

16    time that Cyrus give you money, how much money

17    did he give you, sir?

18        A.   I don't remember.  It was two or three

19    times.  I don't remember the other time how much

20    he gave me.

21        Q.   You don't remember the amounts he gave

22    you, sir?

23        A.   About 250 to 300, but I don't really

24    remember exactly how much, the amount.

25        Q.   250 to 300 US dollars, sir?

Confidential - Subject to Further Confidentiality Review

```
 1        A.   Yes, maybe.

 2        Q.   And that was on top of the $100 he had

 3   already given you, sir?

 4        A.   Total.

 5        Q.   So 250 -- I'm sorry.  250 to 300 US

 6   dollars total is what Cyrus has given you?

 7        A.   Yes.

 8        Q.   When is the last time that Cyrus gave

 9   you money, sir?

10        A.   I can't guess.  I don't remember.

11        Q.   Was it within the last year, sir?

12        A.   Don't remember.

13        Q.   Was it within the last six months,

14   sir?

15        A.   I don't remember when the last time

16   was.

17        Q.   The second -- or the second and third

18   time that Cyrus gave you money, what did you do

19   with that money, sir?

20        A.   I used it to eat and to pay fees to go

21   to school, but I don't remember everything I did

22   with it.

23        Q.   Do you have any money left from the

24   money that Cyrus gave you, sir?

25        A.   No.
```

```
 1          Q.    Has anyone else given you money, sir?

 2          A.    Can you repeat the question, please?

 3          Q.    Sure.

 4                Has anyone else given you money, sir?

 5                MS. POLLOCK:  Counsel, do you mean at

 6     any time in his life including family and

 7     friends?

 8     BY MR. KENNEDY:

 9          Q.    Since you brought your case, since you

10     went to Cyrus to seek justice.

11                MS. POLLOCK:  Again, you're asking

12     about family and friends?

13                MR. KENNEDY:  Yes, whatever.  Just see

14     where it goes.

15                MS. POLLOCK:  Okay.

16          A.    I don't remember.

17     BY MR. KENNEDY:

18          Q.    Did Mathieu ever give you money, sir?

19          A.    Yes.

20          Q.    How much money has Mathieu given you,

21     sir?

22          A.    10,200 gourdes.

23          Q.    When did Mathieu give you -- did

24     Mathieu give you the 10,200 gourdes all at once,

25     sir?
```

```
 1        A.    In two payments.

 2        Q.    When did he do that, sir?

 3        A.    Several times.  I don't remember.

 4        Q.    Let me back up before, sir.

 5              When Cyrus gave you the money for the

 6    first time, did you ask him for money?

 7              MS. POLLOCK:  I'm going to instruct

 8    the witness not to disclose any communications

 9    you've had with Cyrus after the first meeting

10    you had with Cyrus at his house.  If you spoke

11    with Cyrus about money before that meeting with

12    Cyrus on Rue 28, you can answer the question.

13    If you spoke to Cyrus about money after the

14    meeting on Rue 28, I'm instructing you not to

15    answer.

16              MR. KENNEDY:  Counsel --

17              MS. POLLOCK:  I want that interpreted

18    first while it's on her mind.

19              MR. KENNEDY:  Counsel, just so the

20    record is clear, is it fair to say that it's the

21    Plaintiffs' position that any conversation with

22    Cyrus or Mathieu after the first meeting is

23    privileged?

24              MS. POLLOCK:  To the extent it

25    pertains to this lawsuit, yes.
```

```
 1              MR. KENNEDY:  Okay.  And that's

 2   because they're agents, is that the position?

 3              MS. POLLOCK:  Yes.

 4              MR. KENNEDY:  Okay.

 5   BY MR. KENNEDY:

 6       Q.   So, sir, going back to my question,

 7   the first time that you meet with Cyrus -- I'm

 8   sorry, strike that.

 9              The first time that Cyrus gives you

10   money, did you ask him for money, or did he just

11   give you the money?

12              MS. POLLOCK:  Again I'm going to

13   remind the witness not to answer the question if

14   that conversation took place prior to the first

15   meeting with Cyrus.

16              THE INTERPRETER:  Prior?

17              MS. POLLOCK:  I'm going to instruct

18   the witness to the extent the conversation took

19   place after the first meeting with Cyrus.

20              MR. KENNEDY:  I think it can be

21   answered in a yes, no, without getting into

22   substantive.

23              MS. POLLOCK:  I don't think it can,

24   because you've asked what did -- did you ask him

25   for money, which would be -- reveal the
```

```
 1   substance of the conversation.

 2             MR. KENNEDY:  You're instructing him

 3   not to answer the question?

 4             MS. POLLOCK:  Yes.  Logically the

 5   conversation had to have taken place after that

 6   first meeting, it's privileged.

 7             MR. KENNEDY:  Obviously we don't agree

 8   with that position, but we can take it up with

 9   the court.

10             MS. POLLOCK:  Sure.

11             MR. O'NEILL:  Of course it will mean

12   we'll have to come back to ask the questions.

13             MS. POLLOCK:  No problem, if you win.

14             MR. O'NEILL:  If we can be assured

15   that they'll be produced.

16             MS. POLLOCK:  If you prevail in front

17   of the judge, Counsel.  Go ahead.

18   BY MR. KENNEDY:

19        Q.   Where was Mathieu when he gave you

20   these two payments of the gourdes, sir?

21        A.   The first time I had gone downtown to

22   the city and he gave me 100 gourdes so I could

23   pay for the car, for the transportation.

24        Q.   Where were you taking the

25   transportation to, sir?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.    I don't live inside the city, in the

 2   city.

 3        Q.    Why were you going to the city?

 4        A.    I don't completely remember why.

 5        Q.    I don't want to know about any

 6   conversations you've had -- that you've had with

 7   your attorneys, but were you going to meet with

 8   anybody on your case?

 9        A.    I don't remember.

10        Q.    And so if he gave you the 100 gourdes

11   the first time, did he give you the 10,100

12   gourdes on another occasion, sir?

13        A.    I'm sorry, I said 200 gourdes, because

14   I paid the other -- the way back also.

15        Q.    Okay.  So the first time he gave you

16   200 gourdes?

17        A.    Yes.

18        Q.    Okay.  And the second time he gave you

19   10,000 gourdes?

20        A.    Yes.

21        Q.    And what did you use that money for,

22   sir?

23        A.    For my preparation so I could come to

24   the depo, deposition.

25        Q.    To today's deposition, sir?
```

Confidential - Subject to Further Confidentiality Review

```
 1      A.   Yes.

 2      Q.   Did you use that money to pay for a

 3   bus ticket, sir?

 4      A.   No.

 5      Q.   What did you use that money for, sir?

 6      A.   So I could buy everything I didn't

 7   have, and to do the trip.

 8      Q.   What did you buy?

 9      A.   Shoes, clothes, everything I would

10   need to use.

11      Q.   And when did Mathieu give you that

12   money, sir?

13      A.   I don't remember.  It was Wednesday.

14   It was a Wednesday.

15      Q.   Was it a week ago, sir?

16      A.   Yes.

17      Q.   And did Mathieu give this money in

18   Cap-Haïtien?

19      A.   Yes.

20      Q.   Was anybody with Mathieu when he gave

21   you the money, sir?

22      A.   I knocked at his door at his house

23   down there, but I don't know if there were other

24   people inside.

25      Q.   Beside Cyrus and Mathieu, has anyone
```

Confidential - Subject to Further Confidentiality Review

```
 1   given you any other money since you went to see

 2   Cyrus for the first time to seek your justice?

 3           MS. POLLOCK:  You can answer this

 4   question yes or no.  I don't want you to

 5   disclose any conversations you may have had with

 6   counsel.

 7       A.   No.

 8   BY MR. KENNEDY:

 9       Q.   Your attorneys haven't given you any

10   money, sir?

11           MS. POLLOCK:  You can answer this

12   question yes or no.

13       A.   No.

14   BY MR. KENNEDY:

15       Q.   Sir, have you kept any kind of writing

16   or any kind of diary or journal about your time

17   at PPT?

18       A.   No.

19       Q.   Okay.  And I was handed -- it's been

20   marked, as I'm going a little out of order here,

21   but it's been marked as Defendants' Exhibit 3

22   for ID a document which I received this morning

23   for the deposition from your counsel.

24           MS. POLLOCK:  A group of --

25           MR. KENNEDY:  Fair enough.
```

Confidential - Subject to Further Confidentiality Review

```
 1              (Whereupon, Deriza Exhibit Number 3,

 2              Group of eight documents, was marked

 3              for identification.)

 4    BY MR. KENNEDY:

 5         Q.   It appears to be eight pages, some

 6    which appear to be duplicative, which we're

 7    going to be talking about a little later.

 8              But besides these documents, sir, do

 9    you have any other documents that relate to your

10    time at PPT, sir?

11              MS. POLLOCK:  I'm going to instruct

12    the witness you can answer the question yes or

13    no.  I don't want you to testify about any

14    documents you would have received that reflect

15    communications with counsel.

16         A.   No.

17    BY MR. KENNEDY:

18         Q.   And maybe my question could have been

19    a little clearer, sir.

20              Do you have any of your school records

21    from your time at PPT, including any

22    identification information?

23         A.   Other schools, or the school at PPT?

24         Q.   Just PPT, sir.  That would include any

25    records or information from Rue 13, Carenage, or
```

```
 1    the Village.

 2         A.    I don't know if I have them here.

 3         Q.    Is it possible that you do have some

 4    at home?

 5         A.    What type of documents?

 6         Q.    You tell me, sir.  Any school record

 7    or anything having to do with PPT, except for

 8    letters that you got from your lawyers.

 9         A.    No.

10         Q.    You don't have any old report cards,

11    sir?

12         A.    I don't remember.

13         Q.    Can you do me a favor?  When you go

14    home, can you just look to see if you have any

15    records from PPT, and if you do could you please

16    give them to your American lawyers?

17         A.    Okay.

18         Q.    Thank you, sir.

19         A.    Yes.

20         Q.    Sir, how did you come here today for

21    your deposition?

22              MS. POLLOCK:  Before you -- we've been

23    going an hour, and I know you're going to spend

24    time on that, can we just take a break?

25              MR. KENNEDY:  Sure.
```

```
 1              MS. POLLOCK:  That seems like a

 2    natural breaking point.  I know you have a

 3    question technically pending.

 4              THE VIDEOGRAPHER:  Going off the

 5    record.  The time is 10:06.

 6              (Whereupon, a recess was taken.)

 7              THE VIDEOGRAPHER:  Back on the record.

 8    The time is 10:24.

 9    BY MR. KENNEDY:

10        Q.   Sir, how did you come here today for

11    your deposition?

12        A.   I took -- in a bus.

13        Q.   Was this a Caribbean bus from Haiti,

14    sir?

15        A.   Yes.

16        Q.   And did you take it from Cap-Haïtien?

17        A.   Yes.

18        Q.   And who paid for your bus ticket, sir?

19        A.   I don't really remember, but I was in

20    the bus with my two interpreters.

21        Q.   And did your two interpreters come

22    with you from Cap-Haïtien to the Dominican

23    Republic, sir?

24        A.   Yes, I was with them.

25        Q.   And are both your interpreters in the
```

```
 1   room today, sir?

 2        A.   Yes.

 3        Q.   What are their names, sir?

 4        A.   The interpreters?

 5        Q.   Yes, sir.

 6        A.   Giraud and Elyseé.

 7        Q.   Had you ever met them before you got

 8   on the bus, sir?

 9        A.   We were on the bus together.

10        Q.   Right.  My question was, had you ever

11   met them before you got on the bus today?

12        A.   Yes.

13        Q.   When had you met them before, sir?

14        A.   When we were coming.

15        Q.   I know you met them on the bus, sir.

16   But my question was, before you got on the bus,

17   had you met the two interpreters?

18        A.   Before I was on the bus, or when I was

19   on the ground still?

20        Q.   Yes, when you were on the ground.

21        A.   Yes, I saw them.

22        Q.   Maybe let me rephrase it.  This might

23   help.  Had you met your two interpreters before

24   that day that you got on the bus?  I know you

25   met them on that day that you took the bus, I'm
```

 1    just trying to understand if you had ever met

 2    them before that day.

 3         A.   No.

 4         Q.   Besides the two interpreters, sir, was

 5    any other former PPT student on the bus with

 6    you, sir?

 7         A.   I saw two other, two other guys.

 8         Q.   And do you know a Jacques Mackenson,

 9    sir?

10         A.   Yes.

11         Q.   Did you know him when you were going

12    to PPT, sir?

13         A.   Yes.

14         Q.   Is he a friend of yours, sir?

15         A.   We talk.

16         Q.   What do you guys talk about?

17         A.   Anything.

18         Q.   Do you talk about your lawsuit, sir?

19         A.   We tell each other jokes.

20         Q.   I understand you tell each other

21    jokes, sir.  My question was, did you talk about

22    your lawsuit, the reason we're here today?

23         A.   No.

24         Q.   Did you and Jacques Mackenson talk on

25    the bus from Haiti to the Dominican Republic,

```
 1   sir?

 2        A.   We didn't -- we weren't sitting

 3   together close.

 4        Q.   I know you weren't sitting together

 5   close, but did you talk during the bus ride,

 6   sir?

 7        A.   No.

 8        Q.   Do you know an individual named

 9   Johnson Audate, sir?

10        A.   Yes.

11        Q.   Did you go to PPT with Johnson Audate?

12        A.   I used to see him.

13        Q.   Where did you used to see him, sir?

14        A.   I used to see him in Rue 13 and also

15   at the Village, and when he came he used to see

16   me.

17        Q.   Is he a friend of yours, sir?

18        A.   We used to tell each other jokes,

19   talk, because we lived in the same place.

20        Q.   Was Johnson Audate on the bus with you

21   from Haiti to the Dominican Republic, sir?

22        A.   Yes.

23        Q.   And did you talk to Johnson Audate on

24   the bus, sir?

25        A.   No, I don't remember we talked,
```

Confidential - Subject to Further Confidentiality Review

```
 1   because we were not sitting at the same place.

 2        Q.   Have you -- are you staying at this

 3   hotel where the deposition is taking place, sir,

 4   Iberostar?

 5        A.   Yes.

 6        Q.   Are you sharing a room with anybody,

 7   sir?

 8        A.   No.

 9        Q.   Have you spoken to -- I'm sorry.

10             Sir, are you aware that Johnson Audate

11   had his deposition taken yesterday?

12        A.   I don't know.

13        Q.   Did you see Johnson Audate for dinner

14   last night, sir?

15        A.   I don't remember that I saw him

16   yesterday.

17        Q.   Did you go to dinner, sir, last night?

18        A.   Yes.

19        Q.   Who did you go to dinner with, sir?

20        A.   I was sitting at the same table with

21   Mackenson.

22        Q.   Was Johnson Audate there, sir?

23        A.   No.

24        Q.   Was Cyrus on the bus with you, sir,

25   from Haiti to the Dominican Republic?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   No.

 2        Q.   Was Mathieu on the bus with you, sir,

 3    from Haiti to the Dominican Republic?

 4        A.   No.

 5        Q.   How was it that you knew to come for

 6    your deposition, sir?

 7             MS. POLLOCK:  I'm going to instruct

 8    you not to disclose any communications you

 9    actually had with your lawyers or with Cyrus or

10    with Mathieu.  If you learned from any other

11    source about your deposition, you can testify to

12    it, otherwise I don't want you to testify and

13    answer the question.

14        A.   I don't remember.

15    BY MR. KENNEDY:

16        Q.   Sir, where do you currently live?

17        A.   When I'm in Haiti?

18        Q.   Yes, sir.

19        A.   It's a district called Morin,

20    M-O-R-I-N.  It belongs to a wider area called

21    Galement Duplat.  G-A-L-E-M-E-N-T, next word

22    D-U-P-L-A-T.

23        Q.   Do you live in a house, sir?

24        A.   Yes.

25        Q.   And who do you live with, sir?  Who
```

Confidential - Subject to Further Confidentiality Review

```
 1   lives in the house?

 2        A.   A cousin, his wife, and his child.

 3        Q.   What's the cousin's name, sir?

 4        A.   Babi.

 5        Q.   Is that a first name, sir, or is it a

 6   nickname?

 7        A.   That's how we call him, but I don't

 8   know his real name.

 9        Q.   Okay.  And what's his wife's name,

10   sir?

11        A.   I know he's small.  Betty.

12        Q.   His wife's name is Betty?

13        A.   Yes.

14        Q.   And the child, what's the child's

15   name, sir?

16        A.   Andeli, A-N-D-E-L-I.

17        Q.   How old is Andeli?

18        A.   I don't know his age.  I haven't been

19   living with him in the same house for a long

20   time.

21        Q.   I'm a little confused, sir.  I thought

22   I just asked who do you -- I believe you just

23   indicated to me that you're currently living in

24   a house in -- I'm sorry, that you're currently

25   living in a house with your cousin, his wife,
```

1    and his child, is that correct?

2        A.   Yes.

3        Q.   But then you also just indicated that

4    "I haven't been living with him in the same

5    house for a long time."  Which is it, do you

6    live with him now, or you don't live with him?

7        A.   Now, yes, now.

8        Q.   So now you do live with him?

9        A.   Yes.

10       Q.   And how long have you been living with

11   your cousin, his wife, and their child?

12       A.   I don't remember, but it's during the

13   period of time when the school is going to open.

14       Q.   What school, sir?

15       A.   The school I go to in Haiti.

16       Q.   What's the name of the school that you

17   go to in Haiti, sir?

18       A.   National High School Duti Boukman.

19   D-U-T-I, next word B-O-U-K-M-A-N.

20       Q.   Okay.  We're going to be talking about

21   your schooling in a little while, but I just

22   want to get back to your living arrangement.

