Exhibit 27

```
 1            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
 2                                 Civil Action No.
                                   3:13-cv-01132(RNC)
 3    ****************************
      GERVIL ST. LOUIS, a/k/a ST.   Consolidated with:
 4    LOUIS GERVIL,                 3:13-cv-1225-RNC
                                    3:13-cv-1269-RNC
 5                  Plaintiff,      3:13-cv-1437-RNC
                                    3:13-cv-1480-RNC
 6       v.                         3:13-cv-1626-RNC
                                    3:13-cv-1627-RNC
 7    DOUGLAS PERLITZ, FATHER       3:13-cv-1628-RNC
      PAUL E. CARRIER, S.J.; HOPE   3:13-cv-1629-RNC
 8    E. CARTER; HAITI FUND,        3:13-cv-1630-RNC
      INC.; FAIRFIELD UNIVERSITY;   3:13-cv-1631-RNC
 9    THE SOCIETY OF JESUS OF NEW   3:13-cv-1632-RNC
      ENGLAND; SOVEREIGN MILITARY   3:13-cv-1633-RNC
10    HOSPITALLER ORDER OF ST.      3:13-cv-1634-RNC
      JOHN OF JERUSALEM OF RHODES   3:13-cv-1635-RNC
11    AND OF MALTA, AMERICAN        3:13-cv-1636-RNC
      ASSOCIATION, U.S.A.; a/k/a    3:13-cv-1637-RNC
12    ORDER OF MALTA, AMERICAN      3:13-cv-1638-RNC
      ASSOCIATION, U.S.A.; JOHN     3:13-cv-1639-RNC
13    DOE ONE; JOHN DOE TWO; JOHN   3:13-cv-1640-RNC
      DOE THREE; JOHN DOE FOUR;     3:13-cv-1641-RNC
14    JOHN DOE FIVE; JOHN DOE SIX   3:13-cv-1642-RNC
      and JOHN DOE SEVEN,           3:13-cv-1644-RNC
15                                  3:13-cv-1645-RNC
                    Defendants.     3:13-cv-1647-RNC
16                                  3:13-cv-1648-RNC
                                    3:13-cv-1701-RNC
17                                  3:13-cv-1767-RNC
                                    3:13-cv-1768-RNC
18                                  3:13-cv-1769-RNC
                                    3:13-cv-1881-RNC
19                                  3:13-cv-1904-RNC
                                    3:13-cv-1906-RNC
20                                  3:13-cv-1907-RNC
      ****************************
21    This document applies to:
      All of the above referenced cases
22    And those to be filed
      ****************************
23    CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
          VIDEOTAPED DEPOSITION OF JEAN MOISE EMILE
24
                Wednesday, October 28, 2015
25                    9:01 a.m.
```

**Exhibit 27**

Confidential - Subject to Further Confidentiality Review

1          VIDEOTAPED DEPOSITION OF JEAN MOISE EMILE

2

3

   Held At:

4          Iberostar Costa Dorada

5          Carretera Luperon Km 4

6          Marapica, Puerto Plata

7          Dominican Republic

8

9

10    REPORTED BY:

11    Maureen O'Connor Pollard, RMR, CLR, LSR #473

12    Realtime Systems Administrator

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFF:

 3        LU XIA, ESQ.

 4             LAW OFFICES OF MITCHELL GARABEDIAN

 5             100 State Street, Sixth Floor

 6             Boston, Massachusetts 02109

 7             617-523-6250

 8             lxia@garabedianlaw.com

 9                  -and-

10        ELLYN H. HURD, ESQ.

11             SIMMONS HANLY CONROY

12             112 Madison Avenue

13             New York, New York 10016

14             212-784-6400

15             ehurd@simmonsfirm.com

16                  -and-

17        G. MICHAEL STEWART, ESQ.

18             SIMMONS HANLY CONROY

19             One Court Street

20             Alton, Illinois 62002

21             mstewart@simmonsfirm.com

22

23

24

25
```

```
 1   APPEARANCES (Continued):

 2

 3   FOR THE DEFENDANT PAUL E. CARRIER, S.J.:

 4        TIMOTHY P. O'NEILL, ESQ.

 5             MURPHY & KING

 6             One Beacon Street, 21st Floor

 7             Boston, Massachusetts 02108

 8             617-423-0400

 9             tpo@murphyking.com

10

11   FOR THE DEFENDANT HOPE E. CARTER:

12        JEFFREY W. KENNEDY, ESQ.

13             MILANO & WANAT LLC

14             471 East Main Street

15             Branford, Connecticut 06405

16             203-315-7000

17             jkennedy@mwllc.us

18

19

20

21

22

23

24

25
```

```
 1   APPEARANCES (Continued):

 2

 3   FOR THE DEFENDANT ORDER OF MALTA AMERICAN

 4   ASSOCIATION, U.S.A.:

 5        BRADFORD S. BABBITT, ESQ.

 6             ROBINSON & COLE LLP

 7             280 Trumbull Street

 8             Hartford, Connecticut 06103

 9             860-275-8200

10             bbabbitt@rc.com

11

12   FOR THE DEFENDANT FAIRFIELD UNIVERSITY:

13        JOHN W. CERRETA, ESQ.

14             DAY PITNEY LLP

15             242 Trumbull Street

16             Hartford, Connecticut 06103

17             860-275-0100

18             jcerreta@daypitney.com

19

20

21

22

23

24

25
```

```
 1   APPEARANCES (Continued):

 2

 3   FOR THE DEFENDANT THE SOCIETY OF JESUS OF

 4   NEW ENGLAND:

 5        REBECCA A. COBBS, ESQ.

 6             SLOANE AND WALSH, LLP

 7             Three Center Plaza, Suite 830

 8             Boston, Massachusetts 02108

 9             617-523-6010

10             rcobbs@sloanewalsh.com

11

12

13   Videographer:  Christopher Coughlin

14

15   Interpreter:  Nathalie Coupet

16              Philippe Chamy

17

18   Also Present:

19   Jean Elysée Pierre Louis, Interpreter

20

21

22

23

24

25
```

```
 1                        INDEX

 2   EXAMINATION                        PAGE

 3   JEAN MOISE EMILE

 4    BY MR. CERRETA                     11

 5    BY MR. KENNEDY                    114

 6    BY MR. BABBITT                    156

 7    BY MR. O'NEILL                    165

 8    BY MS. COBBS                      198

 9    BY MR. STEWART                    207

10    BY MR. KENNEDY                    208

11

12

13           E X H I B I T S

14   NO.       DESCRIPTION              PAGE

15   1    Plaintiff Jean Moise Emile's

          Response to Certain Defendants'

16        First Set of Interrogatories......... 12

17   2    Copy of Jean Moise Emile's Passport...115

18   3    Jean Moise Emile's Visa...............118

19   4    Complaint and Jury Trial Demand......175

20

21

22

23

24

25
```

```
 1          P R O C E E D I N G S

 2

 3          THE VIDEOGRAPHER:  We are now on the

 4  record.  My name is Chris Coughlin, and I'm a

 5  videographer for Golkow Technologies.  Today's

 6  date is October 28, 2015, and the time is

 7  9:01 a.m..

 8          This video deposition is being held in

 9  Puerto Plata, the Dominican Republic, in the

10  matter of Gervil, St. Louis, Plaintiffs, versus

11  Douglas Perlitz, et al, Defendants, in the

12  United States District Court for the District of

13  Connecticut, Civil Action Number

14  3:13-cv-01132-RNC.

15          The deponent is Jean Louis Emile.

16          Will counsel please identify

17  yourselves for the record.

18          MR. CERRETA:  Good morning.  John

19  Cerreta for Fairfield University.

20          MR. O'NEILL:  Timothy O'Neill

21  representing Paul Carrier.

22          MR. BABBITT:  Bradford Babbitt, I

23  represent the American Association of the Order

24  of Malta.

25          MR. KENNEDY:  Good morning.  I'm Jeff
```

```
 1    Kennedy, I represent Hope Carter.

 2              MS. COBBS:  Good morning.  I'm Rebecca

 3    Cobbs, I represent the Society of Jesus of

 4    New England.

 5              MS. XIA:  Good morning.  Lu Xia

 6    representing the Plaintiffs.

 7              MR. STEWART:  Mike Stewart on behalf

 8    of the Plaintiffs.

 9              MS. HURD:  Ellyn Hurd for the

10    Plaintiffs.

11              THE VIDEOGRAPHER:  The court reporter

12    is Maureen Pollard, and she will now swear in

13    the witness and the interpreter.

14

15              NATHALIE COUPET, Translator,

16    having been duly sworn to translate the

17    questions and the answers to the best of her

18    ability, translated as follows:

19

20              JEAN MOISE EMILE,

21    having been first duly sworn, was examined and

22    testified as follows through the interpreter:

23              MR. CERRETA:  Mike, before we begin,

24    in prior depositions we agreed that all

25    objections except as to form will be reserved to
```

Confidential - Subject to Further Confidentiality Review

```
 1    the time of trial, motions to strike will be

 2    reserved until the time of trial.  Also I think

 3    that the Plaintiff will have 60 days to read and

 4    sign.

 5              Is all of that agreeable?

 6              MR. STEWART:  Agreed.

 7              I understood there was some dispute

 8    last time about what constitutes a speaking

 9    objection.  If I were to say "objection, vague,"

10    I believe there was some feeling that that was a

11    speaking objection.  Do I have a

12    misunderstanding as to that?

13              MR. CERRETA:  I don't think that was

14    my --

15              MR. STEWART:  How about this.  Are we

16    in agreement that if I say objection, I'm

17    preserving my objection and I don't have to --

18              MR. CERRETA:  Yes, I think that's

19    fine.

20              MR. STEWART:  Okay.  Fair enough.

21    We'll just proceed that way then.

22              You said objection for one is good for

23    all, correct?

24              MR. CERRETA.  Yes, I don't think I

25    said that.  That has been the prior stipulation,
```

Confidential - Subject to Further Confidentiality Review

```
 1   too.

 2              MR. STEWART:  Thank you.

 3                  EXAMINATION

 4   BY MR. CERRETA:

 5        Q.   Good morning, Mr. Emile.  Would you

 6   state your name for the record?

 7        A.   Jean Moise Emile.

 8        Q.   And what is your date of birth?

 9        A.   June 1, 1989.

10        Q.   Do you understand that you just took

11   an oath to tell the truth at today's deposition?

12        A.   Yes.

13        Q.   Are you taking any medication today

14   that would prevent you from telling the truth at

15   today's deposition?

16        A.   No.

17        Q.   Are you taking any drugs that would

18   prevent you from testifying accurately at

19   today's deposition?

20        A.   No.

21        Q.   Do you speak any English, Mr. Emile?

22        A.   No.

23        Q.   Do you understand any English when

24   it's spoken?

25        A.   No.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   How about Creole, do you speak Haitian
 2   Creole?
 3        A.   Yes.
 4        Q.   Are you able to read Creole?
 5        A.   No.
 6        Q.   Are you able to write any Creole?
 7        A.   No.
 8        Q.   I'm going to hand to you what's been
 9   marked as Exhibit 1.
10             (Whereupon, Emile Exhibit Number 1,
11             Plaintiff Jean Moise Emile's Response
12             to Certain Defendants' First Set of
13             Interrogatories, was marked for
14             identification.)
15   BY MR. CERRETA:
16        Q.   Do you recognize this document?
17        A.   Yes.
18        Q.   What is this document?
19        A.   This document, these are the questions
20   I -- they asked me on the paper so I could
21   answer them.
22        Q.   Do you remember receiving some written
23   questions from the Defendants in this lawsuit?
24        A.   Yes.
25        Q.   And did you then provide answers to
```

Confidential - Subject to Further Confidentiality Review

 1   those written questions?

 2       A.   Yes.

 3       Q.   If you wouldn't mind just flipping to

 4   about halfway through, the English stops and a

 5   Haitian version, a Haitian Creole version picks

 6   up.

 7            MR. CERRETA:  If you wouldn't mind

 8   just flipping for him.

 9       A.   Yes.

10       Q.   Have you ever seen this Haitian Creole

11   version of this document?

12       A.   I believe so.

13       Q.   Are you able to read, say, the first

14   sentence of the Creole version of the document?

15       A.   No.

16       Q.   Did someone read those questions to

17   you?

18       A.   Yes, my interpreters.

19       Q.   Did you then provide your answers to

20   those questions?

21       A.   Yes, I had a Bic in my hand and I was

22   correcting it, a pen Bic.

23       Q.   So you were able to make changes to a

24   written document to make sure all of the answers

25   were accurate?

Confidential - Subject to Further Confidentiality Review

1        A.   I believe so.

2        Q.   If you wouldn't mind just flipping to

3   the very last page of the exhibit.  Is that your

4   name written on the page?

5        A.   I believe so.

6        Q.   Did you write your name on that page?

7        A.   I believe so.

8        Q.   And is that your signature?

9        A.   Yes.

10        Q.   And do you understand that when you

11   gave that signature you were saying that all of

12   your answers to the Defendants' written

13   questions were truthful and accurate?

14             MR. STEWART:  Objection.

15        A.   I believe so.

16   BY MR. CERRETA:

17        Q.   Where were you when you reviewed and

18   signed the answers to the Defendants'

19   interrogatories?

20        A.   At the hotel.

21        Q.   And you said that there was an

22   interpreter present with you, is that right?

23        A.   Yes.

24        Q.   Was there anyone else present?

25        A.   My lawyer.

Confidential - Subject to Further Confidentiality Review

```
 1          Q.   Do you remember that lawyer's name?

 2               MR. STEWART:  Objection.

 3       A.   No.

 4   BY MR. CERRETA:

 5          Q.   Was it just one lawyer present?

 6               MR. STEWART:  Objection.

 7       A.   Yes, and one interpreter.

 8   BY MR. CERRETA:

 9          Q.   Was anyone else present with you?

10       A.   I believe so.

11          Q.   Do you believe that there were others

12   with you when you signed the deposition -- I'm

13   sorry, when you signed your answers to the

14   interrogatories?

15       A.   My lawyers and the interpreter.

16          Q.   Was there anyone else besides your

17   lawyers and your interpreter present?

18       A.   I believe so.

19          Q.   Who else was present?

20       A.   Cyrus.

21          Q.   Cyrus Sibert?

22       A.   Yes.

23          Q.   Was he in the room with you when you

24   went over these --

25               MR. STEWART:  Objection.
```

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. CERRETA:

 2       Q.   -- answers to interrogatories?

 3       A.   No.

 4       Q.   Where was he when you were going

 5   through the answers to the interrogatories?

 6            MR. STEWART:  Objection.

 7       A.   He was sitting in another area.

 8   BY MR. CERRETA:

 9       Q.   On the signature it says that you

10   signed the document on September 20, 2014, is

11   that correct?

12            THE INTERPRETER:  2015?

13            MR. CERRETA:  September 20, 2014.

14       A.   I believe so.

15       Q.   Would you mind just flipping back to

16   the last page?  Is that your handwriting there,

17   the number 20?

18       A.   I believe so.

19       Q.   And when you signed this document,

20   were all of your answers truthful and accurate?

21            MR. STEWART:  Objection.

22       A.   I believe so.

23   BY MR. CERRETA:

24       Q.   You don't have any reason to believe

25   that there was anything untruthful or inaccurate
```

Confidential - Subject to Further Confidentiality Review

```
1   about them, do you?

2           MR. STEWART:  Objection.

3       A.   I believe so.

4   BY MR. CERRETA:

5       Q.   You believe all your answers were

6   truthful and accurate, right?

7       A.   I believe so.

8       Q.   Mr. Emile, did you look at any

9   documents to prepare for today's deposition?

10      A.   No.

11      Q.   Did you review your answers, your

12  prior answers to the interrogatories to get

13  ready for today's deposition?

14          MR. STEWART:  I'm going to object and

15  instruct him not to answer to the extent that it

16  invades attorney/client privileges as to what he

17  and his attorneys discussed in preparation.

18  You've asked if he reviewed, he said yes, I

19  think that's sufficient, so I'm going to

20  instruct him not to answer as to specifically

21  what he discussed with his lawyers.

22          Don't answer.

23          He actually said he did not look at

24  the documents prior to coming here today.  But

25  same objection, same instruction.
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   Okay.

 2   BY MR. CERRETA:

 3        Q.   Did you watch any videos to get ready

 4   for today's deposition?

 5             MR. STEWART:  Same objection.  You

 6   cannot answer that.

 7   BY MR. CERRETA:

 8        Q.   Did you look at any photographs to

 9   prepare for today's deposition?

10             THE INTERPRETER:  Same objection.

11   BY MR. CERRETA:

12        Q.   Did anyone translate any documents for

13   you to get ready for today's deposition?

14             MR. STEWART:  Same objection.

15             MR. CERRETA:  So just so the record is

16   clear, your position is that any videos he may

17   have watched, or photographs he may have looked

18   at, or documents that he may have read or had

19   translated to him are all protected by the

20   attorney/client privilege?

21             MR. STEWART:  My objection is that

22   you're asking him about conversations he had

23   with his attorneys, and you're asking him to

24   disclose the content of those discussions to

25   prepare for.  You've asked if he met.  You can
```

```
 1    ask did he meet, but to go into what did he

 2    discuss with us, how did he prepare, I don't

 3    think is appropriate.

 4              MR. CERRETA:  I think --

 5              MR. STEWART:  I'm sorry, sir.

 6              MR. CERRETA:  I think I just asked

 7    just if he had watched any videos or read any

 8    documents.

 9              MR. STEWART:  I think it's a fine hair

10    that you're -- respectfully, that you're

11    splitting, sir, because you're asking him what

12    did he do with us, and I think that's

13    privileged.  If it's not --

14              MR. CERRETA:  I guess we just have a

15    difference of opinion.  That's fine.

16              MR. STEWART:  Yes, sir.  Thank you.

17    BY MR. CERRETA:

18        Q.   Did you speak with anyone other than

19    your attorneys to get ready for today's

20    deposition?

21        A.   No.

22        Q.   Do you have any documents relating to

23    your time as a student at PPT?

24        A.   No.

25        Q.   Are you married, Mr. Emile?
```

```
 1        A.   No.

 2        Q.   Have you ever been married?

 3        A.   No.

 4        Q.   Are you currently in a relationship?

 5        A.   No.

 6        Q.   Do you have any children?

 7        A.   No.

 8        Q.   Where do you live today?

 9        A.   I'm at the hotel.

10        Q.   Where is your permanent address in

11   Haiti?

12        A.   Blue Hills, Ruelle Street Posé.

13        Q.   Is there a street address for the

14   house?

15        A.   No.

16        Q.   Is that a house that you live in?

17        A.   Yes.

18        Q.   Does anyone live there with you?

19        A.   Yes.

20        Q.   Who lives there with you?

21        A.   My family.

22        Q.   What are the names of the family

23   members who live with you?

24        A.   My Aunt Marthe.

25        Q.   Anyone else besides your Aunt Marthe?
```

Confidential - Subject to Further Confidentiality Review

1      A.   Yes, my family.

2      Q.   What are their names?

3      A.   One is called Jerry, there's Patrick,

4  and Carlene.

5      Q.   Anyone else besides your Aunt Marthe,

6  Jerry, Patrick, and Carlene live at that house

7  with you?

8      A.   Friends.

9      Q.   What are the names of those friends?

10     A.   I don't know their names.

11     Q.   But they live with you?

12     A.   Yes.  They've just started living at

13  the house, but I don't know their names.

14     Q.   When did they move in?

15     A.   Last month.

16     Q.   How big is the house?

17     A.   No.

18     Q.   How many rooms are there in the house?

19     A.   Two bedrooms.

20     Q.   Do you share a bedroom with anyone?

21     A.   Yes.

22     Q.   Who do you share a bedroom with?

23     A.   Patrick.

24     Q.   How is Patrick related to you?

25     A.   My family.

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   What's the nature of your familial

 2   relationship with Patrick?

 3        A.   Family.

 4        Q.   Is he a brother of yours?

 5        A.   No.  Family.

 6        Q.   Is he a cousin of yours?

 7        A.   Family.

 8        Q.   Is he a child of your Aunt Marthe?

 9        A.   No.

10        Q.   So how is he related to you?

11        A.   My family, other people.

12        Q.   Patrick is not your brother, right?

13             MR. STEWART:  Objection.

14        A.   No.

15   BY MR. CERRETA:

16        Q.   So who is Patrick's mother?

17        A.   Frances.

18        Q.   Is Frances related to you?

19        A.   Yes.

20        Q.   Is Patrick a cousin of yours?

21             MR. STEWART:  Objection.

22        A.   Yes.

23   BY MR. CERRETA:

24        Q.   How about Jerry; you're related to

25   Jerry you said?
```

Confidential - Subject to Further Confidentiality Review

```
 1      A.   Yes.

 2      Q.   Is Jerry also a cousin of yours?

 3           THE INTERPRETER:   Can you repeat the

 4  question, please?

 5      Q.   Is Jerry also a cousin of yours?

 6      A.   Yes.

 7      Q.   Is Carlene a cousin of yours?

 8      A.   Yes.

 9      Q.   How long have you been living with

10  your Aunt Marthe at the house in Blue Hills?

11      A.   For -- it's been four years now.

12      Q.   Where did you live before you moved to

13  your current address in Blue Hills?

14      A.   Kiteyo.

15           Where I was living?

16      Q.   Yes.   Where were you living before you

17  moved to the house that you currently live in in

18  Blue Hills?

19      A.   Kiteyo.

20      Q.   And you say you moved out of that

21  house in Kiteyo four years ago?

22      A.   Yes.

23      Q.   How long were you in the house in

24  Kiteyo?

25      A.   Three years.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   Did anyone live with you at the house

 2   in Kiteyo?

 3        A.   The same people I just mentioned.

 4        Q.   Is Kiteyo also in Blue Hills?

 5        A.   No.

 6        Q.   Before the house in Kiteyo, where did

 7   you live?

 8        A.   I went -- I came to Blue Hills.

 9        Q.   Did you live at a different house in

10   Blue Hills, not the one at Ruelle Posé?

11        A.   No, that house in Posé Street, Ruelle

12   Posé.

13        Q.   You had lived there earlier, a

14   previous time?

15        A.   No.  I was at Kiteyo before, and then

16   I went to the house in Blue Hills.

17        Q.   When you were first born, where were

18   you living?

19             MR. STEWART:  Objection.

20        A.   Kiteyo.

21   BY MR. CERRETA:

22        Q.   And were you living there with your

23   parents as a child?

24        A.   Yes.  And after that I went to my

25   family.
```

1      Q.    After that, you went to live with your

2   Aunt Marthe?

3      A.    Yes.

4      Q.    How old were you when you went to live

5   with your Aunt Marthe?

6      A.    I don't know.

7      Q.    What are your parents -- what were the

8   names of your parents?

9      A.    Medeline Bruno and Pierre Jérémie.

10     Q.    And when you were a child, did you

11  live in Blue Hills with both of your parents?

12     A.    Yes.

13     Q.    Are both of your parents still living?

14     A.    My mother is still here, but my father

15  passed away.

16     Q.    When did your father pass away?

17     A.    I don't remember.  I don't know.

18     Q.    Were you a young child when your

19  father passed away?

20     A.    Yes.

21     Q.    Was it before or after you started

22  going to PPT?

23     A.    He died before I went.

24     Q.    Do you have any memory of your father?

25         MR. STEWART:  Objection.

Confidential - Subject to Further Confidentiality Review

```
 1       A.   No.

 2   BY MR. CERRETA:

 3       Q.   Before he passed away, did he work?

 4            MR. STEWART:  Objection.

 5       A.   No.

 6   BY MR. CERRETA:

 7       Q.   How about your mother, did she work

 8   when you were a young child?

 9            MR. STEWART:  Objection.

10       A.   No.

11   BY MR. CERRETA:

12       Q.   Do you have any brothers and sisters?

13       A.   Yes.

14       Q.   What are their names?

15       A.   I have Samuel Pierre, Alexis Ninelson,

16   and Fredelin Emile.

17       Q.   And did they all live with you and

18   your parents when you were young?

19       A.   No.

20       Q.   When you were a small child living

21   with your parents, did any of your siblings live

22   with you?

23            MR. STEWART:  Objection.

24       A.   Just Alexis Ninelson.

25   BY MR. CERRETA:
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.   Not Fredelin?

 2          A.   No.

 3          Q.   Is he a younger sibling of yours?

 4          A.   Yes.

 5          Q.   When you stopped living with your

 6   parents and moved to live with your aunt, do you

 7   remember how old you were?

 8          A.   No.

 9          Q.   Was it before or after you started

10   going to PPT?

11          A.   It's after.

12          Q.   Why did you leave your parents' house

13   and move in with your aunt?

