Exhibit 28

Underseal