Exhibit 29

Underseal