# Exhibit 33

| | |
|---|---|
| Subj: | IADB Grants - Project Pierre Toussaint |
| Date: | 3/19/04 10:56:11 AM Eastern Standard Time |
| From: | BAFiorda |
| To: | pecarrier@fair1.fairfield.edu |
| File: | PPT-IADB letter & Overview 3-'04.doc (67072 bytes) DL Time (52000 bps): < 1 minute |

Paul -- you were great on CNN -- I listened daily from Tuesday on -- today's (Friday) was really powerful -- you got the message across loud and clear though the CNN commentator tried to diffuse it. Good for you.

Paul, below is email correspondence with this man in Belgium, Lancelot d'Ursel, who is going to present Project Pierre Toussaint to the Inter-American Development Bank in Lima. Fran Hardart has been very gracious in playing role of facilitator.

I sent Mr. d'Ursel a Fed Ex package the other day with a description of the project, the current budget, a newsletter and a 2004 calendar. I also emailed him the description at his request.

So you have it, attached to this is a Word document that includes a copy of the cover letter I wrote (it was actually sent on Pierre Toussaint letterhead) followed by the description I sent.

Welcome back,
Barbara


Subj: Re: IADB Grants - Project Pierre Toussaint
Date: 3/19/04 10:39:51 AM Eastern Standard Time
From: BAFiorda
To: ldursel@easynet.be
CC: franhardart@hotmail.com


Mr. d'Ursel --
Thank you for being in touch. I am glad you received the Federal Express package.

Your comments on the paper are well taken. I certainly understand that there are 'lines drawn' when one is dealing with a major bank or corporation that is not local to the project. We have to do that here in the U.S. at times because of internal constraints that a corporation has regarding support of 'religious organizations' or what is perceived as such, regardless of the individual beliefs of that corporation's employees with whom we may be interfacing. Therefore, your edits are most appropriate.

I would be grateful, however, if you could email me a copy of your final paper -- I would like our files to have a copy of what you will be presenting so that should future discussions occur, everyone is using the same document as the basis for those discussions. Thank you.

Again, our sincere thanks to you for your interest and willingess to assist.
Barbara Fiorda


Subj: Re: IADB Grants - Project Pierre Toussaint
Date: 3/19/04 9:41:28 AM Eastern Standard Time
From:   ldursel@easynet.be (Lancelot d'Ursel)
To:   BAFiorda@aol.com
CC:   franhardart@hotmail.com (Fran Hardart)

Dear Mrs. Fiorda,


EXHIBIT 20 Fiorda

Friday, March 19, 2004   America Online: BAFiorda

HF 02684

**Exhibit 33**

I thank you very much for your email and your Federal Express pakage received today in Brussels. This information will certainly be very useful for me in my discussions with the Inter-American Development Bank (IDB) officials. The overview is a comprehensive and well balanced paper. I might share this description with the IDB depending on the reactions I will get in my meetings. I preparation of this, I would like to edit the paper with your permission to make it more "bankable". I propose to summarize substantially the background information (second paragraph). This is interesting information for us internally but it is too personalized for external readers. Secondly, I propose to reduce the information on the spiritual aspects of the project. While this is very important for us, it should be put on a low profile for the moment. The Bank might have a negative reaction to religious constraints like the obligation to participate to payer meetings twice a day and having regular cathechism sessions. I will try to make this paper more neutral and independent. Thank you very much for your help which is greatly appreciated. Faithfully yours. Lancelot d'Ursel.

----- Original Message -----
From: BAFiorda@aol.com
To: ldursel@easynet.be
Cc: franhardart@hotmail.com
Sent: Wednesday, March 17, 2004 9:27 PM
Subject: re: IADB Grants - Project Pierre Toussaint

Dear Mr. d'Ursel,

I am executive director of the Order of Malta in Connecticut and therefore have some responsibilities for Project Pierre Toussaint in Cap Haitien, Haiti. Fran Hardart had contacted me about the potential opportunity for funding through the Inter-American Development Bank in Lima, and I will provide some information for you.

At your suggestion, I am attaching an Overview of the project (a Word document). As well, today I will be sending to you via Federal Express this same document along with this current year's annual budget and some other materials I believe you will find interesting. In the cover letter for this package, I have given you additional contact information for myself and Father Paul Carrier who is the Chairman of Haiti Fund, Inc., the corporate entity that was formed to oversee Project Pierre Toussaint.

