Exhibit 34

Underseal