# Exhibit 35

Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Civil Action No.
3:13-cv-01132(RNC)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

GERVIL ST. LOUIS, a/k/a ST.          Consolidated with:
LOUIS GERVIL,                        3:13-cv-1225-RNC
                                     3:13-cv-1269-RNC
          Plaintiff,                 3:13-cv-1437-RNC
                                     3:13-cv-1480-RNC
     v.                              3:13-cv-1626-RNC
                                     3:13-cv-1627-RNC
DOUGLAS PERLITZ, FATHER              3:13-cv-1628-RNC
PAUL E. CARRIER, S.J.; HOPE          3:13-cv-1629-RNC
E. CARTER; HAITI FUND,               3:13-cv-1630-RNC
INC.; FAIRFIELD UNIVERSITY;          3:13-cv-1631-RNC
THE SOCIETY OF JESUS OF NEW          3:13-cv-1632-RNC
ENGLAND; SOVEREIGN MILITARY          3:13-cv-1633-RNC
HOSPITALLER ORDER OF ST.             3:13-cv-1634-RNC
JOHN OF JERUSALEM OF RHODES          3:13-cv-1635-RNC
AND OF MALTA, AMERICAN               3:13-cv-1636-RNC
ASSOCIATION, U.S.A.; a/k/a           3:13-cv-1637-RNC
ORDER OF MALTA, AMERICAN             3:13-cv-1638-RNC
ASSOCIATION, U.S.A.; JOHN            3:13-cv-1639-RNC
DOE ONE; JOHN DOE TWO; JOHN          3:13-cv-1640-RNC
DOE THREE; JOHN DOE FOUR;            3:13-cv-1641-RNC
JOHN DOE FIVE; JOHN DOE SIX          3:13-cv-1642-RNC
and JOHN DOE SEVEN,                  3:13-cv-1644-RNC
                                     3:13-cv-1645-RNC
          Defendants.                3:13-cv-1647-RNC
                                     3:13-cv-1648-RNC
                                     3:13-cv-1701-RNC
                                     3:13-cv-1767-RNC
                                     3:13-cv-1768-RNC
                                     3:13-cv-1769-RNC
                                     3:13-cv-1881-RNC
                                     3:13-cv-1904-RNC
                                     3:13-cv-1906-RNC
                                     3:13-cv-1907-RNC
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This document applies to:
All of the above referenced cases
And those to be filed
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
     VIDEOTAPED DEPOSITION OF ELIODOR FLEURIDOR

          Tuesday, May 24, 2016
               9:06 a.m.

**Exhibit 35**

Confidential - Subject to Further Confidentiality Review

Page 2

```
 1        VIDEOTAPED DEPOSITION OF ELIODOR FLEURIDOR
 2
 3
    Held At:
 4
 5        Iberostar Costa Dorada
 6        Carretera Luperón, km 4
 7        Puerto Plata, Dominican Republic
 8
 9
10   REPORTED BY:
11   Maureen O'Connor Pollard
12   Realtime Systems Administrator
13   RMR, CLR, LSR #473, CSR #149108
14
15
16
17
18
19
20
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES:
 2   FOR THE PLAINTIFF:
 3       LU XIA, ESQ.
 4           LAW OFFICES OF MITCHELL GARABEDIAN
 5           100 State Street, Sixth Floor
 6           Boston, Massachusetts 02109
 7           617-523-6250
 8           lxia@garabedianlaw.com
 9               -and-
10       G. MICHAEL STEWART, ESQ.
11           SIMMONS HANLY CONROY
12           One Court Street
13           Alton, Illinois 62002
14           mstewart@simmonsfirm.com
15
16   FOR THE DEFENDANT PAUL E. CARRIER, S.J.:
17       TIMOTHY P. O'NEILL, ESQ.
18           MURPHY & KING
19           One Beacon Street, Twenty First Floor
20           Boston, Massachusetts 02108
21           617-423-0400
22           tpo@murphyking.com
23
24
25
```

Confidential - Subject to Further Confidentiality Review

                                                      Page 4

 1    APPEARANCES (Continued):

 2

 3    FOR THE DEFENDANT HOPE E. CARTER:

 4         ADAM F. ACQUARULO, ESQ.

 5              MILANO & WANAT LLC

 6              471 East Main Street

 7              Branford, Connecticut 06405

 8              203-315-7000

 9              aacquarulo@mwllc.us

10

11    FOR THE DEFENDANT ORDER OF MALTA AMERICAN

12    ASSOCIATION, U.S.A.:

13         BRADFORD S. BABBITT, ESQ.

14              ROBINSON & COLE LLP

15              280 Trumbull Street

16              Hartford, Connecticut 06103

17              860-275-8209

18              bbabbitt@rc.com

19

20

21

22

23

24

25

Confidential - Subject to Further Confidentiality Review

```
                                                    Page 5
  1   APPEARANCES (Continued):

  2

  3   FOR THE DEFENDANT FAIRFIELD UNIVERSITY:

  4        PAUL D. WILLIAMS, ESQ.

  5             DAY PITNEY LLP

  6             242 Trumball Street

  7             Hartford, Connecticut 06103

  8             860-275-0223

  9             pwilliams@daypitney.com

 10

 11   FOR THE DEFENDANT THE SOCIETY OF JESUS OF

 12   NEW ENGLAND:

 13        ROBERT H. GAYNOR, ESQ.

 14             SLOANE AND WALSH, LLP

 15             Three Center Plaza, Suite 850

 16             Boston, Massachusetts 02108

 17             617-523-6010

 18             rgaynor@sloanewalsh.com

 19

 20   Videographer:  Christopher Coughlin

 21

 22   Interpreter:  Fabie Bodek

 23                 Carole Wilson

 24

 25   Present:  Jean Elyseé Pierre Louis, Interpreter
```

Confidential - Subject to Further Confidentiality Review

Page 6

```
 1                         INDEX
 2     EXAMINATION                              PAGE
 3     ELIODOR FLEURIDOR
 4       BY MR. WILLIAMS                            8
 5       BY MR. GAYNOR                            143
 6       BY MR. O'NEILL                           176
 7       BY MR. BABBITT                           193
 8       BY MR. ACQUARULO                         196
 9
10
11            E X H I B I T S
12     NO.          DESCRIPTION                  PAGE
13     1     Plaintiff Eliodor Fleuridor's
             Response to Certain Defendants'
14           First Set of Interrogatories......... 11
15     2     Plaintiffs' Provisional Accounting
             of Payments to or on Behalf of
16           Plaintiffs.........................133
17     3     Facebook printout, Bates Eliodor
             Fleuridor - 3 through 39.............137
18
       4     Photographs from Facebook, Bates
19           Eliodor Fleuridor - 40 through 65....138
20
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

Page 7

```
 1              P R O C E E D I N G S

 2

 3              THE VIDEOGRAPHER:  We are now on the

 4    record.  My name is Chris Coughlin, I'm a

 5    videographer for Golkow Technologies.  Today's

 6    date is May 24, 2016, and the time is 9:06 a.m.

 7              This video deposition is being held in

 8    Puerto Plata, the Dominican Republic, in the

 9    matter of Gervil St. Louis a/k/a St. Louis

10    Gervil, Plaintiffs versus Douglas Perlitz, et

11    al, Lead Civil Action Number 3:13-cv-1132-RNC,

12    United States District Court, District of

13    Connecticut.

14              The deponent today is Eliodor

15    Fleuridor.

16              Will counsel please identify

17    yourselves for the record.

18              MR. WILLIAMS:  Paul Williams for

19    Fairfield University.

20              MR. GAYNOR:  Robert Gaynor, Society of

21    Jesus.

22              MR. O'NEILL:  Timothy O'Neill

23    representing Paul Carrier of the Society of

24    Jesus of New England.

25              MR. BABBITT:  I'm Bradford Babbitt.  I
```

Confidential - Subject to Further Confidentiality Review

1   represent the American Association of the Order

2   of Malta.

3          MR. ACQUARULO:  Adam Acquarulo for

4   Hope Carter.

5          MR. STEWART:  Mike Stewart for the

6   Plaintiffs.

7          MS. XIA:  Lui Xia for Plaintiffs.

8          THE VIDEOGRAPHER:  The court reporter

9   today is Maureen Pollard, and she will now swear

10  in the witness and the translator.

11

12         FABIE BODEK, Interpreter,

13  having been duly sworn to translate the

14  questions and the answers to the best of her

15  ability, translated as follows:

16

17         ELIODOR FLEURIDOR,

18  having been first duly sworn, was examined and

19  testified as follows through the interpreter:

20         DIRECT EXAMINATION

21  BY MR. WILLIAMS:

22    Q.   Good morning.

23         MR. STEWART:  You have keep your voice

24  up, just try and keep it up a little bit.

25         MR. WILLIAMS:  Just for the record,

Confidential - Subject to Further Confidentiality Review

Page 9

1    usual stipulations?

2              MR. STEWART:  Yes.

3              MR. WILLIAMS:  Will the Plaintiff read

4    and sign within 60 days?

5              MR. STEWART:  Yes.

6              MR. WILLIAMS:  Okay.

7    BY MR. WILLIAMS:

8       Q.    Mr. Fleuridor, my name is Paul

9    Williams, I represent Fairfield University.  I'm

10   going to ask you some questions today.  I ask

11   that you answer audibly, because nods or shrugs

12   cannot be recorded.

13             Do you understand?

14      A.    Yes.

15      Q.    And as your attorney told you, you

16   need to keep your voice up.

17      A.    Okay.

18      Q.    Could you tell us what your name is,

19   please?

20      A.    Eliodor Fleuridor.

21      Q.    Mr. Fleuridor, what is your date of

22   birth?

23      A.    October 10, 1993.

24      Q.    Have you ever testified in a legal

25   proceeding before?

Confidential - Subject to Further Confidentiality Review

Page 10

 1      A.    No.

 2      Q.    Do you understand that you swore to an

 3  oath to tell the truth today?

 4      A.    Yes.

 5      Q.    Are you taking any medications that

 6  would prevent you from telling the truth?

 7      A.    No.

 8      Q.    Do you understand the interpreter when

 9  she's speaking to you?

10      A.    Yes.

11      Q.    Are you able to speak any English?

12      A.    No.

13      Q.    Are you able to understand any

14  English?

15      A.    No.  I may understand a few words, but

16  no.

17      Q.    Do you speak Haitian Creole?

18      A.    Yes.

19      Q.    Do you read Creole?

20      A.    Yes.

21      Q.    Are you able to write in Creole?

22      A.    Yes.

23

24

25

Confidential - Subject to Further Confidentiality Review

Page 11

```
 1              (Whereupon, Fleuridor Exhibit
 2              Number 1, Plaintiff Eliodor
 3              Fleuridor's Response to Certain
 4              Defendants' First Set of
 5              Interrogatories, was marked for
 6              identification.)
 7    BY MR. WILLIAMS:
 8         Q.    I'd like to show you what has been
 9    marked as Exhibit 1.
10              MR. WILLIAMS:  I have some copies if
11    anyone needs them (handing).
12              MR. BABBITT:  Paul, is this the
13    interrogatories?
14              MR. WILLIAMS:  Interrogatories with
15    the request for production.
16              MR. BABBITT:  Thank you.
17    BY MR. WILLIAMS:
18         Q.    Would you review that, please, sir?
19         A.    Yes.
20         Q.    If you would look at the last page of
21    Exhibit 1.
22              MR. STEWART:  What do you want him to
23    review?  You want him to read the whole thing?
24    I don't know what you're asking him to do.
25              MR. WILLIAMS:  All right.
```

Confidential - Subject to Further Confidentiality Review

Page 12

1          MR. STEWART:  You asked him to review

2     it.  Do you want him to read the whole thing, or

3     do you want to direct him to the whole thing?

4          MR. WILLIAMS:  I thought he was

5     finished.  Let me go back.

6     BY MR. WILLIAMS:

7          Q.    Have you seen this document before?

8          A.    Yes.

9          Q.    When was the last time that you saw

10    it, Mr. Fleuridor?

11         A.    I saw this document last in 2015.  I

12    don't remember which month it was.

13         Q.    Okay.  So you didn't see it yesterday?

14         A.    Yesterday?

15         MR. STEWART:  Did you see that

16    yesterday?

17         A.    Yes.

18    BY MR. WILLIAMS:

19         Q.    Okay.  So you actually saw this

20    document -- the last time you saw it was

21    yesterday?

22         A.    Yes.

23         Q.    Okay.  And on the last page of that

24    document, is that your signature?

25         A.    Yes.

Confidential - Subject to Further Confidentiality Review

Page 13

1       Q.      Do you remember when it was that you
2   signed that document, Exhibit 1?
3       A.      Yes.
4       Q.      When was it?
5       A.      September 19th, 2014.
6       Q.      And did you read that document and the
7   answers provided?
8               MR. STEWART:  Objection.  Vague.
9       A.      Yes.
10  BY MR. WILLIAMS:
11      Q.      And did you ensure that they were
12  truthful and accurate before you signed it?
13      A.      Yes.
14      Q.      And who was with you when you signed
15  it?
16      A.      An interpreter, and the lawyer.
17      Q.      Do you remember which lawyer was with
18  you?
19      A.      I don't recall which one, but it was
20  one of my lawyers.
21      Q.      The lawyers that are here today and
22  that you've met with, were any of those lawyers
23  the lawyer that was with you when you signed the
24  interrogatory?
25              MR. STEWART:  Objection.  Compound

Confidential - Subject to Further Confidentiality Review

Page 14

1    question.

2        A.    I don't recall which one.

3    BY MR. WILLIAMS:

4        Q.    All right.  Do you know Cyrus Sibert?

5        A.    Yes.

6        Q.    Was he present when you signed

7    Exhibit 1?

8              MR. STEWART:  Objection.  Vague.

9        A.    He was at the hotel.

10   BY MR. WILLIAMS:

11       Q.    What hotel are you talking about?

12       A.    Where I signed the document.

13       Q.    Do you know the name of that hotel?

14       A.    No.

15       Q.    Were there any other Plaintiffs --

16   were there any other people who were making

17   claims at the hotel?

18       A.    Yes, there were other kids.

19       Q.    Do you remember the names of any of

20   those people who were there at the day you

21   signed Exhibit 1?

22       A.    I don't recall their names.

23       Q.    What town was the hotel in where you

24   signed the interrogatory?

25       A.    Cap-Haïtien.

Confidential - Subject to Further Confidentiality Review

```
 1      Q.    Did you review any documents in
 2   preparation for today's deposition?
 3      A.    I don't understand the question.
 4      Q.    I think we established that you had
 5   seen Exhibit 1, this document?
 6      A.    Yes.
 7      Q.    You saw that yesterday?
 8      A.    Yes.
 9      Q.    Did you see any other documents at
10   that meeting?
11      A.    I don't understand.
12      Q.    Okay.  Did you look at any photographs
13   in preparation for your deposition?
14      A.    I don't understand.
15      Q.    Okay.  Did you look at any documents
16   yesterday when you were with your attorney,
17   other than Exhibit 1?
18      A.    No.
19      Q.    When did you first meet Cyrus Sibert?
20      A.    When I went to sign a document that
21   Mathieu had called me to come and sign.
22      Q.    And what is Mathieu's last name?
23      A.    I don't know.
24      Q.    Is Mathieu someone you know from
25   Cap-Haïtien?
```

Confidential - Subject to Further Confidentiality Review

 1       A.    Yes.
 2       Q.    What's Mathieu's -- I think I just
 3   asked you this, I'm sorry -- what's his last
 4   name?
 5       A.    I don't know.
 6       Q.    Do you know why it was that Mathieu
 7   called you?
 8       A.    Yes.
 9       Q.    Why did he call you?
10       A.    To sign the document that my lawyer
11   had sent for me to sign.
12       Q.    Okay.  So the lawyer, your lawyer in
13   this case, you already had this lawyer before
14   you met Mr. Sibert?
15       A.    When I went to sign the document?
16       Q.    Yes.  Let me ask the question again.
17   Perhaps it's not clear.
18             Did you know Mr. Sibert before you had
19   a lawyer?
20       A.    Yes.
21       Q.    And how did you know Mr. Sibert before
22   you had a lawyer?
23       A.    I had heard talk about him.
24       Q.    But you didn't actually know him?
25       A.    No, I didn't actually know him.

Confidential - Subject to Further Confidentiality Review

1      Q.    Okay.  Did Mr. Sibert ever give you

2    any money?

3      A.    Yes.

4      Q.    When did he give you money?

5      A.    I don't recall when.

6      Q.    How much money did Mr. Sibert give

7    you?

8      A.    900 Haitian dollars.

9      Q.    Do you know how much that is in

10   American dollars?

11     A.    No.

12     Q.    Do you know why he gave you money?

13     A.    No.

14     Q.    When Mr. Sibert first gave you money,

15   did you have an attorney or lawyer?

16     A.    Yes.

17     Q.    And where did you meet Mr. Sibert

18   where he gave you this money?

19     A.    It was near Carenage and Cap-Haïtien

20   and the town.

21     Q.    When was it that he gave you this

22   money?

23     A.    I don't recall when.

24     Q.    Did anyone else get money?

25     A.    I don't know.

Confidential - Subject to Further Confidentiality Review

Page 18

```
 1      Q.    Were you by yourself when you met with
 2   Mr. Sibert?
 3      A.    Yes.
 4      Q.    Did you know that he was going to give
 5   you money when you met him that day?
 6      A.    No.
 7      Q.    Why did he give you money?
 8            MR. STEWART:  Objection.  Asked and
 9   answered.
10      A.    I don't know.
11   BY MR. WILLIAMS:
12      Q.    What did you do with the money?
13      A.    To help my child who was sick.
14      Q.    Did Mr. Sibert give you the money --
15   did you ask for the money?
16      A.    Yes, sometimes I would ask him.
17      Q.    How many times have you gotten money
18   from Mr. Sibert?
19            MR. STEWART:  Objection.  Asked and
20   answered.
21      A.    Once.
22   BY MR. WILLIAMS:
23      Q.    So the only time he gave you money was
24   when he gave you 900 Haitian dollars?
25            MR. STEWART:  Objection.  Asked and
```

Confidential - Subject to Further Confidentiality Review

Page 19

1    answered.

2        A.    Yes.

3    BY MR. WILLIAMS:

4        Q.    And that money, you told us, was

5    because your child was sick?

6        A.    Yes.

7        Q.    And did you ask for a specific amount

8    from Mr. Sibert?

9        A.    No, I didn't ask him that amount.

10       Q.    Why did you go to Mr. Sibert for any

11   money?

12       A.    I could have asked anyone also, but I

13   just needed the money.

14       Q.    But why did you ask him?

15       A.    Well, because he was the first person

16   that I had reached.

17       Q.    Did you know whether Mr. Sibert was

18   working for your attorneys?

19       A.    Yes.

20       Q.    And had you asked him for money on any

21   occasion where he turned you down, said no?

22       A.    No.

23       Q.    And since you received those 900

24   Haitian dollars, you've never asked him for

25   money again?

Confidential - Subject to Further Confidentiality Review

Page 20

1           MR. STEWART:  Asked and answered.

2    Objection.

3       A.    No.

4    BY MR. WILLIAMS:

5       Q.    Do you know anyone else who received

6    any money from Mr. Sibert?

7       A.    I don't know.

8       Q.    Where Mr. Sibert gave you the money

9    you said was near Carenage?

10      A.    Yes.

11      Q.    Was it an office?

12      A.    No, in the street.

13      Q.    Where are you living now,

14   Mr. Fleuridor?

15      A.    Konasa.

16      Q.    Do you have an address in Konasa?

17      A.    I don't have an exact address.

18      Q.    Were you living in Konasa when you

19   decided to bring a lawsuit?

20      A.    Yes.

21      Q.    And how was it that you decided to

22   bring a lawsuit?

23      A.    On my own.

24      Q.    Okay.  But what happened that caused

25   you to see a lawyer?

Confidential - Subject to Further Confidentiality Review

```
 1              MR. STEWART:  Objection.  Vague.
 2       A.    Because I wished to give my testimony
 3   as to what Douglas had done to me.
 4   BY MR. WILLIAMS:
 5       Q.    Okay.  Before bringing your lawsuit,
 6   did you ever tell anyone that Douglas abused
 7   you?
 8       A.    No.
 9       Q.    So it wasn't until you got a lawyer
10   and brought a lawsuit that you told anyone that
11   you were abused?
12       A.    Yes.
13       Q.    Now, where were you born, sir?
14       A.    Plaine Du Nord.
15       Q.    And how close is that to Cap-Haïtien?
16   Can you tell us where that is?
17              MR. STEWART:  Objection.
18       A.    I don't know the distance exactly.
19              I'm sorry, can you repeat the
20   question?
21   BY MR. WILLIAMS:
22       Q.    Yes.  It was a poor question.  I'm
23   sorry for that.
24              In Plaine Du Nord, is that correct?
25       A.    Yes, Plaine Du Nord, that's where I
```

Confidential - Subject to Further Confidentiality Review

Page 22

 1    was born.
 2            MR. STEWART:  Okay.  Can I interrupt?
 3    How do you spell that?  You got it?  Okay.
 4    Never mind.  Go ahead.  I apologize.  Thank you.
 5            MR. WILLIAMS:  That's okay.
 6    BY MR. WILLIAMS:
 7        Q.    And how long did you live there?
 8        A.    Not very long.
 9        Q.    Do you remember leaving there?
10        A.    Yes.  I was young.
11        Q.    Do you know how old you were when you
12    left there?
13        A.    No.
14        Q.    Who did you live with there?
15        A.    My mother, father, and a little
16    brother.
17        Q.    And what was your brother's name?
18        A.    Dorcilien Fleuridor.
19        Q.    And where did you live in Plaine Du
20    Nord?
21        A.    Diferye.
22        Q.    Was that a house or -- was it a house?
23        A.    No, it's the area.  That's the name of
24    the area.
25        Q.    Okay.  Did you live in a house or a

Confidential - Subject to Further Confidentiality Review

Page 23

1    structure of any kind?

2        A.    No, in a house.

3        Q.    In a house.

4              And do you remember anything about how

5    many rooms the house was?

6        A.    I was very little, not aware of such

7    things at the time.

8        Q.    Okay.  Do you know if your father was

9    working while you lived there?

10       A.    No, I don't know if he was working.

11       Q.    Do you know where you went when you

12   left Plaine Du Nord?

13       A.    I don't recall exactly where.

14       Q.    Your interrogatory answers indicate

15   that you moved to Street 0 L.  Do you recall

16   that?

17       A.    I recall saying that, but it might not

18   have been exactly directly after I left Plaine

19   Du Nord.  I might have gone a few places before

20   then.

21       Q.    Okay.  Do you remember living in a

22   dormitory on Street O-L?

23       A.    Yes.  Street 0-L.

24       Q.    And how old were you when you were

25   living in that dormitory?

Confidential - Subject to Further Confidentiality Review

Page 24

    1      A.    I don't know how old.

    2      Q.    How long did you live there?

    3      A.    I don't know how long.

    4      Q.    Who lived with you?

    5      A.    My mother, father, and younger

    6   brother.

    7      Q.    And do you remember what that

    8   structure or that house looked like?

    9      A.    Yes.

   10      Q.    What did it look like?  Could you

   11   describe it?

   12      A.    It was a large house with a courtyard

   13   in the front.  You have to pay in order to enter

   14   and sleep there.

   15      Q.    Do you remember what year it was that

   16   you left there, or how old you were?

   17      A.    I don't remember what -- I don't know

   18   how old I was, nor what year it was.

   19      Q.    Were you the only family living in

   20   that dormitory, or were there others?

   21      A.    There were others.

   22      Q.    Do you know how many other families

   23   were living there?

   24      A.    No.

   25      Q.    When you were in that dormitory, was

Confidential - Subject to Further Confidentiality Review

Page 25

1    your family all living in the same room?

2        A.    Yes.  There were other rooms, but

3    everyone was close, near together.

4        Q.    Okay.  Did you have -- how many beds

5    were there in the room where your family was?

6        A.    I don't recall there being a bed.

7        Q.    Were you sleeping on the floor?

8        A.    Yes, I remember I used to.

9        Q.    And then your answers indicate you

10   went to 18H Street.

11       A.    Yes.

12       Q.    Why did you go there?

13       A.    We didn't have a place to sleep.

14       Q.    And did the -- did your parents and

15   your brother stay with you in 18H?

16       A.    Yes.

17       Q.    And how long were you sleeping in the

18   street at 18H?

19       A.    I don't recall how long.

20       Q.    Do you know how old you were while you

21   were sleeping on 18H?

22       A.    I don't recall.

23       Q.    Did your mother and father stay with

24   you when you were sleeping in the street in 18H?

25       A.    Yes.

Confidential - Subject to Further Confidentiality Review

Page 26

1      Q.    You indicated around this time your
2   mother went to Limonade?
3      A.    Yes.
4      Q.    Do you know how old you were when she
5   went to Limonade?
6      A.    No.
7      Q.    Did you remain with your father and
8   your little brother when your mother went to
9   Limonade?
10     A.    Yes.
11     Q.    And were you still sleeping in the
12  street at that time?
13     A.    Yes, under a vendor's tent.
14     Q.    Okay.  And if I asked you, I
15  apologize, do you have any idea how long you
16  were sleeping in the Street 18H?
17     A.    No, I don't remember how long.  I
18  really was not -- was able to notice things.
19     Q.    While you were at 18H, were you
20  attending any schools?
21     A.    Yes.
22     Q.    What school did you attend while you
23  were at 18H?
24     A.    I was attending Rue 3.  Yes, it was
25  Street 3L.  It was Douglas's school.  It was a

Confidential - Subject to Further Confidentiality Review

1    little school, it was not a very good school,

2    but I would go there to learn something.

3         Q.    How often would you go to that school?

4         A.    I would go every day.

5         Q.    When you were at 18, was your father

6    working anywhere?

7         A.    No.

8         Q.    And why did your mother go to

9    Limonade?

10        A.    Because she was going places, from

11   place to place, because we were poor and we were

12   beggars.

13        Q.    Were your mother and father married?

14        A.    No.

15        Q.    Now, your answers to interrogatories

16   indicate that you were sleeping in the street

17   until approximately 2004.  Do you remember that?

18             MR. STEWART:  Objection.  Vague.

19        A.    I don't recall exactly.

20   BY MR. WILLIAMS:

21        Q.    Okay.  You would have been around

22   11 years old in 2004?

23        A.    Yes, maybe something like that.

24        Q.    Do you remember renting a room at

25   Shada 2 in Cap-Haïtien in 2004?

Confidential - Subject to Further Confidentiality Review

Page 28

1            THE INTERPRETER:  Interpreter
2    requesting a repetition.
3    BY MR. WILLIAMS:
4        Q.    Do you remember your parents renting a
5    room in Shada 2, that's S-H-A-D-A 2, in
6    Cap-Haïtien in 2004?
7        A.    Shada 2?
8        Q.    Yes.
9        A.    Yes.
10       Q.    And who lived at Shada 2?
11       A.    My parents, and my younger brother.
12       Q.    I take it, then, that your mother came
13   back from Limonade at that time?
14       A.    I don't recall if it were either
15   before she went or after she returned from
16   Limonade.  I don't recall this fact.
17       Q.    Could you describe Shada 2?
18            MR. STEWART:  Objection.  Vague.
19       A.    It's a ghetto type of street where
20   people who come from -- the peasants who come,
21   that's where they would stay, because the rent
22   was very cheap.
23   BY MR. WILLIAMS:
24       Q.    Did you, when you stayed with your
25   parents and your brother, did you have your own

Confidential - Subject to Further Confidentiality Review

Page 29

 1    room?

 2         A.    A small room for all of us.

 3         Q.    Did you have any beds, or did you

 4    sleep on the floor?

 5         A.    On the floor we slept.

 6         Q.    And was your father able to be

 7    employed anywhere when you were staying at Shada

 8    2?

 9         A.    No.  We were beggars.

10         Q.    And your mother as well couldn't work?

11         A.    No.

12         Q.    And when you were at Shada 2, when you

13    say "we were beggars," were you and your brother

14    also begging?

15         A.    Yes.  We would eat people's leftovers.

16         Q.    Was that the situation at 18H as well?

17         A.    Yes.

18         Q.    Do you remember living with your

19    brother in Konasa in 2005.

20         A.    I don't remember.

21         Q.    Is your brother older or younger than

22    you?

23         A.    Younger.

24         Q.    Do you have a friend Mackenson

25    Bien Aimé?

Confidential - Subject to Further Confidentiality Review

Page 30

