Exhibit 36 Underseal