Exhibit 37

Underseal