Exhibit 38

Underseal