Exhibit 39

Underseal