Exhibit 40

Underseal