Exhibit 41

Confidential - Subject to Further Confidentiality Review

```
 1            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
 2                                Civil Action No.
                                  3:13-cv-01132(RNC)
 3     ****************************
       GERVIL ST. LOUIS, a/k/a ST.  Consolidated with:
 4     LOUIS GERVIL,                3:13-cv-1225-RNC
                                    3:13-cv-1269-RNC
 5               Plaintiff,         3:13-cv-1437-RNC
                                    3:13-cv-1480-RNC
 6        v.                        3:13-cv-1626-RNC
                                    3:13-cv-1627-RNC
 7     DOUGLAS PERLITZ, FATHER      3:13-cv-1628-RNC
       PAUL E. CARRIER, S.J.; HOPE  3:13-cv-1629-RNC
 8     E. CARTER; HAITI FUND,       3:13-cv-1630-RNC
       INC.; FAIRFIELD UNIVERSITY;  3:13-cv-1631-RNC
 9     THE SOCIETY OF JESUS OF NEW  3:13-cv-1632-RNC
       ENGLAND; SOVEREIGN MILITARY  3:13-cv-1633-RNC
10     HOSPITALLER ORDER OF ST.     3:13-cv-1634-RNC
       JOHN OF JERUSALEM OF RHODES  3:13-cv-1635-RNC
11     AND OF MALTA, AMERICAN       3:13-cv-1636-RNC
       ASSOCIATION, U.S.A.; a/k/a   3:13-cv-1637-RNC
12     ORDER OF MALTA, AMERICAN     3:13-cv-1638-RNC
       ASSOCIATION, U.S.A.; JOHN    3:13-cv-1639-RNC
13     DOE ONE; JOHN DOE TWO; JOHN  3:13-cv-1640-RNC
       DOE THREE; JOHN DOE FOUR;    3:13-cv-1641-RNC
14     JOHN DOE FIVE; JOHN DOE SIX  3:13-cv-1642-RNC
       and JOHN DOE SEVEN,          3:13-cv-1644-RNC
15                                  3:13-cv-1645-RNC
                 Defendants.        3:13-cv-1647-RNC
16                                  3:13-cv-1648-RNC
                                    3:13-cv-1701-RNC
17                                  3:13-cv-1767-RNC
                                    3:13-cv-1768-RNC
18                                  3:13-cv-1769-RNC
                                    3:13-cv-1881-RNC
19                                  3:13-cv-1904-RNC
                                    3:13-cv-1906-RNC
20                                  3:13-cv-1907-RNC
       ****************************
21     This document applies to:
       All of the above referenced cases
22     And those to be filed
       ****************************
23     CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
           VIDEOTAPED DEPOSITION OF ILGUENS JEAN
24
              Friday, July 31, 2015
25                  9:04 a.m.
```

**Exhibit 41**

Confidential - Subject to Further Confidentiality Review

1        VIDEOTAPED DEPOSITION OF ILGUENS JEAN

2

3

Held At:

4

5        Barcelo Puerto Plata

6        Carretera Luperón, km 5, Puerto Plata 547

7        Dominican Republic

8

9

10   REPORTED BY:

11   Maureen O'Connor Pollard, RMR, CLR, LSR #473

12   Realtime Systems Administrator

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFF:

 3       MITCHELL GARABEDIAN, ESQ.

 4       LU XIA, ESQ.

 5           LAW OFFICES OF MITCHELL GARABEDIAN

 6           100 State Street, Sixth Floor

 7           Boston, Massachusetts 02109

 8           617-523-6250

 9           garabedianlaw@earthlink.com

10           lxia@garabedianlaw.com

11               -and-

12       G. MICHAEL STEWART, ESQ.

13           SIMMONS HANLY CONROY

14           One Court Street

15           Alton, Illinois 62002

16           mstewart@simmonsfirm.com

17

18   FOR THE DEFENDANT PAUL E. CARRIER, S.J.:

19       THEODORE J. FOLKMAN, ESQ.

20           MURPHY & KING

21           One Beacon Street, 21st Floor

22           Boston, Massachusetts 02108

23           617-423-0400

24           tjf@murphyking.com

25
```

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES (Continued):

 2

 3   FOR THE DEFENDANT HOPE E. CARTER:

 4        JEFFREY W. KENNEDY, ESQ.

 5             MILANO & WANAT LLC

 6             471 East Main Street

 7             Branford, Connecticut 06405

 8             203-315-7000

 9             jkennedy@mwllc.us

10

11   FOR THE DEFENDANT ORDER OF MALTA AMERICAN

12   ASSOCIATION, U.S.A.:

13        BRADFORD S. BABBITT, ESQ.

14             ROBINSON & COLE LLP

15             280 Trumbull Street

16             Hartford, Connecticut 06103

17             860-275-8209

18             bbabbitt@rc.com

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES (Continued):

 2    FOR THE DEFENDANT FAIRFIELD UNIVERSITY:

 3        JOHN W. CERRETA, ESQ.

 4            DAY PITNEY LLP

 5            242 Trumbull Street

 6            Hartford, Connecticut 06103

 7            860-275-0100

 8            jcerreta@daypitney.com

 9

10    FOR THE DEFENDANT THE SOCIETY OF JESUS OF

11    NEW ENGLAND:

12        LYDIA C. KNIGHT, ESQ.

13            SLOANE AND WALSH, LLP

14            Three Center Plaza, Suite 830

15            Boston, Massachusetts 02108

16            617-523-6010

17            lknight@sloanewalsh.com

18

19    Videographer:  Christopher Coughlin

20

21    Interpreter:  Quener Joseph

22              Nathalie Coupet

23

24    Also Present:

25    Jean Elysée Pierre-Louis
```

Confidential - Subject to Further Confidentiality Review

```
 1                        INDEX

 2  EXAMINATION                              PAGE

 3  ILGUENS JEAN

 4   BY MR. BABBITT                             9

 5   BY MR. FOLKMAN                           113

 6   BY MR. CERRETA                           130

 7   BY MS. KNIGHT                            134

 8   BY MR. KENNEDY                           141

 9

10

11         E X H I B I T S

12  NO.       DESCRIPTION                     PAGE

13  1    Plaintiff Ilguens Jean's response

          to Certain Defendants' First Set

14        of Interrogatories.................. 12

15  2    9/9/13 e-mail, Bates RBC002282

          through 2290........................125

16

17

18

19

20

21

22

23

24

25
```

```
 1              P R O C E E D I N G S

 2

 3              THE VIDEOGRAPHER:  We are now on the

 4   record.  My name is Chris Coughlin, I'm a

 5   videographer for Golkow Technologies.

 6              Today's date is July 31, 2015.  The

 7   time is 9:04 a.m..

 8              This video deposition is being held in

 9   Puerto Plata, Dominican Republic, in the matter

10   of Gervil, St. Louis versus Douglas Perlitz, et

11   al, Defendants, in the United States District

12   Court for the District of Connecticut, Civil

13   Action Number 3:13-cv-01132-RNC.

14              The deponent is Ilguens Jean.

15              Will counsel please identify

16   yourselves for the record.

17              MR. BABBITT:  I'm Bradford Babbitt, I

18   represent the Sovereign Military Hospitaller

19   Order of St. John of Jerusalem of Rhodes and of

20   Malta American Association USA, Incorporated.

21              MR. FOLKMAN:  Good morning.  Ted

22   Folkman, I'm Pere Paul's lawyer.

23              MR. CERRETA:  Good morning.  John

24   Cerreta for Fairfield University.

25              MS. KNIGHT:  Good morning.  Lydia
```

Confidential - Subject to Further Confidentiality Review

```
 1   Knight for the Society of Jesus of New England.

 2            MR. KENNEDY:  Good morning.  I'm Jeff

 3   Kennedy, I represent Hope Carter.

 4            MR. STEWART:  Michael Stewart on

 5   behalf of Plaintiff.

 6            MS. XIA:  Lu Xia on behalf of

 7   Plaintiff.

 8            THE VIDEOGRAPHER:  The court reporter

 9   is Maureen Pollard, who will now swear in the

10   interpreter and then the witness.

11

12            QUEREN JOSEPH, Translator,

13   having been duly sworn to translate the

14   questions and answers to the best of his

15   ability, translated as follows:

16

17            ILGUENS JEAN,

18   having been first duly sworn, was examined and

19   testified as follows through the translator:

20

21            MR. STEWART:  You have to answer out

22   loud.

23            THE WITNESS:  Yes.

24            MR. STEWART:  Very good.

25            MR. BABBITT:  Mike, we're going to
```

```
 1   reserve all objections except as to form?

 2            MR. STEWART:  Yes.

 3            MR. BABBITT:  Do you want 60 days to

 4   read and sign?

 5            MR. STEWART:  Roger that.

 6            DIRECT EXAMINATION

 7   BY MR. BABBITT:

 8       Q.   Good morning, sir.  Could you

 9   pronounce your name for me?

10       A.   My name is Jean Ilguens.

11       Q.   Jean Ilguens.

12            Do you have any nicknames?

13       A.   Guens.

14       Q.   Guens.

15            Any other nickname?

16       A.   No.

17       Q.   Okay.  What is your birth date?

18       A.   August 29th -- August 19, 1992.

19       Q.   Thank you.

20            Do you understand English?

21       A.   No.

22       Q.   Do you read English?

23       A.   No.

24       Q.   Do you speak Creole?

25       A.   Yes.
```

Confidential - Subject to Further Confidentiality Review

1       Q.    Do you read Creole?

2       A.    Not very good.

3       Q.    Can you write Creole?

4       A.    Not very good.

5       Q.    Now, you understand that you've just

6   taken an oath?

7             THE TRANSLATOR:  He said I have to

8   speak louder.

9       A.    Can you rephrase the question for me?

10      Q.    Certainly.

11            Do you understand that you've just

12  taken an oath?

13      A.    Yes, I'm here to tell the truth.

14      Q.    All right.  And you've sworn to tell

15  the truth before God?

16            MR. STEWART:  Objection.

17      A.    Yes.

18  BY MR. BABBITT:

19      Q.    Do you believe in God?

20            MR. STEWART:  Objection.

21      A.    Yes, God created me, I supposed to

22  believe in him.

23  BY MR. BABBITT:

24      Q.    Okay.  I'm going to ask you some

25  questions today, and I need truthful and

Confidential - Subject to Further Confidentiality Review

```
 1    accurate answers.  There will be other lawyers

 2    here who will also ask you questions today,

 3    they're also looking for truthful and accurate

 4    answers.

 5              Please tell me if any of my questions

 6    are unclear, or if any of my questions are

 7    confusing.  Please don't answer a question

 8    unless you understand it.

 9              Are you having any problem

10    understanding our interpreter?

11        A.    Until now he's doing a good job.

12        Q.    Have you taken any medicine today?

13        A.    No.

14        Q.    Have you taken any drugs today?

15        A.    No.

16        Q.    Have you drunk any alcohol today?

17        A.    No.

18        Q.    Is there any reason you can't give

19    truthful and accurate testimony today?

20        A.    Say that again.

21        Q.    Is there any reason you can't give

22    truthful and accurate testimony today?

23        A.    Yes, I come here to tell the truth.

24        Q.    And do you believe you're able to tell

25    the truth today?
```

Confidential - Subject to Further Confidentiality Review

```
 1       A.    Yes.

 2       Q.    I'm going to show you what's been

 3   marked as Exhibit 1.

 4             (Whereupon, Exhibit Number 1,

 5             Plaintiff Ilguens Jean's response to

 6             Certain Defendants' First Set of

 7             Interrogatories, was marked for

 8             identification.)

 9   BY MR. BABBITT:

10       Q.    And ask you to look at the last page,

11   please.  As you look at the last page, do you

12   recognize your signature on that page?

13       A.    Yes, I did sign it.

14       Q.    You signed that page?

15       A.    Yes.

16       Q.    There is also a date on the page.  Did

17   you put the date on?

18       A.    Yes.

19       Q.    And your name appears at the top of

20   the page.  Did you write that as well?

21       A.    Yes.

22       Q.    Where were you when you signed that

23   page?

24             THE TRANSLATOR:  I would like to ask

25   him to repeat.  I couldn't hear him.
```

Confidential - Subject to Further Confidentiality Review

```
 1       Q.    Okay.

 2       A.    Hotel Jouissaint.

 3       Q.    Where in the hotel were you when you

 4   signed it?

 5       A.    I was just at the hotel, and they give

 6   me the paper, and I did sign it.

 7       Q.    Were you in the restaurant or a lobby

 8   of the hotel?

 9             MR. STEWART:  Objection.

10       A.    In the hotel.

11   BY MR. BABBITT:

12       Q.    Do you remember where in the hotel you

13   were?

14             MR. STEWART:  Objection.

15       A.    I don't remember.  I was at the hotel,

16   and I did sign the paper.

17   BY MR. BABBITT:

18       Q.    Who else was present when you signed

19   the paper?

20       A.    My lawyers.

21       Q.    Anyone else?

22       A.    Yes.  My lawyers, and there were some

23   interpreters there, too.

24       Q.    Anyone besides your lawyers and your

25   interpreters?
```

Confidential - Subject to Further Confidentiality Review

```
 1      A.     Cyrus Sibert was there.

 2      Q.     Cyrus Sibert was there when you signed

 3  the paper?

 4      A.     He was there.  He was at the hotel,

 5  too.

 6      Q.     And was he in the same place where you

 7  were when you signed the paper?

 8      A.     No, simply my lawyers and the

 9  interpreters.

10      Q.     Did you read Exhibit 1 before you

11  signed it?

12             THE TRANSLATOR:  I said exhibit.  I

13  said paragraph.  You said no.  Can you explain

14  what exhibit is?

15             MR. BABBITT:  The document sitting in

16  front of the witness is Exhibit 1, and that's

17  the document I was referring to.

18             MR. STEWART:  Objection.

19  BY MR. BABBITT:

20      Q.     My question is, did the witness read

21  Exhibit 1 before he signed it?

22             MR. STEWART:  Objection.

23      A.     I did take a look at it.

24  BY MR. BABBITT:

25      Q.     You looked at it.
```

Confidential - Subject to Further Confidentiality Review

```
 1              Okay.  Before you signed it, did you

 2    understand that Exhibit 1 was your responses to

 3    questions posed by the Defendants in this

 4    lawsuit?

 5              MR. STEWART:  Objection.

 6              To the extent that you seek an answer

 7    that invades the attorney/client privilege, I'm

 8    instructing him not to answer.

 9              You can tell him what you understood.

10    BY MR. BABBITT:

11       Q.    I'm sorry, I need an answer.

12       A.    I just signed it because I understood.

13       Q.    And what was it that you understood

14    when you signed it?

15              MR. STEWART:  Object to form.

16       A.    I can't say because I did this, spoke

17    with my lawyer.  My lawyer can give you more

18    details about that.

19              MR. BABBITT:  Let's go off the record

20    for a minute.

21              THE VIDEOGRAPHER:  Going off the

22    record.  The time is 9:16.

23              (Off the record discussion.)

24              THE VIDEOGRAPHER:  Back on the record.

25    The time is 9:21.
```

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. BABBITT:

 2       Q.    Looking again at Exhibit 1, sir.  Was

 3   the language in Exhibit 1 translated to you?

 4       A.    Yes, somebody translated for me.

 5       Q.    All right.  And did you -- and were

 6   the responses contained in Exhibit 1 accurate

 7   when you signed Exhibit 1?

 8       A.    Everything was correct, after they

 9   interpreted for me and read to me everything, in

10   the paper was correct.

11       Q.    As far as you know, sitting here

12   today, are the answers in Exhibit 1 still

13   correct?

14       A.    They did read everything for me and I

15   did understand it, and everything that was in

16   the paper was the truth.

17       Q.    Understand that.

18             And sitting here today, as far as you

19   know, are the answers in Exhibit 1 still

20   correct?

21       A.    Yes, they're still correct.

22       Q.    Excellent.  Thank you very much.

23             When was the last time you spoke with

24   Margarette Joseph?

25       A.    I don't remember.
```

Confidential - Subject to Further Confidentiality Review

```
 1       Q.    Have you spoken with Margarette Joseph

 2   since PPT closed?

 3       A.    I don't remember.  I don't remember.

 4       Q.    Thank you.

 5             When was the last time you spoke with

 6   Cyrus Sibert?

 7       A.    I can tell, the same day I presented

 8   my case, that's the day I spoke with Cyrus.

 9       Q.    Have you spoken with him since?

10       A.    I don't remember.

11       Q.    Do you use e-mail?

12       A.    No.

13       Q.    Do you have a phone?

14       A.    Yes.

15       Q.    Do you send text messages?

16       A.    No.

17       Q.    Have you ever sent text messages?

18             MR. STEWART:  Objection.

19       A.    Rephrase the question for me.

20   BY MR. BABBITT:

21       Q.    Have you ever sent a text message?

22             MR. STEWART:  Objection.

23             THE TRANSLATOR:  I did say text

24   messages in Creole.  He say he doesn't take

25   unless -- I didn't interpret.  He said in Creole
```

Confidential - Subject to Further Confidentiality Review

```
 1    they use SMS.

 2    BY MR. CERRETA:

 3        Q.    SMS messages, that's another word for

 4    text messages?

 5        A.    Yes.

 6              THE TRANSLATOR:  I haven't lived here

 7    in a long time, so they start in Haiti.

 8              MS. XIA:  It's the same.

 9              MR. STEWART:  Ask if he knows what an

10    SMS message is.

11        A.    No.

12    BY MR. BABBITT:

13        Q.    Are you married?

14        A.    No.

15        Q.    Have you ever been married?

16        A.    No.

17        Q.    Do you have a girlfriend?

18        A.    I had a girlfriend, but actually we're

19    not together anymore.

20        Q.    When did you start -- what's this

21    person's name?

