# Exhibit 42

Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
 2                              Civil Action No.
                                3:13-cv-01132(RNC)
 3   ****************************
     GERVIL ST. LOUIS, a/k/a ST.   Consolidated with:
 4   LOUIS GERVIL,                 3:13-cv-1225-RNC
                                   3:13-cv-1269-RNC
 5                  Plaintiff,     3:13-cv-1437-RNC
                                   3:13-cv-1480-RNC
 6       v.                        3:13-cv-1626-RNC
                                   3:13-cv-1627-RNC
 7   DOUGLAS PERLITZ, FATHER       3:13-cv-1628-RNC
     PAUL E. CARRIER, S.J.; HOPE   3:13-cv-1629-RNC
 8   E. CARTER; HAITI FUND,        3:13-cv-1630-RNC
     INC.; FAIRFIELD UNIVERSITY;   3:13-cv-1631-RNC
 9   THE SOCIETY OF JESUS OF NEW   3:13-cv-1632-RNC
     ENGLAND; SOVEREIGN MILITARY   3:13-cv-1633-RNC
10   HOSPITALLER ORDER OF ST.      3:13-cv-1634-RNC
     JOHN OF JERUSALEM OF RHODES   3:13-cv-1635-RNC
11   AND OF MALTA, AMERICAN        3:13-cv-1636-RNC
     ASSOCIATION, U.S.A.; a/k/a    3:13-cv-1637-RNC
12   ORDER OF MALTA, AMERICAN      3:13-cv-1638-RNC
     ASSOCIATION, U.S.A.; JOHN     3:13-cv-1639-RNC
13   DOE ONE; JOHN DOE TWO; JOHN   3:13-cv-1640-RNC
     DOE THREE; JOHN DOE FOUR;     3:13-cv-1641-RNC
14   JOHN DOE FIVE; JOHN DOE SIX   3:13-cv-1642-RNC
     and JOHN DOE SEVEN,           3:13-cv-1644-RNC
15                                 3:13-cv-1645-RNC
                    Defendants.    3:13-cv-1647-RNC
16                                 3:13-cv-1648-RNC
                                   3:13-cv-1701-RNC
17                                 3:13-cv-1767-RNC
                                   3:13-cv-1768-RNC
18                                 3:13-cv-1769-RNC
                                   3:13-cv-1881-RNC
19                                 3:13-cv-1904-RNC
                                   3:13-cv-1906-RNC
20                                 3:13-cv-1907-RNC
     ****************************
21   This document applies to:
     All of the above referenced cases
22   And those to be filed
     ****************************
23   CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
                VIDEOTAPED DEPOSITION OF
24              JHEEMPSON BRISMAC JOSEPH
25              Tuesday, September 29, 2015
```

**Exhibit 42**

Confidential - Subject to Further Confidentiality Review

1

2              VIDEOTAPED DEPOSITION OF

3              JHEEMPSON BRISMAC JOSEPH

4

5

6

7

8    Held At:

9         Barcelo Puerto Plata

10        Carretera Luperón, km 5, Puerto Plata 547

11        Dominican Republic

12

13

14   REPORTED BY:

15   Maureen O'Connor Pollard, RMR, CLR, LSR #473

16   Realtime Systems Administrator

17

18

19

20

21

22

23

24

25

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFF:

 3         MITCHELL GARABEDIAN, ESQ.

 4         LU XIA, ESQ.

 5             LAW OFFICES OF MITCHELL GARABEDIAN

 6             100 State Street, Sixth Floor

 7             Boston, Massachusetts 02109

 8             617-523-6250

 9             garabedianlaw@earthlink.com

10             lxia@garabedianlaw.com

11                 -and-

12         ELLYN H. HURD, ESQ.

13             SIMMONS HANLY CONROY

14             112 Madison Avenue

15             New York, New York 10016

16             212-784-6400

17             ehurd@simmonsfirm.com

18                 -and-

19         JO ANNA POLLOCK, ESQ.

20             SIMMONS HANLY CONROY

21             One Court Street

22             Alton, Illinois 62002

23             jpollock@simmonsfirm.com

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES (Continued):

 2

 3   FOR THE DEFENDANT PAUL E. CARRIER, S.J.:

 4        TIMOTHY P. O'NEILL, ESQ.

 5             MURPHY & KING

 6             One Beacon Street, Twenty First Floor

 7             Boston, Massachusetts 02108

 8             617-423-0400

 9             tpo@murphyking.com

10

11   FOR THE DEFENDANT HOPE E. CARTER:

12        JEFFREY W. KENNEDY, ESQ.

13             MILANO & WANAT LLC

14             471 East Main Street

15             Branford, Connecticut 06405

16             203-315-7000

17             jkennedy@mwllc.us

18

19

20

21

22

23

24

25
```

```
 1   APPEARANCES (Continued):

 2

 3   FOR THE DEFENDANT ORDER OF MALTA AMERICAN

 4   ASSOCIATION, U.S.A.:

 5       BRADFORD S. BABBITT, ESQ.

 6           ROBINSON & COLE LLP

 7           280 Trumbull Street

 8           Hartford, Connecticut 06103

 9           860-275-8200

10           bbabbitt@rc.com

11

12   FOR THE DEFENDANT FAIRFIELD UNIVERSITY:

13       JOHN W. CERRETA, ESQ.

14           DAY PITNEY LLP

15           242 Trumbull Street

16           Hartford, Connecticut 06103

17           860-275-0100

18           jcerreta@daypitney.com

19

20

21

22

23

24

25
```

```
 1   APPEARANCES (Continued):

 2

 3   FOR THE DEFENDANT THE SOCIETY OF JESUS OF

 4   NEW ENGLAND:

 5       MICHAEL KERRIGAN, ESQ.

 6           SLOANE AND WALSH, LLP

 7           Three Center Plaza, Suite 830

 8           Boston, Massachusetts 02108

 9           617-523-6010

10           mkerrigan@sloanewalsh.com

11

12

13   Videographer:  Christopher Coughlin

14

15   Interpreter:  Nathalie Coupet

16

17   Also Present:

18   Jean Elyseé Pierre Louis, Interpreter

19

20

21

22

23

24

25
```

```
 1                           INDEX

 2    EXAMINATION                              PAGE

 3    JHEEMPSON BRISMAC JOSEPH

 4     BY MR. CERRETA                          189

 5     BY MR. KENNEDY                          193

 6     BY MR. BABBITT                          206

 7

 8

 9              E X H I B I T S

10    NO.         DESCRIPTION                  PAGE

11    1     Complaint and Jury Trial Demand...... 19

12    2     Plaintiff Jheempson Brismac

            Joseph's Response to Certain

13          Defendants' First Set of

            Interrogatories...................... 21

14

      3     Mr. Joseph's National

15          Identification Card.................. 32

16    4     Mr. Joseph's Passport................ 33

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1            P R O C E E D I N G S

 2

 3            THE VIDEOGRAPHER:  We are now on the

 4   record.  My name is Chris Coughlin, I'm a

 5   videographer for Golkow Technologies.  Today's

 6   date is September 29, 2015, and the time is

 7   9:06 a.m..

 8            This deposition is being held in

 9   Puerto Plata, Dominican Republic, in the matter

10   of Gervil St. Louis versus Douglas Perlitz, et

11   al, United States District Court, the District

12   of Connecticut, Civil Action Number

13   3:13-cv-01132-RNC.

14            The deponent is Jheempson Brismac

15   Joseph.

16            Will counsel please identify

17   yourselves for the record.

18            MR. KERRIGAN:  Good morning, Counsel.

19   Good morning, Mr. Joseph.  My name is Michael

20   Kerrigan, I represent the Society of Jesus of

21   New England.

22            MR. CERRETA:  Good morning.  John

23   Cerreta representing Fairfield University.

24            MR. O'NEILL:  Timothy O'Neill

25   representing the Reverend Paul Carrier.
```

Confidential - Subject to Further Confidentiality Review

```
 1              MR. KENNEDY:  Good morning.  Jeff
 2   Kennedy representing Hope Carter.
 3              MR. BABBITT:  I'm Bradford Babbitt
 4   representing the American Association of the
 5   Order of Malta.
 6              MR. GARABEDIAN:  Good morning.
 7   Mitchell Garabedian representing the Plaintiffs
 8   in the Gervil St. Louis matter, including the
 9   deponent today, Jheempson Brismac Joseph.
10              MS. POLLOCK:  Good morning.  My name
11   is Jo Anna Pawlik from Simmons Hanly Conroy, and
12   I represent the Plaintiffs.
13              MS. XIA:  Good morning.  Lu Xia
14   representing Plaintiffs.
15              THE VIDEOGRAPHER:  The court reporter
16   is Maureen Pollard, and she will now swear in
17   the witness and the interpreter.
18
19              NATHALIE COUPET,
20   having been duly sworn to translate the
21   testimony to the best of her ability, translated
22   as follows:
23              JHEEMPSON BRISMAC JOSEPH,
24   having been first duly sworn, was examined and
25   testified as follows through the interpreter:
```

 1           MR. KERRIGAN:  Before we begin, I just

 2   ask counsel, I'd like to have Elysée just

 3   identify himself for the record and his role

 4   here, if that's alright.

 5           MR. PIERRE LOUIS:  My name is John

 6   Elysée Pierre Louis, and I'm the interpreter for

 7   the lawyers, Mitch and Jo Anna Pollock.

 8           MR. KERRIGAN:  Thank you very much.

 9           Jo Anna, a few administrative matters.

10           We'll agree to the usual stipulations;

11   by that I mean we'll reserve all objections

12   except as to the form of the question, and

13   reserve all motions to strike until the time of

14   trial.  Is that fair?

15           MS. POLLOCK:  Sure.

16           MR. KERRIGAN:  Would Mr. Joseph like

17   to read and sign the transcript?

18           MS. POLLOCK:  Yes.  We request the

19   60 days.

20           MR. KERRIGAN:  Okay.  That's fine.

21   And we'll waive the notary.

22           MS. POLLOCK:  Yes.

23           MR. KERRIGAN:  We agree for purposes

24   of objections, if any are to be made, that an

25   objection for one is an objection for all.

Confidential - Subject to Further Confidentiality Review

```
 1              MS. POLLOCK:  Sure.

 2              MR. KERRIGAN:  Do counsel have

 3   anything else to add or anything in the way of

 4   administrative?  Good.

 5              Anything else, Jo Anna?

 6              MS. POLLOCK:  No, thank you.

 7              DIRECT EXAMINATION

 8   BY MR. KERRIGAN:

 9      Q.   Mr. Joseph, would you please state

10   your name, full name, for the record?

11      A.   Joseph Brismac Jheempson.  Brismac,

12   B-R-I-S-M-A-K.  Brismac is correct.  And

13   Jheempson is J-H-E-E-M-P-S-O-N.

14      Q.   Is it okay if I call you Mr. Joseph

15   for today?

16      A.   Yes.

17      Q.   Mr. Joseph, my name is Michael

18   Kerrigan, I represent the Society of Jesus of

19   New England.  We're here today to take a

20   statement from you called a deposition.  Do you

21   understand that's why you're here today?

22      A.   Yes.

23      Q.   It's because you brought a case or a

24   lawsuit against certain people, is that correct?

25      A.   Yes.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   Throughout the day we're going to be

 2   asking you questions, and we need you to answer

 3   verbally; that is, with words.

 4             Do you understand that?

 5        A.   Okay.

 6        Q.   You have to keep your voice nice and

 7   loud so that that man down there can hear you,

 8   okay?  Do you understand that?

 9        A.   Yes.

10        Q.   And I'll remind you.  If we need to

11   have you keep your voice up, I'll try to remind

12   you, okay?  Do you understand?

13        A.   Yes.

14        Q.   Do you understand that you have been

15   sworn in by our court reporter?

16        A.   Okay.

17        Q.   Do you understand that you swore

18   before God to tell the truth today?

19        A.   Yes.

20        Q.   Do you believe in God?

21        A.   Yes.

22        Q.   Do you understand that you're required

23   to tell the truth just like you would if you

24   were in front of a judge?

25        A.   Yes.
```

Confidential - Subject to Further Confidentiality Review

1         Q.   Your attorney is next to you.  If you

2    need to speak to your attorney at any time, you

3    may, but if I ask you a question, please answer

4    the question before speaking to your attorney.

5    Do you understand?

6         A.   Yes.

7         Q.   If you need to take a break, you will

8    let me know, okay?  You have to say yes or no.

9         A.   Yes.

10        Q.   If you don't understand any of my

11   questions, you will tell me, correct?

12        A.   Okay.

13        Q.   It's important that you understand the

14   questions.

15        A.   Yes.

16        Q.   Okay.  Now, Mr. Joseph, are you taking

17   any kind of medication that would prevent you

18   from testifying accurately today?

19        A.   No.

20        Q.   Are you taking any drugs that would

21   prevent you from testifying accurately today?

22        A.   I used to do that.  I don't do that

23   anymore.

24        Q.   When did you used to do drugs?

25        A.   When I was in the streets.

Confidential - Subject to Further Confidentiality Review

1      Q.   When was that?

2      A.   When I was sleeping in the streets.

3   And then when I went in the Village, I stopped

4   doing that.  I haven't -- doing that anymore.

5      Q.   How old were you when you last did

6   drugs?

7      A.   I don't remember.  I don't remember

8   this.

9      Q.   Was it when you were a small child, or

10  a teenager?

11     A.   I don't remember.

12     Q.   What kind of drugs did you do?

13     A.   Thinners.

14     Q.   Paint thinners?

15     A.   Paint thinners.

16     Q.   How often would you sniff paint

17  thinner?

18     A.   I don't remember.

19     Q.   You stopped using paint thinner before

20  you went to the Village, is that correct?

21     A.   Yes.

22     Q.   Have you taken any other drugs besides

23  paint thinner?

24     A.   No, no.

25     Q.   Mr. Joseph, have you used any other

Confidential - Subject to Further Confidentiality Review

1    names other than Jheempson Brismac Joseph?

2         A.   No.

3         Q.   You have a nickname, do you not?

4         A.   In all the schools I've been to,

5    they've always called me Brisma.

6         Q.   Can you spell that, please?  Is it

7    B-R-I-S-M-A-C?

8         A.   My name is Brismac, but they call me

9    Brisma.  So B-R-I-S-M-A.

10        Q.   What about the name Briswoch,

11   B-R-I-S-W-O-C-H?

12        A.   No.

13        Q.   You've never been called Briswoch?

14        A.   I don't remember this.  I don't

15   remember.

16        Q.   Have you used any other names?

17        A.   No.

18        Q.   When were you born, Mr. Joseph?

19        A.   1990, November 3rd.

20        Q.   Mr. Joseph, have you ever brought a

21   case besides this case?

22        A.   No.

23        Q.   Have you ever been involved with any

24   other case other than this one?

25        A.   No.

Confidential - Subject to Further Confidentiality Review

```
 1          Q.   Did you read anything to prepare for

 2     today's statement?

 3          A.   No.

 4          Q.   Did you speak with anyone to prepare

 5     for today's statement?

 6          A.   Yes.

 7          Q.   With whom did you speak?  And I just

 8     want names, please.

 9          A.   With my lawyers only.

10          Q.   Do you know the names of the lawyers

11     with whom you spoke?

12          A.   One person I remember is Mitch.

13          Q.   Is Mitch in the room today?

14          A.   Yes.

15          Q.   Where is he?

16          A.   (Indicating).

17          Q.   Which one?

18          A.   (Indicating).

19          Q.   Okay.  Thank you.

20               Did you speak with any of your other

21     lawyers?

22          A.   No.

23          Q.   Did you speak with anyone besides your

24     lawyers?

25          A.   No.
```

Confidential - Subject to Further Confidentiality Review

1        Q.   Did you speak with Cyrus Sibert to

2    prepare for today?

3        A.   No.

4        Q.   Did you watch any videos or anything

5    on TV to prepare for today?

6        A.   No.

7        Q.   Mr. Joseph, have you kept any kind of

8    writings, or any kind of diary or journals about

9    your time at PPT?

10       A.   No, I don't remember I did things like

11   that.

12       Q.   Mr. Joseph, do you have any documents

13   that relate to PPT?

14       A.   When I was in the Village you mean?

15       Q.   At any time when you were involved

16   with PPT, any project/program from PPT.

17       A.   I don't remember this.

18       Q.   Do you have any documents today that

19   relate to your time at PPT?

20       A.   Repeat, please?

21       Q.   Do you have any documents today that

22   relate to PPT?

23       A.   Yes.

24       Q.   What are those documents?

25       A.   Papers when I was signing.

Confidential - Subject to Further Confidentiality Review

1      Q.   Which papers did you sign?

2      A.   Reports for this deposition.

3      Q.   Do you know the name of those reports?

4      A.   No, I don't remember this.

5      Q.   Okay.  Where do you live, Mr. Joseph?

6      A.   Blue Hills, Cap-Haïtien.

7      Q.   What is your address?

8      A.   I don't have any address.

9      Q.   Mr. Joseph, you speak Creole, is that

10  correct?

11     A.   Yes.

12     Q.   Do you speak English?

13     A.   No.

14     Q.   Do you understand English?

15     A.   No.

16     Q.   Do you speak any other language other

17  than Creole?

18     A.   Just Creole.

19     Q.   Can you write Creole?

20     A.   I can write some words, just some

21  words I can write, but I can't write everything.

22     Q.   What kind of words can you write in

23  Creole?

24     A.   Dad, mom, things like that.

25     Q.   You can write your name in Creole?

Confidential - Subject to Further Confidentiality Review

```
 1        A.   Yes.

 2        Q.   Can you read Creole, Mr. Joseph?

 3        A.   I'm not very good at that.

 4        Q.   Did you take reading classes for

 5   Creole?

 6        A.   Yes.

 7        Q.   How many years of classes did you

 8   take?

 9        A.   I don't remember this.

10        Q.   Mr. Joseph, I'm going to show you some

11   documents.  I'm just going to ask you to see if

12   you recognize it.

13             MR. KERRIGAN:  Jo Anna, that's

14   Exhibit 1 (handing).

15             MS. POLLOCK:  Thank you.

16             (Whereupon, Joseph Exhibit Number 1,

17             Complaint and Jury Trial Demand, was

18             marked for identification.)

19             MR. KERRIGAN:  Counsel, I've marked as

20   Exhibit 1 the Complaint and Jury Demand for

21   Mr. Joseph.  It's dated November 7, 2013.  I

22   have full copies for Plaintiffs' counsel and for

23   the witness, and the first page of the document

24   for everybody else (handing).

25   BY MR. KERRIGAN:
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   Mr. Joseph, we've put in front of you

 2   a document, and it's called Exhibit 1.  Do you

 3   see that document in front of you?

 4        A.   Yes.

 5        Q.   Do you recognize that document?

 6        A.   No, I don't remember.

 7        Q.   I'm going to call this document a

 8   Complaint.  Okay.  Do you understand when I say

 9   Complaint, I mean this document, Exhibit 1?

10        A.   Okay.

11        Q.   The document is in English, I

12   understand, but it's the case you've never seen

13   this before today?

14        A.   No, I don't remember this.

15        Q.   Do you remember reviewing this

16   document at all?

17        A.   I don't remember at all.

18        Q.   Do you know whether or not your

19   lawyers gave this to the court for you?

20        A.   I don't remember.  I can't tell you

21   this.

22        Q.   Do you know anything that's in your

23   complaint?

24        A.   I don't know anything about it.  I

25   don't know.
```

Confidential - Subject to Further Confidentiality Review

 1          Q.   Thank you, Mr. Joseph.

 2               Mr. Joseph, the next document I'm

 3     going to give you has been marked as Exhibit 2.

 4               (Whereupon, Joseph Exhibit Number 2,

 5               Plaintiff Jheempson Brismac Joseph's

 6               Response to Certain Defendants' First

 7               Set of Interrogatories, was marked for

 8               identification.)

 9               MR. KERRIGAN:  For the record,

10     Exhibit 2 is entitled "Plaintiff Jheempson

11     Brismac Joseph's Response to Certain Defendants'

12     First Set of Interrogatories."  The document is

13     dated July 11, 2014, for the benefit of counsel.

14     BY MR. KERRIGAN:

15          Q.   Mr. Joseph, would you please look at

16     Exhibit 2?  Are you looking at the document?

17               You have to say yes or no.

18          A.   Yes.

19          Q.   Okay.  And you are looking at the page

20     that's in Creole, is that correct?

21          A.   Yes.

22          Q.   Mr. Joseph, could you read this for

23     me?  See this title here, would you please read

24     that for me, if you can?

25               MS. POLLOCK:  I was just going to say,

Confidential - Subject to Further Confidentiality Review

 1    for the record, can you tell him what page

 2    you're on?

 3              MR. KERRIGAN:  Sure.  I'm on the first

 4    page of the Creole version of the answers to

 5    interrogatories, and there is no page number on

 6    it.

 7    BY MR. KERRIGAN:

 8        Q.   Could you read it out loud, please, to

 9    the translator?

10              MR. KERRIGAN:  Could the translator

11    translate to English for us, please.

12        A.   "The answers the Plaintiff Jheempson

13    Brismac Joseph gave for the first series of

14    interrogation of the defense."

15    BY MR. KERRIGAN:

16        Q.   You were able to read that line okay,

17    Mr. Joseph?

18        A.   What I just read?

19        Q.   Yes.  Were you able to do that okay?

20        A.   Yes.

21        Q.   Would you turn to the next page,

22    please?  Do you see that up at the top of the

23    page there's a question that in English says

24    "Interrogatory No. 1"?  Do you see that?

25        A.   Yes.

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   Okay.  And just below that there is a

 2   line in English which says "Answer to

 3   Interrogatory No. 1."  Do you see that written

 4   in Creole in front of you?

 5        A.   Yes.

 6        Q.   Okay.  And there's an answer just

 7   underneath that.

 8             Do you see that?

 9        A.   I see it.

10        Q.   Okay.  And that's written in Creole,

11   correct?

12        A.   Yes.

13        Q.   Would you please read that to the

14   translator in a nice loud voice, as best you

15   can?

16             MR. KERRIGAN:  Would the translator

17   please translate into English his reading of it.

18        A.   "My name is Jheempson Brismac Joseph.

19   They know me as Briswoch.  I was born on

20   November 3, 1990.  I live in Delmas 32 in

21   Port-au-Prince."

22        Q.   Thank you, Mr. Joseph.

23             Were you able to read that Creole

24   okay?

25        A.   Yes.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   And is that answer correct that you

 2   read?

 3        A.   Yes.

 4        Q.   Is there anything that is incorrect

 5   about that answer?

 6        A.   There might be some small mistakes,

 7   but all of here, everything is the truth.

 8        Q.   Okay.  Did you find any small mistakes

 9   in that answer?

10        A.   I don't remember Briswoch.  I don't

11   remember putting it.

12        Q.   Mr. Joseph, have you seen this

13   document before, Exhibit 2?

14        A.   I don't remember.

15        Q.   Can you flip back to the first page in

16   Creole?  Have you seen that document before

17   today?

18        A.   I don't remember seeing this.

19        Q.   Do you remember reviewing any part of

20   those answers before today?

21        A.   I remember the first question, but I

22   don't remember those.

23        Q.   Do you remember any of the other

24   questions in this document, Exhibit 2?

25        A.   I don't remember.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.    Turn to the very last page, please.

 2   Are you looking at the last page, Mr. Joseph?

 3        A.    Yes.

 4        Q.    Do you recognize that page?

 5        A.    Yes.

 6        Q.    What is that page?

 7        A.    I see Jheempson Brismac.

 8        Q.    Is that page called a Verification

 9   page?

10        A.    Yeah.

11        Q.    Can you read that verification page

12   for the translator in a big loud voice?

13        A.    "I, Joseph Brismac, read the answers

14   that were written above and they are correct and

15   precise in my best capacity."

16             MS. POLLOCK:  For the record, are you

17   reading what this says, or what he said?

18             THE INTERPRETER:  Which is the same.

19             MS. POLLOCK:  Okay.

20             MR. KERRIGAN:  Thank you, Jo Anna.

21   BY MR. KERRIGAN:

22        Q.    You were able to read that

23   verification okay, Mr. Joseph?

24        A.    Yes.

25        Q.    And is that verification correct?
```

```
 1        A.   Yeah.  It might have mistakes, but

 2   it's correct.

 3        Q.   The answers that you gave need to be

 4   accurate.  Do you believe that the answers that

 5   you gave in that document are accurate,

 6   Mr. Joseph?

 7        A.   Yes.

 8        Q.   Did anyone read the questions and

 9   answers to you?

10        A.   No, I don't remember this.

11        Q.   When did you sign the verification?

12        A.   I don't remember.

13        Q.   Is that your signature on the

14   verification page?

15        A.   Yes.  Yes.

16        Q.   The document says that the

17   verification was signed on 11 July, 2014, is

18   that correct?

19        A.   I don't remember this.

20        Q.   Do you remember meeting with your

21   lawyers to go over that document at any time?

22        A.   Repeat for me, please?

23        Q.   Did you ever go over or review the

24   questions and answers with your lawyers at any

25   time?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.    Yes.

 2        Q.    When was that?

 3        A.    I don't remember when.

 4        Q.    Where was it?

 5        A.    Cap-Haïtien.

 6        Q.    Where in Cap-Haïtien?

 7        A.    Haiti.

 8        Q.    Were you at a hotel, or someplace

 9   else?

