Exhibit 43

Underseal