Exhibit 44 Underseal