UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GERVIL ST. LOUIS,                :

    Plaintiff,              :

v.                               :          No. 3:13-cv-1132(RNC)

DOUGLAS PERLITZ, et al.,         :

    Defendants              :

## RULING AND ORDER

Defendants' motion to compel production of documents withheld and redacted from plaintiffs' production of Cyrus Sibert's documents (ECF 804) is hereby granted in accordance with the Special Master's Report and Recommended Ruling (ECF No. 997), which is approved and adopted.

So ordered this 30th day of September 2017.

                                              _____/s/ RNC_____
                                              Robert N. Chatigny
                                          United States District Judge