UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS, A/K/A ST. LOUIS GERVIL,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS OF NEW ENGLAND; SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICAN ASSOCIATION, U.S.A., A/K/A ORDER OF MALTA, AMERICAN ASSOCIATION, USA; JOHN DOE ONE; JOHN DOE TWO; JOHN DOE THREE; JOHN DOE FOUR; JOHN DOE FIVE; JOHN DOE SIX; AND JOHN DOE SEVEN,<br><br>Defendants. | LEAD CIVIL ACTION NO.:<br><br>3:13-cv-01132 (RNC) |
| This document applies to:<br>*Peterson Augustin v. Perlitz et al.*,<br>Case No.: 3:17-cv-01872-RNC | DECEMBER 11, 2017 |

**DEFENDANT FAIRFIELD UNIVERSITY'S MOTION TO DISMISS**
<u>**COUNT SIX OF PLAINTIFF PETERSON AUGUSTIN'S COMPLAINT**</u>

Defendant Fairfield University (the "<u>University</u>"), by its undersigned counsel, respectfully moves under Federal Rule of Civil Procedure 12(b)(6) to dismiss Count Six of plaintiff Peterson Augustin's complaint.

Count Six in plaintiff Augustin's complaint is identical to Count 6 in *Alcy v. Perlitz, et al.*, 3:15-cv-526 (RNC), which the Court dismissed on April 8, 2016 in a Ruling and Order on

motions to dismiss filed by the University and Father Carrier. Doc. no. 750. The Court subsequently dismissed identical claims in six related actions. Doc. No. 781.

For two independent reasons, Count Six fails to state any claim against the University. First, plaintiff's concession that he cannot state a direct claim against defendant Douglas Perlitz under 18 U.S.C. § 1591(a)(1) (because that statute has no extraterritorial effect) necessarily forecloses plaintiff's attempt to hold the University secondarily liable on the theory that it "knew or should have known . . . PPT, through Perlitz," violated § 1591. Compl. ¶¶ 141-45. Second, the statutory claim for secondary liability that the plaintiff pleads in Count Six was not enacted until December of 2008, did not exist at the time of the challenged conduct, and does not apply retroactively to pre-enactment conduct.

For these reasons, and as set forth more fully in the accompanying memorandum of law and the Court's Ruling and Order in the *Alcy* case, Count Six of plaintiff Peterson Augustin's complaint states no claim against the University and should be dismissed.

        DEFENDANT
        FAIRFIELD UNIVERSITY

By: /s/ Thomas D. Goldberg
    Stanley A. Twardy, Jr. (ct 05096)
    Thomas D. Goldberg (ct 04386)
    Paul D. Williams (ct 05244)
    John W. Cerreta (ct 28919)
    Day Pitney LLP
    One Canterbury Green
    201 Broad Street
    Stamford, CT  06901
    Tel: (203) 977-7300
    Fax: (203) 977-7301
    E-mail: satwardy@daypitney.com
    E-mail: tgoldberg@daypitney.com
    E-mail: pdwilliams@daypitney.com
    E-mail: jcerreta@daypitney.com

    *Its Attorneys*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2017, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

I further certify that on December 11, 2017, a copy of the foregoing was sent by Regular U.S. Mail to parties who are unable to accept electronic service, as follows:

1. Douglas Perlitz c/o David T. Grudberg, Esq.
   Carmody & Torrance, LLP
   195 Church Street
   P.O. Box 1950
   New Haven, CT 06509-1950

2. Haiti Fund, Inc. c/o Michael McCooey
   Chairman, Haiti Fund, Inc.
   475 Polly Park Road
   Rye, NY 10580

/s/ Thomas D. Goldberg
Thomas D. Goldberg