**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GERVIL ST. LOUIS, a/k/a ST. LOUIS GERVIL, | Civil Action No.: 3:13-cv-01132 (RNC) |
| Plaintiff, | |
| v. | |
| DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS OF NEW ENGLAND; and SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICAN ASSOCIATION, U.S.A., a/k/a ORDER OF MALTA, AMERICAN ASSOCIATION, USA, | |
| Defendants. | |
| This document applies to: *Lecenat v. Perlitz, et al.*, 3:13-cv-01633-RNC  *Deriza v. Perlitz, et al.*, 3:14-cv-00668-RNC | May 23, 2019 |

**PLAINTIFFS' MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS AND FINAL APPROVAL OF THE CLASS SETTLEMENT**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs Gesner Lecenat and Jason Deriza hereby move for this Court for certification of the settlement class and for final approval of the class settlement, and hereby request that this Court enter an Order: (a) finally certifying the Settlement Class (as defined in the Settlement Agreement) under Rule 23 of the Federal Rules of Civil Procedure for settlement purposes only; (b) granting final approval of the settlement embodied in the Settlement Agreement; (c) finding that the manner of notice to the settlement class implemented was

1

the best notice practicable under the circumstances; (d) awarding Class Counsel's fees and expenses; (e) staying all proceedings, other than proceedings as may be necessary to carry out the terms and conditions of the Settlement Agreement and such further relief as identified in the Proposed Order, which will be submitted to the Court before the hearing scheduled for June 5, 2019.

In support of this motion, Plaintiffs submit the accompanying Declarations of Jo Anna Pollock, Matt Neylon and Carla Peak and Plaintiffs' Memorandum of Law in Support of Motion for Certification of the Settlement Class and Final Approval of the Class Settlement ("Memorandum").  For the reasons set forth in the Memorandum, this Court should certify the Settlement Class and grant final approval of the Settlement Agreement as fair and reasonable.

Dated: May 23, 2019

                    Mitchell Garabedian (phv04676)
                    garabedianlaw@msn.com
                    William H. Gordon (phv04677)
                    wgordon@garabedianlaw.com
                    LAW OFFICES OF MITCHELL GARABEDIAN
                    100 State Street, 6th Floor
                    Boston, MA 02109
                    Phone:  (617) 523-6250

                    /s/ Andrea Bierstein
                    Paul J. Hanly, Jr. (phv04680)
                    phanly@simmonsfirm.com
                    Jayne Conroy (phv04679)
                    jconroy@simmonsfirm.com
                    Andrea Bierstein (phv04678)
                    abierstein@simmonsfirm.com
                    SIMMONS HANLY CONROY
                    112 Madison Ave., 7th floor
                    New York, New York 10016
                    Phone:  (212) 784-6400

Attorneys for Plaintiffs and the Putative Class

Steven J. Errante (ct04292)
SErrante@ltke.com
Marisa A. Bellair (ct23802)
MBellair@ltke.com
LYNCH, TRAUB, KEEFE, & ERRANTE, P.C.
P.O. Box 1612
52 Trumbull Street
New Haven, CT 06510
Phone: (203) 787-0275
Fax: (203) 782-0278

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on May 23, 2019, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by first-class mail to all parties who are unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

I further certify that on May 23, 2019, the foregoing document was sent by first-class mail, postage prepaid, to:

> (1) Counsel for Defendant Douglas Perlitz at the below address:
> David T. Grudberg, Esq.
> Carmody & Torrance, LLP
> 195 Church St.
> PO Box 1950
> New Haven, Conn. 06509-1950
>
> (2) Defendant Haiti Fund, Inc. at the below address:
> Haiti Fund, Inc.
> c/o Mr. Michael McCooey
> Chairman
> 475 Polly Park Road
> Rye, NY 10580
>
> /s/   Andrea Bierstein
> Andrea Bierstein