UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS, a/k/a ST. LOUIS GERVIL,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS PERLITZ; FATHER PAUL E. CARRIER, S.J.; HOPE E. CARTER; HAITI FUND, INC.; FAIRFIELD UNIVERSITY; THE SOCIETY OF JESUS OF NEW ENGLAND; and SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICAN ASSOCIATION, U.S.A., a/k/a ORDER OF MALTA, AMERICAN ASSOCIATION, USA,<br><br>Defendants. | Lead Civil Action No.: 3:13-cv-01132 (RNC) |
| This document applies to:<br>*Lecenat v. Perlitz, et al.*, 3:13-cv-01633-RNC<br>*Deriza v. Perlitz, et al.*, 3:14-cv-00668-RNC | August 27, 2019 |

## FINAL APPROVAL ORDER

CHATIGNY, District Judge:

This matter is before the Court on Plaintiffs' Motion for Final Approval of Class Settlement (Dkt. #1078) and Class Counsel's Motion for Award of Attorneys' Fees and Expenses from the Settlement Fund (Dkt. #1076). The Court previously entered an Interim Approval Order (Dkt. #1080) after having reviewed and considered the Motions and all supporting documents and related declarations and supplemental declarations. After considering all these materials, the Court remains satisfied that the Settlement Class fulfills all requirements for the certification of a settlement class, and that the Settlement Agreement meets all applicable criteria for final approval. Therefore, it is hereby ORDERED:

1. All terms in this Final Approval Order not defined herein shall have the meanings set forth in the Settlement Agreement (Dkt. #1063-10).

2. The 90-day notice period under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, has now run, and the Court has not received any comments on the Settlement from any governmental authority or official, and has not been advised by the parties that any governmental authority or official has shared any input or comments on the Settlement with them.  The Court finds that the notice requirements of CAFA have been satisfied, and that final approval of the Settlement can now issue according to the provisions and terms set forth in the Court's Interim Approval Order.

3. For the reasons stated in the Interim Approval Order, the Court now: (a) grants final approval of the Settlement; (b) deems the Interim Approval Order to be a final order as of the date indicated below; (c) incorporates and adopts the provisions of the Interim Approval Order into this Final Order; and (d) directs that judgment be entered on the terms set forth in the Interim Approval Order.

4. The Court retains jurisdiction over the Settlement to the extent necessary to implement, effectuate, and administer the Settlement and the Court's Orders.

So Ordered this 27th day of August, 2019.

/s/ RNC
Hon. Robert N. Chatigny
United States District Judge
