UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERVIL ST. LOUIS,<br>Also known as St. Louis Gervil,<br><br>    Plaintiffs<br><br>v.<br><br>DOUGLAS PERLITZ, FATHER PAUL E. CARRIER, S.J., HOPE E. CARTER, HAITI FUND, INC., FAIRFIELD UNIVERSITY, THE SOCIETY OF JESUS OF NEW ENGLAND, and SOVEREIGN MILITARY HOSPITALLER ORDER OF ST. JOHN OF JERUSALEM OF RHODES AND OF MALTA, AMERICAN ASSOCIATION, U.S.A., also known as Order of Malta, American Association, USA,<br><br>    Defendants<br>_____/ | NO. 3:13-cv-01132-RNC |

## JUDGMENT

These actions came before the Court (Chatigny, J.) on plaintiffs' motion for final approval of class settlement and plaintiffs' motion for attorneys' fees and costs (an order granting interim approval to the class settlement had previously entered).

After due consideration, both motions were granted and an order giving final approval to the class settlement was entered.

Accordingly, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered on the terms set forth in the Interim and Final Approval Orders.

1. Each qualifying settlement class member will be paid a sum of money from the settlement fund in an amount to be determined in accordance with the terms of the Final Approval Order. Initial distributions in the amount of $5,000 will be paid to each qualifying settlement class member within 45 days of the determination that he is a member of the class.

2. Class counsel is awarded attorneys' fees in the amount of $18,600,000, and costs and expenses in the amount of $2,105,629.94. Class counsel will pay $500,000 to local counsel.

3. All claims of settlement class members against "released parties" (as defined in the settlement agreement), including, without limitation, all class claims, made in these actions and all related actions, are terminated, on the merits, with prejudice.

Dated at Hartford, Connecticut, this 26th day of September 2019.

ROBIN D. TABORA, Clerk

By____/s/ LP_____
   Lynne Pipech
   Deputy Clerk

EOD: 9/27/2019