23       A.   Okay.

24       Q.   Do you stay at this house where you

25   live with your cousin, his wife, and child every

Confidential - Subject to Further Confidentiality Review

```
 1   night?

 2        A.   Yes.

 3        Q.   And I believe you indicated you can't

 4   tell me exactly how long you've been there, but

 5   maybe we can do it this way.  Have you lived

 6   with them for more than a year?

 7        A.   No.  I don't remember.

 8        Q.   Do you remember if you've been living

 9   there for more than six months, sir?

10        A.   I don't remember how long, but it's

11   not been a long time.  It hasn't been a long

12   time.

13        Q.   Do they own the house, or do they

14   rent, sir?

15        A.   It's their house.

16        Q.   Do you have to pay any rent, sir?

17        A.   No.

18        Q.   Before you lived with your cousin, his

19   wife, and the child, where were you living, sir?

20        A.   I was staying in Madeline.

21   M-A-D-E-L-I-N-E.

22        Q.   Were you staying at a house?  Or where

23   were you staying in Madeline?

24        A.   In a house.

25        Q.   Who lived in that house, sir?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   My uncle.

 2        Q.   What's your uncle's name, sir?

 3        A.   Nicholas.

 4        Q.   And did anybody else live in that

 5   house, sir, beside your uncle Nicholas?

 6        A.   Yes, my cousin, a woman, a girl.

 7        Q.   What's her name, sir?

 8        A.   Handlie, H-A-N-D-L-I-E.

 9        Q.   And how long did you live there, sir?

10        A.   Several years.  I don't remember.

11        Q.   I'm sorry, sir, I should have asked

12   before, at the house where you live now with

13   your cousin, his wife, and their child, do you

14   have your own bedroom, sir?

15        A.   Yes, there's a place I sleep.

16        Q.   And was there ever a time where you

17   lived at your grandparents' house, sir -- I'm

18   sorry, your grandmother's house, sir?

19        A.   Yes.

20        Q.   When was that, sir?

21        A.   During each vacation.  During vacation

22   time.

23        Q.   Was that vacation between school, sir?

24        A.   When school closed after exams.

25        Q.   What school are we talking about, sir?
```

```
 1        A.    The school I was going to.

 2        Q.    What school was that, sir?

 3        A.    National High School Duti Boukman.

 4        Q.    And who lived with you at your

 5   grandmother's house, sir?

 6        A.    It was my grandmother's house.

 7        Q.    I realize that, sir.  I'm asking who

 8   lived there beside your grandmother.

 9        A.    Me, and there were other family

10   members, but I remember -- I don't remember the

11   name of all of them.

12        Q.    How many other family members lived at

13   your grandmother's house?

14        A.    I can't really count them, because I

15   don't really know how many there were.

16        Q.    What is your grandmother's name, sir?

17        A.    Ms. Desinor, D-E-S-I-N-O-R, last name

18   D-E-R-I-Z-A.

19        Q.    Sir, did your mother live with you at

20   your grandmother's house?

21        A.    Yes.

22        Q.    What's your mother's name, sir?

23        A.    Ismenie, I-S-M-E-N-I-E, last name

24   D-E-R-I-Z-A.

25        Q.    And is your mom still alive, sir?
```

```
 1       A.   Yes.

 2       Q.   And where does she live now?

 3       A.   At my grandmother's.

 4       Q.   She still lives there, sir?

 5       A.   Yes.

 6       Q.   What about your father, sir, is your

 7   father still alive?

 8       A.   Yes.

 9       Q.   What's your father's name, sir?

10       A.   Gabriel Lazar.  Gabriel, and last name

11   L-A-Z-A-R.

12       Q.   And have you ever lived with your

13   father, sir?

14       A.   Yes, when I was small, young.

15       Q.   Are your mother and father still

16   together, sir?

17       A.   No.

18       Q.   Do you still see your father?

19       A.   Yes.

20       Q.   Does he live in Cap-Haïtien?

21       A.   No.

22       Q.   Where does he live?

23       A.   St. Raphael.

24       Q.   Does your father work?

25       A.   Yes.
```

```
 1        Q.   What does he do for work?

 2        A.   He's manager in an agricultural

 3   office.

 4             THE INTERPRETER:  There might be --

 5   the interpreter wishes to say that he used the

 6   word manager, but he might mean superintendent,

 7   so you might want to rephrase, ask him which

 8   he --

 9        Q.   Let me ask it this way.

10             Can you describe to me, to the best

11   that you can, what your dad does for work?

12        A.   He watches, he does surveillance, and

13   he opens the gate.

14        Q.   Okay.  And how long has he been doing

15   this job, sir?

16        A.   I don't know.

17        Q.   Does your mother work, sir?

18        A.   She is sometimes a -- she works the

19   land, the soil.  She does agriculture.

20        Q.   Does she get paid for that, sir?

21        A.   No.

22        Q.   Now, when you were living at your

23   grandmother's house -- strike that.  I'm sorry.

24             Do you have any brothers, sir?

25        A.   Yes.
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.    What are the names of your brothers?

 2          A.    Maxine, Victor, Wilson, and Dino.

 3          Q.    Did any of your brothers also go to

 4    PPT, sir?

 5          A.    Yes.

 6          Q.    Which ones, sir?

 7          A.    Victor.

 8          Q.    Do you know if Victor is claiming that

 9    he was abused by Douglas Perlitz?

10          A.    I don't remember.

11          Q.    You don't remember if your brother is

12    claiming that he was abused by Douglas Perlitz?

13          A.    I don't remember if he said that.

14          Q.    Do you know if your brother signed any

15    list where he claims that he was abused by

16    Douglas Perlitz?

17          A.    I don't know if he did.

18          Q.    Do you know if your brother has, your

19    brother Victor, has a case against Douglas

20    Perlitz claiming he was abused?

21                MS. POLLOCK:  By "case" you mean

22    lawsuit?  Sometimes case gets translated

23    awkwardly.

24                MR. KENNEDY:  The reason --

25    understand.  The reason I'm asking was that was
```

```
 1   a phrase he used earlier.

 2             MS. POLLOCK:  Okay.

 3             MR. KENNEDY:  I thought he might

 4   understand it better.

 5             MS. POLLOCK:  Sure.

 6        A.   Well, I don't remember.  We haven't

 7   talked about that yet together.

 8   BY MR. KENNEDY:

 9        Q.   So you've never spoken to Victor about

10   the fact that you're claiming that Doug Perlitz

11   abused you, sir?

12        A.   No.

13        Q.   And has Victor ever told you that he's

14   claiming that Douglas Perlitz abused him?

15        A.   I don't remember.

16        Q.   How often do you see Victor?

17        A.   I can't count how many times.  We saw

18   many times -- each other many times, but I can't

19   count.

20        Q.   Do you see him every week, sir?

21        A.   Yes.

22        Q.   Do you see him every day, sir?

23        A.   If I need to see him, I'll see him.

24        Q.   How far -- he doesn't live with you

25   right now?  Victor doesn't live with you right
```

Confidential - Subject to Further Confidentiality Review

```
1    now, does he?

2         A.    No.

3         Q.    Does Victor still live at your

4    grandmother's house, sir?

5         A.    When we're living in Cap-Haïtien, or

6    when we're living St. Raphael?

7         Q.    Right now, sir.

8         A.    We were on vacation, we were in the

9    same place.

10        Q.    Well, let me ask it this way.

11   Firstly, Victor does not live with you right

12   now, correct?

13        A.    I left St. Raphael when I came.

14        Q.    I know, sir, but that's not my

15   question.  My question is, before when I asked

16   you where do you live, you told me that you live

17   with your cousin, his wife, and their child.  So

18   all I'm asking is, Victor doesn't live with you

19   right now, correct?

20        A.    You're asking in the same spot where

21   I'm living now?

22        Q.    Yes, sir.

23        A.    Yes, yes.

24        Q.    Yes what, sir?

25        A.    He's in the same place.
```

```
 1        Q.   So Victor is -- right now Victor is

 2   also staying at the house with your cousin and

 3   his wife and child?

 4        A.   Yes.

 5        Q.   So Victor lives in the same house with

 6   you right now?

 7        A.   Yes.

 8        Q.   Have you ever discussed with Victor

 9   the fact that you claim that Douglas Perlitz

10   abused you?

11        A.   I don't remember I ever talked to him

12   about it, because this is something that is very

13   personal to me.

14        Q.   Has Victor ever discussed with you the

15   fact that he claims that Douglas Perlitz abused

16   him?

17             MS. POLLOCK:  Objection.  Asked and

18   answered.

19        A.   I don't remember if he told me that.

20   BY MR. KENNEDY:

21        Q.   Do you know if Victor has gone to

22   Cyrus Sibert to seek his justice?

23        A.   I don't know.

24        Q.   Has Victor discussed with you any

25   meetings that he's had with Cyrus Sibert?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   No, I don't remember we discussed --

 2   we ever discussed this.

 3        Q.   Do you know if Cyrus Sibert has given

 4   Victor any money?

 5        A.   I don't know.

 6        Q.   Do you know if Mathieu has given

 7   Victor any money?

 8        A.   I don't know.

 9        Q.   Do you know if Victor has an attorney

10   to represent him?

11        A.   I don't know.

12        Q.   Do you know if your attorneys are

13   representing Victor?

14        A.   I don't know that.

15        Q.   Is Victor older or younger than you,

16   sir?

17        A.   He's older.

18        Q.   How much older, sir?  What's his age,

19   if you know?

20        A.   I don't know his age.

21        Q.   Is he a couple years older, if you

22   know?

23        A.   He has -- he could have several years,

24   but I don't know how many.

25        Q.   Does Victor work, sir?
```

```
 1        A.    Yes.

 2        Q.    What does he do for work, sir?

 3        A.    I don't really remember, because he

 4   doesn't have any fixed, set job, a regular job.

 5        Q.    But can you tell me any jobs that you

 6   know Victor does?

 7        A.    Everything he feels he can do, he

 8   does.

 9        Q.    Such as what; construction?  Give me

10   an example.

11        A.    He could work in construction, but

12   he's not the boss.  He will help carry, lift

13   materials to hand it over to the person who is

14   doing the work.

15        Q.    And how often does he work, sir?

16        A.    I don't know.  I haven't calculated.

17        Q.    What about Maxine, sir, your brother,

18   did he go to PPT?

19        A.    No.

20        Q.    What about your brother Wilson?

21        A.    No.

22        Q.    What about your brother Dino?

23        A.    No.

24        Q.    Does Wilson work, sir?

25        A.    No.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   How old is Wilson?

 2        A.   I don't remember.

 3        Q.   Is he older or younger than you, sir?

 4        A.   He's younger.

 5        Q.   He's younger.  Is he still in school,

 6   sir?

 7             MS. POLLOCK:  Objection.  Compound.

 8        A.   Yes.

 9   BY MR. KENNEDY:

10        Q.   What about Maxine, does he work?

11        A.   I don't know, because we don't live in

12   the same place.

13        Q.   What about Dino, sir, is he older or

14   younger than you?

15        A.   Smaller.  Younger.

16        Q.   Okay.  Does Dino work?

17        A.   No.

18        Q.   Are you currently working, sir?

19        A.   Yeah, I work sometimes.

20        Q.   Okay.  What do you do for a job, sir?

21        A.   Welding and painting.

22        Q.   When is the last time that you worked

23   as a welder, sir?

24        A.   I don't remember.  I work -- often I

25   work with my cousin.
```

Confidential - Subject to Further Confidentiality Review

1      Q.   You often work with your cousin, sir,

2   as a welder?

3      A.   Yes.

4      Q.   Does your cousin have a company, or...

5      A.   He has equipment.

6      Q.   He has equipment.  Okay.

7           And do you work as a welder every week

8   with your cousin?

9      A.   Not really every week.

10     Q.   In a month, sir, how many times,

11  approximately, do you work as a welder with your

12  cousin?

13     A.   Several times.  When he has work he

14  calls me, and I go work with him.

15     Q.   And how much do you get paid?

16     A.   There's no set price.  It depends on

17  the work I'm doing.

18     Q.   Do you make enough to feed yourself,

19  sir?

20     A.   It's not great, but when I work I use

21  the money to eat and for other things I need.

22     Q.   Are you able to buy clothes with that

23  money, sir?

24     A.   Depends on the amount.  It depends on

25  the amount I have.

Confidential - Subject to Further Confidentiality Review

1    Q.   Have you ever been turned down from a

2  job as a welder because you went to PPT?

3    A.   No.  Everywhere I get work, this is

4  something I always hide.

5    Q.   So the answer is no, you've never been

6  turned down from a job because you went to PPT?

7         MS. POLLOCK:  Objection.

8  Mischaracterizes the witness's testimony.

9         But you can go ahead, you can answer.

10    A.   Everywhere I go I never say that I

11  went there.

12  BY MR. KENNEDY:

13    Q.   Has any -- strike that.

14         Where did you learn to weld, sir?

15    A.   I started with this at PPT, and then I

16  continue with my cousin because he's better.

17    Q.   But you started to learn how to weld

18  at PPT?

19    A.   I started watching, but I didn't stay

20  in it.

21    Q.   What about painting, sir, how often do

22  you work painting?

23    A.   I don't really work in that, but I

24  know people when they find a job, they call me,

25  and they pay me per day.

```
 1       Q.   In a month how many times do you work

 2   painting, sir?

 3       A.   I didn't -- I didn't count how many

 4   times.

 5       Q.   In the last year, sir, have you worked

 6   on more than ten painting jobs?

 7       A.   I don't remember this.

 8       Q.   Sir, do you speak English?

 9       A.   No.

10       Q.   Do you understand English?

11       A.   No.

12       Q.   Do you speak any other language than

13   Creole?

14       A.   No.

15       Q.   Can you write your name in Creole?

16       A.   Yes, I can write my name.

17       Q.   Can you read Creole, sir?

18       A.   Not a lot.

19       Q.   Currently you're in the tenth grade,

20   sir?

21       A.   I'm in tenth grade.

22            (Interpreters talking.)

23            THE INTERPRETER:  We'll discuss this

24   later.  He says tenth grade, but then there's a

25   problem with the equivalency, so there's one
```

Confidential - Subject to Further Confidentiality Review

```
 1    more year in the Haitian system, Haitian French

 2    system, so this would be more like ninth grade,

 3    but he says tenth.

 4            MR. KENNEDY:  He says the tenth, but

 5    the interpreters -- would you let me finish --

 6    his interpreters are indicating to you it's more

 7    equivalent to ninth grade?

 8            THE INTERPRETER:  Yes.

 9            MS. POLLOCK:  We can talk about it.

10            MR. KENNEDY:  We can discuss it later.

11    BY MR. KENNEDY:

12        Q.   And, sir, I was provided with some

13    documents which we've had marked as Exhibit 3

14    for ID.  You're currently a student at Lycée

15    Duti Boukman?  I'm sure I'm butchering that.

16        A.   Yes.

17        Q.   And how long have you been going

18    there, sir, to that school?

19        A.   This year will be the second year I'm

20    there.  I entered in the third class.

21        Q.   And when you say third class, do you

22    mean third grade, or what grade did you enter?

23            THE INTERPRETER:  Troisieme normally

24    is three years away from twelfth grade, so we'll

25    have to discuss what that means.
```

```
 1              MR. KENNEDY:  Okay.

 2       Q.   What classes are you taking, sir?

 3       A.   Can you repeat the question, please?

 4       Q.   What subjects are you taking, sir?

 5       A.   When I'm in the classes, classroom?

 6       Q.   Yes, sir.

 7              MS. POLLOCK:  You mean currently?

 8              MR. KENNEDY:  Yes, currently, at the

 9  lycée.

10       A.   What they work with me?

11  BY MR. KENNEDY:

12       Q.   Yes, sir.  What subjects?  Are you

13  taking math, are you taking --

14       A.   Okay.  There's math, history,

15  literature, physics, chemistry, and there are

16  other ones, biology, but these are the ones that

17  we are most taught, that are most taught.

18              MR. KENNEDY:  Okay.  The videographer

19  need to change disk.

20              THE VIDEOGRAPHER:  Going off the

21  record.  The time is 11:22.

22              (Whereupon, a recess was taken.)

23              THE VIDEOGRAPHER:  Back on the record.

24  The time is 11:39.

25  BY MR. KENNEDY:
```

1        Q.    Sir, can you speak French?

2        A.    No.  I can understand if they talk to

3    me in French, but I don't.

4        Q.    Can you read French, sir?

5        A.    I can read some things.

6        Q.    Well, you're currently taking

7    literature, correct?

8        A.    Yes.

9        Q.    Are you reading any books in

10   literature?

11       A.    Yes, I read books.

12       Q.    Can you tell me one of the names of

13   the books that you've read in literature class?

14       A.    We don't have a lot of money so we

15   can't buy all of them.  Usually we -- more often

16   we use teacher's notes.

17       Q.    Have you ever read a full book in

18   literature class, sir?

19       A.    No.

20       Q.    The school you're going to right now,

21   do you have to pay to go to that school?