14               MR. STEWART:  Objection.

15          A.   Because he told me to come to stay

16   with them instead.

17   BY MR. CERRETA:

18          Q.   Was your father alive when you moved

19   to your aunt's house?

20          A.   No, he had passed away.

21          Q.   Does your -- when you moved to your

22   aunt's, was your mother still living close by?

23          A.   No.

24          Q.   Did you still see your mother

25   regularly after you moved to your aunt's house?
```

```
 1      A.   No.

 2      Q.   Do you see your mother regularly now?

 3      A.   No.

 4      Q.   When was the last time you spoke with

 5  your mother?

 6      A.   Last month.

 7      Q.   When you were living with your aunt,

 8  did your aunt -- I'm sorry.  Strike that.

 9           Does your aunt work?

10      A.   No.

11      Q.   Is your aunt married?

12      A.   No.

13      Q.   When you were living -- back when you

14  were living with your mother, did your mother

15  have any income to support the family?

16      A.   No.

17      Q.   Was your mother able to provide food

18  and other necessities for the family?

19      A.   No.  No.

20      Q.   So how were you able to get food to

21  eat?

22      A.   So I used to ask my friends who used

23  to give me.

24      Q.   How about after you moved in with your

25  aunt, was your aunt able to provide food and
```

Confidential - Subject to Further Confidentiality Review

```
 1    other necessities for you and the other children

 2    living there?

 3         A.   No.

 4         Q.   Have you ever lived anywhere else,

 5    other than the house where you lived with your

 6    parents as a small child or the residences that

 7    you've lived in with your aunt?

 8         A.   No.

 9         Q.   Has there ever been a time in your

10    life that you've lived on the streets?

11         A.   Yes.

12         Q.   And when was that?

13         A.   I was at my house, then every morning

14    I went to the city to go to the center.

15         Q.   Was this when you were a child?

16         A.   The way I am now.

17         Q.   So you were an adult?

18         A.   No.

19         Q.   When you say the center, are you

20    referring to a center affiliated with PPT?

21         A.   Yes.

22         Q.   Has there ever been a time in your

23    life when you have not had a place to sleep at

24    night?

25              MR. STEWART:  Objection.
```

 1     A.   Yes.

 2   BY MR. CERRETA:

 3     Q.   How old were you when you would not

 4   have a place to sleep at night?

 5     A.   I don't know.

 6     Q.   Was it before or after you started

 7   going to PPT?

 8     A.   Before I started going.

 9     Q.   Do you know if it was before or after

10   you left your parents' house to go live with

11   your aunt?

12     A.   Before.

13     Q.   Why did you have to -- why did you not

14   have a place to stay during that time?

15     A.   I was in my aunt's house, and I had no

16   place to go to school, so I went to the center.

17     Q.   Has there ever been a time in your

18   life when you had to sleep out on the streets?

19     A.   No.

20     Q.   So at night you've always been able to

21   go back to a house to sleep?

22     A.   Yes.

23     Q.   You earlier mentioned that one of your

24   brothers is named Emile Fredelin.  Do I have

25   that right?

Confidential - Subject to Further Confidentiality Review

```
 1              THE INTERPRETER:  Fredelin Emile.

 2       Q.   Fredelin Emile?

 3       A.   Yes.

 4       Q.   Where does he live presently?

 5              MR. STEWART:  Objection.

 6       A.   In a place called Champin.

 7              THE INTERPRETER:  C-H-A-M-P-A-I-N.

 8       Q.   Is Champin part of Cap-Haïtien?

 9       A.   Yes.

10       Q.   How far is Champin from the Blue Hills

11  area?

12       A.   Quite a distance.

13       Q.   Does your brother Fredelin have a job?

14       A.   No.

15       Q.   How often do you see your brother?

16       A.   Last month.

17       Q.   You have another brother, Samuel, is

18  that correct?

19       A.   Yes.

20       Q.   Where does Samuel live?

21       A.   Champin.

22       Q.   Does he live with Fredelin in Champin?

23              THE INTERPRETER:  Can you repeat the

24  question?

25       Q.   Do he and Fredelin share a residence
```

Confidential - Subject to Further Confidentiality Review

```
 1   in Champin?

 2        A.   No.

 3        Q.   Does Samuel have a job?

 4        A.   No.

 5        Q.   I'm sorry, would you remind me of the

 6   names of your other siblings?

 7             MR. STEWART:  Objection.

 8        A.   Alexis Ninelson, yes.

 9   BY MR. CERRETA:

10        Q.   Alexis Ninelson, is that one person?

11        A.   Yes.  He's my brother.

12        Q.   Where does he live?

13        A.   Champin.

14        Q.   And is he working?

15        A.   No.

16        Q.   Do you have a sister?

17        A.   Yes.

18        Q.   And does she have a job?

19        A.   No.

20        Q.   How old is your sister?

21        A.   I don't know.

22        Q.   Did any of your other siblings go to

23   PPT?

24        A.   No.

25        Q.   Are you currently employed?
```

Confidential - Subject to Further Confidentiality Review

1      A.   No.

2      Q.   Have you ever been employed?

3      A.   No.

4      Q.   Have you ever received any wages for

5   work?

6      A.   No.

7      Q.   Have you ever done any mason work?

8      A.   No.

9      Q.   Have you ever washed cars for money?

10     A.   Yes.

11     Q.   How often do you wash cars for money?

12     A.   Twice.

13     Q.   Only twice?

14     A.   Yes.

15     Q.   When was that?

16     A.   Last month.

17     Q.   How much money do you receive for

18   washing cars?

19     A.   $20.

20     Q.   Is that 20 Haitian dollars?

21     A.   Yes.

22     Q.   Besides washing cars, have you ever

23   had any other source of income?

24     A.   No.

25     Q.   Are you currently looking for work?

Confidential - Subject to Further Confidentiality Review

```
 1        A.    No.

 2        Q.    How are you able to support yourself

 3    and have the food and other necessities?

 4        A.    I ask my friends.  I don't find, I

 5    don't have.

 6        Q.    You ask your friends for money?

 7        A.    Yes, and food.

 8        Q.    What are the names of the friends that

 9    you ask for money and food?

10        A.    I don't know.

11        Q.    Have you ever worked as a boatman or a

12    ferry operator?

13        A.    Like a little wooden boat?

14        Q.    Any boat.

15        A.    Yes.

16        Q.    Did you receive money for that work?

17        A.    Yes, every person, two gourdes per

18    person.

19        Q.    When was the last time you worked

20    operating the little boat?

21        A.    Last month.

22        Q.    And where do you do this work?

23        A.    Blue Hills.

24        Q.    And is it kind of like a water taxi?

25        A.    Yes.
```

Confidential - Subject to Further Confidentiality Review

```
 1       Q.    Do you own the boat?

 2       A.    No.

 3       Q.    Who owns the boat?

 4       A.    My friend.

 5       Q.    Does your friend let you use it?

 6       A.    Yes, when he drives it, and then he

 7   gets tired so he lets me do it.

 8       Q.    How often does he let you operate the

 9   boat?

10       A.    Every time he's tired.

11       Q.    How often is that?

12       A.    Four times.

13       Q.    Four times total?

14       A.    Yes.

15       Q.    And are you -- were you able to keep

16   all of the fares that you received from people

17   those four times?

18       A.    No.  I gave it to him.

19       Q.    Were you able to keep any of it for

20   yourself?

21       A.    He gave me.

22       Q.    He gave you a portion?

23       A.    Yes.

24       Q.    Besides the water taxi and washing

25   cars, do you have any other means of income from
```

Confidential - Subject to Further Confidentiality Review

```
 1   work?

 2        A.   No.

 3        Q.   Have you ever received any money from

 4   Cyrus Sibert?

 5        A.   Yes.  Sometimes I have needs, and I

 6   just show up and he gives me a little bit of

 7   money.

 8        Q.   How much money have you received from

 9   Cyrus Sibert?

10        A.   $100.

11        Q.   100 US dollars?

12        A.   Haitian.

13        Q.   You say sometimes you'll show up when

14   you have needs and ask Cyrus for money?

15        A.   Yes.

16        Q.   How many times have you asked Cyrus

17   for money?

18        A.   Well, during four times.

19        Q.   How much money did you receive from

20   Cyrus the first time you asked him for money?

21        A.   $100.

22        Q.   100 Haitian dollars, or US dollars?

23        A.   Haitian.

24        Q.   When was that, the first time you

25   received money from Cyrus?
```

Confidential - Subject to Further Confidentiality Review

```
 1          A.   Last month.

 2          Q.   The first time you received money from

 3   Cyrus was last month?

 4          A.   After.

 5          Q.   Is it your testimony there have been

 6   four total occasions in which Cyrus Sibert has

 7   given you money?

 8          A.   Yes.

 9          Q.   And when was the first time that he

10   gave you money?

11          A.   I don't recall.

12          Q.   Was it before or after you brought

13   this lawsuit against the Defendants?

14          A.   Before.

15          Q.   When did you first meet Cyrus Sibert?

16          A.   When I went to see him, I went to the

17   city, I went -- arrived at the city, I needed to

18   see him.  I gave him his -- my phone number, he

19   took my name.  That was the time.

20          MR. CERRETA:  We've been going for a

21   little while.  Why don't we take a little break,

22   and we'll pick back up.

23          MR. STEWART:  Thank you.

24          THE VIDEOGRAPHER:  Going off the

25   record.  The time is 9:59.
```

```
 1              (Whereupon, a recess was taken.)

 2              THE VIDEOGRAPHER:  Back on the record.

 3    The time is 10:15.

 4    BY MR. CERRETA:

 5        Q.   Mr. Emile, your siblings, Samuel

 6    Pierre, Alexis Ninelson Pierre, and Fredelin

 7    Pierre, are they half siblings of yours?

 8              THE INTERPRETER:  Can you repeat the

 9    names slower, please?

10              MR. CERRETA:  Sure.  Do you have the

11    realtime?  It should be right there.

12        A.   They are my brothers and sisters.

13    BY MR. CERRETA:

14        Q.   Do they have a different father than

15    you?

16        A.   Same father.

17        Q.   And same mother?

18        A.   Yes.

19        Q.   Before the break you were describing

20    the first time you met Cyrus Sibert.  When was

21    that?

22        A.   It's when I went to the city, when I

23    went down to the city.

24        Q.   The City of Cap-Haïtien?

25        A.   Yes.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   Why did you go to see Cyrus Sibert?

 2        A.   I went to see Cyrus, I went where he

 3   was for a -- to explain to him something that

 4   happened to me.

 5        Q.   What made you want to go see Cyrus to

 6   explain this to him?

 7        A.   Well, there was -- I went to see him

 8   because there was a white person who was taking

 9   care of me, and he chose to abuse me, so I went

10   to see him so he could make me -- help me find

11   someone who could help me get justice.

12        Q.   How did you know that Cyrus Sibert

13   would be able to help you find justice?

14        A.   Well, I used to hear people talk about

15   him, so I just went to him.

16        Q.   What did they say about him?

17        A.   He's a lawyer.

18        Q.   Cyrus Sibert?

19        A.   Yes.

20        Q.   Who told you Cyrus Sibert was a

21   lawyer?

22        A.   I've heard people talk about him.

23        Q.   When did you go to see Cyrus Sibert?

24             MR. STEWART:  Objection.  Asked and

25   answered.
```

Confidential - Subject to Further Confidentiality Review

```
 1              You can answer if you know.

 2         A.   When I went down to the city.

 3   BY MR. CERRETA:

 4         Q.   What year was this?

 5         A.   I don't know.

 6         Q.   Was it before or after the earthquake

 7   in Haiti in 2010?

 8         A.   Before the earthquake.

 9         Q.   Did you know that a prior group of

10   Plaintiffs filed suit against the Defendants and

11   received money?

12              MR. STEWART:  Objection.

13   BY MR. CERRETA:

14         Q.   I'm sorry, why don't I try to rephrase

15   just to make the question a little clearer.

16              Did you know that a prior group of

17   former students at PPT brought a case in court

18   against the Defendants and received money?

19         A.   Yes, I knew.  But after that I went to

20   see Cyrus so I could find my justice.

21         Q.   So the first time you went to see

22   Cyrus in the center of the city, was that after

23   that prior group of former students --

24              MR. STEWART:  Objection.

25   BY MR. CERRETA:
```

```
1        Q.   -- received money?

2             MR. STEWART:  Objection.  I don't know

3   -- I just -- I'd tell him not to talk.  I don't

4   know what he was getting ready to say but he was

5   pointing to us, so I would tell him not to share

6   any conversations he had with his attorneys.

7        A.   Okay.

8   BY MR. CERRETA:

9        Q.   I don't want to hear -- you can answer

10  my question.  My question is not calling for you

11  to reveal any discussions with your attorneys.

12            My question was just, the first time

13  you went to see Cyrus Sibert, was that before or

14  after the other students had received money?

15            MR. STEWART:  Objection.

16       A.   Can you repeat the question, please?

17            MR. STEWART:  The before or after I

18  think is throwing him off.  I think it's

19  confusing him.

20            MR. CERRETA:  Okay.  Thank you.

21            MR. STEWART:  It's just not a -- I

22  don't think it's a phrase that is used, so I

23  think it's tripping him up what you're asking

24  him.  I think that's --

25            MR. CERRETA:  I'll try to rephrase it.
```

Confidential - Subject to Further Confidentiality Review

```
 1              MR. STEWART:  I know, I'm telling you

 2     what I think, which is probably worth very

 3     little.

 4              MR. CERRETA:  I appreciate it.  Thank

 5     you.

 6     BY MR. CERRETA:

 7         Q.   The first time you went to see Cyrus

 8     Sibert, was that after the other students had

 9     received money for their case?

10              MR. STEWART:  Objection.

11         A.   Before.  Before.

12     BY MR. CERRETA:

13         Q.   So why -- what made you want to go

14     talk to Cyrus Sibert at that time?

15         A.   It's a white person who accused me --

16     who abused me, and so I went to see Cyrus so he

17     could get me my justice, could get me someone

18     who could give me my justice.

19         Q.   Did you have -- that first time when

20     you went to see Cyrus, were you able to see him

21     and speak with him?

22         A.   Yes.

23              MR. STEWART:  Hold on.  Just one

24     correction for the record.  At line 36.02, it

25     says it is a white person who accused me, and
```

```
 1   then she corrects and says --

 2            THE INTERPRETER:  I didn't correct.

 3   He corrected himself.  I'm saying exactly what

 4   he said.

 5            MR. STEWART:  That's fine.  We're just

 6   trying to make sure.  I apologize, sir, please.

 7            MR. CERRETA:  No problem.

 8   BY MR. CERRETA:

 9       Q.   So what did you tell Cyrus the first

10   time you went to see him?

11       A.   I told Cyrus that I was in this place,

12   there was a white person who was taking care of

13   us, and he chose to abuse us, he abused us.

14       Q.   Was that white person Douglas Perlitz?

15       A.   Yes.

16       Q.   Did you tell Cyrus that?

17       A.   Yes.

18       Q.   Before you told Cyrus, had you ever

19   told anyone else about Douglas Perlitz abusing

20   you?

21       A.   No.

22       Q.   What did Cyrus say to you?

23       A.   He took my name, took my phone number,

24   and he said he would call me.

25       Q.   And did he then call you?
```

1          A.    No, a lawyer called me.

2          Q.    What was that lawyer's name?

3          A.    Mitch.

4          Q.    How long after this meeting was the

5     first time that you received money from Cyrus

6     Sibert?

7          A.    I don't know.

8          Q.    The first time you received money, was

9     that before the time you went to the hotel to

10    review and sign your interrogatories?

11         A.    No, no.

12         Q.    It was after you had signed the

13    interrogatories?

14              MR. STEWART:  Objection.  Object to

15    the form of the question.

16         A.    No.

17    BY MR. CERRETA:

18         Q.    Was the first time that you received

19    money from Cyrus Sibert after you had already

20    signed your answers to interrogatories?

21              MR. STEWART:  Objection.

22         A.    No.

23    BY MR. CERRETA:

24         Q.    Earlier today you described how you

25    went to a hotel, you had a meeting, and then you

Confidential - Subject to Further Confidentiality Review

 1    signed the answers to the interrogatories,

 2    right?

 3         A.   Yes.

 4         Q.   At the time of that meeting, had you

 5    received any money already from Cyrus Sibert?

 6         A.   After.

 7         Q.   So the first time you received money

 8    from Cyrus Sibert was after that occasion when

 9    you went to the hotel and signed your answers to

10    the interrogatories, correct?

11         A.   Yes.

12         Q.   So did you go to see Cyrus Sibert that

13    first time you received money from him?

14              MR. STEWART:   Object.

15         A.   No.

16    BY MR. CERRETA:

17         Q.   Did you ask Cyrus Sibert for the

18    money?

19         A.   No.

20         Q.   How did you come to receive the 100

21    Haitian dollars from Cyrus Sibert the first time

22    he gave you money?

23         A.   Well, I'm in poverty, so he gave me a

24    little bit of change.

25         Q.   Did you go to see him to ask him for

1    that?

2         A.   To ask for money?

3         Q.   Yes.

4         A.   Yeah, because I live in poverty, I owe

5    money to people, give me a little bit of money

6    so I can organize myself.

7         Q.   The second time you received money

8    from Cyrus Sibert, how much did he give you?

9         A.   $100.

10        Q.   100 Haitian dollars?

11        A.   Yes.

12        Q.   And the third time you received money

13   from Cyrus Sibert, how much money did he give

14   you?

15        A.   $100.

16        Q.   100 Haitian dollars?

17        A.   Yes.

18        Q.   And the fourth time you received money

19   from Cyrus Sibert, how much did he give you?

20        A.   $100.

21        Q.   100 Haitian dollars?

22        A.   Yes.

23        Q.   Have you received any other money from

24   Cyrus Sibert?

25        A.   No.

 1          Q.   What did you do with the money that

 2   Cyrus gave you?

 3          A.   Well, I'm in poverty, so sometimes I

 4   need to buy something, I bought it.

 5          Q.   When Cyrus gave you this money, did

 6   you agree to pay him back at some future time?

 7          A.   When he gave me the money, did he

 8   agree for me to repay him?

 9          Q.   Yes.  Do you have an agreement with

10   Cyrus Sibert to repay him the money he has given

11   you at some future time?

12          A.   No.  No.

13          Q.   If you receive money in this case,

14   will you be giving some of your money to Cyrus

15   Sibert?

16          MR. STEWART:  Objection.

17          A.   No.

18   BY MR. CERRETA:

19          Q.   Did you travel with Cyrus Sibert from

20   the Dominican Republic to here -- excuse me,

21   from Haiti to the Dominican Republic?  I'm

22   sorry.

23          A.   No.

24          Q.   Who did you travel with when you came

25   from Haiti to the Dominican Republic?

1          A.   My interpreters.

2          Q.   What were their names?

3          A.   What's your name?

4          Q.   Just for the record, this gentleman

5     here?

6               MR. STEWART:  Elysée.

7          A.   Mr. Elysée.

8     BY MR. CERRETA:

9          Q.   Was there another interpreter also?

10         A.   No.

11              MR. STEWART:  It happens.  We all

12    forget names.  It's okay.  Don't be embarrassed.

13    That's okay.  We try to forget as much of this

14    as we can, this process.

15    BY MR. CERRETA:

16         Q.   Before you brought your case against

17    the Defendants, did you ever put your name on a

18    list of victims of Douglas Perlitz?

19         A.   No.

20              MR. CERRETA:  Could we go off the

21    record for maybe one minute?

22              THE VIDEOGRAPHER:  Going off the

23    record.  The time is 10:40.

24              (Whereupon, a recess was taken.)

25              THE VIDEOGRAPHER:  Back on the record.

```
 1    The time is 10:45.

 2    BY MR. CERRETA:

 3        Q.    Mr. Emile, do you know a person named

 4    Jean Gary, or Schoubert Hedouville?

 5              THE INTERPRETER:    Can you repeat the

 6    last name, please?

 7              MR. CERRETA:    Hedouville.

 8        A.    Yes, I used to be in the same place

 9    with them, but now I'm not in the same place

10    where they are.    I used to see them in there,

11    inside.

12    BY MR. CERRETA:

13        Q.    Have you ever heard that Jean Gary was

14    collecting names for a list of victims of

15    Douglas Perlitz?

16        A.    No.

17        Q.    Have you ever heard of any list being

18    circulated for people to put their names on to

19    say that they were victims of Douglas Perlitz?

20        A.    No.

21        Q.    Mr. Emile, what is the name of the

22    first school that you attended as a child?

23        A.    St. Vincent of Paul.

24        Q.    How old were you when you went to

25    St. Vincent de Paul?
```

Confidential - Subject to Further Confidentiality Review

```
 1      A.   I don't know.

 2      Q.   You were born in 1989, is that right?

 3      A.   Yes.

 4      Q.   In your interrogatories, you said that

 5   you went to St. Vincent de Paul from about 2001

 6   to 2003, is that correct?

 7      A.   Yes.

 8      Q.   So were you about 12 years old when

 9   you started at St. Vincent de Paul?

10      A.   Yeah.

11      Q.   And that was the first time that you

12   had ever gone to school, is that correct?

13      A.   Yes.

14      Q.   When you started at St. Vincent

15   de Paul, were you still living with your mother,

16   or had you already moved in with your aunt?

17      A.   In my aunt's house.

18      Q.   Did it cost money to go to the

19   St. Vincent de Paul school?

20      A.   Yes.

21      Q.   Who paid for the cost of attendance at

22   St. Vincent de Paul?

23      A.   My friend.

24      Q.   What were the names of these friends?

25      A.   It's a friend.  I couldn't go to
```

```
 1    school, so -- but I didn't know his name, he

 2    paid for me, and then he went away.

 3         Q.   Did he tell you why he was paying for

 4    the cost of the school?

 5              MR. STEWART:  Objection.

 6         A.   No.

 7    BY MR. CERRETA:

 8         Q.   Was he a close friend of yours?

 9         A.   No.  He was just walking by, and he

10    saw me, I was complaining that I couldn't go to

11    school, so he paid school for me, and then he

12    left.

13         Q.   Do you know how much it cost to go to

14    the St. Vincent de Paul school?

15         A.   It's $300.

16         Q.   300 Haitian dollars?

17         A.   Yes.

18         Q.   So did you attend the first, second,

19    and third grades at St. Vincent de Paul?

20         A.   Yes.

21         Q.   Do you remember the names of your

22    teachers at St. Vincent de Paul?

23         A.   No.

24         Q.   After the third grade at St. Vincent

25    de Paul, did you move on to a different school?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.    I went to the center.

 2        Q.    Was that the center at 13th Street?

 3        A.    Yes.

 4        Q.    In your answers to interrogatories,

 5   you say that you went to the center --

 6              THE INTERPRETER:  Can you repeat the

 7   beginning of the sentence?

 8        Q.    In your answers to interrogatories,

 9   you say that you first went to the school at the

10   center on 13th Street in about 2003, is that

11   right?

12        A.    Yes.

13        Q.    So at that point you would have been

14   about 14 years old, is that right?

15        A.    Yes.

16        Q.    What made you switch from St. Vincent

17   de Paul to going to the center at 13th Street?

18        A.    I couldn't pay for the school anymore.

19        Q.    And was the 13th Street Center a place

20   you could go and you wouldn't have to pay any

21   money?

22        A.    Yes.

23        Q.    How did you hear about the school at

24   13th Street?

25        A.    I heard about it, because I heard that
```

Confidential - Subject to Further Confidentiality Review

1    if you're a child and there's no one to help you

2    out, then you can go, you can go and go to

3    school.

4        Q.   Were friends of yours already going to

5    the 13th Street Center when you first started

6    attending?

7        A.   No.

8        Q.   How would you get to the 13th Street

9    Center from your aunt's house in the mornings?

10       A.   It was 7:00 o'clock in the morning, I

11   left my house at 6 in the morning, and I got

12   there at 7.

13       Q.   Did you walk?

14       A.   Sometimes I go in the back of a car.

15   Sometimes when I don't have money to pay for the

16   one dollar for the car ride, I walk.

17       Q.   Could you describe for me a typical

18   day that you would have at the school at 13th

19   Street?

20       A.   Sometimes I watch TV, I sit in a

21   classroom, I play ball, and we play a game

22   called square ball, something we do with socks.

23       Q.   When you would arrive at 13th Street,

24   would they also give you something to eat?

25       A.   Yes.