We are indeed grateful for your encouragement and interest. Thank you, and please don't hesitate to contact us if necessary.

Barbara Fiorda

| | |
|---|---|
| Subj: | Re: IADB Grants - Project Pierre Toussaint |
| Date: | 3/19/04 10:39:51 AM Eastern Standard Time |
| From: | BAFiorda |
| To: | ldursel@easynet.be |
| CC: | franhardart@hotmail.com |

Mr. d'Ursel --
Thank you for being in touch. I am glad you received the Federal Express package.

Your comments on the paper are well taken. I certainly understand that there are 'lines drawn' when one is dealing with a major bank or corporation that is not local to the project. We have to do that here in the U.S. at times because of internal constraints that a corporation has regarding support of 'religious organizations' or what is perceived as such, regardless of the individual beliefs of that corporation's employees with whom we may be interfacing. Therefore, your edits are most appropriate.

I would be grateful, however, if you could email me a copy of your final paper -- I would like our files to have a copy of what you will be presenting so that should future discussions occur, everyone is using the same document as the basis for those discussions. Thank you.

Again, our sincere thanks to you for your interest and willingess to assist.
Barbara Fiorda


Subj:Re: IADB Grants - Project Pierre Toussaint
Date:3/19/04 9:41:28 AM Eastern Standard Time
From: ldursel@easynet.be (Lancelot d'Ursel)
To: BAFiorda@aol.com
CC: franhardart@hotmail.com (Fran Hardart)


Dear Mrs. Fiorda,

I thank you very much for your email and your Federal Express pakage received today in Brussels. This information will certainly be very useful for me in my discussions with the Inter-American Development Bank (IDB) officials. The overview is a comprehensive and well balanced paper. I might share this description with the IDB depending on the reactions I will get in my meetings. I preparation of this, I would like to edit the paper with your permission to make it more "bankable". I propose to summarize substantially the background information (second paragraph). This is interesting information for us internally but it is too personalized for external readers. Secondly, I propose to reduce the information on the spiritual aspects of the project. While this is very important for us, it should be put on a low profile for the moment. The Bank might have a negative reaction to religious constraints like the obligation to participate to payer meetings twice a day and having regular cathechism sessions. I will try to make this paper more neutral and independent. Thank you very much for your help which is greatly appreciated. Faithfully yours. Lancelot d'Ursel.

----- Original Message -----
From: BAFiorda@aol.com
To: ldursel@easynet.be
Cc: franhardart@hotmail.com
Sent: Wednesday, March 17, 2004 9:27 PM
Subject: re: IADB Grants - Project Pierre Toussaint


Dear Mr. d'Ursel,

I am executive director of the Order of Malta in Connecticut and therefore have some responsibilities for

Project Pierre Toussaint in Cap Haitien, Haiti. Fran Hardart had contacted me about the potential opportunity for funding through the Inter-American Development Bank in Lima, and I will provide some information for you.

At your suggestion, I am attaching an Overview of the project (a Word document). As well, today I will be sending to you via Federal Express this same document along with this current year's annual budget and some other materials I believe you will find interesting. In the cover letter for this package, I have given you additional contact information for myself and Father Paul Carrier who is the Chairman of Haiti Fund, Inc., the corporate entity that was formed to oversee Project Pierre Toussaint.

We are indeed grateful for your encouragement and interest. Thank you, and please don't hesitate to contact us if necessary.