```
 1      A.    Yes.

 2      Q.    Where did you meet him?

 3      A.    In the street.

 4      Q.    In what town, or what area?

 5      A.    Cap-Haïtien.

 6      Q.    Do you know how old you were when you

 7  met him?

 8      A.    No.

 9      Q.    Did you ever rent a place to sleep

10  with him and your brother?

11      A.    Yes.

12      Q.    And where was it that you rented a

13  place?

14      A.    Shada 2.

15      Q.    Was it the same facility?

16      A.    No.

17      Q.    Where were your parents when you began

18  to rent a Shada 2 facility with Mr. Bien Aimé?

19      A.    My father had died, and my mother was

20  in Limonade.

21      Q.    I'm sorry, mother was?

22      A.    Limonade.

23            MR. WILLIAMS:  I don't understand.

24  The mother was what?

25                  THE INTERPRETER:  My father had died
```

Confidential - Subject to Further Confidentiality Review

Page 31

1    and my mother was in Limonade.

2         Q.    Okay.  In Limonade.  Okay.

3               At this time, how old were you?

4         A.    I don't know exactly how old I was.  I

5    would have to do the math to see how old I was.

6         Q.    Okay.  Do you remember what year it

7    was that you began living with your friend and

8    your brother?

9         A.    Yes.

10        Q.    What year was it?

11        A.    2011.

12        Q.    2011.

13              Okay.  What did you do for --

14   withdrawn.

15              When you were living with your friend

16   and your brother, were any of you employed?

17              MR. STEWART:  Objection.  Vague.

18        A.    No.

19   BY MR. WILLIAMS:

20        Q.    How did you get money to pay the rent?

21        A.    We put together whatever money we have

22   to pay the rent, because I was living -- I was

23   wanting to go to school in King's Village and

24   coming from the countryside.

25        Q.    My question was, how did you get the

Confidential - Subject to Further Confidentiality Review

Page 32

1    money that you put together?

2         A.    Kids Alive would give us money.

3         Q.    And did Kids Alive give you the money

4    for the rent the whole time you were living with

5    your friend and your brother at Shada 2?

6         A.    They didn't give us the money

7    specifically to pay the rent, but they would

8    give us money sometimes, and together we would

9    collect some of that money to pay the rent.

10        Q.    Okay.  Were you and your brother and

11   your friend also begging when you were living at

12   Shada 2 beginning in 2011?

13        A.    No.

14        Q.    With whom are you living now?

15        A.    My wife and child.

16        Q.    And what is your wife's name?

17        A.    Iselande Frederick.

18        Q.    And where did you meet Iselande

19   Frederick?

20        A.    Konasa.

21        Q.    When did you meet her?

22        A.    2011.

23        Q.    And are you married to her?

24        A.    No.

25        Q.    Do you have any children?

Confidential - Subject to Further Confidentiality Review

Page 33

```
 1      A.    Yes.
 2      Q.    How many children do you have with
 3 her?
 4      A.    Two.
 5      Q.    What are their names and ages?
 6      A.    One is Robenson Fleuridor, and the
 7 other is Rosemirlanda Fleuridor.
 8      Q.    Do you know their ages?
 9      A.    Robenson is about to turn three, and
10 Rosemirlanda is about to turn five.
11      Q.    And where do you live in Konasa?
12      A.    I don't understand the question.
13      Q.    Do you live in a house?
14      A.    I still live in Konasa.
15      Q.    Do you live in any type of structure
16 with your family?
17      A.    In a tin roof house.
18      Q.    And how long have you lived in the tin
19 roof house?
20      A.    Eight months.
21      Q.    And do you have to pay any rent?
22      A.    Yes.
23      Q.    And who lives in the tin roof house
24 with you?
25      A.    Myself, my wife, and kids.
```

Confidential - Subject to Further Confidentiality Review

Page 34

1        Q.    Is there any furniture in the house?

2        A.    Yeah, there are a few items.

3        Q.    Is there a dirt floor in the house?

4        A.    No.  It's cement.

5        Q.    And where do you sleep?

6        A.    On a small bed.

7        Q.    Do you all sleep together?

8        A.    The kids sleep on the floor.

9        Q.    Are you currently employed anywhere?

10       A.    I'm not an employee anywhere, but I do

11   odd jobs.

12       Q.    What type of odd jobs do you do?

13       A.    I work sometimes behind busses, cars,

14   and I help people wash cars.

15       Q.    Can you tell us the last time that you

16   had a job that wasn't an odd job?

17       A.    I don't recall.

18       Q.    Did you ever learn that any of the

19   students from PPT had received money for claims

20   of abuse by Mr. Perlitz?

21            MR. STEWART:  Object to the form of

22   the question.

23       A.    Yes.

24   BY MR. WILLIAMS:

25       Q.    When was it that you learned that?

Confidential - Subject to Further Confidentiality Review

Page 35

1      A.    I don't recall exactly when.

2      Q.    Do you recall who it was that you

3  learned that from?

4      A.    No.

5      Q.    Do you recall where you were when you

6  learned that some people had received some

7  money?

8      A.    I don't remember.

9      Q.    Did you -- do you remember if you were

10 told how much money they received?

11     A.    They didn't tell me such, anything.

12     Q.    Do you recall the name of any person

13 that told you they received money because they

14 were abused by Mr. Perlitz?

15     A.    No.

16     Q.    Were you ever asked to sign up on a

17 list of former PPT students by Mr. Sibert?

18     A.    No.

19     Q.    Were you ever present where other

20 former PPT students were signing a list claiming

21 that they were abused?

22          MR. STEWART:  Object to the form.

23     A.    No.

24 BY MR. WILLIAMS:

25     Q.    Did you ever speak to Mackenson

Confidential - Subject to Further Confidentiality Review

Page 36

1    Bien Aimé about bringing a lawsuit?

2        A.    No.

3        Q.    Do you know if he brought a lawsuit?

4        A.    No.

5        Q.    Did you ever speak to your brother

6    about bringing the lawsuit?

7        A.    No.

8        Q.    When you learned that people have

9    received money who claimed to be abused by

10   Mr. Perlitz, is that when you decided to go

11   forward with your lawsuit?

12           MR. STEWART:  Object to the form of

13   the question.

14       A.    No.

15   BY MR. WILLIAMS:

16       Q.    Why was it that you decided to go

17   forward with your lawsuit?

18       A.    I had already decided this, but I

19   didn't know who to contact.

20       Q.    How did you find out who to contact?

21       A.    It was one of -- I ran into one of the

22   kids from the project.

23       Q.    When you say "the project," you mean

24   PPT?

25           THE INTERPRETER:  Interpreter wants to

Confidential - Subject to Further Confidentiality Review

Page 37

1    correct interpreter's use of project.

2              PPT, yes.

3        Q.    Who was it that you ran into from PPT?

4        A.    A guy named Raynel Jean Baptiste.

5        Q.    Had Mr. Baptiste already received

6    money for claiming to be abused by Mr. Perlitz?

7              MR. STEWART:  Object to the form.

8        A.    He hasn't received any money.

9    BY MR. WILLIAMS:

10       Q.    Have you spoken to any other -- let me

11   withdraw that.

12             Did you speak to anyone who received

13   money claiming to have been abused by

14   Mr. Perlitz?

15             MR. STEWART:  Object to the form of

16   the question.

17       A.    No.

18   BY MR. WILLIAMS:

19       Q.    Before bringing your lawsuit, did you

20   ever deny being abused by Mr. Perlitz?

21       A.    I don't understand the question.

22       Q.    Before bringing your lawsuit, did you

23   ever tell people that you were not abused by

24   Mr. Perlitz?

25       A.    I never said anyone -- said that to

Confidential - Subject to Further Confidentiality Review

Page 38

1    anyone.

2        Q.    Does your wife work?

3        A.    No.

4        Q.    You mentioned that you obtained money

5    from Mr. Sibert because one of your children was

6    ill, is that correct?

7        A.    Yes.

8        Q.    Are your children generally in good

9    health?

10       A.    Well, I don't know.

11       Q.    Don't you live with your children?

12             MR. STEWART:  Objection.

13   Argumentative.

14       A.    Yes, I live with them.

15   BY MR. WILLIAMS:

16       Q.    From your observation, do they appear

17   to be in good health?

18       A.    From what I observe, yes, but they may

19   be ill, they may have some type of illness that

20   I don't know.

21       Q.    Sure.

22             And do you remember the illness that

23   needed to be addressed when you took the money

24   from Mr. Sibert?

25       A.    I don't recall exactly what was wrong.

Confidential - Subject to Further Confidentiality Review

Page 39

1    Q.    Now, your father, what was his name?

2    A.    Dorvilien Fleuridor.

3    Q.    And do you -- you told us that he is

4    deceased?

5    A.    Yes.

6    Q.    How old was he when he passed away?

7    A.    I didn't know his age.

8    Q.    No idea?  Range?

9    A.    No.

10    Q.    Do you know what caused him to die?

11    A.    I didn't know the illness, but I could

12    recall the symptoms.

13    Q.    What were the symptoms?

14    A.    He would cough up blood, and his eyes

15    were blood-clotted.

16    Q.    And were you still living with him

17    when he passed away?

18    A.    I used to go -- I don't recall

19    exactly.

20    Q.    Okay.  Where was he -- when you saw

21    him describe those symptoms, where was he?

22    A.    He was in Limonade.

23    Q.    Was he with your mother?

24    A.    Yes.

25    Q.    And where were they staying?

Confidential - Subject to Further Confidentiality Review

Page 40

1        A.    In a small house in Limonade.

2        Q.    So did you just go visit him when you

3    heard he was sick?

4        A.    Yes.

5        Q.    Is your mother still in Limonade?

6        A.    Yes.

7        Q.    Has she been able to find any work

8    there, or not?

9        A.    No.  She's begging.

10        Q.    You mentioned you had a small brother,

11    is that correct?

12        A.    Yes.

13        Q.    And does he have the same name as your

14    father?

15        A.    Yes, same first name.

16        Q.    Where is he living now?

17        A.    He's in Limonade.

18        Q.    Do you know if he has a job?

19        A.    No.  He's ill.  He's mentally

20    disabled.

21        Q.    Does he stay with your mother?

22        A.    Yes.

23        Q.    Do you have any other brothers?

24        A.    Yes.

25        Q.    What are their names?

Confidential - Subject to Further Confidentiality Review

Page 41

```
 1      A.    Aurel Benjamin, Alexis Benjamin.

 2      Q.    And are they -- is your father their

 3  father?

 4      A.    No.

 5      Q.    Your mother is their mother?

 6      A.    Yes.

 7      Q.    Okay.  And do you see them frequently?

 8      A.    Yes.

 9      Q.    And are they employed?

10      A.    Yes.  They have odd jobs.

11      Q.    And you also have a sister, is that

12  correct?

13      A.    Yes.

14      Q.    And what is her name?

15      A.    Idelmonde Benjamin.

16      Q.    And where is she living?

17      A.    Near Fort St. Michel.

18      Q.    Do you know how old she is?

19      A.    No.

20      Q.    Is she employed?

21      A.    No.

22      Q.    What was the person's name -- the

23  father of your sister and two of your brothers,

24  his last name was Benjamin?

25      A.    Yes.
```

Confidential - Subject to Further Confidentiality Review

Page 42

```
 1      Q.    What was his first name?
 2      A.    I never met their father.
 3      Q.    So did he ever provide you any support
 4   of any kind?
 5      A.    No, he doesn't have the means.
 6      Q.    Okay.  Do you know how many years you
 7   lived on the street?
 8      A.    No, I don't recall.
 9      Q.    Did you ever live on the street alone?
10      A.    Yes.
11      Q.    Where did you do that?
12      A.    I used to sleep at the square on Rue
13   18.
14      Q.    Were there any dangers in living on
15   the street?
16      A.    Yes, there are dangers, but I had
17   nowhere to sleep, so...
18      Q.    Would you frequently be hungry?
19      A.    Yes.
20      Q.    Could you describe an evening on the
21   street?
22      A.    Well, we would sleep under a porch,
23   sometimes we go to bed early and sometimes we go
24   to bed late.  We would cover ourselves with --
25   enter in a big T-shirt, and we would curl up so
```

Confidential - Subject to Further Confidentiality Review

```
 1   that it covers our feet to keep us warm.
 2   Sometimes older kids would come and rob us of
 3   whatever money we had collected.
 4        Q.    Did you ever have any weapons to try
 5   to protect yourself?
 6        A.    No.
 7        Q.    How would you stay alert that you were
 8   going to be -- let me withdraw that.
 9              Did you ever have any interactions
10   with the police?
11              MR. STEWART:  Object to the form of
12   the question.
13        A.    Yes, but it was to file complaint.
14   BY MR. WILLIAMS:
15        Q.    Did the police ever bother you about
16   sleeping on the street?
17        A.    Yes.
18        Q.    What would happen?
19        A.    Sometimes they would see us sleeping
20   somewhere, and then they would beat us and make
21   us leave.
22        Q.    How would they beat you?  Would
23   they --
24        A.    They would hit us.  And that would be
25   them deciding that.  I don't believe there's --
```

Confidential - Subject to Further Confidentiality Review

Page 44

1    the law says that.  They would hit us on their

2    own, and abusing us.

3        Q.    Would they use anything to hit you

4    with?

5        A.    Sometimes they would have sticks.

6        Q.    Did you ever sustain an injury from

7    being beaten by the police?

8              MR. STEWART:  Object to the form of

9    the question.

10       A.    No.

11   BY MR. WILLIAMS:

12       Q.    And you said sometimes you would be

13   robbed by the older children?

14       A.    Yes.

15       Q.    And were you ever beat up by those

16   people when you were being robbed?

17       A.    Yes, if we don't let them take the

18   money.

19       Q.    Okay.  Did you ever see other children

20   who were living on the street be abused?

21             MR. STEWART:  Objection to the form of

22   the question.

23       A.    I don't know.

24   BY MR. WILLIAMS:

25       Q.    And it was a poor question.  I meant

Confidential - Subject to Further Confidentiality Review

Page 45

1    to say, did you ever witness other children

2    sleeping on the street be physically abused?

3         A.    No, I never witnessed that.

4         Q.    Okay.  Have you ever been arrested?

5         A.    Yes.

6         Q.    How many times?

7         A.    Once.

8         Q.    What were you arrested for?

9         A.    Because someone had used me to go

10   steal a bike for them.

11        Q.    Could you tell us what happened?

12        A.    Yes.  It was a Sunday, and I was at

13   church in Sacré Coeur with my brother and my

14   mother, and I was begging somewhere, and someone

15   -- it was beginning to rain, and someone told me

16   that to go wash that bike for him.  And then I

17   went to wash the bike, and then after that I

18   took the bike and began to leave.  And he said

19   "no, you can give it to me," and then he took

20   the bike and left.

21        Q.    And how did the police get involved?

22        A.    I was -- I had gone to the market

23   across from the church, I went to buy something

24   to eat, and after that I returned, and when I

25   returned I found the police who came with the

Confidential - Subject to Further Confidentiality Review

Page 46