22        A.    Jeslyn.

23        Q.    Jeslyn?

24        A.    Jeslyn.

25        Q.    How long did you -- how long was
```

```
 1    Jeslyn your girlfriend?
 2        A.    Approximately I can say one year and a
 3    half.
 4        Q.    Did you live together?
 5        A.    Not inside a house.
 6        Q.    Did you live together someplace else?
 7        A.    No.
 8        Q.    When did that relationship end?
 9        A.    I don't remember.  We just not
10    together anymore.
11        Q.    Do you have any children?
12        A.    No.
13        Q.    Where do you live today?
14        A.    Where do I live today?
15        Q.    Yes.
16        A.    Here.
17        Q.    At the hotel?
18        A.    Yes.
19        Q.    In Haiti, before you came to the hotel
20    where we are today, where do you live?
21        A.    Rephrase the question for me.
22        Q.    Where do you live in Haiti?
23        A.    Blue Hills.
24              MR. STEWART:  Can I interrupt for a
25    minute?
```

Confidential - Subject to Further Confidentiality Review

```
 1              Sometimes you will see people laugh or

 2   smile when you give an answer.  They're not

 3   making fun or laughing at you.  They ask a

 4   question, you answered it, and they -- you

 5   answered it exactly as they asked it, and they

 6   are laughing at the question they asked

 7   themselves.  They're not laughing at you,

 8   they're laughing at the way they ask a question.

 9   Sometimes as attorneys we ask questions, we know

10   what we mean to ask, but what comes out is

11   something entirely different, and it amuses us

12   when we get caught doing something like that.

13   It makes us laugh at ourselves.  So when they

14   ask you where are you living right now, you

15   answered correctly, but they're amused because

16   they asked a very literal question -- they asked

17   a very specific question and got a very specific

18   answer, and it tickled him, it made him laugh at

19   the way he had asked the question.  They're not

20   laughing at you.

21           Correct.

22           MR. BABBITT:  Yes.

23           MR. STEWART:  Okay?  Thank you.

24   BY MR. BABBITT:

25       Q.   So you live in the Blue Hills
```

Confidential - Subject to Further Confidentiality Review

```
 1   neighborhood of Cap-Haïtien in Haiti?

 2       A.   Yes.

 3       Q.   And who lives there with you?

 4       A.   My family, mother, father, sister.

 5       Q.   Your mother, your father, your sister.

 6   Anyone else?

 7       A.   We are five.  Two sisters, only two

 8   sisters.  We are five.

 9       Q.   Okay.  What are the names of your

10   sisters?

11       A.   Jean Diala.  Jean Jalande.

12       Q.   Is Jean Diala older or younger than

13   you?

14       A.   She is younger than me.  I'm the

15   older.

16       Q.   Okay.  And how much younger?

17       A.   I'm the older.  Yes, I'm the older.

18       Q.   Right.

19            How much younger is she than you are?

20       A.   I don't know.  I'm the older.  I'm

21   older than her.

22       Q.   Is she still in school?

23       A.   Yes.

24       Q.   What grade?

25       A.   I don't remember.
```

```
 1      Q.    What school does she go to?

 2      A.    I don't remember the name of the --

 3   Lycee in Haiti is kind of high school, they call

 4   it Lycee in Haiti, I don't remember the name of

 5   the Lycee.

 6      Q.    Does Jean Diala have any children?

 7      A.    No.

 8      Q.    Does she have a job?

 9      A.    No.

10      Q.    Has she ever had a job?

11      A.    No.

12      Q.    How about Jean Jalande, does she go to

13   school?

14      A.    Yes.

15      Q.    What school does she go to?

16      A.    I don't remember the name of the

17   school.  Simply she does go to school.

18      Q.    Does Jean Jalande go to the same

19   school as Jean Diala?

20      A.    No.

21      Q.    Who is older, Jean Diala or Jean

22   Jalande?

23      A.    Jean Diala is the older.

24      Q.    Are you older than Jean Jalande?

25      A.    Jean Jalande is the youngest one.
```

Confidential - Subject to Further Confidentiality Review

```
 1      Q.    Does Jean Jalande have any children?

 2      A.    No.

 3      Q.    Does she have a job?

 4      A.    No.

 5      Q.    Has she ever had a job?

 6      A.    No.

 7      Q.    How many brothers do you have?

 8      A.    Two.

 9      Q.    What are their names?

10      A.    Jean Eddy, Jean Jonas.

11      Q.    How old is Jean Eddy?

12      A.    I can't tell.  He's the older.  I

13   don't know his age.

14      Q.    Is Jean Eddy older than you?

15      A.    Yes, he's the oldest.

16      Q.    Where does he live?

17      A.    In the countryside of Plaisance.

18      Q.    Is that part of Cap-Haïtien?

19      A.    Yes, in the north end part.

20      Q.    Does he have a job?

21            THE INTERPRETER:  The interpreter

22   would like to make a clarification.  Would you

23   mind asking him to speak up, please?

24            MR. BABBITT:  The witness?

25            THE TRANSLATOR:  Yes.
```

Confidential - Subject to Further Confidentiality Review

```
 1    BY MR. BABBITT:

 2         Q.    Could you keep your voice up, please?

 3         A.    Yes, I'm going to do.

 4         Q.    Does your brother John Eddy have a

 5    job?

 6         A.    No.

 7         Q.    Has he ever had a job?

 8         A.    No.

 9         Q.    Is your brother Jean Eddy married?

10         A.    No.

11         Q.    Does he have any children?

12         A.    No.

13         Q.    Your brother Jean Jonas, is he older

14    than you?

15         A.    Yes.  I'm the third one.

16         Q.    And Jean Jonas, where does he live?

17         A.    Plaisance.

18         Q.    Does he live with John Eddy?

19               THE TRANSLATOR:  Excuse me.  I didn't

20    hear what he said.

21         A.    Yes.

22         Q.    Is Jean Jonas married?

23         A.    No.

24         Q.    Does he have any children?

25         A.    No.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    Does Jean Jonas have a job?

 2        A.    No.

 3        Q.    Has he ever had a job?

 4        A.    No.

 5        Q.    You live with your mother?

 6        A.    Yes.

 7        Q.    What is her name?

 8              THE TRANSLATOR:  I'm going to ask him

 9   to rephrase the name for me.

10        A.    Annaïra Saint Pierre.

11        Q.    And she is married to your father?

12        A.    They're not married.

13        Q.    What is your father's name?

14        A.    Jean Polemon.

15        Q.    Does he have a job?

16        A.    No.

17        Q.    Has he ever had a job?

18        A.    No.

19        Q.    Does your mother have a job?

20        A.    No.

21        Q.    Has she ever had a job?

22        A.    No.

23        Q.    How long have you lived in this house

24   with your mom and your dad and your two sisters?

25        A.    Since the day -- since the time I
```

Confidential - Subject to Further Confidentiality Review

```
 1    moved to Cap-Haïtien.

 2         Q.    How old were you when you moved to

 3    Cap-Haïtien?

 4         A.    I don't remember.

 5         Q.    Were you very little when you moved to

 6    Cap-Haïtien?

 7               THE TRANSLATOR:  The witness is

 8    nodding his head sometimes on his answer.  Can

 9    you let him know that, please?

10               MR. STEWART:  He answered yes.  Let's

11    just move on.

12               MR. BABBITT:  Are you --

13               THE TRANSLATOR:  I interpret whatever

14    he is saying.  I'm not here to answer nodding.

15    I just say that so I can let you know that.

16               MR. BABBITT:  Fair.

17               THE TRANSLATOR:  The answer was yes.

18               MR. BABBITT:  The answer was yes.

19    Thank you.

20         Q.    How many rooms are there in the house

21    you live in with your mother and your father and

22    your sisters?

23         A.    One.

24         Q.    One room.

25               Have you ever slept on the streets in
```

Confidential - Subject to Further Confidentiality Review

```
 1   Cap-Haïtien?
 2       A.    At the beginning I used to do that,
 3   but because of my mom -- because of my mother I
 4   don't do that anymore.  I used to do that
 5   before, sleeping in the street, but if I go out
 6   and I stay for a long time in the street, that
 7   was driving her crazy, so I'm trying to protect
 8   her.  I don't do that anymore.
 9       Q.    When did you start sleeping on the
10   street in Cap-Haïtien?
11       A.    I can't say.
12       Q.    Did you sleep on the street before you
13   started attending Rue 13?
14       A.    No, because of what Douglas have done.
15   And everywhere I go they're teasing me, and
16   sometimes I just leave the area, I just don't
17   want to stay, leave the area.
18       Q.    When you started attending Rue 13,
19   were you sleeping on the streets of Cap-Haïtien?
20       A.    No.  I was home.
21       Q.    So you were living with your mom and
22   your dad and your sisters when you started
23   attending Rue 13?
24       A.    Yes.
25       Q.    Did you start sleeping on the streets
```

    1    of Cap-Haïtien after PPT closed?

    2        A.    Yes.  Because everywhere I went they

    3    were teasing me.  I didn't have any value in the

    4    area, and that cause some -- I didn't want to

    5    get in.

    6        Q.    When you were attending school at the

    7    Village, did you live at home with your mom and

    8    your dad?

    9        A.    Yes.

   10        Q.    Do you have a job?

   11        A.    I did wash cars, made 100 gourdes,

   12    sometimes I stood behind a camionette,

   13    camionette.

   14            THE TRANSLATOR:  I would like to

   15    clarify, that's kind of public transportation

   16    they call tap-tap in Cap-Haïtien, he stand

   17    behind him, sometimes he made 300 gourdes.

   18            MR. STEWART:  I need you to translate

   19    what he said.  If there's a question, they can

   20    ask you to fill in details.  You translate what

   21    he says to Creole, you translate what he says to

   22    English.  If there's any need for any

   23    explanation, he'll ask for it.

   24            THE TRANSLATOR:  Stood behind a

   25    camionette.  Fair enough.

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. BABBITT:

 2       Q.    Have you ever had any other jobs other

 3   than washing cars and standing behind the

 4   tap-tap?

 5       A.    I used to work in construction, they

 6   give me 250 gourdes, and carrying concrete.  But

 7   there was a day when I went to ask for a job in

 8   construction, at the time I stepped in all the

 9   bosses were laughing at me, teasing me, they

10   were calling me Mrs. Douglas, faggot.  I can't

11   bear on the seat because my anus.

12            THE TRANSLATOR:  The interpreter -- he

13   said what in English -- in Creole I don't really

14   know how to translate that.  He ask me if I'm

15   done.

16       Q.    Let me try another way.

17            When did you start working in

18   construction?

19       A.    I can't tell, but there was a time

20   that I went to look for a job, but when I got

21   there all the bosses were teasing me, they are

22   calling me faggot, Douglas wife, and you have a

23   -- your anus is tapped with a -- your anus is

24   tapped with a bag of corn.  And I was ashamed,

25   and I turn around bowing my head.  I was upset,
```

Confidential - Subject to Further Confidentiality Review

```
 1    and I was thinking of killing myself, and threw
 2    my head, threw myself.
 3              THE TRANSLATOR:  The interpreter would
 4    like to look for a word he just said.  I have to
 5    look how to say "puits" in English, if you don't
 6    mind.
 7              MR. BABBITT:  Okay.
 8              THE TRANSLATOR:  Wakes, they call it
 9    wakes.  They hold down water, and they call it
10    wakes in this country, wakes.
11              MR. BABBITT:  Wakes?
12              MR. FOLKMAN:  Like a boat?
13              MR. BABBITT:  Like a wave in the
14    water?
15              THE TRANSLATOR:  Well --
16              MR. BABBITT:  A place water comes out.
17              THE TRANSLATOR:  Where water comes
18    out, yeah.  He wanted to throw himself in there
19    just to kill himself.
20       Q.    How long did you work in construction
21    before this incident occurred in which the
22    bosses were laughing at you and teasing you?
23       A.    I can't say -- tell.  Simply that day
24    I had a very bad day.
25       Q.    Did that incident of the bosses
```

Confidential - Subject to Further Confidentiality Review

```
 1   teasing you happen on the first day that you

 2   worked in construction?

 3       A.    I used to work before it was -- I just

 4   got to ask for a job, and the bosses were

 5   teasing me.

 6       Q.    So the bosses started teasing you when

 7   you asked for a job in construction?

 8       A.    All the bosses when I stepped in

 9   started laughing at me, teasing me, "we don't

10   give faggots jobs here."

11       Q.    When is the last time you saw a

12   doctor?

13       A.    I don't remember.  Only when I was in

14   PPT.

15       Q.    You saw a doctor when you were a

16   student at PPT?

17       A.    Yes.  The doctor is there sometimes

18   when I have headaches, fevers, and I went and

19   they take care of me.

20       Q.    Have you seen a doctor since you --

21   since PPT closed?

22       A.    No.

23       Q.    In some of my questions and in some of

24   your responses we have both used the letters

25   PPT.  I want to be sure we're both talking about
```

Confidential - Subject to Further Confidentiality Review

 1    the same thing.

 2              Are you familiar with the Project

 3    Pierre Toussaint?

 4        A.    Rephrase the question for me.

 5        Q.    Have you ever heard of Project Pierre

 6    Toussaint?

 7        A.    Yes.  I was in the project, I was part

 8    of the project, and the project was closed when

 9    I was there.

10        Q.    All right.

11        A.    May I have a break?  I would like to

12    urinate.

13        Q.    Just let me finish this one question.

14              Was Rue 13 part of the project?

15        A.    I remember when I was in Rue 13 my

16    uniform was -- it said PPT.

17        Q.    And was the Village part of PPT as

18    well?

19        A.    Yes.  You pass in Rue 13 first after

20    they send to the Village.

21              MS. XIA:  Can we take a break now?

22              MR. STEWART:  He needs --

23              MR. BABBITT:  I got it.  I just wanted

24    to finish these questions.

25              MR. STEWART:  He has an issue, when he

Confidential - Subject to Further Confidentiality Review

```
 1    has to go he has to go right away.

 2              MR. BABBITT:  Thanks.  All right.

 3              THE VIDEOGRAPHER:  Going off the

 4    record.  The time is 9:53.

 5              (Whereupon, a recess was taken.)

 6              THE VIDEOGRAPHER:  Back on the record.

 7    The time is 10:01.

 8    BY MR. BABBITT:

 9         Q.   When was the last time you saw a

10    nurse?

11         A.   I never seen a nurse.

12         Q.   Have you seen any other medical

13    professionals?

14         A.   No.

15         Q.   Okay.  Have you ever spent the night

16    at a hospital?

17         A.   No.

18         Q.   Have you ever been arrested?

19         A.   No.

20         Q.   Have you ever sniffed paint thinner?

21              THE TRANSLATOR:  What is -- I

22    understand paint.  What is thinner?

23              MR. BABBITT:  It is a substance used

24    to cut paint.  It's a chemical.

25         Q.   Do you know any boys who attended Rue
```

Confidential - Subject to Further Confidentiality Review

```
 1   13 who sniffed paint thinner?

 2            MR. STEWART:  Objection.

 3       A.   I don't know.

 4   BY MR. BABBITT:

 5       Q.   Did any boys who attended the Village

 6   sniff paint thinner?

 7            MR. STEWART:  Objection.

 8       A.   I don't know.

 9   BY MR. BABBITT:

10       Q.   Do you know if any boys who attended

11   Rue 13 used drugs?

12            MR. STEWART:  Objection.

13       A.   I don't know.

14   BY MR. BABBITT:

15       Q.   Do you know if any students who

16   attended the Village used drugs?

17            MR. STEWART:  Objection.

18       A.   I don't know.

19   BY MR. BABBITT:

20       Q.   Have you ever used drugs?

21       A.   I used to do that, but I didn't do it

22   anymore.

23       Q.   What drug did you take when you -- did

24   you use when you took drugs?

25       A.   Cigarettes.
```

```
 1      Q.    Cigarettes.

 2            Any other drugs?

 3      A.    No.

 4      Q.    Were these cigarettes tobacco, or

 5   marijuana, or something else?

 6      A.    Tobacco.

 7      Q.    Do you drink alcohol?

 8      A.    A lot.

 9      Q.    What kind of alcohol do you drink?

10      A.    Kleren.

11      Q.    Does that alcohol come in a bottle or

12   a can?

13      A.    Something that prepared -- is made

14   with sugar cane, and it sell by gallon.

15      Q.    How much does a gallon cost?

16      A.    I don't know what I used to buy.

17      Q.    Do you drink this kleren now?

18      A.    Yes, now.

19      Q.    Do you drink every day?

20      A.    Yes.  Every time I'm thinking about

21   that, each time I'm passing by and people are

22   teasing me, Douglas wife, Mrs. Douglas, that

23   cause me to drink.

24      Q.    And do you drink this kleren everyday?

25      A.    Yes.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    People tease you every day?

 2        A.    Yeah.  If they knew that you were at

 3   the Village, when you're passing by they kept

 4   teasing you, calling you Mrs. Douglas, faggot.

 5        Q.    Do you know these people who are

 6   teasing you?

 7        A.    No, I don't know them.  People that

 8   live in the neighborhood, close to the Village,

 9   simply if they were aware you were at the

10   Village and you used to go to school, passing by

11   going to school there, they start teasing you.

12        Q.    How long has this teasing gone on?

13        A.    Until now they kept teasing me.  In

14   the area where I'm living now, I don't have any

15   value.  It's like a banana peels, messed up

16   banana peels, doesn't have any value.

17        Q.    When did they start teasing you?

18        A.    Since the Village has been closed

19   until now, I still teasing.

20        Q.    How many gallons of kleren do you

21   drink a day?

22              MR. STEWART:  Objection.

23        A.    I don't drink gallons.  Simply I used

24   to buy for 10, 10 gourdes, 15 gourdes, 20

25   gourdes.
```

Confidential - Subject to Further Confidentiality Review

 1   BY MR. BABBITT:

 2      Q.   Is that what a gallon cost, 10

 3   gourdes, 15 gourdes, 20 gourdes?

 4      A.   Yeah.  The quantity I need, any

 5   quantity I need, the money I have they're going

 6   to sell me, they're going to sell me a portion.

 7   Like you see in that, this can cost 15 gourdes.

 8      Q.   You're pointing to the water glass

 9   that's on the table in front of the interpreter,

10   and you're telling us that a glass of that size

11   could cost 15 gourdes?

12      A.   Yes.

13      Q.   And is that how much you would drink

14   in a day?