10        A.    At a hotel.

11        Q.    Which hotel?

12        A.    I don't remember the name.  I don't

13   remember.

14        Q.    How many attorneys were present?

15        A.    When I came I was late, I didn't get a

16   chance to talk to them.  I just barely saw them.

17   They just came with the papers.  They just came

18   with the papers.

19        Q.    How many attorneys?

20        A.    I don't remember.

21        Q.    What were the names of the attorneys?

22        A.    I don't remember.

23        Q.    Was Cyrus Sibert there?

24        A.    Yes, he was there.

25        Q.    Did Cyrus go over the answers with
```

Confidential - Subject to Further Confidentiality Review

```
 1   you?

 2        A.   I don't remember exactly who looked --

 3   went through the questions with me, but I

 4   remember there was someone.

 5        Q.   Was it one person, or more than one

 6   person who went through these with you?

 7        A.   I don't remember how many people

 8   exactly.

 9        Q.   Do you know if anyone checked your

10   answers to make sure that they were accurate?

11        A.   What?

12        Q.   Did anyone check your answers to make

13   sure they were correct?

14        A.   A person.

15        Q.   Who?

16        A.   I don't remember.

17        Q.   Was there anyone else there at the

18   hotel when you signed Exhibit 2, aside from your

19   lawyers and Cyrus Sibert?

20        A.   Well, we had the other kids in the

21   hotel.

22        Q.   What other kids?

23        A.   The other kids.  I don't remember

24   their names.

25        Q.   Were these other kids from PPT?
```

Confidential - Subject to Further Confidentiality Review

1      A.   Yes.

2      Q.   How many other kids from PPT were at

3  the hotel when you signed these answers?

4      A.   I don't remember this.

5      Q.   Was it ten other kids?

6      A.   I don't remember at all.

7      Q.   You don't remember if it was more than

8  ten or less than ten?

9      A.   I don't remember.

10      Q.   And you don't remember the names of

11  any of the other kids?

12      A.   No.

13      Q.   How did you know they were from PPT?

14      A.   I saw them.  I recognized their face.

15      Q.   Did you sign any other papers at the

16  hotel that day besides the verification?

17      A.   No.

18      Q.   Were you given any documents or any

19  papers at the meeting at the hotel?

20      A.   I don't remember.  I don't remember.

21  I don't remember their giving me any other paper

22  besides this document.

23      Q.   How did you get to the hotel in

24  Cap-Haïtien in order to sign the answers?

25      A.   I was in Port-au-Prince, Cyrus called

Confidential - Subject to Further Confidentiality Review

```
 1    me to come because there were papers I needed to

 2    sign.  I was in Port-au-Prince.  I went to

 3    Cap-Haïtien.  When I got to the hotel -- I

 4    didn't know how to get there, I asked.  When I

 5    found it, I found the hotel, so I went there.

 6    And when I got there, I saw Cyrus.  He's the one

 7    I knew best.

 8         Q.   What street was the hotel on in

 9    Cap-Haïtien?

10         A.   I don't remember which street.

11         Q.   Now, Mr. Joseph, I'm just going to ask

12    you one last time about this document for now.

13              MS. POLLOCK:  This document being

14    Exhibit 2?

15              MR. KERRIGAN:  This document being

16    Exhibit 2.

17    BY MR. KERRIGAN:

18         Q.   You believe that the answers you gave

19    are accurate, is that correct?

20              MS. POLLOCK:  Objection.  Asked and

21    answered.

22         A.   Yes, I believe that.  There might be a

23    little error, but all are true.

24    BY MR. KERRIGAN:

25         Q.   When you say "there might be a little
```

 1    error," what do you mean?

 2        A.   Like the Briswoch thing, I don't

 3    remember this.

 4        Q.   You believe that the document on the

 5    whole is accurate?

 6        A.   Yes.

 7        Q.   And these answers are important,

 8    Mr. Joseph, because we use these in court and we

 9    might be giving these to a judge.  Do you

10    understand that?

11        A.   Okay.

12        Q.   You understand that?

13        A.   I understand.

14        Q.   And you understand that it's important

15    to be truthful and accurate in this document?

16        A.   Yes.

17        Q.   All right.  I'm going to call this

18    document your answers throughout this

19    deposition.  Do you understand that?

20        A.   Okay.

21        Q.   All right.  There's only one document

22    that has Jheempson Brismac Joseph's answers, and

23    this is it, okay?

24        A.   Okay.

25        Q.   Mr. Joseph, who typed your answers, do

```
 1   you know?

 2        A.   I don't know this.

 3        Q.   Mr. Joseph, I'm giving you what we

 4   have marked as Exhibit 3.

 5             (Whereupon, Joseph Exhibit Number 3,

 6             Mr. Joseph's National Identification

 7             Card, was marked for identification.)

 8             MR. KERRIGAN:  For counsel, this is

 9   Mr. Joseph's national identification card.

10        A.   Yes.

11   BY MR. KERRIGAN:

12        Q.   Mr. Joseph, have you had the chance to

13   look at Exhibit 3?

14        A.   Do I understand it?

15        Q.   Have you looked at it?

16        A.   I looked at it.

17        Q.   What is that document?

18        A.   My card.

19        Q.   What card?

20        A.   National identification card.

21        Q.   Is that a card that is issued to you

22   by the government of the Republic of Haiti?

23        A.   Yes.

24        Q.   When did you get that card?

25        A.   I don't remember.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   Is that card accurate?

 2        A.   Yes, it is.

 3        Q.   Take your time and read all the

 4   information on that card, and after you're done

 5   reading, please tell us whether that information

 6   is all correct.

 7        A.   (Witness complies).

 8             Yes, it's correct.

 9        Q.   That's a picture of you on that card,

10   correct?

11        A.   Yes.

12        Q.   Did anyone help you obtain that card?

13        A.   No, I went to do it, have it done.

14        Q.   Where did you have that done?

15        A.   Cap-Haïtien.

16        Q.   Where in Cap-Haïtien?

17        A.   I don't remember.

18        Q.   Mr. Joseph, I'm going to give you what

19   we've marked as Exhibit 4.

20             (Whereupon, Joseph Exhibit Number 4,

21             Mr. Joseph's Passport, was marked for

22             identification.)

23             MR. KERRIGAN:  For counsel, Exhibit 4

24   is a passport.

25   BY MR. KERRIGAN:
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.   Will you take a look at Exhibit 4, and

 2     let me know when you're done, Mr. Joseph?

 3               THE INTERPRETER:  Can you repeat,

 4     please?

 5          Q.   Can you take a look at Exhibit 4, and

 6     let me know when you're done, Mr. Joseph?

 7          A.   I finished looking at it.

 8          Q.   What is Exhibit 4?

 9          A.   This document?

10          Q.   Yes.  What is that document?

11          A.   That's a passport.

12          Q.   That's your passport, correct?

13          A.   Yes.

14          Q.   When did you obtain that passport?

15          A.   When I was boarding the Caribe to come

16     here, Caribe to come here.

17          Q.   What is the Caribe?

18          A.   The car.

19          Q.   When would that have been?

20          A.   I don't remember the day.  I don't

21     remember the day.

22          Q.   Did anyone help you to get this

23     passport?

24          A.   Yes.

25          Q.   Who helped you?
```

```
 1        A.    Cyrus.

 2        Q.    When did Cyrus help you?

 3        A.    The same day I came here.

 4        Q.    The same day you came where?

 5        A.    When I was leaving Cap-Haïtien to come

 6   here.

 7        Q.    To come here for this deposition?

 8        A.    Yes.  Yes.

 9        Q.    Had you seen your passport before you

10   got on the bus to come to your deposition?

11        A.    No.

12        Q.    Did anyone other than Cyrus Sibert

13   help you obtain the passport?

14        A.    No.

15        Q.    Did you have to give any kinds of

16   documents or sign any papers in order to get the

17   passport?

18        A.    No, I don't recall signing, ever

19   signing anything.

20        Q.    Do you know how long it took for Cyrus

21   Sibert to obtain this passport?

22        A.    No, no.

23        Q.    Is the information on the passport

24   accurate?

25        A.    Yes, it's correct.
```

1      Q.   Take your time now and read it

2   closely.

3           (Witness reviewing document.)

4      A.   I see that it is correct.

5   BY MR. KERRIGAN:

6      Q.   Thank you.

7           Mr. Joseph, do you have a birth

8   certificate?

9      A.   Yes.

10     Q.   Where is the birth certificate?

11     A.   I have it.  I didn't come here with

12   it, but I do have it.

13     Q.   Where is it?

14     A.   At home in Cap-Haïtien.

15     Q.   At the house where you live with your

16   uncle?

17     A.   With whom?

18     Q.   With your uncle?

19     A.   Yes.  And my mother.

20     Q.   Did you ever give your passport --

21   excuse me.

22           Did you ever give your birth

23   certificate to your lawyers?

24     A.   No, I gave it to Cyrus.

25     Q.   Did Cyrus ask you for your birth

 1   certificate?

 2       A.   Yes, he asked.

 3       Q.   When was that?

 4       A.   I don't remember when.

 5       Q.   Did you give Cyrus a copy of your

 6   birth certificate?

 7       A.   Yes, I gave him a copy and the

 8   original.

 9       Q.   Are there any other documents that you

10   gave to Cyrus Sibert?

11       A.   My voter's registration card.

12       Q.   Is the voter registration card

13   different from the national identification card?

14       A.   It is the same.

15       Q.   Take a look at Exhibit 3, please.  Is

16   that a voter registration card?

17       A.   Yes.

18       Q.   Does it say on there that it's an

19   electoral card?

20       A.   No.  That's how we say it in Creole.

21       Q.   Did you give any other documents to

22   Cyrus Sibert?

23       A.   No, I don't remember giving anything

24   else, just that.

25       Q.   Did you give any documents at all to

Confidential - Subject to Further Confidentiality Review

```
 1   any of your lawyers, Mr. Joseph?

 2        A.   Lawyers?

 3        Q.   Correct, lawyers.

 4        A.   No.

 5        Q.   Do you have any licenses?

 6        A.   No.

 7        Q.   Do you drive?

 8        A.   I don't drive.

 9        Q.   Do you ride motorcycles?

10        A.   I don't ride.  I don't know how to

11   ride a motorcycle.

12        Q.   Do you have a cell phone?

13        A.   Yes.

14        Q.   What brand is the phone?

15        A.   I don't remember.

16        Q.   Is it a Digicel phone?

17        A.   Yes.

18        Q.   What is the number of that phone?

19        A.   48703876.

20        Q.   48703876, correct?

21        A.   Correct.

22        Q.   How long have you had that phone?

23        A.   Just the other day.

24        Q.   Did you have a cell phone before the

25   phone you have now?
```

Confidential - Subject to Further Confidentiality Review

```
 1      A.   No.

 2      Q.   When specifically did you get the cell

 3   phone?

 4      A.   I bought it.

 5      Q.   When?

 6      A.   Just the other day.  I don't remember.

 7      Q.   Just a few days ago?

 8      A.   A few months.

 9      Q.   How much did it cost?

10      A.   $150.

11      Q.   American dollars?

12      A.   Haitian.

13      Q.   Haitian gourdes?

14      A.   Gourdes.

15      Q.   Where did you get the money?

16      A.   I worked washing cars to get it.

17      Q.   Did anyone give you the money to buy

18   the phone?

19      A.   I worked.

20      Q.   No one gave you money to buy the

21   phone?

22           MS. POLLOCK:  Asked and answered.

23      A.   To buy the phone?

24   BY MR. KERRIGAN:

25      Q.   Correct.
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.    No, I don't remember this.

 2        Q.    Before you bought this phone a few

 3   months ago, did you have any other cell phones

 4   at any time?

 5        A.    No.

 6        Q.    What do you use the phone for?

 7        A.    I call people when I need them, and

 8   they call me when they need me.  We talk over

 9   the phone.

10        Q.    Do you call friends?

11        A.    Yes.

12        Q.    Do you call former students of PPT?

13        A.    No, I don't remember this.

14        Q.    Do you send text messages with your

15   phone?

16        A.    I don't know anything about that.

17        Q.    Do you know what a text message is?

18        A.    No, I don't know.  I don't understand.

19        Q.    Other than talking on the phone, do

20   you use the phone to send messages?

21        A.    No.

22        Q.    Does the phone have a camera?

23        A.    Yes, it has a camera, but not a big

24   one.

25        Q.    Do you use the camera?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   No, I don't have a memory card.  It

 2   should have a memory card.

 3        Q.   Have you taken any pictures with the

 4   camera?

 5        A.   No.

 6        Q.   Do you have any computers, or do you

 7   use any computers?

 8             THE INTERPRETER:  Do you want me to

 9   ask do you have and do you use, both?

10             MR. KERRIGAN:  I'll strike and

11   rephrase.  It was compound.

12        Q.   Do you have any computers, Mr. Joseph?

13        A.   I don't have it.

14        Q.   Have you ever used a computer before?

15        A.   No, no.

16        Q.   Have you ever used e-mail before?

17        A.   E-mail, I don't understand.

18        Q.   Do you know what e-mail is, or

19   electronic mail?

20        A.   I don't know anything about this.

21        Q.   So you've never used e-mail, you have

22   never sent an e-mail or received an e-mail?

23        A.   No, I've never received nor sent.  I

24   don't know anything about this.

25        Q.   Mr. Joseph, have you ever been
```

Confidential - Subject to Further Confidentiality Review

```
 1   arrested before?

 2       A.   No.

 3       Q.   Have you ever been in trouble with the

 4   police?

 5       A.   No.

 6       Q.   Are you married?

 7       A.   No.

 8       Q.   Have you ever been married?

 9       A.   No, I've never been married.

10       Q.   Do you have any children?

11       A.   No.

12       Q.   Have you ever had any children?

13       A.   No.

14       Q.   Have you ever had any stepchildren?

15       A.   It was just when I was in the Village,

16   after the Village closed I didn't get any idea

17   to do that.

18       Q.   Have you ever had any stepchildren?

19       A.   No.

20       Q.   Do you have a girlfriend, Mr. Joseph?

21       A.   I don't.

22       Q.   Have you ever had a girlfriend?

23       A.   When I was in the Village.  I told you

24   that already.

25       Q.   What was the name of your girlfriend
```

```
 1   in the Village?

 2       A.   She's not here.  She's in Santo

 3   Domingo.  But her name was Junia.

 4       Q.   Can you spell that for us, please?

 5       A.   I don't know how.

 6       Q.   Can you say the name for us again

 7   slowly?

 8       A.   Junia.

 9            THE INTERPRETER:  I'm guessing it's

10   J-U-N-I-A.

11            MR. KERRIGAN:  With that translator

12   clarification, that was your comment, that's

13   fine.

14       Q.   Could you say it one more time for me?

15       A.   Junia.

16       Q.   How long was Junia your girlfriend?

17       A.   I don't remember.

18       Q.   Was she your girlfriend the whole time

19   you were at the Village?

20       A.   No.  She left, she was in farmhouse,

21   rented house.  She was a temporary rent, she

22   rented temporarily, and then she went to stay

23   somewhere else.  Then she went to Santo Domingo.

24       Q.   Where did she rent a place?

25       A.   In the same project.
```

1      Q.   In Cap-Haïtien?

2      A.   Yes.

3      Q.   Where in Cap-Haïtien?

4      A.   Blue Hills.  Blue Hills.

5      Q.   Was there a street address for your

6   girlfriend's place in Blue Hills?

7      A.   No, I don't know it.

8      Q.   Who did she live with in Cap-Haïtien?

9      A.   With her mother.

10     Q.   Anyone else?

11     A.   No, no.  I don't have other people.

12     Q.   Did Junia go to the Village and attend

13  classes at the Village?

14     A.   No.  Inside they didn't take girls.

15  Outside.

16          MS. POLLOCK:  Can we take a break so I

17  can use the restroom?

18          MR. KERRIGAN:  We can, sure.

19          THE VIDEOGRAPHER:  Going off the

20  record.  The time is 10:11.

21          (Whereupon, a recess was taken.)

22          THE VIDEOGRAPHER:  Back on the record.

23  The time is 10:27.

24  BY MR. KERRIGAN:

25     Q.   Mr. Joseph, we're back from the break,

Confidential - Subject to Further Confidentiality Review

```
 1    and you are still under oath.  Do you understand

 2    that?

 3         A.   Yes.

 4         Q.   Have you ever heard the word SMS

 5    before?

 6         A.   No.

 7         Q.   Before the break we were talking about

 8    your former girlfriend, Junia.

 9         A.   Yes.

10         Q.   Okay.  When did you and Junia

11    separate?

12         A.   I don't remember.

13         Q.   Did you separate while you were at the

14    Village?

15         A.   Yes.

16         Q.   Did you separate before the Village

17    closed?

18         A.   Yes, yes.

19         Q.   Did Junia ever visit the Village?

20         A.   No.

21         Q.   Did you ever -- strike that.

22              Why did you and Junia separate?

23         A.   Not for anything special.  She just

24    stopped talking to me.

25         Q.   Your separation from Junia had nothing
```

```
 1    to do with PPT, correct?

 2         A.   No.

 3         Q.   Did you separate -- strike that.

 4              In this case, Mr. Joseph, you're

 5    claiming that Douglas Perlitz hurt you, is that

 6    correct?

 7         A.   Yes.

 8         Q.   Did you separate with Junia before or

 9    after Douglas Perlitz hurt you?

10         A.   Before.

11         Q.   Have you had any other girlfriend

12    apart from Junia?

13         A.   No.

14         Q.   Where does Junia live now in Santo

15    Domingo?

16         A.   I don't know where she lives.

17         Q.   Now, Mr. Joseph, your father was

18    Joseph Briac, B-R-I-A-C, is that correct?

19         A.   Yes.

20         Q.   Is he alive, or deceased?

21         A.   He passed away.

22         Q.   When did he die?

23         A.   I don't remember.

24         Q.   How old were you when he died?

25         A.   I don't remember how old I was.
```

Confidential - Subject to Further Confidentiality Review

```
1         Q.   Did he die before or after you were

2    involved with PPT?

3         A.   After the Village closed.

4         Q.   When did the Village close?

5         A.   About four or five months after

6    Douglas did that to me.

7         Q.   Did your father ever visit the

8    Village?

9         A.   No.

10        Q.   Your mother, Mr. Joseph, is Joseph

11   Milouse, M-I-L-O-U-S-E, correct?

12        A.   Yes.

13        Q.   Is she alive today?

14        A.   Yes, she's still here.

15        Q.   Where does she live?

16        A.   Blue Hills.

17        Q.   Who does she live with there?

18        A.   With her children and a little sister.

19        Q.   Do you live with your mother?

20        A.   Yes.

21        Q.   Who lives in that house with you and

22   your mother?  Give me their names, please.

23        A.   The four of us.  Her children and a

24   sister of hers, the husband of her sister, and a

25   little baby, too.
```

```
1          Q.   What are the names of all the people

2    that live in the house, please?

3          A.   So there's Isema, last name is Isema.

4    Last name Isema, I-S-M-A.  First name Guerlin,

5    G-U-E-R-L-A-I-N.  Then last name Isema again,

6    first name J-E-A-N-D-L-I-N.  Then third, last

7    name Isema again, and first name S-I-L-I-A-N-A.

8    Fourth person, last name Isema again, and first

9    name M-I-S-L-A-N-D-E.  And my mother's sister,

10   her name is Shirley, S-H-I-R-L-E-Y.  And her

11   husband is Samuel.  I don't remember their last

12   names.  And then there's me, too.

13         Q.   What is the address of the house at

14   Blue Hills where you live?

15         A.   I don't remember.  There's none.  I

16   don't remember.

17         Q.   How many rooms are in the house?

18         A.   Two bedrooms.

19         Q.   Do all of your stepsisters and

20   stepbrothers share a bedroom?

21         A.   Yes.

22         Q.   Who sleeps in which bedrooms?

23         A.   Everybody sleeps in bedrooms.  I'm the

24   only one who lives in the dining room, I just

25   close it off with a curtain.
```

```
 1          Q.   Is it common for many people to share
 2   a room to sleep in at the house in Blue Hills?
 3          A.   It's a project.  It happens a lot.
 4          Q.   Do people sleep in beds or on the
 5   floor at the house in Blue Hills?
 6          A.   There are some who live -- who sleep
 7   on the floor.  Others who live -- who sleep on
 8   the bed, on beds.
 9          Q.   Do all of your stepsisters and
10   stepbrothers share sleeping rooms with your
11   mother and your mother's sister and her husband?
12             MS. POLLOCK:  Objection.  Vague.
13          A.   Yes, they all sleep -- they all share
14   the bedroom.  It's just one sister who lives
15   with her husband, she lives in her husband's
16   home.
17   BY MR. KERRIGAN:
18          Q.   Which sister is that?
19          A.   Siliana Isema.
20          Q.   How old is Guerlin, G-U-E-R-L-I-N?
21          A.   I don't remember their age.
22          Q.   Older or younger than you?
23          A.   I'm older.
24          Q.   Is Guerlin a child or a teenager?
25          A.   He's developed.
```

Confidential - Subject to Further Confidentiality Review

```
 1          Q.   How old is Jeandlin, J-E-A-N-D-L-I-N?

 2          A.   I don't remember their age.

 3          Q.   Is she a child or -- excuse me.  Is he

 4     a child or a teenager?

 5          A.   Yes.  He's a little boy.

 6          Q.   How old is Siliana?

 7          A.   She's a girl.  She's living with her

 8     husband.

 9          Q.   So she doesn't live in Blue Hills with

10     your mother, correct?

11          A.   Yes.  She's not -- she doesn't live

12     there.

13          Q.   Okay.  How about your sister

14     Miselande, how old is she?

15          A.   I don't know.

16          Q.   Is she a child or a teenager?

17          A.   She's a child.  She's not 18 yet.

18          Q.   Is she a teenager?

19          A.   She's older than 13.

20          Q.   How old is Shirley, your mother's

21     sister?

22          A.   I don't know.

23          Q.   She's older than you?

24          A.   I'm older.

25          Q.   Would Shirley be a teenager?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   Yes.  She has children, but she's

 2   barely 18.

 3        Q.   How old is Samuel?

 4        A.   I don't remember his name.

 5        Q.   Is he older than you?

 6        A.   Yes, a lot more.

 7        Q.   Does anyone else live at the house in

 8   Blue Hills with your mother?

 9        A.   Are there other people?  No.

10        Q.   How long have you lived at that house

11   with your mother?

12        A.   Me?

13        Q.   You.

14        A.   I don't remember, but I started living

15   with my mother for a long time.  It's been a

16   long time since I've lived with my mother.

17        Q.   Were you living with your mother when

18   you were taking classes at the Village?

19        A.   Yes.

20        Q.   And that was at the house in Blue

21   Hills?

22        A.   Yes.

23        Q.   So you would have been living with

24   your mother in Blue Hills at the time that

25   Douglas hurt you?
```

```
 1      A.   Yes.

 2      Q.   Now, Mr. Joseph, you had six other

 3  brothers and sisters who died, is that correct?

 4      A.   Yes.  They were with their father --

 5  oh, stepfather.

 6           (Translators talking.)

 7      A.   On my father's side.

 8      Q.   That would be on Joseph Briac's side

 9  of the family?

10      A.   Yes.

11      Q.   Did you know any of those siblings?

12      A.   I had met them, but I was small, so I

13  didn't know really who they were.

14      Q.   How did they die?

15      A.   There are those who died when they

16  were in infancy, those who died when they

17  started growing up, but none of those reached

18  15 years old of age.

19      Q.   Did all of them die of natural causes?

20      A.   Disease, yes.

21      Q.   Did any of your stepbrothers or

22  stepsisters visit Project Pierre Toussaint?

23      A.   No.

24      Q.   Did any of your stepbrothers attend

25  PPT, any program of PPT?
```

```
 1        A.   No.

 2        Q.   Are there any other brothers and

 3   sisters that you have that we have not talked

 4   about, Mr. Joseph?

 5        A.   Just the people I mentioned are my

 6   brothers and sisters, that I recognize them as

 7   my brothers and sisters.

 8        Q.   Are there any others that you haven't

 9   mentioned?

10        A.   Just the ones I mentioned.

11        Q.   Okay.  Do any of your brothers or

12   sisters work today, Mr. Joseph?

13        A.   No.

14        Q.   Does your mother work?

15        A.   She's not working.  She's just selling

16   secondhand clothes.  That's what she does.

17        Q.   Does your aunt work?

18        A.   No.

19        Q.   Does your Uncle Samuel work?

20        A.   I don't know what line of work he

21   has -- does.

22        Q.   He does work?

23        A.   Yes, yes, he works, but I don't know

24   what he does.  When he goes out, he just goes

25   out.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   Now, Mr. Joseph, you were born in

 2   Grande Rivière du Nord, correct?

 3        A.   Yes.

 4        Q.   The spelling for our stenographer is

 5   G-R-A-N-D-E, R-I-V-I-E-R-E, D-U, N-O-R-D.

 6             You left Grande Rivière du Nord in

 7   1999, is that correct?

 8        A.   '99?

 9        Q.   Yes.

10        A.   I don't remember.

11        Q.   In your answers to questions it says

12   in 1999 you left Grande Rivière du Nord.  Is

13   that correct?