22       A.    Yes.

23       Q.    Who pays for your tuition, sir?

24       A.    My mother used to pay.

25       Q.    As we sit here right now today, sir,

```
 1   are you enrolled in classes?

 2        A.   Yes.

 3        Q.   And who is paying for your tuition

 4   right now?

 5        A.   Sometimes my mother, sometimes it's my

 6   father who pays them.

 7        Q.   Did I understand your testimony

 8   earlier, have you used some of the money that

 9   Cyrus gave you to pay for your tuition?

10        A.   No, I didn't pay for the school.  I

11   paid -- I bought a few school material.

12        Q.   What school material, sir?

13        A.   Notebooks, Bic pens, and material for

14   geometry, instruments, geometry instruments.

15        Q.   Sir, is there a certain profession

16   that you're studying for?

17        A.   Did I study before, or what I'm

18   studying now?

19        Q.   What I'm trying to understand, sir, is

20   you're going to school right now, is there a job

21   in the future that you're hoping to have?

22        A.   Yes.

23        Q.   What is that job, sir?

24        A.   When I finish school?

25        Q.   Yes, sir.
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   There are three, I mean four, but I
 2   haven't chosen yet.  It's when I'm done.
 3        Q.   Can you tell me what the three or four
 4   possible jobs are?
 5        A.   Geologist, a diplomat, and I also
 6   dreamt of being a priest.
 7        Q.   Roman Catholic priest, sir?
 8        A.   Yes.
 9        Q.   Are you Roman Catholic, sir?
10        A.   I can't say for the time being that I
11   am because I don't go to church, but I used to
12   be, yes.
13        Q.   Did you have your Communion, sir?
14        A.   I did my First Communion, yes.
15        Q.   Did you do that at PPT, sir?
16        A.   Yes.
17        Q.   Sir, who is Poleuce, P-O-L-E-U-C-E,
18   last name Lucien, L-U-C-I-E-N?
19        A.   It was my godfather.  He died.
20        Q.   Did you used to live with him, sir?
21        A.   Yes, in the house he had.  In his
22   house.
23        Q.   Now, before you started to go to Lycée
24   Boukman, where were you going to school, sir?
25        A.   All the schools prior to that, or the
```

Confidential - Subject to Further Confidentiality Review

1    one I left to transfer to that one?

2        Q.   Why don't we do it this way.  Since

3    the time that you left PPT up until your new

4    school which we just talked about, where else

5    have you gone to school, sir?

6        A.   The first one I went to was Ecole

7    Baptist, Conservative Baptist School.  And the

8    second one was Immaculate Conception.  And the

9    third one was a lycée.

10        Q.   What grade did you go to at the

11    Conservative Baptist School, sir?

12        A.   Sixth class.

13        Q.   Sixth grade?

14             THE INTERPRETER:  That's sixth grade,

15    yes.  Seventh grade.

16        Q.   And did you go to that school for one

17    year, sir?

18        A.   Yes, I did.  The sixth year, which is

19    the seventh grade in there.

20        Q.   And where is that school located, sir?

21        A.   St. Raphael.

22        Q.   And did Victor go to school at the

23    Conservative Baptist School with you, sir?

24        A.   No.

25        Q.   Did you have to pay to go to the

```
 1   Conservative Baptist School?

 2        A.   Yes.

 3        Q.   Who paid for your tuition to the

 4   Conservative Baptist School, sir?

 5        A.   My grandmother and my mother.

 6        Q.   Does your grandmother have a job, sir?

 7        A.   Yes.

 8        Q.   What does she do?

 9        A.   She sells charcoal.

10        Q.   And the second school, the Immaculate

11   school, which grade did you go to for that

12   school, sir?

13        A.   Sixth grade, seventh grade, and eighth

14   grade.

15        Q.   You went there for three years, sir?

16        A.   Yes.

17        Q.   And where is that located, sir?

18        A.   Cap-Haïtien.

19        Q.   And did it cost money to go to that

20   school, sir?

21        A.   Yes.

22        Q.   And who paid for your tuition to go to

23   that school, sir?

24        A.   Myself, my mother, and my father.

25        Q.   How did you -- what did you do to help
```

```
 1    pay for the tuition to go to that school, sir?

 2        A.   I worked as a painter, and I saved

 3    money during vacation.

 4        Q.   Sir, I handed your counsel what's

 5    already been marked as Defendants' 1 for

 6    identification.

 7             (Whereupon, Deriza Exhibit Number 1,

 8             Complaint and Jury Trial Demand, was

 9             marked for identification.)

10             MS. POLLOCK:  Are you going to hand

11    him that?

12             MR. KENNEDY:  No, I was going to give

13    him, if that's okay, unless --

14             MS. POLLOCK:  Do you have your own

15    copy to work from?  I'd like to have my own copy

16    to make notes on, he can have the official one

17    if you have that.

18             MR. KENNEDY:  I don't as far as the

19    complaint.  I do for the interrogatories.

20             MS. POLLOCK:  What are you about to

21    show him?

22             MR. KENNEDY:  The complaint.

23             MS. POLLOCK:  Oh, the complaint is

24    Exhibit 1?

25             MR. KENNEDY:  Yes.
```

```
 1            MS. POLLOCK:  Are the interrogatories

 2   2, too?

 3            MR. KENNEDY:  Yes.

 4            (Whereupon, Deriza Exhibit Number 2,

 5            Plaintiff Jason Maxwel Deriza's

 6            Response to Certain Defendants' First

 7            Set of Interrogatories, was marked for

 8            identification.)

 9            MS. POLLOCK:  So you don't have an

10   extra copy of the complaint?

11            MR. KENNEDY:  I do.

12            MS. POLLOCK:  That's fine.  I just

13   want to make sure I understand.

14            MR. CERRETA:  You can have my copy if

15   you'd like.

16            MS. POLLOCK:  I've got it.  We're

17   good.

18   BY MR. KENNEDY:

19        Q.  Sir, I'm showing you what's been

20   marked as Defendants' 1 for identification.  Do

21   you recognize this document?

22        A.  I don't remember.

23        Q.  Sir, I understand you don't read

24   English, correct?

25        A.  No.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   I'm going to represent to you that

 2   this is a complaint and a jury demand which was

 3   filed in your name in the United States District

 4   Court in Connecticut.  Do you know what's

 5   contained in this document, sir?

 6        A.   Okay.

 7        Q.   The question was, do you know what's

 8   contained in this?

 9        A.   I don't know because it's in English.

10        Q.   Do you know the parties that you're

11   suing in this lawsuit, sir?

12             MS. POLLOCK:  I'll object to the term

13   "parties" as probably being vague for him.

14   BY MR. KENNEDY:

15        Q.   Okay.  Do you know the people and the

16   institutions that you're suing in this lawsuit,

17   sir?

18        A.   Can you repeat the question?

19        Q.   Do you know the people and the

20   institutions that you're suing in this lawsuit?

21        A.   Again, I'm filing a complaint against

22   the people who abused me.

23        Q.   Who are the people that abused you,

24   sir?

25        A.   Douglas.
```

```
 1        Q.   Did anybody else abuse you?

 2        A.   I don't imagine that.

 3        Q.   Do you know that you're suing other

 4   people besides Douglas?

 5             MS. POLLOCK:  I'm going to instruct

 6   you you can answer that question yes or no, but

 7   not to provide conversations that you've had

 8   with your lawyers or Cyrus or Mathieu.

 9        A.   No.

10   BY MR. KENNEDY:

11        Q.   Sir, I don't want to know about any

12   conversations you've had with your attorneys,

13   but has anybody ever read to you what's

14   contained in your complaint and jury demand?

15             MS. POLLOCK:  Again, you can answer

16   this with a yes or no question, but I'm not

17   instructing you not to testify to any

18   conversations you've had with your lawyers.

19   Just answer yes or no.

20        A.   What?

21   BY MR. KENNEDY:

22        Q.   Sir, I understand you can't read or

23   understand English, correct?

24        A.   Yes.

25        Q.   And Exhibit 1 is in English, correct?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.    Yes.

 2        Q.    What I'm trying to understand, sir,

 3    and I don't want to know -- I don't want you to

 4    tell me any conversations that you've had with

 5    your lawyers, all I'm asking is has anyone ever

 6    read to you what is contained in Exhibit 1?

 7             MS. POLLOCK:  You can answer yes if

 8    anyone other than your lawyers have read this to

 9    you.

10        A.    If the document in English, if

11    somebody read it with me?

12    BY MR. KENNEDY:

13        Q.    Read -- anybody read to you what's

14    contained in that document.

15             MS. POLLOCK:  If the only people that

16    have read this document with you are your

17    lawyers, I don't want you to answer the

18    question.  Anyone else other than your lawyers

19    have read this document to you, you can answer

20    yes or no.

21        A.    I don't remember.

22    BY MR. KENNEDY:

23        Q.    So is it fair to say, sir, that you

24    don't know what's contained in Exhibit 1?

25        A.    What?
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   You don't know what's in that

 2   document, do you, sir?

 3        A.   I don't read English.

 4        Q.   Have you ever seen a Haitian -- I'm

 5   sorry.

 6             Have you ever seen a Creole

 7   translation of your complaint, sir?

 8        A.   The complaint I filed?

 9        Q.   Yes, sir.

10        A.   Yes.

11        Q.   Where did you see a Creole copy?

12        A.   I don't remember.

13        Q.   Sir, I'm going to show you -- do you

14   have a copy?

15             MS. POLLOCK:  I have my own, yes.  Do

16   you have a copy for the witness?

17             MR. KENNEDY:  I can have a copy to

18   show him, too.

19             MS. POLLOCK:  That would be great.

20   BY MR. KENNEDY:

21        Q.   Sir, I'm going to show you what's been

22   marked as Exhibit 2 for identification.  You'll

23   see about midway through, sir, it begins in

24   Creole.

25        A.   Yes.
```

Confidential - Subject to Further Confidentiality Review

1      Q.   Have you ever seen this document

2   before, sir?

3      A.   The Creole document?

4      Q.   Yes, sir.

5      A.   Yes.

6      Q.   Can you read for me the top of what

7   this document says starting in the bold, under

8   the date?

9      A.   "The answer the Plaintiff Jason Maxwel

10   Deriza gives for the first series of

11   interrogatories of the defense."

12      Q.   Do you remember reviewing any part of

13   these answers before today, sir?

14          MS. POLLOCK:  You can answer the

15   question yes or no, but I'm instructing you not

16   to disclose any communications you have had with

17   your lawyer about this document.

18      A.   What is the question?

19   BY MR. KENNEDY:

20      Q.   The question was, do you remember

21   reviewing any part of these answers before

22   today, sir?

23      A.   Yes.

24      Q.   And when did you do that, sir?

25      A.   I don't remember the moment, but I

Confidential - Subject to Further Confidentiality Review

1    remember I looked.

2         Q.   Sir, I'm going to ask you to turn to

3    the last page of the document.  Do you recognize

4    that page, sir?

5         A.   I've seen it.

6         Q.   What is that page, sir?

7         A.   I don't remember.  I didn't read this.

8         Q.   Sir, is that your signature, sir?

9         A.   Yes.

10        Q.   Did you sign this document, sir?

11        A.   Yes.

12        Q.   Now, up at the top under where it says

13   "Verification," it appears that your name is

14   handwritten.  Do you see that, sir?

15        A.   Yes.

16        Q.   Is that your handwriting, sir?

17        A.   No.

18        Q.   Whose handwriting is that, sir?

19        A.   I don't know.

20        Q.   Who was present with you when you

21   signed this document, sir?

22        A.   When I was looking at the document?

23        Q.   Did you sign the document when you

24   looked at it, sir, at the same time?

25        A.   I don't remember.  I don't remember.

```
 1   But I remember I looked at it, and then I signed

 2   it.

 3        Q.   Did you look at the answers -- strike

 4   that.

 5             Were the answers typed up at the time

 6   you looked at the document, sir?

 7        A.   Yes.

 8        Q.   And where did you sign this document,

 9   sir?

10        A.   Cap-Haïtien.

11        Q.   Was it at a hotel, sir?

12        A.   Yes.

13        Q.   Which hotel, sir?

14        A.   I don't remember the name.

15        Q.   Who was at the hotel, sir?

16        A.   When I was signing it?

17        Q.   Yes.

18        A.   I was sitting with my interpreters.

19        Q.   Were your lawyers there, sir?

20        A.   I don't remember.

21        Q.   Was Cyrus Sibert there, sir?

22        A.   There were other people there, but I

23   don't remember who was there.

24        Q.   Well, the question was a little more

25   specific.  I'm asking, do you remember if Cyrus
```

1    Sibert was there, sir?

2            MS. POLLOCK:  Objection.  Vague.

3    Where is "there"?

4            MR. KENNEDY:  At the hotel.

5        A.   I don't remember, because there were

6    several people at the hotel.

7    BY MR. KENNEDY:

8        Q.   Do you remember if Cyrus Sibert was at

9    the hotel, sir?

10       A.   I don't remember.

11       Q.   Were other former PPT students at the

12   hotel, sir?

13       A.   Yes.

14       Q.   Can you tell me the names of the

15   former PPT students who were at the hotel?

16       A.   I don't remember because I only

17   concentrated on what I was going to do there.

18       Q.   Did you recognize any of the former

19   PPT students?

20       A.   I might recognize their faces, but I

21   don't remember their names.

22       Q.   How many former PPT students were

23   there at the hotel, sir?

24       A.   I don't remember.

25       Q.   Was Mathieu at the hotel, sir?

```
 1        A.    I don't remember seeing him.

 2        Q.    Did Victor go to the hotel with you,

 3   sir?

 4        A.    No.

 5        Q.    Did you go with anybody else, or did

 6   you go alone?

 7        A.    I remembered I went there, but I don't

 8   remember with whom I went.

 9        Q.    Sir, had you ever seen your answers to

10   Exhibit Number 2 before you signed them?

11             MS. POLLOCK:  Do you mean on a date

12   prior?  We've --

13             MR. KENNEDY:  I think that covers -- I

14   think that question covers --

15             MS. POLLOCK:  I'm not trying to argue

16   with you.  He doesn't understand what I'm

17   saying, but he already testified he reviewed it

18   before he signed it there, so that's why I'm

19   confused with your questioning.  Go ahead, I

20   don't want to get in an argument with you.  I'm

21   trying to get a sense if you mean a different

22   time frame.

23             MR. KENNEDY:  Okay.  Fair enough.

24   BY MR. KENNEDY:

25        Q.    Before you went to the hotel, sir, had
```

Confidential - Subject to Further Confidentiality Review

```
 1    you ever reviewed your answers to Exhibit

 2    Number 2, your responses to the Defendants'

 3    interrogatories?

 4         A.   Can you repeat, please?

 5              If I have the document in my hand and

 6    I reviewed them?

 7         Q.   No, sir.  I think you already told me

 8    that when you got there that the document was

 9    typed up, correct?

10         A.   Yes.

11         Q.   And you also indicated that you

12    reviewed the document at the hotel before you

13    signed it, correct?

14         A.   Yes.

15         Q.   What I'm trying to understand is

16    before you got to the hotel, had you ever seen

17    the document before with your answers?

18         A.   No.

19         Q.   And did you yourself read the answers

20    before you signed the document?

21         A.   Yes.

22         Q.   Nobody read them to you?  You actually

23    read them?

24              MS. POLLOCK:  You can answer the

25    question yes or no.  I don't want you to testify
```

Confidential - Subject to Further Confidentiality Review

1    about conversations you've had with your lawyers

2    about the answers.

3         A.   I remember I read them.

4    BY MR. KENNEDY:

5         Q.   Did you have any difficulty reading

6    the document, sir, before you signed it?  Did

7    you understand every word?

8              MS. POLLOCK:  Objection.  Compound.

9              MR. KENNEDY:  I'm going to cure, I'm

10   going to attempt to.

11   BY MR. KENNEDY:

12        Q.   Sir, did you have any difficulty

13   reading the document before you signed it?

14        A.   What do you mean difficult?

15        Q.   Were there any words in the document

16   that you did not understand?

17        A.   Yes.

18        Q.   Do you know which words you didn't

19   understand, sir?

20        A.   I don't remember for the time being.

21        Q.   But you do remember there were some

22   words you didn't understand?

23        A.   I remember I didn't understand, but I

24   fixed it.

25        Q.   What didn't you understand, sir?

```
 1        A.   I don't remember everything I didn't

 2   understand.

 3        Q.   Okay.  You just indicated to me that

 4   you fixed something.  What did you fix?

 5        A.   The ones I didn't understand.

 6        Q.   Can you show me, sir, in these answers

 7   in the Creole version what you didn't

 8   understand?

 9             MS. POLLOCK:  They've been fixed, so

10   that's impossible.

11             MR. KENNEDY:  That's not what he

12   testified to.

13        A.   I don't remember.

14   BY MR. KENNEDY:

15        Q.   Do you remember what needed to be

16   fixed, sir?

17             MS. POLLOCK:  Objection.  Asked and

18   answered.

19        A.   I don't remember.  That's all I can

20   say.

21   BY MR. KENNEDY:

22        Q.   Do you know if your answers are

23   truthful and accurate, sir?

24        A.   Yes.

25        Q.   How do you know that, sir?
```

Confidential - Subject to Further Confidentiality Review

```
 1         A.    How can I know?

 2         Q.    Yes, sir.

 3         A.    Because it's the truth.  It comes from

 4    my head.

 5         Q.    Sir, when did you first meet Douglas

 6    Perlitz?

 7         A.    I don't remember when I met him for

 8    the first time.

 9         Q.    Did you meet him before you started to

10    go to any PPT program?

11         A.    I don't remember.

12         Q.    How long did you -- strike that.

13               How did you hear about PPT?

14         A.    It's because of other kids who used to

15    go to that project, to the project.

16         Q.    What other kids, sir?

17         A.    I don't remember them because it's

18    been a while.

19         Q.    Before you started to go to PPT, where

20    were you living, sir?

21         A.    In a place called Vertieres,

22    V-E-R-T-I-E-R-E-S.

23         Q.    Is that in Cap-Haïtien, sir?

24         A.    Yes.

25         Q.    Who were you living with at that time,
```

1    sir?