```
 1         Q.   There would also be time for lessons,
 2    school lessons during the day?
 3         A.   No.
 4         Q.   You did attend classes at the 13th
 5    Street Center, though, right?
 6         A.   Yeah.  I just went to go to learn in
 7    school.  But when school was out, they didn't
 8    make us stay somewhere, so to study.  When
 9    school was out, they just let us go like that.
10         Q.   So on a typical day, what would be the
11    first thing that the student would do when they
12    would arrive in the morning at 13th Street?
13              MR. STEWART:  Objection.
14         A.   When you get there they make you take
15    a shower, to put a uniform, then you go to
16    class.  They make you eat, and then you go to
17    class.
18    BY MR. CERRETA:
19         Q.   When you would arrive in the morning
20    at 13th Street, would you have to be searched
21    before entering the premises?
22         A.   Yeah, they check to see if you didn't
23    have on you any blades or knives.  If they
24    didn't find anything, they let you go in.
25         Q.   Did you ever see if they found blades
```

```
 1   or knives on anyone trying to come in?

 2             MR. STEWART:  Objection.

 3        A.   No.

 4   BY MR. CERRETA:

 5        Q.   Who were your teachers when you were

 6   attending 13th Street?

 7        A.   Margarita.

 8        Q.   What did Margarita teach?

 9        A.   She used to teach us how to count, how

10   to read.  That's it.

11        Q.   Do you remember any other teachers at

12   13th Street?

13        A.   No.

14        Q.   Do you know a person named Andy

15   Schultheis?

16        A.   Andy?

17        Q.   Yes.  Do you know Andy?

18        A.   Yes.  Yes.

19        Q.   Was he at 13th Street?

20        A.   Yes.

21        Q.   What was his job at 13th Street?

22             MR. STEWART:  Objection.

23        A.   To -- his job was to see how children

24   were functioning, were functioning.

25   BY MR. CERRETA:
```

```
 1          Q.   Did you ever talk to Andy when you

 2     were a student at 13th Street?

 3          A.   No.

 4          Q.   Did you ever see Douglas Perlitz at

 5     13th Street?

 6          A.   Yes.

 7          Q.   How often would Douglas Perlitz be at

 8     13th Street?

 9          A.   I don't know.

10          Q.   You attended 13th Street, you did the

11     first and second grade there, is that right?

12          A.   Yes.  They regrouped it and made it

13     one class.

14          Q.   And about how long were you a student

15     at the 13th Street Center?

16          A.   I don't know.

17          Q.   Do you think it was more than a year?

18          A.   I don't know.

19          Q.   Was Douglas Perlitz at the 13th Street

20     Center, say, more than once a week?

21          A.   I don't know.

22          Q.   What would Douglas Perlitz be doing

23     when you would see him at the 13th Street

24     Center?

25          A.   He used to show up, spend a little
```

 1   time there, and leave.

 2        Q.   Would he speak with staff?

 3        A.   I don't know.

 4        Q.   Did he ever speak with the students?

 5        A.   I don't know.

 6        Q.   When you were at the 13th Street

 7   Center, did you ever speak to Douglas Perlitz?

 8        A.   No.

 9        Q.   Besides Andy and Douglas, did you ever

10   see any other white people at the 13th Street

11   Center?

12        A.   No.

13        Q.   At some point -- I'm sorry.

14        A.   After that, Nicholas showed up one

15   day.

16        Q.   After -- but this was after your time

17   at the 13th Street Center?

18        A.   Yes, after that Nicholas came.

19        Q.   Okay.  But in terms of just your time

20   at the 13th Street Center, the only white people

21   who you saw there would have been Andy and

22   Douglas, is that right?

23        A.   I saw Andy, Nicholas, and Douglas.

24        Q.   And that was it in terms of foreigners

25   or white people at the 13th Street Center?

Confidential - Subject to Further Confidentiality Review

```
 1       A.   I don't know if there were any other

 2   white people there, but as far as I'm concerned,

 3   it's just Andy, Nicholas, and Douglas.

 4       Q.   Those are the only three that you

 5   remember, to the best of your recollection?

 6       A.   Yes.

 7       Q.   So at some point you left 13th Street

 8   Center and went to a different place for school,

 9   right?

10       A.   I went to Carenage.

11       Q.   Do you remember how old you were when

12   you transitioned from 13th Street to Carenage?

13       A.   No.  No.

14       Q.   And at Carenage, did you -- were you

15   still being taught by Margarita?

16       A.   Yes.  Yes.

17       Q.   What grades did you attend when you

18   were at Carenage?

19       A.   Second and third.

20       Q.   At some point did Andy Schultheis

21   leave Haiti?

22       A.   Yes.

23       Q.   And you previously mentioned Nicholas

24   Preneta, am I right?

25       A.   Yes, Nicholas was there.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   Did you also see Douglas Perlitz when

 2   you were a student at Carenage?

 3        A.   Yes, he used to come, and then he

 4   left.

 5        Q.   How often would Douglas Perlitz come

 6   to Carenage?

 7             MR. STEWART:  Objection.

 8        A.   I don't know.

 9   BY MR. CERRETA:

10        Q.   Would you say it was approximately

11   once a week, or more than that?

12             MR. STEWART:  Objection.

13        A.   I don't know.

14   BY MR. CERRETA:

15        Q.   Did you ever see any other Americans,

16   or white people, at Carenage?

17        A.   There could have been other people,

18   but I personally saw Douglas, he came, and then

19   he left.

20        Q.   Were there ever any visitors who came

21   to Carenage?

22        A.   There could have been, that might have

23   come, but I personally didn't see any.  I just

24   saw Douglas.

25        Q.   Do you know Father Paul Carrier?
```

Confidential - Subject to Further Confidentiality Review

```
 1         A.   Yes.

 2         Q.   Did you ever see Father Paul Carrier

 3    at Carenage?

 4         A.   Yes.

 5         Q.   How often would Father Paul Carrier

 6    visit when you were a student at Carenage?

 7         A.   Well, I don't know.

 8         Q.   Do you have any recollection of a time

 9    when Father Carrier came to visit Carenage?

10         A.   No.

11         Q.   At Carenage, did Father Paul Carrier

12    ever speak to any of the students?

13         A.   I don't know.

14         Q.   Is it your testimony that you do

15    remember seeing Father Carrier at Carenage?

16              MR. STEWART:  Objection.

17         A.   Yes, I used to see him.

18    BY MR. CERRETA:

19         Q.   But you don't remember how often he

20    would come to Carenage?

21         A.   Yes.

22              MR. STEWART:  Take a break?

23              MR. CERRETA:  Sure.

24              THE VIDEOGRAPHER:  Going off the

25    record.  The time is 11:14.
```

```
 1              (Whereupon, a recess was taken.)

 2              THE VIDEOGRAPHER:  Back on the record.

 3     The time is 11:28.

 4     BY MR. CERRETA:

 5         Q.   Mr. Emile, before we went on a break

 6     you had said that you remember seeing Father

 7     Paul Carrier at Carenage during the time when

 8     you were a student there, is that right?

 9         A.   Yes.

10         Q.   But you're not able to remember how

11     often he would visit there during your time as a

12     student, is that right?

13         A.   No.

14         Q.   Would Father Carrier come there with

15     Douglas Perlitz?

16         A.   Yes.

17         Q.   And did Father Carrier ever speak to

18     the students at Carenage?

19         A.   I don't know.

20         Q.   Did you ever speak to Father Carrier

21     when you were a student at Carenage?

22         A.   No.

23         Q.   Do you know Madame Carter, or Hope

24     Carter?

25         A.   Yes.
```

1      Q.   Did she ever visit Carenage?

2      A.   Yes.

3      Q.   Do you remember how often she visited

4  Carenage?

5      A.   No.

6      Q.   Did you ever speak to Hope Carter when

7  you were a student at Carenage?

8      A.   Only when I was at the Village.

9      Q.   But at Carenage, you never spoke to

10  Mrs. Carter, is that right?

11      A.   No.

12      Q.   At Carenage, did Mrs. Carter ever

13  speak to a group of students?

14      A.   I don't know.

15      Q.   You don't have any memory of her

16  speaking to a group of students at Carenage?

17      A.   No.

18      Q.   Were there ever any other visitors

19  from the United States that came to Carenage

20  when you were a student there?

21          MR. STEWART:  Objection.

22      A.   I don't know if there were others.

23  But as far as I'm concerned, these are the

24  people I used to see.

25  BY MR. CERRETA:

Confidential - Subject to Further Confidentiality Review

 1        Q.   You don't have any recollection of any

 2   other visitors coming to Carenage besides

 3   Mrs. Carter and Father Carrier?

 4        A.   No.

 5        Q.   In this case you have alleged that

 6   Douglas Perlitz sexually abused you, is that

 7   right?

 8        A.   Yeah.  He took me, he forced me to

 9   pull down my pants, and he forced his penis into

10   my butt.

11        Q.   When did this happen?

12        A.   At the beginning of the school year in

13   2006.

14        Q.   And was this when you were a student

15   at Carenage?

16        A.   Yes.

17        Q.   Was this the beginning of your second

18   year at Carenage?

19        A.   The second and third year, they

20   regrouped and made it in one year.

21        Q.   When the incident of abuse happened at

22   the beginning of the school year in 2006, had

23   you already been a student at Carenage during

24   the previous school year?

25        A.   At the beginning of the school year in

 1    2006.

 2         Q.   The 2006 school year, was that your

 3    first year at Carenage?

 4         A.   Yes.

 5         Q.   So when this incident of abuse

 6    happened, had you just started attending

 7    Carenage?

 8              MR. STEWART:  Objection.

 9         A.   Yes.

10    BY MR. CERRETA:

11         Q.   What time of year does the school year

12    begin, or did the school year begin at Carenage?

13         A.   The 2006 year, at the beginning of the

14    year for the 2006.

15         Q.   I was just wondering if it was at the

16    beginning of the calendar year in January of

17    2006, or if the school year began at a different

18    time of the year after a break.

19              MR. STEWART:  Objection.

20         A.   I don't know.

21    BY MR. CERRETA:

22         Q.   Was there -- at Carenage, would there

23    be a summer break during which no classes would

24    be going on?

25              MR. STEWART:  Objection.

1      A.    Yes.   There was a little break where

2  they made us play ball, play dominos, and

3  basketball.

4  BY MR. CERRETA:

5      Q.   Was there any time during the year

6  when the Carenage school would be closed for a

7  break?

8      A.   The school was closed, but we still

9  stayed at Carenage to play ball and basketball.

10     Q.   So the time you were abused by Douglas

11 Perlitz, was this after that break when a new

12 school -- when a new year of classes had just

13 begun?

14     A.   At the time when there was school.

15     Q.   Had the school -- had the year of

16 school just begun?

17     A.   Yes.

18     Q.   Do you remember what month of the year

19 that was when school had just begun?

20     A.   No.

21     Q.   When this incident of abuse happened,

22 had you ever -- prior to this incident of abuse,

23 had you ever spoken with Douglas Perlitz?

24     A.   No.

25     Q.   So this was the first time that you

Confidential - Subject to Further Confidentiality Review

```
 1   ever met him person-to-person?

 2       A.   Yes.

 3       Q.   Would you describe for me everything

 4   that happened during this incident of abuse?

 5       A.   No.

 6           MR. STEWART:  So they have a right to

 7   have you -- to ask you questions about what

 8   happened.  Mr. Cerreta will try not to drag it

 9   out too long, but you need to say what happened,

10   okay?

11       A.   Yes.

12           MR. STEWART:  Go ahead and tell him

13   what happened.

14       A.   I was in a classroom, he called me.

15   He went with me inside a little room.  He pulled

16   down my pants.  He told me women are not good,

17   and he forced his penis inside my butt.

18   BY MR. CERRETA:

19       Q.   What happened next?

20       A.   He made me leave to go back to the

21   classroom.

22       Q.   When he came into the classroom to

23   call you, was class going on at that time?

24       A.   Yes.

25       Q.   Was your teacher in there with the
```

Confidential - Subject to Further Confidentiality Review

```
 1   class?

 2        A.   Yes.

 3        Q.   What teacher was that?

 4        A.   Margarita.

 5        Q.   So Douglas walked in, and did he say

 6   something to Margarita?

 7        A.   He told Margarita he needed me, and he

 8   took me and brought me -- brought me outside,

 9   took me outside.

10        Q.   At this point had you ever spoken to

11   Douglas before?

12        A.   No.

13        Q.   But he came in and he asked for you

14   personally by name?

15        A.   Yes.  Yes.

16        Q.   Did he say why he wanted you to come?

17        A.   It's when he got there, he didn't

18   tell, he just called me, and he just went with

19   me.

20        Q.   After he had taken you out of the

21   classroom, did he say anything to you?

22        A.   He said if I told that to anyone he

23   would put me -- throw me out.

24        Q.   After he had taken you out of the

25   classroom, you say he brought you to another
```

Confidential - Subject to Further Confidentiality Review

 1   room, is that right?

 2       A.   No.  He was at the school, and then he

 3   made me go inside the classroom once.

 4       Q.   Okay.  Douglas came into the

 5   classroom, told Margarita that he wanted you to

 6   come with him, right?

 7       A.   Yes.

 8       Q.   And he then took you somewhere, right?

 9       A.   Yes, he brought me to a little

10   bedroom.

11       Q.   As he was -- as you two were walking

12   from the classroom to this other room, did he

13   say anything to you?

14       A.   No, he just came, and he told me women

15   were not good, and he forced me to pull down my

16   pants, and he forced his penis inside my butt.

17       Q.   But on that walk from the classroom to

18   the room where he took you, did you two have any

19   conversation at that point?

20       A.   No.  He just made me leave the

21   classroom.  He said he needed me.  He told the

22   lady he needed me, so she just let me go.

23       Q.   As you were walking, did you ask him

24   why he was taking you out of class?

25       A.   No.  He said he needed me, that's all.

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   So he took you into a little room?

 2        A.   Yes.

 3        Q.   And did you testify that it was a

 4   little bedroom?  Is that right?

 5        A.   Yeah, a bedroom.

 6        Q.   There was a bed in the room?

 7        A.   Yes.

 8        Q.   Did he say anything to you after you

 9   went into the room together?

10        A.   Yeah.  He said women were no good, not

11   to go get involved with women.  Then he made me

12   pull my pants down, and put his penis in my

13   butt.

14        Q.   When you went into this room, did he

15   lock the door?

16             MR. STEWART:  Objection.

17        A.   Yes.

18   BY MR. CERRETA:

19        Q.   How big was the room?

20        A.   Well, I don't know.

21        Q.   It had a bed, you said earlier?

22        A.   Yes.  Yes.

23        Q.   Was there any other furniture?

24        A.   I don't know.

25        Q.   Were there any windows?
```

```
 1        A.    Yes, there was a little window.

 2        Q.    So when you walked in, you testified

 3   that he told you women were no good, is that

 4   correct?

 5        A.    Yes.

 6        Q.    And then before he abused you, did you

 7   respond to him when he said this?

 8        A.    No.

 9        Q.    When he said this to you, were you

10   standing up, or were you sitting down?

11        A.    I was standing, and he forced me to

12   pull down my pants, and he put his penis in my

13   butt, and he said if I told -- said that to

14   anyone he would throw me out.

15        Q.    When you say he forced you to pull

16   down your pants, did he physically pull the

17   pants down?

18        A.    He forced me to do it, and then he put

19   his penis inside my butt.  He forced me.

20        Q.    Did he tell you to pull your pants

21   down?

22        A.    Yes.

23        Q.    And did you then pull your pants down?

24        A.    Yes.

25        Q.    Did you say anything?
```

```
 1      A.   No.

 2      Q.   Before he put his penis in your butt,

 3   did he touch you anywhere else?

 4           MR. STEWART:  Objection.

 5      A.   He put his hand on my butt -- in my

 6   butt, and they he put his penis inside my butt.

 7   BY MR. CERRETA:

 8      Q.   Did he touch you anywhere else?

 9      A.   No.

10      Q.   Did he ever kiss you during this time?

11           MR. STEWART:  Objection.

12      A.   No.

13   BY MR. CERRETA:

14      Q.   Did he make you touch him at all

15   during this time?

16      A.   No, just simply that he put his hand

17   to my butt, and then he put his penis inside my

18   butt, and he made me pull down my pants, and he

19   put his penis inside my butt.  He said if I told

20   anyone, he would throw me out.

21      Q.   When he put his penis inside your

22   butt, did you attempt to resist?

23           MR. STEWART:  Objection.

24      A.   Well, he was the one -- it's not that

25   I could not accept, he was the one who was
```

Confidential - Subject to Further Confidentiality Review

```
 1   managing the Carenage, if I didn't accept he

 2   would put me outside, he would throw me out.

 3       Q.   Did Doug Perlitz ejaculate when he was

 4   assaulting you?

 5            MR. STEWART:  Objection.

 6       A.   I don't know.

 7   BY MR. CERRETA:

 8       Q.   At some point he stopped and took his

 9   penis out of your butt, is that correct?

10       A.   Yes.

11       Q.   And then what happened next?

12       A.   He forced me to -- he made me pull up

13   my pants, and he brought me to the classroom.

14       Q.   During the time this was happening,

15   did anyone interrupt you?

16            MR. STEWART:  Objection.

17       A.   There was Madame -- Miss -- this was

18   this Miss, Mrs. that was coming, he heard it, so

19   he stopped.  Then he made me pull my pants up,

20   and then he brought me to the classroom.

21   BY MR. CERRETA:

22       Q.   Okay.  So there was someone

23   approaching from outside of the room?

24       A.   Yes.  He heard somebody's feet

25   approaching, so he made me pull up my pants and
```

```
 1   brought me to the classroom.

 2        Q.   Did he open the door after he made you

 3   pull up your pants?

 4             MR. STEWART:  Objection.

 5        A.   Yes.

 6   BY MR. CERRETA:

 7        Q.   And when he opened the door, did you

 8   see this person who was approaching?

 9        A.   No, I didn't see the person, I just

10   heard that person's feet, and then he made me

11   pull up my pants.  He opened the door and he

12   made me -- and he brought me to the classroom.

13        Q.   When he opened the door, was there a

14   person there outside the door?

15        A.   No.

16        Q.   When you heard that person's feet, did

17   that person knock on the door?

18        A.   No.

19        Q.   During the whole time that this abuse

20   was going on, did you say anything to Douglas?

21        A.   No.

22        Q.   Do you know how long this incident

23   lasted from the time you went into this room to

24   the time that Douglas brought you back to class?

25             MR. STEWART:  Objection.
```

 1        A.   No.

 2   BY MR. CERRETA:

 3        Q.   On the walk back after Douglas opened

 4   the door and you left this room, did you see

 5   anyone on the way back to the classroom?

 6        A.   I saw Ms. Calixte.

 7        Q.   Where was Madame Calixte?

 8        A.   She was downstairs.  She was going up.

 9        Q.   So the space between the classroom and

10   the room where Douglas took you, did you have to

11   go to a different floor by stairs?

12        A.   No.

13        Q.   You saw Madame Calixte as you were

14   walking back to the classroom as she was going

15   up a set of stairs, is that right?

16        A.   Yes.

17        Q.   Did you say anything to Madame

18   Calixte?

19        A.   No.

20        Q.   Did Douglas say anything?

21        A.   No.

22        Q.   You say you don't recollect whether

23   Douglas Perlitz ejaculated at the time he

24   sexually abused you?

25             MR. STEWART:  Objection.

```
 1        A.    Yes.
 2   BY MR. CERRETA:
 3        Q.    You don't have any memory of whether
 4   that happened or whether it did not happen?
 5        A.    No.
 6        Q.    When the abuse was over, were you
 7   bleeding?
 8        A.    No.
 9        Q.    When you came back to the classroom,
10   did Douglas say anything to Margarita?
11        A.    No.  He just made me enter the
12   classroom.  He just brought me inside the
13   classroom, and made me go in.  I just followed
14   the class that the Mrs. was giving.
15        Q.    After you came back, did the Mrs. --
16   was the Mrs. Margarita, is that right?
17        A.    No.  Ms. Calixte.
18        Q.    Okay.  When Douglas came to get you at
19   the time he abused you, he took you out of a
20   class and brought you to this other room, right?
21        A.    Yes.
22        Q.    And who was teaching that class that
23   he removed you from?
24        A.    Margarita.
25        Q.    After the incident was over, he
```

Confidential - Subject to Further Confidentiality Review

 1    brought you back to a class, is that right?

 2         A.   Yes.

 3         Q.   But this class was being taught by

 4    Madame Calixte?

 5         A.   No.  Margarita.

 6         Q.   Okay.  Was it the same class that you

 7    had left when Douglas took you out of the room?

 8         A.   Yes.

 9         Q.   Did Margarita say anything to you

10    after you arrived back in the class?

11         A.   No.  No.

12         Q.   Did any of the other students talk

13    with you after you arrived back in the class?

14         A.   No.

15         Q.   Did you tell anyone anything about why

16    Douglas had taken you out of the room?

17              MR. STEWART:  Other than your

18    attorneys.

19    BY MR. CERRETA:

20         Q.   That day, that day when this happened,

21    did you tell anyone?

22         A.   No.

23         Q.   After this incident happened, did you

24    tell anyone about it before the day you went to

25    go see Cyrus Sibert?

```
 1       A.   No.

 2       Q.   So Cyrus Sibert was the first person

 3   you ever told?

 4       A.   Yes.

 5       Q.   After this incident, did you continue

 6   attending Carenage?

 7       A.   Yes.

 8       Q.   How old were you at the time of this

 9   incident?

10            MR. STEWART:  Objection.

11       A.   I don't know.

12   BY MR. CERRETA:

13       Q.   But it was your testimony earlier

14   today that the incident occurred in 2006 at the

15   beginning of the year?

16            MR. STEWART:  School year.

17   BY MR. CERRETA:

18       Q.   I'm sorry.  Let me rephrase that,

19   because I don't think I accurately characterized

20   the testimony.

21            Was it your testimony earlier today

22   that this incident occurred in 2006 at the

23   beginning of the school year?

24       A.   Yes.

25       Q.   So at that time you would have been
```

 1   approximately 17 years old, is that right?

 2            MR. STEWART:  Objection.

 3       A.   I don't remember.

 4   BY MR. CERRETA:

 5       Q.   So you continued as a student at

 6   Carenage after this incident, correct?

 7       A.   Yes.

 8       Q.   Did you complete that whole school

 9   year that was just beginning at Carenage?

10       A.   I don't remember.

11       Q.   At some point you left Carenage and

12   transitioned to become a student at the Village,

13   right?

14       A.   Yes.

15       Q.   But you went to -- well, did you start

16   attending the Village in 2007?

17       A.   Yes.

18       Q.   So between this incident of abuse at

19   the beginning of the 2006 school year and when

20   you started attending the Village in 2007, were

21   you attending classes at the Carenage -- at

22   Carenage throughout that period?

23       A.   Yes, I went to school in Rue 13 then,

24   I went to the Carenage, and then I went to the

25   Village.

Confidential - Subject to Further Confidentiality Review

1        Q.    After the incident of abuse, you

2    continued going to Carenage up through the time

3    you moved to the Village, is that accurate?

4        A.    Yes.

5        Q.    Did you ever see Douglas Perlitz after

6    this incident occurred?

7        A.    No.

8        Q.    Was he ever again at Carenage during

9    the school day when you were there?

10            THE INTERPRETER:    During the school

11    day when you were there?

12        Q.    After this incident occurred, did you

13    ever see Douglas Perlitz at Carenage another

14    time?

15        A.    Well, I saw him at the Village.

16    That's where I saw him.

17        Q.    So you don't remember ever seeing him

18    again at Carenage after the incident of sexual

19    abuse?

20        A.    Yes.

21        Q.    Yes, you have no recollection?

22        A.    Yes.

23        Q.    Did you ever speak to Douglas Perlitz

24    after this incident of sexual abuse happened?

25        A.    When I went to the Village.

Confidential - Subject to Further Confidentiality Review

```
 1         Q.    Did you and Douglas Perlitz ever

 2   discuss the incident of sexual abuse that had

 3   previously occurred?

 4         A.    No.

 5         Q.    Did Douglas Perlitz ever sexually

 6   abuse you any other time?

 7         A.    No.

 8         Q.    After the incident of sexual abuse,

 9   did you consider not going back to Carenage?

10              MR. STEWART:   Objection.

11         A.    No, I always went.

12   BY MR. CERRETA:

13         Q.    Were you concerned that you might be

14   put in a similar situation where Douglas Perlitz

15   might try to abuse you again?

16         A.    I was scared, but I had to go anyway.

17         Q.    Why did you have to go?

18         A.    Because I didn't have any possibility

19   to go anywhere else, that's where -- I couldn't

20   find it.

21         Q.    So why was it that at the end of the

22   school year you moved on to the Village?

23         A.    Well, they just sent me there.  I

24   don't know why.

25         Q.    Who told you that you were going to be
```

```
 1   moving from Carenage to the Village?

 2        A.   They call my name -- they called out

 3   my name, they said I was supposed to go to the

 4   Village, so I went to the Village.

 5        Q.   And did you start at the Village at

 6   the beginning of the 2007 school year?

 7        A.   Yes.

 8        Q.   You testified previously that you saw

 9   Douglas Perlitz at the Village, right?

10        A.   Yes.

11        Q.   When you saw him, was that the first

12   time you had seen him --

13        A.   Can you repeat the question, please?

14        Q.   Sure.

15             Was it your testimony previously that

16   you saw Douglas Perlitz at the Village?

17        A.   Yes.

18        Q.   When you saw him at the Village, was

19   that the first time you had seen Douglas Perlitz

20   since the incident of sexual abuse at Carenage?

21        A.   Yes.  When I got to the Village, I saw

22   him.

23        Q.   And did you speak with him?

24        A.   Just when we had the meeting at the

25   place where we were eating, Madame Carter was
```

 1    there, she was making a speech, and he was

 2    translating for her, and he said as long as we

 3    had a good average, we could move -- go on to

 4    Fairfield -- to go to Fairfield.

 5        Q.   This occurred when a lot of students

 6    were assembled, is that right?