Barbara Fiorda

---------------------- Headers ----------------------------------
Return-Path: <ldursel@easynet.be>
Received: from rly-ye04.mx.aol.com (rly-ye04.mail.aol.com [172.18.204.36]) by air-ye02.mail.aol.com (v98.10) with ESMTP id MAILINYE22-246405b06643b1; Fri, 19 Mar 2004 09:41:28 -0500
Received: from smtp3.mail.be.easynet.net (eshu.mail.be.easynet.net [212.100.160.117]) by rly-ye04.mx.aol.com (v98.5) with ESMTP id MAILRELAYINYE42-246405b06643b1; Fri, 19 Mar 2004 09:40:37 -0500
Received: from 213-193-168-70.adsl.easynet.be ([213.193.168.70] helo=user)
  by smtp3.mail.be.easynet.net with smtp (Exim 4.30)
  id 1B4LAp-0004JD-Si; Fri, 19 Mar 2004 15:40:36 +0100
Message-ID: <003e01c40dc0$0575baa0$ac00a8c0@user>
From: "Lancelot d'Ursel" <ldursel@easynet.be>
To: <BAFiorda@aol.com>
Cc: "Fran Hardart" <franhardart@hotmail.com>
References: <128.3cf609d0.2d8a0eba@aol.com>
Subject: Re: IADB Grants - Project Pierre Toussaint
Date: Fri, 19 Mar 2004 15:39:39 +0100
MIME-Version: 1.0
Content-Type: multipart/alternative;
  boundary="----=_NextPart_000_003B_01C40DC8.63C9B400"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 6.00.2800.1158
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2800.1165
X-AOL-IP: 212.100.160.117
X-AOL-SCOLL-SCORE: 0:XXX:XX
X-AOL-SCOLL-URL_COUNT: 0

SOVEREIGN ORDER OF MALTA : HAITI STREET CHILDREN PROGRAM :

PROJECT PIERRE TOUSSAINT.

Project Pierre Toussaint, started in 1997, is located in Cap Haitien, the second largest city in Haiti. It is the only program of its kind in the Cap Haitien region. A not-for-profit corporation, Haiti Fund, Inc., was formed in May 1999 as the corporate entity for the program. Project Pierre Toussaint serves a unique and growing population in Cap Haitien – homeless boys, street children, whose parents are either deceased or cannot adequately care for them – all victims of Haiti's political and economic devastation. The boys typically range in age from 8 to 13 years old when they enter the program. The goal of Project Pierre Toussaint is to foster the moral, physical, emotional, and educational growth of Haitien street children.

Organization Information

In May 1999, Haiti Fund, Inc. was incorporated in the state of Connecticut to be the corporate and governance entity for Project Pierre Toussaint. Haiti Fund, Inc. is a not-for-profit corporation and received official tax-exempt status from the United States Internal Revenue Service under IRC 501(c)(3) in November 2001.

Rev. Paul Carrier, SJ, who is the Director of Campus Ministry at Fairfield University, Fairfield, CT, is the Chair of Haiti Fund, Inc. Father Carrier visits the project regularly (at minimum 6 times per year) to provide guidance and support. Douglas Perlitz is the President of Haiti Fund, Inc. and remains in Cap Haitien as Executive Director overseeing, planning and working directly on behalf of the program.

The Board of Directors (membership is 14) meets on a regular basis to review financial reports, fundraising progress, and program activities. When Mr. Perlitz visits the United States (at least 4 times per year) special Board meetings are called to coincide. Father Carrier and Mr. Perlitz are in contact by telephone usually 4-5 times per week. If there is something discussed that needs other board member attention, Father Carrier communicates directly with the appropriate board members on behalf of Mr. Perlitz.

Detailed financial information (all Haitian expenditures, including salaries paid) is emailed to the administrator of Haiti Fund, Inc. on a month-by-month basis so that comprehensive financial statements may be produced. Haiti Fund, Inc.'s fiscal year is June 30, and the corporation annually undergoes a formal audit conducted by a certified public accounting firm. Haiti Fund, Inc. has received an 'unqualified opinion' each year since its first audit was conducted for the 2000/2001 fiscal year.

The annual budget for the current fiscal year is US$ 218,616.00. Breakdown is as follows:

| | |
|---|---|
| Compensation (incl. salaries, stipends and deferred comp. for expatriates) | $108,539 (a) |
| Audit and Administrator | 15,800 |
| Equipment (incl. fuel and service for two owned motor vehicles) | 20,930 |
| General & Administrative (incl. staff & volunteer recognition expenses, | |

03/24/04

HF 02688

Inter-American Development Bank
Overview -- *Project Pierre Toussaint*
page 2 of 5

|  |  |
|---|---|
| annual retreats for staff, and hospitality for visiting volunteers) | 5,516 |
| Occupancy (incl. maintenance, fuel oil & gas, and major & minor repairs for two program sites plus MacKenzie House-housing for expatriates) | 13,815 |
| Office (incl. telephone, internet, postage, printing) | 15,670 |
| Program (incl. school tuition, meals at two program sites plus for expatriates, Supplies & activities, and transportation costs for boys and in-country program travel for missionaries) | 38,436 |

(a) This amount includes $20,920 budgeted for stipends and housing expenses for two additional missionaries from Jesuit Volunteers International (JVI) who started working at the project in August 2003. When political unrest in Haiti peaked in February, they were taken out of the project and out of the country. It is not expected they will return therefore actual JVI expenses will be less than $10,000 for the year.