```
 1   owner and said that I took the bike and want me
 2   to return the bike.
 3       Q.    Did the police press charges?  Did
 4   anyone press charges?
 5            MR. STEWART:  Objection.  Compound.
 6       A.    No.
 7   BY MR. WILLIAMS:
 8       Q.    Did the police release you, or did you
 9   have to go to the station with them?
10       A.    The people had gotten hold of me and
11   took me to the police station.
12       Q.    How long were you there?
13       A.    I didn't spend the night.
14       Q.    Have you ever used drugs?
15       A.    No.
16       Q.    Have you ever sniffed paint thinner?
17       A.    No.
18       Q.    Have you ever used marijuana?
19       A.    No.
20       Q.    You mentioned that you remember
21   attending the Rue -- 3rd Street School?
22       A.    Yes.
23       Q.    And were you about six or seven when
24   you went there?
25       A.    Yes.
```

Confidential - Subject to Further Confidentiality Review

Page 47

1      Q.    And you said earlier you went there
2   every day?
3      A.    Yes, when it's in session.
4      Q.    Do you remember when it was in
5   session?
6      A.    I don't recall exactly.
7      Q.    Who told you to attend that Rue 3rd
8   School?
9      A.    Familia.  It's when I was begging with
10   my mother.
11      Q.    Familia is a person that told you to
12   go to that school?
13      A.    Yes.
14      Q.    And do you know her last name?
15      A.    No.
16      Q.    Does she work at the school?
17      A.    Yes.
18      Q.    And how long did you attend the Rue
19   3rd School?
20      A.    I don't recall how long.
21      Q.    Was it more than a year?
22      A.    I don't recall exactly.
23      Q.    Did you get promoted at all while you
24   were at the Rue 3rd School?
25      A.    It was a one grade school.

Confidential - Subject to Further Confidentiality Review

Page 48

1      Q.    What school did you go to after Rue

2    3rd School?

3      A.    Rue 13.

4      Q.    Where was that located?

5      A.    The school?

6      Q.    Yes.

7      A.    Rue 13, Street A.

8      Q.    Do you remember any of the teachers at

9    13A?

10     A.    Yes.

11     Q.    Who were they?

12     A.    There was Magalita who taught a

13   course --

14           THE INTERPRETER:  Excuse me,

15   correction.

16     A.    There was Magalita who taught a course

17   for us.  There was Nicholas, a white man.  There

18   was a teacher Romere, teacher Luckson, Roro,

19   Madam Calixte, and Madam Merline, and there was

20   a white man named Andy.

21     Q.    Do you know how long you attended the

22   13th Street School?

23     A.    I don't recall.

24     Q.    Were you promoted while you were

25   attending the 13th Street School?

Confidential - Subject to Further Confidentiality Review

 1      A.    No.

 2      Q.    What did you learn while you were

 3   there?

 4      A.    Read and write.

 5      Q.    Where did you stay during the time

 6   that you were at the 13th Street School?

 7      A.    This other street.

 8      Q.    And what time would the 13th Street

 9   open?

10      A.    At first it started opening in the

11   morning to come and eat, and then return at

12   noon, but then they started opening in the

13   morning and to stay there the whole day.

14      Q.    Did you ever sleep at the Street 13

15   School?

16      A.    No.

17      Q.    Did you attend the Street 13 School

18   every day?

19      A.    Yes.

20      Q.    Did you ever see Douglas Perlitz at

21   the Street 13 School?

22      A.    Yes, he would go sometimes.

23      Q.    How often would you see him at the

24   Street 13 School?

25      A.    I don't recall.

Confidential - Subject to Further Confidentiality Review

                                                    Page 50

 1      Q.    Do you know why he was at the Street
 2   13 School?
 3      A.    I guess -- I'm guessing that he would
 4   come to check to see how things were going.
 5      Q.    Did you ever speak to Douglas Perlitz
 6   during your time at the 13th Street School?
 7      A.    Yes.
 8      Q.    Do you remember any of those
 9   conversations?
10      A.    I don't recall.
11      Q.    Do you remember where he would be and
12   where you would be when you had a conversation
13   with him at the 13th Street School?
14      A.    At the school we would be in the
15   courtyard.
16      Q.    With the other students as well?
17      A.    Yes.
18      Q.    Okay.  Do you recall any other
19   students who were at the Street 13 School with
20   you?
21      A.    Yes, I can recall some.  I may not
22   know their last names.
23      Q.    Could you tell us those that you
24   recall?
25      A.    There was one named Emmanuel, there

Confidential - Subject to Further Confidentiality Review

Page 51

1  was Robens, Peterson, Rigaud, Jose, Joseph,

2  Benji, Babi, Eliphete, Richard, Simon, Junior,

3  Richard, Wenson.  There is lots of others that I

4  can't remember.

5      Q.    Okay.

6            MR. STEWART:  Let's take a break.

7            MR. WILLIAMS:  Sure.

8            THE VIDEOGRAPHER:  Going off the

9  record.  The time is 10:29.

10           (Whereupon, a recess was taken.)

11           THE VIDEOGRAPHER:  Back on the record.

12  The time is 10:44.

13  BY MR. WILLIAMS:

14     Q.    Mr. Fleuridor, before the break you

15  were telling us students you remember from the

16  Street 13 School.  Do you recall that?

17     A.    Yes.

18     Q.    Are you still in contact with any of

19  those people that you named?

20     A.    I see them sometimes, but I don't

21  exactly have contact with them.

22     Q.    Any in particular that you can tell us

23  you still see?

24     A.    I see Eliphete, Emmanuel.  I don't

25  recall who else.

Confidential - Subject to Further Confidentiality Review

Page 52

1      Q.     Where do you see Eliphete?

2      A.     I see him sometimes in Rue 5.

3      Q.     Cap-Haïtien?

4      A.     Yes.

5      Q.     Is that a street he's living on?

6      A.     No, but that's where I would see him

7    when he's washing cars there.

8      Q.     Okay.  And what about Emmanuel, where

9    do you see him?

10     A.     I would see him on the street.

11     Q.     Do you remember any visitors to School

12   13th Street?

13            MR. STEWART:  Objection.  Vague.

14     A.     Yes.

15   BY MR. WILLIAMS:

16     Q.     What visitors do you remember?

17     A.     There was a white named Timothy, and

18   there was Isabelle.

19     Q.     Do you remember what Timothy looked

20   like?

21     A.     I don't recall.

22     Q.     What about Isabelle, do you remember

23   what Isabelle looked like?

24     A.     No, I don't recall.

25     Q.     Do you recall any other visitors at

Confidential - Subject to Further Confidentiality Review

Page 53

1    the Street 13 School?

2        A.    I don't recall.

3        Q.    Do you know who ran the Street 13

4    School?

5        A.    Yes.

6        Q.    Who?

7        A.    Andy.

8        Q.    Andy you described as white, is that

9    right?

10       A.    Yes.  He is tall.  He generally wears

11   a cap.

12       Q.    Do you know his last name?

13       A.    No.

14       Q.    How long did you attend the Street 13

15   School?

16       A.    I don't recall.

17       Q.    And where did you go after the Street

18   13 School?

19       A.    Carenage.

20       Q.    How did you get to go to Carenage?

21   Who told you you were going there?

22       A.    Because they had said that, they said

23   that the center will not be in Rue 13 anymore.

24       Q.    And it moved to Carenage?

25       A.    Yes.

Confidential - Subject to Further Confidentiality Review

Page 54

1    Q.    And where did you stay when you
2  attended Carenage?
3    A.    On the street.
4    Q.    Do you remember, did Andy run
5  Carenage?
6    A.    Nicholas.
7    Q.    What was Nicholas's last name, do you
8  know?
9    A.    I don't know.
10    Q.    What was your schedule when you
11  attended the Carenage?
12    A.    They would have us start in -- enter
13  in the morning, we would eat breakfast.  And
14  then after that -- they used to give us two
15  meals at Carenage.  I recall three meals
16  actually.
17    Q.    When did they start at Carenage?
18    A.    Since -- in the morning they would
19  have us start.
20    Q.    Did you have to wait to get in?
21    A.    Yes.
22    Q.    Was there a locked gate?
23    A.    Yes.
24    Q.    And do you know what time the gate
25  would open?

Confidential - Subject to Further Confidentiality Review

Page 55

1      A.     I don't recall what time.

2      Q.     Was there any searching or checking

3   for weapons or drugs before you would get into

4   Carenage?

5      A.     Yes.

6      Q.     Who would conduct a search?

7      A.     I don't recall who.

8      Q.     What did you do during the day at

9   Carenage?

10      A.     We would play, have fun, and then

11   school would start.

12      Q.     What grades did you attend while you

13   were in Carenage?

14      A.     Second year.

15      Q.     Do you know the years that you

16   attended Carenage?

17      A.     Yes.

18      Q.     What years did you attend there?

19      A.     2005.

20      Q.     And what happened in 2005; where did

21   you go next?

22      A.     After I left, when I leave Carenage I

23   went to the Village.

24      Q.     How were you selected to go to the

25   Village?

Confidential - Subject to Further Confidentiality Review

Page 56

1      A.    They would select kids based on their
2   behaviors, they're well-behaved.  There was
3   someone named Marguerite who would talk to us,
4   and she said "as long as you're well-behaved,
5   then you go to the Village."
6      Q.    Did you get to go to the Village with
7   any other children who were attending Carenage?
8      A.    Yes.
9      Q.    Who -- what other students went to the
10  Village at the same time you did?
11     A.    Mickenson Cameus.
12     Q.    Anyone else?
13     A.    There were others that was going, but
14  the others went ahead of us.  It was the two of
15  us who went together.
16     Q.    Okay.  And what year was that that you
17  went together?
18     A.    2005 or 2006.
19     Q.    Who took -- you said it was Marguerite
20  who told you you were going to the Village?
21           MR. STEWART:  Objection.
22     A.    Yes.
23  BY MR. WILLIAMS:
24     Q.    Did you see any visitors at Carenage?
25     A.    Yes, I do.

Confidential - Subject to Further Confidentiality Review

Page 57

1       Q.    Do you recall, can you identify any
2    visitors you saw at Carenage?
3       A.    I don't recall.  I see some whites,
4    but I don't remember their names.
5       Q.    Did you ever see Douglas Perlitz at
6    Carenage?
7       A.    Yes.
8       Q.    How often would he be there?
9       A.    I don't remember how often.
10      Q.    Did you ever speak to Douglas Perlitz
11   at Carenage?
12      A.    Yes.
13      Q.    Do you remember any of those
14   conversations?
15      A.    Yes.
16      Q.    Could you tell us about that?
17            MR. STEWART:  Object to the form of
18   the question.  Vague, overly broad.
19      A.    He would enter, he would come into the
20   classroom looking at the books that we were
21   using, and he would say that "yes, I am part of
22   the Village."  And I believe he was part of the
23   group of people who would decide who come to the
24   Village.
25   BY MR. WILLIAMS:

Confidential - Subject to Further Confidentiality Review

Page 58

1      Q.    So you would be sitting in a class
2   with other students when you saw Mr. Perlitz at
3   Carenage?
4      A.    Yes.
5      Q.    Can you describe where the Village was
6   located?
7      A.    It's in Carenage.
8      Q.    What does the location look like?
9      A.    There's a church on the side, and
10  there's a mango tree in the courtyard, there's a
11  coconut street across from it.  And then it has
12  two floors, and the second floor is a tin
13  roofed.  And there is a shower behind, by the
14  kitchen.
15     Q.    Were there any fields to play in?
16     A.    Yes, in the front.
17     Q.    And did you stay at the Village?
18     A.    Yes.
19     Q.    You said you got there about 2005,
20  2006?
21     A.    Yes.
22     Q.    How long did you stay at the Village?
23     A.    Until it closed.
24     Q.    Do you remember when that was?
25     A.    End of 2008 or around 2009, something

Confidential - Subject to Further Confidentiality Review

1   like that.

2        Q.    So you were there when you were about

3   13 years old to 16 years old?

4        A.    Yes, something like that.

5        Q.    And where did you stay on the Village?

6        A.    In House 2.

7        Q.    Were you in the same location the

8   whole time you were at the Village?

9        A.    Yes.

10        Q.    And were there any other students in

11   your room?

12        A.    Yes.

13        Q.    Who were they?

14        A.    It was Herby, François, Richard,

15   Robens, Pierre, Wenson.  I don't recall the

16   others.

17        Q.    That group, did it remain the same

18   until the Village closed?

19        A.    I don't recall if there were people

20   leaving and then others coming, I don't recall.

21        Q.    In House 2, did you have your own bed?

22        A.    Yes.

23        Q.    Is that the first time you had had

24   your own bed?

25        A.    Yes.

Confidential - Subject to Further Confidentiality Review

Page 60

1      Q.     What was a typical day at the Village
2   like?  Could you describe it for us?
3      A.     When we wake up in the morning, there
4   would be a male teacher who had spent the night
5   and who woke us up and have us brush our teeth
6   and take a shower to go to class.  After we
7   showered, we would go up to the kitchen to eat.
8   After eating, then we go to class.  After
9   school -- they would give us breaks, and then
10  after school they would call us to go to a place
11  where -- to a workshop where we would learn a
12  trade.
13           And also there were tutoring.  After
14  school, there was a meal.  And before bed, they
15  would give us another meal.  At night they would
16  have us do our homework.
17     Q.     Did you know where Bel Air was?
18           MR. STEWART:  Objection.  Vague.
19     A.     Yes.
20  BY MR. WILLIAMS:
21     Q.     Who lived in Bel Air?
22           MR. STEWART:  Objection.  Vague.
23     A.     I knew that Douglas lived in Bel Air.
24  BY MR. WILLIAMS:
25     Q.     We referred -- you described the

Confidential - Subject to Further Confidentiality Review

1    Village.  Was that also described as PPT?

2         A.    Yes.

3         Q.    So when you were referring to the

4    Village, were you talking about PPT?

5         A.    Yes.  Pierre Toussaint Project.

6         Q.    Okay.  Did you ever see any visitors

7    at PPT?

8              MR. STEWART:  Objection.  Asked and

9    answered.

10        A.    Yes.

11   BY MR. WILLIAMS:

12        Q.    Do you remember any?

13        A.    Yes.

14        Q.    Who do you recall seeing at PPT?

15        A.    There was Sylvester, Pere Paul, and

16   Madam Carter.  There were a lot of other whites

17   when it was summer vacation who would come, and

18   do some training sports for us, basketball and

19   soccer.

20        Q.    You mentioned Madam Carter?

21        A.    Yes.

22        Q.    Were you ever introduced to Madam

23   Carter?

24        A.    Yes.

25        Q.    And who did you understand her to be?

Confidential - Subject to Further Confidentiality Review

Page 62

1      A.     Someone who had a good relationship, a

2   connection with Douglas, and the project also.

3      Q.     Did she speak Creole?

4      A.     A little.

5      Q.     Did you -- did Madam Carter visit PPT

6   more than once?

7      A.     Yes.

8      Q.     I believe you also said Sylvester when

9   you were describing the visitors?

10     A.     Yes.

11     Q.     Who was Sylvester?

12     A.     I don't understand.

13     Q.     Do you remember Sylvester's last name?

14     A.     No.

15     Q.     Did you have any understanding of who

16  -- why Sylvester was there?

17     A.     I didn't know what he was doing there

18  exactly.

19     Q.     Did you ever hear of Fairfield

20  University?

21     A.     Yes.

22     Q.     How did you hear of Fairfield

23  University?

24     A.     I would hear it from the other guys.

25     Q.     You mean other students?

Confidential - Subject to Further Confidentiality Review

Page 63

1      A.    Yes.

2      Q.    What did you hear?

3      A.    It's one of the universities that were

4  -- Douglas was connected with.  It's part of the

5  project.

6      Q.    Now, do you know who it was who told

7  you it was part of the project?

8      A.    No, I don't recall.

9      Q.    Any other visitors to PPT that you

10 recall?

11     A.    I don't recall.

12     Q.    How did you learn that PPT was going

13 to be closed?

14     A.    It was Douglas had gone overseas and

15 didn't come back, and Robinson --

16           (Room interruption.)

17     A.    -- Robinson told us that Douglas had

18 said to him that the people who had subsidized,

19 supported the project no longer -- the project

20 no longer exists.

21     Q.    Who was at PPT when Robinson -- well,

22 let me withdraw that.

23           What did Robinson do?

24           MR. STEWART:  Objection.  Vague.

25     A.    He was Douglas's second in command.

Confidential - Subject to Further Confidentiality Review

Page 64

1    BY MR. WILLIAMS:

2         Q.    And before Robinson telling you PPT

3    was going to close, had you heard any rumors

4    that it was going to close?

5         A.    No.

6         Q.    Prior to PPT closing, did anyone ever

7    tell you that they were abused by Douglas

8    Perlitz?

9         A.    No.

10        Q.    Do you claim that you were sexually

11   abused by Douglas Perlitz?

12        A.    Yes.

13        Q.    How many times were you abused by

14   Douglas Perlitz?

15        A.    Two times.

16        Q.    Where did the abuse occur?

17        A.    Bel Air.

18        Q.    Had you been to Bel Air on any

19   occasions other than the two times that you

20   claim to be abused?

21             MR. STEWART:  Objection to the form of

22   the question.

23        A.    Yes, I used to go up there at Bel Air.

24   BY MR. WILLIAMS:

25        Q.    Apart from the times when you were

Confidential - Subject to Further Confidentiality Review

Page 65

1    abused, did you ever stay overnight at Bel Air?

2        A.    No.

3        Q.    Why would you go to Bel Air?

4            MR. STEWART:  Objection.  Vague.

5        A.    I was not yet living at the Village at

6    the time, I would go -- I used to go there

7    because there was a car who would pick kids up

8    there to go to the Village, kids who were not

9    living at the Village.

10   BY MR. WILLIAMS:

11       Q.    Apart from the two times that you

12   claim you were abused by Mr. Perlitz at Bel Air,

13   did you ever stay overnight at Perlitz's home in

14   Bel Air?

15           MR. STEWART:  Objection.

16   Argumentative, form of the question, asked and

17   answered.

18       A.    No.

19   BY MR. WILLIAMS:

20       Q.    Where in Bel Air were you abused the

21   first time you were abused?

22       A.    In Douglas's room.

23       Q.    Could you describe Douglas's room?

24       A.    I wasn't paying attention to those

25   things, because I was tired and I was sleepy.

Confidential - Subject to Further Confidentiality Review

Page 66

1      Q.    Tell me how you were abused the first

2   time.  How did it happen?

3      A.    He touched me in the front and touched

4   me in the back, and then he put his penis in my

5   rectum.

6      Q.    Do you remember how old you were when

7   this happened?

8      A.    13.

9      Q.    And you were staying at PPT at that

10   time?

11      A.    Yes.

12      Q.    And how did you get to Bel Air?

13      A.    Because I had returned from vacation,

14   I had nowhere to sleep, so I went to ask Douglas

15   a place to stay.  In any case, I would have had

16   to take the bus to go to the Village.

17      Q.    So where were you during that

18   vacation?

19      A.    Limonade.

20      Q.    So you went to see your mother?

21      A.    Yes.

22      Q.    And you were staying with your mother

23   during that vacation?

24      A.    Yes.

25      Q.    And what time of year was it?

Confidential - Subject to Further Confidentiality Review

Page 67

```
 1       A.    It was in 2006, but I was returning in
 2   2007.
 3       Q.    It was in January, 2007 the first time
 4   you were abused?
 5       A.    Yes.
 6       Q.    And how you did get from Limonade to
 7   Bel Air?
 8       A.    I took a -- I paid for -- I took a
 9   bus.
10       Q.    Why didn't you take a bus to PPT?
11       A.    The bus would not drop me off at the
12   Village.  It would not drop me off at Bel Air
13   either.  It would drop me off at a station, and
14   I would have to walk from there.
15       Q.    What time did you leave Limonade?
16       A.    Very late.
17       Q.    And why did you leave Limonade late?
18       A.    I was washing my clothes so I could
19   pack, so I could leave.
20       Q.    Did you have to get back to PPT by a
21   certain time in order to get in?
22       A.    Yes.
23       Q.    What time did you have to get to PPT
24   in order to get in?
25       A.    I don't recall exactly what time.
```

Confidential - Subject to Further Confidentiality Review

Page 68

1      Q.    Did you know when you left Limonade
2  that you had to get to PPT by a certain time in
3  order to get in?
4      A.    Yes.
5      Q.    So when you left Limonade, you knew
6  you had no place to stay, is that correct?
7      A.    Yes.
8      Q.    And had you ever gone to Bel Air,
9  Douglas's home, seeking shelter prior to that
10  day?
11           MR. STEWART:  Objection.  Asked and
12  answered several times.
13      A.    No.
14  BY MR. WILLIAMS:
15      Q.    There had never been an occasion when
16  you went there and he turned you away, correct?
17      A.    No.
18      Q.    And where did you get the bus from
19  Limonade?
20      A.    At the station.
21      Q.    And that station, the bus, where would
22  it drop you off?
23      A.    Nan Pon.
24      Q.    How far is Nan Pon from PPT?
25      A.    It's a good distance.

Confidential - Subject to Further Confidentiality Review

Page 69

1      Q.    How far is Nan Pon from Bel Air?

2      A.    It's a good distance, but it's closer.

3      Q.    Were you travelling alone?

4      A.    Yes.

5      Q.    Did you have any luggage?

6      A.    Yes, I had a luggage.

7      Q.    Did you have a phone?

8      A.    No.

9      Q.    Did you have a cell phone back in

10     2007?

11     A.    No.

12     Q.    Do you know what time you got to

13     Nan Pon?

14     A.    I didn't have the time.

15     Q.    Was it dark when you got there?

16     A.    It wasn't completely dark, but it was

17     a bit late.

18     Q.    And what did you do when you got off

19     the bus in Nan Pon?

20            MR. STEWART:  Objection.  Vague.

21     A.    Once I got off the bus in Nan Pon, I

22     had to walk in order to get to Tabernacle for me

23     to take a canoe so that I could leave from

24     there.  As it was late and there was a lot of

25     traffic, I figured I had to go that way.

Confidential - Subject to Further Confidentiality Review

Page 70

1  BY MR. WILLIAMS:

2      Q.    How did you know where Douglas Perlitz

3  lived?

4            MR. STEWART:  Objection.  Asked and

5  answered.

6      A.    Because before I lived at the Village

7  I used to go there to get the bus to go to the

8  Village.

9  BY MR. WILLIAMS:

10     Q.    Why did you decide to go to Douglas's

11 house?

12           MR. STEWART:  Objection.  Asked and

13 answered.

14     A.    Because he knew that I was one of the

15 kids at the project, and so if I explained to

16 him the situation he can understand.

17 BY MR. WILLIAMS:

18     Q.    Did you have a watch?

19     A.    No.

20     Q.    How did you know it was too late to go

21 to PPT?

22     A.    According to the time of day,

23 according -- pardon me.  According to the

24 weather.

25     Q.    What about the weather?

Confidential - Subject to Further Confidentiality Review

Page 71

```
1       A.    It was because of there was no sun.

2       Q.    Was it -- what else do you remember

3  about the weather, other than that there was no

4  sun?

5       A.    I don't remember.

6       Q.    It wasn't raining?

7       A.    No.

8       Q.    And you were travelling by yourself?

9             MR. STEWART:  Objection.  Asked and

10  answered.

11       A.    Yes.

12  BY MR. WILLIAMS:

13       Q.    How long did it take you to get to Bel

14  Air?

15       A.    I didn't calculate that.

16       Q.    Do you have any sense -- you said it's

17  a distance.  Do you have any idea in terms of

18  mileage or any type of measurement?

19       A.    I'm not a distance expert.  I cannot

20  say.

21       Q.    Do you remember what you were wearing?

22       A.    Yes.

23       Q.    What were you wearing?

24       A.    I was wearing pants and T-shirt.

25       Q.    What were you wearing on your feet?
```

Confidential - Subject to Further Confidentiality Review

Page 72

1      A.    I was wearing sneakers.

2      Q.    Did you have any type of jacket on?

3      A.    No.

4      Q.    Was it warm out?

5      A.    Yes.

6      Q.    Did you see anyone -- withdraw that.

7            Did anyone travel with you to Bel Air?

8            MR. STEWART:  Objection.  Asked and

9   answered.

10     A.    No.

11  BY MR. WILLIAMS:

12     Q.    Who was the first person you saw at

13  Douglas's house?

14     A.    In the courtyard?

15     Q.    Anywhere on his grounds, did you

16  see --

17     A.    The guard.

18     Q.    Do you know the guard's name?

19     A.    No.

20     Q.    Do you know what he looked like?

21     A.    I can't recall.

22     Q.    Was he wearing a uniform of any kind?

23     A.    I don't remember if he had a uniform.

24     Q.    Did he have any type of a weapon?

25     A.    I didn't see him wearing a weapon when

Confidential - Subject to Further Confidentiality Review

Page 73

 1    I was entering.

 2        Q.    Okay.  You don't remember what he

 3    looked like?

 4            MR. STEWART:  Objection.  Asked and

 5    answered.

 6        A.    No.

 7    BY MR. WILLIAMS:

 8        Q.    Was there anyone else there when you

 9    first arrived at Bel Air, other than the

10    security?

11        A.    I don't know if there were anyone

12    inside, but I didn't see anyone on the outside

13    in the yard.

14        Q.    You didn't see any children there?

15            MR. STEWART:  Objection.  Asked and

16    answered.

17        A.    No.

18    BY MR. WILLIAMS:

19        Q.    Was the entrance to Bel Air locked?

20        A.    Yes.

21            I don't understand the question.

22        Q.    Was there any gate?

23        A.    Yes.

24        Q.    And was there a lock on the gate?

25        A.    Yes, on the inside.

Confidential - Subject to Further Confidentiality Review

Page 74

```
1       Q.    And did you speak to the security
2   guard?
3       A.    Yes.
4       Q.    What was the conversation you had with
5   the security guard?
6       A.    I said "can I please see Douglas?"
7       Q.    And what did he do?
8       A.    He went to make the request for me.
9       Q.    And then what happened?
10      A.    Douglas came.
11      Q.    Was the gate still locked at this
12  point?
13      A.    No.
14      Q.    Who had unlocked the gate?
15      A.    Security.
16      Q.    So were you then in the courtyard at
17  this point?
18      A.    Yes.
19      Q.    And did Douglas come out to the
20  courtyard?
21      A.    Yes.
22      Q.    Do you remember what Douglas was
23  wearing?
24      A.    I don't recall.
25      Q.    Do you know if he had been already in
```

Confidential - Subject to Further Confidentiality Review

Page 75

1    bed before you arrived?

2        A.    I don't know.

3        Q.    Was anyone else sleeping in the house?

4              MR. STEWART:  Objection.  Asked and

5    answered.

6        A.    I don't know if there were any others.

7    BY MR. WILLIAMS:

8        Q.    Did you know if any other workers from

9    PPT or the Village ever slept at Bel Air?

10       A.    Only one person I remember named

11   Blais, but I don't know if he was working at the

12   Village.

13       Q.    So just so I understand, someone named

14   Blais was living at the house in Bel Air?

15             MR. STEWART:  Objection.  Misstates

16   testimony.

17       A.    Yes, but it wasn't the house where

18   Douglas was.

19   BY MR. WILLIAMS:

20       Q.    Okay.  So when Douglas came out to the

21   courtyard, what happened?

22       A.    I explained to him the situation.

23       Q.    What did you say to him?

24       A.    I told him that I had -- I took the

25   bus and then the canoe to arrive here, but I

Confidential - Subject to Further Confidentiality Review

Page 76

1    couldn't arrive early enough to go to the

2    Village, so if he could let me spend the night,

3    and then I would wake up very early in the

4    morning to go there.

5        Q.    You mentioned taking a canoe?

6        A.    No.

7        Q.    The last answer said that you took a

8    bus and a canoe.

9        A.    No, if I were to go to the Village,

10   then I would have to take the bus and then the

11   canoe.

12       Q.    Okay.  So you didn't take the canoe to

13   get to Bel Air?

14            MR. STEWART:  Objection.  Asked and

15   answered.

16       A.    No.

17   BY MR. WILLIAMS:

18       Q.    All right.  And what did Douglas say

19   to you?

20       A.    "Yes."

21       Q.    Was there any lighting in the

22   courtyard?

23       A.    I don't recall if there was a light.

24       Q.    Were there any lights on inside the

25   house?

Confidential - Subject to Further Confidentiality Review

Page 77

1      A.    Yes.

2      Q.    Did the security guard stay with you

3   when you were having this discussion with

4   Douglas?

5      A.    No.

6      Q.    Where did the security guard go?

7            MR. STEWART:  Objection.  Speculation.

8      A.    He went to go about his business.

9   BY MR. WILLIAMS:

10      Q.    Did he leave the courtyard?

11      A.    Well, his work is in the courtyard,

12   that's what he does, so he just left us to talk.

13      Q.    When you were having the discussion

14   with Perlitz, could you see -- could you still

15   see the security guard?

16      A.    Yes.

17      Q.    Where was he?

18      A.    I don't recall the exact -- his exact

19   location.

20      Q.    So as I understand your testimony, you

21   told Douglas that it was too late for you to go

22   to PPT, and you wanted to stay there, and he

23   said yes?

24      A.    Yes.

25      Q.    Was there any other discussion in the

Confidential - Subject to Further Confidentiality Review

Page 78

1    courtyard?

2        A.    No.

3        Q.    Didn't he ask you why you didn't leave

4    Limonade sooner?

5        A.    He didn't say that.

6        Q.    As a student at PPT, wasn't it your

7    responsibility to be there before it closed?

8              MR. STEWART:  Objection.

9    Argumentative.

10       A.    School wasn't going to start until the

11   next day.

12   BY MR. WILLIAMS:

13       Q.    Okay.  But do the students usually

14   return the morning of classes, or the night

15   before?

16       A.    The night -- the day before.

17       Q.    Okay.  So did Douglas Perlitz ask you

18   why you hadn't left in time enough to get to

19   PPT?

20             MR. STEWART:  Objection.  Asked and

21   answered.

22       A.    No.

23   BY MR. WILLIAMS:

24       Q.    So the only thing he said in the

25   courtyard was "yes," and then you were in the

Confidential - Subject to Further Confidentiality Review

Page 79

1    courtyard, correct?

2        A.    Yes.

3        Q.    What happened next?

4        A.    He allowed me to come in.

5        Q.    How did you enter the house?

6        A.    He allowed me.  He asked me to come

7    in.

8        Q.    What door did you enter?

9        A.    Not through the first door.  There's

10   another door.  Through that other door.

11       Q.    Where is the door?  Could you describe

12   it?

13       A.    There is one door, the first door

14   where the whites would go in when they come to

15   visit Douglas, and then further down there was

16   another door that would go down the stairs.  It

17   was through that door.

18       Q.    And was that door closed when you

19   approached it?

20       A.    He's the one who opened the door.

21       Q.    Did he do it with a key?

22       A.    I don't recall with what, but he was

23   the one who opened it.

24       Q.    When Douglas came out to the

25   courtyard, did he come out of that same door?

Confidential - Subject to Further Confidentiality Review

Page 80

1      A.    I don't know what door he came
2  through, out of, because I was at the other side
3  of the gate.
4      Q.    Were there lights on inside the
5  house --
6            MR. STEWART:  Objection.  Asked and
7  answered.
8  BY MR. WILLIAMS:
9      Q.    -- where the door you were entering?
10     A.    I don't recall.
11     Q.    Do you remember anything about the
12  staircase going down?
13     A.    Yes, there is a small stairs, but I
14  don't recall anything in particular.
15     Q.    Are they stone or wood?
16     A.    Stone.
17     Q.    Do you recall the color of the door?
18     A.    I don't remember.
19     Q.    Were there any windows in the door?
20     A.    I don't recall.  I wasn't paying
21  attention to such things.  I didn't go there so
22  I could describe the house.
23     Q.    Did you go -- when you got inside the
24  door, were you in front of Perlitz, or was he in
25  front of you?

Confidential - Subject to Further Confidentiality Review

Page 81

```
 1       A.    He was in front of me.