15      A.   Yeah.  When it's over, if I feel like

16   I can drink some more, I get some more.

17      Q.   Sometimes you drink more than one

18   glass of that size per day?

19      A.   Yes.

20      Q.   Okay.  And because we have the video

21   here, why don't you just hold up that glass so

22   we can see it.

23           THE VIDEOGRAPHER:  Can you translate

24   that?

25           MR. BABBITT:  Do you have it, Chris?

Confidential - Subject to Further Confidentiality Review

```
 1              THE VIDEOGRAPHER:  Once he holds it
 2   up.
 3        Q.   Can you hold up the glass?
 4        A.   Yes, a cup like that might cost like
 5   $15.  When I finish this cup, I can buy another
 6   one.
 7        Q.   Okay.  Thank you.
 8              When did you first start drinking
 9   alcohol?
10        A.   Since the Village was closed.
11        Q.   You didn't drink any alcohol before
12   you attended the Village?
13        A.   No.
14        Q.   What was the first school you
15   attended?
16        A.   Rue 13.
17        Q.   Before you attended Rue 13, did you
18   know any students who attended that school?
19        A.   Rephrase the question for me again.
20        Q.   Before you started attending Rue 13,
21   did you know any students who had attended that
22   school?
23        A.   Rue 13?
24        Q.   Rue 13.
25        A.   Yes.
```

Confidential - Subject to Further Confidentiality Review

```
 1       Q.    What students did you know?

 2       A.    I don't remember.

 3       Q.    Did those students tell you anything

 4   about Rue 13 before you started going there?

 5       A.    Yes.  Simply if I didn't find somebody

 6   to sell me that, explain me that, I wouldn't

 7   know.  Someone has explained me, that's why I

 8   heard about, that's why I went there.  Because

 9   my parents didn't have the possibility to send

10   me to school.

11       Q.    Do you remember the name of anyone who

12   told you about the school at Rue 13 before you

13   went there?

14       A.    I don't remember.

15       Q.    Did your brothers attend any part of

16   the schools at PPT?

17       A.    What borders?

18       Q.    Brothers.

19       A.    My brothers?

20       Q.    Yes, your brothers.

21       A.    Rephrase the question for me again.

22       Q.    Did either of your brothers attend Rue

23   13?

24       A.    No.

25       Q.    Did either of your brothers attend the
```

Confidential - Subject to Further Confidentiality Review

```
 1   Village?

 2        A.   No.

 3        Q.   Did either of your brothers attend any

 4   other school that was part of PPT?

 5        A.   No, simply myself.  No, simply myself

 6   who pass in Rue 13, and after Rue 13 I went to

 7   PPT.

 8        Q.   And before you started attending Rue

 9   13, did you know that Rue 13 fed students?

10        A.   Rephrase the question for me again.

11        Q.   Before you started attending Rue 13,

12   did you know that the students at that school

13   were fed meals?

14        A.   Yes, after school they give them some

15   meals.

16        Q.   Okay.  And before you started

17   attending Rue 13, did you know that the school

18   gave the students a place to wash?

19        A.   No.  Simply when I came and they

20   showed us everything, stuff like education,

21   food, showers, bath.

22        Q.   Before you started attending Rue 13,

23   did you know that the school taught students how

24   to read Creole?

25        A.   When I got there I saw all those
```

Confidential - Subject to Further Confidentiality Review

```
 1    things were involved.
 2        Q.    Did you know what the school taught
 3    before you got there?
 4        A.    Yes, I knew simply when I got there
 5    they were teaching us how to write.
 6        Q.    And did you know before you started
 7    attending Rue 13 that they would teach you how
 8    to read Creole?
 9        A.    Creole is my official language.
10        Q.    And did you know before you started
11    attending Rue 13 that they would teach you how
12    to read Creole?
13            MR. STEWART:  Objection.
14        A.    Yes.  Simply Creole is my language,
15    when I get there I'm going to adapt myself very
16    well.  That's my language.
17    BY MR. BABBITT:
18        Q.    And did you want to attend Rue 13 to
19    learn to read Creole?
20        A.    Yes, because my parents didn't have
21    the possibility to help me and everything I need
22    like education, feed me.
23        Q.    And Rue 13 would -- did you know or
24    believe that Rue 13 would provide you an
25    education and meals?
```

Confidential - Subject to Further Confidentiality Review

```
 1              MR. STEWART:  Objection.
 2       A.    Yes.
 3  BY MR. BABBITT:
 4       Q.    Was there any other reason you started
 5  attending Rue 13?
 6       A.    There isn't.  I already told you,
 7  because my parents didn't have the possibility
 8  to help me and everything I need, and I went to
 9  Rue 13.
10       Q.    Before you attended Rue 13, did you
11  know anything about the Village?
12       A.    No.
13       Q.    Before you attended Rue 13, had anyone
14  told you that Doug Perlitz sexually abused
15  students at the Village?
16       A.    I don't know.  Simply when I got to
17  the Village, Douglas has abused me.
18       Q.    Before you started attending Rue 13,
19  no one had told you that Doug Perlitz was
20  sexually abusing students at the Village?
21       A.    No, simply, if I knew I wouldn't go to
22  the Village.
23       Q.    When you started attending Rue 13, did
24  you know any other students there?
25       A.    We were like one.  We were like
```

Confidential - Subject to Further Confidentiality Review

```
 1   student, but we were like one.
 2       Q.    Before you started attending Rue 13,
 3   did you know any of the students that were
 4   already attending the school?
 5       A.    I did tell us that question already.
 6             MR. STEWART:  What he wants to know is
 7   before you started going to Rue 13, did you know
 8   anyone else that was going, any of your friends
 9   going, anybody that you knew by name, were they
10   already attending Rue 13.  So what he's asking
11   you is did you know the names of anyone
12   attending Rue 13 before you started going to Rue
13   13.
14             True?
15             MR. BABBITT:  Yes.
16       A.    I don't remember.
17             MR. STEWART:  What was the answer?
18             MR. BABBITT:  He doesn't remember.
19             MR. STEWART:  Okay.
20   BY MR. BABBITT:
21       Q.    When did you start attending Rue 13?
22       A.    I can say approximately 2003, 2004.
23       Q.    How long did you attend Rue 13?
24       A.    I don't remember.  Simply that they
25   sent me to the Village after.
```

```
 1        Q.    Okay.  Take a look at Interrogatories

 2   5 and 14 in your Exhibit 1 which says

 3   approximately two years was the period that you

 4   attended Rue 13.

 5              MR. STEWART:  5 and what?  14?

 6              MR. BABBITT:  14.

 7   BY MR. BABBITT:

 8        Q.    My question is, is that accurate,

 9   approximately two years?

10        A.    I don't see it yet.

11              MR. STEWART:  You went to PPT in

12   approximately 2002 -- or 2003 rather, and then

13   Number 5 says that the first school you went to

14   was the Center at Rue 13 in 2003, and then in

15   2005 you started to go to the Village.  Does

16   that sound right?

17        A.    Yes.

18   BY MR. BABBITT:

19        Q.    And when you were answering Question

20   Number 5, do you recall how you concluded that

21   those years were correct?

22        A.    What year are you talking about?

23        Q.    Well, in Question Number 5 you said

24   you started at Rue 13 in about 2003.

25        A.    Yes, 2003, and they sent me to the
```

 1    Village in 2005.

 2        Q.    Right.

 3              My question is, when you were

 4    responding to Question 5, do you recall how you

 5    understood -- how you knew that was the correct

 6    year?

 7        A.    Yeah, they were correct because they

 8    are -- write them for me, everything said was

 9    correct.

10        Q.    When you attended Rue 13, did you

11    attend every day?

12        A.    Yes.

13        Q.    Did you ever skip a day?

14              MR. STEWART:   Objection.

15        A.    I never skip a day.

16    BY MR. BABBITT:

17        Q.    What time did school at Rue 13 start

18    when you were there?

19        A.    Every morning I go in the morning, and

20    they have program for us, then challenge.

21    Midday after finish eating we go out, and come

22    back at 1.

23        Q.    What time in the morning did you go to

24    Rue 13?

25        A.    Every morning at dawn I take the road

Confidential - Subject to Further Confidentiality Review

 1   and go.

 2       Q.    How long did it -- did you walk to Rue

 3   13?

 4       A.    I walk a lot.  Sometimes my feet hurt

 5   a lot.

 6       Q.    How long did it take you to walk from

 7   your home to Rue 13?

 8       A.    I can't say.  I can tell.  It's simply

 9   coming from Blue Hills to Rue 13, my feet hurt.

10   And in the afternoon I have to go back walking

11   on foot.

12       Q.    How many students attended Rue 13 on a

13   typical day?

14       A.    I don't know.  They also have a lot.

15       Q.    What's your best estimate of the

16   number?

17            MR. STEWART:  Objection.

18       A.    I can't give an estimate.  I cannot

19   make that calculus.  Simply there were a lot of

20   kids.

21   BY MR. BABBITT:

22       Q.    What was the first thing you did

23   during the day when you got to Rue 13?

24            MR. STEWART:  Objection.

25       A.    The first thing you did when you get

Confidential - Subject to Further Confidentiality Review

```
 1    there, you got a bucket, go to the wells and get

 2    some water to shower.  After I finish my bath I

 3    go to eat.  After a while it's a program for us,

 4    dance challenge, play.  Afternoon we eat again,

 5    and we go out and we came back at 1 to start

 6    school.

 7    BY MR. BABBITT:

 8        Q.    When you arrived at Rue 13, would you

 9    change into -- change your clothes and wear a

10    uniform?

11        A.    Yes.  When at the school when we have

12    a break at noon, we get in at 1.  When we go at

13    1, we take off our clothes, we wear the uniform,

14    we wear a PPT uniform.

15        Q.    You would only start wearing the PPT

16    uniform at 1:00 o'clock?

17        A.    Yes.  Rue 13, school starts at 1.

18        Q.    I see.

19              Were you served a meal or any other --

20    any food of any kind when you arrived at Rue

21    13 in the morning?

22        A.    Yes, simply everything, when I got

23    there after the shower I went to eat.

24        Q.    And after you ate, you had a dance

25    challenge?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.    They play with us until noon, we eat

 2   again, and we go out and come back at 1.

 3        Q.    Who would play with you until noon?

 4        A.    I don't remember.

 5        Q.    Were these teachers?

 6        A.    Yes.

 7        Q.    Were they Haitian teachers, or other

 8   people?

 9        A.    Haitian.

10        Q.    How many of them were there?

11        A.    I can't say.  I cannot say, but they

12   used to have --

13        Q.    What kind of games did they play?

14        A.    Soccer, play music, dance, dance

15   challenge.

16        Q.    When you'd returned at 1:00 o'clock,

17   did you have another meal?

18        A.    Yeah.  When the school is technically

19   over, and they give us the last meal and we go

20   home.

21              I need a break because I have to

22   urinate very often, that's my problem.

23              MR. STEWART:  Okay.

24              THE VIDEOGRAPHER:  Going off the

25   record.  The time is 10:35.
```

Confidential - Subject to Further Confidentiality Review

```
 1            (Whereupon, a recess was taken.)

 2            THE VIDEOGRAPHER:  Back on the record.

 3    The time is 10:44.

 4            THE TRANSLATOR:  Before you proceed,

 5    the interpreter would like to make a

 6    clarification.

 7            MR. BABBITT:  Okay.

 8            THE TRANSLATOR:  I want that to be on

 9    the record, please, if you don't mind.

10            MR. STEWART:  It is.

11            MR. BABBITT:  It is on the record.

12            THE TRANSLATOR:  Okay.  When I was

13    going to the bathroom, the witness made a

14    comment that it looked like I'm missing -- "my

15    deposition is not accurate," what he said in the

16    bathroom, and Elysée was a witness.

17            And I've been doing this in ten years,

18    more than ten years I've been doing

19    interpretation in Spanish, French and Creole in

20    the United States, and when I was living here in

21    the Dominican Republic, almost 15 years.

22            That's how I do business, when

23    lawyers, a witness, defense lawyer, whoever have

24    doubt about what you said, you have to withdraw.

25    So I'm not going to continue.  I'm going to let
```

```
 1   my job know that.  That's the way -- that's the

 2   way it is.  Whoever has doubt in what you say,

 3   you have -- there is no way you can continue.

 4   He has to be confident what I'm saying, it's

 5   accurate, it's good.

 6          He said it in a kind of "I'm from

 7   Haiti."  Nationally, culturally I know what he

 8   meant.  "You have to do everything, say

 9   everything," something like that.  And his

10   understanding, his knowledge, he think I'm not

11   doing something right.

12          So I'm just going to shoot an e-mail

13   to my job and let them know that, so I have to

14   withdraw.  I'm sorry.  That's how I do business,

15   if there's a doubt about what I'm saying.  So

16   there's no way I can continue.

17          MR. BABBITT:  I see.  Okay.

18          MR. FOLKMAN:  Okay.

19          MR. BABBITT:  I guess we go back off

20   the record.

21          THE VIDEOGRAPHER:  Going off the

22   record.  The time is 10:46.

23          (Whereupon, a recess was taken.)

24          THE VIDEOGRAPHER:  Back on the record.

25   The time is 11:08.
```

Confidential - Subject to Further Confidentiality Review

```
 1            NATALIE COUPET, Translator,

 2   having been duly sworn to translate the

 3   questions and answers to the best of her

 4   ability, translated as follows:

 5

 6   BY MR. BABBITT:

 7       Q.    So when you were attending Rue 13, you

 8   would play with the teachers until noon and then

 9   eat another meal, is that correct?

10       A.    Yeah, we used to play with the

11   children.  We had little programs, more like

12   dancing, and at noon we would eat, and then we

13   would leave, we would go out until 1, and then

14   we would go back in, and then school would

15   start.

16       Q.    And what subjects did you study at

17   school?

18       A.    A lot of different subjects.

19       Q.    Did you study writing Creole?

20       A.    Yes, they showed us things like that.

21   Creole is my mother tongue.

22            MR. STEWART:  When you answer, try and

23   speak up and look directly at Nathalie so she

24   can hear you, okay?  Just keep your voice a

25   little higher and look at her.  Okay.
```

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. BABBITT:

 2       Q.    Did they teach you how to read Creole?

 3       A.    Yes.

 4       Q.    What other subjects did you learn

 5   there?

 6       A.    Mathematics, grammar, everything.

 7       Q.    Okay.  What was the name of your

 8   teacher at Rue 13?

 9       A.    Margarita.

10       Q.    Did she teach all of the subjects you

11   learned there?

12       A.    Yes.  Rue 13, yes.

13       Q.    Was that the only teacher you had at

14   Rue 13?

15       A.    Yes, Margarita.  There were other

16   teachers, but I didn't go to them.  I went to

17   Margarita, and then after that I went to the

18   Village.

19       Q.    And at the end of the day after your

20   classes, did you eat another meal at Rue 13?

21       A.    Yeah, when school was out it would

22   give you a last meal before we left.

23       Q.    And what time did you leave Rue 13 on

24   a typical day?

25       A.    School would be out around 4 or
```

Confidential - Subject to Further Confidentiality Review

```
 1   5:00 p.m., after we finished eating we would

 2   leave.

 3        Q.   Did you know Andy Schultheis?

 4        A.   I know Andy.

 5        Q.   You know someone named Andy, you don't

 6   remember his last name?

 7        A.   No, I don't remember his last name.

 8        Q.   And was Andy at Rue 13?

 9        A.   Yes.

10        Q.   Was he there throughout the time that

11   you were there?

12        A.   Yeah.  And after that he left.

13        Q.   And what was his job at Rue 13?

14        A.   He would watch over us.

15        Q.   Was the Andy that you're talking

16   about, was he a Haitian person or a United

17   States citizen?

18             MR. STEWART:  Objection.

19        A.   He was a white guy.

20             THE TRANSLATOR:  I translated as a

21   white person instead of U.S. citizen.

22             MR. BABBITT:  Okay.

23        A.   A white guy.  He's not a Haitian.

24   BY MR. BABBITT:

25        Q.   Okay.  Was Andy --
```

Confidential - Subject to Further Confidentiality Review

```
 1                MR. STEWART:  What did he say about

 2   Douglas?  He said something about Douglas that

 3   wasn't translated.

 4        A.    Andy was the boss at Rue 13, and

 5   Douglas was the boss at the Village.

 6   BY MR. BABBITT:

 7        Q.    Was Andy at Rue 13 every day?

 8        A.    Yes, he's there.  He's there

 9   sometimes.  He's there.

10        Q.    Were there other --

11        A.    He can be there.

12        Q.    Were there other white people who

13   worked at Rue 13 when you were there?

14        A.    I don't remember.  Just Andy.

15        Q.    How often did you speak with Andy?

16        A.    He's always at the school.  When we'd

17   have a break, when we'd go back at 1:00 p.m. we

18   put our uniforms, he's there with me and

19   sometimes he prays with us, and after that we go

20   back to class, and then we go to work.

21        Q.    When you were attending Rue 13, did

22   you know Douglas Perlitz?

23        A.    I didn't know him yet.

24        Q.    Did you ever see Douglas Perlitz at

25   Rue 13?
```

Confidential - Subject to Further Confidentiality Review

```
 1      A.    I never saw him, just Andy.

 2      Q.    Okay.  Did you see any other white

 3   people visit Rue 13?

 4      A.    I don't remember.

 5      Q.    Do you know who Madame Carter is?

 6      A.    I met her when I came to the Village.

 7      Q.    You never saw Madame Carter at Rue 13?

 8            I'm sorry, do you have an answer?

 9      A.    No.

10      Q.    Okay.  Thank you.

11            How about Pere Paul, did you ever see

12   Pere Paul at Rue 13?

13      A.    No, it's just when I got to the

14   Village.

15      Q.    How did you start attending the

16   Village?

17            MR. STEWART:  Objection.

18      A.    I started at the Village in 2005.

19   BY MR. BABBITT:

20      Q.    And how did you become a student at

21   the Village?

22      A.    When they see at Rue 13 that you're

23   very well-behaved, normal, it's people like that

24   that can go to the Village.