14        A.   I don't remember.  I don't remember.

15             MR. KERRIGAN:  Jo Ann, I'm looking at

16   Number 2 in the answer.

17             MS. POLLOCK:  Thank you.

18   BY MR. KERRIGAN:

19        Q.   After leaving Grande Rivière du Nord,

20   you went to live in Cap-Haïtien in an area

21   called Fort St. Michel, is that correct?

22        A.   Yes.

23        Q.   What street is Fort St. Michel --

24   strike that.

25             On what street did you live when you
```

Confidential - Subject to Further Confidentiality Review

```
 1    were in Fort St. Michel?

 2         A.   A place called Nan Saline.  There's a

 3    lot of seawater.

 4         Q.   Can you spell that street for us,

 5    please?

 6         A.   It could be written as such, but I'm

 7    not sure.

 8         Q.   Okay.  Do your best.

 9              THE INTERPRETER:  So N-A-N, second

10    word S-A-L-I-N-E.

11              MS. POLLOCK:  For the record, that was

12    the interpreter's spelling, correct?

13              THE INTERPRETER:  Mm-hmm.

14              MS. POLLOCK:  Not the witness's.

15              MR. KERRIGAN:  Thank you.

16    BY MR. KERRIGAN:

17         Q.   Mr. Joseph, did you live on Rue du

18    Peuple, R-U-E D-U P-E-U-P-L-E when you were in

19    Cap-Haïtien?

20         A.   Yes.  It's Nan Saline, that area

21    that's called Rue du Peuple.

22         Q.   How long did you live there?

23         A.   I don't remember.

24         Q.   Who did you live with when you first

25    moved to Cap-Haïtien?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   With my mother, brothers and sisters,

 2   and my father-in-law.

 3        Q.   The same brothers and sisters and

 4   father-in-law you've already told me about?

 5             MS. POLLOCK:  Stepfather?

 6             THE INTERPRETER:  Stepfather, I'm

 7   sorry.

 8        A.   Yes, the same.

 9   BY MR. KERRIGAN:

10        Q.   When you were 12 years old you moved

11   to Blue Hills with your mother, is that correct?

12             THE INTERPRETER:  When you were?

13             MR. KERRIGAN:  12 years old.

14        A.   Yes.

15   BY MR. KERRIGAN:

16        Q.   Who else lived with you at Blue Hills?

17        A.   Just these people, with my stepfather.

18   He hadn't left my mother yet.

19        Q.   What is your stepfather's name?

20        A.   Jean Batiel Isema.  Last name Isema,

21   first name J-E-A-N, second word B-A-T-I-E-L.

22        Q.   Then, Mr. Joseph, you moved to

23   Charrier, C-H-A-R-R-I-E-R, in Cap-Haïtien?

24        A.   Yes.

25        Q.   And when you moved there, it was
```

 1    around the time you began at Rue 13 at PPT,

 2    correct?

 3         A.    No, after the Village closed.

 4         Q.    You moved to Charrier after the

 5    Village closed?

 6         A.    Yes.

 7         Q.    Was there any time before you even

 8    went to the Village that you lived at Charrier

 9    in Cap-Haïtien?

10         A.    What?

11         Q.    Before you started at the Village, was

12    there any time that you lived at Charrier,

13    Cap-Haïtien?

14         A.    After the Village closed, because of

15    my uncle, after the earthquake he came to live

16    here, and I went to stay with him.

17         Q.    That's your Uncle Pierre Wilner,

18    W-I-L-N-E-R?

19         A.    Yes.

20         Q.    What does your Uncle Pierre do for a

21    living?

22         A.    He works for PNH, which is the

23    National Police.

24         Q.    What is his role or title or position

25    with the police?

 1      A.   I can't tell you exactly, but just

 2   what I saw is that he doesn't wear a uniform.

 3      Q.   Does not?

 4           THE INTERPRETER:  He does not wear a

 5   uniform.

 6      Q.   Does he wear a suit to work?

 7      A.   No.  No, he doesn't.

 8      Q.   Does he carry a gun?

 9      A.   I don't know.  I've never seen a

10   weapon.

11      Q.   You believe he's a policeman and not a

12   clerk or an administrative person?

13      A.   He works in office, an office.  And

14   his card has PNH on it, but he doesn't wear a

15   uniform.

16      Q.   Your Uncle Pierre's nickname is Nènè,

17   N-E-N-E?

18      A.   Nènè.

19           THE INTERPRETER:  But an accent on the

20   upper left, lower right both times.

21      Q.   How long did you live at Charrier in

22   Cap-Haïtien after the Village closed?

23      A.   I don't remember.

24      Q.   From Charrier you moved to

25   Port-au-Prince, is that correct?

 1       A.   My uncle had gone first when I went

 2   back to Blue Hills.  When he got there he had

 3   someone send for me, and he sent me some money,

 4   and I went there.  That's how.

 5       Q.   Is your Uncle Pierre your mother's

 6   brother?

 7       A.   Yes, my mother's brother.

 8       Q.   It says in your answers to questions,

 9   Mr. Joseph, that you moved to Port-au-Prince in

10   2013.  Is that correct?

11       A.   I don't remember, but that could be

12   true.

13       Q.   What is the address where you live

14   today -- excuse me, strike that.

15            What is the address where you lived in

16   Port-au-Prince?

17       A.   In a place called Carrefour Feuille.

18   So Carrefour is C-A-R-R-E-F-O-U-R, Feuille,

19   F-E-U-I-L-L-E.  In an open market called Mache

20   Tinèl.  M-A-C-H-E, second word T-I-N-E-L, with

21   on the E an accent upper left, lower right.

22       Q.   What is Delmas 32, D-E-L-M-A-S?

23       A.   It's an area.

24       Q.   An area of Port-au-Prince?

25       A.   Yes.  After when I left Carrefour

```
 1    Feuille, I went to stay there with my uncle.

 2         Q.   When you were living in

 3    Port-au-Prince, was it always with your uncle?

 4         A.   Yes.

 5         Q.   Did anyone else live with you and your

 6    uncle in Port-au-Prince?

 7         A.   In the house?

 8         Q.   Yes.

 9         A.   Yes, his wife and his children.

10         Q.   What is his wife's name?

11         A.   Her name is Esther, but I don't

12    remember her last name.

13         Q.   And what are the children's names?

14         A.   Pierre Estaphanie.

15         Q.   Anyone else?

16         A.   Pierre Wilnadji.  So he has two

17    children, last name Pierre, P I-E-R R E, first

18    name Willny, W-I-L-L-N-Y.  Second child, last

19    name Pierre, first name Estephanie,

20    E-S-T-E-P-H-A-N-I-E.  He has a child he had

21    prior to these two called, last name Pierre

22    again, and first name Wilnadji, W-I-L-N-A-D-J-I.

23    And he just had a baby, I don't know the name of

24    the baby yet.

25         Q.   When was it that you moved from
```

Confidential - Subject to Further Confidentiality Review

```
 1    Port-au-Prince back to Blue Hills with your

 2    mother where you live now?

 3        A.   I remember it was in January I left

 4    Port-au-Prince, and I went back to Blue Hills.

 5        Q.   In January of 2015?

 6        A.   Yes, January, 2015.

 7        Q.   And you've lived with your mother,

 8    brothers, and sisters in Blue Hills since

 9    January, 2015?

10        A.   Yes, up to now.

11        Q.   So you've always had a place to live,

12    whether it be in Cap-Haïtien or Port-au-Prince,

13    all your life, isn't that correct, Mr. Joseph?

14        A.   Port-au-Prince or Cap-Haïtien?

15        Q.   Or Cap-Haïtien or Port-au-Prince.

16        A.   Yes.  When I was in Port-au-Prince I

17    live at my uncle's, and when I'm in Cap-Haïtien

18    I live with my mother.

19        Q.   So you always have place to stay,

20    correct?

21        A.   Well, in Port-au-Prince it's a rented

22    house, after a certain date where you have to

23    give it up.  It's not a stable home.

24             But in Cap-Haïtien it is a stable

25    home.  It's my mother's house.  It's in a
```

Confidential - Subject to Further Confidentiality Review

```
 1   project.

 2        Q.   Is it correct, Mr. Joseph, that all

 3   your life you've had someplace to stay, to live?

 4        A.   Yes.

 5        Q.   Have you ever been to school,

 6   Mr. Joseph?

 7        A.   Yes, I went to school.

 8        Q.   I want you to think back to the first

 9   time you ever went to school, and tell me when

10   that was.

11        A.   When I was in Grande Rivière with my

12   father.

13        Q.   Where did you go to school there?

14        A.   Innovator.

15        Q.   What is that?

16        A.   The name of the school.

17        Q.   Was that a public school?

18        A.   I don't remember.

19        Q.   How long were you?

20        A.   I was a small child in kindergarten.

21        Q.   Did the Innovator school have anything

22   to do with Project Pierre Toussaint?

23        A.   No.

24        Q.   What did you do at the Innovator

25   school?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   I just went to school.

 2        Q.   What did you do when you went to

 3   school?

 4        A.   What I used to do?

 5        Q.   Yes.

 6        A.   Ate, I worked.  I worked, I worked at

 7   school.

 8        Q.   Did you play at school?

 9        A.   Yes.  I was a child.

10        Q.   How long were you at the Innovator

11   school?

12        A.   I don't remember.

13        Q.   Was the Innovator school free?

14        A.   No, it wasn't free.

15        Q.   Who paid for the school?

16        A.   My father.  He hadn't passed away yet.

17        Q.   How long were you at the Innovator

18   school, Mr. Joseph?

19        A.   I don't remember.

20        Q.   Did you stop going to the Innovator

21   school at some point?

22        A.   Yes.

23        Q.   Did you go to another school after the

24   Innovator school?

25        A.   Yes.  I went to Cap-Haïtien.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   What school did you go to in

 2   Cap-Haïtien?

 3        A.   Rue 13, Carenage, in the Center in

 4   relation -- related to the Village.

 5        Q.   When you say Rue 13, Carenage, and the

 6   Village, are those all part of a bigger program?

 7        A.   The Village.

 8        Q.   When did you start going to Rue 13?

 9        A.   I don't remember.

10        Q.   How old were you?

11        A.   I don't recall my age.

12        Q.   Were you a child, or a teenager?

13        A.   No, I wasn't a teenager.  I was a

14   child.

15        Q.   Does Rue 13 have anything to do with

16   PPT?

17        A.   Yes.

18        Q.   How is Rue 13 related to PPT?

19        A.   You have to go through there first

20   before you go to the Village.

21        Q.   Why did you go to Rue 13?

22        A.   Why?

23        Q.   Why.

24        A.   To eat, because I would stay all the

25   time in the streets, and to eat, and I wanted to
```

Confidential - Subject to Further Confidentiality Review

1    learn how to write my name.  I couldn't write my

2    name yet.

3         Q.   Around that time when you started

4    Rue 13, were you hanging out on the streets?

5         A.   Yes.  Sometimes I slept in the street,

6    sometimes I slept at home.

7         Q.   Did you sleep at home more than you

8    slept in the street?

9         A.   I used to sleep in the streets more.

10        Q.   If you had wanted to go home to sleep

11   at that time, were you free to go home to sleep?

12        A.   Yeah, I could.

13        Q.   You chose to sleep out in the streets,

14   correct?

15        A.   Yeah, I was -- because in the streets

16   sometimes I felt better because I ate, and I

17   washed cars.

18        Q.   How did you hear about Rue 13,

19   Mr. Joseph?

20        A.   It was a friend of mine, a friend I

21   had, a child like myself, he was washing cars,

22   but he was talking about Rue 13, Rue 13, so I

23   went with him.  And when I got there they gave

24   me food, they gave me things to wear, and they

25   taught me how to write my name.  That's why I

Confidential - Subject to Further Confidentiality Review

 1    continued going to Rue 13.

 2         Q.   Were those all good things that you

 3    got from Rue 13?

 4         A.   Yeah, I ate.

 5         Q.   What else did you get from Rue 13

 6    besides clothes and food?

 7         A.   And I played ball, and I found school

 8    where they showed me how to write.

 9         Q.   What was the average day at Rue 13

10    like, Mr. Joseph?  What did you do?

11         A.   During the day?

12         Q.   Let's start in the morning when you

13    arrived.  Tell us what time you would arrive

14    usually, and then what you would do throughout

15    the whole day.

16         A.   Sometimes I would get there, I would

17    arrive at 9:00 a.m. because I would walk to

18    there.  When I would get there we would watch

19    TV, we would play games.  And at 2:00 p.m. we

20    had school.  At 5:00 p.m. we left and we went

21    back to the streets, while those who had houses

22    went back home, and those who stayed in the

23    streets went back to the streets.  That's how we

24    did.

25         Q.   In the morning would you get clothes

```
 1   to put on?

 2        A.   No, not easy -- not often.

 3        Q.   Would you have a place to bathe or

 4   take a shower?

 5        A.   Yes, shower.

 6        Q.   Did you get breakfast at Rue 13?

 7        A.   Yes.

 8        Q.   Did you have a place to play at

 9   Rue 13?

10        A.   Yes.

11        Q.   Did you have a locker at Rue 13?

12        A.   No.

13        Q.   Did you get lunch at Rue 13?

14        A.   Yes.

15        Q.   And you said already you got some

16   writing classes?

17        A.   Yes.

18        Q.   Were there any other classes?

19        A.   Yes, there were other classes.

20        Q.   What were the other classes?

21        A.   It got all the way to fifth year.

22        Q.   Did you get to make friends at Rue 13?

23        A.   All the children, all of them, we were

24   in the same place, so that's -- we were all

25   friends.  That's why I can say I had friends.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   How many other children were attending
 2   Rue 13 when you were there?
 3        A.   I can't count.  There were a lot of
 4   them, many.
 5        Q.   More than ten?
 6        A.   A lot.
 7        Q.   More than 20?
 8        A.   I don't remember, but a lot of
 9   children.
10        Q.   Were there any teachers or instructors
11   at Rue 13?
12        A.   Yeah, there were several teachers.
13        Q.   What were the names of some of the
14   other children who you met at Rue 13,
15   Mr. Joseph?
16        A.   I don't remember, but it's been such a
17   long time since we've seen each other, I don't
18   really remember.  But if I saw them, I would
19   recognize them, and I would tell you I recognize
20   him and him.
21        Q.   Can you remember the name or nickname
22   of anybody you met at Rue 13?
23        A.   Yes.
24        Q.   Tell me the names of anyone you
25   remember.
```

 1        A.    James Marthe.

 2        Q.    Can we spell that, please?

 3        A.    Another boy called Tidou, Emmanuel,

 4   Peter, Simon, St. Mark.  And then I don't

 5   remember the rest.

 6        Q.    Mr. Joseph, who Emmanuel be Emmanuel

 7   Clervil?

 8        A.    Yes.

 9        Q.    Have you spoken to Emmanuel Clervil

10   recently?

11        A.    I haven't spoken to him at all since

12   the Village closed.

13        Q.    And that would have been what year,

14   Mr. Joseph?

15        A.    Since we were inside the Village.  I

16   don't remember which year.

17        Q.    Have you spoken to Tidou, Peter,

18   Simon, or St. Mark at any time after you left

19   Rue 13?

20        A.    The Village, or Rue 13?

21        Q.    Rue 13.

22        A.    After I left Rue 13 I spoke to all of

23   these guys.  But after I left the Village, then

24   with none of them.

25        Q.    Did Tidou, Peter, Simon, St. Mark, and

```
 1    Emmanuel attend the Village with you?

 2         A.    Just James Marthe and Simon.   The

 3    other ones were already in there.

 4         Q.    Have you spoken to any of these people

 5    after the Village closed?

 6         A.    No.

 7         Q.    Have you spoken to any of those men

 8    about your case?

 9         A.    I haven't spoken to them at all since

10    the Village closed.

11         Q.    Did you speak to any of those

12    individuals about how Doug hurt you?

13         A.    I could never say something like that.

14    I would be afraid for them to call me names.

15         Q.    What kind of names?

16         A.    They would say Douglas is rough, and

17    Douglas is a fag.

18         Q.    And they would call you names?

19         A.    No, because they didn't know what had

20    happened to me.   When this thing happened, I

21    didn't tell anyone about this, just to my

22    lawyers.

23         Q.    Getting back to Rue 13, Mr. Joseph,

24    what were the names of all the teachers and

25    staff that you can remember who worked at
```

      1    Rue 13.

      2         A.   I can tell you some of them, not all.

      3         Q.   Tell me all the ones you remember,

      4    please.

      5         A.   It was Andy, the white guy, he was the

      6    boss.  There was Master Romere, Madame Calixte,

      7    Madame Margarita, Andy.  There was a security

      8    guard, we call him White, he used to separate us

      9    when we started fighting.  There was a -- there

     10    was one who used to cook the food, prepare the

     11    food, her name was Roknise, but she passed away.

     12    And there's another one who used to prepare the

     13    food for us, she has a terrible nickname, I

     14    don't know if that's her real name, but her name

     15    is Grimèl.  And I don't know the rest.

     16         Q.   What did Andy do as the boss at Rue

     17    13?

     18         A.   I don't know what his exact position

     19    was.  He was always in his office.

     20         Q.   You called him the boss earlier of

     21    Rue 13, correct?

     22         A.   Yeah.  He was managing everything,

     23    everything.  They would tell you, "go see Andy

     24    about it."

     25         Q.   What did you see Master Romere do at

 1    Rue 13?

 2        A.   He would turn on the television for

 3    us.  But I don't know what else he would do.  He

 4    was always with us.  I don't know what role he

 5    played really.

 6        Q.   How about Madame Calixte, what did you

 7    see her do?

 8        A.   Madame Calixte, in the morning when

 9    we'd come in, there was a special spot where she

10    would sit, and she would give us coffee and

11    bread, because that's what they gave us in the

12    morning.

13        Q.   What else would Madame Calixte do?

14        A.   That's all she did.  I don't know

15    about anything else.

16        Q.   What about Madame Margarita, what did

17    you see her do?

18        A.   She was doing -- giving class.  That's

19    what she did exactly.

20        Q.   Which classes?

21        A.   First year.

22        Q.   What did she teach?

23        A.   Write, she taught us to write, and to

24    count.

25        Q.   Is this Margarita Joseph?

```
 1        A.   I don't know her last name.

 2        Q.   Okay.  And how about White, the

 3   security guard?

 4        A.   He was like a security guard, he was

 5   providing security.  When we would fight, he

 6   would separate us.

 7        Q.   Did he search you when you came to

 8   Rue 13 in the morning?

 9        A.   Yes.

10        Q.   When you went to Rue 13, did you give

11   your real name to the teachers and the staff

12   there?

13        A.   Just not -- just not Brismac.  They

14   just knew me as Brisma.

15        Q.   Your nickname?

16        A.   They've always called me Brisma.

17        Q.   Did you receive any kind of documents

18   or papers from anyone at Rue 13?

19        A.   I don't remember that.

20        Q.   Did you ever see Douglas Perlitz at

21   Rue 13?

22        A.   Yeah, he used to come visit us.

23        Q.   How often?

24        A.   I don't remember.

25        Q.   How often did you go to Rue 13?
```

```
 1        A.    Many times.  I don't remember.

 2        Q.    Would you go there every day of the

 3   week?

 4        A.    Yes, every day.  I was just hoping for

 5   them to send me to the Village.

 6        Q.    Did you do well at Rue 13?

 7        A.    What kind of performance?

 8        Q.    All-around; in school, in getting

 9   along with others?

10        A.    Yeah, just kids like myself who would

11   give -- hit me a lot.

12        Q.    Why?

13        A.    Not anything in particular.  Just when

14   he wants to be invincible, then he pulls your

15   ears and then you give him -- you hit him, and

16   then you start fighting.

17        Q.    Did you do well at Rue 13?

18              MS. POLLOCK:  Objection.  Vague.

19   Asked and answered.

20        A.    Just the thing I just mentioned, the

21   kids liked to fight a lot.  But yes.

22   BY MR. KERRIGAN:

23        Q.    Were you ever thrown out of Rue 13?

24        A.    What do you mean kicked out?

25        Q.    Were you ever told to leave Rue 13 for
```

1    bad behavior?

2         A.   No.  They might punish us.

3         Q.   Did you ever see any other white

4    visitors at Rue 13 aside from Douglas?

5         A.   Yeah, they came, but not often.

6         Q.   Who did you see for white visitors at

7    Rue 13?

8         A.   I don't remember.  I don't remember.

9         Q.   Can you name anybody who visited

10   Rue 13 who was white?

11        A.   No, I don't remember.

12        Q.   When Douglas visited Rue 13, what

13   would he do?

14        A.   I don't know.  We just saw him, that's

15   all.

16             MS. POLLOCK:  We've been going about

17   an hour.  Can we take a break?

18             MR. KERRIGAN:  Sure, let me just --

19   I'll just finish with this.

20             MS. POLLOCK:  Sure.

21   BY MR. KERRIGAN:

22        Q.   Mr. Joseph, what did you understand

23   Douglas's job was when you were at Rue 13?

24        A.   I don't know.  I was small.  I didn't

25   have -- my mind wasn't so developed.  The only

```
 1    thing I knew was I was just checking to get food

 2    and to stay there enough to be able to be sent

 3    to the Village.  That's all I know.

 4         Q.   And you were at Rue 13 for two years,

 5    is that correct?

 6         A.   Yes.

 7         Q.   What grades did you complete at

 8    Rue 13?

 9         A.   When I entered, I went to first year,

10    and then they sent me to second year, and it was

11    the same lady that was doing both.

12         Q.   Did you enjoy your time at Rue 13,

13    Mr. Joseph?

14         A.   Yeah, because that's where I found a

15    little bit of food, and they showed me how to

16    write, so I liked it.  I was happy.

17         Q.   It was a good place to go, wasn't it?

18         A.   Yes.

19         Q.   Did you receive any religious

20    instruction at Rue 13?

21         A.   No, they didn't show me this.

22         Q.   When you were at Rue 13, Mr. Joseph,

23    did you at any time have any fear that Douglas

24    would harm you?

25         A.   When I was in Rue 13?
```

 1        Q.   Correct.

 2        A.   I wasn't afraid yet, because I didn't

 3   know who he was.  Andy was our boss.  It's when

 4   I got to the Village that he became the boss.

 5        Q.   And you had no reason to be afraid

 6   when you were at Rue 13 that Douglas would harm

 7   you, is that correct?

 8        A.   No, because I didn't know anything

 9   about him.  As far as we knew, he was a visitor

10   in Rue 13.  I didn't know anything about him.

11        Q.   And you had no suspicions when you

12   were at Rue 13 that Douglas would ever harm you,

13   is that correct?

14        A.   I didn't know who he was.  I didn't

15   know anything about him.

16        Q.   Thank you.

17             MR. KERRIGAN:  Jo Anna has asked for a

18   break, so we'll take a break.

19             THE VIDEOGRAPHER:  Going off the

20   record.  The time is 11:37.

21             (Whereupon, a recess was taken.)

22             THE VIDEOGRAPHER:  Back on the record.

23   The time is 12:01.

24             MR. KERRIGAN:  I'm going to make an

25   administrative note before we continue with the

Confidential - Subject to Further Confidentiality Review

1   questioning.  This is something that counsel

2   discussed during a break, and it's the

3   following.

4           We're putting spellings of the names

5   on the record, obviously because these are not

6   native to names a lot of us, and we find that

7   it's much easier both in reviewing and having a

8   transcription made that we spell these names.

9   All of the spellings that have been made so far

10  and all of the future spellings we're going to

11  agree are the translator's spellings as opposed

12  to the witness's spellings or my own spellings.

13          Is that agreed, Jo Anna?

14          MS. POLLOCK:  Yes.

15          MR. KERRIGAN:  Nathalie, you're okay

16  with that?

17          THE INTERPRETER:  Yes.

18          MR. KERRIGAN:  Great.

19  BY MR. KERRIGAN:

20      Q.  Mr. Joseph, we are back on the record

21  and you're still under oath.  Do you understand

22  that?

23      A.  Okay.  Yes.

24      Q.  Before the break, Mr. Joseph, you had

25  indicated that when you were attending Rue 13,

Confidential - Subject to Further Confidentiality Review

```
 1   you often times lived on the street, correct?

 2        A.   Yes, I was living in the streets, and

 3   when I wanted I would go home.

 4        Q.   You also indicated, Mr. Joseph, that

 5   you sometimes chose to sleep overnight in the

 6   streets, is that correct?

 7        A.   Yes.  Yes.

 8        Q.   Now, when you say you slept in the

 9   streets, Mr. Joseph, do you mean that you

10   actually slept on the street itself, or

11   someplace else?

12        A.   I would sleep on people's -- like a

13   gallery, people's galleries where they sell

14   things or where they prepare food, where they

15   sell.  Sometimes I had a little job, and when I

16   finished doing it I wouldn't be able to go back

17   home, so I slept under tin roofs or on the

18   floor, on the street on the gallery.  This is to

19   say I didn't sleep inside a house.

20        Q.   Okay.  So it was outside?

21        A.   Yes, outside.

22        Q.   Now, when you say sometimes you would

23   finish a job late and couldn't go home, does

24   that mean it was too late at night for you to go

25   all the way back to Blue Hills?
```

```
 1        A.   Yes, it was too late.

 2        Q.   Mr. Joseph, at some point you left Rue

 3   13, correct?