2         A.    My godmother's house.

3         Q.    And what did you hear about PPT, sir?

4         A.    I was looking for a place to go to

5    school because at that time I wasn't going to

6    school.

7         Q.    And you heard that you could go to

8    school there?

9         A.    Yes, because I had no money.

10        Q.    And I noticed from your answers to the

11   interrogatories, was there a gap of time before

12   you went to PPT where you were not going to

13   school?

14        A.    There was a time when I was in school.

15        Q.    Was there three years, sir, where you

16   were not going to school?

17        A.    I remember this.

18        Q.    And that was before PPT?

19        A.    Yes.

20        Q.    And where, for those three years,

21   where were you living, sir?

22        A.    These three years I was going back and

23   forth between St. Raphael and Vertieres.  And I

24   wasn't going to school then, I went to my

25   godmother's house.

```
 1        Q.   Were you living in a house during all

 2   three years, sir?

 3        A.   Yes.

 4        Q.   Sir, have you ever lived on the

 5   streets?

 6        A.   No.

 7        Q.   And when you first started going to

 8   PPT program, where did you go, sir?

 9        A.   Rue 13.

10        Q.   Do you know what year you started

11   going to Rue 13?

12        A.   I don't remember which year.

13        Q.   Do you remember which grade you were

14   in, sir?

15        A.   When I was going to Rue 13?

16        Q.   Yes, sir, when you first started

17   going.

18        A.   I don't remember which class.

19        Q.   Did any of your brothers go to Rue 13,

20   sir?

21        A.   Yes.

22        Q.   Which brother, sir, or brothers?

23        A.   Victor.

24        Q.   Would you walk from your home to go to

25   Rue 13, sir?
```

```
 1        A.    Yes.

 2        Q.    Would Victor walk with you, sir?

 3        A.    No, because we were not staying at the

 4   same place then.

 5        Q.    Can you tell me about what an average

 6   day was like at Rue 13 when you started going?

 7        A.    We used to shower, eat, and then when

 8   there were classes we went to classes.  And then

 9   when classes were out we went back home, or to

10   wherever we wanted to go.

11        Q.    What time would you arrive at Rue 13?

12        A.    During the day?

13        Q.    In the morning, sir.

14        A.    I don't remember which time, but it

15   was very early.

16        Q.    Would you go there every day of the

17   week, sir?

18        A.    Yes.

19        Q.    And is the first thing that you did

20   when you got into Rue 13 was shower?

21        A.    Yes.

22        Q.    And then you were fed?

23        A.    Yes.

24        Q.    How many times a day were you fed at

25   Rue 13, sir?
```

```
 1        A.   I don't really remember.  Two or three
 2   times.
 3        Q.   Did you take any classes at Rue 13,
 4   sir?
 5        A.   Yes.
 6        Q.   What classes did you take at Rue 13,
 7   sir?
 8        A.   I don't really remember because there
 9   was no special subject you could learn.
10        Q.   Did you know how to write your name
11   before you went to Rue 13, sir?
12        A.   I remember I could.
13        Q.   Could you read Creole before you went
14   to Rue 13, sir?
15        A.   You know, I lost many years, so I
16   don't remember.
17        Q.   Did you play sports at Rue 13, sir?
18        A.   No.
19        Q.   Do you remember some of the names of
20   your teachers at Rue 13, sir?
21        A.   I remember Master Romere and Madame
22   Calixte.
23        Q.   What did Master Romere teach?
24        A.   I wasn't in the classroom he was
25   teaching to.
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.    What about Madame Calixte, did she

 2    ever teach you?

 3          A.    No, but she was -- she used to be in

 4    there, she used to be in charge of giving us

 5    things to eat.

 6          Q.    Did Victor go to Rue 13 at the same

 7    time you did, sir?

 8          A.    No.

 9          Q.    He went at a different year, sir?

10          A.    I don't remember which year, but I was

11    already going to the Village.

12          Q.    Okay.  So you were already going to

13    the Village at the time that Victor started

14    going to Rue 13?

15          A.    I don't remember that, but I was

16    already in preparation to go there.

17          Q.    Let me ask it this way, sir.  Was

18    there ever a time that you were at Rue 13 that

19    Victor was there as well?

20          A.    I don't remember.  I don't remember.

21          Q.    Do you remember the names of any

22    students that went to Rue 13 at the same time

23    you did?

24          A.    I don't remember their names.  There

25    were several of them.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   How long did you go to -- how many

 2   years did you go to Rue 13, sir?

 3        A.   I don't remember how long I went

 4   there, up there.

 5        Q.   Do you remember if it was more than a

 6   year, sir?

 7        A.   No.

 8        Q.   No, you don't remember?

 9        A.   I don't remember if I did an entire

10   year.

11        Q.   And you don't remember the names of

12   any students that you went to Rue 13 with?

13        A.   I don't remember the names because

14   there were many of them.

15        Q.   Do you remember any of their

16   nicknames?

17        A.   I don't remember.

18        Q.   Tell me everything you remember about

19   the first time you met Doug Perlitz, sir.

20        A.   Can you repeat the question, please?

21        Q.   Yes.

22             In your own words, sir, tell me

23   everything that you remember about the first

24   time you met Doug Perlitz.

25        A.   The first time I met him?
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   Yes, sir.

 2        A.   I remember he put his penis in my butt

 3   without me wanting it.  I wasn't agreeing to

 4   this.

 5        Q.   Did that happen the first time you met

 6   him?

 7        A.   I remember.

 8        Q.   My question was, did that happen the

 9   first time that you met Doug Perlitz?

10        A.   I used to see him, but it wasn't

11   accustomed to -- I wasn't accustomed to see him

12   face-to-face.

13        Q.   Okay.  Had you ever met Doug Perlitz

14   before you claim he sexually abused you?

15        A.   I used to see him when I went to the

16   Village.

17        Q.   Did you ever see him at Rue 13, sir?

18        A.   I don't remember.

19        Q.   Do you remember any white people

20   working at Rue 13, sir?

21        A.   Yes.

22        Q.   What are their names, sir?

23        A.   Andy.

24        Q.   Do you know Andy's last name, sir?

25        A.   No.
```

1        Q.   Have you ever heard the name Andy

2   Shultheis?

3        A.   No.

4        Q.   Do you remember any other white people

5   working at Rue 13 when you went there, sir?

6        A.   I don't remember.

7        Q.   Do you remember a person named Jessica

8   Lozier?

9        A.   I used to see Jessica, but I wasn't in

10  Rue 13 then.

11       Q.   Okay.  You were at the Village by the

12  time you started to see Jessica?

13       A.   Yes.

14       Q.   What about an individual named

15  Nicholas Preneta, do you know who that is,

16  Nicholas?

17       A.   If I used to see him?

18       Q.   Yes, sir.

19       A.   Yes.

20       Q.   And were you going to the Village when

21  you saw Nicholas?

22       A.   Yes.

23       Q.   Did you ever speak to Nicholas?

24       A.   I don't remember, because he wasn't

25  very stable at the Village.

```
 1        Q.   What do you mean by "he wasn't very

 2   stable," sir?

 3        A.   He didn't use to stay at the Village,

 4   he was at the Carenage.

 5        Q.   Okay.  What about an individual named

 6   Brittany McLean?

 7             MS. POLLOCK:  What's the question?

 8             MR. KENNEDY:  Fair enough.

 9   BY MR. KENNEDY:

10        Q.   Do you remember an individual named

11   Brittany?

12        A.   Yes.

13        Q.   And where did you see Brittany, sir?

14        A.   At the Village.

15        Q.   Do you know if Andy could speak

16   Creole, sir?

17        A.   I remember he spoke Creole.

18        Q.   Did you ever speak to him, sir?

19        A.   I remember we used to talk, but I

20   don't remember what we used to say.

21        Q.   If you had a problem, could you talk

22   to Andy?

23        A.   Yes.

24        Q.   And did you ever talk to Andy about a

25   problem you were having?
```

```
 1        A.   When I was at Rue 13?

 2        Q.   Yes, sir.

 3        A.   If I had a problem, I could talk to

 4   him, but I don't remember if I told him that.

 5        Q.   Did you like Andy?

 6        A.   Yes, I liked his ways.

 7        Q.   Did you trust Andy?

 8        A.   I can say yes.

 9        Q.   Do you remember if Andy had a Haitian

10   girlfriend, sir?

11        A.   I don't remember.

12        Q.   What was Andy's position at Rue 13?

13        A.   I don't remember his position, but he

14   was the boss.

15        Q.   What did you understand Douglas

16   Perlitz's position was at Rue 13?

17        A.   I don't know.

18        Q.   I believe you testified earlier you

19   don't remember ever seeing Doug Perlitz at Rue

20   13, is that correct?

21        A.   Yes.

22        Q.   Did you ever see any white visitors at

23   Rue 13, sir?

24        A.   I don't remember if I saw that.

25        Q.   Do you remember if you ever saw Madame
```

```
 1   Carter at Rue 13, sir?

 2        A.   No.

 3        Q.   Do you remember if you ever saw Pere

 4   Paul at Rue 13, sir?

 5        A.   No.

 6        Q.   While you were -- strike that.  I'm

 7   sorry.

 8             Did you enjoy your time at Rue 13,

 9   sir?

10        A.   What do you mean a good time?

11        Q.   Was the program beneficial to you?

12        A.   The program at --

13        Q.   At Rue 13, yes.

14        A.   No, because it wasn't what I needed.

15   It wasn't very serious there.

16        Q.   The education wasn't serious?

17        A.   The school wasn't very serious, no.

18        Q.   When you were at Rue 13, did you ever

19   hear any rumor about Doug Perlitz abusing any

20   student?

21        A.   No.

22        Q.   While you were at Rue 13, did you ever

23   hear any rumor that Douglas Perlitz was a

24   homosexual?

25        A.   No.
```

```
 1        Q.   When you were at Rue 13, did you at

 2   any time have any fear that Douglas Perlitz

 3   would hurt you?

 4        A.   No.

 5        Q.   And you had no reason to be afraid

 6   that Douglas Perlitz would harm you when you

 7   were at Rue 13, correct?

 8        A.   Yes.

 9        Q.   And you had no suspicion when you were

10   at Rue 13 that Douglas Perlitz would ever harm

11   you, correct?

12        A.   No.

13             MS. POLLOCK:  We're five minutes

14   before lunch.

15             MR. KENNEDY:  I was going to say this

16   might be a pretty good place to break.

17             THE VIDEOGRAPHER:  Going off the

18   record.  The time is 12:53.

19             (Whereupon, a luncheon recess was

20             taken.)

21

22

23

24

25
```

```
 1              AFTERNOON SESSION

 2

 3              THE VIDEOGRAPHER:  Back on the record.

 4   The time is 2:11.

 5

 6              FABIE BODEK, Interpreter,

 7   having been duly sworn to translate the

 8   questions and answers accurately, translated as

 9   follows:

10

11   BY MR. KENNEDY:

12       Q.   While you were at Rue 13, did you have

13   any reason to be afraid that Doug Perlitz would

14   harm you?

15              MS. POLLOCK:  Objection.  Asked and

16   answered.

17       A.   No.

18   BY MR. KENNEDY:

19       Q.   At some point you left Rue 13 and went

20   to the Village, is that correct, sir?

21       A.   Yes.

22       Q.   What year was that, sir?

23       A.   I don't remember which year.

24       Q.   How did it come about that you went

25   from Rue 13 to the Village?
```

```
 1        A.   It wasn't I who decided this.  I was

 2   transferred there.

 3        Q.   Who decided that, sir?

 4        A.   The people who were responsible.

 5        Q.   Who was that?

 6        A.   Well, then, it was Andy and

 7   Margarette, Mr. Romere.

 8        Q.   Who is Margarette, sir?

 9        A.   A woman that I used to see there

10   together with.

11        Q.   With who?

12        A.   I remember seeing her there with

13   Mr. Romere and Andy.

14        Q.   Was Andy at Rue 13 when you were

15   transferred to the Village?

16        A.   Yes.

17        Q.   Is Margarette Margarette Joseph?

18        A.   I don't remember.

19        Q.   Do you know who Margarette Joseph is?

20        A.   No.

21        Q.   You've never heard that name before?

22        A.   I just know Margarette.

23        Q.   Okay.  The Margarette that you do

24   know, did she work at the Village?

25        A.   No.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   Where did she work?

 2        A.   I remember seeing her at Rue 13.

 3        Q.   You remember that you saw Margarette

 4   at Rue 13, is that correct?

 5        A.   Yes.

 6        Q.   What did she do at Rue 13?

 7        A.   I don't really know what she was doing

 8   there.

 9        Q.   Do you know what her job was?

10        A.   No.

11        Q.   Did you ever speak to her?

12        A.   I remember that I used to talk to her.

13        Q.   And what did you used to talk about?

14        A.   I don't entirely remember what we used

15   to talk about, but I do remember that we used to

16   talk.

17        Q.   Did you ever talk to her about Douglas

18   Perlitz?

19        A.   No.

20        Q.   Were you at Rue 13 when it moved to

21   Carenage?

22        A.   No.

23        Q.   And the Village is part of PPT, sir?

24        A.   Yes.

25        Q.   How old were you when you started at
```

1    the Village?

2         A.   I don't remember how old I was.

3         Q.   And you don't remember what year you

4    started at the Village either?

5         A.   No.

6         Q.   Do you remember what grade you started

7    at the Village, sir?

8         A.   I remember when I entered there, they

9    placed me in first year.

10        Q.   And how many years were you in the

11   Village, sir?

12        A.   I was there for many years, but I

13   don't calculate.

14        Q.   Are you able to add, sir?

15        A.   In math?

16        Q.   Yes, sir.

17        A.   It depends.

18        Q.   Now, were you a student at the Village

19   until the time it closed, sir?

20        A.   Yes.

21        Q.   So do you know how many years you were

22   at the Village, sir?

23        A.   No.

24        Q.   Did you ever sleep at the Village,

25   sir?

Confidential - Subject to Further Confidentiality Review

```
 1        A.    Yes.

 2        Q.    Did you sleep there every night?

 3        A.    Not every night.

 4        Q.    How often did you sleep at the

 5   Village, sir?

 6        A.    I would sleep there often, but I don't

 7   calculate how many times.

 8        Q.    Would you sleep there every week, sir?

 9        A.    I don't remember that.  I know I've

10   slept there a few times, but I don't remember.

11        Q.    Did you have your own bed in the

12   Village?

13        A.    No.

14        Q.    When you were going to the Village,

15   were you living at home?

16        A.    Yes, I would go there sometimes.

17        Q.    So sometimes you would, but sometimes

18   you would sleep over at the Village?

19        A.    Yes.

20        Q.    When you did sleep over at the

21   Village, where would you sleep, sir?

22        A.    I would sleep sometimes in the first

23   house, House 1, or I would sleep in the second

24   house, House 2.

25        Q.    And what would be a reason that you'd
```

 1   sleep over at the Village instead of going home?

 2        A.    There are times when it is necessary

 3   that I would sleep in.

 4        Q.    Why would it sometimes be necessary?

 5        A.    There are times when I am changing

 6   position, then I would need a place to stay, I

 7   would sleep in the Village until I can find some

 8   other alternative way for me to sleep.

 9        Q.    So you would stay at the Village if

10   you needed somewhere to sleep, is that correct?

11        A.    Yes.

12        Q.    How far was your house from the

13   Village, sir?

14        A.    It was a long distance.

15        Q.    Did you have to take a bus to get

16   there?

17        A.    I paid for a public transportation.

18        Q.    Sir, can you tell me what an average

19   day at the Village was like for you?

20        A.    What kind of day?

21        Q.    Just an average day, if you can walk

22   me through what an average day at the Village

23   was like.

24        A.    When we get up in the morning we would

25   eat breakfast, followed by chapel, going to the

Confidential - Subject to Further Confidentiality Review

1    chapel, and then after that it would be

2    playtime, and then at noon we would eat, and

3    then after that we would return to play in the

4    afternoon.  And then in the evening we eat and

5    then rest.

6         Q.   How many days a week did you go to the

7    Village?

8              MS. POLLOCK:  On average?

9              MR. KENNEDY:  On average.

10        A.   It would be every day.  There was a

11   time when I didn't used to go on Sundays, and

12   then there was a time when I would go on

13   Sundays.

14   BY MR. KENNEDY:

15        Q.   Was the Village a good place for you?

16        A.   Yes.

17        Q.   Why was it a good place?

18        A.   Well, because I would go to school

19   there, and they would help me in other

20   activities as well.

21        Q.   What classes did you take at the

22   Village?

23        A.   School?

24        Q.   Yes, education.

25        A.   Yes, I remember there would be math.

 1   As I remember, French, Creole, social science,

 2   experimental science.

 3        Q.   Can you tell me some of the names of

 4   your teachers at the Village, sir?

 5        A.   I recall Mr. Daniel, Madame Nelta,

 6   Mr. Judex, Mr. Edrice, and Mémé.

 7        Q.   What did Mr. Daniel teach?

 8        A.   French.

 9        Q.   What did Madame Nelta teach?

10        A.   Grammar.

11        Q.   And Mr. Judex, what did he teach?

12        A.   Experimental science.

13        Q.   What did Mr. Edrice teach?

14        A.   Math.

15        Q.   Mémé, what did Madame Mémé teach?

16        A.   Creole.

17        Q.   Do you remember any of the other

18   students that you went to the Village with,

19   their names?

20        A.   Yes.

21        Q.   Can you tell me some of the names you

22   remember?