 7        A.   Yes.  Yes.

 8        Q.   And it was Douglas and Madame Carter

 9    were the two people speaking to the group of

10    students?

11        A.   And Father Paul.

12        Q.   And this time, this was the first time

13    that Douglas Perlitz had spoken to you since the

14    incident of sexual abuse, is that right?

15        A.   Yes.

16        Q.   So Madame Carter was speaking in

17    English during this meeting, is that right?

18        A.   She was speaking in English, and

19    Douglas was translating for her.

20        Q.   And she said that if you had a good

21    average you would move on to Fairfield

22    University?

23        A.   She said if we did all our classes,

24    she would send us to Fairfield University.

25        Q.   And this was Douglas translating that?

1      A.   Yes.

2      Q.   Was the -- as Douglas translated it,

3  she said if you completed all your classes

4  Mrs. Carter would send you to Fairfield

5  University?

6      A.   He said anybody who would finish their

7  classes -- her classes -- his classes that

8  Madame Carter and Father Paul were capable of

9  sending that person to University of Fairfield.

10     Q.   Do you remember anything else that

11 Douglas said or that Douglas translated during

12 this meeting?

13     A.   No.

14     Q.   Aside from this meeting, did you ever

15 speak with Douglas either one-on-one or in a

16 group on any other occasion?

17          MR. STEWART:   Other than what he's

18 testified to?

19     A.   No.

20 BY MR. CERRETA:

21     Q.   Sure.

22          You had previously discussed the

23 incident of sexual abuse when Douglas spoke to

24 you, correct?  Douglas spoke to you during the

25 time that he was abusing you, am I right?

Confidential - Subject to Further Confidentiality Review

```
 1        A.   No.  When he called me, he made me

 2   enter this bedroom only.

 3        Q.   And that was the first time you had

 4   ever spoken with Douglas Perlitz?

 5        A.   Yes, yes, when he called me when I was

 6   in the classroom.

 7        Q.   And this incident when he was

 8   translating for Mrs. Carter, was this the second

 9   time that Douglas Perlitz had ever spoken to

10   you?

11        A.   Yes, at the Village.

12        Q.   Aside from those two times, was there

13   ever any other time that you spoke with Douglas?

14   I'm sorry.  Strike that.

15             Aside from those two times, was there

16   ever any other time that Douglas Perlitz spoke

17   to you?

18        A.   No.

19        Q.   During the time you were just

20   describing that Douglas was speaking to the

21   group, did Father Paul Carrier say anything to

22   the group?

23        A.   Yes.  He said that also, as long as we

24   finished our classes he would send us to

25   Fairfield University, there was a possibility
```

 1    for him to send us to Fairfield University.

 2        Q.   So both Madame Carter and Father

 3    Carrier said this to the group?

 4        A.   Yes.

 5        Q.   And both Father Carrier and Madame

 6    Carter were speaking in English when they were

 7    speaking, is that correct?

 8        A.   Yes, they were speaking English, and

 9    Douglas was translating it for them.

10        Q.   Aside from this one time you've just

11    described, did you ever see Madame Carter at the

12    Village on any other occasions?

13        A.   Yeah, they come every December.  They

14    appear in December.  They come in December.

15    They bring things like tennis shoes, T-shirts,

16    Fairfield University T-shirts and balls.

17        Q.   Madame Carter would bring these items?

18        A.   Yes.

19        Q.   Would Madame Carter come with anyone

20    else?

21        A.   I don't know if she came with other

22    people, but as far as I'm concerned, I saw her

23    every December, that's when she would come.

24        Q.   You started at the Village in 2007,

25    right?

```
 1              MR. STEWART:  Objection.

 2         A.   Yes.

 3    BY MR. CERRETA:

 4         Q.   So when you say every December, how

 5    many Decembers are we talking about?

 6              MR. STEWART:  Objection.

 7         A.   I don't remember, but it's every

 8    December.  It's in December I used to see her.

 9    BY MR. CERRETA:

10         Q.   Do you think that you were a student

11    at the Village during December of more than one

12    year?

13              MR. STEWART:  Objection.

14         A.   Yes.

15    BY MR. CERRETA:

16         Q.   So you saw Madame Carter the first

17    December after you started at the Village, in

18    December of 2007, is that correct?

19              MR. STEWART:  Objection.

20         A.   Yes.

21    BY MR. CERRETA:

22         Q.   Do you think -- was there another

23    occasion besides December of 2007 that you saw

24    Madame Carter at the Village handing out these

25    items?
```

```
 1        A.    No.

 2        Q.    So it was just the one time Madame

 3   Carter brought the T-shirts and the balls and

 4   other items?

 5        A.    Yes.  Yes.

 6        Q.    Did Madame Carter say anything on this

 7   occasion when she brought the items?

 8        A.    No.  She just gave them, and then they

 9   distributed them.

10        Q.    Was Father Carrier there on this

11   occasion?

12        A.    Yes.

13        Q.    Did he say anything to the group?

14        A.    No.  Just when we were all in a group

15   inside, that's the only time when he spoke to

16   us.

17        Q.    Was that the time that you spoke of

18   previously when he discussed getting --

19   completing all your classes and then potentially

20   going on to Fairfield University?

21        A.    Yes.  Yes.

22        Q.    Aside from that one time, has father

23   -- did you ever see Father Carrier speak to a

24   group of students on any other occasion?

25        A.    No.
```

Confidential - Subject to Further Confidentiality Review

1        Q.    Did you ever speak to Father Carrier

2    one-on-one?

3        A.    Just when we were in a group.

4        Q.    How about Madame Carter, did you ever

5    speak to her one-on-one?

6        A.    No, just when we were in a group.

7        Q.    Were there ever any other visitors

8    besides Father Carrier and Madame Carter that

9    came to the Village?

10            MR. STEWART:  Objection.

11       A.    There could have been other visitors,

12   but as far as I'm concerned, the ones I saw were

13   Madame Carter and Father Paul.

14   BY MR. CERRETA:

15       Q.    What grade did you start at when you

16   went to the Village?

17       A.    Second, third.

18       Q.    Do you remember your teachers at the

19   Village?

20       A.    Yes.  They were Master Mémé, Master

21   Judex and Romel, and Madame Nelta.

22       Q.    Do you remember what subject they

23   taught?

24       A.    For example, there's a class in the

25   afternoon, another person would come by and give

 1    the class, another one person would come by and

 2    give that class.  That's how it was.

 3         Q.   Did the different teachers teach

 4    different -- have their own subject that they

 5    taught?

 6         A.   Yes.

 7         Q.   Do you remember what subject Madame

 8    Nelta taught?

 9         A.   She used to give French classes.

10         Q.   How about the others, do you remember

11    what subjects they taught?

12         A.   Master Romel used to teach us Creole.

13    Master Mémé teach us singing.  And Judex used to

14    teach us Haitian history.

15         Q.   When you were a student at the

16    Village, did you sleep over there?

17         A.   No, they didn't let us sleep.

18         Q.   At the time when you were a student at

19    the Village, were you living with your aunt in

20    Blue Hills?

21         A.   Yes.

22         Q.   Would you travel from your aunt's

23    house to the Village every morning?

24         A.   Yes.

25         Q.   How would you get from your aunt's

Confidential - Subject to Further Confidentiality Review

```
 1   house to the Village?

 2        A.   I used to leave at 6:00 a.m., and got

 3   to the Village at 7:00 a.m..  They made us take

 4   a shower, eat, and then go to class.  We used to

 5   raise the flag, and then go to class.

 6        Q.   Okay.  So you say you would arrive

 7   about 7:00 a.m., and then everyone would shower,

 8   is that right?

 9        A.   Yes.  They made us take a shower, eat,

10   raise the flag, and go to class.

11        Q.   And how long would the classes last

12   after everyone showered, raised the flag, and

13   everyone ate?

14        A.   I don't know.

15        Q.   After the classes, would there be more

16   activities at the Village before the end of the

17   day?

18        A.   Yes.  After you finished the classes,

19   then school would be out, and then there was a

20   yard where we would stay and study if we wanted,

21   and if we didn't want then we would play ball or

22   basketball.

23        Q.   Well, what time would you go home at

24   the end of the day at the Village?

25        A.   7 to 6.
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.   Now, there were some students who

 2    would sleep over at the Village, is that right?

 3          A.   Yes.  But me, they didn't let me stay

 4    to sleep at the Village.

 5          Q.   Was there ever any night where you

 6    stayed over at the Village?

 7          A.   No.

 8          Q.   Were there any other -- strike that.

 9               Do you know someone named Jessica

10    Lozier?

11          A.   Yes.

12          Q.   How do you know Jessica Lozier?

13          A.   I've seen her at the Village, but I

14    haven't spoken to her.

15          Q.   Have you ever spoken to Jessica

16    Lozier?

17          A.   No.

18          Q.   What would Jessica Lozier be doing

19    when you would see her at the Village?

20          A.   I used to see her, she would enter

21    sometimes, she was walking in the yard, and she

22    would enter an office, and leave.  That's what I

23    saw her doing.

24          Q.   How about Brittany McLean, do you know

25    Brittany McLean?
```

1      A.   Yes, I've seen her at the Village.

2      Q.   Have you ever spoken with her?

3      A.   Just once when I was playing ball, and

4   the ball went outside, and I told her to throw

5   the ball back to me.

6      Q.   Do you know Robinson?

7      A.   Yes.

8      Q.   How do you know Robinson?

9      A.   He's a director of the school.  He was

10  one of the directors of the school.

11     Q.   Did you ever speak with Robinson?

12     A.   Sometimes he goes by, he looks and

13  then he goes by.  Besides that, nothing else.

14     Q.   But you never actually had a

15  conversation with Robinson?

16     A.   No.

17     Q.   Did you remain a student at the

18  Village until it closed?

19     A.   Yes.

20     Q.   While you were a student at the

21  Village, did anybody ever tell you that they had

22  been sexually abused by Douglas Perlitz?

23     A.   No.

24     Q.   Did you ever hear any rumors or

25  statements that Douglas Perlitz had abused

```
 1   children other than you?

 2           MR. STEWART:  Objection.

 3       A.   Just when -- just when Master Mémé and

 4   Master Judex would call the kids fags.

 5   BY MR. CERRETA:

 6       Q.   You heard Master Mémé and Master Judex

 7   call the kids fags?

 8       A.   Yes.  When they would send children --

 9   the children to do something and they didn't

10   want, they would call the children names like

11   fag and Douglas girlfriend.

12       Q.   Did they ever call you these names?

13       A.   No.  When they would call the children

14   that, these names, I would get mad when they

15   would say that.

16       Q.   And based on those names they were

17   calling the children, you believe that they knew

18   Douglas was abusing children?

19       A.   Yes, they knew.  Yes, they knew.  They

20   decided to hide it, to make it a secret so they

21   wouldn't lose their jobs.  Robinson had heard

22   about it and he left, and then Douglas went to

23   get Robinson back, so he came back, and then

24   Douglas left, and he never came back.

25       Q.   Is the reason that you think that the
```

Confidential - Subject to Further Confidentiality Review

```
 1    staff decided to hide it -- I'm sorry.  Strike

 2    that.

 3              Mémé and Judex were calling certain

 4    kids names, is that right?

 5         A.   Yes.

 6         Q.   And based on those names, you believe

 7    that they had decided to hide the fact that

 8    Douglas was abusing children, is that correct?

 9              MR. STEWART:  Objection.

10         A.   Yes, they decided to make it a secret.

11    And Robinson had left because he heard they were

12    calling the kids fags.

13    BY MR. CERRETA:

14         Q.   So Robinson heard that these two other

15    teachers were calling children fags?

16         A.   Yes.

17         Q.   And do you think that's why Robinson

18    left PPT?

19         A.   Yeah.  Well, he just left, so I

20    believe it was that.

21         Q.   Were you present -- I'm sorry.

22              Was Robinson present when you heard

23    these two other teachers call children fags and

24    other derogatory names?

25              MR. STEWART:  Objection.
```

Confidential - Subject to Further Confidentiality Review

1       A.   Yes, he was walking by.

2            MR. STEWART:  Ready to break for

3    lunch?

4            MR. CERRETA:  Yes, I guess we might as

5    well.  Come back in an hour from now?

6            MR. STEWART:  An hour is good.

7            THE VIDEOGRAPHER:  Going off the

8    record.  The time is 12:49.

9            (Whereupon, a recess was taken.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Subject to Further Confidentiality Review

```
 1              AFTERNOON SESSION

 2

 3              PHILIPPE CHAMY, Translator,

 4    having been duly sworn to translate the

 5    questions and answers to the best of his

 6    ability, translated as follows:

 7

 8              THE VIDEOGRAPHER:  Back on record.

 9    The time is 2:03.

10    BY MR. CERRETA:

11        Q.   Good afternoon, Mr. Emile.  Before the

12    break you were saying that you thought Robinson

13    left the Village because he had heard some other

14    teachers calling some of the boys derogatory

15    names, is that right?

16        A.   Yes.

17        Q.   And based on that, you think that

18    Robinson may have known that Douglas Perlitz was

19    abusing children, is that right?

20        A.   He heard them calling the children

21    faggots.

22        Q.   Did you ever speak to Robinson about

23    why he had left?

24        A.   No.

25        Q.   Aside from those names that Robinson
```

Confidential - Subject to Further Confidentiality Review

1    had heard, do you know of any other reason that

2    Robinson might have known about the abuse?

3         A.   No.

4         Q.   After the Village closed, did you go

5    to another school?

6         A.   No.

7         Q.   Did you ever attend classes through a

8    program called Kids Alive?

9         A.   Yes.

10        Q.   And was that a school program that

11   Kids Alive was running?

12        A.   It gave food, and then it stopped.

13        Q.   Do you remember what grades you

14   attended at the Kids Alive program?

15        A.   First, second, and third.  The same.

16        Q.   For how long did you attend the Kids

17   Alive program?

18        A.   I don't remember.

19        Q.   Do you remember any of the teachers

20   that were at the Kids Alive program?

21        A.   No.

22        Q.   Are you familiar with a place called

23   Bel Air?

24        A.   Yes, I remember, I went to Bel Air.  I

25   had spoken to Douglas in Bel Air.

Confidential - Subject to Further Confidentiality Review

```
 1         Q.    How many times have you been to

 2   Bel Air?

 3         A.    Only one time.

 4         Q.    And what is Bel Air?

 5         A.    It's a house.

 6         Q.    Is that the house where Douglas stayed

 7   in Haiti?

 8         A.    Yes.

 9         Q.    Why did you go to Bel Air this one

10   time?

11         A.    I went to Bel Air to get money in

12   order to pay for my transportation.  And when I

13   was there, there was Mrs. Carter, there was

14   Father Paul, and they were playing basketball,

15   and then there were some that were eating.

16              THE INTERPRETER:  And he was

17   continuing.

18         A.    There were some that were cooking

19   food.

20         Q.    So you went to Bel Air to get some

21   money for transportation, is that right?

22         A.    Yes.

23         Q.    And where did you need to go that you

24   needed this money for transportation?

25         A.    I was going to go home.
```

```
 1        Q.    To your aunt's home?

 2        A.    Yes.

 3        Q.    And was the money for a taxi ride or

 4    something?

 5        A.    To pay for public transportation.

 6        Q.    Was this when you were a student at

 7    the Village, or when you were at another one of

 8    the PPT schools?

 9        A.    It was while I was in Carenage, I had

10    been disciplined, and I was told to go home, so

11    I went to Bel Air to get money to be able to pay

12    for my transport home.

13        Q.    Why had you been disciplined?

14        A.    Because I was there late.

15        Q.    Who had sent you home?

16        A.    The security guard that was at the

17    gate.

18        Q.    Do you know that person's name?

19        A.    No.

20        Q.    This one time when you went to

21    Bel Air, was it before or after the incident

22    where Douglas Perlitz sexually abused you?

23        A.    Before.

24        Q.    So when you arrived at Bel Air, you

25    saw Mrs. Carter and Father Paul playing
```

Confidential - Subject to Further Confidentiality Review

1   basketball, is that correct?

2       A.   Yes, with the other kids.

3       Q.   And was this -- when you first arrived

4   at Bel Air, do you have to go through a gate to

5   get onto the property?

6       A.   Yes.

7       Q.   And then after you walked through the

8   gate, you saw this basketball game that was

9   going on?

10      A.   Yes.  I was standing in the yard, and

11  I saw them play basketball.

12      Q.   Did you speak to any of the people who

13  were there playing basketball?

14      A.   No.  I only spoke to Douglas.

15      Q.   Was Douglas out there playing

16  basketball as well?

17      A.   No.  He was standing there, and I

18  called him, I said I needed money to pay for my

19  transport.  He gave me $10.  And then I left.

20      Q.   Did you have any interaction with

21  Father Paul Carrier?

22      A.   No.

23      Q.   Did you have any interaction with

24  Madame Carter on this occasion?

25      A.   No.  I saw her, but I didn't speak to

```
 1   her.
 2        Q.   Your discussion with Douglas Perlitz,
 3   did this take place in the yard outside of the
 4   house?
 5        A.   In the yard.  I was standing in the
 6   yard.
 7        Q.   And Douglas gave you the money for the
 8   public transportation?
 9        A.   Yes, $10.
10        Q.   And after that, you left?
11        A.   Yes.
12        Q.   Did you ever return to Bel Air at any
13   time after that?
14        A.   No.
15        Q.   Did you ever on any occasion go inside
16   of the actual house that was at Bel Air?
17        A.   No.  No.
18        Q.   Do you know a student at PPT named
19   Pina?
20        A.   No.
21        Q.   Did you ever hear about a student
22   named Pina that said Douglas abused him?
23             MR. STEWART:  Objection.
24        A.   No.
25   BY MR. CERRETA:
```

```
 1          Q.   Did you ever hear about a student
 2    named Pina being kicked out of the Village after
 3    saying that Douglas abused him?
 4               MR. STEWART:  Objection.
 5               THE INTERPRETER:  The interpreter
 6    requests a clarification.  Did you say Pina
 7    again, or Pita?
 8               MR. CERRETA:  Pina, P-I-N-A.
 9          A.   I had seen that they had put him out,
10    that they had him leave, but I didn't know what
11    was the reason.  Whether it was for abuse, I
12    didn't know that.
13    BY MR. CERRETA:
14          Q.   So you are familiar with this student
15    named Pina?
16          A.   He was a student like me.
17          Q.   And he was kicked out of the Village?
18          A.   Yes.
19          Q.   But you don't know why he was kicked
20    out?
21          A.   No.
22          Q.   Did you ever hear Pina say that
23    Douglas had abused him?
24          A.   No.
25          Q.   Is Pina a nickname?
```

```
 1            MR. STEWART:  Objection.

 2       A.   It's his name, the proper name.

 3  That's the one I know anyway.

 4  BY MR. CERRETA:

 5       Q.   Do you know a student named Luckson

 6  Mesidor?

 7       A.   I've seen him, but I don't really hang

 8  out with him.  I don't know him personally.

 9       Q.   Besides the incident you spoke about

10  with Douglas Perlitz, have you ever been

11  sexually abused by anyone else?

12            MR. STEWART:  Objection.

13       A.   No.

14  BY MR. CERRETA:

15       Q.   Have you ever reported the incident of

16  sexual abuse committed by Douglas Perlitz to the

17  police?

18       A.   No.

19       Q.   Have you ever spoken to anyone from

20  the US Government about the incident of sexual

21  abuse committed by Douglas Perlitz?

22       A.   Only to Mitch.

23            MR. STEWART:  Move to strike.

24            You don't talk about things that you

25  talked to me about or Ellyn or Lu or Mitch,
```

```
 1   okay?

 2   BY MR. CERRETA:

 3        Q.   Mr. Emile --

 4             MR. STEWART:   It's okay.

 5   BY MR. CERRETA:

 6        Q.   Mr. Emile, you've alleged in the case

 7   that you've brought that you suffered injuries

 8   as a result of the abuse committed by Douglas

 9   Perlitz, is that right?

10        A.   Yes.

11        Q.   Have you ever been to see a doctor for

12   the injuries that you suffered as a result of

13   the abuse?

14        A.   No.

15        Q.   Have you ever been to a therapist or

16   counselor to talk about the injuries resulting

17   from the abuse?

18             MR. STEWART:   Objection.

19        A.   No.

20   BY MR. CERRETA:

21        Q.   What injuries are you claiming in this

22   lawsuit as a result of the abuse?

23             MR. STEWART:   Objection.

24        A.   Justice.

25   BY MR. CERRETA:
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   You'd like to receive justice?

 2        A.   Yes.

 3        Q.   But how have you been injured by

 4   Douglas Perlitz's abuse?

 5        A.   I don't feel well at all.  I don't

 6   feel fine at all.

 7        Q.   Any particular symptoms that you're

 8   suffering from?

 9             MR. STEWART:  Objection.

10        A.   I don't feel well.  I don't feel that

11   I want to talk to anyone at all.  I feel like I

12   just want to sit in a corner.  I don't feel

13   well.  I want to be alone all the time, and when

14   I'm alone I think about these things.

15   BY MR. CERRETA:

16        Q.   Do you have problems with alcohol

17   abuse?

18        A.   Sometimes if I think about what

19   Douglas has done to me, I drink some moonshine.

20        Q.   How often do you drink moonshine?

21        A.   Two or three times.

22        Q.   Two or three times ever?

23        A.   I don't remember.  Sometimes I drink a

24   little bit of moonshine when I remember these

25   events, when it comes to mind.  It's happened a
```

     1  few times.

     2       Q.   Before the incident of sexual abuse,

     3  had you ever taken any alcohol?

     4       A.   No.

     5       Q.   And how many times since the incident

     6  of abuse would you say you've had alcohol to

     7  drink?

     8            MR. STEWART:  Objection.

     9       A.   Each time I think about this, I drink

    10  a little bit of moonshine.

    11  BY MR. CERRETA:

    12       Q.   Do you think that was -- do you think

    13  it's two or three times that you've had

    14  moonshine to drink since the incident of abuse?

    15       A.   Yes.  Every time I think of it.

    16       Q.   Do you have any physical pain as a

    17  result of the abuse that you suffered by Douglas

    18  Perlitz?

    19       A.   Sometimes my stomach hurts, and I take

    20  a pill, and then I'm fine.

    21       Q.   How often do you get these

    22  stomachaches?

    23       A.   I don't know.  But each time I feel

    24  it, I take a pill.

    25       Q.   What kind of pill do you take?

 1      A.   Ampicillin.

 2      Q.   Do you have to get a prescription for

 3  that pill?

 4      A.   When I take it, I feel good.  When I

 5  take it, I no longer feel what I felt before.

 6      Q.   Where do you get these pills?

 7      A.   Sometimes I buy them at the bodega.

 8      Q.   Have you been to a doctor about your

 9  stomach problems?

10      A.   No.

11      Q.   Do you think the stomach problems are

12  related to Douglas Perlitz's sexual abuse?

13      A.   I don't know.

14      Q.   Do you claim that you have problems

15  with intimacy as a result of Douglas Perlitz's

16  sexual abuse?

17      A.   Yes, I have problems, because the

18  people think that I was one of the insiders, and

19  I was a faggot, and they think that they don't

20  want to talk to me, they tell me they don't want

21  to communicate with me, and so I don't feel well

22  with them.  I don't feel comfortable with these

23  people that think that they know what happened

24  to me.

25      Q.   Who are these people that have said

 1   this to you?

 2       A.   People outside.

 3       Q.   People in Cap-Haïtien?

 4       A.   Yes.

 5       Q.   People in the Blue Hills area?

 6       A.   Yes.

 7       Q.   How often have you had these problems

 8   with people saying these things to you?