Staffing

For almost five years, one other American nationals sponsored by Haiti Fund, Inc. has been serving the project on a full-time basis with the executive director. He is currently the director of the 13th Street Program (description follows). In addition, there are 37 paid staff, full- and part-time, including a child psychologist, all of whom are Haitian and are compensated on a wage basis, the amounts congruent with their responsibilities. The executive director, over time and through recommendations and referrals, carefully identified these members of paid staff because of the important work the project does. He also hoped to hire some Haitians who could assume more responsibility over time. This has happened and proved to be a valuable vocational and career opportunity for some Haitians as well as a tremendous benefit to the program.

Objectives and Description

What began in 1997 as simple outreach to street homeless boys has developed into a three-tier program that serves 100-125 boys on a regular basis.

The objectives of Project Pierre Toussaint are:

1. to provide food and clothing and/or shelter as warranted by each individual boy and his willingness to commit to the program
2. to enable the learning and practice of basic and healthy living skills, i.e., hygiene, nutrition
3. to provide basic instruction in reading and mathematics coupled with technical training in skills that are marketable in Haiti and elsewhere
4. to assist each boy in confronting and managing the psychological and sociological challenges and issues that have been created by street living
5. to furnish a secure, structured, nurturing and mutually supportive community living experience
6. to help each boy to develop into an ethical and moral individual

The three-tier program that constitutes the methodology to achieve these six objectives is:

- Level 1 – 13th Street Program -- Morning Session:
  Open to any street homeless male youth, this program operates from 6:30 a.m. to 10:00 a.m. Monday through Friday in the heart of the city of Cap Haitien. Its hours of operation accommodate the public school day, which consists of either a morning or an afternoon session for any child enrolled. The program serves 45 boys.

03/24/04

HF 02689

On a daily basis, the program provides the boys with the opportunity to bathe and to wash out and leave-to-dry a change of clothes. Staff assists with homework and provides tutoring to those who are attending public school. The psychologist on staff meets individually with boys as necessary. A balanced breakfast is served. Each boy is also encouraged to spend some quiet time daily on-site with no activity at all in order to relax from the pressures and fears that are inherent in street life. There is also soccer coaching and practice 3 days per week.

The 13th Street Program Morning Session offers a safe and secure environment within which the boys can begin to trust and also to experience a different way of living and being treated. For some boys, it is the only part of the Pierre Toussaint program they will ever want or choose to participate in. For others, Level 1 lays the groundwork for more committed participation and investment in their own potential.

- Level 2 – 13th Street Program – Afternoon Session:
This tier runs Monday through Friday from 1:00 p.m. to 4:30 p.m. and serves 30-35 boys on a regular basis. The program is structured like a school with four "grades". At the end of the day, all students eat a hot meal.

- Level 3 – the Village:
Situated in the outlying countryside of Cap Haitien on land donated by the Oblates of Mary Immaculate, the Village is a day and residential program. Currently 40 boys are being served (an increase of 17 over last year), 24 of whom live full-time at the Village.

The Village consists of three small houses (each can sleep 8 boys plus one staff member and includes two full baths with shower facilities); a common kitchen and dining facility; three schoolrooms; a workshop to teach skills and trades, a library, and a new chapel, built this past year. There is also a small house on site that houses the land custodian and his family. The Village has full electricity and plumbing. Major construction of the Village was accomplished in 1999 and early 2000.

The program at The Village is structured and intended to bring its participants to a level of living and learning that will provide a solid basis for the future. There are resident boys and non-resident program participants ('the day program'). Since all boys attend school, whether on-site or public school, great emphasis is placed on a balanced day that includes study, play, exercise, and chores. Some boys also have individual sessions with the staff psychologist. At the end of the day, the boys finish chores, play supervised sports, eat as a community, and do their homework.