 2       Q.    What did you see inside the house?

 3       A.    I saw a place where to lay down or to

 4  sleep, but I didn't -- I don't recall what else

 5  I saw.

 6       Q.    Do you have any way of describing the

 7  size of the room that you saw?

 8       A.    I don't think I can.

 9       Q.    Was there any furniture in the room?

10       A.    Yes, there were furniture.

11       Q.    Do you recall any of it?

12       A.    I don't recall.

13       Q.    Did Perlitz put a light on once he got

14  inside the house?

15       A.    Yes.

16       Q.    Do you recall what that light looked

17  like?

18       A.    No, I don't recall.

19       Q.    Do you recall any decorations of paint

20  in the room, the color of the wall?

21       A.    The thing is that I went there to

22  sleep, just to sleep.  I didn't go there for fun

23  or to enjoy the sight, what I saw.

24       Q.    I understand that, sir.  I just need

25  to know if you recall, that's all.
```

Confidential - Subject to Further Confidentiality Review

Page 82

1        A.    Okay.

2        Q.    Was that room where you came into the

3    house, that door in the rear, did it open into a

4    bedroom, or some other type of room?

5        A.    I don't remember.

6        Q.    Were you taking any drugs that day?

7        A.    No.

8        Q.    What happened when you got inside the

9    house?

10        A.    He asked me to sleep on a -- on

11    something that looked like a couch.

12        Q.    What color was it?

13        A.    I don't remember the color.

14        Q.    Was the couch located in Douglas

15    Perlitz's room?

16        A.    Yes.

17        Q.    Did he have a bed in the same room?

18        A.    Yes.

19        Q.    How close was that bed to where this

20    couch was where you were directed?

21        A.    I don't recall the distance.

22        Q.    Did he cover the couch with any type

23    of blanket or sheet?

24        A.    I don't pay attention to that.

25        Q.    You don't remember?

Confidential - Subject to Further Confidentiality Review

Page 83

```
 1      A.    No.

 2      Q.    Did he give you any pillows for your

 3  head?

 4      A.    No.

 5      Q.    When he told you to get on the couch,

 6  where did he go?

 7      A.    I don't recall where he went, because

 8  I went to sleep, I went to lay down.  I wasn't

 9  paying attention to him.

10      Q.    So did he stay in the room with you?

11      A.    Yes.

12      Q.    And as soon as you got on the couch,

13  what happened?

14      A.    He came and asked me if I was cold

15  because I wasn't covered, and he came and asked

16  me if I'm cold, and I said "yes."

17      Q.    When he came to see you and tell

18  you -- ask you if you were cold, did he say that

19  from where he was, or did he come closer to you?

20            MR. STEWART:  Objection.  Misstates

21  prior testimony.

22      A.    He came near me.

23  BY MR. WILLIAMS:

24      Q.    And had you already fallen asleep by

25  that point?
```

Confidential - Subject to Further Confidentiality Review

Page 84

```
1       A.    Yes.
2       Q.    And when you saw Douglas, what was he
3   wearing?
4       A.    I don't remember.
5       Q.    When you were lying on the couch, did
6   you hear any noises from other people in the
7   house?
8       A.    I didn't hear anything.
9       Q.    You said that Perlitz had put a light
10  on when you entered the room.  Was that light
11  still on when he approached you at the couch,
12  asked you if you were cold?
13      A.    I don't remember.  I'm trying to
14  think, but I don't remember if there was light.
15      Q.    What did you say to Douglas when he
16  asked you if you were cold?
17      A.    "Yes."
18      Q.    And did he give you a blanket?
19      A.    No.
20      Q.    What happened after you told Douglas
21  that you were cold?
22      A.    He asked me to come, he said to come
23  and sleep with him.
24      Q.    And what did you do?
25      A.    I accepted.
```

Confidential - Subject to Further Confidentiality Review

Page 85

```
 1      Q.    What did Douglas's bed look like?
 2            MR. STEWART:  Objection.  Asked and
 3   answered.
 4      A.    I wasn't paying attention to such
 5   things.
 6   BY MR. WILLIAMS:
 7      Q.    Were there any blankets on it?
 8      A.    Yes.
 9      Q.    Do you remember anything about those
10   blankets?
11      A.    I don't recall.
12      Q.    Did you lie next to Douglas?
13      A.    Yes.
14      Q.    Was there room for both of you to lie
15   next to each other without touching each other
16   on the bed?
17      A.    I don't remember.
18      Q.    Was there any wooden frame of any kind
19   on the bed?
20            MR. STEWART:  Objection.  Asked and
21   answered.
22      A.    I wasn't paying attention to such
23   things.
24   BY MR. WILLIAMS:
25      Q.    When you got in bed with Douglas, was
```

Confidential - Subject to Further Confidentiality Review

Page 86

1    the light still on?

2        A.    No.

3        Q.    Did Douglas turn it off?

4        A.    Yes.

5        Q.    What happened when you got in bed with

6    Douglas?

7        A.    While I was sleeping, I felt that he

8    was touching me.

9        Q.    So let me understand.  When you were

10   on the couch you fell asleep, correct?

11       A.    Yes.

12       Q.    And then Douglas woke you up to ask

13   you if you were cold?

14       A.    Yes.

15       Q.    Then you got into bed with Douglas?

16       A.    Yes.

17       Q.    And then you fell back to sleep?

18       A.    Yes.

19       Q.    And do you know how long you were

20   sleeping in his bed before you were awakened?

21       A.    No.

22       Q.    Were you covered with a blanket?

23       A.    Yes.

24       Q.    Was Douglas covered with the same

25   blanket?

Confidential - Subject to Further Confidentiality Review

Page 87

 1      A.    Yes.

 2      Q.    What happened when you awakened?

 3      A.    I asked him why.  He said he was just

 4  playing with me.

 5      Q.    And what did he touch?

 6      A.    He was touching -- he had pulled down

 7  my pants and he was touching in front, he was

 8  touching in front of me.

 9      Q.    Had he pulled down your pants before

10  you woke up?

11      A.    When I woke up I found that he was

12  touching me, and then he was -- and I asked him

13  not to touch me, and he said he was just

14  playing.

15      Q.    I understood that.

16            But when did he pull your pants down?

17  Were you asleep when he pulled your pants down,

18  or did that happen after you woke up?

19      A.    When I was sleeping, he started

20  pulling down my pants.

21      Q.    So when you regained consciousness, he

22  had pulled your pants down?

23      A.    Yes.

24      Q.    And where were you -- let me withdraw

25  that.

Confidential - Subject to Further Confidentiality Review

Page 88

1            If you're looking at Douglas's bed,
2    were you on the right side or the left side?
3        A.    I don't recall exactly where.
4        Q.    Before you woke up, were your bodies
5    touching at all just laying in the bed?
6            MR. STEWART:  Objection to the form of
7    the question.
8        A.    Yes.
9    BY MR. WILLIAMS:
10        Q.    Where was Douglas in the bed when you
11    woke up and you knew he was touching you?
12            MR. STEWART:  Objection to the form of
13    the question.
14        A.    I was in -- my back was facing him, so
15    he was in back of me.
16    BY MR. WILLIAMS:
17        Q.    And what did he touch first?
18        A.    He was touching my buttocks.
19            MR. STEWART:  Let's take a break.
20            THE VIDEOGRAPHER:  Going off the
21    record.  The time is 11:59.
22            (Whereupon, a recess was taken.)
23            THE VIDEOGRAPHER:  Back on the record.
24    The time is 12:15.
25    BY MR. WILLIAMS:

Confidential - Subject to Further Confidentiality Review

Page 89

```
 1      Q.    Mr. Fleuridor, just before the break I
 2   had asked you what did he, meaning Perlitz,
 3   touch first, and you said he was touching your
 4   buttocks?
 5      A.    Yes.
 6      Q.    And were your pants on at that time?
 7      A.    No.
 8      Q.    So he had already removed your pants?
 9      A.    No, he had -- yes, he had pulled my
10   pants down.
11      Q.    Were you wearing a belt?
12      A.    No.
13      Q.    Do you remember what the pants were
14   like?
15      A.    No, I don't recall.
16      Q.    Were they shorts, or full length
17   pants?
18      A.    I don't remember if they were short or
19   long.
20      Q.    And did you say anything to him when
21   you felt him feeling your butt?
22      A.    Yes.
23      Q.    What did you say?
24      A.    I asked him "what are you doing to
25   me?"
```

Confidential - Subject to Further Confidentiality Review

Page 90

1        Q.      And what did he say?

2        A.      He says he's just playing with me.

3        Q.      So what happened next?

4        A.      He touched my penis, and then he

5    inserted his penis in my buttocks.  And when I

6    asked him why, he says "it's not going to hurt."

7        Q.      How long did he touch your butt before

8    he touched your penis?

9        A.      I don't know how long.

10       Q.      Was it minutes, or seconds?

11       A.      I didn't have the time.  I don't know.

12       Q.      Did you ask him to stop?

13               MR. STEWART:  Objection.  Asked and

14    answered.

15       A.      What?

16    BY MR. WILLIAMS:

17       Q.      Did you ask him to stop?

18       A.      Yes.

19       Q.      And did you ask him to stop before or

20    after he touched your penis?

21       A.      It's before.  He hadn't even finished

22    pulling down my pants I was telling him no, and

23    he continued to touch me.

24       Q.      Did you attempt to get out of the bed?

25       A.      No.

Confidential - Subject to Further Confidentiality Review

Page 91

```
 1      Q.    Did you attempt to leave?
 2      A.    No.
 3      Q.    The door wasn't locked, was it?
 4      A.    It was closed.
 5      Q.    Do you know how long -- you said after
 6   he touched your butt, then he touched your
 7   penis?
 8      A.    Yes.
 9      Q.    Were you in the same position in bed
10   when he touched your penis?
11      A.    Yes.
12      Q.    So your back was to him?
13      A.    Yes.
14      Q.    How long did he touch your penis?
15      A.    I didn't have the time.  I didn't
16   control.
17      Q.    Do you know if it was a minute?  Was
18   it just very quick?
19      A.    I don't recall how long.
20      Q.    Did you get an erection?
21      A.    No.
22      Q.    So what happened next?
23      A.    He inserted his penis in my rectum.
24      Q.    Was your position in the bed still the
25   same?
```

Confidential - Subject to Further Confidentiality Review

Page 92

1      A.    Yes.

2      Q.    Did you know he was going to insert

3  his penis in your rectum?

4      A.    I didn't think he would do something

5  like that.

6      Q.    Did he say anything to you before he

7  did it?

8      A.    He told me that it wouldn't hurt, but

9  I didn't think he would do that.

10      Q.    So before he inserted, he told you it

11  wasn't going to hurt?

12      A.    Yes.

13      Q.    And what did you say when he said it

14  wasn't going to hurt?

15      A.    I thought he wouldn't do that for

16  real.

17      Q.    So you were laying sideways on the bed

18  with your back towards Perlitz when this occurs,

19  is that right?

20      A.    Yes.

21      Q.    And did you change your position at

22  all during the time that he inserted his penis?

23      A.    I was trying to change position, then

24  he put his hands in front of me.

25      Q.    How were you trying to change your

Confidential - Subject to Further Confidentiality Review

Page 93

1   position?

2        A.    I was wiggling my body.  And the thing

3   is I don't really understand your question.

4        Q.    Okay.  When you said you were trying

5   to change your position and he put his hands in

6   front of you, could you explain where it was

7   that he put his hands?

8        A.    He put his hands in front of me.  He

9   put his hands on my penis.

10       Q.    And was that at the same time when he

11  was inserting his penis in your butt?

12       A.    Yes.

13       Q.    At any time during this abuse, were

14  you kneeling?

15       A.    No, I never did that.

16       Q.    How long was his penis in your butt?

17       A.    I don't know.

18       Q.    Was he making any movement while his

19  penis was in your butt?

20             MR. STEWART:  Objection.  Relevance.

21       A.    Yes.

22  BY MR. WILLIAMS:

23       Q.    What was he doing?

24       A.    He was making sexual noises.

25             MR. WILLIAMS:  Is that the answer?

Confidential - Subject to Further Confidentiality Review

Page 94

```
 1              THE INTERPRETER:  Yes.
 2        Q.    What type of sexual noises?
 3        A.    He was moaning, making moaning noises,
 4   and he was making the kind of body movements
 5   that people generally do in cases like that.
 6        Q.    What happened next?
 7        A.    I felt my butt was wet.
 8        Q.    Then what happened?
 9        A.    I got off the bed.
10        Q.    What did you do?
11        A.    I laid on the floor, and I was crying.
12        Q.    And where was Perlitz?
13        A.    He stayed on the bed.
14        Q.    Did he say anything to you?
15        A.    No.
16        Q.    And why were you crying?
17              MR. STEWART:  Objection.  I'm going to
18   object.
19              Are you really asking this boy why he
20   was crying after what happened?  That's your
21   honest question?  There's been a lot of
22   latitude, but you're honestly asking the boy --
23              MR. WILLIAMS:  Are you claiming
24   damages here?
25              MR. STEWART:  He's -- that's really
```

Confidential - Subject to Further Confidentiality Review

Page 95

 1   your question at this point?

 2              MR. WILLIAMS:  That's my question.

 3              MR. STEWART:  Unbelievable.  I think

 4   you can figure that out, Paul.

 5              MR. WILLIAMS:  That's not my job.

 6              MR. STEWART:  To figure things out?  I

 7   think you've gone through graphic detail of the

 8   rape of this boy, and now you're asking him why

 9   he was crying?  This is what we spend all day

10   doing?

11              MR. WILLIAMS:  That's the pending

12   question.

13              MR. STEWART:  Unbelievable.  I mean

14   you've gotten a great deal of latitude about

15   what sexual noises, what movement was going on,

16   and now you're asking him why he was crying?

17              MR. WILLIAMS:  That is the pending

18   question.  Are you directing him not to answer?

19              MR. STEWART:  No, Paul.

20              MR. WILLIAMS:  So do so.

21              MR. STEWART:  If you don't understand

22   why he was crying, he can answer.  He can answer

23   the question why he was crying.

24        A.    Because of what he did, because of

25   what he has done, that's why I was crying.  And

Confidential - Subject to Further Confidentiality Review

Page 96

1    also my butt was hurting.

2    BY MR. WILLIAMS:

3        Q.    Were you crying because of the pain?

4        A.    Yes.

5        Q.    And did you have any injury to your

6    butt?

7        A.    Yes.

8        Q.    What was the injury?

9              MR. STEWART:  Objection.

10       A.    When he was inserting my penis, I was

11   injured.

12   BY MR. WILLIAMS:

13       Q.    How did you know you were injured?

14       A.    I felt it, and I also saw blood.

15       Q.    Did you receive any medical treatment

16   for that?

17       A.    No.

18       Q.    How long did you stay at Bel Air that

19   evening?

20       A.    I didn't calculate how much time.

21       Q.    Did you stay the night?

22       A.    Yes.

23       Q.    Was it daylight when you left?

24       A.    Yes.  It was very early in the

25   morning.

Confidential - Subject to Further Confidentiality Review

Page 97

1       Q.     Do you remember what door you exited

2    the house?

3       A.     Yes.

4       Q.     Which one?

5       A.     I entered -- I exited through the

6    front door, the same door that he had entered

7    with me.

8       Q.     Was Douglas in the room when you left?

9       A.     Yes.

10      Q.     And was there any discussion following

11   the abuse with Douglas that night?

12      A.     I don't understand the question.

13      Q.     Did you speak to Douglas Perlitz at

14   all before you left Bel Air?

15      A.     No.

16      Q.     Did you see anyone else at Bel Air

17   when you were leaving that morning?

18      A.     No.

19      Q.     Do you know if the security guard was

20   still there?

21      A.     Yes.  I saw only the security guard.

22   I didn't see anyone else.

23      Q.     Did the security have to let you out?

24      A.     Yes.

25      Q.     Did you have any discussion with the

Confidential - Subject to Further Confidentiality Review

Page 98

1    security guard?

2         A.    No.

3         Q.    Where did you go when you left Bel

4    Air?

5         A.    I went to catch the bus.

6         Q.    Which bus?

7         A.    The tap-tap.

8         Q.    And where did you go?

9         A.    To go to the Village.

10        Q.    How close to the Village did that bus

11   go?  I'm sorry.

12             MR. STEWART:  Objection.  Misstates

13   the prior testimony.

14        A.    Once I get off the bus, I have to take

15   a canoe, and then from there I have to walk.

16   BY MR. WILLIAMS:

17        Q.    Did you have to pay for that bus?

18        A.    Yes.

19        Q.    Did you get any money from Douglas

20   Perlitz?

21        A.    No.

22        Q.    Did you take anything with you from

23   Bel Air?

24             MR. STEWART:  Object to the form of

25   the question.

Confidential - Subject to Further Confidentiality Review

Page 99

1      A.    I don't understand.

2   BY MR. WILLIAMS:

3      Q.    You said you had some luggage with

4   your clothes that you had washed?

5      A.    Yes.

6      Q.    Did you take those with you when you

7   left Bel Air?

8      A.    Yes, I left with them.

9      Q.    Did Douglas give you anything while

10  you were at Bel Air?

11         MR. STEWART:  Objection.  Asked and

12  answered.

13     A.    No.

14  BY MR. WILLIAMS:

15     Q.    Just to be clear, you didn't -- when

16  you got to PPT, you didn't tell anyone what had

17  occurred, correct?

18         MR. STEWART:  Objection.  Asked and

19  answered.

20     A.    No.

21  BY MR. WILLIAMS:

22     Q.    Now, prior to the first abuse,

23  Mr. Fleuridor, had you had any sexual

24  experience?

25         MR. STEWART:  Object to the form of

Confidential - Subject to Further Confidentiality Review

1    the question.

2        A.    No.

3    BY MR. WILLIAMS:

4        Q.    You told us about your wife and your

5    children.  Did you have other girlfriends

6    besides your wife?

7            MR. STEWART:  Object to the form of

8    the question.

9        A.    No.

10   BY MR. WILLIAMS:

11       Q.    Why didn't you tell anyone what had

12   occurred?

13       A.    I didn't want Douglas to kick me out

14   the Village, because the school was important to

15   me.

16       Q.    Did he tell you that he was going to

17   kick you out of the Village?

18       A.    No, he didn't tell me that, but I

19   thought it.

20       Q.    Now, you said you were abused a second

21   time, is that correct?

22       A.    Yes.

23       Q.    And when was that?

24       A.    I don't recall the exact date.

25       Q.    How long was it after the first time

Confidential - Subject to Further Confidentiality Review

Page 101

1    you were abused?

2        A.    Could have been about four to

3    five months.

4        Q.    So earlier you indicated that it was

5    probably January of 2007 when the first abuse

6    occurred.

7        A.    No.

8        Q.    My mistake.

9              When was it that the first abuse

10   occurred?

11       A.    2007.

12       Q.    Right.  Do you remember the month?

13       A.    January.

14       Q.    Okay.  So if the first abuse happened

15   in January, 2007, the second abuse happened, you

16   said, four or five months after that?

17             MR. STEWART:  Objection.  Asked and

18   answered.

19       A.    Yes.

20   BY MR. WILLIAMS:

21       Q.    Okay.  And could you tell us how the

22   second abuse occurred?

23       A.    It was a Sunday, as I recall, and I

24   went downtown along with a friend, a friend from

25   the Village, and he was part of the project, and

Confidential - Subject to Further Confidentiality Review

Page 102

1    we went to -- I don't remember the area where we
2    went.  We had gone there to meet with a friend
3    of his.
4        Q.    Do you remember the friend from the
5    Village you were travelling with?
6        A.    He wasn't living at the Village.  He
7    was living at Blue Hills.
8        Q.    He was a friend of yours living in
9    Blue Hills?
10       A.    Yes.
11       Q.    What was his name?
12       A.    I don't remember his name, because I
13   haven't seen him in a long time.
14       Q.    You don't remember his first name?
15            MR. STEWART:  Asked and answered.
16       A.    I don't remember his name.
17   BY MR. WILLIAMS:
18       Q.    Okay.  So if it was a Sunday, had you
19   slept Saturday night at PPT?
20       A.    Yes.
21       Q.    And then on Sunday there's no classes,
22   right?
23       A.    Yes.
24       Q.    And do they ask you to go to church as
25   part of the day there at PPT?

Confidential - Subject to Further Confidentiality Review

Page 103

1      A.    Yes, we go to church on Sundays.

2      Q.    And then I take it you can play in

3  those ball fields that you described?

4      A.    Yes.

5      Q.    And then are the students free to

6  leave the Village or PPT on Sunday?

7      A.    Yes, we can ask for permission.

8      Q.    Okay.  And do you recall if you asked

9  for permission to leave that Sunday?

10      A.    Yes.

11      Q.    And what was your plan for that day?

12      A.    My plan was to go out and take a walk

13  and take a stroll, and then to come back that

14  day.

15      Q.    Okay.  And do you now know what time

16  you had to be back at PPT in order to stay

17  there?

18      A.    Yes.

19      Q.    What time was it?

20      A.    I don't recall.

21      Q.    How did you meet your friend in Blue

22  Hills?

23      A.    I used to see him before.  I used to

24  see him.  But when I ran into him, when I met

25  with him at Blue Hills, he asked me to go out

Confidential - Subject to Further Confidentiality Review

Page 104

1    with him, and he told me that we'll come back.

2        Q.    So what did you do that Sunday with

3    your friend from Blue Hills?

4        A.    I went with him.

5        Q.    Where did you go?

6        A.    Downtown.

7        Q.    And what did you do?

8        A.    He went to meet up with a friend of

9    his.  He didn't tell me what about.

10        Q.    Did you leave PPT after breakfast?

11            MR. STEWART:  Objection.  Asked and

12    answered.

13        A.    No, in the afternoon.

14    BY MR. WILLIAMS:

15        Q.    Okay.  And so you and your friends

16    from Blue Hills went to see one of his friends,

17    correct?

18        A.    Yes.  His friend, not mine.

19        Q.    Right.

20            And what area of Haiti was that friend

21    located in?

22        A.    We went past the bridge -- we went

23    past Nan Pon.

24            THE INTERPRETER:  Interpreter wishes

25    to make a correction.

Confidential - Subject to Further Confidentiality Review

Page 105

1      A.    We went past Nan Pon, and after that
2  it was in the area.  I don't remember the name
3  of the area.
4      Q.    Were you walking, or did you have some
5  sort of transportation?  Walking?
6      A.    No, I took a bus.
7      Q.    Okay.  And so when you were with your
8  friend, when you went past Nan Pon in a bus, is
9  that correct?
10      A.    Yes, a tap-tap.
11      Q.    Okay.  And what did you do when you
12  got there, do you recall?
13      A.    No, I don't remember.  What I
14  remember, that he went with him.  Well, I don't
15  remember exactly, but he left me standing there,
16  and I went to meet with his friend.
17      Q.    Okay.  And did you return then by
18  yourself?
19      A.    No, we returned together.
20      Q.    And did you take the tap-tap back?
21      A.    Yes.
22      Q.    And did you then return to Nan Pon?
23      A.    Yes, I got to Nan Pon.
24      Q.    Do you know what it was -- what time
25  it was when you got there with your friend?

Confidential - Subject to Further Confidentiality Review

Page 106