25      Q.    Did you want to attend the Village?
```

Confidential - Subject to Further Confidentiality Review

1      A.    Yes.

2      Q.    Why?

3      A.    It's because when they see, you know,

4   Madame Calixte, Margarita, Margarette, and Andy,

5   they're always looking, watching over you and

6   controlling things, and if you're not too

7   brazen, if you're not -- you're not bugging

8   people, if you're nice, nice, you behave well,

9   they put your name on the list to go to the

10  Village.

11     Q.    Did you want your name on the list to

12  go to the Village?

13     A.    They've always talked to us about the

14  Village.  They put your name on the list to go

15  to the Village, but you don't know when it's

16  happening.  They're always watching, and if you

17  behave well, when the day comes they call your

18  name and you go to the Village.

19     Q.    Did Andy talk to you about the

20  Village?

21     A.    Yes.  All the staff was talking about

22  the Village, how we should behave so that we

23  could be sent to the Village.

24     Q.    Was Madame Calixte a teacher at Rue

25  13?

1       A.     Yeah, she's there every morning,

2    Ms. Calixte.  She's here really early, and she

3    cooks food, she gives food to people, and she

4    stays in the afternoon, she stays in the

5    afternoon to teach.

6       Q.     While you were attending Rue 13, did

7    you know that students at the Village were fed

8    meals during the day?

9       A.     Yeah, they always telling us that when

10    you're at the Village you became very

11    respectable person, serious person, and you find

12    education and food easily.

13       Q.     Was that why you wanted to go to the

14    Village, to find education and food?

15       A.     Yes.

16       Q.     Before you attended the Village, did

17    anyone tell you that Doug Perlitz was sexually

18    abusing students at the Village?

19       A.     No.

20       Q.     Before you attended the Village, had

21    you heard any rumors that Doug Perlitz was

22    sexually abusing students at the Village?

23       A.     I've never heard that.  Even if -- I

24    would not have gone to the Village, even if my

25    name had been on the list I would not have gone.

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    When you attended the Village, you

 2   lived at home with your mother and father?

 3        A.    Yes.

 4        Q.    And were your sisters living there at

 5   the time?

 6        A.    Yes.

 7        Q.    Were your brothers still living at the

 8   house at that time?

 9        A.    No.

10        Q.    Did you ever sleep over at the

11   Village?

12        A.    No.

13        Q.    Can you tell us how many boys attended

14   the Village when you were there?

15             MR. STEWART:   Objection.

16        A.    I can't control.  I can't know.  A

17   lot.  I can't count them.

18   BY MR. BABBITT:

19        Q.    Did you walk to the Village each day?

20        A.    Yes.

21        Q.    Did you walk with any other students

22   to the Village each day?

23        A.    Those of us who didn't live at Blue

24   Hills, yes.

25        Q.    Those of you who didn't live at Blue
```

 1    Hills, or those of you who lived at Blue Hills

 2    walked together?

 3        A.    Children who lived at Blue Hills, we

 4    used to go in together.

 5        Q.    And who else lived in Blue Hills that

 6    went with you to the Village?

 7        A.    Just simply the children living at

 8    Blue Hills, we used to go into the Village

 9    together.

10        Q.    Do you know any of the names of the

11    children living in Blue Hills who went into the

12    Village together with you?

13        A.    I don't remember.

14        Q.    How many students lived in Blue Hills

15    and walked with you to the Village each day?

16              MR. STEWART:  Objection.

17        A.    I can't count, but many.

18    BY MR. BABBITT:

19        Q.    Was the Village surrounded by a wall?

20        A.    Yes.

21        Q.    And did the wall have a gate?

22        A.    Yes, a big gate.

23        Q.    Was the gate usually kept closed, or

24    usually kept open?

25        A.    Closed.  When you get there you knock,

Confidential - Subject to Further Confidentiality Review

```
 1    and they open.

 2         Q.    Was there someone whose job it was to

 3    open the gate?

 4              MR. STEWART:  Objection.

 5              THE WITNESS:  Oui.

 6    BY MR. BABBITT:

 7         Q.    Who was that?

 8         A.    I don't remember.

 9         Q.    You don't remember that person's name?

10         A.    No.

11         Q.    In the Village was there buildings

12    where students slept?

13         A.    Yes.

14         Q.    How many?

15         A.    I can't tell you, but there were some.

16         Q.    Were there buildings in which classes

17    were held?

18         A.    Yes.

19         Q.    More than one?

20         A.    More.

21         Q.    Do you know -- do you remember how

22    many?

23         A.    I don't know, but there were some.

24         Q.    Was there a football field?

25         A.    Yes, and a basketball field also.
```

```
 1        Q.    Was there a garden?

 2        A.    Yeah.  There's a landscaping employee,

 3    he does the gardens, and they plant some roots

 4    and peas, sweet potatoes.

 5        Q.    Okay.  Did Douglas Perlitz have an

 6    office in the Village?

 7        A.    Yes, there's an office.

 8        Q.    Did anyone else have an office?

 9              MR. STEWART:  Objection.

10        A.    When Douglas is not there, Robinson is

11    usually in his office.

12    BY MR. BABBITT:

13        Q.    Was Douglas the only person who had an

14    office in the Village?

15        A.    No.  When he's not there the staff,

16    Robinson is in the office.

17        Q.    But there was only one office in the

18    Village?

19        A.    Yeah, I saw one office.

20        Q.    Did you ever go into Douglas Perlitz's

21    office?

22        A.    Can you repeat the question, please?

23        Q.    Did you ever enter Doug Perlitz's

24    office?

25        A.    I've never gone in.  I stay outside.
```

Confidential - Subject to Further Confidentiality Review

```
 1         Q.    What else was in the building in which

 2   Doug Perlitz had an office in the Village?

 3               MR. STEWART:  Objection.

 4         A.    I don't remember.

 5   BY MR. BABBITT:

 6         Q.    Was there a chapel -- I'm sorry.

 7         A.    I can't tell you.

 8         Q.    Was there a chapel in the building?

 9               THE TRANSLATOR:  In the Village?

10         Q.    In the Village.

11         A.    Yes.

12         Q.    Were there any other buildings in the

13   Village that I haven't mentioned?

14               THE TRANSLATOR:  Can you repeat the

15   question, please?

16         Q.    Okay.  Were there any other buildings

17   in the Village other than those we've already

18   talked about today?

19         A.    I don't remember.

20         Q.    What time of day would you typically

21   go to the Village?

22               MR. STEWART:  Objection.

23         A.    Every morning I would clean myself,

24   and put my uniform, and then get in.  And then

25   when I get there I go eat, and then a bell rings
```

Confidential - Subject to Further Confidentiality Review

```
 1   to start school.

 2   BY MR. BABBITT:

 3       Q.    What time every morning would you get

 4   to the school?

 5             MR. STEWART:  Objection.

 6       A.    School starts at 8.

 7   BY MR. BABBITT:

 8       Q.    And you wore a uniform every day?

 9       A.    Yes.

10       Q.    And did the school provide that

11   uniform?

12       A.    Yes.

13       Q.    What was the uniform that you wore?

14       A.    When I just started I had -- the first

15   uniform I got when I started was black shirt and

16   khaki pants.  They were always teasing us and

17   saying, "oh, look at that uniform, what kind of

18   uniform is this?"  They would always tease us,

19   with khaki we look like the police.

20       Q.    Did you get a different uniform later

21   on?

22       A.    After that, yes, they changed and they

23   gave me a big, light sky blue, and dark blue

24   pants.

25       Q.    How far away from the Village did you
```

Confidential - Subject to Further Confidentiality Review

```
 1   live?

 2        A.    I can't tell us the distance, simply I

 3   would just get there.  I can't really control

 4   the distance, appreciate the distance.

 5        Q.    How long would it take you to walk

 6   from your home to the Village?

 7        A.    I can't tell you.  I don't use a

 8   watch.  I can't tell you.

 9        Q.    When you got to the Village, you ate a

10   meal?

11        A.    Yes.  When I got there I ate, and then

12   a bell would ring for school to start.

13        Q.    When you started attending the

14   Village, you started in the first grade, is that

15   correct?

16        A.    Yes.

17        Q.    And you progressed through the grades

18   and took your sixth grade exam, is that correct,

19   at the Village?

20             MR. STEWART:  Objection.

21        A.    Yes.

22   BY MR. BABBITT:

23        Q.    Who were your teachers when you

24   attended the Village?

25        A.    There were many.  Well, those I can
```

Confidential - Subject to Further Confidentiality Review

1    remember, on the first year there was Giovanni

2    and Ms. Fania.

3         Q.    When you were studying at the Village,

4    did you study Creole?

5         A.    Yes.

6         Q.    Did you study math?

7         A.    Yes.

8         Q.    Science?

9         A.    I don't understand the question.

10        Q.    You're not familiar with the word

11   science?

12        A.    No.

13        Q.    Did you study history?

14        A.    Yes.

15        Q.    Did you study religion?

16        A.    I don't understand.

17        Q.    When you were at the Village, did

18   anyone teach you about the church or God?

19        A.    Yeah, they go with us to the chapel

20   and teach us how to pray.

21        Q.    What other subjects did you study at

22   the Village?

23        A.    Grammar, French.

24        Q.    You studied French at the Village?

25        A.    Yes.

Confidential - Subject to Further Confidentiality Review

```
 1      Q.    Any other topics beyond French and

 2   grammar?

 3            MR. STEWART:  Objection.

 4      A.    I don't remember.

 5   BY MR. BABBITT:

 6      Q.    Did you take exams in the classes you

 7   took at the Village?

 8      A.    Yes.  When I had just entered the

 9   Village I did a small test.  After that they

10   noticed that I wasn't adapted, so I went back to

11   the first year.

12      Q.    Do you recall taking any tests or

13   exams after your first year?

14      A.    Yeah, they made me do a test, the same

15   way, you know, when I was in Rue 13.  Margarita

16   was teaching second class, and when I got to the

17   Village they made me do a test where I wasn't,

18   you know, I wasn't -- all the questions for the

19   second year I couldn't, so they made me go back

20   to the first year.

21      Q.    Did you get grades in the classes you

22   took at the Village?

23      A.    When I was in the class during the

24   first year, Douglas and Robinson came into the

25   class and said the child who would get the best
```

Confidential - Subject to Further Confidentiality Review

 1   grades would get a present.

 2       Q.    Did you get grades in all of the

 3   classes you took?

 4       A.    Just that during the first year I had

 5   the best grades.

 6       Q.    Did you get grades in your second

 7   year?

 8       A.    Just that during the first year I had

 9   the best average.

10       Q.    Did you get grades in your second

11   year?

12       A.    Repeat the question, please.

13       Q.    When you went to the Village, they

14   started you in the first grade, correct?

15       A.    Yes.

16       Q.    And after -- and did you pass the

17   exam, or pass out of the first grade?

18       A.    I answered that question already.

19   They made me -- they gave me an exam, and they

20   made me go back to the first grade.

21       Q.    I understand you went back and started

22   in the first grade.

23             My question is, sir, did you complete

24   the first grade?

25       A.    Yes.

Confidential - Subject to Further Confidentiality Review

```
1       Q.    And you went on to the second grade?

2       A.    Second, third.

3       Q.    And when you went to the second and

4   the third class, or third grade, did you get

5   grades in each of those grades, each of those

6   classes?

7             MR. STEWART:  Objection.

8       A.    I was good in school.  Second, third,

9   the two classes were fused, they hadn't built

10  the big building then, so you did two classes at

11  the same time.  After the first year I did

12  second and third.

13  BY MR. BABBITT:

14      Q.    And you were a good student in school?

15            MR. STEWART:  Objection.

16      A.    Yeah.

17  BY MR. BABBITT:

18      Q.    How do you know?

19            MR. STEWART:  Objection.

20      A.    I always made a lot of efforts to have

21  good -- a good average to be able to stay.

22  BY MR. BABBITT:

23      Q.    Who told you your average?

24      A.    Repeat the question, please.

25      Q.    You just said you made a lot of
```

Confidential - Subject to Further Confidentiality Review

```
 1    efforts to have a good average.  My question is,

 2    who told you what your average was?

 3        A.    With regards to the work done in the

 4    school reports, my average was very high.

 5        Q.    And did the teachers at each class

 6    tell you what your average was?

 7              THE TRANSLATOR:  He said I did an

 8    average to get better, to go higher.

 9        A.    To go to the next class.

10        Q.    Did the teachers of each class tell

11    you what your average was?

12        A.    Yes, I had good grades in all

13    subjects.

14        Q.    Thank you.

15              Did you eat a meal in the middle of

16    the day at the Village?

17              MR. STEWART:  Objection.

18              THE TRANSLATOR:  In the middle of the

19    day?

20              MR. BABBITT:  Yes.

21        A.    Yeah, when at the school was

22    1:00 p.m., then bling-bling, and we went in and

23    we went to eat.

24    BY MR. BABBITT:

25        Q.    What did do you in the afternoon when
```

Confidential - Subject to Further Confidentiality Review

```
 1   you were at the Village?

 2            MR. STEWART:  Objection.

 3       A.   When school is out, we play.

 4   BY MR. BABBITT:

 5       Q.   What did you play?

 6       A.   Soccer, sometimes basketball.

 7       Q.   Did you take any classes in the

 8   afternoon, or no?

 9       A.   No.  I can only tell you that they

10   divided the Village in three groups.  So there

11   was a group, the blue group, as of 1:00 p.m.,

12   when we were done eating they make us leave, and

13   then we go home.  The children sleeping over,

14   it's children who have no families at all, the

15   families are far away, they make them stay and

16   sleep there.

17            THE TRANSLATOR:  He wants to start

18   again.

19       A.   So the children at Blue Hills, after

20   1:00 p.m. and school is out we're done eating,

21   they make us leave.  The people in the city,

22   they stay for classes, the children stay, the

23   teachers that show them lessons.  And those of

24   us at Blue Hills, we have to find a way to know

25   our lessons, find a way to learn our lessons.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    So on a typical day, you would leave

 2   after lunch?

 3        A.    Yes, after 1:00 p.m., when the school

 4   is out we eat and we get out.

 5        Q.    Okay.  When you were at the Village,

 6   was the sixth grade the highest grade taught at

 7   the Village?

 8        A.    Yes.  And then you have the state

 9   exam, and then you pass it, and then they send

10   you to a school outside.

11        Q.    Did you take the state exam?

12        A.    No.

13        Q.    Did you attend any other schools

14   outside of PPT?

15        A.    No.

16        Q.    You never attended Sacred Heart?

17        A.    No.  I didn't have that chance.  The

18   Village was already closed.  And when I was at

19   this sixth class, I didn't have that

20   possibility.  There was no one to help us.  We

21   just had to fend for ourselves and do what we

22   knew what to do.

23        Q.    You never attended a school with the

24   name of Sacred Heart?

25        A.    No.
```

Confidential - Subject to Further Confidentiality Review

```
 1      Q.    Did you ever see Madame Carter at the

 2   Village?

 3      A.    Yeah, I've seen her often.

 4      Q.    How many times?

 5      A.    I can't count, but she could -- she

 6   would come a lot.

 7      Q.    Did you ever speak to her?

 8            THE TRANSLATOR:  He needs to go to the

 9   bathroom.

10            MR. BABBITT:  Okay.

11            THE VIDEOGRAPHER:  Going off the

12   record.  The time is 11:59.

13            (Whereupon, a recess was taken.)

14            THE VIDEOGRAPHER:  Back on the record.

15   The time is 12:05.

16   BY MR. BABBITT:

17      Q.    When you saw Madame Carter at the

18   Village, did you ever speak to her?

19      A.    No, I don't talk.  She doesn't talk

20   Creole, speak Creole.

21      Q.    What was she doing at the Village when

22   you saw her?

23      A.    They come to the Village often, that's

24   what -- they come there, especially during the

25   time of -- in December during Christmas, they
```

Confidential - Subject to Further Confidentiality Review

```
 1    come and they give us tennis shoes.  Madame

 2    Carter, Father Paul, they're there.  And even

 3    one day, once they gave me a Fairfield T-shirt.

 4        Q.    How many times did Madame Carter and

 5    Father Paul give you tennis shoes?

 6        A.    Every month in December they do that,

 7    they distribute to us a gift and tennis shoes

 8    every time in December, Christmastime, they

 9    always come.

10        Q.    Did you see Madame Carter at the

11    Village at any time other than Christmastime?

12        A.    Can you repeat the question, please?

13        Q.    Did you see Madame Carter at the

14    Village at any time other than Christmas?

15        A.    Yeah, when we're about to start

16    vacation, when school is out she comes with a

17    group of visitors to wish us a good vacation,

18    and the visitors play soccer and basketball with

19    us.

20        Q.    How many times did Madame Carter come

21    to the school to wish you a good vacation and

22    bring visitors who played soccer and basketball

23    with you?

24        A.    I can't count, but she always -- she

25    does that a lot, often.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    What time of year did the Village take

 2   vacation?

 3        A.    The big, long vacation when school is

 4   out.

 5        Q.    When in the year would that happen --

 6   did that happen?

 7        A.    When school is out in the month of

 8   June, after that.

 9        Q.    Vacation would start in June?

10        A.    Yeah, after that.

11        Q.    And when would school start at the end

12   of vacations?

13        A.    The school would start again in the

14   month of September.

15        Q.    Can you tell us the names of any of

16   the visitors who came to play soccer and

17   basketball with you?

18        A.    I don't know.  I just know Madame

19   Carter.  I wasn't used to seeing them.

20        Q.    How many times did you see Pere Paul

21   at the Village?

22        A.    I can't tell you how many, but Father

23   Paul -- how many times, but Father Paul was

24   always there.

25        Q.    Did you speak with Pere Paul?
```