 4        A.   Yes.

 5        Q.   When was that?

 6        A.   I don't remember.

 7        Q.   Why did you leave Rue 13?

 8        A.   They took out the center, they sent it

 9   to Carenage.  The same center on Rue 13, they

10   sent it to Carenage.  I was in there.

11        Q.   What is Carenage?

12        A.   A center.

13        Q.   Did Rue 13 become Carenage?

14        A.   Yes, the same program.

15        Q.   Where was Carenage located?

16        A.   Almost next -- almost close to the

17   square.

18        Q.   Which square?

19        A.   Carenage Portail Rouge.

20             THE INTERPRETER:  It's an area,

21   P-O-R-T-A-I-L, next word R-O-U-G-E.

22        Q.   When you went to Carenage, how old

23   were you?

24        A.   I don't remember how old I was.

25        Q.   Did the same students and children at
```

```
 1   Rue 13 go over with you to Carenage?

 2        A.   The same program, exactly the same.

 3        Q.   Was it the same children as well?

 4        A.   Yes.

 5        Q.   Was it the same staff as well?

 6        A.   Same thing.  Same thing.  Just Andy,

 7   he had already left Rue 13.  We just had a new

 8   white person called Nicholas who came to replace

 9   Andy.

10        Q.   Did Nicholas replace Andy at Rue 13?

11        A.   Uh-uh.  Andy was at Rue 13.

12        Q.   Did Nick take over for Andy at

13   Carenage?

14        A.   Is it him?

15        Q.   I'm sorry.  Did Nicholas take over for

16   Andy at Carenage?

17        A.   Yes.

18        Q.   Did Andy ever work at Carenage?

19        A.   No.

20        Q.   Were there any other white people who

21   worked or volunteered at Carenage?

22        A.   No, I don't remember seeing any other

23   white person, just Nicholas.

24        Q.   Was there ever a white person named

25   Brittany or Jessica at Carenage?
```

```
 1         A.   No, I don't remember that.

 2         Q.   Do you know the names Brittany or

 3    Jessica?

 4         A.   No.

 5         Q.   When you were at Carenage, Mr. Joseph,

 6    what did you do for activities there?

 7         A.   Same activity I said earlier.

 8         Q.   Same activities as you performed at

 9    Rue 13?

10         A.   Uh-huh.  And they continued.

11         Q.   How long did you stay at Carenage?

12         A.   I don't remember.  I don't remember.

13         Q.   Mr. Joseph, I'm looking at your

14    answers to questions, I'm looking at Number 5,

15    and you indicate that you went to Carenage and

16    attended first and second grades.  Is that

17    correct?

18         A.   First and second year?

19         Q.   First and second year.

20         A.   Yes.

21         Q.   That's correct?

22         A.   Yes.

23         Q.   You spent two years at Carenage?

24         A.   I don't remember.

25         Q.   But you attended first and second
```

```
 1   grade at Carenage, correct?

 2        A.   Yes, I spent there.

 3        Q.   Spent what there?

 4        A.   I don't remember.

 5        Q.   When you were at Carenage, Mr. Joseph,

 6   did you ever see Douglas there?

 7        A.   No, he wouldn't come often.

 8        Q.   How often would he come?

 9        A.   I don't remember.  Just a few times.

10        Q.   When Douglas came to Carenage, what

11   would you see him doing?

12        A.   I don't remember things like that.

13        Q.   When you were at Carenage, did you

14   have any idea of what Douglas's role was at

15   Carenage, his job?

16        A.   No, I didn't know anything.

17        Q.   What was Nicholas's job at Carenage?

18        A.   Nicholas, oh, I thought you were

19   talking about Douglas.

20        Q.   No, I was.  I'm now switching over to

21   Nicholas.

22        A.   Yes.  He replaced Andy's job, and

23   everything he would say we would have to do.

24        Q.   Was Nick the manager or the boss of

25   Carenage when you were there?
```

1      A.   Who?

2      Q.   Nicholas.

3      A.   Yes.

4      Q.   When you were at Carenage, Mr. Joseph,

5   did you ever see any white visitors come to

6   Carenage?

7      A.   Yes, that happened, but not often.

8      Q.   Who did you see for white visitors at

9   Carenage?

10     A.   I don't know their names.

11     Q.   Were they men, or women, or children?

12     A.   They were girls, and sometimes little

13  white people, and men, too.

14     Q.   Did you recognize any of the white

15  people who visited?

16     A.   No.

17     Q.   Did anyone else visit Carenage other

18  than white people every now and again?

19     A.   Just the children's parents who would

20  come to visit, because sometimes they would have

21  meetings.  But besides that, no one else came.

22     Q.   How often would you attend Carenage

23  when you were there, Mr. Joseph?

24     A.   Can you repeat the question, please?

25     Q.   Sure.

```
 1              How often did you go to Carenage when

 2   you were there?  How many days of the week?

 3       A.   Well, I can't identify this, but

 4   sometimes I go the entire week, sometimes I

 5   don't.

 6       Q.   Would you say you would go the entire

 7   week more often than not?

 8       A.   I missed a few days in a week.  That

 9   happened.

10       Q.   Were you a regular student at

11   Carenage?

12              THE INTERPRETER:  Can you rephrase the

13   question, please?

14              MR. KERRIGAN:  Sure.

15       Q.   Were you regularly at Carenage?

16       A.   What do you mean "regularly"?

17       Q.   Most every day?

18       A.   Yes, almost every day.

19       Q.   Were you ever ejected from Carenage,

20   or told to leave Carenage?

21       A.   No, they never did that, unless you

22   had bad behavior and they would punish you and

23   say "go home and come back tomorrow."

24       Q.   Were you punished at any time at

25   Carenage?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   Well, I wasn't much trouble, so this

 2   didn't happen often.

 3        Q.   Did you enjoy your time at Carenage,

 4   Mr. Joseph?

 5        A.   Yes, not bad.

 6        Q.   It was a good program?

 7        A.   Yes.

 8        Q.   You had food there.  You had --

 9        A.   Yes.

10        Q.   You had friends there?

11        A.   Yes, all the kids.

12        Q.   You had good schooling there?

13        A.   Yes.

14        Q.   You had the chance to play ball there?

15        A.   Yeah, basket -- basketball.

16        Q.   Basketball.

17             And you had nice people who were

18   working there to help you, correct?

19        A.   Yes.

20        Q.   At any time while you were at

21   Carenage, Mr. Joseph, were you afraid that

22   Douglas would hurt you in any way?

23        A.   I didn't know anything about him.

24   It's when you know someone that you can be

25   afraid of them.  I didn't know him.
```

Confidential - Subject to Further Confidentiality Review

```
 1        Q.   So you had no fear that Douglas would

 2   hurt you while you were at Carenage?

 3        A.   No, I didn't know him.

 4        Q.   And you had no reason to suspect that

 5   Douglas would hurt you while you were at

 6   Carenage, correct?

 7        A.   No.

 8        Q.   Did you have to pay any money to

 9   attend Carenage?

10        A.   What money?  Is it for the school?  Is

11   it for the administration, like a child goes to

12   school and they tell you it's $100 for the

13   entire year, something like that?

14        Q.   Something like that.  Did you or your

15   family ever pay any money for your time at

16   Carenage?

17        A.   No.

18        Q.   Did you or your family ever pay any

19   money for your time at Rue 13?

20        A.   No.

21        Q.   At some point you left Carenage,

22   correct?

23        A.   Yes.

24        Q.   When did you leave?

25        A.   I don't remember.  I don't remember.
```

Confidential - Subject to Further Confidentiality Review

 1      Q.   How old were you?

 2      A.   I don't remember my age.

 3      Q.   Why did you leave Carenage?

 4      A.   I don't know who did this, if it was

 5   Nicholas or Douglas, but they sent us to school

 6   outside.  I don't -- everybody who had reached

 7   an average grade, they were sent to the Village.

 8      Q.   Where were you sent?

 9      A.   In which school?

10      Q.   Yes.

11      A.   When I left Carenage and which school

12   did they send me?

13      Q.   Yes.

14      A.   A school called Mèbèrge.

15           THE INTERPRETER:  Capital M-E, upper

16   left lower right, B-E, upper left lower right,

17   G-E.

18      A.   Afternoon school, an afternoon school.

19      Q.   Was that located on Rue 2?

20      A.   Yes, of course.

21      Q.   How long did you attend school at

22   Mèbèrge?

23      A.   One year.  I spent one year there.

24      Q.   Would that have been third grade?

25      A.   Yes, third grade.

1       Q.   Did that school have any connection

2    with PPT?

3       A.   I can't say yes for sure.  Well, I

4    don't know, but I saw the white people, I saw

5    Douglas who came to visit us inside the school,

6    and I saw Nicholas who came inside.

7       Q.   How many times did Douglas visit

8    Mèbèrge?

9            THE INTERPRETER:  I'm sorry, Douglas

10   you said?

11           MR. KERRIGAN:  Douglas.

12      A.   I don't remember how often.

13      Q.   Did Douglas work there, or visit

14   there?

15      A.   No, they sent us to that school, but

16   Douglas was already inside the Village.

17      Q.   When you saw Douglas at Mèbèrge, was

18   he working there, or was he visiting there?

19      A.   He came to visit us because we were

20   part of the Village, both Rue 13 and Carenage.

21   We had to go through there to go to the Village.

22      Q.   How about Nicholas, you saw Nicholas

23   at Mèbèrge?

24      A.   Yes.

25      Q.   How many times did you see Nicholas at

Confidential - Subject to Further Confidentiality Review

```
 1   Mèbèrge?

 2        A.   I don't remember.

 3        Q.   When you saw Nicholas at Mèbèrge, was

 4   he working there, or visiting there?

 5        A.   He wasn't working there.

 6        Q.   He was visiting there?

 7        A.   He came to see us, yes.

 8        Q.   Were there any other staffers or

 9   teachers at PPT who came to visit you at

10   Mèbèrge?

11        A.   No.

12        Q.   Were there any white people who came

13   to see you at Mèbèrge?

14        A.   No, I didn't see other people.

15        Q.   White people, correct?

16        A.   No.

17        Q.   You saw no white people at Mèbèrge

18   other than Nicholas and Douglas, correct?

19        A.   Yes.

20        Q.   Who were your teachers at Mèbèrge?

21        A.   I don't remember their names -- her

22   name, but it was a lady.

23        Q.   What did you study?

24        A.   Math, French, Creole, and history --

25        Q.   You were there for one year, correct?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   -- and other subjects.

 2             Yes.

 3        Q.   When did you leave Mèbèrge?

 4        A.   After, I don't really remember, after.

 5   I don't remember who got the report card, it was

 6   either Douglas or Nicholas, to check if we got

 7   an average grade, then we were sent to the

 8   Village.  It wasn't right away after the school

 9   started, it took a little while, a little while.

10        Q.   After you left Mèbèrge, did you go to

11   another school?

12        A.   Yes.

13        Q.   Where did you go from there?

14        A.   At the Village.

15        Q.   Is the Village part of PPT?

16        A.   Yes, PPT itself.

17             MS. POLLOCK:  It's 12:30, and I don't

18   know if you want to -- you probably don't have

19   time to go into everything on the Village, but

20   just use your judgment.

21             MR. KERRIGAN:  Does the group have a

22   sense of whether we want to break for lunch?

23   Why don't we go ahead and do that then.

24             MS. POLLOCK:  Break now?

25             MR. KERRIGAN:  New subject.  We'll go
```

Confidential - Subject to Further Confidentiality Review

```
 1   off record now for our lunch break.

 2              MS. POLLOCK:  For an hour?

 3              MR. KERRIGAN:  For an hour.

 4              THE VIDEOGRAPHER:  Going off the

 5   record.  The time is 12:30.

 6              (Whereupon, a luncheon recess was

 7              taken.)

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              AFTERNOON SESSION

 2

 3              THE VIDEOGRAPHER:  Back on the record.

 4   The time is 1:40.

 5   BY MR. KERRIGAN:

 6        Q.   Mr. Joseph, we are back from our

 7   break, and you are still under oath.  Do you

 8   understand that?

 9        A.   Yes.

10        Q.   Mr. Joseph, did you have the

11   opportunity to eat lunch?

12        A.   Yes.

13        Q.   Did you sit with anyone?

14        A.   I was alone.

15        Q.   Did you speak with anyone during

16   lunch?

17        A.   After that a friend came.  He didn't

18   ask me questions, I didn't ask him questions.

19        Q.   Who was the friend who came?

20        A.   He's at the hotel also.

21        Q.   What's his name?

22        A.   I don't remember his name.

23        Q.   Did you talk about the case?

24        A.   No.

25        Q.   Did you eat lunch with him?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   I ate by myself.  I didn't eat with

 2   him.

 3        Q.   And you met him after you ate lunch?

 4        A.   No.

 5        Q.   When did you meet him?

 6        A.   I didn't meet him after that.

 7        Q.   Did you speak to anyone other than

 8   your lawyers on the break?

 9        A.   For the time now?

10        Q.   For the break we just had, did you

11   speak to anyone other than your lawyers?

12        A.   No, I didn't talk to anyone.

13        Q.   Where did you eat lunch?

14        A.   Down there.

15        Q.   Did you go to the buffet?

16        A.   Yes.

17        Q.   And you sat by yourself?

18        A.   Yes.

19        Q.   Nobody joined you at any time?

20        A.   No.

21        Q.   And nobody talked about the case with

22   you?

23        A.   No.

24        Q.   Thank you.

25             Mr. Joseph, you went to the Village at
```

Confidential - Subject to Further Confidentiality Review

```
 1    some point, is that correct?

 2         A.   I don't understand.

 3         Q.   After you went to Mèbèrge, you went to

 4    the Village, is that correct?

 5         A.   When I left the Village -- the school

 6    of Mèbèrge?

 7         Q.   Correct.

 8         A.   Yes.

 9         Q.   What year did you start going to the

10    Village?

11         A.   I don't remember that.

12         Q.   How old were you when you started

13    going to the Village?

14         A.   I don't remember the age, my age.

15         Q.   When you started at the Village, what

16    grade did you start?

17         A.   Second year.

18         Q.   Is that also called second grade?

19         A.   Yes, first, second class.

20         Q.   And when you started at the Village,

21    you started the second grade, correct?

22         A.   Yes.  They made me repeat.

23         Q.   In your answers to questions,

24    Mr. Joseph, I'm looking at answer Number 5, you

25    indicate that you were sent to the Village where
```

Confidential - Subject to Further Confidentiality Review

```
 1   you repeated third grade.  Is that correct, that

 2   you repeated third grade?

 3        A.   At the Village?

 4        Q.   Yes.

 5        A.   I did the third class in the Village.

 6        Q.   How many years in total did you spend

 7   at the Village?

 8        A.   I don't remember.  I don't remember

 9   that at all.

10        Q.   You stayed at the Village until it

11   closed, is that correct?

12        A.   Yes.

13        Q.   When did the Village close?

14        A.   I don't remember.

15        Q.   I'm going to tell you, Mr. Joseph,

16   that the Village closed in the summer of 2008.

17   Will you accept that?

18        A.   I don't know.  I can't accept it.

19        Q.   Did the Village close in the summer

20   months?

21        A.   I don't know.  I don't remember when

22   it closed.  I don't recall this.

23        Q.   And one last time, Mr. Joseph, do you

24   recall what grades or what classes you attended

25   while you were at the Village?  Was it first
```

1    grade, second grade, third grade, or something

2    else?

3         A.   I already had changed and went to the

4    fourth.  The Village had closed.

5         Q.   While you were at the Village, though,

6    did you attend the first grade, second grade,

7    third grade, or something else?

8         A.   I don't understand that question.

9         Q.   Do you know what grades you attended

10   when you were at the Village?

11        A.   I remember, but when the Village

12   closed, I can't tell you directly which class I

13   was.

14        Q.   Okay.  When you were at the Village,

15   Mr. Joseph, did you live at the Village at any

16   time?

17        A.   To sleep there you mean?

18        Q.   Yes.

19        A.   No, I didn't sleep.  I arrived there

20   at 5.

21        Q.   You never slept over at the Village?

22        A.   Once, I only slept once because there

23   was a party at the Village, and then they put us

24   out at midnight so we could go home.

25        Q.   Where did you sleep that night?

```
 1       A.   I went home.

 2       Q.   So you never slept at the Village?

 3       A.   No.

 4       Q.   You never slept there, correct?

 5       A.   No.

 6       Q.   I just want to make sure we're clear

 7  on it.  Is it correct to say that you never

 8  slept at the Village?

 9       A.   No, I never slept at the Village.

10       Q.   Thank you.

11            You were living in Blue Hills at the

12  time you attended the Village?

13       A.   Yes.

14       Q.   At what time in the morning would you

15  arrive at the Village, typically?

16       A.   They told us 8:00 o'clock.

17       Q.   Who is "they"?

18       A.   That's the time when the school opened

19  so everybody from the outside could get in.

20       Q.   And on the average day, Mr. Joseph,

21  when would you leave the Village at the end of

22  the day?

23       A.   You mean I arrive at 7, 8:00 in the

24  morning, and what time I leave?

25       Q.   That's what I'm asking.
```

Confidential - Subject to Further Confidentiality Review

```
 1         A.   5, 6:00 o'clock, around that time.

 2         Q.   What would you do when you were at the

 3    Village?  What types of activities, what types

 4    of classes?

 5         A.   What class I had?

 6         Q.   Yes.  Tell me all the things you would

 7    do at the Village.

 8         A.   I went to school, I played ball, I

 9    played basketball.  We used to watch movies.  We

10    had some programs, some programs between us on

11    the weekend.  On Saturdays we did the cinema.

12         Q.   How many days of the week would you

13    attend the Village?

14         A.   When I didn't have anything else to

15    do, I would always go.  I don't remember how

16    many days.

17         Q.   Would you go to the Village Monday,

18    Tuesday, Wednesday, Thursday, Friday?

19         A.   Except for Sundays.

20         Q.   So you'd go to the Village on

21    Saturday, too?

22         A.   Yes.

23         Q.   Did you go to the Village that many

24    days during the week right up until the Village

25    closed?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   Yes, as long as I wasn't sick I would
 2   go.
 3        Q.   Mr. Joseph, what were some of the
 4   classes that you took at the Village?  What did
 5   you study?
 6        A.   When I entered for the first time at
 7   the Village?
 8        Q.   Yes.
 9        A.   Yes.  And other subjects, for example
10   the book has number two on it, second year, the
11   Joy of Reading.
12        Q.   Did you take any other classes at any
13   time while you were at the Village?
14        A.   Yes, I remember I was doing third
15   class.
16        Q.   And what did you study in third class?
17        A.   Math, French, Creole, and other books,
18   I don't remember.  And music with Master Mémé.
19        Q.   Did you study anything else while you
20   were at the Village at any time?
21        A.   To learn other things?
22        Q.   Yes.
23        A.   Woodwork.
24        Q.   Carpentry?
25        A.   Yes.
```

```
 1        Q.   Did you study anything else at the

 2    Village?

 3        A.   No.

 4        Q.   Who were your -- strike that.

 5             Did you play sports at the Village?

 6        A.   What sports?  Ball, basketball?

 7        Q.   Any sports.

 8        A.   Yes.  I played ball, and I played

 9    basketball in there.

10        Q.   Did you play soccer?

11        A.   Yes.

12        Q.   Did you play anything else?

13        A.   Yes.  Basketball, I played basketball,

14    too.

15        Q.   Did you receive any clothing from the

16    Village?

17        A.   Yes.  I remember they gave me a

18    T-shirt with "Fairfield" on it.

19        Q.   Who gave you that?

20        A.   Madame Carter.  It's Madame Carter who

21    brought that for us, but she didn't want -- she

22    wasn't the one who gave it to me, there were

23    people helping her.  But she was there when they

24    were distributing it.

25        Q.   Who gave it to you?
```

1       A.   I don't remember.  It was a teacher.

2       Q.   Was that some kind of a gift?

3       A.   Yes, because she gave it to me.  If

4   somebody gives you something and you didn't have

5   it before, then it's a gift.

6       Q.   It was a gift from the teacher?

7       A.   It wasn't him directly.  It's Madame

8   Carter who came with it.

9       Q.   Apart from the T-shirt, did you get

10  any other clothing from the Village?

11      A.   Yes, they did.  Shorts, and every

12  December they give us tennis shoes.

13      Q.   Any other clothing?

14      A.   No, I don't remember they gave us --

15  they gave me other clothing.

16      Q.   When you say they gave us clothing, do

17  you mean the other students at PPT?

18      A.   Yeah, all of us inside PPT, not to me

19  only, all of us in there.

20      Q.   Who were your teachers or instructors

21  at the Village?

22      A.   I have Master Tchouway, and Mémé,

23  Patrice, Master Daniel, and Madame Nelta.

24      Q.   Any other teachers?

25      A.   Master Claudino.  I don't remember any

1    more.

2            MR. KERRIGAN:  For the record, I'm

3    looking at answer to Interrogatory No. 6 for

4    some spellings.  Patrice, P-A-T-R-I-C-E, Mémé,

5    M-E-M-E, Nelta, N-E-L-T-A, and that's as far as

6    I can get us.

7            THE INTERPRETER:  C-L-A-U-D-I-N-O.

8    Master Tchouway, T-C-H-O-U-W-A-Y.

9        Q.   Thank you, Mr. Joseph.

10            What did Patrice teach you?

11       A.   History.

12       Q.   What did Mémé teach you?

13       A.   Music.

14       Q.   What did Daniel teach you?

15       A.   French.

16       Q.   What did Nelta teach you?

17       A.   French language.

18       Q.   What did Claudino teach you?

19       A.   Math.

20       Q.   What did Tchouway teach you?

21       A.   Creole.

22       Q.   Did you ever see any white people at

23    the Village while you were there?

24       A.   Yes, often.

25       Q.   Who did you see?

```
 1          A.   When they came, they didn't stay, but

 2    from those who came and stayed, I saw Sylvester,

 3    Brittany, and Jessica.

 4          Q.   What is Sylvester's last name?

 5          A.   I don't know that.

 6          Q.   What is Brittany's last name?

 7          A.   I don't know for any of them.

 8          Q.   You don't know Jessica's last name?

 9          A.   No.

10          Q.   Did any other white people stay at the

11    Village or PPT while you were at the Village,

12    apart from Sylvester, Brittany, and Jessica?

13          A.   Stay or visit?

14          Q.   Stay.

15          A.   No.  No, I didn't see that.

16          Q.   Did you ever see Doug at the Village,

17    Douglas?

18          A.   Oh, well, he was the boss.

19          Q.   What do you mean when you say "he was

20    the boss"?

21          A.   Because he was always looking for the

22    Village, he would always be looking for people

23    to help him, and he's the one I knew best before

24    any other people there.