23        A.   I remember Pedro, Wilny, Jameson.

24   Let's see who else I remember.  I don't remember

25   anyone else.

```
 1              THE VIDEOGRAPHER:  Can I interrupt for

 2    a moment, please?  Would you ask the witness,

 3    after lunch everybody's voice gets quieter, but

 4    to keep his voice higher to keep it on the

 5    recording, or louder?

 6         A.   Yes.

 7    BY MR. KENNEDY:

 8         Q.   So, sir, you remember Pedro, Wilny,

 9    and Jameson?

10         A.   Yes.

11         Q.   And those are the only three students

12    you remember as you sit here today?

13         A.   Well, yes, but I would have to reflect

14    a great deal for me to remember any others.

15         Q.   And you went to the Village for a

16    number of years, correct?

17         A.   Yes.

18         Q.   Did you ever receive clothing at the

19    Village, sir?

20         A.   Yes, yes, they used to give me.

21         Q.   What did they give you, sir?

22         A.   In general, or clothing?

23         Q.   Clothing, sir.

24         A.   They would give us things for our

25    feet, sneakers and sandals.  They would give us
```

 1   also pens and t-shirts.

 2       Q.   Who would give you these items of

 3   clothing, sir?

 4       A.   And there would be many people, many

 5   of the people in charge.

 6       Q.   Who were these people in charge, sir?

 7       A.   Some of those people who were working

 8   inside the Village.

 9       Q.   What are their names, sir?

10       A.   Robinson would give us -- would issue

11   us things, and I remember when it was the pens

12   that were being distributed, Arnaud would give

13   it to us -- well, myself.

14       Q.   What was Robinson's role at the

15   Village?

16       A.   Well, I don't really know, but I

17   believe that he was the person second in charge

18   after the whites.

19       Q.   Who was in charge of the Village, to

20   the best of your understanding?

21       A.   Those were in charge in the Village?

22       Q.   Yes.  You just indicated that he was

23   second, the second person -- I'm sorry, that

24   Robinson was the second person in charge after

25   the whites.  What I'm trying to understand, who

1    were the whites that you're referring to, sir?

2         A.    That's what I thought.  I will

3    continue the question, to answer it.  Douglas,

4    Madame Carter, Father Paul.

5         Q.    Anybody else?

6         A.    There may be, but I don't know all the

7    names.

8         Q.    How do you know that Madame Carter was

9    one of the whites that was in charge?

10        A.    I thought that.  And also other --

11   many of the other kids also thought that, and

12   also the way she was received in there.

13        Q.    How was she received?

14        A.    It's because when she comes there and

15   then there would be groups, and generally when

16   people come in there would be times of

17   togetherness and play games and relax a bit.

18   When she comes, she usually is accompanied, or

19   spend time with Douglas and Robinson, and gives

20   us the impression that she was a very important

21   person, and she was not there -- she was there

22   for things that were very serious.

23        Q.    Did she ever tell you she was in

24   charge?

25        A.    I don't remember her having said that,

Confidential - Subject to Further Confidentiality Review

```
 1   but we all always thought in there that she was.

 2        Q.   When you say we always thought that

 3   she was, who is the "we" that you're referring

 4   to?

 5        A.   Other kids that were there, myself,

 6   that's what we always believed.

 7        Q.   Did anybody ever tell you that Madame

 8   Carter was in charge?

 9        A.   I don't remember if anyone had ever

10   said that.

11        Q.   Did you ever see Doug Perlitz at the

12   Village?

13        A.   Yes.

14        Q.   What was he doing when you saw Doug

15   Perlitz at the Village?

16        A.   Then I would see him talking when he

17   goes in the office, and I would see him talking

18   to Robinson, but I wouldn't know exactly what he

19   is up to.

20        Q.   Would you see him every day at the

21   Village, Doug Perlitz that is?  I'm sorry.

22        A.   Often.

23        Q.   How many times did you see Madame

24   Carter at the Village?

25        A.   I don't remember how many times.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   Was it more than one?

 2        A.   Yes, more, but I don't remember the

 3   number of times.

 4        Q.   What about Father Paul, Pere Paul, did

 5   you ever see Pere Paul at the Village?

 6        A.   Yes.

 7        Q.   And when you saw Pere Paul at the

 8   Village, what was he doing?

 9        A.   I don't really remember, but I

10   remember most of the time when he is there it's

11   because he's performing Mass.

12        Q.   When you saw Madame Carter at the

13   Village, what was she doing?

14        A.   I would see her talking to Robinson,

15   but I don't know everything.

16        Q.   Did you ever speak to Madame Carter?

17        A.   I don't remember, but it's because she

18   didn't speak in Creole.

19        Q.   Did Madame Carter ever speak to you?

20        A.   No, I don't recall.

21        Q.   Do you remember if Madame Carter ever

22   spoke to you through an interpreter?

23        A.   Let me see.  Me personally?

24        Q.   Or in a group.

25        A.   I remember in a group.
```

```
 1          Q.   Okay.  Who was the interpreter?

 2          A.   I don't remember really, but I

 3    remember Douglas and Robinson were there that

 4    day.

 5          Q.   And do you remember what Madame Carter

 6    said through the interpreter?

 7          A.   No.

 8          Q.   Do you remember anything Madame Carter

 9    ever said through an interpreter when you saw

10    her at the Village?

11          A.   I don't remember what she would say.

12          Q.   Did you ever speak to Pere Paul at the

13    Village?

14          A.   No.

15          Q.   Did Pere Paul ever speak to you

16    individually or in a group through a translator

17    at the Village?

18          A.   No.  I don't remember if he ever

19    talked to me in a group.

20          Q.   Did Madame Carter ever make any

21    promises to you?

22          A.   No.

23          Q.   Do you remember any of the white

24    volunteers working at the Village, sir?

25          A.   Do I remember their names?
```

Confidential - Subject to Further Confidentiality Review

1       Q.   Yes.

2       A.   In the Village I remember Timothy, and

3   I remember Brittany.

4       Q.   Do you remember seeing Jessica at the

5   Village, sir?

6       A.   I would see her.

7       Q.   Do you know if Jessica could speak

8   Creole, sir?

9       A.   She would try.  She would make an

10  effort, but, you know, she wasn't very stable in

11  the Village.  It's really in Carenage where she

12  was.

13      Q.   What about Nicholas, sir, do you

14  remember seeing Nicholas at the Village?

15      A.   Yes, I've seen him, but him also, he's

16  stable at Carenage.

17      Q.   Do you know if Nicholas can speak

18  Creole?

19      A.   I don't know if he knows a lot, but I

20  know that he could say a few words.

21      Q.   What about Brittany, sir, do you know

22  if Brittany could speak Creole?

23      A.   She would speak sometimes.

24      Q.   Did you ever talk to Robinson

25  privately?

Confidential - Subject to Further Confidentiality Review

1      A.   I don't remember if I ever speak to

2  him in private.

3      Q.   Did you trust Robinson?

4      A.   Yes.

5      Q.   If you had a problem, could you have

6  gone and spoken to Robinson about the problem?

7      A.   Yes.

8      Q.   Did you ever talk to Robinson about

9  Doug Perlitz abusing you?

10     A.   No, I didn't.

11     Q.   Why not?

12     A.   I was afraid, and because of the

13  pressure that Douglas was putting on us.

14     Q.   What pressure was Douglas putting on

15  you?  You used the term "was putting on us."

16     A.   He would say that he would kick us out

17  of the Village.  I didn't want to be kicked out.

18     Q.   Who is the "us" that would be kicked

19  out?

20     A.   I didn't want him to kick me out of

21  the Village, because he said he would kick me

22  out if I spoke up.

23     Q.   Do you know if he indicated to any

24  other student that he would kick them out?

25     A.   I don't know.

```
 1        Q.   Do you know if he ever threatened

 2   Victor that he would kick Victor out of the

 3   Village if he told on him?

 4        A.   Well, I don't know if he ever said

 5   that, but I can imagine if he did.

 6        Q.   How can you imagine that, sir?

 7        A.   Because he's a gay, he did that to me,

 8   and I figure if he did that to me then he can do

 9   that to anyone else.

10        Q.   Do you know if he did do that to

11   anyone else, sir, if he abused any other person?

12        A.   Well, I don't know, I don't think

13   that.  These relationships, they were private

14   for each person.

15        Q.   Do you know of any other student that

16   claims they were abused by Douglas Perlitz?

17        A.   I don't entirely remember the names of

18   the students.

19        Q.   Sir, I'm looking at Interrogatory

20   Number 23 from Exhibit 2, and I'm reading from

21   the English translation obviously.

22             MS. POLLOCK:  Did you say 23?

23             MR. KENNEDY:  Yes.

24   BY MR. KENNEDY:

25        Q.   Sir, the question in English states
```

```
 1    "Identify all persons who you believe were

 2    sexually abused by Perlitz from 1988 to 2008,

 3    and for each person so identified state the

 4    basis for your belief."  According to the

 5    English translation of your answer to Number 23,

 6    the first name it states is Peterson Gedeus,

 7    G-E-D-E-U-S.

 8              Who is Peterson Gedeus?

 9        A.   One of the kids, a kid that was in the

10    Village.

11        Q.   Do you believe that he was sexually

12    abused by Douglas Perlitz?

13        A.   Well, I imagine that, because they

14    have complained about it, but I don't know if

15    it's true.

16        Q.   It also indicates here Victor

17    D-E-R-I-Z-A-R-D.  Is that your brother, sir?

18        A.   Victor what?

19        Q.   It says D-E-R-I-Z-A-R-D, last name.

20        A.   Yes.

21        Q.   That's your brother, correct?

22        A.   Yes.

23        Q.   What's your basis for your belief that

24    your brother was sexually abused by Douglas

25    Perlitz?
```

```
 1        A.   Because he was part of the project, he

 2   was in there.  And I don't actually know that

 3   for sure, but it's the way when we communicate,

 4   he would say things that makes me think that.

 5        Q.   What would he say that would make you

 6   think that?

 7        A.   Not exactly what he would say, it's

 8   when we would speak.

 9        Q.   When you would speak, he did something

10   that led you to believe he was abused?

11        A.   It's the way that we spoke.

12        Q.   Can you explain that to me, sir?

13             (Interruption.)

14             THE VIDEOGRAPHER:  Going off the

15   record.  The time is 2:53.

16             (Pause.)

17             THE VIDEOGRAPHER:  Back on the record.

18   The time is 2:56.

19   BY MR. KENNEDY:

20        Q.   Sir, what words specifically did your

21   brother Victor use that led you to believe that

22   Douglas sexually abused him?

23        A.   I don't remember the words exactly.

24        Q.   Do you remember anything about the

25   conversation that led you to believe your
```

Confidential - Subject to Further Confidentiality Review

```
 1   brother was sexually abused by Douglas Perlitz?

 2        A.   I don't remember everything we

 3   discussed because we spoke on multiple

 4   occasions.

 5        Q.   Okay.  You don't remember, but do you

 6   remember something that you discussed?

 7        A.   I don't remember everything, because

 8   we talked for a long time.

 9        Q.   Okay.  What did you talk about?

10        A.   The conversation was between us, we

11   could be chatting, and --

12        Q.   But I need to know about the

13   conversation, sir.  What did you talk about?

14        A.   We could be chatting about the

15   project, and something he would say, something

16   would come out of his mouth, and I would imagine

17   or guess something he might want to say, but I

18   don't know.

19        Q.   Did you ask him any questions about

20   whether he had been abused by Douglas Perlitz or

21   Douglas had ever acted inappropriately with him?

22        A.   I don't remember that happening.

23        Q.   Do you remember anything about the

24   conversations you had with your brother that led

25   you to believe he might have been sexually
```

 1    abused by Douglas Perlitz?

 2        A.   No, I don't recall.

 3        Q.   So you don't have any personal

 4    knowledge that your brother was sexually abused

 5    by Douglas Perlitz, correct?

 6        A.   Please restate the question.

 7        Q.   You don't have any personal knowledge,

 8    sir, that your brother was sexually abused by

 9    Douglas Perlitz, correct?

10        A.   Well, I imagine that because he was

11    inside, too, just like all the other kids, and I

12    myself and other kids who had been suffered --

13    victimized by this incident, and as he was a

14    child and we were all adolescents and not being

15    able to make decisions on, and as we were

16    subjected to that, I imagine he, too, must have

17    been.

18        Q.   Was that because he went to the

19    Village, sir?

20        A.   Yes, he was in the project.

21        Q.   But he never told you he was sexually

22    abused by Douglas Perlitz, correct?

23        A.   Well, I never asked him that because I

24    figure he probably wants to keep that to

25    himself, that he wouldn't want to tell me the

Confidential - Subject to Further Confidentiality Review

```
 1   truth.

 2        Q.   What's the basis of your belief that

 3   Peterson Gedeus was sexually abused by Douglas

 4   Perlitz?

 5        A.   Well, it's based on what they had

 6   said.

 7        Q.   Did they say this to you, sir?

 8        A.   No, not clearly, but some of the

 9   things they would say, if I reflect on it, and I

10   would say based on certain things that a person

11   said, and I can conclude or imagine that -- what

12   the person might be saying.

13        Q.   Specifically, sir, what words did

14   Peterson Gedeus use that made you reflect that,

15   or conclude or imagine that he may have been

16   abused by Douglas Perlitz?

17        A.   Well, okay, we used to speak often

18   when we were at the Village, and I recall that

19   during those conversations he might have said

20   something that I paid no thought to and didn't

21   think it was important.  But after the incident,

22   then I would start connecting the dots and

23   conclude that that was some meaning -- there was

24   meaning to some of the things that were said

25   before.  And I remember in particular a time
```

```
 1    when he told me -- he warned me not to go to

 2    Bel Air.

 3         Q.   Besides him warning you not to go to

 4    Bel Air, do you remember any other part of the

 5    conversation you had with Peter Gedeus --

 6    Peterson Gedeus?  I'm sorry.

 7         A.   I don't remember that we ever spoke on

 8    that subject again.

 9         Q.   Did you ask him at that time why you

10    should not go to Bel Air?

11         A.   I don't remember, but he didn't speak

12    on the reason.  He didn't want to give me a

13    reason.

14         Q.   Did you ask him for a reason?

15         A.   Well, I don't really remember asking

16    him, but he didn't give me -- offer it.  He

17    didn't want to give me a reason.

18         Q.   Did you have conversation with

19    Peterson Gedeus before you claim that Douglas

20    Perlitz sexually abused you?

21         A.   No.

22         Q.   This conversation was after you had

23    been sexually abused?

24         A.   The conversation when he told me that?

25         Q.   Yes, sir.
```

```
 1        A.    No, before that.

 2        Q.    It was before you had been abused?

 3        A.    Yes.

 4        Q.    And who was present besides you and

 5   Peterson Gedeus, if anyone, when you guys had

 6   this conversation?

 7        A.    I don't recall anyone else being

 8   there, but it was the two of us.  When we were

 9   chatting, he told me that.

10        Q.    Did Peterson ever tell you that he was

11   sexually abused by Douglas Peterson -- by

12   Douglas Perlitz?

13        A.    No, he didn't tell me that.

14        Q.    It also indicates here, sir, in answer

15   to Interrogatory Number 23 the name Fredlin,

16   F-R-E-D-L-I-N, Fils-Aime, spelled F-I-L-S -

17   A-I-M-E.  Do you know Fredlin Fils-Aime, sir?

18        A.    Yes.

19        Q.    What's the basis of your belief that

20   Fredlin Fils-Aime was sexually abused by Douglas

21   Perlitz?

22        A.    Well, it's the same way.  I would say

23   I use my imagination, so of all of us who were

24   in there, as I have said, the same way that it

25   happened to me in there, it could happen to them
```

 1    also.

 2         Q.   Did you ever have any conversation

 3    with Fredlin Fils-Aime which led you to believe

 4    that he had been sexually abused by Douglas

 5    Perlitz?

 6         A.   It could happen that we did speak, but

 7    as I have said, I believe that it could have

 8    happened to any of the other kids in there.

 9         Q.   Do you remember anything about any of

10    the conversations with Fredlin Fils-Aime which

11    could have led you to believe that he had been

12    abused?

13         A.   No.

14         Q.   You just concluded this -- is it fair

15    to say you just concluded this because Fredlin

16    was part of the project?

17         A.   Yes.   I believe that for any of the

18    kids who were in there.

19         Q.   Do you believe every kid that was in

20    the project was abused by Douglas Perlitz?

21         A.   I don't know that fundamentally, but I

22    can imagine that all of us were in the project.

23         Q.   Fredlin never told you he was abused

24    by Douglas Perlitz, correct?

25         A.   No, I don't recall it.

```
 1        Q.   Okay.  What about Robens, R-O-B-E-N-S,

 2   did he ever tell you he was sexually abused by

 3   Douglas Perlitz?

 4        A.   As I have stated before, I used my

 5   imagination, we were all in there, we lived

 6   together as brothers, and when that happened to

 7   me I come to believe that all of them were

 8   susceptible, all of them this could have

 9   happened to.  I believe this for any other of

10   the kids that were in there.

11        Q.   Did any other PPT -- strike that.

12             Did any other student at the Village

13   ever tell you that they were abused by Douglas

14   Perlitz?

15        A.   I don't recall.

16        Q.   Did any other student at Rue 13 ever

17   tell you they were abused by Douglas Perlitz?

18        A.   I don't remember.

19        Q.   While you were a student at the

20   Village, did you ever hear rumors that Douglas

21   Perlitz was abusing students?

22        A.   During what time?

23        Q.   Before you were abused, sir.

24        A.   No.

25        Q.   What about after, sir?
```

     1        A.   It's when the school was closing down,

     2   that's when I heard those things.