 9       A.   Each time I call someone that I know,

10   or I see them, they tell me "don't talk to us,

11   we don't talk to faggots, we don't want to talk

12   to you."

13       Q.   Do you claim that there's any other

14   problems that you have as a result of the abuse?

15            MR. STEWART:  Objection.

16       A.   Sometimes I ask for work, and they

17   won't give me any work because of what happened.

18   BY MR. CERRETA:

19       Q.   What sort of work have you sought?

20       A.   Sometimes I ask to work in the

21   construction industry as a mason, for example,

22   and they won't give me the work.

23            THE INTERPRETER:  The interpreter

24   requests a clarification.

25       A.   So to do -- I ask for work in --

```
 1    menial work in the construction industry, and

 2    I'm refused.

 3         Q.   How many times have you sought work in

 4    the construction industry since PPT closed?

 5         A.   Every time I see them, I don't have

 6    any more money, my funds are getting low, I look

 7    for work, and I don't find any.

 8         Q.   Has anybody ever hired you to do any

 9    construction work?

10         A.   No.

11         Q.   Do you know, can you remember how many

12    times people have refused to hire you because of

13    the -- because they think you are Mrs. Douglas,

14    or masisi, or something like that?

15         A.   I don't remember.

16         Q.   Are you currently looking for work

17    actively?

18         A.   No.

19         Q.   When was the last time you went out

20    and tried to find some work?

21         A.   I don't remember.

22         Q.   Earlier today you were describing how

23    Father Paul and Madame Carter had talked about

24    Fairfield University.  Do you remember that?

25         A.   Yes.
```

 1        Q.   And do I have it right that they said

 2   if you completed your classes, there could be an

 3   opportunity for you to go to Fairfield

 4   University, you and the other students?

 5             MR. STEWART:   Objection.

 6        A.   Yes.

 7   BY MR. CERRETA:

 8        Q.   While you were a student at PPT, did

 9   you ever hear anything else about Fairfield

10   University?

11        A.   No.

12        Q.   Did you ever hear that Fairfield

13   University was one of the sponsors of the

14   project?

15        A.   Yes, they told me that it was a

16   university that was very important for the

17   Village.

18        Q.   Who told you that?

19        A.   Mrs. Carter, and the second time it

20   was Douglas.  Mrs. Carter, Father Paul, and

21   Douglas used to tell me that.

22        Q.   When did they tell you this?

23        A.   The day we were gathered together as a

24   group.

25        Q.   Was this the same day when the

```
 1    discussion was had about completing your classes

 2    and potentially moving on to be a student at

 3    Fairfield University?

 4         A.   Yes.

 5         Q.   Aside from that time, was there any

 6    other time that you heard anything about

 7    Fairfield University while you were a student at

 8    PPT?

 9         A.   It was only -- no, it was only when we

10    were gathered together as a group.

11         Q.   On that one occasion when Father Paul

12    and Madame Carter were speaking, with Douglas

13    interpreting?

14         A.   Yes.

15         Q.   How many times did you see Father Paul

16    -- how many times would you estimate that you've

17    seen Father Paul Carrier?

18         A.   Well, I don't know.

19         Q.   Did you ever see Father Paul speaking

20    with Douglas Perlitz?

21         A.   Yes, I've seen them stand together and

22    talk, but I don't speak English, so I don't know

23    what they were saying.

24         Q.   Okay.  Do you know, do you have any

25    basis to know what was being said between them
```

 1    in those conversations?

 2        A.    No.

 3        Q.    Have you ever been arrested,

 4    Mr. Emile?

 5        A.    No.

 6        Q.    Have you ever used paint thinner?

 7              MR. STEWART:  Objection.

 8        A.    No.

 9              MR. CERRETA:  Do you mind if we take a

10    break?  I'm getting towards the end, I just want

11    to collect my thoughts.

12              MR. STEWART:  What do you think, ten

13    minutes or so?

14              MR. CERRETA:  For me.

15              MR. STEWART:  That would be great.

16              THE VIDEOGRAPHER:  Going off the

17    record.  The time is 2:38.

18              (Whereupon, a recess was taken.)

19              THE VIDEOGRAPHER:  Back on the record.

20    The time is 2:52.

21    BY MR. CERRETA:

22        Q.    Mr. Emile, do you think Nicholas

23    Preneta should have known that Douglas Perlitz

24    sexually abused you?

25              MR. STEWART:  Objection.

```
1          A.   I don't think so.

2    BY MR. CERRETA:

3          Q.   Do you think that Douglas told

4    Nicholas Preneta about everything he did?

5               MR. STEWART:  Objection.

6          A.   I don't think so.

7    BY MR. CERRETA:

8          Q.   How about Jessica Lozier, do you think

9    she should have known --

10              MR. STEWART:  Objection.

11   BY MR. CERRETA:

12         Q.   -- that Douglas Perlitz sexually

13   abused you?

14              MR. STEWART:  Sorry.  Objection.

15         A.   I don't think so.

16   BY MR. CERRETA:

17         Q.   Was Jessica Lozier a leader of Project

18   Pierre Toussaint?

19         A.   I don't think so.

20              MR. CERRETA:  That's all I have.

21   Thank you, sir.

22              MR. STEWART:  Thank you, sir.

23         A.   Yes, thank you.

24              THE VIDEOGRAPHER:  Going off the

25   record.  The time is 2:55.
```

```
 1            (Pause.)

 2            THE VIDEOGRAPHER:  Back on the record.

 3    The time is 2:56.

 4                 EXAMINATION

 5    BY MR. KENNEDY:

 6        Q.   Hi, Mr. Emile.

 7        A.   Hello.

 8        Q.   I know we met earlier this morning,

 9    but let me -- but since it's been a while, let

10    me reintroduce myself.  I'm Jeff Kennedy, I

11    represent Hope Carter.

12        A.   Yes.

13        Q.   And I have some questions for you

14    today, sir.

15        A.   Okay.

16        Q.   First of all, sir, if there's any

17    question I ask you this afternoon that you don't

18    understand, please ask me to rephrase it, I'd be

19    happy to do so.

20        A.   Yes.

21        Q.   And if you do respond, sir, I'm going

22    to assume you understood my question.

23        A.   Okay.

24        Q.   If you need to take a break at any

25    time, you can let me know or let your counsel
```

```
 1   know, we'd be happy to take a break, sir.

 2       A.   Yes.

 3       Q.   The only thing I ask is that if there

 4   is a question pending that you answer the

 5   question before you take a break.

 6            And it's the same rule as when

 7   Mr. Cerreta was asking you questions, you're

 8   still sworn to tell the truth.

 9            You understand?

10       A.   Yes.

11       Q.   And you understand that you swore

12   before God to tell the truth here today?

13       A.   Yes.

14       Q.   And do you believe in God, sir?

15       A.   Yes.

16       Q.   Sir, I'm going to show you what's been

17   marked Exhibit 2 for identification.

18            (Whereupon, Emile Exhibit Number 2,

19            Copy of Jean Moise Emile's Passport,

20            was marked for identification.)

21   BY MR. KENNEDY:

22       Q.   I realize that's a copy, but have you

23   ever seen that document before, sir?

24       A.   No.

25       Q.   Do you know what that document is,
```

 1   sir?

 2        A.   No.

 3        Q.   Sir, when you came here from Haiti,

 4   did you have a passport, sir?

 5        A.   Yes.  Yes, I was home, and then I went

 6   to the station, and there's a girl that called

 7   me and she gave me the passport, and I got on

 8   the bus.

 9        Q.   Who was the girl, sir?

10        A.   The girl that was standing in front of

11   the bus.

12        Q.   Do you know who that was, sir?

13        A.   No.

14        Q.   Who called you, sir?

15        A.   The lady.

16        Q.   The lady who had the passport?

17        A.   Yes.  I had left home, I went to the

18   station, and the lady called me to get on the

19   bus.

20        Q.   And you don't know who this lady who

21   called you was, sir?

22        A.   No, I don't know.

23        Q.   Did she speak Creole, sir?

24        A.   Yes.

25        Q.   Do you know if she worked with Cyrus

Confidential - Subject to Further Confidentiality Review

```
 1    Sibert, sir?

 2        A.    No.

 3        Q.    Do you know if Cyrus helped you get

 4    your passport, sir?

 5        A.    I don't think so.

 6        Q.    Did she hand you the passport at the

 7    bus station, sir?

 8        A.    Yes.

 9        Q.    Okay.  And then what did you do with

10    the passport, sir?

11        A.    She handed me the passport, I went on

12    the bus, and I took the passport and I put it in

13    my suitcase.  That's it.

14        Q.    You don't know -- and I apologize if

15    I've already asked this, but you don't know this

16    woman's name, sir?

17              MR. STEWART:  Objection.

18        A.    No.

19    BY MR. KENNEDY:

20        Q.    Do you know if she worked for the

21    government, sir?

22              MR. STEWART:  Objection.

23        A.    No.

24    BY MR. KENNEDY:

25        Q.    Sir, before you received your
```

```
 1   passport, did you yourself do anything to obtain

 2   the passport?

 3        A.   I didn't.  The only thing is that they

 4   handed me a passport, that's all.

 5        Q.   So previously you didn't go to any

 6   government building or facility and request a

 7   passport, sir?

 8        A.   No.

 9        Q.   And, sir, I'm going to show you what's

10   been marked Defendants' Exhibit 3 for

11   identification.

12             (Whereupon, Emile Exhibit Number 3,

13             Jean Moise Emile's Visa, was marked for

14             identification.)

15   BY MR. KENNEDY:

16        Q.   Have you ever seen that document

17   before, sir?

18        A.   No.

19        Q.   This is the first that you've seen it,

20   today, sir?

21        A.   Yes.

22        Q.   Sir, go back to Exhibit Number 2.  The

23   photograph that's on that passport, do you know

24   when that photograph was taken, sir?

25        A.   I don't think so, no.
```

```
 1        Q.   Well, you don't know when the photo

 2   was taken, sir?

 3        A.   No.

 4        Q.   Do you remember getting dressed up for

 5   a photograph, sir, when you were in Haiti?

 6             MR. STEWART:  Objection.

 7        A.   No.

 8   BY MR. KENNEDY:

 9        Q.   Sir, did you speak to Cyrus Sibert to

10   prepare for your deposition today?

11             MR. STEWART:  Objection.  Instruct him

12   not to answer, attorney/client privilege.

13   BY MR. KENNEDY:

14        Q.   Sir, do you carry any Haitian

15   identification cards with you, sir?

16             MR. STEWART:  Objection.

17        A.   No.

18   BY MR. KENNEDY:

19        Q.   Do you have a driver's license, sir?

20             MR. STEWART:  Objection.

21        A.   No.

22   BY MR. KENNEDY:

23        Q.   Do you drive a car, sir?

24        A.   No.

25        Q.   Do you drive a motorcycle, sir?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   No.

 2        Q.   Have you ever driven a motorcycle,

 3   sir?

 4        A.   No.

 5        Q.   Do you have a cell phone, sir?

 6        A.   Yes.

 7        Q.   And what is that number for that cell

 8   phone, sir?

 9        A.   44167189.

10        Q.   And how long have you had that cell

11   phone, sir?

12        A.   Well, I don't remember.

13        Q.   How did you afford to pay for that

14   cell phone, sir?

15             MR. STEWART:  Objection.

16        A.   Well, I asked a friend, I had asked

17   him, and he gave it to me, and I paid him for

18   it.

19   BY MR. KENNEDY:

20        Q.   Who was that friend, sir?

21        A.   A friend that was passing, I was

22   telling him I was going to look for work to buy

23   a phone, and he took money out of his pocket and

24   he gave it to me so that I could go buy a phone.

25        Q.   What was that man's name, sir?
```

Confidential - Subject to Further Confidentiality Review

 1        A.   He's a friend like this, like that, he

 2   was just passing through.  I don't know.

 3        Q.   You don't know his name, sir?

 4        A.   No.

 5        Q.   When did this happen, sir, that he

 6   gave you the money to buy a phone?

 7        A.   I don't remember.

 8        Q.   How long have you had the phone, sir?

 9             MR. STEWART:  Objection.

10        A.   I don't remember.

11   BY MR. KENNEDY:

12        Q.   Is it more than a year, sir?

13             MR. STEWART:  Objection.

14        A.   I don't remember.

15   BY MR. KENNEDY:

16        Q.   Do you text with that phone, sir?

17        A.   No.

18        Q.   Do you e-mail, sir?

19        A.   No.

20        Q.   Do you have an e-mail account, sir?

21        A.   No.

22        Q.   Sir, currently are you in contact with

23   any other former PPT students?

24        A.   I don't remember.

25        Q.   You don't remember if you're in

```
 1    contact with any former PPT students, sir?

 2         A.   No.

 3         Q.   Do you still talk to any former PPT

 4    students, sir?

 5         A.   No.

 6         Q.   When is the last time that you spoke

 7    to any former PPT students, sir?

 8         A.   No, I don't talk to them at all.

 9         Q.   So you don't talk to any former PPT

10    students now?

11         A.   No.

12         Q.   Do you know Raynel Odilbert, sir?

13         A.   I've heard them call out that name in

14    the Village, but I never spoke to him.

15         Q.   What about Louis Saincirin, sir, have

16    you ever spoken to him?

17         A.   No.

18         Q.   Do you know who that is, sir?

19         A.   Who was that?

20         Q.   I'm asking him, do you know who Louis

21    Saincirin is?

22         A.   No.

23         Q.   What about Jheempson Brismac Joseph,

24    sir, do you know who that is, sir?

25         A.   No.
```

```
 1        Q.   What about Kensley Previl, sir, do you

 2   know who that is?

 3        A.   No.

 4        Q.   What about Emile Jean Pierre, do you

 5   know who that is, sir?

 6        A.   No.

 7        Q.   Do you know who Ilguens Jean is, sir?

 8             MR. STEWART:  Objection.

 9             THE INTERPRETER:  I'm sorry, can you

10   repeat that name for me?

11             MR. KENNEDY:  Sure.  Would it help the

12   interpreter if I spelled it?

13             THE INTERPRETER:  Can I take a look at

14   that paper for a minute?

15             MR. KENNEDY:  Not now.

16             THE INTERPRETER:  Spell it, please.

17             MR. KENNEDY:  I-L-G-U-E-N-S.

18        A.   No.

19        Q.   Gesner Lecenat, do you know who that

20   is, sir?

21        A.   No.

22        Q.   Do you know who Wadson Dorciné is,

23   sir?

24        A.   No.

25        Q.   Do you know who Geffrard Lecenat is,
```

```
 1   sir?

 2        A.   No.

 3        Q.   Do you know who Jamesly Guillaume is,

 4   sir, G-U-I-L-L-A-U-M-E?

 5        A.   No.

 6        Q.   Sir, before you came here today to

 7   have your deposition taken, did you speak to any

 8   former PPT student?

 9        A.   No.

10        Q.   Are you aware that some other former

11   PPT students have come to the Dominican Republic

12   to have their deposition taken?

13             MR. STEWART:  Objection.

14        A.   No.

15   BY MR. KENNEDY:

16        Q.   Sir, when you went -- sir, you went to

17   Rue 13, correct?

18        A.   Yes.

19        Q.   And I believe you indicated before

20   that you know who Andy Schultheis is?

21        A.   Yes.  Andy, yes.

22        Q.   Did you ever speak with Andy?

23        A.   No.

24        Q.   Are you aware that Andy can speak --

25   could speak Creole?
```

```
 1        A.   He never spoke Creole in front of me.

 2        Q.   Were you aware if Andy had a Haitian

 3   girlfriend, sir?

 4             MR. STEWART:  Objection.

 5        A.   No.

 6   BY MR. KENNEDY:

 7        Q.   To the best of your understanding,

 8   sir, what was Andy's position at Rue 13?

 9        A.   Well, what he would do is visit and go

10   around everywhere to make sure everything was

11   okay.

12        Q.   Sir, did you enjoy your time at

13   Rue 13?

14             MR. STEWART:  Objection.

15        A.   Well, the only thing I liked about it

16   is the school itself, because schooling is very

17   hard to come by.

18   BY MR. KENNEDY:

19        Q.   And were you given food at Rue 13,

20   sir?

21        A.   Yes.

22        Q.   And you were given some schooling at

23   Rue 13, sir?

24             THE INTERPRETER:  The interpreter

25   requests that the question be repeated.
```

```
 1              MR. KENNEDY:  Sure.

 2       Q.   Did you go to classes at Rue 13, sir?

 3       A.   Yes.

 4       Q.   Did you learn to read and write at

 5  Rue 13, sir?

 6              MR. STEWART:  Objection.

 7       A.   They were showing us.  I didn't quite

 8  understand everything, but I was following

 9  along.

10  BY MR. KENNEDY:

11       Q.   And who was showing you, sir?

12       A.   Margarita.

13       Q.   And she was a teacher, sir?

14       A.   Yes.

15       Q.   While you were at Rue 13, did you ever

16  hear any rumor about Douglas Perlitz hurting any

17  students, sir?

18       A.   No.

19       Q.   When you were at Rue 13, did you at

20  any time have any fear that Douglas Perlitz

21  would hurt you, sir?

22       A.   I didn't think so.

23       Q.   Why didn't you think so, sir?

24              MR. STEWART:  Objection.

25       A.   Because I knew he was a foreigner
```

```
 1    there taking care of us, I wasn't thinking that

 2    he would do this to us.

 3    BY MR. KENNEDY:

 4         Q.   And when you first went to Carenage,

 5    sir, were you afraid that Douglas Perlitz would

 6    hurt you?

 7         A.   I didn't think that.

 8         Q.   And just so I'm clear, sir, you allege

 9    that Douglas Perlitz hurt you in the year 2006,

10    correct?

11         A.   Yes.

12         Q.   It was not in 2005, correct?

13         A.   No, 2006.

14         Q.   Okay.  And as I understand it, at some

15    point you went to the Village, correct?

16         A.   Yes.

17         Q.   Did you ever sleep at the Village,

18    sir?

19         A.   No.

20         Q.   When you did go to the Village, sir,

21    how many days a week did you go?

22         A.   Each time school was open, I would go.

23         Q.   And was that every day -- I'm sorry.

24    Was that five days a week, sir?

25         A.   I don't think so.
```

Confidential - Subject to Further Confidentiality Review

1      Q.   How many days a week do you think it

2   was, sir?

3      A.   Five times in the week.

4      Q.   Can you tell me some of the other

5   students who you went to the Village with, sir?

6      A.   I would see them, but I really don't

7   know their names.

8      Q.   Can you give me one name, sir?

9      A.   I knew Pina.  He's the only one whose

10  name I knew, because they had thrown him out, so

11  I knew his name.

12     Q.   But you don't know the names of

13  anybody else, sir?

14     A.   No.

15     Q.   And how long did you go to the Village

16  for, sir?

17     A.   Well, I was in the Village for -- I

18  don't know how long.

19     Q.   Was it over a year, sir?

20     A.   I don't think so.

21     Q.   What about at Carenage, sir, can you

22  tell me some of the names of the students that

23  you went to Carenage with?

24     A.   I don't know their names.

25     Q.   What about Rue 13, sir, can you give

Confidential - Subject to Further Confidentiality Review

```
 1    me the names of any students you went to Rue 13

 2    with?

 3         A.   No.

 4         Q.   Sir, do you know who Marguerite Joseph

 5    is?

 6         A.   No.

 7         Q.   Sir, did you ever tell Robinson that

 8    Douglas Perlitz hurt you?

 9         A.   No.

10         Q.   Sir, are you aware that other former

11    PPT students are claiming that Douglas Perlitz

12    hurt them?

13              MR. STEWART:  Objection.

14         A.   No.

15    BY MR. KENNEDY:

16         Q.   The first time that Cyrus gave you

17    money, sir, where were you?

18         A.   I was home.

19         Q.   Did he come to your house, sir?

20         A.   I was home, and I was in need, so I

21    went to town, and he gave me money.

22         Q.   So when you say you were at home, you

23    were in -- is it Blue Hills, sir?

24         A.   Yes.

25         Q.   And where -- when you say in town,
```

Confidential - Subject to Further Confidentiality Review

```
 1    where was Cyrus, sir?

 2        A.   In Cap-Haïtien.

 3        Q.   And did you have to take public

 4    transportation from Blue Hills to the area where

 5    Cyrus was in Cap-Haïtien?

 6        A.   Yes.

 7        Q.   And how did you pay for the public

 8    transportation, sir?

 9        A.   $1.

10        Q.   Did Cyrus give you the money for the

11    transportation, sir?

12        A.   No.

13        Q.   And the second time that Cyrus gave

14    you, I believe it was 100 Haitian dollars, where

15    were you at the time that he gave you that

16    money, sir?

17        A.   I was home.  I was in need.  I paid a

18    dollar for public transportation to go to him,

19    and he gave me what he gave me.

20        Q.   Sir, going back to the first time that

21    Cyrus gave you money, how did you know to go to

22    him, sir?

23        A.   I went to town, and a friend of mine,

24    Pierre Jacky, showed me where to go to go and

25    see him, and I went to see him.
```

```
 1        Q.   Is Pierre Jacky a former PPT student?

 2        A.   No.

 3        Q.   Does Pierre Jacky work for Cyrus

 4   Sibert, sir?

 5        A.   I don't think so.

 6        Q.   Do you know how Pierre Jacky knew

 7   Cyrus Sibert, sir?

 8             MR. STEWART:  Objection.

 9        A.   I don't think so.

10   BY MR. KENNEDY:

11        Q.   I'm sorry, sir, you don't know?  I'm

12   still just a little confused about the answer,

13   sir.  Let me re-ask it again.

14             Do you know how Pierre Jacky knew

15   Cyrus Sibert, sir?

16             MR. STEWART:  Objection.

17        A.   No.

18   BY MR. KENNEDY:

19        Q.   And the third time that Cyrus Sibert

20   gave you 100 Haitian dollars, when was that,

21   sir?

22        A.   I don't know.

23        Q.   Was it in the last six months, sir?

24             MR. STEWART:  Objection.

25        A.   The third time?
```

```
 1   BY MR. KENNEDY:

 2       Q.   Yes, sir.

 3       A.   No.

 4       Q.   It was more than six months ago?

 5       A.   No.

 6       Q.   Sir, the fourth time that Cyrus Sibert

 7   gave you money, do you remember when that was,

 8   sir?

 9       A.   Yes.  I was in need, and I went to see

10   him.

11       Q.   And when was that, sir?

12       A.   I don't remember.

13       Q.   Was it in the last six months, sir?

14       A.   I don't remember.

15       Q.   Sir, when the lady handed you the

16   passport to get on the -- before you got on the

17   bus, sir, did she give you anything else?

18       A.   No.

19       Q.   Sir, did you ever see Hope Carter at

20   Rue 13?

21       A.   Yes, I used to see her.

22       Q.   You used to see her at Rue 13?

23       A.   Yes.

24       Q.   How many times, sir?

25       A.   I don't remember.
```

```
 1         Q.   Was it more than once?

 2         A.   I don't remember.

 3         Q.   What was she doing when you saw her at

 4    Rue 13?

 5         A.   I saw her standing, looking around,

 6    and then she left.

 7         Q.   Did you speak to her, sir, at Rue 13?

 8         A.   No.

 9         Q.   Did you see her speak to anybody at

10    Rue 13, sir?

11         A.   No.

12         Q.   How long did she look around before

13    she left, sir?

14         A.   I don't remember.

15         Q.   Was she with anybody when you saw her

16    at Rue 13, sir?

17         A.   She was the only one I saw there

18    standing.

19         Q.   So the answer is no, you didn't see

20    her with anybody, sir?

21         A.   Yes.

22         Q.   Was Douglas there, sir, at the time

23    you saw her standing at Rue 13?

24         A.   Yes, Douglas was inside.  But she was

25    standing alone.
```

Confidential - Subject to Further Confidentiality Review

1      Q.   Did you see her speak to any student

2   at Rue 13, sir?

3      A.   No, I just saw her standing there.  I

4   didn't hear her talk to any students.

5      Q.   And this occurred one time, sir?

6           MR. STEWART:  Objection.

7      A.   I don't remember.

8   BY MR. KENNEDY:

9      Q.   Did you ever see Hope Carter at

10  Carenage, sir?

11     A.   Yes.

12     Q.   How many times, sir?

13     A.   I don't remember.

14     Q.   Was it more than once, sir?

15     A.   I don't remember.

16     Q.   Do you remember what she was doing

17  when you saw her at Carenage?

18     A.   I saw her there standing looking

19  around, then she went in.  And I went out, I was

20  drinking something.  She was standing.  And

21  after that, I don't know what she did.

22     Q.   How long did you see her standing

23  around at Carenage, sir?