The day program participants come to the Village in the early morning, take part in all activities and then leave before bedtime to sleep in family quarters in Cap Haitien. Family is usually a mother or an aunt who has space for sleeping but cannot provide much else. Many of the day participants hope to eventually reside full time at the Village but are not as yet ready to live in the community atmosphere. They are expected to sleep with family while participating fully in the day program and working through some of their interactive and behavioral issues. Staff maintains contact with the family members. Together they encourage the boys to continue in Project Pierre Toussaint since it offers opportunity to achieve a future that is a positive and healthy alternative to the poverty and street life that is so rampant and typical for many Cap Haitien citizens. On weekends, the boys, with staff, tend to the vegetable gardens, do general cleaning, maintenance, and laundry, do workshop projects, and play soccer – Project Pierre Toussaint has its own soccer team which plays in local competitions.

All 40 boys participating in The Village program are in school. Three are in high school, which requires taking and passing difficult entrance exams. Eight elementary school students attend Sacred Heart School in Cap Haitian. Nine are in public school. The remainder attend the newly opened Pierre Toussaint School, on-site at the Village, with a curriculum geared toward 4th-6th grade students. The morning session consists of academic lessons, which because of an arrangement with Sacred Heart School, receive full academic credit. The afternoon session focuses on vocational training – metal work, carpentry, tailoring. Those who attend public school for their academics are also able to participate in the vocational training in the afternoon.

03/24/04

HF 02690

Inter-American Development Bank
Overview -- *Project Pierre Toussaint*
page 4 of 5

Beginning this school year, a year-round structured Vocational Training Program is being offered. Previously only offered during the summer months, the expansion of this program will enable each boy to increase training time so as to learn a trade -- woodworking, metal working, tailoring -- that will help him secure a better and more stable future economically as a Haitian craftsman. As they learn, the boys also have the opportunity to sell what they make. One-half of the profits will be reinvested in the Vocational Training Program and the remainder will be put into personal savings accounts that the program has helped each boy establish.

The Village provides a stable environment through a well-balanced and structured program. The boys who participate change progressively for the better. The changes they make are because they themselves have decided they want to change -- each of the boys participating in the Village Program started out in the 13th Street Program and have gradually moved through successfully to the Village.

There is a component of the program that crosses all tiers and focuses on rebuilding and strengthening relationships between the street boys and their families. As they grow through the program, the boys are encouraged to return to their families in the evenings, on weekends and during summer vacations (for those boys who live in the Village). Staff accompanies them for the first few times just to facilitate the 're-introduction'. With the marketable skills they gain, the boys will also be able to contribute to the financial stability of their families.

Evaluation and Results

The three tiers of the program foster the development of values such as respect, teamwork, integrity, and professionalism. The three tiers also address practical issues -- the problems of unemployment; homelessness and the rise in numbers of street children, especially boys; and the high percentage of school drop out rate for male Haitian street children. By providing tutoring and formal academics within the program structure, participants are at the very least receiving basic instruction in reading and mathematics. Vocational Training adds technical skills that are marketable in Haiti and elsewhere. Through whatever assistance they receive -- tutoring, actual schooling, vocational training, a place to wash their bodies and clothes, a meal -- the boys do begin to recognize their own personal value, which increases their self-esteem and recognition of their own potential. The positive impact is immeasurable.

All three tiers of the Project Pierre Toussaint program effectively offer healthy and life changing alternatives to boys who would otherwise be left to the street to exist hand-to-mouth. The program is concerned with all aspects of the boys' development and ensures that physically, emotionally, educationally, and spiritually each boy receives assistance that contributes to a greater awareness of self and of others, increased self-esteem and self confidence, and, most importantly, hope for the future. Some evaluation methods include: documented improvement in health and fitness both physically, via balanced diet and regular exercise, and emotionally, via psychological evaluations and behavioral development; measured success in school and vocational skill mastery; progress in communication skills, written and verbal; evidence of a deeper self reliance, witnessed via healthy self-care, care and concern for others, and through one-on-one conversation.

There are three primary beneficiaries of Project Pierre Toussaint. The first, of course, are the boys who participate. They are receiving an opportunity for personal growth and development -- educationally, emotionally, physically and spiritually -- an opportunity they would never have on the violent streets of Cap Haitien and Port-au-Prince. The second beneficiaries are the families of the boys -- reuniting families is part of the program when it is applicable to the particular child. This can take a long time, however, when the child returns to stay for some time with any member of his family, there grows a greater bond of hope for all. Lastly, the communities in Haiti will benefit. The number of street children will have declined and along with it, the existence of violence and crime. And, the boys who participate in Project Pierre Toussaint, former street children themselves, will have the ability to be contributing citizens of Haiti, will be able to read and write, and will have a trade. They will also be able to be positive role models for existing street children and give them some of the same assistance they have already received.