```
 1        A.    No, I didn't check the time.
 2        Q.    Was it still light out?
 3        A.    It was in the afternoon, so it started
 4   getting dark, then there was a bit of rain that
 5   had started falling.
 6        Q.    What did you do at that point?
 7        A.    We were walking to go to Nan Pon and
 8   to wait for a tap-tap, but we were staying there
 9   because it was raining, so we were waiting for
10   the rain to stop.
11        Q.    So it was raining and you were waiting
12   for the rain to stop when you were in Nan Pon?
13              MR. STEWART:  Objection.  Asked and
14   answered.
15        A.    Yes.
16   BY MR. WILLIAMS:
17        Q.    Is there a bus station there, or some
18   shelter?
19        A.    Under a shelter.
20        Q.    And did a bus or a tap-tap come?
21        A.    Where for us to go get the tap-tap, we
22   would have to walk to get there.  There is an A
23   tap bus, an A tap-tap and L tap-tap.
24              THE INTERPRETER:  Interpreter wishes
25   to clarify.
```

Confidential - Subject to Further Confidentiality Review

Page 107

1    A.    To pick up the tap-tap, we could go to
2  either Rue A or Rue L.
3    Q.    Were you -- you were waiting for
4  either one?
5    A.    No.  I was waiting for the rain to
6  stop so that I could go to take the tap-tap that
7  is to be taken from Rue L.
8    Q.    Okay.  So what happened next?
9    A.    No, I had to wait for the rain to
10  stop, and then I could leave and go to -- to go.
11  The thing is that it was getting late, and then
12  it was raining very heavily.  And when it rains
13  that heavily, I remember that there would be
14  flood in Blue Hills, and so at that time I
15  started thinking, I started wondering what I
16  should do, and I was thinking, okay, I could go
17  to Bel Air to spend the night, but then I was
18  wondering would Doug really do that to me again,
19  would that happen again.  So I was thinking
20  about that.
21    Q.    When you were waiting for the rain to
22  stop, you were already under a shelter, is that
23  right?
24    A.    Yes, I was waiting for the rain to
25  stop there.

Confidential - Subject to Further Confidentiality Review

Page 108

1      Q.    Was your friend from Blue Hills
2   waiting with you still?
3      A.    Yes.
4      Q.    And did he go to Bel Air?
5      A.    No.
6      Q.    Where did he go?
7      A.    Well, I told him that I'm going to see
8   if I could check with someone to see if I could
9   get a place to sleep, to spend the night.  And
10  then he said him also, he's going to check with
11  someone.
12     Q.    And who was the person that you were
13  going to check with?
14     A.    I was going to check with Douglas.
15     Q.    At the time, at this time, did you
16  have a cell phone?
17     A.    No.
18     Q.    Do you know where your friend from
19  Blue Hills was going to go?
20     A.    No.  I knew he was going to go to Bel
21  Air, but -- excuse me.  What I meant to say,
22  that I knew he was going to Blue Hills, but I
23  didn't know exactly where he was going to go.
24     Q.    Did you ask as to whether or not you
25  could go with him to his friend's home?

Confidential - Subject to Further Confidentiality Review

Page 109

1      A.    I couldn't ask him that, because
2   Douglas didn't know him.  Douglas might have
3   said no.
4      Q.    I'm sorry.  Did you ask your friend
5   whether you could go with him to his friend
6   where he was going to go?
7      A.    No.
8      Q.    Why not?
9      A.    Because his friend didn't know if he
10  was going to come with someone else.
11     Q.    How long -- withdrawn.
12           So when you decided to find a place to
13  stay that evening, was it already too late to
14  return to PPT?
15     A.    Yes.  There was a lot of traffic, and
16  also I would have to take the canoe, and I was
17  afraid that there might be flooding.
18     Q.    On other occasions when you left PPT,
19  did you have days when you didn't make it back
20  on time?
21     A.    I don't understand.
22     Q.    Apart from the two instances where you
23  claim you were abused, were there other days
24  when you left PPT and did not get back in time
25  to stay there?

Confidential - Subject to Further Confidentiality Review

Page 110

1            MR. STEWART:  Object to the form of

2    the question.

3        A.    No.

4    BY MR. WILLIAMS:

5        Q.    Was it still raining when you decided

6    to go to Bel Air?

7        A.    The rain was -- it was still raining a

8    bit, and I was still sheltering in place.

9        Q.    Did you wait until the rain stopped

10   before you went to Bel Air?

11       A.    Yes.

12       Q.    Do you remember how you were dressed

13   that day?

14           MR. STEWART:  Object to the form of

15   the question.

16       A.    I don't recall what I was wearing

17   exactly.

18   BY MR. WILLIAMS:

19       Q.    Do you know if you had anything on

20   your feet that day?

21           MR. STEWART:  Objection.  Relevance.

22       A.    Yes.

23   BY MR. WILLIAMS:

24       Q.    What did you have?

25           MR. STEWART:  Same objection.

Confidential - Subject to Further Confidentiality Review

Page 111

1        A.    Sneakers.

2    BY MR. WILLIAMS:

3        Q.    Was it your custom to wear hats?

4        A.    No.

5        Q.    What about a jacket, any kind of a

6    jacket?

7        A.    No.

8        Q.    Were you carrying anything?

9        A.    No.

10       Q.    Do you know how long it took you to

11    get to Bel Air?

12       A.    No.

13       Q.    When you arrived at Bel Air, was it --

14    was there any daylight?

15       A.    No.

16       Q.    Had it stopped raining?

17       A.    Yes.

18       Q.    What happened when you arrived at

19    Douglas's residence?

20       A.    I knocked on the gate.

21       Q.    And was there anyone there?

22       A.    Yes.

23       Q.    Who was there?

24       A.    The guard.

25       Q.    The security guard?

Confidential - Subject to Further Confidentiality Review

Page 112

 1      A.    Yes.

 2      Q.    Was it the same person that had been

 3  there the first time you were abused?

 4      A.    I don't recall if it was the same

 5  person, but there was someone there.

 6      Q.    Did the security guard, the second

 7  time you got there, did he have a uniform on?

 8      A.    I don't recall if there was.

 9      Q.    You don't recall what he looked like,

10  right?

11      A.    No.

12      Q.    Did you see anyone else in the

13  courtyard?

14      A.    No.

15      Q.    Was the gate locked?

16      A.    Yes.

17      Q.    Who opened it?

18      A.    The guard.

19      Q.    Did you have any conversation with the

20  guard?

21      A.    Yes.

22      Q.    What was the conversation?

23      A.    I explained to him.

24      Q.    What did you say to him?

25      A.    I asked him please is Doug there.

Confidential - Subject to Further Confidentiality Review

Page 113

1      Q.    And what did the security guard do?

2      A.    He went to see if he was there.

3            MR. STEWART:  Why don't we take a

4    break for lunch.

5            THE VIDEOGRAPHER:  Going off the

6    record.  The time is 1:01.

7            (Whereupon, a luncheon recess was

8            taken.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Subject to Further Confidentiality Review

Page 114

1          AFTERNOON SESSION

2

3          THE VIDEOGRAPHER:  Back on the record.

4    The time is 2:05.

5    BY MR. WILLIAMS:

6      Q.    Good afternoon, Mr. Fleuridor.  When

7    we broke at lunch we were discussing the second

8    time -- or leading up to the second time you

9    were abused.

10          Do you recall that, sir?

11     A.    Yes.

12     Q.    Thank you.

13          You've indicated that you had asked

14   the security guard to get Douglas for you, is

15   that correct?

16     A.    Yes.

17     Q.    And were you still outside the locked

18   gate at this point?

19     A.    No, I had already entered and standing

20   up inside.

21     Q.    So the security guard opened the gate

22   and let you in?

23     A.    Yes.

24     Q.    And did he lock the gate behind you?

25     A.    Yes.

Confidential - Subject to Further Confidentiality Review

Page 115

1      Q.    And you stayed out in the courtyard?

2      A.    Yes.

3      Q.    And what happened next?

4      A.    Yes.  Then Doug came out, and then I

5  explained to Doug what had happened, and I asked

6  him if I can spend the night.  And then Doug

7  said then "no.  What happened?  Why did you

8  allow yourself to be out past closing time?"

9  And I explained to him that it was not my fault,

10  and I explained the situation, what had

11  happened.

12     Q.    And what did he say?

13     A.    He told me not to do that again.

14     Q.    Did he allow you to stay at Bel Air?

15     A.    Yes.  He told me to go take a shower.

16     Q.    So when you were out in the courtyard

17  before you went in the house, was Doug upset

18  with you because you stayed out too late?

19     A.    He wasn't that upset.

20     Q.    Okay.  But he did ask you why you

21  didn't get back to PPT on time?

22     A.    Well, I had explained to him, I

23  explained that it was not my fault, and I

24  explained what had happened.

25     Q.    Okay.  And had you explained anything

Confidential - Subject to Further Confidentiality Review

Page 116

1  to him other than that you were with a friend
2  and waiting for the rain to pass?
3      A.    Yes.
4      Q.    Did you decide to stay at Bel Air?
5      A.    Yes.
6      Q.    And what door did you enter the house
7  the second time?
8      A.    The same one.
9      Q.    Okay.  And is it fair to say that you
10  don't have any better recollection now of the
11  interior of that room than you did earlier
12  today?
13      A.    I can't recall everything.
14      Q.    Okay.  Can you recall anything about
15  the inside of that room that you didn't already
16  tell us about?
17      A.    I wasn't focusing on that.
18      Q.    Okay.  Now, when you were abused the
19  first time, you were very upset by that,
20  correct?
21      A.    Yes.
22      Q.    And why did you risk going back to Bel
23  Air after that happened?
24      A.    Well, I thought about the situation,
25  but then I decided that maybe he wouldn't do

Confidential - Subject to Further Confidentiality Review

Page 117

1    this to me a second time.  I thought that he
2    might take pity on me when he remembers how I --
3    what happened afterwards and how I had -- how I
4    felt after it happened to me the first time.  I
5    thought he might not do it to me again.
6        Q.    But you had told us that you had slept
7    many times in the street overnight, correct?
8        A.    Yes.
9        Q.    And is there a reason you decided not
10   to sleep in the street that night rather than
11   risk going back to Bel Air?
12            MR. STEWART:  Objection.
13   Argumentative.
14       A.    Yes.
15   BY MR. WILLIAMS:
16       Q.    So when you arrived at Bel Air and you
17   were allowed in, was there any discussion with
18   Douglas about what had happened last time you
19   were there?
20       A.    No.
21       Q.    When you arrived at Bel Air, did you
22   make any request to Douglas that he leave you
23   alone?
24            MR. STEWART:  Objection.  Asked and
25   answered.

Confidential - Subject to Further Confidentiality Review

Page 118

```
 1      A.    No, I did not ask him that -- tell.

 2    BY MR. WILLIAMS:

 3      Q.    Did you see anyone else at Bel Air the

 4    second time you were there?

 5      A.    I don't know if there was anyone

 6    inside.

 7      Q.    You did not see anyone?

 8      A.    No.

 9      Q.    And this would have been a Sunday

10    night, correct?

11      A.    Yes.

12      Q.    So what happened once you got in the

13    room?

14      A.    He asked me if I was going to take a

15    shower.

16      Q.    Did you ever take a shower at Bel Air

17    before?

18      A.    No.

19      Q.    Where was the shower located?

20      A.    Inside, somewhere inside the house.

21      Q.    Do you know where it was?

22            MR. STEWART:  Objection.  Asked and

23    answered.

24    BY MR. WILLIAMS:

25      Q.    Do you know if it was off Douglas's
```

Confidential - Subject to Further Confidentiality Review

                                                    Page 119

 1    room?

 2            MR. STEWART:  Object to the form of

 3    the question.

 4        A.    I don't remember exactly where, but it

 5    was inside the house.

 6    BY MR. WILLIAMS:

 7        Q.    Okay.  Was anyone in the shower with

 8    you?

 9        A.    No.

10        Q.    Did the shower room have a door on it?

11        A.    I don't recall.

12        Q.    Where did you go after you took your

13    shower?

14        A.    I went into his bedroom.  That's where

15    he had entered with me.

16        Q.    What were you wearing when you came

17    out of the shower room?

18        A.    I was wearing nothing.

19        Q.    Did you bring your clothes in with you

20    into the shower room?

21        A.    Yes.

22        Q.    And when you came out of the shower

23    room into the bedroom, why hadn't you put on any

24    clothes or towels?

25            MR. STEWART:  Objection.  Relevance.

Confidential - Subject to Further Confidentiality Review

Page 120

1      A.    The clothes were wet.

2  BY MR. WILLIAMS:

3      Q.    Had Douglas given you any towels to

4  dry off?

5      A.    Yes.

6      Q.    Did you leave those towels in the

7  shower after you dried off?

8      A.    It's when I was coming out of the

9  shower that he gave me the towels.

10     Q.    Okay.  I misunderstood you.  I thought

11  you said you were alone in the shower.

12     A.    Yes, I was by myself.  I was leaving

13  -- I left the shower going to his bedroom, then

14  he met with me and gave me the towel.

15     Q.    Okay.  So you didn't get a towel to

16  dry off until you were out of the shower room?

17     A.    Yes.

18     Q.    What happened next when you returned

19  to Douglas's bedroom?

20     A.    He said to me "don't worry, I'm not

21  going to do the same thing to you again."

22     Q.    Do you remember where he was when he

23  said that?

24     A.    In his bedroom.

25     Q.    Was he on the bed at the time?

Confidential - Subject to Further Confidentiality Review

Page 121

1       A.    I don't remember where he was sitting

2   exactly, but he was inside the bedroom.

3       Q.    Do you remember if there were lights

4   on?

5       A.    Yes.

6       Q.    There were?

7       A.    Yes.

8       Q.    And what happened after Douglas said

9   he wasn't going to do anything to you?

10      A.    He told me that I could just suck on

11  his penis.

12      Q.    And what happened next?

13      A.    Well, I allowed him to pressure me in

14  that case, and I -- he had me suck his penis,

15  and then he sucked my penis, too.  And then

16  after that he inserted his penis in my rectum,

17  and then he asked me to do the same and insert

18  my penis into his, but I didn't do that.  I

19  didn't want to do that.

20      Q.    Now, did Douglas threaten you when you

21  were in the bedroom?

22            MR. STEWART:  Object to the form of

23  the question.

24      A.    He didn't threaten me, but the way he

25  was talking to me, no, I felt that he felt he

Confidential - Subject to Further Confidentiality Review

Page 122

1    could do anything to me.

2    BY MR. WILLIAMS:

3        Q.    Did you think you could have left if

4    you wanted to?

5        A.    Well, I suppose I could have left, but

6    I didn't want to go sleep on the street.  But

7    also, I thought that he could ask me to leave

8    the Village, because he was in charge and he was

9    the founder.

10       Q.    But he never said to you that if you

11   didn't stay you were going to get thrown out of

12   PPT?

13            MR. STEWART:  Objection.

14   Argumentative.

15       A.    No, he didn't say that to me, but I

16   thought it.

17   BY MR. WILLIAMS:

18       Q.    Okay.  Did you spend the night the

19   second time you were abused?

20       A.    Yes.

21       Q.    And did you see anyone when you left

22   the next day?

23       A.    No.

24       Q.    And do you know how long the sexual

25   contact took between you and Douglas?

Confidential - Subject to Further Confidentiality Review

Page 123

1      A.    No, I didn't know how long.

2      Q.    In your description of what happened

3   you said he did not ejaculate in your mouth, and

4   that you did not ejaculate.  Is that what you

5   recall?

6      A.    Yes.

7      Q.    Where were you in the room when this

8   activity was going on?

9            MR. STEWART:  Object to the form of

10  the question.

11     A.    Inside the room itself.

12  BY MR. WILLIAMS:

13     Q.    Were you on the bed, or on furniture,

14  or on the floor?

15     A.    He was standing up.  I was on the

16  floor.

17     Q.    And you said then he put his penis in

18  your butt, is that right?

19     A.    Yes.

20     Q.    And were you still on the floor at

21  that time?

22     A.    No, he made me -- he had me stand up,

23  and my foot was on the bed.

24     Q.    And where did you sleep that night?

25     A.    I was very upset.  I was extremely

Confidential - Subject to Further Confidentiality Review

Page 124

 1    upset.  I did not sleep on the bed.

 2         Q.    Where -- did you stay in the room?

 3         A.    Yes.  I was praying to God that I

 4    never make such a mistake again.  That's when I

 5    understood that this was not the first time he

 6    had done things like that, that this was his

 7    habit.

 8         Q.    So the question was, did you sleep on

 9    the floor in that room?

10         A.    Yes.

11         Q.    And did you go to sleep?

12         A.    Yes.  Each time I fall asleep the

13    sleep would -- well, I did sleep a little bit.

14         Q.    Sort of a disturbed sleep?

15         A.    Correct -- yes -- no.

16         Q.    Did you have any discussion with

17    Douglas about what had happened that second

18    night at Bel Air?

19         A.    No, only that it was eating at me.  I

20    didn't want to say anything to him because I

21    didn't want to be kicked out of the Village.

22         Q.    When you woke up the next morning,

23    where was he?

24         A.    He was in his bed.

25         Q.    And did you ever speak to Douglas

Confidential - Subject to Further Confidentiality Review

Page 125

1    about what had occurred that second time at Bel
2    Air at any time?
3        A.    No, I did not.
4        Q.    You said earlier that it was that
5    second time that you realized that this was
6    Douglas's habit, is that correct?
7             MR. STEWART:  Object to the form of
8    the question.
9        A.    Yes.
10   BY MR. WILLIAMS:
11       Q.    What caused you to think that after
12   being abused the second time?
13       A.    Well, it's because after the first
14   occasion, what I thought was that he would have
15   -- he would feel pity for what he had done to
16   me.  And the second time when I realized he did
17   not feel any such thing, I thought for someone
18   not to experience such empathy for someone like
19   this, and I decided that it must have been
20   something that he does.
21       Q.    Did Douglas give you any money in
22   exchange for the abuse?
23       A.    No.
24       Q.    Did he give you anything of value in
25   exchange for the abuse?

Confidential - Subject to Further Confidentiality Review

1          MR. STEWART:  Objection to the form of

2    the question.

3     A.    No.

4    BY MR. WILLIAMS:

5     Q.    Did he tell you not to tell anyone?

6     A.    He didn't tell me that.

7     Q.    Did he apologize?

8          MR. STEWART:  Objection.  Relevance.

9     A.    No.

10   BY MR. WILLIAMS:

11    Q.    Just to be clear, it's also true with

12   respect to the second incident, you never told

13   anyone that this happened, correct?

14         MR. STEWART:  Object to the form of

15   the question.

16    A.    Yes.

17   BY MR. WILLIAMS:

18    Q.    Did you ever see other boys abused by

19   Douglas?

20    A.    No.

21    Q.    Did you ever speak to the police about

22   sexual abuse?

23    A.    No.

24    Q.    Did you ever speak to anyone from

25   Homeland Security?  There was an investigation.

Confidential - Subject to Further Confidentiality Review

Page 127

 1              MR. STEWART:  Object to the form of
 2   the question.
 3        A.    No.
 4   BY MR. WILLIAMS:
 5        Q.    When was the last time that you saw or
 6   spoke to Perlitz?
 7        A.    Since the last time, second time.
 8        Q.    You haven't spoken to him since then?
 9              MR. STEWART:  Objection.  Asked and
10   answered, argumentative.
11        A.    No, I never felt the desire to speak
12   with him.
13   BY MR. WILLIAMS:
14        Q.    Did you continue to see him at PPT?
15        A.    Yes, I see him.
16        Q.    In your answers to interrogatories,
17   you said that Gusman Pierre, Mackenson Papillon,
18   and Jerry Jean told you that they were abused by
19   Douglas.
20              MR. STEWART:  Object to the form of
21   the question.
22        A.    Yes, they were the one saying -- they
23   told me that they, too, had been victimized,
24   they were victims, so I believe that it's true.
25   BY MR. WILLIAMS:

Confidential - Subject to Further Confidentiality Review

Page 128