Confidential - Subject to Further Confidentiality Review

```
 1      A.    No, he doesn't speak Creole.

 2      Q.    What did Pere Paul do when he was

 3   there?

 4      A.    I remember in 2006 when I was about to

 5   make my Communion, Father Paul was there, he was

 6   wearing this gown, you know, like father --

 7   priests do, he was there when I was about to do

 8   my Communion.

 9      Q.    You made your First Communion in 2006?

10      A.    Yeah.

11      Q.    Other than that First Communion, what

12   else did you see Pere Paul do at the Village?

13            MR. STEWART:  Objection.

14      A.    Father Paul is always there, he's

15   there when they are distributing gifts during

16   the time of December and Christmas.  He's always

17   there.

18   BY MR. BABBITT:

19      Q.    Did you see any other white people at

20   the Village?

21            MR. STEWART:  Objection.

22      A.    Yeah, when Madame Carter would come

23   with them.

24   BY MR. BABBITT:

25      Q.    Do you remember the names of any of
```

Confidential - Subject to Further Confidentiality Review

```
 1    these people?

 2        A.    No.

 3        Q.    Did you speak with any of them?

 4        A.    No.

 5        Q.    Did you know Jessica Lozier?

 6        A.    Yeah, I know Jessica.

 7        Q.    When you were -- where did you know

 8    Jessica from?

 9        A.    In the Village.

10        Q.    Was Jessica a friend?

11              MR. STEWART:  Objection.

12        A.    No.

13    BY MR. BABBITT:

14        Q.    How about Brittany McLean, did you

15    know Brittany?

16        A.    Yes, I knew Brittany.

17        Q.    Did she work at the Village?

18        A.    She was at the Village a lot.  She was

19    at the Village.

20        Q.    Was she a friend of yours?

21        A.    No, no.

22        Q.    Did you know Nick Preneta?

23        A.    I don't know.

24        Q.    Did you know Sylvester Tan?

25        A.    Yeah, I knew Silvester.  He was a poet
```

```
 1    -- he was a priest.  He used to go to the chapel

 2    and pray with us.

 3         Q.    When you attended the Village, did you

 4    know where Douglas lived?

 5              MR. STEWART:  Objection.

 6         A.    Above Bel Air.  Up in Bel Air.

 7    BY MR. BABBITT:

 8         Q.    Do you know who else lived at Bel Air

 9    with Douglas when you were at the Village?

10              MR. STEWART:  Objection.

11              THE TRANSLATOR:  Do you know who else

12    lived with Douglas at the Village?

13              MR. BABBITT:  No.

14              Do you know who else lived at Bel Air

15    with Douglas when the witness attended the

16    Village?

17         A.    I don't know.

18    BY MR. BABBITT:

19         Q.    How many times were you at Bel Air?

20              MR. STEWART:  Objection.

21         A.    Just once.

22    BY MR. BABBITT:

23         Q.    How far away from the Village was Bel

24    Air?

25         A.    A good distance, but I don't know.
```

Confidential - Subject to Further Confidentiality Review

```
 1              THE TRANSLATOR:  I'm asking him to
 2    look at me when he talks.
 3        Q.    Before you started attending Rue 13,
 4    had you ever heard of the Haiti Fund?
 5        A.    I don't understand.
 6        Q.    Before you started attending Rue 13,
 7    had you ever heard the name the Haiti Fund?
 8        A.    I don't know.
 9        Q.    Before PPT closed, did you ever hear
10    the name Haiti Fund?
11        A.    I don't -- I've never heard that.
12        Q.    Okay.  And before PPT closed, had you
13    ever heard of the American Association of the
14    Order of Malta?
15        A.    I don't know.
16        Q.    Before PPT closed, had you ever heard
17    of the Society of Jesus of New England?
18        A.    Just -- I just knew Sylvester.
19        Q.    And is it your understanding that
20    Sylvester was part of the Society of Jesus of
21    New England?
22        A.    They never talked to us about the
23    Society of Jesuits, but Sylvester was a priest.
24        Q.    And did Sylvester tell you he was a
25    priest in the Society of Jesus?
```

Confidential - Subject to Further Confidentiality Review

1       A.      Yeah, he was a priest, he was doing

2    internship.  It's an internship, so he was

3    showing us how to pray.  And after that, we

4    didn't see him anymore.

5               MR. BABBITT:  Let's go off the record.

6               THE VIDEOGRAPHER:  Going off the

7    record.  The time is 12:21.

8               (Whereupon, a recess was taken.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Confidential - Subject to Further Confidentiality Review

```
 1            AFTERNOON SESSION

 2

 3            THE VIDEOGRAPHER:  Back on the record.

 4   The time is 1:34.

 5   BY MR. BABBITT:

 6      Q.    Good afternoon.  Do you remember that

 7   you're still under oath?

 8      A.    Repeat the question, please.

 9      Q.    Sure.

10            As we start up this afternoon, do you

11   remember that you're still under the oath that

12   you said at the beginning of the deposition to

13   tell the truth?

14      A.    Yeah.

15      Q.    How many times did Doug Perlitz

16   sexually abuse you?

17      A.    Just once.

18      Q.    And did that happen in your first year

19   at the Village?

20      A.    Yes.

21      Q.    Did Douglas Perlitz and Robinson

22   promise a gift to the person with the highest

23   average?

24      A.    Yeah.

25      Q.    What did they say when they made that
```

Confidential - Subject to Further Confidentiality Review

 1    promise?

 2        A.    They said they were going to -- they

 3    said they were going to give me a little gift.

 4        Q.    Was this a promise they made to you

 5    only, or to the whole class?

 6        A.    For the entire class, since I came

 7    first of all the class, my classmates.

 8        Q.    So this was a promise that they made

 9    only to you, not to the whole class?

10        A.    The entire class, for any child who

11    was first, any child could get that gift, but I

12    was first.

13        Q.    Okay.  Do you know if Douglas Perlitz

14    had made this promise before he made this

15    promise to your class?

16        A.    I don't know, just simply he came to

17    my class and made the promise.

18        Q.    Who told you that you had received the

19    highest grade in the class?

20        A.    My teachers.  It's as if I were the

21    first.

22        Q.    Your teachers told you that?

23        A.    Well, I was first, they gave me grades

24    in the class.

25        Q.    What time of year was this when you

Confidential - Subject to Further Confidentiality Review

```
 1    were the first in the class?

 2        A.    Simply I was the first in the class.

 3        Q.    Was this at Christmastime, or was it

 4    at the -- just before vacation, in the summer,

 5    was it the fall?  What time of year was this

 6    that you were first in the class?

 7        A.    Every year there are trimesters, and

 8    we get grades.

 9        Q.    And which trimester was it that you

10    were first in your class in your first year at

11    the Village?

12        A.    First trimester.

13        Q.    What did you do when you learned that

14    you were first in your class?

15        A.    They gave a report card.

16        Q.    And when you received your report

17    card, what did you do?

18              MR. STEWART:  Objection.

19        A.    I had the best average.  I was number

20    one in the class.

21    BY MR. BABBITT:

22        Q.    And then what did you do?

23              MR. STEWART:  Objection.

24        A.    My teachers congratulated me because I

25    was the first in the class.
```

 1       Q.    And because you were the first in

 2    class, you knew you had been promised a gift by

 3    Robinson and Douglas, correct?

 4       A.    Yeah, Douglas said that, he came with

 5    Robinson and said any child who would be first

 6    would get a gift.

 7       Q.    Did you go to Robinson to ask for your

 8    gift?

 9       A.    Yeah, when I went to see Robinson he

10    said he wasn't the one giving gifts, it was

11    Douglas.

12       Q.    Where was Robinson when you went to

13    talk to him at the Village, where in the

14    Village?

15       A.    Inside the Village.

16       Q.    Where inside the Village?

17             MR. STEWART:  Objection.

18       A.    Oh, inside the Village.

19    BY MR. BABBITT:

20       Q.    I understand he was inside the

21    Village.  Where inside the Village?

22             MR. STEWART:  Hold on.  Objection.

23             Obviously he doesn't understand

24    what -- you've asked him the same question three

25    times, and he keeps answering.  Is there another

Confidential - Subject to Further Confidentiality Review

```
 1    way to ask that question?

 2              MR. BABBITT:  Sure.

 3    BY MR. BABBITT:

 4        Q.    Was he in the chapel?

 5        A.    In the yard.

 6        Q.    What time of day did you go talk to

 7    Robinson?

 8        A.    Daytime.

 9        Q.    Was it before or after your midday

10    meal?

11              MR. STEWART:  Objection.

12        A.    When school was out, I went to see

13    Robinson, and he said he wasn't one giving the

14    gift, to go see Douglas.  He explained to me how

15    to get to Bel Air.  When I went there, up there,

16    I saw Douglas.  When I got there, he was -- when

17    I got to the yard, he was sitting, he had a book

18    in his hands.  He asked me "who explained to you

19    how to get here?"  And I said "I was promised a

20    gift, I came here to get my gift."

21    BY MR. BABBITT:

22        Q.    Did you walk to Bel Air?

23        A.    Yeah.  I went down, I crossed the

24    street, and then I turned left, all the way up,

25    I went all the way up, I climbed and climbed,
```

Confidential - Subject to Further Confidentiality Review

```
 1    and I found the gate.  The gate was half open.

 2    I looked inside, Douglas was sitting, so I went

 3    in.  When I went in, I was scared because there

 4    was a lot of wind, it was blowing in the trees,

 5    I got scared, and I found Douglas sitting.

 6            So I went in, and Douglas was sitting

 7    down, he said "who explained to you how to get

 8    here?"  I told him it was Robinson.  I told him

 9    "you promised me a gift, that's why I came here,

10    I came to get my gift."

11            So when I went in, he took my hand to

12    make me come in.  We went by a little door, a

13    door on the side, and then I got there and I

14    went down a few steps, little stairs, and

15    towards the bushes, the wild growing bushes.

16    There was a door on the side.  He made me come

17    in with him.  He made me drop my pants.  He

18    started touching my butt, my penis.  I told him

19    I didn't agree with what he was doing to me.  I

20    really wasn't okay with it.  He made me bend

21    down.  He put his penis in my butt.  I was

22    really afraid.  I was crying.  Every time while

23    I was crying he said just to tough it up, to

24    tough it out.  And after he was done doing that,

25    he said if I told anyone he would throw me out
```

```
 1    of the Village.  I didn't want to force it,

 2    because he said he was going to throw me out.  I

 3    didn't want -- I didn't want it, but he forced

 4    me.  He said he was going to throw me out.  Any

 5    person I say that -- if I tell that to anyone,

 6    he will throw me out.  When I went he offered me

 7    250 gourdes, I didn't take it.

 8              When I was about to go to bed that

 9    night, I noticed I was bleeding.  That day I

10    knew that Douglas was a bad person.  Douglas

11    stole my childhood.  Until today all these

12    things are giving me problems, but he did that

13    to me.  That created the Village -- that caused

14    the Village to close, because the Village was my

15    only hope.

16              Everywhere I go now today, they always

17    say fag, Douglas's woman.  I can't go to the

18    beach, I can't go to the beach, my butt has like

19    a cork, it's closed with a cork.  So every time

20    I go, I have no value in society.  Sometimes it

21    always makes me want to kill myself, to give me

22    pride to kill myself, because I have no value in

23    society.  Every time I go somewhere, they're

24    pointing the fingers at me, they're telling me

25    I'm Douglas woman.  This does not do any good to
```

 1    me.

 2        Q.    When you arrived at Bel Air, did you

 3    see anyone outside the house, other than

 4    Douglas?

 5        A.    No.

 6        Q.    Were there any cars parked outside the

 7    house when you arrived at Bel Air?

 8        A.    Yes, I saw a car one.

 9        Q.    One car or two?

10        A.    One car, a white one, I think.

11        Q.    What was Douglas wearing when you saw

12    him in the yard?

13        A.    I don't remember.  I was really

14    scared.  I wasn't looking at things like that.

15        Q.    What were you wearing?

16        A.    I don't remember.

17        Q.    When you went down the small stairs,

18    as you described them, and you went in the door,

19    was there a door to a bedroom in that first room

20    you went in?

21        A.    I could tell you that it's like, if

22    you stand like that in the yard, there's a

23    little slant, you have to go down a few steps

24    towards the bushes, wild bushes, and there's a

25    little door.  And he went inside with me,

1    through that door with me.

2        Q.    And when you went in that door with

3    Douglas, was there a door in that room that led

4    to a bathroom?

5        A.    I don't remember.  This was over nine

6    years ago.  I just remember he went inside with

7    me in the room, in the bedroom.

8        Q.    When you went in that first door at

9    the bottom of the stairs, did you stay in that

10   room, or did you go into a different room?

11       A.    I stayed in that room, the way --

12   where he got -- where we were together inside,

13   that's where we stayed.

14       Q.    Was there any furniture in that room?

15       A.    I don't remember.  He made me bend

16   over something, and then he put his penis in my

17   butt.

18       Q.    Was there a computer in that room?

19       A.    I don't remember.

20       Q.    Was there any music playing when you

21   went in that room?

22       A.    I don't remember.

23       Q.    Did you hear anyone in the house when

24   you went in that room?

25       A.    I didn't see anyone else.

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    Did you hear anyone else?

 2        A.    No.

 3        Q.    When you went in that room, did you

 4    understand that that's where Douglas slept?

 5              MR. STEWART:  Objection.

 6        A.    I don't know.  He just entered with me

 7    in that room.

 8    BY MR. BABBITT:

 9        Q.    Did Douglas say anything to you when

10    you went -- when he walked and brought you into

11    that room?

12        A.    He said let's go in so he could give

13    me the gift.

14        Q.    And after he said that, did he start

15    touching your body?

16        A.    When we got in together, he made me

17    drop my pants down, and he started touching my

18    butt, and touching my penis.  And I didn't -- I

19    wasn't okay with that.  He forced me.  And then

20    he put his penis inside my butt, and I didn't

21    want him to do that.  He forced me.  He said he

22    was going to throw me out of the Village.  I

23    didn't want this.  From that day on I knew that

24    Douglas was a bad person.  That's the day I

25    found out Douglas was a bad person.
```

```
 1        Q.    Did Douglas try to kiss you?

 2              MR. STEWART:  Objection.

 3        A.    No, he was just touching my butt,

 4   touching my penis.

 5   BY MR. BABBITT:

 6        Q.    Did he remove your clothes?

 7        A.    Yeah, he made me drop my pants, he

 8   started touching my butt and touching my penis.

 9   I didn't -- I wasn't okay with that.  He forced

10   me.  I didn't want that.  He put his penis in my

11   butt.  I was trying all the time -- he said

12   "tough it out, tough it out."  I didn't want

13   that.  He forced me.  And after that he said if

14   I told anyone he would throw me out.

15        Q.    Did he touch your butt and your penis

16   with any part of his body, other than his hand?

17              MR. STEWART:  Objection.

18        A.    He touched my butt, and then he

19   touched my penis.

20   BY MR. BABBITT:

21        Q.    With his hands?

22        A.    Yes.

23              MR. STEWART:  Objection.

24   BY MR. BABBITT:

25        Q.    Did he take off your clothes first, or
```

Confidential - Subject to Further Confidentiality Review

```
 1    did he take off his clothes first?

 2        A.    My clothes.

 3        Q.    Did he force you to touch any part of

 4    his body?

 5              MR. STEWART:  Objection.

 6        A.    No, he just touched me, touched my

 7    butt, touched my penis.  After that he made me

 8    bend over something, and he put his penis in my

 9    butt.  I didn't want that.  He forced me.  I

10    didn't want.  He said he's going to throw me out

11    of the Village.

12    BY MR. BABBITT:

13        Q.    When he started touching your butt,

14    was he standing or sitting?

15        A.    He was standing up, he was touching my

16    butt and my penis.  I didn't want that.  He

17    forced me.  He made me bend over, and then he

18    put his penis in my butt.  I didn't want that.

19    I was crying all the time.  He said "tough it

20    out, tough it out."  I didn't want that.  He

21    forced me.  He said he was going to throw me out

22    of the Village.

23        Q.    When he started touching your butt and

24    your penis, was he standing in front of you or

25    behind you?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.    Behind me.

 2        Q.    When he put his penis in your butt,

 3   was he standing?

 4        A.    Yeah.  And then -- and I told him it

 5   was hurting me, and he said "tough it out."

 6        Q.    Did you yell when he had his penis in

 7   your butt?

 8        A.    Yes, it was hurting, I said -- I was

 9   yelling, and he said "tough it out."

10        Q.    How long did he have his penis in your

11   butt?

12              MR. STEWART:  Objection.

13        A.    Repeat the question, please?

14   BY MR. BABBITT:

15        Q.    How long a time was it that Douglas

16   had his penis in your butt?

17              MR. STEWART:  Objection.

18        A.    I couldn't check.

19   BY MR. BABBITT:

20        Q.    Did Douglas ejaculate in your butt?

21              MR. STEWART:  Objection.

22        A.    I don't know.  I was small.  I was

23   young.

24   BY MR. BABBITT:

25        Q.    After he took his penis from your
```

Confidential - Subject to Further Confidentiality Review

```
 1   butt, did he say anything?

 2       A.   If I told anyone about it he would

 3   throw me out.  And after that, he offered me 250

 4   gourdes, and I didn't take it.

 5       Q.   Did you get dressed immediately after

 6   or right after he took his penis out of your

 7   butt?

 8       A.   Yeah.  I put the clothes back on

 9   myself, and then I went out, I went back to my

10   house.  That night I was going to sleep, I felt

11   that I was bleeding.

12       Q.   Did you go out of the house through

13   the same door you had walked in?

14       A.   Yes, the same door I used to come in,

15   that's the one I used to get out.

16       Q.   Did Douglas leave the house with you?

17       A.   No.  I left, and then I departed.

18       Q.   Did you see anyone outside the house

19   when you were leaving Bel Air?

20       A.   No.

21       Q.   Did you walk home?

22       A.   Yes.

23       Q.   So during the time you were at Bel Air

24   that day, you saw only Douglas, is that right?

25       A.   Yes.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    After Douglas abused you, did you go
 2   see a doctor?
 3        A.    No.
 4        Q.    Did you see a nurse?
 5        A.    No.
 6        Q.    Did you see any kind of a medical
 7   professional?
 8        A.    There was a doctor at the Village, but
 9   I never explained it to him.  I didn't want him
10   to know and to tell Douglas.  I didn't want
11   Douglas to throw me out.
12        Q.    At any time between the time that
13   Douglas abused you and the time PPT closed, did
14   you talk with Douglas about what he had done?
15        A.    No.
16        Q.    At any time before PPT closed, did you
17   tell anyone at the school what Douglas had done?
18        A.    No, I didn't tell anyone.  It stayed
19   between Douglas and myself.  I didn't want them
20   to throw me out of the Village.  The Village was
21   my only hope.
22        Q.    After PPT -- well, let me back up.
23              Do you remember the earthquake in
24   Haiti in 2010?
25        A.    Yeah.
```

```
 1              MR. STEWART:  Objection.