25          Q.   When did you first meet Douglas at the
```

Confidential - Subject to Further Confidentiality Review

1    Village?

2         A.   When did I meet him?

3         Q.   Yes.

4         A.   When I got to the Village, he's the

5    one who had me registered.

6         Q.   And how often would you see Douglas

7    when you were at the Village?

8         A.   I don't remember, but it's often,

9    because it's inside that he --

10        Q.   That he what?

11        A.   What?  What do you mean?

12        Q.   When Douglas was at the Village, what

13   did you see him doing?

14        A.   Maybe he did things I didn't know

15   about, but he always made us understand that he

16   was our father inside the Village.

17        Q.   Did Douglas tell you that he was your

18   father inside the Village?

19        A.   Well, it was him, everything we --

20   whenever we had a problem inside, we went to see

21   him.  He would organize everything inside.  And

22   it was only him that we really knew, and we were

23   more at ease with him.

24        Q.   When you say "we," who do you mean?

25        A.   All, everyone inside the Village, all

Confidential - Subject to Further Confidentiality Review

1     the children.

2          Q.    Did Douglas set the rules for the

3     Village?

4          A.    I can't tell you if it was him.

5          Q.    Did Douglas hire people and fire

6     people at the Village?

7          A.    How do you mean "fire"?

8          Q.    Terminate, throw out.

9          A.    Are you talking about the children

10    inside the Village, or people working there?

11         Q.    People working there.

12         A.    I can't tell you, because while I was

13    there I never saw anybody being fired.

14         Q.    Was it Douglas who let people into the

15    Village and sent them away from the Village?

16    And it's the students I'm talking about this

17    time.

18         A.    Yes, he used to do that.

19         Q.    Were you ever thrown out of the

20    Village by Douglas?

21         A.    No.

22         Q.    Did you ever see any white people

23    visit the Village, Mr. Joseph?  Visitors.

24         A.    Right, right.  Yes.

25         Q.    Who did you see?

1       A.   I only remember about the people I

2  told you about, Jessica, Silvester, and

3  Brittany.  I don't remember the names of the

4  other people, but they used to come.

5       Q.   Okay.  Do you remember any other white

6  people who visited the Village at any time other

7  than Brittany, Jessica, and Sylvester?

8            MS. POLLOCK:  And Madame Carter?

9       A.   Yes, like Father Paul, Madame Carter

10 who was the big boss of the Village.  I remember

11 these people, those people who didn't stay.

12 BY MR. KERRIGAN:

13      Q.   Who else did you see visiting the

14 Village for white people apart from Carrier and

15 Carter?

16      A.   I don't remember any more.

17      Q.   You only remember Carter and Carrier?

18      A.   And then Jessica, Sylvester, and

19 Brittany.

20      Q.   Okay.  Let's leave Sylvester, Jessica,

21 and Brittany off to the side for now.  And I'm

22 asking you who you saw for white people who were

23 just visitors to the Village other than Carrier

24 and Carter.

25      A.   I don't remember any more.

Confidential - Subject to Further Confidentiality Review

1      Q.    You only remember Carter and Carrier

2   among the visitors?

3      A.    Yeah.  I remember Father Paul and

4   Madame Carter, but I don't remember.  There

5   might have been others, I just don't remember.

6      Q.    Why do you remember Father Carrier and

7   Ms. Carter and nobody else?

8      A.    The other people didn't come often.

9   They would just make -- come for one visit and

10   leave.  But Father Paul and Madame Carter, they

11   gave us advice, they came to talk to us, and

12   they prayed with us.

13      Q.    Did anyone else come down to pray with

14   you or to offer you advice or to spend time at

15   the Village besides Father Carrier and

16   Ms. Carter?

17      A.    White people, or Haitians?

18      Q.    White people.

19      A.    I don't remember any more.  Sylvester

20   used to pray with us in the chapel.

21      Q.    How many times did you see Mrs. Carter

22   at the Village?

23      A.    I don't remember how often.

24      Q.    Was it five times?

25      A.    I don't remember how many times at

 1  all, at all.

 2      Q.   So it could have been one time that

 3  you saw Ms. Carter at the Village?

 4      A.   It's more, but I don't remember.  It

 5  could have been twice or more.

 6      Q.   When you saw Ms. Carter at the

 7  Village, what was she doing?

 8      A.   She plays with the children, and in

 9  case there's a meeting we all regroup in the

10  chapel, and there we pray together and she gives

11  us advice.  If there are gifts, she gives us the

12  gifts.

13      Q.   Did you ever speak directly with

14  Ms. Carter?

15      A.   Sometimes I would have liked to talk

16  to her, but I don't speak English and she speaks

17  English.  I speak Creole.

18      Q.   So you never spoke directly with

19  Ms. Carter, correct?

20      A.   No, I never spoke to her.

21      Q.   Why do you say she gave you advice?

22      A.   She gave us advice so we would finish

23  school.  If we learned really well, we finished

24  school, she would send us to Fairfield

25  University if we finished school.  She would

 1    always give us strength.

 2        Q.    She would send whom to Fairfield

 3    University?

 4        A.    The children inside the Village.  As

 5    long as you finish school, you were intelligent,

 6    she had access, she had the power to make -- for

 7    that to happen.

 8        Q.    For what to happen?

 9        A.    She had access to Fairfield

10    University.

11        Q.    To get students into Fairfield

12    University?

13        A.    Yes, if you finished school.

14        Q.    Who told you that Carter had access to

15    get students into Fairfield University?

16        A.    She said that with her own mouth.

17        Q.    Did you hear her say that?

18        A.    Well, she didn't say it directly.  But

19    it was Robinson, and when Robinson wasn't there,

20    then it was Douglas.  That's what she said with

21    her own mouth.  Well, she didn't say it with her

22    own mouth, it's what people said that she had

23    said, because they would translate for her.

24        Q.    When Ms. Carter -- strike that.

25              When you heard Ms. Carter speak, was

```
 1   it always when you were with a group of PPT

 2   students?

 3       A.   Yes, in the chapel we always --

 4       Q.   You always what?

 5       A.   We were always regrouped in the

 6   chapel.

 7       Q.   When you say "we," you mean students

 8   at the Village?

 9       A.   When I say "we," it's all the children

10   at PPT, and also the teachers and Douglas.

11   Well, Douglas was always there.

12       Q.   Did you ever hear anyone say that

13   Ms. Carter was a donor, someone who gives money

14   to help others?

15       A.   No, I didn't hear that.

16       Q.   Was Ms. Carter a nice woman?

17       A.   She's nice when she's talking.  She's

18   always making all these gestures, and she's

19   always laughing.

20       Q.   And when Ms. Carter spoke to the group

21   of students at the Village, she was giving you

22   encouragement and encouraging you to drive to do

23   great things, is that correct?

24       A.   Yes.

25       Q.   She was not the big boss of the
```

1    project at the Village, was she?

2       A.   Well, I can't know that for sure, but

3    I don't know all the bosses at the Village.  The

4    ones that I knew were Madame Carter and Father

5    Paul, those are the ones that I knew better.

6       Q.   Why would you call Madame Carter a

7    boss of the Village?

8       A.   All she did was come and give some

9    gifts and encouragement.  Sometimes when they

10   come, there's some steps that they're doing,

11   that Douglas -- he's always looking for things,

12   and they participate in those activities.

13   Douglas always said that Madame Carter and

14   Father Paul used to help him to bring the

15   Village forward.

16      Q.   Is that the only reason why you

17   believe that Carter was a boss?

18      A.   Yes, because Douglas is always talking

19   about her, he says she's always standing with

20   him in everything that's going on in the

21   Village.

22      Q.   Did Douglas say anything else about

23   Ms. Carter?

24      A.   I don't remember.

25      Q.   Have you told us everything you

Confidential - Subject to Further Confidentiality Review

1    remember about what Ms. Carter said at any time?

2        A.    What do you mean?

3        Q.    Do you remember anything else that

4    Ms. Carter said at any time?

5        A.    No, just advice so that we can

6    progress in school, that we behave well so that

7    we can go far.

8        Q.    Is there anything else at all that

9    Ms. Carter said to the group of students at the

10   Village at any time?

11       A.    No, I don't remember anything else.

12       Q.    Mr. Joseph, have you ever given money

13   to anybody as a gift?

14       A.    Did they?

15       Q.    No, you.  I'm asking you.  At any time

16   have you ever given somebody money as a gift?

17       A.    Yeah, my little brother, I've already

18   gave him a dollar or two gourdes, what I have.

19       Q.    And you do that out of kindness, isn't

20   that right?

21       A.    Yeah, it's my little brother.

22       Q.    That doesn't make you the big boss of

23   your little brother, does it?

24       A.    No.  Well, I help him out, I stand

25   with him in solidarity.  I bring him to school,

Confidential - Subject to Further Confidentiality Review

```
 1    I help him there, so I can say that I'm his

 2    boss.  I bring him to school, I help him with

 3    school, I give him food, and I do things for

 4    him, activities, steps if my mother -- should my

 5    mother pass away, then I would be the one in

 6    charge of him.

 7         Q.   To you, Mr. Joseph, if you help

 8    someone like you help your brother, does that

 9    make you the boss of your brother?

10         A.   Yes, because I'm helping him.

11         Q.   Let's talk about Father Carrier.  How

12    often did you see Father Carrier at the Village?

13         A.   I don't remember how many times.

14         Q.   Was it one time?

15         A.   I don't remember how many times.

16         Q.   Do you remember, was it five times?

17         A.   I said that I didn't remember how

18    often.

19         Q.   So you can't tell us how often Father

20    Paul visited the Village, correct?

21         A.   No, I can't tell you that indeed.  I

22    can't tell you this is how many times he came.

23         Q.   When you saw Father Carrier at the

24    Village, what did you see him doing?

25         A.   He would come, but further he would
```

1    play with the children, he would play with us,

2    if he had advice to give us he would, like that.

3        Q.   Would Father Carrier do anything else

4    other than play with the children and give some

5    advice?

6        A.   He prays with us, and when he leaves

7    Haiti he gives some money to Douglas so he can

8    give us.  But I never got any of that money.

9    That's what children say, but I don't know if

10   it's true.

11       Q.   You never saw Father Carrier give any

12   money to Douglas, correct?

13       A.   I don't know anything about that.

14       Q.   Would Father Carrier do anything else

15   other than play with the kids, give some advice,

16   and pray?

17       A.   I don't remember other things.

18       Q.   Did you ever speak directly with

19   Father Carrier?

20       A.   No.

21       Q.   Did you ever hear Father Carrier

22   speak?

23       A.   Yes, he sometimes talks in the chapel,

24   and sometimes Robinson and Douglas translate for

25   him.

Confidential - Subject to Further Confidentiality Review

```
 1          Q.   Does Father Carrier speak Creole?

 2          A.   No, he doesn't speak Creole.

 3          Q.   What language does he speak?

 4          A.   I don't remember what language he

 5     speaks.  Probably English or something.

 6          Q.   How many times did you hear Father

 7     Carrier speak to students in the chapel?

 8          A.   Several times.  I don't remember how

 9     often, but several.

10          Q.   Do you remember when?

11          A.   No.

12               THE INTERPRETER:  Could we have a

13     break, please?

14               MR. KERRIGAN:  We can.  We'll go off

15     the record.

16               THE VIDEOGRAPHER:  Going off the

17     record.  The time is 2:32.

18               (Whereupon, a recess was taken.)

19               THE VIDEOGRAPHER:  Back on the record.

20     The time is 2:49.

21     BY MR. KERRIGAN:

22          Q.   Mr. Joseph, we're back after a break,

23     and you are still under oath.  Do you

24     understand?

25          A.   Yes.
```

```
 1         Q.   When you heard Father Carrier speak
 2    through a translator, what did Father Carrier
 3    say?
 4         A.   I don't remember everything, but he
 5    always said hello to us, asked how we were
 6    doing, gave us advice.  He would talk to us, and
 7    show us how to pray.
 8         Q.   Father Carrier is a priest, correct?
 9         A.   Yes, he's a Father, he's a priest.
10         Q.   What religion does he belong to?
11         A.   Catholic.
12         Q.   What religion do you belong to?
13         A.   Catholic.
14         Q.   Is it usual for a priest to show other
15    Catholics how to pray?
16         A.   Yes, if he knows more than you, he can
17    show you.
18         Q.   That's what priests do, right?
19         A.   Well, I don't know what they do, but
20    Father Paul, that's what he did with us.  So I
21    don't know exactly what they do.
22         Q.   What advice did Father Paul give to
23    the group of students through a translator?
24         A.   He, same as with Madame Carter, he
25    would say -- tell us to continue school, to be
```

 1    strong, not to engage in disorderly conduct, and

 2    not to fight among each other, with one another.

 3         Q.   Did Father Carrier say anything else

 4    to the group of student through a translator at

 5    any time?

 6         A.   I don't remember.

 7         Q.   Have you told us everything that you

 8    remember that you ever heard Father Carrier say

 9    through a translator?

10         A.   Did I what?

11         Q.   Do you remember anything else that

12    Father Carrier said to the students at the

13    Village at any time?

14         A.   I don't remember other things.

15         Q.   Why did you call Father Carrier the

16    boss earlier today?

17         A.   It's Douglas who told us.  He would

18    always talk about Father Paul and Madame Carter,

19    so we believed him because he's the one we knew,

20    so the one you know is the one you believe.

21         Q.   What did Douglas tell you about Father

22    Carrier?

23         A.   He would say the same thing about

24    Father Paul and Madame Carter, he would say he's

25    one of the -- he's someone who is helping him to

1    support the Village.

2         Q.   What did Doug say -- strike that.

3              How did Father Carrier help the

4    Village, according to Douglas?

5         A.   He didn't tell us exactly this is how

6    Father Paul is helping the Village.

7         Q.   What did Douglas tell you exactly

8    about Father Carrier?

9         A.   He didn't say anything, just Father is

10   always someone who is always trying to help him

11   improve the Village, make the Village advance,

12   progress.

13        Q.   Did Douglas say anything else about

14   Father Carrier?

15        A.   I don't remember any other thing he

16   said.

17        Q.   And you as a student of the Village,

18   Mr. Joseph, you were always trying to improve

19   the Village, too, weren't you?

20        A.   What do you mean?

21        Q.   I mean that you were trying to make

22   the Village a better place while you were there,

23   correct?

24        A.   For me it was the best.

25        Q.   And you tried to make it a better

```
 1   place, just like Father Carrier and Hope Carter,

 2   correct?

 3       A.   It was the best for me, because that's

 4   where everything I found there, I found a

 5   school, I found food, even a toothbrush, that's

 6   what I found.  I didn't have any other place.

 7       Q.   And did you do what you could,

 8   Mr. Joseph, to improve the Village when you were

 9   there and make it a better place?

10       A.   What do you mean I did everything I

11   could?

12       Q.   You behaved yourself, you went to

13   class?

14       A.   Yes, I behaved well.  I never behaved

15   such a way to get a red card.  I didn't get red

16   cards in the Village.

17       Q.   Did Father Carrier ever give anything

18   to you directly?

19       A.   With his own hands?

20       Q.   With his own hands.

21       A.   No, no.

22       Q.   Did you ever get anything from Father

23   Carrier from someone else's hands?

24       A.   I don't remember this.

25       Q.   Did you get any gifts from Hope
```

1    Carter, directly from her hands?

2        A.    No.  Whenever they do something for

3    us, they go through the Village.  They don't do

4    things directly.

5        Q.    Did you ever get anything from Hope

6    Carter through someone else's hands?

7        A.    Yeah, the T-shirt, the Fairfield

8    T-shirt.  It was a teacher who gave me mine, but

9    he gave also to the other children.  But she was

10   there, she was there when they were distributing

11   it.

12       Q.    Was there anything else other than the

13   T-shirt that you believe came from Mrs. Carter?

14       A.    I don't know about anything else.  I

15   don't remember.

16       Q.    Did you believe Douglas when he told

17   the group of students that Father Carrier and

18   Ms. Carter helped to support the project?

19       A.    Yeah, he always talks about them

20   saying good things.

21       Q.    And you believed Douglas?

22       A.    Yeah, everything he said, that's what

23   we believed.

24       Q.    Do you believe Douglas was an honest

25   man when he ran the Village?

```
 1        A.    When he was administrating the

 2   Village?

 3        Q.    Correct.

 4        A.    There are things -- I can say there

 5   are things that he did, he's not a good person.

 6        Q.    Is he an honest person?

 7        A.    Well, he would always give things, if

 8   you went to seek him he would always -- he would

 9   give you things.  But after he did that to me, I

10   didn't think of him as a good person at all.

11   For me he was our father in there, in the

12   Village.  After that, I didn't think he was a

13   good person at all.

14        Q.    Today do you believe that Douglas was

15   an honest person back when he ran the Village?

16             MS. POLLOCK:  Objection.  Vague.

17   Asked and answered.

18        A.    What do you mean "honest"?

19   BY MR. KERRIGAN:

20        Q.    Tell the truth.  Someone who tells the

21   truth is honest.  Do you believe that Douglas

22   told the truth when he was running the Village

23   when you were there?

24        A.    There are things I'm not able to tell

25   you if he always told the truth.  I don't know.
```

1      Q.    You don't know whether Douglas told

2   the truth or not when he was running the

3   Village, correct?

4      A.    I don't know anything about that.

5      Q.    Have you ever visited a house called

6   Bel Air?

7      A.    Yes, but it had already closed.

8      Q.    You visited Bel Air once after the

9   Village had closed, is that correct?

10     A.    Yes, yes.

11     Q.    Was there anyone there?

12     A.    Yes, there were people.

13     Q.    Who was there?

14     A.    Nicholas, and Jessica, Brittany, and

15  all the children of the Village, they invited

16  for the meeting.

17     Q.    What meeting?

18     A.    Nicholas was giving us strength, he

19  said "don't take paint thinners, don't fight."

20     Q.    Was there anything else said at the

21  meeting?

22     A.    I don't remember other things.

23     Q.    Who else was at the meeting at

24  Bel Air?

25     A.    Brittany and Jessica, I remember them,

Confidential - Subject to Further Confidentiality Review

```
 1   and Nicholas.

 2        Q.   How many students from PPT were there?

 3        A.   I don't really remember.

 4        Q.   Was it in the day, or the night?

 5        A.   Afternoon, 2:00 p.m..

 6        Q.   Was this meeting held before or after

 7   Douglas left PPT forever?

 8        A.   After the Village closed.

 9        Q.   Have you ever been to Bel Air at

10   night?

11        A.   Just the time when I went to Bel Air

12   for the meeting.

13        Q.   And that was an afternoon meeting,

14   correct?

15        A.   Yes.

16        Q.   Have you ever been to Bel Air at

17   night?

18        A.   No.

19        Q.   Do you know the name Met Robinson?

20        A.   Yes.

21        Q.   Who is Met Robinson?

22        A.   He was inside the Village with us.

23        Q.   What was his job in the Village?

24        A.   He's the one in charge of the

25   cashier's money, when we work for money and they
```

Confidential - Subject to Further Confidentiality Review

1      give us 50 gourdes per week.

2          Q.   Did you work for money?

3          A.   Yes.

4          Q.   What did you do for money?

5          A.   I used to prepare the ground, sweep

6      tables, sweep the floor, and pick up the trash.

7          Q.   Did you do these chores all the time

8      while you were at the Village?

9          A.   Yeah, every week there was a group of

10     people.  It wasn't always the same people every

11     week.

12         Q.   Do you know -- oh, did Met Robinson

13     have any other jobs other than handling the

14     cash?

15         A.   I don't remember what other things he

16     used to do directly, besides what I told you.

17         Q.   Do you know the name Margarette

18     Joseph?

19         A.   I know her, but I didn't know her last

20     name.

21         Q.   Have you ever spoken to Margarette

22     Joseph?

23         A.   Yes, I used to speak with her when I

24     was in Rue 13 and Carenage, 13th Street and

25     Carenage.

1      Q.   Did Margarette Joseph have any job at

2   the Village while you were there?

3      A.   No, I didn't see her working.  And she

4   didn't come often at the Village.

5      Q.   Have you ever spoken to Margarette

6   Joseph about your case against Douglas?

7      A.   I never saw her -- since the trial

8   started, I never met her.

9      Q.   Have you spoken to Margarette at any

10   time about how Douglas harmed you?

11           THE INTERPRETER:  How Douglas --

12           MR. KERRIGAN:  Harmed you.

13      A.   No.

14      Q.   Mr. Joseph, at any time while you were

15   at the Village before Douglas hurt you, did you

16   have any reason to fear Douglas?

17      A.   No.

18      Q.   Before Douglas hurt you, you never had

19   any suspicions that Douglas would hurt you, is

20   that correct?

21      A.   No, I never had doubts.

22      Q.   If you had had any fear or concerns

23   about Douglas hurting you, you would have been

24   able to tell that to somebody at the Village, is

25   that correct?

 1        A.    If I knew this would happen, I would

 2   not have set a foot there.

 3        Q.    And if you had any concerns about

 4   Douglas, you could have raised them, or spoken

 5   to the teachers at the Village about it, is that

 6   correct?

 7        A.    What would I tell the teacher?

 8        Q.    If you had any fear about Douglas.

 9              MS. POLLOCK:  Before or after the

10   meeting?

11              MR. KERRIGAN:  Before.

12        A.    If I had doubts about him?

13   BY MR. KERRIGAN:

14        Q.    Correct.

15        A.    I don't understand about doubts.

16        Q.    If you any fear of Douglas before he

17   abused you, would you have been able to tell

18   someone at the Village about your fear?

19        A.    I would not have been scared of him,

20   because only after he did that to me, I would

21   not have known that.

22        Q.    Before Douglas hurt you, Mr. Joseph,

23   you thought that the Village was a good, safe

24   place for you, is that correct?

25        A.    Before he did that to me?

```
 1       Q.   Correct.

 2       A.   Yes.

 3       Q.   And you were there almost every day of

 4   the week for many years, correct?

 5       A.   At this Village?

 6       Q.   Correct.

 7       A.   Yes.

 8       Q.   Now, you claim in your case that

 9   Douglas hurt you, is that correct?

10       A.   Yes.

11       Q.   Now I'm going to ask you, Mr. Joseph,

12   to tell us all in your own words what happened

13   to you, how it happened.  And take a minute to

14   think about it, and you want to give us all the

15   details that you can remember.  Okay?  And when

16   you're done, you tell us.

17       A.   Okay.

18       Q.   Just give Nathalie a chance to

19   translate for you, okay?

20       A.   Okay.

21       Q.   When you're ready, you go ahead.

22       A.   I'm not ready yet.

23       Q.   Take your time.

24       A.   I'm ready.

25       Q.   Why don't you start with your day
```

Confidential - Subject to Further Confidentiality Review

1    before you encountered Douglas.  Tell us when

2    you arrived, where you arrived, what you were

3    doing.  Tell us everything that led up to the

4    harm.  Give the translator a chance now, and

5    she'll tell us.

6         A.   When school had started, it was around

7    8:30.  I went in, in the room, in the class.

8    When recess came, the bell rang, and we all went

9    to play basketball with my friends.  I was

10   playing and I fell, and I was bleeding.  And all

11   the kid were saying, "Brisma, you're hurt, take

12   off your pants so that your pants won't be

13   soiled."  And they said "go get bandage, go to

14   the office."

15        Q.   What happened next?

16             MS. POLLOCK:  For the record, you've

17   asked him to stop, right?

18             MR. KERRIGAN:  I've asked him to give

19   Nathalie a chance.

20             MS. POLLOCK:  I understand, just so it

21   don't look like he's just stopping.

22        A.   So what really happened, so I started

23   walking towards the office, administration.

24   Douglas was there.  He helped me.  I wiped my

25   leg.  While I was just standing there, he made

Confidential - Subject to Further Confidentiality Review

1    me bend over the desk, and he was blind force on

2    me.  And I was fighting back, but he's stronger

3    than I am, I lost my strength.

4    BY MR. KERRIGAN:

5        Q.   What happened next?

6        A.   I didn't want.  I didn't want.  But he

7    applied all his strength, and I lost my

8    strength.  He pulled down my shorts, and then he

9    put his penis in my butt.  I didn't say

10   anything.  I couldn't say anything, he would

11   have thrown me out.  That's how it happened.

12               As I was leaving, I met a teacher,

13   met.

14       Q.   What happened next?

15       A.   I stumbled upon this master, this

16   professor, while I was coming out of the office,

17   but Douglas had already put a bandage and taken

18   care of my leg.  And I stumbled upon Mémé, and

19   said "Brisma, what are you doing here?"  I

20   didn't answer.  He said "Don't ever come here

21   when there's no one here."

22               School had started again.  I was -- I

23   had to go back in class.

24       Q.   What happened next?

25       A.   I went to class.

```
 1        Q.   Did you finish your day at the

 2   Village?

 3        A.   Yes, I stayed, but I spent a bad day

 4   that day.

 5        Q.   Did you stay until the end of the day

 6   at 5 or 6:00 o'clock like usual?

 7        A.   Yes.

 8        Q.   Did you tell anybody about the harm

 9   that day?

10        A.   No, I didn't have enough strength to

11   say that.  I didn't say that to anybody else.

12   They could have called me Douglas's woman,

13   girlfriend, that I'm a fag.  And if he had known

14   about it, he would have thrown me out.

15        Q.   Who would have thrown you out?

16        A.   Douglas.

17        Q.   Since the day you were hurt by

18   Douglas, Mr. Joseph, have you told anybody that

19   he hurt you?

20        A.   No.  Besides my lawyers, I never told

21   anyone else because I don't have any strength --

22   enough strength to tell other people about it.

23        Q.   When did you first tell your lawyers

24   that Douglas hurt you?  When?

25             MS. POLLOCK:  I'm going to object,
```

Confidential - Subject to Further Confidentiality Review

```
 1    Mike.  I don't know where you're going with this

 2    line of questioning, but you're clearly

 3    approaching -- you've already entered the

 4    attorney/client privilege.

 5              MR. KERRIGAN:  That's why I emphasized

 6    the when.

 7              MS. POLLOCK:  That really gets into

 8    what he told us, right?

 9              MR. KERRIGAN:  The question is just

10    when, though.

11              MS. POLLOCK:  Well, you're very close.

12        A.   I don't remember.  I went to see

13    Cyrus.  He was the first one I went to.

14    BY MR. KERRIGAN:

15        Q.   Was Cyrus Sibert the first person you

16    told about Douglas hurting you?

17        A.   Yes, first person.

18        Q.   When did you first tell Cyrus Sibert

19    that Doug had hurt you?

20        A.   I went to the Carenage Square just to

21    wash some cars and get a little bit of money to

22    get food.  I saw -- some of my friends were

23    sitting there on the square, so I said "hi," and

24    they said "hi," and I said "what's going on?"

25    And they said, "oh, this is something that has
```

```
 1    to do with the kids at the Village."  And so I

 2    said "okay, I'm going to come sit and listen."

 3         Q.   Is that when you went to go see Cyrus

 4    Sibert?

 5         A.   Yes, that's when I saw Cyrus.

 6         Q.   When was that?

 7         A.   At the same time.

 8         Q.   What year was it?

 9         A.   I don't remember, but it wasn't a long

10    time.  Two or three years.

11         Q.   Two or three years after Douglas hurt

12    you?

13         A.   No, after I went to Cyrus.

14         Q.   When did you go to see Cyrus the first

15    time?

16         A.   Once when I was in the back, I was at

17    the Carenage, I was looking to work and to wash

18    cars, then I saw my friends, and I saw them, I

19    said "hello."  And I recognized them because

20    they were like me in the Village, and we started

21    talking.  And I said "what's up, guys?  What's

22    going on?"  And he said "this is something

23    that's being done for -- that is in relation

24    with the Village, that concerns the Village."

25    Since I was a child of the Village, I sat down
```

Confidential - Subject to Further Confidentiality Review

```
 1    to hear.  And one after the other they went to

 2    Cyrus, so I said "I'm going to Cyrus to explain

 3    to him."