     3        Q.   Who did you hear those things from?

     4        A.   Well, I remember hearing those things

     5   because the word had spread throughout the

     6   Village, even those who had had no prior

     7   knowledge of it had come to hear those things,

     8   and the word had spread actually throughout

     9   Cap-Haïtien.

    10        Q.   Had you heard those rumors while the

    11   Village was still open, sir?

    12        A.   It was almost to the end of its

    13   closing.

    14        Q.   Was Douglas still in Haiti, sir, at

    15   the time you heard these rumors?

    16        A.   I don't entirely recall.  It might

    17   have been at the time when he was leaving, when

    18   he was trying to escape to leave.

    19        Q.   You used the phrase "the word had

    20   spread throughout the Village."  Did somebody

    21   actually tell you about the allegations against

    22   Mr. Perlitz?

    23        A.   I didn't -- no one told me

    24   specifically that those things had happened, but

    25   through the rumors, through the grapevine I

```
 1    would hear it.
 2         Q.   And what did you hear through the
 3    grapevine?
 4         A.   They were talking about the abuse that
 5    Douglas had caused to the kids that were in the
 6    project.
 7         Q.   And a lot of the kids were talking
 8    about this?
 9         A.   It wasn't just the kids.  It was
10    other -- many other people who were not -- in
11    the Village who were not part of the project who
12    were talking about it.
13         Q.   Who were these other people who were
14    not part of the project that were talking about
15    it, sir?
16         A.   Anyone in the street who had heard of
17    that.  I don't know who they are.
18         Q.   So it was common knowledge around
19    Cap-Haïtien?
20         A.   Yes, a lot of people knew that.
21         Q.   Did you ever hear Cyrus Sibert's radio
22    show, sir?
23         A.   At what moment?
24         Q.   That's a good point.
25              Did you ever hear Cyrus talking on the
```

Confidential - Subject to Further Confidentiality Review

 1   radio about the allegations against Mr. Perlitz?

 2      A.   No, because I was not listening to his

 3   radio program.

 4      Q.   Do you know a white individual named

 5   Brian who came to visit the Village?

 6      A.   Yes.

 7      Q.   Who was Brian?

 8      A.   I don't know who he is.  I just -- I

 9   saw him at that time when he came to the

10   Village.

11           MR. KENNEDY:  Go off the record for a

12   second.

13           THE VIDEOGRAPHER:  Going off the

14   record.  The time is 3:20.

15           (Whereupon, a recess was taken.)

16           THE VIDEOGRAPHER:  Back on the record.

17   The time is 3:41.

18   BY MR. KENNEDY:

19      Q.   Sir, just going back to something for

20   a moment.  When Madame Carter came to the

21   Village and she spoke through a translator, was

22   she speaking to a large group of students?

23      A.   Yes.

24      Q.   She wasn't speaking directly to you,

25   correct?

Confidential - Subject to Further Confidentiality Review

1       A.   No.

2       Q.   And where was this?  When she spoke,

3    where was it at the Village?

4       A.   In the kitchen where we used to eat.

5       Q.   Did you ever hear her speak in the

6    chapel?

7       A.   I don't recall.

8       Q.   Sir, also right before the break I

9    asked you about a white man named Brian.  When

10   you saw Brian at the Village, what was he doing?

11      A.   He wasn't stable at the Village.

12      Q.   When you say "he wasn't stable," do

13   you mean that he wouldn't stay very long in the

14   Village?

15      A.   No.

16      Q.   Did he ever speak to the students

17   through an interpreter?

18      A.   I don't remember.

19      Q.   Do you know whether a white man named

20   Michael ever came down right about the time that

21   the Village was closing, sir?

22      A.   What was his name?

23      Q.   First name is Michael.

24      A.   I don't remember.

25      Q.   While you were at the Village, did you

Confidential - Subject to Further Confidentiality Review

```
 1    meet an individual named Sylvester Tan?

 2         A.   Yes.

 3         Q.   Who is Sylvester Tan?

 4         A.   I remember seeing him at the Village.

 5    I remember he said that he was a priest.

 6         Q.   Did you ever talk to Sylvester Tan?

 7         A.   One-on-one, or in a group?

 8         Q.   Either.

 9         A.   Yes, we talked.

10         Q.   Was this one-on-one?

11         A.   Yes.

12         Q.   And when you spoke to Sylvester

13    one-on-one, what did you talk about?

14         A.   I don't really remember, but we would

15    speak on religious subjects.

16         Q.   Did you ever speak to Sylvester about

17    Douglas Perlitz?

18         A.   No.

19         Q.   Did Sylvester Tan ever speak to you

20    about Douglas Perlitz?

21         A.   No.

22         Q.   Did Sylvester Tan offer you or any

23    other boy any advice about Douglas Perlitz?

24         A.   For myself, no.  I don't know about

25    other kids.
```

```
 1        Q.   So Sylvester Tan never indicated for

 2   you to stay away from Douglas Perlitz or

 3   anything like that, or to be careful around him?

 4        A.   No.

 5        Q.   Did you ever go on a hike with

 6   Sylvester Tan?

 7        A.   We went out one day, once.

 8        Q.   And when you went out, did you go for

 9   a walk, or what's known as a hike?

10        A.   Yes, we walked together.

11        Q.   Okay.  And where did you walk to?

12        A.   We went to a location where the

13   Catholics go to pray.

14        Q.   Was this a cross, sir?

15        A.   Yes.

16        Q.   And who else went on the hike with

17   you, or the walk?

18        A.   There were other kids with us, I don't

19   remember, but it was many of us.

20        Q.   And did Sylvester Tan talk to the

21   group when you got to the cross?

22        A.   Yes, he spoke to us on religious

23   topics, because as you know it is a place for

24   praying, and he is a priest.

25        Q.   But he didn't talk about Douglas
```

 1   Perlitz when you got to the cross?

 2       A.   No.

 3       Q.   While Sylvester Tan was at the

 4   Village, did you ever speak to him about Douglas

 5   Perlitz?

 6            THE INTERPRETER:  I'm sorry, can you

 7   ask the question again?

 8            MR. KENNEDY:  Sure.

 9       Q.   While Sylvester Tan was at the

10   Village, did you ever speak to him about Douglas

11   Perlitz?

12       A.   No.

13       Q.   Have you ever been to a house called

14   Bel Air?

15       A.   I stopped by there twice.

16       Q.   When was the first time, sir?

17       A.   The first time was when Douglas abused

18   me up there, and the second time was when I was

19   going to the cross with Sylvester.

20       Q.   Sir, you claim that Douglas Perlitz

21   hurt you, correct?

22       A.   Yes.

23       Q.   How many times do you claim that

24   Douglas Perlitz hurt you?

25       A.   Once.

1      Q.   What year was that, sir?

2      A.   I don't remember the year exactly.

3      Q.   Was -- who was the white person that

4  was working at the Village at the time, besides

5  Douglas, at the time Douglas hurt you?

6      A.   I don't remember.

7      Q.   What is Bel Air, sir?

8      A.   That's, as to my understanding, that's

9  where Douglas lived.

10     Q.   Did anybody else live with Douglas at

11 the time that you claim he abused you?

12     A.   I don't remember, but I don't know if

13 there were any other persons there.

14     Q.   Was Jessica Lozier in Haiti at the

15 time you claim that Douglas Perlitz abused you?

16     A.   No, not yet.

17     Q.   Was Nicholas Preneta -- was Nicholas

18 in Haiti at the time you claim that Douglas

19 abused you?

20     A.   No.

21     Q.   He hadn't arrived yet?

22     A.   I don't remember.  I don't believe he

23 had yet arrived.

24     Q.   What about Andy, was Andy in Haiti at

25 the time you claim Douglas abused you?

```
 1        A.    No, Andy had already left.

 2        Q.    So it was in-between Andy leaving and

 3   Jessica arriving?

 4        A.    Excuse me?

 5        Q.    When Douglas abused you, it was

 6   between the time that Andy had already left and

 7   Jessica had yet to arrive?

 8        A.    Jessica was going to arrive, or she

 9   had already arrived.

10        Q.    I think you testified before that at

11   the time you claim Douglas Perlitz abused you,

12   Jessica had not arrived yet in Haiti, correct?

13        A.    Yes.

14        Q.    Do you remember what grade you were in

15   at the time Douglas abused you?

16        A.    I don't remember all that because this

17   is something that had happened a while ago.

18        Q.    Sir, tell me in your own words every

19   detail you remember about the time that Douglas

20   Perlitz hurt you.

21        A.    I remember I had gone to Bel Air and

22   to pick up something from him, and I remember he

23   forced me to do something, and I didn't agree, I

24   didn't accept, and then he forced himself onto

25   me, penetrating me through the rear with his
```

```
 1   penis.
 2        Q.   Anything else, sir?
 3        A.   I don't recall all the facts.
 4        Q.   Why had you gone to Bel Air, sir?
 5        A.   I went to get money to buy clothes.
 6   He had told me to go there, to go to Bel Air to
 7   get it.
 8        Q.   Who had told you to go to Bel Air to
 9   get money for clothes?
10        A.   Douglas.
11        Q.   When had Douglas told you to go to
12   Bel Air to get money for clothes?
13        A.   When I asked -- when I had asked him
14   that in the Village.
15        Q.   Was that on the same day that you went
16   to Bel Air, or was that on a prior date?
17        A.   I remember asking him, but I don't
18   remember if it was the same day.  It might have
19   been after that that I had gone because I needed
20   it to buy clothes.
21        Q.   Had you ever spoken to Douglas before
22   you asked him for money for clothes?
23        A.   Speak to him regarding what?
24        Q.   Anything.
25        A.   It may have occurred, a time that I
```

 1    might have spoken to him because if I need

 2    something, I can ask him or I can ask Robinson

 3    or one of the teachers.

 4         Q.   Had you asked Douglas Perlitz for

 5    something before the day you claim he abused

 6    you?

 7         A.   I just needed money to buy clothes.

 8         Q.   I know on that date, sir.  But you had

 9    indicated before I might have spoken to him --

10    strike that.  I'm sorry.

11              You indicated, sir, "it may have

12    occurred a time that I might have spoken to him

13    because I needed something."  All I'm trying to

14    understand, sir, is, before asking him for the

15    money for the clothes, had you ever asked

16    Douglas for anything else?

17         A.   Well, yes, we might have spoken when I

18    run into him, when I see him I might have

19    greeted him because I know that he is the person

20    in charge of us of the program.

21         Q.   Had you ever spoken to him privately

22    before this day that you claim he abused you?

23         A.   I don't recall having spoken to him.

24         Q.   But you do recall that one day you

25    were at the Village and you asked him for money

 1    to buy clothes, is that correct?

 2        A.   Yes.  I had told him that I needed

 3    clothes, and I asked him if he could give me

 4    some money to buy a few clothing, and because he

 5    is the one that generally help us with clothing.

 6        Q.   Had he ever bought you clothing before

 7    that day?

 8        A.   Has he ever bought them?

 9        Q.   Had he ever bought you clothing before

10    that day?

11        A.   Well, I would ask -- at other times I

12    would ask when I need clothing, I would ask

13    anyone in there for clothing.  There was

14    Robinson.  I would ask whoever is the most

15    stable person there at that time.

16        Q.   My question, though, is pretty

17    specific, sir.  All I'm asking is whether before

18    the day that you asked Douglas Perlitz for money

19    to buy clothes, had he ever bought you clothes

20    before?

21        A.   I don't remember if I had asked him

22    before.

23        Q.   Before that day that you claim Douglas

24    Perlitz abused you, had Douglas Perlitz ever

25    given you money before?

1      A.    Money regarding what?

2      Q.    Anything, sir.

3      A.    Well, they had given us money for

4   certain activities that we had participated in

5   inside.

6      Q.    So is it fair to say Douglas had given

7   you money before that day?

8      A.    Yes, but not for that specifically.

9   It was for work that we performed to encourage

10   us.

11      Q.    How was it that you got from the

12   Village -- strike that.  I'm sorry.

13            When you asked Douglas for the money

14   at the Village, was anyone else present?

15      A.    I don't remember where I was when I

16   asked him for it.

17      Q.    Fair to say at some point you go to

18   Bel Air?

19      A.    Yes, I remember going to Bel Air to

20   get the money from him.

21      Q.    And how did you get to Bel Air?

22      A.    I don't recall exactly, but I do know

23   that, as I recall, to get to Bel Air you have to

24   take a bus to get into town, and then from there

25   you have to make the rest of the route on foot.

Confidential - Subject to Further Confidentiality Review

```
 1          Q.   Did you go by yourself, sir?

 2          A.   Yes.

 3          Q.   What time do you arrive at Bel Air?

 4          A.   I didn't have a watch.  I didn't know

 5     what time.

 6          Q.   Was it light outside, sir?

 7          A.   Yes.

 8          Q.   Okay.  So it wasn't at nighttime,

 9     correct?

10          A.   Yes -- no.

11          Q.   Do you remember what day of the week

12     that you went to Bel Air, sir?

13          A.   I don't remember all that.

14          Q.   Was it a school day, or was it a

15     weekend?

16          A.   I don't remember if it was a weekend.

17     I remember we were preparing to go for the

18     vacation period that was about to be.  I don't

19     remember which vacation period it was.

20          Q.   So you get to Bel Air, and it's light

21     outside, correct?

22          A.   Yes.

23          Q.   Was there -- how did you get access to

24     the house?  Did you have to -- was there a

25     gatekeeper?
```

```
 1        A.   No.  I don't remember.  I don't recall

 2   seeing anyone at the gate.

 3        Q.   How did you know which house it was?

 4        A.   Because when I am in a car and going

 5   into the Village or leaving the Village going

 6   back, and we go past the house, and sometimes

 7   there's someone who would stop at the outside to

 8   go pick up something there, and so I knew the

 9   house from that.  And then also there would be

10   times when the kids in there would point at the

11   house.

12        Q.   When you got to Bel Air, did you knock

13   on the door?

14        A.   What door?  The gate, or the entrance

15   door --

16        Q.   Either.

17        A.   -- to the house?

18        Q.   Either.

19        A.   There was no need.  The gate was half

20   open, and as I saw it, all I had to do was push

21   it a bit to enter.

22        Q.   And then when you got to the front

23   door, what did you do?

24        A.   I could see Douglas's image from

25   there, and he saw me and signaled me to enter.
```

```
 1        Q.   You saw Douglas's image in the house

 2   when you got to the front door?

 3        A.   I saw him.  I saw him inside.

 4        Q.   And he signalled for you to open the

 5   door?

 6        A.   For me to enter.  I don't remember if

 7   he told me to open the door, but he signaled me

 8   to enter, and I entered.

 9        Q.   And was this in the main entrance of

10   the house, sir?

11        A.   Yes.

12        Q.   When you first walk into the door at

13   Bel Air, what room do you walk into?

14        A.   I don't recall all the rooms in the

15   house, but I remember that on the top floor up

16   there is a living room.

17        Q.   When you walk into the house, do you

18   speak to Douglas?

19        A.   Yes.  I greeted him.

20        Q.   And what did you say?

21        A.   I greeted him, and as I -- since I

22   know precisely why I came, I just told him I

23   came to pick up -- pick it up, and we talked,

24   and I don't remember every detail of the

25   conversation.
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.   Do you remember any details of the

 2    conversation?

 3          A.   No.

 4          Q.   Do you remember what Douglas said to

 5    you after you said that you were there to pick

 6    up the money?

 7          A.   I don't remember all the details.  I

 8    remember him bringing me to his room, but I

 9    don't remember all the details of what had

10    happened before.

11          Q.   Where is his room?

12          A.   I don't really know.  I know that he

13    took me in a room that was downstairs, I'm not

14    familiar with it, but I just imagined that was

15    his room.

16          Q.   Do you remember him saying anything to

17    you before he took you to the room?

18          A.   I don't recall.

19          Q.   Do you remember what Douglas was

20    wearing when you entered the house?

21          A.   No.

22          Q.   Do you know what you were wearing on

23    that day when you entered the house?

24          A.   I don't remember what I was wearing.

25          Q.   How soon after you entered the house
```

```
 1    did Douglas take you to this room?
 2        A.   I could guess, but not much time had
 3    passed, elapsed.
 4        Q.   Did you have to walk downstairs to get
 5    to the room?
 6        A.   I remember going to the room, but I
 7    don't remember much else of what had happened.
 8    Since the time after he abused me, I don't
 9    remember much else of what had happened.
10        Q.   Sir, are you telling me that you have
11    trouble remembering the abuse itself?
12            MS. POLLOCK:  Objection.
13    Mischaracterizes the witness's testimony.  He
14    can answer, I just had to make my objection.
15        A.   Can you ask the question again,
16    please?
17    BY MR. KENNEDY:
18        Q.   Sure.  I'm just trying to understand,
19    sir, you indicate "since the time after he
20    abused me, I don't remember what else of what
21    had happened."  I'm just trying to understand,
22    are you telling me that you have trouble
23    remembering the abuse itself?
24        A.   I can't remember everything that had
25    happened.  In general, I remember some things.
```

```
 1          Q.   When you get into the room, what
 2    happens next?
 3               THE INTERPRETER:   Sorry, I don't
 4    understand what he said.
 5          A.   I don't remember.   What I remember is
 6    that once we entered there and he started
 7    talking to me about sexual relationships between
 8    men and men, and I didn't agree with what he was
 9    saying, and then he went and got a magazine or
10    newspaper that had images of men and men, and I
11    told -- he started talking to me about gay sex,
12    and I didn't like -- agree with what he was
13    saying, and then he started to pressure me.  And
14    I didn't want to, and he forced me.  And then he
15    proceeded on inserting his penis.
16          Q.   And that's the end?
17               Sir, when you arrived at Bel Air,
18    besides Douglas Perlitz, was anybody else home?
19    Was anybody else at the house, I should say.
20          A.   I don't know if there was anyone in
21    there.
22          Q.   Did you hear anybody else in the
23    house?
24          A.   I didn't hear anyone speaking, but I
25    don't know if there was anyone.
```

1       Q.   You didn't see anybody at the house

2   besides Douglas?