24     A.   I don't remember.

25     Q.   Do you remember what she was wearing,

Confidential - Subject to Further Confidentiality Review

1    sir?

2         A.   No.

3         Q.   Did you see -- did you speak to Hope

4    Carter when you saw her at Carenage, sir?

5         A.   No.

6         Q.   Did you see Hope Carter speak to any

7    student at Carenage, sir?

8         A.   I don't think so.

9         Q.   Do you remember if Hope Carter was

10   with anybody when you saw her at Carenage?

11        A.   I don't think so.

12        Q.   Do you remember what year you saw her

13   at Carenage, sir?

14        A.   No.

15        Q.   Do you remember seeing Hope Carter at

16   the Village, sir?

17        A.   Yes.

18        Q.   How many times, sir?

19        A.   Only once.  It was in the month of

20   December.

21        Q.   And that's the time that you were

22   given some Christmas gifts, is that correct,

23   sir?

24             MR. STEWART:  Objection.

25        A.   Yes.

```
 1   BY MR. KENNEDY:

 2       Q.   You also testified earlier today that

 3   Hope Carter and Father Paul spoke through -- I'm

 4   sorry, had Doug Perlitz interpret for them and

 5   spoke about students going to Fairfield

 6   University, is that correct?

 7       A.   Yes, that's when we were in a group in

 8   the Village.

 9       Q.   Okay.  Sir, I was just confused,

10   because I asked you before how many times you

11   remember seeing Hope Carter at the Village --

12   strike that.  I'm sorry, sir.  Let me re-ask it.

13           Sir, did Hope Carter and Father Paul

14   say this to the group in the December meeting?

15   Was this at the same time you got gifts?

16       A.   No.  They spoke, and they said that if

17   we got good grades we would be able to go to

18   Fairfield University perhaps, and then Douglas

19   had the gifts, and then he distributed them.

20       Q.   Okay.  So, but the conversation about

21   Fairfield University was at the same time that

22   you got the gifts, is that correct?

23       A.   Yes, after they had made the speech.

24       Q.   When you said -- when you say they

25   made the speech, who made the speech, sir?
```

```
 1              MR. STEWART:  Objection.

 2         A.   Mrs. Carter and Father Paul, and

 3    Douglas was interpreting.

 4    BY MR. KENNEDY:

 5         Q.   So did you see Mrs. Carter speaking to

 6    Douglas, sir?

 7         A.   Yes, when we were standing together as

 8    a group.

 9         Q.   Fair to say, sir, you don't understand

10    English, is that correct?

11         A.   No.

12         Q.   Okay.  So you don't know what

13    Mrs. Carter and Douglas were talking about, do

14    you?

15         A.   No.  I don't speak English, I don't

16    know.

17         Q.   What other students were present when

18    you heard this speech, sir?

19         A.   There were a whole bunch of us.

20         Q.   Right.  Can you give me some names,

21    sir?

22         A.   Well, I wasn't in the same grade as

23    they were, so I don't know their names.

24         Q.   What grade were you in, sir?

25         A.   In second and third.
```

1      Q.   And at that point, sir, could you read

2   and write Creole?

3      A.   Well, I speak Creole, but I can't

4   really write it.

5      Q.   Sir, how long was the speech that Hope

6   Carter and Father Paul gave through Douglas?

7           MR. STEWART:  Objection.

8      A.   I don't know.

9   BY MR. KENNEDY:

10     Q.   Was it more than a minute, sir?

11          MR. STEWART:  Objection.

12     A.   I don't know.

13  BY MR. KENNEDY:

14     Q.   What time of day was it, sir?

15     A.   A day of December.

16     Q.   Were any of the Haitian staff at the

17  Village present, sir?

18     A.   They were standing outside.

19     Q.   Can you tell me the names of the

20  Haitian staff that were standing outside?

21     A.   All the masters and mistresses of the

22  school that were there.

23     Q.   What were some of their names, sir?

24          MR. STEWART:  Objection.

25     A.   Master Romel, for example, Master

```
 1    Judex, there was Mémé, Madame Murta.  Those are

 2    the names that I knew.

 3         Q.   How did you know they were standing

 4    outside, sir?

 5         A.   I saw them standing outside.

 6         Q.   Do you know if they heard the speech,

 7    sir?

 8              MR. STEWART:  Objection.

 9         A.   No.

10    BY MR. KENNEDY:

11         Q.   And I believe you just -- you

12    previously testified that you don't remember the

13    names of any other PPT student that was present

14    during the speech, correct?

15         A.   If I didn't remember?

16         Q.   I'm sorry, sir.

17              Do you remember the names of any PPT

18    student that was present during the speech that

19    Hope Carter and Father Paul gave through Douglas

20    Perlitz about Fairfield University?

21         A.   Yes, I saw them standing outside.  The

22    names I remember I told you, it was Master

23    Judex, Mémé, Master Romel, Madame Murta.

24         Q.   Sir, that's not my question.  My

25    question was not the name of the teachers or the
```

 1   Haitian staff.

 2            My question was, do you remember the

 3   names of any PPT students that were present

 4   during the speech that Hope Carter and Father

 5   Paul allegedly gave through Douglas about

 6   Fairfield University?

 7            MR. STEWART:  Objection.

 8       A.   No.

 9   BY MR. KENNEDY:

10       Q.   And, sir, I believe you testified

11   earlier that you saw Hope Carter at Bel Air, is

12   that correct?

13       A.   Yes.

14       Q.   And how many times did you see her at

15   Bel Air, sir?

16       A.   Only one time, the one time I went to

17   Bel Air.

18       Q.   And was that before or after the time

19   where you claim you heard Mrs. Carter and Father

20   Paul talking about Fairfield University?

21            MR. STEWART:  Objection.

22       A.   Before.

23   BY MR. KENNEDY:

24       Q.   So you saw her at Bel Air first, and

25   then you saw her at the Village after, is that

```
 1   correct?

 2        A.   Yes.

 3        Q.   And I believe you indicated before

 4   that you went to Bel Air to get money from Doug

 5   Perlitz, is that correct?

 6        A.   Yes.

 7        Q.   And you went there, and you needed

 8   money for transportation, is that correct?

 9        A.   Yes.

10        Q.   And that was the first time you had

11   ever been to Bel Air, sir?

12        A.   Yes.

13        Q.   Had Doug Perlitz ever given you money

14   before that day, sir?

15        A.   No.

16        Q.   How did you know to go ask Doug

17   Perlitz for money, sir?

18        A.   Well, I needed money to pay for

19   transport, so I took a chance and I went up to

20   Bel Air to see if I would find him, and luck had

21   it that he was there, so I asked him, and he

22   gave it to me, and I went.

23        Q.   Had you ever asked him for money

24   before then, sir?

25             MR. STEWART:  Objection.
```

```
 1        A.   No.
 2   BY MR. KENNEDY:
 3        Q.   Then how did you know that he might
 4   give you money, sir?
 5        A.   Well, I just asked him, just like
 6   that.
 7        Q.   How did you get to Bel Air, sir, that
 8   day?
 9        A.   I was walking, and then my feet were
10   hurting, and then I thought, well, let me go to
11   Bel Air, I'll ask Douglas for money to -- $10 to
12   take transportation.
13        Q.   And where were you taking
14   transportation to, sir?
15        A.   Home.
16        Q.   And home is Blue Hills, sir?
17        A.   Yes.
18        Q.   And you had never been to Bel Air
19   before, is that correct, sir?
20        A.   No.
21        Q.   How did you know how to get there,
22   sir?
23        A.   Well, I knew vaguely where it was.  I
24   went there, I found the house, Bel Air, I had
25   the security guard let me in, I saw Douglas, and
```

Confidential - Subject to Further Confidentiality Review

 1   he gave me the $10.  I saw Hope Carter and

 2   Father Paul playing basketball.  I asked Douglas

 3   for the $10, and he gave it to me.

 4       Q.   When you say you saw Hope Carter and

 5   Father Paul playing basketball, were they

 6   actually playing in a game, sir?

 7       A.   Yes.

 8       Q.   Sir, can you describe Hope Carter for

 9   me physically?

10       A.   An old lady.

11       Q.   Anything else, sir?

12       A.   She is an old lady, and she pulls up

13   her pants right up to her heart, and her body is

14   covered in these veins.

15       Q.   What color are the veins, sir?

16       A.   Green.

17       Q.   Have you yourself ever said anything

18   to Hope Carter through an interpreter, sir?

19       A.   No, only when we were in a group

20   together did I speak with her.

21       Q.   When you saw Hope Carter playing

22   basketball, was Douglas also playing, sir?

23       A.   No, he was just standing there.  I

24   called him, I asked him for the $10, he gave it

25   to me, and I left.

Confidential - Subject to Further Confidentiality Review

```
 1         Q.   Did you see Hope Carter interact with

 2    Douglas Perlitz at Bel Air, sir?

 3         A.   No.  When I got there, Douglas was

 4    standing there, they were playing basketball, I

 5    asked Douglas for $10, and he gave it to me, and

 6    I left.

 7         Q.   But you didn't see Hope Carter speak

 8    to Douglas Perlitz at Bel Air, did you?

 9         A.   No.

10         Q.   The time you saw Hope Carter at

11    Bel Air, were you going to the Village, sir?

12         A.   No, I was going home.

13         Q.   I apologize, sir.

14              The time when you saw Hope Carter,

15    were you currently a student at the Village?

16         A.   No, I was in Carenage.

17         Q.   Sir, did you ever complain about the

18    food at the Village, sir?

19         A.   No, whatever they gave me, I took.  I

20    didn't complain.

21         Q.   So you don't -- you never complained

22    to the teachers about the food, sir?

23         A.   No.

24              MR. STEWART:  Do you think you've got

25    a lot left?  We've been going about an hour.
```

1          MR. KENNEDY:  We can take a five or

2    ten minute break.

3          MR. STEWART:  Do you mind?

4          MR. KENNEDY:  No, not at all.

5          THE VIDEOGRAPHER:  Going off the

6    record.  The time is 3:58.

7          (Whereupon, a recess was taken.)

8          THE VIDEOGRAPHER:  Back on the record.

9    The time is 4:13.

10   BY MR. KENNEDY:

11       Q.   Sir, it's fair to say Hope Carter was

12   not a teacher at Rue 13, was she?

13       A.   No.

14       Q.   And it's also fair to say that Hope

15   Carter was not a teacher at Carenage, was she?

16       A.   No.

17       Q.   And it's also fair to say that Hope

18   Carter was not a teacher at the Village, was

19   she?

20       A.   No.

21       Q.   Sir, what was your understanding of

22   Hope Carter's role with PPT?

23       A.   She was a person who was very

24   important.

25       Q.   What do you base that opinion on, sir?

```
 1        A.   Well, she was very important, because

 2   whenever something was missing, or it was a

 3   lack, it was to her that Douglas went to so that

 4   the need would be filled.  She was above

 5   Douglas, so she was always there visiting.  And

 6   when she came to visit we would prepare food,

 7   and she would come and visit every area.

 8        Q.   Well, how do you know, sir, that she

 9   was above Douglas?

10        A.   Because if -- when they saw that she

11   was coming, if the kids had not yet eaten, he

12   would rush around to make sure to prepare the

13   food so that the kids would eat.  Or for the

14   other things, too, he would make sure that the

15   kids had done what they were supposed to do.

16   When Douglas knew that they were coming, Hope

17   Carter and Father Paul, he would make sure that

18   there was food prepared for everyone.  And when

19   they would come down, they would visit

20   everywhere.  It's by their way of behaving and

21   the way that they were acting when they knew she

22   was coming.

23        Q.   It's by the way that Douglas was

24   acting, sir?

25        A.   No, it's the way the people were
```

 1   behaving themselves that I could see that they

 2   were -- those people were important to the

 3   Village.

 4       Q.   I'm just trying to understand, sir.

 5   You say it's the way the people were behaving.

 6   Which people are you referring to, sir?

 7       A.   Mrs. Carter and Father Paul.

 8       Q.   Okay.  Let's break it down here, sir.

 9            What was Mrs. Carter doing, sir?  How

10   was she behaving?

11       A.   She was visiting all areas to make

12   sure that all areas were as they should be.

13       Q.   And was Father Paul doing the same

14   thing, sir?

15       A.   Yes.

16       Q.   It's fair to say Hope Carter never

17   told you that she was above Douglas, did she?

18       A.   No, she never told me that.  It's the

19   way that they were behaving and the way that

20   they were acting that made me see that they were

21   very important people.

22       Q.   And by you watching how they were

23   behaving, that's the sole basis for your reason

24   to believe that Hope Carter was an important

25   person to PPT?

```
 1        A.    Yes.

 2        Q.    Douglas never told you that Hope

 3   Carter was above him, did she?

 4        A.    When we were in a group, however, he

 5   told me that those people were very important

 6   for the Village.

 7        Q.    What exactly did he say, sir?

 8              MR. STEWART:  Objection.

 9        A.    Well, they were speaking English and

10   Douglas was translating for them, and they were

11   saying that they were people who were very

12   important for the Village.

13   BY MR. KENNEDY:

14        Q.    So Hope Carter and Father Paul told

15   the students through Doug Perlitz that they were

16   very important people to the Village?

17        A.    Yes.  Douglas interpreted for them.

18        Q.    Do you remember exactly what they

19   said, sir?

20              MR. STEWART:  Objection.

21        A.    No, I don't speak English.  Douglas

22   was translating for them.

23   BY MR. KENNEDY:

24        Q.    You don't remember exactly what

25   Douglas said, sir?
```

```
 1        A.    In Creole or in English?

 2        Q.    In Creole, sir.

 3        A.    Yes, he said that these people were

 4   very important for the Village.

 5        Q.    Did he explain why they were very

 6   important, sir?

 7        A.    No.  He said that.  He didn't add

 8   anything to it.

 9        Q.    He just said "these are important

10   people"?

11        A.    Yes.

12        Q.    Do you remember him saying anything

13   else, sir?

14        A.    He didn't say anything else.  He said

15   that if we managed to complete our schooling,

16   there was a possibility of sending us to

17   Fairfield.

18        Q.    Okay.  Besides Douglas translating and

19   saying that these are important people, and that

20   there's a possibility of sending you to

21   Fairfield, do you remember anything else that

22   Douglas said at that time?

23        A.    No, that's all I heard him say.  That

24   was all.

25        Q.    Sir, do you know what the Haiti Fund
```

Confidential - Subject to Further Confidentiality Review

```
 1    is?
 2         A.    No.
 3         Q.    You've never heard of that entity,
 4    sir?
 5         A.    No.
 6         Q.    Did you ever meet an individual named
 7    Brian Russell, sir?
 8         A.    No.
 9         Q.    Sir, you were present at the time the
10    Village closed, is that correct?
11         A.    Yes.
12         Q.    Did you ever meet an individual named
13    Sylvester Tan?
14         A.    Yes, it's a person that was studying
15    in order to become a priest.
16         Q.    Did you actually meet him, sir?
17         A.    Sometimes he would gather us together
18    and have us pray in the chapel, and then we
19    would leave.
20         Q.    When you say, sir, "gather us," who is
21    -- who beside yourself are you speaking of?
22         A.    All the kids, he would gather us
23    together and have us pray, and then we would
24    leave.
25         Q.    Can you tell me some of the names of
```

Confidential - Subject to Further Confidentiality Review

```
 1    the kids, sir, that you would pray with with

 2    Sylvester Tan?

 3         A.   No, I don't know their names.

 4         Q.   And, sir, do you know if Sylvester Tan

 5    can speak Creole?

 6         A.   No, he never spoke Creole in front of

 7    me.

 8         Q.   And did you ever speak -- I apologize

 9    if I have asked this, but did you ever speak to

10    Sylvester Tan, sir?

11              MR. STEWART:  Objection.

12         A.   No.

13    BY MR. KENNEDY:

14         Q.   Sir, do you remember a white man named

15    Michael who came down right about the time the

16    Village was closing?

17         A.   Yes, I saw a white man, but I didn't

18    speak with him.

19         Q.   And this was at the time the Village

20    was closing, sir?

21         A.   Yes.

22         Q.   Did he address the student through an

23    interpreter, sir?

24              MR. STEWART:  Objection.

25         A.   No, I never saw him speak.  I saw that
```

Confidential - Subject to Further Confidentiality Review

1    he came.

2    BY MR. KENNEDY:

3        Q.   Sir, have you ever been to Cyrus

4    Sibert's radio station?

5        A.   No.

6        Q.   Have you ever heard of any -- I'm

7    sorry.

8             Have you ever heard any of Cyrus

9    Sibert's radio shows, sir?

10       A.   No, I don't have a radio, but I did

11   hear people speak about him.

12       Q.   When did you hear that, sir?

13       A.   From people that were in conversation,

14   people speak about him.

15       Q.   Can you give me the names of those

16   people, sir?

17       A.   People passing by.

18       Q.   You don't remember their names, sir?

19       A.   No.

20       Q.   Do you remember what they said about

21   Cyrus Sibert, sir?

22       A.   They said Cyrus was a lawyer.

23       Q.   And were these people that went to

24   PPT, sir?

25       A.   No.

 1          Q.   Do you know what those people's jobs

 2   were, sir?

 3          A.   The people passing by you mean?

 4          Q.   Yes, sir.

 5          A.   No, I don't know.

 6          Q.   Sir, is it difficult to get a job in

 7   Haiti right now?

 8               MR. STEWART:  Objection.

 9          A.   Yes.

10   BY MR. KENNEDY:

11          Q.   Is there a lot of unemployment, sir?

12               MR. STEWART:  Objection.

13          A.   Yes.

14   BY MR. KENNEDY:

15          Q.   Are a lot of your friend unemployed,

16   sir?

17               MR. STEWART:  Objection.

18          A.   Well, I don't live in the same areas

19   they do, so I don't know.

20   BY MR. KENNEDY:

21          Q.   Are any members of your family

22   working, sir?

23          A.   No.

24          Q.   Sir, if you know, do you know how much

25   it costs to rent a home in Blue Hills?

Confidential - Subject to Further Confidentiality Review

 1      A.   No.

 2      Q.   Sir, in total, how many times did you

 3   speak with Douglas Perlitz?

 4      A.   I don't remember.

 5      Q.   Sir, have you kept any writing or any

 6   kind of diary or journal about your time at PPT?

 7      A.   No.

 8      Q.   What's the farthest grade that you've

 9   gotten to, sir?

10      A.   Second and third.

11      Q.   Do you have a girlfriend, sir?

12      A.   No.

13      Q.   Have you ever had a girlfriend, sir?

14      A.   No.

15      Q.   Sir, did you have to pay any tuition

16   at Rue 13?

17           MR. STEWART:  Objection.

18      A.   No.

19   BY MR. KENNEDY:

20      Q.   Did you have to pay any tuition at

21   Carenage, sir?

22           MR. STEWART:  Objection.

23      A.   No.

24   BY MR. KENNEDY:

25      Q.   Did you have to pay any tuition at the

```
 1   Village, sir?

 2            MR. STEWART:  Objection.

 3        A.   No.

 4   BY MR. KENNEDY:

 5        Q.   Bear with me.

 6            Sir, when Douglas Perlitz hurt you,

 7   did you see Douglas naked at all, sir?

 8        A.   No.

 9        Q.   Sir, I believe you testified earlier

10   that after Douglas hurt you, you went back to

11   the classroom, is that correct, sir?

12        A.   Yes.

13        Q.   And can you tell me any of the

14   students' names that were in that classroom,

15   sir?

16            MR. STEWART:  Objection.

17        A.   Well, I don't live in the same area as

18   they do.  I don't know their names.

19   BY MR. KENNEDY:

20        Q.   So the answer is no, you can't tell me

21   the name of any other students that were in the

22   classroom, is that correct?

23        A.   No, I don't remember their names.

24            MR. KENNEDY:  That's all I have, sir.

25   Thank you very much.
```

Confidential - Subject to Further Confidentiality Review

```
 1              MR. STEWART:  Thank you.

 2      A.    Thank you.

 3              THE VIDEOGRAPHER:  Going off the

 4   record.  The time is 4:45.

 5              (Pause.)

 6              THE VIDEOGRAPHER:  Back on the record.

 7   The time is 4:36.

 8                   EXAMINATION

 9   BY MR. BABBITT:

10      Q.    Good afternoon.  I represent the

11   American Association of the Order of Malta.

12              When you attended school at the

13   Village, did you know a woman by the name of

14   Margarette Joseph?

15      A.    No.

16      Q.    Before you started attending Rue 13,

17   did you know anyone who went to school there?

18      A.    No.  When I was going, they would put

19   the names of the students that were admitted on

20   a bulletin board, and I saw my name, and that's

21   how I knew I was going.

22      Q.    But before your name appeared on that

23   bulletin board, you didn't know the names of

24   anyone else who attended that school, is that

25   correct?
```

```
 1        A.   Well, there were a lot of kids, but I

 2   don't remember their names.

 3        Q.   I understand you don't remember their

 4   names.

 5             Before you started attending that

 6   school, did you know any of those kids?

 7             MR. STEWART:  Asked and -- objection.

 8        A.   There were a bunch of children.  There

 9   were some that were in their own homes, and I

10   don't know where they were, and there were some

11   that were in the streets.

12   BY MR. BABBITT:

13        Q.   Before you started attending Rue 13,

14   did you know that the school provided food to

15   the students that attended that school?

16        A.   It's when I got there that I saw that

17   they gave food and they gave everything.

18        Q.   Before you attended that school, you

19   didn't know what the school would give you?

20        A.   No.

21        Q.   Why did you want to go to Rue 13?

22        A.   Well, simply to go to school, because

23   it's very difficult to get a school -- to find a

24   school.  I wanted to go to school.

25        Q.   Before you started attending Carenage,
```

Confidential - Subject to Further Confidentiality Review

1    did you know anyone who attended -- who went to

2    school there?

3         A.   No.  I don't remember, I don't

4    remember their names.  And it was the same

5    thing, some of them lived in other areas, and I

6    didn't know where they lived, and others were in

7    the streets, so I don't remember their names.

8         Q.   Before you attended Carenage, did you

9    know that Carenage provided food to the students

10   there?

11             MR. STEWART:  Objection.

12        A.   Yes, when they were sending us, the

13   same setup they had in Rue 13, it was the same

14   that they had for Carenage as well.

15   BY MR. BABBITT:

16        Q.   And you knew that before you started

17   attending Carenage, is that right?

18        A.   Yes, the same setup they have in

19   Rue 13 is the same setup they have for Carenage.

20        Q.   Is that why you wanted to attend

21   Carenage?

22        A.   No.  Carenage was closed, they had

23   asked for the building back, so they had to go

24   and move out elsewhere.

25        Q.   Do you mean Carenage was closed, or

1   Rue 13 was closed?

2       A.   Rue 13.  They asked for the building

3   back, so they had to move it elsewhere in

4   another location.

5       Q.   And when Rue 13 closed, you wanted to

6   attend Carenage to continue getting an

7   education?

8       A.   Yes.

9       Q.   Any other reasons you wanted to go to

10  Carenage?

11      A.   Yes, for the school, because schooling

12  is something which is very important.

13      Q.   Before you attended Carenage, did

14  anyone tell you that Doug Perlitz was sexually

15  abusing students at Carenage?

16      A.   No.

17      Q.   Before you attended Carenage, did

18  anyone tell you that Doug Perlitz was sexually

19  abusing students at the Village?

20      A.   No.

21      Q.   Before you attended Carenage, did

22  anyone tell you that Doug Perlitz was gay?

23      A.   No.

24      Q.   Before you attended Carenage, did

25  anyone suggest or hint to you that Doug Perlitz

```
 1    was sexually abusing students anywhere at PPT?

 2         A.   Before I went to Carenage?

 3         Q.   Yes.

 4         A.   No.

 5         Q.   Before you started attending the

 6    Village, did you know anyone who attended the

 7    Village?

 8         A.   No.

 9         Q.   Before you attended the Village, did

10    you know that the students who went to school at

11    the Village were fed there?

12              MR. STEWART:  Objection.

13         A.   Yes.

14    BY MR. BABBITT:

15         Q.   Before you attended the Village, did

16    you know that students at the Village had a

17    place to wash?

18              MR. STEWART:  Objection.

19         A.   Before I went to the Village?

20    BY MR. BABBITT:

21         Q.   Yes.

22         A.   Yes, I knew.

23         Q.   Before you attended the Village, did

24    you know that students at the Village learned to

25    read Creole?
```

```
 1        A.   Yes, they taught us to -- they taught

 2   us to write Creole.  But Creole is our language,

 3   still we don't know how to write it well.

 4        Q.   Before you attended the Village, did

 5   you know that students at the Village were

 6   taught math?

 7             MR. STEWART:  Objection.

 8        A.   Yes.

 9   BY MR. BABBITT:

10        Q.   Before you attended the Village, did

11   you know that students at the Village played

12   football, soccer?  His football.

13             MR. STEWART:  Objection.

14        A.   Yes.

15   BY MR. BABBITT:

16        Q.   Were these reasons that you wanted to

17   attend the Village?

18        A.   The reason I went is for the

19   schooling.  The schooling was very important.

20   The other things were there, and I was -- had no

21   issues with that, then that was fine.  But the

22   main reason was the schooling, because schooling

23   is very important.

24        Q.   Are these all the reasons that you

25   attended the Village?
```

 1          A.   Yes, for the school.

 2          Q.   Okay.  Before you attended the

 3     Village, did any person tell you that Doug

 4     Perlitz was sexually abusing students at the

 5     Village?

 6               MR. STEWART:  Objection.

 7          A.   No.

 8     BY MR. BABBITT:

 9          Q.   Before you attended the Village, did

10     any person suggest or hint that Doug Perlitz was

11     sexually abusing students at the Village?