03/24/04

boilerplate
HF 02691

Inter-American Development Bank
Overview -- *Project Pierre Toussaint*
page 5 of 5

There is a strong need for this type of program. Economic and political devastation has wreaked havoc on the men, women and children of Haiti. Haiti has a population of eight million people, 80% of whom live in abject poverty -- per capita income is U.S.$ 250.00 per year, the lowest in the Western Hemisphere. Haiti also has the lowest life expectancy in the Western Hemisphere -- for women it is 51 years and for men it is 47. Infant mortality in rural areas is 144 per 1,000 - more than 14 of every 100 children born in Haiti die before the age of 2. Malnutrition affects 35% of the children under age 5.

The unemployment rate is 70%. Illiteracy is extremely high - only 48% of males and 42.2% of females over the age of 15 can read and write; and, 45% of school age children have never been to school. According to data provided by the International Labor Organization, more than 500,000 children in Haiti ages 5-12 years are not registered at school. Three-quarters of Haitians have no running water; only 3% of the rural populace have electricity.

As a result, the family structure disintegrates. Children turn to the streets when their parents can no longer provide for them; or when their parents die from diseases, such as HIV/AIDS; or when they have a need for space and privacy, which is not unlikely when a large family shares a one-room living space. A majority of these children that seek refuge in the streets are male. The street children become isolated and victims of physical and emotional violence.

Project Pierre Toussaint provides a real solution to some of these problems. The program is successful.

03/24/04

HF 02692



**PROJECT VÉNÉRABLE PIERRE TOUSSAINT**

The Haiti Fund, Inc.

March 17, 2004

Mr. Lancelot d'Ursel                                              via Federal Express
3, Dreve de Bonne Odeur
B-1170 Brussels, Belgium

Dear Mr. d'Ursel,

We are very grateful for this opportunity to introduce you and the Inter-American Development Bank to Project Pierre Toussaint located in Cap Haitien, Haiti. This program was started in 1997 as a result of some casual but intentional outreach to street homeless boys on the streets of Cap Haitien city. The project has grown, developed, and now serves 100-125 boys per day in a three-tier program.

Project Pierre Toussaint is making remarkable progress and a remarkable difference in the lives of boys who have been estranged from their families, primarily for economic reasons, and wind up living on the street. It is the only program of its kind in this region of Haiti. The project offers hope as well as providing very practical solutions and directives so that young lives, that otherwise would be ignored and potentially wasted, may survive and thrive. The program's structured daily activities include work, school, prayer, play and service. Over the past 12 months, the number of boys served has increased, and programming has been enhanced and refined with increased emphasis on regular school attendance, vocational training, and re-connection with primary families.

Rev. Paul Carrier, SJ, is the Chairman of Haiti Fund, Inc., the corporate entity formed in 1999 to oversee all project operations. He is in Haiti this week visiting the project; I spoke with him on Monday. I told him that any interest from the Inter-American Development Bank would be to replicate a project like Project Pierre Toussaint elsewhere in Haiti. He indicated that should an opportunity for discussion of this present itself from the bank, he certainly would be open.

Included in this package are a detailed Overview of various aspects of the project, its management, and governance (the same document you received via email from me); the Approved Budget with assumptions for this current fiscal year which will end June 30, 2004; a copy of the June 2003 Newsletter; and a copy of the 2004 Project Calendar.

Should you require additional information or have questions, please don't hesitate to contact Father Carrier. He will be returning to the United States this coming Saturday evening. He then can be reached via telephone at 203 255-6821 (home), 203 245-4000 ext. 2547 (campus office Monday through Friday), or via email at pecarrier@fair1.fairfield.edu. I can also serve as a contact for you in his absence; my daytime telephone number is 203 975-7989 and my email is BAFiorda@aol.com. And, of course, Fran Hardart would be willing to be a conduit of information or questions if necessary, since you are most accustomed to communicating with her.

Again, we thank you for your interest and look forward to hearing from you.

Sincerely,

Barbara A. Fiorda
Administrator

c/o Rev. Paul E. Carrier, SJ    611 North Benson Road    Fairfield, CT 06824

HF 02693