```
 1      Q.    Do you know when they told you that?
 2      A.    I don't recall when they said it.
 3      Q.    It was after PPT was closed?
 4      A.    Yes.
 5      Q.    Was it after the first students from
 6  PPT had received some money?
 7      A.    I don't recall when.
 8      Q.    Okay.  Were you ever sexually abused
 9  by anyone else?
10      A.    No.
11      Q.    Do you claim any physical injury from
12  the second abuse you told us about?
13            MR. STEWART:  Objection.  Asked and
14  answered, document speaks for itself.
15      A.    Yes.
16  BY MR. WILLIAMS:
17      Q.    What is the physical abuse that you
18  suffered in the second abuse?
19            MR. STEWART:  Objection.  Asked and
20  answered.
21      A.    My rectum was injured.
22  BY MR. WILLIAMS:
23      Q.    And how did you know it was injured?
24      A.    I felt it.  And also my butt was wet,
25  and when I touched it I saw blood.
```

Confidential - Subject to Further Confidentiality Review

Page 129

1      Q.    And that second time, did you require
2  any medical attention?
3            MR. STEWART:  Object to the form of
4  the question.
5      A.    The second time?
6  BY MR. WILLIAMS:
7      Q.    Second time.
8      A.    Well, I needed treatment, but I didn't
9  find anyone, I didn't say it to anyone.
10     Q.    Okay.  Do you remember how long you
11  were bleeding after that second incident?
12     A.    I don't recall how long.
13     Q.    Okay.  Do you recall using any type of
14  medicine?
15     A.    No.
16            MR. STEWART:  Objection.  Assumes
17  facts not in evidence.
18  BY MR. WILLIAMS:
19     Q.    What did you do after PPT closed?
20     A.    I returned back to the street.
21     Q.    Did you attend any further education?
22     A.    No.
23     Q.    How did you become aware of Kids
24  Alive?
25     A.    I had -- it was someone named Mesidor,

Confidential - Subject to Further Confidentiality Review

Page 130

1   and he said that any of the kids, anyone who was

2   in the Village can go there.

3        Q.    And what did the Kids Alive do for

4   you?

5        A.    They used to give me food twice a

6   month, and then they pay for school.

7        Q.    And what school did you attend that

8   Kids Alive paid for?

9        A.    Institute Sacré Coeur.

10       Q.    How long did you attend Sacré Coeur?

11       A.    Until Kids Alive no longer existed.

12       Q.    Okay.  Did you receive any sort of

13   diploma or grade completion?

14             MR. STEWART:  Object to the form of

15   the question.

16       A.    I was -- I completed the sixth year,

17   and I needed to go pass the exams, and I had to

18   go in Sacré Coeur's name.

19   BY MR. WILLIAMS:

20       Q.    Okay.  And you were successful in

21   completing the exams?

22       A.    Yes, but I couldn't continue going to

23   school.

24       Q.    Are you aware of any -- withdraw that.

25             Are you aware of anyone at PPT who

Confidential - Subject to Further Confidentiality Review

Page 131

1    knew that Douglas was abusing teachers --
2    students?
3        A.    No.
4        Q.    Did you ever hear that Douglas Perlitz
5    went to jail?
6        A.    Yes, I used to hear that.
7        Q.    Do you know where you heard that?
8        A.    In Haiti.
9        Q.    Did you hear that before you brought
10   your lawsuit?
11           MR. STEWART:  Objection.  Relevance.
12       A.    Yes.
13   BY MR. WILLIAMS:
14       Q.    In your answers to interrogatories you
15   said that Robens Pierre, Jimmy Jesula, and
16   Peterson Gedeus you heard were paid money
17   because of the abuse by Perlitz, is that
18   correct?
19           MR. STEWART:  Objection.  The document
20   speaks for itself.
21       A.    Yes.
22   BY MR. WILLIAMS:
23       Q.    Do you remember whether you learned
24   that before or after you retained an attorney?
25           MR. STEWART:  I'm going to instruct

Confidential - Subject to Further Confidentiality Review

Page 132

1    him not to answer.

2              It's getting into attorney/client

3    privilege.  You're asking him when he learned

4    something and whether or not -- that leads to

5    conversations with his attorneys.  I'm going to

6    instruct him not to answer that.

7    BY MR. WILLIAMS:

8        Q.    Did you learn that these people

9    received money before you brought your lawsuit?

10             MR. STEWART:  Same objection.  Same

11   instruction.

12             MR. WILLIAMS:  I don't think that's a

13   proper instruction, but okay, we'll just take it

14   up.

15             MR. STEWART:  You can ask him if he

16   learned it from someone other than his

17   attorneys.  Did you ever hear that from someone

18   other than, did you have any conversation with

19   anyone other than your attorneys about it, but

20   before or after you retained counsel --

21             MR. WILLIAMS:  That's the same

22   question.

23             MR. STEWART:  Do you want to ask it?

24             MR. WILLIAMS:  Do you want to ask the

25   question?

Confidential - Subject to Further Confidentiality Review

Page 133

```
 1            MR. STEWART:  Do you want to ask it or
 2   no?  I'm telling you that that I don't object
 3   to.  Whether it's the same or not, that I don't
 4   see as objectionable.  You can ask it, you can
 5   not ask it, I don't care.
 6   BY MR. WILLIAMS:
 7       Q.    Did you learn from someone other than
 8   your attorneys that Mr. Jesula, Pierre, and
 9   Gedeus received money for claims of abuse by
10   Perlitz?
11            MR. STEWART:  Object to the form of
12   the question.
13       A.    I don't know who Jessica is.
14   BY MR. WILLIAMS:
15       Q.    Jesula.
16            THE INTERPRETER:  Interpreter wishes
17   to restate the question.
18       A.    Yes.
19       Q.    Okay.
20            (Whereupon, Fleuridor Exhibit
21            Number 2, Plaintiffs' Provisional
22            Accounting of Payments to or on Behalf
23            of Plaintiffs, was marked for
24            identification.)
25   BY MR. WILLIAMS:
```

Confidential - Subject to Further Confidentiality Review

Page 134

1      Q.    We received a supplemental disclosure

2   filed by your attorneys concerning payments on

3   behalf of Plaintiffs, and I've marked that as

4   Exhibit 2.

5            MR. STEWART:  I'm going to object to

6   the form of that question.

7      A.    May I go to use the restroom, please?

8   BY MR. WILLIAMS:

9      Q.    Sure.

10            THE VIDEOGRAPHER:  Going off the

11   record.  The time is 2:45.

12            (Whereupon, a recess was taken.)

13            THE VIDEOGRAPHER:  Back on the record.

14   The time is 2:52.

15   BY MR. WILLIAMS:

16      Q.    Mr. Fleuridor, I asked you earlier

17   today about receiving any money from Cyrus

18   Sibert, and you indicated you received 900

19   Haitian dollars, is that correct?

20            MR. STEWART:  Objection.  Asked and

21   answered.

22      A.    Yes, Haitian.

23   BY MR. WILLIAMS:

24      Q.    Okay.  Supplemental discovery

25   responses that were filed in this case, an

Confidential - Subject to Further Confidentiality Review

Page 135

1    accounting of Mr. Sibert's activity indicate on

2    the same day that you received $100, August 22,

3    2013, Jose Bernardin, Raynel Oldibert, Jean

4    Frisnel, Wisky Jerome, Emile Jean Pierre, and

5    Jasmin Joseph also received $100.  Were you with

6    those individuals when you received your $100?

7             MR. STEWART:  Object to the form of

8    the question.

9        A.    Yes, I was with them.

10   BY MR. WILLIAMS:

11       Q.    Okay.  And where was it that you

12   received that $100?

13       A.    In Carenage.

14       Q.    You said earlier today that you recall

15   that you had asked for the money related to one

16   of your children being sick, is that correct?

17            MR. STEWART:  Objection.  Asked and

18   answered.

19       A.    Yes.

20   BY MR. WILLIAMS:

21       Q.    So do you know why Mr. Sibert was

22   giving out $100 to all these people in a group?

23            MR. STEWART:  Objection.  Calls for

24   speculation.

25       A.    No.

Confidential - Subject to Further Confidentiality Review

Page 136

1   BY MR. WILLIAMS:

2       Q.    Do you remember any -- did you

3   remember anyone else asking for the $100?

4       A.    No.

5       Q.    How did you find out about this

6   meeting where people were going to be getting

7   $100?

8             MR. STEWART:  Objection.  Assumes

9   facts not in evidence, argumentative.

10      A.    I was there.

11  BY MR. WILLIAMS:

12      Q.    Did you get this $100 -- now we know

13  the date is -- we think the date is August 22nd,

14  2013.  Did you have a lawyer by then?

15      A.    Yes.

16      Q.    Your complaint in this case wasn't

17  filed until November 7, 2013.  Do you know how

18  long it was that you had a lawyer before a

19  complaint was filed?

20      A.    I don't recall.

21      Q.    Mr. Sibert's accounting indicates that

22  he gave you another $100 on November 17, 2013,

23  that's a week after your complaint was filed.

24  Do you remember receiving that money?

25            MR. STEWART:  Object to the form of

Confidential - Subject to Further Confidentiality Review

Page 137

1   the question.  Object to the narrative.

2        A.    He didn't give me -- he didn't give me

3   directly from him $100.

4   BY MR. WILLIAMS:

5        Q.    Did he buy you something?

6        A.    No.

7        Q.    So the only money you got, actual cash

8   money, was the 900 Haiti dollars on one

9   occasion?

10       A.    Yes.

11       Q.    And did you ever ask him for money at

12  any other time?

13       A.    No.

14       Q.    Okay.

15             (Whereupon, Fleuridor Exhibit

16             Number 3, Facebook printout, Bates

17             Eliodor Fleuridor - 3 through 39, was

18             marked for identification.)

19  BY MR. WILLIAMS:

20       Q.    I'd like you to take a look at

21  Exhibit 3.

22       A.    I don't read English.

23       Q.    If you flip to the back of it, I think

24  it's got Creole just like the other documents.

25  It's the --

Confidential - Subject to Further Confidentiality Review

Page 138

1          MR. STEWART:  I don't think it has

2    Creole in it.  Could you point to where you're

3    looking, sir?

4    BY MR. WILLIAMS:

5        Q.    Do you remember --

6          MR. STEWART:  Wait a minute.  You've

7    represented there's Creole you want him to read.

8    Where do you want him to look, sir?  That's

9    where you want him to look?

10   BY MR. WILLIAMS:

11       Q.    Mr. Fleuridor --

12         MR. STEWART:  Wait for the question.

13   BY MR. WILLIAMS:

14       Q.    -- did you download this document?

15       A.    I don't understand this.  It's not in

16   Creole.

17       Q.    Okay.  Are you on Facebook?

18       A.    Yes.

19              (Whereupon, Fleuridor Exhibit

20              Number 4, Photographs from Facebook,

21              Bates Eliodor Fleuridor - 40 through

22              65, was marked for identification.)

23   BY MR. WILLIAMS:

24       Q.    I show you Exhibit 4 (handing).  Do

25   you recognize those?

Confidential - Subject to Further Confidentiality Review

Page 139

1       A.      Yes.

2       Q.      Were those photographs that you had on

3    your Facebook?

4       A.      Yes.

5       Q.      And do you know how long that you've

6    been on Facebook?

7       A.      Yes.

8       Q.      How long?

9       A.      Since November, two thousand -- yes,

10    since the month of November.

11       Q.      What year?

12       A.      Last year.

13       Q.      And do you have a computer available

14    to use?

15       A.      No.

16       Q.      Do you communicate with any of the

17    other people who are making claims against -- as

18    a result of abuse by Perlitz on your Facebook?

19             MR. STEWART:  Object to the form of

20    the question.  Object to the word "communicate,"

21    vague, ambiguous.

22       A.      I have some of them who are friends of

23    mine, but I don't discuss this issue with them.

24    BY MR. WILLIAMS:

25       Q.      Okay.  The ones that are friends of

Confidential - Subject to Further Confidentiality Review

Page 140

1    yours on Facebook, are those ones who are

2    currently making a claim like yourself, or

3    someone who received money in the past?

4        A.    There is one who received the money

5    already.

6        Q.    Which one is that?

7        A.    Robens Pierre.

8        Q.    Did he ever tell you what he received?

9        A.    No.

10        Q.    What injury or damages are you

11    claiming in this lawsuit?

12            MR. STEWART:  Objection.  Asked and

13    answered.  The complaint speaks for itself.

14        A.    I don't understand the question.

15    BY MR. WILLIAMS:

16        Q.    How has the abuse by Doug Perlitz

17    affected your life?

18        A.    That's caused me a lot of issues in my

19    life.

20        Q.    What issues?

21        A.    Well, I have issues, sometimes I have

22    difficulty sleeping, lose my appetite.  And when

23    I go try find work somewhere they would make fun

24    of me, calling me Douglas's wife.  And sometimes

25    I experience nightmares.  Just this thing

Confidential - Subject to Further Confidentiality Review

Page 141

1    constantly preoccupies me.

2        Q.    In what town or area do they say that

3    you're Douglas's wife?

4        A.    I don't recall exactly which area, but

5    there are many areas, different areas that they

6    would say that.  When they know that I was at

7    the Village, they would just say that.

8        Q.    So was every student that attended PPT

9    or Carenage called that?

10            MR. STEWART:  Objection.  Calls for

11    speculation.

12        A.    I don't know.

13    BY MR. WILLIAMS:

14        Q.    And your girlfriend, does she know

15    that you attended PPT?

16        A.    Yes.

17        Q.    And has that caused her any

18    reservation of any kind?

19            MR. STEWART:  Objection to the form of

20    the question.

21        A.    I explained to her what had happened

22    to me, that it wasn't my will for that to

23    happen.

24    BY MR. WILLIAMS:

25        Q.    Okay.  Mr. Fleuridor, when did you

Confidential - Subject to Further Confidentiality Review

Page 142

1   arrive at this facility here for your

2   deposition?

3        A.    Sunday night.

4        Q.    And did you travel with anyone?

5        A.    I travelled with people.

6        Q.    Who did you travel with?

7        A.    Four guys, us four guys, and the

8   interpreter.

9        Q.    The four guys, you mean the people

10  like yourself giving depositions?

11       A.    Yes.

12       Q.    And where did you meet?

13       A.    At the station.

14       Q.    And how long was the trip?

15       A.    I wasn't paying attention to that.

16       Q.    Did you discuss the litigation on the

17  ride here?

18       A.    No.

19             MR. WILLIAMS:  I don't have any other

20  questions.  Thank you very much.

21             THE VIDEOGRAPHER:  Do you want to take

22  a break?

23             MR. STEWART:  We're okay if you're

24  okay.

25             Maybe we'll take a break after

Confidential - Subject to Further Confidentiality Review

Page 143

 1    Mr. Gaynor.
 2              (Pause.)
 3    BY MR. GAYNOR:
 4         Q.    Good afternoon, Mr. Fleuridor.  It's
 5    been a long afternoon.
 6              Do you know who the Society of Jesus
 7    is?
 8         A.    Yes.
 9         Q.    Who are they?
10         A.    A group of Catholic religious people.
11         Q.    Do you have any idea what their
12    connection was, if any, to the Village or PPT?
13         A.    Yes, they have connection.
14         Q.    What was the connection -- what's the
15    connection?  Let me interrupt.
16              I'm not asking what you've been told
17    by counsel.  What did you know at the time you
18    were at the Village, if anything, about the
19    Society of Jesus and what they had to do with
20    the Village?
21         A.    I would hear about it from the other
22    kids.  The kids who speak about it, I would hear
23    from them.
24         Q.    What did you hear?
25         A.    They would say things like Pere Paul,

Confidential - Subject to Further Confidentiality Review

Page 144

1    he was part of these people.

2        Q.    Anything else?

3        A.    I don't recall anything else.

4        Q.    Do you have any information, apart

5    from what your attorneys have told you, that

6    anybody connected with the Society of Jesus knew

7    anything about the abuse that you sustained

8    from, allegedly, from Mr. Perlitz?

9        A.    No one had said such thing to me.

10       Q.    Now, what was your girlfriend's name

11   again?

12       A.    Iselande Frederick.

13       Q.    When did you meet her?

14       A.    2011.

15       Q.    And that was after you left the

16   Village?

17       A.    Yes.

18       Q.    How long after you left the Village

19   did you meet her?

20       A.    I would have to calculate the time.

21       Q.    Do that for me, please?

22       A.    Two or three years.

23       Q.    And were you back on the street for

24   those two or three years?

25       A.    Yes.

Confidential - Subject to Further Confidentiality Review

Page 145

```
 1       Q.     How were you surviving?
 2       A.     It was while I was at the Kids Alive
 3  that I met her.
 4       Q.     Okay.  But how were you surviving on
 5  the street?
 6       A.     Kids Alive used to help me.
 7       Q.     And when did you start getting any
 8  help from Kids Alive?
 9       A.     2011.  I don't remember the month.
10       Q.     What did you do to support yourself
11  after you left the Village up until you got help
12  from Kids Alive?
13              THE INTERPRETER:  Interpreter wishes
14  to make a correction.
15              Interpreter had asked a question when
16  he stops receiving help as opposed to when he
17  started receiving help.
18       Q.     Let me rephrase the question.
19              How did you support yourself after you
20  left the Village but before you got help from
21  Kids Alive?
22       A.     I was eating people's leftovers,
23  sleeping on the street.
24       Q.     And that's what you had done before
25  you went to the Village?
```

Confidential - Subject to Further Confidentiality Review

Page 146

1        A.     Yes.

2        Q.     But after you got some help with Kids

3   Alive, you met your girlfriend?

4        A.     Yes.

5        Q.     And you formed a relationship with

6   her?

7        A.     Yes.

8        Q.     And you call her your wife?

9        A.     Yes, even though we're not married.

10       Q.     Is that customary in Haiti for young

11  men to call their girlfriends their wives?

12              MR. STEWART:  Object to the form of

13  the question.

14       A.     Yes, if you have a child with her.

15  BY MR. GAYNOR:

16       Q.     Okay.  And how come you haven't

17  formalized it in a marriage?

18              MR. STEWART:  Objection.

19  Argumentative.

20       A.     I don't have money.

21  BY MR. GAYNOR:

22       Q.     And you had -- I think you told me you

23  had two children, correct?

24       A.     Yes.

25       Q.     And how would you describe your

Confidential - Subject to Further Confidentiality Review

Page 147

1   relationship with your girlfriend, your wife?

2          THE INTERPRETER:  Interpreter wishes

3   to restate the question based on the relations.

4      Q.    Do you love your wife?

5      A.    Yes.

6      Q.    Do you believe she loves you?

7      A.    Only she knows.

8      Q.    Do you believe that from the way she

9   acts with you?

10     A.    Only she and God knows.

11     Q.    Well, does she ever tell you she loves

12  you?

13     A.    Yes, she may say that she loves me or

14  not, but I don't know.

15     Q.    Do you tell her you love her?

16     A.    Yes.

17     Q.    Are you faithful to her?

18         MR. STEWART:  Objection.  Relevance.

19     A.    Sometimes I cheated.

20  BY MR. GAYNOR:

21     Q.    Does she cheat on you?

22         MR. STEWART:  Objection.  Relevance.

23     A.    I don't know.

24  BY MR. GAYNOR:

25     Q.    So you've had sexual encounters with

Confidential - Subject to Further Confidentiality Review

Page 148

1    other women?

2        A.    No.

3        Q.    What do you mean by cheating on her?

4        A.    I talk to women sometimes, and even if

5    I -- they would say things like I am in a

6    relationship with that woman, but my wife would

7    discover that, and then I would just drop it.

8        Q.    So when you used the term you cheated

9    on your wife, you didn't mean you had sex with

10   other women, you just meant you talked to some

11   women, is that what you're telling us under oath

12   here today, sir?

13           MR. STEWART:  Objection.  Asked and

14   answered.

15       A.    Yes.

16   BY MR. GAYNOR:

17       Q.    Have you ever had sex with any other

18   woman other than your girlfriend?

19           MR. STEWART:  Objection.  Relevance.

20       A.    No, only my wife.

21   BY MR. GAYNOR:

22       Q.    Do you love your kids?

23       A.    Yes.

24       Q.    Do you take care of them?

25       A.    I take care of them according to my

Confidential - Subject to Further Confidentiality Review

Page 149

1   means.

2        Q.     And what do you do to support them?

3        A.     I would do odd jobs.

4        Q.     Like what?

5        A.     I would help people wash cars, or I

6   would help people boarding on public

7   transportation, busses.

8        Q.     Would they give you tips for that?

9        A.     Yes.

10       Q.     Does your wife do any work?

11       A.     No.

12       Q.     Does she bring any money in?

13       A.     No.

14       Q.     Now, going back when you were first on

15  the streets after you left your family, that's

16  the time frame I'm going to ask you about, those

17  were tough times for you, correct?

18       A.     Yes.

19       Q.     You had to learn how to survive on

20  your own?

21       A.     Yes.

22       Q.     You had to defend yourself sometimes?

23       A.     It's not that I left my home, my

24  parents' home, I was born that way.  Since I was

25  born I found my mother, my father, my brother,

Confidential - Subject to Further Confidentiality Review

Page 150