 2   BY MR. BABBITT:

 3      Q.    At any time before the earthquake

 4   happened, did you tell anyone that Douglas had

 5   abused you?

 6              MR. STEWART:  Objection.

 7      A.    No.

 8   BY MR. BABBITT:

 9      Q.    Did you ever tell anyone at the

10   Haitian National Police that Douglas abused you?

11      A.    No.

12      Q.    Were you ever interviewed by the

13   Haitian National Police about Douglas?

14      A.    No.  No.

15      Q.    Were you ever interviewed by anyone

16   from the United States Government about Douglas?

17      A.    No.

18      Q.    Do you know Jean Gary?  It's not a

19   name you ever heard before?

20              MR. STEWART:  Objection.

21      A.    I don't remember.  But if you showed

22   me a face.  But I don't know any child at Pierre

23   Toussaint.  There were a lot of children.

24   BY MR. BABBITT:

25      Q.    Did you speak to Cyrus Sibert about
```

Confidential - Subject to Further Confidentiality Review

1    what Douglas did to you?

2         A.    Yeah, it's through Cyrus that I found

3    a lawyer, my lawyers.

4         Q.    What did you tell Cyrus?

5         A.    I told him I was a victim, that

6    Douglas raped me.

7         Q.    How did you -- why did you tell Cyrus?

8         A.    Because I had found child, and he

9    explained to me that Cyrus could help in that

10   situation to find justice, so I went to Cyrus,

11   and he helped me find a lawyer.

12        Q.    What child told you that?

13        A.    I don't remember.

14        Q.    When did you go talk to Cyrus the

15   first time?

16        A.    I met him at the Carenage.  I told him

17   how Douglas had raped me.

18        Q.    When did you meet him at the Carenage?

19        A.    I don't recall, but I met him at

20   Carenage.

21        Q.    Before or after PPT closed?

22        A.    Afterwards.

23        Q.    Before or after the earthquake?

24        A.    After the earthquake.

25        Q.    Has Cyrus Sibert given you any money?

Confidential - Subject to Further Confidentiality Review

```
 1      A.    Yes.

 2      Q.    How many times has he given you money?

 3      A.    He gave me money for two times, during

 4  two times.

 5      Q.    And in the first time that he gave you

 6  money, how much did he give you?

 7      A.    $100.

 8      Q.    When did he give you this money?

 9      A.    First time, first day I met him.

10      Q.    He gave you this money when you met

11  him at Carenage?

12      A.    Yes.

13      Q.    Did he tell you why he was giving you

14  this money?

15      A.    No, he just gave me money.  I went.

16      Q.    Did you ask him for the money?

17      A.    No.

18      Q.    What did you use the money for?

19      A.    I bought food, I bought food that

20  could help me pay, you know, my debts.

21      Q.    The $100 that Cyrus gave you, was that

22  US dollars?

23      A.    Yes.

24            THE TRANSLATOR:  Could we have a break

25  in five minutes, please?
```

```
 1              MR. BABBITT:  Sure.  You can break
 2   now, if you like.
 3              THE VIDEOGRAPHER:  Going off the
 4   record.  The time is 2:18.
 5              (Whereupon, a recess was taken.)
 6              THE VIDEOGRAPHER:  Back on the record.
 7   The time is 2:27.
 8   BY MR. BABBITT:
 9      Q.    When was the second time that Cyrus
10   gave you money?
11      A.    I don't remember, but Cyrus gave me
12   money a second time also.
13      Q.    Was it this year, 2015?
14      A.    I don't remember.  Just simply that it
15   was to come here.  Cyrus wasn't in Haiti there,
16   so Mathieu gave me $100 so I could buy food,
17   clothes, and a suitcase so I could come here.
18      Q.    Did Mathieu get the money from Cyrus?
19              MR. STEWART:  Objection.
20      A.    I don't know where Mathieu got the
21   money.  Cyrus wasn't there.  I don't know if he
22   got it from Cyrus.  Just that Mathieu gave me
23   $100 so I could buy clothes, a suitcase, and
24   food so I could come here.
25      Q.    Did you ask Mathieu for the money?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.    No.   It's just Mathieu who gave me

 2   money so I could buy clothes, suitcase, things

 3   for the feet, shoes, and food so I could come

 4   here.

 5        Q.    How did Mathieu know that you were

 6   coming here?

 7              MR. STEWART:  Objection.

 8        A.    They have a relationship with Cyrus.

 9   When Cyrus isn't there, Mathieu replaces him.

10   BY MR. BABBITT:

11        Q.    What is Mathieu's full name?

12        A.    I don't know.  I just know his name is

13   Mathieu.

14        Q.    Was that second time that you got

15   money, the time you got money from Mathieu, was

16   that in US dollars?

17        A.    Yes.

18        Q.    Do you know anybody else who got money

19   from Cyrus Sibert?

20              MR. STEWART:  Objection.

21        A.    I don't know.

22   BY MR. BABBITT:

23        Q.    Do you know anybody else who got money

24   from Mathieu?

25              MR. STEWART:  Objection.
```

Confidential - Subject to Further Confidentiality Review

```
 1       A.    I don't know.

 2  BY MR. BABBITT:

 3       Q.    Was anybody else with you when you got

 4  money from Mathieu?

 5       A.    No.

 6       Q.    Have you ever gotten money from

 7  Mathieu any other time?

 8       A.    Just when I was coming here.

 9       Q.    Did you talk to Mathieu about this

10  deposition?

11       A.    No.

12       Q.    Did you talk to Cyrus about this

13  deposition?

14       A.    No.

15       Q.    Did Cyrus tell you why he gave you

16  money the first time?

17             MR. STEWART:  Objection.

18       A.    I don't know.

19  BY MR. BABBITT:

20       Q.    Did Mathieu tell you why he was giving

21  you money?

22       A.    No.  He gave me money so I could buy

23  clothes.

24             (Power outage.)

25             MR. BABBITT:  Back on the record after
```

Confidential - Subject to Further Confidentiality Review

```
1    a power outage.  The time is 2:39.

2    BY MR. BABBITT:

3        Q.    When Cyrus gave you $100, did you tell

4    Cyrus you would pay him back?

5        A.    No.

6        Q.    Did Cyrus tell you that you would pay

7    him back?

8        A.    No, no.  He gave me the money.  Cyrus

9    has a good heart, sensitive heart.  He, Cyrus,

10   doesn't like when people suffer, he doesn't like

11   this type of abuse.

12       Q.    When Mathieu gave you $100, did you

13   promise Mathieu to pay it back?

14       A.    Just that he gave me -- he gave the

15   money so I could buy clothes, a suitcase, things

16   for my feet.  And he just accompanied me to

17   here.  And when he told me that Cyrus was in

18   Santiago, he was waiting for us in Santiago, so

19   he would meet us there.  When I got to Santiago,

20   I saw Cyrus there.

21       Q.    When Mathieu gave you the $100, did

22   you tell Mathieu you would pay it back?

23       A.    No, no.

24       Q.    Did Mathieu travel with you from

25   Cap-Haïtien to Santiago?
```

Confidential - Subject to Further Confidentiality Review

```
 1       A.     From Cap-Haïtien to Santiago.

 2       Q.     Cyrus met you in Santiago?

 3       A.     Yeah, when we got there we went down,

 4   and we really saw Cyrus in Santiago, and Cyrus

 5   brought us here.

 6       Q.     How long did that trip take from

 7   Santiago to here?

 8       A.     I can say it was quite a long time.  I

 9   was in a car for a long time.

10       Q.     The trip from Santiago to Puerto Plata

11   you made in a car?

12       A.     Yes.

13       Q.     Whose car?

14       A.     The same bus.  It's the same bus where

15   I go to Santiago.  I went from the bus from

16   Cap-Haïtien to Santiago.  When I got downtown to

17   go to Santiago, I got down, and I took another

18   bus all the way to Puerto Plata.

19       Q.     And Cyrus rode on the bus with you all

20   the way from Santiago to Puerto Plata?

21       A.     Yes.

22       Q.     And Mathieu rode on the bus from

23   Cap-Haïtien to Santiago with you?

24       A.     Yeah, Mathieu accompanied us also from

25   Santiago to Puerto Plata, Cyrus was there,
```

Confidential - Subject to Further Confidentiality Review

```
 1   Mathieu also.

 2        Q.   Did you know anyone else on the bus

 3   from Santiago to Puerto Plata?

 4        A.   It's simple.  When I was on my way to

 5   here, I didn't know who was going to take part

 6   in the trip with me.  When I got -- I got to see

 7   that it was three of my other colleagues from

 8   Cap-Haïtien to Santiago, we were five.  In

 9   Santiago, Cyrus was there, so we became -- there

10   were six of us, and all six of us got here.

11        Q.   Do I recall you telling us that you

12   made your First Communion in 2006?

13             MR. STEWART:  Objection.

14        A.   Yeah, I remember.

15   BY MR. BABBITT:

16        Q.   Before you made your First Communion,

17   did you participate in classes relating to the

18   First Communion?

19        A.   Rephrase the question, please.

20        Q.   Before you made your First Communion,

21   did you attend classes taught by Madame Junie?

22        A.   Yes.  Simply when you're about to do

23   your First Communion, so you do religious

24   studies, so Madame Junie and Madame Calixte,

25   they teach us religion, catechism.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    Was Geffrard Lecenat in your religious

 2   studies class with Madame Junie and Madame

 3   Calixte?

 4             MR. STEWART:  Objection.

 5        A.    I don't remember.

 6   BY MR. BABBITT:

 7        Q.    Do you remember anybody else who was

 8   in those classes with you?

 9             MR. STEWART:  Objection.

10        A.    I don't remember.  There were many of

11   us.

12   BY MR. BABBITT:

13        Q.    How many?

14        A.    I don't remember.  I can't tell you

15   how many.  There was a lot.  We were --

16        Q.    Did you participate in a retreat

17   before your First Communion?

18        A.    Yeah, I believe so.  We go to a

19   retreat, we have a little exam to see how -- if

20   we pass it, then we do our Communion.

21        Q.    Where was the retreat?

22        A.    I don't remember.

23        Q.    Did Geffrard Lecenat attend, go on the

24   retreat?

25             MR. STEWART:  Objection.
```

```
 1        A.    I don't remember.
 2   BY MR. BABBITT:
 3        Q.    When Douglas Perlitz sexually abused
 4   you, do you believe that you broke God's law?
 5        A.    Yeah, because this disgusting, dirty
 6   thing is not written in the bible.  I feel that
 7   I did not respect God's law.
 8        Q.    Where did you learn this law of God
 9   that you believe was broken?
10              THE TRANSLATOR:  Where did you learn
11   this --
12              MR. BABBITT:  God's law that he
13   believes was broken.
14        A.    I just told you, there's nothing
15   written in that -- nothing like that written in
16   the bible, the sexual abuse, it's not written in
17   the bible.
18        Q.    And how did you learn that?
19        A.    Because of my personal experience, it
20   cannot be written in the bible.  This
21   disgusting, dirty thing cannot be written in the
22   bible.
23        Q.    Have you thought about killing
24   yourself as a result of the abuse that Doug
25   Perlitz committed?
```

Confidential - Subject to Further Confidentiality Review

```
 1              MR. STEWART:  Objection.
 2       A.    Yes, every time I thought of that,
 3    every time this comes up in my mind, I have the
 4    pride to kill myself.  I have no value in
 5    society.  Everywhere I go they tease me.  Every
 6    time they tease me, I'm Douglas's woman.  I
 7    can't even go to the beach and bathe in the sea,
 8    every time they say I have a cork in my butt.
 9    When I hear that, I feel the pride to kill
10    myself.
11    BY MR. BABBITT:
12       Q.    When was the first time you thought
13    about killing yourself?
14       A.    The first time was when I went to look
15    for work in construction sector, construction
16    work, all the masons were laughing at me, they
17    were teasing me, they were saying "you're
18    Douglas's woman.  You're a fag.  There's a cork
19    in your butt.  We don't give job to fags."  On
20    that day I was so ashamed.  I lowered my head.
21    Right then I thought I was going to throw myself
22    in a well.  But there was someone there that
23    held me back, but I was ready to commit
24    attempted suicide and kill myself.
25       Q.    Where was the well that you were going
```

Confidential - Subject to Further Confidentiality Review

```
 1    to throw yourself in?
 2         A.    I don't know.  Just when I went out
 3    and I went to find the place where they were
 4    giving work, I felt this pride to throw myself
 5    in the well.
 6         Q.    Who was there who held you back?
 7         A.    As I was about to throw myself,
 8    somebody held me back, but I didn't know that
 9    person, I didn't know what their name was.
10         Q.    What neighborhood were you in?
11         A.    Blue Hills.
12         Q.    And was that where the construction
13    site was that you were trying to get work at?
14         A.    Yeah.
15         Q.    How long after PPT closed did this
16    episode happen?
17         A.    Quite a while, because it's all the
18    way up to now, this makes me feel.
19         Q.    Well, did this happen -- this episode
20    occur before or after the earthquake?
21               MR. STEWART:  Objection.
22         A.    Repeat the question, please.
23    BY MR. BABBITT:
24         Q.    Did you try to throw yourself in the
25    well before or after the earthquake?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.    Before, since the Village closed.

 2        Q.    Have you ever tried to kill yourself

 3   any other time?

 4        A.    Yeah.  This can happen to me,

 5   sometimes I get this pride and I feel like I

 6   want to kill myself.  But I concentrate on the

 7   alcohol, I drink a lot of alcohol.

 8        Q.    Have you ever tried to kill yourself

 9   any other time, other than throwing yourself in

10   the well?

11        A.    Every time, whenever I think about

12   this up to now, it's as if Douglas -- he did

13   that to me, and he put a seal on me, everywhere

14   I go people are teasing me, they say I'm

15   Douglas's woman, that I have a cork in my butt.

16   I can't even go to the beach, and I get pride to

17   kill myself.

18        Q.    Have you had problems with sex as a

19   result of what Douglas Perlitz did to you?

20        A.    Yes, I have problems having sex.

21        Q.    What problems?

22        A.    I can't concentrate.  I feel I'm

23   worthless in society.  I have no value.

24              MR. STEWART:  Hold on.

25              MR. CERRETA:  Just go off the record.
```

Confidential - Subject to Further Confidentiality Review

```
 1                  MR. STEWART:  Just hold on a second.

 2      He'll be done in a second.

 3                  (Interruption for coffee service.)

 4                  MR. STEWART:  Okay.

 5      BY MR. BABBITT:

 6          Q.    What problems do you have having sex

 7      as a result of what Douglas did?

 8          A.    Every time I -- I can't -- I can never

 9      concentrate when I'm having sex.  It's like

10      seeing everything go -- happening again.  That

11      give me problem.  I can't concentrate.

12          Q.    Any other problems?

13          A.    Yes.  Every time I think about that, I

14      can't concentrate, I'm hopeless, hopeless,

15      helpless.  I'm sad.

16          Q.    Do you suffer pain from your lower

17      abdomen as a result of what Douglas did?

18          A.    Yes, all the way to now I have

19      problems holding my pee in.  Only now -- even

20      now I have pain in my genitals because of what

21      Douglas did to me, and the pee is red.

22          Q.    Did that start the day that you were

23      abused by Douglas?

24          A.    After a while I started feeling this

25      pain.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    Have you seen a doctor about this

 2   pain?

 3        A.    No.

 4        Q.    Have you seen a nurse about this pain?

 5        A.    No.

 6        Q.    Have you seen any medical professional

 7   of any kind about this kind of pain?

 8        A.    No.

 9        Q.    How often do you have pink urine?

10        A.    Several times, you know, because of --

11   I'm out of control.  This problem makes me be

12   out of control.  And almost always the pee is

13   red, and also my genitals hurt.

14        Q.    Has a doctor or a nurse ever told you

15   that your pink urine or red urine is related to

16   what Douglas did?

17        A.    No, I never have been to see a doctor

18   yet.

19        Q.    Have you had flashbacks since Douglas

20   Perlitz abused you?

21        A.    Yes, sometimes I'm sleeping, and I

22   wake up, and Douglas is doing this all over to

23   me.

24        Q.    When was the first --

25        A.    All over again to me.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    When was the first time you had a

 2   flashback?

 3        A.    Several times.  Several times.

 4        Q.    You've had flashbacks several times.

 5   When was the first time?

 6        A.    Simply when I sleep that has happened,

 7   that I was sleeping and that has happened.

 8        Q.    How often?

 9        A.    I can't tell you, but several times.

10        Q.    Have you had nightmares since Douglas

11   Perlitz abused you?

12        A.    Yeah, I've always had bad dreams,

13   always having bad dreams.

14        Q.    And are your bad dreams related to

15   Douglas?

16        A.    It's like seeing what he did to me

17   again.  I'm always having bad dreams about that.

18        Q.    Do you dream about that every night?

19        A.    Yes, several times.

20        Q.    You've had -- never mind.

21              When did you last look for work?

22              MR. STEWART:  Objection.

23        A.    I don't know.  I can't tell you.  But

24   when I got there that one day, every mason was

25   laughing at me, teasing me, saying I'm Douglas's
```

 1    woman, I'm a fag.  I can't even go to -- in the

 2    sea because I have a cork in my butt.  I'm so

 3    ashamed.  That day I wanted to throw myself in

 4    the well -- into the well, but somebody held me

 5    back, I didn't have time to do it.

 6    BY MR. BABBITT:

 7        Q.    Who paid for the bus ticket for you to

 8    get to this hotel?

 9        A.    I don't know.  Simply that when I left

10    Haiti, Mathieu was with us on a bus, and we took

11    the bus to get to Santiago.  When we got here,

12    when we got to Santiago, we saw Cyrus, and we

13    got -- we came here with Cyrus.

14        Q.    Have you had any trouble understanding

15    our interpreter this afternoon, or since we

16    changed interpreters this morning?

17        A.    Just that the interpreter this

18    morning, I couldn't understand him.  You are

19    working well.

20        Q.    And you mean the interpreter is

21    working well when you said "you" in that

22    sentence?

23        A.    Yes.

24              MR. STEWART:  We'll stipulate it's not

25    you.