 4         Q.   How long after Douglas hurt you did

 5    you meet your friends at Carenage Square for

 6    this meeting?  I just want to know when.

 7         A.   I don't remember this.

 8         Q.   Mr. Joseph, I'm going to ask you some

 9    questions about the day when Douglas hurt you,

10    okay?

11         A.   Okay.

12         Q.   Was that the only time that Douglas

13    ever hurt you or abused you?

14         A.   Yes, just once.

15         Q.   Did anyone else other than Douglas

16    Perlitz ever sexually hurt you or abuse you?

17         A.   No.

18         Q.   When you were playing ball with your

19    friends, what were the names of your friends

20    that morning?

21         A.   When I was playing basketball?

22         Q.   Yes, with whom?

23         A.   Yeah, we were playing, there were

24    children from the Village, but I don't remember

25    their names.
```

1       Q.   You were at the Village, is that

2    correct?

3       A.   Yes.

4       Q.   What office did you go into?

5       A.   Douglas's office --

6       Q.   Where is that?

7       A.   -- precisely.

8       Q.   Sorry.

9       A.   At the Village.

10      Q.   Where was the office inside the

11   Village?

12      A.   Inside, there's a number for the

13   house, there's House 3, 4, 5, but I forgot the

14   number of the house, the house number.

15      Q.   Why did you go to Douglas's office

16   when you were hurt?

17      A.   Well, yeah, he's the one I found there

18   to take care of my wound.

19      Q.   What part of your body was hurt?

20      A.   My knee.

21      Q.   Which knee?

22      A.   Right foot -- right leg.

23      Q.   Was it your knee?

24      A.   Yes, my knee.

25      Q.   Had you taken your pants off outside

1    like your friends suggested before going into

2    the office?

3        A.   When I thought I had -- there was sand

4    sticking on my pants, so I took it off.  It was

5    large pants, and I had shorts under on me.  So I

6    went to care for the wound, for care for the

7    wound to the office.  When I got there, I had

8    blood on my leg.  And I found Douglas there.  He

9    presented like he was going to help me, he was

10   going to help me and take care of my wound.  But

11   I had already wiped some blood from my leg.

12       Q.   Did you take your pants off outside

13   before going into the office?

14       A.   The big pants I had on, I had taken it

15   already off near the basketball field.

16       Q.   Was there anybody else in Douglas's

17   office when you went in there?

18       A.   No, just him.

19       Q.   Was there anyone else in the building

20   when you went into Douglas's office?

21       A.   No.  School was -- there was no

22   recess, school was ongoing and people were doing

23   their activities.

24       Q.   So there were other people in the

25   building, is that correct?

```
 1        A.    No, there was no one.

 2        Q.    Just Douglas?

 3        A.    Yes.

 4        Q.    When you went into the office, what

 5   did you say to Douglas?

 6        A.    I didn't tell him anything.  When

 7   Douglas appeared, he saw I was bleeding, he saw

 8   the blood, and he pretended like he was going to

 9   help me.

10             THE INTERPRETER:  He needs to take a

11   break.

12             MR. KERRIGAN:  Okay.

13             THE VIDEOGRAPHER:  Going off the

14   record.  The time is 3:38.

15             (Whereupon, a recess was taken.)

16             THE VIDEOGRAPHER:  Back on the record.

17   The time is 4:01.

18             MS. POLLOCK:  I'd like to just make a

19   statement for the record, that counsel had

20   questioned the Plaintiff earlier about a line of

21   questioning about who he had lunch with and who

22   he sat by at lunch, and there was an error in

23   translation that you may want to go back and

24   revisit with him.

25             MR. KERRIGAN:  Thank you.
```

```
 1    BY MR. KERRIGAN:

 2        Q.   Mr. Joseph, we're back from a break,

 3    and you are still under oath.  Do you understand

 4    that?

 5        A.   Yes.

 6        Q.   I understand from your attorney that

 7    you had a bit of headache, and we took a few

 8    minutes to get you some aspirin, is that

 9    correct?

10        A.   Yes.

11        Q.   And you're prepared to proceed now?

12        A.   Yes.

13        Q.   Okay.  Mr. Joseph, when you entered

14    the office where Douglas was on the day that he

15    hurt you, did he say anything to you?

16        A.   Before or --

17        Q.   Before.

18        A.   No.

19        Q.   So Douglas didn't say anything to you

20    before he hurt you?

21        A.   He gave me something to wipe my wound.

22    While I was wiping my wound, he did that to me.

23        Q.   What was Douglas wearing?

24        A.   I don't remember that.

25        Q.   Were you wearing a shirt?
```

1      A.    Me?

2      Q.    Yes.

3      A.    I didn't have a shirt, I had a -- I

4   didn't have a T-shirt, I had a shirt, a uniform

5   shirt on.

6      Q.    You had a Village uniform shirt on?

7      A.    Yes.

8      Q.    Does Douglas's office have any

9   windows?

10     A.    Yes, it has.

11     Q.    How many?

12     A.    Just one.  It's always closed.

13     Q.    Was the window closed on the day that

14   Douglas hurt you?

15     A.    I didn't look at that.

16     Q.    Was there anything in Douglas's

17   office, any furniture, any desks, anything?

18     A.    Yes.

19     Q.    What was in Douglas's office that day?

20     A.    There was a table, a desk, that's it,

21   in the middle of the room, because the room is

22   not very big.  It was in the middle of the room,

23   of the office.

24     Q.    Was there anything else in the office

25   but furniture?

```
 1        A.   There were chairs.  I don't remember
 2   how many.  There were pictures of children of
 3   the Village when we were doing our First
 4   Communion.  It was glued on the wall.
 5        Q.   Were there any other pictures on the
 6   wall?
 7        A.   Pictures?
 8        Q.   Yes.
 9        A.   No.  I said there were pictures on the
10   wall, pictures of the kids for their First
11   Communion.
12        Q.   Other than the First Communion
13   pictures, were there any other pictures on the
14   walls?
15        A.   No, I don't remember this.
16        Q.   What color was Douglas's office?
17        A.   I don't remember the color.  I don't
18   remember the color.
19        Q.   How long was it from when you entered
20   the office until Douglas hurt you?
21        A.   How long until now?
22        Q.   No.  When you first walked into
23   Douglas's office on the day he hurt you, how
24   much time passed from when you walked into the
25   office until Douglas hurt you?
```

```
 1        A.    How much time went by?

 2        Q.    Correct.

 3        A.    I don't remember.

 4        Q.    Did Douglas come up behind you?

 5        A.    When?

 6        Q.    Just before he harmed you.

 7        A.    Yeah, he came behind me before.

 8        Q.    When you were in the office, just

 9   before Douglas hurt you, did you see him coming

10   towards you?

11        A.    No, I didn't hear.  While I was wiping

12   my leg, and he had already come close to me, and

13   he bent me over the desk and he was applying all

14   his force on me.

15        Q.    Did Douglas have his clothes on when

16   he did that?

17        A.    Yes.

18        Q.    At any time did Douglas take his

19   clothes off?

20        A.    No, I don't remember this.

21        Q.    Did you see Douglas naked at any time?

22        A.    No.

23        Q.    Did you see Douglas's penis at any

24   time?

25        A.    I don't remember if I saw it, because
```

1    I was turning my back to him when he did that.

2         Q.   You indicated before that you tried to

3    resist, is that correct?

4         A.   Yeah, I was resisting, I didn't want.

5    But the more I resisted, the more he pushed, he

6    pushed me, put pressure on me, and he has more

7    strength than I do.  I didn't have enough

8    strength compared to his strength.  I didn't

9    want to.  But the more I didn't want to, the

10   more he pushed me.  He cornered me over the

11   desk, on the desk.

12        Q.   Did you yell out to anyone?

13        A.   No, I didn't call out.  I made a lot

14   of -- I tweaked on my face because it hurt me a

15   lot.

16        Q.   Why didn't you call out for help?

17        A.   He would have kicked me out right away

18   if I had made any noise.  He would have put me

19   out on the spot.  If I had known he would not

20   have -- would have put me out, then I would have

21   yelled to -- for someone to free me.  I didn't,

22   really didn't want, but he didn't give -- he

23   wouldn't have given me a chance, and would have

24   kicked me out.

25        Q.   Did Douglas tell you that he would

1    kick you out if you said anything?

2        A.   No.  I thought that.  I had that

3    thought.

4        Q.   Why did you think that?

5        A.   Because I know that if I made some

6    noise everybody would come, and he would put me

7    out right away, he would kick me out right away.

8        Q.   Did you say anything to Douglas while

9    he was hurting you?

10       A.   No.  I was fighting with my body, and

11   the more I was fighting, trying to fight him

12   off, the more he would corner me to the table,

13   to the desk.

14       Q.   Did Douglas wear a condom?

15       A.   I don't remember this because I was

16   turning my back to him.

17       Q.   Did Douglas ejaculate?

18       A.   I was giving him my back, I don't

19   know.

20       Q.   How long did Douglas have his penis

21   inside you?

22       A.   I don't remember how long.  I couldn't

23   check.

24       Q.   Do you know if it was a few seconds,

25   or a few minutes?

1        A.    I don't know how long, because I can't

2   be able to tell you.  At that time I was a

3   child.

4        Q.    How old were you at the time?

5        A.    I don't remember.  I wasn't 18, I

6   didn't turn 18 yet.  15 to 16.

7        Q.    In your answers, Mr. Joseph, you

8   indicate you were 17 years old when the abuse

9   occurred, is that correct?

10       A.    I don't remember.  I don't remember.

11       Q.    In your Complaint, you indicate that

12  you were 17 years old when the abuse occurred.

13            MS. POLLOCK:  Look at the Complaint.

14            What paragraph.

15            MR. KERRIGAN:  99.

16            THE INTERPRETER:  Could I have the

17  Creole?

18            MS. POLLOCK:  We don't have it in

19  Creole.

20  BY MR. KERRIGAN:

21       Q.    Do you believe you were 17 when

22  Douglas abused you?

23       A.    I could have been 17, but because when

24  that happened I wasn't 18 at all.

25       Q.    Did the abuse last for ten minutes?

```
 1        A.   I don't remember how long it last.

 2        Q.   Do you know if the abuse lasted for

 3   five minutes?

 4        A.   I don't remember at all.  I wasn't

 5   thinking about that.

 6        Q.   So you have no idea of the time at

 7   all, correct?

 8        A.   No, I don't have an idea of that.

 9        Q.   After the abuse occurred, Mr. Joseph,

10   did Douglas say anything to you?

11        A.   I don't remember what he told me.  I

12   don't remember.

13        Q.   Did somebody take your shorts off

14   before the abuse?

15        A.   Someone?

16        Q.   Did either you or Douglas take off

17   your shorts?

18        A.   Did I take it off before?

19        Q.   No.  I would like to know if your

20   shorts were taken off before Douglas hurt you.

21        A.   If I took my shorts off completely?

22        Q.   Were your shorts on or off when

23   Douglas hurt you?

24             MS. POLLOCK:  Objection.  Vague.

25             Do you mean completely off?  That's
```

     1    what he's --

     2              MR. KERRIGAN:  Okay.  Let's see how he

     3    answers this one and see if it doesn't clarify.

     4        A.   When he was doing this, when he was

     5    going to do?

     6    BY MR. KERRIGAN:

     7        Q.   Yes.

     8        A.   Yeah, it was only because I took off

     9    my big pants.

    10        Q.   When Douglas was hurting you, did you

    11    have your shorts pulled up to your waist or your

    12    knees, or maybe your ankles?

    13        A.   It was on me.

    14        Q.   How could Douglas put his penis into

    15    your rectum if you had your shorts on?

    16        A.   He was applying strength on me, and I

    17    had the shorts on.  He applied even more

    18    pressure.  I had taken my pants, the big pants

    19    off.  I still didn't want to, but I didn't have

    20    enough strength.  And I didn't make any noise.

    21    He would kick me out.  I was turning my back to

    22    him, that's when he pulled my shorts down, while

    23    I was wiping my wound.

    24        Q.   So Douglas pulled your shorts down, is

    25    that correct?

Confidential - Subject to Further Confidentiality Review

1        A.    Yes.   Yes.

2        Q.    After the abuse occurred, Mr. Joseph,

3    how long did you stay in the office?

4        A.    After he did that to me, he took care

5    of my wound and I went back to class.  I went to

6    get my pants on the portion of the wall of the

7    school, I took my pants, and then went to class.

8        Q.    And Douglas didn't say anything to you

9    in the office after he had harmed you?

10       A.    No.  I wasn't -- he didn't say

11   anything.  I was crying.

12       Q.    Now, you said that you stumbled onto

13   Mémé outside the office after the abuse,

14   correct?

15       A.    Yes.  As soon as I went out the door,

16   I stumbled upon Mémé, upon him.

17       Q.    And what specifically did Mémé tell

18   you?

19       A.    He said "Brisma, what are you doing?

20   What did you do?"  He said "don't ever come here

21   when you're on your own."  I didn't say

22   anything.  I continued my -- I continued

23   walking, and I left.

24       Q.    Were you bleeding from your buttocks

25   at any time, or from your rectum?

```
 1        A.    No, I didn't.  But it hurt a lot.

 2        Q.    What do you believe Mémé meant when he

 3   told you not to come to the office by yourself?

 4        A.    Maybe he was aware of what could have

 5   happened to me, that's what I think, and maybe

 6   he knew things.

 7        Q.    Did Mémé ever tell you that he knew

 8   that Douglas was abusing other people?

 9        A.    No, he never told me that.

10        Q.    Now, Mr. Joseph, did you ever speak to

11   Douglas at any time after the abuse about the

12   abuse?

13              THE INTERPRETER:  Can you repeat the

14   question, please?

15   BY MR. KERRIGAN:

16        Q.    Did you ever speak to Douglas at any

17   time after the abuse about the abuse?

18        A.    No, I haven't talked to him.

19        Q.    Mr. Joseph, did Douglas ever give you

20   anything of value, like sneakers, in exchange

21   for sex?

22        A.    No, I never got anything like that.

23   When I got something, it was when they were

24   distributing to all the children, and I got

25   mine.  But he never gave me things special on
```

```
 1    the side.
 2         Q.   So Douglas never gave you anything of
 3    value in exchange for sex, correct?
 4              MS. POLLOCK:  Objection.
 5    Mischaracterizes the witness's testimony.
 6         A.   No.
 7    BY MR. KERRIGAN:
 8         Q.   Was my statement correct, Mr. Joseph?
 9              MS. POLLOCK:  Same objection.
10    BY MR. KERRIGAN:
11         Q.   Did you understand my question?
12         A.   What question?
13         Q.   Okay.  I'll ask it again just to be
14    clear.
15              Douglas never gave you anything of
16    value in exchange for sex, is that correct?
17              MS. POLLOCK:  Objection.  Vague.
18         A.   No, he never gave me anything.  I
19    don't think he would have given me anything for
20    that, because I would never have accepted.
21    BY MR. KERRIGAN:
22         Q.   Did Douglas ever tell you that you
23    would suffer monetary or financial harm if you
24    didn't have sex with him?
25              THE INTERPRETER:  Monetary or --
```

1              MR. KERRIGAN:  Financial.

2        A.   I didn't say anything.  He said if I

3    talked he would kick me out.  That really made

4    me -- scared me a lot.  I didn't say anything.

5    And I saw that everything that happened and all

6    -- and I hadn't said anything and he still kick

7    me out.  Maybe he had come to hear something.

8    That really hurt me a lot.  He said if I told

9    anyone else he would kick me out.

10   BY MR. KERRIGAN:

11       Q.   When did Douglas tell you that?

12       A.   One time.  I don't remember.  But

13   after he did that to me.

14       Q.   It was after the abuse?

15       A.   Yes.

16       Q.   Was it before the Village closed, or

17   after the Village closed?

18       A.   Before that.

19       Q.   Did Douglas ever touch your penis?

20       A.   No.

21       Q.   Did Douglas ever touch your testicles?

22       A.   Yes.

23       Q.   When?

24       A.   At the time when he was taking the

25   shorts off from me.

Confidential - Subject to Further Confidentiality Review

```
 1          Q.   How did he touch your testicles?

 2          A.   Well, he took the shorts -- he pulled

 3    the shorts down.  He was applying strength on

 4    me, and his hand fell on my penis.

 5          Q.   On your penis, or your testicles?

 6          A.   On the balls.

 7          Q.   Did Douglas ever fondle your

 8    testicles?

 9          A.   While he was taking the shorts,

10    pulling the shorts down, and he was bending me

11    over the desk, his hand fell on my penis.

12          Q.   On your penis or your testicles,

13    Mr. Joseph?

14          A.   On the balls.

15          Q.   Now, Mr. Joseph, the abuse occurred

16    about four to five months before the Village

17    closed, is that correct?

18               MS. POLLOCK:  Objection.  Asked and

19    answered.

20    BY MR. KERRIGAN:

21          Q.   That's what you said earlier in the

22    deposition, is that correct?

23          A.   Four to five months?

24          Q.   Yes.

25          A.   I don't remember.
```

```
 1        Q.   You said earlier that the Village
 2   closed four to five months after the abuse.
 3             MS. POLLOCK:  Objection.
 4   Mischaracterizes the witness's testimony.
 5   BY MR. KERRIGAN:
 6        Q.   Are you now saying that you don't
 7   remember?
 8        A.   That could have happened.  Maybe I
 9   have said that, but I don't remember.
10        Q.   As you sit here today, do you know how
11   much time passed between when Douglas hurt you
12   and the Village closed?
13             MS. POLLOCK:  Objection.  Asked and
14   answered.
15        A.   I can't do this reasoning.  I don't
16   remember.
17   BY MR. KERRIGAN:
18        Q.   After Douglas hurt you, did you remain
19   a student at the Village?
20        A.   Yes, I continued going.
21        Q.   How much longer were you a student at
22   PPT after the abuse?
23        A.   I don't remember.
24        Q.   Did you seek any medical help for any
25   injury that you sustained from Douglas?
```

```
 1        A.    The wound he cared for?

 2        Q.    No.

 3              When Douglas abused you, you said that

 4   it was painful, correct?

 5        A.    Yes.

 6        Q.    Did you seek medical help for that

 7   pain?

 8              MS. POLLOCK:  From Douglas?

 9              MR. KERRIGAN:  From anyone.

10              MS. POLLOCK:  This is confusing.

11   Sorry.

12        A.    I didn't try to find anything.  I

13   didn't have the right inside the Village for

14   this.  Everything, everything you do for

15   yourself, you have to go through them.

16   BY MR. KERRIGAN:

17        Q.    How about outside the Village, did you

18   ever seek medical care outside the Village?

19        A.    What do you mean "outside"?

20        Q.    At the Justinien Hospital, or some

21   other hospital?

22        A.    No.

23        Q.    Was your body hurt by the abuse that

24   Douglas gave you?

25        A.    There were a few weeks when my butt,
```

Confidential - Subject to Further Confidentiality Review

 1   my bottom hurt.  I couldn't sit, I couldn't

 2   walk.

 3       Q.   During those few weeks, did you ever

 4   seek any kind of medical care for your bottom?

 5       A.   No, I was suffering silently.

 6       Q.   Would anyone have seen you suffering?

 7       A.   No, I didn't let anyone know, because

 8   I knew, I felt if people knew they would tease

 9   me.

10       Q.   Tease you in what way?

11       A.   They would have called me Douglas's

12   woman, fag.  They would have tried to find out

13   how that is, how that happened.

14       Q.   And you did not want to be called a

15   fag?

16       A.   Yes.

17       Q.   Why not?

18       A.   If somebody calls me that, I'm not

19   going to be well at all, because I know guys are

20   not supposed to do that.

21       Q.   Where did you learn that guys are not

22   supposed to do that?

23       A.   Yeah, they're always talking about

24   that in the bible, and I know that this is not

25   good.

```
 1         Q.    Do you believe it's wrong to be gay?

 2         A.    It's not good at all.  It's not good.

 3         Q.    Why not?

 4         A.    It's not good.  It shouldn't be

 5    happening.  It shouldn't be done.

 6         Q.    Do you believe it's a sin to be gay?

 7         A.    It's a big sin.

 8         Q.    Was any other part of your body,

 9    Mr. Joseph, hurt by Mr. Douglas?

10         A.    No.

11         Q.    Did your bottom heal within several

12    weeks of the abuse?

13         A.    It wasn't the same way as before.

14    From time to time I feel so-so.

15         Q.    What do you feel from time to time?

16         A.    It used to hurt.  It hurts less.  I

17    wasn't able to sit.  I would sit on one side.

18    But I started sitting correctly, and I see that

19    it's starting -- the pain is fading away a bit.

20         Q.    Are you saying you still have pain in

21    your bottom even now?

22         A.    I don't think so.  I don't suspect so.

23         Q.    So you have no more pain in your

24    bottom, correct?

25         A.    No, I don't suspect that.
```

 1        Q.    How about any other part of your mind

 2   or body, do you believe that you have any other

 3   harm that was caused by Douglas?

 4        A.    When he did that to me I didn't feel

 5   well at all.  And also, plus the fact that I

 6   lost the Village, and I couldn't find work

 7   anywhere because of what he did to me.

 8        Q.    Why do you believe you couldn't find

 9   work because of what Douglas did to you?

10        A.    Because every time they recognize that

11   I was a child from the Village, whether I did it

12   or did not do it, whether that person did or

13   didn't do anything, they would say this is

14   Douglas's woman, girlfriend.  They just

15   recognize you as a child from the Village, they

16   say that then.  Although I didn't tell anyone.

17   This is like a knife striking me in the heart

18   every time I hear that.

19              When I do find work, they agree to

20   give it to me.  When I come back, depending on

21   what they heard from the other people, they say

22   we're not accepting you anymore because you're a

23   fag, you're going to spoil the other people.

24   That's why I think I'm damaged, and I can't

25   succeed in doing anything in my life.

1        Q.   Now, Mr. Joseph, you said, I believe,

2    that anybody who went to the Village, whether

3    they were abused or not, is considered to be a

4    fag to people in Haiti, is that correct?

5             MS. POLLOCK:   Objection.

6    Mischaracterizes the witness's testimony.

7        A.   Yes.

8    BY MR. KERRIGAN:

9        Q.   Is that true of --

10       A.   As they don't need to know if you were

11   abused or not, if you were in there.  And if it

12   really happened to you, that's even worse.

13       Q.   So you believe that anyone who went to

14   the Village will have trouble finding a job in

15   Haiti, is that correct?

16       A.   Yes.

17       Q.   It doesn't matter whether you were

18   abused or not?

19       A.   Yes, as long as you were inside the

20   Village.

21       Q.   And how would an employer know that

22   you were at the Village at some point?

23       A.   When they go to ask for work, if they

24   don't recognize us they say yes.  Then we leave,

25   then there are other people who do recognize us

```
 1    who know this, and they say "oh, yeah, this guy,

 2    he's a fag."  In Blue Hills everybody knows you.

 3    At PPT, they know all of us at PPT, they say

 4    "oh, that's a child from the Village."

 5         Q.   Is there a lot of unemployment in

 6    Haiti, Mr. Joseph?

 7         A.   A lot of people are not working in

 8    Haiti.

 9         Q.   So a lot of people have difficulty

10    getting jobs who didn't go to the Village, isn't

11    that right?

12         A.   I don't know anything about that.

13         Q.   Were you hurt in any other way by

14    Douglas, whether to your body or to your mind?

15         A.   Yes, in my mind.

16         Q.   How?

17         A.   I was thinking that everything -- I

18    can't succeed in anything.  I tried to do an

19    exam four times, I never succeeded.  I'm not

20    good.  I felt like throwing myself under a car.

21    I can't find food.  And in class I always think

22    about what happened.  And also the Village that

23    I lost.  Sometimes I walk, and I used to -- and

24    I became clean, and now I go back to the

25    situation that I had left behind.  I've never
```

```
 1   felt good even one day.

 2        Q.   Is there any other ways in which your

 3   mind has been harmed?

 4        A.   Yes, especially in the area, you can't

 5   do any cleaning work, can't talk to people, they

 6   call you fag, especially in the area where I am,

 7   girls and boys, every little boy that was in the

 8   Village.  So that even sticks to me, even

 9   heavier load on me.

10             (Interpreters speaking.)

11        A.   I can't have any girlfriends.

12        Q.   Why not?

13        A.   Because of what happened to me.

14        Q.   What prevents you from getting a

15   girlfriend?

16        A.   Because I don't have any means.  I

17   don't want things to happen to me, because I

18   have reached a certain level, I don't want this

19   misery to happen to my child.  It's not easy for

20   me to talk to people, to talk to girls,

21   especially in Blue Hills since this spread

22   throughout the place, the area, this rumor

23   spread throughout the area.