3       A.   No.

4       Q.   You indicated here that he started to

5   talk to you about sexual relationships between

6   men.  What exactly did he say to you?

7       A.   I don't remember everything, but I

8   remember that it was only on that topic he

9   insisted on talking.

10      Q.   Did you say anything to him?

11      A.   I didn't say anything.  I remember

12  telling him that those types of relationships

13  are not good, because through the bible these

14  relationships are not good.  As a child I

15  learned those things.

16      Q.   That's what you told him at that time?

17      A.   Yes, I remember saying to him that

18  it's not good.

19      Q.   And what was his response?

20      A.   I don't remember, but I remember that

21  he just didn't really pay much attention to what

22  I was saying.  He was just eager to just do what

23  he wanted to do.

24      Q.   Can you describe for me the room where

25  you claim Douglas abused you, sir?

1     A.   Well, as you know, that was a while

2     back.  I don't really have too much memory of

3     the details, and also the incidents.  It was a

4     pain, it caused me pain, so I didn't pay

5     attention really to what was in the room.

6          Q.   Can you describe for me anything that

7     was in the room, any piece of furniture or

8     anything?

9          A.   I don't remember everything that was

10    in the room.  I remember there was a bed, but I

11    don't remember everything -- anything else that

12    was in the room.

13         Q.   Was there a light on in the room when

14    you went into the room, sir?

15         A.   I don't remember everything that was

16    in the room.

17         Q.   After you and Douglas had this

18    conversation about sexual relationships between

19    men, what happened after that?

20         A.   Well, what happens next is that, as I

21    recall, he started pressuring me, and then, of

22    course, I didn't agree, and then that's when he

23    took his penis and inserted it in my rear end.

24              (Interpreters talking.)

25         A.   He leaned me onto the bed and inserted

1   his penis into my rear end.

2        Q.   How did he pressure you, sir?

3        A.   Well, he pressured me, he was

4   pressuring me to do that, and if I won't do that

5   he will kick me out of the Village, and so that

6   scared me.

7        Q.   Did he say that to you before he

8   abused you, sir?

9        A.   Yes, both before and after.

10       Q.   Do you remember him saying anything

11  else to you before he abused you, sir, in that

12  room?

13       A.   I don't remember.

14       Q.   And at this time that you're having --

15  that Douglas is talking to you about sexual

16  relationships between men, is he touching you in

17  any way?

18       A.   I don't remember everything that had

19  happened.  I remember him talking about those

20  things.

21       Q.   At some point does he begin to touch

22  you?

23       A.   I remember he did that when he abused

24  me.

25       Q.   What did he do specifically?

```
 1        A.   He took his penis and inserted it into

 2   my rear end.

 3        Q.   When you were -- you said -- I believe

 4   you indicated before that Douglas showed you a

 5   magazine, or a newspaper?

 6             THE INTERPRETER:  Could you excuse me,

 7   please?

 8             MR. KENNEDY:  Sure.

 9             (Interpreters talking.)

10        A.   Yes.

11        Q.   Where were you -- did Douglas show you

12   this newspaper or magazine?

13             MS. POLLOCK:  Objection.  Compound,

14   vague.

15             THE INTERPRETER:  For the record, the

16   word is magazine, sir.

17             MR. KENNEDY:  And that's what I

18   assumed, but you had indicated before the

19   word --

20             THE INTERPRETER:  Yes, because it's

21   both ways, and I didn't know which one he meant.

22             MR. KENNEDY:  Okay.  Thank you.  That

23   might take care of my compound issue.

24   BY MR. KENNEDY:

25        Q.   At some point, sir, you said Douglas
```

```
 1   showed you a magazine?

 2        A.   Yes.

 3        Q.   Were you standing up or sitting down

 4   when he showed you this magazine?

 5        A.   I don't entirely remember.  What I

 6   remember is that I was in the bedroom at the

 7   time.

 8        Q.   Did Douglas have his clothes on at

 9   this time?

10        A.   I cannot recall this, but I believe

11   that he had his clothes on, that he was not

12   naked.

13        Q.   Did you have your clothes on at the

14   time he was showing you this magazine?

15        A.   Yes, as I recall.

16        Q.   At some point did some of your

17   clothes, did they get taken off?

18        A.   I don't remember if he had taken --

19   what clothing had been taken off.  I remember

20   just the pants that were taken off.

21        Q.   Whose pants, sir?

22        A.   Both of our pants, because it's me

23   that he was going to do that to.

24        Q.   How did your pants come off, sir?

25        A.   I don't entirely remember.  I don't
```

```
1    remember what type of pants I was wearing, so I

2    don't remember how it had come off -- taken off.

3              MR. KENNEDY:  Is that the end?

4              THE INTERPRETER:  Yes.

5        Q.   Did you take your pants off, or did

6    Douglas Perlitz take your pants off?

7        A.   I don't remember if I was the one who

8    take it off.

9        Q.   Did he ask you to take your pants off?

10       A.   I don't recall entirely how those

11   things had happened.

12       Q.   Did you ever see Douglas Perlitz take

13   his pants off, sir?

14       A.   I can guess that, I mean he must have,

15   because he was abusing me at that moment.

16       Q.   I believe you also indicated he leaned

17   you over something, is that correct?

18       A.   Yes, on the bed, as I remember.

19       Q.   He leaned you over the bed, sir?

20       A.   Yes.

21       Q.   Were your pants off at this time, sir?

22       A.   I can't remember the pants, where they

23   were.

24       Q.   Well, if he's leaning you over the

25   bed, sir, did you say anything to him?
```

```
 1          A.   Well, I had to say no.  But as he was

 2     forcing it, himself, and I don't remember what

 3     other reaction that I had.

 4          Q.   I believe you indicated he put his

 5     penis in your butt, is that correct?

 6          A.   Yes.

 7          Q.   When he did that, did you say

 8     anything, sir?

 9          A.   I didn't accept, because I said no.

10          Q.   Besides saying no, did you cry out or

11     anything else?

12          A.   Well, at the time when it happened,

13     unfortunately I was not the height or the build

14     that I am now, I was little.

15          Q.   I understand.

16               My question, though, was, sir, besides

17     saying no, did you cry out or say or do anything

18     while Mr. Perlitz was abusing you?

19          A.   I don't remember everything that had

20     happened, but it is something that was extremely

21     painful.

22          Q.   And you used the word "little," sir,

23     that you were little at the time.  Do you know

24     how old you were?

25          A.   No.
```

```
 1        Q.   Do you know how long the abuse lasted,
 2   sir?
 3        A.   No, I can't guess how long it lasted.
 4        Q.   After the abuse was over, sir --
 5   strike that.  I'm sorry.
 6             Besides your pants, did any other
 7   clothing come off during the abuse, sir?
 8        A.   I don't recall any other clothing that
 9   had come off.
10        Q.   Did you ever see Mr. Perlitz when he
11   had his pants off, sir?
12        A.   Before the abuse, or after?
13        Q.   Either time, sir.
14        A.   I don't remember seeing him without
15   his pants on.
16        Q.   And after the abuse is over, does
17   Douglas Perlitz say anything to you, sir?
18        A.   I remember after it was over, he told
19   me that if I say anything to any of the other
20   kids or to anyone else, that I would suffer the
21   same consequences and I would be kicked out.  I
22   remember he gave me the money, and I left.
23        Q.   And this was the money that you had
24   asked for for the clothing that you had gone to
25   the house for?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   Yes.

 2        Q.   When you left the house, was it still

 3   light outside?

 4        A.   I don't remember that it was entirely

 5   -- it was yet dark.

 6        Q.   And after you left the house, what did

 7   you do?

 8        A.   I remember going home.

 9        Q.   And who were you living with at the

10   time, sir?

11        A.   At the time when he did that to me?

12        Q.   Yes, sir.

13        A.   I remember I was living on the other

14   side with my godmother.

15        Q.   And who was living in that house with

16   your godmother at that time?

17        A.   Not with my godmother, my godfather.

18        Q.   I'm sorry, your godfather.

19        A.   The house belonged to him, but my

20   godfather was not in the house, sometimes he

21   would just pass by.

22        Q.   But you were living in your

23   godfather's house, correct?

24        A.   Yes, the house belonged to him.

25        Q.   So you went -- after Douglas abused
```

```
 1   you, you went to your godfather's house?

 2        A.   Yes, I remember that's where I went.

 3        Q.   Was anybody home at your godfather's

 4   house when you arrived?

 5        A.   I don't remember if anyone was home,

 6   but I don't remember if at that time my

 7   godfather was there.

 8        Q.   At that time who regularly lived in

 9   the house?

10        A.   Well, myself, I was in the house, and

11   his daughter was also in the house, but she went

12   -- she had gone to work.

13        Q.   After Douglas abused you, did you tell

14   anybody what he had done?

15        A.   No.  I was afraid.  I didn't want to

16   say anything to anyone, just as he had said.  So

17   that if he should find out, I didn't want to say

18   anything to anyone, if he had to find out for

19   him to kick me out.

20        Q.   After Douglas abused you, did you ever

21   tell any other PPT student what he had done?

22             MS. POLLOCK:  Do you mean at any time?

23   I'm trying to get -- it's vague as to timing.

24   BY MR. KENNEDY:

25        Q.   While you were at the Village.
```

1        A.   Can you ask the question again?

2        Q.   After Douglas abused you, did you ever

3    tell any other PPT student what he had done

4    while you were at the Village?

5        A.   No.

6        Q.   Did you ever speak to the Haitian

7    National Police about what Douglas did to you?

8        A.   No.

9        Q.   Did you continue as a student at the

10   Village after Douglas abused you?

11       A.   Yes.

12       Q.   Did you ever tell Robinson what

13   Douglas did to you?

14       A.   No.

15       Q.   Did you ever tell Victor what Douglas

16   did to you?

17       A.   No.

18       Q.   Did you ever tell Margarette Joseph

19   what Douglas did to you?

20       A.   No.

21       Q.   Did you ever talk to Douglas after the

22   day this happened?

23       A.   I don't remember if I had ever spoken

24   to him again because I didn't want after that to

25   ever be around him.

```
 1        Q.   Did you suffer any injury as a result

 2   of what Douglas did to you?

 3             MS. POLLOCK:  Objection.  Vague.

 4             MR. KENNEDY:  Fair.

 5   BY MR. KENNEDY:

 6        Q.   Did you ever suffer any physical

 7   injury as a result of what Douglas did to you?

 8        A.   You mean as a bruise?

 9        Q.   Was any part of your body injured as a

10   result of what Douglas did to you?

11        A.   I would say mentally I am injured

12   because it hurts me a lot each time I think

13   about the incident.

14        Q.   Let me go back for one minute, sir.

15             At the time -- on the day that Douglas

16   abused you, do you know if there was anybody in

17   the yard at Bel Air?

18        A.   I don't remember entirely.  When I was

19   leaving, there might have been someone by the

20   faucet that is outside, there might have been

21   someone there, but I don't entirely recall who,

22   if anyone was there who was there.

23        Q.   Do you know an individual named Boss

24   Mo?

25        A.   Yes, he drives the car sometimes for
```

Confidential - Subject to Further Confidentiality Review

1    the Village.

2         Q.   Was he there that day, sir?

3         A.   Yes, I remember he might have been.

4    He was there, he was one of the people near the

5    people who were getting water from the faucet.

6              THE INTERPRETER:  I'm sorry, I lost

7    the last part of the statement.  May I recap the

8    first part?

9         A.   I saw other people, I saw people by

10   the faucet who were getting water, and I thought

11   it might have been him because he is a person

12   who usually gets water there.

13        Q.   Did you see these people before you

14   went into Bel Air, or after you left?

15        A.   When I was leaving.

16        Q.   Before Douglas put his penis in your

17   buttocks, did he touch any other part of your

18   body?

19        A.   I don't remember every detail of what

20   had happened to me.

21        Q.   Sir, you mentioned that you also went

22   to Bel Air on a second occasion, is that

23   correct?

24        A.   Yes.

25        Q.   What was the reason for going there

Confidential - Subject to Further Confidentiality Review

```
 1    the second time?

 2        A.    Because I had -- we went to pick up

 3    Sylvester to go to the cross.

 4        Q.    Okay.  Sir, what was your

 5    understanding of Madame Carter's role at the

 6    Village?

 7        A.    She was the one in charge, himself and

 8    Douglas.

 9            THE INTERPRETER:  Correction.

10        A.    Herself and Douglas.

11            (Interpreters talking.)

12            THE INTERPRETER:  Ask the question

13    again, please.

14            MR. KENNEDY:  Do you want me to re-ask

15    it?

16            THE INTERPRETER:  Re-ask the question.

17        Q.    Sir, what was your understanding of

18    Madame Carter's role at the Village?

19        A.    She and Douglas were in charge,

20    because as I understand it she was the boss in

21    the Village.

22        Q.    And I believe you testified earlier it

23    was your understanding she was the boss from

24    what other children said at the Village?

25            MS. POLLOCK:  Objection.
```

 1    Mischaracterizes the witness's testimony.

 2         A.    Yes.

 3    BY MR. KENNEDY:

 4         Q.    Douglas never told you she was the

 5    boss, did he?

 6         A.    I don't remember if he had ever said

 7    that.

 8              MS. POLLOCK:  We've been going an

 9    hour.  How much longer do you have?

10              MR. KENNEDY:  Can we go off the record

11    for a second?

12              THE VIDEOGRAPHER:  Going off the

13    record.  The time is 4:49.

14              (Whereupon, a recess was taken.)

15              THE VIDEOGRAPHER:  Back on the record.

16    The time is 5:03.

17    BY MR. KENNEDY:

18         Q.    Sir, I'm not sure if I got an answer

19    to my question.  Are you claiming that you were

20    physically hurt in any way by Douglas Perlitz?

21         A.    Well, what I'm saying is that this

22    thing troubled me a lot, so I can say that I

23    have mental problems as a result of it, because

24    when I think about it, it really troubles me,

25    and that hurts me in my heart also.

 1        Q.   Did you go to see any doctor after

 2   what you claim Douglas did to you?

 3        A.   No, I don't recall that.

 4        Q.   And you say you have mental problems.

 5   What mental problems do you claim that you have?

 6        A.   Well, it's just that when I think

 7   about the incident, it would really trouble me a

 8   lot.  And when the thought occurred to me, it

 9   has an effect on me.  And there could be moments

10   where I would overhear someone talking about gay

11   sex, and I would -- it would just bring back

12   certain memories, and then those things I would

13   find very troublesome.

14        Q.   Do you have a problem with homosexual

15   people, sir?

16        A.   I would say yes.

17        Q.   Why is that, sir?

18        A.   Well, in my country it's never a good

19   thing.  They are not well-regarded, and they are

20   looked down upon in Haiti.

21        Q.   Have you gone to see any doctor for

22   any mental problem that you claim you've

23   suffered?

24        A.   I don't recall having gone to see a

25   doctor, no.

Confidential - Subject to Further Confidentiality Review

1        Q.    Have you ever had suicidal thoughts,

2    sir?

3        A.    That had happened, sir.  It depends on

4    what's going on around me at the time, and

5    what's happening.

6        Q.    Do you have a girlfriend, sir?

7        A.    No, I don't recall having one.  A

8    friend, yes, I had one.

9        Q.    Have you ever had a girlfriend, sir?

10       A.    I remember I had one, but we're not

11   together anymore.

12       Q.    Was this girlfriend after you left the

13   Village, sir?

14       A.    Yes.

15       Q.    Do you have any children?

16       A.    No.

17       Q.    Can you describe Madame Carter for me

18   physically?

19       A.    I don't remember a lot of things, a

20   lot about her.  But I remember that she was not

21   very tall, and her -- she had a slight hump in

22   her back.  She was -- she leaned a bit forward,

23   because it was due to age.

24       Q.    Do you remember anything else about

25   her physical appearance?

Confidential - Subject to Further Confidentiality Review

1        A.    I don't remember.

2        Q.    Before you went to see Cyrus for the

3    first time, were you aware that other former PPT

4    students who claimed to have been hurt by

5    Douglas Perlitz had received money?

6        A.    I don't recall having heard anything

7    like that.

8        Q.    Did you ever see any former PPT

9    students driving around Cap-Haïtien in new cars?

10       A.    I remember seeing a few of them, but

11   we have no rapport.

12       Q.    Do you remember seeing those new cars

13   before you went to see Cyrus for the first time?

14       A.    I can't guess.  I can't remember when

15   I saw them.

16       Q.    Sir, I'm going to show you a

17   photograph which I'll have marked as Exhibit 4.

18             (Whereupon, Deriza Exhibit Number 4,

19             Copy of color photograph, was marked

20             for identification.)

21             MR. KENNEDY:  I don't have copies.

22             MS. POLLOCK:  Understand.

23             Did we ever put Exhibit 3 in the

24   record?

25             MR. KENNEDY:  You know what?  That's a

1    good point.

2              MS. POLLOCK:  We discussed it.

3              MR. KENNEDY:  We discussed it.  I'll

4    do it anyways.

5              For the record, Exhibit 3 is an eight

6    page document which I received this morning from

7    Plaintiffs' counsel that appears to be

8    identification information concerning the

9    deponent.  Is that fair?

10             MS. POLLOCK:  Yes.  Those are

11   documents that the deponent brought with him for

12   his deposition today that we have produced to

13   you today.

14             MR. KENNEDY:  Thank you.

15   BY MR. KENNEDY:

16        Q.   Sir, showing you Exhibit 4 for

17   identification, are you in that photograph?