12               MR. STEWART:  Objection.

13          A.   No.

14     BY MR. BABBITT:

15          Q.   There was a wall around the Village,

16     was there not?

17          A.   Yes.

18          Q.   Did you ever see graffiti on the wall

19     relating to Doug Perlitz?

20               MR. STEWART:  Objection.

21     BY MR. BABBITT:

22          Q.   Let's start with ever.

23          A.   Are you speaking about when I was

24     already in the Village?

25          Q.   Well, let's start there.

```
 1              When you were attending the Village,

 2   did you ever see graffiti on the wall in which

 3   Doug Perlitz was mentioned?

 4              MR. STEWART:  Objection.

 5        A.   No.

 6   BY MR. BABBITT:

 7        Q.   At any other time before or after you

 8   were attending the Village, did you see graffiti

 9   on the wall that mentioned Doug Perlitz?

10              MR. STEWART:  Objection.

11        A.   No.

12   BY MR. BABBITT:

13        Q.   Did you ever hear anybody, any

14   students at PPT, talk about graffiti on the wall

15   that mentioned Doug Perlitz?

16              MR. STEWART:  Objection.

17        A.   No.

18   BY MR. BABBITT:

19        Q.   Did you ever hear any students argue

20   with Doug Perlitz, demanding that Doug give them

21   money?

22              MR. STEWART:  Objection.

23        A.   No.

24   BY MR. BABBITT:

25        Q.   When you were a student at the
```

Confidential - Subject to Further Confidentiality Review

```
 1    Village, did you ever hear that Doug Perlitz was

 2    paying, or giving money, or paying money to

 3    students at the Village?

 4         A.   No.

 5         Q.   Before you started attending Rue 13,

 6    had you ever heard of the name the American

 7    Association of the Order of Malta?

 8         A.   No.

 9         Q.   Before you started attending Carenage,

10    did you hear the name of the American

11    Association of the Order of Malta?

12         A.   No.

13         Q.   At any time before you started

14    attending the Village, did you ever hear the

15    name the American Association of the Order of

16    Malta?

17         A.   No.

18         Q.   At any time before PPT closed, did you

19    hear the name the American Association of the

20    Order of Malta?

21         A.   No.

22              MR. BABBITT:  Thank you.  I have

23    nothing further.

24              THE VIDEOGRAPHER:  Going off the

25    record.  The time is 4:52.
```

```
 1              (Whereupon, a recess was taken.)

 2              THE VIDEOGRAPHER:  Back on the record.

 3     The time is 5:01.

 4                     EXAMINATION

 5     BY MR. O'NEILL:

 6         Q.   Mr. Emile, my name is Timothy O'Neill.

 7     I introduced myself at the beginning.  I am the

 8     attorney for Paul Carrier.

 9              Now, when the first attorney was

10     questioning you, Mr. Emile, he asked you -- or

11     you told him in response to one of his questions

12     that you went to see Cyrus Vance to help you

13     find justice.

14              MR. STEWART:  Who is Cyrus Vance?

15     BY MR. O'NEILL:

16         Q.   Cyrus Sibert.  Sorry.  Cyrus Vance was

17     an attorney general, I think.  Cyrus Sibert.

18         A.   Yes.

19         Q.   And I believe you also testified at

20     that time that after you went to see Cyrus

21     Sibert, at that time he referred you to counsel,

22     is that correct?

23         A.   Yes.

24         Q.   And you retained counsel on August 13,

25     2013, I believe, is that correct?
```

```
 1        A.    I don't remember.

 2        Q.    Well, let's look at your

 3   interrogatories.

 4              Your answers to interrogatories were

 5   the truth, the whole truth, weren't they?

 6              MR. STEWART:  Objection.

 7        A.    Yes.

 8   BY MR. O'NEILL:

 9        Q.    And in fact, you looked at them with

10   the help of counsel and agents, perhaps, you

11   looked at them with a Bic pen in your hand so

12   you could make changes, is that right?

13        A.    Yes.

14        Q.    Even though you can't write and read?

15              MR. STEWART:  Objection.

16        A.    Well, the interpreters were reading

17   them for me, so I was making the corrections.

18   BY MR. O'NEILL:

19        Q.    How were you making the corrections,

20   with the Bic pen?

21        A.    With a Bic.

22        Q.    How did you read the words?

23              MR. STEWART:  Objection.

24        A.    The interpreters were reading, and I

25   was making the corrections with a Bic.
```

```
 1   BY MR. O'NEILL:

 2        Q.   You have -- do you have these answers

 3   to interrogatories?  It's an exhibit, I'll give

 4   you that (handing).  It's Number 1.

 5             If you look at number 12 on the

 6   exhibit list, you can look at the Creole if you

 7   want with the help of the interpreter, he'll

 8   read it for you.

 9             THE INTERPRETER:  This is in English,

10   isn't it?

11             MR. O'NEILL:  There's Creole at the

12   end, the second part.  There's English, and then

13   after that there's Creole.

14             THE INTERPRETER:  I don't see the

15   Creole.  It doesn't matter.

16             MR. O'NEILL:  It should be in there.

17             THE INTERPRETER:  We can use the

18   English or the Creole.  Do you want to use the

19   English or the Creole?  Either way.  I'll read

20   the interrogatory.

21             MR. O'NEILL:  Okay.  I'll check the

22   Creole.

23   BY MR. O'NEILL:

24        Q.   The Interrogatory Number 12 says

25   "Please state when you first retained counsel in
```

```
 1    this matter and who referred you to counsel."

 2    You said, "I was referred to counsel by Cyrus

 3    Sibert.  I do not know where he resides.  I

 4    retained counsel in approximately August of

 5    2013."

 6              Does that remind you of your answer to

 7    the interrogatories that you retained counsel

 8    approximately August of 2013?

 9              MR. STEWART:  Objection.

10        A.   I don't remember which date.

11    BY MR. O'NEILL:

12        Q.   Well, you said in answer to an

13    interrogatory under oath that it was

14    approximately August 13th.  Doesn't that help

15    you remember that it was August 13th,

16    approximately, of 2013?

17              MR. STEWART:  Objection.  Asked and

18    answered.  Also misstates what it says right

19    before you, Counsel.

20              MR. O'NEILL:  Wait a minute.  Make

21    your objection, please.  Don't make a talking

22    objection.

23              MR. STEWART:  I've made my objection.

24              MR. O'NEILL:  Just say objection.

25              MR. STEWART:  Well, you keep saying
```

```
 1    the same thing over and over again.

 2    BY MR. O'NEILL:

 3         Q.   Did you state under oath in your

 4    answers to interrogatories that you retained

 5    counsel approximately August, 2013?

 6              MR. STEWART:  Objection.

 7         A.   Yes.

 8    BY MR. O'NEILL:

 9         Q.   All right.  So when you signed those

10    interrogatories, if you look at your signature

11    on the back of the Creole one, they're signed

12    June 20, 2014.  Do you see that?

13              MR. STEWART:  Objection.  Objection.

14         A.   Yes.

15    BY MR. O'NEILL:

16         Q.   Okay.  Where were they signed?

17         A.   In the hotel.

18         Q.   Which hotel?

19         A.   Mont Jolie.

20         Q.   What?

21              THE INTERPRETER:  M-O-N-T J-O-L-I-E,

22    two words.

23         Q.   Who was present?

24         A.   My interpreters and the lawyer.

25         Q.   Okay.  What was the lawyer's name.
```

1    Not what he said, but what was his name?

2            MR. STEWART:  Objection.

3        A.   I don't remember.

4    BY MR. O'NEILL:

5        Q.   You don't remember who the lawyer was?

6            MR. STEWART:  Objection.

7    BY MR. O'NEILL:

8        Q.   Is that your answer, you don't

9    remember who the lawyer was?

10           MR. STEWART:  Objection.

11       A.   Yes, I remember that the lawyer was

12   Mitch.

13   BY MR. O'NEILL:

14       Q.   Okay.  Any other lawyers present that

15   you remember?

16       A.   I don't remember the names of the

17   other ones.

18       Q.   Cyrus Sibert was present?

19       A.   Yes, he was next --

20       Q.   Was --

21           MR. STEWART:  Hold on, the answer was

22   not completed, sir.

23           MR. O'NEILL:  It wasn't completed?

24       A.   He was next --

25           THE INTERPRETER:  Next to something.

```
 1    It's unclear.

 2    BY MR. O'NEILL:

 3         Q.   Okay.  Finish it.  Next to what?

 4         A.   He was sitting somewhere else.

 5         Q.   Where?

 6              MR. STEWART:  Objection.

 7         A.   Next on the other side.

 8    BY MR. O'NEILL:

 9         Q.   Well, you're at the hotel, you have to

10    try to tell us where he was sitting compared to

11    where you were sitting.

12         A.   Yes, in the same hotel, but he wasn't

13    sitting next to me, he was sitting somewhere

14    else.

15         Q.   All right.  But you don't know where?

16         A.   On another table.

17              MR. STEWART:  Objection.

18    BY MR. O'NEILL:

19         Q.   Another table near where you were?

20         A.   No.

21         Q.   How far away?

22         A.   A bit of distance.

23         Q.   What's a bit of distance?  Can you

24    estimate it for us?

25         A.   For example, if I were sitting over
```

```
 1   here, he would be sitting over there where the

 2   other lawyer is.

 3        Q.   Okay.  Which other lawyer?  There's a

 4   bunch of them there.

 5        A.   At the end of the table.

 6        Q.   Okay.  How many feet is that, would

 7   you say?

 8             MR. STEWART:  Objection.

 9        A.   I don't know.

10   BY MR. O'NEILL:

11        Q.   Okay.  You're guessing, aren't you?

12             MR. STEWART:  Objection.

13        A.   No.

14   BY MR. O'NEILL:

15        Q.   You're telling me an accurate

16   distance?

17             MR. STEWART:  Objection.

18        A.   The distance is as follows.  If I were

19   sitting at this end of the table there, Cyrus

20   would be sitting at the other end of the table

21   over there.

22   BY MR. O'NEILL:

23        Q.   That is approximately 12 places or 12

24   chairs separate from where you pointed to where

25   you said that Cyrus was, is that about right?
```

 1             MR. STEWART:  Objection.

 2        A.   Yes.

 3   BY MR. O'NEILL:

 4        Q.   All right.  Now, you said to the first

 5   lawyer when he asked you about your going to

 6   Cyrus to find justice, you said you already knew

 7   that a group of students had been given money,

 8   isn't that correct?

 9        A.   They had already found their justice.

10        Q.   You knew that they had received money,

11   didn't you?

12             MR. STEWART:  Objection.

13        A.   Yes.

14   BY MR. O'NEILL:

15        Q.   In fact, you knew that some of them

16   were driving around Cap-Haïtien in very fancy

17   cars and automobiles and SUVs, didn't you?

18        A.   I didn't see them.  I knew that they

19   had cars, but I never saw it.  But I knew that

20   they had gotten their justice.

21        Q.   Well, does getting justice mean

22   getting money in your mind?

23             MR. STEWART:  Objection.

24        A.   No, I've heard them speak about

25   justice, so I was listening to find out what it

```
 1    was, and I went to Cyrus to help him find my own

 2    justice.  But it's the judge that knows what the

 3    justice is.

 4    BY MR. O'NEILL:

 5         Q.   The judge.  What judge?

 6         A.   The judge.

 7         Q.   Which judge?

 8              MR. STEWART:  Objection.

 9         A.   The judge that will be deciding.

10    BY MR. O'NEILL:

11         Q.   And so if the judge decides to give

12    you justice without giving you money, would you

13    understand that you'd been given justice?

14              MR. STEWART:  Objection.

15         A.   Yes.

16    BY MR. O'NEILL:

17         Q.   Okay.  So you can go through all of

18    this, and if the judge gives you justice but no

19    money, you will think that you have justice?

20         A.   Yes.

21         Q.   Okay.  And what does justice mean,

22    then, if it doesn't mean money?

23              MR. STEWART:  Objection.

24         A.   No.  It's the judge that knows what

25    the justice is.
```

```
 1    BY MR. O'NEILL:

 2         Q.   But you're using the word justice,

 3    you're seeking your justice.  Tell me what you

 4    mean by it.

 5              MR. STEWART:  Objection.

 6         A.   No, it's justice that I am seeking,

 7    but it's the judge who will know what to give me

 8    for the justice that I'm seeking.

 9    BY MR. O'NEILL:

10         Q.   Well, what are you seeking?  If you

11    can't tell me what it is, how will the judge

12    know what it is?

13              MR. STEWART:  Objection.

14         A.   The judge knows, the judge knows what

15    that is.  He knows what he will decide.

16    BY MR. O'NEILL:

17         Q.   Okay.  I don't think I'll go any

18    further there.

19              Let's look at the complaint that's

20    been marked Exhibit 4.

21              (Whereupon, Emile Exhibit Number 4,

22              Complaint and Jury Trial Demand, was

23              marked for identification.)

24    BY MR. O'NEILL:

25         Q.   Have you ever seen the Complaint that
```

```
 1    was filed before a judge in Federal Court in

 2    Connecticut in your name?  I'll show you it,

 3    Exhibit 4 (handing).

 4         A.   No.

 5         Q.   Have you ever seen that before?

 6         A.   No.

 7         Q.   Did you know that a Complaint in your

 8    name was going to be filed on your behalf in

 9    Connecticut?

10              MR. STEWART:  I'm going to instruct

11    him not to answer as to anything -- any

12    conversations that he had with his attorneys,

13    I'm going to direct him not to answer.

14              MR. O'NEILL:  Look, I'm sick of

15    hearing that objection.  I'm not asking for

16    anything that his attorney said.

17              MR. STEWART:  I'm making an objection.

18              MR. O'NEILL:  You're giving him a

19    signal not to answer the question.

20              MR. STEWART:  I'm going to instruct

21    him.  I don't need to give him a signal, I'm

22    going to say to him do not answer that question.

23              MR. O'NEILL:  Because why?

24              MR. STEWART:  If you would stop with

25    the horrible interruptions.
```

```
 1              MR. O'NEILL:  This is about the
 2    hundredth objection like this that we've seen.
 3    Give me a basis for it.
 4              MR. STEWART:  The basis is you're
 5    asking him what he was told.
 6              MR. O'NEILL:  I'm not.  I'm asking
 7    what he knows.
 8              MR. STEWART:  You are asking him to
 9    relate what he was told.
10              MR. O'NEILL:  I am not.
11              MR. STEWART:  Sir, I know you want to
12    keep saying the same thing over and over, but
13    you have to let me say my part, and then you can
14    interrupt and say whatever, but I need to put
15    the whole thing on the record.
16              MR. O'NEILL:  Put it on, because we'll
17    come back and do his deposition to get it again,
18    I'm telling you that right now.
19              MR. STEWART:  What I'm saying to you
20    is you are asking him to provide information
21    that he was told by his attorneys.
22              MR. O'NEILL:  That's what you're
23    saying.  I'm asking what he knows.  And I'll
24    repeat, reading what I asked him before the
25    interruption.
```

```
 1   BY MR. O'NEILL:

 2       Q.   Did you know that a Complaint in your

 3   name was going to be filed on your behalf in

 4   Connecticut?

 5             MR. STEWART:  I still think it's

 6   objection.

 7             MR. O'NEILL:  You're telling him not

 8   to answer that question?

 9             MR. STEWART:  If it makes you happy

10   and it will move you along --

11             MR. O'NEILL:  It would make me

12   delighted.

13             MR. STEWART:  I would love to see

14   that.

15             Read it.  Do you know the question,

16   Mr. Interpreter?

17             Without telling what you were told

18   by -- tell him without saying exactly what he

19   was told by his attorneys, he can answer that

20   question.

21             Are we in agreement.

22             MR. O'NEILL:  I would love that.  Tell

23   Mitch that also.

24             MR. STEWART:  Sir, it's not necessary

25   to be nasty.  Let's just finish this up, please.
```

Confidential - Subject to Further Confidentiality Review

 1            THE INTERPRETER:  Sir, would you mind

 2    repeating the question so I have it fresh?

 3            MR. O'NEILL:  I'm reading it from what

 4    it was before, on line 108, line 13.

 5    BY MR. O'NEILL:

 6        Q.   Did you know that a Complaint in your

 7    name was going to be filed on your behalf in

 8    Connecticut?  And keeping in mind your

 9    attorney's words not to mention what was told to

10    you by any attorney in your words.

11        A.   No, I didn't know.

12        Q.   Okay.  The date of the Complaint is

13    filed -- could I see Exhibit 4?  This is an

14    exhibit in the case, and it's dated November 7,

15    2013.

16            Now, having in mind that you went

17    seeking justice to Cyrus Sibert in August -- or

18    before August, that you retained an attorney

19    approximately in August, and that this Complaint

20    was filed with your name on it on or around

21    November of 2013, the first thing the Complaint

22    says, and we'll read it -- could I have it again

23    -- maybe not the very first, there's a long

24    prologue.  We have to go to around -- I think

25    it's around 93 or 94, so let's do that,

1   paragraph.

2           Paragraph 99 of this complaint in

3   English reads, and I'll read it for you, "In or

4   around 2005, when Plaintiff Jean Moise Emile was

5   approximately 16 years of age, Defendant

6   Perlitz, while in Haiti, engaged in explicit

7   sexual behavior and lewd and lascivious behavior

8   with the Plaintiff, including but not limited to

9   illicit sexual conduct with the Plaintiff."

10          Did Douglas Perlitz abuse you in or

11  around 2005?

12          MR. STEWART:  Objection.

13      A.   No, it was in 2006, at the beginning

14  of the school year in 2006.

15  BY MR. O'NEILL:

16      Q.   And at the beginning of the school

17  year in 2006, you were 16 years old?

18      A.   I don't remember.

19      Q.   Well, when were you born?

20          MR. STEWART:  Objection.

21      A.   I was born June 1, 1989.

22  BY MR. O'NEILL:

23      Q.   Doesn't that help you tell us how old

24  you were in 2006?

25          MR. STEWART:  Objection.

```
 1        A.   No.
 2   BY MR. O'NEILL:
 3        Q.   Can you count?
 4             MR. STEWART:  Objection.
 5        A.   No.
 6   BY MR. O'NEILL:
 7        Q.   You can't count?
 8             MR. STEWART:  Objection.
 9   BY MR. O'NEILL:
10        Q.   Now, you went to the first grade, you
11   already testified, at St. Vincent de Paul school
12   from the first to the third grade, is that
13   correct?
14        A.   Yes, second and third.
15        Q.   And then you went to Rue 13?
16        A.   Yes.
17        Q.   And you then went to there for the
18   first and second grade?
19        A.   Yes.
20        Q.   And your first to third grade at
21   St. Vincent de Paul was 2001 to 2003, isn't that
22   correct?
23        A.   Yes.
24        Q.   And then the Rue 13 was 2003 to 2004,
25   and 2004 to 2005, the first and second grade
```

Confidential - Subject to Further Confidentiality Review

1    there, is that right?

2         MR. STEWART:  Objection.

3         A.   Second and third.

4    BY MR. O'NEILL:

5         Q.   And then you went to the Carenage

6    2005-'6, and 2006-'7 for the second grade and

7    the third grade, right?

8         MR. STEWART:  Objection.

9         A.   Yes, second and third.

10   BY MR. O'NEILL:

11        Q.   And then you went to the Village in

12   2007, you testified, I believe, and that would

13   be when you were 17 to 18?

14        MR. STEWART:  Objection.

15        A.   Yes.

16   BY MR. O'NEILL:

17        Q.   So that's at least six years of

18   school, and you're still not out of the third

19   grade, correct?

20        A.   No.  Every time I go they put me back

21   to the same grade again.

22        Q.   Your marks weren't very good, were

23   they?

24        MR. STEWART:  Objection.

25        A.   No.

```
 1   BY MR. O'NEILL:

 2        Q.   So when you say and you claim you

 3   heard Hope Carter and others, apparently

 4   including Paul Carrier, promising children

 5   assembled, including yourself, that they with

 6   good marks and good attendance had an

 7   opportunity to go to Fairfield University, you

 8   at 18 years of age didn't think that was

 9   addressed to you, did you?

10             MR. STEWART:   Objection.

11        A.   No, for all of us.

12   BY MR. O'NEILL:

13        Q.   Well, did you feel that you had a good

14   chance to go to Fairfield University based on

15   what was said?

16        A.   Yes, if I finished my school.

17        Q.   Well, you were already 18, is that

18   correct?

19             MR. STEWART:   Objection.

20        A.   Yes.

21   BY MR. O'NEILL:

22        Q.   In fact, in your answers to

23   interrogatories, you said what you hoped to get

24   out of the Village was to learn to be a welder,

25   isn't that right?
```

Confidential - Subject to Further Confidentiality Review

```
 1              MR. STEWART:  Objection.

 2         A.   Yes.

 3    BY MR. O'NEILL:

 4         Q.   Okay.  Now, I'm a little confused, and

 5    I wonder if you can help me with what you have

 6    said about your family.

 7              Your father was Emile Jerome, is that

 8    correct?

 9         A.   No.  Pierre Jérémie.

10         Q.   Your father was who?

11         A.   He was a person.

12         Q.   What was your father's name?

13         A.   Pierre Jérémie.

14         Q.   Pierre Jaime?

15         A.   Pierre Jérémie.

16         Q.   If you look at the Interrogatory

17    Answer Number 4, please, I'll read it, and the

18    interpreter can interpret it.  The question is,

19    "With regard to your family, please identify

20    your parents, all of your siblings (including

21    biological, step, adopted, or foster siblings),

22    and all of your children (including biological,

23    adopted, step, and/or foster children)."  That's

24    the question.

25              I'll let you translate that.  That's
```

Confidential - Subject to Further Confidentiality Review

```
 1   the question.
 2           Your answer on Interrogatory 4 is, "My
 3   father's name was Emile Jérémie" who is
 4   deceased.  "My mother's name is Medeline Bruno,
 5   who lives in Champin, Cap-Haïtien and is not
 6   working."
 7           MR. STEWART:  Objection.
 8   BY MR. O'NEILL:
 9       Q.  Isn't it the case, Mr. Emile, and
10   isn't it the practice in Haiti that a son would
11   be called after -- or a daughter, would use the
12   father's name, such as you have, using Emile?
13           MR. STEWART:  Objection.
14   BY MR. O'NEILL:
15       Q.  Your brother Emile Fredelin uses the
16   name Emile as you do, isn't that right?
17       A.  Yes.
18       Q.  And the other brothers that you list
19   here use the last name of Pierre, Samuel Pierre,
20   Ninelson Pierre, and a sister Fredeline Pierre.
21   My question is, isn't that because your mother
22   had those three children with a man whose last
23   name was Pierre?
24       A.  Well, he's the man who is the father,
25   that's how I found the name, so I gave it as it
```

```
 1    was.

 2         Q.   Who is the man who is the father?

 3         A.   Pierre Jérémie.

 4         Q.   Not Emile Jérémie?

 5              MR. STEWART:  Objection.

 6    BY MR. O'NEILL:

 7         Q.   You're saying your father's name is

 8    not Emile Jérémie, but Pierre Jérémie?

 9         A.   Yes.

10         Q.   So did you give a wrong name when you

11    answered your interrogatories and called him

12    Emile Jérémie?

13         A.   I don't know.

14         Q.   You don't know.  All right.

15              Prior introduction was Exhibit 2 and

16    3.  Exhibit 3 is a visa to come into the

17    Dominican Republic.  Would you look at that

18    (handing)?

19              Was it your testimony that you've

20    never seen that before?

21         A.   Yes.

22         Q.   How did you get into the Dominican

23    Republic if that wasn't shown at the border?

24              MR. STEWART:  Objection.

25         A.   I simply showed them my passport.  I
```

 1    showed them my passport, and then after that

 2    they let me in.  But I hadn't looked at this

 3    before.