```
 1   they were in the street, I grew up in the
 2   street, I was begging.
 3       Q.    But sometime -- but there was a period
 4   of time when you were on the street by yourself,
 5   isn't that right?
 6       A.    Yes.
 7       Q.    You were with your buddy Mackenson?
 8       A.    It wasn't all the time.
 9       Q.    But sometimes you were?
10       A.    Yes.
11       Q.    And you had to sometimes defend
12   yourself?
13       A.    Defend myself against what?
14       Q.    There would be older kid that might
15   try to beat you up to get your money?
16       A.    Yes.  We obey.
17       Q.    Did you fight them back?
18             MR. STEWART:  Objection.  Relevance.
19       A.    No.
20   BY MR. GAYNOR:
21       Q.    Did you ever try to run away?
22             MR. STEWART:  Objection.  Relevance.
23       A.    Yes.
24   BY MR. GAYNOR:
25       Q.    You did what you could to survive,
```

Confidential - Subject to Further Confidentiality Review

Page 151

1    even if there were older kids going after you?

2        A.    Yes.

3        Q.    Sometimes the cops would come by and

4    roust and bother you?

5        A.    Yes.

6        Q.    And sometimes when the cops came by,

7    did you ever try to run away?

8        A.    Yes.

9        Q.    So in early years you learned that

10   sometimes you have to run away from trouble?

11            MR. STEWART:  Objection.

12   Argumentative.

13       A.    Yes, if I can run.

14   BY MR. GAYNOR:

15       Q.    That's a matter of survival?

16       A.    Yes.

17       Q.    Lessons you learned?

18       A.    Yes.

19       Q.    Now, when -- the first time that you

20   went to Bel Air -- strike that.

21            Did you tell us you had been to Bel

22   Air before the first time Perlitz abused you?

23            MR. STEWART:  Objection.  Asked and

24   answered several times.

25       A.    Yes, I used to go to Bel Air.

Confidential - Subject to Further Confidentiality Review

Page 152

1    BY MR. GAYNOR:

2        Q.    And what did you go there for?

3            MR. STEWART:  Objection.  Asked and

4    answered several times.

5        A.    That was before I started sleeping at

6    the Village, so I would go there to pick up the

7    transportation that would take me to the

8    Village.

9    BY MR. GAYNOR:

10       Q.    Before you got abused the first time,

11   did you ever sleep at Bel Air?

12           MR. STEWART:  Objection.  Asked and

13   answered.

14       A.    No.

15   BY MR. GAYNOR:

16       Q.    So the first time you slept at Bel Air

17   was the first time you got abused?

18       A.    Yes.

19       Q.    And there were other rooms in the

20   house other than Mr. Perlitz's bedroom, correct?

21       A.    Yes.

22       Q.    Now, the first time you went there

23   because you couldn't get into the Village, you

24   ended up staying in his room?  That's what you

25   told us?

Confidential - Subject to Further Confidentiality Review

                                                    Page 153

 1      A.    Yes.

 2      Q.    Did you ask him if he could just -- if

 3   you could just sleep on the floor in one of the

 4   other rooms, or on a couch, or on some piece of

 5   furniture?

 6           MR. STEWART:  Objection.  Assumes

 7   facts not in evidence, compound, argumentative.

 8      A.    I did not ask him that.

 9   BY MR. GAYNOR:

10      Q.    When he started to play with your

11   genitals that night, did you stay "stop, I'm

12   going to go in the other room"?

13           MR. STEWART:  Objection.

14   Argumentative, asked and answered.

15      A.    I didn't tell him.  I couldn't tell

16   him that I was -- I didn't tell him I was going

17   to another room.  The house is not mine.  All I

18   could say was that "stop, don't do that to me."

19   BY MR. GAYNOR:

20      Q.    Did you say "stop, don't do it to me"?

21           MR. STEWART:  Objection.  Asked and

22   answered several times.

23      A.    Yes.

24   BY MR. GAYNOR:

25      Q.    Did you get up out of the bed and move

Confidential - Subject to Further Confidentiality Review

Page 154

1    somewhere else?

2        A.    No.

3        Q.    You told us that after that first time

4    you were quite upset and shaken?

5            MR. STEWART:  Objection.  Misstates

6    prior testimony.  He never used the word

7    "shaken."

8        A.    Yes.

9    BY MR. GAYNOR:

10        Q.    You were in pain?

11        A.    Yes.

12        Q.    You felt that he had done you physical

13    harm?

14        A.    Yes.

15        Q.    You were ashamed?

16        A.    Yes.

17        Q.    It was -- was it the worst thing that

18    had ever happened to you?

19        A.    Yes.

20        Q.    And four months later, you found

21    yourself in a similar situation, correct?

22        A.    Well, I thought that that wouldn't

23    happen to me again.  I didn't know that this was

24    something he does.

25        Q.    Four months later you found yourself

Confidential - Subject to Further Confidentiality Review

Page 155

1    in a similar situation, isn't that true, sir?

2              MR. STEWART:  Objection.  First, asked

3    and answered.  Don't raise your voice to him,

4    Counsel.  Don't argue with him.

5              MR. GAYNOR:  Don't tell me how to

6    conduct my deposition.

7              MR. STEWART:  I will.  You're not

8    going to argue with him.  You're not going to

9    yell at him.  It's not going to happen.

10             MR. GAYNOR:  He can answer my

11   question.

12             MR. STEWART:  He did answer your

13   question.

14             MR. GAYNOR:  No, he didn't.

15             MR. STEWART:  He did.

16             MR. GAYNOR:  I'm not going to argue

17   with you.

18             MR. STEWART:  Well, then we'll take a

19   break.

20             MR. GAYNOR:  You give him whatever

21   instruction you want.  Take it up.

22             MR. STEWART:  He doesn't understand

23   English.

24             MR. GAYNOR:  That's we have an

25   interpreter.

Confidential - Subject to Further Confidentiality Review

Page 156

1            MR. STEWART:  That's why I'm not
2    having her translate that.  You know that.
3    Don't dirty the record up with that silliness.
4    Go on, take a break.  Go on.  Elyseé, take him
5    outside.
6            Don't yell at him, Counsel.  It
7    doesn't help anything.  Doesn't make you any
8    more effective.  Doesn't make -- this is off the
9    record.
10            THE VIDEOGRAPHER:  Going off the
11    record.  The time is 3:27.
12            (Pause.)
13            THE VIDEOGRAPHER:  Back on the record.
14    The time is 3:28.
15    BY MR. GAYNOR:
16        Q.    Approximately four months later you
17    found yourself in a similar situation, isn't
18    that correct, sir?
19        A.    Yes, four months, around five months.
20            MR. STEWART:  Okay.  Take a break now.
21            THE VIDEOGRAPHER:  Going off the
22    record.  The time is 3:29.
23            (Whereupon, a recess was taken.)
24            THE VIDEOGRAPHER:  Back on the record.
25    The time is 3:36.

Confidential - Subject to Further Confidentiality Review

Page 157

1   BY MR. GAYNOR:

2       Q.    Mr. Fleuridor, let me see if I

3   understand the timing of certain things here.

4             On the occasion of the second time you

5   allege Mr. Perlitz abused you, you decided to

6   leave the Village facility on a Sunday, is that

7   correct?

8             MR. STEWART:  Objection.  Asked and

9   answered.

10      A.    Yes.

11  BY MR. GAYNOR:

12      Q.    And you did not have a cell phone?

13      A.    No.

14      Q.    You weren't using pay phones back

15  then, were you?

16      A.    I don't recall if there was or not.

17      Q.    And you say you were going to meet up

18  with a friend whose name you cannot recall who

19  lived in Blue Hills?

20      A.    Yes.

21      Q.    And where did you meet up with him?

22      A.    While I was taking a stroll, that's

23  when I met with him.

24      Q.    So you did not have a prearrangement

25  to meet up with him?

Confidential - Subject to Further Confidentiality Review

Page 158

1       A.    No.

2       Q.    So you just left on your own to take a

3   stroll downtown, is that what you're telling us?

4             MR. STEWART:  Objection.  Asked and

5   answered.

6       A.    Yes.

7   BY MR. GAYNOR:

8       Q.    And you happened to meet up with this

9   friend of yours from Blue Hills whose name you

10  don't recall?

11            MR. STEWART:  Objection.  Asked and

12  answered.

13      A.    Yes.

14  BY MR. GAYNOR:

15      Q.    And you hung out with him for the

16  afternoon?

17      A.    Yes.

18      Q.    And you had in mind that there was a

19  certain time you were supposed to be back in

20  order to get into the Village?

21      A.    Yes.

22      Q.    But you can't tell us what time that

23  was?

24      A.    I cannot remember when, what time.

25      Q.    Other than the first time you went to

Confidential - Subject to Further Confidentiality Review

Page 159

1    Bel Air, had you ever been late getting back to

2    the Village before?

3        A.    No.

4        Q.    Did you know whether, if you showed up

5    at the Village late, whether you could call

6    somebody or knock on a gate or a door and get

7    in?

8        A.    No.

9        Q.    So you had it in mind that if you

10   didn't get back at a certain time, although you

11   can't remember what time that is, that you'd be

12   stuck outside?

13           MR. STEWART:  Objection.

14   Argumentative, asked and answered.

15       A.    Yes.

16   BY MR. GAYNOR:

17       Q.    And was it raining when you left the

18   Village that day?

19       A.    Was it the first incident or the

20   second time?

21       Q.    Second time.

22       A.    It was not raining.

23       Q.    And it started to rain in the

24   afternoon?

25       A.    The weather was gray.

Confidential - Subject to Further Confidentiality Review

Page 160

1     Q.    When it started to turn gray, did you

2   say to yourself "gee, maybe I better get back to

3   the Village before it's too late"?

4     A.    No.

5     Q.    And in any event, you took shelter

6   when it started to rain with your friend?

7     A.    Yes.

8     Q.    And then this friend, whose name you

9   don't recall, he was going to arrange to go

10  someplace else and stay for the night?

11          MR. STEWART:  Objection.  Asked and

12  answered.

13    A.    Yes.

14  BY MR. GAYNOR:

15    Q.    And you didn't ask him if you could go

16  with him?

17          MR. STEWART:  Objection.  Asked and

18  answered.

19    A.    No.

20  BY MR. GAYNOR:

21    Q.    And instead, you decided that, rather

22  than ask your friend whether you could go with

23  him, you'd go back to Bel Air?

24    A.    Yes.

25    Q.    Despite having had a bad experience,

Confidential - Subject to Further Confidentiality Review

Page 161

1    the worst thing that had ever happened to you in
2    your life?
3              MR. STEWART:  Objection.  Asked and
4    answered, argumentative.
5         A.    I thought that what had happened
6    before, I thought that he would feel empathy
7    towards me, that's why I returned.
8    BY MR. GAYNOR:
9         Q.    Is the answer to my question no?
10             MR. STEWART:  Objection.
11   Argumentative.  Answer stands.
12   BY MR. GAYNOR:
13        Q.    I'll state it again.
14             Despite having had the worst
15   experience in your life at Bel Air, you decided
16   to go back rather than ask your friend if you
17   could go hang out with him for the night, isn't
18   that true, sir?
19             MR. STEWART:  Objection.  Asked and
20   answered, compound question.
21        A.    Yes.
22   BY MR. GAYNOR:
23        Q.    Now, when you got to Bel Air, you told
24   us that Perlitz told you to go take a shower, is
25   that right?

Confidential - Subject to Further Confidentiality Review

Page 162

1          MR. STEWART:  Objection.  Asked and

2     answered.

3          A.    Yes.

4     BY MR. GAYNOR:

5          Q.    Did you take your clothes off in his

6     presence?

7          A.    No, in the shower.

8          Q.    You took them off in -- was it a

9     bathroom?

10          A.    Yes.

11          Q.    You didn't ask him for a towel, that

12     you were going to go take a shower?

13          A.    No.

14          Q.    How did you expect to dry off?

15          A.    Because I thought I could dry off with

16     the clothes I was wearing.

17          Q.    I thought you told us they were wet.

18          MR. STEWART:  Objection.

19     Argumentative.

20          A.    They were not all that wet.

21     BY MR. GAYNOR:

22          Q.    So if --

23          A.    Because I had tooken shelter for the

24     rain.

25          Q.    If they weren't all that wet, why

Confidential - Subject to Further Confidentiality Review

Page 163

1    didn't you put them back on instead of walking

2    naked into Perlitz's room?

3            MR. STEWART:  Objection.

4    Argumentative, misstates prior testimony.

5        A.    Well, it could happen that I just

6    didn't wear them.

7    BY MR. GAYNOR:

8        Q.    So despite having a horrible

9    experience with Perlitz once before, you took a

10   shower and walked back in his bedroom naked?

11           MR. STEWART:  Objection.

12   Argumentative.

13       A.    Yes.

14   BY MR. GAYNOR:

15       Q.    And then when he started to touch you

16   or tell you that he wanted to have oral sex with

17   you, you agreed?

18           MR. STEWART:  Objection.  Misstates

19   prior testimony.

20       A.    No, I did not accept, I did not agree.

21   BY MR. GAYNOR:

22       Q.    Well, you did it, didn't you?

23           MR. STEWART:  Objection.

24   Argumentative, misstates prior testimony.

25       A.    He forced me.

Confidential - Subject to Further Confidentiality Review

Page 164

1    BY MR. GAYNOR:

2        Q.    He forced you.  Did you tell that to

3    counsel when they asked you on direct what

4    happened?  I thought you said he convinced you

5    or -- you know, by words, and then you agreed to

6    do it?

7              MR. STEWART:  Objection.

8    Argumentative, misstates prior testimony,

9    improper question.

10       A.    Yes, it's the same thing.

11   BY MR. GAYNOR:

12       Q.    And so you performed these acts?

13       A.    Yes.

14       Q.    And you didn't grab your clothes and

15   go into another room?

16             MR. STEWART:  Objection.

17   Argumentative, improper.

18       A.    The house is not mine.  Only he could

19   have decided if I should go to another room.

20   BY MR. GAYNOR:

21       Q.    So if Mr. Perlitz was taking a knife

22   out and slicing you up instead of having sex,

23   you don't think you would have gone and run off

24   into another room?

25             MR. STEWART:  Objection.  Improper

Confidential - Subject to Further Confidentiality Review

Page 165

1  hypothetical, argumentative, not the facts of

2  this case, calls for speculation.

3      A.    If that was the day for me to die,

4  then I would have died, because I trusted him

5  completely.

6  BY MR. GAYNOR:

7      Q.    And after all this happened the second

8  time, you stayed in the same room with him the

9  whole night?

10      A.    Yes.

11      Q.    Now, how many kids attended the

12  Village, approximately?

13      A.    I don't remember how many kids.

14      Q.    After the second time, you told us

15  that you thought this was kind of a way of life

16  for Mr. Perlitz?

17      A.    Yes.

18      Q.    And did you think that maybe he had

19  done this to others?

20      A.    I thought that, but I didn't know who.

21      Q.    And you want to tell us that there

22  were no rumors, no discussions, no conversation

23  with any of your buddies at school that this was

24  happening to more than one person?

25           MR. STEWART:  Objection.

Confidential - Subject to Further Confidentiality Review

Page 166

 1    Argumentative.

 2         A.    No.

 3    BY MR. GAYNOR:

 4         Q.    When you go to a job -- after leaving

 5    the Village, did you ever apply for any jobs?

 6         A.    Yes.

 7         Q.    What jobs did you try to get?

 8         A.    I tried to get a job in masonry or

 9    places with construction sites, but they never

10    gave me the job.

11         Q.    Did they ever tell you why?

12         A.    They used to tease me, saying that I

13    was Douglas's wife.

14         Q.    Well, how would they know that?

15              MR. STEWART:  Objection.  Calls for

16    speculation.

17         A.    Lots of -- when they know that you're

18    in the project, in the Cap-Haïtien everyone knew

19    that.  Once they knew you were in the project,

20    then they always have their doubts.

21    BY MR. GAYNOR:

22         Q.    Well, how would they know that there

23    was sexual abuse going on if you didn't even

24    hear about it from all your buddies at school?

25              MR. STEWART:  Objection.

Confidential - Subject to Further Confidentiality Review

Page 167

1    Argumentative, misstates facts, misstates the
2    history of the case, just form of the question.
3    Argumentative.
4         A.    No, because by then Wilnik had already
5    written about this incident, about this issue,
6    so everyone knew about it by then.
7    BY MR. GAYNOR:
8         Q.    When you went to apply for a job, did
9    you tell them you were at the Village?
10        A.    Even if I don't tell them that, some
11   people already knew that.
12        Q.    Well, how would people on the -- how
13   would people in masonry construction know that
14   you were at the Village?
15             MR. STEWART:  Objection.  Calls for
16   speculation.
17        A.    It depends on where they were living.
18   BY MR. GAYNOR:
19        Q.    So if you moved someplace that wasn't
20   so close to the Village, do you think people
21   would know that you attended school there?
22             MR. STEWART:  Objection.  Calls for
23   speculation.
24        A.    Even if I were to do that, the people
25   where I go -- who live where I would go to live

Confidential - Subject to Further Confidentiality Review

Page 168

1   may not know that.  But anyone who was near the
2   Village and who knew that I was at the Village
3   and who are friendly with the people, knew
4   people who would go live near, they would tell
5   those people that "you see this guy, he used to
6   be in the Village," and they would start talking
7   about it.
8        Q.    Did you have any experience as a
9   mason?
10       A.    No.  I used to work with those who are
11  performing this duty.
12       Q.    Did you ever have any experience in
13  construction?
14       A.    No.
15       Q.    So when you applied for these jobs,
16  you had no experience in those fields?
17       A.    No, but it's not those -- those jobs
18  are not difficult to perform.
19       Q.    What do you do now, other than try to
20  wash cars and help people on busses?
21            MR. STEWART:  Objection.  Asked and
22  answered.
23       A.    Only that I do.
24  BY MR. GAYNOR:
25       Q.    How much do you make a week?

Confidential - Subject to Further Confidentiality Review

Page 169

```
 1      A.    I cannot say how much.

 2      Q.    Why not?

 3      A.    Because sometimes I would make enough

 4   and I would be able to eat and give money to the

 5   kids.  The thing is that one day I could make

 6   money, and then another day I don't make

 7   anything at all.

 8      Q.    When did you get a cell phone?

 9            MR. STEWART:  Objection.  Assumes

10   facts not in evidence.

11      A.    I always had one.

12   BY MR. GAYNOR:

13      Q.    From when?

14      A.    I cannot recall.

15      Q.    You didn't have a cell phone when you

16   were in the Village?

17      A.    No.

18      Q.    When did you first get one?

19      A.    I don't remember.

20      Q.    Who pays for the cell phone?

21      A.    I don't remember exactly who had given

22   it to me.

23      Q.    Who pays for it?  The service, you've

24   got to pay for it.

25      A.    I don't remember who.
```

Confidential - Subject to Further Confidentiality Review

Page 170

1       Q.     You tell me you pay a bill and you
2   don't know who --
3               MR. STEWART:  Objection.
4               MS. XIA:  Assumption.
5   BY MR. GAYNOR:
6       Q.     Does your wife have a cell phone?
7               MR. STEWART:  Objection.  Misstates
8   testimony, assumes facts not in evidence.
9   BY MR. GAYNOR:
10      Q.     Does your wife have a cell phone?
11      A.     Yes.
12      Q.     Who pays for that?
13              MR. STEWART:  Same objection.
14      A.     She bought it herself.
15  BY MR. GAYNOR:
16      Q.     Where did she get the money?
17      A.     When she was working.
18      Q.     I thought you told us she never
19  worked.
20              MR. STEWART:  Objection.  Misstates
21  prior testimony.
22      A.     Now she's not working.
23  BY MR. GAYNOR:
24      Q.     When did she work?
25      A.     The months that have just passed.

Confidential - Subject to Further Confidentiality Review

Page 171

1     Q.    I'm sorry?

2     A.    The past months, past few months.

3     Q.    She hasn't worked the last few months?

4     A.    Yes, the person she was working with

5  has passed, has died.

6     Q.    What did she do for that person?

7     A.    In the slaughterhouse, she was

8  cleaning the intestines of cows.

9     Q.    How long did she have that job?

10    A.    Since before I started living with her

11  she was doing that job.

12    Q.    And how does she pay for the cell

13  phone now?

14    A.    She had already bought it.

15    Q.    Who pays the bills for using the cell

16  phone?

17          MR. STEWART:  Objection.  Assumes

18  facts not in evidence.

19    A.    "Bill," what do you mean?  I don't

20  understand.

21  BY MR. GAYNOR:

22    Q.    Do you get billed for using of the

23  cell phone?

24          MR. STEWART:  Objection.  Misstates

25  testimony, assumes facts not in evidence.

Confidential - Subject to Further Confidentiality Review

Page 172

```
 1      A.    I don't understand by "bill."
 2 BY MR. GAYNOR:
 3      Q.    Do you buy a cell -- do you buy a
 4 phone card?
 5      A.    Well, when she has money, then she can
 6 add for 5 gourdes or 10 gourdes worth.
 7      Q.    Do you have a phone card?
 8      A.    No.
 9      Q.    How do you use your phone then?
10      A.    You don't need to buy a card.  In
11 Haiti you can just charge it, adding minutes to
12 it.
13      Q.    Okay.  Who do you pay?
14      A.    There are people, many people who walk
15 on the streets.
16      Q.    Don't you have to pay for using your
17 phone, pay somebody, some company?
18           MR. STEWART:  Objection.  Asked and
19 answered.
20      A.    No.  Once you pay for the phone, once
21 you buy the phone, that's it.
22 BY MR. GAYNOR:
23      Q.    How many minutes do you buy?
24      A.    10 gourdes, or 5 gourdes.
25      Q.    And do you have to keep buying more
```

Confidential - Subject to Further Confidentiality Review

Page 173

1    minutes?

2         A.    Yes, I must continue if I wish.

3         Q.    And is your phone active now?

4         A.    Yes.

5         Q.    Who pays for that?

6         A.    I do.  I could add 5 gourdes worth or

7    10 gourdes worth of minutes.

8         Q.    So some days you don't have money for

9    food for the kids, but you pay for a cell phone?

10             MR. STEWART:  Objection.

11   Argumentative, misstates testimony, it's an

12   improper question.

13   BY MR. GAYNOR:

14        Q.    You can answer.

15        A.    I could go two months without adding

16   minutes.

17        Q.    Who do you wash the cars for?

18        A.    Anyone.

19        Q.    Do you work for somebody?

20        A.    Yes.

21        Q.    Who is the employer that pays you to

22   wash the cars?

23        A.    It's the same group of kids who have

24   someone that they work for for whom they wash

25   cars, and that person pays them, and I would

Confidential - Subject to Further Confidentiality Review

Page 174

1    tell them that I would help them.  And then when

2    they get the money, when they get paid, then

3    they give me money.

4         Q.    Do you know who that person is?

5              MR. STEWART:  Objection.  Misstates

6    testimony.

7         A.    Yes.

8    BY MR. GAYNOR:

9         Q.    Who is it?

10        A.    There are many.  There could be two

11   call guys, Black Alex, and then there would be

12   other kids.

13        Q.    Do you know who pays them?

14        A.    The car owners.  They wash the cars by

15   hand, not --

16        Q.    Is it the individual car owners that

17   pay, or is there a business that hires the kids

18   to wash the cars?

19        A.    They wash cars for people.

20        Q.    Are they the individual car owners, or

21   is that for a business that pays them?

22        A.    The individual car owners that pay

23   them.

24        Q.    Okay.  And where is this done?

25        A.    Rue 17, Street 17.

Confidential - Subject to Further Confidentiality Review

Page 175

1      Q.    Is there a sign or something that says
2    "car wash"?
3      A.    No.
4      Q.    And how do the car owners know that
5    that's where the car wash is?
6      A.    The kids are there all the time
7    washing cars.
8      Q.    Any other odd jobs you do?
9      A.    No.
10     Q.    Now, when you were younger and you
11   were on the streets before you went to the
12   Village, can we just talk about that for a
13   moment?
14     A.    Okay.
15     Q.    Did any of the kids ever perform sex
16   for money?
17          MR. STEWART:  Objection.  Speculation,
18   relevance.
19     A.    I don't know.
20   BY MR. GAYNOR:
21     Q.    Did you ever hear of that?
22          MR. STEWART:  Objection.
23     A.    I have never heard that, no.
24          MR. GAYNOR:  That's all the questions
25   I have.  Thank you.

Confidential - Subject to Further Confidentiality Review

Page 176

```
 1              MR. O'NEILL:  Just keep going?
 2              MR. STEWART:  I'd like to finish
 3     today.  I mean, we've covered how car washes are
 4     done.
 5              MR. O'NEILL:  I'm sorry?
 6              MR. STEWART:  I said I'd like to
 7     finish today, if we could.
 8              MR. O'NEILL:  I won't be long.
 9              MR. STEWART:  Okay.
10     BY MR. O'NEILL:
11         Q.    My name is Timothy O'Neill, I
12     introduced myself earlier, and I represent
13     Father Paul Carrier.  I think you would know him
14     as Pere Paul.  Is that right?
15         A.    Yes.
16         Q.    Okay.  Now I want to concentrate a
17     little on -- I think your last claim of abuse
18     was in 2007, is that correct?
19         A.    Yes.
20         Q.    All right.  Now, as we go into 2007,
21     think back to this time, in late 2007, do you
22     remember that someone wrote accusations against
23     Douglas Perlitz on the wall at the Village?
24         A.    I remember that, but I don't remember
25     in what year it was.
```

Confidential - Subject to Further Confidentiality Review

Page 177

1      Q.    But you remember, then, that written
2  on the wall was that Douglas Perlitz was a fag,
3  was a queer person.  Do you remember that?
4      A.    I had heard of it.  I did not see it
5  with my own eyes.  I had heard of it.
6      Q.    Even though you lived there, you
7  didn't see it?
8      A.    It was not in the inside that it was
9  written.
10      Q.    But you walked on the outside
11  occasionally, didn't you?
12      A.    Not often.
13      Q.    Did you hear other of your schoolmates
14  talking about it?
15      A.    Yes.
16      Q.    Do you recall who they said did this
17  thing, or did you find out who wrote that stuff
18  on the wall?
19      A.    Afterwards I came to learn who it was.
20      Q.    And you learned it was Wilnik, didn't
21  you?
22      A.    Yes.
23      Q.    And how long afterwards did you learn
24  it was Wilnik?
25      A.    I don't remember how long.

Confidential - Subject to Further Confidentiality Review

Page 178