```
 1              MR. BABBITT:  Fair enough.

 2              THE TRANSLATOR:  He needs to pee.

 3              MR. BABBITT:  We can take a break.

 4              THE INTERPRETER:  Going off the

 5    record.  The time is 3:15.

 6              (Whereupon, a recess was taken.)

 7              THE VIDEOGRAPHER:  Back on the record.

 8    The time is 3:21.

 9    BY MR. FOLKMAN:

10       Q.   Good afternoon.  As I told you at the

11    beginning, my name is Ted Folkman, I'm Pere

12    Paul's lawyer.

13              You spoke a lot about being teased and

14    called Douglas's woman, and I want to ask you

15    whether that happens less today than it did just

16    after the time that PPT closed.

17       A.   Up to now.

18       Q.   I understand that you've been teased

19    from the time that PPT closed up until now, is

20    that right?

21       A.   Yes.

22       Q.   And is it as bad now?  Does it happen

23    as often now as it did years ago after the

24    school closed?

25       A.   Yes, the same.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    You talked about that construction job

 2   with the masons.  Do you recall that?

 3        A.    Yeah.

 4        Q.    Did the bosses at that job know who

 5   you were?

 6        A.    Yeah, they used to see me at the

 7   Village going to school.

 8        Q.    So they knew that you had attended the

 9   Village, right?

10        A.    Yes, they saw me going to the Village.

11        Q.    And did they know that Douglas Perlitz

12   had sexually abused you?

13        A.    Just simply that all the children

14   inside, they considered them to be fags.

15        Q.    Because they understood that all the

16   children at the Village had been sexually abused

17   by Douglas Perlitz?

18        A.    Yeah, because everywhere I go they're

19   always teasing me.

20        Q.    But the people who tease you don't

21   know that you yourself have been abused, other

22   than the fact that you were a student at the

23   Village, is that true?

24              MR. STEWART:  Objection.

25        A.    Yeah, they're victims.
```

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. FOLKMAN:

 2       Q.    I want to ask you about something

 3   Mr. Babbitt was asking about earlier.  You said

 4   that you felt that you had violated God's law

 5   because the bible doesn't allow homosexuality.

 6       A.    Yeah, because something like that

 7   cannot be written in God's book.

 8       Q.    And you said that the people at the

 9   construction site told you they wouldn't give

10   you a job because they don't give jobs to, in

11   their words, faggots, is that right?

12       A.    Yeah, as soon as I got there they

13   started laughing and teasing me, and they said

14   they don't give work to fags here.

15       Q.    Do most people that you know in Haiti

16   feel that way about homosexuals?

17       A.    Yeah, everywhere I go they say I'm a

18   fag.

19             THE TRANSLATOR:  I'm sorry, I'm

20   getting tired.  I'm sorry.

21             MR. FOLKMAN:  Do you need a minute?

22             THE TRANSLATOR:  Yeah.

23             MR. FOLKMAN:  Okay.  Why don't you

24   read that answer, if you can, and then we'll

25   take a break.
```

Confidential - Subject to Further Confidentiality Review

```
 1              THE TRANSLATOR:  Okay.
 2      A.    Whenever you're a fag you have no more
 3  value.  I have no more value.  It's like a
 4  walking banana that you throw away, it has no
 5  more value.
 6              MR. FOLKMAN:  Why don't we take a
 7  break.  And let me know when you're ready, okay,
 8  Nathalie?
 9              THE TRANSLATOR:  Yes.
10              THE VIDEOGRAPHER:  Going off the
11  record.  The time is 3:28.
12              (Whereupon, a recess was taken.)
13              THE VIDEOGRAPHER:  Back on the record.
14  The time is 3:41.
15  BY MR. FOLKMAN:
16      Q.    Mr. Jean, do you know any homosexuals?
17      A.    I don't know.  I just know that I'm a
18  victim.
19      Q.    Have you ever heard anybody in Haiti
20  say that "we shouldn't tease or punish men who
21  have sex with men"?
22      A.    Repeat the question, please.
23      Q.    Sure.
24              Have you ever heard anybody in Haiti
25  say that "we should allow men to have sex with
```

Confidential - Subject to Further Confidentiality Review

```
 1   men without looking down on them"?

 2        A.   There's no law written like that for

 3   Haiti.

 4        Q.   Meaning you've never heard anybody say

 5   that?

 6        A.   No.

 7        Q.   Do you believe that people can be made

 8   homosexual, or do you believe that they are born

 9   homosexual?

10             MR. STEWART:  Objection.

11        A.   Repeat the question, please.

12   BY MR. FOLKMAN:

13        Q.   Do you believe that people are born as

14   homosexuals, or that they can be made into

15   homosexuals?

16        A.   After that they force them to become

17   fags.  Douglas forced me to do that.  He forced

18   me, I didn't want to.

19        Q.   And do you feel like you still are, in

20   your words, a fag?

21             MR. STEWART:  Objection.

22        A.   Yeah, up to now, because the

23   circumstances up to now, everywhere I go I'm

24   Douglas's woman, I'm a fag.  I can't go to the

25   beach and swim because I have a cork up my ass.
```

Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. FOLKMAN:

 2       Q.    And part of the reason you think

 3   you've been injured by Douglas Perlitz is that

 4   you feel that way about yourself now, is that

 5   true?

 6             MR. STEWART:  I'm going to object.

 7   That doesn't make any --

 8             THE TRANSLATOR:  Part of the reason

 9   you think you were injured --

10             MR. FOLKMAN:  Do you want me to

11   rephrase it, Mike?

12             MR. STEWART:  Yes.  I don't understand

13   what you're asking.

14   BY MR. FOLKMAN:

15       Q.    Part of the reason you think Douglas

16   Perlitz has injured you is that you feel that

17   after he abused you, you are a masisi, is that

18   true?

19       A.    Yeah, I have no value.  Everywhere I

20   go they are teasing me.  It's like a person they

21   throw out, no value.

22       Q.    As far as you know, do most Haitian

23   people feel the same way you do about that?

24             MR. STEWART:  Objection.

25       A.    Repeat the question.
```

Confidential - Subject to Further Confidentiality Review

1    BY MR. FOLKMAN:

2        Q.    As far as you know, do most Haitian

3    people feel that once you've been sexually

4    abused by a man you've become a masisi?

5              MR. STEWART:   Objection.

6        A.    Yes.

7    BY MR. FOLKMAN:

8        Q.    I want to direct your attention to

9    your answer to Number 37 in the exhibit that you

10   have in front of you.   And your lawyer will

11   point you to it.

12             The question that we asked, just to

13   summarize it, was whether you felt your earning

14   capacity, your ability to earn money, had been

15   lessened by the fact that you had been abused.

16   And the first part of your answer was "When the

17   Project Pierre Toussaint closed, I was unable to

18   finish my education."

19       A.    Yes.

20       Q.    And my question is, why is it that

21   when PPT closed you were unable to finish your

22   education?

23       A.    I didn't have the possibility.  My

24   parents didn't have the possibility either.

25       Q.    You mean you couldn't -- I'm sorry.

Confidential - Subject to Further Confidentiality Review

1      A.    Now, when the Village closed, that

2    made me suffer a lot.  I couldn't continue with

3    my dreams.  All my life was concentrated on the

4    Village, that was my hope.

5      Q.    PPT was not charging you for an

6    education, right?

7            MR. STEWART:  Objection.

8      A.    No, it was only simply that they were

9    giving us help, assistance so we could find

10   education and food.

11   BY MR. FOLKMAN:

12     Q.    And if PPT hadn't been there at all,

13   you wouldn't have been able to afford to go to

14   school at all, right?

15           MR. STEWART:  Objection.

16     A.    No, because I didn't have the

17   possibility, and my parents didn't have the

18   possibility either.

19   BY MR. FOLKMAN:

20     Q.    And you don't know of any other school

21   that was willing to educate you for free after

22   PPT closed, right?

23     A.    No.

24     Q.    You said that you never saw Pere Paul

25   at Rue 13, right?

Confidential - Subject to Further Confidentiality Review

```
 1       A.    No.  When I was at Rue 13, I never saw

 2  Father Paul.  I saw Father Paul at the Village.

 3       Q.    Did you ever see him anywhere other

 4  than the Village?

 5       A.    It's inside the Village, that's where

 6  I saw him.

 7       Q.    Right.  And my question is, you never

 8  saw him anywhere else, right?

 9       A.    Only inside.

10       Q.    Okay.  When you saw Pere Paul at the

11  Village, what did you see him doing?

12       A.    He comes there, he comes to -- while I

13  was about to do my First Communion, Father Paul

14  was there.  He had this robe on him.  Every

15  month of December for Christmas Father Paul was

16  there with the other staff, and Madame Carter.

17  They used to give us tennis shoes, and one time

18  they gave us a little T-shirt, Fairfield

19  University T-shirt.

20       Q.    Okay.  So you saw him giving out

21  tennis shoes and you saw him giving out

22  T-shirts, and you saw him at your First

23  Communion.

24             Did you ever see him doing anything

25  else?
```

1      A.    Father Paul is always there.  Douglas

2  used to talk to us about Father Paul, he says

3  he's important for the Village.

4      Q.    Okay.  My question is, did you ever

5  see Pere Paul doing anything other than giving

6  out tennis shoes, giving out T-shirts, and being

7  at your First Communion?

8           Do you understand the question?

9           MR. STEWART:  Objection.

10     A.    Simply that he comes to talk to

11  Douglas, he always -- Douglas always says that

12  Father Paul, Madame Carter, and University of

13  Fairfield are important for the Village.

14  BY MR. FOLKMAN:

15     Q.    Did your speak with Pere Paul?

16     A.    Say it again?

17     Q.    Did you ever speak with Pere Paul?

18     A.    I've never spoken to him, with Father

19  Paul.  He doesn't speak Creole.  Just that

20  simply, Douglas tells us Father Paul, Madame

21  Carter, and University of Fairfield are

22  important for the Village.

23     Q.    Did you ever see Douglas speaking with

24  Pere Paul?

25     A.    Yeah, they have little conversations,

```
 1    but I don't know, I don't speak English.

 2         Q.    So you don't understand anything that

 3    you may have heard Douglas say to Pere Paul or

 4    Pere Paul say to Douglas?

 5              MR. STEWART:  Objection.

 6         A.    Yeah, Douglas always told us that

 7    these people are important for the Village.

 8    He -- these people always encourage us to work

 9    very hard in school.  Madame Carter used to tell

10    us that any child, he has access to -- he can

11    send us to Fairfield University, he has access

12    to that university.  If a child works hard, that

13    child, he has access to the University of

14    Fairfield.

15    BY MR. FOLKMAN:

16         Q.    Let me ask my question one more time,

17    and please listen carefully, okay?

18              Could you ever understand anything

19    that Douglas said to Pere Paul?

20              MR. STEWART:  I'm going to object.

21              I think he answered that question,

22    sir.

23              MR. FOLKMAN:  I think he answered a

24    different question.  Let me just ask it one more

25    time and make sure we've got it.
```

```
 1              MR. STEWART:  Same objection.

 2   BY MR. FOLKMAN:

 3        Q.    One more time.

 4        A.    One more time.

 5        Q.    Okay.  Could you ever understand

 6   anything that Douglas said to Pere Paul?

 7        A.    Yeah, I couldn't understand.  He told

 8   us Father Paul was important for the Village.

 9        Q.    Okay.  I'm not asking you, sir, what

10   Douglas told you.  I'm asking if you ever

11   understood anything that Douglas told Pere Paul.

12        A.    No.  I couldn't understand.  I don't

13   speak English.  Just that when Father Paul would

14   come, Douglas would present him and say he's

15   important for the Village.

16        Q.    Okay.  And also you could never

17   understand anything that Pere Paul said to

18   Douglas?

19        A.    I don't understand, because I don't

20   speak English.

21        Q.    Okay.

22        A.    Just that Douglas used to tell us that

23   Father Paul was important for the Village.

24        Q.    Okay.  You said you had been to Bel

25   Air only one time, right?
```

```
 1        A.    Yes.

 2        Q.    And when you go to Bel Air, Douglas

 3   asked you who had explained to you how to get to

 4   Bel Air, right?

 5        A.    Yes, just said to Robinson.

 6        Q.    So Robinson explained how to get

 7   there, right?

 8        A.    Yes.

 9        Q.    Okay.  Was Pere Paul the priest who

10   administered the First Communion to you?

11        A.    Yes.

12        Q.    Was there a Haitian priest there also?

13        A.    There was a Haitian priest.

14        Q.    I'd like to mark a document.  You said

15   you didn't remember somebody, but you might if

16   you see a photo.  I want to show you a photo and

17   see if you remember.

18              (Whereupon, Exhibit Number 2, 9/9/13

19              e-mail, Bates RBC002282 through 2290,

20              was marked for identification.)

21   BY MR. FOLKMAN:

22        Q.    So I'm going to hand you what's marked

23   as Exhibit 2.  And because it's not stapled, I

24   just want the record to reflect that it's five

25   sheets of paper, we'll have it stapled later.
```

Confidential - Subject to Further Confidentiality Review

```
 1              And I'd like you to look, please, at
 2   the back of the first page which has the number
 3   2283 on the top.  And I'd like you to look at
 4   the top picture on that page, and I'd like you
 5   to tell me if that's Jean Gary.
 6              MR. STEWART:  Which one at the top?
 7              MR. FOLKMAN:  The first picture on
 8   that page that I referenced.
 9              MR. STEWART:  Excuse me.  I'm sorry.
10   The one ending in 040?
11              THE TRANSLATOR:  2283.
12              MR. FOLKMAN:  This fellow right here,
13   yes (indicating).
14              MR. STEWART:  Can I just ask, are you
15   going to ask him about each person on all these
16   pages?
17              MR. FOLKMAN:  No.  But I might use it
18   tomorrow, so I'd rather keep the document
19   together.
20              MR. STEWART:  If you're marking it for
21   his deposition, how are you going to use it
22   tomorrow?
23              MR. FOLKMAN:  Well, I'll refer to it
24   by number and we'll remark it.
25              MR. STEWART:  What's it going to be
```

```
 1   attached to?

 2           MR. FOLKMAN:  We'll make a photocopy.

 3   I don't know.

 4           MR. STEWART:  We need to know, Ted.

 5   You need to figure out how you're going to use

 6   this.  If you're attaching it to his exhibit

 7   how, do you plan to use it tomorrow?  Are you

 8   going to take it back out of the record and make

 9   another and have copies made?

10           MR. FOLKMAN:  I suppose I'll say "take

11   a look at Exhibit 2 to the Jean deposition."  Is

12   that going to work for you?

13           MR. STEWART:  It's not normally how

14   it's --

15           MR. FOLKMAN:  Okay.

16           MR. STEWART:  Normally you would bring

17   copies of what you want to use, and you would

18   mark them for each instead of pulling them out

19   of depositions --

20           MR. FOLKMAN:  Yes.

21           MR. STEWART:  -- and reattaching

22   them --

23           MR. FOLKMAN:  Yes.

24           MR. STEWART:  -- and referencing them.

25           MR. FOLKMAN:  Yes.  Okay.
```

```
 1              MR. STEWART:  But that's not how

 2    you're going to do it?

 3              MR. FOLKMAN:  Well, do you want to

 4    have a colloquy about this?  I didn't intend to

 5    use this.  Since he said he didn't know the name

 6    and might recognize a photo, I want to show it

 7    to him.

 8              MR. STEWART:  I don't want to have a

 9    discussion about it, but I am asking the

10    question why are we marking five pages if you're

11    only asking for one.  You can certainly do

12    whatever you want.  I apologize.

13    BY MR. FOLKMAN:

14        Q.    Okay.  We're looking at this

15    photograph here, sir, at the top of the page.

16    Is that Jean Gary?  This one right here

17    (indicating).

18              MR. STEWART:  This guy right here, do

19    you know who this guy is?

20        A.    Yeah.

21    BY MR. FOLKMAN:

22        Q.    That is Jean Gary?

23        A.    He has another name, Schoubert.

24        Q.    And when was the last time you spoke

25    with him?
```

Confidential - Subject to Further Confidentiality Review

1        A.    I don't know.  Since the Village

2    closed, I never spoke to him again.

3        Q.    You haven't spoken to him since the

4    Village closed?

5        A.    Yes.  Since the Village closed, I've

6    never seen him again.

7        Q.    Okay.

8             MR. STEWART:  Wait, I don't -- is

9    this, is his name -- do you know this is Jean

10   Gary, Jean Gary?  Not by another name, but as

11   Jean Gary?

12       A.    Yes, it's Jean Gary.  But he has

13   another name, Schoubert.

14            MR. STEWART:  Okay.

15            MR. FOLKMAN:  Maureen, I'm going to

16   hand this over to you.

17   BY MR. FOLKMAN:

18       Q.    You said that you used some of the

19   money that you got from Mathieu to pay debts.

20   What debts were those?

21       A.    Sometimes I buy credit.

22       Q.    And would you buy food on credit, or

23   what would you buy?

24       A.    Yeah, yeah.  I borrow also.

25       Q.    Okay.  And of the $100 that you got

Confidential - Subject to Further Confidentiality Review

```
 1    from Mathieu, how much of it did you spend on

 2    the clothes and the shoes and the suitcase that

 3    you needed to come here?

 4         MR. STEWART:  Objection.

 5    A.    Just that Mathieu gave me money to

 6    come here to buy food, shoes, etcetera.

 7    BY MR. FOLKMAN:

 8    Q.    Right.

 9         And did you spend all of the money

10    that he gave you to buy the things that you

11    needed to come here, or did you spend some of it

12    on something else?