24        Q.   And again, Mr. Joseph, the rumor

25   affects everybody who went to the Village, not
```

Confidential - Subject to Further Confidentiality Review

1    just people who were abused, correct?

2        A.   I can't tell you, but this affects

3    everybody, whether abused or not, as soon as you

4    were in the Village.

5        Q.   Have you tried getting work or getting

6    girlfriends outside of Blue Hills?

7        A.   Outside of Blue Hills?  No, I'm not in

8    these things.  My heart is not in a happy place.

9    I don't want to have girlfriend.

10       Q.   Have you tried to seek work outside of

11   Blue Hills or Cap-Haïtien?

12       A.   Yeah.

13       Q.   Where?

14       A.   Sometimes I go to baker to wash cars.

15       Q.   What is baker?

16            (Interpreters talking.)

17       A.   Bakery.

18       Q.   Oh, the bakery.

19       A.   Sorry.  Bakery.

20       Q.   Is the bakery a place where a lot of

21   former PPT students gather?

22       A.   No.  The baker where they do bread.

23   The bakery where they do bread.

24       Q.   What city is that in?

25       A.   Sometimes I go to Blue Hills,

```
 1   sometimes I go to city, because I looked -- I

 2   went to look for work in two bakeries already,

 3   one in Blue Hills and one in the city.

 4        Q.   How many times have you tried to get

 5   work with any employer?

 6        A.   I can't count.  I always try to find

 7   work.  But, for example, when I wash a car, and

 8   I go to get the money, I say you can pay me how

 9   much you want, but then he recognize me as a

10   child from the Village, and then he gives me the

11   money, and he said "oh, don't worry about that,

12   you fag," and he hits me in my head and said

13   "you fag."  Everybody looks at me.  I give back

14   his money.  I don't feel well at all.

15             (Interpreters talking.)

16             THE INTERPRETER:  I'm going to repeat.

17        A.   I was looking for work and I found a

18   car, I found a car, and I was working behind the

19   car.  When it was time to get the money, so I

20   asked for my money, there was a person.  When I

21   came up to that person he didn't want to give me

22   money.  He recognized that I was a child from

23   the Village.  I said "give me the money."  He

24   said "oh, can't you wait for me?"  And I said

25   "oh, give me the money you want.  I'm going to
```

Confidential - Subject to Further Confidentiality Review

1    show it, show you."  He said "you fag."  I said

2    nothing.  I didn't say anything.  He gave me the

3    money, and then he give me -- hit me in the head

4    and said "you fag."  And everybody in the car

5    was looking at me.  I was really ashamed.  And I

6    didn't spend the day with the driver, I just

7    gave him back his money.

8    BY MR. KERRIGAN:

9         Q.   Mr. Joseph, have you ever tried to get

10   help for the problems you believe you have with

11   your mind that were caused by Douglas's abuse?

12        A.   No, I didn't try to get any

13   assistance.

14        Q.   Why not?

15        A.   I didn't look for help at all.

16        Q.   Why?

17        A.   It's always -- with Haitians you tell

18   them something in confidence, and they take your

19   confidence and spread it around, and they will

20   call me names.  I didn't want that, so I didn't

21   try to talk to them.  It wouldn't do anything

22   for me anyway, and they would be calling me

23   names.

24             MS. POLLOCK:  Mike, it's been an hour,

25   do you want to take a break?

```
 1              MR. KERRIGAN:  Sure.  Do you want to

 2    take one?

 3              MS. POLLOCK:  Sure.

 4              THE VIDEOGRAPHER:  Going off the

 5    record.  The time is 5:04.

 6              (Whereupon, a recess was taken.)

 7              THE VIDEOGRAPHER:  Back on the record.

 8    The time is 5:18.

 9    BY MR. KERRIGAN:

10        Q.   Mr. Joseph, we're back from a break,

11    and you are still under oath.  Do you

12    understand?

13        A.   Yes.

14        Q.   Mr. Joseph, if you were able to get

15    help for your mind, would you seek that help?

16        A.   Yes -- no.  Assistance for my mind to

17    be at peace?

18        Q.   Correct.

19        A.   Well, yeah.

20        Q.   Is there anyone at the Justinien

21    Hospital, or any other medical provider, who

22    could help you with your mind?

23        A.    In this manner, in this way, in this

24    meaning, I don't think the hospital could do

25    anything for me --
```

```
 1        Q.    Have you asked --

 2        A.    -- what I have in my mind.

 3        Q.    Have you asked anyone at the hospital

 4    or any medical person to help you with your

 5    mind?

 6        A.    No, I didn't talk to people about it.

 7        Q.    Mr. Joseph, after the Village closed,

 8    you went on to other schools, didn't you?

 9        A.    No, I stayed at the Village.

10              After the Village closed?

11        Q.    Yes.

12        A.    Yes.  Yes.

13        Q.    Where did you go to school after the

14    Village closed?

15        A.    National School of Blue Hills.

16        Q.    And at the National School of Blue

17    Hills, you were able to complete the fourth

18    grade, is that correct?

19        A.    Yes.

20        Q.    You were able to complete the fifth

21    grade, is that correct?

22        A.    Yes.  I got to the sixth class.

23        Q.    Did you complete the sixth grade

24    class?

25        A.    Yeah, I did.  Well, no, we were 35 of
```

```
 1    us who went to do the test, and I'm the only

 2    one -- we were 35, and I'm the only one who

 3    failed.

 4        Q.   Those who passed the sixth grade test,

 5    would they go on to other schooling?

 6        A.   Yes.  There was no primary school in

 7    the school.

 8        Q.   Did those who passed the sixth grade

 9    test go on to another school?

10        A.   Yes.

11        Q.   What school?

12        A.   I don't know, but they went to another

13    school.  They didn't stay in that school.

14        Q.   Now, you went on to another school as

15    well after the National School of Blue Hills,

16    correct?

17        A.   Yeah, when I didn't -- when I failed,

18    I left that school and went to Port-au-Prince.

19        Q.   What school did you go to in

20    Port-au-Prince?

21        A.   Paraguay in Carrefour Feuille.

22    C-A-R-R-E-F-O-U-R, F-E-U-I-L-L-E.

23        Q.   And what grade did you get up to at

24    the Paraguay school?

25        A.   I repeated the sixth year, because I
```

Confidential - Subject to Further Confidentiality Review

```
 1    wasn't good.

 2         Q.   Did you pass the sixth grade exam?

 3         A.   I failed it.

 4         Q.   Have you been to any other schools

 5    after the Paraguay school?

 6         A.   No, I always stayed there.

 7         Q.   Have you had any other schools since

 8    the Paraguay school?

 9         A.   No.

10         Q.   Why not?

11         A.   I didn't have any means, and I was

12    discouraged.  It's only this year I passed the

13    exam.  I succeeded in Paraguay school this year,

14    and also Paraguay was less expensive.

15         Q.   Did you pass the sixth grade exam this

16    year, Mr. Joseph?

17         A.   Yes.

18         Q.   Congratulations.

19              Where do you go from here in school?

20         A.   No, I'm not going to continue.  I

21    don't have the means.  I'm stopping here.

22         Q.   You were able to work hard and get

23    through the sixth grade exam?

24         A.   Yes, I worked hard, hard, hard.

25         Q.   Did you study hard?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.    Yes.

 2        Q.    If you had the money, would you go on

 3   to further schooling?

 4        A.    Yes, I would continue to go.

 5        Q.    So it's a matter of money?

 6        A.    Yes, I don't have money.  I have no

 7   one to help me.

 8        Q.    Did any of your brothers and sisters,

 9   Mr. Joseph, go up to the sixth grade in school?

10        A.    Yes.  My little brother is attending

11   the eighth class.

12        Q.    Are any of your other brothers and

13   sisters in school beyond sixth grade?

14        A.    No.

15        Q.    Do you have any friends who have gone

16   past the sixth grade?

17        A.    Yes, I have friends who finished, I

18   was in school with them, and now they're in

19   eighth grade, and others are in tenth grade, and

20   some are in fourth grade.

21        Q.    What is the highest grade that a

22   student can get to?

23        A.    Twelfth grade.

24        Q.    Mr. Joseph, have you ever heard of the

25   Society of Jesus of New England?
```

```
 1        A.    Society of Jesus, I don't recall that.

 2        Q.    Have you ever heard that name before,

 3   Society of Jesus of New England?

 4        A.    I don't know.  If we're talking about

 5   Jesuits, yes.  But if not, no.

 6        Q.    Have you heard of the Jesuits before?

 7        A.    Yeah, because Father Paul is a Jesuit,

 8   and Sylvester also is a part of that.

 9        Q.    Other than the fact that Father

10   Carrier is a Jesuit and Sylvester Tan is a

11   Jesuit, do you know anything else about the

12   Jesuits?

13        A.    No, I don't know anything.

14        Q.    Now, Mr. Joseph, you had started to

15   tell me earlier about a meeting that you had

16   with some former PPT students at -- I believe,

17   was it Carenage Square?

18        A.    Yes.

19        Q.    And you don't recall when that meeting

20   was?

21        A.    I don't remember.

22        Q.    Was it after you passed the sixth

23   grade exam, or before you passed the sixth grade

24   exam?

25        A.    At that time I failed the exam.
```

1       Q.    So it was before you passed the exam?

2       A.    Yes.

3       Q.    And why was it you met with the former

4    PPT students at Carenage Square?

5       A.    Well, I was looking for work, small

6    jobs, you know, like washing cars.  That's the

7    place where I found majority of my jobs, get a

8    little bit of money to eat.  I found my friends,

9    I came up to them, I recognized them, I said

10   "how are you doing?"  And they told me that

11   something is happening here about the Village.

12   Since I was a child of the Village, I sat down.

13   That's why I met them, I met people.

14      Q.    Who was at that meeting?

15      A.    Children of the Village.  I don't

16   remember their names.  Not all of them, just

17   some of them.

18      Q.    How many?

19      A.    I don't remember how many.

20      Q.    You said earlier that one by one these

21   former students went to go see Cyrus Sibert?

22      A.    They were forming a line.  Cyrus might

23   be where Mitch was.  And the children, the line

24   started from there all the way here.  Oh, he put

25   them aside at a certain distance so they

 1    wouldn't hear.

 2         Q.   So there was a line of former PPT

 3    students, and they were lining up to talk to

 4    Cyrus Sibert?

 5         A.   Until the time we got to Cyrus.

 6         Q.   Did anyone tell you that you should

 7    put in your name so that you could bring a case

 8    against Douglas?

 9         A.   No, I didn't talk to anyone about

10    that.

11         Q.   Did anyone ever ask you to put your

12    name on a list?

13         A.   Except for my lawyers, I didn't

14    speak -- tell anybody about it.

15         Q.   About the abuse?

16         A.   No, I didn't find anyone for that.

17         Q.   Did you speak to Cyrus after waiting

18    in line to speak with him?

19         A.   Yeah, I spoke to him.

20         Q.   And what did you tell him?

21         A.   When I came up to him, I said "hello."

22    He said "what do you want?"  I said "I'm just

23    sitting here, I saw all my friends sitting here,

24    and I just sat here to see what was being said."

25    He said there was something being done about the

```
 1    Village, "if you have -- you want to tell your

 2    truth, you can tell your truth.  Don't lie, just

 3    tell the truth."  You have to tell him what

 4    went -- what happened.

 5         Q.   Did Sibert mention Douglas?

 6         A.   No, he didn't talk to me about

 7    Douglas.  He asked me one question about him,

 8    "as a child in the Village, did you know about

 9    Douglas?  Do you recognize Douglas?"  I said

10    "yes."  When I said that, "did he do sex with

11    you, sexual relations with you?  If that

12    happened, say the truth, don't lie.  If he

13    didn't do that to you, just leave."

14         Q.   What did you tell Sibert?

15         A.   "I have to tell you, it was hard for

16    me to tell this to you if I don't really know

17    you."  He said "I'm a journalist," now I can

18    talk to him.  Although I didn't feel good

19    telling him, I still told him, I took it upon

20    myself to tell him and tell him the truth.

21    That's how I met him.  That's how he knew that

22    something like that happened to me.

23         Q.   What did you think that Cyrus was

24    going to do for you?

25         A.   I don't understand.  He said to give
```

```
 1    him his phone number and he will call me.  But

 2    he didn't tell me anything.

 3         Q.   And you told Cyrus about the abuse

 4    right there?

 5         A.   Yes.

 6         Q.   Mr. Joseph, before you were abused by

 7    Douglas, had you ever heard of Cyrus Sibert?

 8         A.   I don't know him.  I had never heard

 9    of him.

10         Q.   You never heard him on the radio

11    before you were abused?

12         A.   No.  I don't have a radio.

13         Q.   Before you were abused, did you ever

14    see writing on the wall at the Village?

15         A.   My eyes never saw that.

16         Q.   Did you ever see any writing on the

17    wall about Douglas?

18         A.   No.

19         Q.   Did you ever see any kind of writing

20    or graffiti about Douglas and his abuse of PPT

21    boys at any time?

22              THE INTERPRETER:  Can you repeat the

23    question, please?

24    BY MR. KERRIGAN:

25         Q.   Did you ever see any writings or
```

Confidential - Subject to Further Confidentiality Review

1    graffiti about Douglas abusing PPT boys at any

2    time?

3        A.   I never saw that.

4        Q.   After you spoke with Cyrus Sibert

5    about the abuse, did anyone contact you about

6    your discussion with Cyrus?

7             MS. POLLOCK:  I'm going to object and

8    instruct the witness not to disclose any

9    conversations that you had with your attorneys.

10            Interpreter, can you please interpret

11   that?

12            THE INTERPRETER:  I'm sorry, can you

13   repeat your objection?

14            MS. POLLOCK:  I'm objecting, and

15   instructing the witness not to disclose any

16   conversations that he's had with his attorneys.

17       A.   Okay.

18            THE INTERPRETER:  Can you repeat the

19   question?

20            MR. KERRIGAN:  Sure.

21            THE INTERPRETER:  I have it.

22       A.   I gave him my phone number.  It was my

23   little aunt's phone number.  Cyrus did call.

24   And Cyrus said "Brisma, you will get a phone

25   call."  I said "who is it going to be?"  He said

1   "just let the person call you, talk, tell the

2   truth, and you will know who it is."  And really

3   indeed, I received an international phone call.

4            MR. KERRIGAN:  Is that the end?

5            THE INTERPRETER:  Yes.

6   BY MR. KERRIGAN:

7        Q.   Was the international phone call from

8   a lawyer?

9        A.   Yes.

10       Q.   What was the lawyer's name?

11       A.   He presented himself as Mitch's --

12  Mitch -- lawyer Mitch.

13       Q.   In your answer to the questions that

14  we looked at earlier, Mr. Joseph, on answer

15  Number 12, it says that you retained counsel in

16  approximately August of 2013.  Is that correct?

17       A.   I can't recall the date.

18       Q.   Do you have any reason to doubt your

19  answer to Number 12?

20       A.   No, I don't have doubts.  But I might

21  not recall in which year that happened.

22       Q.   Did you hire the attorney, Mitch, as

23  your attorney?

24            MS. POLLOCK:  I'm going to instruct

25  the witness this answer should only be answered

```
 1  yes or no.

 2       A.   Yes.

 3  BY MR. KERRIGAN:

 4       Q.   Do you know when that was?

 5       A.   I don't remember when.

 6       Q.   Do you know the name Jean Gary?

 7       A.   Yes, I've heard about that person,

 8  because that person was at the Village.

 9       Q.   Do you know anything else about Jean

10  Gary, other than that he was at the Village?

11       A.   I don't know anything about him.

12       Q.   Did Jean Gary ever talk to you about

13  your case or any case about Douglas?

14       A.   No, I didn't speak about that.  I've

15  never seen -- I don't see Jean Gary.

16       Q.   Do you know the name Schoubert

17  Hedouville?

18       A.   Yes, strikes -- rings a bell.  He was

19  at the Village.

20       Q.   Do you know anything else about

21  Schoubert Hedouville, other than he was at the

22  Village?

23       A.   No.

24       Q.   Do you know the name Frisnel Jean?

25       A.   I don't remember that name.
```

 1      Q.   Do you know the name Rodlin Rodney

 2   Romeus?

 3      A.   I know the name Rodney, but I don't

 4   know his last name.

 5      Q.   And what do you mean about Rodney?

 6      A.   He was -- he went through Rue 13 and

 7   Carenage, and he went to the Village also, but

 8   he wasn't at the school at the Village.

 9      Q.   Do you know anything else about

10   Rodney?

11      A.   No.

12      Q.   Mr. Joseph, when you hired Mitchell as

13   your lawyer, were you aware that there were

14   other PPT students who had got money through

15   cases against Doug Perlitz?

16      A.   No, I didn't know.  Only very -- a

17   long time after that.

18      Q.   When you hired Mitchell as your

19   attorney, were you aware that any cases had been

20   brought against Douglas?

21      A.   No, I didn't know that.

22      Q.   Before you hired Mitchell as your

23   attorney, had you seen any PPT student driving

24   fancy cars, or buying nice things for

25   themselves?

Confidential - Subject to Further Confidentiality Review

```
 1        A.   It's only when I was deep in the case,
 2   I had come from Port-au-Prince to come sign
 3   papers, and then I heard people talk about the
 4   guys.  But that was a long time afterwards.
 5        Q.   A long time after you hired Mitch?
 6        A.   Yes.
 7        Q.   Did you ever get any money from Cyrus
 8   Sibert?
 9        A.   Yes, that happened, but not often.
10        Q.   When was the first time you got money
11   from Cyrus?
12        A.   I remember they gave us before the
13   first paper -- they sent the first papers for me
14   to sign, he gave me 100 gourdes to pay a car.
15   One other time so I could leave Port-au-Prince
16   and come here.  And he knew I didn't have
17   anybody to help me, so he gave me 1,000 gourdes
18   so I could go back to Port-au-Prince.  He knew I
19   didn't have my mother then here, or anyone to
20   help me here.
21        Q.   Did he give you 100 gourdes or 1,000
22   gourdes?
23        A.   100 gourdes the first time.
24        Q.   When was that?
25        A.   The first time when I just met him
```

Confidential - Subject to Further Confidentiality Review

```
 1    when I said -- when I met the kids in Carenage

 2    and I was looking for a way to talk to him, I

 3    sat down.

 4         Q.   And Cyrus gave you 100 gourdes after

 5    you told --

 6         A.   To pay a car, for a car.

 7         Q.   What was the car for?

 8         A.   Probably transportation car so I could

 9    go back home.

10         Q.   Home to Blue Hills?

11         A.   Yes, so I could go back to Blue Hills.

12         Q.   Why would he give you that money?

13         A.   We didn't ask.  He gave it to us.  He

14    said so we could pay a car to leave.

15         Q.   And then on another occasion, you said

16    that Cyrus gave you 1,000 gourdes to get

17    transportation so you could sign some documents

18    for your case, is that correct?

19         A.   Yes.

20         Q.   Where were you going, from

21    Port-au-Prince to where?

22         A.   I was at Port-au-Prince.  While I was

23    in Port-au-Prince I went to Cap-Haïtien just to

24    sign.  He said "come, there's a document you

25    have to sign."  I signed the paper.  He gave me
```

Confidential - Subject to Further Confidentiality Review

1    1,000 gourdes so I could sign the paper and go

2    back, so I could pay the car to go back home, to

3    go back.

4         Q.   Okay.  Was this Exhibit 2 the document

5    you signed when you came to Cap-Haïtien?

6         A.   I don't remember.  I signed several

7    documents.

8         Q.   At any other time did Cyrus Sibert

9    give you any money?

10        A.   Yes, especially when I come from

11   Port-au-Prince -- I come to Port-au-Prince, when

12   I go back he always gives me 1,000 gourdes.

13        Q.   How many times has he given you 1,000

14   gourdes?

15        A.   I don't remember how often.

16        Q.   Did Cyrus give you any money to have

17   you come here today?

18        A.   Yes.

19        Q.   How much?

20        A.   In total, I was sick in my head, I

21   told him that, and he gave me $400, then $2,000

22   for clothes, so a total of 2,400 Haitian

23   dollars, not other types of dollars.

24        Q.   Are those gourdes or dollars, or is it

25   the same thing?

1          A.    Haitian dollars.

2          Q.    What did you use that money for?

3          A.    I bought a shirt, jeans, tennis shoes,

4     a little perfume, and I also bought food, all of

5     that.

6          Q.    Did you use that money for anything

7     else?

8          A.    No, it wasn't even enough for

9     everything I wanted to do.  It's done.  It's

10    finished.  It's gone.

11         Q.    Are the clothes that you're wearing

12    today bought with money that Cyrus gave you?

13         A.    Yeah.  This, jeans, these shoes, the

14    majority of things I came with here.

15         Q.    Why did Cyrus give you the money for

16    that?

17         A.    He said he was going to go somewhere

18    for my complaint, that's why he gave me the

19    money, so I could buy everything I needed,

20    suitcase, so I could come here.

21         Q.    Did you get any other money from Cyrus

22    Sibert at any time?

23         A.    Before that he gave me 100 US dollars.

24         Q.    When did he give you that?

25         A.    I don't recall.  When I came to sign a

Confidential - Subject to Further Confidentiality Review

1    paper.

2         Q.   What was that money for?

3         A.   So I could find food.  And I told him

4    I didn't have shoes, so he gave me shoes,

5    sandals, as a gift.

6         Q.   When Cyrus gave you the gift of

7    sandals and money, that didn't make him the boss

8    of you, did it?

9         A.   No.  He didn't give me the sandals.

10        Q.   When Cyrus gave you the money that you

11   told us about --

12        A.   Money to buy sandals.

13        Q.   When Cyrus gave you that money, that

14   didn't mean he was the boss of you, correct?

15        A.   Yeah, he was sort of my boss, because

16   he was helping me.  When somebody is helping

17   you, he's sort of your boss.

18        Q.   Did you receive anything else from

19   Cyrus, whether it be money or gifts or clothes,

20   or anything at all?

21        A.   Clothes, never.  After these two

22   there, I don't think so.  Just money he gave me.

23   He just gave me money.

24        Q.   Have you told us all the money that

25   Cyrus has ever given you?

```
 1       A.   Did I tell you everything?

 2       Q.   Yes.

 3       A.   That's what I remember.  That's what

 4   I'm telling.  It didn't happen often.

 5       Q.   Do you expect, Mr. Joseph, to get

 6   money if you win your case against Douglas?

 7       A.   No, I don't know.  It depends on what

 8   the judge says.  I'm going to accept it.

 9       Q.   Even if it's no money, will you accept

10   it?

11       A.   Yeah, what he decides is what I will

12   accept.

13       Q.   If you get any money from your case,

14   Mr. Joseph, will Cyrus Sibert get any of that

15   money?

16       A.   That could happen.  I don't know.

17   They will know.

18       Q.   Do you know if Cyrus has received any

19   money from any case brought against Douglas?

20       A.   I don't know these things.

21       Q.   Has any other student from PPT talked

22   to you about their case against Douglas?

23       A.   Can you repeat, please?

24       Q.   Yes.

25            Has any former student from PPT talked
```

Confidential - Subject to Further Confidentiality Review

```
 1   to you about their cases against Douglas?

 2        A.   Are you talking about -- are those the

 3   people you're asking me, are they the one who

 4   won their cases against Douglas?

 5        Q.   Them, or anybody else.

 6        A.   No, they didn't tell me anything.  I

 7   don't talk to them.

 8        Q.   Have you received any money from any

 9   of your lawyers for this case?

10             MS. POLLOCK:  I'm going to object and

11   instruct the witness not to answer the question.

12             MR. KERRIGAN:  And your objection is

13   based on the fact that this could get into

14   communications?

15             MS. POLLOCK:  I think you're there.

16             MR. KERRIGAN:  You think the transfer

17   of money from a lawyer to a client is a

18   communication?

19             MS. POLLOCK:  Yes.  I think you're

20   there.

21             MR. KERRIGAN:  I disagree with you.

22             MS. POLLOCK:  That's fine.  I'm still

23   instructing him not to answer.

24             MR. KERRIGAN:  So I'll reserve my

25   right.
```

```
 1              MS. POLLOCK:  No problem.

 2   BY MR. KERRIGAN:

 3        Q.   Did you receive money from anybody

 4   else in connection with your case against

 5   Douglas, apart from Cyrus?

 6              MR. GARABEDIAN:  Objection.  Instruct

 7   him not to answer as to any attorney/client

 8   communication.

 9              MR. KERRIGAN:  Can we have one

10   attorney making objections, please?

11              MS. POLLOCK:  Objection.  I instruct

12   the witness not to answer as to any

13   communications with his attorneys.  The witness

14   can answer about communications with anyone else

15   other than his attorneys.

16        A.   No.

17   BY MR. KERRIGAN:

18        Q.   Mr. Joseph, how do you spend your

19   average days these days?  What do you do on any

20   day, any given day?

21        A.   Oh, you mean things that are good for

22   me, like activities like playing, things like

23   that?

24        Q.   Anything at all.  How do you spend

25   your time?
```

```
 1              MS. POLLOCK:  Objection.

 2         A.   I don't know which day.

 3    BY MR. KERRIGAN:

 4         Q.   Any day.

 5         A.   One thing I like to do is to listen to

 6    music.  Since the Village closed, I haven't

 7    spent one day where I played or my heart was

 8    happy.

 9         Q.   When you get up in the morning, what

10    do you do typically during your day?  Do you go

11    out in the street?  Do you hang around with

12    friends?  What do you do?

13         A.   It's not every day that I go out to

14    the street.  Sometimes I just stay home, and I

15    eat whatever my mother gives to me.  Sometimes

16    just stay home.

17         Q.   Are you able to take care of yourself?

18         A.   No.

19         Q.   Are you able to dress yourself in the

20    morning and get up and go out for a walk if you

21    need to, or go out into the street?