18        A.   Yes.

19        Q.   Who is the woman in the photograph

20   with you?

21        A.   Jessica.

22        Q.   Was that photograph taken before or

23   after Douglas abused you?

24        A.   I don't remember when the picture was

25   taken exactly.  I assume that it was after.

```
 1          Q.   Sir, I'm going to show you what I'll

 2     have marked as Defendants' 5 for ID.

 3               (Whereupon, Deriza Exhibit Number 5,

 4               Copy of color photograph, was marked

 5               for identification.)

 6               MR. KENNEDY:  Once again, I don't have

 7     copies.

 8     BY MR. KENNEDY:

 9          Q.   Sir, are you in that photograph?

10          A.   Yes.

11          Q.   Which one are you in the photograph?

12     Are you in the white shirt, or are you in the

13     darker shirt?

14          A.    White shirt.

15          Q.   And was that photograph taken before

16     or after Douglas Perlitz abused you?

17          A.    I don't remember, because we take --

18     pictures were taken very often, so I don't

19     remember when this picture was taken.

20          Q.   Who else is in that photograph with

21     you, sir?

22          A.    Robens.

23          Q.    Is that the Robens that we spoke about

24     earlier today?

25          A.    Yes.
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.    And last I'm going to show you -- once

 2   again I don't have copies -- Exhibit 6 for

 3   identification.

 4               (Whereupon, Deriza Exhibit Number 6,

 5               Copy of color photograph, was marked

 6               for identification.)

 7   BY MR. KENNEDY:

 8          Q.    Are you in that photograph, sir?

 9          A.    Yes.

10          Q.    Which one are you in the photograph?

11          A.    Myself with a t-shirt that he is

12   pointing to.

13          Q.    Is that the yellowish t-shirt?

14          A.    Yes.

15          Q.    You're on the far left side of that

16   photograph?

17          A.    Yes.

18          Q.    Who is the white person in that

19   photograph, sir?

20          A.    Brittany.

21          Q.    And do you know the names of the other

22   individual -- strike that.  I'm sorry.

23               Do you know the name of the individual

24   with the backpack on on the far right side of

25   the picture?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.    Yes.

 2        Q.    Who is that?

 3        A.    Peterson.

 4        Q.    Peterson Gedeus?

 5        A.    No.

 6        Q.    What is this Peterson's last name?

 7        A.    I don't remember his signature, but he

 8   is not the one whose last name is Gedeus.

 9        Q.    And there's an individual next to him

10   with his back turned in a white t-shirt.  Do you

11   know who that is, sir?

12        A.    Yes.

13        Q.    Who is that, sir?

14        A.    Fredlin.

15        Q.    Is that Fredlin Fils-Aime that we

16   spoke about earlier today?

17        A.    Yes.

18        Q.    And there appears to be an individual

19   to the right of you who I think is wearing

20   sunglasses on top of his head speaking to

21   Brittany.  Do you know who that person is, sir?

22        A.    Yes.

23        Q.    Who is that, sir?

24        A.    Pedro.

25        Q.    And do you know what Pedro's full name
```

```
 1   is, sir?

 2        A.   Pedro Saint Julian.

 3        Q.   Pedro Saint Julian.

 4             Okay.  And then there's an individual

 5   that looks like they're right behind you, do you

 6   know -- who has no shirt on.  Do you know who

 7   that individual is?

 8        A.   I can't see clearly, and I don't

 9   remember.  I cannot guess who it is.

10        Q.   Thank you.

11             Sir, before you claimed Douglas

12   Perlitz abused you, were you aware that there

13   was graffiti on the wall of the Village about

14   Douglas Perlitz?

15             MS. POLLOCK:  I'm going to object to

16   the term "claim" as being vague.

17   BY MR. KENNEDY:

18        Q.   You can answer.

19        A.   I don't remember.  I don't remember.

20             MR. KENNEDY:  Okay.  I think that's

21   all I have, sir.  Thank you very much.

22             THE VIDEOGRAPHER:  Going off the

23   record.  The time is 5:18.

24             (Pause.)

25             THE VIDEOGRAPHER:  Back on the record.
```

Confidential - Subject to Further Confidentiality Review

```
 1    The time is 5:19.

 2    BY MR. CERRETA:

 3        Q.   Good evening, sir.  My name is John

 4    Cerreta, I'm the lawyer for Fairfield

 5    University.

 6        A.   John what?

 7        Q.   John Cerreta is my last name.

 8             When you were a student at PPT, did

 9    you ever hear anything about Fairfield

10    University?

11        A.   No, I don't remember that.

12        Q.   The gentleman you were speaking about

13    earlier today, Mathieu, do you know his full

14    name?

15        A.   Who, Mathieu?  Who is Mathieu?

16        Q.   Do you remember speaking earlier today

17    about a gentleman who works for Cyrus Sibert

18    named Mathieu?

19        A.   Yes.  I don't know his full name.

20    Only Mathieu.

21        Q.   Have you ever heard of someone named

22    Serge Mathieu Napolean?

23        A.   No.

24        Q.   Do you have a cell phone?

25        A.   Right now?
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.   Yes.  Do you have one right now?

 2          A.   No.

 3          Q.   Did you used to have one?

 4          A.   Yes.

 5          Q.   What happened to the cell phone?

 6          A.   It had a bit of a problem.  I didn't

 7     come to it -- with it with me today here because

 8     it wouldn't function here.

 9          Q.   Do you have it back at home?

10          A.   Yes.

11          Q.   Do you ever use text messages on your

12     cell phone?

13          A.   Yes.

14          Q.   Do you ever send any text messages to

15     Mathieu?

16          A.   I don't remember.

17          Q.   Has Mathieu ever texted you?

18          A.   I don't believe so.

19          Q.   How about Cyrus Sibert, do you

20     communicate with him by text?

21               MS. POLLOCK:  You can answer the

22     question yes or no.  I don't want you to

23     disclose actually any conversations you've had

24     with Cyrus.

25          A.   Okay.  Would you please ask the
```

```
 1   question again?

 2   BY MR. CERRETA:

 3       Q.   Sure.

 4            Do you communicate with Cyrus Sibert

 5   by text message?

 6       A.   Yes.

 7       Q.   How often do you communicate with

 8   Cyrus by text?

 9            MS. POLLOCK:   I'm reminding you not to

10   disclose actually any communications you've had

11   with Cyrus via text after your first time that

12   you met Cyrus.

13       A.   Okay.

14   BY MR. CERRETA:

15       Q.   How often do you communicate with

16   Cyrus by text?

17       A.   I cannot calculate, guess the time.

18       Q.   More than once a week?

19       A.   I don't remember all that.

20       Q.   At any point did you give your cell

21   phone to your attorneys so they could review

22   your text messages?

23            MS. POLLOCK:   You can answer the

24   question yes or no.

25       A.   No.
```

```
 1   BY MR. CERRETA:

 2       Q.   Other than Cyrus, have you

 3   communicated with anyone else by text regarding

 4   this lawsuit?

 5       A.   No.

 6       Q.   Do you have an e-mail address?

 7       A.   No.

 8       Q.   Do you have a Facebook page?

 9       A.   No.

10       Q.   Do you have any other social media

11   account?

12       A.   No, no other.

13            MR. CERRETA:  Thank you, sir.  That's

14   all I have.

15            MS. POLLOCK:  Go off the record for a

16   minute while we switch?

17            THE VIDEOGRAPHER:  Going off the

18   record.  The time is 5:26.

19            (Pause.)

20            THE VIDEOGRAPHER:  Back on the record.

21   The time is 5:37.

22   BY MR. BABBITT:

23       Q.   Good afternoon.  I'm Bradford Babbitt,

24   I represent the American Association of the

25   Order of Malta.
```

```
 1                    At any time before you attended the

 2   Village, did you hear anything about the

 3   American Association of the Order of Malta?

 4        A.   No.

 5        Q.   At any time before you attended the

 6   Village, did you hear the name Order of Malta?

 7        A.   No.

 8        Q.   At any time while you were attending

 9   the Village, did you hear the name Order of

10   Malta?

11        A.   No.

12        Q.   At any time before the Village closed,

13   did you hear the name Order of Malta?

14        A.   No.

15        Q.   At any time before the Village closed,

16   did you hear the name Haiti Fund?

17        A.   No.

18        Q.   Before you started attending the

19   Village, did you know anyone who was a student

20   at the Village?

21        A.   Before I attended the Village?

22        Q.   Yes.

23        A.   No.

24        Q.   Before you attended the Village, did

25   you know that students at the Village were fed
```

```
 1    meals every day?

 2        A.   Yes.

 3        Q.   Before you started attending the

 4    Village, did you know that students the Village

 5    played soccer at the Village?

 6        A.   I didn't know that they were doing

 7    that.

 8        Q.   Before you started attending the

 9    Village, did you know that students at the

10    Village took classes at the Village?

11             THE INTERPRETER:  Because the word I

12    use for class, it's the same word that could be

13    used for hitting, so he wanted to know which

14    word.  He was asking for clarification.

15             MS. POLLOCK:  Just for the record,

16    this is the interpreter's explanation.

17             THE INTERPRETER:  Confusion.

18             MS. POLLOCK:  Sorry.

19             THE INTERPRETER:  This deponent needed

20    clarification for the question that you asked,

21    but it was a language clarification, not your

22    question, so I needed to rephrase the question

23    for him.

24    BY MR. BABBITT:

25        Q.   Okay.  Is it clear now?  I'm talking
```

Confidential - Subject to Further Confidentiality Review

 1   about school classes, having nothing to do with

 2   hitting people or anything else.

 3        A.    Yes, I knew that they had classes.

 4        Q.    Before you started taking -- started

 5   attending the Village, what kind of classes did

 6   you know they offered at the Village?

 7        A.    I didn't know.  I just knew that there

 8   was a school that was a more serious school in

 9   the Village.

10        Q.    Before you started attending the

11   Village, did you know that students at the

12   Village had a place to sleep at night at the

13   Village?

14        A.    Yes.

15        Q.    Were these the reasons that you wanted

16   to attend the Village?

17        A.    Not entirely that.  It's because I

18   needed the school.

19        Q.    You wanted to attend the Village

20   because you wanted to attend school?

21        A.    Yes.

22        Q.    And you thought the Village was a

23   serious school?

24        A.    Yes.

25        Q.    Were there any other reasons you

 1  wanted to attend the Village?

 2       A.   Well, I also believe that at the

 3  Village one can learn a trade, so that was also

 4  a reason that I wanted to attend.

 5       Q.   So you hoped to learn a trade at the

 6  Village, was that another reason you wanted to

 7  attend the Village?

 8       A.   Yes.

 9       Q.   Were there any other reasons you

10  wanted to attend the Village, other than the

11  ones you've already told us about?

12       A.   I don't recall if there were any other

13  reasons.  I don't remember all the reasons, but

14  I do remember those reasons.

15            MR. BABBITT:  Okay.  Thank you.  I

16  have nothing further.

17            MS. POLLOCK:  Mr. O'Neill, any

18  questions?

19            Oh, Lydia, I'm sorry, I didn't see you

20  down there.  I apologize.

21            THE VIDEOGRAPHER:  Going off the

22  record.  The time is 5:34.

23            (Pause.)

24            THE VIDEOGRAPHER:  Back on the record.

25  The time is 5:35.

```
 1   BY MS. KNIGHT:
 2       Q.   Mr. Deriza, I introduced myself
 3   earlier, my name is Lydia Knight, and I
 4   represent the Society of Jesus of New England.
 5       A.   Okay.
 6       Q.   Prior to PPT closing, had you ever
 7   heard of the Society of Jesus of New England?
 8       A.   No.
 9       Q.   At any time while you were at the
10   Village, did you ever hear of the Society of
11   Jesus?
12       A.   I never heard it, no.
13       Q.   I think you told us that while you
14   were at the Village there was time that you had
15   for playtime, is that right?
16       A.   Yes.
17       Q.   What sort of things would you do
18   during that time?
19       A.   There are kids who play baskets, shoot
20   baskets, or play football, and some would be
21   shooting marbles.  It depends on what most
22   interested them.
23       Q.   And what most interested you?
24       A.   Mostly I would be -- it would be the
25   marbles.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    I think in Exhibit 5 you're in a

 2   picture holding a football.  Did you ever play

 3   football?

 4        A.    No, there was no one who taught us how

 5   to play.  Those balls were simply there.

 6        Q.    When you played marbles, do you play

 7   marbles with other people, other boys?

 8        A.    Yes.

 9        Q.    Do you still play marbles today?

10        A.    No.

11        Q.    Do you have playtime at the school

12   where you are now?

13        A.    No, not really.  There's just a very

14   short period of recess for us to go and drink

15   water and use the bathroom, and then go straight

16   back to class.

17        Q.    When you're not at school, how do you

18   spend your free time?

19        A.    I study and work, depending on the

20   subject, so I might have other work to do.

21        Q.    Do you ever drink alcohol in your

22   spare time?

23        A.    During times when I'm not at school?

24        Q.    Yes.

25        A.    It would depend on the moment of time.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   Do you like to watch soccer games when

 2   you're not at school?

 3        A.   No.  If I have nothing else to do,

 4   then I might watch it, but if I have other

 5   things to do I would focus more on what I need

 6   to do.

 7             MS. KNIGHT:  Those are all the

 8   questions that I have.  Thank you.

 9             THE VIDEOGRAPHER:  Going off the

10   record.  The time is 5:40.

11             (Off the record discussion.)

12             THE VIDEOGRAPHER:  Back on the record.

13   The time is 5:40.

14             MR. O'NEILL:  I have no questions.

15             MS. POLLOCK:  Any counsel have any

16   further questions for the witness?

17             There being no further questions, we

18   conclude the deposition.

19             THE VIDEOGRAPHER:  This concludes the

20   January 13, 2016 deposition of Mr. Jason Maxwel

21   Deriza.  Going off the record.  The time is

22   5:41.

23             (Whereupon, the deposition was

24   concluded.)

25
```

Confidential - Subject to Further Confidentiality Review

```
 1              C E R T I F I C A T E

 2              I, MAUREEN O'CONNOR POLLARD, LSR #473,

 3    RMR, CLR, and Notary Public in and for the State

 4    of Connecticut, do hereby certify that there

 5    came before me on the 13th day of January, 2016,

 6    the person hereinbefore named, who was duly

 7    sworn to testify to the truth of their knowledge

 8    concerning the matters in this cause, and their

 9    examination reduced to typewriting under my

10    direction and is a true record of the testimony.

11              I further certify that I am neither

12    attorney for or related or employed by any of

13    the parties to the action, and that I am not a

14    relative or employee of any attorney or counsel

15    employed by the parties hereto or financially

16    interested in the action.

17              In witness whereof, I have hereunto

18    set my hand and seal this 18th day of January,

19    2016.

20

21    _____

22    MAUREEN O'CONNOR POLLARD, License #473

23    Realtime Systems Administrator, RMR

24    Notary Commission Expires:  10/31/2017

25
```

Confidential - Subject to Further Confidentiality Review

```
 1              INSTRUCTIONS TO WITNESS

 2

 3              Please read your deposition over

 4   carefully and make any necessary corrections.

 5   You should state the reason in the appropriate

 6   space on the errata sheet for any corrections

 7   that are made.

 8              After doing so, please sign the

 9   errata sheet and date it.  It will be attached

10   to your deposition.

11              It is imperative that you return

12   the original errata sheet to the deposing

13   attorney within thirty (30) days of receipt of

14   the deposition transcript by you.  If you fail

15   to do so, the deposition transcript may be

16   deemed to be accurate and may be used in court.

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                  - - - - - -

                E  R  R  A  T  A

 2                  - - - - - -

 3    PAGE   LINE   CHANGE

 4    ____   ____   _____

 5        REASON:  _____

 6    ____   ____   _____

 7        REASON:  _____

 8    ____   ____   _____

 9        REASON:  _____

10    ____   ____   _____

11        REASON:  _____

12    ____   ____   _____

13        REASON:  _____

14    ____   ____   _____

15        REASON:  _____

16    ____   ____   _____

17        REASON:  _____

18    ____   ____   _____

19        REASON:  _____

20    ____   ____   _____

21        REASON:  _____

22    ____   ____   _____

23        REASON:  _____

24    ____   ____   _____

25
```

Confidential - Subject to Further Confidentiality Review

```
 1            ACKNOWLEDGMENT OF DEPONENT

 2

 3            I, _____ , do

    Hereby certify that I have read the foregoing

 4  pages, and that the same is a correct

    transcription of the answers given by me to the

 5  questions therein propounded, except for the

    corrections or changes in form or substance, if

 6  any, noted in the attached Errata Sheet.

 7

 8  _____

    JASON MAXWEL DERIZA          DATE

 9

10

11

12

13

14

15  Subscribed and sworn

    To before me this

16  _____ day of _____, 20_____.

17  My commission expires: _____

18

    _____

19  Notary Public

20

21

22

23

24

25
```

```
 1                    LAWYER'S NOTES

 2     PAGE  LINE

 3     ____  ____   _____

 4     ____  ____   _____

 5     ____  ____   _____

 6     ____  ____   _____

 7     ____  ____   _____

 8     ____  ____   _____

 9     ____  ____   _____

10     ____  ____   _____

11     ____  ____   _____

12     ____  ____   _____

13     ____  ____   _____

14     ____  ____   _____

15     ____  ____   _____

16     ____  ____   _____

17     ____  ____   _____

18     ____  ____   _____

19     ____  ____   _____

20     ____  ____   _____

21     ____  ____   _____

22     ____  ____   _____

23     ____  ____   _____

24     ____  ____   _____

25
```