 4    BY MR. O'NEILL:

 5        Q.   Okay.  And how long have you known

 6    that you were coming here for a deposition?

 7             MR. STEWART:  Objection.

 8        A.   I don't know.

 9    BY MR. O'NEILL:

10        Q.   When did you first find out that you

11    were coming here for a deposition?

12        A.   I don't know.  I just went to the

13    station, they called my name, and I went in.

14        Q.   That's only last week.  Are you saying

15    you only knew you were going to be deposed last

16    week?

17        A.   No.

18        Q.   So you knew before that?

19        A.   I simply went to the station, they

20    handed me the passport, I went on the bus, and I

21    came in.

22        Q.   That was a week ago?

23             MR. STEWART:  Objection.

24    BY MR. O'NEILL:

25        Q.   Or rather, that was Monday?  You came

```
 1   here Monday, didn't you, of this week?

 2       A.   Yes.

 3       Q.   So you didn't know until Monday of

 4   this week that you were going to be deposed?

 5       A.   Yes, I came in Monday, and today I

 6   knew.

 7       Q.   Today you knew what?

 8       A.   I knew I was going to do a deposition.

 9       Q.   And that was the first time you knew

10   it was today?

11       A.   No.  I knew that, but it's only today

12   that I knew I was going to do it.

13       Q.   When did you know that?

14       A.   Since Monday.

15       Q.   Since Monday.

16            You notice the date on your visa?

17            MR. STEWART:  Objection.

18   BY MR. O'NEILL:

19       Q.   Do you see the date?  I'll point it

20   out.

21            MR. STEWART:  Wait for a question.

22            I'm sorry, sir, is there a question?

23            MR. O'NEILL:  Yes.  Does he see the

24   date of the visa.

25   BY MR. O'NEILL:
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   Do you see it says 21 October, 2015?

 2        A.   Yes.

 3        Q.   That's only about a week ago, isn't

 4   it?

 5        A.   Yes.

 6        Q.   Do you know who got you this visa?

 7        A.   No.

 8        Q.   Did you know who you were going to be

 9   coming with to be deposed?  The other three

10   people that were named as supposedly to come

11   here for depositions, did you know their names?

12             MR. STEWART:  Objection.

13        A.   No.

14   BY MR. O'NEILL:

15        Q.   You didn't have any idea who they

16   were?

17        A.   No.

18        Q.   Now, going back to Cyrus Sibert, how

19   did you know that Cyrus Sibert could help you

20   find justice, as you've described it, or failed

21   to describe it, as the case may be?

22             MR. STEWART:  Objection.  Objection.

23        A.   I had explained that to him.  He took

24   my phone number.

25   BY MR. O'NEILL:
```

```
 1        Q.   The question, think of the question,

 2   the question is, how did you know that Cyrus

 3   Sibert was a person that you would go to to find

 4   justice for you?

 5             MR. STEWART:  Objection.

 6        A.   It's because I had heard people speak

 7   about him.

 8   BY MR. O'NEILL:

 9        Q.   You'd heard people speak about the

10   money that people got, didn't you?

11        A.   No.  I heard them speak about justice.

12   I heard them say that they had found their

13   justice.

14        Q.   Who said this?

15        A.   People in the street.

16        Q.   Wait a minute.  Don't you know any

17   names?

18             MR. STEWART:  Objection.

19   BY MR. O'NEILL:

20        Q.   Are you wandering around without

21   knowing who said what?

22             MR. STEWART:  Objection.

23        A.   It's in the street that I heard this.

24   BY MR. O'NEILL:

25        Q.   In 2013?
```

```
 1        A.    I don't remember.

 2        Q.    Well, you know that you went to Cyrus

 3   Sibert at some point before August 13th, 2013?

 4              MR. STEWART:  Objection.

 5        A.    I don't remember.

 6   BY MR. O'NEILL:

 7        Q.    Didn't you go with a big crowd of

 8   young men after you heard about the money that

 9   had hit the streets in Cap-Haïtien and march on

10   Cyrus Vance's radio station or house, whatever

11   he uses?

12              MR. STEWART:  Objection.

13   BY MR. O'NEILL:

14        Q.    Didn't you do that with Wisky Jerome

15   and some other kids?

16              MR. STEWART:  Objection.

17              THE INTERPRETER:  The interpreter

18   requests a clarification.  Sir, are you

19   referring to Cyrus Sibert?

20              MR. O'NEILL:  Yes.  No.  Didn't he

21   go --

22   BY MR. O'NEILL:

23        Q.    Didn't you go with a big crowd of

24   young men after you heard about the money that

25   hit the streets in Cap-Haïtien and march on --
```

 1   you're right -- Cyrus Sibert's radio station or

 2   house, whatever he uses?

 3           MR. STEWART:  Objection.

 4       A.   No.  It's just that I wanted to see

 5   him, so I went to the town, and I went to my

 6   friend Pierre Jacky, and he showed me where to

 7   go.

 8   BY MR. O'NEILL:

 9       Q.   But you knew, you already knew you

10   wanted to go to Cyrus Sibert, didn't you, before

11   you talked to your friend Pierre Jacky?

12           MR. STEWART:  Objection.

13       A.   Yes, I had heard people speak about

14   him, and I wanted to see him.

15   BY MR. O'NEILL:

16       Q.   So you heard unnamed people, that you

17   can't tell us who they were, speak about Cyrus

18   Sibert?

19       A.   No.

20       Q.   No, that you didn't hear from unnamed

21   people that you were to -- that you could speak

22   to Cyrus Sibert?  That's a question.

23       A.   Could you clarify the question,

24   please?

25       Q.   I asked you before, so you heard

```
 1   unnamed people -- from unnamed people, that you
 2   can't tell us who -- that you can't tell us who
 3   they were, speak about Cyrus Sibert, didn't you
 4   tell us that?  You said no.  So I was asking,
 5   didn't you tell us that, basically.
 6          MR. STEWART:  Objection.
 7      A.   It's because it's people who were in
 8   the street, I don't know who they are.  I've
 9   heard those people in the street speak, I don't
10   know their names.
11   BY MR. O'NEILL:
12      Q.   As of this time in 2013, just before
13   you go to Cyrus Sibert to find justice for you,
14   you have never told anyone that you were abused,
15   is that correct?
16      A.   No.
17      Q.   And that's seven long years you don't
18   mention it to any one person?
19      A.   No.
20      Q.   No what?
21      A.   No, I never told anyone anything.
22      Q.   If you look at Interrogatory 24, and
23   I'll read it for you, you say in the question --
24   the question is of 24, "Identify all persons who
25   you believe actually knew that Perlitz was
```

```
 1   sexually abusing you at any time prior to

 2   September 15, 2009, and for each such person,

 3   state the basis of your belief."

 4           And you say, "I do not personally know

 5   who knew before September 15, 2009 that Douglas

 6   sexually abused me."

 7           My question is, who knew after

 8   September 15, 2009 that Douglas abused you?

 9           MR. STEWART:  Objection.

10      A.   Nobody.

11   BY MR. O'NEILL:

12      Q.   You've mentioned a person called Pina.

13   Did Pina tell you he was sexually abused by Doug

14   Perlitz, Douglas Perlitz?

15      A.   No.

16      Q.   Your answer to Interrogatory Number 23

17   is, "A student named Pina said Douglas abused

18   him."  Didn't you say that in your answers to

19   interrogatories?

20      A.   No.  No.

21      Q.   So your Bic pen missed that?  You

22   should have crossed that out, shouldn't you?

23           MR. STEWART:  Objection.

24           Let's take a break after this one.

25      A.   I didn't know.
```

```
 1                MR. STEWART:  Let's take a break.

 2   BY MR. O'NEILL:

 3        Q.   But it's not true to say --

 4                MR. STEWART:  Wait.  Wait.

 5                MR. O'NEILL:  I'm sorry.

 6                MR. STEWART:  We're taking a break.

 7                MR. O'NEILL:  What?

 8                MR. STEWART:  We're taking a break.

 9                MR. O'NEILL:  You're taking a break?

10                MR. STEWART:  He answered.  Didn't he

11   answer your question?  Did you get an answer to

12   your question?

13                MR. O'NEILL:  Let me think.

14                MR. STEWART:  I thought he answered.

15                MR. O'NEILL:  My question --

16   BY MR. O'NEILL:

17        Q.   No, you didn't answer the question.  I

18   said, sir, your Bic pen missed that, you should

19   have crossed that out, shouldn't you?  And you

20   said you didn't know.  That's not an answer to

21   my question.  So I want an answer to that

22   question.

23        A.   Yes, I didn't know.  And I saw them

24   kick him out, but I didn't know whether it was

25   because of that reason.
```

```
 1              MR. STEWART:  All right.  Let's take a

 2    break.

 3              MR. O'NEILL:  Okay.

 4              MR. STEWART:  Let's check the time.

 5              THE VIDEOGRAPHER:  Going off the

 6    record.  The time is 5:59.

 7              (Whereupon, a recess was taken.)

 8              (Nathalie Coupet now interpreter.)

 9              THE VIDEOGRAPHER:  Back on the record.

10    The time is 6:11.

11              MR. O'NEILL:  All right.  Everyone

12    ready?

13              THE INTERPRETER:  Yes.

14    BY MR. O'NEILL:

15       Q.   Okay.  Looking at Interrogatory Number

16    26, your answer which you gave under oath, you

17    said in the first sentence of that, and I'm

18    going to break it down, "I believe all the staff

19    who used to work at Project Pierre Toussaint

20    knew that Douglas was abusing kids."

21              MR. O'NEILL:  You can read that.

22       Q.   Now, my question is, having read that

23    answer that you gave, I'm not interested in what

24    you believe, I want to know what facts you base

25    the statement that all the staff knew that
```

 1    Douglas was abusing kids, what facts that you

 2    know are the basis of that statement.

 3             MR. STEWART:  Objection.

 4        A.   Yes, they knew.  They didn't want to

 5    lose their jobs.  They kept is as a secret.

 6    BY MR. O'NEILL:

 7        Q.   You're not answering my question, with

 8    all due respect.

 9             The question is, what facts do you

10    base that -- what did you know, what facts did

11    you know that's the basis of the statement that

12    Douglas was abusing kids, that that was known to

13    all the staff that Douglas was abusing kids?

14    What's your basis for saying that?  What are the

15    facts?

16             MR. STEWART:  Objection.

17        A.   It was the teachers, they knew, but

18    they didn't say anything because they were

19    afraid to lose their jobs when they would call

20    the children fags.

21    BY MR. O'NEILL:

22        Q.   How did you know that the whole staff

23    knew that Perlitz was abusing the kids?  What

24    facts do you know?

25             MR. STEWART:  Objection.

```
 1   BY MR. O'NEILL:

 2       Q.   Is it just something you heard from

 3   others and didn't know yourself?  Tell me the

 4   facts.

 5            MR. STEWART:  Objection.

 6       A.   Yeah, he did that to me.  I knew he

 7   had done that to me.

 8   BY MR. O'NEILL:

 9       Q.   That's nothing to do with the question

10   I asked you.

11            What facts do you know that justifies

12   you saying that Douglas -- that the whole staff

13   knew that Douglas was abusing kids?  What facts

14   is in your head that you know and you can state

15   right here?

16       A.   No, I didn't know anything.

17            MR. O'NEILL:  Your witness, Rebecca.

18            THE VIDEOGRAPHER:  Going off the

19   record.  The time is 6:16.

20            (Whereupon, a recess was taken.)

21            THE VIDEOGRAPHER:  Back on the record.

22   The time is 6:24.

23                   EXAMINATION

24   BY MS. COBBS:

25       Q.   Good evening, Mr. Emile.  I introduced
```

Confidential - Subject to Further Confidentiality Review

```
 1    myself earlier today.  My name is Rebecca Cobbs,

 2    and I represent the Society of Jesus of New

 3    England.

 4             And, Mr. Emile, you understand that

 5    you are still under oath?

 6        A.   Yes.

 7        Q.   And please let me know if you need to

 8    take a break at any time, and we can take a

 9    break.

10        A.   I'm okay.

11        Q.   Mr. Emile, what do you like to do for

12    fun?

13        A.   I play basketball, play ball, play

14    square ball.

15        Q.   Do you do anything else in your

16    leisure time?

17        A.   No.

18        Q.   Mr. Emile, when you were at Rue 13,

19    were you friends with other students there?

20        A.   No.

21        Q.   About how many students were at

22    Rue 13?

23        A.   There was many children.  I can't

24    count them all.

25        Q.   More than the number of people in this
```

Confidential - Subject to Further Confidentiality Review

```
 1    room right now?

 2        A.   Yes.

 3        Q.   How many times more?

 4        A.   Many, many.

 5             MR. STEWART:  I object.

 6    BY MS. COBBS:

 7        Q.   And you weren't friends with any other

 8    students at Rue 13?

 9        A.   No.

10        Q.   And when you were at Carenage, were

11    you friends with any of the other students at

12    Carenage?

13        A.   No.

14        Q.   Were there more students at Carenage

15    than there were at Rue 13?

16        A.   Yes.

17        Q.   And you weren't friends with any of

18    the students?

19        A.   No.  No.

20        Q.   But while you were at Carenage, did

21    you play on sports teams with the other

22    students?

23             MR. STEWART:  Objection.

24        A.   Yeah, basketball, when I play

25    basketball they want to play, too, we play.
```

```
 1   BY MS. COBBS:

 2        Q.   And did you sit next to other students

 3   while you were at Carenage in the classroom?

 4        A.   Yes, but I don't remember their names.

 5        Q.   And while you were at Carenage, did

 6   you sit next to them while you ate meals?

 7        A.   Yes.

 8        Q.   And would you have conversations with

 9   them?

10        A.   No.

11        Q.   While you were at Carenage, you never

12   had any conversation with your fellow students?

13        A.   No.

14        Q.   While you were at Rue 13, did you ever

15   have any conversations with other students?

16        A.   No.

17        Q.   Did you play on sports teams with

18   other students while you were at Rue 13?

19             MR. STEWART:  Objection.

20        A.   Yes, play ball.

21   BY MS. COBBS:

22        Q.   And did you sit next to other students

23   while you were at Rue 13 in your classes?

24        A.   Yes.

25        Q.   But you never spoke ever with any of
```

```
 1   your other students while you were at Rue 13?

 2            MR. STEWART:  Objection.

 3        A.   No, only the Mrs., the miss.

 4   BY MS. COBBS:

 5        Q.   While you were at the Village, were

 6   you friends with any of the other students

 7   there?

 8        A.   No.

 9        Q.   Did you play on sports teams with them

10   while you were at the Village?

11        A.   Yes, ball.

12        Q.   And you sat with them while you ate

13   your meals?

14        A.   Yes.

15        Q.   And you sat next to them when you took

16   your classes?

17        A.   Yes.

18        Q.   And did you ever have any

19   conversations with any students during your time

20   at the Village?

21        A.   No.

22        Q.   And this is from -- I think you

23   testified earlier that the school day lasted

24   from 7:00 a.m. to 6 or so p.m., is that right?

25        A.   Yes.
```

Confidential - Subject to Further Confidentiality Review

1      Q.   Did you have friends who were not

2   students at the Village?

3      A.   Yes, outside.  Yes, outside the

4   Village.

5      Q.   But never anyone inside?

6      A.   No.

7      Q.   Mr. Emile, I think you testified

8   earlier that there was a conversation in

9   December where Douglas Perlitz translated

10  statements made by Father Carrier and Madame

11  Carter, is that correct?

12     A.   Yes.

13     Q.   Have you told us everything that you

14  remember about the contents of that

15  conversation?

16     A.   No, just that I don't speak English.

17  I didn't hear the conversation because I don't

18  speak English.

19     Q.   Well, during that conversation, Doug

20  Perlitz was translating for Father Carrier and

21  Madame Carrier, is that correct?  I'm sorry,

22  Madame Carter.  Excuse me.

23     A.   Yes.

24     Q.   And have you told us everything based

25  on -- everything that you recall based on what

1   Doug Perlitz translated regarding that

2   conversation in December?

3       A.   Yeah, he said if we did -- finished

4   all our classes and we had a good average, then

5   he had a possibility to send us to the

6   University of Fairfield.

7       Q.   Has Doug Perlitz ever translated any

8   other conversations for Father Carrier while you

9   were there?

10      A.   No.

11      Q.   Have you ever been involved in any

12  other conversations with Father Carrier?

13      A.   No.

14      Q.   Has anyone ever translated anything on

15  behalf of Father Carrier, other than Doug

16  Perlitz, during that December conversation?

17      A.   No.

18      Q.   Have you ever personally spoken to

19  Father Carrier?

20      A.   No.

21      Q.   Has Father Carrier ever spoken

22  directly to you?

23      A.   No.

24      Q.   Mr. Emile, have you ever heard of the

25  Society of Jesus of New England?

 1        A.    Yes, I've heard people talk about it.

 2        Q.    And what have you heard people talk

 3    about?

 4        A.    Yes, they said that Father Paul and

 5    the other, Sylvester, these are two people who

 6    were Jesuits, and they were learning to become

 7    priests.

 8        Q.    Who is "they" when you said they said

 9    that Father Paul and Sylvester were studying to

10    be Jesuits?

11        A.    The kids.

12        Q.    Do you remember any of the kids'

13    names?

14        A.    No.  They were just going, walking by,

15    just walking by.  I heard them say it, say that,

16    and I saw Father Paul praying inside the chapel,

17    that's how I knew.

18        Q.    Was this while you were at the

19    Village?

20        A.    Yes.

21        Q.    Other than this one occasion where you

22    heard students passing by mention that Father

23    Carrier was -- and Sylvester were Jesuits, have

24    you heard anyone else say anything about the

25    Jesuits?

```
 1      A.   No.  No.

 2      Q.   Do you know anything else about the

 3   Jesuits?

 4      A.   No.

 5           MR. STEWART:  While you're looking at

 6   your notes, can I talk to him for just a minute?

 7   We don't even need to go off the record, I just

 8   want to get something clear.

 9           THE VIDEOGRAPHER:  Going off the

10   record.  The time is 6:38.

11           (Whereupon, a recess was taken.)

12           THE VIDEOGRAPHER:  Back on the record.

13   The time is 6:41.

14   BY MS. COBBS:

15      Q.   Mr. Emile, have you told me everything

16   that you know about the Jesuits?

17      A.   Yes, it's -- yes.

18      Q.   You told me everything you know about

19   the Society of Jesus of New England?

20      A.   Yes.

21      Q.   Mr. Emile, how do you understand the

22   word conversation?

23      A.   Conversation?

24      Q.   What does that mean?

25      A.   When a person talks to another person.
```

```
 1            MS. COBBS:  I have no more questions.

 2            MR. STEWART:  Just real quick.

 3                 EXAMINATION

 4   BY MR. STEWART:

 5       Q.   Mr. Emile, did you ever talk to other

 6   students at Rue 13?

 7       A.   Yes, they used to tell me let's go

 8   play basketball, let's play ball, let's eat.

 9       Q.   Did you have the same type of

10   conversation at Carenage?

11       A.   Yes, let's go --

12       Q.   Did you have the same type of talks at

13   Carenage?

14       A.   Yes.

15            MR. STEWART:  Okay.  That's all.

16            Anything, Madame?

17            MS. COBBS:  No.

18            MR. STEWART:  Jeff, did you have a

19   couple?

20            MR. KENNEDY:  Incredibly brief.

21            MR. STEWART:  Mr. Babbitt, were you

22   saying you had something?

23            MR. BABBITT:  No.

24            MR. STEWART:  Okay.  Almost done.

25                 EXAMINATION
```

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. KENNEDY:
 2       Q.   Hi.  If you remember, my name is Jeff
 3   Kennedy, I represent Hope Carter.  I just have a
 4   couple quick questions for you, sir.
 5       A.   Yes.
 6       Q.   Did you ever see Hope Carter make any
 7   hand gestures when she was with Doug Perlitz?
 8       A.   No.  I saw her mouth talk, and that's
 9   the only thing.
10       Q.   Okay.  You never saw her make any hand
11   gestures, did you, sir?
12       A.   No.
13       Q.   And you've never spoken personally to
14   Hope Carter, have you, sir?
15       A.   No.
16       Q.   And she never spoke personally to you,
17   sir, did she?
18       A.   No.
19       Q.   And it would be fair to say that Hope
20   Carter never gave you any advice, did she, sir?
21       A.   No.
22           MR. KENNEDY:  Okay.  That's all I
23   have, sir.  Thank you very much.
24           MR. STEWART:  Before we shut it all
25   down, on his passport and on his visa, his whole
```

Confidential - Subject to Further Confidentiality Review

```
 1   passport number is on there.  Can we agree to

 2   mark through the last four numbers of the

 3   passport number, please?

 4             MR. O'NEILL:  Sure.

 5             MR. STEWART:  If there's no objection.

 6             MR. BABBITT:  No objection.

 7             MR. STEWART:  Thank you, ladies and

 8   gentlemen.

 9             THE VIDEOGRAPHER:  This concludes the

10   October 28, 2015 deposition of Jean Moise Emile.

11   Going off the record.  The time is 6:46.

12             (Whereupon, the deposition was

13             concluded.)

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              C E R T I F I C A T E

 2              I, MAUREEN O'CONNOR POLLARD, LSR #473,

 3   RMR, CLR, and Notary Public in and for the State

 4   of Connecticut, do hereby certify that there

 5   came before me on the 28th day of October, 2015,

 6   the person hereinbefore named, who was duly

 7   sworn to testify to the truth of their knowledge

 8   concerning the matters in this cause, and their

 9   examination reduced to typewriting under my

10   direction and is a true record of the testimony.

11              I further certify that I am neither

12   attorney for or related or employed by any of

13   the parties to the action, and that I am not a

14   relative or employee of any attorney or counsel

15   employed by the parties hereto or financially

16   interested in the action.

17              In witness whereof, I have hereunto

18   set my hand and seal this 1st day of November,

19   2015.

20

21   _____

22   MAUREEN O'CONNOR POLLARD, License #473

23   Realtime Systems Administrator, RMR

24   Notary Commission Expires:  10/31/2017

25
```

```
 1              INSTRUCTIONS TO WITNESS

 2

 3              Please read your deposition over

 4   carefully and make any necessary corrections.

 5   You should state the reason in the appropriate

 6   space on the errata sheet for any corrections

 7   that are made.

 8              After doing so, please sign the

 9   errata sheet and date it.  It will be attached

10   to your deposition.

11              It is imperative that you return

12   the original errata sheet to the deposing

13   attorney within thirty (30) days of receipt of

14   the deposition transcript by you.  If you fail

15   to do so, the deposition transcript may be

16   deemed to be accurate and may be used in court.

17

18

19

20

21

22

23

24

25
```

```
 1              - - - - - -

              E R R A T A

 2              - - - - - -

 3    PAGE   LINE   CHANGE

 4    ____   ____   _____

 5         REASON: _____

 6    ____   ____   _____

 7         REASON: _____

 8    ____   ____   _____

 9         REASON: _____

10    ____   ____   _____

11         REASON: _____

12    ____   ____   _____

13         REASON: _____

14    ____   ____   _____

15         REASON: _____

16    ____   ____   _____

17         REASON: _____

18    ____   ____   _____

19         REASON: _____

20    ____   ____   _____

21         REASON: _____

22    ____   ____   _____

23         REASON: _____

24    ____   ____   _____

25
```

Confidential - Subject to Further Confidentiality Review

```
 1            ACKNOWLEDGMENT OF DEPONENT

 2

 3            I, _____ , do

      Hereby certify that I have read the foregoing

 4    pages, and that the same is a correct

      transcription of the answers given by me to the

 5    questions therein propounded, except for the

      corrections or changes in form or substance, if

 6    any, noted in the attached Errata Sheet.

 7

 8    _____

      JEAN MOISE EMILE              DATE

 9

10

11

12

13

14

15    Subscribed and sworn

      To before me this

16    _____ day of _____, 20____.

17    My commission expires: _____

18

      _____

19    Notary Public

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
  1              LAWYER'S NOTES

  2    PAGE  LINE

  3    ____  ____   _____

  4    ____  ____   _____

  5    ____  ____   _____

  6    ____  ____   _____

  7    ____  ____   _____

  8    ____  ____   _____

  9    ____  ____   _____

 10    ____  ____   _____

 11    ____  ____   _____

 12    ____  ____   _____

 13    ____  ____   _____

 14    ____  ____   _____

 15    ____  ____   _____

 16    ____  ____   _____

 17    ____  ____   _____

 18    ____  ____   _____

 19    ____  ____   _____

 20    ____  ____   _____

 21    ____  ____   _____

 22    ____  ____   _____

 23    ____  ____   _____

 24    ____  ____   _____

 25
```