```
 1      Q.   Well, was it weeks, months, years?
 2           MR. STEWART:  Objection.  Asked and
 3   answered.
 4      A.   I don't recall exactly.
 5   BY MR. O'NEILL:
 6      Q.   You have no memory of whether it was
 7   just months after?
 8           MR. STEWART:  Objection.  Asked and
 9   answered.
10      A.   I can't recall.  I cannot give a date
11   of something I don't remember.
12   BY MR. O'NEILL:
13      Q.   All right.  Now, after Wilnik -- or
14   after you heard that something was written on
15   the walls outside where you lived, and that it
16   was an accusation against Perlitz, you had
17   already been, you claim, abused by Perlitz, is
18   that right?
19           MR. STEWART:  Objection.
20   Argumentative.
21      A.   No, I had not yet.
22   BY MR. O'NEILL:
23      Q.   You mean the writing on the wall
24   appeared before you were abused?
25           MR. STEWART:  Misstates testimony.
```

Confidential - Subject to Further Confidentiality Review

Page 179

1    BY MR. O'NEILL:

2        Q.    What was your answer?

3            THE INTERPRETER:  Interpreter wishes

4    to restate the question.

5        A.    No.

6        Q.    So the writing on the wall didn't

7    appear, did not appear, before you were abused?

8            MR. STEWART:  Objection.  Asked and

9    answered.

10       A.    No.

11   BY MR. O'NEILL:

12       Q.    It did not?

13           MR. STEWART:  Objection.  Asked and

14   answered.

15   BY MR. O'NEILL:

16       Q.    So it appeared after you were abused?

17       A.    Yes.

18       Q.    All right.  Now, you were still at the

19   Village, living there, in 2007, isn't that

20   correct?

21       A.    Yes.

22       Q.    And in 2008, you lived there?

23       A.    Yes.

24       Q.    And in 2009, were you still living

25   there?

Confidential - Subject to Further Confidentiality Review

Page 180

1    A.    I don't recall.  I don't remember if

2  it had gone on until 2009.

3    Q.    Is it the case, sir, that you stayed

4  in the Village until it closed?

5    A.    Yes, I stayed there until it closed,

6  but I don't know if it stayed there until 2009.

7    Q.    Okay.  You stayed there when Robinson

8  took over and ran the Village, Perlitz was gone,

9  is that correct?

10    A.    Yes.

11    Q.    In fact, after 2008, or after a period

12  of time, Perlitz never came back, did he?

13    A.    Yes.

14    Q.    Did you ever hear at that time why he

15  never came back?

16    A.    No.

17    Q.    All the while you were living at the

18  Village, you never told anyone that you yourself

19  were abused?

20    A.    No.

21    Q.    And no one ever told you, of all the

22  people you knew at the Village, the other

23  students, no one ever told you at that time that

24  they were abused?

25    A.    No.

Confidential - Subject to Further Confidentiality Review

Page 181

1      Q.    I'm sorry, you finished your answer?

2      A.    No.

3      Q.    Okay.  Now, the reason, as I

4   understood your testimony, that you didn't tell

5   anyone was you were afraid of being thrown out

6   of the Village, is that right?

7      A.    Yes, that's why I was afraid.

8      Q.    And after Perlitz was gone, that fear

9   wasn't there anymore, was it?

10          MR. STEWART:  Objection.

11   Argumentative.

12     A.    I didn't know that he was never coming

13   back.

14   BY MR. O'NEILL:

15     Q.    Well, at some point the Village

16   closed?  Not long after he never came back, the

17   Village closed down, didn't it?

18     A.    Yes, the Village closed down.

19     Q.    When it closed down and you were on

20   the streets again, there was no reason not to

21   tell people that, you didn't have any fear of

22   being thrown out, there was no Village anymore,

23   correct?

24     A.    I couldn't tell anyone that if the

25   person was not ready to help me.

Confidential - Subject to Further Confidentiality Review

Page 182

1      Q.    Okay.  And you stayed in the streets,
2  if we go by years, 2009, 2010 -- if the Village
3  closed in 2009, you stayed in the streets, then,
4  for 2009, 2010, 2011?
5      A.    Yes, since it closed down.
6      Q.    Okay.  Now, in 2011, I think you
7  testified that Kids Alive began to help you?
8            MR. STEWART:  Objection.  Misstates
9  prior testimony.
10 BY MR. O'NEILL:
11     Q.    Is that correct?  2011?
12            MR. STEWART:  Object.
13     A.    It was since the end of 2010 that I
14 went there.
15 BY MR. O'NEILL:
16     Q.    So in 2010 you went to Kids Alive.
17 And then they closed, Kids Alive closed down in
18 2011, is that what happened?
19     A.    Yes.
20     Q.    Now, your first child was born in
21 2011, isn't that correct?
22     A.    Yes.
23     Q.    So that when your first child was
24 born, at that time you weren't -- you began not
25 to even have any help from Kids Alive?

Confidential - Subject to Further Confidentiality Review

Page 183

1      A.    Yes.

2      Q.    And by August 23rd -- let me get this

3  correct.

4            What did you do for support of your

5  child starting -- and you're now living with

6  your girlfriend, she has had a baby by you, what

7  are you doing to support the family in 2011?

8            MR. STEWART:  Objection.  Asked and

9  answered.

10     A.    I work as a helper in the back of the

11 bus, and I sometimes help people wash cars.

12 BY MR. O'NEILL:

13     Q.    How many gourdes were you making on

14 average for doing that?

15     A.    I would make $50, Haitian dollars,

16 sometimes 40 Haitian dollars.

17     Q.    This is gourdes or Haitian dollars?

18     A.    Haitian dollars.

19     Q.    How many gourdes make up a Haitian

20 dollar?

21           THE VIDEOGRAPHER:  We need to stop.

22           MR. O'NEILL:  We just had an

23 electrical --

24           MR. STEWART:  Tell him we've got to

25 get restarted.  There's a little blip.

Confidential - Subject to Further Confidentiality Review

                                                    Page 184

 1            THE VIDEOGRAPHER:  We're off the
 2    record.
 3            (Electrical short.)
 4            THE VIDEOGRAPHER:  We're back on the
 5    record after a power outage.  The time is 4:17.
 6    BY MR. O'NEILL:
 7        Q.    Thank you.  I think it was just how
 8    many Haitian gourdes make up a Haitian dollar.
 9            MR. STEWART:  Will you re-ask the
10    question, please?
11        A.    5 gourdes make up a dollar.
12    BY MR. O'NEILL:
13        Q.    5 gourdes.  Okay.
14            Now, at the time that you -- when was
15    your baby born, what month, your older child?
16        A.    In September.
17        Q.    In September.  And in September of
18    2011, you did a couple of things, I think.  I'm
19    looking back at my notes.  When did you first
20    sign up with the counsel?  You said you hired an
21    attorney at some point to file a claim and
22    answer -- help you answer interrogatories.
23        A.    I don't remember the exact date.
24        Q.    All right.  Let's see if we can work
25    around that.

Confidential - Subject to Further Confidentiality Review

Page 185

```
 1              If I'm following a correct chronology,
 2    and if you don't agree with it let me know, the
 3    PPT closed somewhere around 2009?
 4              MR. STEWART:  Objection.  Asked and
 5    answered.
 6    BY MR. O'NEILL:
 7        Q.    Douglas Perlitz left in 2008, never
 8    came back.  The whole thing closed down then
 9    after that.  You were back in the streets, Kids
10    Alive helped you for a while, and they stopped
11    helping you in 2011.  Was that before your child
12    was born in terms of time, that Kids Alive
13    stopped helping you?
14              MR. STEWART:  Objection.  Compound
15    question.
16        A.    He was born in September, 2011.
17    BY MR. O'NEILL:
18        Q.    Okay.  But when did Kids Alive stop
19    giving you help, before or after that?
20        A.    Before he was born.
21        Q.    Before.  Okay.
22              Now, going then back to the times I'm
23    saying, after PPT closed, did you hear from
24    anyone that was at the school with you that they
25    were being asked questions in an investigation
```

Confidential - Subject to Further Confidentiality Review

Page 186

1    about what happened at PPT?

2         A.    No.

3         Q.    At some point you knew that a group of

4    fellow students who had been at PPT obtained

5    money in a settlement, you found that out at

6    some point, didn't you?

7         A.    Yes, I came to know that.

8         Q.    When did you come to know that?  How

9    did you come to know that?

10        A.    Other people who told me that, other

11   kids who told me that.

12        Q.    But you were still living in

13   Cap-Haïtien, weren't you?

14        A.    Yes.

15        Q.    You would run into and meet plenty of

16   people that had been in PPT with you, wouldn't

17   you?

18        A.    Yes, I would meet -- run into plenty

19   of people, but no one came and ever told me that

20   there was someone there who could help, who

21   could help me present, defend me, defend my

22   case.  All of those things that were going on,

23   they were being done in secret.

24        Q.    You didn't even know you had a case at

25   that point, did you?

Page 187

1                MR. STEWART:  Objection.

2    Argumentative, calls for legal conclusion.

3        A.    No, but I did have.

4    BY MR. O'NEILL:

5        Q.    You later found out you had, right?

6        A.    I don't understand what you mean.  I

7    came to learn what?

8        Q.    You later found out -- well, who were

9    you going to -- who was going to bring you any

10   help; was Douglas Perlitz, that you have a case

11   against him?

12               MR. STEWART:  Objection.

13   Argumentative, compound question.

14       A.    Yes, I had a case against him.

15   BY MR. O'NEILL:

16       Q.    When did you learn that you had a

17   case?  I don't want to know what any one of your

18   attorneys told you, but when did you learn, what

19   time, what year did you learn you had a case?

20       A.    Since it happened, since Douglas

21   abused me, I already knew.  I always knew that I

22   had a case.

23       Q.    What kind of a case did you know you

24   had?

25       A.    Sexual abuse.  Sex abuse.

Confidential - Subject to Further Confidentiality Review

Page 188

1      Q.     You knew about a sex abuse case.

2             Did you have courts in Haiti that

3      would give you relief on that?

4             MR. STEWART:  Objection.  Calls for

5      legal conclusions.

6      A.     Restate the question?

7      BY MR. O'NEILL:

8      Q.     Yes.

9             You say you knew you had a sex abuse

10     case.  Well, did you know that you had that in

11     courts in Haiti?

12            MR. STEWART:  Objection.  Assumes

13     facts not in evidence, calls for a legal

14     conclusion.

15     A.     I did not have a case in courts in

16     Haiti.

17     BY MR. O'NEILL:

18     Q.     Why is that?

19            MR. STEWART:  Objection.  Calls for a

20     legal conclusion.

21     A.     Because I did not go there to file a

22     complaint to give my testimony there.

23     BY MR. O'NEILL:

24     Q.     Now, I'm going to put a year on it,

25     but at some point, I believe in 2013, you saw

Confidential - Subject to Further Confidentiality Review

Page 189

1    some former students from PPT showing a great

2    deal of wealth, didn't you?

3           MR. STEWART:  Objection.

4    Argumentative, assumes facts not in evidence.

5       A.    I didn't know how much money they had.

6    BY MR. O'NEILL:

7       Q.    The question was, you saw people that

8    were students with you at PPT driving around the

9    streets in brand new cars, didn't you?

10      A.    Yes, I would see them.

11      Q.    And building houses?

12      A.    I did not see that.

13      Q.    Having businesses, like owning

14   tap-taps?

15      A.    I didn't know that they owned any such

16   things.

17      Q.    You knew that one of your friends

18   received money in that settlement, or group,

19   don't you?

20      A.    Yes.

21      Q.    And his name again was?  You told us

22   before.

23           MR. STEWART:  Objection.  Asked and

24   answered.

25      A.    Robens Pierre.

Confidential - Subject to Further Confidentiality Review

Page 190

1    BY MR. O'NEILL:

2        Q.    Did he have a new car?

3        A.    I used to -- I see him in one, yes,

4    but I don't have any contact with him now.

5        Q.    Okay.  At some point you went to see

6    Cyrus Sibert, didn't you, in 2013?

7        A.    Yes.

8        Q.    And he gave you $100, US dollars, in

9    August of 2013?

10       A.    He did not hand me $100 himself.

11       Q.    Who handed it to you?

12       A.    Mathieu.

13       Q.    Mathieu works for Sibert, doesn't he?

14             MR. STEWART:  Objection.  Speculation.

15       A.    I don't know, but it was not Cyrus.

16   BY MR. O'NEILL:

17       Q.    You knew it was coming from Sibert

18   even though Mathieu gave you it, right?

19       A.    I did not know.

20       Q.    By November of 2013, a complaint was

21   filed in your name.  You know that, don't you?

22       A.    Yes.

23       Q.    And that complaint was filed in

24   Federal Court in the United States in the State

25   of Connecticut.  Did you know that?

Confidential - Subject to Further Confidentiality Review

Page 191

 1      A.    Yes.

 2      Q.    Was that because you knew that money

 3   could be achieved by filing cases in court in

 4   Connecticut, United States?

 5          MR. STEWART:  Objection.

 6   Argumentative.

 7      A.    No.

 8   BY MR. O'NEILL:

 9      Q.    Well, you got money from Sibert at the

10   same time, I think you said, that you knew four

11   or five other people from your group that went

12   to PPT got money also, is that right?

13          THE INTERPRETER:  Interpreter is

14   depending on the prompter, and the question has

15   not yet appeared.  The interpreter apologizes.

16   One moment, please.

17      Q.    The question hasn't appeared?  It's in

18   my thing.  I said, well, you got money from

19   Sibert?

20          MR. STEWART:  She can read this one.

21      A.    I don't understand the question.

22   BY MR. O'NEILL:

23      Q.    Well, haven't you already testified

24   that when you got money from Sibert, four other

25   people were there at the same time?

Confidential - Subject to Further Confidentiality Review

Page 192

 1            MR. STEWART:  Objection.  Misstates
 2   testimony.
 3       A.    Please repeat the question to clear
 4   it.
 5   BY MR. O'NEILL:
 6       Q.    Do you need a break?
 7       A.    Yes.
 8            MR. O'NEILL:  Why don't you take a
 9   break.
10            THE VIDEOGRAPHER:  Going off the
11   record.  The time is 4:34.
12            (Whereupon, a recess was taken.)
13            THE VIDEOGRAPHER:  Back on the record.
14   The time is 4:44.
15   BY MR. O'NEILL:
16       Q.    I'll withdraw the last question and
17   I'll see if I can clarify the time.
18            I believe you testified when you were
19   asked about Cyrus giving you money on your first
20   examination here today, you said -- there were
21   questions about two times, the first time that
22   Cyrus actually gave you the money himself, and
23   the second time you got it from someone else.
24            Now, I'm talking about the first time.
25   You testified you were there with at least four

Confidential - Subject to Further Confidentiality Review

Page 193

1    other people who all got money from Cyrus, isn't
2    that correct?
3         A.    The first time it was someone else who
4    gave me the money, it was not Cyrus who gave it
5    to me with his own hands.
6         Q.    How about the second time?
7         A.    He gave it to me himself.
8         Q.    The second time?
9         A.    Yes.
10        Q.    All right.  And it was Cyrus Sibert
11   who introduced you to the attorneys from the
12   United States, isn't it?
13        A.    Yes.
14             MR. O'NEILL:  Okay.  I have no further
15   questions.
16             (Pause.)
17             THE VIDEOGRAPHER:  The court reporter
18   will now swear in the new interpreter.
19
20             CAROLE WILSON, Interpreter,
21   having been duly sworn to translate the
22   questions and the answers to the best of her
23   ability, translated as follows:
24   BY MR. BABBITT:
25        Q.    Good afternoon.  When was the last

Confidential - Subject to Further Confidentiality Review

Page 194

1   time you spoke to Margaret Joseph?

2       A.    I don't remember when it was the last

3   time.

4       Q.    How many times have you spoken to

5   Margaret Joseph since PPT closed?

6       A.    I haven't seen her.  I didn't used to

7   see her.

8       Q.    You haven't spoken to Margaret Joseph

9   since PPT closed?

10      A.    Yes.

11      Q.    Before PPT closed, did you ever hear

12  any other student at PPT say that Doug Perlitz

13  had abused him?

14          MR. STEWART:  Objection.  Asked and

15  answered.

16      A.    No.

17  BY MR. BABBITT:

18      Q.    Before PPT closed, did you ever hear

19  any teacher say that Doug was gay?

20      A.    No.

21      Q.    Before PPT closed, did you ever hear

22  any teacher say that Doug was forcing students

23  to have sex with him?

24      A.    No.

25      Q.    Before PPT closed, did you ever hear

Confidential - Subject to Further Confidentiality Review

Page 195

1    anyone say that Doug Perlitz was forcing
2    students to have sex with him?
3        A.    No.
4        Q.    Before PPT closed, did you ever hear
5    of the name Haiti Fund?
6        A.    No.
7        Q.    At any time before PPT closed, did you
8    hear of the name the American Association of the
9    Order of Malta?
10       A.    No.
11       Q.    At any time before PPT closed, did you
12   hear the name Order of Malta?
13       A.    No.
14       Q.    Why did you want to go to attend the
15   Village?
16       A.    Because I wanted to go to school.  I
17   wanted to be somebody in the future.  Without
18   education, you can't be anything.
19       Q.    And you believed that the Village
20   would give you an education?
21       A.    Yes.
22            MR. BABBITT:  Thank you.  I have
23   nothing further.
24            MR. STEWART:  Thank you, Mr. Babbitt.
25            Next?

Confidential - Subject to Further Confidentiality Review

Page 196

1  BY MR. ACQUARULO:

2      Q.    Good afternoon, Mr. Fleuridor.  You

3  okay to proceed?

4      A.    Yes.

5      Q.    In Exhibit 1 -- do you have Exhibit 1

6  with you?

7            MR. STEWART:  What is Exhibit 1, sir?

8  BY MR. ACQUARULO:

9      Q.    Please take a look at Interrogatory

10  No. 55.  Are you able to read that, sir?

11     A.    Yes.

12     Q.    Please tell me when you're finished

13  reading it.

14     A.    This?

15     Q.    No. 55.

16           (Witness reading document.)

17     A.    Please --

18           (Interruption.)

19           MR. STEWART:  Weather Channel, sorry.

20     A.    "Please indicate every fact to support

21  whatever complaint or case that Hope Carter knew

22  or should have known that Perlitz was abusing

23  you."

24  BY MR. ACQUARULO:

25     Q.    And your answer to that interrogatory

Confidential - Subject to Further Confidentiality Review

Page 197

1   is that you have no personal knowledge about

2   that, is that correct?

3         A.    Can I read it?

4         Q.    Absolutely.

5               (Witness reading document.)

6         A.    "Personally I don't know anything

7   about that, but I believe that my lawyers made a

8   statement about it.  The Plaintiff reserves

9   right to completely answer as soon as --

10  whenever they remember details or if they find

11  -- come to know, have more details."

12        Q.    As we sit here today, do you have any

13  more details to provide any further answer to

14  that interrogatory?

15        A.    Yes.

16        Q.    What's that information?  And this is

17  besides anything that you may have spoken or

18  heard from your attorneys.

19        A.    About what exactly?  Is it what I

20  think?

21        Q.    Your answer to Interrogatory No. 55

22  states that you have -- you personally know

23  nothing about this matter, this matter being

24  every fact you're relying upon to support any

25  claim that Hope Carter knew or should have known

Confidential - Subject to Further Confidentiality Review

Page 198

1    that Perlitz was abusing you.

2        A.    I thought that's what I thought.

3        Q.    Do you have any information to

4    indicate that Hope Carter knew or should have

5    known that Perlitz was abusing you?

6        A.    Yes.

7        Q.    And besides something that you've

8    heard from your attorneys, what information do

9    you know of?

10        A.    From what I understand, she used to

11    back up the project.  And from what I

12    understand, she raised Douglas, so Douglas

13    really believed in her.

14        Q.    You knew that she knew Douglas,

15    correct?

16        A.    Yes.

17        Q.    Besides the fact that she knew

18    Douglas, is there anything that you know of that

19    would indicate that she had information to know

20    that Douglas Perlitz was abusing you?

21            MR. STEWART:  Objection.  Asked and

22    answered.

23        A.    I don't know.

24    BY MR. ACQUARULO:

25        Q.    Wet weather is making my paper stick

Confidential - Subject to Further Confidentiality Review

Page 199

1    together.

2             Earlier today, Mr. Fleuridor, you were

3    asked if -- withdrawn.

4             Earlier today you indicated that

5    you're not aware of anyone at PPT who knew that

6    Doug Perlitz was abusing students, is that

7    correct?

8             MR. STEWART:  Objection.  Vague as to

9    time.

10        A.    Yes.

11   BY MR. ACQUARULO:

12        Q.    Are you aware of any visitors to PPT

13   who knew that Doug Perlitz was abusing students?

14             MR. STEWART:  Objection.  Vague as to

15   time.

16        A.    No.

17   BY MR. ACQUARULO:

18        Q.    Do you recall seeing Hope Carter at

19   PPT?

20        A.    Yes.

21        Q.    Can you describe her to me physically,

22   please?

23        A.    Her hair is almost white, sometimes

24   she wears a cap, sometimes she wears glasses.

25        Q.    Did you speak to her directly?

Confidential - Subject to Further Confidentiality Review

Page 200

1    A.    No.

2    Q.    Did she ever speak to you outside of

3    the presence of other students?

4    A.    No.

5    Q.    Do you remember her speaking to

6    students?

7    A.    I don't remember if she spoke to

8    students.

9    Q.    Did Hope Carter ever promise you

10   anything?

11   A.    No.

12   Q.    When you saw her at PPT, what was she

13   doing?

14   A.    She used to come and look at the good

15   work Douglas was doing with the kids, or for the

16   kids.

17   Q.    Did you ever speak to Douglas about

18   Hope Carter?

19   A.    No.

20   Q.    Did you ever speak to anyone about

21   Hope Carter?

22   A.    No.

23   Q.    How many times do you recall seeing

24   Hope Carter?

25   A.    I don't remember.

Confidential - Subject to Further Confidentiality Review

Page 201

1      Q.    Was it more than five times?

2      A.    I don't remember.

3      Q.    When you did see Hope Carter, where

4   did you see her?

5      A.    In the Village.

6      Q.    Anywhere else?

7      A.    And when I was in Carenage.

8      Q.    As you sit here today, is there

9   anything that you can remember Hope Carter

10  saying?

11     A.    Mrs. Carter?

12     Q.    Yes.

13     A.    She used to say good morning and greet

14  us.  She didn't speak a lot of Creole.  She used

15  to play with us.  Play a game like this

16  (indicating).

17     Q.    Do you recall her saying anything more

18  than that?

19     A.    Can you repeat the question, please?

20     Q.    Can you recall Hope Carter saying

21  anything more than saying good morning and to

22  greet you?

23     A.    She used to say we have to go to

24  school and listen to Douglas.

25     Q.    Can you recall her saying anything

Confidential - Subject to Further Confidentiality Review

Page 202

1    more than you've already told me?

2        A.    I don't remember.

3              MR. ACQUARULO:  I have no more

4    questions.  Thank you.

5              MR. STEWART:  Thank you.

6              Anything else?

7              MR. O'NEILL:  That's it.

8              MR. STEWART:  Okay.  We'll see you all

9    tomorrow morning at 9:00 o'clock.

10              THE VIDEOGRAPHER:  This concludes the

11    May 24, 2016 deposition of Eliodor Fleuridor.

12    Going off the record.  The time is 5:03.

13              (Whereupon, the deposition was

14              concluded.)

15

16

17

18

19

20

21

22

23

24

25

Confidential - Subject to Further Confidentiality Review

Page 203

1               C E R T I F I C A T E

2

3          I, MAUREEN O'CONNOR POLLARD, LSR #473,

4     RMR, CLR, and Notary Public in and for the State

5     of Connecticut, do hereby certify that there

6     came before me on the 24th day of May, 2016, the

7     person hereinbefore named, who was duly sworn to

8     testify to the truth of their knowledge

9     concerning the matters in this cause, and their

10    examination reduced to typewriting under my

11    direction and is a true record of the testimony.

12         I further certify that I am neither

13    attorney for or related or employed by any of

14    the parties to the action, and that I am not a

15    relative or employee of any attorney or counsel

16    employed by the parties hereto or financially

17    interested in the action.

18         In witness whereof, I have hereunto

19    set my hand and seal this 30th day of May, 2016.

20

21    _____

22    MAUREEN O'CONNOR POLLARD, License #473

23    Realtime Systems Administrator, RMR

24    Notary Commission Expires:  10/31/2017

25

Confidential - Subject to Further Confidentiality Review

Page 204

```
 1              INSTRUCTIONS TO WITNESS
 2
 3              Please read your deposition over
 4    carefully and make any necessary corrections.
 5    You should state the reason in the appropriate
 6    space on the errata sheet for any corrections
 7    that are made.
 8              After doing so, please sign the
 9    errata sheet and date it.  It will be attached
10    to your deposition.
11              It is imperative that you return
12    the original errata sheet to the deposing
13    attorney within thirty (30) days of receipt of
14    the deposition transcript by you.  If you fail
15    to do so, the deposition transcript may be
16    deemed to be accurate and may be used in court.
17
18
19
20
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

Page 205

```
1                    - - - - - -

                   E R R A T A

2                    - - - - - -

3    PAGE   LINE   CHANGE

4    _____  _____  _____

5         REASON: _____

6    _____  _____  _____

7         REASON: _____

8    _____  _____  _____

9         REASON: _____

10   _____  _____  _____

11        REASON: _____

12   _____  _____  _____

13        REASON: _____

14   _____  _____  _____

15        REASON: _____

16   _____  _____  _____

17        REASON: _____

18   _____  _____  _____

19        REASON: _____

20   _____  _____  _____

21        REASON: _____

22   _____  _____  _____

23        REASON: _____

24   _____  _____  _____

25
```

Confidential - Subject to Further Confidentiality Review

Page 206

```
 1              ACKNOWLEDGMENT OF DEPONENT
 2
 3              I, _____, do
    Hereby certify that I have read the foregoing
 4  pages, and that the same is a correct
    transcription of the answers given by me to the
 5  questions therein propounded, except for the
    corrections or changes in form or substance, if
 6  any, noted in the attached Errata Sheet.
 7
 8  _____
    ELIODOR FLEURIDOR              DATE
 9
10
11
12
13
14
15  Subscribed and sworn
    To before me this
16  _____ day of _____, 20____.
17  My commission expires: _____
18
    _____
19  Notary Public
20
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

Page 207

 1                    LAWYER'S NOTES

 2      PAGE   LINE

 3      _____  _____   _____

 4      _____  _____   _____

 5      _____  _____   _____

 6      _____  _____   _____

 7      _____  _____   _____

 8      _____  _____   _____

 9      _____  _____   _____

10      _____  _____   _____

11      _____  _____   _____

12      _____  _____   _____

13      _____  _____   _____

14      _____  _____   _____

15      _____  _____   _____

16      _____  _____   _____

17      _____  _____   _____

18      _____  _____   _____

19      _____  _____   _____

20      _____  _____   _____

21      _____  _____   _____

22      _____  _____   _____

23      _____  _____   _____

24      _____  _____   _____

25