13    A.    I spent all.

14         MR. FOLKMAN:  Okay.  I've got nothing

15    else.  Thank you.

16         (Pause.)

17    BY MR. CERRETA:

18    Q.    Good afternoon, sir.  My name is John

19    Cerreta, I'm a lawyer for Fairfield University.

20         Earlier today you mentioned that you

21    had received a Fairfield University T-shirt

22    while you were a student at the Village, is that

23    right?

24    A.    Yes, a little T-shirt.

25    Q.    And was it Father Paul and Madame
```

Confidential - Subject to Further Confidentiality Review

```
 1   Carter that had brought down that T-shirt?

 2       A.    Yes.

 3       Q.    Was that around Christmastime?

 4       A.    Yeah, after they gave us the tennis

 5   shoes, they gave us a little T-shirt with

 6   Fairfield University written on it.

 7       Q.    Were those Christmas presents?

 8       A.    Yeah.

 9       Q.    I think you also testified that you

10   had been told while you were a student at the

11   Village that every child, if they worked hard,

12   could have a chance to go to Fairfield

13   University, is that right?

14       A.    Yes, once school is -- you're

15   finished, Madame Carter and Father Paul said

16   they had access to Fairfield University, and any

17   child could learn whatever she wants -- he

18   wants.

19       Q.    Who was it that said that?  Who was it

20   that told you that?

21       A.    Father Paul, Madame Carter.  And also

22   one day we were gathered in the chapel, Madame

23   Carter, Douglas, and all the staff was there,

24   Madame Carter said any child who finishes

25   school, whatever he wants to learn, she has
```

Confidential - Subject to Further Confidentiality Review

```
 1    access to Fairfield University, and he can learn

 2    whatever he wants.

 3         Q.   Was Madame Carter speaking to you in

 4    Creole when she said this?

 5         A.   No, she doesn't speak Creole.  But

 6    Douglas and Robinson were there, and Douglas was

 7    translating.

 8         Q.   Okay.  I think you also testified that

 9    you had been told that Fairfield University was

10    very important for the project, is that right?

11         A.   It is true.  Douglas used to tell us

12    that, and also Madame Carter, that Fairfield is

13    important for the Village.

14         Q.   Did they tell you why Fairfield was

15    important for the Village?

16         A.   Fairfield was backing up the project.

17    Douglas used to tell us about Fairfield, that

18    Fairfield was important for the Village.  He

19    said we won't have any problems when you finish

20    school, you have access, you can go to

21    Fairfield.

22         Q.   When he said that Fairfield was

23    backing up the project, did that mean Fairfield

24    was providing money for the project?

25              MR. STEWART:  Objection.
```

```
 1        A.    I don't know.  Simply that Douglas

 2   told us that Fairfield was important for the

 3   Village.

 4   BY MR. CERRETA:

 5        Q.    Did Douglas tell you anything else

 6   about Fairfield University?

 7        A.    No, simply that Fairfield was

 8   important for the Village.  Madame Carter told

 9   us "you won't have any problems when you finish

10   school, when you finish school we have access,

11   you can go to Fairfield."

12        Q.    While you were a student at PPT, did

13   anybody tell you anything else about Fairfield

14   University?

15             THE TRANSLATOR:  Can you repeat the

16   question, please?  While you were a student

17   at --

18   BY MR. CERRETA:

19        Q.    Did anybody tell you anything else

20   about Fairfield University?

21             MR. STEWART:  Objection.

22        A.    Just simply that Madame Carter,

23   Douglas, and Father Paul used to tell us that

24   Fairfield University is important for the

25   Village.
```

```
 1   BY MR. CERRETA:

 2       Q.   So aside from what you've told me

 3   already, and also leaving aside anything your

 4   attorneys might have talked about with you, has

 5   anybody ever told you anything else about

 6   Fairfield University?

 7       A.   Just that Father Paul, Madame Carter,

 8   and Douglas told us that Fairfield was important

 9   for the Village.

10       Q.   Right.

11            MR. CERRETA:  Thank you, sir.

12   BY MS. KNIGHT:

13       Q.   Hello.  I introduced myself earlier,

14   but my name is Lydia Knight, and I just have a

15   few questions for you.

16            What do you like to do during the day?

17       A.   After all the things Douglas did to me

18   I can't concentrate.  I have problems

19   concentrating.

20       Q.   Do you like to spend time with your

21   girlfriend?

22       A.   I can tell you that I cannot

23   concentrate.  Because of what Douglas did, I

24   have no value, so I can't concentrate.

25   Everywhere I go they call me -- they say I'm
```

```
 1    Douglas's woman, I'm a fag, I have a cork in my

 2    butt, so I can't concentrate.

 3         Q.    I think you told us that you currently

 4    have a girlfriend, is that right?

 5              MR. STEWART:  Objection.

 6         A.    Yes.

 7    BY MS. KNIGHT:

 8         Q.    When do you see her?

 9         A.    I can't tell you when we meet.  She's

10    my girlfriend, at any time we can meet.

11         Q.    When you meet, what do you do?

12         A.    Sometimes I can't concentrate.

13         Q.    Do you play cards together?

14         A.    No.

15         Q.    Do you ever watch any sports together?

16         A.    What is sports?

17         Q.    Like soccer, baseball, football?

18         A.    No, just we talk.

19         Q.    What else do you do besides talk?

20         A.    We talk.  And since it's my

21    girlfriend, everything I tell her she has to

22    agree with.

23              MR. STEWART:  Very different than in

24    America, even more so once you get married.

25              You okay?
```

BY MS. KNIGHT:

    Q.   Is there anything else that you two like to do together?

    A.   Just that.

    Q.   Is there anything else that you like to do?  Do you play any soccer, basketball?

    A.   No, I can't concentrate.  This gives me such problems, I can't concentrate on anything.

    Q.   I think you told us that you came here with some other people who were in the Dominican to testify, is that right?

    A.   The kids I came with.

    Q.   Yes.  Are they staying here at the hotel as well?

    A.   Yes, that's where we came down.

    Q.   Are you sharing a room with someone here at the hotel?

    A.   Yes.

    Q.   Who are you sharing a room with?

    A.   Emile.

    Q.   Did you talk to Emile about his deposition?

    A.   No.

    Q.   Have you talked to Emile about the

```
1    case that you've brought?

2        A.    No, no.

3        Q.    Have you talked to any of the

4    Plaintiffs about the abuse that you suffered?

5        A.    Repeat the question, please.

6        Q.    Let me try it a different way.

7              Did you talk to Emile at all about the

8    case that you brought about the abuse?

9        A.    No.

10       Q.    Did you ever tell anyone, other than

11   your attorneys or any of their representatives,

12   about the abuse by Doug, Douglas?

13       A.    No, that stays a secret inside of me.

14       Q.    Do you do anything now to get money?

15       A.    Yeah, behind cars worker.  I wash

16   cars.  I make 300 gourdes sometimes, but

17   sometimes there are days where I have nothing.

18       Q.    So some days you work, some days you

19   don't, is that right?

20       A.    Yes.

21       Q.    What do you mean you work behind cars?

22   Can you explain that to me a little bit?

23             MR. STEWART:  One moment.

24             (Off the record discussion.)

25       A.    So I helped the driver find riders,
```

```
 1    people climb on, I get the money, when I collect

 2    the money I give the money to the driver.

 3    BY MS. KNIGHT:

 4        Q.    Other than what you've already told us

 5    that you saw Pere Paul, did you see other

 6    priests while you were at PPT?

 7              THE TRANSLATOR:  Can you repeat the

 8    question, please?

 9        Q.    Other than Pere Paul, were there other

10    priests at PPT?

11        A.    Simply I saw Sylvester.  I only saw

12    Sylvester.

13        Q.    And you already told us about that, is

14    that right?

15        A.    Yeah, I told you, I saw Sylvester,

16    Father Paul.

17        Q.    Were there other -- any other priests

18    that you saw at PPT?

19        A.    I didn't see any other.  I used to see

20    Father Paul, and then I saw Sylvester.  I

21    haven't seen any other priest.

22        Q.    Do you need to take a break?

23              THE TRANSLATOR:  Let's finish.

24              MS. KNIGHT:  He just --

25              THE TRANSLATOR:  Him?  Okay.
```

Confidential - Subject to Further Confidentiality Review

1      A.    Yes, a little pause, please.

2            THE VIDEOGRAPHER:  Going off the

3      record.  The time is 4:33.

4            (Whereupon, a recess was taken.)

5            THE VIDEOGRAPHER:  Back on the record.

6      The time is 4:41.

7      BY MS. KNIGHT:

8      Q.    What did you do to get ready for

9      today, other than speaking with your attorneys

10     or meeting with any of their -- any of your

11     attorneys or their representatives?

12     A.    I can tell you that when they call me

13     for this deposition, I really appreciated that,

14     for all the abuse Douglas did to me and abuse I

15     was confronted with in my life, I have pride in

16     coming here.  I'm proud of everything I said,

17     and I stand by it.

18     Q.    Did you talk to anyone, other than

19     your attorneys or any of their agents or

20     representatives, about your deposition before

21     coming here today?

22     A.    No, just my lawyers.

23     Q.    Did you tell your parents where you

24     were going?

25     A.    No, I just told them "I'm going out.

```
 1    It could be a week before I come back."
 2         Q.    And what did they say?
 3         A.    My mother was really crying.  I'm
 4    going to miss her a lot, she's going to miss me
 5    a lot, because I'm going to be one week out.
 6              MS. KNIGHT:  Thank you.  I don't have
 7    any other questions.
 8              MR. STEWART:  Prior to Ms. Knight I
 9    think was when Ted Folkman asked some questions,
10    and he produced some documents that have been
11    Bates stamped RBC228283, 84, 85, 86, 87, 88, 89,
12    and 90.  They appear to be some other form of
13    production that none of us remember seeing.  And
14    to the extent that we have -- I think we've
15    asked -- in our production, I think these
16    documents would have been included, but to the
17    extent that they have not we'll be sending out a
18    supplemental.  I understand these are going to
19    be attached to the record.
20              MR. FOLKMAN:  Sure.
21              MR. STEWART:  But to the extent that
22    there's more of this type of pictures of our
23    clients and IDs, we'd like copies of those
24    pictures of our clients.  So we'll follow it up
25    with a formal request, but just know that that's
```

```
 1   something that we're looking for.
 2           MR. FOLKMAN:  Sure.  And I believe
 3   that they have been produced.
 4           MR. STEWART:  Okay.
 5           MR. FOLKMAN:  These are documents that
 6   came from the subpoena to Paul Kendrick's
 7   employer.  But if they haven't been, we'll
 8   certainly produce them.
 9           MR. STEWART:  Okay.  Thank you.
10   Appreciate it, Ted.
11   BY MR. KENNEDY:
12       Q.   Good afternoon, Mr. Ilguens.  We met
13   earlier this morning.  I'm Jeff Kennedy, I
14   represent Hope Carter.
15           It's my understanding from your
16   earlier testimony that you never saw Madame
17   Carter at Rue 13, is that correct?
18       A.   No, simply inside the Village, that's
19   where I saw her.
20       Q.   Okay.  And how many times did you see
21   her at the Village, sir?
22       A.   I can't tell you, but she has come
23   several times.
24       Q.   Okay.  And did you ever speak to
25   Madame Carter?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.    I have never spoken to Madame Carter.

 2   She doesn't speak Creole.

 3        Q.    And you don't speak English, do you,

 4   sir?

 5        A.    No.

 6        Q.    And you don't understand spoken

 7   English, do you, sir?

 8        A.    No.

 9        Q.    Okay.  Several times in questioning

10   from the other attorneys you used the phrase

11   "Madame Carter used to tell us."  Do you

12   remember saying that, sir?

13              MR. STEWART:  Objection.

14        A.    Yeah.

15   BY MR. KENNEDY:

16        Q.    I'm trying to understand, sir, you

17   don't understand English, correct?

18        A.    No.

19        Q.    So how could you understand what

20   Madame Carter said?

21        A.    Douglas used to be there, Robinson

22   also, they used to translate.

23        Q.    Okay.  So they translated?

24        A.    Yes.  When Madame Carter would come,

25   Douglas would be there, and Robinson would be
```

Confidential - Subject to Further Confidentiality Review

```
 1    there, they would translate.

 2        Q.    And did you ever hear Madame Carter

 3    speaking with Doug Perlitz?

 4        A.    I've seen them standing there talking,

 5    but I don't know what they said because I don't

 6    talk to them.

 7        Q.    Okay.  Sir, when you did see Madame

 8    Carter at the Village, what sort of things was

 9    she doing?

10        A.    Madame Carter, every month of December

11    she would be there for Christmas, she would give

12    us shoes.  Douglas, Father Paul, and the entire

13    staff were there.  One day they give us a little

14    T-shirt with Fairfield on it, they would

15    encourage us to go to school.

16              After that, for the big vacation, she

17    would come with visitors, she would wish us to

18    have good vacation, and the visitors would play

19    with us, would play basketball with us.

20        Q.    Was Madame Carter nice to you, sir?

21              MR. STEWART:  Objection.

22        A.    I've never spoken to Madame Carter.

23    Madame Carter doesn't speak Creole.

24    BY MR. KENNEDY:

25        Q.    Can you describe Madame Carter for me
```

```
 1   physically, sir?

 2       A.    She's a little bit like a hunchback.

 3   She always put her pants under her heart.  She

 4   has a little -- she has sort of white hair.  And

 5   she has veins.  And she has a little pouch in

 6   front.

 7       Q.    Sir -- strike that, I'm sorry.

 8             You didn't speak to Emile Jean Pierre

 9   after his deposition, is that correct, sir?

10       A.    No.

11       Q.    So you don't know what he testified

12   to, sir?

13       A.    No, no.

14       Q.    Sir, earlier when you were speaking to

15   Attorney Babbitt, you indicated that you have

16   problems with sex, is that correct, sir?

17       A.    Yeah, I have difficulties

18   concentrating.

19       Q.    Sir, are you and your girlfriend able

20   to have sex?

21       A.    Yeah, sometimes, but I can't

22   concentrate really.

23             MR. KENNEDY:  I don't think I have

24   anything further.  Thank you very much, sir.

25             MR. STEWART:  We're going to sign in
```

Confidential - Subject to Further Confidentiality Review

```
 1   60.

 2               THE VIDEOGRAPHER:  This concludes the

 3   July 31, 2015 deposition of Ilguens Jean.  Going

 4   off the record.  The time is 4:53.

 5               (Whereupon, the deposition was

 6               concluded.)

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1            C E R T I F I C A T E

 2            I, MAUREEN O'CONNOR POLLARD, LSR #473,

 3   RMR, CLR, and Notary Public in and for the State

 4   of Connecticut, do hereby certify that there

 5   came before me on the 31st day of July, 2015,

 6   the person hereinbefore named, who was duly

 7   sworn to testify to the truth of their knowledge

 8   concerning the matters in this cause, and their

 9   examination reduced to typewriting under my

10   direction and is a true record of the testimony.

11            I further certify that I am neither

12   attorney for or related or employed by any of

13   the parties to the action, and that I am not a

14   relative or employee of any attorney or counsel

15   employed by the parties hereto or financially

16   interested in the action.

17            In witness whereof, I have hereunto

18   set my hand and seal this 6th day of August,

19   2015.

20

21   _____

22   MAUREEN O'CONNOR POLLARD, License #473

23   Realtime Systems Administrator, RMR

24   Notary Commission Expires:  10/31/2017

25
```

Confidential - Subject to Further Confidentiality Review

```
 1              INSTRUCTIONS TO WITNESS

 2

 3              Please read your deposition over

 4   carefully and make any necessary corrections.

 5   You should state the reason in the appropriate

 6   space on the errata sheet for any corrections

 7   that are made.

 8              After doing so, please sign the

 9   errata sheet and date it.  It will be attached

10   to your deposition.

11              It is imperative that you return

12   the original errata sheet to the deposing

13   attorney within thirty (30) days of receipt of

14   the deposition transcript by you.  If you fail

15   to do so, the deposition transcript may be

16   deemed to be accurate and may be used in court.

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                  - - - - - -

                  E  R  R  A  T  A

 2                  - - - - - -

 3   PAGE   LINE   CHANGE

 4   ____   ____   _____

 5       REASON: _____

 6   ____   ____   _____

 7       REASON: _____

 8   ____   ____   _____

 9       REASON: _____

10   ____   ____   _____

11       REASON: _____

12   ____   ____   _____

13       REASON: _____

14   ____   ____   _____

15       REASON: _____

16   ____   ____   _____

17       REASON: _____

18   ____   ____   _____

19       REASON: _____

20   ____   ____   _____

21       REASON: _____

22   ____   ____   _____

23       REASON: _____

24   ____   ____   _____

25
```

Confidential - Subject to Further Confidentiality Review

```
 1              ACKNOWLEDGMENT OF DEPONENT
 2
 3          I, _____, do
      Hereby certify that I have read the foregoing
 4    pages, and that the same is a correct
      transcription of the answers given by me to the
 5    questions therein propounded, except for the
      corrections or changes in form or substance, if
 6    any, noted in the attached Errata Sheet.
 7
 8    _____
      ILGUENS JEAN                DATE
 9
10
11
12
13
14
15    Subscribed and sworn
      To before me this
16    _____ day of _____, 20_____.
17    My commission expires: _____
18
      _____
19    Notary Public
20
21
22
23
24
25
```

Confidential - Subject to Further Confidentiality Review

```
 1                    LAWYER'S NOTES

 2      PAGE  LINE

 3      ____  ____  _____

 4      ____  ____  _____

 5      ____  ____  _____

 6      ____  ____  _____

 7      ____  ____  _____

 8      ____  ____  _____

 9      ____  ____  _____

10      ____  ____  _____

11      ____  ____  _____

12      ____  ____  _____

13      ____  ____  _____

14      ____  ____  _____

15      ____  ____  _____

16      ____  ____  _____

17      ____  ____  _____

18      ____  ____  _____

19      ____  ____  _____

20      ____  ____  _____

21      ____  ____  _____

22      ____  ____  _____

23      ____  ____  _____

24      ____  ____  _____

25
```