22         A.   Yeah, I can do that whenever, but I

23    don't do this really often because my heart is

24    not happy.

25         Q.   You're able to go out to try to find
```

```
 1    work whenever you want to?
 2         A.    Yeah, if I find I can go look for it,
 3    but it's not easy for me to find.
 4         Q.    Are you able to play any games or
 5    sports if you choose to do so?
 6         A.    Sports, I don't do any sports.
 7         Q.    Are you able to if you wanted to?
 8         A.    Yes, if I were happy, if my heart were
 9    at peace when I wake up.  When I wake up, first
10    thing I have in my mind is where am I going to
11    find a spoonful of food for me to eat.
12         Q.    Do you hang around with your friends?
13         A.    No.  A friend may come and see how I'm
14    doing and leave.  I don't hang out with friends,
15    I don't walk with them, I don't hang out outside
16    with them.
17              MR. KERRIGAN:  Jo Anna, I'm going to
18    put a belated objection on the record.  You had
19    given one instruction not to answer, I objected
20    and reserved on it, then there was the double
21    team effort.  I'm going to belatedly object to
22    that if it wasn't clear.  If you'd like I'll
23    re-ask the question, you can put the instruction
24    on the record, or you can accept the belated
25    objection.
```

1          MS. POLLOCK:  You're belatedly

2     objecting that both lawyers objected?

3          MR. KERRIGAN:  No, I'm counting your

4     instruction as the valid instruction here.

5     There was a second instruction not to answer, so

6     I just want to get on the record --

7          MS. POLLOCK:  No problem.  That's

8     fine.

9          MR. KERRIGAN:  Very good.

10          MS. POLLOCK:  We're getting on the

11     record the fact that you're objecting to my

12     instructing the witness after Mitchell

13     instructed the witness not to answer, correct?

14          MR. KERRIGAN:  Correct.

15          MS. POLLOCK:  Okay.  No problem.

16          MR. KERRIGAN:  And I disagree with

17     your instruction, and we'll reserve on that for

18     when we need to raise it.  Thanks.

19     BY MR. KERRIGAN:

20     Q.   Mr. Joseph, have you understood the

21     questions I've asked you today?

22     A.   Just one question I didn't really

23     understand.  I answered quickly, briefly.

24     Q.   Which question didn't you understand?

25     A.   I was in the room, I was sitting

1    eating, my friend came, he sat with me on the

2    table.  You asked me if I was eating with him,

3    asking if we're sitting and eating together, I

4    said no because I thought -- we were at the same

5    table, my food was here and his food was there,

6    but we weren't eating together.  We were just at

7    the same table.

8         Q.    Who was sitting at the table with you?

9         A.    A friend called Claude.

10        Q.    Does Claude have a case against

11   Douglas?

12        A.    I can't tell you.  But since I see him

13   here with me, I think that.

14        Q.    Did you talk with Claude during lunch?

15        A.    Yeah, we talked.

16        Q.    What did you talk about?

17        A.    He said he didn't really like the

18   food.  He said "what food do you prefer?"  I

19   said "rice, juice, I don't like the rest."

20   That's it.

21        Q.    Did you talk about anything else with

22   Claude?

23        A.    No.  I was sitting first, and I

24   finished first, so I left.

25        Q.    Have you understood all of my other

```
 1   questions, Mr. Joseph?

 2        A.   Yeah, I understand.

 3        Q.   And have you answered all of my other

 4   questions accurately?

 5        A.   Yes.

 6        Q.   Thank you.

 7             MS. POLLOCK:  Do you want to take a

 8   break?  It's been an hour.

 9             THE VIDEOGRAPHER:  Going off the

10   record.  The time is 6:17.

11             (Whereupon, a recess was taken.)

12             THE VIDEOGRAPHER:  Back on the record.

13   The time is 6:25.

14   BY MR. CERRETA:

15        Q.   Good evening, Mr. Joseph.  I

16   introduced myself a long time ago at the

17   beginning of the day, but my name is John

18   Cerreta, I'm the lawyer for Fairfield

19   University.

20             You testified earlier today that you

21   received a T-shirt with a Fairfield University

22   logo on it, is that right?

23        A.   It was written "Fairfield."

24        Q.   Were those handed out to you and the

25   other boys at the Village?
```

```
 1        A.    Yes, yes.

 2        Q.    Did you ever receive any other

 3   merchandise that had a Fairfield University logo

 4   on it?

 5        A.    No, I don't remember that.

 6        Q.    You also testified earlier today about

 7   being told that if you completed all your

 8   classes you might be able to attend Fairfield

 9   University someday, is that right?

10        A.    Yes, Ms. Carter told us that.

11        Q.    And was it your testimony that

12   Ms. Carter told you that through someone

13   interpreting into Creole, is that right?

14        A.    Yes.

15        Q.    Was it just one time that Madame

16   Carter through an interpreter told you that?

17        A.    I don't remember how many times she

18   said that.

19        Q.    Did anybody else tell you that?

20        A.    Douglas, Douglas always told us that.

21        Q.    Do you know how many times Douglas

22   told you that?

23        A.    No, I don't remember.

24        Q.    What exactly would you have to do in

25   order to get into Fairfield University?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   Madame Carter, since she was a part of

 2   that university, if we did school very well, one

 3   day would come if we worked well, and we had a

 4   good behavior at school and at home, she had

 5   access to that university, and then we could go.

 6        Q.   Would you have to complete your

 7   classes at the Village in order to go to

 8   Fairfield University?

 9        A.   Talking about finishing, I'm talking

10   about school.

11        Q.   What grade would you have to go up to

12   in order to get into Fairfield University?

13        A.   Madame Carter said that when we were

14   done, she could do something like that because

15   she had access.

16        Q.   Done with what?

17        A.   With school, we were done with school.

18        Q.   Up to the twelfth grade?

19        A.   Yes, twelfth grade.

20        Q.   What made you think that Madame Carter

21   was a part of Fairfield University?

22        A.   She said it also.  And because of

23   these T-shirts she always gave us, she made us

24   understand that, believe that.

25        Q.   Other than the T-shirts she gave you,
```

```
 1    was there any other reason that you thought

 2    Madame Carter was affiliated with Fairfield

 3    University?

 4            MS. POLLOCK:  Other than what the

 5    witness testified to?

 6       A.   No, she said it, and she had those

 7    shirts.  I don't know.  She said once we're

 8    done, she would -- we're finished, she would

 9    help us.

10    BY MR. CERRETA:

11       Q.   Did she say anything else other than

12    that to make you think she was affiliated with

13    Fairfield University?

14       A.   No, I don't remember she said

15    anything, because she would always give us

16    advice to give us strength.

17       Q.   Do you remember Madame Carter saying

18    anything else about Fairfield University, other

19    than what you've already told me?

20       A.   I don't remember.  Just what I said is

21    what I remember.

22       Q.   While you were a student of PPT, do

23    you remember anyone else telling you anything

24    else about Fairfield University?

25       A.   No.  After Hope Carter, Madame Carter
```

```
 1    and Douglas, they talked about that, and when

 2    Madame Carter would come it would -- Douglas and

 3    Robinson would translate, and I didn't hear

 4    anything else besides that.  But everybody knew,

 5    all the kids knew.  She said that in our

 6    presence, in front of all the kids in the

 7    Village.

 8         Q.   But other than what you've told me,

 9    she didn't say anything else that you can

10    remember?

11         A.   No, I don't remember.

12         Q.   How about Douglas, other than what

13    you've told me already, do you remember anything

14    else that Douglas told you about Fairfield

15    University?

16         A.   No, I don't remember anything else.

17         Q.   While you were a student at PPT, do

18    you remember being told anything else about

19    Fairfield University?

20         A.   I don't remember.

21              MR. CERRETA:  Thank you very much.

22    BY MR. KENNEDY:

23         Q.   Hi, Mr. Joseph.  I know we met a long

24    time ago this morning, I'm Jeff Kennedy, I

25    represent Hope Carter.  I have some questions
```

Confidential - Subject to Further Confidentiality Review

1    for you.

2              How many times did Mrs. Carter speak

3    to you through an interpreter?

4         A.   I don't remember.  You know, she

5    doesn't speak Creole.  Every time she comes

6    there's always someone to translate for her.

7         Q.   And these translators were either

8    Douglas or Robinson?

9         A.   Yes.

10        Q.   But as we sit here today, you don't

11   remember how many times that she spoke through

12   these individuals to you or a group of students?

13        A.   Often, often.  Several times.  I don't

14   know.

15        Q.   Okay.  And you mentioned earlier today

16   that there was an indication through an

17   interpreter that Mrs. Carter had access to

18   Fairfield University, is that correct?

19        A.   Yes, she said this thing.

20        Q.   And she told you that through an

21   interpreter, is that your testimony?

22        A.   Yes.

23        Q.   Okay.  And how many times did she tell

24   you that through an interpreter?

25        A.   I don't remember how often.

1      Q.   Was it more than once?

2      A.   I don't remember at all.

3      Q.   Okay.  And you also indicated before

4   that many times Mrs. Carter would say things to

5   give you strength, is that correct?

6      A.   Yes, in school, "don't have bad

7   behavior, don't fight."

8      Q.   Okay.  How many times did she say that

9   through an interpreter, or a group of students?

10   I'm sorry.

11      A.   I didn't count how many times.

12      Q.   Now, I think you indicated before that

13   -- strike that.  I'm sorry.

14           Was Mrs. Carter nice to you?

15      A.   Yes.  She's not a bad person.

16      Q.   How was she nice to you, sir?

17      A.   Yeah, when she's talking among us,

18   when we are meeting, when she's talking she's

19   always smiling, laughing, and she's always

20   shaking her head.

21      Q.   Okay.  I think you also indicated that

22   she also brought gifts, is that correct?

23      A.   Yes, she brought gifts, shirts,

24   T-shirts.

25      Q.   Can you describe her physically for

Confidential - Subject to Further Confidentiality Review

```
 1   me, sir?

 2        A.   She's not a young person, she's an old

 3   person.  Her hair is not black.  She always wore

 4   glasses.  She doesn't wear skirts a lot, she

 5   always puts pants on, wears pants.

 6        Q.   Anything else, sir?

 7        A.   I don't have any other details.

 8             And she has a hump.

 9        Q.   Sir, do you know Kensley Previl?

10        A.   I don't remember this person.

11        Q.   What about Ilguens Jean?

12        A.   Ilguens how?

13        Q.   Do you know him, sir?

14        A.   No, I don't know him.

15        Q.   Do you know who that is, sir?

16        A.   Where is he?  If you tell me, if I

17   know him.

18        Q.   Do you know a former PPT student named

19   Ilguens Jean?

20        A.   Yes, I know him.

21        Q.   Okay.  And have you spoken to him

22   recently, sir?

23        A.   Yeah, we talk, we make jokes.

24        Q.   When is the last time that you saw

25   him, sir?
```

Confidential - Subject to Further Confidentiality Review

```
 1        A.   Since he stays close by, I see him all

 2   the time.

 3        Q.   Okay.  Are you aware that he came to

 4   the Dominican Republic to have his deposition

 5   taken, sir?

 6        A.   Ilguens?

 7        Q.   Yes, sir.

 8        A.   Yes, I remember that.

 9        Q.   Okay.  And did you speak to him after

10   he came back from the Dominican Republic?

11        A.   After he came back, I didn't see him.

12   I think he went out.

13        Q.   Okay.  So you didn't -- you haven't

14   spoken to him since he's been back from the

15   Dominican Republic, sir?

16        A.   No, I didn't see him.

17        Q.   Do you know an individual named Emile

18   Jean Pierre, a former PPT student?

19        A.   Yes, I know him.

20        Q.   Is he a friend of yours, sir?

21        A.   We don't talk like telling jokes, but

22   he always calls me and I always call him when I

23   see him, wherever I am and he's there.

24        Q.   Do you have a cell phone, sir?

25        A.   Yes, I have.
```

Confidential - Subject to Further Confidentiality Review

1       Q.   Okay.  And have you ever spoken to

2   Ilguens Jean on your cell phone?

3       A.   Yeah, I've called him.

4       Q.   So you have his phone number, sir?

5       A.   I don't know his number by heart.

6       Q.   You don't know his number by heart,

7   but you do have his phone number, sir?

8       A.   Yes, I do have his number.

9       Q.   What about Emile Jean Pierre, do you

10  have his phone number, sir?

11      A.   No, I don't.

12      Q.   Have you ever called him on the phone,

13  sir?

14      A.   Who?

15      Q.   Emile Jean Pierre.

16      A.   I don't have his phone number.

17      Q.   Now, are you aware that Emile Jean

18  Pierre came to the Dominican Republic to have

19  his deposition taken, sir?

20      A.   Yes, I know.

21      Q.   Did you speak to him about his

22  deposition, sir?

23      A.   If I see him he'll say "Brisma," I say

24  "Emile," and that's it.

25      Q.   Sir, I think you just indicated to me

1    that you knew that both Emile Jean Pierre and

2    Ilguens Jean came for their depositions in the

3    Dominican Republic.  How did you know that, sir?

4         A.   I didn't -- I knew because I didn't

5    see them, and I asked for them.  They told me

6    they had gone to the Dominican Republic.  And

7    also I was aware with regards to people, I saw

8    them at the hotel.

9         Q.   Which hotel, sir?

10        A.   In Cap-Haïtien.  I don't remember the

11   name.

12        Q.   Was there a meeting at this hotel?

13        A.   Yes.

14        Q.   And who was at this meeting, sir?

15        A.   Someone who came to present Mitch, but

16   I don't remember.

17        Q.   Do you know an individual named Paul

18   Kendrick, sir?

19        A.   Paul Ehrlich?

20        Q.   No.  Paul Kendrick, sir.

21        A.   No, I don't remember that person.

22        Q.   Was the person who came to present

23   Mitch a white person, sir?

24        A.   Yes.

25        Q.   Was he an American, sir?

Confidential - Subject to Further Confidentiality Review

```
 1        A.    I can't tell you his nationality.

 2        Q.    Do you know if he was Haitian, sir?

 3        A.    No, he was a white person.  He can't

 4   be Haitian.

 5        Q.    And who else was at that meeting

 6   besides Mitch, sir?

 7        A.    Cyrus.

 8        Q.    And were other former PPT students

 9   there, sir?

10        A.    Yes, we were all, all of us concerned.

11        Q.    And when was -- and when was this

12   meeting, sir?

13        A.    I don't remember, but it didn't happen

14   a long time ago.  This year.

15        Q.    It happened this year?

16        A.    Yes, this year.

17        Q.    Do you know what month in 2015, sir?

18        A.    I don't remember the month.

19        Q.    Okay.  And did Cyrus speak to the

20   group, sir?

21              MS. POLLOCK:  I'm going to instruct

22   the witness, caution the witness not to disclose

23   any conversations that were given to you or any

24   other students by Mitchell or any other lawyer

25   on the grounds of attorney/client privilege.
```

```
 1        A.    Cyrus was translating for the person

 2   who came to present Mitch.

 3   BY MR. KENNEDY:

 4        Q.    And was the person who came to present

 5   Mitch a lawyer?

 6        A.    I don't know.

 7        Q.    Okay.  And what did Cyrus say to the

 8   group, sir?

 9              MS. POLLOCK:  I'm going to instruct

10   the witness not to answer this question on the

11   grounds of attorney/client privilege.

12              MR. KENNEDY:  Okay.  We'll make a note

13   for the record.

14        A.    Can you repeat the question, please?

15   BY MR. KENNEDY:

16        Q.    My question was, and what did Cyrus

17   say to the group, sir?

18              MS. POLLOCK:  Again I'm instructing

19   the witness not to answer the question on the

20   grounds of the attorney/client privilege.

21              MR. KENNEDY:  For the record, I object

22   to your objection.

23   BY MR. KENNEDY:

24        Q.    Is Cyrus an attorney, sir?

25        A.    I remember he said he was a
```

1    journalist, but I don't remember if he said he

2    was a lawyer, too.

3         Q.   Cyrus isn't representing you, is he,

4    sir?

5         A.   I don't know anything about that.

6    What do you mean, "represent"?

7         Q.   He's not representing you as a lawyer,

8    is he, sir?

9         A.   I don't know.  No.

10         Q.   And did you come from Haiti to the

11    Dominican Republic with Cyrus?

12         A.   Yes.

13         Q.   Okay.  And how did you come to the

14    Dominican Republic?

15         A.   He gave me money so I could buy what I

16    needed.  Because of the hurricane it didn't

17    happen, he said he would call me again.  After

18    he called me, he said he was going to wait for

19    me on Carenage Square so we could travel, and I

20    came at 7:00 p.m., I waited for him.  When I

21    waited for him, I saw him, we went -- we crossed

22    the yard where the car is.  I sat, he checked

23    his passport, he made his check inside the

24    office.  When we started our trip -- we started

25    our trip when he finished checking the passport,

```
 1    he checked everything, then we boarded the,

 2    one-by-one, the car, and we started our trip.

 3        Q.   And I believe from earlier testimony

 4    today, Cyrus provided you with your passport, is

 5    that correct, sir?

 6        A.   Yes, he found it.

 7        Q.   You had never seen the passport

 8    before, sir?

 9        A.   No.

10            MS. POLLOCK:  Counsel, you're at seven

11    hours and you still have another lawyer to ask

12    questions.

13            MR. KENNEDY:  Okay.

14    BY MR. KENNEDY:

15        Q.   Now, sir, who else travelled with you

16    besides Cyrus?

17        A.   There were three of us.

18        Q.   What were the names?  Who were the

19    three people, sir, three other people?  I'm

20    sorry.

21        A.   Wadson, and Cyrus, me, too, and

22    Raynel.  And another person who was doing the

23    trip with us.

24        Q.   And do you know who that other person

25    was, sir?
```

1      A.   It's Cyrus who made us travel.

2      Q.   Sir, how long was the trip from Haiti

3   to the Dominican Republic?

4      A.   I didn't have anything in my hand to

5   verify, but we got to a place where we stepped

6   out of the bus, and we boarded another bus.

7      Q.   And was that in the Dominican

8   Republic, sir?

9      A.   Yes.  When we got there, we took a

10   taxi to come here.

11      Q.   And did you all sit together on the

12   bus, sir?

13          MS. POLLOCK:  Objection.  Vague.

14   BY MR. KENNEDY:

15      Q.   Did you all sit on the first bus

16   coming from Haiti to the Dominican Republic?

17      A.   All the people who left Cap-Haïtien?

18      Q.   Yes, sir.

19      A.   When we had to come get down, I saw

20   some of them, but not all of them.  And the

21   people I did see were me, Raynel, Wadson, and

22   Cyrus.  That's the people.  These are people I

23   recognize, and I remember their faces.

24      Q.   And on this trip, did you discuss your

25   lawsuit with Cyrus?

```
 1        A.    While I was sitting in the car?

 2        Q.    On the bus, yes, sir.

 3        A.    I didn't talk to Cyrus about that.

 4        Q.    Okay.  And since you've been in the

 5   Dominican Republic, have you spoken to Cyrus

 6   about your deposition, sir?

 7        A.    No, I didn't talk to him.  When I went

 8   to eat earlier, I did see him.

 9        Q.    Is he staying at the Barcelo, sir,

10   this hotel?

11        A.    Yes, that's where I saw him.

12        Q.    Sir, you yourself are staying at this

13   hotel, correct?

14        A.    Barcelo Hotel.

15        Q.    Yes.

16        A.    Yes, yes, where I am.

17        Q.    Are you sharing a room with anybody,

18   sir?

19        A.    Yes.

20        Q.    And who is that, sir?

21        A.    Wadson.  I forgot his last name.

22              MR. KENNEDY:  Just a matter of

23   housekeeping, could you just state the basis for

24   your objection?

25              MS. POLLOCK:  Attorney/client
```

```
 1    privilege.

 2            MR. KENNEDY:  On the question about

 3    Cyrus speaking to the group?

 4            MS. POLLOCK:  Yes.

 5            MR. KENNEDY:  That's the basis of the

 6    objection --

 7            MS. POLLOCK:  Yes.

 8            MR. KENNEDY:  -- is attorney/client

 9    privilege?

10            MS. POLLOCK:  Yes.  He was

11    interpreting for someone else who I'm almost

12    positive was a lawyer at my firm.

13            MR. KENNEDY:  Okay.  Thank you very

14    much, sir.

15            THE VIDEOGRAPHER:  Going off the

16    record.  The time is 6:59.

17            (Pause.)

18            THE VIDEOGRAPHER:  Back on the record.

19    The time is 6:59.

20    BY MR. BABBITT:

21       Q.   Good afternoon.  I'm Bradford Babbitt.

22    I represent the American Association of the

23    Order of Malta.

24            At any time before PPT closed, did you

25    hear the name Haiti Fund?
```

```
 1        A.   I don't understand these words.

 2        Q.   Have you ever heard -- did you ever

 3   hear, before PPT closed, the words Haiti Fund

 4   together like that?

 5        A.   I don't remember that.

 6        Q.   At any time before PPT closed, did you

 7   hear the name Order of Malta?

 8        A.   I don't remember this thing.

 9        Q.   I'm sorry, just to be clear, before

10   PPT closed, you don't remember ever hearing the

11   name Order of Malta?

12        A.   I've never heard things like that,

13   about things like that.  I don't know.  I don't

14   know.

15             MR. BABBITT:  Okay.  That's the only

16   questions I have.  Thank you.

17             THE VIDEOGRAPHER:  This concludes the

18   September 29, 2015 deposition of Mr. Joseph.

19   Going off the record.  The time is 7:01.

20             (Whereupon, the deposition was

21             concluded.)

22

23

24

25
```

```
 1            C E R T I F I C A T E

 2            I, MAUREEN O'CONNOR POLLARD, LSR #473,

 3   RMR, CLR, and Notary Public in and for the State

 4   of Connecticut, do hereby certify that there

 5   came before me on the 29th day of September,

 6   2015, the person hereinbefore named, who was

 7   duly sworn to testify to the truth of their

 8   knowledge concerning the matters in this cause,

 9   and their examination reduced to typewriting

10   under my direction and is a true record of the

11   testimony.

12            I further certify that I am neither

13   attorney for or related or employed by any of

14   the parties to the action, and that I am not a

15   relative or employee of any attorney or counsel

16   employed by the parties hereto or financially

17   interested in the action.

18            In witness whereof, I have hereunto

19   set my hand and seal this 5th day of October,

20   2015.

21

22   _____

23   MAUREEN O'CONNOR POLLARD, License #473

24   Realtime Systems Administrator, RMR

25   Notary Commission Expires:  10/31/2017
```

Confidential - Subject to Further Confidentiality Review

```
 1                 INSTRUCTIONS TO WITNESS

 2

 3                      Please read your deposition over

 4   carefully and make any necessary corrections.

 5   You should state the reason in the appropriate

 6   space on the errata sheet for any corrections

 7   that are made.

 8                      After doing so, please sign the

 9   errata sheet and date it.  It will be attached

10   to your deposition.

11                      It is imperative that you return

12   the original errata sheet to the deposing

13   attorney within thirty (30) days of receipt of

14   the deposition transcript by you.  If you fail

15   to do so, the deposition transcript may be

16   deemed to be accurate and may be used in court.

17

18

19

20

21

22

23

24

25
```

Confidential - Subject to Further Confidentiality Review

```
 1                    - - - - - -

                   E  R  R  A  T  A

 2                    - - - - - -

 3    PAGE   LINE   CHANGE

 4    ____   ____   _____

 5        REASON:  _____

 6    ___   ____   _____

 7        REASON:  _____

 8    ____   ____   _____

 9        REASON:  _____

10    ____   ____   _____

11        REASON:  _____

12    ____   ____   _____

13        REASON:  _____

14    ____   ____   _____

15        REASON:  _____

16    ____   ____   _____

17        REASON:  _____

18    ____   ____   _____

19        REASON:  _____

20    ____   ____   _____

21        REASON:  _____

22    ____   ____   _____

23        REASON:  _____

24    ____   ____   _____

25
```

Confidential - Subject to Further Confidentiality Review

```
 1            ACKNOWLEDGMENT OF DEPONENT

 2

 3            I, _____ , do

     Hereby certify that I have read the foregoing

 4   pages, and that the same is a correct

     transcription of the answers given by me to the

 5   questions therein propounded, except for the

     corrections or changes in form or substance, if

 6   any, noted in the attached Errata Sheet.

 7

 8   _____

     JHEEMPSON BRISMAC JOSEPH     DATE

 9

10

11

12

13

14

15   Subscribed and sworn

     To before me this

16   _____ day of _____, 20____.

17   My commission expires: _____

18

     _____

19   Notary Public

20

21

22

23

24

25
```

```
 1                    LAWYER'S NOTES

 2      PAGE   LINE

 3      ____   ____   _____

 4      ____   ____   _____

 5      ____   ____   _____

 6      ____   ____   _____

 7      ____   ____   _____

 8      ____   ____   _____

 9      ____   ____   _____

10      ____   ____   _____

11      ____   ____   _____

12      ____   ____   _____

13      ____   ____   _____

14      ____   ____   _____

15      ____   ____   _____

16      ____   ____   _____

17      ____   ____   _____

18      ____   ____   _____

19      ____   ____   _____

20      ____   ____   _____

21      ____   ____   _____

22      ____   ____   _____

23      ____   ____   _____

24      ____   ____   _____

25
```